**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,** | Case No. 19-23649-RDD |
| Debtor. | **(Joint Administration Pending)** |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Christopher B. Spuches, Esq. hereby appears in the above-captioned chapter 11 case (the "Case") as counsel for the Attorney General, State of Florida and requests, pursuant to Section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), that any and all notices and papers filed or entered in these Cases be delivered to and served upon:

**AGENTIS PLLC**
**Christopher B. Spuches, Esq.**
**55 Alhambra Plaza, Suite 800**
**Coral Gables, Florida 33134**
**T. 305.722.2002**
**E-Mail: cbs@agentislaw.com**

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail, or otherwise is filed or made with regard to these Cases.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and



Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural right, including: (i) the sovereignty of the State of Florida; (ii) the right to have final orders in non-core matters entered only after *de novo* review by a District Court, (iii) the right to trial by jury in any proceeding triable in these Cases or any case, controversy, or proceeding related to these Cases, (iv) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) abstention, (vi) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, and (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**Dated: September 16, 2019**

                Respectfully submitted:

                AGENTIS PLLC
                Attorneys for the Attorney General, State of Florida
                55 Alhambra Plaza, Suite 800
                Coral Gables, Florida 33134
                T. 305.722.2002
                www.agentislaw.com

                By:   */s/ Christopher B. Spuches, Esq.*
                        Christopher B. Spuches, Esq.
                        Florida Bar No:
                        cbs@agentislaw.com

