DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Joint Administration Pending) |

**NOTICE OF COMMENCEMENT OF CHAPTER 11**
**CASES AND HEARING ON FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE** that on September 15, 2019 (the "**Petition Date**"), Purdue Pharma L.P. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, in addition to their chapter 11 petitions, the Debtors have filed the following first day motions and related pleadings (collectively, the "**First Day Pleadings**"):

I. **Introduction.**

    1. *Voluntary Petitions*.

    2. *First Day Declaration*. Declaration of Jon Lowne in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings.

    3. *Debtors' Informational Brief*.

II. **Matters Requested to be Heard at First Day Hearing.**

    4. *Joint Administration Motion*. Motion of Debtors for Entry of an Order Directing Joint Administration of Chapter 11 Cases.

    5. *Case Management Motion*. Motion of Debtors for Entry of an Order Establishing Certain Notice, Case Management, and Administrative Procedures.

    6. *Cash Management Motion*. Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Continue to Use Existing Cash Management Systems and Maintain Existing Bank Accounts and Business Forms and (II) Financial Institutions to Honor and Process Related Checks and Transfers.

    7. *Creditor List and Personal Information Motion*. Debtors' Motion for an Order (I) Waiving Requirement to File List of Creditors, (II) Authorizing the Debtors and the Claims and Noticing Agent to Suppress Personally Identifiable Information for Individuals, (III) Authorizing the Debtors' Claims and Noticing Agent to Withhold Publication of Claims Filed by Individuals Until Further Order of the Court and (IV) Establishing Procedures for Notifying Creditors of the Commencement of the Debtors' Chapter 11 Cases.

    8. *Noticing Agent 156(c) Application*. Application for an Order Appointing Prime Clerk LLC as Claims and Noticing Agent for the Debtors.

    9. *Taxes and Fees Motion*. Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Pay Certain Prepetition Taxes, Governmental Assessments and Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers.

    10. *Insurance Motion*. Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Continue and Renew their Liability, Property, Casualty and Other Insurance Policies and Honor All Obligations in Respect

          Thereof and (II) Financial Institutions to Honor and process Related Checks and Transfers.

11. *Schedules Motion*. Debtors' Motion for an Order Extending the Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs.

12. *Surety Bonds Motion*. Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Continue and Renew Surety Bond Program.

13. *Utilities Motion*. Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Deeming Utility Companies Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance.

14. *Customer Programs Motion*. Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Honor Prepetition Obligations to Customers and Related Third Parties and to Otherwise Continue Customer Programs (II) Relief from Stay to Permit Setoff in Connection with the Customer Programs and (III) Financial Institutions to Honor and Process Related Checks and Transfers.

15. *Wages Motion*. Motion of Debtors for Entry of an Order Authorizing (I) Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers.

16. *Critical Vendors Motion*. Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Payment of Certain Prepetition Claims of Critical Vendors and (II) Financial Institutions to Honor and Process Related Checks and Transfers.

17. *Foreign Representative Motion*. Motion of the Debtors for Entry of an Order (I) Authorizing Purdue Pharma L.P. to Act as Foreign Representative and (II) Granting Related Relief.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the First Day Pleadings (the "**First Day Hearing**") has been scheduled by the Bankruptcy Court for **September 17, 2019, at 10:00 a.m. (prevailing Eastern Time)**, with such hearing to be held before the Honorable Judge Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for

the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 in accordance with the Bankruptcy Court's schedule. The Debtors have requested that the Bankruptcy Court consider the relief requested in the First Day Pleadings on a final basis, in certain cases, or on an interim basis pending a final hearing to be scheduled at a later date. The Debtors will file an agenda in advance of the First Day Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE that _your rights may be affected_. You should read the First Day Pleadings carefully and discuss them with your attorney, if you have one, in connection with the chapter 11 cases. (If you do not have an attorney, you may wish to consult with one).**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Bankruptcy Court to grant the relief requested in the First Day Pleadings, or if you want the Bankruptcy Court to consider your views on the First Day Pleadings, then you or your attorney must attend the First Day Hearing. If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the First Day Pleadings and may enter orders granting the relief requested therein.

[*Remainder of page intentionally left blank*]

Dated: September 16, 2019
       New York, New York

                          DAVIS POLK & WARDWELL LLP

                          By: /s/ *Eli J. Vonnegut*

                          450 Lexington Avenue
                          New York, New York 10017
                          Telephone: (212) 450-4000
                          Facsimile: (212) 701-5800
                          Marshall S. Huebner
                          Benjamin S. Kaminetzky
                          Timothy Graulich
                          Eli J. Vonnegut

                          *Proposed Counsel to the Debtors*
                          *and Debtors in Possession*