**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.* | Case No. 19-23649 (RDD) |
| Debtors. | Jointly Administered (pending) |

# REQUEST FOR NOTICES

Pursuant to Bankruptcy Rule 2002(g), the Tennessee Attorney General, through undersigned counsel, requests that all notices or orders sent in this case be sent to the State of Tennessee at the following address:

Tennessee Attorney General's Office
Attn: Marvin Clements, Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

This request reserves and does not waive the sovereign immunity of the State of Tennessee or the State's rights under the Eleventh Amendment to the United States Constitution.

Respectfully Submitted,

HERBERT H. SLATERY III
Tennessee Attorney General

JONATHAN SKRMETTI
Chief Deputy Attorney General

KATHRYN BEHM CELAURO
Senior Deputy Attorney General

GILL GELDREICH
Deputy Attorney General

/s/Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR. (TN BPR 016031)
Senior Assistant Attorney General
LAURA MCCLOUD
Senior Assistant Attorney General
MATTHEW GASKE
Assistant Attorney General

Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-3491
Fax: (615) 741-3334

**CERTIFICATE OF SERVICE**

I certify that on September 16, 2019, a copy of this pleading was deposited in the United States mail, first class, postage prepaid, to the parties below.

/s/ Marvin E. Clements, Jr.
Marvin E. Clements, Jr.
Senior Assistant Attorney General

| | |
|---|---|
| Eli J. Vonnegut | Office of the U.S. Trustee |
| Davis Polk & Wardwell LLP | U.S. Federal Office Building |
| 450 Lexington Avenue | 201 Varick Street, Room 1006 |
| New York, NY 10017 | New York, New York 10014 |