GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Katherine Stadler
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Arkansas Plaintiffs and the Tennessee Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| Purdue Pharma L.P., et al., | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Joint Administration Pending) |

-------------------------------------------------------------

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

---

[1] The Debtors in these cases, along with the last for digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stambford, CT 06901.

**PLEASE TAKE NOTICE** that Godfrey & Kahn, S.C. has been retained by and hereby appears on behalf of the Arkansas Plaintiffs[2] and the Tennessee Plaintiffs[3] in the above-captioned cases, filed on September 15, 2019.

**PLEASE TAKE FURTHER NOTICE**, to the extent appropriate, that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, or suit shall constitute a waiver of any substantive or procedural right, including: (i) the sovereignty of the States of Tennessee or Arkansas, (ii) the right to have final orders in non-core matters entered only after *de novo* review by a District Court, (iii) the right to trial by jury in any proceeding triable in these Cases or any case, controversy, or proceeding related to these Cases, (iv) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) abstention, (vi) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, and (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity,

---

[2] The "Arkansas Plaintiffs" are defined as the State of Arkansas, *ex rel*. Scott Ellington, the duly elected Second Judicial Circuit Prosecuting Attorney, and the following 72 Arkansas counties and 15 Arkansas cities that are collectively plaintiffs in Case No. CV-2018-268 pending against the Debtors—among other defendants—in the Circuit Court of Crittenden County, Arkansas (the "Arkansas v. Purdue Action"):  (i) 72 Arkansas counties of: Arkansas, Ashley, Baxter, Benton, Boone, Bradley, Calhoun, Carroll, Chicot, Clark, Clay, Cleburne, Cleveland, Columbia, Conway, Craighead, Crawford, Crittenden, Cross, Dallas, Desha, Faulkner, Franklin, Fulton, Garland, Grant, Greene, Hempstead, Hot Spring, Howard, Independence, Izard, Jackson, Johnson, Lafayette, Lawrence, Lee, Lincoln, Little River, Logan, Lonoke, Madison, Marion, Miller, Mississippi, Monroe, Montgomery, Nevada, Newton, Ouachita, Perry, Phillips, Pike, Poinsett, Polk, Pope, Prairie, Randolph, St. Francis, Saline, Scott, Searcy, Sebastian, Sevier, Sharp, Stone, Union, Van Buren, Washington, White, Woodruff, and Yell; and (ii) 15 Arkansas cities of:  Benton, Bentonville, Conway, Fort Smith, Hot Springs, Jacksonville, Jonesboro, Little Rock, Monticello, North Little Rock, Pine Bluff, Rogers, Sherwood, Springdale, and Texarkana.

[3] The "Tennessee Plaintiffs" are defined as the following Tennessee District Attorneys General for, collectively, 36 counties in Tennessee:  Tennessee District Attorneys General Barry Staubus, Tony Clark, and Dan Armstrong are the District Attorney Plaintiffs in Case No. C-41916 pending against the Debtors—among other defendants—in the Circuit Court for Sullivan County at Kingsport, Tennessee (the "Staubus v. Purdue Action"); Tennessee District Attorneys General Jared Effler, Charme Allen, Dave Clark, Russell Johnson, Stephen Crump, and Jimmy Dunn are the District Attorney Plaintiffs in Case No. 16596 pending against the Debtors—among other defendants—in the Circuit Court for Campbell County at Jacksboro, Tennessee (the "Effler v. Purdue Action"); District Attorneys General Bryant C. Dunaway, Jennings H. Jones, Robert J. Carter, Brent A. Cooper, and Lisa S. Zavogiannis are the District Attorney Plaintiffs in Case No. CCI-2018-CV-6347 pending against the Debtors—among other defendants—in the Circuit Court for Cumberland County at Crossville, Tennessee (the "Dunaway v. Purdue Action" and together with the Staubus v. Purdue Action and the Effler v. Purdue Action, the "Tennessee Actions").

under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Pursuant to Rules 9010(b), 2002, and 9007 of the Federal Rules of Bankruptcy Procedure, Katherine Stadler requests that copies of all notices and pleadings in this case be delivered to and served upon the party identified below at the following addresses:

> Katherine Stadler
> GODFREY & KAHN, S.C.
> One East Main Street, Suite 500
> Madison, WI  53703
> Telephone:  (608) 257-3911
> Facsimile:  (608) 257-0609
> E-mail: kstadler@gklaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

Dated:  September 16, 2019

GODFREY & KAHN, S.C.

By:   *s/Katherine Stadler*
Katherine Stadler
New York State Bar No. 4938064

*Attorneys for the Arkansas Plaintiffs and the Tennessee Plaintiffs*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609
E-mail: kstadler@gklaw.com
21114833.2