# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>                    Debtors. | CASE NO. 19-23649 (RDD) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Heather M. Crockett, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent the State of Indiana for Curtis T. Hill, Jr., Attorney General of Indiana, an creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Indiana and the bar of the U.S. District Court for the Southern District of Indiana.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

                            Respectfully Submitted,

                            CURTIS T. HILL, JR.
                            Attorney General of Indiana


                    By: /s/ Heather M. Crockett
                          Heather M. Crockett, Atty. No. 26325-22
                          Deputy Attorney General
                          Office of the Indiana Attorney General
                          302 West Washington Street
                          Indiana Govt. Center South, 5th Floor
                          Indianapolis, IN 46204-2770
                          Telephone: (317) 233-6254
                          Facsimile: (317) 232-7979
                          Email: Heather.Crockett@atg.in.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Motion for Admission to Practice Pro Hac Vice* has been duly served upon all counsel or parties of record by the Court's ECF Notification system on September 16, 2019.

> By: /s/ Heather M. Crockett
> Heather M. Crockett
> Deputy Attorney General