UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br><br> PURDUE PHARMA L.P., *et al.,* <br><br> Debtors. | CASE NO.  19-23649 (RDD) |

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Amanda K. Quick, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent the State of Indiana for Curtis T. Hill, Jr., Attorney General of Indiana, a Creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Indiana and the bar of the U.S. District Court for the Southern District of Indiana.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

        Respectfully Submitted,

        CURTIS T. HILL, JR.
        Attorney General of Indiana


By: /s/ Amanda K. Quick
      Amanda K. Quick, Atty. No. 28385-29
      Deputy Attorney General
      Office of the Indiana Attorney General
      302 West Washington Street
      Indiana Govt. Center South, 5th Floor
      Indianapolis, IN 46204-2770
      Telephone: (317) 232-6321
      Facsimile: (317) 232-7979
      Email: Amanda.Quick@atg.in.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Motion for Admission to Practice Pro Hac Vice* has been duly served upon all counsel or parties of record by the Court's ECF Notification system on September 16, 2019.

By: /s/ Amanda K. Quick
Amanda K. Quick
Deputy Attorney General