UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> PURDUE PHARMA L.P., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-23649 <br><br> (Jointly Administration Pending) |

**ORDER ADMITTING UNITED STATES GOVERNMENT ATTORNEY**
**<u>MICHAEL I. BAIRD TO PRACTICE PRO HAC VICE</u>**

Upon the Motion of Michael I. Baird to be admitted, ***pro hac vice***, to represent the Pension Benefit Guaranty Corporation, a creditor in the above referenced cases, and upon movant's certification that the movant is a member in good standing of the bar of the District of Columbia, it is hereby

**ORDERED**, that Michael I. Baird, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case in the United States Bankruptcy Court for the Southern District of New York. Mr. Baird represents the Pension Benefit Guaranty Corporation, a U.S. Government agency, and is therefore exempt from filing fees.

Dated: _____
_____, New York

_____
UNITED STATES BANKRUPTCY JUDGE