JUDITH R. STARR
General Counsel
CHARLES L. FINKE
Deputy General Counsel
LORI A. BUTLER
Assistant General Counsel
MICHAEL I. BAIRD
Attorney
PENSION BENEFIT GUARANTY CORPORATION
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel: (202) 326-4000, ext. 3723
Fax: (202) 326-4112
Emails: butler.lori@pbgc.gov *and* efile@pbgc.gov
*Counsels for the Pension Benefit Guaranty Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 |
| Debtors. | (Jointly Administration Pending) |

**MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*,
BY CREDITOR PENSION BENEFIT GUARANTY CORPORATION
FOR UNITED STATES GOVERNMENT ATTORNEY LORI A. BUTLER**

I, Lori A. Butler, a member in good standing of the bar of the State of Maryland, respectfully request admission, *pro hac vice*, before the Honorable Judge Robert D. Drain, to represent the Pension Benefit Guaranty Corporation ("PBGC"), a creditor in these cases. The grounds for this motion ("Motion") are as follows:

The PBGC is a United States Government agency that administers and enforces the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. §§ 1301-1461(2012 & Supp. V 2017) ("ERISA"). Under the Local Rules of the Bankruptcy Court for the Southern District of New

York, an attorney in good standing of the bar of any state or of any United States District Court may be permitted to practice in this Court upon motion to the Court, in compliance with Local Rule 2090-1(b).

My mailing address is: Pension Benefit Guaranty Corporation, Office of the General Counsel, 1200 K Street, N.W., Washington, D.C. 20005.

My e-mail address is: butler.lori@pbgc.gov. My telephone number is (202) 326- 4000, ext. 3723.

The Pension Benefit Guaranty Corporation is a U.S. Government agency and is therefore exempt from filing fees.

Dated:  September 16, 2019         Respectfully submitted,
       Washington, D.C.

                                        /s/ Lori A. Butler
Lori A. Butler
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 326-4000, ext. 3723
Fax:  (202) 326-4112
Emails:  butler.lori@pgbc.gov *and*
        efile@pbgc.gov