UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 |
| Debtors. | (Jointly Administration Pending) |

**ORDER ADMITTING UNITED STATES GOVERNMENT ATTORNEY**
**LORI A. BUTLER TO PRACTICE PRO HAC VICE**

Upon the Motion of Lori A. Butler to be admitted, ***pro hac vice***, to represent the Pension Benefit Guaranty Corporation, a creditor in the above referenced cases, and upon movant's certification that the movant is a member in good standing of the bar of the State of Maryland, it is hereby

**ORDERED**, that Lori A. Butler, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case in the United States Bankruptcy Court for the Southern District of New York. Ms. Butler represents the Pension Benefit Guaranty Corporation, a U.S. Government agency, and is therefore exempt from filing fees.

Dated: _____
          _____, New York

UNITED STATES BANKRUPTCY JUDGE