UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Joint Administration Pending) |

**APPLICATION FOR ADMISSION *PRO HAC VICE***

**I, J. Michael Connolly** (the "Movant"), hereby request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Attorney General, State of Arizona, a creditor in the above referenced case.

**I certify that I am a member in good standing** of the bar in the State of Virginia, and the bars of the Virginia Supreme Court, the District of Columbia, the District of Columbia Court of Appeals, the U.S. District Court for the District of Columbia, the U.S. District Court for the Eastern District of Virginia, the U.S. District Court for the Eastern District of Michigan, the U.S. District Court for the District of Connecticut, the U.S. District Court for the Central District of Illinois, the U.S. Court of Appeals for the Second Circuit, the U.S. District Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Tenth

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Circuit, the U.S. Court of Appeals for the District of Columbia Circuit, and the Supreme Court of the United States.

 I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

               Respectfully submitted,

Dated: September 16, 2019      By: /s/ J. Michael Connolly

               J. Michael Connolly*
               mike@consovoymccarthy.com
               CONSOVOY MCCARTHY PLLC
               1600 Wilson Boulevard, Suite 700
               Arlington, Virginia 22209
               Tel: 703.243.9423

               *Attorney for the Attorney General,*
               *State of Arizona*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.² | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Joint Administration Pending) |

### ORDER GRANTING ADMISSION TO PROACTICE *PRO HAC VICE*

Upon the motion of J. MICHAEL CONNOLLY ("Movant"), to be admitted, *pro hac vice*, to represent the Attorney General, State of Arizona, a creditor in the above referenced case, and upon the Movant's certification that he is a member in good standing of the bar of the State of Virginia, and bars of the Virginia Supreme Court, the District of Columbia, the District of Columbia Court of Appeals, the U.S. District Court for the District of Columbia, the U.S. District Court for the Eastern District of Virginia, the U.S. District Court for the Eastern District of Michigan, the U.S. District Court for the District of Connecticut, the U.S. District Court for the Central District of Illinois, the U.S. Court of Appeals for the Second Circuit, the U.S. District Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S.

---

² The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

3

Court of Appeals for the Tenth Circuit, the U.S. Court of Appeals for the District of Columbia Circuit, and the Supreme Court of the United States, it is

**ORDERED**, that J. MICHAEL CONNOLLY is admitted to practice, *pro hac vice*, in the above referenced case to represent the Attorney General, State of Arizona, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: September ___, 2019
      New York, New York

                                                    The Honorable Robert D. Drain
                                                    United States Bankruptcy Judge