ALSTON & BIRD LLP

| | |
|---|---|
| William Sugden | William Hao |
| Jacob Johnson | 90 Park Avenue |
| 1201 West Peachtree Street | New York, NY 10016-1387 |
| Atlanta, GA 30309-3424 | Telephone:  (212) 210-9400 |
| Telephone:  (404) 881-7000 | Facsimile:  (212) 210-9444 |
| Facsimile:  (404) 881-7777 | |

*Counsel for OptumRX, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | (Joint Administration Pending) |

## NOTICE OF APPEARANCE, REQUEST FOR NOTICE, AND RESERVATION OF RIGHTS

The undersigned hereby submit this *Notice of Appearance, Request for Notice, and Reservation of Rights* ("**Notice of Appearance**").  The undersigned appear on behalf of OptumRX, Inc. and request a copy of all notices given and all papers (including pleadings, motions, applications, complaints, orders, reports, and any proposed plans or disclosures statements) served or otherwise filed in the above-captioned bankruptcy cases, be served upon

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

the undersigned at the mailing addresses, e-mail addresses, and facsimile numbers set forth below set forth below.

| | |
|---|---|
| William Sugden<br>Jacob Johnson<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Telephone:   (404) 881-7000<br>Facsimile:   (404) 881-7777<br>Email:   will.sugden@alston.com<br>Email:   jacob.johnson@alston.com | William Hao<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016-1387<br>Telephone:   (212) 210-9400<br>Facsimile:   (212) 210-9444<br>Email:   william.hao@alston.com |

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) any right to have final orders in non-core matters entered only after de novo review by a district court judge, (ii) any right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto, (iii) any right to have the reference withdrawn by a district court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 16, 2019

        ALSTON & BIRD LLP

        By:   /s/ William Hao
              William Hao
              90 Park Avenue
              New York, NY 10016-1387
              Telephone: (212) 210-9400

        *Counsel for OptumRX, LLC*

ALSTON & BIRD LLP

| | |
|---|---|
| William Sugden | William Hao |
| Jacob Johnson | 90 Park Avenue |
| 1201 West Peachtree Street | New York, NY 10016-1387 |
| Atlanta, GA 30309-3424 | Telephone:  (212) 210-9400 |
| Telephone:  (404) 881-7000 | Facsimile:  (212) 210-9444 |
| Facsimile:  (404) 881-7777 | |

*Counsel for OptumRX, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | (Joint Administration Pending) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                        )   ss.:
COUNTY OF NEW YORK   )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

- 2 -

2.      On the September 16, 2019, I caused a true and correct copy of *NOTICE OF APPEARANCE, REQUEST FOR NOTICE, AND RESERVATION OF RIGHTS*, to be served upon the parties listed on the attached Service List in Exhibit A via first class mail.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
16th day of September, 2019.

/s/ Kim Fitzgerald
Kim Fitzgerald
Notary Public, State of New York
No. 01FI6029313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Aug 9, 2021

# EXHIBIT A

**Via First Class Mail**

| | |
|---|---|
| Marshall Scott Huebner<br>Eli J. Vonnegut<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 | United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014 |
| BMC Group, Inc.<br>Attn: T. Feil<br>3732 W. 120th Street<br>Hawthorne, CA 90250 | Agents PLLC<br>Christopher B. Spuches,<br>55 Alhambra Plaza, Suite 800<br>Coral Gables, FL 33134 |
| James Young<br>Morgan & Morgan<br>76 South Laura Street, Suite 1100<br>Jacksonville, Florida 32202 | Nicholas F. Kajon<br>Constantine D. Pourakis<br>Stevens & Lee, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, New York 10022 |
| Juan R. Martinez<br>Morgan & Morgan<br>201 North Franklin Street, 7th Floor<br>Tampa, Florida 33602 | Tennessee Attorney General's Office<br>Attn: Marvin Clements, Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| Katherine Stadler<br>GODFREY & KAHN, S.C.<br>One East Main Street, Suite 500<br>Madison, WI 53703 | |