**STATE OF COLORADO**
**PHILIP J. WEISER, ATTORNEY GENERAL,**
Colorado Department of Law
Robert Padjen, Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 8th Floor
Denver, Colorado 80203
Telephone: 720.508.6346
Robert.Padjen@coag.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| **PURDUE PHARMA, L.P.,** *et al.*,[1] | ) |
| | ) Case No. 19-23649 (RDD) |
| **Debtors.** | ) |
| | ) (Joint Administration Pending) |
| | ) |

**MOTION FOR ADMISSION TO PRACTICE PRO HOC VICE**

I, Robert Padjen, Assistant Attorney General, request admission, ***pro hac vice***, before the Honorable Robert D. Drain and this United States Bankruptcy Court, to represent the Attorney General, State of Colorado, as a party in interest in the above-referenced bankruptcy cases.

***I certify that I am a member in good standing*** of the bar of the State of Colorado and of the bar of United States District Court for the District of Colorado. Additionally, I have been

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

admitted previously to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Respectfully submitted this 16th day of September 2019.

        STATE OF COLORADO
        PHILIP J. WEISER, ATTORNEY GENERAL

        */s/ Robert Padjen*
        Robert Padjen Colorado Bar #14678
        Assistant Attorney General
        Colorado Department of Law
        Ralph L. Carr Colorado Judicial Center
        1300 Broadway, 8th Floor
        Denver, CO 80203
        Direct dial: 720-508-6346
        Facsimile: 720-508-6038
        E-mail: robert.padjen@coag.gov