MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Gary D. Bressler, Esq.
1617 John F. Kennedy Blvd., Ste. 1500
Philadelphia, PA 19103
(T) 215-557-2900; (F) 215-557-2990
gbresssler@mdmc-law.com
*Counsel to Westchester Fire Insurance Company*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P, *et al.*,**[1] | Case No. 19-23649 (RDD) |
| | (Joint Administration Pending) |
| Debtors. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, Gary D. Bressler, Esquire of McElroy, Deutsch, Mulvaney & Carpenter, LLP, appears for Westchester Fire Insurance Company and its affiliated sureties (collectively, "Westchester"), and pursuant to Rules 2002(g), 2002(i), and 9007, requests, unless otherwise directed by the Court, that all notices that are required to be given in this case or in any related adversary proceeding, and all papers that are required to be served in this case be given to and served upon the undersigned, at the office, telephone and facsimile number set forth below:

Gary D. Bressler, Esquire
**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
1617 John F. Kennedy Blvd., Ste. 1500
Philadelphia, PA 19103

---

[1] The Debtors in these chapter 11 cases, along with the last for digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stambford, CT 06901. A motion for joint administration is pending.

(T) 215-557-2900; (F) 215-557-2990
gbressler@mdmc-law.com

PLEASE TAKE FURTHER NOTICE that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements (or any drafts, thereof), and answering reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court to the above address.

PLEASE TAKE FURTHER NOTICE that Westchester does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which they may be entitled including, but not limited to: (i) their rights to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) their rights to trial by jury in any proceeding related to this case; (iii) their rights to have the District Court withdraw the reference in any matter subsequent to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which they may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments they expressly reserve.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept services of initial process under Rule 4, Fed. R. Civ. P., or Rule 7004, Fed. R. Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of Westchester for such purpose.

|  |  |
|---|---|
| Dated: September 16, 2019 | **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**<br>/s/ *Gary D. Bressler*<br>1617 John F. Kennedy Blvd., Ste. 1500<br>Philadelphia, PA 19103<br>(T) 215-557-2900; (F) 215-557-2990<br>gbresssler@mdmc-law.com<br><br>*Counsel to Westchester Fire Insurance Company* |