**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | **(Joint Administration Pending)** |

## AFFIDAVIT OF SERVICE

I, Alain B. Francoeur, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 16, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served (1) by the method set forth on the Master Service List, attached hereto as **Exhibit A** and (2) via overnight mail on the Banks Service List attached hereto as **Exhibit B**:

- Notice of Commencement of Chapter 11 Cases and Hearing on First Day Motions [Docket No. 22] (the "***Notice of Commencement***")

- Agenda for First Day Hearing [Docket No. 23] (the "***Agenda***")

On September 16, 2019, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Commencement, the Agenda and the following documents to be served by email on the Master Email Service List attached hereto as **Exhibit C**:

- Motion of Debtors for Entry of an Order Directing Joint Administration of Chapter 11 Cases [Docket No. 2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

- Declaration of Jon Lowne in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [Docket No. 3]

- Application for an Order Appointing Prime Clerk LLC as Claims and Noticing Agent for the Debtors [Docket No. 4]

- Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Continue to Use Existing Cash Management Systems and Maintain Existing Bank Accounts and Business Forms and (II) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 5] (the "*Cash Management Motion*")

- Motion of Debtors for Entry of an Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 6]

- Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [Docket No. 7]

- Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Pay Certain Prepetition Taxes, Governmental Assessments and Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 8]

- Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Payment of Certain Pre-petition Claims of Critical Vendors and (II) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 9]

- Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Continue and Renew Their Liability, Property, Casualty and Other Insurance Policies and Honor all Obligations in Respect Thereof and (II) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 10]

- Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Honor Prepetition Obligations to Customers and Related Third Parties and to Otherwise Continue Customer Programs (II) Relief from Stay to Permit Setoff in Connection with the Customer Programs and (III) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 11]

- Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Continue and Renew Surety Bond Program [Docket No. 12]

- Debtors' Motion for an Order Extending the Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs [Docket No. 13]

- Motion of Debtors for Entry of an Order (I) Authorizing Purdue Pharma L.P. to Act as Foreign Representative and (II) Granting Related Relief [Docket No. 14]

- Debtors' Motion for an Order, (I) Waiving Requirement to File List of Creditors (II) Authorizing the Debtors and the Claims and Noticing Agent to Suppress Personally Identifiable Information for Individuals, (III) Authorizing the Debtors' Claims and Noticing Agent to Withhold Publication of Claims Filed by Individuals Until Further Order of the Court and (IV) Establishing Procedures for Notifying Creditors of the Commencement of the Debtors' Chapter 11 Cases [Docket No. 15]

- Motion of Debtors for Entry of an Order Establishing Certain Notice, Case Management, and Administrative Procedures [Docket No. 16] (the "***Case Management Motion***")

- Debtors' Informational Brief [Docket No. 17]

On September 16, 2019, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Commencement, the Agenda, the Cash Management Motion, and the Case Management Motion to be served via email on the Banks Email Service List attached hereto as **Exhibit D**.


Dated: September 16, 2019

_Alain B._

Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 16, 2019, by Alain B. Francoeur, proved to me on the basis of satisfactory evidence to be the person who appeared before me.


Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 35888

**Exhibit A**

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Attorney General, State of Florida | Agentis PLLC | Attn: Christopher B. Spuches, Esq.<br>55 Alhambra Plaza, Suite 800<br>Coral Gables FL 33134 | | Overnight Mail |
| Top 3 Largest Secured Creditor | Air Liquide Industrial U.S. LP | Attn: President or General Counsel<br>180 W. Germantown Pike<br>East Norriton PA 19401 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | ALTERGON ITALIA SRL | ATTN: VINCENZO MANNA<br>ZONA INDUSTRIALE ASI<br>MORRA DE SANCTIS AV 83040 ITALY | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | AMERISOURCEBERGEN | ATTN: DAVE VIETRI, VICE PRESIDENT BRANDED AND SPECIALTY CONTRACTS<br>3735 GLEN LAKE DR<br>CHARLOTTE NC 28208 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | APC WORKFORCE SOLUTIONS LLC | ATTN: CHERISH CHONG<br>P.O. BOX 534305<br>ATLANTA GA 30353 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | ASCENT HEALTH SERVICES LLC | ATTN: EDWARD ADAMCIK, PRESIDENT ASCENT HEALTH SERVICES<br>1209 ORANGE ST<br>WILMINGTON DE 19801 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | ASHLAND SPECIALTY INGREDIENTS GP | ATTN: BR KINSEY<br>8145 BLAZER DR<br>WILMINGTON DE 19808 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | BIOECLIPSE LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>P.O. BOX 512323<br>PHILADELPHIA PA 19175 | | Overnight Mail |
| Interested Party | BMC Group, Inc | Attn: T Feil<br>3732 W. 120th Street<br>Hawthorne CA 90250 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | CARDINAL HEALTH | ATTN: JEFF CIZL, DIRECTOR STRATEGIC SOURCING NATIONAL BRANDS<br>1330 ENCLAVE PKY<br>HOUSTON TX 77077-2025 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | CAREMARKPCS HEALTH, L.L.C. | ATTN: SAPPAN BHATT, DIRECTOR TRADE RELATIONS<br>1 CVS DRIVE<br>WOONSOCKET RI 02895 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | CHALLENGE PRINTING COMPANY | ATTN: S. YOUNG<br>P.O. BOX 27775<br>NEWARK NJ 07101-7775 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | COBBS CREEK HEALTHCARE LLC | ATTN: JUN HUANGPU<br>200 MORGAN AVE<br>HAVERTOWN PA 19083 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | COGNIZANT TECH SOLUTIONS US CORP | ATTN: SURANJAN KAYAL<br>24721 NETWORK PL<br>CHICAGO IL 60673 | | Overnight Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Largest Unsecured Creditor | COMMONWEALTH OF PENNSYLVANIA MEDICAID DRUG REBATE PROGRAM | ATTN: BRITTANY STARR P.O. BOX 780634 PHILADELPHIA PA 19178 | | Overnight Mail |
| State Attorney General | Commonwealth of Puerto Rico | Attn: Bankruptcy Department Apartado 9020192 San Juan PR 00902-0192 | 787-729-2059 | Overnight Mail and Fax |
| Top 50 Largest Unsecured Creditor | CONTRACT PHARMACAL CORP | ATTN: ANTHONY GARGANO 135 ADAMS AVE HAUPPAUGE NY 11788-3633 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | CVS CAREMARK PART D SERVICES, L.L.C. | ATTN: ANDY ZANIN, TRADE DIRECTOR, MED D 1 CVS DRIVE WOONSOCKET RI 02895 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | DEFENSE HEALTH AGENCY | ATTN: COLONEL DAVID BOBB, CHIEF PHARMACY OPERATIONS DIVISION, DHA 16401 E CENTRETECH PKWY AURORA CO 80011-9066 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | DENVER HEALTH & HOSPITAL AUTH | ATTN: SCOTT HOYE, GENERAL COUNSEL 777 BANNOCK STREET DENVER CO 80204 | 303-602-4934 | Overnight Mail and Fax |
| Top 50 Largest Unsecured Creditor | DEPARTMENT OF HEALTH CARE SERVICES (CA) | ATTN: ROBERT SHUN P.O. BOX 997413 SACRAMENTO CA 95899-7413 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | DEZENHALL RESOURCES | ATTN: MAYA SHACKLEY 1130 CONNECTICUT AVENUE NW WASHINGTON DC 20036-3904 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | FRONTAGE LABORATORIES INC | ATTN: KEVIN LI DONGMEI WANG, SVP/GM, CMC SERVICES 700 PENNSYLVANIA DR EXTON PA 19341-1129 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | GCI HEALTH | ATTN: MARGARET SHUBNY P.O. BOX 101890 ATLANTA GA 30392 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | GEORGIA DEPT OF COMMUNITY  HEALTH | ATTN: REBECCA MORRISON MEDICAID DRUG REBATE PROGRAM ATLANTA GA 30384-8194 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | GLATT AIR TECHNIQUES INC | ATTN: STEPHEN RADOVANOVICH 20 SPEAR RD RAMSEY NJ 07446-1221 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | HEALTHCORE INC | ATTN: KELSEY GANGEMI 123 JUSTISON ST  STE 200 WILMINGTON DE 19801 | | Overnight Mail |
| Top 3 Largest Secured Creditor | Ikon Financial Svcs | Attn: President or General Counsel 1738 Bass Rd Macon GA 31210-1043 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | INTEGRATED BEHAVIORAL HEALTH INC | ATTN: MARY SWEET 3070 BRISTOL ST  STE 350 COSTA MESA CA 92626 | | Overnight Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | 855-235-6787 | Overnight Mail and Fax |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | 855-235-6787 | Overnight Mail and Fax |
| Top 50 Largest Unsecured Creditor | MCKESSON CORPORATION | ATTN: CHRIS ALVERSON, SENIOR VICE PRESIDENT OF SUPPLY CHAIN MANAGEMENT<br>ONE POST ST<br>SAN FRANCISCO CA 94104-5203 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | MISSOURI HEALTHNET DIVISION | ATTN: CAROLINA DELAROCHA<br>P.O. BOX 570<br>JEFFERSON CITY MO 65102 | | Overnight Mail |
