IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: **PURDUE PHARMA L.P., *et al.*,**[1] Debtors. | Chapter 11<br><br>Case No. 19-23649- rdd<br><br>(Joint Administration Pending) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael R. Morano, to be admitted *pro hac vice*, to represent Westchester Fire Insurance Company and its affiliated sureties, creditors in the above-referenced case, and upon the movant's certification that he is a member in good standing of the bars of the State of New York, the State of New Jersey and the United States District Court for the District of New Jersey, it is hereby

**ORDERED**, that Michael R. Morano, Esq. is admitted to practice pro hac vice in the above referenced case to represent Westchester Fire Insurance Company and its affiliated sureties, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:



UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last for digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stambford, CT 06901. A motion for joint administration is pending.