KEITH ELLISON
Attorney General of Minnesota
WENDY S. TIEN
MAWERDI A. HAMID
ERIC J. MALONEY
EVAN S. ROMANOFF
Assistant Attorneys General
Minnesota Attorney General's Office
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 757-1454
Fax: (651) 296-7438
evan.romanoff@ag.state.mn.us
*Attorneys for State of Minnesota*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| **In re:** : | Chapter 11 |
| : | |
| **PURDUE PHARMA L.P.,** *et al.***,** : | Case No. 19-23649 (RDD) |
| : | |
| **Debtors.**[1] : | (Jointly Administered) |

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Assistant Attorney General Evan Romanoff, request admission, *pro hac vice*, before the

Honorable Robert D. Drain, to represent the State of Minnesota, by its Attorney General, Keith

Ellison, as a creditor in the above-referenced bankruptcy cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*I certify that I am a member in good standing* of the bar in the State of Minnesota and of the bar of the United States District Court for the District of Minnesota.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  September 17, 2019
       St. Paul, MN

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

**/s/ Evan S. Romanoff**
EVAN S. ROMANOFF
Assistant Attorney General
Minn. Atty. Reg. No. 0398223

445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone:  (651) 757-1454
Fax:  (651) 296-7438
evan.romanoff@ag.state.mn.us

ATTORNEYS FOR STATE OF MINNESOTA