**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
**In re:**                                                        :    Chapter 11
                                                                  :
**PURDUE PHARMA L.P.,** *et al.*,                                 :    Case No. 19-23649 (RDD)
                                                                  :
                    Debtors.[1]                                   :    (Jointly Administered)
---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Assistant Attorney General Evan Romanoff to be admitted, *pro hac vice*, to represent the State of Minnesota by its Attorney General, Keith Ellison ("Minnesota"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota and of the bar of the United States District Court for the District of Minnesota, it is hereby

**ORDERED**, that Assistant Attorney General Evan Romanoff, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent Minnesota in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2019
_____, New York

/s/_____
HON. ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.