# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,** | Case No. 19-23649 (RDD) |
| Debtors. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Bernard A. Eskandari, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the People of the State of California, a creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of California and the bars of the U.S. District Courts for the Central, Eastern, Northern, and Southern Districts of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Date: September 17, 2019

/s/ Bernard A. Eskandari
Bernard A. Eskandari
Supervising Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, California 90013
email:  bernard.eskandari@doj.ca.gov
tel:      (213) 269-6348
fax:     (213) 897-2802

1