Melanie L. Cyganowski, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Tel:   212-661-9100
Fax:   212-682-6104

*Counsel to the State of Texas,*
*acting by and through the*
*Attorney General of Texas, Ken Paxton*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., et al., | : | Case No. 19-23649-rdd |
| | : | |
| Debtors.[1] | : | (Joint Administration Pending) |

------------------------------------------------------------ x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appear in the above-captioned chapter 11 cases (the "Cases") as counsel for the State of Texas, acting by and through the Attorney General of Texas, Ken Paxton, and request, pursuant to Section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), that any and all notices and papers filed or entered in these Cases be delivered to and served upon:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

5832760.1

>OTTERBOURG P.C.
>230 Park Avenue
>New York, NY 10169
>Telephone:   (212) 661-9100
>Facsimile:    (212) 682-6104
>Attn:   Melanie L. Cyganowski, Esq.
>             (mcyganowski@otterbourg.com)
>
>and
>
>RACHEL R. OBALDO, ESQ.
>Assistant Attorney General
>Bankruptcy & Collections Division MC 008
>P. O. Box 12548
>Austin, TX 78711-2548
>Telephone:  (512) 475- 4551
>Facsimile:  (512) 936-1409
>bk-robaldo@oag.texas.gov
>
>and
>
>PAUL L. SINGER, ESQ.
>Assistant Attorney General
>Chief, Consumer Protection Division MC 009
>P.O. Box 12548
>Austin, Texas 78711-2548
>Telephone: (512) 463-2185
>paul.singer@oag.texas.gov

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail, or otherwise is filed or made with regard to these Cases.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural right, including: (i) the

sovereignty of the State of Texas, (ii) the right to have final orders in non-core matters entered only after *de novo* review by a District Court, (iii) the right to trial by jury in any proceeding triable in these Cases or any case, controversy, or proceeding related to these Cases, (iv) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) abstention, (vi) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, and (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 17, 2019
     New York, New York

Respectfully submitted,

By: */s/ Melanie L. Cyganowski*
    Melanie L. Cyganowski

OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:   (212) 661-9100
Facsimile:   (212) 682-6104
mcyganowski@otterbourg.com

and

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

/s/  *Rachel R.. Obaldo*
Rachel R. Obaldo

Texas State Bar No. 24041617
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475- 4551
Facsimile: (512) 936-1409
bk-robaldo@oag.texas.gov


*/s/ Paul. L. Singer*
PAUL L. SINGER
Texas State Bar No. 24033197
Assistant Attorney General
Chief, Consumer Protection Division MC 009
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2185
paul.singer@oag.texas.gov