**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:  PURDUE PHARMA, L.P.,

                                  Debtor

------------------------------------------------------------x

  N/A

                                Plaintiff

              v.

  N/A

                                Defendant

------------------------------------------------------------x

Case No.:  19-23649 rdd

Chapter  11

Adversary Proceeding No.:  N/A

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      I,  Daniel Harper Slate , request admission, ***pro hac vice***, before the Honorable  Robert D. Drain , to represent  McKesson Corporation , a Delaware Corporation  in the above-referenced ☑ case   adversary proceeding.

      ***I certify that I am a member in good standing*** of the bar in the State of  California  and, if applicable, the bar of the U.S. District Court for the  Central  District of  California .

      I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 9/17/2019
            Los Angeles , California

 

*Mailing Address:*

Buchalter, A Professional Corporation

1000 Wilshire Blvd., Suite 1500

Los Angeles, CA 90017

*E-mail address*:  dslate@buchalter.com

*Telephone number*: ( 213 ) 891-5444