**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: <br><br> PURDUE PHARMA L.P., *et al.,* <br><br> Debtors. | Chapter 11 <br> CASE NO.  19-23649 (RDD) <br> (Jointly Administered) |

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Heather M. Crockett to be admitted, *pro hac vice,* to represent the State of Indiana for Curtis T. Hill, Jr., Attorney General of Indiana (the "Indiana OAG") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Indiana and the bar of the U.S. District Court for the Southern District of Indiana, it is hereby

ORDERED, that Heather M. Crockett, Esq. is admitted to practice, *pro hac vice,* in the above referenced cases to represent the Indiana OAG, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 18, 2019
       White Plains, New York        /s/ Robert D. Drain
                                                             THE HONORABLE ROBERT D. DRAIN
                                                             UNITED STATES BANKRUPTCY JUDGE