UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

# ORDER ADMITTING UNITED STATES GOVERNMENT ATTORNEY MICHAEL I. BAIRD TO PRACTICE PRO HAC VICE

Upon the Motion of Michael I. Baird to be admitted, ***pro hac vice***, to represent the Pension Benefit Guaranty Corporation in the above referenced cases, and upon movant's certification that the movant is a member in good standing of the bar of the District of Columbia, it is hereby

**ORDERED**, that Michael I. Baird, Esq. is admitted to practice, ***pro hac vice***, in the above referenced cases in the United States Bankruptcy Court for the Southern District of New York. Mr. Baird represents the Pension Benefit Guaranty Corporation, a U.S. Government agency, and is therefore exempt from filing fees.

Dated**:** White Plains, New York
    September 18, 2019

/s/ Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE