UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> PURDUE PHARMA L.P., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-23649 (RDD) <br><br> (Jointly Administered) |

**ORDER ADMITTING UNITED STATES GOVERNMENT ATTORNEY**
**LORI A. BUTLER TO PRACTICE PRO HAC VICE**

Upon the motion of Lori A. Butler to be admitted, ***pro hac vice***, to represent the Pension Benefit Guaranty Corporation in the above referenced cases, and upon movant's certification that the movant is a member in good standing of the bar of the State of Maryland, it is hereby

**ORDERED**, that Lori A. Butler, Esq. is admitted to practice, ***pro hac vice***, in the above referenced cases in the United States Bankruptcy Court for the Southern District of New York. Ms. Butler represents the Pension Benefit Guaranty Corporation, a U.S. Government agency, and is therefore exempt from filing fees.

Dated:  White Plains, New York
       September 18, 2019                       /s/ Robert D. Drain
                                                                  UNITED STATES BANKRUPTCY JUDGE