**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P.,** | Case No. 19-23649 (RDD) |
| Debtor. | |
| Fed. Tax Id. No. 06-1307484 | |
| **In re:** | Chapter 11 |
| **PURDUE PHARMA INC.,** | Case No. 19-23648 (RDD) |
| Debtor. | |
| Fed. Tax Id. No. 06-1307486 | |
| **In re:** | Chapter 11 |
| **PURDUE TRANSDERMAL TECHNOLOGIES L.P.,** | Case No. 19-23650 (RDD) |
| Debtor. | |
| Fed. Tax Id. No. 20-3931868 | |
| **In re:** | Chapter 11 |
| **PURDUE PHARMA MANUFACTURING L.P.,** | Case No. 19-23651 (RDD) |
| Debtor. | |
| Fed. Tax Id. No. 80-0913821 | |

| | |
|---|---|
| **In re:**<br><br>**PURDUE PHARMACEUTICALS L.P.,**<br><br>    **Debtor.**<br><br>**Fed. Tax Id. No. 13-4030034** | **Chapter 11**<br><br>**Case No. 19-23652 (RDD)** |
| **In re:**<br><br>**IMBRIUM THERAPEUTICS L.P.,**<br><br>    **Debtor.**<br><br>**Fed. Tax Id. No. 83-1928810** | **Chapter 11**<br><br>**Case No. 19-23653 (RDD)** |
| **In re:**<br><br>**ADLON THERAPEUTICS L.P.,**<br><br>    **Debtor.**<br><br>**Fed. Tax Id. No. 83-2446745** | **Chapter 11**<br><br>**Case No. 19-23654 (RDD)** |
| **In re:**<br><br>**GREENFIELD BIOVENTURES L.P.,**<br><br>    **Debtor.**<br><br>**Fed. Tax Id. No. 83-1936150** | **Chapter 11**<br><br>**Case No. 19-23655 (RDD)** |
| **In re:**<br><br>**SEVEN SEAS HILL CORP.,**<br><br>    **Debtor.**<br><br>**No Fed. Tax Id.** | **Chapter 11**<br><br>**Case No. 19-23656 (RDD)** |

| | |
|---|---|
| **In re:**<br><br>**OPHIR GREEN CORP.,**<br><br>      **Debtor.**<br><br>**No Fed. Tax Id.** | **Chapter 11**<br><br>**Case No. 19-23657 (RDD)** |
| **In re:**<br><br>**PURDUE PHARMA OF PUERTO RICO,**<br><br>      **Debtor.**<br><br>**Fed. Tax Id. No. 52-2333925** | **Chapter 11**<br><br>**Case No. 19-23658 (RDD)** |
| **In re:**<br><br>**AVRIO HEALTH L.P.,**<br><br>      **Debtor.**<br><br>**Fed. Tax Id. No. 55-0804140** | **Chapter 11**<br><br>**Case No. 19-23659 (RDD)** |
| **In re:**<br><br>**PURDUE PHARMACEUTICAL PRODUCTS L.P.,**<br><br>      **Debtor.**<br><br>**Fed. Tax Id. No. 05-0553902** | **Chapter 11**<br><br>**Case No. 19-23660 (RDD)** |
| **In re:**<br><br>**PURDUE NEUROSCIENCE COMPANY,**<br><br>      **Debtor.**<br><br>**Fed. Tax Id. No. 06-1574712** | **Chapter 11**<br><br>**Case No. 19-23661 (RDD)** |

