**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| *Purdue Pharma L.P., et al.* | Case No. 19- 19-23649-rdd |
| Debtors. | (Joint Administration Pending) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, WITH PROPOSED ORDER

I, Gillian Feiner, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent the Commonwealth of Massachusetts, a creditor in the above-captioned Chapter 11 cases in the Debtors' chapter 11 cases and any related adversary proceedings. ***I certify that I am a member in good standing*** of the bar in the Commonwealth of Massachusetts, and the bar of the U.S. District Court for the District of Massachusetts. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Respectfully submitted:

*/s/ Gillian Feiner*
Gillian Feiner, Mass. BBO No. 664152
Senior Enforcement Counsel
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Tel: 617-963-2571
gillian.feiner@mass.gov

September 18, 2019

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 18, 2019, a true and correct copy of this document was served by electronic mail through the Court's CM/ECF system to all parties who are deemed to have consented to electronic service.

*/s/ Gillian Feiner*
Gillian Feiner, Mass. BBO No. 664152
Senior Enforcement Counsel
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Tel: 617-963-2571
gillian.feiner@mass.gov