UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | ) ) ) | Case No. 19-23649 (RDD) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Kevin C. Maclay, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Multi-State Governmental Entities Group in the above-captioned bankruptcy proceedings.

I certify that I am a member in good standing of the bars of Maryland and the District of Columbia, as well as the bars of the Maryland Court of Appeals, the District of Columbia Court of Appeals, the U.S. District Court for the District of Columbia, the U.S. Bankruptcy Court for the District of Columbia, the U.S. District Court for the District of Maryland, the U.S. Court of Appeals for the Third Circuit, and the U.S. Supreme Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: September 18, 2019                                  Respectfully submitted,

/s/ *Kevin C. Maclay*
Kevin C. Maclay
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
Email: kmaclay@capdale.com

*Counsel for the Multi-State Governmental Entities Group*

## **CERTIFICATE OF SERVICE**

I certify that on September 18, 2019, a copy of the foregoing Motion for Admission *Pro Hac Vice* has been duly served upon all counsel or parties of record by the Court's ECF Notification system.

                                                                        */s/ Kevin C. Maclay*
                                                                        Kevin C. Maclay