UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

| | | |
|---|---|---|
| In re: | | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.* | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors. | : | (Joint Administration) |
| -------------------------------------------------------- | : | |
| | : | |

### <u>MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*</u>

I, Morton R. Branzburg, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent AmerisourceBergen Drug Corporation ("ABDC") in the above referenced case.

I certify that I am a member in good standing of the bars in the Commonwealth of Pennsylvania, the State of New Jersey, the Third Circuit Court of Appeals, the U.S. District Court for the Eastern District of Pennsylvania and the U.S. District Court for the District of New Jersey.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  September 19, 2019
      Philadelphia, PA                                                  Respectfully submitted,

<u>/s/ *Morton R. Branzburg*</u>
Morton R. Branzburg, Esq.
Klehr Harrison Harvey Branzburg, LLP
1835 Market Street, Suite 1400
Philadelphia, PA  19103
Telephone:  (215) 569-3007
Facsimile:  (215) 568-6603
mbranzburg@klehr.com