UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.* | Case No. 19-23649 (RDD) |
| Debtors. | (Joint Administration) |

---------------------------------------------------------

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Morton R. Branzburg, to be admitted, *pro hac vice,* to represent AmerisourceBergen Drug Corporation (the "Client") in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bars in the Commonwealth of Pennsylvania, the State of New Jersey, the Third Circuit Court of Appeals, the U.S. District Court for the Eastern District of Pennsylvania and the U.S. District Court for the District of New Jersey, it is hereby

ORDERED, that Morton R. Branzburg is admitted to practice, *pro hac vice,* in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  September 19, 2019
            New York, New York

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE