**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 19- 19-23649-rdd<br><br>(Joint Administration Pending) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE,*
## WITH PROPOSED ORDER

I, Sydenham B. Alexander III, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Commonwealth of Massachusetts, a creditor in the above-captioned Chapter 11 cases in the Debtors' chapter 11 cases and any related adversary proceedings. *I certify that I am a member in good standing* of the bar in the Commonwealth of Massachusetts, and the bar of the U.S. District Court for the District of Massachusetts. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Respectfully submitted:

*/s/ Sydenham B. Alexander III*
Sydenham B. Alexander III, Mass. BBO No. 671182
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Tel: 617-963-2353
Sandy.Alexander@mass.gov

September 19, 2019

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on September 19, 2019, a true and correct copy of this document was served by electronic mail through the Court's CM/ECF system to all parties who are deemed to have consented to electronic service.

               */s/ Sydenham B. Alexander III*
               Sydenham B. Alexander III, Mass. BBO No. 671182
               Assistant Attorney General
               Office of the Attorney General
               One Ashburton Place
               Boston, MA 02108
               Tel: 617-963-2353
               Sandy.Alexander@mass.gov