**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 19- 19-23649-rdd<br><br>(Joint Administration Pending) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Sydenham B. Alexander III, to be admitted, ***pro hac vice***, to represent the Commonwealth of Massachusetts, (the "Client"), a creditor in the above-captioned Chapter 11 cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Massachusetts and, the bar of the U.S. District Court for the District of Massachusetts, it is hereby **ORDERED**, that Sydenham B. Alexander III, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September ___, 2019

_____
UNITED STATES BANKRUPTCY JUDGE