UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

# NOTICE OF REVISED UTILITIES LIST

PLEASE TAKE NOTICE that on September 18, 2019, the United State Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Interim Order (I) Prohibiting Utilities From Altering, Refusing or Discontinuing Service, (II) Deeming Utility Companies Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance* [D.I. 64] (the "**Interim Utility Order**").[2]

PLEASE TAKE FURTHER NOTICE that pursuant to the Interim Utility Order, Purdue Pharma, L.P. and its affiliates that are debtors and debtors in possession in these cases (collectively, the "**Debtors**") are authorized to add Utility Providers to the Utilities List, annexed as **Schedule 1** to the Interim Utility Order, without the need for further order from the Court.

PLEASE TAKE FURTHER NOTICE that the Debtors have added Greenlight to the Utilities List.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Utility Order.

-2-

PLEASE TAKE FURTHER NOTICE that pursuant to the Interim Utility Order, the Debtors have agreed to increase the Adequate Assurance Deposit by $52, which is the amount the Debtors calculate as equal to two (2) weeks of Utility Services provided by Greenlight, calculated using the historical average for such payments over the past 12 months.

PLEASE TAKE FURTHER NOTICE that the Debtors have caused a copy of this *Notice of Revised Utilities List* (this "**Supplemental Notice**") to be served upon each of the Utilities identified in this Supplemental Notice by first class mail and have posted this Supplemental Notice on the Debtors' case information website located at https://restructuring.primeclerk.com/purduepharma.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is a revised Utilities List, which includes Greenlight.

Dated:   September 19, 2019
        New York, New York

DAVIS POLK & WARDWELL LLP

By:   */s/* Eli J. Vonnegut

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut

*Proposed Counsel to the Debtors
and Debtors in Possession*