## **Exhibit A**

List of Utility Providers

| Utility Servicer | Utility Account Number | Utility Provided | Utility Servicer Address | Adequate Assurance Deposit |
|---|---|---|---|---|
| LiveMessage | 123-5107-561 | Telephone | 365 Willard Ave Ste 2A Hartford, CT 06111 | $20 |
| Aquarion Water Company of CT | 200392220 | Water | P.O. Box 10010 Lewiston, ME 04243 | $0 |
| Aquarion Water Company of CT | 600000001 | Water | P.O. Box 10010 Lewiston, ME 04243 | $0 |
| Aquarion Water Company of CT | 200094459 | Water | P.O. Box 10010 Lewiston, ME 04243 | $11 |
| Aquarion Water Company of CT | 200094467 | Water | P.O. Box 10010 Lewiston, ME 04243 | $62 |
| Aquarion Water Company of CT | 200392220 | Water | P.O. Box 10010 Lewiston, ME 04243 | $0 |
| AT&T | 831 000 7200 578 | Telephone | P.O. Box 5019 Carol Stream, IL 60197 | $2,637 |
| AT&T | 800 3111 8542 | Telephone | P.O. Box 5019 Carol Stream, IL 60197 | $1,341 |
| AT&T | 831 000 7200 976 | Telephone | P.O. Box 5019 Carol Stream, IL 60197 | $1,183 |
| AT&T | 056 575 5100 001 | Telephone | P.O. Box 105068 Atlanta, GA 30348 | $25 |
| AT&T | 540 250 144 001 | Telephone | P.O. Box 105068 Atlanta, GA 30348 | $0 |
| Cablevision Lightpath Inc | 25147 | Telephone | P.O. Box 360111 Pittsburgh, PA 15251 | $3,325 |
| Cablevision Lightpath Inc | 47036 | Telephone | P.O. Box 360111 Pittsburgh, PA 15251 | $304 |
| CenturyLink | 86392273 | Cable | P.O. Box 52187 Phoenix, AZ 85072 | $2,829 |
| CenturyLink | 307473545 | Cable | P.O. Box 4300 Carol Stream, IL 60197 | $604 |
| City Of Durham | 247265725749 | Water & Sewer | 101 City Hall Pl Durham, NC 27701 | $5,405 |
| City Of Wilson | 14337-84454 | Gas | P.O. Box 2407 Wilson, NC 27894 | $12,126 |
| City Of Wilson | 14337-72430 | Water | Wilson Energy Collection Div. Wilson, NC 27894 | $5,884 |
| City Of Wilson | 14337-44174 | Electric, Gas, Water & Waste Water | Wilson Energy Collection Div. Wilson, NC 27894 | $1,814 |
| City Of Wilson | 14337-61862 | Light Unit, Sprinkler & Stormwater | Wilson Energy Collection Div. Wilson, NC 27894 | $1,659 |
| City Of Wilson | 14337-74238 | Electric | Collection Division Wilson, NC 27894 | $17 |
| City Of Wilson | 14337-75006 | Electric | Collection Division Wilson, NC 27894 | $31,203 |
| Clean Harbors Inc | RH0227 | Waste Treatment | P.O. Box 3442 Boston, MA 02241 | $10,189 |
| Comcast | 8499050900161569 | Cable, Internet, & Phone | P.O. Box 70219 Philadelphia, PA 19176 | $107 |

