Leah M. Eisenberg
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, New York 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
E-mail: leisenberg@foley.com

Geoffrey S. Goodman
**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
E-mail:  ggoodman@foley.com

*Counsel for CVS Caremark Part D Services, L.L.C. and CaremarkPCS Health, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned chapter

11 cases as counsel to CVS Caremark Part D Services, L.L.C. and CaremarkPCS Health, L.L.C.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

(collectively, "CVS"), and pursuant to rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section § 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), respectfully request that all notices, pleadings and other papers served or required to be served in these proceedings, be served upon:

> Leah M. Eisenberg, Esq.
> **FOLEY & LARDNER LLP**
> 90 Park Avenue
> New York, New York 10016
> Telephone: (212) 682-7474
> Facsimile: (713) 276-6727
> E-mail: leisenberg@foley.com
>
> And
>
> Geoffrey S. Goodman
> **FOLEY & LARDNER LLP**
> 321 N. Clark Street, Suite 2800
> Chicago, IL 60654-5313
> Telephone: (312) 832-4500
> Facsimile: (312) 832-4700
> E-mail:  ggoodman@foley.com

**PLEASE TAKE FURHTER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notice (the "Notice") shall not be deemed or construed to be a waiver of the rights of CVS (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to

4837-9640-7462.1

trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to demand formal service of process on CVS in accordance the Federal Rules of Bankruptcy Procedure and/or Federal Rules of Civil Procedure, or (v) to assert any other rights, claims, actions, setoffs, or recoupments to which CVS is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

New York, New York
Dated: September 19, 2019

                                    Respectfully submitted,

                                    */s/ Leah M. Eisenberg*
                                    Leah M. Eisenberg, Esq.
                                    FOLEY & LARDNER LLP
                                    90 Park Avenue
                                    New York, New York 10016
                                    E-mail: leisenberg@foley.com
                                    Telephone: (212) 682-7474
                                    Facsimile: (713) 276-6727

                                    *Counsel for CVS Caremark Part D Services, L.L.C.*
                                    *and CaremarkPCS Health, L.L.C.*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served on this, the 19th day of September, 2019 on all parties entitled to receive service through the Court's ECF system.

                                              /s/ Leah M. Eisenberg
                                              Leah M. Eisenberg