UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re                                               :    Chapter 11
                                                    :
PURDUE PHARMA L.P., *et al.*,                       :    Case No. 19-23649 (RDD)
                                                    :
                          Debtors.[1]               :    (Jointly Administered)
------------------------------------------------------------ x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Assistant Attorney General, Rachel R. Obaldo, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent the State of Texas, by its Attorney General, Ken Paxton, a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Texas and, the bar of the U.S. District Court for the Western District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: September 20, 2019
      Austin, Texas

      STATE OF TEXAS
      KEN PAXTON, ATTORNEY GENERAL

      */s/ Rachel R. Obaldo*
      RACHEL R. OBALDO, ESQ.
      Assistant Attorney General
      Deputy Chief, Bankruptcy & Collections Division
      MC 008
      P.O. Box 12548
      Austin, Texas 78711-2548
      Telephone: (512) 475-4551
      rachel.obaldo@oag.texas.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

5849130.1