# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:**<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

## MOTION OF MICHAEL H. GOLDSTEIN FOR ADMISSION *PRO HAC VICE*

I, Michael H. Goldstein, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Teva Pharmaceuticals USA, Inc. and its affiliates, Anda, Inc. and Teva Canada Limited, creditors in in the above captioned cases.

*I certify that I am a member in good standing* of the bars of the State of New York, State of California, District of Columbia and also admitted to practice before, among other courts, the United States District Court for the Northern, Southern, Eastern and Central Districts of California, the United States Court of Appeals for the Ninth Circuit, the Bankruptcy Court for the Western District of Wisconsin and the United States Court of Appeals for the Third Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac* admission.

Dated: September 20, 2019

/s/*Michael H. Goldstein*
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Michael H. Goldstein
William P. Weintraub
Howard S. Steel
T: 212.813.8800
F: 212.355.3333
mgoldstein@goodwinlaw.com
wweintraub@goodwinlaw.com
hsteel@goodwinlaw.com

*Counsel to Teva Pharmaceuticals USA, Inc., Anda, Inc. and Teva Canada Limited*

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:**<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Michael H. Goldstein (the "Movant"), to be admitted, *pro hac vice*, to represent Teva Pharmaceuticals USA, Inc., Anda, Inc. and Teva Canada Limited (collectively, "Teva") in the above-captioned chapter 11 cases, and upon the Movant's certification that the Movant is a member in good standing with the bars of the State of New York, State of California, District of Columbia and also admitted to practice before, among other courts, the United States District Court for the Northern, Southern, Eastern and Central Districts of California, the United States Court of Appeals for the Ninth Circuit, the Bankruptcy Court for the Western District of Wisconsin and the United States Court of Appeals for the Third Circuit, it is hereby:

**ORDERED**, that Michael H. Goldstein, is admitted to practice, *pro hac vice*, in the above-captioned chapter 11 cases to represent Teva in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____
White Plains, New York

_____
UNITED STATES BANKRUPTCY JUDGE