GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Michael H. Goldstein (motion for admission *pro hac* pending)
William P. Weintraub
Howard S. Steel
T: 212.813.8800
F: 212.355.3333
mgoldstein@goodwinlaw.com
wweintraub@goodwinlaw.com
hsteel@goodwinlaw.com

*Counsel to Teva Pharmaceuticals USA, Inc.,
Anda, Inc. and Teva Canada Limited*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**PURDUE PHARMA L.P,** *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned proceeding, as counsel to Teva Pharmaceuticals USA, Inc., Anda, Inc. and Teva Canada Limited (collectively, "Teva"), and requests, pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 9007 and 9019 and sections 102(1) and 1109(b) of the Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last for digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stambford, CT 06901. A motion for joint administration is pending.

Code, that all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon:

> Michael H. Goldstein
> William P. Weintraub
> Howard S. Steel
> GOODWIN PROCTER LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, New York  10018
> Tel.:    212.813.8800
> Fax.:   212.355.3333
> mgoldstein@goodwinlaw.com
> wweintraub@goodwinlaw.com
> hsteel@goodwinlaw.com

**PLEASE TAKE FURTHER NOTICE** that the undersigned consents to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document (including, without limitation, operating reports, statements of affairs, schedules of assets and liabilities, disclosure statements and/or plans of reorganization) filed with, or otherwise brought before, this Court with respect to the above-captioned case, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to confer the jurisdiction of this Bankruptcy Court over Teva or to waive: (i) any right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) any right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference

2

ACTIVE/98513094.1

withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Teva may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: September 20, 2019
      New York, New York

                          Respectfully submitted,

                          /s/*William P. Weintraub*
                          GOODWIN PROCTER LLP
                          The New York Times Building
                          620 Eighth Avenue
                          New York, New York 10018
                          Michael H. Goldstein  (motion for admission *pro hac* pending)
                          William P. Weintraub
                          Howard S. Steel
                          T: 212.813.8800
                          F: 212.355.3333
                          mgoldstein@goodwinlaw.com
                          wweintraub@goodwinlaw.com
                          hsteel@goodwinlaw.com

                          *Counsel to Teva Pharmaceuticals USA, Inc.,*
                          *Anda, Inc. and Teva Canada Limited*

## CERTIFICATE OF SERVICE

I, Michael H. Goldstein, hereby certify that a true and correct copy of the foregoing document will be forwarded by electronic transmission to all parties registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF), via this Court's CM/ECF system.

*/s/William P. Weintraub*
William P. Weintraub