**TEITELBAUM LAW GROUP, LLC**
1 Barker Avenue, 3rd Floor
White Plains, New York 10601
Tel: (914) 437-7670
Email: jteitelbaum@tblawllp.com
Jay Teitelbaum, Esq.

*Attorneys for Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*[1] | Case No. 19-23649 (RDD) |
| | (Joint Administration Pending) |

**MOTION FOR JOHN W. BARRETT'S ADMISSION
TO PRACTICE, *PRO HAC VICE***

JAY TEITELBAUM, an attorney duly admitted to practice law in the State of New York and before this Court, upon the accompanying affidavit of John W. Barrett, hereby moves for the admission, *pro hac vice*, of John W. Barrett, before the Honorable Robert D. Drain, to represent creditors Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., which seeks to recover for its own benefit and for a broader class of approximately 384

---

[1] The following cases are jointly administered: In re Purdue Pharma L.P., 19-23649, Purdue Pharma Inc., 19-23648, Purdue Transdermal Technologies L.P., 19-23650, Purdue Pharma Manufacturing L.P., 19-23651 Purdue Pharmaceuticals L.P., 19-23652, Imbrium Therapeutics L.P., 19-23653, Adlon Therapeutics L.P., 19-23654, Greenfield BioVentures L.P., 19-23655, Seven Seas Hill Corp., 19-23656, Ophir Green Corp., 19-23657, Purdue Pharma of Puerto Rico, 19-23658, Avrio Health L.P., 19-23659, Purdue Pharmaceutical Products L.P., 19-23660, Purdue Neuroscience Company, 19-23661. Nayatt Cove Lifescience Inc., 19-23662, Button Land L.P., 19-23663, Rhodes Associates L.P., 19-23666, Paul Land Inc., 19-23664,Quidnick Land L.P., 19-23665, Rhodes Pharmaceuticals L.P., 19-23667, Rhodes Technologies, 19-23668, UDF LP, 19-23669, SVC Pharma LP 19-23670, and SVC Pharma Inc., 19-23671.

{

hospitals on Exhibit A hereto in the above-referenced Chapter 11 case and any related adversary proceeding.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: September 22, 2019

**TEITELBAUM LAW GROUP, LLC**
By: /s/ Jay Teitelbaum
Jay Teitelbaum, Esq.
1 Barker Avenue
Third Floor
White Plains, New York 10601
(914) 437-7670
jteitelbaum@tblawllp.com

*Attorneys for Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A*

2