UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR**
**JOHN W. BARRETT'S ADMISSION TO PRACTICE PRO HAC VICE**

STATE OF MISSISSIPPI:
COUNTY OF HOLMES: Ss.

John W. Barrett, being duly sworn, deposes, and says:

1. I submit this affidavit in support of the motion by Jonathan W. Cuneo for my admission *pro hac vice*, to practice before this Court in the above referenced Chapter 11 cases and any related adversary proceeding.

---

[1] The following cases are jointly administered: In re Purdue Pharma L.P., 19-23649, Purdue Pharma Inc., 19-23648, Purdue Transdermal Technologies L.P., 19-23650, Purdue Pharma Manufacturing L.P., 19-23651 Purdue Pharmaceuticals L.P., 19-23652, Imbrium Therapeutics L.P., 19-23653, Adlon Therapeutics L.P., 19-23654, Greenfield BioVentures L.P., 19-23655, Seven Seas Hill Corp., 19-23656, Ophir Green Corp., 19-23657, Purdue Pharma of Puerto Rico, 19-23658, Avrio Health L.P., 19-23659, Purdue Pharmaceutical Products L.P., 19-23660, Purdue Neuroscience Company, 19-23661. Nayatt Cove Lifescience Inc., 19-23662, Button Land L.P., 19-23663, Rhodes Associates L.P., 19-23666, Paul Land Inc., 19-23664,Quidnick Land L.P., 19-23665, Rhodes Pharmaceuticals L.P., 19-23667, Rhodes Technologies, 19-23668, UDF LP, 19-23669, SVC Pharma LP 19-23670, and SVC Pharma Inc., 19-23671.

2. I am a member of the firm Barrett Law Group, P.A., with an address at P.O. Box 927, 404 Court Square, Lexington, MS 39095, with the telephone number (662) 834-2488, and with the email address DonBarrettPA@gmail.com.

3. I am a member in good standing of the bar in the State of Mississippi, Bar #2063, and the following court bars:

   U.S. Supreme Court
   U.S. Court of Appeals 1st Circuit
   U.S. Court of Appeals 3rd Circuit
   U.S. Court of Appeals 5th Circuit
   U.S. Court of Federal Claims
   U.S. District Court for the Eastern District of Arkansas
   U.S. District Court for the Western District of Arkansas
   U.S. District Court for the District of Colorado
   U.S. District Court for the Northern District of Florida
   U.S. District Court for the Northern District of Illinois
   U.S. District Court for the Southern District of Illinois
   U.S. District Court for the Eastern District of Michigan
   U.S. District Court for the Northern District of Mississippi
   U.S. District Court for the Southern District of Mississippi
   U.S. District Court for the Northern District of Ohio
   U.S. District Court for the Eastern District of Tennessee
   U.S. District Court for the Western District of Tennessee
   U.S. District Court for the Eastern District of Wisconsin

4. Cuneo Gilbert & LaDuca, LLP has been retained as our co-counsel in this matter.

Don Barrett
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488

By: *Don Barrett* (signature)

Sworn to this 20th day of September 2019