UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| in re:<br><br>PURDUE PHARMA L.P., *et al.*[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Joint Administration Pending) |

### ORDER GRANTING MOTION FOR JOHN W. BARRETT'S ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jay Teitelbaum, an attorney admitted to practice law in the State of New York and before this Court, for the *pro hac vice* admission of John W. Barrett to represent creditors Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., which seeks to recover for its own benefit and for approximately 384 hospitals identified on Exhibit A to the Motion in the above-referenced Chapter 11 case and any related adversary proceeding, and upon the certification of John W. Barrett that he is a member in good standing of the bar of the State of Mississippi, Bar and a member in good standing to practice before the United States Supreme Court, and various United States Courts of Appeal and District Courts, it is hereby

**ORDERED** that John W. Barrett, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent creditors Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., which seeks to recover for its own benefit and for

---

[1] The following cases are jointly administered: In re Purdue Pharma L.P., 19-23649, Purdue Pharma Inc., 19-23648, Purdue Transdermal Technologies L.P., 19-23650, Purdue Pharma Manufacturing L.P., 19-23651 Purdue Pharmaceuticals L.P., 19-23652, Imbrium Therapeutics L.P., 19-23653, Adlon Therapeutics L.P., 19-23654, Greenfield BioVentures L.P., 19-23655, Seven Seas Hill Corp., 19-23656, Ophir Green Corp., 19-23657, Purdue Pharma of Puerto Rico, 19-23658, Avrio Health L.P., 19-23659, Purdue Pharmaceutical Products L.P., 19-23660, Purdue Neuroscience Company, 19-23661. Nayatt Cove Lifescience Inc., 19-23662, Button Land L.P., 19-23663, Rhodes Associates L.P., 19-23666, Paul Land Inc., 19-23664,Quidnick Land L.P., 19-23665, Rhodes Pharmaceuticals L.P., 19-23667, Rhodes Technologies, 19-23668, UDF LP, 19-23669, SVC Pharma LP 19-23670, and SVC Pharma Inc., 19-23671.

approximately 384 hospitals identified on Exhibit A to the Motion in the above-referenced Chapter

11 case and any related adversary proceeding in the United States Bankruptcy Court for the

Southern District of New York, provided that the filing fee has been paid.

Dated: September ____, 2019

_____

ROBERT D. DRAIN

UNITED STATES BANKRUPTCY JUDGE