**CUNEO GILBERT & LADUCA, LLP**
Jonathan W. Cuneo, Esq.
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
And
16 Court Street, Suite 1012
Brooklyn, New York 11241
Telephone: (202)789-3960
jonc@cuneolaw.com

**BARRETT LAW GROUP, P.A**.
John W. Barrett, Esq.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Tel. (662) 834-2488
Email: DonBarrettPA@gmail.com
Admission *Pro Hac Vice* Pending

And
**TEITELBAUM LAW GROUP, LLC**
1 Barker Avenue, 3rd Floor
White Plains, New York 10601
Tel: (914) 437-7670
Email: jteitelbaum@tblawllp.com
Jay Teitelbaum, Esq.

*Attorneys for Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re :<br>PURDUE PHARMA, L.P., et. al<br>**Debtors.**[1] | Chapter 11<br>Case No. 19-23649-(RDD)<br>(Jointly Administered) |

---

[1] The following cases are jointly administered: In re Purdue Pharma L.P., 19-23649, Purdue Pharma Inc., 19-23648, Purdue Transdermal Technologies L.P., 19-23650, Purdue Pharma Manufacturing L.P., 19-23651 Purdue Pharmaceuticals L.P., 19-23652, Imbrium Therapeutics L.P., 19-23653, Adlon Therapeutics L.P., 19-23654, Greenfield BioVentures L.P., 19-23655, Seven Seas Hill Corp., 19-23656, Ophir Green Corp., 19-23657, Purdue Pharma of Puerto Rico, 19-23658, Avrio Health L.P., 19-23659, Purdue Pharmaceutical Products L.P., 19-23660, Purdue Neuroscience Company, 19-23661. Nayatt Cove Lifescience Inc., 19-23662, Button Land L.P., 19-23663, Rhodes Associates L.P., 19-23666, Paul Land Inc., 19-23664,Quidnick Land L.P., 19-23665, Rhodes Pharmaceuticals L.P., 19-23667, Rhodes Technologies, 19-23668, UDF LP, 19-23669, SVC Pharma LP 19-23670, and SVC Pharma Inc., 19-23671.

## NOTICE OF APPEARANCE, REQUEST FOR
## SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that, the undersigned appears as counsel for Community Health Systems, Inc. and its affiliates and subsidiaries, Tenet Healthcare Corporation and its affiliates and subsidiaries, and Infirmary Health System, Inc., and its affiliates and subsidiaries which seeks to recover for its own benefit and for a broader class of approximately 384 hospitals on Exhibit A (the "Hospital Plaintiffs") creditors and parties herein, and pursuant to Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), requests that all notices given or required in these cases and any adversary proceeding, and all disclosure statements and plans, and all other papers served in these cases, be given to and served upon:

**CUNEO GILBERT & LADUCA, LLP**
Jonathan W. Cuneo, Esq.
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
And
16 Court Street, Suite 1012
Brooklyn, New York 11241
Telephone: (202)789-3960
jonc@cuneolaw.com

**BARRETT LAW GROUP, P.A**.
John W. Barrett, Esq.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Tel. (662) 834-2488
Email: DonBarrettPA@gmail.com
Admission *Pro Hac Vice* Pending

And
**TEITELBAUM LAW GROUP, LLC**
1 Barker Avenue, 3rd Floor
White Plains, New York 10601

Tel: (914) 437-7670
Email: jteitelbaum@tblawllp.com
Jay Teitelbaum, Esq.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, electronically, or otherwise, which affects the Debtor or property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which creditor may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: September 22, 2019

**CUNEO GILBERT & LADUCA, LLP**

By: /s/ Jonathan W. Cuneo
    Jonathan W. Cuneo, Esq.
    4725 Wisconsin Avenue, NW, Suite 200
    Washington, DC 20016
    And
    16 Court Street, Suite 1012
    Brooklyn, New York 11241
    Telephone: (202)789-3960
    jonc@cuneolaw.com

**BARRETT LAW GROUP, P.A**.

By: /s/ John W. Barrett
    John W. Barrett
    P.O. Box 927
    404 Court Square
    Lexington, MS 39095
    Tel. (662) 834-2488
    Email: DonBarrettPA@gmail.com
    Admission *Pro Hac Vice* Pending

And

**TEITELBAUM LAW GROUP, LLC**

By; /s/ Jay Teitelbaum
    Jay Teitelbaum, Esq.
    1 Barker Avenue, 3rd Floor
    White Plains, New York 10601
    Tel: (914) 437-7670
    Email: jteitelbaum@tblawllp.com

*Attorneys for Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., which seeks to recover for its own benefit and for a broader class of approximately 384 hospitals on Exhibit A*