# EXHIBIT A

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 131 | Mat-Su Regional Medical Center | Community Health Systems, Inc. | 2500 South Woodwroth Loop | Palmer | AK | |
| 3 | Monroe County Healthcare Authority d/b/a Monroe County Hospital | Monroe County Healthcare Authority d/b/a Monroe County Hospital | 2016 South Alabama Ave | Monroeville | AL | SD of MS, 5:17-cv-00145; 1:17-op-45175; MDL 2804 |
| 4 | Mobile Infirmary | Infirmary Health Hospitals, Inc. | 5 Mobile Infirmary Circle | Mobile | AL | SD of MS, 5:17-cv-00145; 1:17-op-45175; MDL 2804 |
| 5 | Thomas Hospital | Infirmary Health Hospitals, Inc. | 750 Morphy Ave | Fairhope | AL | |
| 6 | North Baldwin Infirmary | Infirmary Health Hospitals, Inc. | 1815 Hand Ave | Bay Minette | AL | |
| 7 | Atmore Community Hospital | Infirmary Health Hospitals, Inc. | 401 Medical Park Drive | Atmore | AL | |
| 8 | Infirmary LTAC (Long Term Acute Care) Hospital | Infirmary Health Hospitals, Inc. | 5 Mobile Infirmary Circle | Mobile | AL | |
| 97 | Walker Baptist Medical Center | Tenet Healthcare Corporation | 3400 U.S. 78 | Jasper | AL | CV-19-07; Conecuh Cty Circuit Court |
| 98 | Princeton Baptist Medical Center | Tenet Healthcare Corporation | 701 Princeton Ave SW | Birmingham | AL | CV-19-07; Conecuh Cty Circuit Court |
| 99 | Brookwood Baptist Medical Center | Tenet Healthcare Corporation | 2010 Brookwood Medical Center Dr | Birmingham | AL | CV-19-07; Conecuh Cty Circuit Court |
| 100 | Shelby Baptist Medical Center | Tenet Healthcare Corporation | 1000 First Street N | Alabaster | AL | CV-19-07; Conecuh Cty Circuit Court |
| 101 | Citizens Baptist Medical Center | Tenet Healthcare Corporation | 604 Stone Ave | Talladega | AL | CV-19-07; Conecuh Cty Circuit Court |
| 120 | Baptist Medical Center East | The Health Care Authority for Baptist Health, an Affiliate of UAB Health System | 400 Taylor Rd | Montgomery | AL | CV-19-07; Conecuh Cty Circuit Court |
| 121 | Prattville Baptist Hospital | The Health Care Authority for Baptist Health, an Affiliate of UAB Health System | 124 S Memorial Drive | Prattville | AL | CV-19-07; Conecuh Cty Circuit Court |
| 122 | The Health Care Authority for Baptist Health, an Affiliate of UAB Health System | The Health Care Authority for Baptist Health, an Affiliate of UAB Health System | 301 Brown Springs Rd | Montgomery | AL | CV-19-07; Conecuh Cty Circuit Court |
| 123 | Evergreen Medical Center | Gilliard Health Services, Inc. | 101 Crestview Ave | Evergreen | AL | CV-19-07; Conecuh Cty Circuit Court |
| 124 | Jackson Medical Center | Gilliard Health Services, Inc. | 220 Hospital Dr | Jackson | AL | CV-19-07; Conecuh Cty Circuit Court |

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 125 | Crestwood Medical Center | Community Health Systems, Inc. | One Hospital Drive | Huntsville | AL | CV-19-07; Conecuh Cty Circuit Court |
| 126 | Affinity Hospital, LLC d/b/a Grandview Medical Center | Community Health Systems, Inc. | 3690 Grandview Pky | Birmingham | AL | CV-19-07; Conecuh Cty Circuit Court |
| 127 | Triad of Alabama, LLC | Community Health Systems, Inc. | 4370 W. Main St | Dothan | AL | CV-19-07; Conecuh Cty Circuit Court |
| 128 | QHC of Enterptise, Inc. d/b/a Medical Center Enterprise | Community Health Systems, Inc. | 400 North Edwards St | Enterprise | AL | CV-19-07; Conecuh Cty Circuit Court |
| 129 | Gadsden Regional Medical Center | Community Health Systems, Inc. | 1007 Goodyear Ave | Gadsden | AL | CV-19-07; Conecuh Cty Circuit Court |
| 130 | South Baldwin Regional Medical Center | Community Health Systems, Inc. | 1613 N. McKenzie St | Foley | AL | CV-19-07; Conecuh Cty Circuit Court |
| 244 | Medical West Hospital Authority, an Affiliate of UAB Health System d/b/a UAB Medical West | Medical West Hospital Authority, an Affiliate of UAB Health System d/b/a UAB Medical West | 995 9th Ave SW | Bessemer | AL | CV-19-07; Conecuh Cty Circuit Court |
| 272 | Grove Hill Memorial Hospital | Clarke County Healthcare Authority | 295 S. Jackson St | Grove Hill | AL | CV-19-07; Conecuh Cty Circuit Court |
| 276 | Bibb Medical Center | Bibb Medical Center | 208 Pierson Ave | Centreville | AL | |
| 277 | Dale Medical Center | Dale Medical Center | 126 Hospital Ave | Ozark | AL | |
| 278 | Greene County Hospital | Greene County Hospital | 509 Wilson Ave | Eutaw | AL | |
| 279 | Jackson Hospital & Clinic, Inc. ("Jackson Hospital") | Jackson Hospital & Clinic, Inc. ("Jackson Hospital") | 1725 Pine St. | Montgomery | AL | |
| 280 | D.W. McMillan Memorial Hospital | D.W. McMillan Memorial Hospital | 1301 Belleville Ave | Brewton | AL | |

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 281 | Mizell Memorial Hospital | Mizell Memorial Hospital | 702 N. Main St. | Opp | AL | |
| 283 | Brian W. Whitfield Memorial Hospital | Tombigbee Healthcare Authority | 105 Hwy 80 East | Demopolis | AL | |
| 284 | Wiregrass Medical Center | Wiregrass Medical Center | 1200 West Maple Ave | Geneva | AL | |
| 368 | Community Hospital, Inc. | | 805 Friendship Rd | Tallassee | AL | |
| 374 | DHC Regional Medical Center | DCH Health System | 809 University Blvd. East | Tuscaloosa | AL | CV-19-07; Conecuh Cty Circuit Court |
| 375 | Northport Medical Center | DCH Health System | 2700 Hospital Dr. | Northport | AL | |
| 376 | Fayette Medical Center | DCH Health System | 1653 Temple Ave | Fayette | AL | |
| 384 | The Sylacauga Health Care Authority d/b/a Coosa Valley Medical Center | | 315 W. Hickory St. | Sylacauga | AL | |
| 11 | Searcy Medical Center | Unity Health | 2900 Hawkins Dr | Searcy | AR | |
| 12 | Advanced Care Hospital of White County | Unity Health | 1200 South Main, Street | Street, Searcy | AR | |
| 13 | Harris Medical Center | Unity Health | 1205 McLain St | Newport | AR | |
| 14 | White County Medical Center | Unity Health | 3214 E. Race Ave | Searcy | AR | |
| 17 | White River Health System, Inc. | White River Health System, Inc. | 1710 Harrison St. | Batesville | AR | |
| 135 | Medical Center of South Arkansas | Community Health Systems, Inc. | 700 West Grove Street | El Dorado | AR | |
| 136 | Northwest Health Physicians' Specialty Hospital | Community Health Systems, Inc. | 3873 Parkview Dr | Fayetteville | AR | |
| 137 | Northwest Medical Center - Bentonville | Community Health Systems, Inc. | 3000 Medical Center Pky | Bentonville | AR | |
| 138 | Northwest Medical Center - Springdale | Community Health Systems, Inc. | 609 West Maple Ave | Springdale | AR | |
| 139 | Siloam Springs Regional Hospital | Community Health Systems, Inc. | 603 North Progress Ave | Ave, Siloam Springs | AR | |
| 140 | Willow Creek Women's Hospital | Community Health Systems, Inc. | 4301 Greathouse Springs Rd | Johnson | AR | |
| 141 | <span style="color:red">Sparks Medical Center - Van Buren</span> | <span style="color:red">Community Health Systems, Inc.</span> | <span style="color:red">211 Crawford Memorial Dr</span> | <span style="color:red">Van Buren</span> | <span style="color:red">AR</span> | |
| 142 | <span style="color:red">Sparks Regional Medical Center</span> | <span style="color:red">Community Health Systems, Inc.</span> | <span style="color:red">1001 Towson Ave</span> | <span style="color:red">Fort Smith</span> | <span style="color:red">AR</span> | |
| 264 | NEA Baptist Memorial Hospital | Baptist Memorial Health Care Corporation | 4800 East Johnson Ave | Jonesboro | AR | |
| 49 | Abrazo West Campus | Tenet Healthcare Corporation | 13677 West McDowell Rd | Goodyear | AZ | Mohave Cty Superior Court S8015CV20190056 3 |
| 50 | Abrazo Central Hospital | Tenet Healthcare Corporation | 2000 West Bethany Home Rd | Phoenix | AZ | Mohave Cty Superior Court S8015CV20190056 3 |
| 51 | Abrazo Arrowhead Campus | Tenet Healthcare Corporation | 18701 North 67th Ave | Glendale | AZ | Mohave Cty Superior Court S8015CV20190056 3 |
| 52 | Abrazo Arizona Heart Hospital | Tenet Healthcare Corporation | 1930 East Thomas Rd | Phoenix | AZ | Mohave Cty Superior Court S8015CV20190056 3 |
| 53 | OASIS Hospital | Tenet Healthcare Corporation | 750 North 40th St | Phoenix | AZ | Mohave Cty Superior Court S8015CV20190056 3 |

