**BARRETT LAW GROUP, P.A.**
Don Barrett, Esq.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
donbarrettpa@gmail.com

Admission *Pro Hac Vice* Pending

And

**TEITELBAUM LAW GROUP, LLC**
Jay Teitelbaum, Esq.
1 Barker Avenue, 3rd Floor
White Plains, New York 10601
Tel: (914) 437-7670
jteitelbaum@tblawllp.com

**CUNEO GILBERT & LADUCA, LLP**
Jonathan W. Cuneo, Esq.
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202)789-3960
jonc@cuneolaw.com

And

16 Court Street, Suite 1012
Brooklyn, New York 11241

*Attorneys for Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re :** | Chapter 11 |
| PURDUE PHARMA, L.P., *et al.*[1] | Case No. 19-23649 (RDD) |

---

[1] The following cases are jointly administered: In re Purdue Pharma L.P., 19-23649, Purdue Pharma Inc., 19-23648, Purdue Transdermal Technologies L.P., 19-23650, Purdue Pharma Manufacturing L.P., 19-23651 Purdue Pharmaceuticals L.P., 19-23652, Imbrium Therapeutics L.P., 19-23653, Adlon Therapeutics L.P., 19-23654, Greenfield BioVentures L.P., 19-23655, Seven Seas Hill Corp., 19-23656, Ophir Green Corp., 19-23657, Purdue Pharma of Puerto Rico, 19-23658, Avrio Health L.P., 19-23659, Purdue Pharmaceutical Products L.P., 19-23660, Purdue Neuroscience Company, 19-23661. Nayatt Cove Lifescience Inc., 19-23662, Button Land L.P., 19-23663, Rhodes Associates L.P., 19-23666, Paul Land Inc., 19-23664,Quidnick Land L.P., 19-23665, Rhodes Pharmaceuticals L.P., 19-23667, Rhodes Technologies, 19-23668, UDF LP, 19-23669, SVC Pharma LP 19-23670, and SVC Pharma Inc., 19-23671.
.

**VERIFIED STATEMENT**
**PURSUANT TO BANKRUPTCY RULE 2019(a)**

Cuneo Gilbert & LaDuca, LLP, Barrett Law Group, P.A., (admission *pro hac vice* pending) and Teitelbaum Law Group, LLC hereby submit this Verified Statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, respectfully stating as follows:

1. Barrett Law Group, P.A. is a law firm that maintains an office at P.O. Box 927, 404 Court Square, Lexington, MS 39095.

2. Cuneo Gilbert & LaDuca, LLP is a law firm that maintains an office at 4725 Wisconsin Avenue, NW, Suite 200, Washington, DC 20016 and 16 Court Street, Suite 1012, Brooklyn, NY 11241.

3. Teitelbaum Law Group is a law firm that maintains an office at 1 Barker Avenue, 3rd Floor, White Plains, New York 10601.

4. The undersigned appear in the above-captioned cases on behalf of Community Health Systems and its affiliates and subsidiaries ("CHS"), Tenet Healthcare Corporation and its affiliates and subsidiaries ("Tenet"), and Infirmary Health System, Inc. ("Infirmary") and their affiliates and subsidiaries along with approximately 384 acute-care hospitals in 18 states identified on Exhibit A (collectively the "Hospital Plaintiffs") represented by the Barrett Law Group, P.A. and/or Cuneo Gilbert in connection with damages sustained by such Hospitals as a result of the fraudulent and deceptive practices of the Debtors in connection with the safety, use and prescription of opioid products manufactured and/or sold by one or more Debtors.

5. The Hospital Plaintiffs hold claims against the Debtors and/or affiliates of the Debtors and or officers and directors and insiders of the Debtors arising out of Debtors conspiracy with manufacturers and distributors of opioids to falsely represent to Hospital Plaintiffs and their doctors, and patients, the safety and efficacy of opioids, and to underreport the widespread distribution of opioids, in order to encourage the continued widespread use and distribution of dangerous opioids products.

6. CHS operates 103 acute-care hospitals in 18 states as identified in Exhibit A. CHS has asserted claims against one or more of the Debtors for its own benefit in cases in a number of states and in the Ohio multi district litigation captioned *In re: National Prescription Opiate Litigation*, Case No. 1:17-md-2804, N.D. Ohio (Eastern Division) (the "MDL").

7. In the MDL, Mr. Barrett has been appointed as the exclusive representative of the interests of hospitals on the Plaintiffs' Executive Committee. Order Approving Co-Leads, Co-Liaisons, and Executive Committee, January 4, 2018, Doc. 37, 1:17-md-02804 (N.D. Ohio).

8. In addition, CHS and one or more of its affiliates or subsidiaries are named plaintiffs in lawsuits the following lawsuits against one or more of the Debtors and/or their officers directors or insiders on their own behalf:

*Kingman Hospital, Inc. v. Purdue Pharma L.P.*, Case No. S8015CV201900563, Superior Court of the State of Arizona in and for the County of Mohave.

