UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

In re                                                          :    Chapter 11
                                                               :
PURDUE PHARMA L.P., *et al.*,                                  :    Case No. 19-23649 (RDD)
                                                               :
                                     Debtors.[1]               :    (Jointly Administered)

--------------------------------------------------------- x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Paul Singer to be admitted¸ *pro hac vice*, to represent the State of

Texas, by its Attorney General, Ken Paxton, (the "Client") in the above-referenced cases, and

upon the movant's certification that the movant is a member in good standing of the bar in the

State of Texas and the bar of the U.S. District Court for the Western District of Texas, it is

hereby

**ORDERED**, that Paul Singer, Esq. is admitted to practice, ***pro hac vice***, in the above-

referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern

District of New York, provided that the filing fee has been paid.

Dated: September 23, 2019
      White Plains, New York        /s/ Robert D. Drain
                                              UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.