UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| in re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*[1] | Case No. 19-23649 (RDD) |
| | (Jointly Administered) |

### ORDER GRANTING MOTION FOR JOHN W. BARRETT'S ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jay Teitelbaum, an attorney admitted to practice law in the State of New York and before this Court, for the *pro hac vice* admission of John W. Barrett to represent Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., which seek to recover for their own benefit and for approximately 384 hospitals identified on Exhibit A to the Motion in the above-referenced Chapter 11 cases and any related adversary proceedings; and upon the certification of John W. Barrett that he is a member in good standing of the bar of the State of Mississippi and a member in good standing to practice before the United States Supreme Court and various United States Courts of Appeal and District Courts, it is hereby

**ORDERED** that John W. Barrett, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., which seek to recover for their own benefit and for approximately 384 hospitals identified on Exhibit A to the Motion, in the above-referenced Chapter

---

[1] The following cases are jointly administered: In re Purdue Pharma L.P., 19-23649, Purdue Pharma Inc., 19-23648, Purdue Transdermal Technologies L.P., 19-23650, Purdue Pharma Manufacturing L.P., 19-23651 Purdue Pharmaceuticals L.P., 19-23652, Imbrium Therapeutics L.P., 19-23653, Adlon Therapeutics L.P., 19-23654, Greenfield BioVentures L.P., 19-23655, Seven Seas Hill Corp., 19-23656, Ophir Green Corp., 19-23657, Purdue Pharma of Puerto Rico, 19-23658, Avrio Health L.P., 19-23659, Purdue Pharmaceutical Products L.P., 19-23660, Purdue Neuroscience Company, 19-23661. Nayatt Cove Lifescience Inc., 19-23662, Button Land L.P., 19-23663, Rhodes Associates L.P., 19-23666, Paul Land Inc., 19-23664,Quidnick Land L.P., 19-23665, Rhodes Pharmaceuticals L.P., 19-23667, Rhodes Technologies, 19-23668, UDF LP, 19-23669, SVC Pharma LP 19-23670, and SVC Pharma Inc., 19-23671.

11 cases and any related adversary proceedings in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 23, 2019
      White Plains, New York

/s/ Robert D. Drain

ROBERT D. DRAIN

UNITED STATES BANKRUPTCY JUDGE