UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.,* [1] | : | Case No. 19-23649 (RDD) |
| Debtors. | : | |
| | : | Jointly Administered |

**APPLICATION FOR ADMISSION PRO HAC VICE**

I, Melissa L. Van Eck (the "Movant"), hereby requests admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent the Attorney General, Commonwealth of Pennsylvania, a creditor in the above referenced bankruptcy cases.

***I certify that I am a member in good standing*** of the bar in the Commonwealth of Pennsylvania, and the bars of the United States District Court for the Middle District of Pennsylvania, the United States District Court for the Western District of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Respectfully Submitted,

Date:  September 23, 2019                 Commonwealth of Pennsylvania
White Plains, New York                    Josh Shapiro, Attorney General


By:    */s/ Melissa L. Van Eck*
                                          Melissa L. Van Eck
                                          Attorney ID 85869
                                          Deputy Attorney General
                                          Pennsylvania Office of Attorney General
                                          Strawberry Square, 15th Floor
                                          Harrisburg, PA  17120
                                          Telephone (717) 787-5176
                                          Email: mvaneck@attorneygeneral.gov