**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 19-23649(RDD)<br><br>(Jointly Administered ) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of ROBERT P. CHARBONNEAU (the "Movant"), to be admitted, ***pro hac vice***, to represent the Attorney General, State of Florida in the above referenced cases, and upon the Movant's certification that he is a member in good standing of the bar of the State of Florida and the bar of the U.S. District Court for the Southern and Middle Districts of Florida, it is

**ORDERED**, that ROBERT P. CHARBONNEAU, Esq. is admitted to practice, ***pro hoc vice***, in the above referenced cases to represent the Attorney General, State of Florida, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: September 23, 2019
       White Plains, New York

                                                /s/ Robert D. Drain
                                                THE HONORABLE ROBERT D. DRAIN
                                                UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.