Kenneth T. Law, Esq., (Admitted in California)
BIALSON, BERGEN & SCHWAB
633 Menlo Ave., Suite 100
Menlo Park, CA 94025
Telephone: (650) 857-9500

*Counsel to United Parcel Service, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| PURDUE PHARMA, L.P. *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR
SPECIAL NOTICE OF UNITED PARCEL SERVICE, INC.**

**PLEASE TAKE NOTICE** that United Parcel Service, Inc. ("UPS"), a creditor and party in interest in the above-entitled bankruptcy cases, hereby enters its appearance by and through its counsel, Bialson, Bergen & Schwab, a Professional Corporation, pursuant to 11 U.S.C. 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Rule 9010").

**PLEASE TAKE FURTHER NOTICE** that UPS hereby requests that all notices, pleadings, documents, and correspondence required to be served on creditors, all duly appointed committees, and any other party-in-interest pursuant to 11 U.S.C. §§ 102(1) and 342, Rule 2002 and Rule 9007 of the Federal Rules of Bankruptcy Procedure, order of the Court and otherwise, whether sent by the Court, the debtor, or any other party-in-interest in these cases, be served on the following counsel for UPS and that the following counsel be added to the Court's master mailing list:

---

[1] The Debtors in these chapter 11 cases, along with the last for digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stambford, CT 06901. A motion for joint administration is pending.

**BIALSON, BERGEN & SCHWAB,**
**a Professional Corporation**
Lawrence M. Schwab, Esq.
Kenneth T. Law, Esq.
633 Menlo Ave,, Suite 100
Menlo Park, CA 94025
Tel:  (650) 857-9500
Fax:  (650) 494-2738
Email: Klaw@bbslaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email or otherwise filed or made with regard to the above-referenced cases and any proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that filing this Appearance and Request for Notice and Documents (A) is not, and may not be deemed or construed to be, (1) a waiver of UPS' substantive or procedural rights (collectively, "UPS' Rights"), including without limitation: (i) the right entry of a final order in noncore matters only after *de novo* review by a Federal District Court, (ii) the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the reference withdrawn by a Federal District Court in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, interests, claims, actions, setoffs, or recoupments, or (2) consent to the jurisdiction of the Court, and (C) hereby reserves all UPS' Rights.

Dated: September 23, 2019                              Respectfully submitted,

/s/ Kenneth T. Law                          .
Kenneth T. Law, Esq.
BIALSON, BERGEN & SCHWAB
633 Menlo Avenue, Suite 100
Menlo Park, CA 94025
Telephone: (650) 857-9500
Facsimile: (650) 494-2738
Email: Klaw@bbslaw.com

Attorneys for United Parcel Service, Inc.