SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY  10169
Telephone: (212) 223-6444
Beth Kaswan, Esq.
Judith S. Scolnick, Esq.

*Counsel for the Consortium of Some Massachusetts Municipalities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: <br><br> PURDUE PHARMA L.P., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 19-23649 (RDD) |

**NOTICE OF APPEARANCE OF THE CONSORTIUM OF SOME MASSACHUSETTS MUNICIPALITIES AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND OTHER DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel for the Consortium of Some Massachusetts Municipalities ("Claimants"),[2] in the above-referenced case, and pursuant to inter alia, Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010 and Section 1109(b) of Title 11 of the United States Code, § 101 et seq. (the "Bankruptcy Code"), requests that the following names be added to any service list in this case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Claimants represented by Scott+Scott Attorneys at Law LLP are: City of Cambridge, Town of Canton, City of Chicopee, City of Framingham, City of Gloucester, City of Haverhill, Town of Lynnfield, Town of Natick, Town of Randolph, City of Salem, City of Springfield, Town of Wakefield, and City of Worcester.

Beth Kaswan, Esq.
Judith S. Scolnick, Esq.
**SCOTT+SCOTT Attorneys at Law LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Email: bkaswan@scott-scott.com
Email: jscolnick@scott-scott.com

**PLEASE TAKE FURTHER NOTICE** that under section 1109(b) of the Bankruptcy Code, this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail or otherwise (1) that affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, with respect to: (a) the above-named debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by Creditors.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural right, including: (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court, (ii) the right to trial by jury in any proceeding triable in these Cases or any case, controversy, or proceeding related to these Cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) abstention, (v) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, and (vi) any other rights, claims, actions,

defenses, setoffs, or recoupments as appropriate, at law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: New York, New York<br>September 23, 2019 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>By: */s/ Beth Kaswan*<br>   Beth Kaswan, Esq.<br>   Judith S. Scolnick, Esq.<br>   The Helmsley Building<br>   230 Park Avenue, 17th Floor<br>   New York, NY 10169<br>   Telephone: (212) 223-6444<br><br>   *Counsel for the Consortium of Some*<br>   *Massachusetts Municipalities* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance of the Consortium of Some Massachusetts Municipalities and Request for Service of Notices, Pleadings and Other Documents was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record in this case.

Dated: New York, New York
September 23, 2019

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
By: */s/ Beth Kaswan*
    Beth Kaswan, Esq.
    Judith S. Scolnick, Esq.
    The Helmsley Building
    230 Park Avenue, 17th Floor
    New York, NY 10169
    Telephone: (212) 223-6444

*Counsel for the Consortium of Some Massachusetts Municipalities*