**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:

Purdue Pharma L.P., *et al.*,                                  Case No.: 19-23649 (RDD)

(Chapter 11)

Debtors.                                      (Jointly Administered)

---

## APPEARANCE OF COUNSEL

To:     The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the New York State Department of Financial Services.

Dated:      September 23, 2019
            New York, New York

/s/ Nicolas G. Keller
Nicolas G. Keller
Assistant Counsel
New York State Department of Financial Services
One State Street
New York, NY 10004
(212) 480-4668
nicolas.keller@dfs.ny.gov