WILK AUSLANDER LLP
Eric J. Snyder, Esq.
1515 Broadway, 43rd Floor
New York, New York 10036
(212) 981- 2300

*Counsel for State of Alabama*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                            :        Chapter 11
In re                                       :
                                            :        Case No. 19-23649-RDD
PURDUE PHARMA, L.P.*, et al.*               :        (Jointly Administered}
                                            :
                        Debtor.             :
--------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Wilk Auslander LLP, hereby appears as counsel for the

State of Alabama  ("Alabama") pursuant to section 1109(b) of title 11 of the United States Code

(as amended, the "*Bankruptcy Code*"), Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules

of Bankruptcy Procedure (as amended, the "*Bankruptcy Rules*"), and requests that copies of any

and all notices and papers filed or entered in these cases be given to and served upon the

following:

> Eric J. Snyder, Esq.
> WILK AUSLANDER LLP
> 1515 Broadway, 43rd Floor
> New York, New York 10036
> esnyder@wilkauslander.com
> Phone: (212) 981- 2300

**PLEASE TAKE FURTHER NOTICE** that, in accordance with 11 U.S.C. § 1109(b),

the foregoing request includes not only the notices and papers referred to in the Bankruptcy

Rules specified above, but also includes, without limitation, orders and notices of any petition,

1

01111716

pleading, complaint, conference, hearing, application, motion, request, or demand (collectively, the "*Filings*"), whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopy, or otherwise which affect or seek to affect in any way any rights or interests of the Entities.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance shall not constitute (a) waiver of the right of Alabama to contest service of any Filing; (b) a waiver of rights to have any and all final orders in any and all non-core matters entered only after *de novo* by a United States District Court; (c) a waiver of rights to trial by jury in any proceeding as to any and all maters so triable; (d) a waiver of rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; (e) a waiver of any rights, claims actions, defenses, setoffs, or recoupments all of which Alabama expressly reserves; or (f) a consent by Alabama to the jurisdiction of the United States Bankruptcy Court for the Southern District of New York with respect to any proceeding commenced in this case against or otherwise involving Alabama

Dated:    New York, New York          WILK AUSLANDER LLP
          September 25, 2019          *Counsel for State of Alabama*

                                      Eric J. Snyder
                                      Eric J. Snyder, Esq.
                                      1515 Broadway, 43rd Floor
                                      New York, New York 10036
                                      Tel: (212) 981- 2300
                                      Fax: (212) 752-6380
                                      Email: esnyder@wilkauslander.com

01111716