UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter: 11 |
| Purdue Pharma L.P. et al., | Case No: 19-23649 (RDD) |
| Debtors.[1] | Jointly Administered |

| | |
|---|---|
| Purdue Pharma L.P. et al., | Case No: 19-08289 |
| Plaintiffs, | |
| v. | |
| Commonwealth of Massachusetts, et al. | |

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, S. Michael Murphy, Assistant Attorney General request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent the State of Wisconsin, by its Attorney General, Joshua L. Kaul, a creditor, in the above referenced cases.

***I certify that I am a member in good standing*** of the bar in the State of Wisconsin, and am also admitted to practice before, among other

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

courts, the United States District Court for the Eastern and Western District of Wisconsin, and the United States Court of Appeals for the Seventh Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac* admission.

Dated:  September 25, 2019
       Madison, Wisconsin

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ S.Michael Murphy
S. MICHAEL MURPHY
Assistant Attorney General
17 West Main Street, P.O. Box 7857
Madison, WI 53707
(608) 266 – 5457
murphysm@doj.state.wi.us

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| In re: | Chapter: 11 |
|---|---|
| Purdue Pharma L.P. et al., | Case No: 19-23649 (RDD) |
| Debtors.[1] | Jointly Administered |

---

| Purdue Pharma L.P. et al., | Case No: 19-08289 |
|---|---|
| Plaintiffs, | |
| v. | |
| Commonwealth of Massachusetts, et al. | |

_____

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*
_____

Upon the motion of S. Michael Murphy ("the Movant"), to be admitted, *pro hac vice,* to represent the State of Wisconsin and upon Movant's certification that the Movant is a member in good standing with the bar in the State of Wisconsin, and is also admitted to practice before, the United States District Court for the Eastern and Western District of Wisconsin, and the United States Court of Appeals for the Seventh Circuit, it is hereby:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**ORDERED,** that S. Michael Murphy is admitted to practice ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: \_\_\_\_, 2019
White Plains, New York

_____
UNITED STATES BANKRUPTCY JUDGE