# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that copies of the

- Motion for Admission Pro Hac Vice [Docket No. 75]
- Order Granting Admission to Practice Pro Hac Vice [Docket No. 81]
- Motion for Admission Pro Hac Vice [Docket No. 100]
- Notice of Appearance and Request for Service of Papers [Docket No. 101]

were served on each of the parties identified in Exhibit A via email on September 24, 2019 and were served on each of the parties identified in Exhibit B via First Class U.S. Mail, postage prepaid on September 25, 2019.

Dated: September 25, 2019

**CAPLIN & DRYSDALE, CHARTERED**

*/s/ Brigette Wolverton*
Brigette Wolverton
Paralegal
One Thomas Circle, NW, Suite 1100
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In re: Purdue Pharma L.P., *et al.*
Master Service List
Case No. 19-23649 (RDD)

| | Exhibit A | |
|---|---|---|
| EMAIL | NAME | NOTICE NAME |
| cbs@agentislaw.com | Agentis PLLC | Attn: Christopher B. Spuches, Esq. |
| will.sugden@alston.com | Alston & Bird LLP | Attn: William Sugden and Jacob Johnson |
| jacob.johnson@alston.com | Alston & Bird LLP | Attn: William Sugden and Jacob Johnson |
| william.hao@alston.com | Alston & Bird LLP | Attn: William Hao |
| V.MANNA@ALTERGON.IT | ALTERGON ITALIA SRL | ATTN: VINCENZO MANNA |
| DVIETRI@AMERISOURCEBERGEN.COM | AMERISOURCEBERGEN | ATTN: DAVE VIETRI, VICE PRESIDENT BRANDED AND SPECIALTY CONTRACTS |
| CCHONG@WORKFORCELOGIQ.COM | APC WORKFORCE SOLUTIONS LLC | ATTN: CHERISH CHONG |
| EADAMCIK@ASCENTHEALTHSERVICES.COM | ASCENT HEALTH SERVICES LLC | ATTN: EDWARD ADAMCIK, PRESIDENT ASCENT HEALTH SERVICES |
| BRKINSEY@ASHLAND.COM | ASHLAND SPECIALTY INGREDIENTS GP | ATTN: BR KINSEY |
| MWEBSTER@THEACCESSGP.COM | BIOECLIPSE LLC | ATTN: PRESIDENT OR GENERAL COUNSEL |
| bmc@ecfAlerts.com | BMC Group, Inc | Attn: T Feil |
| spohl@brownrudnick.com | Brown Rudnick LLP | Attn: Steven D. Pohl |
| GCicero@brownrudnick.com | Brown Rudnick LLP | Attn: Gerard T. Cicero and David J. Molton |
| DMolton@brownrudnick.com | Brown Rudnick LLP | Attn: Gerard T. Cicero and David J. Molton |
| bernard.eskandari@doj.ca.gov | California Department of Justice | Attn: Bernard A. Eskandari |
| JEFF.CIZL@CARDINALHEALTH.COM | CARDINAL HEALTH | ATTN: JEFF CIZL, DIRECTOR STRATEGIC SOURCING NATIONAL BRANDS |
| SAPPAN.BHATT@CVSHEALTH.COM | CAREMARKPCS HEALTH, L.L.C. | ATTN: SAPPAN BHATT, DIRECTOR TRADE RELATIONS |
