## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

    **Purdue Pharma L.P.,** *et al.***,**            **Case No.:  19-23649 (RDD)**

                                      **(Chapter 11)**

                  **Debtors.**             **(Jointly Administered)**

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

    **PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of

Bankruptcy Procedure[1], New York State Attorney General Letitia James, hereby files this Notice

of Appearance and Request For Service of Notices and Pleadings on behalf of the People of the

State of New York[2], a party in interest is the above captioned bankruptcy case ("Case"), and does

hereby request that all notices required to be given under Rule 2002, including notices under

Rule 2002(i) that, but for this request, would be provided only to committees appointed pursuant

to Title 11, U.S.C. § 101 et seq. or their authorized agents, and all papers served or required to be

served in this Case and any related adversary proceeding, be given to and served upon:

        David E. Nachman
        Counsel for Opioids and Impact Litigation
        Executive Division
        Office of the New York State Attorney General
        28 Liberty Street
        New York, New York 10005

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and

---

[1] Unless otherwise stated, all references to "Rule" shall mean the Federal Rules of Bankruptcy Procedure.

[2] Does not include New York State Agencies, municipalities and quasi-governmental units.

papers referred to in Rule 2002 but also includes, without limitation, notices of any applications,

motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers,

memoranda and briefs in support of any of the foregoing, disclosure statements, plans of

reorganization, or any other document brought before this Court with respect to this Case,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by

mail, delivery, telephone, facsimile, electronic transmission or otherwise.  The Clerk of the Court

is requested to place the names and addresses of counsel as set forth in this Notice on any Master

Service List in this Case.

Dated:  September 26, 2019
       Albany, New York

                        Respectfully submitted,
                        Letitia James
                        Attorney General of the State of New York

                        By:/s/ David E. Nachman_____
                        Counsel for Opioids and Impact Litigation
                        Executive Division
                        Office of the New York State Attorney General
                        28 Liberty Street
                        New York, New York 10005
                        Telephone: (212) 416-8390
                        Email: David.Nachman@ag.ny.gov