Jordan S. Blask, Esq.
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Telephone: 412-566-1212
Facsimile: 412-594-5619
*Counsel to Thermo Fisher Scientific*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
PURDUE PHARMA L.P.                        :    Case No. 19-23649-rdd
                                          :
                  Debtor.                 :
                                          :
---------------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

      PLEASE TAKE NOTICE that, pursuant to Section 1109 of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules the undersigned appears as counsel for Thermo Fisher Scientific, a creditor in this case.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002 and 3017 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by those Rules, and pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules that all other notices given or required to be given in this case be given to and served upon:

Jordan S. Blask, Esq.
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: 412-566-1212
Fax:  412-594-5619
Email:  jblask@tuckerlaw.com

      The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answer or rely papers, memoranda or briefs in support of any of the foregoing and any other document brought before the Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

Dated:  September 26, 2019
         Pittsburgh, Pennsylvania

TADMS:5203350-1 025636-145370

        Respectfully submitted,

        TUCKER ARENSBERG, P.C.

By:    */s/ Jordan S. Blask*
        Jordan S. Blask, Esq. (jb0725)
        TUCKER ARENSBERG, P.C.
        1500 One PPG Place
        Pittsburgh, Pennsylvania 15222
        Telephone: 412-566-1212
        Facsimile: 412-594-5619
        jblask@tuckerlaw.com

*Counsel to Thermo Fisher Scientific*

Jordan S. Blask, Esq.
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Telephone: 412-566-1212
Facsimile: 412-594-5619
*Counsel to Thermo Fisher Scientific*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------x
|  |  |
|---|---|
| In re | Chapter 11 |
| PURDUE PHARMA L.P. | Case No. 19-23649-rdd |
| Debtor. |  |

---------------------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I certify that I served or caused to be served a copy of the Notice of Appearance and Request for Service of Papers upon the following individuals in the manner provided:

**Via ECF and First Class Mail on September 26, 2019**

| | |
|---|---|
| Purdue Pharma L.P. | Marshall Scott Huebner, Esq. |
| One Stamford Forum | Eli J. Vonnegut, Esq. |
| 201 Tresser Boulevard | 450 Lexington Avenue |
| Stamford, CT 06901 | New York, NY 10017 |
| | |
| Office of the United States Trustee | Prime Clerk LLC, Claims Agent |
| 33 Whitehall Street, 21st Floor | One Grand Central Place |
| New York, New York 10004 | 60 East 42nd Street, Suite 1440 |
| | New York, NY 10165 |

Dated: September 26, 2019         TUCKER ARENSBERG, P.C.

By:    */s/ Jordan S. Blask*
Jordan S. Blask, Esq. (jb0725)
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Telephone: 412-566-1212
Facsimile: 412-594-5619
jblask@tuckerlaw.com

*Counsel to Thermo Fisher Scientific*

TADMS:5203350-1 025636-145370