**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** <br><br> **PURDUE PHARMA L.P.,** *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-23649 (RDD) <br><br> (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Michael H. Goldstein (the "Movant"), to be admitted, *pro hac vice*, to represent Teva Pharmaceuticals USA, Inc., Anda, Inc. and Teva Canada Limited (collectively, "Teva") in the above-captioned chapter 11 cases, and upon the Movant's certification that the Movant is a member in good standing with the bars of the State of New York, State of California, District of Columbia and also is admitted to practice before, among other courts, the United States District Courts for the Northern, Southern, Eastern and Central Districts of California, the United States Court of Appeals for the Ninth Circuit, the Bankruptcy Court for the Western District of Wisconsin and the United States Court of Appeals for the Third Circuit, it is hereby

**ORDERED**, that Michael H. Goldstein, Esq. is admitted to practice, *pro hac vice*, in the above-captioned chapter 11 cases to represent Teva in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 26, 2019
      White Plains, New York

                                                    /s/ Robert D. Drain
                                                    UNITED STATES BANKRUPTCY JUDGE