**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**
Matthew J. Gold
Robert M. Tuchman
551 Fifth Avenue, 18th Floor
New York, NY  10176
(212) 986-6000
Counsel for State of Washington

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re:** : Chapter 11
: 
**PURDUE PHARMA L.P.,** *et al.***,** : Case No. 19-23649 (RDD)
: 
: (Jointly Administered)
Debtors. :
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned Kleinberg, Kaplan, Wolff & Cohen, P.C. hereby appears in the above-captioned case as counsel of record for State of Washington, and requests that copies of all pleadings, notices and other papers in this action be served at the address set forth below.

NOTICE IS FURTHER GIVEN that neither this Notice of Appearance nor any preceding or subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of State of Washington: (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding whether or not such matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury

trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated:   September 26, 2019

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

By:         /s/ Matthew J. Gold
        Matthew J. Gold

Matthew J. Gold
Robert M. Tuchman
551 Fifth Avenue
New York, New York  10176
Telephone: (212) 986-6000
Facsimile: (212) 986-8866
Email: mgold@kkwc.com
Email: rtuchman@kkwc.com

Attorneys for
**STATE OF WASHINGTON**