UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
In re:                                                               :    Chapter 11
                                                                     :
PURDUE PHARMA L.P., *et al.*,                                        :    Case No. 19-23649 (RDD)
                                                                     :
                                                                     :    (Jointly Administered)
                             Debtors.                                :
---------------------------------------------------------------------x

**DECLARATION IN SUPPORT OF MOTION FOR
LAURA K. CLINTON'S ADMISSION TO PRACTICE *PRO HAC VICE***

I, **LAURA K. CLINTON**, make this declaration pursuant to 28 U.S.C. §1746 and state as follows:

1. I submit this declaration in support of the motion by Matthew J. Gold for my admission *pro hac vice*, to practice before this Court in the above referenced Chapter 11 cases and any related adversary proceeding.

2. I am Assistant Attorney General for the Complex Litigation Division at the Washington State Attorney General's Office, with an address at 800 Fifth Avenue, Suite 2000 Seattle, WA 98104, with the telephone number (206) 233-3383, and with the email address laura.clinton@atg.wa.gov.

3. I am a member in good standing of the following court bars:

    Washington State Supreme Court, WSBA #29846
        Admitted March 3, 2000

    United States Court of Appeals for 2nd Circuit
        Admitted October 4, 2002

    United States Court of Appeals for 9th Circuit
        Admitted June 6, 2000

    United States District Court, Eastern District of Washington
        Admitted July 10, 2017

411041.1 - 09/26/19

        United States District Court, Western District of Washington
            Admitted May 16, 2000

        United States Supreme Court
            Admitted March 24, 2003

        District of Columbia Court of Appeals
            Admitted September 9, 2016 (inactive as of July 2019)

4. Kleinberg, Kaplan, Wolff & Cohen, P.C. has been retained as our co-counsel in this matter.

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: September 25, 2019

                                              /s/ Laura K. Clinton
                                                Laura K. Clinton