# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| **In re:** | : | Chapter 11 |
|  | : |  |
| **PURDUE PHARMA L.P.,** *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

-------------------------------------------------------------------x

## ORDER GRANTING MOTION FOR LAURA K. CLINTON'S ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Matthew J. Gold, an attorney admitted to practice law in the State of New York and before this Court, for the *pro hac vice* admission of Laura K. Clinton to represent State of Washington in the above-referenced Chapter 11 cases and any related adversary proceeding, and upon the certification of Laura K. Clinton that she is a member in good standing of the  following court bars:

Washington State Supreme Court, WSBA #29846
Admitted March 3, 2000

United States Court of Appeals for 2nd Circuit
Admitted October 4, 2002

United States Court of Appeals for 9th Circuit
Admitted June 6, 2000

United States District Court, Eastern District of Washington
Admitted July 10, 2017

United States District Court, Western District of Washington
Admitted May 16, 2000

United States Supreme Court
Admitted March 24, 2003

District of Columbia Court of Appeals
Admitted September 9, 2016 (inactive as of July 2019)

it is hereby

**ORDERED** that Laura K. Clinton is admitted to practice, *pro hac vice*, in the

above-referenced cases to represent State of Washington in the above-referenced Chapter

11 cases and any related adversary proceeding in the United States Bankruptcy Court for the

Southern District of New York, provided that the filing fee has been paid.

Dated:   September ___, 2019

_____

ROBERT D. DRAIN

UNITED STATES BANKRUPTCY JUDGE