REED SMITH LLP
Christopher A. Lynch
599 Lexington Avenue
New York, NY 10022-7650
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: clynch@reedsmith.com

and

Claudia Z. Springer (*pro hac vice pending*)
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
Email: cspringer@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA, L.P., *et al*. | Case No.: 19-23649 (RDD) |
| Debtor. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Title 11 of the United States Code and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appear in the above-captioned cases as counsel for AmerisourceBergen Drug Corporation, a Creditor, and hereby request that all notices and all other papers set forth in Bankruptcy Rules 2002 and 9010(b), whether sent by the Clerk of the Court, the Debtor or its successors, or any creditor, or party in interest, be given to and served upon the persons set forth below, and that such names and addresses be added to any master mailing list:

REED SMITH LLP
Christopher A. Lynch
599 Lexington Avenue
New York, NY 10022-7650
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: clynch@reedsmith.com

and

Claudia Z. Springer (*pro hac vice pending*)
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
Email: cspringer@reedsmith.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices, papers and pleadings referenced in the above-referenced Bankruptcy Rules but also, without limitation, notices of orders, motions, applications, petitions, pleadings, complaints, plans, disclosure statements, hearings, requests, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these cases or the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this request for notice nor any subsequent appearance, pleading, proof of claim, or other writing or conduct shall constitute a waiver of any: (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding relating hereto; (c) rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, law or equity, all of which rights claims, actions defenses setoffs, and recoupments are expressly reserved.

Dated: September 26, 2019
New York, New York

Respectfully submitted,

REED SMITH LLP

/s/ *Christopher A. Lynch*
Christopher A. Lynch
599 Lexington Avenue
New York, NY  10022-7650
Telephone:  (212) 521-5400
Facsimile:  (212) 521-5450
Email: clynch@reedsmith.com

and

Claudia Z. Springer (*pro hac vice pending*)
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
Email: cspringer@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*