UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.,* [1] | : | Case No. 19-23649 (RDD) |
| Debtors. | : | |
| | : | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Melissa L. Van Eck to be admitted, ***pro hac vice***, to represent, the Attorney General, Commonwealth of Pennsylvania ("Pennsylvania") in the above referenced bankruptcy cases, and upon the movant's certification that the movant is a member of good standing of the bar in the Commonwealth of Pennsylvania, and the bars of the United States District Court for the Middle District, Eastern District and Western Districts of Pennsylvania, it is hereby

**ORDERED**, that Melissa L. Van Eck, Esq., is admitted to practice, *pro hac vice*, in the above referenced bankruptcy cases to represent Pennsylvania, in the United States Bankruptcy Court for the South District of New York, provided that the filing fee has been paid.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Dated: September 26, 2019          /s/ Robert D. Drain
      White Plains, New York     HON. ROBERT D. DRAIN,
                                            UNITED STATES BANKRUPTCY JUDGE