**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | ) Case No. 19-23649 (RDD) |
| Debtors.[1] | ) (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Jeffrey A. Liesemer to be admitted, *pro hac vice*, to represent the Multi-State Governmental Entities Group in the above-referenced bankruptcy cases, and upon the movant's certification that the movant is a member in good standing of the bars of Virginia and the District of Columbia, as well as the bars of the Supreme Court of the United States, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the District of Columbia Circuit, the U.S. District Court for the District of Columbia, the U.S. District Court for the District of Maryland, the U.S. District Court for the Eastern District of Virginia, and the U.S. Bankruptcy Court for the Eastern District of Virginia, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

DOC# 3184502

ORDERED that Jeffrey A. Liesemer, Esq., is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy cases to represent the Multi-State Governmental Entities Group in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 26, 2019
       White Plains, New York

                                        /s/ Robert D. Drain
                                        HON. ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE