**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| *Purdue Pharma L.P., et al.* | Case No. 19- 19-23649-rdd |
| | (Jointly Administered) |
| Debtors. | |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Gillian Feine, to be admitted, *pro hac vice*, to represent the Commonwealth of Massachusetts (the "Client") in the above-captioned Chapter 11 cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Massachusetts and the bar of the U.S. District Court for the District of Massachusetts, it is hereby

**ORDERED**, that Gillian Feiner, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases and any related adversary proceedings to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
              September 26, 2019

/s/Robert D. Drain
_____
UNITED STATES BANKRUPTCY JUDGE