UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.* | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

    Upon the motion of Morton R. Branzburg to be admitted, *pro hac vice,* to represent AmerisourceBergen Drug Corporation (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars in the Commonwealth of Pennsylvania, the State of New Jersey, the Third Circuit Court of Appeals, the U.S. District Court for the Eastern District of Pennsylvania and the U.S. District Court for the District of New Jersey, it is hereby

    ORDERED, that Morton R. Branzburg, Esq. is admitted to practice, *pro hac vice,* in the above-referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 26, 2019
       White Plains, New York                /s/Robert D. Drain_____
                                                                  HONORABLE ROBERT D. DRAIN
                                                                  UNITED STATES BANKRUPTCY JUDGE