**STATE OF OHIO**
**DAVE YOST, ATTORNEY GENERAL**
Alison L. Archer, Assistant Attorney General
Ohio Attorney General's Office
615 West Superior Avenue, 11th Floor
Cleveland, Ohio 44113
216-787-4721 phone
866-416-9729 facsimile
Alison. Archer@ohioattorneygeneral.gov

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK
### (WHITE PLAINS)

| | | |
|---|---|---|
| In re: | : | Case No. 19-23649 |
| | : | |
| PURDUE PHARMA, L.P., et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Judge Robert D. Drain |
| | : | |
| | : | (Joint Administration Pending) |

___

### MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE
___

I, Alison L. Archer, Assistant Attorney General, request admission *pro hac vice*, before the Honorable Robert D. Drain and the United States Bankruptcy Court, to represent the Ohio Attorney General, as a party in interest in the above-reference bankruptcy cases.

*I certify that I am a member in good standing* of the bar of the State of Ohio and of the bar of the United States District Court of Ohio, Northern District.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

    Respectfully Submitted,

    STATE OF OHIO
    Dave Yost (#0056290)
    Attorney General

    /s/ Alison L. Archer
    Alison L. Archer (Ohio Bar #0084863)
    Assistant Attorney General
    Ohio Attorney General's Office
    615 W. Superior Avenue, 11th Floor
    Cleveland, OH 44113
    216-787-4721 phone
    866- 416-9729 facsimile
    Alison.Archer@ohioattorneygeneral.gov

    Attorney for the Ohio Attorney General

2

**CERTIFICATE OF SERVICE**

I, Alison L. Archer, hereby certify that the *Motion For Pro Hac Vice* which was filed electronically with the Court on September 26, 2019 was served on the following individuals in the manner indicated below. The following individuals who are listed on the Court's Electronic Mail Notice List received notice of the filing via the Court's CM/ECF system:

- Sydenham B. Alexander    sandy.alexander@mass.gov
- Michael I. Baird    baird.michael@pbgc.gov, efile@pbgc.gov
- Morton R. Branzburg    mbranzburg@klehr.com, jtaylor@klehr.com
- Gary D. Bressler    gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;nleonard@mdmc-law.com
- Lori A. Butler    butler.lori@pbgc.gov, efile@pbgc.gov
- Robert P. Charbonneau    rpc@agentislaw.com, bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- John Michael Connolly    mike@consovoymccarthy.com
- Heather M Crockett    heather.crockett@atg.in.gov
- Melanie L. Cyganowski    mcyganowski@oshr.com, awilliams@oshr.com;jfeeney@otterbourg.com;kcosta@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com
- Leah M. Eisenberg    leisenberg@foley.com, leisenberg@foley.com
- Bernard A. Eskandari    bernard.eskandari@doj.ca.gov
- Gillian Feiner    gillian.feiner@mass.gov
- Eric M. Gold    eric.gold@state.ma.us
- Michael Goldstein    mgoldstein@goodwinlaw.com
- William Hao    william.hao@alston.com, leslie.salcedo@alston.com
- Nicholas F. Kajon    nfk@stevenslee.com, NFK@ECFAlerts.com
- Beth Kaswan    bkaswan@scott-scott.com

- Nicolas G. Keller     nicolas.keller@dfs.ny.gov
- Nicole A Leonard     nleonard@mdmc-law.com, sshidner@mdmc-law.com
- Eric John Maloney     eric.maloney@ag.state.mn.us
- Seth Adam Meyer     sam@kellerlenkner.com
- Steven P Ordaz     sordaz@bmcgroup.com, bmc@ecfAlerts.com
- Robert Padjen     robert.padjen@coag.gov
- William R Pearson     william.pearson@ag.iowa.gov
- Todd E. Phillips     tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
- Amanda Quick     amanda.quick@atg.in.gov, marie.baker@atg.in.gov
- Evan Romanoff     evan.romanoff@ag.state.mn.us
- Megan Paris Rundlet     megan.rundlet@coag.gov
- Daniel H. Slate     dslate@buchalter.com
- Eric J. Snyder     esnyder@wilkauslander.com, jstauder@wilkauslander.com
- Christopher B Spuches     cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com
- Katherine Stadler     kstadler@gklaw.com, kboucher@gklaw.com
- Jay Teitelbaum     jteitelbaum@tblawllp.com, dcampagne@tblawllp.com
- Louis J. Testa     louis.testa@ag.ny.gov
- United States Trustee     USTPRegion02.NYECF@USDOJ.GOV
- Gerard Uzzi     guzzi@milbank.com, jbrewster@milbank.com;dporat@milbank.com
- Melissa L. Van Eck     mvaneck@attorneygeneral.gov
- Eli J. Vonnegut     eli.vonnegut@davispolk.com
- William P. Weintraub     wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Prime Clerk LLC Claims Agent
One Grand Central Place
60 East 42nd Street, Suite 1440
www.primeclerk.com
New York, NY 10165

Dan Colucci
467 Beech Street
Township of Washington, NJ 07676

Marshall Scott Huebner
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
pncl.daily.summary@davispolk.com,ecf.ct.papers@davispolk.com

Kenneth T. Law
Bialson, Bergen & Schwab
633 Menlo Avenue, Suite 100
Suite 300
Menlo Park, CA 94025
klaw@bbslaw.com

        /s/ Alison L. Archer
        Alison L. Archer
        Attorney for the Ohio Attorney General