# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
# (WHITE PLAINS)

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA, L.P., et al., | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors. | : | (Joint Administration Pending) |

## ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the motion of Alison L. Archer, to be admitted, *pro hac vice*, to represent the Ohio Attorney General, as a party in interest in the above-referenced bankruptcy cases, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Ohio and the United States District Court for the Northern District of Ohio, it is hereby

**ORDERED** that Alison L. Archer is admitted to the practice, *pro hac vice*, in the above referenced bankruptcy cases to represent the Ohio Attorney General in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, New York

/s/ _____
HON. ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE