**STATE OF OHIO**
**DAVE YOST, ATTORNEY GENERAL**
Alison L. Archer, Assistant Attorney General
Ohio Attorney General's Office
615 West Superior Avenue, 11th Floor
Cleveland, Ohio 44113
216-787-4721 phone
866-416-9729 facsimile
Alison. Archer@ohioattorneygeneral.gov

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**(WHITE PLAINS)**

| | | |
|---|---|---|
| In re: | : | Case No. 19-23649 |
| | : | |
| Purdue Pharma, L.P., et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Judge Robert D. Drain |

_____

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES ON BEHALF OF THE OHIO ATTORNEY GENERAL**
_____

PLEASE TAKE NOTICE that the Ohio Attorney General herein by its counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth in any proof of claim and also at the following address:

Alison L. Archer
Assistant Attorney General
Office of the Ohio Attorney General
615 W. Superior Avenue, 11th Floor
Cleveland, OH 44113
216-787-4721 phone
(866) 416-9729 facsimile
Alison.Archer@ohioattorneygeneral.gov email

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of the Ohio Attorney General.

The undersigned requests that she be added to the Clerk's mailing matrix in this case.

Respectfully Submitted,

Dave Yost (Ohio Bar #0056290)
Ohio Attorney General


/s/ Alison L. Archer
Alison L. Archer (Ohio Bar #0084863)
PRO HAC VICE APPLICATION PENDING
Assistant Attorney General
615 W. Superior Avenue, 11th Floor
Cleveland, OH 44113
216-787-4721 phone
(866) 416-9729 facsimile
Alison.Archer@ohioattorneygeneral.gov

Attorney for the Ohio Attorney General

3

# CERTIFICATE OF SERVICE

I, Alison L. Archer, hereby certify that the *Notice of Appearance* which was filed electronically with the Court on September 26, 2019 was served on the following individuals in the manner indicated below. The following individuals who are listed on the Court's Electronic Mail Notice List received notice of the filing via the Court's CM/ECF system:

- Sydenham B. Alexander    sandy.alexander@mass.gov
- Michael I. Baird    baird.michael@pbgc.gov, efile@pbgc.gov
- Morton R. Branzburg    mbranzburg@klehr.com, jtaylor@klehr.com
- Gary D. Bressler    gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;nleonard@mdmc-law.com
- Lori A. Butler    butler.lori@pbgc.gov, efile@pbgc.gov
- Robert P. Charbonneau    rpc@agentislaw.com, bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- John Michael Connolly    mike@consovoymccarthy.com
- Heather M Crockett    heather.crockett@atg.in.gov
- Melanie L. Cyganowski    mcyganowski@oshr.com, awilliams@oshr.com;jfeeney@otterbourg.com;kcosta@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com
- Leah M. Eisenberg    leisenberg@foley.com, leisenberg@foley.com
- Bernard A. Eskandari    bernard.eskandari@doj.ca.gov
- Gillian Feiner    gillian.feiner@mass.gov
- Eric M. Gold    eric.gold@state.ma.us
- Michael Goldstein    mgoldstein@goodwinlaw.com
- William Hao    william.hao@alston.com, leslie.salcedo@alston.com
- Nicholas F. Kajon    nfk@stevenslee.com, NFK@ECFAlerts.com
- Beth Kaswan    bkaswan@scott-scott.com

- Nicolas G. Keller    nicolas.keller@dfs.ny.gov
- Nicole A Leonard    nleonard@mdmc-law.com, sshidner@mdmc-law.com
- Eric John Maloney    eric.maloney@ag.state.mn.us
- Seth Adam Meyer    sam@kellerlenkner.com
- Steven P Ordaz    sordaz@bmcgroup.com, bmc@ecfAlerts.com
- Robert Padjen    robert.padjen@coag.gov
- William R Pearson    william.pearson@ag.iowa.gov
- Todd E. Phillips    tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
- Amanda Quick    amanda.quick@atg.in.gov, marie.baker@atg.in.gov
- Evan Romanoff    evan.romanoff@ag.state.mn.us
- Megan Paris Rundlet    megan.rundlet@coag.gov
- Daniel H. Slate    dslate@buchalter.com
- Eric J. Snyder    esnyder@wilkauslander.com, jstauder@wilkauslander.com
- Christopher B Spuches    cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com
- Katherine Stadler    kstadler@gklaw.com, kboucher@gklaw.com
- Jay Teitelbaum    jteitelbaum@tblawllp.com, dcampagne@tblawllp.com
- Louis J. Testa    louis.testa@ag.ny.gov
- United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
- Gerard Uzzi    guzzi@milbank.com, jbrewster@milbank.com;dporat@milbank.com
- Melissa L. Van Eck    mvaneck@attorneygeneral.gov
- Eli J. Vonnegut    eli.vonnegut@davispolk.com
- William P. Weintraub    wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Prime Clerk LLC Claims Agent
One Grand Central Place
60 East 42nd Street, Suite 1440
www.primeclerk.com
New York, NY 10165

Dan Colucci
467 Beech Street
Township of Washington, NJ 07676

Marshall Scott Huebner
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
pncl.daily.summary@davispolk.com,ecf.ct.papers@davispolk.com

Kenneth T. Law
Bialson, Bergen & Schwab
633 Menlo Avenue, Suite 100
Suite 300
Menlo Park, CA 94025
klaw@bbslaw.com

        /s/ Alison L. Archer
        Alison L. Archer
        Attorney for the Ohio Attorney General