**STATE OF OHIO**
**DAVE YOST, ATTORNEY GENERAL**
Patricia D. Lazich, Assistant Attorney General
Ohio Attorney General's Office
615 West Superior Avenue, 11th Floor
Cleveland, Ohio 44113
216-787-3180 phone
866-437-9074 facsimile
Trish.Lazich@ohioattorneygeneral.gov email

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
## (WHITE PLAINS)

| | | |
|---|---|---|
| In re: | : | Case No. 19-23649 |
| | : | |
| Purdue Pharma, L.P., et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Judge Robert D. Drain |

---

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES ON BEHALF OF THE OHIO ATTORNEY GENERAL

---

PLEASE TAKE NOTICE that the Ohio Attorney General herein by its counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth in any proof of claim and also at the following address:

Patricia D. Lazich
Assistant Attorney General
Office of the Ohio Attorney General
615 W. Superior Avenue, 11th Floor
Cleveland, OH  44113
216-787-3180 phone
866-437-9074 facsimile
Trish.Lazich@ohioattorneygeneral.gov email

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of the Ohio Attorney General.

The undersigned requests that she be added to the Clerk's mailing matrix in this case.

Respectfully Submitted,

Dave Yost (Ohio Bar #0056290)
Ohio Attorney General


/s/ Patricia D. Lazich
Patricia D. Lazich (Ohio Bar #0055781)
PRO HAC VICE APPLICATION PENDING
Assistant Attorney General
615 W. Superior Avenue, 11th Floor
Cleveland, OH 44113
216-787-3180 phone
866-437-9074 facsimile
Trish.Lazich@ohioattorneygeneral.gov

Attorney for the Ohio Attorney General

## CERTIFICATE OF SERVICE

I, Patricia D. Lazich, hereby certify that the *Notice of Appearance* which was filed electronically with the Court on September 26, 2019 was served on the following individuals in the manner indicated below.  The following individuals who are listed on the Court's Electronic Mail Notice List received notice of the filing via the Court's CM/ECF system:

- Sydenham B. Alexander     sandy.alexander@mass.gov
- Michael I. Baird     baird.michael@pbgc.gov, efile@pbgc.gov
- Morton R. Branzburg     mbranzburg@klehr.com, jtaylor@klehr.com
- Gary D. Bressler     gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;nleonard@mdmc-law.com
- Lori A. Butler     butler.lori@pbgc.gov, efile@pbgc.gov
- Robert P. Charbonneau     rpc@agentislaw.com, bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- Marvin E. Clements     agbanknewyork@ag.tn.gov
- John Michael Connolly     mike@consovoymccarthy.com
- Heather M Crockett     heather.crockett@atg.in.gov
- Melanie L. Cyganowski     mcyganowski@oshr.com, awilliams@oshr.com;jfeeney@otterbourg.com;kcosta@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com
- Leah M. Eisenberg     leisenberg@foley.com, leisenberg@foley.com
- Bernard A. Eskandari     bernard.eskandari@doj.ca.gov
- Gillian Feiner     gillian.feiner@mass.gov
- Eric M. Gold     eric.gold@state.ma.us
- Michael Goldstein     mgoldstein@goodwinlaw.com
- William Hao     william.hao@alston.com, leslie.salcedo@alston.com
- Nicholas F. Kajon     nfk@stevenslee.com, NFK@ECFAlerts.com
- Beth Kaswan     bkaswan@scott-scott.com

- Nicolas G. Keller     nicolas.keller@dfs.ny.gov

- Nicole A Leonard     nleonard@mdmc-law.com, sshidner@mdmc-law.com

- Eric John Maloney     eric.maloney@ag.state.mn.us

- Seth Adam Meyer     sam@kellerlenkner.com

- Steven P Ordaz     sordaz@bmcgroup.com, bmc@ecfAlerts.com

- Robert Padjen     robert.padjen@coag.gov

- William R Pearson     william.pearson@ag.iowa.gov

- Todd E. Phillips     tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com

- Amanda Quick     amanda.quick@atg.in.gov, marie.baker@atg.in.gov

- Evan Romanoff     evan.romanoff@ag.state.mn.us

- Megan Paris Rundlet     megan.rundlet@coag.gov

- Daniel H. Slate     dslate@buchalter.com

- Eric J. Snyder     esnyder@wilkauslander.com, jstauder@wilkauslander.com

- Christopher B Spuches     cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

- Katherine Stadler     kstadler@gklaw.com, kboucher@gklaw.com

- Jay Teitelbaum     jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

- Louis J. Testa     louis.testa@ag.ny.gov

- United States Trustee     USTPRegion02.NYECF@USDOJ.GOV

- Gerard Uzzi     guzzi@milbank.com, jbrewster@milbank.com;dporat@milbank.com

- Melissa L. Van Eck     mvaneck@attorneygeneral.gov

- Eli J. Vonnegut     eli.vonnegut@davispolk.com

- William P. Weintraub     wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Prime Clerk LLC Claims Agent
One Grand Central Place
60 East 42nd Street, Suite 1440
www.primeclerk.com
New York, NY 10165

Dan Colucci
467 Beech Street
Township of Washington, NJ 07676

Marshall Scott Huebner
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
pncl.daily.summary@davispolk.com,ecf.ct.papers@davispolk.com

Kenneth T. Law
Bialson, Bergen & Schwab
633 Menlo Avenue, Suite 100
Suite 300
Menlo Park, CA 94025
klaw@bbslaw.com

/s/ Patricia D. Lazich
Patricia D. Lazich
Attorney for the Ohio Attorney General