**STATE OF OHIO**
**DAVE YOST, ATTORNEY GENERAL**
Alison L. Archer, Assistant Attorney General
Ohio Attorney General's Office
615 West Superior Avenue, 11th Floor
Cleveland, Ohio 44113
216-787-4721 phone
866-416-9729 facsimile
Alison. Archer@ohioattorneygeneral.gov

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**(WHITE PLAINS)**

| | | |
|---|---|---|
| In re: | : | Case No. 19-23649 |
| | : | |
| PURDUE PHARMA, L.P., et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Judge Robert D. Drain |
| | : | |
| | : | (Joint Administration Pending) |

___

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**
___

I, Alison L. Archer, Assistant Attorney General, request admission *pro hac vice*, before the Honorable Robert D. Drain and the United States Bankruptcy Court, to represent the Ohio Attorney General, as a party in interest in the above-reference bankruptcy cases.

*I certify that I am a member in good standing* of the bar of the State of Ohio and of the bar of the United States District Court of Ohio, Northern District.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

    Respectfully Submitted,

    STATE OF OHIO
    Dave Yost (#0056290)
    Attorney General

    /s/ Alison L. Archer
    Alison L. Archer (Ohio Bar #0084863)
    Assistant Attorney General
    Ohio Attorney General's Office
    615 W. Superior Avenue, 11th Floor
    Cleveland, OH 44113
    216-787-4721 phone
    866- 416-9729 facsimile
    Alison.Archer@ohioattorneygeneral.gov

    Attorney for the Ohio Attorney General

## **CERTIFICATE OF SERVICE**

I, Alison L. Archer, hereby certify that the *Motion For Pro Hac Vice* which was filed electronically with the Court on September 26, 2019 was served on the following individuals in the manner indicated below. The following individuals who are listed on the Court's Electronic Mail Notice List received notice of the filing via the Court's CM/ECF system:

- Sydenham B. Alexander    sandy.alexander@mass.gov

- Michael I. Baird    baird.michael@pbgc.gov, efile@pbgc.gov

- Morton R. Branzburg    mbranzburg@klehr.com, jtaylor@klehr.com

- Gary D. Bressler    gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;nleonard@mdmc-law.com

- Lori A. Butler    butler.lori@pbgc.gov, efile@pbgc.gov

- Robert P. Charbonneau    rpc@agentislaw.com, bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

- Marvin E. Clements    agbanknewyork@ag.tn.gov

- John Michael Connolly    mike@consovoymccarthy.com

- Heather M Crockett    heather.crockett@atg.in.gov

- Melanie L. Cyganowski    mcyganowski@oshr.com, awilliams@oshr.com;jfeeney@otterbourg.com;kcosta@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com

