John Farrell, N.M.D.
PO Box 19803
Asheville, NC 28815
(828)545-0177
jjf40@caa.columbia.edu

Bankruptcy Division

Hon. Robert Drain
US Federal District Court for
The Sothern District of NY
White Plains, NY 10601-4150

September 22, 2019

Re: Sackler and Purdue Pharma Bankruptcy Petitions

Your Honor:

Please consider in your deliberations the fact that Richard Sackler, MD and Purdue Pharma was fully aware of the fact that a solution to the issue of OxyContin's addictive nature was available and presented to him and the Board of Directors in July 2001.

The intellectual property shared at that time, (that was prosecuted pro se at the USPTO and finally granted US Patent 7,968,119) gave rise to Parent and progeny patents granted to Purdue Pharma based upon my work. Although Richard and his R&D team successfully constructed a "picket fence" around my formula, they never acted in a responsible manner to avert the growing epidemic that now is costing so many so much.

Surely, such callous and depraved behavior must pay a price if only to demonstrate to others that you will not escape with fortune intact after causing such harm and carnage to a people.

I possess a copy of the letter and it is archived in both Purdue Pharma and Baker Botts record files under that date. Thank you for your consideration of this information.

Sincerely,

/Farrell, N.M.D.
jjf40@caa.columbia.edu