**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:   PURDUE PHARMA, L.P., *et al.*               Case No.: 19-23649 (RDD)

                                                     Chapter 11

                    Debtor

---

PURDUE PHARMA, L.P., *et al.*                        Adversary Proceeding No.:

                    Plaintiff

            v.

STATE OF WEST VIRGINIA, *ex rel*,

Patrick Morrisey, Attorney General


                    Defendant

---

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, __Laurel K. Lackey__, request admission, *pro hac vice*, before the Honorable __Robert Drain__, to represent __the State of West Virginia, *ex rel.* Patrick Morrisey, Attorney General__, in the above-referenced proceedings.

*I certify that I am a member in good standing* of the bar in the State of __West Virginia__ and, if applicable, the bar of the U.S. District Court for the __Northern__ District of __West Virginia__.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: September 23, 2019

*Mailing Address:*
West Virginia Attorney General's Office
Eastern Panhandle Office
269 Aikens Center
Martinsburg, WV 25404
*E-mail address:* laurel.k.lackey@wvago.gov
*Telephone number:* (304) 267-0239



State of West Virginia
Office of the Attorney General
Consumer Protection Division - Eastern Panhandle Office
269 Aikens Center
Martinsburg, WV 25404

Patrick Morrisey                                                                        304-267-0239
Attorney General                                                                     Fax 304-267-0248

September 25, 2019

Via FedEx

Vito Genna, Clerk of Court
US Bankruptcy Court
Southern District Of New York
300 Quarropas Street
Room 248
White Plains, NY 10601

Re:   *State of West Virginia, ex rel. Patrick Morrisey v. Purdue Pharma L.P., et al.*
      Civil Action No.19-23649

Dear Mr. Genna,

Please find enclosed the State's **MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE* and ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*** for filing in the above referenced matter. Please file the original and return the time-stamped copy to me in the enclosed, stamped envelope.

Thank you for your attention to this matter.

Sincerely yours,

Laurel K. Lackey
Assistant Attorney General