UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  PURDUE PHARMA, L.P., *et al.*                    Case No.: <u>19-23649 (RDD)</u>

                                                          Chapter 11

_____<u>Debtor</u>_____

PURDUE PHARMA, L.P., *et al.*                            Adversary Proceeding No.:

                         Plaintiff

                 v.

STATE OF WEST VIRGINIA, *ex rel*,

Patrick Morrisey, Attorney General

                         Defendant

---

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of <u>  Laurel K. Lackey  </u>, to be admitted, *pro hac vice*, to represent the <u>  State of West Virginia  </u>, (the "Client") in the above referenced proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>  West Virginia  </u> and, if applicable, the bar of the U.S. District Court for the <u>  Northern  </u> District of <u>  West Virginia  </u>, it is hereby

**ORDERED**, that <u>  Laurel K. Lackey  </u>, Esq., is admitted to practice, *pro hac vice*, in the above referenced proceedings to represent the State of West Virginia, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____

_____, New York          /s/_____

                                    UNITED STATES BANKRUPTCY JUDGE