UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                             Case No. 19-23649 (RDD)

Purdue Pharma L.P., *et al.*,                     Jointly Administered

                        Debtors.
-------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

    William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Purdue Pharma L.P., and its affiliated debtors-in-possession:

1. West Boca Medical Center
   21644 Florida Highway
   Boca Raton, Florida 33428
   Attention:  Paige Kesman, Assistant General Counsel
   Telephone:  (496) 892-2000

2. CVS Caremark Part D Services L.L.C. and
   CaremarkPCS Health, L.L.C.
   2211 Sanders Road, NBT-9
   Northbrook, Illinois 60062
   Attention:  Andrea Zollett, Senior Legal Counsel
   Telephone:  (847) 599-4106

3. LTS Lohmann Therapy Systems Corporation
   21 Henderson Drive
   West Caldwell, New Jersey 07006
   Attention:  Stephanie Satz, General Counsel (US)
   Telephone:  (973) 276-8925

4. Blue Cross and Blue Shield Association
   1310 G Street NW
   Washington, DC 20005
   Attention:  Brendan Stuhan, Assistant General Counsel
   Telephone:  (202) 942-1069

5. Pension Benefit Guaranty Corporation
   1200 K Street, NW
   Washington, DC 20005
   Attention:  Adi Berger, Director
   Telephone:  (202) 326-4000

19-23649-rdd    Doc 131    Filed 09/27/19    Entered 09/27/19 09:18:48    Main Document
Pg 2 of 2

      6.      Kara Trainor

      7.      Ryan Hampton

      8.      Cheryl Juaire

      9       Walter Lee Salmons

Dated: New York, New York
September 27, 2019

Sincerely,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By:    /s/ *Paul K. Schwartzberg*
Paul K. Schwartzberg,
Trial Attorney
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
Fax (212) 668-2255