IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P. | : | Bankruptcy No. 19-23649-RDD |
| | : | |
| Debtor | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case, be given to the Commonwealth by serving the undersigned counsel.

JOSH SHAPIRO
ATTORNEY GENERAL

DATED: September 27, 2019      BY:   /s/ Carol E. Momjian
　　　　　　　　　　　　　　　　　　Carol E. Momjian
　　　　　　　　　　　　　　　　　　Senior Deputy Attorney General
　　　　　　　　　　　　　　　　　　PA I.D. No. 49219
　　　　　　　　　　　　　　　　　　Office of Attorney General
　　　　　　　　　　　　　　　　　　The Phoenix Building
　　　　　　　　　　　　　　　　　　1600 Arch Street, Suite 300
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　Tel: (215) 560-2128
　　　　　　　　　　　　　　　　　　Fax: (717) 772-4526
　　　　　　　　　　　　　　　　　　E-mail: cmomjian@attorneygeneral.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P. | : | Bankruptcy No. 19-23649-RDD |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Carol E. Momjian, hereby certify that Notice of Appearance has been filed electronically on September 27, 2019, and is available for viewing and downloading from the Court's Electronic Case Filing System.

I further certify that I have this day served the foregoing document by first class mail, postage prepaid, on the following: Not Applicable.

JOSH SHAPIRO
ATTORNEY GENERAL

DATED: September 27, 2019       BY:   /s/ Carol E. Momjian
Carol E. Momjian
Senior Deputy Attorney General
PA I.D. No. 49219
Office of Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215) 560-2128
Fax: (717) 772-4526
E-mail: cmomjian@attorneygeneral.gov