**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In re:<br>    PURDUE PHARMA, L.P., et al.<br><br>                                    Debtors. | Case No.: <u>19-23649 (RDD)</u><br>Chapter 11<br>(Jointly Administred) |

-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of <u>Claudia Z Springer</u>, to be admitted, *pro hac vice*, to represent <u>AmerisourceBergen Drug Corp.</u> (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Pennsylvania</u> and the bar of the U.S. District Court for the <u>Eastern</u> District of <u>Pennsylvania</u>, it is hereby

**ORDERED**, that <u>Claudia Z. Springer</u>, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       September 27, 2019                              /s/Robert D. Drain_____
                                                       UNITED STATES BANKRUPTCY JUDGE