UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., et al.,[1] | Case No. 19-23649 (RDD) |
| Debtors. | Jointly Administered |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Gary A. Gotto, to be admitted, ***pro hac vice***, to represent, the creditors listed below in the above referenced bankruptcy cases, and upon the movant's certification that the movant is a member of good standing of the bars in the states of Arizona and Montana, and the bars of the United States District Court for the Northern District of Illinois, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States, it is hereby

**ORDERED**, that Gary A. Gotto, Esquire, is admitted to practice, *pro hac vice*, in the above referenced bankruptcy cases to represent the below list of creditors, in the United States Bankruptcy Court for the South District of New York, provided that the filing fee has been paid.

Ada County, ID
Adams County, CO
Anacortes, WA
Arapahoe County, CO
Arizona Counties Insurance Pool

Arizona Municipal Risk Retention Pool
Arizona School Alliance for Workers' Compensation
Aurora, CO
Black Hawk, CO

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

| | |
|---|---|
| Boulder County, CO | Navajo County, AZ |
| Brighton, CO | Nez Perce Tribe, ID |
| Burlington, WA | Northglenn, CO |
| Chelan County, WA | Northwest Arizona Employee Benefit Trust |
| City and County of Broomfield, CO | Olympia, WA |
| City and County of Denver, CO | Pierce County, WA |
| Clallam County, WA | San Juan County, WA |
| Clark County, WA | Santa Barbara County, CA |
| Cochise County, AZ | Sedro-Woolley School District |
| Commerce City, CO | Sedro-Woolley, WA |
| Eureka, CA | Sheridan, CO |
| Federal Heights, CO | Skagit County, WA |
| Franklin County, WA | Spokane County, WA |
| Fremont County, CO | Saint Regis Mohawk Tribe, NY |
| Humboldt County, CA | Tacoma, WA |
| Island County, WA | Teller County, CO |
| Jefferson County, CO | Thornton, CO |
| Jefferson County, WA | Thurston County, WA |
| Kent, WA | Town of Hudson, CO |
| King County, WA | Tri-County Health Department |
| Kingman, AZ | Tulalip Tribes, WA |
| Kitsap County, WA | Walla Walla County, WA |
| Kittitas County, WA | Westminster, CO |
| La Conner School District | Whatcom County, WA |
| Lakewood, WA | Whitman County, WA |
| Larimer County, CO | Yuma County, AZ |
| Lummi Nation (WA) | Bainbridge, WA |
| Makah Tribe (WA) | Lincoln County, WA |
| Maricopa County, AZ | Mesa County, CO |
| Missoula County, MT | Greeley, CO |
| Mohave County, AZ | Vancouver, WA |
| Mount Vernon School District | Spokane, WA |
| Mount Vernon, WA | |

DATED: _____  /s/ _____
White Plains, New York           HON. ROBERT D. DRAIN
                                 UNITED STATES BANKRUPTCY JUDGE

2