**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., et al.,[1] | Case No. 19-23649 (RDD) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Motion for Admission to Practice Pro Hac Vice* has been duly served upon all counsel or parties of record by the Court's ECF Notification system on September 27, 2019.

DATED:  September 27, 2019
             Phoenix, Arizona

                                        KELLER ROHRBACK L.L.P.

                                        By  */s/ Gary A. Gotto*
                                             Gary A. Gotto
                                             3101 North Central Avenue, Suite 1400
                                             Phoenix, AZ 85012
                                             Telephone:  (602) 248-0088
                                             Facsimile:  (602) 248-2822
                                             ggotto@kellerrohrback.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1