**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,** | Case No. 19-23649 (RDD) |
| **Debtors.** | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Bernard A. Eskandari to be admitted, ***pro hac vice***, to represent the People of the State of California in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bars of the U.S. District Courts for the Central, Eastern, Northern, and Southern Districts of California, it is hereby

**ORDERED**, that Bernard A. Eskandari, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced cases to represent the People of the State of California, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

/s/Robert D. Drain

Dated: September 27, 2019
White Plains, New York

UNITED STATES BANKRUPTCY JUDGE

1