**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:   PURDUE PHARMA, L.P., *et al.*  

Case No.: 19-23649 (RDD)

Chapter 11

Debtors.

(Jointly Administered)

---

PURDUE PHARMA, L.P., *et al.*

Adversary Proceeding No.:

Plaintiff

v.

STATE OF WEST VIRGINIA, *ex rel*,

Patrick Morrisey, Attorney General

Defendant

---

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of __Laurel K. Lackey__ to be admitted, ***pro hac vice***, to represent the __State of West Virginia__ (the "Client") in the above referenced cases and adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of __West Virginia__ and the bar of the U.S. District Court for the __Northern__ District of __West Virginia__, it is hereby

**ORDERED**, that __Laurel K. Lackey__, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases and proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 27, 2019
       White Plains, New York

/s/Robert D. Drain _____
UNITED STATES BANKRUPTCY JUDGE