JENNER & BLOCK LLP

919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1600
Richard Levin

353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Catherine L. Steege (*pro hac vice pending*)

*Counsel for McKesson Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| PURDUE PHARMA L.P., *et al.*, | No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Richard Levin appears as counsel for McKesson Corporation ("McKesson") in the above-captioned cases. The undersigned

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

respectfully requests that all notices given or required to be given and all documents served or required to be served in the above-captioned cases be given and served on McKesson:

Richard Levin
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Email: rlevin@jenner.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail, the internet, or otherwise filed or made with regard to this case, which affects or seeks to affect in any way any rights or interests of any party in interest in these cases. Pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, the undersigned counsel request that any notices or papers filed in these cases be delivered and served upon counsel at the email address listed herein.

Dated: September 30, 2019

*/s/ Richard Levin*
Richard Levin

JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Email: rlevin@jenner.com

*Counsel for McKesson Corporation*