JENNER & BLOCK LLP

919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1600
Richard Levin

353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Catherine L. Steege (*pro hac vice pending*)

*Counsel for McKesson Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

    I, Catherine L Steege, requested admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent McKesson Corporation in the above-captioned cases.

    ***I certify that I am a member in good standing*** of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: September 30, 2019

                                        */s/ Catherine L. Steege*
                                        Catherine L. Steege

                                        JENNER & BLOCK LLP
                                        353 N. Clark Street
                                        Chicago, IL 60654
                                        Telephone: (312) 222-9350
                                        Facsimile: (312) 527-0484
                                        Email: csteege@jenner.com

                                        *Counsel for McKesson Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[2] | Chapter 11<br><br>No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Catherine L. Steege to be admitted *pro hac vice* to represent McKesson Corporation in the above-captioned cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the U.S. District Court for the Northern District of Illinois, it is hereby

ORDERED that Catherine L. Steege is admitted to practice *pro hac vice* in the above-captioned adversary proceeding to represent McKesson Corporation in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____    _____
                                  HON. ROBERT D. DRAIN
                                  UNITED STATES BANKRUPTCY JUDGE

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2