Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3433
Telephone: 314-480-1500
Facsimile: 314-480-1505
Marshall C. Turner
Caleb Holzaepfel

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES

COMES NOW Marshall C. Turner and Caleb Holzaepfel and the law firm of Husch Blackwell LLP, pursuant to Bankruptcy Rule 9010(b), and hereby enter their appearance for Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., and Ascent Health Services (the "Clients") in the above-captioned case. Listed below is the additional information required by Bankruptcy Rule 9010(b):

      Marshall C. Turner
      Husch Blackwell LLP
      190 Carondelet Plaza, Suite 600
      St. Louis, MO 63105-3433
      Telephone: 314-480-1500
      Facsimile: 314-480-1505
      marshall.turner@huschblackwell.com

      Caleb T. Holzaepfel
      Husch Blackwell LLP
      736 Georgia Avenue, Suite 300
      Chattanooga, TN 37402
      (423) 755-2654
      Caleb.Holzaepfel@huschblackwell.com

DocID: 4851-0607-6838.1

Pursuant to Bankruptcy Rule 2002, Counsel also respectfully requests that copies of all documents, including, but not limited to, notices, pleadings, proposed orders and orders which are filed with the Court, or mailed, telecopied or otherwise transmitted or delivered to creditors, parties in interest, committees of creditors, equity security holders, or to the Debtor be mailed to Counsel at the above address.

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Clients' rights to have final orders in non-core matters entered only after de novo review by a district judge; (ii) Clients' rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Clients' rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Clients are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Clients expressly reserve.

> HUSCH BLACKWELL LLP
>
> By: */s/ Marshall C. Turner*
> Marshall C. Turner #58053
> HUSCH BLACKWELL LLP
> 190 Carondelet Plaza, Suite 600
> St. Louis, MO 63105-3433
> Telephone: 314-480-1500
> Facsimile: 314-480-1505
> marshall.turner@huschblackwell.com

DocID: 4851-0607-6838.1

By:     */s/ Caleb T. Holzaepfel*
Caleb T. Holzaepfel
Husch Blackwell LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
(423) 755-2654
Caleb.Holzaepfel@huschblackwell.com

*Attorneys for Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., and Ascent Health Services*

3

DocID: 4851-0607-6838.1

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing Notice was filed on September 30, 2019 and that a true and correct copy of the Notice was served through this Court's CM/ECF system to all parties receiving notice thereby.

/s/ *Marshall C. Turner*
Marshall C. Turner

DocID: 4851-0607-6838.1