**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
**In re:**                                                            :     Chapter 11
:
**PURDUE PHARMA L.P.,** *et al.*,                                     :     Case No. 19-23649 (RDD)
:
:     (Jointly Administered)
:
                                        Debtors.                       :
---------------------------------------------------------------------x

## ORDER GRANTING MOTION FOR LAURA K. CLINTON'S ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Matthew J. Gold, an attorney admitted to practice law in the State of New York and before this Court, for the *pro hac vice* admission of Laura K. Clinton to represent State of Washington in the above-referenced Chapter 11 cases and any related adversary proceeding, and upon the certification of Laura K. Clinton that she is a member in good standing of the following court bars:

> Washington State Supreme Court, WSBA #29846
>     Admitted March 3, 2000
>
> United States Court of Appeals for 2nd Circuit
>     Admitted October 4, 2002
>
> United States Court of Appeals for 9th Circuit
>     Admitted June 6, 2000
>
> United States District Court, Eastern District of Washington
>     Admitted July 10, 2017
>
> United States District Court, Western District of Washington
>     Admitted May 16, 2000
>
> United States Supreme Court
>     Admitted March 24, 2003
>
> District of Columbia Court of Appeals
> Admitted September 9, 2016 (inactive as of July 2019),

it is hereby

411039.1 - 09/26/19

**ORDERED** that Laura K. Clinton, Esq. is admitted to practice, *pro hac vice*, in the above-referenced cases and any related adversary proceedings to represent State of Washington in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  September 30, 2019
         White Plains, New York

/s/ Robert D. Drain
ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

411039.1 - 09/26/19