**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., et al.,[1] | Case No. 19-23649 (RDD) |
| Debtors. | Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Gary A. Gotto to be admitted, ***pro hac vice***, to represent the clients listed below in the above referenced bankruptcy cases, and upon the movant's certification that the movant is a member of good standing of the bars in the states of Arizona and Montana and the bars of the United States District Court for the Northern District of Illinois, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States, it is hereby

**ORDERED**, that Gary A. Gotto, Esq., is admitted to practice, *pro hac vice*, in the above referenced bankruptcy cases to represent the below list of clients, in the United States Bankruptcy Court for the South District of New York, provided that the filing fee has been paid.

| | |
|---|---|
| Ada County, ID | Arizona Municipal Risk Retention Pool |
| Adams County, CO | Arizona School Alliance for Workers' Compensation |
| Anacortes, WA | |
| Arapahoe County, CO | Aurora, CO |
| Arizona Counties Insurance Pool | Black Hawk, CO |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Boulder County, CO
Brighton, CO
Burlington, WA
Chelan County, WA
City and County of Broomfield, CO
City and County of Denver, CO
Clallam County, WA
Clark County, WA
Cochise County, AZ
Commerce City, CO
Eureka, CA
Federal Heights, CO
Franklin County, WA
Fremont County, CO
Humboldt County, CA
Island County, WA
Jefferson County, CO
Jefferson County, WA
Kent, WA
King County, WA
Kingman, AZ
Kitsap County, WA
Kittitas County, WA
La Conner School District
Lakewood, WA
Larimer County, CO
Lummi Nation (WA)
Makah Tribe (WA)
Maricopa County, AZ
Missoula County, MT
Mohave County, AZ
Mount Vernon School District
Mount Vernon, WA
Navajo County, AZ
Nez Perce Tribe, ID
Northglenn, CO
Northwest Arizona Employee Benefit Trust
Olympia, WA
Pierce County, WA
San Juan County, WA
Santa Barbara County, CA
Sedro-Woolley School District
Sedro-Woolley, WA
Sheridan, CO
Skagit County, WA
Spokane County, WA
Saint Regis Mohawk Tribe, NY
Tacoma, WA
Teller County, CO
Thornton, CO
Thurston County, WA
Town of Hudson, CO
Tri-County Health Department
Tulalip Tribes, WA
Walla Walla County, WA
Westminster, CO
Whatcom County, WA
Whitman County, WA
Yuma County, AZ
Bainbridge, WA
Lincoln County, WA
Mesa County, CO
Greeley, CO
Vancouver, WA
Spokane, WA

DATED: September 30, 2019
      White Plains, New York

/s/ Robert D. Drain
HON. ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

2