UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
In re: : Chapter 11
: 
PURDUE PHARMA L.P., *et al.*, : Case No. 19-23649 (RDD)
: 
Debtors. : (Jointly Administered)
: 
--------------------------------------------------------------- X

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), Brown Rudnick LLP ("**Brown Rudnick**"), Gilbert LLP ("**Gilbert**") and Otterbourg P.C. ("**Otterbourg**") (together, the "**Ad Hoc Committee Counsel**") hereby appear as co-counsel in the above-captioned proceeding on behalf of the ad hoc committee of governmental and other contingent litigation claimants represented by the Ad Hoc Committee Counsel (the "**Ad Hoc Committee**").[1]

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Ad Hoc Committee Counsel request that copies of all notices and pleadings in this case be given and served upon the Ad Hoc Committee Counsel at the offices, addresses, telephone numbers, and e-mail addresses set forth below:

---

[1] In addition to serving as co-counsel to the Ad Hoc Committee, each of the Ad Hoc Committee Counsel represents one or more creditors or parties-in-interest, including members of the Ad Hoc Committee in such members' independent capacities as creditors or parties-in-interest.

| | |
|---|---|
| Kenneth H. Eckstein<br>Rachael Ringer<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile:  (212) 715-8000<br>E-mail: keckstein@kramerlevin.com<br>            rringer@kramerlevin.com | David J. Molton<br>Steven D. Pohl*<br>BROWN RUDNICK LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>E-mail: dmolton@brownrudnick.com<br>            spohl@brownrudnick.com |
| Scott D. Gilbert*<br>Craig Litherland*<br>Kami E. Quinn*<br>GILBERT LLP<br>1100 New York Ave, NW, Suite 700<br>Washington, DC 20005<br>Telephone: (202) 772-2200<br>E-mail: gilberts@gilbertlegal.com<br>            litherlandc@gilbertlegal.com<br>            quinnk@gilbertlegal.com | Melanie L. Cyganowski<br>Jennifer S. Feeney<br>OTTERBOURG P.C.<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: (212) 661-9100<br>Facsimile: (212) 682-6104<br>E-mail: mcyganowski@otterbourg.com<br>            jfeeney@otterbourg.com |

*pro hac vice application forthcoming*

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and the Local Bankruptcy Rules for the Southern District of New York, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to the case and any proceedings therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex or otherwise, all of which shall be sent to the attorneys listed above.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers, nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the sovereignty of any State that may be a member of the Ad Hoc Committee, (ii) the right to have final orders in non-core matters entered only after <u>de novo</u> review by a judge of the United

States District Court, (iii) the right to trial by jury in any proceeding related to this proceeding, (iv) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (vi) an election of remedy, or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

*[Remainder of page intentionally left blank]*

Dated: October 1, 2019
      New York, New York

/s/ *Kenneth H. Eckstein*
Kenneth H. Eckstein
Rachael Ringer
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9100
Facsimile:  212-715-8000
Email: keckstein@kramerlevin.com
        rringer@kramerlevin.com

David J. Molton
Steven D. Pohl*
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: dmolton@brownrudnick.com
        spohl@brownrudnick.com

Scott D. Gilbert*
Craig Litherland*
Kami E. Quinn*
GILBERT LLP
1100 New York Ave, NW, Suite 700
Washington, DC 20005
Telephone: (202) 772-2200
E-mail: gilberts@gilbertlegal.com
        litherlandc@gilbertlegal.com
        kquinn@gilbertlegal.com

Melanie L. Cyganowski
Jennifer S. Feeney
OTTERBOURG P.C.
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104
E-mail: mcyganowski@otterbourg.com
        jfeeney@otterbourg.com

*\* pro hac vice application forthcoming*

*Counsel for the Ad Hoc Committee*