**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| *Purdue Pharma L.P., et al.* | Case No. 19- 19-23649-rdd |
| | (Joint Administration Pending) |
| Debtors. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE,* WITH PROPOSED ORDER

I, Susan N. Ellis, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent the State of Illinois, a creditor in the above-captioned Chapter 11 cases in the Debtors' chapter 11 cases and any related adversary proceedings. ***I certify that I am a member in good standing*** of the bar in the State of Illinois, and the bar of the U.S. District Court for the State of Illinois. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

    Respectfully submitted:

    */s/ Susan N. Ellis*
    Susan N. Ellis, Illinois Bar #6256460
    Chief, Consumer Protection Division
    Office of the Illinois Attorney General
    100 W. Randolph St.
    Chicago, IL 60601
    Tel: 312-814-6351
    sellis@atg.state.il.us

October 1, 2019

**CERTIFICATE OF SERVICE**

        The undersigned certifies that on October 1, 2019, a true and correct copy of this document was served by electronic mail through the Court's CM/ECF system to all parties who are deemed to have consented to electronic service.

        */s/ Susan N. Ellis*
Susan N. Ellis, Illinois Bar #6256460
Chief, Consumer Protection Division
Office of the Illinois Attorney General
100 W. Randolph St.
Chicago, IL 60601
Tel: 312-814-6351
sellis@atg.state.il.us