**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CASE NO. 19-23649 (RDD)

In re: PURDUE PHARMA L.P., *et al.*,

    Debtors.

(Jointly Administered)

PURDUE PHARMA, L.P., *et al.*,

    Plaintiffs,

v.

COMMONWEALTH OF MASSACHUSETTS, et al.,

    Defendants.

Adversary Proceeding No.
19-08289 (RDD)

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Brett T. DeLange, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent State of Idaho, Through Attorney General Lawrence G. Wasden, a Defendant in the above-referenced case and adversary proceeding.

***I certify that I am a member in good standing*** of the Bar in the State of Idaho and, if applicable, the bar of the U.S. District Court for the District of Idaho.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 1, 2019

Respectfully Submitted,

    */s/ Brett T. DeLange*
BRETT T. DELANGE
Deputy Attorney General
Chief, Consumer Protection Division
STATE OF IDAHO
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: 208-334-2400
Email: brett.delange@ag.idaho.gov