**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CASE NO. 19-23649 (RDD)

In re: PURDUE PHARMA L.P., *et al.*,

Debtors.

(Jointly Administered)

PURDUE PHARMA, L.P., *et al.*,

Plaintiffs,

v.

COMMONWEALTH OF MASSACHUSETTS, et al.,

Defendants.

Adversary Proceeding No. 19-08289 (RDD)

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of , Brett T. DeLange, to be admitted, ***pro hac vice***, to represent State of Idaho, Through Attorney General Lawrence G. Wasden, a Defendant in the above-referenced case and adversary proceeding, and, if applicable, the bar of the U.S. District Court for the District of Idaho, it is hereby

**ORDERED,** that Brett T. DeLange, Esq., is admitted to practice *pro hac vice*, in the above-referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:                                      /s/ _____

UNITED STATES BANKRUPTCY JUDGE