**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

CASE NO. 19-23649 (RDD)

In re:  PURDUE PHARMA L.P., *et al.*,

　　　　　　　　　Debtors.

(Jointly Administered)

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPTERS

**PLEASE TAKE NOTICE** that Deputy Attorney General Brett T. DeLange hereby appears in the above-captioned chapter 11 case (the "Case") as counsel for the State of Idaho, Through Attorney General Lawrence G. Wasden, and requests, pursuant to Section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), that any and all notices and papers filed or entered in these Cases be delivered to and served upon:

> BRETT T. DELANGE
> Deputy Attorney General
> Chief, Consumer Protection Division
> Office of the Attorney General
> P. O. Box 83720
> Boise, ID 83720-0010
> Telephone: 208-334-2400
> Email: brett.delange@ag.idaho.gov

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail, or otherwise is filed or made with regard to these Cases.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural right, including: (i) the sovereignty of the State of Idaho; (ii) the right to have final orders in noncore matters entered only after *de novo* review by a District Court, (iii) the right to trial by jury in any proceeding triable in these Cases or any case, controversy, or proceeding related to these Cases, (iv) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) abstention, (vi) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, and (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 1, 2019

Respectfully Submitted,

LAWRENCE G. WASDEN
IDAHO ATTORNEY GENERAL

By:   */s/ Brett T. DeLange*
BRETT T. DELANGE
Deputy Attorney General
Chief, Consumer Protection Division
STATE OF IDAHO
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: 208-334-2400
Email: brett.delange@ag.idaho.gov

# CERTIFICATE OF SERVICE

I certify that a on this 1st day of October, 2019, copy of the foregoing Notice of Appearance has been duly served upon all counsel or parties of record by the Court's ECF Notification system.

By: */s/ Brett T. DeLange*
BRETT T. DELANGE
Deputy Attorney General