UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 19-23649 rdd<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      I, Jeffrey K. Garfinkle, request admission, *pro hac vice*, to represent McKesson Corporation, on behalf of itself and certain corporate affiliates ("McKesson") in the above-referenced bankruptcy cases.

      1.     Mr. Garfinkle certifies he is admitted and a member in good standing of the California State Bar, the United States Supreme Court, the First, Sixth, Eighth, and Ninth Circuit Courts of Appeal, and the four federal District Courts of California. Mr. Garfinkle has been a member of the bar of the State of California since 1991, which was the year of his admission.

      2.     Over more than 20 years, Mr. Garfinkle has served as McKesson's primary bankruptcy and insolvency counsel. Mr. Garfinkle has represented McKesson in hundreds of healthcare and pharmaceutical-related bankruptcy cases throughout the United States. For purposes of these bankruptcy cases, Mr. Garfinkle and his firm, Buchalter, a Professional Corporation, will be co-counsel with Jenner & Block, and certain attorneys from its New York and Chicago offices.

      3.     Mr. Garfinkle has read and is familiar with the Court's Local Rules.

4. Mr. Garfinkle is not under suspension or disbarment by any court. Additionally, there are no disciplinary proceedings pending against Mr. Garfinkle in any jurisdiction or court in which Mr. Garfinkle is admitted to practice, and no discipline has previously been imposed against him. Mr. Garfinkle understands that he has the continuing obligation during the period of admission to advise the Court of the institution of new disciplinary proceedings.

5. Mr. Garfinkle has submitted the filing fee of $200.00 with this Motion.

DATED:  October 1, 2019                                BUCHALTER, a Professional Corporation

By:   /s/ *Jeffrey K. Garfinkle*
Jeffrey K. Garfinkle, Esq.
(Cal Bar. No. 153496)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
jgarfinkle@buchalter.com

Attorneys for MCKESSON CORPORATION, ON BEHALF OF ITSELF AND CERTAIN CORPORATE AFFILIATES