**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 19- 19-23649-rdd<br><br>(Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Susan N. Ellis to be admitted, *pro hac vice*, to represent the State of Illinois (the "Client") in the above-captioned Chapter 11 cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the State of Illinois, it is hereby

**ORDERED**, that Susan N. Ellis, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases and any related adversary proceedings to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
        October 1, 2019

/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE