**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
:
In re:                                          :    Chapter 11
                                                :
PURDUE PHARMA L.P., *et al.*,                   :    Case No. 19-23649 (RDD)
                                                :
                    Debtors.                    :    (Jointly Administered)
                                                :
------------------------------------------------------------------ X

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

    I, Steven D. Pohl, certify that I am a member in good standing of the bar in the Commonwealth of Massachusetts and the bar of the U.S. District Court for the District of Massachusetts and request admission *pro hac vice* before the Honorable Robert D. Drain, to represent certain creditors and/or parties-in-interest who are members of that certain Ad Hoc Committee in such members' independent capacities as creditors and/or parties-in interest (the "Ad Hoc Committee") in the above-referenced cases. My office and email addresses, and my telephone and fax numbers are:

Steven D. Pohl, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Tel:  (617) 856-8200
Fax:  (617) 856-8201
spohl@brownrudnick.com

I agree to pay the fee of $200 upon entry of an order admitting me to practice ***pro hac vice***.

Dated:  October 1, 2019
Boston, Massachusetts

                                              /s/ Steven D. Pohl
                                              Steven D. Pohl

## **ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE**

Upon the motion of Steven D. Pohl, to be admitted, *pro hac vice*, to represent certain creditors and/or parties-in-interest who are members of that certain Ad Hoc Committee in such members' independent capacities as creditors and/or parties-in-interest (the "Ad Hoc Committee") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Massachusetts and the bar of the U.S. District Court for the District of Massachusetts, it is hereby

**ORDERED**, that Steven D. Pohl, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Ad Hoc Committee, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

New York, New York       /s/ _____
                         UNITED STATES BANKRUPTCY JUDGE

63499238 v1