**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
:
In re:                                               :    Chapter 11
:
PURDUE PHARMA L.P., *et al.*,                        :    Case No. 19-23649 (RDD)
:
            Debtors.              :    (Jointly Administered)
:
---------------------------------------------------------------- X

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

     I, Scott D. Gilbert, certify that I am a member in good standing of the bar in the District of Columbia and the bars of the U.S. Supreme Court, the U.S. Court of Appeals for the District of Columbia, the U.S. District Court for the District of Columbia, the U.S. Court of International Trade and the Cherokee Nation and request admission *pro hac vice* before the Honorable Robert D. Drain, to represent certain creditors and/or parties-in-interest who are members of that certain Ad Hoc Committee in such members' independent capacities as creditors and/or parties-in interest (the "Ad Hoc Committee") in the above-referenced cases. My office and email addresses, and my telephone and fax numbers are:

Scott D. Gilbert, Esq.
Gilbert LLP
1100 New York Ave., NW, Suite 700
Washington, D.C. 20005
Tel: (202) 772-2277
gilberts@gilbertlegal.com

I agree to pay the fee of $200 upon entry of an order admitting me to practice ***pro hac vice***.

Dated: October 1, 2019
Washington, D.C.

                                                      /s/ Scott D. Gilbert
                                                      Scott D. Gilbert

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Scott D. Gilbert, to be admitted, *pro hac vice*, to represent certain creditors and/or parties-in-interest who are members of that certain Ad Hoc Committee in such members' independent capacities as creditors and/or parties-in-interest (the "Ad Hoc Committee") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the District of Columbia and the bars of the U.S. Supreme Court, the U.S. Court of Appeals for the District of Columbia, the U.S. District Court for the District of Columbia, the U.S. Court of International Trade and the Cherokee Nation , it is hereby

**ORDERED**, that Scott D. Gilbert, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Ad Hoc Committee, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

New York, New York        /s/ _____
                          UNITED STATES BANKRUPTCY JUDGE

63499266 v1