**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
: 
In re:                                                              :     Chapter 11
                                                                    : 
PURDUE PHARMA L.P., *et al.*,                                       :     Case No. 19-23649 (RDD)
                                                                    : 
                    Debtors.                                        :     (Jointly Administered)
                                                                    : 
------------------------------------------------------------------ X

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

     I, Kami E. Quinn, certify that I am a member in good standing of the bar in the District of Columbia and the bar of the Commonwealth of Virginia and request admission *pro hac vice* before the Honorable Robert D. Drain, to represent certain creditors and/or parties-in-interest who are members of that certain Ad Hoc Committee in such members' independent capacities as creditors and/or parties-in interest (the "Ad Hoc Committee") in the above-referenced cases. My office and email addresses, and my telephone and fax numbers are:

Kami E. Quinn, Esq.
Gilbert LLP
1100 New York Ave., NW, Suite 700
Washington, D.C. 20005
Tel: (202) 772-2336
quinnk@gilbertlegal.com

I agree to pay the fee of $200 upon entry of an order admitting me to practice ***pro hac vice***.

Dated: October 1, 2019
Washington, D.C.

                                            /s/ Kami E. Quinn
                                            Kami E. Quinn

# ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Kami E. Quinn, to be admitted, *pro hac vice*, to represent certain creditors and/or parties-in-interest who are members of that certain Ad Hoc Committee in such members' independent capacities as creditors and/or parties-in-interest (the "Ad Hoc Committee") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the District of Columbia and the commonwealth of Virginia, it is hereby

**ORDERED**, that Kami E. Quinn, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Ad Hoc Committee, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

New York, New York          /s/ _____
                            UNITED STATES BANKRUPTCY JUDGE

63499303 v1