Jeremy C. Kleinman (IL Bar No. 6270080)
FRANKGECKER LLP
1327 W. Washington Blvd., Suite 5 G-H
Chicago, Illinois  60607
Phone: (312) 276-1400
Fax:     (312) 276-0035
jkleinman@fgllp.com

*Counsel for Walgreen Co., Walgreen Eastern Co., Inc.*
*Walgreen Arizona Drug Co., for themselves and certain*
*corporate affiliates and subsidiaries*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**PURDUE PHARMA L.P.**, *et al.*,<br><br>                                  Debtors.[1] | **Chapter 11**<br><br>**Case No. 19-23649 (RDD)**<br><br>**Jointly Administered** |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Jeremy C. Kleinman, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Walgreen Co., Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries (collectively "Walgreens"), a party in interest in the above-referenced jointly administered cases.

I certify that I am a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717),  and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

{WALGREEN/OPIOD/00057675.DOC/}                              - 2 -

Dated: October 1, 2019

Respectfully submitted,

WALGREEN CO., WALGREEN EASTERN CO., INC., WALGREEN ARIZONA DRUG CO., FOR THEMSELVES AND CERTAIN CORPORATE AFFILIATES AND SUBSIDIARIES

By: _/s/ Jeremy C. Kleinman_
 One of their attorneys

Jeremy C. Kleinman (IL Bar No. 6270080)
FRANKGECKER LLP
1327 W. Washington Blvd., Suite 5 G-H
Chicago, Illinois 60607
Telephone: (312) 276-1400
Facsimile:  (312) 276-0035
Email:    jkleinman@fgllp.com

## **CERTIFICATE OF SERVICE**

I, Jeremy C. Kleinman, hereby certify that a true and correct copy of the foregoing document will be forwarded by electronic transmission to all parties registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF), via this Court's CM/ECF system on October 1, 2019.

*/s/ Jeremy C. Kleinman*
Jeremy C. Kleinman

{WALGREEN/OPIOD/00057675.DOC/}