Joseph D. Frank (*Admitted pro hac vice*)
Jeremy C. Kleinman (*Admitted pro hac vice*)
FRANKGECKER LLP
1327 W. Washington Blvd., Suite 5 G-H
Chicago, Illinois  60607
Phone: (312) 276-1400
Fax:     (312) 276-0035
jfrank@fgllp.com
jkleinman@fgllp.com

*Counsel for Walgreen Co., Walgreen Eastern Co., Inc.
Walgreen Arizona Drug Co., for themselves and certain
corporate affiliates and subsidiaries*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 19-23649 (RDD)**<br><br>**Jointly Administered** |

**NOTICE OF APPEARANCE AND
<u>REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS</u>**

**PLEASE TAKE NOTICE** that Walgreen Co., Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries (collectively "Walgreens") hereby appear by their counsel, Joseph D. Frank, Jeremy C. Kleinman and FrankGecker LLP; such counsel hereby enter their appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717),  and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

{WALGREEN/OPIOD/00057677.DOC/}

Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned jointly administered cases be given and served upon the following persons at the following address, telephone number, facsimile number and email addresses:

Joseph D. Frank
Jeremy C. Kleinman
FRANKGECKER LLP
1327 W. Washington Blvd., Suite 5 G-H
Chicago, Illinois  60607
Telephone:  (312) 276-1400
Facsimile:  (312) 276-0035
jfrank@fgllp.com
jkleinman@fgllp.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, electronic mail transmission, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the rights of Walgreens:  (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over Walgreens; or (v) of any other rights, claims, actions, setoffs, or

recoupments to which Walgreens may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Walgreens expressly reserves.

Dated:  October 1, 2019

Respectfully submitted,

WALGREEN CO., WALGREEN EASTERN CO., INC., WALGREEN ARIZONA DRUG CO., FOR THEMSELVES AND CERTAIN CORPORATE AFFILIATES AND SUBSIDIARIES

By:   */s/ Joseph D. Frank*
      One of their attorneys

Joseph D. Frank (*Admitted pro hac vice*)
Jeremy C. Kleinman (*Admitted pro hac vice*)
FRANKGECKER LLP
1327 W. Washington Blvd., Suite 5 G-H
Chicago, Illinois  60607
Phone: (312) 276-1400
Fax:    (312) 276-0035
jfrank@fgllp.com
jkleinman@fgllp.com

## CERTIFICATE OF SERVICE

I, Joseph D. Frank, an attorney, state that on **October 1, 2019**, a copy of the foregoing **Notice of Appearance and Request for Service of Notices and Documents** was filed and served through ECF notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing system.

By:    */s/ Joseph D. Frank*
       Joseph D. Frank

{WALGREEN/OPIOD/00057677.DOC/}