UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>*Purdue Pharma L.P., et al.*<br><br>                        Debtors.[1] | Chapter 11<br><br>Case No. 19-23649-rdd<br><br>(Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE,
*PRO HAC VICE,* WITH PROPOSED ORDER**

      I, Kimberly P. Massicotte, Special Counsel, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent the State of Connecticut, by its Attorney General, William Tong, a creditor in the above-captioned Chapter 11 cases in the Debtors' Chapter 11 cases and any related adversary proceedings. ***I certify that I am a member in good standing*** of the bar in the State of Connecticut, and the bar of the U.S. District Court for the District of Connecticut.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 1, 2019                              Respectfully submitted,

                                                                  WILLIAM TONG
                                                                  Attorney General
                                                                  State of Connecticut

                                                                  */s/ Kimberly P. Massicotte*
                                                                  Kimberly P. Massicotte
                                                                  Special Counsel
                                                                  Federal Bar No. ct04111
                                                                  State of Connecticut
                                                                  Office of the Attorney General
                                                                  55 Elm Street, Hartford, CT 06106
                                                                  Tel: (860) 808-5318
                                                                  kimberly.massicotte@ct.gov

                                                                  ATTORNEYS FOR STATE OF
                                                                  CONNECTICUT

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>*Purdue Pharma L.P., et al.*<br><br>Debtors[1]. | Chapter 11<br><br>Case No. 19-23649-rdd<br><br>(Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Special Counsel Kimberly P. Massicotte to be admitted, ***pro hac vice***, to represent the State of Connecticut by its Attorney General, William Tong ("Connecticut" or "Client"), a creditor in the above-captioned Chapter 11 cases in the above referenced Chapter 11 cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Connecticut and, the bar of the U.S. District Court for the District of Connecticut, it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**ORDERED**, that Special Counsel Kimberly P. Massicotte, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October ___, 2019
_____, New York

                                                _____
                                                HON. ROBERT D. DRAIN
                                                UNITED STATES BANKRUPTCY JUDGE