**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------- X

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Kami E. Quinn to be admitted, *pro hac vice*, to represent certain members of that certain Ad Hoc Committee in such members' independent capacities as creditors and/or parties-in-interest (as such members shall be identified under Fed. R. Bankr. P. 2019, the "Ad Hoc Committee") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the District of Columbia and the commonwealth of Virginia, it is hereby

**ORDERED**, that Kami E. Quinn, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Ad Hoc Committee, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
        October 1, 2019

　　　　　　　　　　　　　　　　　　　　/s/Robert D. Drain
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

63513824 v1