**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

In re:  :  Chapter 11

PURDUE PHARMA L.P., *et al.*,  :  Case No. 19-23649 (RDD)

Debtors.  :  (Jointly Administered)

------------------------------------------------------------------ X

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Scott D. Gilbert, to be admitted, *pro hac vice*, to represent certain members of that certain Ad Hoc Committee in such members' independent capacities as creditors and/or parties-in-interest (as such members shall be identified under Fed. R. Bankr. P. 2019, the "Ad Hoc Committee") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the District of Columbia and the bars of the U.S. Supreme Court, the U.S. Court of Appeals for the District of Columbia, the U.S. District Court for the District of Columbia, the U.S. Court of International Trade and the Cherokee Nation, it is hereby

**ORDERED**, that Scott D. Gilbert, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Ad Hoc Committee, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 1, 2019
White Plains, New York

/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

63513822 v1