**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
In re:                                          :     Chapter 11
                                                :
PURDUE PHARMA L.P., *et al.*,                   :     Case No. 19-23649 (RDD)
                                                :
            Debtors.                            :     (Jointly Administered)
                                                :
------------------------------------------------------------------ X

### ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Craig J. Litherland to be admitted, *pro hac vice*, to represent members of that certain Ad Hoc Committee in such members' independent capacities as creditors and/or parties-in-interest (as such members shall be identified under Fed. R. Bankr. P. 2019, the "Ad Hoc Committee") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the District of Columbia and the bars of Montana, the Cherokee Nation, the U.S. Courts of Appeals for the Fifth and Eleventh Circuits and the U.S. District Courts for the Northern, Southern and Western Districts of Texas and the Eastern District of Michigan, it is hereby

**ORDERED**, that Craig J. Litherland, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Ad Hoc Committee, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 1, 2019
       White Plains, New York

                              /s/Robert D. Drain
                              UNITED STATES BANKRUPTCY JUDGE

63513823 v1