**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

In re:  :  Chapter 11

PURDUE PHARMA L.P., *et al.*,  :  Case No. 19-23649 (RDD)

Debtors.  :  (Jointly Administered)

---------------------------------------------------------------- X

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Steven D. Pohl to be admitted, *pro hac vice*, to represent members of that certain Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in such members' independent capacities as creditors and/or parties-in-interest (as such members shall be identified under Fed. R. Bankr. P. 2019, the "Ad Hoc Committee") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Massachusetts and the bar of the U.S. District Court for the District of Massachusetts, it is hereby

**ORDERED**, that Steven D. Pohl, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Ad Hoc Committee, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
October 1, 2019

/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

63513810 v1