**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Purdue Pharma L.P., et al., | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |
| Purdue Pharma L.P. et al., Plaintiffs, | Adversary Proceeding No.: 19-08289 |
| v. | |
| Commonwealth of Massachusetts, et al., Defendants. | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*,
<u>ERIN A. WEST</u>**

---

[1] The Debtors in these cases, along with the last for digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Upon the motion of Erin A. West to be admitted, ***pro hac vice***, to represent the Arkansas Plaintiffs[2] and the Tennessee Plaintiffs[3] (the "Clients") in the above-captioned cases and all related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Wisconsin and the bar of the U.S. District Court for the Western and Eastern Districts of Wisconsin, it is hereby

ORDERED, that Erin A. West, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Clients in the above-captioned cases and all related adversary proceedings, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 1, 2019
      White Plains, New York

                                    /s/Robert D. Drain_____
                                    UNITED STATES BANKRUPTCY JUDGE

---

[2] The "Arkansas Plaintiffs" are defined as the State of Arkansas, *ex rel*. Scott Ellington, the duly elected Second Judicial Circuit Prosecuting Attorney, and the following 72 Arkansas counties and 15 Arkansas cities that are collectively plaintiffs in Case No. CV-2018-268 pending against the Debtors—among other defendants—in the Circuit Court of Crittenden County, Arkansas (the "Arkansas v. Purdue Action"):  (i) 72 Arkansas counties of: Arkansas, Ashley, Baxter, Benton, Boone, Bradley, Calhoun, Carroll, Chicot, Clark, Clay, Cleburne, Cleveland, Columbia, Conway, Craighead, Crawford, Crittenden, Cross, Dallas, Desha, Faulkner, Franklin, Fulton, Garland, Grant, Greene, Hempstead, Hot Spring, Howard, Independence, Izard, Jackson, Johnson, Lafayette, Lawrence, Lee, Lincoln, Little River, Logan, Lonoke, Madison, Marion, Miller, Mississippi, Monroe, Montgomery, Nevada, Newton, Ouachita, Perry, Phillips, Pike, Poinsett, Polk, Pope, Prairie, Randolph, St. Francis, Saline, Scott, Searcy, Sebastian, Sevier, Sharp, Stone, Union, Van Buren, Washington, White, Woodruff, and Yell; and (ii) 15 Arkansas cities of:  Benton, Bentonville, Conway, Fort Smith, Hot Springs, Jacksonville, Jonesboro, Little Rock, Monticello, North Little Rock, Pine Bluff, Rogers, Sherwood, Springdale, and Texarkana.

[3] The "Tennessee Plaintiffs" are defined as the following Tennessee District Attorneys General for, collectively, 36 counties in Tennessee:  Tennessee District Attorneys General Barry Staubus, Tony Clark, and Dan Armstrong are the District Attorney Plaintiffs in Case No. C-41916 pending against the Debtors—among other defendants—in the Circuit Court for Sullivan County at Kingsport, Tennessee (the "Staubus v. Purdue Action"); Tennessee District Attorneys General Jared Effler, Charme Allen, Dave Clark, Russell Johnson, Stephen Crump, and Jimmy Dunn are the District Attorney Plaintiffs in Case No. 16596 pending against the Debtors—among other defendants—in the Circuit Court for Campbell County at Jacksboro, Tennessee (the "Effler v. Purdue Action"); District Attorneys General Bryant C. Dunaway, Jennings H. Jones, Robert J. Carter, Brent A. Cooper, and Lisa S. Zavogiannis are the District Attorney Plaintiffs in Case No. CCI-2018-CV-6347 pending against the Debtors—among other defendants—in the Circuit Court for Cumberland County at Crossville, Tennessee (the "Dunaway v. Purdue Action" and together with the Staubus v. Purdue Action and the Effler v. Purdue Action, the "Tennessee Actions").