**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Shunte Jones, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 26, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Master Service List, attached hereto as **Exhibit A**:

- Motion of Debtors for Authority to Employ Professionals Used in the Ordinary Course of Business *nunc pro tunc* to the Petition Date [Docket No. 128]

[*Remainder of page left intentionally blank*]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: October 01, 2019

_____
Shunte Jones

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 01, 2019, by Shunte Jones, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to CVS Caremark Part D Services, L.L.C. and CaremarkPCS Health, L.L.C. | Foley & Lardner LLP | Attn: Geoffrey S. Goodman<br>321 N. Clark Street, Suite 2800<br>Chicago IL 60654-5313 | ggoodman@foley.com | Email |
| Counsel to CVS Caremark Part D Services, L.L.C. and CaremarkPCS Health, L.L.C. | Foley & Lardner LLP | Attn: Leah M. Eisenberg, Esq.<br>90 Park Avenue<br>New York NY 10016 | leisenberg@foley.com | Email |
| Counsel to the Attorney General, State of Florida | Agentis PLLC | Attn: Christopher B. Spuches, Esq.<br>55 Alhambra Plaza, Suite 800<br>Coral Gables FL 33134 | cbs@agentislaw.com | Email |
| Top 3 Largest Secured Creditor | Air Liquide Industrial U.S. LP | Attn: President or General Counsel<br>180 W. Germantown Pike<br>East Norriton PA 19401 | | First Class Mail |
| Counsel to OptumRX, Inc. | Alston & Bird LLP | Attn: William Hao<br>New York NY 10016-1387 | william.hao@alston.com | Email |
| Counsel to OptumRX, Inc. | Alston & Bird LLP | Attn: William Sugden and Jacob Johnson<br>1201 West Peachtree Street<br>Atlanta GA 30309-3424 | will.sugden@alston.com<br>jacob.johnson@alston.com | Email |
| Top 50 Largest Unsecured Creditor | ALTERGON ITALIA SRL | ATTN: VINCENZO MANNA<br>ZONA INDUSTRIALE ASI<br>MORRA DE SANCTIS AV 83040 ITALY | V.MANNA@ALTERGON.IT | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | AMERISOURCEBERGEN | ATTN: DAVE VIETRI, VICE PRESIDENT BRANDED AND SPECIALTY CONTRACTS<br>3735 GLEN LAKE DR<br>CHARLOTTE NC 28208 | DVIETRI@AMERISOURCEBERGEN.COM | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | APC WORKFORCE SOLUTIONS LLC | ATTN: CHERISH CHONG<br>P.O. BOX 534305<br>ATLANTA GA 30353 | CCHONG@WORKFORCELOGIQ.COM | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | ASCENT HEALTH SERVICES LLC | ATTN: EDWARD ADAMCIK, PRESIDENT ASCENT HEALTH SERVICES<br>1209 ORANGE ST<br>WILMINGTON DE 19801 | EADAMCIK@ASCENTHEALTHSERVICES.COM | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | ASHLAND SPECIALTY INGREDIENTS GP | ATTN: BR KINSEY<br>8145 BLAZER DR<br>WILMINGTON DE 19808 | BRKINSEY@ASHLAND.COM | First Class Mail and Email |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Barrett Law Group, P.A. | Attn: John W. Barrett, Esq.<br>P.O. Box 927<br>404 Court Square<br>Lexington MS 39095 | DonBarrettPA@gmail.com | Email |
| Counsel to United Parcel Service, Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab and Kenneth T. Law<br>633 Menlo Ave, Suite 100<br>Menlo Park CA 94025 | Klaw@bbslaw.com | Email |
| Top 50 Largest Unsecured Creditor | BIOECLIPSE LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>P.O. BOX 512323<br>PHILADELPHIA PA 19175 | MWEBSTER@THEACCESSGP.COM | First Class Mail and Email |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 1 of 13

