**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,** | Case No. 19-23649-RDD |
| Debtors. | **Jointly Administered** |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appear in the above-captioned chapter 11 cases (the "Cases") as counsel for the State of South Carolina, acting by and through the Attorney General of South Carolina, Alan Wilson, and request, pursuant to Section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), that any and all notices and papers filed or entered in these Cases be delivered to and served upon:

Jared Q. Libet
Assistant Deputy Attorney General
Office of the South Carolina Attorney General
P.O. Box 11549
Columbia, South Carolina 29211-1549
Telephone: (803) 734-5251
Fax: (803) 734-0097
jlibet@scag.gov

and

Annemarie B. Mathews
Assistant Attorney General
Office of the South Carolina Attorney General
P.O. Box 11549
Columbia, South Carolina 29211-1549
Telephone: (803) 734-3679
Fax: (803) 734-0097
amathews@scag.gov

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules, but also includes,

without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail, or otherwise is filed or made with regard to these Cases.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural right, including: (i) the sovereignty of the State of South Carolina, (ii) the right to have final orders in non-core matters entered only after *de novo* review by a District Court, (iii) the right to trial by jury in any proceeding triable in these Cases or any case, controversy, or proceeding related to these Cases, (iv) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) abstention, (vi) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, and (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 25, 2019

Respectfully submitted,

Alan Wilson
Attorney General of South Carolina

By: */s/* Annemarie B. Mathews
Annemarie B. Mathews
Assistant Attorney General

Office of the South Carolina Attorney General
P.O. Box 11549
Columbia, South Carolina 29211-1549
Telephone: (803) 734-3679
Fax: (803) 734-0097