# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649-rdd<br><br>(Joint Administration Pending) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, WITH PROPOSED ORDER

I, Mark J. Krueger, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the State of Nevada, a creditor in the above-captioned Chapter 11 cases in the Debtors' chapter 11 cases and any related adversary proceedings. *I certify that I am a member in good standing* of the bar in the State of Nevada, (see attached) and the bar of the U.S. District Court for the District of Nevada. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Respectfully submitted:

*/s/ Mark J. Krueger*
AARON D. FORD
Attorney General
ERNEST D. FIGUEROA
Consumer Advocate
MARK J. KRUEGER (Bar No. 005324)
Chief Deputy Attorney General
State of Nevada, Office of the Attorney General
Bureau of Consumer Protection
100 N. Carson Street
Carson City, Nevada 89701
775-684-1298 ph
mkrueger@ag.nv.gov

October 2, 2019

Search Attorneys... (eg. last name, bar #, company or city)



**Krueger, Mark J.**

Bar # : 7410
Member since: 9/29/2000
Status: ATTORNEY Active

Company: Nevada Attorney General's Office
100 N Carson Street, Carson City, NV 89701
Phone : (775) 684-1290
Email : mkrueger@ag.nv.gov

Law school : California Western, School of Law

Disciplinary Actions:

None.