**CRONIN, FRIED, SEKIYA,
 KEKINA & FAIRBANKS**
Patrick F. McTernan         4269-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1433
pmcternan@croninfried.com

Attorney for the STATE OF HAWAI'I *ex rel.*
CLARE E. CONNORS, Attorney General

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | CASE NO. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |
| PURDUE PHARMA L.P., *et al.*, | Adv. Proc. No. 19-08289 (RDD) |
| Plaintiffs, | |
| v. | |
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, | |
| Defendants. | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Patrick F. McTernan, Esq., represent the State of Hawai'i, *ex rel.* Clare E. Connors,

Attorney General (hereinafter "the State"), in a civil enforcement proceeding in state court in the

State of Hawai'i against Debtors Purdue Pharma L.P., Purdue Pharma, Inc., and The Purdue

Frederick Company, Inc. (collectively "Purdue"), as well as eight members of the Sackler family

(collectively "Sacklers"), for unfair or deceptive acts or practices and other violations of Hawai'i

law respecting the opioid-related activities of Purdue and the Sacklers. I hereby respectfully request admission *pro hac vice* before the Honorable Robert D. Drain in order to represent the State as a Claimant in the above-referenced case and as a Defendant in the above-captioned adversary proceeding.

*I certify that I am a member in good standing* of the bars of the State of Hawai'i, the United States District Court for the District of Hawai'i, and the Ninth Circuit Court of Appeals.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 2, 2019

    Honolulu, Hawai'i　　　　　　　　　　/s/ Patrick F. McTernan, Esq.

                                         Cronin, Fried, Sekiya, Kekina & Fairbanks
                                         600 Davies Pacific Center
                                         841 Bishop Street
                                         Honolulu, Hawai'i 96813
                                         E-Mail: pmcternan@croninfried.com
                                         Telephone: (808) 524-1433

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon all counsel or parties of record by the Court's ECF Notification system on September 30, 2019.

Dated: October 2, 2019

    Honolulu, Hawai'i　　　　　　　　　　/s/ Patrick F. McTernan, Esq.
                                                PATRICK F. McTERNAN, ESQ.
                                                Hawai'i Attorney Number 4269