# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | ) )  Chapter 11 |
| **PURDUE PHARMA L.P., et al.,** | ) )  Case No. 19-23649 (RDD) |
| **Debtors.** | ) ) ) ) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Judith A. Fiorentini, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent the People of the State of California, a creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of California and the bars of the U.S. District Courts for the Northern, and Southern Districts of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  ___Oct. 2, 2019____

/s/ Judith A. Fiorentini
Supervising Deputy Attorney General
California Department of Justice
600 West Broadway, Suite 1800
San Diego, California 92101
Tel:  (619) 738-9343
Fax:  (619) 645-2271

1