# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| **PURDUE PHARMA L.P., et al.,** | ) Case No. 19-23649 (RDD) |
| **Debtors.** | ) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Judith A. Fiorentini, to be admitted, ***pro hac vice***, to represent the People of the State of California, a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bars of the U.S. District Courts for the Northern, and Southern Districts of California, it is hereby

**ORDERED**, that Judith A. Fiorentini, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the People of the State of California, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____  
White Plains, New York

_____  
UNITED STATES BANKRUPTCY JUDGE