WALDREP LLP

Thomas W. Waldrep, Jr. (*pro hac vice* admission pending)
101 S. Stratford Road, Suite 210
Winston Salem, NC 27104
Telephone: 336-717-1280
Facsimile: 336-717-1340

*Counsel to the State of North Carolina*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.[1]** | **(Joint Administration Pending)** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

    **PLEASE TAKE NOTICE** that the attorney listed below hereby enters his appearance,

pursuant to Sections 342 and 1109(b) of the U.S. Bankruptcy Code (the "Bankruptcy Code")[2] and

Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), as

counsel for the State of North Carolina ("North Carolina") in the above-captioned Chapter 11 case,

and request that copies of all notices and pleadings in the above-captioned chapter 11 case be given

and served upon the following attorney:

---

[1] The Debtors in the case, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] 11 U.S.C. §§ 101–1532 (2012).

Thomas W. Waldrep, Jr.
101 S. Stratford Road, Suite 210
Winston Salem, NC 27104
Telephone: 336-717-1280
Facsimile: 336-717-1340
twaldrep@waldrepllp.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all (i) orders and (ii) notices of any application, motion, petition, complaint, demand, request or other pleading in the Chapter 11 case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed or given with regard to the Chapter 11 case, and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not constitute (i) a waiver of rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a U.S. District Court, (ii) a waiver of rights to trial by jury in any proceeding so triable in the Chapter 11 case or any cases, controversy, or proceeding related thereto, (iii) a waiver of rights to have the U.S. District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal, or (iv) a consent to the jurisdiction of the U.S. Bankruptcy Court for the Southern District of New York with respect to any proceeding commenced in the case against or otherwise involving North Carolina, all of which rights and consents North Carolina reserves, or (v) a waiver of any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which North Carolina are or may be entitled, either at law or equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments North Carolina expressly reserve.

Dated:  October 2, 2019

WALDREP LLP

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

*Counsel to the State of North Carolina*