WALDREP LLP

James C. Lanik (*pro hac vice* admission pending)
101 S. Stratford Road, Suite 210
Winston Salem, NC 27104
Telephone: 336-717-1440
Facsimile: 336-717-1340

*Counsel to the State of North Carolina*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Joint Administration Pending)** |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, James C. Lanik, request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent the State of North Carolina in the above-referenced case.

***I certify that I am a member in good standing*** of the bar of the State of North Carolina and am admitted to the U.S. District Courts for the Eastern, Middle, and Western Districts of North Carolina.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The Debtors in the case, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Dated: October 2, 2019                               Respectfully submitted,

                                                             WALDREP LLP

                                                             /s/ *James C. Lanik*
                                                             James C. Lanik (NC State Bar No. 30454)
                                                            101 S. Stratford Road, Suite 210
                                                             Winston-Salem, NC 27104
                                                             Telephone: 336-717-1440
                                                             Telefax: 336-717-1340
                                                             Email: notice@waldrepllp.com

                                                             *Counsel to the State of North Carolina*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

PURDUE PHARMA L.P., *et al.*,

Debtors.[1]

Chapter 11

Case No. 19-23649 (RDD)

(Joint Administration Pending)

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon the motion of James C. Lanik to be admitted, *pro hac vice*, to represent the State of North Carolina ("**North Carolina**") in the above-referenced case, including in any adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar of the State of North Carolina, and admitted to the U.S. District Courts for the Eastern, Middle, and Western Districts of North Carolina; it is hereby:

**ORDERED**, that James C. Lanik, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, and in any related adversary proceedings, to represent North Carolina in the U.S. Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
White Plains, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in the case, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 2, 2019, an electronic copy of the foregoing motion was filed electronically through the Court's CM/ECF system, which caused all parties or counsel requesting notice in the above-captioned case to be served by electronic means on the date of filing.

      */s/ James C. Lanik*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC State Bar No. 39871)
Francisco T. Morales (N.C. State Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com