CARTER LEDYARD & MILBURN LLP
Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Bankruptcy@clm.com

*Attorneys for the State of West Virginia, ex. rel. Patrick Morrisey, Attorney General*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 19-23649 (RDD) |
| PURDUE PHARMA, L.P., et al.,[1] | Chapter 11 |
| Debtors. | Jointly Administered |
| PURDUE PHARMA, L.P., et. al. | |
| Plaintiffs, | |
| -against- | Adv. Pro. No. 19-08289 (RDD) |
| THE COMMONWEALTH OF MASSACHUSETTS, et. al., | |
| Defendants. | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears pursuant to the rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, §§ 101, *et seq.* (the "Bankruptcy Code"), in the above-captioned cases on behalf of *the State of West Virginia, ex. rel. Patrick Morrissey, Attorney General* ("West Virginia"), and requests that all notices given or required to be given and all papers served in these cases be delivered to and served on the parties identified below at the following addresses:

> Aaron R. Cahn
> Carter Ledyard & Milburn LLP
> 2 Wall Street
> New York, NY  10005
> Telephone:  (212) 732-3200
> Fax: (212) 732-3232
> Email: bankruptcy@clm.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive West Virginia's (i) right to have final orders in non-core matters entered only after *de novo* reviewed by a United States District Court Judge; (ii) right to trial by jury in any proceeding so

8802969.1

triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which West Virginia is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  October 2, 2019
       New York, New York

CARTER LEDYARD & MILBURN LLP

____s/Aaron R. Cahn_____
Aaron R. Cahn
Carter Ledyard & Milburn, LLP
*Attorneys for the State of West Virginia, ex. rel. Patrick Morrisey, Attorney General*
2 Wall Street
New York, NY  10005
Telephone: (212) 732-3200
Fax: (212) 732-3232
Bankruptcy@clm.com

8802969.1