# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.**, *et al.*,<br><br>Debtors.<br><br>**PURDUE PHARMA L.P.**, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>**STATE OF MAINE**, *et al.*,<br><br>Defendants. | **Chapter 11**<br><br>**Case No. 19-23649 (RDD)**<br><br>**(Jointly Administered)**<br><br>**Adv. Pro. No. 19-08289 (RDD)** |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Linda J. Conti, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the State of Maine in the above-referenced Chapter 11 cases and related adversary proceeding No. 19-08289. I certify that I am a member in good standing of the bar of the State of Maine and of the bar of the U.S. District Court for the District of Maine.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  October 2, 2019                                     Respectfully submitted,

/s/ Linda J. Conti
Linda S. Conti
Assistant Attorney General
Office of the Attorney General of Maine
111 Sewall Street
Augusta, Maine 04330
(207) 626-8591
Linda.conti@maine.gov