# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-23649 (RDD)** |
| Debtors. | **(Jointly Administered)** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Adv. Pro. No. 19-08289 (RDD)** |
| Plaintiffs, | |
| v. | |
| **STATE OF MAINE,** *et al.,* | |
| Defendants. | |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Linda J. Conti to be admitted, *pro hac vice*, to represent the State of Maine in the above-referenced Chapter 11 cases and related adversary proceeding No. 19-08289 and upon the movant's certification that the movant is a member in good standing of the bar of the State of Maine and of the bar of the U.S. District Court for the District of Maine, it is hereby ORDERED, that Linda J. Conti is admitted to practice, *pro hac vice*, in the above-refenced case and related adversary proceeding to represent the State of Maine, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____
      White Plains, New York

      _____
      Honorable Robert D. Drain
      UNITED STATES BANKRUPTCY COURT
      Southern District of New York