## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 2, 2019, a true and correct copy of this document was served by electronic mail through the Court's CM/ECF system to all parties who are deemed to have consented to electronic service.

      /s/ Linda J. Conti