AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell P. Hurley
Sara L. Brauner
Edan Lisovicz

*Proposed Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| Debtors.[1] | : | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* (the "Committee") hereby enters its appearance by and through its proposed lead counsel, Akin Gump Strauss Hauer & Feld LLP, and its proposed efficiency counsel, Bayard, P.A., pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

respectfully requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Bankruptcy Code sections 342 and 1109(b), that copies of all notices given or required to be given in the above-captioned cases and all papers served or required to be served in such cases be served upon the following:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Attn:   Ira S. Dizengoff
           idizengoff@akingump.com
           Arik Preis
           apreis@akingump.com
           Mitchell P. Hurley
           mhurley@akingump.com
           Sara L. Brauner
           sbrauner@akingump.com
           Edan Lisovicz
           elisovicz@akingump.com

*- and -*

**BAYARD, P.A.**
600 North King Street, Suite 400
Wilmington, Delaware 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Attn:   Justin R. Alberto
           jalberto@bayardlaw.com
           Erin R. Fay
           efay@bayardlaw.com
           Daniel N. Brogan
           dbrogan@bayardlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleadings or other request, whether formal or

informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail or otherwise, that is filed or given in connection with the above captioned cases.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of the Committee, including, without limitation: (i) to have final orders in non-core matters entered only after de novo review by the United States District Court for the Southern District of New York (the "District Court"); (ii) to have a trial by jury in any proceeding related to these cases or any case, controversy or proceedings related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) any other rights, claims, actions or defenses to which the Committee may be entitled in law, in equity or otherwise, all of which rights, claims, actions and defenses are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys request that they be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in these cases.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: New York, New York<br>October 2, 2019 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By: /s/ *Arik Preis*<br>Ira S. Dizengoff<br>Arik Preis<br>Mitchell P. Hurley<br>Sara L. Brauner<br>Edan Lisovicz<br>One Bryant Park<br>New York, New York 10036<br>Tel: (212) 872-1000<br>Fax: (212) 872-1002<br>idizengoff@akingump.com<br>apreis@akingump.com<br>mhurley@akingump.com<br>sbrauner@akingump.com<br>elisovicz@akingump.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.* |