BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, Delaware 19801
Tel:  (302) 655-5000
Fax: (302) 658-6395
Justin R. Alberto (*pro hac vice* admission pending)

*Proposed Efficiency Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P., et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Justin R. Alberto, request admission, *pro hac vice*, before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al., (the "Committee"), in the above-referenced chapter 11 cases.

I certify that I am a member in good standing of the bar of the States of Delaware and am admitted to practice before the United States Court of Appeals for the 3rd Circuit and the United States District Court for the District of Delaware.

My address is 600 N. King Street, Suite 400, Wilmington, DE 19801; my email address is jalberto@bayardlaw.com; and my telephone number is (302) 429-4226.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

| | |
|---|---|
| Dated:  New York, New York<br>         October 2, 2019 | **BAYARD, P.A.**<br><br>By:  /s/ *Justin R. Alberto*<br>     Justin R. Alberto (*pro hac vice* admission pending)<br>     600 North King Street, Suite 400<br>     Wilmington, Delaware 19801<br>     Tel:  (302) 655-5000<br>     Fax: (302) 658-6395<br>     Email: jalberto@bayardlaw.com<br><br>*Proposed Efficiency Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.,* |

2

**EXHIBIT A**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Justin R. Alberto, Esq. to be admitted to practice, *pro hac vice*, before the Court in the above-referenced chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the bar of the of the State of Delaware and is admitted to practice before the United States Court of Appeals for the 3rd Circuit and the United States District Court for the District of Delaware, it is hereby

**ORDERED**, that Justin R. Alberto, Esq., is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October ___, 2019
New York, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.