**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Facsimile: (212) 407-4990
Vadim J. Rubinstein

**EGLET ADAMS**
400 South 7th Street, Suite 400
Las Vegas, Nevada 89101
Tel: (702)450-5400
Robert M. Adams (*pro hac vice* pending)
Artemus W. Ham (*pro hac vice* pending)
Erica D. Entsminger (*pro hac vice* pending)

*Counsel to Nevada Counties and Municipalities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that the Nevada counties and municipalities[2] hereby appear in the captioned case pursuant to 11 U.S.C. § 1109(b) and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that copies of all

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] The Nevada counties and municipalities consist of Clark County, City of Reno, City of Henderson, City of North Las Vegas, City of Las Vegas, Carson City, Churchill County, Douglas County, Esmeralda County, Humboldt County, Lincoln County, Lyon County, Mineral County, Washoe County, City of West Wendover and City of Fernley.

17512100.1
922222-11037

notices and pleadings given or filed in the captioned case and all adversary and related proceedings be given and served upon the persons listed below at the following address:

| Vadim J. Rubinstein, Esq.<br>**LOEB & LOEB LLP**<br>345 Park Avenue<br>New York, New York 10154<br>Telephone: 212-407-4000<br>Facsimile: 212-407-4990<br>Email: vrubinstein@loeb.com | Robert M. Adams<br>Artemus W. Ham<br>Erica D. Entsminger<br>**EGLET ADAMS**<br>400 South 7th Street, Suite 400<br>Las Vegas, Nevada 89101<br>Tel: (702)450-5400<br>badams@egletlaw.com<br>aham@egletlaw.com<br>eentsminger@egletlaw.com |
|---|---|

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a consent or waiver by the Nevada counties and municipalities: (1) to the personal jurisdiction of the Bankruptcy Court; (2) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (3) of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) of any other rights, claims, actions, setoffs, or recoupments to which the Nevada counties and municipalities are or may be entitled, in law or in equity, all of

17512100.1
922222-11037

which rights, claims, actions, defenses, setoffs, and recoupments, the Nevada counties and municipalities expressly reserve.

Dated: New York, New York
October 2, 2019

                                          **LOEB & LOEB, LLP**

/s/ Vadim J. Rubinstein
Vadim J. Rubinstein, Esq.
345 Park Avenue
New York, New York 10154
Telephone:    (212) 407-4000
Facsimile:    (212) 407-4990

-and-

**EGLET ADAMS**
400 South 7th Street, Suite 400
Las Vegas, Nevada 89101
Tel: (702)450-5400
Robert M. Adams (*pro hac vice* pending)
Artemus W. Ham (*pro hac vice* pending)
Erica D. Entsminger (*pro hac vice* pending)