LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Facsimile: (212) 407-4990
Vadim J. Rubinstein

EGLET ADAMS
400 South 7th Street, Suite 400
Las Vegas, Nevada 89101
Tel: (702)450-5400
Robert M. Adams (*pro hac vice* pending)
Artemus W. Ham (*pro hac vice* pending)
Erica D. Entsminger (*pro hac vice* pending)

*Counsel to Nevada Counties and Municipalities*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| **Debtors.**[1] | (Jointly Administered)<br>Objection Deadline: October 3, 2019<br>Hearing Date: October 10, 2019<br>Re: Docket Entry 6, 60, and 62 |

**NEVADA COUNTIES AND MUNICIPALITIES' JOINDER
TO THE OBJECTION OF THE UNITED STATES TRUSTEE TO MOTION OF
DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING (I) DEBTORS TO (A) PAY
PRE-PETITION WAGES, SALARIES, EMPLOYEE BENEFITS AND OTHER
COMPENSATION AND (B) MAINTAIN EMPLOYEE BENEFIT PROGRAMS AND
PAY RELATED ADMINISTRATIVE OBLIGATIONS, (II) EMPLOYEES AND
RETIREES TO PROCEED WITH OUTSTANDING WORKERS' COMPENSATION
CLAIMS AND (III) FINANCIAL INSTITUTIONS TO HONOR AND PROCESS
<u>RELATED CHECKS AND TRANSFERS</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Nevada counties and municipalities, through their undersigned counsel, join in the *Objection of the United States Trustee To Motion of Debtors For Entry of an Order Authorizing (I) Debtors To (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed With Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers* (the "**Objection**")[2] [ECF No. 134].[3]  In support thereof, the Nevada counties and municipalities[4] respectfully state as follows:

### JOINDER

1. The Nevada counties and municipalities join in the arguments raised in the Objection and adopt and incorporate such arguments as if fully set forth herein.

2. The Nevada counties and municipalities respectfully request that the Court deny the relief sought in the Wage Motion with respect to the Severance Program, Incentive Plans, and Sign-on Bonuses for the reasons articulated in the Objection.

---

[2] Capitalized terms used but not defined shall have the meanings ascribed to them in the United States Trustee's Objection.

[3] All references to ECF No. are to the numbers assigned to the documents filed in the lead jointly administered chapter 11 bankruptcy case of *In re* Purdue Pharma, L.P., Bankr. S.D.N.Y. Case No. 19-23649 (RDD) as they appear on the docket maintained by the Clerk of Court of the United States Bankruptcy Court for the Southern District of New York.

[4] The Nevada counties and municipalities consist of Clark County, City of Reno, City of Henderson, City of North Las Vegas, City of Las Vegas, Carson City, Churchill County, Douglas County, Esmeralda County, Humboldt County, Lincoln County, Lyon County, Mineral County, Washoe County, City of West Wendover and City of Fernley.

Dated: October 2, 2019
      New York, New York

**LOEB & LOEB LLP**

/s/ Vadim J. Rubinstein
Vadim J. Rubinstein
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Facsimile: (212) 407-4990

EGLET ADAMS
400 South 7th Street, Suite 400
Las Vegas, Nevada 89101
Tel: (702) 450-5400
Robert M. Adams (*pro hac vice* pending)
Artemus W. Ham (*pro hac vice* pending)
Erica D. Entsminger (*pro hac vice* pending)

*Counsel to Nevada Counties and Municipalities*