**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) ) ) | Chapter 11 |
| **PURDUE PHARMA, L.P.,** *et al.*, | ) ) ) | Case No. 19-23649 (RDD) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure,[1] New Jersey State Attorney General Gurbir S. Grewal, a party in interest in the above-captioned bankruptcy case ("Case"), hereby files this Notice of Appearance and Request For Service of Notices and Pleadings, and does hereby request that all notices required to be given under Rule 2002, including notices under Rule 2002(i) that, but for this request, would be provided only to committees appointed pursuant to Title 11, U.S.C. § 101 *et seq.* or their authorized agents, and all papers served or required to be served in this Case and any related adversary proceeding, be given to and served upon:

> Lara J. Fogel
> Deputy Attorney General
> Office of the New Jersey State Attorney General
> 124 Halsey Street, 5th Floor
> P.O. Box 45029-5029
> Newark, New Jersey 07101

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Rule 2002 but also includes, without limitation, notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or

---

[1] Unless otherwise stated, all references to "Rule" shall mean the Federal Rules of Bankruptcy Procedure.

reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of reorganization, or any other document brought before this Court with respect to this Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic transmission or otherwise.  The Clerk of the Court is requested to place the names and addresses of counsel as set forth in this Notice on any Master Service List in this Case.

Dated: October 2, 2019
       Newark, New Jersey

                                    GURBIR S. GREWAL
                                    Attorney General of New Jersey

                                    By:   /s/ *Lara J. Fogel*
                                    Chief, Government & Healthcare Fraud
                                    Office of the New Jersey State Attorney General
                                    124 Halsey Street, 5th Floor
                                    P.O. Box 45029-5029
                                    Newark, New Jersey 07101
                                    Telephone: (973) 648-2865
                                    Email: lara.fogel@law.njoag.gov

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on October 2, 2019, a true and correct copy of this document was served by electronic mail through the Court's CM/ECF system to all parties who are deemed to have consented to electronic service.

                                                  /s/ Lara J. Fogel
                                                  Deputy Attorney General
                                                  Chief, Government & Healthcare Fraud