Gerard Uzzi
Eric Stodola
Alex Lees
MILBANK LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned cases as counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, and 9010, and requests that copies of all notices and papers filed or entered in these cases be given to and served upon the following:

Gerard Uzzi, Esq.
Eric Stodola, Esq.
Alex Lees, Esq.
MILBANK LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: guzzi@milbank.com
       estodola@milbank.com
       alees@milbank.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the provisions specified above, but also includes any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim or suit shall waive (i) any right to have any matter or proceeding for which a bankruptcy court lacks the authority to enter a final order or judgment without the consent of the parties adjudicated by an Article III court, (ii) any right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in this case or in any other action are expressly reserved.

Dated: October 2, 2019
New York, New York

**MILBANK LLP**

By: *Gerard Uzzi*

Gerard Uzzi
Eric Stodola
Alex Lees
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler*