PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

Gregory P. Joseph
Mara Leventhal
Douglas J. Pepe
Peter R. Jerdee
Christopher J. Stanley
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue
30th Floor
New York, New York 10017
Telephone: (212) 407-1200

*Counsel to Dr. Richard Sackler, Jonathan Sackler,*
*David Sackler, and Beverly Sackler*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PAPERS**

    **PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned cases as counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, and 9010, and requests that copies of all notices and papers filed or entered in these cases be given to and served upon the following:

        Gregory P. Joseph
        Mara Leventhal
        Douglas J. Pepe
        Peter R. Jerdee
        Christopher J. Stanley

JOSEPH HAGE AARONSON LLC
485 Lexington Avenue
30th Floor
New York, New York 10017
Telephone:  (212) 407-1200
Email:  gjoseph@jha.com
        mleventhal@jha.com
        dpepe@jha.com
        pjerdee@jha.com
        cstanley@jha.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the

Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers

referred to in the provisions specified above, but also includes any notice, motion, proposed order,

application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration,

presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal

or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service,

hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that is filed or given in

connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor

any prior or later appearance, pleading, claim or suit shall waive (i) any right to have any matter

or proceeding for which a bankruptcy court lacks the authority to enter a final order or judgment

without the consent of the parties adjudicated by an Article III court, (ii) any right to trial by jury

in any proceeding so triable in this case or any case, controversy, or proceeding related to this

case, (iii) any right to have the District Court withdraw the reference in any matter subject to

mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive

or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without

prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under

2

agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs,

and recoupments against a debtor or any other entity either in this case or in any other action are

expressly reserved.

Dated: October 2, 2019
New York, New York

**JOSEPH HAGE AARONSON LLC**

By: _____*Gregory P. Joseph*_____

Gregory P. Joseph
Mara Leventhal
Douglas J. Pepe
Peter R. Jerdee
Christopher J. Stanley
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue
30th Floor
New York, New York 10017
Telephone:  (212) 407-1200

*Counsel to Dr. Richard Sackler, Jonathan Sackler,
David Sackler, and Beverly Sackler*