**CRONIN, FRIED, SEKIYA,
  KEKINA & FAIRBANKS**
Patrick F. McTernan          4269-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1433
pmcternan@croninfried.com

Attorney for the STATE OF HAWAI'I *ex rel.*
CLARE E. CONNORS, Attorney General

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | CASE NO. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |
| PURDUE PHARMA L.P., *et al.*, | Adv. Proc. No. 19-08289 (RDD) |
| Plaintiffs, | |
| v. | |
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, | |
| Defendants. | |

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Application for Pro Hac Vice Admission was duly served upon all counsel or parties of record by the Court's ECF Notification system on October 2, 2019.

Dated:  October 2, 2019

Honolulu, Hawai'i                    /s/ Patrick F. McTernan, Esq.
                                     PATRICK F. McTERNAN, ESQ.
                                     Hawai'i Attorney Number 4269