Steven A. Ginther, Mo. Bar #43556
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
(573) 751-5531   FAX (573) 751-7232
Attorney for Department of Revenue.

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
IN RE:                                              :
                                                    :
PURDUE PHARMA, L.P.,                                : Case No. 19-23649-RDD-11
                                                    : Chapter 11
                                                    :
             Debtor(s).                             :
----------------------------------------------------------------x

**ENTRY OF APPEARANCE AND REQUEST FOR
PLEADINGS, NOTICES AND DOCUMENTS**

The Missouri Department of Revenue enters its appearance as a creditor of the captioned Debtor(s).  This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should preferably be served by e-mail at sdnyecf@dor.mo.gov or at the following address: Missouri Department of Revenue, Bankruptcy Unit, Attn:  Steven A. Ginther, P.O. Box 475, Jefferson City, MO  65105-0475.

**This pleading constitutes a written and specific request for the disclosure statement and plan.**

        Eric Schmitt, Attorney General
        State of Missouri

        **By: /s/ Steven A. Ginther**
        Steven A. Ginther, Mo. Bar #43556
        Special Assistant Attorney General
        Missouri Department of Revenue
        General Counsel's Office
        301 W. High Street, Room 670
        P.O. Box 475
        Jefferson City, MO 65105-0475
        (573) 751-5531   FAX (573) 751-7232
        Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Entry of Appearance and Request for Notice, Pleadings, and Documents were electronically filed and served upon all those who receive electronic notification on October 2, 2019.


**/s/ Steven A. Ginther**