**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.,* [1]<br>    Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered)<br><br>Objection Deadline: October 3, 2019<br>Hearing Date: October 10, 2019<br>Re: Docket Entry 6, 62 |

**THE COMMONWEALTH OF PENNSYLVANIA'S JOINDER TO THE OBJECTION OF THE UNITED STATES TRUSTEE TO MOTION OF DEBTORS FOR ENTRY OF ORDER AUTHORIZING (I) DEBTORS TO (A) PAY PRE-PETITION WAGES, SALARIES, EMPLOYEE BENEFITS AND OTHER COMPENSATION AND (B) MAINTAIN EMPLOYEE BENEFITS PROGRAMS AND PAY RELATED ADMINISTRATIVE OBLIGATIONS, (II) EMPLOYEES AND RETIREES TO PROCEED WITH OUTSTANDING WORKERS' COMPENSATION CLAIMS AND (III) FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS**

The Commonwealth of Pennsylvania ("Commonwealth"), by and through its undersigned counsel, joins in the *Objection of the United States Trustee To Motion Of Debtors For Entry Of Order Authorizing (I) Debtors To (A) Pay Pre-Petition Wages, Salaries, Employee Benefits And Other Compensation And (B) Maintain Employee Benefits Programs And Pay Related*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Administrative Obligations, (II) Employees And Retirees To Proceed With Outstanding Workers' Compensation Claims And (III) Financial Institutions To Honor And Process Related Checks And Transfers* (the "UST Objection") ECF No. 134. In support thereof the Commonwealth of Pennsylvania respectfully states as follows:

## JOINDER

1. The Commonwealth joins in the arguments raised in the UST Objection and adopts and incorporates such arguments as if more fully set forth herein.

2. The Commonwealth respectfully requests the right to present argument on this Objection at the time of hearing, and that this right to present argument continue and remain even if the United States Trustee withdraws or otherwise resolves the UST Objection.

3. The Commonwealth respectfully requests that this Honorable Court deny the relief sought by the Debtors with respect to the Severance Program, Incentive Plans and Sign-on Bonuses for the reasons set forth in the UST Objection and incorporated herein by reference.

Respectfully Submitted,

Commonwealth Of Pennsylvania

Date: October 3, 2019
White Plains, New York

JOSH SHAPIRO
ATTORNEY GENERAL

By:   */s/ Melissa L. Van Eck*
Melissa L. Van Eck
Attorney ID 85869
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA  17120
Telephone (717) 787-5176
Email: mvaneck@attorneygeneral.gov