**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,* [1] <br> Debtors. | Case No. 19-23649 (RDD) <br><br> (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing ***The Commonwealth Of Pennsylvania's Joinder To The Objection Of The United States Trustee To Motion Of Debtors For Entry Of Order Authorizing (I) Debtors To (A) Pay Pre-Petition Wages, Salaries, Employee Benefits And Other Compensation And (B) Maintain Employee Benefits Programs And Pay Related Administrative Obligations, (Ii) Employees And Retirees To Proceed With Outstanding Workers' Compensation Claims And (Iii) Financial Institutions To Honor And Process Related Checks And Transfers*** has been duly served upon all counsel or parties of record by the Court's ECF Notification system on October 3, 2019.

By: */s/ Melissa L. Van Eck*
Melissa L. Van Eck
Senior Deputy Attorney General

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.