# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,* [1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Melissa L. Van Eck, Esquire hereby appears in the above-captioned chapter 11 case (the "Case") as counsel on behalf of the Commonwealth of Pennsylvania and requests, pursuant to Section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), that any and all notices and papers filed or entered in these Cases be delivered to and served upon:

**Melissa L. Van Eck**
**Senior Deputy Attorney General**
**Office of Attorney General**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**mvaneck@attorneygeneral.com**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail, or otherwise is filed or made with regard to these Cases.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural right, including: (i) the sovereignty of the Commonwealth of Pennsylvania; (ii) the right to have final orders in non-core matters entered only after *de novo* review by a District Court, (iii) the right to trial by jury in any proceeding triable in these Cases or any case, controversy, or proceeding related to these Cases, (iv) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) abstention, (vi) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, and (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

                                      Respectfully Submitted,

                                      Commonwealth Of Pennsylvania

Date: October 3, 2019  
White Plains, New York                JOSH SHAPIRO  
                                      ATTORNEY GENERAL

                            By:    */s/ Melissa L. Van Eck*  
                                      Melissa L. Van Eck  
                                      Attorney ID 85869  
                                      Senior Deputy Attorney General  
                                      Pennsylvania Office of Attorney General  
                                      Strawberry Square, 15th Floor  
                                      Harrisburg, PA  17120  
                                      Telephone (717) 787-5176  
                                      Email: mvaneck@attorneygeneral.gov