UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Joint Administration Pending) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE,*<br>WITH PROPOSED ORDER

I, Brendan O'Neil, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the State of Maine, a creditor in the above-captioned Chapter 11 cases in the Debtors' chapter 11 cases and any related adversary proceedings. *I certify that I am a member in good standing* of the bar in the State of Maine, and the bar of the U.S. District Court for the District of Maine. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Respectfully submitted:

*/s/ Brendan O'Neil*
Brendan O'Neil, Maine Bar No. 9900
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Tel: 207-626-8842
brendan.oneil@maine.gov

October 3, 2019

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649-rdd<br><br>(Joint Administration Pending) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Brendan O'Neil, to be admitted, ***pro hac vice***, to represent the State of Maine, (the "Client"), a creditor in the above-captioned Chapter 11 cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Maine and, the bar of the U.S. District Court for the District of Maine, it is hereby **ORDERED**, that Brendan O'Neil, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October ___, 2019

_____
UNITED STATES BANKRUPTCY JUDGE

2