**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| *Purdue Pharma L.P., et al.* | Case No. 19-23649-RDD |
| Debtors. | (Joint Administration Pending) |

**MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE,**
**WITH PROPOSED ORDER**

I, Clare E. Connors, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the State of Hawai'i, a creditor in the above-captioned Chapter 11 cases and any related adversary proceedings. *I certify that I am a member in good standing* of the bar in the State of Hawai'i, and the bar of the U.S. District Court for the District of Hawai'i. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Respectfully submitted:

/s/ Clare E. Connors
Clare E. Connors, HI Bar No. 7936
Attorney General
State of Hawai'i
425 Queen Street
Honolulu, HI 96813
Clare.e.connors@hawaii.gov

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 2, 2019, a true and correct copy of this document was served by electronic mail through the Court's CM/ECF system to all parties who are deemed to have consented to electronic service.

 /s/ Clare E. Connors
Clare E. Connors, HI Bar No. 7936
Attorney General
State of Hawai'i
425 Queen Street
Honolulu, HI  96813
Clare.e.connors@hawaii.gov