**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649-rdd<br><br>(Joint Administration Pending) |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*,**
**WITH PROPOSED ORDER**

I, Nicklas A. Akers, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the People of the State of California, a creditor in the above-captioned Chapter 11 cases in the Debtors' chapter 11 cases and any related adversary proceedings. *I certify that I am a member in good standing* of the bar of the State of California, and the bar of the U.S. District Court for the Northern District of California. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

                                                  Respectfully submitted:

                                                  */s/ Nicklas A. Akers*
                                                  Nicklas Akers, Cal. Bar No. 211222
                                                  Senior Assistant Attorney General
                                                  California Department of Justice
                                                  455 Golden Gate Ave., Suite 11000
                                                  San Franicsco, CA 94102
                                                  Tel: 415-510-3364
                                                  nicklas.akers@doj.ca.gov

October 3, 2019

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649-rdd<br><br>(Joint Administration Pending) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Nicklas A. Akers to be admitted, *pro hac vice*, to represent the People of the State of California, (the "Client"), a creditor in the above-captioned Chapter 11 cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, the bar of the U.S. District Court for the Northern District of California, it is hereby **ORDERED**, that Nicklas A. Akers is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October ___, 2019

_____
UNITED STATES BANKRUPTCY JUDGE