UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In Re:                                                    Chapter 11

PURDUE PHARMA L.P., *et al*.                              Case No.  19-23649-RDD
                                                          (Jointly Administered)
                                    Debtors.
--------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned

Chapter 11 cases as counsel for the State of Connecticut, acting by and through its Attorney

General of Connecticut, William Tong, and requests, pursuant to 11 U.S.C. Section 1109(b) and

Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007 and 9010(b) that any and all notices

and papers filed or entered in these cases be delivered to and served upon:

> State of Connecticut
> Office of Attorney General
> 55 Elm Street, P.O. Box 120
> Hartford, CT 06141-0120
> Telephone: (860) 808-5150
> Facsimile:  (860) 808-5385
> Attn: Denise S. Mondell, Assistant Attorney General
> E-Mail: Denise.Mondell@ct.gov

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the

notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules, but also

includes, without imitation, orders and notices of any application, motion, petition, pleading,

request, complaint or demand, whether formal or informal, whether written or oral, whether

transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile

transmission, electronic mail, or otherwise is filed or made with regard to these cases.

PLEASE TAKE FURTHER NOTICE, that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural right including: (1) the sovereignty of the State of Connecticut; (ii) the right to have final orders in noncore matters entered only after *de novo* review by District Court, (iii) the right to trial by jury in any proceeding triable in these cases or any case controversy or proceeding related to these cases, (iv) the right to have the District Court withdraw the reference in any matter subject to mandatory, or discretionary withdrawal, (v) abstention, (vi) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, and (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Hartford, Connecticut
        October 4, 2019

Respectfully Submitted,

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ Denise S. Mondell
    Denise S. Mondell (DM8434)
    Assistant Attorney General
    55 Elm Street, P.O. Box 120
    Hartford, CT  06141-0120
    Tel: (860) 808-5150
    Fax: (860) 808-5389
    E-Mail:  denise.mondell@ct.gov

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on this 4th day of October 2019, a copy of the foregoing Notice of

Appearance and Request for Service of Papers was served through the Court's Electronic Case

Filing System on all parties registered to receive notice by electronic means.


 /s/ Denise S. Mondell_____
Denise S. Mondell (DM8434)
Assistant Attorney General