**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA, L.P., *et al.*, | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Thomas M. Beshere, hereby request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Commonwealth of Virginia, *ex rel.* Mark R. Herring, Attorney General, a creditor in the above referenced bankruptcy cases.

*I certify that I am a member in good standing* of the bar in the Commonwealth of Virginia, and the bars of the United States District Court for the Eastern District of Virginia and the United States District Court for the Western District of Virginia.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Respectfully submitted,

Dated:   October 4, 2019          Commonwealth of Virginia,
         White Plains, New York    *ex rel.* Mark R. Herring, Attorney General

By:   /s/    Thomas M. Beshere
      Thomas M. Beshere (VSB No. 41279)
      Special Assistant Attorney General
      Office of the Attorney General of Virginia
      202 North Ninth Street
      Richmond, Virginia  23219
      Telephone: 804-823-6335
      Fax: 804-225-4378
      E-mail: tbeshere@oag.state.va.us