# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA, L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Application for Admission Pro Hac Vice* has been duly served upon all counsel or parties of record by the Court's ECF Notification System on October 4, 2019.

By: /s/ Thomas M. Beshere
Thomas M. Beshere (VSB No. 41279)
Special Assistant Attorney General
Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, Virginia 23219
Telephone: 804-823-6335
Fax: 804-225-4378
E-mail: tbeshere@oag.state.va.us