**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA, L.P., *et al.*, | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Thomas M. Beshere to be admitted ***pro hac vice*** to represent the Commonwealth of Virginia, *ex rel.* Mark R. Herring, Attorney General, a creditor in the above referenced bankruptcy cases, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Virginia, and the bars of the United States District Court for the Eastern District of Virginia and the United States District Court for the Western District of Virginia, it is hereby

**ORDERED**, that Thomas M. Beshere is admitted to practice, *pro hac vice*, in the above referenced bankruptcy cases to represent the Commonwealth of Virginia in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____  /s/_____
White Plains, New York  Honorable Robert D. Drain
  United States Bankruptcy Judge