**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649-rdd<br><br>(Joint Administration Pending) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE,*
## WITH PROPOSED ORDER

I, Neil F.X. Kelly, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent the State of Rhode Island, a creditor in the above-captioned Chapter 11 cases in the Debtors' chapter 11 cases and any related adversary proceedings. *I certify that I am a member in good standing* of the bar in the State of Rhode Island, and the bar of the U.S. District Court for the State of Rhode Island. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

    Respectfully submitted:

    */s/ Neil F.X. Kelly*
    _____
    Neil F.X. Kelly, Deputy Chief, Civil Division
    Assistant Attorney General
    **RHODE ISLAND OFFICE OF THE**
    **ATTORNEY GENERAL**
    150 South Main Street
    Providence, RI 02903
    Tel: 401-274-4400 ext. 2284
    Fax: 401-222-2995
    nkelly@riag.ri.gov

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 4, 2019, a true and correct copy of this document was served by electronic mail through the Court's CM/ECF system to all parties who are deemed to have consented to electronic service.

*/s/  Neil F.X. Kelly*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br><br>                              Debtors. | Chapter 11<br><br>Case No. 19- 19-23649-rdd<br><br>(Joint Administration Pending) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Neil F.X. Kelly, to be admitted, ***pro hac vice***, to represent the State of Rhode Island, (the "Client"), a creditor in the above-captioned Chapter 11 cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Rhode Island and, the bar of the U.S. District Court for the District of Rhode Island, it is hereby **ORDERED**, that Neil F.X. Kelly, is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October ___, 2019

_____
UNITED STATES BANKRUPTCY JUDGE

3