**BRACEWELL LLP**
Daniel S. Connolly
Robert G. Burns
1251 Avenue of the Americas, 49th Floor
New York, New York 10020-1100
Telephone: (212) 938-6100
Facsimile: (212) 508-6101

*Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears by and through its counsel, Bracewell LLP, and requests, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given and all papers served or required to be served in any one or more of these Cases be also given to and served on:

> BRACEWELL LLP
> Daniel S. Connolly
> Robert G. Burns
> 1251 Avenue of the Americas, 49th Floor
> New York, New York 10020-1100
> Telephone: (212) 938-6100
> Facsimile: (212) 508-6101
> daniel.connolly@bracewell.com
> robert.burns@bracewell.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these Cases.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service of Papers* is neither intended as, nor is it a consent to the jurisdiction of the bankruptcy court nor a waiver of (i) any rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) any rights to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) any rights to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, or defenses which are or may be available under any agreement, in law, or in equity, all of which rights, claims, actions, and defenses, are expressly reserved.

Dated:  New York, New York
       October 4, 2019                        Respectfully submitted,

                                            **BRACEWELL LLP**

                                            By:  */s/ Daniel S. Connolly*
                                                  Daniel S. Connolly
                                                  Robert G. Burns
                                                  1251 Avenue of the Americas, 49th Floor
                                                  New York, New York 10020-1100
                                                  Telephone: (212) 938-6100
                                                  Facsimile:  (212) 508-6101
                                                  daniel.connolly@bracewell.com
                                                  robert.burns@bracewell.com

                                                  *Counsel to Dr. Richard Sackler, Jonathan Sackler,*
                                                  *David Sackler, and Beverly Sackler*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served on the 4th day of October, 2019 on all parties entitled to receive service through the Court's ECF system.

                                           */s/ Daniel S. Connolly*
                                              Daniel S. Connolly