UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In re:**

**Purdue Pharma L.P.,** *et al.*,

Debtors.

Case No.: 19-23649 (RDD)

**(Chapter 11)**

**(Jointly Administered)**

---

**Purdue Pharma L.P.,** *et al.*,

        **Plaintiffs,**
  v.

**Commonwealth of Massachusetts,** *et al.*

        **Defendants.**

Adv. Pro. No. 19-08289 (RDD)

---

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS IN AN ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure[1], New York State Attorney General Letitia James, hereby files this Notice of Appearance and Request For Service of Notices and Pleadings on behalf of the People of the State of New York[2], as a party defendant in the above captioned adversary proceeding ("Proceeding"), and does hereby request that all notices required to be given under Rule 7001, *et seq.* and all papers served or required to be served in this Proceeding, be given to and served upon:

---

[1] Unless otherwise stated, all references to "Rule" shall mean the Federal Rules of Bankruptcy Procedure.
[2] Does not include New York State Agencies, municipalities and quasi-governmental units.

>Muhammad Umair Khan
>Senior Advisor and Special Counsel
>Executive Division
>Office of the New York State Attorney
>General 28 Liberty Street
>New York, New York 10005

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Rule 2002 *et seq.* but also includes, without limitation, notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of reorganization, or any other document brought before this Court with respect to this Proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic transmission or otherwise. The Clerk of the Court is requested to place the names and addresses of counsel as set forth in this Notice on any Master Service List in this Proceeding.

Dated:  October 2, 2019
       New York, New York

>Respectfully submitted,
>Letitia James
>Attorney General of the State of New York
>
>By: /s/ Muhammad Umair Khan
>Senior Advisor and Special Counsel
>Executive Division
>Office of the New York State Attorney
>General 28 Liberty Street
>New York, New York 10005
>Telephone: (212) 416-6685 Email:
>Umair.Khan@ag.ny.gov