**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>　　　　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Fox Swibel Levin & Carroll LLP hereby appears as counsel for Old Republic Insurance Company ("Old Republic") and its affiliated entities pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and requests that copies of any and all notices and papers filed or entered in these cases be given to and served, in accordance with the Court's *Order Establishing Certain Notice, Case Management, and Administrative Procedures* [ECF No. 72], upon the following:

> Suj M. Pandya
> Margaret M. Anderson
> FOX SWIBEL LEVIN & CARROLL LLP
> 200 W. Madison Street, Suite 3000
> Chicago, Illinois  60606
> Telephone:  (312) 224-1200
> Facsimile:  (312) 224-1201
> Email: spandya@foxswibel.com
> 　　　　panderson@foxswibel.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SCV Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand (collectively, the "Filings"), whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopy, or otherwise which affect or seek to affect in any way any rights or interests of Old Republic or its affiliated entities.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance shall not constitute (a) a waiver of the right of Old Republic or its affiliated entities to contest service of any Filing; (b) a waiver of rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (c) a waiver of rights to trial by jury in any proceeding as to any and all matters so triable; (d) a waiver of rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; (e) a waiver of any rights, claims, actions, defenses, setoffs, or recoupments all of which Old Republic and its affiliated entities expressly reserve; or (f) a consent by Old Republic or its affiliated entities to the jurisdiction of the United States Bankruptcy Court for the Southern District of New York with respect to any proceeding commenced in these cases against or otherwise involving Old Republic or its affiliated entities.

| | |
|---|---|
| Dated: October 4, 2019<br>New York, New York | FOX SWIBEL LEVIN & CARROLL LLP<br><br>/s/ Sujal M. Pandya<br>Suj M. Pandya (*pro hac vice* admission pending)<br>Margaret M. Anderson (*pro hac vice* admission pending)<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois  60606<br>Telephone:  (312) 224-1200<br>Facsimile:  (312) 224-1201<br><br>*Counsel for Old Republic Insurance Company and its affiliated entities* |