UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re  *Purdue Pharma L.P., et al.*  Debtors. | Chapter 11  Case No. 19-23649-RDD  (Joint Administration Pending) |

**MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE,
WITH PROPOSED ORDER**

I, Lawrence L. Tong, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the State of Hawaiʻi, a creditor in the above-captioned Chapter 11 cases and any related adversary proceedings.  ***I certify that I am a member in good standing*** of the bar in the State of Hawaiʻi, and the bar of the U.S. District Court for the District of Hawaiʻi.  I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Respectfully submitted:

 /s/ Lawrence L. Tong
Lawrence L. Tong, HI Bar No. 3040
Special Deputy Attorney General
State of Hawaiʻi
425 Queen Street
Honolulu, HI  96813
Clare.e.connors@hawaii.gov

# CERTIFICATE OF SERVICE

The undersigned certifies that on October 7, 2019, a true and correct copy of this document was served by electronic mail through the Court's CM/ECF system to all parties who are deemed to have consented to electronic service.

/s/ Lawrence L. Tong
Lawrence L. Tong, HI Bar No. 3040
Special Deputy Attorney General
State of Hawaiʻi
425 Queen Street
Honolulu, HI  96813
lawrence.l.tong@hawaii.gov