**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| *Purdue Pharma L.P., et al.* | Case No. 19-23649-RDD |
| Debtors. | (Joint Administration Pending) |

**ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE**

Upon the motion of Lawrence L. Tong, to be admitted, *pro hac vice*, to represent the State of Hawaiʻi, a creditor in the above-captioned Chapter 11 cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing in the State of Hawaiʻi, and the bar of the U.S. District Court for the District of Hawaiʻi, it is hereby **ORDERED**, that Lawrence L. Tong, Special Deputy Attorney General of the State of Hawaiʻi, is admitted to practice, *pro hac vice*, in the above referenced cases, to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE