JUDITH R. STARR
General Counsel
CHARLES L. FINKE
Deputy General Counsel
LORI A. BUTLER
Assistant General Counsel
MAI LAN RODGERS
Attorney
PENSION BENEFIT GUARANTY CORPORATION
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel: (202) 326-4000, ext. 3946
Fax: (202) 326-4112
Emails: rodgers.mailan@pbgc.gov *and* efile@pbgc.gov
*Counsels for the Pension Benefit Guaranty Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*,[1] | : | Case No. 19-23649 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*,
BY CREDITOR PENSION BENEFIT GUARANTY CORPORATION
FOR UNITED STATES GOVERNMENT ATTORNEY MAI LAN RODGERS**

I, Mai Lan Rodgers, a member in good standing of the bar of the Commonwealth of Virginia, respectfully request admission, *pro hac vice*, before the Honorable Judge Robert D. Drain, to represent the Pension Benefit Guaranty Corporation ("PBGC"), a creditor in these cases.

The grounds for this motion ("Motion") are as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

The PBGC is a United States Government agency that administers and enforces the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. §§ 1301-1461(2012 & Supp. V 2017) ("ERISA"). Under the Local Rules of the Bankruptcy Court for the Southern District of New York, an attorney in good standing of the bar of any state or of any United States District Court may be permitted to practice in this Court upon motion to the Court, in compliance with Local Rule 2090-1(b).

My mailing address is: Pension Benefit Guaranty Corporation, Office of the General Counsel, 1200 K Street, N.W., Washington, D.C. 20005.

My e-mail address is: rodgers.mailan@pbgc.gov. My telephone number is (202) 326-4000, ext. 3946.

The Pension Benefit Guaranty Corporation is a U.S. Government agency and is therefore exempt from filing fees.

Dated:  October 7, 2019        Respectfully submitted,
        Washington, D.C.

                               /s Mai Lan Rodgers
                               Mai Lan Rodgers
                               Pension Benefit Guaranty Corporation
                               Office of the General Counsel
                               1200 K Street, N.W.
                               Washington, D.C. 20005
                               Telephone: (202) 326-4000, ext. 3946
                               Fax:  (202) 326-4112
                               Emails:  rodgers.mailan@pgbc.gov *and*
                                        efile@pbgc.gov