UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 |
| Debtors. | (Jointly Administered) |

**ORDER ADMITTING UNITED STATES GOVERNMENT ATTORNEY
MAI LAN RODGERS TO PRACTICE PRO HAC VICE**

Upon the Motion of Mai Lan Rodgers to be admitted, *pro hac vice*, to represent the Pension Benefit Guaranty Corporation, a creditor in the above referenced cases, and upon movant's certification that the movant is a member in good standing of the bar of the Commonwealth of the State of Virginia, it is hereby

**ORDERED**, that Mai Lan Rodgers, Esq. is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court for the Southern District of New York. Ms. Rodgers represents the Pension Benefit Guaranty Corporation, a U.S. Government agency, and is therefore exempt from filing fees.

Dated: _____
         _____, New York                    _____
                                                        UNITED STATES BANKRUPTCY JUDGE