JUDITH R. STARR
General Counsel
CHARLES L. FINKE
Deputy General Counsel
LORI A. BUTLER
Assistant General Counsel
MAI LAN RODGERS
Attorney
PENSION BENEFIT GUARANTY CORPORATION
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel: (202) 326-4000, ext. 3946
Fax: (202) 326-4112
Emails: rodgers.mailan@pbgc.gov *and* efile@pbgc.gov
*Counsels for the Pension Benefit Guaranty Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| PURDUE PHARMA L.P., *et al*., | Case No. 19-23649 |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of October, 2019, the Motion for Admission to Practice, Pro Hac Vice, by Creditor Pension Benefit Guaranty Corporation for United States Government Attorney Mai Lan Rodgers was filed electronically through the CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing.

    /s/ Mai Lan Rodgers
    Mai Lan Rodgers