**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            )
**In re**                                                   )          **Chapter 11**
                                                            )
**PURDUE PHARMA L.P.** *et al.*,                            )          **Case No. 19-23649 (RDD)**
                                                            )
          **Debtors.**                                      )          **(Jointly Administered)**
                                                            )
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Sander L. Esserman, request admission *pro hac vice* before the Honorable Robert D. Drain to represent the parties listed on the attached Exhibits A and B in these jointly administered cases and any related adversary proceedings.

I certify that I am a member in good standing of the bar in the State of Texas and the bars of the United States District Court for the Northern District of Texas and the United States District Court for the Southern District of Texas.

I have submitted the filing fee of $200.00 with this motion for my *pro hac vice* admission.

Dated:  October 7, 2019
        Dallas, Texas

                                                          */s/ Sander L. Esserman*
                                                          Sander L. Esserman
                                                          Stutzman, Bromberg, Esserman &
                                                             Plifka, A Professional Corporation
                                                          2323 Bryan Street, Suite 2200
                                                          Dallas, TX  75201
                                                          Telephone:  (214) 969-4900
                                                          Facsimile:  (214) 969-4999
                                                          E-mail:  esserman@sbep-law.com

1

## EXHIBIT A

## The Certain Native American Tribes

1. Bad River Band of Lake Superior Tribe of Chippewa Indians/Bad River Health & Wellness Center
2. Battle Mountain Band of Te-Moak Tribe of Western Shoshone Indians
3. Big Sandy Rancheria of Mono Indians
4. Big Valley Band of Pomo Indians
5. Cahto Tribe of the Laytonville Rancheria
6. Cher-Ae Heights Indian Community of the Trinidad Rancheria
7. Cheyenne & Arapaho Tribes and Clinic
8. Chicken Ranch Rancheria of Me-Wuk Indians
9. Chitimacha Tribe of Louisiana
10. Coyote Valley Band of Pomo Indians
11. Ely Shoshone Tribe of Nevada
12. Ewiiaapaayp Band of Kumeyaay Indians
13. Fallon Paiute-Shoshone Tribe
14. Fond du Lac Band of Superior Chippewa
15. Guidiville Rancheria of California
16. Ho Chunk Nation
17. Hopland Band of Pomo Indians
18. Koi Nation
19. Lac Courte Oreilles Band of Lake Superior
20. Lac du Flambeau Band of Lake Superior Ind.
21. Manchester Band of Pomo Indians
22. Mentasta Traditional Council
23. Pinoleville Pomo Nation
24. Potter Valley Tribe
25. Pueblo of Pojoaque
26. Pyramid Lake Paiute Tribe
27. Red Cliff Band of Lake Superior Chippewas
28. Redwood Valley Tribe
29. Reno-Sparks Indian Colony
30. Resighini Rancheria
31. Robinson Rancheria of Pomo Indians
32. Round Valley Indian Tribes and Round Valley Indian Health Center
33. Scotts Valley Band of Pomo Indians
34. Shinnecock Indian Nation
35. South Fork Band of the Te-Moak Tribe of Western Shoshone Indians
36. St. Croix Chippewa Indians of WI
37. Walker River Paiute Tribe
38. Wampanoag Tribe of Gay Head (Aquinnah)

# EXHIBIT B

## Health Organizations

1. Apollo MD Business Srvs, LLC
2. Baptist Hospital, Inc. (Baptist Hospital, Jay Hospital)
3. Center Point, Inc.
4. Community Based Care of Brevard, Inc. dba Brevard Family Partnership
5. Community Partnership for Children, Inc.
6. Consolidated Tribal Health Project, Inc.
7. El Campo Memorial Hospital and West Wharton County Hospital District
8. Gonzales Healthcare Systems
9. Greenwood Leflore Hospital
10. Howard Center, Inc.
11. J. Paul Jones Hospital
12. Kids First of Florida, Inc.
13. Lakeview Center, Inc.
14. North Mississippi Medical Center, Inc.
15. Ochiltree County Hospital District
16. Odyssey House; Addiction Recovery Resources, Inc.
17. Pearl River County Hospital & Nursing Home
18. Rush Health Systems, Inc.
19. Seattle Indian Health Board
20. Sharkey-Issaquena Hospital
21. South Central Regional Medical Center
22. Westcare Foundation, Inc.

## Municipalities

1. Harrison County, Mississippi
2. Issaquena County, Mississippi
3. Town of Butler, Alabama

## Unions

1. United Food & Commercial Workers Union Local 1995 & Employers Health and Welfare Fund
2. United Food & Commercial Workers Local 1000 Oklahoma Health & Welfare Fund
3. South Central United Food & Commercial Workers Union & Employers Health & Welfare Trust Fund
4. United Food & Commercial Workers Union Local 1529 & Employers Health & Welfare Plan and Trust
5. United Food & Commercial Workers Unions and Employers Health and Welfare Fund - Atlanta