**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            )
**In re**                                                   )    **Chapter 11**
                                                            )
**PURDUE PHARMA L.P.**, *et al.*,                           )    **Case No. 19-23649 (RDD)**
                                                            )
         **Debtors.**                                       )    **(Jointly Administered)**
                                                            )
------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Sander L. Esserman to be admitted, ***pro hac vice***, to represent the parties listed on the Exhibits A and B to the Motion (the "**Clients**") in the referenced jointly administered cases and any related adversary proceedings and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the bars of the United States District Court for the Northern District of Texas and the United States District Court for the Southern District of Texas, it is hereby

**ORDERED** that Sander L. Esserman is admitted to practice, ***pro hac vice***, in the above-referenced cases and any related adversary proceedings to represent the Clients in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2019
       White Plains, New York

                                          _____
                                          UNITED STATES BANKRUPTCY JUDGE