**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>                    **Debtors.** | **Chapter 11**<br><br>**Case No. 19-23649 (RDD)**<br><br>**Jointly Administered** |

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

Upon the motion of Jeremy C. Kleinman (the "Movant") to be admitted, *pro hac vice*, to represent Walgreen Co., Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries (collectively "Walgreens"), in the above-referenced jointly administered chapter 11 cases, and upon the Movant's certification that the Movant is a member in good standing with the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

ORDERED, that Jeremy C. Kleinman, Esq., is admitted to practice, *pro hac vice*, in the above-referenced jointly administered chapter 11 cases to represent Walgreens in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  October 7, 2019
         White Plains, New York

                                        /s/   Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE

{WALGREEN/OPIOD/00057676.DOCX/}