UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PURDUE PHARMA, L.P., et al., | : | Case No. 19-23649 (RDD) |
| Debtors. | : | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE**

Upon the motion of Patricia D. Lazich to be admitted, *pro hac vice*, to represent the Ohio Attorney General in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Ohio and the United States District Court for the Northern District of Ohio, it is hereby

**ORDERED** that Patricia D. Lazich, Esq., is admitted to the practice, *pro hac vice*, in the above referenced cases to represent the Ohio Attorney General in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 7, 2019
White Plains, New York

/s/ Robert D. Drain
HON. ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE