# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **In re:**<br><br>**PURDUE PHARMA L.P., et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michiyo Michelle Burkart, to be admitted, *pro hac vice*, to represent the People of the State of California, a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bars of the Ninth Circuit Court of Appeals and the U.S. District Courts for the Central, Eastern, Northern, and Southern Districts of California, it is hereby

**ORDERED**, that Michiyo Michelle Burkart, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the People of the State of California, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
White Plains, New York

UNITED STATES BANKRUPTCY JUDGE

1