UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re :
PURDUE PHARMA, L.P., et. al
                      Debtors.[1]

Chapter 11
Case No. 19-23649-(RDD)
(Jointly Administered)

## SUBSTITUTION OF COUNSEL

It is hereby consented that Jonathan W. Cuneo, Esq. of CUNEO GILBERT & LADUCA, LLP, with an address at 4725 Wisconsin Avenue, NW, Suite 200 Washington, DC 20016 and 16 Court Street, Suite 1012 Brooklyn, New York 11241 be substituted as attorneys of record for Community Health Systems, Inc. and its affiliates and subsidiaries, Tenet Healthcare Corporation and its affiliates and subsidiaries, and Infirmary Health System, Inc., and its affiliates and subsidiaries which seeks to recover for its own benefit and for a broader class of approximately 384 hospitals on Exhibit A in place and stead of Jay Teitelbaum of Teitelbaum Law Group, LLC.

---

[1] The following cases are jointly administered: In re Purdue Pharma L.P., 19-23649, Purdue Pharma Inc., 19-23648, Purdue Transdermal Technologies L.P., 19-23650, Purdue Pharma Manufacturing L.P., 19-23651 Purdue Pharmaceuticals L.P., 19-23652, Imbrium Therapeutics L.P., 19-23653, Adlon Therapeutics L.P., 19-23654, Greenfield BioVentures L.P., 19-23655, Seven Seas Hill Corp., 19-23656, Ophir Green Corp., 19-23657, Purdue Pharma of Puerto Rico, 19-23658, Avrio Health L.P., 19-23659, Purdue Pharmaceutical Products L.P., 19-23660, Purdue Neuroscience Company, 19-23661. Nayatt Cove Lifescience Inc., 19-23662, Button Land L.P., 19-23663, Rhodes Associates L.P., 19-23666, Paul Land Inc., 19-23664,Quidnick Land L.P., 19-23665, Rhodes Pharmaceuticals L.P., 19-23667, Rhodes Technologies, 19-23668, UDF LP, 19-23669, SVC Pharma LP 19-23670, and SVC Pharma Inc., 19-23671.

Dated: October 7, 2019

**CUNEO GILBERT & LADUCA, LLP**

By: /s/ Jonathan W. Cuneo

Jonathan W. Cuneo, Esq.
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
And
16 Court Street, Suite 1012
Brooklyn, New York 11241
Telephone: (202)789-3960
jonc@cuneolaw.com

**TEITELBAUM LAW GROUP, LLC**

By: /s/ Jay Teitelbaum

Jay Teitelbaum, Esq.
1 Barker Avenue, 3rd Floor
White Plains, New York 10601
Tel: (914) 437-7670
Email: jteitelbaum@tblawllp.com