## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,** | Case No. 19-23649 (RDD) |
| Debtors. | |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Timothy D. Lundgren, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the People of the State of California, a creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of California, and the bars of the United States Supreme Court and the U.S. District Courts for the Central and Southern Districts of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 7, 2019

/s/ Timothy D. Lundgren
Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, California 90013
Tel: (213) 269-6357
Fax: (916) 731-2146

1