# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | ) ) Chapter 11 |
| **PURDUE PHARMA L.P., et al.,** | ) ) Case No. 19-23649 (RDD) |
| **Debtors.** | ) ) ) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Timothy D. Lundgren, to be admitted, ***pro hac vice***, to represent the People of the State of California, a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bars of the United States Supreme Court and the U.S. District Courts for the Central and Southern Districts of California, it is hereby

**ORDERED**, that Timothy D. Lundgren, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the People of the State of California, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 8, 2019      /s/Robert D. Drain_____
    White Plains, New York     UNITED STATES BANKRUPTCY JUDGE

1