Sander L. Esserman (admission *pro hac vice* pending)
Peter C. D'Apice
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, TX  75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999
esserman@sbep-law.com
dapice@sbep-law.com

*Counsel to Certain Native American Tribes, Health Organizations, Municipalities and Unions*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            )
**In re**                                                   )      **Chapter 11**
                                                            )
**PURDUE PHARMA L.P.,** *et al.***,**                       )      **Case No. 19-23649 (RDD)**
                                                            )
        **Debtors.**                                        )      **(Jointly Administered)**
                                                            )
------------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned certifies that on October 7, 2019 true and correct copies of the following documents were served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System to all parties who are deemed to have consented to electronic service and (ii) via email and/or First Class Mail upon the parties set forth on the Master Service List attached.

1. Notice of Appearance and Request for Service of Papers of Sander L. Esserman and Peter C. D'Apice of Stutzaman, Bromberg, Esserman & Plifka, a Professional Corporation [Docket 223]; and

2. Motion for Admission to Practice, Pro Hac Vice, of Sander L. Esserman [Docket 224].

Dated: October 8, 2019

    STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
    A PROFESSIONAL CORPORATION

    By: /s/  *Peter C. D'Apice*

    Sander L. Esserman
    Peter C. D'Apice
    2323 Bryan Street
    Suite 2200
    Dallas, TX  75201
    Telephone:  (214) 969-4900
    Facsimile:  (214) 969-4999
    esserman@sbep-law.com
    dapice@sbep-law.com

    **COUNSEL FOR CERTAIN NATIVE AMERICAN TRIBES,  HEALTH ORGANIZATIONS, MUNICIPALITIES AND UNIONS**