UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>Purdue Pharma L.P. et al.,<br>　　　　　Debtors.[1] | Chapter: 11<br>Case No: 19-23649 (RDD)<br>Jointly Administered |

| | |
|---|---|
| Purdue Pharma L.P. et al.,<br>　　　　　Plaintiffs,<br>v.<br>Commonwealth of Massachusetts, et al. | Adv. Pro. No: 19-08289 |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Jennifer L. Vandermeuse (the "Movant") to be admitted, *pro hac vice,* to represent the State of Wisconsin in the above-captioned cases and all related adversary proceedings, and upon Movant's certification that the Movant is a member in good standing with the bar in the State of Wisconsin and is also admitted to practice before the United States District Court for the Eastern and Western District of Wisconsin and the United States Court of Appeals for the Seventh Circuit, it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**ORDERED,** that Jennifer L. Vandermeuse, Esq. is admitted to practice ***pro hac vice*** in the above referenced cases and all related adversary proceedings to represent the State of Wisconsin, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 7, 2019
      White Plains, New York

                                        /s/ Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE