**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:  PURDUE PHARMA L.P., *et al.*,<br><br>Debtors. | CASE NO. 19-23649 (RDD)<br>Chapter 11<br><br>(Jointly Administered) |
| PURDUE PHARMA, L.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Defendants. | Adversary Proceeding No.<br>19-08289 (RDD) |

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

Upon the motion of Brett T. DeLange, to be admitted, ***pro hac vice***, to represent State of Idaho, Through Attorney General Lawrence G. Wasden (the "Client") in the above-referenced cases and all related adversary proceedings, and it appearing that the movant is a member in good standing of the bar of the U.S. District Court for the District of Idaho, it is hereby

**ORDERED,** that Brett T. DeLange, Esq., is admitted to practice *pro hac vice*, in the above-referenced cases and all related adversary proceedings to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
     October 7, 2019

/s/ Robert D. Drain
HORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE