UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------------------

In re:                                               :        Chapter 11

                                                     :
PURDUE PHARMA L.P., *et al.*,                        :        Case No. 19-23649 (RDD)

                                                     :
                                    Debtors.[1]       :        (Jointly Administered)

---------------------------------------------------------------------------------------------

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of Justin R. Alberto to be admitted to practice, *pro hac vice*, before the Court in the above-referenced chapter 11 cases to represent the Official Committee of Unsecured Creditors, and upon the movant's certification that the movant is a member in good standing of the bar of the of the State of Delaware and is admitted to practice before the United States Court of Appeals for the 3rd Circuit and the United States District Court for the District of Delaware, it is hereby

      **ORDERED**, that Justin R. Alberto, Esq., is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 cases to represent the Official Committee of Unsecured Creditors in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  October 7, 2019
     White Plains, New York

                          /s/ Robert D. Drain
                          THE HONORABLE ROBERT D. DRAIN
                          UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.