**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | CASE NO. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |
| PURDUE PHARMA L.P., *et al.*, | Adv. Proc. No. 19-08289 (RDD) |
| Plaintiffs, | |
| v. | |
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, | |
| Defendants. | |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Patrick F. McTernan to be admitted, ***pro hac vice***, to represent the State of Hawai'i, *ex rel.* Clare E. Connors, Attorney General (the "Client") in the above referenced cases and all related adversary proceedings, and upon movant's certification that the movant is a member in good standing of the bar of the State of Hawai'i, the United States District Court for the District of Hawai'i, and the Ninth Circuit Court of Appeals, it is hereby

**ORDERED**, that Patrick F. McTernan, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases and all related adversary proceedings to represent the Client, in the United States Bankruptcy Court of the Southern District of New York, provided that the filing fee has been paid.

Dated: October 7, 2019
      White Plains, New York             /s/ Robert D. Drain
                                                  UNITED STATES BANKRUPTCY JUDGE