UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No.: 19-23649 (RDD) |
| Debtor(s). | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Fredrick Hill ("**Hill**"), a creditor in the above-captioned case, hereby appears through his undersigned counsel, Kasen & Kasen, P.C. ("**Kasen & Kasen**"), and requests, pursuant to section 1109(b) of Title 11 of the United States Code (the "**Bankruptcy Code**") and rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rule(s)**"), that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon:

Fredrick Hill
c/o Kasen & Kasen, P.C.
Attn: Jenny R. Kasen, Esq.
Society Hill Office Park
1874 E. Marlton Pike, Suite 3
Cherry Hill, NJ 08003
Telephone: (856) 424-4144
Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Bankruptcy Rules but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, filed in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Notices and Papers* shall not be deemed or construed to be a waiver of Hill's rights: (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in the above-captioned case or any case, controversy or proceeding related to the above-captioned case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to assert or exercise any other rights, claims, actions, defenses, setoffs or recoupments to which Hill is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Notices and Papers* does not give express or implied consent by Kasen & Kasen to accept service of process of any action commenced under Bankruptcy Rule 7001, or any filings made in connection therewith.

Dated: October 7, 2019                         KASEN & KASEN, P.C.

/s/ Michael J. Kasen
Michael J. Kasen, Esquire
25 Broadway, 9th Floor
New York, NY 10004
Telephone: (646) 397-6226
Facsimile: (856) 424-7565
E-Mail: mkasen@kasenlaw.com

*Counsel to Fredrick Hill*