**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649-rdd<br><br>(Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE,*
**WITH PROPOSED ORDER**

I, Joanna Lydgate, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent the Commonwealth of Massachusetts, a creditor in the above-captioned Chapter 11 cases in the Debtors' chapter 11 cases and any related adversary proceedings. ***I certify that I am a member in good standing*** of the bar in the Commonwealth of Massachusetts.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

                                          Respectfully submitted:

                                          */s/ Joanna Lydgate*
                                          Joanna Lydgate, Mass. BBO No. 678881
                                          Chief Deputy Attorney General
                                          Office of the Attorney General
                                          One Ashburton Place
                                          Boston, MA 02108
                                          Tel: 617-963-2955
                                          joanna.lydgate@mass.gov

October 8, 2019

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of their federal tax identification number, as applicable, are Purdue Pharma Manufacturing L.P. (3821), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies K.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (6166), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143). UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The debtors' principal offices are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on October 8, 2019, a true and correct copy of this document was served by electronic mail through the Court's CM/ECF system to all parties who are deemed to have consented to electronic service.

                                    */s/ Joanna Lydgate*
                                    Joanna Lydgate, Mass. BBO No. 678881
                                    Chief Deputy Attorney General
                                    Office of the Attorney General
                                    One Ashburton Place
                                    Boston, MA 02108
                                    Tel: 617-963-2955
                                    joanna.lydgate@mass.gov