October 1, 2019

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 OCT -3  P 12: 42

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am also speaking for my family and thousands of families across the state of Massachusetts. I formed a support network 15 years ago when my son at 18 years of age was introduced to OxyContin by a then local "pain patient" who was selling his prescriptions and sharing it with the community. By the grace of God my son is alive today but he almost lost his life on many occasions.

Today there are 25 meetings every week in 12 out of 14 counties of our state packed with family members who have been traumatized for years by the reckless greed of Purdue Pharma and the Sackler family.

Thousands are grieving their children or loved ones and there are more and more deaths every month. We have to pass out Narcan and train people on how to use it to reverse overdoses. We have to help them navigate the broken treatment system, and be there to support each other when the people we love die. I lost count over the last 15 years on how many funerals I have attended. Then I had to plan one myself for my niece last year.

Purdue Pharma and the Sackler family need to be held accountable. Millions of families are longing for justice. We bury people as they live lavish lifestyles.

Families deserve to know the truth regarding what Purdue and the Sacklers have been doing for far too many years. If the court stops these cases then there is no justice. Billionaires abusing the system to escape accountability is wrong. The death and destruction of families and communities will continue. We need your help to stop this and let justice prevail.

The settlement is funded by years of continued sales of OxyContin in the United States and abroad, which will only cause more harm. Purdue should be shut down. The Sacklers will continue to live in their wealth as we continue to bury people. The settlement does not require the Sacklers to pay back any of the billions they pocketed from OxyContin.

We have watched parents lose children, children lose parents, spouses lose spouses and families lose more than one child. Purdue Pharma set the tone, they opened the flood gates and reap the financial benefits with no regard for human lives while we bury family members.

Please think of the families and the loss of life. In Richard Sackler's own words, "We need to hammer them in every way possible." This most certainly would be exactly that, it would be the final blow.

There has been no accountability and no justice. We need the truth and we need to have faith our judicial system will fight for us.

Sincerely,

Joanne Peterson
Founder, Executive Director
Learn to Cope