

## CITY OF BOSTON • MASSACHUSETTS

OFFICE OF THE MAYOR  
**MARTIN J. WALSH**

October 3, 2019

The Honorable Robert Drain  
United States Bankruptcy Judge  
United States Bankruptcy Court  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601-4140

Re:   *In re Purdue Pharma L.P., et al.*  
          Case No. 19-23649 (RDD)

Dear Judge Drain:

As Mayor of the City of Boston, Massachusetts, I strongly urge you to reject the settlement offer of Purdue Pharma and the Sackler family, and to express my support of Massachusetts Attorney General Maura Healey in opposing a nationwide injunction that would stay any lawsuits against Purdue Pharma and the Sacklers.

Like many cities, Boston has been hit hard by the opioid crisis - a crisis in no small part brought on by the marketing and promotion of opioids by Purdue Pharma. The costs to the City's Public Health Commission, public schools, law enforcement, and social safety network, have been immense. Boston is the largest city in New England, and has the most comprehensive network of social services in the region. For this reason, many people seeking help are drawn to Boston to take advantage of the assistance the City is able to give. Consequently, Boston proportionally bears a great burden in dealing with the opioid crisis. Specifically:

- Between 2010 and 2016, an average of 457mg of oxycodone was dispersed to Boston residents. This is twice as high as the average for the Commonwealth of Massachusetts and three times as high as the national average.
- The Boston Fire Department administered Narcan 401 times to counteract overdoses in 2014. This almost tripled to 1,182 in 2017. The same time period saw a similar increase of the administration of Narcan by Boston Emergency Medical Services.
- In 2012, Boston Emergency Medical Services responded to 1,381 narcotic-related illness calls. This increased to 3,604 in 2017.
- The Boston Public Library has been impacted as well. Library staff has found drug paraphernalia in its restrooms. From July 1, 2016 through June 30, 2018 there were 3 fatal overdoses and 18 non-fatal overdoses in the City's public libraries.

PRINTED ON RECYCLED PAPER 

- City parks have been the sites of several overdoses.
- The rates of newborns in Boston hospitals with neonatal opioid withdrawal syndrome (NOWS) have risen steadily from 6.2 babies per 1,000 live births in 2010 to 8.5 babies per 1,000 live births in 2015. The burdens that these children face at birth will be borne throughout their lives.

Briefly, the position of the City of Boston is as follows:

1. The evidence shows that the opioid crisis began largely because of Purdue's aggressive, deceptive, and illegal promotion of opioids in order to significantly increase the sales of OxyContin and generate billions of dollars in revenue for the Sacklers.

2. The City agrees with Attorney General Healey's opposition to the Purdue settlement because neither Purdue nor the Sacklers have admitted or acknowledged their wrongdoing in fueling the opioid crisis.

3. The proposed settlement does not hold Purdue or the Sacklers accountable. The Sacklers are not contributing any personal funds towards the settlement, though they personally made billions of dollars off of the sale of OxyContin. Instead, they propose to fund the settlement from future sales of OxyContin.

4. There is not enough transparency regarding how the settlement will be funded, beyond the $3 billion that has been guaranteed. Purdue or the Sackler family should personally guarantee the remaining amount of the proposed settlement, instead of making the litigants who are struggling with the effects of their wrongdoing wait for the sale of their international pharmaceutical businesses, which may or may not provide sufficient funding for the settlement.

Justice requires that the Sacklers be held accountable for their unconscionable promotion of and profiting from the sale of dangerous substances. Attorney General Healey has called for the Sackler family to pay for their misdeeds with the money they have made from their profiteering. I am firmly in support of her rejection of the proposed settlement and her opposition to the nationwide injunction.

Very truly yours,

Martin J. Walsh
Mayor