

Massachusetts Organization for Addiction Recovery
**MOAR**

October 1, 2019

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I, as **MOAR** Executive Director, am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

The **MOAR** Mission is to organize "recovering individuals, families and friends into a collective voice to educate the public about the value of recovery from alcohol and other addictions".

**MOAR** supports our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. Purdue Pharma made and makes Oxycontin. This prescription was 'sales forced' to healthcare providers as a way to prevent pain for end stage cancer. Instead it destroyed the lives of people, who had no opportunity to fulfill their lives. Our members have been screaming with pain about how the owners of Purdue, The Sackler family has never shared remorse about their wrong doing. Not only should we **not** settle, the courts should go after Purdue – the company- and the Sacklers' to pay back the billions they pocketed from OxyContin.

We are asking you to hold Purdue Pharma and the Sacklers' accountable. Supporting the Sacklers' with honoring their claim for bankruptcy and settlement would demonstrate a lack of honor on the part of the judicial system.

These cases must continue until the judicial system sets up the bar to stop Purdue or any other pharmaceutical company to ever create, sell, advertise, or profit from the making of a "medicine", whose addictive and poisonous nature can profit from lost lives devastating their survivors!   Thank you for taking this to the heart of the law.

Sincerely yours,

*[signature]*

Maryanne Frangules
**MOAR** Executive Director

---

**MOAR**  |  105 Chauncy St.
6th Floor
Boston, MA 02111  |  PHONE (617) 423-6627
FAX (617) 423-6626
E-MAIL Maryanne@moar-recovery.org
WEB SITE www.moar-recovery.org