**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649-rdd<br><br>(Joint Administration Pending) |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE,***
**WITH PROPOSED ORDER**

I, James T. Boffetti, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent the State of New Hampshire, a creditor in the above-captioned Chapter 11 cases in the Debtors' chapter 11 cases and any related adversary proceedings. I am an Associate Attorney General with the New Hampshire Department of Justice, received my J.D. from the University of Maine School of Law and was admitted to the bar on October 22, 1993. ***I certify that I am a member in good standing*** of the bar in the State of New Hampshire, and the bar of the U.S. District Court for the District of New Hampshire. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission, along with a Certificate of Good Standing issued by the New Hampshire Supreme Court.

                                                  Respectfully submitted:

                                                  */s/ James T. Boffetti*
                                                  James T. Boffetti, NH. No. 9948
                                                  Associate Attorney General
                                                  Office of the Attorney General
                                                  33 Capitol Street
                                                  Concord, NH 03301
                                                  Tel: 603-271-0302
                                                  James.boffetti@doj.nh.gov

October 9, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2019, a copy of the foregoing Motion for Admission *Pro Hac Vice* was duly served upon counsel or parties of record by the Court's CM/ECF Notification system.

Respectfully submitted:

*/s/ James T. Boffetti*
James T. Boffetti, NH. No. 9948

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649-rdd<br><br>(Joint Administration Pending) |

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

Upon the motion of James T. Boffetti, to be admitted, ***pro hac vice***, to represent the State of New Hampshire, (the "Client"), a creditor in the above-captioned Chapter 11 cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New Hampshire and, the bar of the U.S. District Court for the District of New Hampshire, it is hereby **ORDERED**, that James T. Boffetti, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October_____, 2019

_____
UNITED STATES BANKRUPTCY JUDGE