# The State of New Hampshire
# Supreme Court

## Certificate of Good Standing

*This is to certify that*

### James T. Boffetti

*having been found qualified for admission to the bar, in accordance with the Rules of Court, and having subscribed and taken the oaths required by law on,*

*October 22, 1993,*

*was admitted to practice as an Attorney in the Courts of this State, and, on this date, is on active status and in good standing according to the records of this Court.*



*In Testimony Whereof, I have hereunto set my hand, and affixed the seal of said Court, this 7th day of October, 2019.*


, Clerk

## ATTORNEY GENERAL

## DEPARTMENT OF JUSTICE

33 CAPITOL STREET
CONCORD, NEW HAMPSHIRE 03301-6397

GORDON J. MACDONALD
ATTORNEY GENERAL

JANE E. YOUNG
DEPUTY ATTORNEY GENERAL

October 4, 2019

United States Bankruptcy Court
Southern District of New York

      Re:    Request for *Pro Hac Vice* Admission

Dear Sir/Madam:

    James T. Boffetti, NH Bar No. 9948, is an Associate Attorney General and a lawyer in good standing with the New Hampshire Bar. He is seeking *pro hac vice* admission on behalf of the State of New Hampshire, Office of the Attorney General, in the matter of *In re: Purdue Pharma, L.P. et al.*, Case No. 19-23649.

      Sincerely,

      Jane E. Young
      Deputy Attorney General