# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,** | Case No. 19-23649 (RDD) |
| Debtors. | |
| **PURDUE PHARMA L.P., et. al.,** | |
| Plaintiffs, | Adv. Pro. No. 19-08289 (RDD) |
| v. | |
| **COMMONWEALTH OF MASSACHUSETTS, et. al.,** | |
| Defendants. | |

## APPEARANCE OF COUNSEL

To:   The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the People of the State of California.

By filing this appearance, the People of the State of California do not submit voluntarily, or otherwise, to the jurisdiction of this Court. *See, e.g. In re Feldman*, 309 B.R. 422, (Bankr. E.D.N.Y. 2004).

Dated:   Oct. 9, 2019

/s/ Judith A. Fiorentini
Supervising Deputy Attorney General
California Department of Justice
600 West Broadway, Suite 1800
San Diego, California 92101
Tel:  (619) 738-9343
Fax:  (619) 645-2271

**CERTIFICATE OF SERVICE**

I certify that on October 9, 2019, I caused a copy of the foregoing Appearance of Counsel to be filed electronically and that this document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will e served by the CM/ECF system.

/s/ Judith A. Fiorentini
Judith A. Fiorentini