

# MASSACHUSETTS AFL-CIO

PRESIDENT  
Steve A. Tolman

SECRETARY/TREASURER  
Louis A. Mandarini, Jr.

October 1, 2019

Honorable Robert Drain  
United States Bankruptcy Judge  
United States Bankruptcy Court  
Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601-4140

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

The heart ache and devastation that Purdue Pharma has imposed on communities and families across our country is immeasurable. This company knew that they were pumping highly addictive and incredibly dangerous drugs into our streets – yet they continued to put profits ahead of human life. Justice has been delayed and denied for far too long already.

Purdue Pharma is responsible for an epidemic that has brought suffering into nearly every American family. Our public health systems are still struggling to come up with long-term care solutions to help those in recovery, to help the babies born addicted or to addicted parents who are unable to care for them, and for effective ways to educate the public at-large on the dangers of these drugs. We are still deep in the throes of the tragedy Purdue has created – allowing Purdue to cut a deal is simply inappropriate and unacceptable.

I am proud to have worked tirelessly to combat the epidemic created by Purdue as a State Senator, chairing the Senate Committee on Mental Health and Substance Abuse, and now as President of the Massachusetts AFL-CIO. Please do not hesitate to call me with any questions. Thank you for your public service.

In Regards,

Steven A. Tolman  
President

389 Main Street ○ Malden, Massachusetts 02148 ○ 781-324-8230 ○ Fax 781-324-8225 ○ www.massaflcio.org