October 3, 2019

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

    I am writing in support of the twenty-five attorney generals who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

    I lost my only son, Eddie, in 2001 after he took an OxyContin at a party with his friends.

    I immediately went on my local news channels and started a website to warn about this dangerous NEW drug that kids were starting to experiment with.

    I started a website to warn about the the dangers of abusing oxycontin and was befriended by Purdue Pharma and invited to visit their headquarters in Stamford, Connecticut.

    On my visit I notified them that over 50% of the death and addiction emails I was receiving through my website were from actual patients. Their response was that these patients must have abused the drug as less than 1% of patients get addicted (a lie).

    I realized then, and it was later confirmed, that this company was selling a highly addictive drug which was one molecule away from heroin and has a faulty time release. They had a plan to blame any deaths or addictions on the actual victims and they did just that.

    Six years after Eddie's death, I was honored to speak at the 2007 sentencing of Purdue Pharma's three top officers in Virginia which was only a moral victory as no jail time was given.

    We did not know then how involved the Sacklers were in the running of this corrupt and immoral company which followed a devious plan to sell as much OxyContin as possible - no matter how many lives would be lost.

Honorable Robert Drain                          Page 2                          October 3, 2019
United States Bankruptcy Judge
United States Bankruptcy Court
Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

    Purdue Pharma used to brag in the press that they had over 200 lawsuits dismissed and would NEVER settle a case. Purdue soon abandoned this strategy as cases mounted and would pay a small fraction of their profits to get all evidence sealed.

    Now it is also a known fact that they planned for this bankruptcy and moved profits offshore to limit their liability and obligations to all the victims and states.

    The fact that the proposed settlement is funded by the continued sales of OxyContin will only cause more patients to get addicted and die. This scheme is reason enough not to approve this settlement.

    Purdue's scheme should not shield the Sacklers from their obligations, and any profits attributed to the past sales of OxyContin should be recouped if there is any form of justice.

                                         Respectfully,

                                         Edward J. Bisch
                                         (Eddie's Dad)
                                         166 East Country Club Drive
                                         Westampton, NJ 08060