UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | ) |
| | )    Chapter 11 |
| **PURDUE PHARMA, L.P.,** *et al.*,[1] | ) |
| | )    Case No. 19-23649 (RDD) |
| **Debtors.** | ) |
| | )    (Joint Administration Pending) |

### ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the motion of Leslie A. Eaton, to be admitted, ***pro hac vice***, to represent the Attorney General, State of Colorado ("Colorado"), as a party in interest in the above-referenced bankruptcy cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Colorado and the bar of United States District Court for the District of Colorado, it is hereby

**ORDERED** that Leslie A. Eaton, Esq., is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy cases to represent Colorado in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, New York

/s/_____
HON. ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.