DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut

*Proposed Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

<u>**AMENDED**[2] **AGENDA FOR SECOND DAY HEARING**</u>

Time and Date of Hearing:  October 10, 2019 at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:  The Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Copies of Motions:  A copy of each pleading can be viewed on the Court's website at
http://www.nysb.uscourts.gov and the website of the Debtors'
proposed notice and claims agent, Prime Clerk LLC at
https://restructuring.primeclerk.com/purduepharma.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] **Amended items appear in bold.**

## I.    Contested Matters Going Forward

1.    ***Wages Motion***.  Motion of Debtors for Entry of an Order Authorizing (I) Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 6]

Objection Deadline: October 3, 2019 at 4:00 p.m. (prevailing Eastern Time) (for all parties other than the Official Committee of Unsecured Creditors and the Ad Hoc Committee[3]).

Responses Received:

A.    Objection of the United States Trustee to Motion of Debtors for Entry of Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 134]

B.    Nevada Counties And Municipalities' Joinder to the Objection of the United States Trustee to Motion of Debtors for Entry of Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 190]

C.    The Commonwealth of Pennsylvania's Joinder to the Objection of the United States Trustee to Motion of Debtors for Entry of Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial

---

[3] The "**Ad Hoc Committee**" refers to the ad hoc committee of governmental and other contingent litigation claimants represented by Kramer Levin Naftalis & Frankel LLP, Brown Rudnick LLP, Gilbert LLP and Otterbourg P.C. (notice of appearance filed at Docket No. 147)

Institutions to Honor and Process Related Checks and Transfers [Docket No. 196]

D.  Joinder/Objection by the Ad Hoc Group of Non-Consenting States to Motion of Debtors for Entry of Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims And (III) Financial Institutions to Honor and Process Related Checks And Transfers [Docket No. 197]

E.  Joinder of the State of Arizona to the Objection of the United States Trustee to Motion of Debtors for Entry of Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 201]

F.  Letter of Linda A. Lacewell, Superintendent of New York State Department of Financial Services Re: Requested Payments to Purdue Pharma Employees [Docket No. 99]

G.  Letter of Dan Colucci Regarding Severance for Former Purdue Pharma L.P. Employees [Docket No. 103]

H.  The Debtors have received informal responses from American Express National Bank, American Express Travel Related Services Company, Inc. and their affiliates, the Official Committee of Unsecured Creditors and the Ad Hoc Committee.

Related Documents:

A.  Interim Order Authorizing (I) Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 62]

B.  Notice of Filing of Revised Proposed Final Order Authorizing (I) Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II)

3

Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 256]

**C. Debtors' Omnibus Reply in Support of Motion of Debtors for Entry of an Order Authorizing (I) Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 235]**

**D. Supplemental Declaration of Jon Lowne in Support of the Motion of Debtors for Entry of an Order Authorizing (I) Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 236]**

Status: This matter is going forward on a contested basis.

## II.   Uncontested Matters Going Forward

2.   ***Taxes and Fees Motion***.   Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Pay Certain Prepetition Taxes, Governmental Assessments and Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 8]

Objection Deadline: October 3, 2019 at 4:00 p.m. (prevailing Eastern Time); extended to October 8, 2019 for the Official Committee of Unsecured Creditors and the Ad Hoc Committee

Responses Received:

A. The Debtors have received informal responses from the U.S. Trustee, the Official Committee of Unsecured Creditors, and the Ad Hoc Committee.

Related Documents:

A. Interim Order Authorizing (I) Debtors to Pay Certain Prepetition Taxes, Governmental Assessments and Fees and (II) Financial

4

Institutions to Honor and Process Related Checks and Transfers [Docket No. 65]

B. Notice of Filing of Revised Proposed Final Order Authorizing (I) Debtors to Pay Certain Prepetition Taxes, Governmental Assessments and Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 252]

Status: This matter is going forward on an uncontested basis.

3.  ***Insurance Motion***.  Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Continue and Renew their Liability, Property, Casualty and Other Insurance Policies and Honor All Obligations in Respect Thereof and (II) Financial Institutions to Honor and process Related Checks and Transfers [Docket No. 10]

Objection Deadline: October 3, 2019 at 4:00 p.m. (prevailing Eastern Time); extended to October 8, 2019 for the Official Committee of Unsecured Creditors and the Ad Hoc Committee

Responses Received:

A. The Debtors have received informal responses from Chubb Insurance Companies, Old Republic Insurance Company, the U.S. Trustee, the Official Committee of Unsecured Creditors, and the Ad Hoc Committee.

Related Documents:

A. Interim Order Authorizing (I) the Debtors to Continue and Renew Their Liability, Property, Casualty and Other Insurance Policies and Honor All Obligations in Respect Thereof and (II) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 66]

B. Notice of Filing of Revised Proposed Final Order Authorizing (I) the Debtors to Continue and Renew Their Liability, Property, Casualty and Other Insurance Policies and Honor All Obligations in Respect Thereof and (II) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 253]

Status: This matter is going forward on an uncontested basis.

4.  ***Surety Bonds Motion***.  Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Continue and Renew Surety Bond Program [Docket No. 12]

5

Objection Deadline: October 3, 2019 at 4:00 p.m. (prevailing Eastern Time); extended to October 8, 2019 for the Official Committee of Unsecured Creditors and the Ad Hoc Committee

Responses Received:

A. The Debtors have received informal responses from Westchester Fire Insurance Company and its affiliated sureties, the U.S. Trustee, the Official Committee of Unsecured Creditors, and the Ad Hoc Committee.

