**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| *Purdue Pharma L.P., et al.* | Case No. 19- 19-23649-rdd |
| | (Joint Administration Pending) |
| Debtors. | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*,**
**WITH PROPOSED ORDER**

I, Andrea Law, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the State of Illinois, a creditor in the above-captioned Chapter 11 cases in the Debtors' chapter 11 cases and any related adversary proceedings. *I certify that I am a member in good standing* of the bar in the State of Illinois, and the bar of the U.S. District Court for the State of Illinois. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

        Respectfully submitted:

        */s/ Andrea Law*
        Andrea Law, Illinois Bar #6297499
        Assistant Attorney General
        Office of the Illinois Attorney General
        100 W. Randolph St.
        Chicago, IL 60601
        Tel: 312-814-5018
        alaw@atg.state.il.us

October 9, 2019

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 9, 2019, a true and correct copy of this document was served by electronic mail through the Court's CM/ECF system to all parties who are deemed to have consented to electronic service.

*/s/ Andrea Law*
Andrea Law, Illinois Bar #6297499
Assistant Attorney General
Consumer Fraud Bureau
Office of the Illinois Attorney General
100 W. Randolph St.
Chicago, IL 60601
Tel: 312-814-5018
alaw@atg.state.il.us