# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| Debtors. | : | |
| | : | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Gregory D. Willard, counsel to the Attorney General of the State of Missouri, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent the State of Missouri, by its Attorney General Eric S. Schmitt, a creditor in the above referenced cases.

***I certify that I am a member in good standing*** of the bar in the State of Missouri, and I am also admitted to practice before the United States District Court for the Eastern District of Missouri, the Eighth Circuit Court of Appeals, and the United States Supreme Court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 8, 2019

                          Respectfully submitted,

                          /s/ Gregory D. Willard
                          GREGORY D. WILLARD
                          Missouri Bar No. 30192

                          c/o Doster, Ullom & Boyle, LLC
                          16090 Swingley Ridge Road
                          Suite 620
                          St. Louis, Missouri 63017
                          636-532-0042
                          636-532-1082 (fax)
                          GWillard@dubllc.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.,* | : | Case No. 19-23649 (RDD) |
| Debtors. | : | |
| | : | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Gregory D. Willard ("the Movant"), to be admitted, *pro hac vice,* to represent the State of Missouri, and upon Movant's certification that the Movant is a member in good standing with the bar in the State of Missouri, and is also admitted to practice before, the United States District Court for the Eastern District of Missouri and the United States Supreme Court, it is hereby:

**ORDERED,** that Gregory D. Willard is admitted to practice ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2019
White Plains, New York

_____
UNITED STATES BANKRUPTCY JUDGE