| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | GILBERT LLP |
| Kenneth H. Eckstein | Scott D. Gilbert |
| David E. Blabey Jr. | Craig Litherland |
| Rachael Ringer | Kami E. Quinn |
| 1177 Avenue of the Americas | 100 New York Ave, NW, Suite 700 |
| New York, NY 10036 | Washington, D.C. 20005 |
| Telephone: (212) 715-9100 | Telephone: (202) 772-2200 |
| | |
| BROWN RUDNICK LLP | OTTERBOURG P.C. |
| David J. Molton | Melanie L. Cyganowski |
| Steven D. Pohl | Jennifer S. Feeney |
| 7 Times Square | 230 Park Avenue |
| New York, NY 10036 | New York, NY 10169 |
| Telephone: (212) 209-4800 | Telephone: (212) 661-9100 |

*Attorneys for the Ad Hoc Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
: 
In re: : Chapter 11
: 
PURDUE PHARMA L.P., *et al.*, : Case No. 19-23649 (RDD)
: 
             Debtors. : (Jointly Administered)
: 
--------------------------------------------------------------- X

**VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), Kramer Levin Naftalis & Frankel LLP ("***Kramer Levin***"), Brown Rudnick LLP ("***Brown Rudnick***"), Gilbert LLP ("***Gilbert***") and Otterbourg P.C. ("***Otterbourg***") (together, "***Ad Hoc Committee Counsel***"), counsel to the Ad Hoc Committee (as defined herein), hereby submit this verified statement ("***Verified Statement***") in the chapter 11 cases of the above-captioned debtors (collectively, the "***Debtors***" and the "***Bankruptcy Cases***"), and in support thereof state as follows:

    1.    The ad hoc committee of governmental and other contingent litigation claimants (collectively the "***Ad Hoc Committee***") was initially formed on September 15, 2019 (as amended

from time-to-time), and retained Ad Hoc Committee Counsel[1] to represent the Ad Hoc Committee in connection with the Bankruptcy Cases. The Ad Hoc Committee currently consists of the parties-in-interest set forth on **Exhibit A** (each an "***Ad Hoc Committee Member***"). As disclosed on **Exhibit A**, each Ad Hoc Committee Member, a party-in-interest, holds claims and interests against the Debtors that may include, but are not necessarily limited to, unsecured claims, and administrative claims in unliquidated amounts. Members of the Ad Hoc Committee have filed complaints against the Debtors collectively asserting billions of dollars in damages. The members of the Ad Hoc Committee negotiated and support a settlement structure with the Debtors and their equity shareholders, on behalf of a larger group of supporting governmental and other contingent litigation claimants. Collectively, this larger group of creditors comprise over half the population of the country, holding substantial claims against the Debtors' estates.

2. Nothing contained in this Verified Statement (or Exhibit A hereto) is intended to, nor should be construed to, constitute: (a) a waiver or release of any claims filed or to be filed against, or interests in, the Debtors held by any Ad Hoc Committee Member or any other entity, (b) a waiver of the sovereignty of any State or Indian tribe that may be a member of the Ad Hoc Committee, or (c) an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of any Ad Hoc Committee Member to assert, file and/or amend any proof of claim in accordance with applicable law and any Orders entered in these Bankruptcy Cases.

---

[1] In addition to serving as co-counsel to the Ad Hoc Committee, each of the Ad Hoc Committee Counsel represents one or more creditors or parties-in-interest in the Bankruptcy Cases and adversary proceedings, including Ad Hoc Committee Members in such members' independent capacities as creditors or parties-in-interest in the Chapter 11 Cases.

3. Other than as discussed herein, the Ad Hoc Committee Members and the Ad Hoc Committee do not purport to act, represent, or speak on behalf of any other entities in connection with the Bankruptcy Cases.

4. The undersigned declares under penalty of perjury that this Verified Statement is true and accurate to the best of his knowledge, information and belief.

5. Ad Hoc Committee Counsel reserve the right to amend or supplement this Verified Statement as necessary, in accordance with Bankruptcy Rule 2019.

Dated: October 10, 2019
New York, New York

/s/ *Kenneth H. Eckstein*
Kenneth H. Eckstein
Rachael Ringer
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9100
Facsimile:  212-715-8000
Email: keckstein@kramerlevin.com
         rringer@kramerlevin.com

David J. Molton
Steven D. Pohl (admitted *pro hac vice*)
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: dmolton@brownrudnick.com
          spohl@brownrudnick.com

Scott D. Gilbert (admitted *pro hac vice*)
Craig Litherland (admitted *pro hac vice*)
Kami E. Quinn (admitted *pro hac vice*)
GILBERT LLP
1100 New York Ave, NW, Suite 700
Washington, DC 20005
Telephone: (202) 772-2200
E-mail: gilberts@gilbertlegal.com
            litherlandc@gilbertlegal.com
            quinnk@gilbertlegal.com

