**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| *Purdue Pharma L.P., et al.* | Case No. 19-23649-RDD |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE**

Upon the motion of Lawrence L. Tong to be admitted, *pro hac vice*, to represent the State of Hawai'I (the "Client") in the above-captioned Chapter 11 cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing in the State of Hawai'i and the bar of the U.S. District Court for the District of Hawai'i, it is hereby

**ORDERED**, that Lawrence L. Tong, Special Deputy Attorney General of the State of Hawai'i, is admitted to practice, *pro hac vice*, in the above referenced cases and any related adversary proceedings, to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:   White Plains, New York
             October 9, 2019

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE