UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al*., | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

## ORDER ADMITTING UNITED STATES GOVERNMENT ATTORNEY
## MAI LAN RODGERS TO PRACTICE PRO HAC VICE

Upon the motion of Mai Lan Rodgers to be admitted, ***pro hac vice***, to represent the

Pension Benefit Guaranty Corporation in the above referenced cases, and upon movant's

certification that the movant is a member in good standing of the bar of the Commonwealth of

the State of Virginia, it is hereby

**ORDERED**, that Mai Lan Rodgers, Esq. is admitted to practice, ***pro hac vice***, in the

above referenced cases in the United States Bankruptcy Court for the Southern District of New

York. Ms. Rodgers represents the Pension Benefit Guaranty Corporation, a U.S. Government

agency, and is therefore exempt from filing fees.


Dated:  White Plains, New York
        October 9, 2019

                                            /s/Robert D. Drain_____
                                            UNITED STATES BANKRUPTCY JUDGE