**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 19- 19-23649-rdd<br><br>(Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Andrea Law to be admitted, *pro hac vice*, to represent the State of Illinois (the "Client") in the above-captioned Chapter 11 cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the State of Illinois, it is hereby

**ORDERED**, that Andrea Law, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases and any related adversary proceedings to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 10, 2019
       White Plains, New York

                                                           /s/Robert D. Drain_____
                                                           UNITED STATES BANKRUPTCY JUDGE