# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Purdue Pharma L.P. et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649-RDD<br>(Jointly Administered)<br><br>**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*** |

I, **Anne Andrews**, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent **Ryan Hampton**, a creditor, in the above referenced cases. I certify that I am a member in good standing of the bar in the State of California, and am also admitted to practice before, among other courts, the United States District Court for the Northern, Central, and Southern Districts of California, and the United States Court of Appeals for the Ninth Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

**Dated**: October 10, 2019, Newport Beach, California

*s/ Anne Andrews*
ANNE ANDREWS, State Bar #103280
ANDREWS & THORNTON
4701 Von Karman Ave, Suite 300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540
aa@andrewsthornton.com
*Attorney for Ryan Hampton*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Purdue Pharma L.P. et al., | Case No. 19-23649-RDD (Jointly Administered) |
| Debtors.[1] | **ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE* |

Upon the motion Anne Andrews ("the Movant"), to be admitted, *pro hac vice*, to represent creditor Ryan Hampton and upon Movant's certification that the Movant is a member in good standing with the bar in the State of California, and is also admitted to practice before the United States District Court for the Northern, Central, and Southern Districts of California, and the United States Court of Appeals for the Ninth Circuit, it is hereby:

**ORDERED**, that Anne Andrews is admitted to practice *pro hac vice* in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

**Dated**: _____, 2019 White Plains, New York

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.