**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Suj M. Pandya to be admitted, *pro hac vice*, to represent Old Republic Insurance Company and its affiliated entities in the above-referenced chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Illinois and admitted to practice before the United States District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Suj M. Pandya, Esq. is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 cases to represent Old Republic Insurance Company and its affiliated entities, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

[**signature page follows**]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SCV Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: October 9, 2019
      White Plains, New York

                                         /s/Robert D. Drain
                                         HON. ROBERT D. DRAIN
                                         UNITED STATES BANKRUPTCY JUDGE