PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew M. Troop
Andrew V. Alfano
31 West 52nd Street
New York, NY 10019
Telephone: (212) 858-1000
Email: andrew.troop@pillsburylaw.com
andrew.alfano@pillsburylaw.com

Jason S. Sharp, *pro hac vice* motion forthcoming
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010
Telephone: (713) 276-7600
Email: jason.sharp@pillsburylaw.com

*Counsel to the Ad Hoc Group of Non-Consenting States*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 19-23649 (RDD)**<br><br>**(Jointly Administered)** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below hereby enter their appearance, pursuant to sections 342 and 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

"**Bankruptcy Rules**") in the above-captioned chapter 11 cases, as counsel for Ad Hoc Group of Non-Consenting States (the "**Ad Hoc Group**"), comprised of the following states, districts and commonwealths:[2] California, Colorado, Connecticut, Delaware, District of Columbia, Hawaii, Idaho, Illinois, Iowa, Maine, Maryland, Massachusetts, Minnesota, Nevada, New Hampshire, New Jersey, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Virginia, Washington and Wisconsin.  The attorneys request that copies of all notices and pleadings in the above-captioned chapter 11 cases be given and served upon each of the following attorneys:

> Andrew M. Troop
> Andrew V. Alfano
> 31 West 52nd Street
> New York, NY 10019
> Telephone: (212) 858-1000
> Facsimile: (212) 858-1500
> Email: andrew.troop@pillsburylaw.com
>        andrew.alfano@pillsburylaw.com
>
> Jason S. Sharp
> 2 Houston Center
> 909 Fannin, Suite 2000
> Houston, TX 77010
> Tel: (713) 276-7600
> Email: jason.sharp@pillsburylaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all (i) orders and (ii) notices of any application, motion, petition, complaint, demand, request or other pleading in these chapter 11 cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed or given with regard to

---

[2] The participant body of the Ad Hoc Group is subject to further modifications by resignation, addition or replacement.

2

these chapter 11 cases, and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not constitute (i) a waiver of rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a U.S. District Court; (ii) a waiver of rights to trial by jury in any proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related thereto; (iii) a waiver of rights to have the U.S. District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal; or (iv) a consent to the jurisdiction of the U.S. Bankruptcy Court for the Southern District of New York with respect to any proceeding commenced in these cases against or otherwise involving the Ad Hoc Group, all of which rights and consents the Ad Hoc Group reserves; or (v) a waiver of any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which the Ad Hoc Group or its members are or may be entitled, either at law or equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments the Ad Hoc Group expressly reserves.

Dated: October 11, 2019

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:  */s/ Andrew M. Troop*
Andrew M. Troop
Andrew V. Alfano
31 West 52nd Street
New York, NY 10019
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
Email: andrew.troop@pillsburylaw.com
         andrew.alfano@pillsburylaw.com

3

Jason S. Sharp, *pro hac vice* motion forthcoming
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010
Tel: (713) 276-7600
Email: jason.sharp@pillsburylaw.com

*Counsel to the Ad Hoc Group of Non-Consenting States*

4

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 11, 2019, a true and correct copy of this document was served by electronic mail through the Court's CM/ECF system to all parties who are deemed to have consented to electronic service.

*/s/ Andrew M. Troop*
Andrew M. Troop