# **Exhibit A**

| STATE | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| California | California Department of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, California 90013<br>Attn: Bernard A. Eskandari | Unsecured; Unliquidated Claim; Police Power Actions |
| Colorado | Colorado Department of Law<br>Ralph L. Carr Colorado Judicial Ctr.<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>Attn: Megan Paris Rundlet | Unsecured; Unliquidated Claim; Police Power Actions |
| Connecticut | Connecticut Office of the Attorney General<br>55 Elm Street, P.O. Box 120<br>Hartford, CT 06106<br>Attn: Kimberly Massicotte | Unsecured; Unliquidated Claim; Police Power Actions |
| Delaware | Delaware Office of the Attorney General<br>Carvel State Building<br>820 N. French Street<br>Wilmington, DE 10801-3536<br>Attn: Marion Quirk | Unsecured; Unliquidated Claim; Police Power Actions |
| District of Columbia | Office of the Attorney General<br>for the District of Columbia<br>441 4th Street, NW<br>Washington, DC 20001<br>Attn: Kathleen Konopka | Unsecured; Unliquidated Claim; Police Power Actions |
| Hawaii | Hawaii Office of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813<br>Attn: Clare E. Connors | Unsecured; Unliquidated Claim; Police Power Actions |

| | | |
|---|---|---|
| Idaho | Office of the Idaho Attorney General<br>954 W. Jefferson Street, 2nd floor<br>P.O. Box 83720<br>Boise, ID 83720-0010<br>Attn: Brett T. DeLange | Unsecured; Unliquidated Claim; Police Power Actions |
| Illinois | Office of the Attorney General<br>State of Illinois<br>100 W. Randolph Street<br>Chicago, IL 60601<br>Attn: Susan N. Ellis | Unsecured; Unliquidated Claim; Police Power Actions |
| Iowa | Iowa Department of Justice<br>Office of the Attorney General<br>Hoover Building, 2nd Floor<br>1305 East Walnut<br>Des Moines, Iowa 50319<br>Attn: William R. Pearson | Unsecured; Unliquidated Claim; Police Power Actions |
| Maine | Office of the Maine Attorney General<br>111 Sewall Street<br>Augusta, ME 04330<br>Attn: Linda J. Conti | Unsecured; Unliquidated Claim; Police Power Actions |
| Maryland | Office of the Attorney General of Maryland<br>200 St. Paul Place<br>Baltimore, Maryland 21202<br>Attn: Brian T. Edmunds | Unsecured; Unliquidated Claim; Police Power Actions |
| Massachusetts | Office of the Massachusetts Attorney General<br>One Ashburton Place<br>Boston, MA 02108-1598<br>Attn: Sydenham B. Alexander III | Unsecured; Unliquidated Claim; Police Power Actions |
| Minnesota | Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101-2131<br>Attn: Wendy S. Tien | Unsecured; Unliquidated Claim; Police Power Actions |

| | | |
|---|---|---|
| New Hampshire | New Hampshire Department of Justice<br>33 Capitol Street<br>Concord, New Hampshire 03301<br>Attn: James T. Boffetti | Unsecured; Unliquidated Claim; Police Power Actions |
| New Jersey | Office of the New Jersey Attorney General<br>124 Halsey Street, 5th Floor<br>P.O. Box 45029-5029<br>Newark, New Jersey 07101<br>Attn: Lara J. Fogel | Unsecured; Unliquidated Claim; Police Power Actions |
| New York | New York State<br>Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>Attn: David E. Nachman | Unsecured; Unliquidated Claim; Police Power Actions |
| Nevada | State of Nevada, Office of the Attorney General<br>100 N. Carson Street<br>Carson City, Nevada 89701<br>Attn: Mark J. Krueger | Unsecured; Unliquidated Claim; Police Power Actions |
| North Carolina | Waldrep LLP<br>101 S. Stratford Road, Suite 210<br>Winston-Salem, North Carolina 27104<br>Attn: Thomas W. Waldrep, Jr. | Unsecured; Unliquidated Claim; Police Power Actions |
| Oregon | Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Attn: Brian A. de Haan | Unsecured; Unliquidated Claim; Police Power Actions |

| | | |
|---|---|---|
| Pennsylvania | Pennsylvania Office of the Attorney General<br>Strawberry Square, 15th Floor<br>Harrisburg, PA  17120<br>Attn: Melissa L. Van Eck | Unsecured; Unliquidated Claim; Police Power Actions |
| Rhode Island | Rhode Island Office of the Attorney General<br>150 South Main Street<br>Providence, RI – 02903<br>Attn: Neil F.X. Kelly | Unsecured; Unliquidated Claim; Police Power Actions |
| Vermont | Vermont Attorney General's Office<br>109 State Street<br>Montpelier, Vermont 05403<br>Attn: Jill S. Abrams | Unsecured; Unliquidated Claim; Police Power Actions |
| Virginia | Virginia Office of the Attorney General<br>202 North 9th Street<br>Richmond, Virginia 23219<br>Attn: Thomas M. Beshere | Unsecured; Unliquidated Claim; Police Power Actions |
| Washington | Washington Attorney General's Office<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104<br>Attn: Laura K. Clinton | Unsecured; Unliquidated Claim; Police Power Actions |
| Wisconsin | Wisconsin Department of Justice<br>Office of the Attorney General<br>P.O. Box 7857<br>Madison, WI  53707-7857<br>Attn: S. Mike Murphy | Unsecured; Unliquidated Claim; Police Power Actions |