## CERTIFICATE OF SERVICE

The undersigned certifies that on October 11, 2019, a true and correct copy of this document was served by electronic mail through the Court's CM/ECF system to all parties who are deemed to have consented to electronic service.

*/s/ Andrew M. Troop*
Andrew M. Troop