UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 rdd<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Please take notice that the Motion for Admission to Practice, *pro hac vice*, filed by Daniel H. Slate to represent McKesson Corporation, a Delaware corporation ("McKesson") in the above-referenced bankruptcy case filed on September 17, 2019 [Docket No. 51] (the "Motion") has been withdrawn. The Motion is to be replaced with a more complete motion for admission to practice *pro hac vice* reflecting the representation of McKesson on behalf of itself and certain corporate affiliates.

DATED: October 11, 2019

BUCHALTER, a Professional Corporation

By:  /s/ *Daniel H. Slate*
Daniel H. Slate, Esq.
(Cal Bar. No. 78173)
1000 Wilshire Blvd., Suite 1500
California, CA 90017
Telephone: (213) 891-0700
dslate@buchalter.com

Attorneys for MCKESSON CORPORATION, ON BEHALF OF ITSELF AND CERTAIN CORPORATE AFFILIATES

BN 37810337v1