UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 rdd<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Daniel H. Slate, request admission, *pro hac vice*, to represent McKesson Corporation, on behalf of itself and certain corporate affiliates ("McKesson") in the above-referenced bankruptcy cases.

1.      Mr. Slate certifies he is admitted and a member in good standing of the California State Bar, the United States Supreme Court, the Sixth and Ninth Circuit Courts of Appeal, and the four federal District Courts of California. Mr. Slate has been a member of the bar of the State of California since 1978, which was the year of his admission.

2.      For many years, Buchalter has represented McKesson in bankruptcy and insolvency matters throughout the United States. For purposes of these bankruptcy cases, Buchalter will be co-counsel with Jenner & Block, and certain attorneys from its New York and Chicago offices.

3.      Mr. Slate has read and is familiar with the Court's Local Rules.

4.      Mr. Slate is not under suspension or disbarment by any court. Additionally, there are no disciplinary proceedings pending against Mr. Slate in any jurisdiction or court in which Mr. Slate is admitted to practice and no discipline has previously been imposed against

him. Mr. Slate understands that he has the continuing obligation during the period of admission to advise the Court of the institution of new disciplinary proceedings.

5. Mr. Slate has submitted the filing fee of $200.00 with this Motion.

DATED: October 11, 2019

BUCHALTER, a Professional Corporation

By: /s/ *Daniel H. Slate*
Daniel H. Slate, Esq.
(Cal Bar. No. 78173)
1000 Wilshire Blvd., Suite 1500
California, CA 90017
Telephone: (213) 891-0700
dslate@buchalter.com

Attorneys for MCKESSON CORPORATION, ON BEHALF OF ITSELF AND CERTAIN CORPORATE AFFILIATES