UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-23649 rdd<br><br>(Jointly Administered) |

# ORDER ADMITTING DANIEL H. SLATE, ESQ, *PRO HAC VICE*

IT IS ORDERED THAT Daniel H. Slate, Esq., is admitted to practice *pro hac vice* on behalf of McKesson Corporation and certain corporate affiliates (collectively, "McKesson"), in the above-referenced bankruptcy cases pending in the United States Bankruptcy Court, Southern District of New York, and any adversary proceedings in which McKesson is a party, subject to payment of the filing fee.

Dated: October 11, 2019

Honorable Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE