Gregory P. Joseph
Mara Leventhal
Douglas J. Pepe
Peter R. Jerdee
Christopher J. Stanley
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone: (212) 407-1200

*Former Counsel to Beverly Sackler*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

### SUGGESTION OF DEATH

**PLEASE TAKE NOTICE** pursuant to Fed. R. Civ. P. 25(a) and Fed. R. Bankr. P. 7025 of the death of Beverly Sackler on October 14, 2019, during the pendency of these cases.

Dated: October 14, 2019
New York, New York

**JOSEPH HAGE AARONSON LLC**

By:  */s/ Gregory P. Joseph*
Gregory P. Joseph
Mara Leventhal
Douglas J. Pepe
Peter R. Jerdee
Christopher J. Stanley
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone: (212) 407-1200

*Former Counsel to Beverly Sackler*