UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PURDUE PHARMA L.P. | : | Case No. 19-BK-23649 (RDD) |
| | : | Jointly Administered |
| Debtors. | : | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that Creditor Giant Eagle, Inc. hereby appears in these Chapter 11 cases by its counsel, Marcus & Shapira LLP, and demand, pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in these cases and all papers served or required to be served in these cases, be given to and served upon counsel at the addresses set forth below.  E-mail addresses are included, and notice by e-mail is affirmatively acknowledged as being acceptable:

Darlene M. Nowak, Esq.
Robert M. Barnes, Esq.
**MARCUS & SHAPIRA LLP**
One Oxford Centre
301 Grant Street, 35th Floor
Pittsburgh, PA 15219
Phone:  (412) 338-5214
Facsimile:  (412) 391-8758
Email:  nowak@marcus-shapira.com
rbarnes@marcus-shapira.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, order and notices of any application, motion, petition, pleading, complaint, demand,

A1347000.1

disclosure statement, plan of reorganization, or any other document that in any way affects the debtors or their property, whether transmitted or conveyed by mail delivery, telephone, facsimile, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and demand for notice is neither intended as nor is it a consent of Giant Eagle Inc. to the jurisdiction of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) Giant Eagle, Inc.'s rights to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) Giant Eagle, Inc.'s right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) Giant Eagle, Inc.'s right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Giant Eagle, Inc. is or may be entitled under any agreement, in law, or in equity, and all such rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated:  Pittsburgh, PA
         October 15, 2019

                                                  Respectfully submitted,

                                                  **MARCUS & SHAPIRA LLP**

By:    */s/ Darlene M. Nowak*
Darlene M. Nowak, Esq.
NYS Reg. #1839265
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA  15219
Telephone:  (412) 338-5214
Facsimile:  (412) 391-8758

Counsel for Giant Eagle, Inc.

A1347000.1

**CERTIFICATE OF SERVICE**

I certify that on October 15, 2019 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York.

>                               */s/ Darlene M. Nowak*
>                               Darlene M. Nowak, Esq.

A1347000.1