PILLSBURY WINTHROP SHAW PITTMAN LLP
Jason S. Sharp, *pro hac vice* admission pending
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010
Tel: (713) 276-7600
Email: jason.sharp@pillsburylaw.com

*Counsel to the Ad Hoc Group of Non-Consenting States*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 19-23649 (RDD)**<br><br>**(Jointly Administered)** |

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Jason S. Sharp, request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent the Ad Hoc Group of Non-Consenting States, in the above-referenced cases.

***I certify that I am a member in good standing*** of the bar of the State of Texas and am admitted to the U.S. District Courts for the Eastern, Northern, Southern and Western Districts of Texas.

[*continued*]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 15, 2019

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Jason S. Sharp*
Jason S. Sharp
PILLSBURY WINTHROP SHAW PITTMAN LLP
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010
Tel: (713) 276-7600
Email: jason.sharp@pillsburylaw.com

*Counsel to the Ad Hoc Group of Non-Consenting States*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2019, an electronic copy of the foregoing motion was filed electronically through the Court's CM/ECF system, which caused all parties or counsel requesting notice in the above-captioned case to be served by electronic means on the date of filing.

                                            */s/ Andrew M. Troop*
                                            Andrew M. Troop

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 19-23649 (RDD)**<br><br>**(Jointly Administered)** |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon the motion of Jason S. Sharp to be admitted, *pro hac vice*, to represent the Ad Hoc Group of Non-Consenting States (the "**Ad Hoc Group**") in the above-referenced cases, including in any adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Texas, and admitted to the U.S. District Courts for the Eastern, Northern, Southern and Western Districts of Texas; it is hereby:

**ORDERED**, that Jason S. Sharp, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases, and in any related adversary proceedings, to represent the Ad Hoc Group in the U.S. Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
      White Plains, New York

 

                                                                       THE HONORABLE ROBERT D. DRAIN
                                                                       UNITED STATES BANKRUPTCY JUDGE