UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 19-23649 (RDD)**<br><br>**(Jointly Administered)** |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon the motion of Thomas W. Waldrep, Jr. to be admitted, *pro hac vice*, to represent the State of North Carolina ("**North Carolina**") in the above-referenced cases, including in any adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar of the State of North Carolina and admitted to the U.S. District Courts for the Eastern, Middle, and Western Districts of North Carolina; it is hereby:

**ORDERED**, that Thomas W. Waldrep, Jr., Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases, and in any related adversary proceedings, to represent North Carolina in the U.S. Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 15, 2019
      White Plains, New York

                                  /s/Robert D. Drain
                                  THE HONORABLE ROBERT D. DRAIN
                                  UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in the case, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

## CERTIFICATE OF SERVICE

      I hereby certify that on October 2, 2019, an electronic copy of the foregoing motion was filed electronically through the Court's CM/ECF system, which caused all parties or counsel requesting notice in the above-captioned case to be served by electronic means on the date of filing.

      */s/ Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC State Bar No. 39871)
Francisco T. Morales (N.C. State Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

4