UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649-rdd<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lauren Guth Barnes, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Blue Cross Blue Shield Association, a creditor in the above-referenced Chapter 11 case.

1. **I certify that I am a member in good standing** of the bar in the Commonwealth of Massachusetts since 2005, and if applicable, the bar of the U.S. District Court for the District of Massachusetts, the Second Circuit Court of Appeals, the Eleventh Circuit Court of Appeals, and the United States Supreme Court.

2. I have read and am familiar with the Court's Local Rules.

3. There are no disciplinary proceedings pending against me in any jurisdiction or court in which I am admitted to practice and no discipline has previously been imposed against me. I understand I have the continuing obligation during the period of admission to advise the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P.(5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Court of the institution of new disciplinary proceedings.

4. I have submitted the filing fee of $200.00 with this Motion for *pro hac vice* admission.

Dated: October 17, 2019

Respectfully submitted,

*/s/ Lauren G. Barnes*
Lauren G. Barnes (MA BBO #663819)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, Massachusetts 02142
Tel: 617-482-3700
Fax: 617-482-3003
lauren@hbsslaw.com