**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649-rdd |
|  | (Jointly Administered) |
| Debtors.[1] |  |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Thomas M. Sobol, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Blue Cross Blue Shield Association, a creditor in the above-referenced Chapter 11 case.

1. ***I certify that I am a member in good standing*** of the bar in the Commonwealth of Massachusetts and the State of Rhode Island, and if applicable, the bar of the U.S. District Court for the District of Massachusetts, the First Circuit Court of Appeals, the Second Circuit Court of Appeals, and the United States Supreme Court.

2. I have read and am familiar with the Court's Local Rules.

3. There are no disciplinary proceedings pending against me in any jurisdiction or court in which I am admitted to practice and no discipline has previously been imposed against me. I understand I have the continuing obligation during the period of admission to advise the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P.(5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Court of the institution of new disciplinary proceedings.

    4.  I have submitted the filing fee of $200.00 with this Motion for *pro hac vice* admission.

Dated: October 17, 2019                              Respectfully submitted,

                                                     */s/ Thomas M. Sobol*
                                                     Thomas M. Sobol (MA BBO #471770)
                                                     HAGENS BERMAN SOBOL SHAPIRO LLP
                                                     55 Cambridge Parkway, Suite 301
                                                     Cambridge, Massachusetts 02142
                                                     Tel: 617-482-3700
                                                     Fax: 617-482-3003
                                                     Tom@hbsslaw.com