19-23649-shl    Doc 323    Filed 10/17/19    Entered 10/17/19 10:08:46    Main Document
Pg 1 of 4

HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
Thomas M. Sobol (*pro hac vice pending*)
Lauren G. Barnes (*pro hac vice pending*)

RAWLINGS & ASSOCIATES
1 Eden Parkway
La Grange, KY 40031
Telephone: 502-814-2139
Mark D. Fischer (*pro hac vice pending*)

*Counsel for Blue Cross Blue Shield Assoc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649-rdd |
| | (Jointly Administered) |
| Debtors.[1] | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that Thomas M. Sobol and Lauren G. Barnes of Hagens Berman Sobol Shapiro LLP and Mark D. Fischer of Rawlings & Associates hereby appear as counsel for Blue Cross Blue Shield Association ("BCBS Association") and its affiliated entities pursuant to section 1109(b) of title 11 of the United States Code (as amended, the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P.(5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

"Bankruptcy Code"), and pursuant to Rules 2002, 3017(a), 9007, 9010, and 9036 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules") request that copies of any and all notices and papers filed or entered in these cases be delivered by ECF to the emails (purduebankruptcy@hbsslaw.com and mdf@rawlingsandassociates.com) herein:

> Thomas M. Sobol
> Lauren G. Barnes
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 55 Cambridge Parkway, Suite 301
> Cambridge, Massachusetts 02142
> Tel: 617-482-3700
> Fax: 617-482-3003
> Email: purduebankruptcy@hbsslaw.com

> -and-

> Mark D. Fischer
> RAWLINGS & ASSOCIATES
> 1 Eden Parkway
> La Grange, KY 40031
> Tel: 502-814-2139
> Email: mdf@rawlingsandassociates.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motions, petitions, plans, pleadings, requests, complaints or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telecopy, or otherwise which would seek to affect in any way the procedural or equitable rights or interests of this case. Pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9036 the undersigned counsel request that any notices or papers filed in these cases be delivered and served upon counsel at the email listed herein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) the BCBS Association's rights to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the BCBS Association's rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the BCBS Association's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the BCBS Association is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the BCBS Association expressly reserves.

Dated: October 17, 2019

Respectfully submitted,

*/s/ Lauren G. Barnes*
Lauren G, Barnes ( MA BBO #663819)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, Massachusetts 02142
Tel: 617-482-3700
Fax: 617-482-3003
lauren@hbsslaw.com

*/s/ Thomas M. Sobol*
Thomas M. Sobol (MA BBO #471770)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, Massachusetts 02142
Tel: 617-482-3700
Fax: 617-482-3003
Tom@hbsslaw.com

*/s/ Mark D. Fischer*
Mark D. Fischer (KY BBO#83672)
Rawlings & Associates
1 Eden Parkway
La Grange, KY 40031
Tel: 502-814-2139
mdf@rawlingsandassociates.com

## **CERTIFICATE OF SERVICE**

I, Lauren G. Barnes, certify that, on this date, the foregoing document was served by filing it via the Court's CM/ECF system, which will automatically send a notification of such filing to all counsel of record via electronic mail.

Dated: October 17, 2019                         /s/ *Lauren G. Barnes*
                                                                Lauren G. Barnes