# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Purdue Pharma L.P. et al.,<br><br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649-RDD<br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that ANNE ANDREWS (*Pro Hac Vice* pending) appears as counsel in the above-captioned cases on behalf of **Ryan Hampton**, a creditor therein. Ryan Hampton requests under Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and other applicable law that an entry be made on the court matrix and that all notices and papers filed and/or served in these cases be served upon:

>Anne Andrews
>Sean T. Higgins
>Robert S. Siko
>
>ANDREWS & THORNTON
>4701 Von Karman Ave, Suite 300
>Newport Beach, CA 92660
>Phone: (949) 748-1000
>Facsimile: (949) 315-3540
>aa@andrewsthornton.com
>shiggins@andrewsthornton.com
>rsiko@andrewsthornton.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed to be a waiver of rights of the above-named parties-in-interest (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoff or recoupments to which **Ryan Hampton** is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments are hereby reserved.

Date:  October 17, 2019            */s/ Anne Andrews*
                                    Anne Andrews

                                    *Attorney for Ryan Hampton*

## CERTIFICATE OF SERVICE

This is to certify that on October 17, 2019, I served a true and accurate copy of the following: **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE; AND CERTIFICATE OF SERVICE**; electronically with the Clerk of Court via the CM/ECF system which sent electronic notification of this filing to all registered counsel of record via email.

DATED: Newport Beach, California, October 17, 2019.

*/s/ Anne Andrews*
Anne Andrews, Esq.
ANDREWS THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
E: aa@andrewsthornton.com
E: jct@andrewsthornton.com

***Attorneys for Plaintiff***