October 14, 2019

John Taormina
12 Starr Lea Road
North Salem, NY 10560
taorminj@gmail.com

Honorable Judge Drain
Unites States Bankruptcy Judge
Unites States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re: Purdue Pharma L.P. – Case No. 19-23649

Dear Judge Drain,

I am sending this letter in the hope that you will consider my situation (as well as other former Purdue employee families that are in similar situations) when you make a final decision on continued severance payments for former Purdue Pharma L.P. employees. Based on their Chapter 11 filing, the Purdue Pharma Human Resources Department advised me that they can no longer continue my severance payments, until further notice. I have a signed severance agreement with Purdue, and as of now, I will not be receiving my last seven weeks of severance pay. Seven weeks may not sound like much, but since my unemployment benefits have ended my family and I count on these funds until I find a new permanent position. My COBRA payments alone are in excess of $800 per month, so losing the severance pay is very distressing for us.

I worked for Purdue just shy of 18 years and was a middle-manager. I am in my 60's and have been searching for a permanent position since the beginning of the year. Obviously, my age plays a big part in finding a new position in the current job market. Quoting from Monsters website: "Ageism is a reality in today's job market, and employers may not hire someone older, fearing they'd have one foot out the door to retirement." I have been told by recruiters that I should not utilize my managers title on my resume and search for a lower paying position, just to get my foot in the door.

Your Honor I know that this is a very complex and publicly facing case, involving thousands of lawsuits, against Purdue Pharma L.P. and its associated companies. Hopefully you will consider the impact of the loss of severance payments on the families of severed Purdue employees, when making your final decision on this matter. Upon request I will send in a copy of my Severance Agreement, for the court's records, if deemed applicable.

Sincerely yours,

John Taormina