UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 19-23649 (RDD) |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record

I am admitted to practice in this court, and I appear as counsel for the State of Vermont.

Date: October 11, 2019

_____
Jill S. Abrams (JA 1578)
Assistant Attorney General
Director, Consumer Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, Vermont 05403
(802) 828-1106
Jill.abrams@vermont.gov