**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| *Purdue Pharma L.P., et al.* | Case No. 19-23649-rdd |
| Debtors. | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Mark J. Krueger to be admitted, ***pro hac vice***, to represent the State of Nevada (the "Client") in the above-captioned Chapter 11 cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Nevada and the bar of the U.S. District Court for the District of Nevada, it is hereby

**ORDERED**, that Mark J. Krueger, Esq. is admitted to practice, ***pro hac vice***, in the above referenced cases and any related adversary proceedings to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 18, 2019
      White Plains, New York

*/s/ Robert D. Drain*
UNITED STATES BANKRUPTCY JUDGE