September 23, 2019

1593 Sylvan Dr
Hollidaysburg, PA 16648



US Bankruptcy Court
Southern District of New York
300 Quarropas Street  RM 248
White Plains, NY 10601

Dear Chief Judge Morris,

    In the words of Honorable Cecelia G Morris of the United States Bankruptcy Court of the Southern District of New York, the process of bankruptcy is for "Honest, but unfortunate" citizens who find themselves in this embarrassing situation. This could not be further from the truth for Purdue Pharma and the Sackler family. This is a business and family who knowingly calculated the demise of the American citizenry by fraudulently advertising and aggressively marketing their product OxyContin. Purdue Pharma L.P. was constituted in 1991. Their current internet page claims they are "distinguished by our pioneering research, products, and medical programs directed toward alleviating pain." Actually the company distinguished itself through the brilliant marketing strategies employed by Aurther Sackler when OxyContin was introduced in 1995. The company aggressively pressed doctors to prescribe OxyContin, sending them on luxurious seminars and paid speaking engagements. Sales reps were heavily coached and received yearly bonuses of over a quarter million. OxyContin was marketed as smooth sustained pain relief for a 12-hour period and, with no scientific evidence whatsoever to back its claim, Purdue insisted OxyContin had lower abuse potential than immediate release oxycodone because of its time-release properties. Sales rocketed to 45 million in the first year, 1.1 billion by 2000 and topped out in 2010 at 3.1 billion capturing a third of the pain killer market. One drug. 70,237 drug overdose deaths occurred in the United States in 2017. Opioids were involved in 47,600 (67.8% of all drug overdose deaths). Past misuse of prescription opioids is the strongest risk factor for starting heroin use, especially among people who became dependent upon or abused prescription opioids in the past year. This indicates that widespread opioid exposure and increasing rates of opioid addiction have played a major role in the growth of heroin use. Heroin-related overdose deaths increased five-fold from 2010 to 2017. This data is directly related to the Sackler family's intention to flood the market with dangerous opioids. An intention proven through email and other documentation. In 1996 with the launch of OxyContin, Dr. Richard Sackler asked those gathered for the launch party to envision natural disasters like an earthquake, a hurricane, or a blizzard. Sackler stated OxyContins' debut "will be followed by a blizzard of prescriptions that will bury the competition." When questions concerning the risk of addiction and overdoses that came with taking OxyContin and opioid medications were raised, Sackler outlined a strategic plan: divert the blame, particularly on the people who became addicted. Sackler states in 2001 email "We have to hammer on

the abusers in every way possible. ..They are the culprits and the problem. They are reckless criminals." Purdue has attempted to downplay their part in the epidemic by quoting DEA statistics regarding their small part in total sales of opioid. However, when sale statistics are adjusted for potency, Purdue sold more painkiller medication than any other company: Purdue was the top seller in Rhode Island, with 31.2% of the opioid market, as well as in Connecticut, where it had 28.5%. In Ohio, which has consistently ranked among states with the highest rates of overdoses, Purdue had one-fifth of the market. In 13 states, Purdue was responsible for 20% or more of retail opioid painkiller sales. These facts show not only Purdue's extensive part in creating the crisis but their cavalier disgusting attitudes regarding the deaths and the destitute families their greed has left in its wake. The Associated Press reveals that the Sacklers' wealth is shielded in a web of companies and trusts, some registered in offshore tax havens far from Purdue's Connecticut headquarters. The complexity of those structures, coupled with their offshore reach, not only affect the calculus for government lawyers as they weigh how to go after Purdue, but are a clear and flagrant disrespect for the courts and the proponent that bankruptcy be reserved for the honest or unfortunate. We the people do humbly request that the Purdue bankruptcy case be thrown out for the sham it is and that these modern day murderers be held accountable for the 400,000, and climbing, death toll of innocent American citizens.

Sincerely,

Sarah Thrower CRNP provider Assisted Medication Treatment MAT