UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al*., | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**AMENDED NOTICE OF APPEARANCE AND DEMAND FOR
SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that counsel for Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., in their individual capacities and as representatives of the putative classes of claimants they propose to represent, creditors and parties in interest in the captioned bankruptcy cases, pursuant to, *inter alia*, Bankruptcy Rules 2002, 3017, 9007 and 9010, and 11 U.S.C. §§ 102(1) and 342, demand that copies of all notices given or required to be given in

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

SL1 1604147v4 113572.00002

these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned:

| | |
|---|---|
| James Young | Nicholas F. Kajon |
| jyoung@forthepeople.com | nfk@stevenslee.com |
| Morgan & Morgan | Constantine D. Pourakis |
| 76 South Laura Street, Suite 1100 | cp@stevenslee.com |
| Jacksonville, Florida 32202 | Stevens & Lee, P.C. |
| Telephone: (904) 361-0012 | 485 Madison Avenue, 20th Floor |
| Fax: (904) 361-4307 | New York, New York 10022 |
| | Telephone: (212) 319-8500 |
| | Fax: (212) 319-8505 |

Juan R. Martinez
juanmartinez@forthepeople.com
Morgan & Morgan
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 393-5463
Fax: (813) 393-5489

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, disclosure statements, plans of reorganization, operating reports, orders and notices of any application, motion, petition, pleading, request, complaint or demand, answering or reply papers, memoranda or briefs, and any other document brought before the Court with respect to this case or any proceeding in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier, facsimile, telephone, electronic medium or otherwise.

Neither this Amended Notice of Appearance, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to or should be deemed to waive any (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in this or any related case, controversy or proceeding, or any right to arbitration; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest

-2-

SL1 1604147v4 113572.00002

jurisdiction or appropriate venue in this case or any proceeding related to this case; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement or in law or in equity, all of which are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the counsel listed above request to be added to any official service list for notices of all contested matters or other proceedings in this case.

Date:  October 21, 2019

/s/ Nicholas F. Kajon
Nicholas F. Kajon
nfk@stevenslee.com
Constantine D. Pourakis
cp@stevenslee.com
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 319-8500
Fax: (212) 319-8505

James Young (admitted *pro hac vice*)
jyoung@ForThePeople.com
Morgan & Morgan, P.A.[2]
Complex Litigation Group
76 S. Laura St., Suite 1100
Jacksonville, FL  32202
Tel:  904.361.0012

Juan R. Martinez (admitted *pro hac vice*)
juanmartinez@ForThePeople.com
Morgan & Morgan, P.A.
Complex Litigation Group
201 N. Franklin Street, 7th Floor
Tampa, Florida  33602
Tel:  813.223.5505

*Attorneys for Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra*

---

[2] Morgan & Morgan, P.A. also represent clients in diverse other matters pending against Debtor-Defendants, as specified in the Amended Verified Statement of Stevens & Lee, P.C. Pursuant to Bankruptcy Procedure 2019 on even date herewith.

-3-

        *Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., and the Putative Classes*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 21, 2019, he caused a true copy of the foregoing *Amended Notice of Appearance and Demand for Service of Notices and Pleadings* to be served electronically upon all parties in interest through the Court's CM/ECF System and pursuant to the Order Establishing Certain Notice, Case Management, and Administrative Procedures.

                                                */s/ Nicholas F. Kajon*
                                                Nicholas F. Kajon