UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649-rdd<br><br>(Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Lauren Guth Barnes ("the Movant") to be admitted, *pro hac vice*, to represent Blue Cross Blue Shield Association in the above-referenced cases, and upon the Movant's certification that the Movant is a member in good standing with the bar in the Commonwealth of Massachusetts and is also admitted to practice before the United States District Court for the District of Massachusetts, the Second Circuit Court of Appeals, the Eleventh Circuit Court of Appeals, and the United States Supreme Court, it is hereby:

**ORDERED**, that Lauren Guth Barnes, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Blue Cross Blue Shield Association in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 21, 2019
    White Plains, New York

                                    */s/Robert D. Drain*
                                    UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P.(5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.