UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.**, *et al.*,<br><br>Debtors.<br><br>**PURDUE PHARMA L.P.**, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>**Commonwealth of Massachusetts**, *et al.*,<br><br>Defendants. | **Chapter 11**<br><br>**Case No. 19-23649 (RDD)**<br><br>**(Jointly Administered)**<br><br>**Adv. Pro. No. 19-08289 (RDD)** |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Linda J. Conti to be admitted, *pro hac vice*, to represent the State of Maine in the above-referenced Chapter 11 cases and any related adversary proceedings; and upon the movant's certification that the movant is a member in good standing of the bar of the State of Maine and of the bar of the U.S. District Court for the District of Maine, it is hereby

ORDERED, that Linda J. Conti is admitted to practice, *pro hac vice*, in the above-refenced cases and any related adversary proceeding to represent the State of Maine, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 21, 2019
      White Plains, New York

                                            /s/Robert D. Drain
                                            Honorable Robert D. Drain
                                            UNITED STATES BANKRUPTCY JUDGE
                                            Southern District of New York