**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649-rdd<br><br>(Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Brendan O'Neil to be admitted, *pro hac vice*, to represent the State of Maine (the "Client") in the above-captioned Chapter 11 cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Maine and the bar of the U.S. District Court for the District of Maine, it is hereby

**ORDERED**, that Brendan O'Neil, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases and any related adversary proceedings to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 21, 2019
       White Plains, New York

                                                             /s/Robert D. Drain
                                                     UNITED STATES BANKRUPTCY JUDGE