TARTER KRINSKY & DROGIN LLP
*Attorneys for the Ad Hoc Committee of NAS Babies*
1350 Broadway, 11th Floor
New York, New York 10018
Phone: (212) 216-8000
Scott S. Markowitz, Esq.
Rocco A. Cavaliere, Esq.
Michael Z. Brownstein, Esq.
smarkowitz@tarterkrinsky.com
rcavaliere@tarterkrinsky.com
mbrownstein@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et. al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

-------------------------------------------------------x

### VERIFIED STATEMENT OF THE AD HOC COMMITTEE OF NAS BABIES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Ad Hoc Committee of NAS Babies (the "**Ad Hoc Committee**") holding general unsecured claims in the above captioned chapter 11 cases, by and through its undersigned counsel, hereby submits this verified statement (the "**Statement**") and states as follows:

1.     Beginning in September 2019, Tarter Krinsky & Drogin LLP ("**TKD**") provided limited advice to members of the Ad Hoc Committee regarding various bankruptcy-related

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

issues in connection with Purdue Pharma L.P. and its affiliates (collectively, the **"Debtors"**) chapter 11 filings.

2.      On September 15, 2019 (the **"Filing Date"**), the Debtors filed these chapter 11 cases. Since the Filing Date, TKD has provided bankruptcy related advice to counsel for the NAS Babies.

3.      On or about October 21, 2019, the Ad Hoc Committee entered into an agreement for TKD to represent it in connection with the Debtors' chapter 11 cases.

4.      As of the date hereof, TKD represents only the Ad Hoc Committee. TKD does not represent or purport to represent any other entities or individuals in connection with these chapter 11 cases. TKD does not represent the Ad Hoc Committee as a "committee" (as such term is used in the Bankruptcy Code and the Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any creditor, party in interest, or other entity that has not signed a retention agreement with TKD. In addition, the Ad Hoc Committee does not represent or purport to represent any other individuals or entities in connection with the Debtors' chapter 11 cases.

5.      The members of the Ad Hoc Committee hold claims against the Debtors' estates.[2] In accordance with Bankruptcy Rule 2019, a list of the names, addresses and the "nature and amount of all disclosable economic interests" held in respect of the Debtors as of October 21, 2019, by each member of the Ad Hoc Committee is attached hereto as **Exhibit A**.

6.      The information set forth in **Exhibit A**, is based on information provided by the applicable members of the Ad Hoc Committee or their counsel to TKD, is intended only to

---

[2] The Ad Hoc Committee members are individual babies (and/or guardians of such babies) who were born opioid dependent because their mothers either were prescribed opioids during pregnancy or obtained opioids on the diversionary market. The individual members of the Ad Hoc Committee are represented by lawyers and these lawyers will serve as their representative on the Ad Hoc Committee.

comply with Bankruptcy Rule 2019 and is not intended for any other purpose.  TKD does not make any representation regarding the validity, amount, allowance, or priority of such claims and reserves all rights with respect thereto.

7.      Nothing contained in this Statement (or **Exhibit A**) should be construed as a limitation upon, or waiver of, any rights of any member of the Ad Hoc Committee to assert, file and/or amend their claims in accordance with applicable law and any orders entered in these chapter 11 cases.[3]

8.      Annexed hereto as **Exhibit B** is a listing of lawsuits filed against the Debtors prior to the Filing Date related to NAS Babies claims.

9.      TKD reserves the right to amend and/or supplement this Statement in accordance with Bankruptcy Rule 2019.

Dated: New York, New York
         October 22, 2019

                              Respectfully submitted,

                              **TARTER KRINSKY & DROGIN LLP**
                              *Attorneys for the Ad Hoc Committee of NAS Babies*

                              By:
                                 Scott S. Markowitz, Esq.
                                 Rocco A. Cavaliere, Esq.
                                 Michael Z. Brownstein, Esq.
                                 1350 Broadway, 11th Floor
                                 New York, New York 10018
                                 (212) 216-8000
                                 smarkowitz@tarterkrinsky.com
                                 rcavaliere@tarterkrinsky.com
                                 mbrownstein@tarterkrinsky.com

---

[3] Including the right to file a class proof of claim on behalf of all members of the Ad Hoc Committee.

