**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 19-23649 rdd<br><br>(Jointly Administered) |

### ORDER ADMITTING DANIEL H. SLATE *PRO HAC VICE*

Upon the motion of Daniel H. Slate ("Mr. Slate") to be admitted, *pro hac vice*, to represent McKesson Corporation and certain corporate affiliates (collectively, "McKesson") in the above-referenced cases, and upon Mr. Slate's certification that he is a member in good standing of the bar in the State of California it is hereby

**ORDERED** that Daniel H. Slate, Esq., is admitted to practice *pro hac vice* on behalf of McKesson, in the above-referenced bankruptcy cases pending in the United States Bankruptcy Court, Southern District of New York, and any adversary proceedings in which McKesson is a party, subject to payment of the filing fee.

Dated:  White Plains, New York        /s/ Robert D. Drain
           October 25, 2019                 Honorable Robert D. Drain
                                                        United States Bankruptcy Judge

BN 37802830v1