ASK LLP
Edward E. Neiger
Jennifer A. Christian
151 West 46th Street, 4th Floor
Tel.: (212) 267-7342
Fax: (212) 918-3427
eneiger@askllp.com
jchristian@askllp.com

*Counsel to the Ad Hoc Group
of Individual Victims*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.,* | : | Case No. 19-23649-RDD |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |

------------------------------------------------------------x

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned jointly administered cases as counsel to the Ad Hoc Group of Individual Victims of Purdue Pharma L.P. pursuant to 11 U.S.C. § 1109(b) and request, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that copies of all notices and pleadings given or filed in these chapter 11 cases and all adversary and related proceedings be given and served upon the following persons listed below at the following address:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

3

        Edward E. Neiger, Esq.
        Jennifer A. Christian, Esq.
        **ASK LLP**
        151 W. 46th St., 4th Floor
        New York, NY 10036
        Tel.: (212) 267-7342
        Fax: (212) 918-3427
        Email: eneiger@askllp.com
                  jchristian@askllp.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, email, facsimile, telephone, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Documents nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
       October 25, 2019                 ASK LLP

                                              */s/ Edward E. Neiger*
Edward E. Neiger, Esq.
Jennifer A. Christian, Esq.
151 W. 46th St., 4th Floor
New York, NY 10036
Tel.: (212) 267-7342
Fax: (212) 918-3427
Email: eneiger@askllp.com
         jchristian@askllp.com

*Counsel to the Ad Hoc Group of Individual Victims*

3