# EXHIBIT A

| Name | Address | Nature and Amount of Disclosable Economic Interests |
|---|---|---|
| Kathleen ("Kay") Scarpone | c/o Edward Neiger ASK LLP 151 W. 46th Street, 4th Floor New York, NY 10036 | Unliquidated unsecured claim of at least $5 million on the basis of wrongful death |
| Robert F. List, Esq., as attorney for certain victims who wish to remain anonymous | c/o Edward Neiger ASK LLP 151 W. 46th Street, 4th Floor New York, NY 10036 | Unliquidated unsecured claim of at least $2.5 million on the basis of personal injury |
| Jill Cichowicz | c/o Edward Neiger ASK LLP 151 W. 46th Street, 4th Floor New York, NY 10036 | Unliquidated unsecured claim of at least $5 million on the basis of wrongful death |
| Fred Muench | c/o Edward Neiger ASK LLP 151 W. 46th Street, 4th Floor New York, NY 10036 | Unliquidated unsecured claim of at least $2.5 million on the basis of personal injury |
| Diana ("Dede") Yoder | c/o Edward Neiger ASK LLP 151 W. 46th Street, 4th Floor New York, NY 10036 | Unliquidated unsecured claim of at least $5 million on the basis of wrongful death |
| Garrett Hade | c/o Edward Neiger ASK LLP 151 W. 46th Street, 4th Floor New York, NY 10036 | Unliquidated unsecured claim of at least $2.5 million on the basis of personal injury |
| Will Allphin | c/o Edward Neiger ASK LLP 151 W. 46th Street, 4th Floor New York, NY 10036 | Unliquidated unsecured claim of at least $2.5 million on the basis of personal injury |
| Lindsey Arrington | c/o Edward Neiger ASK LLP 151 W. 46th Street, 4th Floor New York, NY 10036 | Unliquidated unsecured claim of at least $2.5 million on the basis of personal injury |