Bentley & Bruning P.A.
Attorneys at Law
Morgan R. Bentley
783 South Orange Avenue, Third Floor
Sarasota, Florida  34236
Telephone: (941) 556-9030
Facsimile: (941) 312-5316
mbentley@bentleyandbruning.com
dwallace@bentleyandbruning.com

*Counsel for SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT d/b/a SARASOTA MEMORIAL HEALTH CARE SYSTEM, INC.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| PURDUE PHARMA L.P., *et al.,* | **Chapter 11** |
| | **Case No. 19-23649 (RDD)** |
| | **(Jointly Administered)** |
| Debtors[1]. | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Morgan R. Bentley and David D. Wallace of Bentley & Bruning P.A., hereby appear in the above-captioned case as counsel for SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT d/b/a SARASOTA MEMORIAL HEALTH CARE SYSTEM,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SCV Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

INC. and request, pursuant to Section 1109(b) of title 11 of the United States Code (as amended, the "**Bankruptcy Code**") and Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (as amended, the "**Bankruptcy Rules**") that any and all notices and papers filed or entered in these Cases be delivered and served upon:

Bentley & Bruning P.A.
Attorneys at Law
Morgan R. Bentley
783 South Orange Avenue, Third Floor
Sarasota, Florida  34236
Telephone: (941) 556-9030
Facsimile: (941) 312-5316
mbentley@bentleyandbruning.com
dwallace@bentleyandbruning.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules, but also includes without limitation copies of all papers, orders, reports, schedules, plans, disclosure statements (including drafts thereof), answering/reply papers, and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail, or otherwise that is filed in these Cases or in any related adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (this "**Notice**") nor any later appearance, pleading, claim, proof of claim, motion or suit shall constitute a waiver of any substantive right or consent on the part of SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT d/b/a SARASOTA MEMORIAL HEALTH CARE SYSTEM, INC.

**PLEASE TAKE FURTHER NOTICE** that this Notice does not constitute an agreement to accept service of initial process under Rule 4 of the Federal Rules of Civil Procedure or Rule 7004 of the Federal Rules of Bankruptcy Procedure, nor shall it result in undersigned counsel being deemed the agent of SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT d/b/a SARASOTA MEMORIAL HEALTH CARE SYSTEM, INC for such purposes.

Respectfully submitted, October 29, 2019.

                                              **BENTLEY AND BRUNING, P.A.**

                                              _____
                                              **MORGAN R. BENTLEY, ESQ.**
                                              Florida Bar No. 0962287
                                              mbentley@bentleyandbruning.com
                                              **DAVID A. WALLACE, ESQ.**
                                              Florida Bar No. 0608386
                                              dwallace@bentleyandbruning.com
                                              783 South Orange Avenue, Third Floor
                                              Sarasota, Florida  34236
                                              Telephone: (941) 556-9030 Facsimile: (941) 312-5316
                                              Secondary Email: mdiven@bentleyandbruning.com
                                              *Attorneys for Sarasota County Public Hospital District*