Bentley & Bruning P.A.
Attorneys at Law
Morgan R. Bentley
783 South Orange Avenue, Third Floor
Sarasota, Florida  34236
Telephone: (941) 556-9030
Facsimile: (941) 312-5316
mbentley@bentleyandbruning.com
dwallace@bentleyandbruning.com

*Counsel for SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT d/b/a SARASOTA MEMORIAL HEALTH CARE SYSTEM, INC.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.,*<br><br>Debtors[1]. | Chapter 11<br>Case No. 19-23649 (RDD)<br>(Jointly Administered) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MORGAN R. BENTLEY**

I, Morgan R. Bentley, request admission *pro hac vice*, before the Honorable Robert D. Drain, to represent SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT d/b/a SARASOTA MEMORIAL HEALTH CARE SYSTEM, INC. (SCPHD) in the above-referenced chapter 11 cases.  In support thereof, SCPHD states as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SCV Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1.  Morgan R. Bentley and his law firm Bentley and Bruning, P.A. have been retained to represent SCPHD as counsel in all proceedings conducted in the National Prescription Opiate Litigation, Case No.:1:17-md-02804, Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc. v. Purdue Pharma L.P., et. al. Case No. 1:18-op-4136-DAP.

2.  SCPHD has a vital interest in, and a real need for financial relief from the Defendants.

3.  Morgan R. Bentley is a member in good standing of the United States District Court, Middle District of Florida and the United States Court of Appeals, Eleventh Circuit. Morgan R. Bentley is familiar with and will be governed by the Local Rules of the United States Bankruptcy Court Southern District of New York and the Code of Professional Responsibility.

4.  I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

**WHEREFORE**, SCPHD respectfully requests this Honorable Court to enter an order admitting Morgan R. Bentley to practice before this Court *pro hac vice*.

Dated: October 29, 2019.

        **BENTLEY AND BRUNING, P.A.**

        _____
        **MORGAN R. BENTLEY, ESQ.**
        Florida Bar No. 0962287
        mbentley@bentleyandbruning.com
        **DAVID A. WALLACE, ESQ.**
        Florida Bar No. 0608386
        dwallace@bentleyandbruning.com
        783 South Orange Avenue, Third Floor
        Sarasota, Florida 34236
        Telephone: (941) 556-9030 Facsimile: (941) 312-5316
        Secondary Email: mdiven@bentleyandbruning.com
        *Attorneys for Sarasota County Public Hospital District*