UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |
| **PURDUE PHARMA L.P.,** *et al.*, | Adv. Pro. No. 19-08289 (RDD) |
| Plaintiffs, | |
| v. | |
| **COMMONWEALTH OF MASSACHUSETTS,** *et al.*, | |
| Defendants. | |

## MOTION FOR ADMISSION, *PRO HAC VICE*

I, Robert M. Adams, Esquire, of the law firm Eglet Adams, 400 South 7th Street, Las Vegas, NV 89101, request admission *pro hac vice* before the Honorable Robert D. Drain, to represent the following Nevada Counties and Municipalities in the above-referenced adversary proceeding and bankruptcy case: Clark County, City of Reno, City of Henderson, City of North Las Vegas and City of Las Vegas.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

***I certify that I am a member in good standing*** of the bar of the State of Nevada and admitted to practice before the U.S. District Court of Nevada.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  October 25, 2019   /s/  Robert M. Adams
　　　　　　　　　　　　　　　Robert M. Adams, Esq. (NV Atty. #6551)
　　　　　　　　　　　　　　　EGLET ADAMS
　　　　　　　　　　　　　　　400 South 7th Street, Suite 400
　　　　　　　　　　　　　　　Las Vegas, NV 89101
　　　　　　　　　　　　　　　Telephone: 702-450-5400
　　　　　　　　　　　　　　　Facsimile: 702-450-5451
　　　　　　　　　　　　　　　E-mail: badams@egletlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2019, a true and correct copy of this document was served by electronic mail through the Court's CM/ECF system to all parties who are deemed to have consented to electronic service.

_/s/ Julio Jerezn_