UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |
| PURDUE PHARMA L.P., *et al.*, | Adv. Pro. No. 19-08289 (RDD) |
| Plaintiffs, | |
| v. | |
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, | |
| Defendants. | |

## MOTION FOR ADMISSION, *PRO HAC VICE*

I, Richard F. Holley, Esquire, of the law firm Holley, Driggs, Wallach, Fine, Puzey, Stein & Thompson, 400 South 4th Street, Las Vegas, NV 89101, request admission *pro hac vice* before the Honorable Robert D. Drain, to represent the following Nevada Counties and Municipalities in the above-referenced bankruptcy case and adversary proceeding: Clark County, City of Reno, City of Henderson, City of North Las Vegas, and City of Las Vegas.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

18304836.1
234175-10001

*I certify that I am a member in good standing* of the bar of the State of Nevada and admitted to practice before U. S. District Court for the District of Nevada, U. S. Bankruptcy Court for the District of Nevada and the U.S. Court of Appeals for the Ninth Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 25th, 2019

_____
Richard F. Holley, Esq. (NV Atty. # 3077)
HOLLEY, DRIGGS, WALLACH, FINE, PUZEY, STEIN & THOMPSON
400 South 4th Street,
Las Vegas, NV 89101
Telephone: (702) 791-0308 702.791.1912
Facsimile: (702) 791-1912
E-mail: rholley@nevadafirm.com

18304836.1
234175-10001

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2019, a true and correct copy of this document was served by electronic mail through the Court's CM/ECF system to all parties who are deemed to have consented to electronic service.

_/s/ Julio Jerezano_