Ben Harrington
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:   (510) 725-3001
Email:  benh@hbsslaw.com

*Counsel for City of Seattle*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Joint Administration Pending) |

**NOTICE OF APPEARANCE, REQUEST FOR
NOTICE, AND RESERVATION OF RIGHTS**

The undersigned hereby submits this *Notice of Appearance, Request for Notice, and Reservation of Rights* ("**Notice of Appearance**"), pursuant to Bankruptcy Rule 2002. The undersigned appears on behalf of the City of Seattle and requests a copy of all notices given and all papers (including pleadings, motions, applications, complaints, orders, reports, and any proposed plans or disclosures statements) served or otherwise filed in the above-captioned

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

- 1 -

010396-30/1194197 V1

bankruptcy cases, be served upon the undersigned at the mailing address, e-mail address, and facsimile number set forth below:

> Ben Harrington
> 715 Hearst Ave., Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001
> Email: benh@hbsslaw.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) any right to have final orders in non-core matters entered only after *de novo* review by a district court judge, (ii) any right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto, (iii) any right to have the reference withdrawn by a district court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this twenty-ninth day of October, 2019.

HAGENS BERMAN SOBOL SHAPIRO LLP

By:  /s/ Ben Harrington
    Ben Harrington
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: benh@hbsslaw.com

*Counsel for City of Seattle*