UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Xavi Flores, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 24, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of Chapter 11 Bankruptcy Case [Docket No. 198]

Dated: October 29, 2019

_____
Xavi Flores

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 29, 2019, by Kelsey L. Gordon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

SRF 36914

**Exhibit A**

# Exhibit A

Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 6186588 | ABBEY, JAMES | REDACTED | | | |
| 6187845 | ABEYEWARDENE, DILHAN KINGSLEY | REDACTED | | | |
| 6190397 | ADAMS, ALICIA LYNN | REDACTED | | | |
| 6192029 | ADHIKARY, RAJEEB | REDACTED | | | |
| 6192481 | ADLER, ROBERT CARL | REDACTED | | | |
| 6193769 | AGLIO, TAYLOR ALEXANDRA | REDACTED | | | |
| 6194111 | AGTE, SUHAS DAMODAR | REDACTED | | | |
| 6194133 | AGUBUZU, OGOEGBUNAM | REDACTED | | | |
| 6194356 | AGUIRRE, CARLOS | REDACTED | | | |
| 6195592 | AHMED, NADEEM MAQSUD | REDACTED | | | |
| 6195638 | AHMED, NISAR | REDACTED | | | |
| 6196462 | AINSWORTH, DIANE | REDACTED | | | |
| 6198200 | ALAEE, SPENCER RAVAS | REDACTED | | | |
| 6198317 | ALAM, MOHAMMED MONJURUL | REDACTED | | | |
| 6200899 | ALGASE, LESLIE F. | REDACTED | | | |
| 6201180 | ALI, HASAN | REDACTED | | | |
| 6201360 | ALI, NADAR ABDI | REDACTED | | | |
| 6201814 | ALISASIS, ALAIN | REDACTED | | | |
| 6197987 | AL-MUBASLAT, AHMAD NABIL | REDACTED | | | |
| 6198058 | AL-SABEK, KARIM MOHAMAD | REDACTED | | | |
| 6204578 | ALSHAFIE, TAREK AHMED | REDACTED | | | |
| 6204732 | ALT, DANIEL BENJAMIN | REDACTED | | | |
| 6204986 | ALTMAN, DAVID JOSEPH | REDACTED | | | |
| 6206263 | AMBRAD, ANTONIO JOSE | REDACTED | | | |
| 6207154 | AMMARI, ZAID A. | REDACTED | | | |
| 6210059 | ANDERSON, SANDY MARIE | REDACTED | | | |
| 6210177 | ANDERSON, SUE KATHRYN | REDACTED | | | |
| 6210284 | ANDERSON, TRAVIS | REDACTED | | | |

In re: Purdue Pharma L.P., *et al.*
Case No. 19-23649 (RDD)