| Counsel to Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, and the Putative Classes | Morgan & Morgan | Attn: Juan R. Martin<br>201 North Franklin Street, 7th Floor<br>Tampa FL 33602 | 813-393-5489 | Fax |
| Counsel to Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, and the Putative Classes | Morgan & Morgan | Attn: James Young<br>76 South Laura Street, Suite 1100<br>Jacksonville FL 32202 | 904-361-4307 | Fax |
| State Attorney General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036 | 202-331-1427 | Overnight Mail and Fax |
| Top 50 Largest Unsecured Creditor | NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES | ATTN: JOHN STANCIL<br>2001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-2000 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | OHIO CLINICAL TRIALS INC | ATTN: GLEN APSELOFF<br>1380 EDGEHILL RD<br>COLUMBUS OH 43212 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | OHIO DEPARTMENT OF MEDICAID | ATTN: TRACEY ARCHIBALD<br>4345 N. LINCOLN BLVD.<br>OKLAHOMA CITY OK 73105 | | Overnight Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Largest Unsecured Creditor | OKLAHOMA HEALTH CARE AUTHORITY | ATTN: STACEY HALE<br>P.O. BOX 18968<br>OKLAHOMA CITY OK 73154-0299 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | OPTUMRX, INC. | ATTN: KENT ROGERS, SENIOR VP INDUSTRY RELATIONS<br>2300 MAIN ST<br>IRVINE CA 92614-6223 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | PACKAGING COORDINATORS INC | ATTN: JIM HANEY<br>4545 ASSEMBLY DR<br>ROCKFORD IL 61109 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | PENSION BENEFIT GUARANTY CORPORATION | ATTN: CYNTHIA WONG<br>1200 K STREET NW<br>WASHINGTON DC 20005 | 202-326-4112 | Overnight Mail and Fax |
| Top 50 Largest Unsecured Creditor | PHARMACEUTICAL RESEARCH ASSOC INC | ATTN: JOSEPH DAWN<br>4130 PARKLAKE AVE STE 400<br>RALEIGH NC 27612 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | PL DEVELOPMENT LLC | ATTN: J SINGLETERRY<br>609-2 CANTIAGUE ROCK RD<br>WESTBURY NY 11590 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | PPD DEVELOPMENT LP | ATTN: STEPHEN SCALDAFERRI<br>26361 NETWORK PL<br>CHICAGO IL 60673 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | PRIME THERAPEUTICS LLC | ATTN: JOSH BAST, SENIOR DIRECTOR PHARMACEUTICAL TRADE RELATIONS<br>P.O. BOX 64812<br>ST PAUL MN 08646-0655 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | PURPLE STRATEGIES LLC | ATTN: SARAH SIMMONS<br>815 SLATERS LN<br>ALEXANDRIA VA 22314 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | RHODES TECHNOLOGIES INC | ATTN: EDWARD MAHONY<br>201 TRESSER BOULEVARD<br>STAMFORD CT 06901 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | S EMERSON GROUP INC | ATTN: MATT POLI<br>407 EAST LANCASTER AVE<br>WAYNE PA 19087 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | SCIECURE PHARMA INC | ATTN: PURL<br>11 DEER PARK DR STE 120<br>MONMOUTH JUNCTION NJ 08852 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | SPECGX LLC | ATTN: GENERAL COUNSEL<br>385 MARSHALL AVE<br>SAINT LOUIS MO 63119-1831 | 800-323-5039 | Overnight Mail and Fax |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | 334-242-2433 | Overnight Mail and Fax |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau AK 99811-0300 | 907-465-2075 | Overnight Mail and Fax |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>1275 W. Washington St.<br>Phoenix AZ 85007 | 602-542-4085 | Fax |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | 501-682-8084 | Overnight Mail and Fax |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | 916-323-5341 | Fax |
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | 720-508-6030 | Fax |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department<br>55 Elm St.<br>Hartford CT 06106 | 860-808-5387 | Fax |
| State Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | 302-577-6630 | Fax |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department<br>The Capitol, PL 01<br>Tallahassee FL 32399-1050 | 850-488-4872 | Overnight Mail and Fax |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | 404-657-8733 | Fax |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813 | 808-586-1239 | Fax |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | 208-854-8071 | Overnight Mail and Fax |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | | Overnight Mail |
| State Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis IN 46204 | 317-232-7979 | Fax |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | 515-281-4209 | Fax |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka  KS 66612-1597 | 785-296-6296 | Fax |
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort  KY 40601 | 502-564-2894 | Fax |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | 225-326-6499 | Fax |
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department<br>6 State House Station<br>Augusta  ME 04333 | | Overnight Mail |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | | Overnight Mail |
| State Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston  MA 02108-1698 | | Overnight Mail |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | 517-373-3042 | Overnight Mail and Fax |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | | Overnight Mail |