| | |
|---|---|
| **In re:** <br><br> **NAYATT COVE LIFESCIENCE INC.,** <br><br>           **Debtor.** <br><br> **Fed. Tax Id. No. 82-3487805** | **Chapter 11** <br><br> **Case No. 19-23662 (RDD)** |
| **In re:** <br><br> **BUTTON LAND L.P.,** <br><br>           **Debtor.** <br><br> **Fed. Tax Id. No. 26-3547502** | **Chapter 11** <br><br> **Case No. 19-23663 (RDD)** |
| **In re:** <br><br> **RHODES ASSOCIATES L.P.,** <br><br>           **Debtor.** <br><br> **No Fed. Tax Id.** | **Chapter 11** <br><br> **Case No. 19-23666 (RDD)** |
| **In re:** <br><br> **PAUL LAND INC.,** <br><br>           **Debtor.** <br><br> **Fed. Tax Id. No. 26-3547425** | **Chapter 11** <br><br> **Case No. 19-23664 (RDD)** |
| **In re:** <br><br> **QUIDNICK LAND L.P.,** <br><br>           **Debtor.** <br><br> **Fed. Tax Id. No. 26-3547584** | **Chapter 11** <br><br> **Case No. 19-23665 (RDD)** |

| | |
|---|---|
| **In re:**<br><br>**RHODES PHARMACEUTICALS L.P.,**<br><br>　　　　Debtor.<br><br>**Fed. Tax Id. No. 26-1916166** | **Chapter 11**<br><br>**Case No. 19-23667 (RDD)** |
| **In re:**<br><br>**RHODES TECHNOLOGIES,**<br><br>　　　　Debtor.<br><br>**Fed. Tax Id. No. 22-3527143** | **Chapter 11**<br><br>**Case No. 19-23668 (RDD)** |
| **In re:**<br><br>**UDF LP,**<br><br>　　　　Debtor.<br><br>**Fed. Tax Id. No. 42-1570495** | **Chapter 11**<br><br>**Case No. 19-23669 (RDD)** |
| **In re:**<br><br>**SVC PHARMA LP,**<br><br>　　　　Debtor.<br><br>**Fed. Tax Id. No. 41-2125717** | **Chapter 11**<br><br>**Case No. 19-23670 (RDD)** |
| **In re:**<br><br>**SVC PHARMA INC.,**<br><br>　　　　Debtor.<br><br>**Fed. Tax Id. No. 59-3784014** | **Chapter 11**<br><br>**Case No. 19-23671 (RDD)** |

# ORDER DIRECTING
# JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "**Motion**")[1] of the Debtors for entry of an order (this "**Order**") pursuant to Bankruptcy Rule 1015(b) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion and held a hearing to consider the relief requested in the Motion on September 17, 2019 (the "**Hearing**"); and upon the Lowne Declaration, filed contemporaneously with the Motion, and the record of the Hearing; and after due deliberation the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish good and sufficient cause for the relief granted herein,

**IT IS HEREBY ORDERED THAT**

1.  The relief requested in the Motion is hereby granted as set forth herein.

2.  Pursuant to Bankruptcy Rule 1015(b), the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court.

3.  Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases.

---

[1] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to such term in the Motion.

4.  The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-23649 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

5.  The Debtors also seek the Court's direction that a notation substantially similar to the following be entered on the docket of each of the Debtors' chapter 11 cases to reflect the joint administration of these cases:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Purdue Pharma L.P., Purdue Pharma Inc., Purdue Transdermal Technologies L.P., Purdue Pharma Manufacturing L.P., Purdue Pharmaceuticals L.P., Imbrium Therapeutics L.P., Adlon Therapeutics L.P., Greenfield BioVentures L.P., Seven Seas Hill Corp., Ophir Green Corp., Purdue Pharma of Puerto Rico, Avrio Health L.P., Purdue Pharmaceutical Products L.P., Purdue Neuroscience Company, Nayatt Cove Lifescience Inc., Button Land L.P., Rhodes Associates L.P., Paul Land Inc., Quidnick Land L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies, UDF LP, SVC Pharma LP and SVC Pharma Inc.  The docket in Case No. 19-23649 (RDD) should be consulted for all matters affecting this case.

6.  The contents of the Motion and the notice procedures set forth therein are good and sufficient notice and satisfy the Bankruptcy Rules and the Local Bankruptcy Rules for the Southern District of New York, and no other or further notice of the Motion or the entry of this Order shall be required.

Dated: September 18, 2019         */s/Robert D. Drain*_____
      White Plains, New York         THE HONORABLE  ROBERT D. DRAIN
                                                                        U.S. BANKRUPTCY JUDGE