| Utility Servicer | Utility Account Number | Utility Provided | Utility Servicer Address | Adequate Assurance Deposit |
|---|---|---|---|---|
| Comcast | 8299700016330811 | Cable, Internet, & Phone | P.O. Box 70219 Philadelphia, PA 19176 | $34 |
| Comcast | 8499050900162088 | Internet | P.O. Box 70219 Philadelphia, PA 19176 | $39 |
| Comcast | 8499052470024706 | Cable, Internet, & Phone | P.O. Box 1577 Newark, NJ 07101 | $52 |
| Con Edison | 44-2023-1752-3001-8 | Electric | 4 Irving Place, Suite 2 New York, NY 10003 | $30 |
| Cox Business | 001-6610-310087601 | Telephone | Dept. 781104 P.O. Box 78000 Detroit, MI 48278 | $43 |
| Crystal Rock / DS Services of America, Inc | 773629117751683 | Filtered Water | P.O. Box 660579 Dallas, TX 75266 | $159 |
| Crystal Rock / DS Services of America, Inc | 779415917880358 | Filtered Water | P.O. Box 660579 Dallas, TX 75266 | $35 |
| Danox Environmental Services Inc | n/a | Waste Treatment | P.O. Box 1429 Suwanee, GA 30024 | $25,295 |
| Direct Energy Business | 190530037531166 | Electric | P.O. Box 70220 Philadelphia, PA 19176 | $52,514 |
| Direct Energy Services LLC | 716765-67292 | Gas | P.O. Box 32179 New York, NY 10087 | $17,667 |
| Duke Energy | 1846238647 | Electric | P.O. Box 70516 Charlotte, NC 28272-0516 | $14,615 |
| Earthlink | 136312050101190 | Internet | P.O. Box 2252 Birmingham, AL 35246 | $738 |
| Earthlink Business Company | 5100300 | Telephone | P.O. Box 88104 Chicago, IL 60680 | $88 |
| Eversource Energy / CL&P | 51362857096 | Electric | P.O. Box 56002 Boston, MA 02205 | $130 |
| Eversource Energy / CL&P | 51504762006 | Electric | P.O. Box 56002 Boston, MA 02205 | $638 |
| Eversource Energy / Yankee Gas | 57029957032 | Gas | Po Box 56004 Boston, MA 02205 | $43 |
| Eversource Energy / Yankee Gas | 57184800035 | Gas | Po Box 56004 Boston, MA 02205 | $113 |
| Eversource Energy / Yankee Gas | 57918800061 | Gas | P O Box 56004 Boston, MA 02205 | $386 |
| Frontier | 203-196-3204-121318-5 | Internet | P.O. Box 740407 Cincinnati, OH 45274 | $345 |
| Frontier Communications | 919-189-0016-030816-5 | Internet | P.O. Box 740407 Cincinnati, OH 45274 | $2,815 |
| Frontier Communications | 203-452-0100-101889-5 | Telephone | P.O. Box 740407 Cincinnati, OH 45274 | $2,453 |
| Frontier Communications | 203-324-4118-100813-5 | Telephone | P.O. Box 20550 Rochester, NY 14602 | $327 |
| Greenlight | 513314-01-013314 | Internet | P.O. Box 366 Wilson, NC 27894 | $52 |
| Heritage Environmental Services | 1860103302 | Waste Treatment | 7901 West Morris St. Indianapolis, IN 46231 | $20,622 |

| Utility Servicer | Utility Account Number | Utility Provided | Utility Servicer Address | Adequate Assurance Deposit |
|---|---|---|---|---|
| Hocon Industrial Gas | 31941 | Propane & Helium | 86 Payne Rd. Danbury, CT 06810 | $38 |
| IPASS | 1005019 | Electronic Toll Pass | Box 200152 Pittsburgh, PA 15251 | $471 |
| Kent County Water Authority | 117315 | Water | P.O. Box 9901 Providence, RI 02940-4001 | $2,651 |
| Kent County Water Authority | 117314 | Water | P.O. Box 9901 Providence, RI 02940-4001 | $275 |
| Kent County Water Authority | 115435 | Water | P.O. Box 192 West Warwick, RI 02893 | $0 |
| Kent County Water Authority | 111483 | Water | P.O. Box 192 West Warwick, RI 02893 | $19 |
| Lavoie & Son Industrial | n/a | Waste | 41 Diane Dr. Coventry, RI 02816 | $1,171 |
| Masergy Communications Inc | MCOO1131 | Internet | P.O. Box 733938 Dallas, TX 75373 | $6,222 |
| National Grid | 89489-40027 | Electric | P.O. Box 11739 Newark, NJ 07101 | $14 |
| National Grid | 45347-15023 | Electric | P.O. Box 11739 Newark, NJ 07101 | $282 |
| National Grid | 02336-00023 | Electric | P.O. Box 11739 Newark, NJ 07101 | $44 |
| National Grid | 28109-59018 | Electric | P.O. Box 11739 Newark, NJ 07101 | $43 |
| National Grid | 15679-70040 | Electric | P.O. Box 11739 Newark, NJ 07101 | $11,782 |
| National Grid | 03352-88018 | Electric | P.O. Box 11739 Newark, NJ 07101 | $22 |
| National Grid | 42690-90024 | Gas | P.O. Box 11739 Newark, NJ 07101 | $770 |
| National Grid | 17843-86019 | Gas | P.O. Box 11739 Newark, NJ 07101 | $302 |
| National Grid | 39818-74009 | Gas | P.O. Box 11739 Newark, NJ 07101 | $4,797 |
| National Grid | 52281-53003 | Gas | P.O. Box 11739 Newark, NJ 07101 | $2,005 |
| National Grid | 90438-54001 | Electric | P.O. Box 11739 Newark, NJ 07101 | $26,761 |
| National Grid | 713878016 | Gas | P.O. Box 11739 Newark, NJ 07101 | $60 |
| National Grid | 5379746009 | Gas / Electric | P.O. Box 11739 Newark, NJ 07101 | $8 |
| New Jersey American Water Co | 1018210019956410 | Water | P.O. Box 371331 Pittsburgh, PA 15250 | $0 |
| Optimum - Cablevision | 07808 570686 12 5 | Internet | P.O. Box 9256 Chelsea, MA 02150 | $0 |
| Optimum - Cablevision | 07808 628144 01 7 | Internet | P.O. Box 9256 Chelsea, MA 02150 | $0 |
| Dominion Energy | 0-2101-0439-6630 | Gas | P.O. Box 100256 Columbia, SC 29202 | $6,800 |