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 54 | Abrazo Scottsdale Campus | Tenet Healthcare Corporation | 3929 East Bell Rd | Phoenix | AZ | Mohave Cty Superior Court S8015CV201900563 |
| 55 | Arizona Orthopedic and Surgical Specialty Hospital | Tenet Healthcare Corporation | 2905 West Warner Rd | Chandler | AZ | Mohave Cty Superior Court S8015CV201900563 |
| 56 | Carondelet St. Mary's Hospital | Tenet Healthcare Corporation | 1601 W. St. Mary's Rd | Tucson | AZ | Mohave Cty Superior Court S8015CV201900563 |
| 57 | Carondelet St. Joseph's Hospital | Tenet Healthcare Corporation | 350 N. Wilmot Rd | Tucson | AZ | Mohave Cty Superior Court S8015CV201900563 |
| 58 | Arizona Spine & Joint Hospital | Tenet Healthcare Corporation | 4620 E Baseline Rd | Mesa | AZ | Mohave Cty Superior Court S8015CV201900563 |
| 59 | Carondelet Holy Cross Hospital | Tenet Healthcare Corporation | 1171 W. Target Range Rd | Nogales | AZ | Mohave Cty Superior Court S8015CV201900563 |
| 132 | Northwest Medical Center | Community Health Systems, Inc. | 6200 N. LaCholla Blvd | Tucson | AZ | Mohave Cty Superior Court S8015CV201900563 |
| 133 | Oro Valley Hospital | Community Health Systems, Inc. | 1551 E. Tangerine Rd | Tucson | AZ | Mohave Cty Superior Court S8015CV201900563 |
| 134 | Western Arizona Regional Medical Center (Bullhead City Hospital Corporation) | Community Health Systems, Inc. | 2735 Silver Creek Rd | Bullhead City | AZ | Mohave Cty Superior Court S8015CV201900563 |
| 273 | Tucson Medical Center | Tucson Medical Center | 5301 E. Grant Rd | Tucson | AZ | C20184991 (AZ Superior Court) 4:18-cv-532 (Dist. AZ) |
| 359 | Kingman Regional Medical Center | Kingman Healthcare, Inc. | 3269 N. Stockton Hill Rd. | Kingman | AZ | Mohave Cty Superior Court S8015CV201900563 |
| 32 | San Ramon Regional Medical Center | Tenet Healthcare Corporation | 6001 Norris Canyon Rd | San Ramon | CA | |
| 33 | Doctors Hospital of Manteca | Tenet Healthcare Corporation | 1205 East North St | Manteca | CA | |
| 34 | Doctors Medical Center of Modesto | Tenet Healthcare Corporation | 1441 Florida Ave | Modesto | CA | |
| 35 | Emanuel Medical Center | Tenet Healthcare Corporation | 825 Delbon Ave | Turlock | CA | |
| 36 | Twin Cities Community Hospital | Tenet Healthcare Corporation | 1100 Las Tablas Rd | Templeton | CA | |
| 37 | Sierra Vista Regional Medical Center | Tenet Healthcare Corporation | 1010 Murray Ave | San Luis Obispo | CA | |

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 38 | Lakewood Regional Medical Center | Tenet Healthcare Corporation | 3700 East South St | Lakewood | CA | |
| 39 | Los Alamitos Medical Center | Tenet Healthcare Corporation | 3751 Katella Ave | Los Alamitos | CA | |
| 40 | Fountain Valley Regional Hospital | Tenet Healthcare Corporation | 17100 Euclid at Warner | Fountain Valley | CA | |
| 41 | Placentia - Linda Hospital | Tenet Healthcare Corporation | 1301 N. Rose Dr. | Placentia | CA | |
| 42 | Hi-Desert Medical Center | Tenet Healthcare Corporation | 6601 White Feather Rd. | Joshua Tree | CA | |
| 43 | Desert Regional Medical Center | Tenet Healthcare Corporation | 1150 N. Indian Canyon Way | Palm Springs | CA | |
| 44 | JFK Memorial Hospital | Tenet Healthcare Corporation | 47-111 Monroe St | Indio | CA | |
| 110 | Palm Beach Gardens Medical Center | Tenet Healthcare Corporation | 3360 Burns Rd | Palm Beach Gardens | FL | #95754861; Broward Cty Circuit Court, FL |
| 111 | St. Mary's Medical Center | Tenet Healthcare Corporation | 901 45th St | West Palm Beach | FL | #95754861; Broward Cty Circuit Court, FL |
| 112 | Good Samaritan Medical Center | Tenet Healthcare Corporation | 1309 North Flagler Dr | West Palm Beach | FL | #95754861; Broward Cty Circuit Court, FL |
| 113 | Delray Medical Center | Tenet Healthcare Corporation | 5352 Linton Blvd | Delray Beach | FL | #95754861; Broward Cty Circuit Court, FL |
| 114 | West Boca Medical Center | Tenet Healthcare Corporation | 21644 State Rd. 7 | Boca Raton | FL | 1:18-op-45530 |
| 115 | Coral Gables Hospital | Tenet Healthcare Corporation | 3100 Douglas Rd | Coral Gablese | FL | #95754861; Broward Cty Circuit Court, FL |
| 116 | Hialeah Hospital | Tenet Healthcare Corporation | 651 East 25th St | Hialeah | FL | #95754861; Broward Cty Circuit Court, FL |
| 117 | North Shore Medical Center | Tenet Healthcare Corporation | 1100 Northwest 95th St | Miami | FL | #95754861; Broward Cty Circuit Court, FL |
| 118 | Palmetto General Hospital | Tenet Healthcare Corporation | 2001 West 68th St | Hialeah | FL | #95754861; Broward Cty Circuit Court, FL |
| 119 | Florida Medical Center, a campus of North Shore | Tenet Healthcare Corporation | 5000 West Oakland Park Blvd | Fort Lauderdale | FL | #95754861; Broward Cty Circuit Court, FL |
| 143 | Bayfront Health - Brooksville | Community Health Systems, Inc. | 17240 Cortez Blvd | Brooksville | FL | #95754861; Broward Cty Circuit Court, FL |
| 144 | Bayfront Health - Spring Hill | Community Health Systems, Inc. | 10461 Quality Dr | Spring Hill | FL | #95754861; Broward Cty Circuit Court, FL |
| 145 | Lake Wales Medical Center | Community Health Systems, Inc. | 410 South 11th St | Lake Wales | FL | #95754861; Broward Cty Circuit Court, FL |
| 146 | North Okaloosa Medical Center | Community Health Systems, Inc. | 151 East Redstone Ave | Crestview | FL | #95754861; Broward Cty Circuit Court, FL |