*Takoma Regional Hospital, Inc. v. Purdue Pharma L.P.*, Case No.

CC19CV295BB, Circuit Court for Greene County, Tennessee, Greenville (currently before the United States District Court for the Northern District of Ohio pursuant to CTO 111, *In re: National Prescription Opiate Litigation*, Case No. 1:17-MD-2804).

*Florida Health Sciences Center, Inc. v. Richard Sackler*, Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida (filed September 16, 2019 #95754861) (case number not yet available).

9. Tenet is one of the largest hospital systems in the United States operating acute-care hospitals as identified on Exhibit A.

10. Tenet and one or more of its subsidiaries and affiliates are named plaintiffs in the following lawsuits against one or more of the Debtors and/or their officers directors or insiders on their own behalf:

    *West Boca Medical Center, Inc. v. AmerisourceBergen Drug Corp.*, Case No. 18-op-45530, in MDL 2804, Case No. 17-md-02804 (N.D. Ohio) (Polster).

    *Kingman Hospital, Inc. v. Purdue Pharma L.P.*, Case No. S8015CV201900563, Superior Court of the State of Arizona in and for the County of Mohave.

    *Takoma Regional Hospital, Inc. v. Purdue Pharma L.P.*, Case No. CC19CV295BB, Circuit Court for Greene County, Tennessee, Greenville (currently before the United States District Court for the Northern District of Ohio pursuant to CTO 111, *In re: National Prescription Opiate Litigation*, Case No. 1:17-MD-2804).

    *Florida Health Sciences Center, Inc. v. Richard Sackler*, Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida (filed September 16, 2019 #95754861) (case number not yet available).

11. Infirmary has filed a class claim in the MDL. Infirmary asserts claims in its individual and its putative capacity and as a proposed representative of a class or classes of Hospitals on Exhibit A in suits brought against one or more of the Debtors and or and/or their officers directors or insiders, including Purdue Pharma

LLP; Purdue Pharma, Inc.; and The Purdue Frederick Company, Inc. to recover incurred damages including, but not limited to, the cost of the opioids (*i.e.* amounts paid to the Debtor), the additional unreimbursed operational costs incurred to address and treat the opioid epidemic, and for unreimbursed costs of providing treatment to the public relating to opioids use.

12. The claims asserted in the lawsuits brought by CHS, Tenet, and Infirmary, individually and/or as a putative class representative name certain Debtors along with their owners, executives and employees[2]. A list of the pending State law actions brought on behalf of Infirmary, its subsidiaries, or one or more Hospitals is attached as Exhibit B.

13. Although the specific nature and amount of the Hospital Plaintiffs' claims has not yet been finally determined at this time, damages, i.e. claims, asserted or to be asserted on behalf of the Hospital Plaintiffs nationwide attributable to the Debtors' illegal scheme to market and distribute opioids exceed $400 billion, plus punitive damages and treble damages in some states.

14. Infirmary was selected and is currently serving on the committee of unsecured creditors in *In re Insys Therapeutics, Inc.*, 19-11292 (KG) in Delaware, where it has filed a class proof of claim.

---

[2] Purdue Pharma L.P.; Purdue Pharma, Inc.; The Purdue Frederick Company, Inc.; Richard Sackler; Beverly Sackler; David Sackler; Ilene Sackler Lefcourt; Jonathan Sackler; Kathe Sackler; John Stewart; Mark Timney; Craig Landau; Russell Gasdia; Mortimer D.A. Sackler; and Theresa Sackler. The undersigned understands that the automatic stay imposed pursuant to Bankruptcy Code §362(a)(1) and or (3) affects some or all of these actions and claims.

15. None of CHS, Tenet, Infirmary or the Hospital Plaintiffs has filed a proof of claim against the Debtors here.

16. The undersigned may represent other persons or entities holding claims against or interest in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with one or more of the Debtors or their predecessors in interest. However, as of the date hereof, such persons or entities have not appeared and have not requested that the undersigned appear on their behalf in the cases.

17. This statement will be amended or supplemented in accordance with Rule 2019, as applicable, in the event such persons or entities request that the undersigned appear on their behalf in these cases.

18. The undersigned do not possess any claims against or interests in any of the Debtors.

19. The undersigned will be compensated by the Parties.

20. The undersigned hereby verifies that the foregoing is true and accurate, to the best of the undersigned's knowledge and belief.

Dated: September 22, 2019

**BARRETT LAW GROUP, P.A.**
By:/s/ John W. Barrett_____
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488

Admission *Pro Hac Vice Pending*

**CUNEO GILBERT & LADUCA, LLP**
By: /s/ Jonathan W. Cuneo_____
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202)789-3960

and

16 Court Street, Suite 1012
Brooklyn, NY 11241

**AND**

**TEITELBAUM LAW GROUP, LLC**
By:  /s/ Jay Teitelbaum
Jay Teitelbaum, Esq.
1 Barker Avenue
Third Floor
White Plains, New York 10601
(914) 437-7670
jteitelbaum@tblawllp.com