| SYOUNG@CHALLENGEPRINTINGCO.COM | CHALLENGE PRINTING COMPANY | ATTN: S. YOUNG |
| JHUANGPU@COBBSCREEKHEALTHCARE.COM | COBBS CREEK HEALTHCARE LLC | ATTN: JUN HUANGPU |
| SURANJAN.KAYAL@COGNIZANT.COM | COGNIZANT TECH SOLUTIONS US CORP | ATTN: SURANJAN KAYAL |
| eric.gold@mass.gov | Commonwealth of Massachusetts | Attn: Eric M. Gold, Assistant Attorney General |
| C-BSTARR@PA.GOV | COMMONWEALTH OF PENNSYLVANIA MEDICAID DRUG REBATE PROGRAM | ATTN: BRITTANY STARR |
| mike@consovoymccarthy.com | Consovoy McCarthy PLLC | Attn: J. Michael Connolly |
| ann.costanza@cpc.com | CONTRACT PHARMACAL CORP | Attn: Ann Costanza and Eric Antman |
| eric.antman@cpc.com | CONTRACT PHARMACAL CORP | Attn: Ann Costanza and Eric Antman |
| ANDREW.ZANIN@CVSHEALTH.COM | CVS CAREMARK PART D SERVICES, L.L.C. | ATTN: ANDY ZANIN, TRADE DIRECTOR, MED D |
| Purdue.noticing@dpw.com | Davis Polk & Wardwell LLP | Attn: Marshall Scott Huebner, Benjamin S. Kaminetzky, Timothy Graulich, Christopher Robertson and Eli J. Vonnegut |
| DAVID.W.BOBB.CIV@MAIL.MIL | DEFENSE HEALTH AGENCY | ATTN: COLONEL DAVID BOBB, CHIEF PHARMACY OPERATIONS DIVISION, DHA |
| ROBERT.SHUN@DHCS.CA.GOV | DEPARTMENT OF HEALTH CARE SERVICES (CA) | ATTN: ROBERT SHUN |
| MSHACKLEY@DEZENHALL.COM | DEZENHALL RESOURCES | ATTN: MAYA SHACKLEY |
| leisenberg@foley.com | FOLEY & LARDNER LLP | Attn: Leah M. Eisenberg, Esq. |
| ggoodman@foley.com | FOLEY & LARDNER LLP | Attn: Geoffrey S. Goodman |
| KLI@FRONTAGELAB.COM | FRONTAGE LABORATORIES INC | ATTN: KEVIN LI DONGMEI WANG, SVP/GM, CMC SERVICES |
| MARGARET.SHUBNY@GCIHEALTH.COM | GCI HEALTH | ATTN: MARGARET SHUBNY |
| REBECCA.MORRISON@DCH.GA.GOV | GEORGIA DEPT OF COMMUNITY  HEALTH | ATTN: REBECCA MORRISON |
| litherlandc@gilbertlegal.com | Gilbert, LLP | Attn: Craig Literland, Kami Quinn, and Scott Gilbert |
| quinnk@gilbertlegal.com | Gilbert, LLP | Attn: Craig Literland, Kami Quinn, and Scott Gilbert |
| gilberts@gilbertlegal.com | Gilbert, LLP | Attn: Craig Literland, Kami Quinn, and Scott Gilbert |
| STEPHEN.RADOVANOVICH@GLATT.COM | GLATT AIR TECHNIQUES INC | ATTN: STEPHEN RADOVANOVICH |
| kstadler@gklaw.com | Godfrey & Kahn, S.C. | Attn: Katherine Stadler |
| KGANGEMI@HEALTHCORE.COM | HEALTHCORE INC | ATTN: KELSEY GANGEMI |
| MSWEET@INFLEXXION.COM | INTEGRATED BEHAVIORAL HEALTH INC | ATTN: MARY SWEET |