- Leah M. Eisenberg    leisenberg@foley.com, leisenberg@foley.com

- Bernard A. Eskandari    bernard.eskandari@doj.ca.gov

- Gillian Feiner    gillian.feiner@mass.gov

- Eric M. Gold    eric.gold@state.ma.us

- Michael Goldstein    mgoldstein@goodwinlaw.com

- William Hao    william.hao@alston.com, leslie.salcedo@alston.com

- Nicholas F. Kajon    nfk@stevenslee.com, NFK@ECFAlerts.com

- Beth Kaswan    bkaswan@scott-scott.com

3

- Nicolas G. Keller    nicolas.keller@dfs.ny.gov
- Nicole A Leonard    nleonard@mdmc-law.com, sshidner@mdmc-law.com
- Eric John Maloney    eric.maloney@ag.state.mn.us
- Seth Adam Meyer    sam@kellerlenkner.com
- Steven P Ordaz    sordaz@bmcgroup.com, bmc@ecfAlerts.com
- Robert Padjen    robert.padjen@coag.gov
- William R Pearson    william.pearson@ag.iowa.gov
- Todd E. Phillips    tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
- Amanda Quick    amanda.quick@atg.in.gov, marie.baker@atg.in.gov
- Evan Romanoff    evan.romanoff@ag.state.mn.us
- Megan Paris Rundlet    megan.rundlet@coag.gov
- Daniel H. Slate    dslate@buchalter.com
- Eric J. Snyder    esnyder@wilkauslander.com, jstauder@wilkauslander.com
- Christopher B Spuches    cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com
- Katherine Stadler    kstadler@gklaw.com, kboucher@gklaw.com
- Jay Teitelbaum    jteitelbaum@tblawllp.com, dcampagne@tblawllp.com
- Louis J. Testa    louis.testa@ag.ny.gov
- United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
- Gerard Uzzi    guzzi@milbank.com, jbrewster@milbank.com;dporat@milbank.com
- Melissa L. Van Eck    mvaneck@attorneygeneral.gov
- Eli J. Vonnegut    eli.vonnegut@davispolk.com
- William P. Weintraub    wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Prime Clerk LLC Claims Agent
One Grand Central Place
60 East 42nd Street, Suite 1440
www.primeclerk.com
New York, NY 10165

Dan Colucci
467 Beech Street
Township of Washington, NJ 07676

Marshall Scott Huebner
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
pncl.daily.summary@davispolk.com,ecf.ct.papers@davispolk.com

Kenneth T. Law
Bialson, Bergen & Schwab
633 Menlo Avenue, Suite 100
Suite 300
Menlo Park, CA 94025
klaw@bbslaw.com

    /s/ Alison L. Archer
    Alison L. Archer
    Attorney for the Ohio Attorney General

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(WHITE PLAINS)

| | | |
|---|---|---|
| In re: | : | Case No. 19-23649 |
| | : | |
| PURDUE PHARMA, L.P., et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Judge Robert D. Drain |

**AFFIDAVIT OF ALISON L. ARCHER**

*STATE OF OHIO:*
*COUNTY OF CUYAHOGA: SS*

On this the 26th day of September, 2019, the undersigned, Alison L. Archer personally appeared before the undersigned notary public and identified herself and being duly sworn upon her oath stated:

Affiant is currently employed by the Ohio Attorney General's Office, Collections Enforcement Section as an Assistant Attorney General.

a)   Affiant has never been convicted of a felony.

b)   Affiant has never been censured, suspended, disbarred or denied admission or readmission by any court.

c)   There are no disciplinary proceedings presently against the applicant.

AFFIANT FURTHER SAYETH NAUGHT.

_____
Assistant Attorney General Collections Enforcement

I hereby certify that under my official seal that I am authorized as a Notary Public to administer oaths under the laws of the State of Ohio and that the foregoing was subscribed and sworn to before me on this 26th day of September, 2019.

_____
REBECCA F. SCHLAG, ATTORNEY
Notary Public - State of Ohio
My Commission has no Expiration Date
Ohio Revised Code 147.03
My Commission Expires:  does not expire

# The Supreme Court of Ohio

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Alison Leigh Archer**
Attorney Registration No. **0084863**

was admitted to the practice of law in Ohio on November 9, 2009; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 20th day of September, 2019.

GINA WHITE PALMER
*Director, Attorney Services Division*

Shannon Scheid
Attorney Services Specialist

No. 2019-09-20-1
Verify by email at GoodStandingRequests@sc.ohio.gov

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**(WHITE PLAINS)**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA, L.P., et al., | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors. | : | (Joint Administration Pending) |

**ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE**

Upon the motion of Alison L. Archer, to be admitted, *pro hac vice*, to represent the Ohio Attorney General, as a party in interest in the above-referenced bankruptcy cases, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Ohio and the United States District Court for the Northern District of Ohio, it is hereby

**ORDERED** that Alison L. Archer is admitted to the practice, *pro hac vice*, in the above referenced bankruptcy cases to represent the Ohio Attorney General in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, New York

/s/ _____
HON. ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE

6