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party | BMC Group, Inc | Attn: T Feil<br>3732 W. 120th Street<br>Hawthorne CA 90250 | bmc@ecfAlerts.com | Email |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | Attn: Gerard T. Cicero and David J. Molton<br>7 Times Square<br>New York NY 10036 | GCicero@brownrudnick.com<br>DMolton@brownrudnick.com | First Class Mail and Email |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | Attn: Steven D. Pohl<br>One Financial Center<br>Boston MA 02111 | spohl@brownrudnick.com | First Class Mail and Email |
| Counsel to the People of the State of California | California Department of Justice | Attn: Bernard A. Eskandari<br>Supervising Deputy Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles CA 90013 | bernard.eskandari@doj.ca.gov | Email |
| Counsel to the Multi-State Governmental Entities Group | Caplin & Drysdale, Chartered | Attn: Kevin Maclay, James Wehner, Jeffrey Liesemer, Todd Phillips<br>One Thomas Circle, NW, Suite 1100<br>Washington DC 20005 | kmaclay@capdale.com<br>jwehner@capdale.com<br>jliesemer@capdale.com<br>tphillips@capdale.com | Email |
| Top 50 Largest Unsecured Creditor | CARDINAL HEALTH | ATTN: JEFF CIZL, DIRECTOR STRATEGIC SOURCING NATIONAL BRANDS<br>1330 ENCLAVE PKY<br>HOUSTON TX 77077-2025 | JEFF.CIZL@CARDINALHEALTH.COM | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | CAREMARKPCS HEALTH, L.L.C. | ATTN: SAPPAN BHATT, DIRECTOR TRADE RELATIONS<br>1 CVS DRIVE<br>WOONSOCKET RI 02895 | SAPPAN.BHATT@CVSHEALTH.COM | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | CHALLENGE PRINTING COMPANY | ATTN: S. YOUNG<br>P.O. BOX 27775<br>NEWARK NJ 07101-7775 | SYOUNG@CHALLENGEPRINTINGCO.COM | First Class Mail and Email |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Robert D. Drain | Purdue Pharma L.P. - Chambers Copy<br>US Bankruptcy Court SDNY<br>300 Quarropas Street, Room 248<br>White Plains NY 10601 | | First Class Mail |
| Top 50 Largest Unsecured Creditor | COBBS CREEK HEALTHCARE LLC | ATTN: JUN HUANGPU<br>200 MORGAN AVE<br>HAVERTOWN PA 19083 | JHUANGPU@COBBSCREEKHEALTHCARE.COM | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | COGNIZANT TECH SOLUTIONS US CORP | ATTN: SURANJAN KAYAL<br>24721 NETWORK PL<br>CHICAGO IL 60673 | SURANJAN.KAYAL@COGNIZANT.COM | First Class Mail and Email |
| Counsel to the Commonwealth of Massachusetts | Commonwealth of Massachusetts | Attn: Eric M. Gold, Assistant Attorney General<br>Chief, Health Care Division<br>Office of the Attorney General, One Ashburton Place<br>Boston MA 02108 | eric.gold@mass.gov | Email |
| Top 50 Largest Unsecured Creditor | COMMONWEALTH OF PENNSYLVANIA MEDICAID DRUG REBATE PROGRAM | ATTN: BRITTANY STARR<br>P.O. BOX 780634<br>PHILADELPHIA PA 19178 | C-BSTARR@PA.GOV | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | Commonwealth of Puerto Rico | Attn: Bankruptcy Department<br>Apartado 9020192<br>San Juan PR 00902-0192 | | First Class Mail |
| Counsel to the State of Arizona | Consovoy McCarthy PLLC | Attn: J. Michael Connolly<br>1600 Wilson Boulevard, Suite 700<br>Arlington VA 22201 | mike@consovoymccarthy.com | Email |
| Top 50 Largest Unsecured Creditor | CONTRACT PHARMACAL CORP | Attn: Ann Costanza and Eric Antman<br>135 ADAMS AVE<br>HAUPPAUGE NY 11788-3633 | ann.costanza@cpc.com<br>eric.antman@cpc.com | First Class Mail and Email |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Cuneo Gilbert & Laduca, LLP | Attn: Jonathan W. Cuneo, Esq.<br>16 Court Street, Suite 1012<br>Brooklyn NY 11241 | jonc@cuneolaw.com | Email |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Cuneo Gilbert & Laduca, LLP | Attn: Jonathan W. Cuneo, Esq.<br>4725 Wisconsin Avenue, NW, Suite 200<br>Washington DC 20016 | jonc@cuneolaw.com | Email |
| Top 50 Largest Unsecured Creditor | CVS CAREMARK PART D SERVICES, L.L.C. | ATTN: ANDY ZANIN, TRADE DIRECTOR, MED D<br>1 CVS DRIVE<br>WOONSOCKET RI 02895 | ANDREW.ZANIN@CVSHEALTH.COM | First Class Mail and Email |
| Counsel to the Debtors and Debtors in Possession | Davis Polk & Wardwell LLP | Attn: Marshall Scott Huebner, Benjamin S. Kaminetzky, Timothy Graulich, Christopher Robertson and Eli J. Vonnegut<br>450 Lexington Avenue<br>New York NY 10017 | Purdue.noticing@dpw.com | Email |
| Top 50 Largest Unsecured Creditor | DEFENSE HEALTH AGENCY | ATTN: COLONEL DAVID BOBB, CHIEF PHARMACY OPERATIONS DIVISION, DHA<br>16401 E CENTRETECH PKWY<br>AURORA CO 80011-9066 | DAVID.W.BOBB.CIV@MAIL.MIL | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | DENVER HEALTH & HOSPITAL AUTH | ATTN: SCOTT HOYE, GENERAL COUNSEL<br>777 BANNOCK STREET<br>DENVER CO 80204 | | First Class Mail |
| Top 50 Largest Unsecured Creditor | DEPARTMENT OF HEALTH CARE SERVICES (CA) | ATTN: ROBERT SHUN<br>P.O. BOX 997413<br>SACRAMENTO CA 95899-7413 | ROBERT.SHUN@DHCS.CA.GOV | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | DEZENHALL RESOURCES | ATTN: MAYA SHACKLEY<br>1130 CONNECTICUT AVENUE NW<br>WASHINGTON DC 20036-3904 | MSHACKLEY@DEZENHALL.COM | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | FRONTAGE LABORATORIES INC | ATTN: KEVIN LI DONGMEI WANG, SVP/GM, CMC SERVICES<br>700 PENNSYLVANIA DR<br>EXTON PA 19341-1129 | KLI@FRONTAGELAB.COM | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | GCI HEALTH | Attn: Mark Thorne and Laura Murphy<br>P.O. BOX 101890<br>ATLANTA GA 30392 | Mark.Thorne@bcw-global.com<br>laura.murphy@gcihealth.com | First Class Mail and Email |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 3 of 13