Related Documents:

A. Interim Order Authorizing Debtors to Continue and Renew Surety Bond Program [Docket No. 68]

B. Notice of Filing of Revised Proposed Final Order Authorizing Debtors to Continue and Renew Surety Bond Program [Docket No. 254]

Status: This matter is going forward on an uncontested basis.

5.   ***Utilities Motion***.  Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Deeming Utility Companies Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [Docket No. 7]

Objection Deadline: October 3, 2019 at 4:00 p.m. (prevailing Eastern Time); extended to October 8, 2019 for the Official Committee of Unsecured Creditors and the Ad Hoc Committee

Responses Received:

A. The Debtors have received informal responses from the U.S. Trustee, the Official Committee of Unsecured Creditors, and the Ad Hoc Committee.

Related Documents:

A. Interim Order (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [Docket No. 64]

B. Notice of Filing of Revised Proposed Final Order (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II)

Deeming Utilities Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [Docket No. 250]

Status: This matter is going forward on an uncontested basis.

6.   *Customer Programs Motion*. Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Honor Prepetition Obligations to Customers and Related Third Parties and to Otherwise Continue Customer Programs (II) Relief from Stay to Permit Setoff in Connection with the Customer Programs and (III) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 11]

Objection Deadline: October 3, 2019 at 4:00 p.m. (prevailing Eastern Time); extended to October 8, 2019 for the Official Committee of Unsecured Creditors and the Ad Hoc Committee

Responses Received:

A. The Debtors have received informal responses from the U.S. Trustee, the Official Committee of Unsecured Creditors, and the Ad Hoc Committee.

Related Documents:

A. Interim Order Authorizing (I) Debtors to Honor Prepetition Obligations to Customers and Related Third Parties and to Otherwise Continue Customer Programs (II) Relief from Stay to Permit Setoff in Connection with the Customer Programs and (III) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 67]

B. Notice of Filing of Revised Proposed Final Order Authorizing (I) Debtors to Honor Prepetition Obligations to Customers and Related Third Parties and to Otherwise Continue Customer Programs (II) Relief from Stay to Permit Setoff in Connection with the Customer Programs and (III) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 251]

Status: This matter is going forward on an uncontested basis.

7.   *Critical Vendors Motion*. Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Payment of Certain Prepetition Claims of Critical Vendors and (II) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 9]

Objection Deadline: October 3, 2019 at 4:00 p.m. (prevailing Eastern Time); extended to October 8, 2019 for the Official Committee of Unsecured Creditors and the Ad Hoc Committee

Responses Received:

A. The Debtors have received informal responses from LTS Lohmann Therapy Systems Corp., the U.S. Trustee, the Official Committee of Unsecured Creditors, and the Ad Hoc Committee.

Related Documents:

A. Interim Order Authorizing (I) Payment of Certain Prepetition Claims of Critical Vendors and (II) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 63]

B. Notice of Filing of Revised Proposed Final Order Authorizing (I) Payment of Certain Prepetition Claims of Critical Vendors and (II) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 255]

Status: This matter is going forward on an uncontested basis.

## III.   Adjourned Matters

8. ***Cash Management Motion***.  Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Continue to Use Existing Cash Management Systems and Maintain Existing Bank Accounts and Business Forms and (II) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 5]

Objection Deadline: October 3, 2019 at 4:00 p.m. (prevailing Eastern Time); extended to October 8, 2019 for the Official Committee of Unsecured Creditors and the Ad Hoc Committee

Responses Received:

A. Objection of the United States Trustee to Motion of Debtors for Entry of Final Order Authorizing (I) Debtors to Continue Using Existing Cash Management Systems and Maintain Existing Bank Accounts and Business Forms and (II) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 206]

B. The Debtors have received informal responses from the U.S. Trustee, the Official Committee of Unsecured Creditors, and the Ad Hoc Committee.

8

Related Documents:

A. Interim Order Authorizing (I) Debtors to Continue to Use Existing Cash Management Systems and Maintain Existing Bank Accounts and Business Forms and (II) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 61]

Status: This matter is being adjourned to the hearing scheduled for November 6, 2019 at 10:00 a.m.

9.    ***Ordinary Course Professionals***.  Motion of Debtors for Authority to Employ Professionals Used in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date [Docket No. 128]

Objection Deadline: October 3, 2019 at 4:00 p.m. (prevailing Eastern Time); extended to November 12, 2019 at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors and the Ad Hoc Committee

Responses Filed: None

Related Documents: None

Status: This matter is being adjourned to the omnibus hearing scheduled for November 19, 2019 at 10:00 a.m.

Dated:    October 9, 2019
          New York, New York

                                    DAVIS POLK & WARDWELL LLP

                                    By:   /s/ *Eli J. Vonnegut*

                                    450 Lexington Avenue
                                    New York, New York 10017
                                    Telephone: (212) 450-4000
                                    Facsimile:  (212) 701-5800
                                    Marshall S. Huebner
                                    Benjamin S. Kaminetzky
                                    Timothy Graulich
                                    Eli J. Vonnegut

                                    *Proposed Counsel to the Debtors*
                                    *and Debtors in Possession*