- 3 -

Melanie L. Cyganowski
Jennifer S. Feeney
OTTERBOURG P.C.
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104
E-mail: mcyganowski@otterbourg.com
          jfeeney@otterbourg.com

*Counsel for the Ad Hoc Committee*

## **EXHIBIT A**

**Disclosable Economic & Other Interests**[2]

| Ad Hoc Committee Member & Address | Claim and/or Interest |
|---|---|
| The State of Florida<br>Attn: Ashley Moody, Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399 | Unliquidated Claims |
| The State of Georgia<br>Attn: Chris Carr, Attorney General<br>Address: 40 Capitol Square, SW<br>Atlanta, GA 30334 | Unliquidated Claims |
| The State of Louisiana<br>Attn: Jeff Landry, Attorney General<br>1885 North Third Street<br>Baton Rouge, LA 70802 | Unliquidated Claims |
| The State of Michigan<br>Attn: Dana Nessel, Attorney General<br>525 W. Ottawa St.<br>Lansing, MI 48909 | Unliquidated Claims |
| The State of Mississippi<br>Attn: Jim Hood, Attorney General<br>Walter Stillers Building<br>550 High Street, Suite 1200<br>Jackson, MS 39201 | Unliquidated Claims |
| The State of New Mexico<br>Attn: Hector Balderas, Attorney General<br>Villagra Building<br>408 Galisteo Street<br>Santa Fe, NM 87501 | Unliquidated Claims |
| The State of Ohio<br>Attn: Dave Yost, Attorney General<br>James A. Rhodes State Office Tower<br>30 East Broad Street, 14th Floor<br>Columbus, OH 43215 | Unliquidated Claims |
| The State of Tennessee<br>Attn: Herbert H. Slatery III, Attorney General<br>War Memorial Building<br>301 6th Avenue North<br>Nashville, TN 37243 | Unliquidated Claims |
| The State of Texas<br>Attn: Ken Paxton, Attorney General<br>209 West 14th Street<br>Austin, TX 78701 | Unliquidated Claims |

---

[2] To the best of Ad Hoc Committee Counsel's knowledge, the information herein is accurate as of the date hereof.

| Ad Hoc Committee Member & Address | Claim and/or Interest |
|---|---|
| The State of Utah<br>Attn: Sean Reyes, Attorney General<br>Utah State Capitol Complex<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114 | Unliquidated Claims |
| Court appointed Co-Lead Counsel: Paul J. Hanly, Jr., Joseph F. Rice, and Paul T. Farrell, Jr., on behalf of the Court appointed Plaintiffs' Executive Committee in *In re National Prescription Opiate Litigation*, Case No. 17-md-02804, MDL No.2804 (the "**PEC**")<br><br>Attn: Joseph Rice<br>Address: MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br><br>Attn: Paul Hanly<br>Address: SIMMONS HANLY CONROY LLC<br>112 Madison Avenue<br>New York, NY 10016 | *See Plaintiffs' Renewed Motion to Approve Co-Leads, Co-Liaison, and Executive Committee, In re: National Prescription Opiate Litigation*, Case No. 17-md-02804, MDL No. 2804, Jan. 4, 2018 (N.D. Ohio) (Dkt. No. 34); *see also* Margin Order Granting Dkt. No. 34 (Dkt. No. 37) |
| Broward County<br>Attn: Danielle French and Andrew J. Meyers<br>Address: 115 South Andrews Avenue, #423, Fort Lauderdale, FL 33301 | Unliquidated Claims |
| City of Chicago<br>Attn: Mark A. Flessner<br>Address: 121 N. LaSalle Street, Suite 600<br>Chicago, Illinois 60602 | Unliquidated Claims |
| Huntington/Cabell County<br>Attn: Mike Woelfel<br>Address: 801 8th Street,<br>Huntington, WV 25701 | Unliquidated Claims |
| King County<br>Attn: Devon Shannon<br>Address: 516 3rd Ave<br>Seattle, Washington 98104 | Unliquidated Claims |
| Muscogee (Creek) Nation<br>Attn: Kevin W. Dellinger and Kyle B. Haskins<br>Address: 1008 East Eufaula<br>P.O. Box 580<br>Okmjulgee, OK  74447 | Unliquidated Claims |

| Ad Hoc Committee Member & Address | Claim and/or Interest |
|---|---|
| City of Philadelphia<br><br>Attn: Pamela Elchert Thurmond<br>Address: 1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595<br><br>Attn: Benjamin Field<br>Address: 1515 Arch Street, 15th Floor<br>Philadelphia, PA 19102 | Unliquidated Claims |
| Santa Clara County<br>Office of the County Counsel<br>County of Santa Clara<br>Attn: Douglas Press<br>Address: 70 West Hedding Street<br>East Wing, 9th Floor<br>San José, CA 95110 | Unliquidated Claims |