## EXHIBIT A

| MEMBER | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| A.M.H. Individually and as legal custodian of Baby C.E. | c/o Donald E. Creadore, Esq. The Creadore Law Firm, P.C. 450 Seventh Avenue – Suite 1408 New York, NY 10123 | Unsecured; Unliquidated Claim for personal injuries; Economic loss; and Medical monitoring costs |
| Kathleen Strain as guardian for Baby A.E. | c/o Scott R. Bickford, Esq. Martzell, Bickford & Centola 338 Lafayette Street New Orleans, LA 70130 | Unsecured; Unliquidated Claim for personal injuries; Economic loss; and Medical monitoring costs |
| All babies born in the United States between 2001 and 2019 who were diagnosed with NAS syndrome or otherwise born with opioid dependent symptoms | c/o Kent Harrison Robbins, Esq. 242 NE 27th Street Miami, FL 33137-4522 | Unsecured; Unliquidated Claim for personal injuries; Economic loss; and Medical monitoring costs |

**<u>EXHIBIT B</u>**

| Client Name | Case Type | Suit filed date | Individual Docket # | State |
|---|---|---|---|---|
| Roach, Tyler | Class Action | 2/26/18 | 1:18-op-45662-DAP | Louisiana |
| Rees, Derric and Ceonda | Class Action | 2/28/18 | 1:18-op-45252-DAP | Illinois |
| Wood, Rachel | Class Action | 3/3/18 | 1:18-op-45264-DAP | Missouri |
| Ambrosio, Melissa | Class Action | 3/16/18 | 1:18-op-45375-DAP | California |
| Roxie Whitley, Chris and Diane Denson | Class Action | 3/16/18 | 1:18-op-45598-DAP | Tennessee |
| Flanagan, Darren and Elena | Class Action | 3/21/18 | 1:18-op-45405-DAP | Tennessee |
| Doyle, Erin | Class Action | 5/9/18 | 1:18-op-46327-DAP | Ohio |
| Hunt, Shannon | Class Action | 5/10/18 | 1:18-op-45681-DAP | Maryland |
| Moore, Bobbi Lou | Class Action | 8/15/18 | 1:18-op-46305-DAP | West Virginia |
| Hanlon, Amanda | Class Action | 8/23/18 | 1:19-op-45052-DAP | New York |
| Hampel, Jessica | Class Action | 6/14/19 | 1:19-op-45473-DAP | Alabama |
| Peterson, Sally | Class Action | 6/14/19 | 1:19-op-45472-DAP | Arkansas |
| Whittaker, Shelly | Class Action | 6/14/19 | 1:19-op-45475-DAP | Colorado |
| Brumbarger, Brandi | Class Action | 6/14/19 | 1:19-op-45469-DAP | Indiana |
| Means, Corey | Class Action | 6/14/19 | 1:19-op-45470-DAP | Louisiana |
| Cruz, Gloria | Class Action | 6/14/19 | 1:19-op-45466-DAP | Massachussetts |
| Ellis, Esperanza | Class Action | 6/14/19 | 1:19-op-45464-DAP | New Mexico |
| DeMaro, Samantha | Class Action | 6/14/19 | 1:19-op-45465-DAP | Oklahoma |
| Lechuga, Niola | Class Action | 6/14/19 | 1:19-op-45468-DAP | Oregon |
| Paul, Chloe | Class Action | 6/14/19 | 1:19-op-45467-DAP | South Carolina |
| Rodriguez, Jessica | Class Action | 6/14/19 | 1:19-op-45463-DAP | Utah |
| Tuttle, Nicole | Class Action | 6/15/19 | 1:19-op-45476-DAP | Delaware |
| Hamawi, Marijha; Meghan Lara | Class Action | 6/15/19 | 1:19-op-45477-DAP | Kentucky |
| Gauthier, Krista; Angela Sawyers; Jessica Springborn | Class Action | 6/15/19 | 1:19-op-45478-DAP | Michigan |
| Delancey, Christina | Class Action | 6/15/19 | 1:19-45480-DAP | Nevada |
| Simonson, Alicia | Class Action | 6/15/19 | 1:19-op-45479-DAP | North Dakota |
| Stewart, Wendy | Class Action | 6/15/19 | 1:19-op-45481-DAP | Ohio |
| Cherry, Angela | Class Action | 6/16/19 | 1:19-op-45490-DAP | Arizona |
| Warren, Desirae | Class Action | 6/16/19 | 1:19-op-45486-DAP | Georgia |
| Weatherwax, Quincy | Class Action | 6/16/19 | 1:19-op-45483-DAP | Montana |
| Flach, Brittany | Class Action | 6/16/19 | 1:19-op-45488-DAP | New Jersey |
| Ivie, Billie | Class Action | 6/16/19 | 1:19-op-45489-DAP | North Carolina |
| Carlson, Desiree | Class Action | 6/16/19 | 1:19-op-45487-DAP | Pennsylvania |
| Williams, Farrah | Class Action | 6/16/19 | 1:19-op-45485-DAP | Tennessee |
| Martinez, Jacquelynn | Class Action | 6/16/19 | 1:19-op-45484-DAP | Virginia |
| Shewmake, Shilo | Class Action | 6/16/19 | 1:19-op-45482-DAP | Washington |
| Brant, Shelby L. | Class Action | 6/17/19 | 1:19-op-45494-DAP | Arizona |
| Artz, Jennifer | Class Action | 6/17/19 | 1:19-op-45459-DAP | California |
| Meinecke, Kjellsi | Class Action | 6/17/19 | 1:19-op-45493-DAP | Minnesota |
| Ortiz, Maria | Class Action | 6/17/19 | 1:19-op-45492-DAP | Wisconsin |
| Gilson, Jamiee | Individual | 6/14/19 | 1:19-op-45461-DAP | Alaska |
| Berzinski, April | Individual | 6/17/19 | 1:19-op-45503-DAP | Wisconsin |
| Johnson, Jamie | Individual | 6/17/19 | 1:19-op-45504-DAP | Indiana |
| Martin, Penny | Individual | 6/17/19 | 1:19-op-45508-DAP | Indiana |
| Muffley, Amanda | Individual | 6/17/19 | 1:19-op-45507-DAP | Maryland |
| Alexander, Melba | Individual | 6/17/19 | 1:19-op-45502-DAP | Mississippi |
| Kirk, Krystle | Individual | 6/17/19 | 1:19-op-45509-DAP | North Carolina |
| Collier, Jessica | Individual | 6/17/19 | 1:19-op-45506-DAP | Ohio |