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 6210330 | ANDERSON, WILLIAM ABBOTT | REDACTED | | | |
| 6211310 | ANEES, FARAH | REDACTED | | | |
| 6211578 | ANGELO, CHARLES KENNETH | REDACTED | | | |
| 6212087 | ANNE, NIRUPAMA | REDACTED | | | |
| 6212156 | ANNUNZIATA, GIUSEPPE | REDACTED | | | |
| 6212859 | ANTONINI, CHARLES JOHN | REDACTED | | | |
| 6213660 | APPLEBAUM, STEVE GARY | REDACTED | | | |
| 6213725 | APPLEHOF, TREVOR JOHN | REDACTED | | | |
| 6215770 | ARMENTI, VINCENT THOMAS | REDACTED | | | |
| 6216588 | ARNOLD, RUTH M. | REDACTED | | | |
| 6217106 | ARQUIETTE, JACLYN MARGARET | REDACTED | | | |
| 6217683 | ARUKALA, KEDAREESHWAR SANJAY | REDACTED | | | |
| 6218725 | ASHMORE, PATRICIA NOEL | REDACTED | | | |
| 6219318 | ASSAD, WILLIAM ABDELSAYED | REDACTED | | | |
| 6219498 | ASTON, JAMES SCOTT | REDACTED | | | |
| 6219724 | ATCHESON, IRA DAVID | REDACTED | | | |
| 6219772 | ATER, JOANN LYNNETTE | REDACTED | | | |
| 6220215 | ATKISON, JAMES ARTHUR | REDACTED | | | |
| 6221017 | AUGUSTINE, NICHOLAS JOSEPH | REDACTED | | | |
| 6221116 | AULT, BRIAN W. | REDACTED | | | |
| 6222448 | AWOWALE, JOHN TOKUNBO | REDACTED | | | |
| 6222998 | AYOOLA, ANGELINA IBIWARI | REDACTED | | | |
| 6223320 | AZAROFF, LENORE | REDACTED | | | |
| 6223506 | AZIZ, KHALID | REDACTED | | | |
| 6224511 | BACHORIK, JOAN ELIZABETH | REDACTED | | | |
| 6224658 | BACKOVSKI, MICHAEL | REDACTED | | | |
| 6225646 | BAGGENSTOS, PETER ALOIS | REDACTED | | | |
| 6228020 | BAKER, KATHERINE NICOLE | REDACTED | | | |

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 6230498 | BALTAZAR, GABRIEL CRUZ | REDACTED | | | |
| 6230782 | BANAS, AMANDA M. | REDACTED | | | |
| 6231552 | BANKS, TOBIAS | REDACTED | | | |
| 6233034 | BARDOLIA, AMY | REDACTED | | | |
| 6233871 | BARLOW, NANCY N. | REDACTED | | | |
| 6236507 | BARTELSTEIN, MEREDITH KARLEE | REDACTED | | | |
| 6302856 | CARMICHAEL, MICHAEL JAY | REDACTED | | | |
| 6303062 | CARNEY, DAVID OMAN | REDACTED | | | |
| 6304513 | CARROLL, JENNIFER KELLY WILL | REDACTED | | | |
| 6306376 | CASE, CHRISTINA M. | REDACTED | | | |
| 6306389 | CASE, DELVYN CAEDREN | REDACTED | | | |
| 6306591 | CASEY, 709 JEREMY J. | REDACTED | | | |
| 6306514 | CASEY, BRENDAN J. | REDACTED | | | |
| 6307553 | CASTELLUCCI, ENRICO | REDACTED | | | |
| 6308234 | CATALAN, SUSAN ELAINE | REDACTED | | | |
| 6308272 | CATALANOTTI, ROSE | REDACTED | | | |
| 6309382 | CECCHI, ROY ELLIOTT | REDACTED | | | |
| 6312306 | CHAN, SAMUEL YA | REDACTED | | | |
| 6313366 | CHANG, ERIC | REDACTED | | | |
| 6313474 | CHANG, JAMES MIDDLETON | REDACTED | | | |
| 6313813 | CHANG, RAY | REDACTED | | | |
| 6315962 | CHAUDHARY, SHAHRUKH | REDACTED | | | |
| 6316015 | CHAUDHRY, ARSHAD NAZIR | REDACTED | | | |
| 6317264 | CHEN, BRANDON | REDACTED | | | |
| 6317409 | CHEN, CONSTANCE | REDACTED | | | |
| 6317511 | CHEN, ERIC | REDACTED | | | |
| 6319863 | CHHABRA, ARPIT | REDACTED | | | |
| 6319906 | CHHAJWANI, BALRAM L. | REDACTED | | | |

# Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 6320072 | CHIANG, ANGELA FUNGSENG | REDACTED | | | |
| 6320473 | CHIJIOKE, ESTHER UGONMA | REDACTED | | | |
| 6324036 | CHRISTAKIS, PAUL | REDACTED | | | |
| 6324179 | CHRISTENSEN, HOLLY MANESE | REDACTED | | | |
| 6331758 | COCHRAN, CURTIS WAYNE | REDACTED | | | |
| 6334883 | COLEMAN, DON MICHAEL | REDACTED | | | |
| 6335421 | COLLAZO, WALTER | REDACTED | | | |
| 6335467 | COLLERAN, KRISTEN DEIRDRE | REDACTED | | | |
| 6336182 | COLLINS, MADISON | REDACTED | | | |
| 6336511 | COLLISON, CAROLINA MARIE | REDACTED | | | |
| 6336579 | COLMAN, MICHAEL DAVID | REDACTED | | | |
| 6338535 | CONNER, WILLIAM RICHARD | REDACTED | | | |
| 6339234 | CONSTANT, DUSTIN | REDACTED | | | |
| 6340273 | COOK, RALPH DUANE | REDACTED | | | |
| 6341581 | COOPER WIJEWARDANE, JOHNNIE SUSAN | REDACTED | | | |
| 6341243 | COOPER, KASA BLAINE | REDACTED | | | |
| 6341278 | COOPER, LAWRENCE H. | REDACTED | | | |
| 6341769 | COPELAND, JEFFERY BLAKE | REDACTED | | | |
| 6341849 | COPETAS, CONSTANCE C. | REDACTED | | | |
| 6343123 | CORONA, JOSE MARIO | REDACTED | | | |
| 6343832 | COSENZA, MICHAEL R. | REDACTED | | | |
| 6344416 | COTLER, HARRY | REDACTED | | | |
| 6344446 | COTRONEO, CHRISTOPHER MICHAEL | REDACTED | | | |
| 6345266 | COUTO, COREY ALEXANDER | REDACTED | | | |
| 6345448 | COVEY, JANET HUGHES | REDACTED | | | |
| 6345763 | COWGILL, STEVEN D. | REDACTED | | | |
| 6346349 | COX, WILFRED WELBY | REDACTED | | | |
| 6346628 | CRABTREE, BRUCE LEROY | REDACTED | | | |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 6351378 | CULBREATH, KATHERINE | REDACTED | | | |
| 6354958 | DAHL, JAMES RUSSELL | REDACTED | | | |
| 6355058 | DAHLHAUSEN, ROBERT D. | REDACTED | | | |
| 6355774 | DALGLISH, PRESTON HALSTEAD | REDACTED | | | |
| 6356126 | DALTON-BETHEA, SHAWN MI | REDACTED | | | |
| 6356854 | DANDAN, IMAD SAMI | REDACTED | | | |
| 6358234 | DAOUD, HUSSEIN OSMAN | REDACTED | | | |
| 6358844 | DART-GRAHAM, DIANA E. | REDACTED | | | |
| 6360229 | DAVID, RONALD | REDACTED | | | |
| 6361709 | DAVIS, JAMES ALEXANDER | REDACTED | | | |
| 6361924 | DAVIS, JONATHAN MICHAEL | REDACTED | | | |
| 6362550 | DAVIS, RENEE A. | REDACTED | | | |
| 6362696 | DAVIS, SARA FISCHLOWIT | REDACTED | | | |
| 6362971 | DAVIS, WILLIAM BO | REDACTED | | | |
| 6363290 | DAWKINS, JOSETTE CAMION | REDACTED | | | |
| 6363365 | DAWSON, ANITA TABOR | REDACTED | | | |
| 6363494 | DAWSON, MICHAEL RICHARD | REDACTED | | | |
| 6363722 | DAY, MICHAEL R. | REDACTED | | | |
| 6363971 | DCOUTO, HELEN TRESSA | REDACTED | | | |
| 6364472 | DE LUCA, JOSEPH N. | REDACTED | | | |
| 6364572 | DE SCHWEINITZ, ELIZABETH H. | REDACTED | | | |
| 6366434 | DEFAZIO, CHRISTOPHER L. | REDACTED | | | |
| 6366628 | DEFUSCO, KENNETH T. | REDACTED | | | |
| 6366646 | DEGAN, TIMOTHY | REDACTED | | | |
| 6366660 | DEGARMO, RONALD GE | REDACTED | | | |
| 6369159 | DELUCA, PAMELA S. | REDACTED | | | |
| 6369164 | DELUCA, PETER SALVATORE | REDACTED | | | |
| 6369522 | DEMATIO, VINCENT | REDACTED | | | |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 5 of 9