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson MS 39201 | | Overnight Mail |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | 573-751-0774 | Fax |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>P.O. BOX 201401<br>Helena MT 59620-1401 | 406-444-3549 | Fax |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | 402-471-3297 | Fax |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | 775-684-1108 | Fax |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301 | 603-271-2110 | Fax |
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>RJ Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton NJ 08625-0080 | 609-292-3508 | Fax |
| Top 50 Largest Unsecured Creditor | STATE OF NEW JERSEY DIVISION OF MEDICAL ASSISTANCE AND HEALTH SERVICES | ATTN: DAVID WILLIAMS<br>LOCKBOX 655<br>TRENTON NJ 08646-0655 | | Overnight Mail |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | 505-827-5826 | Overnight Mail and Fax |
| State Attorney General | State of New York Attorney General | Attn: Bankruptcy Department<br>The Capitol<br>Albany NY 12224-0341 | 866-413-1069 | Overnight Mail and Fax |
| Top 50 Largest Unsecured Creditor | STATE OF NEW YORK DEPARTMENT OF HEALTH | ATTN: CHRISTOPHER DESORBO<br>RIVERVIEW CENTER<br>150 BROADWAY SUITE 355<br>ALBANY NY 12204-2719 | | Overnight Mail |
| State Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | 919-716-6750 | Overnight Mail and Fax |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | 701-328-2226 | Fax |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | Overnight Mail |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department<br>313 NE 21st Street<br>Oklahoma City OK 73105 | 405-521-6246 | Overnight Mail and Fax |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem OR 97301 | 503-378-4017 | Fax |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department<br>Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | 717-787-3391 | Overnight Mail and Fax |
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department<br>150 South Main Street<br>Providence RI 02903 | | Overnight Mail |
| State Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia SC 29211-1549 | | Overnight Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | 605-773-4106 | Fax |
| State Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Department<br>P.O. Box 20207<br>Nashville TN 37202-0207 | 615-741-2009 | Fax |
| State Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department<br>Capitol Station<br>P.O. Box 12548<br>Austin TX 78711-2548 | 512-475-2994 | Fax |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>P.O. Box 142320<br>Salt Lake City UT 84114-2320 | 801-538-1121 | Fax |
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | 802-304-1014 | Fax |
| State Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department<br>900 East Main Street<br>Richmond  VA 23219 | 804-225-4378 | Overnight Mail and Fax |
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | Overnight Mail |
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | 304-558-0140 | Fax |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P.O. Box 7857<br>Madison WI 53707-7857 | 608-267-2779 | Overnight Mail and Fax |
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | 307-777-6869 | Fax |
| Counsel to Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, and the Putative Classes | Stevens & Lee, P.C. | Attn: Nicholas F. Kajon and Constantine D. Poura<br>485 Madison Avenue, 20th Floor<br>New York NY 10022 | 212-319-8505 | Fax |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Largest Unsecured Creditor | SYNEOS HEALTH fka INVENTIV HEALTH | ATTN: HAIYAN WANG, DIRECTOR BUSINESS DEVELOPMENT, EARLY PHASE 1030 SYNC ST MORRISVILLE NC 27560 | 919-876-9360 | Overnight Mail and Fax |
| State of Tennessee | Tennessee Attorney General's Office | Attn: Marvin Clements, Bankruptcy Division P.O. Box 20207 Nashville TN 37202-0207 | 615-741-3334 | Overnight Mail and Fax |
| Top 50 Largest Unsecured Creditor | THATCHER COMPANY | ATTN: PATRICK SCHWARTZ 1905 FORTUNE RD SALT LAKE CITY UT 84127 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | TRIALCARD INC | ATTN: LINDSEY DOBBINS 2250 PERIMETER PARK DR  STE 300 MORRISVILLE NC 27560 | | Overnight Mail |
| Top 3 Largest Secured Creditor | U.S. Bank Equipment Finance | Attn: President or General Counsel 1310 Madrid Street Marshall MN 56258 | | Overnight Mail |
| United States Department of Justice | U.S. Department of Justice | Attn: Legal Department 950 Pennsylvania Avenue, NW Washington DC 20530-0001 | | Overnight Mail |
| United States Attorney's Office for the Southern District of New York | United States Attorney's Office | Attn: U.S. Attorney 300 Quarropas Street, Room 248 White Plains NY 10601-4150 | | Overnight Mail |
| State Attorney General | United States of America Attorney General | Attn: Bankruptcy Department US Dept of Justice 950 Pennsylvania Ave NW Washington DC 20530-0001 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | WALRUS LLC | ATTN: PAULA BUCHMA 18 E 17TH ST 4TH FL NEW YORK NY 10003 | | Overnight Mail |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department 441 4th Street, NW Washington DC 20001 | 202-347-8922 | Fax |
| Top 50 Largest Unsecured Creditor | WAVELENGTH ENTERPRISES INC | ATTN: RAYMOND ALSKO 1700 RTE 23 N  STE 130 FIRST FL WAYNE NJ 07470 | | Overnight Mail |
| Top 50 Largest Unsecured Creditor | WISCONSIN DEPARTMENT OF HEALTH SERVICES | ATTN: KIM WOHLER 313 BLETHER RD MADISON WI 53784 | | Overnight Mail |