| Utility Servicer | Utility Account Number | Utility Provided | Utility Servicer Address | Adequate Assurance Deposit |
|---|---|---|---|---|
| Southern Elevator Co Inc | 30-3715 | Elevator Service | P.O. Box 538596 Atlanta, GA 30353 | $323 |
| Spectrum Business | 202-892806402-001 | Internet | P.O. Box 70872 Charlotte, NC 28272 | $251 |
| Sprint | 928553758 | Telephone | P.O. Box 219903 Kansas City, MO 64121 | $576 |
| Sprint | 680775460 | Telephone | P.O. Box 219100 Kansas City, MO 64121 | $0 |
| Sprint | 371962615 | Telephone | P.O. Box 219100 Kansas City, MO 64121 | $0 |
| Sprint | 682804900 | Telephone | P.O. Box 219100 Kansas City, MO 64121 | $0 |
| Sprint | 840946903 | Telephone | P.O. Box 219100 Kansas City, MO 64121 | $0 |
| Sprint | 921603998 | Telephone | P.O. Box 219100 Kansas City, MO 64121 | $0 |
| Sprint | 921603018 | Telephone | P.O. Box 219100 Kansas City, MO 64121 | $0 |
| Stallings Brothers Holdings Inc | n/a | Liquid Petroleum | 11471 S Nash St. Middlesex, NC 27557 | $2,205 |
| Stericycle Inc | n/a | Recycle | 27314 Network Pl. Chicago, IL 60673 | $2,487 |
| Time Warner Cable | 55657201 | Telephone | Box 223085 Pittsburgh, PA 15251 | $2,256 |
| Time Warner Cable | 202-957740101-001 | Internet | P.O. Box 70872 Charlotte, NC 28272 | $193 |
| Time Warner Cable | 202-860118902-001 | Internet | P.O. Box 70872 Charlotte, NC 28272 | $36 |
| Time Warner Cable Enterprises LLC | 202-900424401-001 | Internet | P.O. Box 70872 Charlotte, NC 28272 | $1,963 |
| Town Of West Warwick | CV-9204-24-sw CV-9201-66-sw CV-9204-23-sw CV-9201-40-sw CV-9204-25-sw | Industrial Sewer Usage | Sewer Commission P.O. Box 498 West Warwick, RI 2893 | $2,220 |
| Veolia Es Technical Solutions | 515643 | Environmental Services | P.O. Box 73709 Chicago, IL 60673 | $45,815 |
| Verizon | 609 882 5707 710 02Y | Telephone | P.O. Box 4833 Trenton, NJ 08650 | $21 |
| Verizon | U0152018 | Telephone | P.O. Box 15043 Albany, NY 12212 | $2,721 |
| Verizon | U0166603 | Telephone | P.O. Box 15043 Albany, NY 12212 | $0 |
| Verizon | U0167377 | Internet | P.O. Box 15043 Albany, NY 12212 | $1,320 |
| Verizon | 942233053-0002 | Telephone | P.O. Box 15062 Albany, NY 12212 | $0 |
| Verizon | 00070263551106Y | Telephone | P.O. Box 4830 Trenton, NJ 08650 | $33 |

| Utility Servicer | Utility Account Number | Utility Provided | Utility Servicer Address | Adequate Assurance Deposit |
|---|---|---|---|---|
| Verizon | 550 421 897 0001 23 | Telephone | P.O. Box 4833 Trenton, NJ 08650 | $267 |
| Verizon | 609 860 0700 606 47Y | Telephone | P.O. Box 4833 Trenton, NJ 08650 | $0 |
| Verizon | 212 758 4157 994 721 | Telephone | P.O. Box 15124 Albany, NY 12212 | $40 |
| Verizon | 00081339889834Y | Telephone | P.O. Box 4830 Trenton, NJ 08650 | $54 |
| Verizon | 755-966-743-0001-42 | Telephone | P.O. Box 15124 Albany, NY 12212 | $0 |
| Verizon Washington DC Inc | 847290708 | Telephone | P.O. Box 4830 Trenton, NJ 08650 | $467 |
| Waste Industries LLC | 1078655 | Waste | 3301 Benson Drive Raleigh, NC 27609 | $2,191 |
| Zoom Video Communications | 425375 | Video Communications | 55 Almaden Blvd., Ste 600 San Jose, CA 95113 | $709 |
| | | | **Total** | **$350,663** |