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 148 | Shands Live Oak Regional Medical Center | Community Health Systems, Inc. | 1100 SW 11th St | Live Oak | FL | #95754861; Broward Cty Circuit Court, FL |
| 149 | Venice Regional Bayfront Health | Community Health Systems, Inc. | 540 The Rialto | Venice | FL | #95754861; Broward Cty Circuit Court, FL |
| 150 | Bayfront Health - Port Charlotte | Community Health Systems, Inc. | 2500 Harbor Blvd | Port Charlotte | FL | #95754861; Broward Cty Circuit Court, FL |
| 151 | Bayfront Health - St. Petersburg | Community Health Systems, Inc. | 701 6th St. South | St. Petersburg | FL | #95754861; Broward Cty Circuit Court, FL |
| 152 | Lower Keys Medical Center | Community Health Systems, Inc. | 5900 College Rd | Key West | FL | #95754861; Broward Cty Circuit Court, FL |
| 153 | Physicians Regional Medical Center - Collier Blvd | Community Health Systems, Inc. | 8300 Collier Blvd | Naples | FL | #95754861; Broward Cty Circuit Court, FL |
| 154 | Seven Rivers Regional Medical Center | Community Health Systems, Inc. | 6201 N. Suncoast Blvd | Crystal River | FL | #95754861; Broward Cty Circuit Court, FL |
| 155 | Shands Starke Regional Medical Center | Community Health Systems, Inc. | 922 E. Call St | Starke | FL | #95754861; Broward Cty Circuit Court, FL |
| 156 | Bayfront Health - Punta Gorda | Community Health Systems, Inc. | 809 E. Marion Ave, | Punta Gorda | FL | #95754861; Broward Cty Circuit Court, FL |
| 157 | Heart of Florida Regional Medical Center | Community Health Systems, Inc. | 40100 US Hwy 27 | Davenport | FL | #95754861; Broward Cty Circuit Court, FL |
| 158 | Physicians Regional Medical Center - Pine Ridge | Community Health Systems, Inc. | 6101 Pine Ridge Rd | Naples | FL | #95754861; Broward Cty Circuit Court, FL |
| 159 | Shands Lake Shore Regional Medical Center | Community Health Systems, Inc. | 368 NE Franklin St | Lake City | FL | #95754861; Broward Cty Circuit Court, FL |
| 160 | St. Cloud Regional Medical Center | Community Health Systems, Inc. | 2906 17th St | St. Cloud | FL | #95754861; Broward Cty Circuit Court, FL |
| 341 | Leesburg Regional Medical Center | Central Florida Health | Center 600 E. Dixie Ave. | Leesburg | FL | #95754861; Broward Cty Circuit Court, FL |
| 342 | The Villages Regional Hospital | Central Florida Health | 1451 El Camino Real | The Villages | FL | #95754861; Broward Cty Circuit Court, FL |
| 360 | Larkin Community Hospital (South Miami) | | 7031 SW 62nd Ave | South Miami | FL | #95754861; Broward Cty Circuit Court, FL |
| 361 | Larkin Community Hospital Palm Springs | | 1475 W 49th Place | Hialeah | FL | #95754861; Broward Cty Circuit Court, FL |
| 365 | Flagler Hospital | Flagler Health | 400 Health Park Blvd. | St. Augustine | FL | #95754861; Broward Cty Circuit Court, FL |

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 367 | Halifax Hospital Medical Center | | 303 N. Clyde Morris Blvd. | Dayton Beach | FL | #95754861; Broward Cty Circuit Court, FL |
| 369 | Tampa General Hospital | Florida Health Sciences Center, Inc. | 1 Tampa General Circle | Tampa | FL | #95754861; Broward Cty Circuit Court, FL |
| 373 | Larkin Community Hospital Behavioral Health Services, Inc. | | 1201 North 37th Ave | Hollywood | FL | |
| 383 | North Broward Hospital District d/b/a Broward Health | | 1600 S. Andrews Ave. | Fort Lauderdale | FL | #95754861; Broward Cty Circuit Court, FL |
| 147 | Santa Rosa Medical Center | Community Health Systems, Inc. | 6002 Berryhill Rd | Milton | FL | #95754861; Broward Cty Circuit Court, FL |
| 161 | East Georgia Regional Medical Center | Community Health Systems, Inc. | 1499 Fair Rd | Statesboro | GA | |
| 336 | Monroe HMA LLC d/b/a Clearview Regional Medical Center | Community Health Systems, Inc. | 2151 W Spring Street | Monroe | GA | |
| 84 | <span style="color:red">Weiss (Louis A.) Memorial Hospital</span> | <span style="color:red">Tenet Healthcare Corporation</span> | <span style="color:red">4646 North Marine Dr</span> | <span style="color:red">Chicago</span> | <span style="color:red">IL</span> | |
| 85 | <span style="color:red">West Suburban Medical Center</span> | <span style="color:red">Tenet Healthcare Corporation</span> | <span style="color:red">3 Erie Court</span> | <span style="color:red">Oak Park</span> | <span style="color:red">IL</span> | |
| 86 | <span style="color:red">Westlake Hospital</span> | <span style="color:red">Tenet Healthcare Corporation</span> | <span style="color:red">1225 West Lake Street</span> | <span style="color:red">Melrose Park</span> | <span style="color:red">IL</span> | |
| 162 | Bluffton Regional Medical Center | Community Health Systems, Inc. | 303 S Main st | Bluffton | IN | |
| 163 | Kosciusko Community Hospital | Community Health Systems, Inc. | 2101 Dubois Dr | Warsaw | IN | |
| 164 | Lutheran Rehabilitation Hospital (or Rehabilitation Hospital of Fort Wayne) | Community Health Systems, Inc. | 7970 W. Jefferson Blvd | Fort Wayne | IN | |
| 165 | Starke Hospital | Community Health Systems, Inc. | 102 E Culver Rd | Knox | IN | |
| 166 | Dukes Memorial Hospital | Community Health Systems, Inc. | 275 W. 12th St | Peru | IN | |
| 167 | La Porte Hospital | Community Health Systems, Inc. | 1007 Lincolnway | La Porte | IN | |
| 168 | Porter Regional Hospital | Community Health Systems, Inc. | 85 US-6 Frontage Rd | Valparaiso | IN | |
| 169 | The Orthopedic Hospital | Community Health Systems, Inc. | 7952 W. Jefferson Blvd | Fort Wayne | IN | |
| 170 | Dupont Hospital | Community Health Systems, Inc. | 2520 E. Dupont Rd | Fort Wyane | IN | |
| 171 | Lutheran Hospital | Community Health Systems, Inc. | 7950 W. Jefferson Blvd | Fort Wayne | IN | |
| 172 | St. Joseph Hospital | Community Health Systems, Inc. | 700 Broadway | Fort Wayne | IN | |
| 327 | Baptist Health Floyd | Baptist Healthcare System, Inc. | 1850 State St. | New Albany | IN | 3:18-cv-00558 (WD of KY); 1:18-op-46058 MDL |