In re: Purdue Pharma L.P., *et al.*
Master Service List
Case No. 19-23649 (RDD)

| EMAIL | NAME | NOTICE NAME |
|---|---|---|
| sam@kellerlenkner.com | Keller Lenkner LLC | Attn: Seth A. Meyer |
| keckstein@kramerlevin.com | Kramer Levin Naftalis & Frankel | Attn: Kenneth Eckstein and Rachael Ringer |
| keckstein@kramerlevin.com | Kramer Levin Naftalis & Frankel | Attn: Kenneth Eckstein and Rachael Ringer |
| gbressler@mdmc-law.com | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler, Esquire |
| mmorano@mdmc-law.com | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Michael Morano, Esquire, Nicole Leonard, Esquire |
| nleonard@mdmc-law.com | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Michael Morano, Esquire, Nicole Leonard, Esquire |
| CHRIS.ALVERSON@MCKESSON.COM | MCKESSON CORPORATION | ATTN: CHRIS ALVERSON, SENIOR VICE PRESIDENT OF SUPPLY CHAIN MANAGEMENT |
| CAROLINA.D.DELAROCHA@DSS.MO.GOV | MISSOURI HEALTHNET DIVISION | ATTN: CAROLINA DELAROCHA |
| jyoung@forthepeople.com | Morgan & Morgan | Attn: James Young |
| juanmartinez@forthepeople.com | Morgan & Morgan | Attn: Juan R. Martin |
| kcordry@naag.org | National Association of Attorneys General | Attn: Karen Cordry |
| JOHN.STANCIL@DHHS.NC.GOV | NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES | ATTN: JOHN STANCIL |
| paul.schwartzberg@usdoj.gov | Office of The United States Trustee | Attn: Paul Schwartzberg |
| GLEN@OHIOCLINICALTRIALS.COM | OHIO CLINICAL TRIALS INC | ATTN: GLEN APSELOFF |
| TRACEY.ARCHIBALD@MEDICAID.OHIO.GOV | OHIO DEPARTMENT OF MEDICAID | ATTN: TRACEY ARCHIBALD |
| STACEY.HALE@OKHCA.ORG | OKLAHOMA HEALTH CARE AUTHORITY | ATTN: STACEY HALE |
| KENT.ROGERS@OPTUM.COM | OPTUMRX, INC. | ATTN: KENT ROGERS, SENIOR VP INDUSTRY RELATIONS |
| mcyganowski@otterbourg.com | OTTERBOURG P.C. | Attn: Melanie L. Cyganowski, Esq. |
| JIM.HANEY@PCISERVICES.COM | PACKAGING COORDINATORS INC | ATTN: JIM HANEY |
| WONG.CYNTHIA@PBGC.GOV | PENSION BENEFIT GUARANTY CORPORATION | ATTN: CYNTHIA WONG |
| BradleyLauren@prahs.com | PHARMACEUTICAL RESEARCH ASSOC INC | ATTN: Lauren H. Bradley |
| JSINGLETERRY@PLDEVELOPMENTS.COM | PL DEVELOPMENT LLC | ATTN: J SINGLETERRY |
| dave.waters@ppdi.com | PPD DEVELOPMENT LP | Attn: Dave Waters, Hank Gerock, and Stephen Scaldaferri |
| hank.gerock@ppdi.com | PPD DEVELOPMENT LP | Attn: Dave Waters, Hank Gerock, and Stephen Scaldaferri |
| stephen.scaldaferri@ppdi.com | PPD DEVELOPMENT LP | Attn: Dave Waters, Hank Gerock, and Stephen Scaldaferri |
| purduepharmateam@primeclerk.com | Prime Clerk, LLC | Attn: Herb Baer |
| serviceqa@primeclerk.com | Prime Clerk, LLC | Attn: Herb Baer |
| SARAH.SIMMONS@PURPLESTRATEGIES.COM | PURPLE STRATEGIES LLC | ATTN: SARAH SIMMONS |
| EDWARD.MAHONY@TXPSVCS.COM | RHODES TECHNOLOGIES INC | ATTN: EDWARD MAHONY |
| NOLAN.WANG@SCIECUREPHARMA.COM | SCIECURE PHARMA INC | ATTN: PURL |
| attorney.general@alaska.gov | State of Alaska Attorney General | Attn: Bankruptcy Department |
| aginfo@azag.gov | State of Arizona Attorney General | Attn: Bankruptcy Department |
| bankruptcy@coag.gov | State of California Attorney General | Attn: Bankruptcy Department |
| Attorney.General@state.co.us | State of Colorado Attorney General | Attn: Bankruptcy Department |
| attorney.general@po.state.ct.us | State of Connecticut Attorney General | Attn: Bankruptcy Department |
| Attorney.General@state.DE.US | State of Delaware Attorney General | Attn: Bankruptcy Department |
| hawaiiag@hawaii.gov | State of Hawaii Attorney General | Attn: Bankruptcy Department |
| webmaster@atg.state.il.us | State of Illinois Attorney General | Attn: Bankruptcy Department |
| william.pearson@ag.iowa.gov | State of Iowa | Attn: William R. Pearson - Assistant Attorney General |
| ConsumerInfo@ag.state.la.us | State of Louisiana Attorney General | Attn: Bankruptcy Department |
| consumer.mediation@maine.gov | State of Maine Attorney General | Attn: Bankruptcy Department |
| oag@oag.state.md.us | State of Maryland Attorney General | Attn: Bankruptcy Department |
| ago@state.ma.us | State of Massachusetts Attorney General | Attn: Bankruptcy Department |
| miag@michigan.gov | State of Michigan Attorney General | Attn: Bankruptcy Department |