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Largest Unsecured Creditor | GEORGIA DEPT OF COMMUNITY HEALTH | ATTN: REBECCA MORRISON<br>MEDICAID DRUG REBATE PROGRAM<br>ATLANTA GA 30384-8194 | REBECCA.MORRISON@DCH.GA.GOV | First Class Mail and Email |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Gilbert, LLP | Attn: Craig Literland, Kami Quinn, and Scott Gilbert<br>1100 New York Ave., NW<br>Suite 700<br>Washington DC 20005 | litherlandc@gilbertlegal.com<br>quinnk@gilbertlegal.com<br>gilberts@gilbertlegal.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | GLATT AIR TECHNIQUES INC | ATTN: STEPHEN RADOVANOVICH<br>20 SPEAR RD<br>RAMSEY NJ 07446-1221 | STEPHEN.RADOVANOVICH@GLATT.COM | First Class Mail and Email |
| Counsel to the Arkansas Plaintiffs and the Tennessee Plaintiffs | Godfrey & Kahn, S.C. | Attn: Katherine Stadler<br>One East Main Street, Suite 500<br>Madison WI 53703 | kstadler@gklaw.com | Email |
| Counsel to Teva Pharmaceuticals USA, Inc.,<br>Anda, Inc. and Teva Canada Limited | Goodwin Procter LLP | Attn: Michael H. Goldstein, William P. Weintraub, & Howard S. Steel<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018 | mgoldstein@goodwinlaw.com<br>wweintraub@goodwinlaw.com<br>hsteel@goodwinlaw.com | Email |
| Top 50 Largest Unsecured Creditor | HEALTHCORE INC | ATTN: KELSEY GANGEMI<br>123 JUSTISON ST STE 200<br>WILMINGTON DE 19801 | KGANGEMI@HEALTHCORE.COM | First Class Mail and Email |
| Top 3 Largest Secured Creditor | Ikon Financial Svcs | Attn: President or General Counsel<br>1738 Bass Rd<br>Macon GA 31210-1043 | | First Class Mail |
| Top 50 Largest Unsecured Creditor | INTEGRATED BEHAVIORAL HEALTH INC | ATTN: MARY SWEET<br>3070 BRISTOL ST STE 350<br>COSTA MESA CA 92626 | MSWEET@INFLEXXION.COM | First Class Mail and Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to the State of Arizona | Keller Lenkner LLC | Attn: Seth A. Meyer<br>150 N. Riverside Plaza, Suite 4270<br>Chicago IL 60606 | sam@kellerlenkner.com | Email |
| Counsel to State of Washington | KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. | Attn: Matthew J. Gold and Robert M. Tuchman<br>551 Fifth Avenue, 18th Floor<br>New York NY 10176 | mgold@kkwc.com<br>rtuchman@kkwc.com | Email |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Kramer Levin Naftalis & Frankel | Attn: Kenneth Eckstein and Rachael Ringer<br>1177 Avenue of the Americas<br>New York NY 10036 | keckstein@kramerlevin.com<br>rringer@kramerlevin.com | First Class Mail and Email |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler, Esquire<br>1617 John F. Kennedy Blvd., Ste. 1500<br>Philadelphia PA 19103 | gbressler@mdmc-law.com | Email |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 4 of 13