| Client Name | Case Type | Suit filed date | Individual Docket # | State |
|---|---|---|---|---|
| Howell, Reannan | Individual | 6/17/19 | 1:19-op-45520-DAP | Texas |
| Johnson, Aracya | Individual | 6/18/19 | 1:19-op-45521-DAP | Alaska |
| Goss, Heather | Individual | 6/18/19 | 1:19-op-45518-DAP | Colorado |
| Martin, Kimberly | Individual | 6/18/19 | 1:19-op-45510-DAP | Florida |
| Gauthier, Mechelle | Individual | 6/18/19 | 1:19-op-45514-DAP | Florida |
| Tindall, Nichole | Individual | 6/18/19 | 1:19-op-45530-DAP | Florida |
| Lively, Carol | Individual | 6/18/19 | 1:19-op-45523-DAP | Georgia |
| Lyle, Alyssa | Individual | 6/18/19 | 1:19-op-45524-DAP | Georgia |
| Hutchins, Kiana | Individual | 6/18/19 | 1:19-op-45505-DAP | Indiana |
| Kommer, Elizabeth | Individual | 6/18/19 | 1:19-op-45522-DAP | Indiana |
| Gibson, Amanda | Individual | 6/18/19 | 1:19-op-45515-DAP | North Carolina |
| Massey, Melanie | Individual | 6/18/19 | 1:19-op-45525-DAP | North Carolina |
| Dixon, Deborah | Individual | 6/18/19 | 1:19-op-45511-DAP | South Carolina |
| Herring, Courtney | Individual | 6/18/19 | 1:19-op-45519-DAP | South Carolina |
| Goldman, Jenni | Individual | 6/18/19 | 1:19-op-45516-DAP | Texas |
| McAnany, Samantha | Individual | 6/18/19 | 1:19-op-45526-DAP | Texas |
| Shockley, Kayla | Individual | 6/18/19 | 1:19-op-45527-DAP | Texas |
| Taylor, Jessica | Individual | 6/18/19 | 1:19-op-45528-DAP | Texas |
| Taylor, Lori | Individual | 6/18/19 | 1:19-op-45529-DAP | Texas |
| Goforth, Rebecca | Individual | 6/20/19 | 1:19-op-45532-DAP | Colorado |
| Atkinson, Sandra | Individual | 6/20/19 | 1:19-op-45531-DAP | Florida |
| Perkins, Jessica | Individual | 6/20/19 | 1:19-op-45535-DAP | Florida |
| Thomas, Jennifer | Individual | 6/20/19 | 1:19-op-45542-DAP | Florida |
| Watson, Paula | Individual | 6/20/19 | 1:19-op-45545-DAP | Florida |
| Wright, Naomi | Individual | 6/20/19 | 1:19-op-45543-DAP | Illinois |
| Shepard, Amy | Individual | 6/20/19 | 1:19-op-45536-DAP | Kentucky |
| Chancey, Musette | Individual | 6/20/19 | 1:19-op-45533-DAP | Minnesota |
| Whittington, Kaegan | Individual | 6/20/19 | 1:19-op-45541-DAP | Mississippi |
| Scully, Jenny | Individual | 6/20/19 | 1:19-op-45544-DAP | New York |
| Puckett, Heather | Individual | 6/20/19 | 1:19-op-45439-DAP | North Carolina |
| Richardson, Waikeisha | Individual | 6/20/19 | 1:19-op-45538-DAP | North Carolina |
| VonCannon, Caroline | Individual | 6/20/19 | 1:19-op-45540-DAP | North Carolina |
| Taylor Brooke Underwood | Individual | 6/20/19 | 1:19-op-45537-DAP | Tennessee |
| Patterson, Gena | Individual | 6/20/19 | 1:19-op-45534-DAP | Texas |