## Exhibit A
### Supplemental Service List
### Served via First Class Mail

| MMLID | NAME | ADDRESS1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 6369636 | DEMEO, JAMES R. | REDACTED | | | |
| 6370980 | DEOL, HARBANS KAUR | REDACTED | | | |
| 6373455 | DEVARAKONDA, SRINIVAS SANKARNAGA | REDACTED | | | |
| 6374544 | DHALIWAL, JOAT | REDACTED | | | |
| 6374573 | DHALIWAL, TEJWINDER K. | REDACTED | | | |
| 6374672 | DHANKHAR, AJAY | REDACTED | | | |
| 6374949 | DHILLON, SAUD AHMED | REDACTED | | | |
| 6374961 | DHILLON, SURINDER P. | REDACTED | | | |
| 6375185 | DI POALA, JOSEPH ANTHONY | REDACTED | | | |
| 6375393 | DIAMOND, MARC SHIVOK | REDACTED | | | |
| 6375720 | DIAZ, LUIS ANTONIO | REDACTED | | | |
| 6378843 | DINNEL, MICHAEL L. | REDACTED | | | |
| 6378946 | DION, CHRISTOPHER WAYNE | REDACTED | | | |
| 6379697 | DIVERS, JUDE | REDACTED | | | |
| 6382286 | DOMINGUEZ, SAHARA P. | REDACTED | | | |
| 6382332 | DOMINICK, THOMAS FR | REDACTED | | | |
| 6383002 | DONLE, EDWARD W. | REDACTED | | | |
| 6387244 | DREYFUSS, ANDREA PAOLA | REDACTED | | | |
| 6387844 | DRURY, CYNTHIA PA | REDACTED | | | |
| 6390306 | DUNBAR, SARA ANN | REDACTED | | | |
| 6393430 | DZERHACHOU, VASILI | REDACTED | | | |
| 6393586 | EAGAN, PATRICIA OSHEA | REDACTED | | | |
| 6396595 | EDWARDS, THEODORE CARROLL | REDACTED | | | |
| 6396835 | EGAN, JAMES EDWARD | REDACTED | | | |
| 6398008 | EISEN, MARK ZELIG | REDACTED | | | |
| 6398264 | EISMAN, WAYNE BROOK | REDACTED | | | |
| 6398412 | EKENNA, CHIDINMA NNENNA | REDACTED | | | |
| 6400367 | ELLIOTT, LINDA M. | REDACTED | | | |