**<u>Exhibit B</u>**

Exhibit B

Banks Service List

Served via overnight mail

| ID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| PC294537 | East West Bank | Attn: Jeanette Peevy, SVP-Hd Ops., Corp Dev Leg Aff, SDS Operations | 135 N. Los Robles Ave., 6th Fl. | | Pasadena | CA | 91101 |
| PC294536 | Goldman Sachs | Attn: Paul Schifilliti, Liquidity Solutions | 200 West Street | | New York | NY | 10282 |
| PC294534 | JP Morgan Chase | Attn: Gina Gibson, CFA \| Executive Director \| orporate Client Banking & Specialized Industries | J.P. Morgan | 237 Park Avenue, 7th Floor | New York | NY | 10017 |
| PC294535 | JP Morgan Chase | Attn: M. Christina Debler | J.P. Morgan | 237 Park Avenue, 7th Floor | New York | NY | 10017 |
| PC294533 | Metropolitan Commercial Bank | Attn: Gerard A. Perri, Executive Vice President \| Chief Operating Officer | 99 Park Avenue, 4th Floor | | New York | NY | 10016 |
| PC294532 | UBS Financial Services Inc. | Client Relations | P.O. Box 766 | | Union City | NJ | 07087 |
| PC294531 | Wells Fargo & Company | Attn: Jarrett Sherron, Vice President | Wells Fargo Bank l Corporate Trust Services | 100 North Main Street | Winston-Salem | NC | 27101 |

## Exhibit C

Exhibit C
Master Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to the Attorney General, State of Florida | Agentis PLLC | Attn: Christopher B. Spuches, Esq.<br>55 Alhambra Plaza, Suite 800<br>Coral Gables FL 33134 | cbs@agentislaw.com |
| Top 50 Largest Unsecured Creditor | ALTERGON ITALIA SRL | ATTN: VINCENZO MANNA<br>ZONA INDUSTRIALE ASI<br>MORRA DE SANCTIS AV 83040 ITALY | V.MANNA@ALTERGON.IT |
| Top 50 Largest Unsecured Creditor | AMERISOURCEBERGEN | ATTN: DAVE VIETRI, VICE PRESIDENT BRANDED AND SPECIALTY CONTRACTS<br>3735 GLEN LAKE DR<br>CHARLOTTE NC 28208 | DVIETRI@AMERISOURCEBERGEN.COM |
| Top 50 Largest Unsecured Creditor | APC WORKFORCE SOLUTIONS LLC | ATTN: CHERISH CHONG<br>P.O. BOX 534305<br>ATLANTA GA 30353 | CCHONG@WORKFORCELOGIQ.COM |
| Top 50 Largest Unsecured Creditor | ASCENT HEALTH SERVICES LLC | ATTN: EDWARD ADAMCIK, PRESIDENT ASCENT HEALTH SERVICES<br>1209 ORANGE ST<br>WILMINGTON DE 19801 | EADAMCIK@ASCENTHEALTHSERVICES.COM |
| Top 50 Largest Unsecured Creditor | ASHLAND SPECIALTY INGREDIENTS GP | ATTN: BR KINSEY<br>8145 BLAZER DR<br>WILMINGTON DE 19808 | BRKINSEY@ASHLAND.COM |
| Top 50 Largest Unsecured Creditor | BIOECLIPSE LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>P.O. BOX 512323<br>PHILADELPHIA PA 19175 | MWEBSTER@THEACCESSGP.COM |
| Interested Party | BMC Group, Inc | Attn: T Feil<br>3732 W. 120th Street<br>Hawthorne CA 90250 | bmc@ecfAlerts.com |
| Top 50 Largest Unsecured Creditor | CARDINAL HEALTH | ATTN: JEFF CIZL, DIRECTOR STRATEGIC SOURCING NATIONAL BRANDS<br>1330 ENCLAVE PKY<br>HOUSTON TX 77077-2025 | JEFF.CIZL@CARDINALHEALTH.COM |
| Top 50 Largest Unsecured Creditor | CAREMARKPCS HEALTH, L.L.C. | ATTN: SAPPAN BHATT, DIRECTOR TRADE RELATIONS<br>1 CVS DRIVE<br>WOONSOCKET RI 02895 | SAPPAN.BHATT@CVSHEALTH.COM |
| Top 50 Largest Unsecured Creditor | CHALLENGE PRINTING COMPANY | ATTN: S. YOUNG<br>P.O. BOX 27775<br>NEWARK NJ 07101-7775 | SYOUNG@CHALLENGEPRINTINGCO.COM |
| Top 50 Largest Unsecured Creditor | COBBS CREEK HEALTHCARE LLC | ATTN: JUN HUANGPU<br>200 MORGAN AVE<br>HAVERTOWN PA 19083 | JHUANGPU@COBBSCREEKHEALTHCARE.COM |
| Top 50 Largest Unsecured Creditor | COGNIZANT TECH SOLUTIONS US CORP | ATTN: SURANJAN KAYAL<br>24721 NETWORK PL<br>CHICAGO IL 60673 | SURANJAN.KAYAL@COGNIZANT.COM |
| Top 50 Largest Unsecured Creditor | COMMONWEALTH OF PENNSYLVANIA MEDICAID DRUG REBATE PROGRAM | ATTN: BRITTANY STARR<br>P.O. BOX 780634<br>PHILADELPHIA PA 19178 | C-BSTARR@PA.GOV |
| Top 50 Largest Unsecured Creditor | CONTRACT PHARMACAL CORP | ATTN: ANTHONY GARGANO<br>135 ADAMS AVE<br>HAUPPAUGE NY 11788-3633 | ANTHONY.GARGANO@CPC.COM |