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 18 | Appalachian Regional Healthcare, Inc. (ARH) | Appalachian Regional Healthcare, Inc. (ARH) | 101 Airport Gardens Rd | Hazard | KY | Perry County Circuit Court, KY; 18-CI-00512; ED of KY 6:19-cv-00038; MDL 1:19-op-45082; Marshall Cty WV, 19-C-69(H) |
| 19 | Barbourville ARH | Appalachian Regional Healthcare, Inc. (ARH) | 80 Hospital Dr. | Barbourville | KY | Perry County Circuit Court, KY; 18-CI-00512; ED of KY 6:19-cv-00038; MDL 1:19-op-45082; Marshall Cty WV, 19-C-69(H) |
| 21 | Harlan ARH | Appalachian Regional Healthcare, Inc. (ARH) | 81 Ball Park Rd | Harlan | KY | Perry County Circuit Court, KY; 18-CI-00512; ED of KY 6:19-cv-00038; MDL 1:19-op-45082; Marshall Cty WV, 19-C-69(H) |
| 22 | Hazard ARH Medical Center | Appalachian Regional Healthcare, Inc. (ARH) | 100 Medical Center Dr | Hazard | KY | Perry County Circuit Court, KY; 18-CI-00512; ED of KY 6:19-cv-00038; MDL 1:19-op-45082; Marshall Cty WV, 19-C-69(H) |
| 23 | Mary Breckinridge ARH | Appalachian Regional Healthcare, Inc. (ARH) | 130 Kate Ireland Dr | Hyden | KY | Perry County Circuit Court, KY; 18-CI-00512; ED of KY 6:19-cv-00038; MDL 1:19-op-45082; Marshall Cty WV, 19-C-69(H) |
| 24 | McDowell ARH | Appalachian Regional Healthcare, Inc. (ARH) | 9879 KY-122 | McDowell | KY | Perry County Circuit Court, KY; 18-CI-00512; ED of KY 6:19-cv-00038; MDL 1:19-op-45082; Marshall Cty WV, 19-C-69(H) |
| 25 | Middlesboro ARH | Appalachian Regional Healthcare, Inc. (ARH) | 3600 West Cumberland Ave | Middlesboro | KY | Perry County Circuit Court, KY; 18-CI-00512; ED of KY 6:19-cv-00038; MDL 1:19-op-45082; Marshall Cty WV 19-C-69(H) |

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 26 | Morgan County ARH | Appalachian Regional Healthcare, Inc. (ARH) | 476 Liberty Rd | West Liberty | KY | Perry County Circuit Court, KY; 18-CI-00512; ED of KY 6:19-cv-00038; MDL 1:19-op-45082; Marshall Cty WV 19-C-69(H) |
| 28 | Tug Valley ARH Medical Center | Appalachian Regional Healthcare, Inc. (ARH) | 260 Hospital Dr | South Williamson | KY | Perry County Circuit Court, KY; 18-CI-00512; ED of KY 6:19-cv-00038; MDL 1:19-op-45082; Marshall Cty WV 19-C-69(H) |
| 29 | Whitesburg ARH | Appalachian Regional Healthcare, Inc. (ARH) | 240 Hospital Road | Whitesburg | KY | Perry County Circuit Court, KY; 18-CI-00512; ED of KY 6:19-cv-00038; MDL 1:19-op-45082; Marshall Cty WV 19-C-69(H) |
| 313 | St. Elizabeth Covington | St. Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare (SEH) | 1500 James Simpson Jr. Way | Covington | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 314 | St. Elizabeth Edgewood | St. Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare (SEH) | 1 Medical Village Dr. | Edgewood | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 315 | St. Elizabeth Florence | St. Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare (SEH) | 4900 Houston Rd. | Florence | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 316 | St. Elizabeth Ft. Thomas | St. Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare (SEH) | 85 N. Grand Ave. | Ft. Thomas | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 317 | St. Elizabeth Grant | St. Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare (SEH) (Also called St. Elizabeth's Physicians) | 238 Barnes Rd. | Williamstown | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 318 | St. Claire Regional Medical Center | St. Claire Medical Center | 222 Medical Circle | Morehead | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 319 | St. Claire Medical Pavilion | St. Claire Medical Center | 245 Flemingsburg Rd | Morehead | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 320 | Highlands Regional Medical Center | Highlands Hospital Corporation | 5000 KY Rt. 321 | Prestonsburg | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 321 | The Medical Center at Bowling Green | Commonwealth Health Corporation | 250 Park St | Bowling Green | KY | 3:18-cv-00558 (WD of KY); 1:18-op-46058 MDL |
| 322 | The Medical Center at Caverna | Commonwealth Health Corporation | 1501 South Dixie St. | Horse Cave | KY | 3:18-cv-00558 (WD of KY); 1:18-op-46058 MDL |

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 323 | The Medical Center at Scottsville | Commonwealth Health Corporation | 456 Burnley Rd | Scottsville | KY | 3:18-cv-00558 (WD of KY); 1:18-op-46058 MDL |
| 324 | The Medical Center at Clinton County, Inc. d/b/a The Medical Center at Albany | Commonwealth Health Corporation | 800 Park St. | Bowling Green | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 325 | The Medical Center at Franklin, Inc. | Commonwealth Health Corporation | 1100 Brookhaven Rd | Franklin | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 326 | Baptist Health Corbin | Baptist Healthcare System, Inc. | 1 Trillium Way | Corbin | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 328 | Baptist Health La Grange | Baptist Healthcare System, Inc. | 1025 New Moody Ln | La Grange | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 329 | Baptist Health Lexington | Baptist Healthcare System, Inc. | 1740 Nicholasville Rd. | Lexington | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 330 | Baptist Health Louisville | Baptist Healthcare System, Inc. | 4000 Kresge Way | Louisville | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 331 | Baptist Health Madisonville | Baptist Healthcare System, Inc. | 900 Hospital Drive | Madisonville | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 332 | Baptist Health Paducah | Baptist Healthcare System, Inc. | 2501 Kentucky Ave | Paducah | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 333 | Baptist Health Richmond | Baptist Healthcare System, Inc. | 801 Eastern Bypass | Richmond | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 334 | ContinueCARE Hospital (Baptist Corbin) | Baptist Healthcare System, Inc. | 1 Trillium Way, Lower Level | Lower Level, Corbin | KY | 3:18-cv-00558 (WD of KY); 1:18-op-46058 MDL |
| 335 | Hardin Memorial Hospital | Baptist Healthcare System, Inc. | 913 N. Dixie Ave | Elizabethtown | KY | 3:18-cv-00558 (WD of KY); 1:18-op-46058 MDL |
| 366 | Pikeville Medical Center | | 911 Bypass Rd | Pikeville | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 378 | Jennie Stuart Medical Center | | 320 W. 18th St. | Hopkinsville | KY | |
| 379 | The Harrison Memorial Hospital, Inc. d/b/a Harrison Memorial Hospital | | 1210 KY-36 | Cynthiana | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 380 | Taylor County Hospital District Health Facilities Corporation d/b/a Taylor Regional Hospital | | 1700 Old Lebanon Rd | Campbellsville | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 381 | Grayson County Hospital Foundation, Inc. d/b/a Twin Lakes Regional Medical Center | | 910 Wallace Ave | Leitchfield | KY | 19-CI-01146 (Warren Cty Circuit Court) |
| 16 | Woman's Hospital | Woman's Hospital Foundation | 100 Woman's Way | Baton Rouge | LA | |
| 96 | Southern Surgical Hospital | Tenet Healthcare Corporation | 1700 Lindberg Dr | Slidell | LA | |