In re: Purdue Pharma L.P., *et al.*
Master Service List
Case No. 19-23649 (RDD)

| EMAIL | NAME | NOTICE NAME |
|---|---|---|
| Attorney.General@ag.state.mn.us | State of Minnesota Attorney General | Attn: Bankruptcy Department |
| attorney.general@ago.mo.gov | State of Missouri Attorney General | Attn: Bankruptcy Department |
| contactdoj@mt.gov | State of Montana Attorney General | Attn: Bankruptcy Department |
| ago.info.help@nebraska.gov | State of Nebraska Attorney General | Attn: Bankruptcy Department |
| attorneygeneral@doj.nh.gov | State of New Hampshire Attorney General | Attn: Bankruptcy Department |
| askconsumeraffairs@lps.state.nj.us | State of New Jersey Attorney General | Attn: Bankruptcy Department |
| DAVID.R.WILLIAMS@DHS.STATE.NJ.US | STATE OF NEW JERSEY DIVISION OF MEDICAL ASSISTANCE AND HEALTH SERVICES | ATTN: DAVID WILLIAMS |
| Louis.Testa@ag.ny.gov | State of New York Attorney General | Attn: Louis J. Testa |
| CHRISTOPHER.DESORBO@HEALTH.NY.GOV | STATE OF NEW YORK DEPARTMENT OF HEALTH | ATTN: CHRISTOPHER DESORBO |
| jsutton2@ncdoj.gov | State of North Carolina Attorney General | Attn: Jessica Sutton |
| ndag@nd.gov | State of North Dakota Attorney General | Attn: Bankruptcy Department |
| consumer.hotline@doj.state.or.us | State of Oregon Attorney General | Attn: Bankruptcy Department |
| info@scattorneygeneral.com | State of South Carolina Attorney General | Attn: Bankruptcy Department |
| consumerhelp@state.sd.us | State of South Dakota Attorney General | Attn: Bankruptcy Department |
| consumer.affairs@tn.gov | State of Tennessee Attorney General | Attn: Bankruptcy Department |
| bk-robaldo@oag.texas.gov | State of Texas | Attn: Rachel R. Obaldo, Esq. |
| paul.singer@oag.texas.gov | State of Texas | Attn: Paul L. Singer, Esq. |
| public.information@oag.state.tx.us | State of Texas Attorney General | Attn: Bankruptcy Department |
| uag@utah.gov | State of Utah Attorney General | Attn: Bankruptcy Department |
| ago.info@state.vt.us | State of Vermont Attorney General | Attn: Bankruptcy Department |
| consumer@wvago.gov | State of West Virginia Attorney General | Attn: Bankruptcy Department |
| nfk@stevenslee.com | Stevens & Lee, P.C. | Attn: Nicholas F. Kajon and Constantine D. Pourakis |
| cp@stevenslee.com | Stevens & Lee, P.C. | Attn: Nicholas F. Kajon and Constantine D. Pourakis |
| LINDSEY.DOBBINS@TRIALCARD.COM | TRIALCARD INC | ATTN: LINDSEY DOBBINS |
| PAULA@WALRUSNYC.COM | WALRUS LLC | ATTN: PAULA BUCHMA |
| RAYMOND.ALSKO@WAVELENGTHPHARMA.COM | WAVELENGTH ENTERPRISES INC | ATTN: RAYMOND ALSKO |
| KIM.WOHLER@WISCONSIN.GOV | WISCONSIN DEPARTMENT OF HEALTH SERVICES | ATTN: KIM WOHLER |