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Michael Morano, Esquire, Nicole Leonard, Esquire<br>225 Liberty Street, 36th Fl.<br>New York NY 10281 | mmorano@mdmc-law.com<br>nleonard@mdmc-law.com | Email |
| Top 50 Largest Unsecured Creditor | MCKESSON CORPORATION | ATTN: CHRIS ALVERSON, SENIOR VICE PRESIDENT OF SUPPLY CHAIN MANAGEMENT<br>ONE POST ST<br>SAN FRANCISCO CA 94104-5203 | CHRIS.ALVERSON@MCKESSON.COM | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | MISSOURI HEALTHNET DIVISION | ATTN: CAROLINA DELAROCHA<br>P.O. BOX 570<br>JEFFERSON CITY MO 65102 | CAROLINA.D.DELAROCHA@DSS.MO.GOV | First Class Mail and Email |
| Counsel to Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, and the Putative Classes | Morgan & Morgan | Attn: James Young<br>76 South Laura Street, Suite 1100<br>Jacksonville FL 32202 | jyoung@forthepeople.com | Email |
| Counsel to Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, and the Putative Classes | Morgan & Morgan | Attn: Juan R. Martin<br>201 North Franklin Street, 7th Floor<br>Tampa FL 33602 | juanmartinez@forthepeople.com | Email |
| State Attorney General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036 | kcordry@naag.org | First Class Mail and Email |
| Counsel to New York State Department of Financial Services | New York State Department of Financial Services | Attn: Nicolas G. Keller - Assistant Counsel<br>One State Street<br>New York NY 10004 | nicolas.keller@dfs.ny.gov | Email |
| Top 50 Largest Unsecured Creditor | NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES | ATTN: JOHN STANCIL<br>2001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-2000 | JOHN.STANCIL@DHHS.NC.GOV | First Class Mail and Email |
| Counsel to State of Indiana | Office of the Indiana Attorney General | Attn: Heather M. Crockett, Amanda K. Quick, Curtis T. Hill Jr.<br>302 West Washington Street<br>Indiana Govt. Center South, 5th Floor<br>Indianapolis IN 46204-2770 | Heather.Crockett@atg.in.gov | Email |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 5 of 13