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 6401342 | ELNEMA, GITOUF | REDACTED | | | |
| 6401550 | ELSHEIKH, ARWA MAHMOUD | REDACTED | | | |
| 6402003 | EMERICK, JANE LOUISE | REDACTED | | | |
| 6402173 | EMERY, WADEN E. | REDACTED | | | |
| 6402615 | ENDSLEY, MARIA OJEDA | REDACTED | | | |
| 6404109 | EPSTEIN, NATHANIEL B. | REDACTED | | | |
| 6404382 | EREKSON, DAVID G. | REDACTED | | | |
| 6404576 | ERICKSON, HELEN E. | REDACTED | | | |
| 6404744 | ERICKSON, TIFFANI | REDACTED | | | |
| 6405536 | ESCOLAR, DIANA MARCELA | REDACTED | | | |
| 6405657 | ESHENAUR, JAMES ELWOOD | REDACTED | | | |
| 6405933 | ESPARZA, MELISSA | REDACTED | | | |
| 6406157 | ESPINOZA, MARK ANTHONY | REDACTED | | | |
| 6406469 | ESTACIO, RAYMOND O. | REDACTED | | | |
| 6406670 | ESTEVEZ, ROGER | REDACTED | | | |
| 6406910 | ETEMADI, AZIM | REDACTED | | | |
| 6408449 | EVERS, HEATHER B. | REDACTED | | | |
| 6409247 | FABUNMI, ABAYOMI EMMANUEL | REDACTED | | | |
| 6409276 | FACER, GEORGE WESLEY | REDACTED | | | |
| 6409950 | FAIRBANKS, MICHAEL K. | REDACTED | | | |
| 6462924 | GOMBERT, MYLES EDWARD | REDACTED | | | |
| 7079513 | Gripka, Dana | REDACTED | | | |
| 6506939 | HEISER, SYLVIA PINEDA | REDACTED | | | |
| 6507262 | HELGESON, SCOTT | REDACTED | | | |
| 6519972 | HOFFMAN, DUSTIN CARL | REDACTED | | | |
| 6524097 | HONG, DOUGLAS SEUNGIL | REDACTED | | | |
| 6540940 | ISHAQUE, PHIROCE | REDACTED | | | |
| 6542233 | IZU, CLARK ALLEN | REDACTED | | | |

In re: Purdue Pharma L.P., *et al.*

Case No. 19-23649 (RDD)

Page 7 of 9

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 6542337 | JABBOUR, JOSEPH | REDACTED | | | |
| 6547790 | JANSSEN, ALANNA BRAILLE | REDACTED | | | |
| 6547798 | JANSSEN, DAVID B. | REDACTED | | | |
| 6552003 | JIMENEZ, EILEEN | REDACTED | | | |
| 6552651 | JOGANIC, EDWARD FRANCIS | REDACTED | | | |
| 6552934 | JOHN, LIJU | REDACTED | | | |
| 6558329 | JONES, DAWNA LYNN | REDACTED | | | |
| 6558803 | JONES, JASON MATTHEW | REDACTED | | | |
| 6559892 | JONES, SAMUEL MOSELEY | REDACTED | | | |
| 6563179 | JUNKER, SARAH | REDACTED | | | |
| 6563869 | KACZANOWSKI, MACIEJ MARCIN | REDACTED | | | |
| 6564614 | KAHN, LEONEL ALAN | REDACTED | | | |
| 6566941 | KAMRA, ROOPAMA | REDACTED | | | |
| 6567026 | KANAAN, SAMER AZZAM | REDACTED | | | |
| 6567187 | KANDALA, MADHURI | REDACTED | | | |
| 6567574 | KANEGAE, THOMAS HE | REDACTED | | | |
| 6568971 | KAPLAN, NATHAN B. | REDACTED | | | |
| 6570036 | KARIMKHANI, KOBRA | REDACTED | | | |
| 6570145 | KARL, ERIN ROSE | REDACTED | | | |
| 6570965 | KASHI, CHRISTOPHER | REDACTED | | | |
| 6571391 | KASSERMAN, DAVID | REDACTED | | | |
| 6572458 | KATZ, RICHARD BENJAMIN | REDACTED | | | |
| 6572676 | KAUFFMAN, CHESTER THOMAS | REDACTED | | | |
| 6574547 | KEARNS, CHRISTOPHER M. | REDACTED | | | |
| 6575634 | KEISTER, ALEX | REDACTED | | | |
| 6576262 | KELLER, SARA | REDACTED | | | |
| 6577409 | KELLY, MICHELE M. | REDACTED | | | |
| 6577776 | KELTER, RICHARD JOHN | REDACTED | | | |

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 6578991 | KENNEY, LISA S. | REDACTED | | | |
| 6579044 | KENNON, JUSTIN | REDACTED | | | |
| 6579292 | KENTOFFIO, KATHERINE JEAN | REDACTED | | | |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 9 of 9