Exhibit C

Master Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 50 Largest Unsecured Creditor | CVS CAREMARK PART D SERVICES, L.L.C. | ATTN: ANDY ZANIN, TRADE DIRECTOR, MED D<br>1 CVS DRIVE<br>WOONSOCKET RI 02895 | ANDREW.ZANIN@CVSHEALTH.COM |
| Counsel to the Debtors and Debtors in Possession | Davis Polk & Wardwell LLP | Attn: Marshall Scott Huebner, Benjamin S. Kaminetzky, Timothy Graulich, Christopher Robertson and Eli J. Vonnegut<br>450 Lexington Avenue<br>New York NY 10017 | Purdue.noticing@dpw.com |
| Top 50 Largest Unsecured Creditor | DEFENSE HEALTH AGENCY | ATTN: COLONEL DAVID BOBB, CHIEF PHARMACY OPERATIONS DIVISION, DHA<br>16401 E CENTRETECH PKWY<br>AURORA CO 80011-9066 | DAVID.W.BOBB.CIV@MAIL.MIL |
| Top 50 Largest Unsecured Creditor | DEPARTMENT OF HEALTH CARE SERVICES (CA) | ATTN: ROBERT SHUN<br>P.O. BOX 997413<br>SACRAMENTO CA 95899-7413 | ROBERT.SHUN@DHCS.CA.GOV |
| Top 50 Largest Unsecured Creditor | DEZENHALL RESOURCES | ATTN: MAYA SHACKLEY<br>1130 CONNECTICUT AVENUE NW<br>WASHINGTON DC 20036-3904 | MSHACKLEY@DEZENHALL.COM |
| Top 50 Largest Unsecured Creditor | FRONTAGE LABORATORIES INC | ATTN: KEVIN LI DONGMEI WANG, SVP/GM, CMC SERVICES<br>700 PENNSYLVANIA DR<br>EXTON PA 19341-1129 | KLI@FRONTAGELAB.COM |
| Top 50 Largest Unsecured Creditor | GCI HEALTH | ATTN: MARGARET SHUBNY<br>P.O. BOX 101890<br>ATLANTA GA 30392 | MARGARET.SHUBNY@GCIHEALTH.COM |
| Top 50 Largest Unsecured Creditor | GEORGIA DEPT OF COMMUNITY  HEALTH | ATTN: REBECCA MORRISON<br>MEDICAID DRUG REBATE PROGRAM<br>ATLANTA GA 30384-8194 | REBECCA.MORRISON@DCH.GA.GOV |
| Top 50 Largest Unsecured Creditor | GLATT AIR TECHNIQUES INC | ATTN: STEPHEN RADOVANOVICH<br>20 SPEAR RD<br>RAMSEY NJ 07446-1221 | STEPHEN.RADOVANOVICH@GLATT.COM |
| Top 50 Largest Unsecured Creditor | HEALTHCORE INC | ATTN: KELSEY GANGEMI<br>123 JUSTISON ST  STE 200<br>WILMINGTON DE 19801 | KGANGEMI@HEALTHCORE.COM |
| Top 50 Largest Unsecured Creditor | INTEGRATED BEHAVIORAL HEALTH INC | ATTN: MARY SWEET<br>3070 BRISTOL ST  STE 350<br>COSTA MESA CA 92626 | MSWEET@INFLEXXION.COM |
| Top 50 Largest Unsecured Creditor | MCKESSON CORPORATION | ATTN: CHRIS ALVERSON, SENIOR VICE PRESIDENT OF SUPPLY CHAIN MANAGEMENT<br>ONE POST ST<br>SAN FRANCISCO CA 94104-5203 | CHRIS.ALVERSON@MCKESSON.COM |
| Top 50 Largest Unsecured Creditor | MISSOURI HEALTHNET DIVISION | ATTN: CAROLINA DELAROCHA<br>P.O. BOX 570<br>JEFFERSON CITY MO 65102 | CAROLINA.D.DELAROCHA@DSS.MO.GOV |