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 173 | Northern Louisiana Medical Center | Community Health Systems, Inc. | 401 E Vaughn Ave | Ruston | LA | |
| 106 | MetroWest Medical Center - Leonard Morse Hospital | Tenet Healthcare Corporation | 67 Union St | Natick | MA | |
| 107 | MetroWest Medical Center - Farmingham Union Hospital | Tenet Healthcare Corporation | 115 Lincoln St | Framingham | MA | |
| 108 | Saint Vincent Hospital | Tenet Healthcare Corporation | 123 Summer St. | Worcester | MA | |
| 350 | Garrett Regional Medical Center | West Virginia University Health System (WVU) | 251 N 4th Street | Oakland | MD | |
| 87 | DMC Huron Valley - Sinai Hospital | Tenet Healthcare Corporation | 1 Williams Carls Drive | Commerce | MI | |
| 88 | DMC Sinai-Grace Hospital | Tenet Healthcare Corporation | 6071 West Outer Drive | Detroit | MI | |
| 89 | DMC Hutzel Women's Hospital | Tenet Healthcare Corporation | 3990 John R. Street | Detroit | MI | |
| 90 | DMC Detroit Receiving Hospital | Tenet Healthcare Corporation | 4201 St. Antoine Blvd | Detroit | MI | |
| 91 | DMC Children's Hospital of Michigan | Tenet Healthcare Corporation | 3901 Beaubien Blvd. | Detroit | MI | |
| 92 | DMC Rehabilitation Institute of Michigan | Tenet Healthcare Corporation | 261 Mack Ave | Detroit | MI | |
| 377 | CoxHealth | | Hulston Cancer Center, 3850 S. National Ave., Suite 500 | Springfield | MI | |
| 183 | Moberly Regional Medical Center | Community Health Systems, Inc. | 1515 Union Ave | Moberly | MO | |
| 184 | Twin Rivers Regional Medical Center | Community Health Systems, Inc. | 1301 First St | Kennett | MO | |
| 185 | Northeast Regional Medical Center | Community Health Systems, Inc. | 315 S. Osteopathy | Kirksville | MO | |
| 186 | Poplar Bluff RMC - Oak Grove | Community Health Systems, Inc. | 3100 Oak Grove Rd | Poplar Bluff | MO | |
| 1 | Southwest Mississippi Regional | Southwest Mississippi Regional Medical Center | 215 Marion Ave | McComb | MS | SD of MS, 5:17-cv-00145; 1:17-op-45175; MDL 2804 |
| 2 | Lawrence County Hospital | Southwest Mississippi Regional Medical Center | 1065 East Broad St | Monticello | MS | |
| 9 | North Sunflower Medical Center | North Sunflower Medical Foundation | 840 N. Oak Ave | Ruleville | MS | |
| 30 | Ocean Springs Hospital | Singing River Health System | 3109 Bienville Blvd | Ocean Springs | MS | |
| 31 | Singing River Hospital | Singing River Health System | 2809 Denny Ave | Pascagoula | MS | |
| 174 | Merit Health Biloxi | Community Health Systems, Inc. | 150 Reynoir St | Biloxi | MS | |
| 175 | Merit Health Natchez | Community Health Systems, Inc. | 54 Seargent Prentiss Dr. | Natchez | MS | |
| 176 | Merit Health River Region | Community Health Systems, Inc. | 2100 US-61 | Vicksburg | MS | |
| 177 | Merit Health Central | Community Health Systems, Inc. | 1850 Chadwick Dr | Jackson | MS | |
| 178 | Merit Health Rankin | Community Health Systems, Inc. | 350 Crossgates Blvd | Brandon | MS | |
| 179 | Merit Health Wesley | Community Health Systems, Inc. | 5001 Hardy St | Hattiesburg | MS | |
| 180 | Merit Health Madison | Community Health Systems, Inc. | 161 River Oaks Dr | Canton | MS | |
| 181 | Merit Health River Oaks | Community Health Systems, Inc. | 1030 River Oaks Dr | Flowood | MS | |

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 182 | Merit Health Woman's Hospital | Community Health Systems, Inc. | 1026 North Flowood Dr | Flowood | MS | |
| 243 | Anderson Regional Health System | Anderson Regional Health System | 2124 14th St | Meridian | MS | |
| 246 | Baptist Memorial Hospital - Attala | Baptist Memorial Health Care Corporation | 220 Hwy 12 West | Kosciusko | MS | |
| 247 | Baptist Memorial Hospital - Yazoo | Baptist Memorial Health Care Corporation | 823 Grand Ave | Yazoo City | MS | |
| 248 | Baptist Memorial Hospital - Leake | Baptist Memorial Health Care Corporation | 1100 Hwy 16 | Carthage | MS | |
| 249 | Baptist Memorial Hospital - MS Baptist Medical Center | Baptist Memorial Health Care Corporation | 1225 North State St | Jackson | MS | |
| 250 | Baptist Memorial Hospital - Calhoun | Baptist Memorial Health Care Corporation | 140 Burke Calhoun City Rd | Calhoun City | MS | |
| 251 | Baptist Memorial Hospital - North MS | Baptist Memorial Health Care Corporation | 1100 Belk Blvd | Oxford | MS | |
| 252 | Baptist Memorial Hospital - Golden Triangle | Baptist Memorial Health Care Corporation | 2520 5th St. North | Columbus | MS | |
| 253 | Baptist Memorial Hospital - Union County | Baptist Memorial Health Care Corporation | 200 Hwy 30 West | New Albany | MS | |
| 254 | Baptist Memorial Hospital - DeSoto | Baptist Memorial Health Care Corporation | 7601 Southcrest Pkwy | Southaven | MS | |
| 257 | Baptist Memorial Hospital Booneville | Baptist Memorial Health Care Corporation | 100 Hospital St | Booneville | MS | |
| 275 | Magnolia Regional Health Center ("MRHC") | City of Corinth and Alcorn County, MS | 611 Alcorn Dr. | Corinth | MS | |
| 285 | Tippah County Hospital | Tippah County Hospital | 1005 City Ave. N | Ripley | MS | |
| 354 | Field Memorial Community Hospital a/k/a Field Health System | | 178 Hwy 24 | Centreville | MS | |
| 382 | Alliance Health Care | | 1430 Hwy 4 East | Holly Springs | MS | |
| 190 | Davis Regional Medical Center | Community Health Systems, Inc. | 218 Old Mocksville Rd | Statesville | NC | |
| 191 | Lake Norman Regional Medical Center | Community Health Systems, Inc. | 171 Fairview Rd | Mooresville | NC | |
| 187 | The Memorial Hospital of Salem County | Community Health Systems, Inc. | 310 Woodstown Rd | Salem | NJ | |
| 282 | Mountain Lakes Medical Center | Mountain Lakes Medical Center | 100 US Hwy 46E, Building B, Suite 204 | Building B, Suite 204, Mountain Lakes | NJ | |
| 188 | Carlsbad Medical Center | Community Health Systems, Inc. | 2430 West Pierce St | Carlsbad | NM | |
| 189 | Mountain View Regional Medical Center | Community Health Systems, Inc. | 4311 E Lohman Ave | Las Cruces | NM | |
| 337 | Lea Regional Medical Center | Community Health Systems, Inc. | 5419 N Lovington, Hwy | Hobbs | NM | |
| 338 | Eastern New Mexico Medical Center | Community Health Systems, Inc. | 405 West County Club Rd | Roswell | NM | |
| 10 | Erie County Medical Center (ECMC) | Erie County Medical Center (ECMC) | 462 Grider St. | Buffalo | NY | |
| 245 | St. Vincent Charity Medical Center (& Rosary Hall) | St. Vincent Charity Medical Center (& Rosary Hall) | 2475 East 22nd St. | Cleveland | OH | ND of OH, 1:18-cv-45610; MDL: 1:17-op-45175 |
| 83 | Oklahoma Center for Orthopaedic & Multi-Specialty Surgery | Tenet Healthcare Corporation | 8100 South Walker Ave | Oklahoma City | OK | |