In re: Purdue Pharma L.P., *et al.*
Master Service List
Case No. 19-23649 (RDD)

| | | Exhibit B | | | | | |
|---|---|---|---|---|---|---|---|
| **DESCRIPTION** | **NAME** | **NOTICE NAME** | **ADDRESS 1** | **ADDRESS 2** | **CITY** | **STATE** | **ZIP** |
| Debtors | Purdue Pharma L.P. | Attn: President or General Counsel | One Stamford Forum, 201 Tresser Boulevard | | Stamford | CT | 06901 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 |
| State Attorney General | Commonwealth of Puerto Rico | Attn: Bankruptcy Department | Apartado 9020192 | | San Juan | PR | 00902-0192 |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department | P.O. Box 300152 | | Montgomery | AL | 36130-0152 |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department | 323 Center St. | Suite 200 | Little Rock | AR | 72201-2610 |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department | The Capitol, PL 01 | | Tallahassee | FL | 32399-1050 |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department | 40 Capital Square, SW | | Atlanta | GA | 30334-1300 |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department | 700 W. Jefferson Street | P.O. Box 83720 | Boise | ID | 83720-1000 |
| State Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department | Indiana Government Center South | 302 W. Washington St., 5th Floor | Indianapolis | IN | 46204 |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department | 1305 E. Walnut Street | | Des Moines | IA | 50319 |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department | 120 SW 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department | 700 Capitol Avenue, Suite 118 | | Frankfort | KY | 40601 |
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department | Walter Sillers Building | 550 High Street, Suite 1200, P.O. Box 220 | Jackson | MS | 39201 |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department | 100 North Carson Street | | Carson City | NV | 89701 |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department | 30 E. Broad St., 14th Floor | | Columbus | OH | 43215 |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 |
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department | 150 South Main Street | | Providence | RI | 02903 |
| State Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department | 900 East Main Street | | Richmond | VA | 23219 |
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department | Wisconsin Department of Justice | State Capitol, Room 114 East, P.O. Box 7857 | Madison | WI | 53707-7857 |
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department | 123 Capitol Building | 200 W. 24th Street | Cheyenne | WY | 82002 |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department | 441 4th Street, NW | | Washington | DC | 20001 |
| State of Tennessee | Tennessee Attorney General's Office | Attn: Marvin Clements, Bankruptcy Division | P.O. Box 20207 | | Nashville | TN | 37202-0207 |
| Top 3 Largest Secured Creditor | Air Liquide Industrial U.S. LP | Attn: President or General Counsel | 180 W. Germantown Pike | | East Norriton | PA | 19401 |
| Top 3 Largest Secured Creditor | Ikon Financial Svcs | Attn: President or General Counsel | 1738 Bass Rd | | Macon | GA | 31210-1043 |
| Top 3 Largest Secured Creditor | U.S. Bank Equipment Finance | Attn: President or General Counsel | 1310 Madrid Street | | Marshall | MN | 56258 |
| Top 50 Largest Unsecured Creditor | DENVER HEALTH & HOSPITAL AUTH | ATTN: SCOTT HOYE, GENERAL COUNSEL | 777 BANNOCK STREET | | DENVER | CO | 80204 |
| Top 50 Largest Unsecured Creditor | PRIME THERAPEUTICS LLC | ATTN: JOSH BAST, SENIOR DIRECTOR PHARMACEUTICAL TRADE RELATIONS | P.O. BOX 64812 | | ST PAUL | MN | 08646-0655 |
| Top 50 Largest Unsecured Creditor | S EMERSON GROUP INC | ATTN: MATT POLI | 407 EAST LANCASTER AVE | | WAYNE | PA | 19087 |
| Top 50 Largest Unsecured Creditor | SPECGX LLC | ATTN: GENERAL COUNSEL | 385 MARSHALL AVE | | SAINT LOUIS | MO | 63119-1831 |
| Top 50 Largest Unsecured Creditor | SYNEOS HEALTH fka INVENTIV HEALTH | ATTN: HAIYAN WANG, DIRECTOR BUSINESS DEVELOPMENT, EARLY PHASE | 1030 SYNC ST | | MORRISVILLE | NC | 27560 |
| Top 50 Largest Unsecured Creditor | THATCHER COMPANY | ATTN: PATRICK SCHWARTZ | 1905 FORTUNE RD | | SALT LAKE CITY | UT | 84127 |
| United States Attorney's Office for the Southern District of New York | United States Attorney's Office | Attn: U.S. Attorney | 300 Quarropas Street, Room 248 | | White Plains | NY | 10601-4150 |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Robert D. Drain | Purdue Chambers Copy | US Bankruptcy Court SDNY | 300 Quarropas Street, Room 248 | White Plains | NY | 10601 |
| United States Department of Justice | U.S. Department of Justice | Attn: Legal Department | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 |