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Opioids and Impact Litigation | Office of the New York State Attorney General | Attn: David E. Nachman<br>Executive Division<br>28 Liberty Street<br>New York NY 10005 | David.Nachman@ag.ny.gov | Email |
| Office of The United States Trustee | Office of The United States Trustee | Attn: Paul Schwartzberg<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York NY 10014 | paul.schwartzberg@usdoj.gov | First Class Mail and Email |
| Counsel to Ohio Attorney General | Ohio Attorney General | Attn: Alison L. Archer, Assistant Attorney General<br>Ohio Attorney General's Office<br>615 W. Superior Avenue, 11th Floor<br>Cleveland OH 44113 | Alison.Archer@ohioattorneygeneral.gov | Email |
| Counsel to Ohio Attorney General | Ohio Attorney General | Attn: Patricia D. Lazich, Assistant Attorney General<br>Ohio Attorney General's Office<br>615 W. Superior Avenue, 11th Floor<br>Cleveland OH 44113 | Trish.Lazich@ohioattorneygeneral.gov | Email |
| Top 50 Largest Unsecured Creditor | OHIO CLINICAL TRIALS INC | ATTN: GLEN APSELOFF<br>1380 EDGEHILL RD<br>COLUMBUS OH 43212 | GLEN@OHIOCLINICALTRIALS.COM | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | OHIO DEPARTMENT OF MEDICAID | ATTN: TRACEY ARCHIBALD<br>4345 N. LINCOLN BLVD.<br>OKLAHOMA CITY OK 73105 | TRACEY.ARCHIBALD@MEDICAID.OHIO.GOV | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | OKLAHOMA HEALTH CARE AUTHORITY | ATTN: STACEY HALE<br>P.O. BOX 18968<br>OKLAHOMA CITY OK 73154-0299 | STACEY.HALE@OKHCA.ORG | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | OPTUMRX, INC. | ATTN: KENT ROGERS, SENIOR VP INDUSTRY RELATIONS<br>2300 MAIN ST<br>IRVINE CA 92614-6223 | KENT.ROGERS@OPTUM.COM | First Class Mail and Email |
| Counsel to the State of Texas | Otterbourg P.C. | Attn: Melanie L. Cyganowski, Esq.<br>230 Park Avenue<br>New York NY 10169 | mcyganowski@otterbourg.com | Email |
| Top 50 Largest Unsecured Creditor | PACKAGING COORDINATORS INC | ATTN: JIM HANEY<br>4545 ASSEMBLY DR<br>ROCKFORD IL 61109 | JIM.HANEY@PCISERVICES.COM | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | PENSION BENEFIT GUARANTY CORPORATION | ATTN: CYNTHIA WONG<br>1200 K STREET NW<br>WASHINGTON DC 20005 | WONG.CYNTHIA@PBGC.GOV | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | PHARMACEUTICAL RESEARCH ASSOC INC | ATTN: Lauren H. Bradley<br>4130 PARKLAKE AVE STE 400<br>RALEIGH NC 27612 | BradleyLauren@prahs.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | PL DEVELOPMENT LLC | ATTN: J SINGLETERRY<br>609-2 CANTIAGUE ROCK RD<br>WESTBURY NY 11590 | JSINGLETERRY@PLDEVELOPMENTS.COM | First Class Mail and Email |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 6 of 13

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Largest Unsecured Creditor | PPD DEVELOPMENT LP | Attn: Dave Waters, Hank Gerock, and Stephen Scaldaferri<br>26361 NETWORK PL<br>CHICAGO IL 60673 | dave.waters@ppdi.com<br>hank.gerock@ppdi.com<br>stephen.scaldaferri@ppdi.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | PRIME THERAPEUTICS LLC | ATTN: JOSH BAST, SENIOR DIRECTOR PHARMACEUTICAL TRADE RELATIONS<br>P.O. BOX 64812<br>ST PAUL MN 08646-0655 | | First Class Mail |
| Top 50 Largest Unsecured Creditor | PURPLE STRATEGIES LLC | ATTN: SARAH SIMMONS<br>815 SLATERS LN<br>ALEXANDRIA VA 22314 | SARAH.SIMMONS@PURPLESTRATEGIES.COM | First Class Mail and Email |
| Counsel to AmerisourceBergen Drug Corporation | REED SMITH LLP | Attn: Christopher A. Lynch<br>599 Lexington Avenue<br>New York NY 10022-7650 | clynch@reedsmith.com | Email |
| Counsel to AmerisourceBergen Drug Corporation | REED SMITH LLP | Attn: Claudia Z. Springer<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia PA 19103 | cspringer@reedsmith.com | Email |
| Top 50 Largest Unsecured Creditor | RHODES TECHNOLOGIES INC | ATTN: EDWARD MAHONY<br>201 TRESSER BOULEVARD<br>STAMFORD CT 06901 | EDWARD.MAHONY@TXPSVCS.COM | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | S EMERSON GROUP INC | ATTN: MATT POLI<br>407 EAST LANCASTER AVE<br>WAYNE PA 19087 | | First Class Mail |
| Top 50 Largest Unsecured Creditor | SCIECURE PHARMA INC | ATTN: PURL<br>11 DEER PARK DR STE 120<br>MONMOUTH JUNCTION NJ 08852 | NOLAN.WANG@SCIECUREPHARMA.COM | First Class Mail and Email |
| Counsel to Consortium of Some Massachusetts Municipalities | Scott+Scott Attorneys At Law LLP | Attn: Beth Kaswan and Judith S. Scolnick<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York NY 10169 | bkaswan@scott-scott.com<br>jscolnick@scott-scott.com | Email |
| Top 50 Largest Unsecured Creditor | SPECGX LLC | ATTN: GENERAL COUNSEL<br>385 MARSHALL AVE<br>SAINT LOUIS MO 63119-1831 | | First Class Mail |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | | First Class Mail |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau AK 99811-0300 | attorney.general@alaska.gov | First Class Mail and Email |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>1275 W. Washington St.<br>Phoenix AZ 85007 | aginfo@azag.gov | First Class Mail and Email |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | | First Class Mail |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 7 of 13