Exhibit C
Master Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, and the Putative Classes | Morgan & Morgan | Attn: James Young 76 South Laura Street, Suite 1100 Jacksonville FL 32202 | jyoung@forthepeople.com |
| Counsel to Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, and the Putative Classes | Morgan & Morgan | Attn: Juan R. Martin 201 North Franklin Street, 7th Floor Tampa FL 33602 | juanmartinez@forthepeople.com |
| State Attorney General | National Association of Attorneys General | Attn: Karen Cordry 1850 M St., NW 12th Floor Washington DC 20036 | kcordry@naag.org |
| Top 50 Largest Unsecured Creditor | NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES | ATTN: JOHN STANCIL 2001 MAIL SERVICE CENTER RALEIGH NC 27699-2000 | JOHN.STANCIL@DHHS.NC.GOV |
| Office of The United States Trustee | Office of The United States Trustee | Attn: Paul Schwartzberg U.S. Federal Office Building 201 Varick Street, Suite 1006 New York NY 10014 | paul.schwartzberg@usdoj.gov |
| Top 50 Largest Unsecured Creditor | OHIO CLINICAL TRIALS INC | ATTN: GLEN APSELOFF 1380 EDGEHILL RD COLUMBUS OH 43212 | GLEN@OHIOCLINICALTRIALS.COM |
| Top 50 Largest Unsecured Creditor | OHIO DEPARTMENT OF MEDICAID | ATTN: TRACEY ARCHIBALD 4345 N. LINCOLN BLVD. OKLAHOMA CITY OK 73105 | TRACEY.ARCHIBALD@MEDICAID.OHIO.GOV |
| Top 50 Largest Unsecured Creditor | OKLAHOMA HEALTH CARE AUTHORITY | ATTN: STACEY HALE P.O. BOX 18968 OKLAHOMA CITY OK 73154-0299 | STACEY.HALE@OKHCA.ORG |
| Top 50 Largest Unsecured Creditor | OPTUMRX, INC. | ATTN: KENT ROGERS, SENIOR VP INDUSTRY RELATIONS 2300 MAIN ST IRVINE CA 92614-6223 | KENT.ROGERS@OPTUM.COM |
| Top 50 Largest Unsecured Creditor | PACKAGING COORDINATORS INC | ATTN: JIM HANEY 4545 ASSEMBLY DR ROCKFORD IL 61109 | JIM.HANEY@PCISERVICES.COM |
| Top 50 Largest Unsecured Creditor | PENSION BENEFIT GUARANTY CORPORATION | ATTN: CYNTHIA WONG 1200 K STREET NW WASHINGTON DC 20005 | WONG.CYNTHIA@PBGC.GOV |

Exhibit C
Master Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 50 Largest Unsecured Creditor | PHARMACEUTICAL RESEARCH ASSOC INC | ATTN: LAUREN H. BRADLEY AND JOSEPH DAWN<br>4130 PARKLAKE AVE STE 400<br>RALEIGH NC 27612 | BradleyLauren@prahs.com<br>JOSEPHDAWN@PRAHS.COM |
| Top 50 Largest Unsecured Creditor | PL DEVELOPMENT LLC | ATTN: J SINGLETERRY<br>609-2 CANTIAGUE ROCK RD<br>WESTBURY NY 11590 | JSINGLETERRY@PLDEVELOPMENTS.COM |
| Top 50 Largest Unsecured Creditor | PPD DEVELOPMENT LP | ATTN: STEPHEN SCALDAFERRI<br>26361 NETWORK PL<br>CHICAGO IL 60673 | STEPHEN.SCALDAFERRI@PPDI.COM |
| Top 50 Largest Unsecured Creditor | PRIME THERAPEUTICS LLC | ATTN: JOSH BAST, SENIOR DIRECTOR PHARMACEUTICAL TRADE RELATIONS<br>P.O. BOX 64812<br>ST PAUL MN 08646-0655 | JABAST@PRIMETHERAPEUTICS.COM |
| Top 50 Largest Unsecured Creditor | PURPLE STRATEGIES LLC | ATTN: SARAH SIMMONS<br>815 SLATERS LN<br>ALEXANDRIA VA 22314 | SARAH.SIMMONS@PURPLESTRATEGIES.COM |
| Top 50 Largest Unsecured Creditor | RHODES TECHNOLOGIES INC | ATTN: EDWARD MAHONY<br>201 TRESSER BOULEVARD<br>STAMFORD CT 06901 | EDWARD.MAHONY@TXPSVCS.COM |
| Top 50 Largest Unsecured Creditor | S EMERSON GROUP INC | ATTN: MATT POLI<br>407 EAST LANCASTER AVE<br>WAYNE PA 19087 | MATT.POLI@EMERSONGROUP.COM |
| Top 50 Largest Unsecured Creditor | SCIECURE PHARMA INC | ATTN: PURL<br>11 DEER PARK DR STE 120<br>MONMOUTH JUNCTION NJ 08852 | NOLAN.WANG@SCIECUREPHARMA.COM |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau AK 99811-0300 | attorney.general@alaska.gov |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>1275 W. Washington St.<br>Phoenix AZ 85007 | aginfo@azag.gov |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov |
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | Attorney.General@state.co.us |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department<br>55 Elm St.<br>Hartford CT 06106 | attorney.general@po.state.ct.us |
| State Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | Attorney.General@state.DE.US |