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 192 | AllianceHealth Clinton | Community Health Systems, Inc. | 100 N. 30th St | Clinton | OK | |
| 193 | AllianceHealth Deaconess | Community Health Systems, Inc. | 5501 North Portland Ave | Oklahoma City | OK | |
| 194 | AllianceHealth Durant | Community Health Systems, Inc. | 1800 University Blvd | Durant | OK | |
| 195 | AllianceHealth Madill | Community Health Systems, Inc. | 901 S. 5th Ave | Madill | OK | |
| 196 | AllianceHealth Midwest | Community Health Systems, Inc. | 2825 Parklawn Dr | Midwest City, OK | OK | |
| 197 | AllianceHealth Ponca City | Community Health Systems, Inc. | 1900 N. 14th St | Ponca City | OK | |
| 198 | AllianceHealth Seminole | Community Health Systems, Inc. | 2401 Wrangler Blvd | Seminole | OK | |
| 199 | AllianceHealth Woodward | Community Health Systems, Inc. | 900 17th St | Woodward | OK | |
| 15 | Titusville Area Hospital | Titusville Area Hospital | 406 West Oak St. | Titusville | PA | |
| 109 | Surgical Institute of Reading | Tenet Healthcare Corporation | 2752 Century Blvd | Wyomissing | PA | |
| 200 | Berwick Hospital Center | Community Health Systems, Inc. | 701 East 16th St | Berwick | PA | |
| 201 | First Hospital | Community Health Systems, Inc. | 562 Wyoming Ave | Kingston | PA | |
| 202 | Moses Taylor Hospital | Community Health Systems, Inc. | 700 Quincy Ave | Scranton | PA | |
| 203 | Regional Hospital of Scranton | Community Health Systems, Inc. | 746 Jefferson Ave | Scranton | PA | |
| 204 | Tyler Memorial Hospital | Community Health Systems, Inc. | 5950 State Route 6 | Tunkhannock | PA | |
| 205 | Wilkes-Barre General Hospital | Community Health Systems, Inc. | 575 North River Street | Wilkes-Barre | PA | |
| 102 | East Cooper Medical Center | Tenet Healthcare Corporation | 2000 Hospital Dr | Mt. Pleasant | SC | |
| 103 | Hilton Head Hospital | Tenet Healthcare Corporation | 25 Hospital Center Blvd | Hilton Head | SC | |
| 104 | Coastal Carolina Hospital | Tenet Healthcare Corporation | 1000 Medical Center Dr | Hardeeville | SC | |
| 105 | Piedmont Medical Center | Tenet Healthcare Corporation | 222 South Herlong Ave | Rock Hill | SC | |
| 206 | Carolinas Hospital System Florence | Community Health Systems, Inc. | 805 Pamplico Hwy | Florence | SC | |
| 207 | Carolinas Hospital System Marion | Community Health Systems, Inc. | 2829 E. Hwy 76 | Mullins | SC | |
| 208 | Chester Regional Medical Center | Community Health Systems, Inc. | 1 Medical Park Dr | Chester | SC | |
| 209 | Mary Black Health System - Gaffney | Community Health Systems, Inc. | 4738, 1530 N. Limestone St | 1530 N. Limestone St, Gaffney | SC | |
| 210 | Mary Black Health System - Spartanburg | Community Health Systems, Inc. | 1700 Skylyn Dr | Spartanburg | SC | |
| 211 | Springs Memorial Hospital | Community Health Systems, Inc. | 800 W Meeting St | Lancaster | SC | |
| 82 | Dunes Surgical Hospital | Tenet Healthcare Corporation | 600 Sioux Point Rd | Dakota Dunes | SD | |
| 93 | St. Thomas Hospital for Specialty Surgery Baptist Womens Health Center, LLC | Tenet Healthcare Corporation | 2011 Murphy Ave | Nashville | TN | Greene Cty, TN; CC19cv295BB |

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 94 | Saint Francis Hospital - Bartlett | Tenet Healthcare Corporation | 2986 Kate Bond Rd | Bartlett | TN | Greene Cty, TN; CC19cv295BB |
| 95 | Saint Francis Hospital - Memphis (AMISUB (SFH), Inc.) | Tenet Healthcare Corporation | 5959 Park Ave | Memphis | TN | Greene Cty, TN; CC19cv295BB |
| 212 | Tennova Healthcare - Jefferson Memorial Hospital (Jefferson County HMA, LLC) | Community Health Systems, Inc. | 110 Hospital Dr | Jefferson City | TN | Greene Cty, TN; CC19cv295BB |
| 213 | Tennova Healthcare - LaFollette Medical Center (Campbell County HMA, LLC) | Community Health Systems, Inc. | 923 E Central Ave | LaFollette | TN | Greene Cty, TN; CC19cv295BB |
| 214 | Lakeway Regional Hospital | Community Health Systems, Inc. | 726 McFarland St | Morristown | TN | Greene Cty, TN; CC19cv295BB |
| 215 | Tennova Healthcare - Newport Medical Center (Cocke County HMA, LLC) | Community Health Systems, Inc. | 435 Second St | Newport | TN | Greene Cty, TN; CC19cv295BB |
| 216 | Tennova Healthcare - North Knoxville Medical Center (Metro Knoxville HMA, LLC) | Community Health Systems, Inc. | 7565 Dannaher Dr | Powell | TN | Greene Cty, TN; CC19cv295BB |
| 217 | Tennova Healthcare - Physicians Regional Medical | Community Health Systems, Inc. | 900 E Oak Hill Ave | Knoxville | TN | |
| 218 | Tennova Healthcare - Clarksville | Community Health Systems, Inc. | 651 Dunlop Ln | Clarksville | TN | Greene Cty, TN; CC19cv295BB |
| 219 | Tennova Healthcare - Cleveland | Community Health Systems, Inc. | 2305 Chambliss Ave NW | Cleveland | TN | Greene Cty, TN; CC19cv295BB |
| 220 | Tennova Healthcare - Harton Regional Medical Center (Tullahoma HMA, LLC) | Community Health Systems, Inc. | 1801 N Jackson St | Tullahoma | TN | Greene Cty, TN; CC19cv295BB |
| 221 | Tennova Healthcare - Lebanon d/b/a University Medical Center (Lebanon HMA, LLC) | Community Health Systems, Inc. | 1411 W Baddour Pkwy | Lebanon | TN | Greene Cty, TN; CC19cv295BB |
| 222 | Tennova Healthcare - Shelbyville | Community Health Systems, Inc. | 2835 Hwy 231 N | Shelbyville | TN | Greene Cty, TN; CC19cv295BB |
| 223 | Tennova Healthcare - Turkey Creek Medical Center | Community Health Systems, Inc. | 10820 Parkside Dr | Knoxville | TN | Greene Cty, TN; CC19cv295BB |
| 255 | Crestwyn Behavioral Health | Baptist Memorial Health Care Corporation | 9485 Crestwyn Hills Cove | Memphis | TN | Greene Cty, TN; CC19cv295BB |
| 256 | Baptist Memorial Hospital - Collierville | Baptist Memorial Health Care Corporation | 1500 W. Poplar Ave | Collierville | TN | Greene Cty, TN; CC19cv295BB |
| 258 | Baptist Memorial Rehabilitation Hospital | Baptist Memorial Health Care Corporation | 1240 South Germantown Rd | Germantown | TN | Greene Cty, TN; CC19cv295BB |
| 259 | Baptist Memorial Hospital for Women | Baptist Memorial Health Care Corporation | 6225 Humphreys BlvF | Memphis | TN | Greene Cty, TN; CC19cv295BB |
| 260 | Spence and Becky Wilson Baptist Children's Hospital | Baptist Memorial Health Care Corporation | 6225 Humphreys Blvd | Memphis | TN | Greene Cty, TN; CC19cv295BB |
| 261 | Baptist Memorial Restorative Care Hospital | Baptist Memorial Health Care Corporation | 6019 Walnut Grove Rd | Memphis | TN | Greene Cty, TN; CC19cv295BB |
| 262 | Baptist Memorial Hospital - Memphis | Baptist Memorial Health Care Corporation | 6019 Walnut Grove Rd | Memphis | TN | Greene Cty, TN; CC19cv295BB |
| 263 | Baptist Memorial Hospital - Tipton | Baptist Memorial Health Care Corporation | 1995 Hwy 51 South | Covington | TN | Greene Cty, TN; CC19cv295BB |
| 265 | Baptist Memorial Hospital - Huntingdon | Baptist Memorial Health Care Corporation | 631 R.B. Wilson Dr | Huntingdon | TN | Greene Cty, TN; CC19cv295BB |
| 266 | Baptist Memorial Hospital - Union City | Baptist Memorial Health Care Corporation | 1201 Bishop St | Union City | TN | Greene Cty, TN; CC19cv295BB |
| 286 | Bristol Regional Medical Center | Ballad Health | 1 Medical Park Blvd. | Bristol | TN | Greene Cty, TN; CC19cv295BB |
| 288 | Franklin Woods Community Hospital | Ballad Health | 300 MedTech Parkway | Johnson City | TN | Greene Cty, TN; CC19cv295BB |
| 289 | Hancock County Hospital | Ballad Health | 1519 Main St. | Sneedville | TN | Greene Cty, TN; CC19cv295BB |