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov | First Class Mail and Email |
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | Attorney.General@state.co.us | First Class Mail and Email |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department<br>55 Elm St.<br>Hartford CT 06106 | attorney.general@po.state.ct.us | First Class Mail and Email |
| State Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | Attorney.General@state.DE.US | First Class Mail and Email |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department<br>The Capitol, PL 01<br>Tallahassee FL 32399-1050 | | First Class Mail |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | | First Class Mail |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813 | hawaiiag@hawaii.gov | First Class Mail and Email |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | | First Class Mail |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | First Class Mail and Email |
| State Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis IN 46204 | | First Class Mail |
| Counsel to the State of Iowa | State of Iowa | Attn: William R. Pearson - Assistant Attorney General<br>Hoover Building, 2nd Floor<br>1305 E. Walnut Street<br>Des Moines IA 50312 | william.pearson@ag.iowa.gov | Email |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | | First Class Mail |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka KS 66612-1597 | | First Class Mail |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 8 of 13

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort  KY 40601 | | First Class Mail |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | ConsumerInfo@ag.state.la.us | First Class Mail and Email |
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department<br>6 State House Station<br>Augusta  ME 04333 | consumer.mediation@maine.gov | First Class Mail and Email |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | oag@oag.state.md.us | First Class Mail and Email |
| State Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston  MA 02108-1698 | ago@state.ma.us | First Class Mail and Email |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov | First Class Mail and Email |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | Attorney.General@ag.state.mn.us | First Class Mail and Email |
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson MS 39201 | | First Class Mail |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov | First Class Mail and Email |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>P.O. BOX 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov | First Class Mail and Email |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | ago.info.help@nebraska.gov | First Class Mail and Email |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | | First Class Mail |
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301 | attorneygeneral@doj.nh.gov | First Class Mail and Email |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 9 of 13

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>RJ Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | STATE OF NEW JERSEY DIVISION OF MEDICAL ASSISTANCE AND HEALTH SERVICES | ATTN: DAVID WILLIAMS<br>LOCKBOX 655<br>TRENTON NJ 08646-0655 | DAVID.R.WILLIAMS@DHS.STATE.NJ.US | First Class Mail and Email |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | | First Class Mail |
| State Attorney General | State of New York Attorney General | Attn: Louis J. Testa<br>Bankruptcy Litigation Unit<br>The Capitol<br>Albany  NY 12224-0341 | Louis.Testa@ag.ny.gov | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | STATE OF NEW YORK DEPARTMENT OF HEALTH | ATTN: CHRISTOPHER DESORBO<br>RIVERVIEW CENTER<br>150 BROADWAY SUITE 355<br>ALBANY NY 12204-2719 | CHRISTOPHER.DESORBO@HEALTH.NY.GOV | First Class Mail and Email |
| State Attorney General | State of North Carolina Attorney General | Attn: Jessica Sutton<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | jsutton2@ncdoj.gov | First Class Mail and Email |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | ndag@nd.gov | First Class Mail and Email |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | First Class Mail |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department<br>313 NE 21st Street<br>Oklahoma City OK 73105 | | First Class Mail |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem OR 97301 | consumer.hotline@doj.state.or.us | First Class Mail and Email |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department<br>Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | | First Class Mail |
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department<br>150 South Main Street<br>Providence RI 02903 | | First Class Mail |
| State Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia SC 29211-1549 | info@scattorneygeneral.com | First Class Mail and Email |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 10 of 13