Exhibit C
Master Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | AGOlens@law.ga.gov |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813 | hawaiiag@hawaii.gov |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us |
| State Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis IN 46204 | Constituent@atg.in.gov |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | IDR.bankrupcy@ag.iowa.gov |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka  KS 66612-1597 | general@ksag.org |
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort  KY 40601 | web@ag.ky.gov |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | ConsumerInfo@ag.state.la.us |
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department<br>6 State House Station<br>Augusta  ME 04333 | consumer.mediation@maine.gov |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | oag@oag.state.md.us |
| State Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston  MA 02108-1698 | ago@state.ma.us |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | Attorney.General@ag.state.mn.us |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov |

Exhibit C

Master Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>P.O. BOX 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | ago.info.help@nebraska.gov |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | AgInfo@ag.nv.gov |
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301 | attorneygeneral@doj.nh.gov |
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>RJ Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us |
| Top 50 Largest Unsecured Creditor | STATE OF NEW JERSEY DIVISION OF MEDICAL ASSISTANCE AND HEALTH SERVICES | ATTN: DAVID WILLIAMS<br>LOCKBOX 655<br>TRENTON NJ 08646-0655 | DAVID.R.WILLIAMS@DHS.STATE.NJ.US |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | publicinformationoff@nmag.gov |
| Top 50 Largest Unsecured Creditor | STATE OF NEW YORK DEPARTMENT OF HEALTH | ATTN: CHRISTOPHER DESORBO<br>RIVERVIEW CENTER<br>150 BROADWAY SUITE 355<br>ALBANY NY 12204-2719 | CHRISTOPHER.DESORBO@HEALTH.NY.GOV |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | ndag@nd.gov |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem OR 97301 | consumer.hotline@doj.state.or.us |
| State Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia SC 29211-1549 | info@scattorneygeneral.com |
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | consumerhelp@state.sd.us |
| State Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Department<br>P.O. Box 20207<br>Nashville TN 37202-0207 | consumer.affairs@tn.gov |

Exhibit C
Master Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| State Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department<br>Capitol Station<br>P.O. Box 12548<br>Austin TX 78711-2548 | public.information@oag.state.tx.us |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>P.O. Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov |
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | ago.info@state.vt.us |
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | consumer@wvago.gov |
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | baylwa@state.wy.us |
| Counsel to Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardela, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, and the Putative Classes | Stevens & Lee, P.C. | Attn: Nicholas F. Kajon and Constantine D. Poura<br>485 Madison Avenue, 20th Floor<br>New York NY 10022 | nfk@stevenslee.com<br>cp@stevenslee.com |
| Top 50 Largest Unsecured Creditor | THATCHER COMPANY | ATTN: PATRICK SCHWARTZ<br>1905 FORTUNE RD<br>SALT LAKE CITY UT 84127 | PATIRCK.SCHWARTZ@TCHEM.COM |
| Top 50 Largest Unsecured Creditor | TRIALCARD INC | ATTN: LINDSEY DOBBINS<br>2250 PERIMETER PARK DR  STE 300<br>MORRISVILLE NC 27560 | LINDSEY.DOBBINS@TRIALCARD.COM |
| Top 50 Largest Unsecured Creditor | WALRUS LLC | ATTN: PAULA BUCHMA<br>18 E 17TH ST 4TH FL<br>NEW YORK NY 10003 | PAULA@WALRUSNYC.COM |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department<br>441 4th Street, NW<br>Washington DC 20001 | dc.oag@dc.gov |
| Top 50 Largest Unsecured Creditor | WAVELENGTH ENTERPRISES INC | ATTN: RAYMOND ALSKO<br>1700 RTE 23 N  STE 130 FIRST FL<br>WAYNE NJ 07470 | RAYMOND.ALSKO@WAVELENGTHPHARMA.COM |
| Top 50 Largest Unsecured Creditor | WISCONSIN DEPARTMENT OF HEALTH SERVICES | ATTN: KIM WOHLER<br>313 BLETHER RD<br>MADISON WI 53784 | KIM.WOHLER@WISCONSIN.GOV |

## Exhibit D

# Exhibit D

Banks Email Service List

Served via email

| ID | NAME | ADDRESS1 | EMAIL |
|---|---|---|---|
| PC294537 | East West Bank | Attn: Jeanette Peevy, SVP-Hd Ops., Corp Dev Leg Aff, SDS Operations | Jeanette.Peevy@eastwestbank.com |
| PC294536 | Goldman Sachs | Attn: Paul Schifilliti, Liquidity Solutions | paul.schifilliti@gs.com |
| PC294534 | JP Morgan Chase | Attn: Gina Gibson, CFA | Executive Director | Corporate Client Banking & Specialized Industries | gina.gibson@jpmorgan.com |
| PC294535 | JP Morgan Chase | Attn: M. Christina Debler | m.c.debler@jpmorgan.com |
| PC294533 | Metropolitan Commercial Bank | Attn: Gerard A. Perri, Executive Vice President | Chief Operating Officer | gperri@MCBankNY.com |
| PC294532 | UBS Financial Services Inc. | Client Relations | onlineservices@ubs.com |
| PC294531 | Wells Fargo & Company | Attn: Jarrett Sherron, Vice President | jarrett.sherron@wellsfargo.com |