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 290 | Hawkins County Memorial Hospital | Ballad Health | 851 Locust St. | Rogersville | TN | Greene Cty, TN; CC19cv295BB |
| 291 | Holston Valley Medical Center | Ballad Health | 130 West Ravine Rd. | Kingsport | TN | Greene Cty, TN; CC19cv295BB |
| 292 | Indian Path Medical Center | Ballad Health | 2000 Brookside Dr. | Kingsport | TN | Greene Cty, TN; CC19cv295BB |
| 293 | Johnson City Medical Center | Ballad Health | 400 N. State of Franklin Rd | Johnson City | TN | Greene Cty, TN; CC19cv295BB |
| 294 | Johnson County Community Hospital | Ballad Health | 1901 South Shady St. | Mountain City | TN | Greene Cty, TN; CC19cv295BB |
| 296 | Laughlin Memorial Hospital | Ballad Health | 1420 Tusculum Blvd. | Greeneville | TN | |
| 299 | Niswonger Children's Hospital | Ballad Health | 400 N. State of Franklin Rd. | Johnson City | TN | Greene Cty, TN; CC19cv295BB |
| 303 | Sycamore Shoals Hospital | Ballad Health | 1501 West Elk Ave. | Elizabethton | TN | Greene Cty, TN; CC19cv295BB |
| 304 | Takoma Regional Hospital | Ballad Health | 401 Takoma Ave., | Greeneville | TN | Greene Cty, TN; CC19cv295BB |
| 305 | Unicol County Memorial Hospital | Ballad Health | 100 Greenway Circle | Erwin | TN | |
| 306 | Woodridge Hospital | Ballad Health | 403 North State of Franklin Rd. | Johnson City | TN | Greene Cty, TN; CC19cv295BB |
| 307 | Mountain States Health Alliance | Ballad Health | 203 Gray Commons Cir #120 | Johnson City | TN | Greene Cty, TN; CC19cv295BB |
| 308 | Wellmont Health System | Ballad Health | 316 Marketplace Blvd | Johnson City | TN | Greene Cty, TN; CC19cv295BB |
| 309 | Unicoi County Hospital | Ballad Health | 2030 Temple Hill Rd | Erwin | TN | Greene Cty, TN; CC19cv295BB |
| 310 | Johnson City Community Health Center | Northeast Tennessee Community Health Centers, Inc. | 2151 Century Ln | Johnson City | TN | Greene Cty, TN; CC19cv295BB |
| 311 | Johnson City Day Center | Northeast Tennessee Community Health Centers, Inc. | 202 W Fairview Ave | Johnson City | TN | Greene Cty, TN; CC19cv295BB |
| 312 | Hancock County School Based Health | Northeast Tennessee Community Health Centers, Inc. | 2700 Main St. | Sneedville | TN | Greene Cty, TN; CC19cv295BB |
| 339 | Henderson County Community Hospital | Community Health Systems, Inc. | 200 West Church St. | Lexington | TN | Greene Cty, TN; CC19cv295BB |
| 45 | The Hospitals of Providence Transmountain Campus | Tenet Healthcare Corporation | 2000 Transmountain Rd | El Paso | TX | DC-19-13794; Dallas Cty District Court |
| 46 | The Hospitals of Providence Memorial Campus | Tenet Healthcare Corporation | 2001 North Oregon | El Paso | TX | DC-19-13794; Dallas Cty District Court |
| 47 | The Hospitals of Providence Sierra Campus | Tenet Healthcare Corporation | 1625 Medical Center Dr | El Paso | TX | DC-19-13794; Dallas Cty District Court |
| 48 | The Hospitals of Providence East Campus | Tenet Healthcare Corporation | 3280 Joe Battle Blvd | El Paso | TX | DC-19-13794; Dallas Cty District Court |
| 60 | Valley Baptist Medical Center - Brownsville | Tenet Healthcare Corporation | 2101 Pease St | Harlingen | TX | DC-19-13794; Dallas Cty District Court |
| 61 | Valley Baptist Medical Center | Tenet Healthcare Corporation | 1040 West Jefferson | Brownsville | TX | DC-19-13794; Dallas Cty District Court |
| 62 | North Central Baptist Hospital | Tenet Healthcare Corporation | 520 Madison Oak Dr. | San Antonio | TX | DC-19-13794; Dallas Cty District Court |
| 63 | Northeast Baptist Hospital | Tenet Healthcare Corporation | 8811 Village Dr. | San Antonio | TX | DC-19-13794; Dallas Cty District Court |

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 64 | St. Luke's Baptist Hospital | Tenet Healthcare Corporation | 7930 Floyd Curl Dr | San Antonio | TX | DC-19-13794; Dallas Cty District Court |
| 65 | Baptist Medical Center | Tenet Healthcare Corporation | 111 Dallas St | San Antonio | TX | DC-19-13794; Dallas Cty District Court |
| 66 | Mission Trail Baptist Hospital | Tenet Healthcare Corporation | 3333 Research Plaza | San Antonio | TX | DC-19-13794; Dallas Cty District Court |
| 67 | Resolute Health Hospital | Tenet Healthcare Corporation | 555 Creekside Crossing | New Braunfels | TX | DC-19-13794; Dallas Cty District Court |
| 68 | Memorial Hermann Surgical Hospital First Colony | Tenet Healthcare Corporation | 16906 Southwest Freeway | Sugar Land | TX | |
| 69 | TOPS Surgical Specialty Hospital | Tenet Healthcare Corporation | 17080 Red Oak Dr | Houston | TX | |
| 70 | Memorial Hermann Surgical Hospital Kingwood | Tenet Healthcare Corporation | 300 Kingwood Medical Dr | Kingwood | TX | |
| 71 | Baylor Scott & White Surgical Hospital at Sherman | Tenet Healthcare Corporation | 3601 N Calais St | Sherman | TX | |
| 72 | Baylor Scott & White Medical Center - Frisco | Tenet Healthcare Corporation | 5601 Warren Parkway | Frisco | TX | |
| 73 | North Central Surgical Center, LLP | Tenet Healthcare Corporation | 9301 North Central Expressway | Dallas | TX | |
| 74 | Baylor Surgical Hospital at Los Colinas | Tenet Healthcare Corporation | 400 West I 635 | Irving | TX | |
| 75 | Baylor Medical Center at Trophy Club | Tenet Healthcare Corporation | 2850 East Hwy 114 | Trophy Club | TX | |
| 76 | Baylor Medical Center at Uptown | Tenet Healthcare Corporation | 2727 East Lemmon Ave | Dallas | TX | |
| 77 | Baylor Scott & White Medical Center - Sunnyvale | Tenet Healthcare Corporation | 231 S Collins Rd | Sunnyvale | TX | |
| 78 | Baylor Orthopedic and Spine Hospital at Arlington | Tenet Healthcare Corporation | 707 Highlander Blvd | Arlington | TX | |
| 79 | Baylor Surgical Hospital at Fort Worth | Tenet Healthcare Corporation | 1800 Park Place Ave | Fort Worth | TX | |
| 80 | Texas Spine and Joint Hospital, LLC | Tenet Healthcare Corporation | 1814 Roseland Blvd, Suite #100 | Suite #100, Tyler | TX | |
| 81 | Nacogdoches Medical Center | Tenet Healthcare Corporation | 4920 NE Stallings Dr. | Nacogdoches | TX | DC-19-13794; Dallas Cty District Court |
| 224 | Abilene Regional Medical Center (ARMC, L.P.) | Community Health Systems, Inc. | 6250 US-83 | Abilene | TX | DC-19-13794; Dallas Cty District Court |
| 225 | College Station Medical Center (College Station Hospital, L.P.) | Community Health Systems, Inc. | 1604 Rock Prairie | College Station | TX | DC-19-13794; Dallas Cty District Court |
| 226 | Lake Granbury Medical Center (Granbury Hospital Corporation) | Community Health Systems, Inc. | 1310 Paluxy Rd | Granbury | TX | DC-19-13794; Dallas Cty District Court |
| 227 | Navarro Regional Hospital (Navarro Hospital, L.P.) | Community Health Systems, Inc. | 3201 West Hwy 22 | Corsicana | TX | DC-19-13794; Dallas Cty District Court |
| 228 | Brownwood Regional Medical Center (Brownwood Hospital, L.P.) | Community Health Systems, Inc. | 1501 Burnet Drive | Brownwood | TX | DC-19-13794; Dallas Cty District Court |
| 229 | DeTar Hospital Navarro (Victoria of Texas, L.P.) | Community Health Systems, Inc. | 506 E. San Antonio St | Victoria | TX | DC-19-13794; Dallas Cty District Court |
| 230 | DeTar Hospital North (Victoria of Texas, L.P.) | Community Health Systems, Inc. | 101 Medical Dr | Victoria | TX | |