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | consumerhelp@state.sd.us | First Class Mail and Email |
| State Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Department<br>P.O. Box 20207<br>Nashville TN 37202-0207 | consumer.affairs@tn.gov | First Class Mail and Email |
| Counsel to the State of Texas | State of Texas | Attn: Paul L. Singer, Esq.<br>Chief, Consumer Protection Division MC 009<br>P.O. Box 12548<br>Austin TX 78711-2548 | paul.singer@oag.texas.gov | Email |
| Counsel to the State of Texas | State of Texas | Attn: Rachel R. Obaldo, Esq.<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin TX 78711-2548 | bk-robaldo@oag.texas.gov | Email |
| State Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department<br>Capitol Station<br>P.O. Box 12548<br>Austin TX 78711-2548 | public.information@oag.state.tx.us | First Class Mail and Email |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>P.O. Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov | First Class Mail and Email |
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | ago.info@state.vt.us | First Class Mail and Email |
| State Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department<br>900 East Main Street<br>Richmond  VA 23219 | | First Class Mail |
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | First Class Mail |
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | consumer@wvago.gov | First Class Mail and Email |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P.O. Box 7857<br>Madison WI 53707-7857 | | First Class Mail |
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, and the Putative Classes | Stevens & Lee, P.C. | Attn: Nicholas F. Kajon and Constantine D. Pourakis<br>485 Madison Avenue, 20th Floor<br>New York NY 10022 | nfk@stevenslee.com<br>cp@stevenslee.com | Email |
| Top 50 Largest Unsecured Creditor | SYNEOS HEALTH fka INVENTIV HEALTH | ATTN: HAIYAN WANG, DIRECTOR BUSINESS DEVELOPMENT, EARLY PHASE<br>1030 SYNC ST<br>MORRISVILLE NC 27560 | | First Class Mail |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Teitelbaum Law Group, LLC | Attn: Jay Teitelbaum, Esq.<br>1 Barker Avenue, 3rd Floor<br>White Plains NY 10601 | jteitelbaum@tblawllp.com | Email |
| State of Tennessee | Tennessee Attorney General's Office | Attn: Marvin Clements, Bankruptcy Division<br>P.O. Box 20207<br>Nashville TN 37202-0207 | | First Class Mail |
| Top 50 Largest Unsecured Creditor | THATCHER COMPANY | ATTN: PATRICK SCHWARTZ<br>1905 FORTUNE RD<br>SALT LAKE CITY UT 84127 | | First Class Mail |
| Top 50 Largest Unsecured Creditor | TRIALCARD INC | ATTN: LINDSEY DOBBINS<br>2250 PERIMETER PARK DR STE 300<br>MORRISVILLE NC 27560 | LINDSEY.DOBBINS@TRIALCARD.COM | First Class Mail and Email |
| Counsel to Thermo Fisher Scientific | TUCKER ARENSBERG, P.C. | Attn: Jordan S. Blask, Esq.<br>1500 One PPG Place<br>Pittsburgh PA 15222 | jblask@tuckerlaw.com | Email |
| Top 3 Largest Secured Creditor | U.S. Bank Equipment Finance | Attn: President or General Counsel<br>1310 Madrid Street<br>Marshall MN 56258 | | First Class Mail |
| United States Department of Justice | U.S. Department of Justice | Attn: Legal Department<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | | First Class Mail |
| United States Attorney's Office for the Southern District of New York | United States Attorney's Office | Attn: U.S. Attorney<br>300 Quarropas Street, Room 248<br>White Plains NY 10601-4150 | | First Class Mail |
| Top 50 Largest Unsecured Creditor | WALRUS LLC | ATTN: PAULA BUCHMA<br>18 E 17TH ST 4TH FL<br>NEW YORK NY 10003 | PAULA@WALRUSNYC.COM | First Class Mail and Email |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department<br>441 4th Street, NW<br>Washington DC 20001 | | First Class Mail |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 12 of 13

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Largest Unsecured Creditor | WAVELENGTH ENTERPRISES INC | ATTN: RAYMOND ALSKO<br>1700 RTE 23 N  STE 130 FIRST FL<br>WAYNE NJ 07470 | RAYMOND.ALSKO@WAVELENGTHPHARMA.COM | First Class Mail and Email |
| Counsel to the State of Alabama | Wilk Auslander LLP | Attn: Eric J. Snyder<br>1515 Broadway, 43rd Floor<br>New York NY 10036 | esnyder@wilkauslander.com | Email |
| Top 50 Largest Unsecured Creditor | WISCONSIN DEPARTMENT OF HEALTH SERVICES | ATTN: KIM WOHLER<br>313 BLETHER RD<br>MADISON WI 53784 | KIM.WOHLER@WISCONSIN.GOV | First Class Mail and Email |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 13 of 13