Opioid Litigation | Hospital Clients 9/19/2019          **TOTAL HOSPITALS: 384**
19-23649-shl   Doc 89-1   Filed 09/22/19   Entered 09/22/19 14:39:45   Exhibit A List
of Hospitals   Pg 18 of 20

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 231 | Laredo Medical Center (Laredo Texas Hospital Company, L.P.) | Community Health Systems, Inc. | 1700 East Saunders | Laredo | TX | DC-19-13794; Dallas Cty District Court |
| 232 | San Angelo Community Medical Center (San Angelo Hospital, L.P.) | Community Health Systems, Inc. | 3501 Knickerbocker Rd | San Angelo | TX | DC-19-13794; Dallas Cty District Court |
| 233 | Cedar Park Regional Medical Center (Cedar Park Health System, L.P.) | Community Health Systems, Inc. | 1401 Medical Pky | Cedar Park | TX | DC-19-13794; Dallas Cty District Court |
| 234 | Hill Regional Hospital (NHCI of Hillsboro, Inc.) | Community Health Systems, Inc. | 101 Circle Dr | Hillsboro | TX | DC-19-13794; Dallas Cty District Court |
| 235 | Longview Regional Medical Center (Longview Medical Center, L.P.) | Community Health Systems, Inc. | 2901 N. Fourth St | Longview | TX | DC-19-13794; Dallas Cty District Court |
| 236 | Woodland Heights Medical Center (Piney Woods Healthcare System, L.P.) | Community Health Systems, Inc. | 505 South John Redditt Dr | Lufkin | TX | DC-19-13794; Dallas Cty District Court |
| 267 | Guadalupe Regional Medical Group | Guadalupe Regional Medical Center | 1215 E. Court St | Seguin | TX | DC-19-13794; Dallas Cty District Court |
| 274 | Palo Pinto General Hospital | Palo Pinto General Hospital | 400 SW 25th Avev | Mineral Wells | TX | DC-19-13794; Dallas Cty District Court |
| 340 | Scenic Mountain Medical Center | Big Spring Hospital Corporation | 1601 W. 11th Place | Big Spring | TX | |
| 370 | Dallas County Hospital District d/b/a Parkland Health & Hospital System | | 5200 Harry Hines Blvd. | Dallas | TX | DC-19-13794; Dallas Cty District Court |
| 238 | Southern Virginia Regional Medical Center | Community Health Systems, Inc. | 727 North Main St | Emporia | VA | |
| 239 | Southside Regional Medical Center | Community Health Systems, Inc. | 200 Medical Park Blvd | Petersburg | VA | |
| 287 | Dickenson Community Hospital | Ballad Health | 312 Hospital Drive | Clintwood | VA | Greene Cty, TN; CC19cv295BB |
| 295 | Johnston Memorial Hospital | Ballad Health | 16000 Johnston Memorial Dr. | Abingdon | VA | Greene Cty, TN; CC19cv295BB |
| 297 | Lonesome Pine Hospital | Ballad Health | 1990 Holton Ave | Big Stone Gap | VA | Greene Cty, TN; CC19cv295BB |
| 298 | Mountain View Regional Medical Center | Ballad Health | 310 Third St. NE | Norton | VA | Greene Cty, TN; CC19cv295BB |
| 300 | Norton Community Hospital | Ballad Health | 100 Fifteenth St. NW | Norton | VA | Greene Cty, TN; CC19cv295BB |
| 301 | Russell County Medical Center | Ballad Health | 58 Carroll St. | Lebanon | VA | Greene Cty, TN; CC19cv295BB |
| 302 | Smyth County Community Hospital | Ballad Health | 245 Medical Park Dr. | Marion | VA | Greene Cty, TN; CC19cv295BB |
| 237 | Southampton Memorial Hospital | Community Health Systems, Inc. | 100 Fairview Dr | Franklin | VA | |

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 20 | Beckley ARH | Appalachian Regional Healthcare, Inc. (ARH) | 306 Stanaford Rd | Beckley | WV | Perry County Circuit Court, KY; 18-CI-00512; ED of KY 6:19-cv-00038; MDL 1:19-op-45082; Marshall Cty WV, 19-C-69(H) |
| 27 | Summers County ARH | Appalachian Regional Healthcare, Inc. (ARH) | 115 Summers Hospital Rd | Hinton | WV | Perry County Circuit Court, KY; 18-CI-00512; ED of KY 6:19-cv-00038; MDL 1:19- |
| 240 | Bluefield Regional Medical Center | Community Health Systems, Inc. | 500 Cherry St | Bluefield | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 241 | Greenbrier Valley Medical Center | Community Health Systems, Inc. | 1320 Maplewood Ave | Ronceverte | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 242 | Plateau Medical Center | Community Health Systems, Inc. | 430 Main St | Oak Hill | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 268 | CAMC General Hospital | Charleston Area Medical Center (CAMC) Health System | 501 Morris St | Charleston | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 269 | CAMC Memorial Hospital | Charleston Area Medical Center (CAMC) Health System | 3200 MacCorkle Ave, SE | SE, Charleston | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 270 | CAMC Teays Valley Hospital | Charleston Area Medical Center (CAMC) Health System | 1400 Hospital Dr | Hurricane | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 271 | CAMC Women and Children's Hospital | Charleston Area Medical Center (CAMC) Health System | 800 Pennsylvania Ave | Charleston | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 343 | J.W. Ruby Memorial Hospital | West Virginia University Health System (WVU) | 1 Medical Center Dr. | Morgantown | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 344 | WVU Medicine Children's | West Virginia University Health System (WVU) | 1 Medical Center Dr. | Morgantown | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 345 | United Hospital Center | West Virginia University Health System (WVU) | 327 Medical Park Dr | Bridgeport | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 346 | Camden Clark Medical Center | West Virginia University Health System (WVU) | 800 Garfield Ave | Parkersburg | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 347 | Berkeley Medical Center | West Virginia University Health System (WVU) | 2500 Hospital Dr | Martinsburg | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 348 | Reynolds Memorial Hospital | West Virginia University Health System (WVU) | 800 Wheeling Ave | Glen Dale | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |

| No. | Hospital | Parent Hospital | Address | City | State | Case No. |
|---|---|---|---|---|---|---|
| 349 | Wetzel County Hospital | West Virginia University Health System (WVU) | 3 East Benjamin Dr | New Martinsville | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 351 | St. Joseph Hospital | West Virginia University Health System (WVU) | 1 Amalia Dr | Buckhannon | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 352 | Jefferson Medical Center (Charles Town General Hospital) | West Virginia University Health System (WVU) | 300 South Preston St | Ranson | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 353 | Potomac Valley Hospital | West Virginia University Health System (WVU) | 100 Pin Oak Lane | Keyser | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 355 | Grafton City Hospital, Inc. | | 1 Hospital Plaza | Grafton | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 356 | Davis Memorial Hospital | Davis Health System, Inc. | 812 Gorman Ave | Elkins | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 357 | Broaddus Hospital Association | Davis Health System, Inc. | 1 Healthcare Drive | Philippi | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 358 | Webster County Memorial | Davis Health System, Inc. | 324 Miller Mountain Rd. | Webster Springs | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 362 | Monongalia General Hospital | Monongalia Health System, Inc. | 1200 JD Anderson Dr | Morgantown | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 363 | Preston Memorial Hospital | Monongalia Health System, Inc. | 150 Memorial Dr | Kingwood | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 371 | Princeton Community Hospital Association, Inc. | | 122 12th St | Princeton | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |
| 372 | Jackson General Hospital Foundation, Inc. | | 122 Pinnell St | Ripley | WV | Marshall Cty Cir., WV Ct: 19-C-69(H) |
| 364 | Stonewall Jackson Hospital | Monongalia Health System, Inc. | 230 Hospital Plaza | Weston | WV | Marshall Cty Cir. WV Ct: 19-C-69(H) |