**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| <u>In re</u> | ) | Chapter 11 |
| | ) | |
| **Purdue Pharma L.P., et al.,** | ) | **Case No 19-23649 (RDD)** |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

## SCHEDULES OF ASSETS AND LIABILITIES FOR

**Nayatt Cove Lifescience Inc.**

**Case No: 19-23662 (RDD)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-19-23649 (RDD) |
| Debtors. [1] | (Jointly Administered) |

## GLOBAL NOTES AND STATEMENTS OF LIMITATION, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by Purdue Pharma L.P. and its  debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the  "Debtors," the "Company" or "Purdue") pending in the  United States Bankruptcy Court for the Southern District of New York (the  "Bankruptcy Court") were prepared, pursuant to section 521 of title 11 of the United States Code (the  "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure  (the  "Bankruptcy Rules"), by management of the Debtors, with the assistance of the Debtors' advisors.

Although the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred. Notwithstanding any subsequent information or discovery, the Debtors do not undertake any obligation or commitment to update the Schedules and Statements.

The Schedules and Statements are unaudited and subject to potential adjustment.  Because the Schedules and Statements contain unaudited information and remain subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. Nothing contained in the Schedules and Statements shall constitute a

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

waiver of any right of the Debtors or an admission with respect to their chapter 11 cases (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers), and the Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

The Schedules and Statements have been signed by Jonathan Lowne. Mr. Lowne serves as Chief Financial Officer at Debtor Purdue Pharma L.P., and he is an authorized agent of each of the Debtors. Accordingly, in reviewing and signing the Schedules and Statements, Mr. Lowne necessarily relied upon the efforts, statements, and representations of the personnel of the Debtors and the Debtors legal and financial advisors. Mr. Lowne has not (and could not have) personally verified the accuracy of each such statement and representation, including[2], but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.

The Schedules and Global Notes (as defined below) should not be relied upon by any persons for information relating to current or future financial conditions, events, or performances of the Debtors.

These *Global Notes and Statements of Limitation, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.[3]

---

[2] The terms "including" or "includes" as used throughout these Global Notes shall not be construed to be limiting terms.

[3] These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.

## <u>GLOBAL NOTES AND OVERVIEW OF METHODOLOGY</u>

1.  **Description of Cases and Reporting Date**. On September 15, 2019 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "Voluntary Petitions"). The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On September 18, 2019, the Bankruptcy Court entered an order directing joint administration of these chapter 11 cases [Docket No. 59]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. Unless otherwise stated herein, liabilities are reported as of the Petition Date.

2.  **General Reservation of Rights**. Although the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material. Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to these chapter 11 cases, including issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

3.  **Basis of Presentation.** For financial reporting purposes, the Debtors generally prepare consolidated financial statements. Where practicable, the Schedules and Statements reflect the assets and liabilities of each separate Debtor. Because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes, rather than by individual legal entity, it is possible that not all assets, liabilities or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. The Debtors reserve all rights relating to the legal ownership of assets and liabilities among the Debtors, and nothing in the Schedules or Statements shall constitute a waiver or relinquishment of such rights. Information contained in the Schedules and Statements has been derived from the Debtors' books and records. While the Debtors make best efforts to prepare all Schedules and Statements in accordance with Generally Accepted Accounting Principles in the United States ("US GAAP"), the Schedules and Statements are unaudited and attempt to show value of assets of estate or claims against the state and

excluded certain items (see 5 below). They do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States nor are they intended to be fully reconciled to audited financial statements of each Debtor.

4.    **Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total, and the difference may be material. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in the Schedules are inclusive of each Debtor's guarantor obligations.

5.    **Excluded Assets and Liabilities**. The Debtors have excluded certain categories of assets, and liabilities from the Schedules and Statements, including goodwill, intangibles, and certain accrued liabilities including, but not limited to, certain accrued employee compensation and benefits, certain customer accruals, tax accruals, accrued accounts payable, accrued contract termination damages, deferred income accruals, litigation accruals, and certain deposits. The Debtors have also excluded potential claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such claims exist. Certain immaterial assets and liabilities that are not reported or tracked centrally may have been excluded.

6.    **Amendments and Supplements; All Rights Reserved**. The Debtors reserve all rights, but are not required, to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

7.    **References**. Reference to applicable agreements and related documents is necessary for a complete description of the nature, extent, and priority of liens and/or claims. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

8.    **Currency**. All amounts are reflected in U.S. dollars.

9.    **Intercompany**. The Debtors have reported for each Debtor the aggregate net intercompany balances between such Debtors and each other Debtor as assets on Schedule A/B or as liabilities on Schedule E/F, as appropriate, and as of August 31, 2019. The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or otherwise by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

10.    **Book Value**. Unless otherwise indicated, the Debtors' assets are shown on the basis of their

net book values as of August 31, 2019, and the Debtors' liabilities are shown on the basis of their net book values as of the Petition Date. Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the Debtors' books. Net book values may vary, sometimes materially, from market values. The Debtors do not intend to amend these Schedules and Statements to reflect market values.

11.    **Paid Claims**. The Bankruptcy Court has authorized the Debtors to pay certain outstanding prepetition claims—including, but not limited to, payments to employees, independent contractors, customers, and certain vendors—pursuant to various "first day" orders entered by the Bankruptcy Court (the "**First Day Orders**"). Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities. Where the Schedules list creditors and set forth the Debtors' scheduled amount of such claims, such scheduled amounts reflect amounts owed as of the Petition Date adjusted for any post-petition payments made pursuant to the authority granted to the Debtors by the Bankruptcy Court. The Schedules list such post-petition payments separately. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any First Day Order, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. The Debtors will provide any creditor listed on these Schedules and Statements with notice of the bar date, regardless of whether the Debtors have subsequently paid such creditor's claim. The Debtors have not listed any claims for Employee Obligations (as defined in the Wages and Benefits Motion)[4], whether or not they have since had their prepetition claims satisfied in full pursuant to the First Day Orders.

12.    **Recharacterization**. Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, certain items may have been improperly characterized, classified, categorized, or designated. The Debtors expressly reserve all rights to amend, recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as they determine to be necessary and appropriate.

13.    **Claims of Third-Party Entities.** Although the Debtors have made reasonable efforts to classify properly each Claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and/or contingent or non-contingent, the Debtors have not been able to fully reconcile all payments made to certain third-party entities on account of the Debtors' obligations to both such entity and its affiliates, and are continuing to review all relevant documents. Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, for example, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered disputed, whether or not they

---

[4] See the *Motion of Debtors for Entry of an Order Authorizing (i) Debtors to (a) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (b) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (ii) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (iii) Financial Institutions to Honor and Process Related Checks and Transfers* (the "Wages and Benefits Motion").

are individually designated as such.

14. **Liabilities**. The Debtors have allocated liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available, and further research is conducted, particularly with respect to the Debtors' accounts payable, the allocation of liabilities between the prepetition and post-petition periods may change. The Debtors reserve the right to, but are not required to, amend the Schedules and Statements as they deem appropriate to reflect this.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

15. **Guarantees and Other Secondary Liability Claims**. The Debtors have not identified or scheduled any known guarantees or other secondary liability claims. It is possible that certain guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. The Debtors reserve their rights to amend the Schedules to the extent that guarantees are identified.

16. **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made significant efforts to attribute intellectual property to the rightful Debtor owner; however, in some instances intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all rights with respect to the legal status and proper attribution of any and all such intellectual property rights.

17. **Executory Contracts and Unexpired Leases.** The Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G. In addition, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred.

18. **Claims Description.** Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection. The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and

Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated." In addition, the Debtors reserve their rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

19. **Causes of Action.** Despite their reasonable efforts, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, affirmative claims, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all rights to any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

20. **Undetermined Amounts.** Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown," "TBD," or "undetermined". The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

21. **Liens.** Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property or equipment.

22. **Global Notes Control.** In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

23. **Confidentiality.** There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.

## General Disclosures Applicable to Schedules

1. **Classifications**. Listing a Claim on Schedule D as "secured," or on Schedule E/F as "priority," or "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such Claim or contract.

2. **Schedule A/B - Real and Personal Property**.

   a) **Schedule A/B.3**. Bank account balances are as of the Petition Date.

   b) **Schedule A/B.7-8**. Prepayment and deposit balances are as of the Petition Date.

   c) **Schedule A/B.11.** Schedule A/B identifies the net accounts receivable balance as of the Petition Date.

   d) **Schedule A/B.15.** The Debtors own equity interest in various publicly and non-

publicly traded stock. For purposes of these Schedules, the Debtors have listed the book value of these investments as of August 31, 2019.

e) **Schedule A/B.16**. Investments are listed at their accrued value as of the Petition Date.

f) **Schedules A/B.19-58**. Dollar amounts are presented net of accumulated depreciation and other adjustments.

g) **Schedule A/B.73.** The Debtors maintain a variety of insurance policies including property, general liability, and workers' compensation policies and other employee related policies. The Debtors' interest in these types of policies is limited to the amount of the premiums that the Debtors have prepaid, if any, as of August 31, 2019, and any prefunded claim tails. To the extent the Debtors have made a determination of the amount of prepaid insurance premiums or prefunded claim tails as of August 31, 2019, such amounts are listed on Exhibit A/B, Part 2, Question 8.

h) **Schedule A/B.74.** Despite exercising their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. Unless otherwise noted on specific responses, items reported on Schedule A/B are reported from the Debtors' book and records as of the Petition Date. The Debtors reserve all of their rights with respect to any claims and causes of action they may have. Neither these Global Notes nor the Schedules shall be deemed a waiver of any such claims or causes of action or to prejudice or impair the assertion thereof in any way.

i) **Schedule A/B.75.** In the ordinary course of business, the Debtors may have accrued, or may in the future accrue, certain rights to counter-claims, cross-claims, setoffs, and/or refunds with Debtors' customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B.75.

3.    **Schedule D – Creditors Holding Secured Claims.** The Debtors are not aware of any secured claims against the Debtors. The certain UCC-1 lienholders listed in this response are included solely out of an abundance of caution.

Real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve their rights to amend Schedule D to the extent that the Debtors determine that any claims associated with such agreements should be reported on Schedule D.

Moreover, the Debtors have not included on Schedule D claims that may be secured through setoff rights or inchoate statutory lien rights. The Debtors have not investigated which of the claims against the Debtors may include such rights, and their population is currently unknown.

4.    **Schedule E/F– Creditors Holding Unsecured Claims**. The Debtors have used reasonable efforts to report all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records as of the Petition Date; however, inadvertent errors or omissions may have occurred. The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose may be an open issue of fact. In addition, the claims of individual creditors for, among other things, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits, rebates, or allowances due from such creditors to the applicable Debtors.

Certain former directors, officers and/or employees of the Debtors have asserted indemnification claims against the Debtors. In these cases, the Debtors listed such claimants' counsel as the creditors rather than the claimants themselves, and identified such claims as indemnification claims.

The Debtors have not listed any wage or wage-related obligations that the Debtors were granted authority to pay and have paid pursuant to First Day Orders on Schedule E/F. The Debtors reserve their right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority claims.

Claims owing to various taxing and regulatory authorities to which the Debtors may potentially be liable are included on the Debtors' Schedule E/F. Certain of such claims, however, may be subject to on-going audits and/or the Debtors are otherwise unable to determine with certainty the amount of the remaining claims listed on Schedule E/F. Therefore, the Debtors have listed all such priority claims with amounts "undetermined," pending final resolution of on-going audits or other outstanding issues.

Notwithstanding the foregoing, where creditors have yet to provide proper invoices for prepetition goods or services, such amounts may not be reflected on Schedule E/F. Moreover, Schedule E/F does not include certain balances including deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date.

Due to the complex nature and the difficulty in estimating the liability arising from customer programs,[5] the Debtors have not listed any obligations arising from customer programs that the Debtors were granted authority to pay and have paid pursuant to First Day Orders on Schedule E/F

---

[5] See the *Motion of Debtors for Entry of Interim and Final Orders Authorizing (i) Debtors to Honor Prepetition Obligations to Customers and Related Third Parties and to Otherwise Continue Customer Programs (ii) Relief from Stay to Permit Setoff in Connection with the Customer Programs and (iii) Financial Institutions to Honor and Process Related Checks and Transfers (the "Customer Programs Motion")*

Schedule E/F also contains information regarding pending litigation involving the Debtors. The dollar amount of potential claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

Generally, the Debtors' accounts payable are scheduled as being owed by a specific Debtor based on the Debtors' books and records. There may be instances when one Debtor engages in a transaction or series of transactions which might generate accounts payable or other entries reported in the Schedules and Statements of another Debtor. It would be burdensome and an inefficient use of estate resources for the Debtors to allocate their accounts payable on a Debtor-by-Debtor basis in certain instances. Additionally, certain accounts payable reported in the Schedules of one of the Debtors may, in fact, be owed by one or more of the other Debtors. Consequently, Schedule E/F of each Debtor may list accounts payable liabilities of other Debtors.

5.    **Schedule G – Executory Contracts and Unexpired Leases.** While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusion may have occurred. Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as indemnity agreements, non-executory supplemental agreements, amendments/letter agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. The Debtors may have included such contracts on the Schedule G of only one Debtor and excluded it from other Debtor counterparties.

In certain circumstances, the specific Debtor obligor(s) to certain of the Agreements could not be specifically identified. In such cases, the Debtors have made reasonable efforts to identify the correct Debtor's Schedule G on which to list the agreement. In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is to reflect distinct agreements between the applicable Debtor and such supplier or provider. In such cases, the Debtors made their best efforts to determine the correct Debtor on which to list such executory contracts or unexpired leases. Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

The agreements listed on Schedule G may have expired or may have been renewed, modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements, which may not be listed on Schedule G.

Any and all of the Debtors' rights, claims, and causes of action with respect to the agreements listed on Schedule G are hereby reserved and preserved, including, but not limited to,

the Debtors' rights to (i) dispute the validity, status, or enforceability of any agreements set forth on Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G and (iii) amend or supplement Schedule G as necessary. Inclusion or exclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, and the Debtors reserve all rights in that regard, including that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

The Debtors have made reasonable efforts to list each executory contract or unexpired lease at the correct Debtor or Debtor(s). However, liabilities associated with certain executory contracts or unexpired leases may be reported on the Schedules of a particular Debtor while the corresponding executory contract or unexpired lease is listed on the Schedule G of a different Debtor.

6.   **Schedule H - Codebtors**. In the ordinary course of their business, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because such claims are listed elsewhere in the Statements and Schedules, they have not been set forth individually on Schedule H.

The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases and other such agreements. The Debtors reserve their right, but shall not be required, to amend the Schedules to the extent that guarantees are identified.

## General Disclosures Applicable to Statements

a.   **Statements – Question 1-2**. Historically, revenue is reported on the Debtors' consolidated financials; however, revenue is recorded in the Debtors' books and records on an individual Debtor basis. The Statements list revenue on an individual Debtor basis. Listed gross revenue amounts represent the invoiced value of sales.

b.   **Statements – Question 3 - 90 Day Payments**. The Debtors have responded to Question 3 in the Statements in a detailed format, categorized by payee. All disbursements listed in Question 3 are made through the Debtors' cash management system, more fully described in the Cash Management Motion.[6] Dates listed in Question 3 reflect the date upon which the Debtor transferred funds to the relevant payee. The response to Question 3 includes any disbursement or other transfer made by the Debtors except gifts and charitable contributions (which payments are listed in response to Question 9, where applicable) and bankruptcy professionals (which payments are listed in response to Question 11, where applicable). Not all payees are creditors of the Debtors. Certain

---

[6] See the *Motion of Debtors for Entry of Interim and Final Orders Authorizing (i) Debtors to Continue to Use Existing Cash Management System and Maintain Existing Bank Accounts and Business Forms and (ii) Financial Institutions to Honor and Process Related Checks and Transfers (the "Cash Management Motion")*

payees have received payments listed on behalf of other parties or have received payments that are not on account of antecedent debts. In addition, the response to Question 3 does not include checks that were either voided or not presented before the Petition Date.

c.   **Statements – Question 4 – Payments to or for the Benefit of Insiders**. Individuals listed in the Statements as insiders have been included for informational purposes only. The Debtors do not take any position with respect to (i) such person's influence over the control of the Debtors; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority or such individual; or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities law, or with respect to any theories of liability or any other purpose. For purposes of the Schedules and Statements, the Debtors have also provided disclosures regarding certain entities that are directly or indirectly owned or controlled by Purdue Pharma L.P.'s direct or indirect shareholders, including trusts, beneficiaries, companies, affiliates, family members and any similar related parties. The Debtors do not take any position with respect to whether any such entity constitutes an "insider" as defined in section 101(31) of the Bankruptcy Code. As such, the Debtors reserve all rights to dispute whether any individual or entity identified in response to Question 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code. For more information regarding each Debtor's officers and directors, see Questions 28 and 29.

The payroll-related amounts shown in response to this question for any salary, bonus or additional compensation, and/or severance payments are gross amounts that do not include reductions for amounts including employee tax or benefit withholdings.

d.   **Statements – Question 7: Legal Actions or Assignments**. The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that a Debtor is not an appropriate party to such actions or proceedings.

The Debtors have devoted substantial resources to identify and provide as much information for as many proceedings as possible in response to Statements Question 7 using records that were reasonably accessible and reviewable. While the Debtors believe they were diligent in their efforts, information the Debtors were unable to locate for proceedings that were listed was left blank.

e.   **Statements – Question 9: Charitable Contributions**. The grants, donations and/or charitable contributions listed in response to Question 9 represent payments made to third parties during the applicable timeframe that were recorded as such within the Debtors' books and records.

f.   **Statements – Question 11 – Payments Related to Bankruptcy**. The Debtors have used reasonable efforts to identify payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately before the Petition Date. Additional information regarding the Debtors' retention of

professional service firms is more fully described in the individual retention applications for those firms and related orders. Not all payments made and listed are on account of debt counseling or restructuring services.

g.  **<u>Statements – Question 13 – Transfers Not Already Listed.</u>** While the Debtors have made reasonable efforts to respond comprehensively to Question 13, certain *de minimis* asset sales and transfers may be omitted unintentionally. In addition, the Debtors buy and sell certain assets in the ordinary course of business. Such dispositions made in the ordinary course of business have not been reflected in responses to Question 13. The Debtors further do not take any position with respect to whether transfers identified in response to Question 13 are made in the ordinary course of business. Certain transfers listed in this response are included solely out of an abundance of caution.

**Nayatt Cove Lifescience Inc.**                                                   **Case Number:  19-23662 (RDD)**

## Schedule A/B: Assets — Real and Personal Property

| Part 1: | Cash and cash equivalents |
|---|---|

1.   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| General description | Type of account (if applicable) | Last 4 digits of account # (if applicable) | Current value of debtor's interest |
|---|---|---|---|
| **2.   Cash on hand** | | | |
| 2.1 | | | |
| | | | |
| **3.   Checking, savings, money market, or financial brokerage accounts (Identify all)** | | | |
| 3.1   EAST WEST BANK | OPERATING | 9220 | $0 |
| 3.2   JP MORGAN CHASE | OPERATING | 8162 | $0 |
| **4.   Other cash equivalents (Identify all)** | | | |
| 4.1 | | | |

5.   **Total of Part 1.**

    Add lines 2 through 4. Copy the total to line 80.

| |
|---|
| $0 |

**Nayatt Cove Lifescience Inc.**                                              **Case Number:   19-23662 (RDD)**

## Schedule A/B: Assets — Real and Personal Property

| Part 2: | Deposits and prepayments |
|---|---|

6.  **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

| General description | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1 _____    _____

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1 _____    _____

9.  **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.                          _____

**Nayatt Cove Lifescience Inc.**                                          Case Number:   19-23662 (RDD)

## Schedule A/B: Assets — Real and Personal Property

| Part 3: | Accounts receivable |
| --- | --- |

10.  **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| General description | Face or requested amount | Doubtful or uncollectable | Current value of debtor's interest |
| --- | --- | --- | --- |

11.    Accounts receivable

11a. 90 days old or less: _____ - _____ = _____

11b. Over 90 days old: _____ - _____ = _____

11c. All accounts receivable: _____ - _____ = _____

12.   **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

Nayatt Cove Lifescience Inc.                                    Case Number:  19-23662 (RDD)

## Schedule A/B: Assets — Real and Personal Property

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| General description | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| | | |
|---|---|---|
| 14.1 | | |

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:

| 15.1   VIDA VENTURES, LLC - LIMITED LIABILITY INTERESTS IN BIOTECH INVESTMENT VEHICLE (OWNERSHIP: UNDETERMINED) | NBV | $10,192,490 |
|---|---|---|

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| | | |
|---|---|---|
| 16.1 | | |

17.  **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

|  |
|---|
| **$10,192,490** |

**Specific Notes**

See exhibits attached for additional detail.

**INTERCOMPANY - DEBTOR TO DEBTOR**
**AS OF AUGUST 31, 2019**

| DEBTOR | Purdue Pharma L.P. | Nayatt Cove Lifescience | Purdue Pharmaceuticals LP | Purdue Neuroscience Co. | Rhodes Technologies | UDF LP | Purdue Pharma Puerto Rico | Purdue Transdermal Tech | Rhodes Associates L.P. | Rhodes Pharmaceuticals L.P. | Button Land L.P. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purdue Pharma L.P. | | - | - | - | 6,681,696 | - | - | - | (2,345,767) | (55,001,053) | - |
| Nayatt Cove Lifescience | - | | - | - | - | - | - | - | - | - | - |
| Purdue Pharmaceuticals LP | - | - | | - | - | - | - | - | - | - | - |
| Purdue Neuroscience Co. | - | - | - | | - | - | - | - | - | - | - |
| Rhodes Technologies | (6,681,696) | - | - | - | | (468,921) | - | - | - | (1,800,267) | (74,276) |
| UDF LP | - | - | - | - | 468,921 | | - | - | - | - | - |
| Purdue Pharma Puerto Rico | - | - | - | - | - | - | | - | - | - | - |
| Purdue Transdermal Tech | - | - | - | - | - | - | - | | - | - | - |
| Rhodes Associates L.P. | 2,345,767 | - | - | - | - | - | - | - | | - | - |
| Rhodes Pharmaceuticals L.P. | 55,001,053 | - | - | - | 1,800,267 | - | - | - | - | | - |
| Button Land L.P. | - | - | - | - | 74,276 | - | - | - | - | - | |
| Quidnick Land L.P. | - | - | - | - | 378,915 | - | - | - | - | - | 1,328 |
| Paul Land Inc. | - | - | - | - | 37,000 | - | - | - | - | - | (52,084) |
| Imbrium Therapeutics L.P. | - | - | - | - | - | - | - | - | - | - | - |
| Greenfield BioVentures LP | - | - | - | - | - | - | - | - | - | - | - |
| Adlon Therapeutics L.P. | - | - | - | - | - | - | - | - | - | - | - |
| Purdue Pharma Inc. | (1,566,603) | - | - | - | (12,500) | (2,500) | - | - | - | (6,250) | (1,250) |
| Avrio Health L.P. | - | - | - | - | - | - | - | - | - | - | - |
| Purdue Pharmaceutical Products LP | - | - | - | - | - | - | - | - | - | - | - |
| Purdue Pharma Mfg. L.P. | - | - | - | - | - | - | - | - | - | - | - |
| SVC Pharma Inc. | - | - | - | - | 202,215 | - | - | - | - | (301,441) | - |
| SVC Pharma L.P. | - | - | - | - | - | 466,922 | - | - | - | - | - |
| | 49,098,521 | - | - | - | 9,630,790 | (4,499) | - | - | (2,345,767) | (57,109,012) | (126,282) |

| DEBTOR | Quidnick Land L.P. | Paul Land Inc. | Imbrium Therapeutics L.P. | Greenfield BioVentures LP | Adlon Therapeutics L.P. | Purdue Pharma Inc. | Avrio Health L.P. | Purdue Pharmaceutical Products LP | Purdue Pharma Mfg. L.P. | SVC Pharma Inc. | SVC Pharma L.P. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purdue Pharma L.P. | - | - | - | - | - | 1,566,603 | - | - | - | - | - |
| Nayatt Cove Lifescience | - | - | - | - | - | - | - | - | - | - | - |
| Purdue Pharmaceuticals LP | - | - | - | - | - | - | - | - | - | - | - |
| Purdue Neuroscience Co. | - | - | - | - | - | - | - | - | - | - | - |
| Rhodes Technologies | (378,915) | (37,000) | - | - | - | 12,500 | - | - | - | (202,215) | - |
| UDF LP | - | - | - | - | - | 2,500 | - | - | - | - | (466,922) |
| Purdue Pharma Puerto Rico | - | - | - | - | - | - | - | - | - | - | - |
| Purdue Transdermal Tech | - | - | - | - | - | - | - | - | - | - | - |
| Rhodes Associates L.P. | - | - | - | - | - | - | - | - | - | - | - |
| Rhodes Pharmaceuticals L.P. | - | - | - | - | - | 6,250 | - | - | - | - | 301,441 |
| Button Land L.P. | (1,328) | 52,084 | - | - | - | 1,250 | - | - | - | - | - |
| Quidnick Land L.P. | | 52,084 | - | - | - | 1,250 | - | - | - | - | - |
| Paul Land Inc. | (52,084) | | - | - | - | - | - | - | - | - | - |
| Imbrium Therapeutics L.P. | - | - | | - | - | - | - | - | - | - | - |
| Greenfield BioVentures LP | - | - | - | | - | - | - | - | - | - | - |
| Adlon Therapeutics L.P. | - | - | - | - | | - | - | - | - | - | - |
| Purdue Pharma Inc. | (1,250) | - | - | - | - | | - | - | - | - | - |
| Avrio Health L.P. | - | - | - | - | - | - | | - | - | - | - |
| Purdue Pharmaceutical Products LP | - | - | - | - | - | - | - | | - | - | - |
| Purdue Pharma Mfg. L.P. | - | - | - | - | - | - | - | - | | - | - |
| SVC Pharma Inc. | - | - | - | - | - | - | - | - | - | | (3,459) |
| SVC Pharma L.P. | - | - | - | - | - | - | - | - | - | 3,459 | |
| | (433,577) | 67,167 | - | - | - | 1,590,353 | - | - | - | (198,756) | (168,940) |

**IN RE: PURDUE PHARMA L.P., et al.**

ORGANIZATIONAL STRUCTURE

EXHIBIT RELATED TO SCHEDULE A/B PART 4, QUESTION 15 and SOFA 25

| Legal Entity | Address | Location of Incorporation | Federal Tax ID | Country | Debtor / Non-Debtor | Ownership | Nature of Business |
|---|---|---|---|---|---|---|---|
| Purdue Pharma Inc. | 201 Tresser Blvd, Stamford, CT 06901, USA | New York | 06-1307486 | USA | Debtor | | General Partner of certain Debtors |
| Pharmaceutical Research Associates L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | | USA | Non-Debtor | 0.248% | Limited Partner of Purdue Pharma L.P. |
| Purdue Pharma L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 06-1307484 | USA | Debtor | 100.000% | Operating Company |
| Purdue Transdermal Technologies L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 20-3931868 | USA | Debtor | 100.000% | Operating Company |
| Purdue Pharma Manufacturing L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 80-0913821 | USA | Debtor | 100.000% | Operating Company |
| Purdue Pharmaceuticals L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 13-4030034 | USA | Debtor | 100.000% | Operating Company |
| Imbrium Therapeutics L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 83-1928810 | USA | Debtor | 100.000% | Operating Company |
| Adlon Therapeutics L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 83-2446745 | USA | Debtor | 100.000% | Operating Company |
| Greenfield BioVentures L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 83-1936150 | USA | Debtor | 100.000% | Non-operating Company |
| Seven Seas Hill Corp. | 201 Tresser Blvd, Stamford, CT 06901, USA | British Virgin Islands | N/A | GB | Debtor | 100.000% | General Partner of Purdue Pharma of Puerto Rico |
| Purdue Pharma of Puerto Rico | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 52-2333925 | USA | Debtor | 50.000% | Operating Company |
| Ophir Green Corp. | 201 Tresser Blvd, Stamford, CT 06901, USA | British Virgin Islands | N/A | GB | Debtor | 100.000% | General Partner of Purdue Pharma of Puerto Rico |
| Purdue Pharma of Puerto Rico | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 52-2333925 | USA | Debtor | 50.000% | See above |
| Avrio Health L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 55-0804140 | USA | Debtor | 100.000% | Operating Company |
| Purdue Pharmaceutical Products L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 05-0553902 | USA | Debtor | 100.000% | Non-operating Company |
| Purdue Neuroscience Company | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 06-1574712 | USA | Debtor | 99.000% | Inactive |
| Nayatt Cove Lifescience Inc. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 82-3487805 | USA | Debtor | 100.000% | Non-operating Company |
| Rhodes Associates L.P. | 498 Washington Street, Coventry, RI 02816, USA | Delaware | N/A | USA | Debtor | 100.000% | General Partner of certain Rhodes Debtors (see below) |
| Rhodes Pharmaceuticals L.P. | 498 Washington Street, Coventry, RI 02816, USA | Delaware | 26-1916166 | USA | Debtor | 100.000% | Operating Company |
| Rhodes Technologies | 498 Washington Street, Coventry, RI 02816, USA | Delaware | 22-3527143 | USA | Debtor | 100.000% | Operating Company |
| UDF LP | 498 Washington Street, Coventry, RI 02816, USA | Delaware | 42-1570495 | USA | Debtor | 100.000% | Non-operating Company |
| Button Land L.P. | 498 Washington Street, Coventry, RI 02816, USA | Delaware | 26-3547502 | USA | Debtor | 100.000% | Real estate |
| Quidnick Land L.P. | 498 Washington Street, Coventry, RI 02816, USA | Delaware | 26-3547584 | USA | Debtor | 100.000% | Real estate |
| SVC Pharma LP | 498 Washington Street, Coventry, RI 02816, USA | Delaware | 41-2125717 | USA | Debtor | 99.000% | Non-operating Company |
| SVC Pharma Inc. | 498 Washington Street, Coventry, RI 02816, USA | Delaware | 59-3784014 | USA | Debtor | 100.000% | General Partner of SVC Pharma L.P. |
| SVC Pharma LP | 498 Washington Street, Coventry, RI 02816, USA | Delaware | 41-2125717 | USA | Debtor | 1.000% | See above |
| Button Land L.P. | 498 Washington Street, Coventry, RI 02816, USA | Delaware | 26-3547502 | USA | Debtor | 0.000% | See above |
| Quidnick Land L.P. | 498 Washington Street, Coventry, RI 02816, USA | Delaware | 26-3547584 | USA | Debtor | 0.000% | See above |
| Paul Land Inc. | 498 Washington Street, Coventry, RI 02816, USA | New York | 26-3547425 | USA | Debtor | 100.000% | Non-operating Company |
| Purdue Pharma L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 06-1307484 | USA | Debtor | 0.000% | See above |
| Purdue Transdermal Technologies L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 20-3931868 | USA | Debtor | 0.000% | See above |
| Purdue Pharma Manufacturing L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 80-0913821 | USA | Debtor | 0.000% | See above |
| Purdue Pharmaceuticals L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 13-4030034 | USA | Debtor | 0.000% | See above |
| Imbrium Therapeutics L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 83-1928810 | USA | Debtor | 0.000% | See above |
| Adlon Therapeutics L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 83-2446745 | USA | Debtor | 0.000% | See above |
| Greenfield BioVentures L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 83-1936150 | USA | Debtor | 0.000% | See above |
| Avrio Health L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 55-0804140 | USA | Debtor | 0.000% | See above |
| Purdue Pharmaceutical Products L.P. | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 05-0553902 | USA | Debtor | 0.000% | See above |
| Purdue Neuroscience Company | 201 Tresser Blvd, Stamford, CT 06901, USA | Delaware | 06-1574712 | USA | Debtor | 1.000% | See above |
| Rhodes Pharmaceuticals L.P. | 498 Washington Street, Coventry, RI 02816, USA | Delaware | 26-1916166 | USA | Debtor | 0.000% | See above |
| Rhodes Technologies | 498 Washington Street, Coventry, RI 02816, USA | Delaware | 22-3527143 | USA | Debtor | 0.000% | See above |
| UDF LP | 498 Washington Street, Coventry, RI 02816, USA | Delaware | 42-1570495 | USA | Debtor | 0.000% | See above |

Note: For ownership purposes, subsidiaries are shown as indented following their parent within the above.

**Nayatt Cove Lifescience Inc.**                                        Case Number: 19-23662 (RDD)

## Schedule A/B: Assets — Real and Personal Property

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|------------------------------------------------------|-----------------------------------------|------------------------------------|

19.  **Raw materials**

19.1 _____ _____ _____ _____ _____

20.  **Work in progress**

20.1 _____ _____ _____ _____ _____

21.  **Finished goods, including goods held for resale**

21.1 _____ _____ _____ _____ _____

22.  **Other Inventory or supplies**

22.1 _____ _____ _____ _____ _____

23.  **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

_____

24.  **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.    Book Value _____    Valuation method _____    Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

Nayatt Cove Lifescience Inc.                                                    Case Number:  19-23662 (RDD)

## Schedule A/B: Assets — Real and Personal Property

**Part 5:**    **Inventory, excluding agriculture assets - detail**

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.  **Raw materials**

19.1 _____

20.  **Work in progress**

20.1 _____

21.  **Finished goods, including goods held for resale**

21.1 _____

22.  **Other Inventory or supplies**

22.1 _____

23.  **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.    Book Value _____    Valuation method _____    Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

Nayatt Cove Lifescience Inc.                                                          Case Number:   19-23662 (RDD)

## Schedule A/B: Assets — Real and Personal Property

**Part 6:**        Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☑ No. Go to Part 7.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops—either planted or harvested** | | | |
| 28.1 | | | |
| 29.  **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | |
| 30.  **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | |

33.  **Total of Part 6.**

  Add lines 28 through 32. Copy the total to line 85.

34.  **Is the debtor a member of an agricultural cooperative?**

  ☐ No

  ☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

  ☐ No

  ☐ Yes.    Book Value _____    Valuation method _____    Current value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

  ☐ No

  ☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

Nayatt Cove Lifescience Inc.                                    Case Number:  19-23662 (RDD)

## Schedule A/B: Assets — Real and Personal Property

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) - detail |
|---|---|

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops—either planted or harvested** | | | |
| 28.1 | | | |
| **29.  Farm animals** | | | |
| Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | |
| **30.  Farm machinery and equipment** | | | |
| (Other than titled motor vehicles) | | | |
| 30.1 | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | |

**33.  Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34.  Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.    Book Value _____    Valuation method _____    Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

Nayatt Cove Lifescience Inc.

Case Number:  19-23662 (RDD)

## Schedule A/B: Assets — Real and Personal Property

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.  **Office furniture**

39.1 _____

40.  **Office fixtures**

40.1 _____

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

41.1 _____

42.  **Collectibles**

42.1 _____

43.  **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Nayatt Cove Lifescience Inc.**                                      Case Number:  19-23662 (RDD)

## Schedule A/B: Assets — Real and Personal Property

### Part 7:    Office furniture, fixtures, and equipment; and collectibles - detail

38.   **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.   **Office furniture**

39.1 _____  _____  _____  _____

40.   **Office fixtures**

40.1 _____  _____  _____  _____

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

41.1 _____  _____  _____  _____

42.   **Collectibles**

42.1 _____  _____  _____  _____

43.   **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                  _____

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☐ Yes

Nayatt Cove Lifescience Inc.                                    Case Number:   19-23662 (RDD)

## Schedule A/B: Assets — Real and Personal Property

**Part 8:**        **Machinery, equipment, and vehicles**

46.    **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____    _____    _____    _____

48.    **Watercraft, trailers, motors, and related accessories**
          Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____    _____    _____    _____

49.    **Aircraft and accessories**

49.1 _____    _____    _____    _____

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1 _____    _____    _____    _____

51.    **Total of Part 8**                                                       _____

Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Nayatt Cove Lifescience Inc.**                              **Case Number:   19-23662 (RDD)**

## Schedule A/B: Assets — Real and Personal Property

| Part 9: | Real property |
|---------|---------------|

54.  **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.1 | NONE | | | | $0 |
|------|------|--|--|--|----|

56.  **Total of Part 9**                                                                                                              **$0**

Add the current value on all Question 55 lines and entries from any additional sheets. Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Nayatt Cove Lifescience Inc.**                                    Case Number:  19-23662 (RDD)

## Schedule A/B: Assets — Real and Personal Property

**Part 9:**    **Real property - detail**

54.  **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.1 | NONE | | | | $0 |
|---|---|---|---|---|---|

56.  **Total of Part 9**

Add the current value on all Question 55 lines and entries from any additional sheets. Copy the total to line 88.

| $0 |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

Nayatt Cove Lifescience Inc.                                    Case Number:   19-23662 (RDD)

## Schedule A/B: Assets — Real and Personal Property

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.  **Patents, copyrights, trademarks, and trade secrets**

60.1 _____   _____   _____   _____

61.  **Internet domain names and websites**

61.1 _____   _____   _____   _____

62.  **Licenses, franchises, and royalties**

62.1 _____   _____   _____   _____

63.  **Customer lists, mailing lists, or other compilations**

63.1 _____   _____   _____   _____

64.  **Other intangibles, or intellectual property**

64.1 _____   _____   _____   _____

65.  **Goodwill**

65.1 _____   _____   _____   _____

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                     _____

67.  **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

Nayatt Cove Lifescience Inc.                                    Case Number:   19-23662 (RDD)

## Schedule A/B: Assets — Real and Personal Property

### Part 10:        Intangibles and intellectual property - detail

59.   **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.   **Patents, copyrights, trademarks, and trade secrets**

60.1 _____  _____  _____  _____

61.   **Internet domain names and websites**

61.1 _____  _____  _____  _____

62.   **Licenses, franchises, and royalties**

62.1 _____  _____  _____  _____

63.   **Customer lists, mailing lists, or other compilations**

63.1 _____  _____  _____  _____

64.   **Other intangibles, or intellectual property**

64.1 _____  _____  _____  _____

65.   **Goodwill**

65.1 _____  _____  _____  _____

66.   **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                        _____

67.   **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No

☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

Nayatt Cove Lifescience Inc.                                    Case Number:   19-23662 (RDD)

## Schedule A/B: Assets — Real and Personal Property

**Part 11:**        **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form? Include all interests in executory contracts and unexpired leases not previously reported on this form.**

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| General description | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**

Description (include name of obligor)

71.1 _____        _____

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 _____        _____

73.  **Interests in insurance policies or annuities**

73.1 _____        _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 _____        _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 _____        _____

76.  **Trusts, equitable or future interests in property**

76.1 _____        _____

77.  **Other property of any kind not already listed Examples: Season tickets, country club membership**

Examples: Season tickets, country club membership

77.1 _____        _____

**Nayatt Cove Lifescience Inc.**                                                    **Case Number:   19-23662 (RDD)**

## Schedule A/B: Assets — Real and Personal Property

| Part 11: | All other assets |
|---|---|

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

```
                                                                    _____
```

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Nayatt Cove Lifescience Inc.                                    Case Number:  19-23662 (RDD)

## Schedule A/B: Assets — Real and Personal Property

**Part 12:**     **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property | Total of all property |
|---|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $0 | | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $0 | | |
| 82. Accounts receivable. Copy line 12, Part 3. | $0 | | |
| 83. Investments. Copy line 17, Part 4. | $10,192,490 | | |
| 84. Inventory. Copy line 23, Part 5. | $0 | | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0 | | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $0 | | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $0 | | |
| 88. Real property. Copy line 56, Part 9. | | $0 | |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $0 | | |
| 90. All other assets. Copy line 78, Part 11. | $0 | | |
| 91. Total. Add lines 80 through 90 for each column. | a. $10,192,490 | b. $0 | |

92. **Total of all property on Schedule A/B. Lines 91a + 91b = 92.**                    $10,192,490

**Nayatt Cove Lifescience Inc.**                                                    **Case Number:  19-23662 (RDD)**

## Schedule D: Creditors Who Have Claims Secured by Property

1.  **Do any creditors have claims secured by debtor's property?**

    ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **2.** | ☐ | ☐ | ☐ | | ☐ ☐ ☐ | $0 | |
| | | | | | Total: | $0 | |

**Nayatt Cove Lifescience Inc.**                                    Case Number:  19-23662 (RDD)

## Schedule D: Creditors Who Have Claims Secured by Property

**Amount of Claim**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                     **$0**

**Nayatt Cove Lifescience Inc.**                                    Case Number:  19-23662 (RDD)

## Schedule D: Creditors Who Have Claims Secured by Property

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Name and Mailing Address | Part 1 Line on which the Related Creditor was Listed | Last 4 Digits of Account Number for this Entity |
|--------------------------|------------------------------------------------------|-------------------------------------------------|
| NONE | | |

**Nayatt Cove Lifescience Inc.**                                    **Case Number:  19-23662 (RDD)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|
| **Taxing Authorities** | | | | | | | |
| 2.1 ALABAMA DEPARTMENT OF REVENUE<br>50 NORTH RIPLEY STREET<br>MONTGOMERY, AL 36104 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.2 ALABAMA STATE BOARD OF PHARMACY<br>111 VILLAGE ST<br>BIRMINGHAM, AL 35242 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.3 ARIZONA DEPARTMENT OF REVENUE<br>1600 WEST MONROE STREET<br>PHOENIX, AZ 85007 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.4 ARIZONA STATE BOARD OF PHARMACY<br>1616 W. ADAMS ST., SUITE 120<br>PHOENIX, AZ 85007 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.5 ARKANSAS STATE BOARD OF PHARMACY<br>322 S MAIN ST, SUITE 600<br>LITTLE ROCK, AR 72201 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.6 CALIFORNIA BOARD OF EQUALIZATION<br>PO BOX 942879<br>SACRAMENTO, CA 94279-6001 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.7 CALIFORNIA DEPT OF TAX & FEE ADMIN<br>PO BOX 942879<br>SACRAMENTO, CA 94279 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.8 CALIFORNIA FRANCHISE TAX BOARD<br>BUSINESS ACQUISITIONS UNIT MS A374<br>9646 BUTTERFIELD WAY<br>SACRAMENTO, CA 95827 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.9 CALIFORNIA STATE BOARD OF PHARMACY<br>1625 N MARKET BLVD N219<br>SACRAMENTO, CA 95834 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

**Nayatt Cove Lifescience Inc.**　　　　　　　　　　　　　　　　　　Case Number:  19-23662 (RDD)

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Taxing Authorities** | | | | | | | |
| 2.10　CITY OF CHATTANOOGA TENNESSEE PO BOX 191 CHATTANOOGA, TN 37401-0191 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.11　CITY OF DURHAM FINANCE DEPARTMENT 101 CITY HALL PLAZA DURHAM, NC 27701 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.12　CITY OF HAWTHORNE 4455 W 126TH STREET FRESNO, CA 93775-1866 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.14　CITY OF STAMFORD PO BOX 50 STAMFORD, CT 06904-0050 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.13　CITY OF STAMFORD BOARD OF FINANCE, STAMFORD GOVERNMENT CENTER 888 WASHINGTON BLVD, 4TH FLOOR STAMFORD, CT 06901 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.15　CITY OF VALLEJO 555 SANTA CLARA ST VALLEJO, CA 94590-5934 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.16　CITY OF WARWICK FINANCE DEPARTMENT WARWICK CITY HALL, 3275 POST ROAD WARWICK, RI 02889 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.17　CITY OF WILSON FINANCIAL ADMINISTRATION AND ACCOUNTING 112 GOLDSBORO ST. E WILSON, NC 27894 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.18　COLORADO BUREAU OF INVESTIGATION 690 KIPLING STREET SUITE 4000 LAKEWOOD, CO 80215 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

Nayatt Cove Lifescience Inc.                                      Case Number:   19-23662 (RDD)

## Schedule E/F: Creditors Who Have Unsecured Claims

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|
| **Taxing Authorities** | | | | | | | |
| 2.19 COLORADO DEPARTMENT OF REGULATORY AGENCIES, DIVISION OF PROFESSIONS AND OCCUPATIONS, BOARD OF PHARMACY 1560 BROADWAY SUITE 1350 DENVER, CO 80202 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.20 COLORADO DEPARTMENT OF REVENUE 1375 SHERMAN STREET DENVER, CO 80261 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.21 COLORADO STATE BOARD OF PHARMACY 1560 BROADWAY, SUITE 1350 DENVER, CO 80202 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.22 COMMISSIONER OF REVENUE SERVICES 77 K STREET NORTH EAST WASHINGTON, DC 20002 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.23 COMPTROLLER OF MARYLAND 8181 PROFESSIONAL PL STE 101 LANDOVER, MD 20785 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.24 CONNECTICUT COMMISSIONER OF REVENUE SERVICES COMMISSIONER SCOTT D. JACKSON I 450 COLUMBUS BLVD. HARTFORD, CT 06103 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.25 CONNECTICUT DEPARTMENT OF CONSUMER PROTECTION 450 COLUMBUS BOULEVARD, SUITE 901 HARTFORD, CT 06103-1840 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.26 CONNECTICUT STATE DEPARTMENT OF CONSUMER PROTECTION 450 COLUMBUS BOULEVARD, SUITE 901 HARTFORD, CT 06103-1840 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.27 COVENTRY FIRE DISTRICT PO BOX 20104 CRANSTON, RI 02920-0927 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

**Nayatt Cove Lifescience Inc.**                                              **Case Number:  19-23662 (RDD)**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|
| **Taxing Authorities** | | | | | | | |
| 2.28  DELAWARE DIVISION OF PROFESSIONAL REGULATION CANNON BUILDING, SUITE 203 861 SILVER LAKE BLVD. DOVER, DE 19904 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.29  DELAWARE DIVISION OF REVENUE PO BOX 8703 WILMINGTON, DE 19899-8703 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.30  DELAWARE DIVISION OF REVENUE WILMINGTON OFFICE 820 N. FRENCH STREET WILMINGTON, DE 19801 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.31  DELAWARE DIVISION OF REVENUE DOVER OFFICE 540 SOUTH DUPONT HIGHWAY, SUITE 2 DOVER, DE 19901 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.32  DISTRICT OF COLUMBIA DEPARTMENT OF HEALTH, HEALTH, REGULATION AND LICENSING ADMINISTRATION 899 NORTH CAPITOL STREET, NE WASHINGTON, DC 20002 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.34  DISTRICT OF COLUMBIA TREASURER OFFICE OF TAX & REVENUE WASHINGTON, DC 20090 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.33  DISTRICT OF COLUMBIA TREASURER 899 N CAPITAL ST NE 2ND FL WASHINGTON, DC 20002 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.35  FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION 2601 BLAIR STONE ROAD TALLAHASSEE, FL 32399 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.36  FLORIDA DEPARTMENT OF HEALTH 4052 BALD CYPRESS WAY, BIN A04 TALLAHASSEE, FL 32399 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.37  FLORIDA DEPARTMENT OF REVENUE 5050 WEST TENNESSEE STREET TALLAHASSEE, FL 32399 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

**Nayatt Cove Lifescience Inc.**                                                                    **Case Number:  19-23662 (RDD)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|

### Taxing Authorities

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|
| **2.38** FLORIDA DEPARTMENT OF REVENUE GENERAL COUNSEL P. O. BOX 6668 TALLAHASSEE, FL 32314-6668 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.39** FRANCHISE TAX BOARD PO BOX 942857 SACRAMENTO, CA 94257 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.40** GEORGIA DEPARTMENT OF REVENUE 1800 CENTURY BOULEVARD, NE ATLANTA, GA 30345 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.41** GEORGIA STATE BOARD OF PHARMACY GEORGIA DEPARTMENT OF COMMUNITY HEALTH 2 PEACHTREE ST NW, 6TH FLOOR ATLANTA, GA 30303 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.42** HAMILTON COUNTY TRUSTEE PO BOX 11047 CHATTANOOGA, TN 37401-2047 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.43** IDAHO STATE BOARD OF PHARMACY 1199 W SHORELINE LANE, SUITE 303 BOISE, ID 83702-9103 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.45** IDAHO STATE TAX COMMISSION P.O. BOX 36 BOISE, ID 83722-0410 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.44** IDAHO STATE TAX COMMISSION 800 E. PARK BLVD. BOISE, ID 83712-7742 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.46** ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION 100 WEST RANDOLPH, 9TH FLOOR CHICAGO, IL 60601 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.49** ILLINOIS DEPARTMENT OF REVENUE WILLARD ICE BUILDING 101 WEST JEFFERSON STREET SPRINGFIELD, IL 62702 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

**Nayatt Cove Lifescience Inc.**                                                    Case Number:  19-23662 (RDD)

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|
| **Taxing Authorities** | | | | | | | |
| 2.48  ILLINOIS DEPARTMENT OF REVENUE MAINE NORTH REGIONAL BUILDING 9511 HARRISON AVENUE DES PLAINES, IL 60016-1563 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.47  ILLINOIS DEPARTMENT OF REVENUE JAMES R. THOMPSON CENTER - CONCOURSE LEVEL 100 WEST RANDOLPH STREET CHICAGO, IL 60601-3274 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.50  INDIANA DEPT OF REVENUE PO BOX 7205 INDIANAPOLIS, IN 46205 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.51  IOWA BOARD OF PHARMACY 400 SW 8TH ST, SUITE E DES MOINES, IA 50309-4688 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.52  KANSAS STATE BOARD OF PHARMACY 800 SW JACKSON, STE 1414 TOPEKA, KS 66612 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.53  KENTUCKY BOARD OF PHARMACY 125 HOLMES STREET STATE OFFICE BUILDING ANNEX. SUITE 300 FRANKFORT, KY 40601 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.54  KENTUCKY STATE TREASURER OFFICE OF KENTUCKY STATE TREASURER ALLISON BALL 1050 US HIGHWAY 127 SOUTH, SUITE 100 FRANKFORT, KY 40601 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.55  LOUISIANA BOARD OF DRUG AND DEVICE DISTRIBUTORS 12091 BRICKSOME AVENUE, SUITE B BATON ROUGE, LA 70816 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.56  LOUISIANA BOARD OF PHARMACY 3388 BRENTWOOD DRIVE BATON ROUGE, LA 70809 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.57  LOUISIANA BOARD OF WHOLESALE DRUG DISTRIBUTORS 12091 BRICKSOME AVENUE, SUITE B BATON ROUGE, LA 70816 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

**Nayatt Cove Lifescience Inc.**                                   **Case Number:  19-23662 (RDD)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|

### Taxing Authorities

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2.58 | LOUISIANA DEPARTMENT OF HEALTH<br>628 N. 4TH STREET<br>BATON ROUGE, LA 70802 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.59 | MAINE DEPARTMENT OF PROFESSIONAL AND FINANCIAL REGULATION<br>OFFICE OF PROFESSIONAL AND OCCUPATIONAL REGULATION – BOARD OF PHARMACY<br>35 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0035 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.60 | MAINE DEPARTMENT OF PROFESSIONAL AND FINANCIAL REGULATION BOARD OF PHARMACY<br>76 NORTHERN AVENUE<br>GARDINER, MA 04345 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.61 | MAINE REVENUE SERVICES<br>PO BOX  9101<br>AUGUSTA, ME 04332-9101 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.63 | MAINE REVENUE SERVICES<br>35 STATE HOUSE STATION<br>AUGUSTA, ME 04330 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.62 | MAINE REVENUE SERVICES<br>51 COMMERCE DRIVE<br>AUGUSTA, ME 04330 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.64 | MARYLAND DEPARTMENT OF HEALTH AND MENTAL HYGIENE<br>201 W. PRESTON STREET<br>BALTIMORE, MD 21201 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.65 | MARYLAND PHARMACY BOARD<br>4201 PATTERSON AVENUE<br>BALTIMORE, MD 21215 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.66 | MASSACHUSETTS DEPARTMENT OF REVENUE<br>100 CAMBRIDGE STREET, 2ND FOOR<br>BOSTON, MA 02114 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.67 | MICHIGAN BOARD OF PHARMACY<br>611 W OTTAWA, 3RD FLOOR<br>P.O. BOX 30670<br>LANSING, MI 48909-8170 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

**Nayatt Cove Lifescience Inc.**                                   **Case Number:  19-23662 (RDD)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|

**Taxing Authorities**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|
| 2.69  MICHIGAN DEPARTMENT OF TREASURY UNCLAIMED PROPERTY P.O. BOX 30756 LANSING, MI 48909 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.68  MICHIGAN DEPARTMENT OF TREASURY 430 W ALLEGAN STREET LANSING, MI 48922 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.70  MINNESOTA BOARD OF PHARMACY 2829 UNIVERSITY AVE SE, SUITE 530 MINNEAPOLIS, MN 55414-3251 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.71  MINNESOTA DEPARTMENT OF REVENUE 600 NORTH ROBERT STREET ST. PAUL, MN 55146 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.72  MISSISSIPPI BOARD OF PHARMACY 6360 I-55 NORTH SUITE 400 JACKSON, MS 39211 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.74  MISSISSIPPI DEPARTMENT OF REVENUE 500 CLINTON CENTER DRIVE CLINTON, MS 39056 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.73  MISSISSIPPI DEPARTMENT OF REVENUE P.O. BOX 1033 JACKSON, MS 39215-1033 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.75  MISSOURI BOARD OF PHARMACY P.O. BOX 625 JEFFERSON CITY, MO 65102 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.76  MONTANA BOARD OF PHARMACY P.O. BOX 200513 HELENA, MT 59620-0513 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.77  NEBRASKA DEPARTMENT OF REVENUE NEBRASKA STATE OFFICE BUILDING, 301 CENTENNIAL MALL S LINCOLN, NE 68508 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

**Nayatt Cove Lifescience Inc.**                                    Case Number:  19-23662 (RDD)

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|

**Taxing Authorities**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|
| 2.78 NEBRASKA DEPARTMENT OF REVENUE<br>P.O. BOX 94818<br>LINCOLN, NE 68509-4818 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.79 NEVADA BOARD OF PHARMACY<br>985 DAMONTE RANCH PKWY<br>SUITE 206<br>RENO, NV 89521 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.80 NEVADA DEPARTMENT OF TAXATION<br>GRANT SAWYER OFFICE BUILDING<br>555 E. WASHINGTON AVE, SUITE 1300<br>LAS VEGAS, NV 89101 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.82 NEVADA DEPARTMENT OF TAXATION<br>2550 PASEO VERDE<br>SUITE 180<br>HENDERSON, NV 89074 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.83 NEVADA DEPARTMENT OF TAXATION<br>4600 KIETZKE LANE<br>BUILDING L, ROOM 235<br>RENO, NV 89502 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.81 NEVADA DEPARTMENT OF TAXATION<br>1550 COLLEGE PARKWAY, SUITE 115<br>CARSON CITY, NV 89706 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.84 NEW HAMPSHIRE BOARD OF PHARMACY<br>121 S FRUIT ST<br>SUITE 401<br>CONCORD, NH 03301-2412 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.85 NEW JERSEY DEPARTMENT OF HEALTH<br>P.O. BOX 360<br>TRENTON, NJ 08625-0360 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.86 NEW JERSEY DEPT OF TREASURY<br>PO BOX 638<br>TRENTON, NJ 08646-0638 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.87 NEW MEXICO BOARD OF PHARMACY<br>5500 SAN ANTONIO DR NE, STE C<br>ALBUQUERQUE, NM 87109 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

**Nayatt Cove Lifescience Inc.**                                    **Case Number:  19-23662 (RDD)**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|
| **Taxing Authorities** | | | | | | | |
| **2.89** NEW YORK CITY DEPARTMENT OF FINANCE<br>CORRESPONDENCE UNIT<br>ONE CENTRE STREET, 22ND FLOOR<br>NEW YORK, NY 10007 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.90** NEW YORK CITY DEPARTMENT OF FINANCE<br>PO BOX  4136<br>BINGHAMTON, NY 13902-4136 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.91** NEW YORK CITY DEPARTMENT OF FINANCE<br>PO BOX  5040<br>KINGSTON, NY 12402-5040 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.88** NEW YORK CITY DEPARTMENT OF FINANCE<br>PO BOX 5150<br>KINGSTON, NY 12402-5150 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.92** NEW YORK CITY WATER BOARD<br>PO BOX 11863<br>NEWARK, NJ 07101 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.93** NEW YORK DEPARTMENT OF EDUCATION - BOARD OF PHARMACY<br>89 WASHINGTON AVE<br>2ND FLOOR W<br>ALBANY, NY 12234-1000 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.94** NEW YORK DEPARTMENT OF HEALTH<br>CORNING TOWER<br>EMPIRE STATE PLAZA<br>ALBANY, NY 12237 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.95** NEW YORK STATE COMMISSIONER OF TAXATION & FIN<br>BANKRUPTCY SECTION<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.96** NEW YORK STATE COMMISSIONER OF TAXATION & FIN<br>PO BOX  61000<br>ALBANY, NY 12261-0001 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.97** NEW YORK STATE CORPORATION<br>PO BOX 1909<br>ALBANY, NY 12201-1909 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

**Nayatt Cove Lifescience Inc.**                                            **Case Number:  19-23662 (RDD)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |

### Taxing Authorities

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C U D | Offset | Total Claim | Priority Amount |
| --- | --- | --- | --- | --- | --- |
| **2.98**  NEW YORK STATE CORPORATION TAX<br>PO BOX 22093<br>ALBANY, NY 12201-2093 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.100**  NORTH CAROLINA DEPARTMENT OF AGRICULTURE & CONSUMER SERVICES<br>2 WEST EDENTON STREET<br>RALEIGH, NC 27601 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.99**  NORTH CAROLINA DEPARTMENT OF AGRICULTURE & CONSUMER SERVICES<br>1001 MAIL SERVICE CENTER<br>RALEIGH, NC 27699-1001 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.101**  NORTH CAROLINA DEPARTMENT OF ENVIRONMENTAL AND NATURAL RESOURCES<br>1601 MAIL SERVICE CENTER<br>RALEIGH, NC 27699-1601 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.103**  NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES<br>101 BLAIR DRIVE<br>RALEIGH, NC 27603 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.102**  NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES<br>2001 MAIL SERVICE CENTER<br>RALEIGH, NC 27699-2000 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.105**  NORTH CAROLINA DEPARTMENT OF REVENUE<br>P.O. BOX 25000<br>RALEIGH, NC 27640-0640 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.104**  NORTH CAROLINA DEPARTMENT OF REVENUE<br>501 NORTH WILMINGTON STREET<br>RALEIGH, NC 27604 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.106**  NORTH CAROLINA DEPT OF REVENUE<br>PO BOX  25000<br>RALEIGH, NC 27640-0500 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.107**  NORTH DAKOTA STATE BOARD OF PHARMACY<br>1906 E BROADWAY AVE<br>BISMARCK, ND 58501-1354 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |

Nayatt Cove Lifescience Inc.                                                    Case Number:  19-23662 (RDD)

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |

### Taxing Authorities

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2.108 OHIO DEPARTMENT OF TAXATION PO BOX 181140 COLUMBUS, OH 43218 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.109 OKLAHOMA STATE BOARD OF PHARMACY 2920 N LINCOLN BLVD, STE A OKLAHOMA CITY, OK 73105-3488 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.110 OREGON DEPARTMENT OF REVENUE PO BOX  14725 SALEM, OR 97309-5018 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.111 OREGON STATE BOARD OF PHARMACY 800 NE OREGON ST., SUITE 150 PORTLAND, OR 97232 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.112 PA DEPARTMENT OF REVENUE OFFICE OF THE GOVERNOR 508 MAIN CAPITOL BUILDING HARRISBURG, PA 17120 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.113 PENNSYLVANIA DEPARTMENT OF HEALTH HEALTH AND WELFARE BUILDING 8TH FLOOR WEST, 625 FORSTER STREET HARRISBURG, PA 17120 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.114 PUERTO RICO SECRETARY OF TREASURY PO BOX  90224140 SAN JUAN, PR 00902-4140 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.115 RHODE ISLAND BOARD OF PHARMACY 3 CAPITOL HILL, ROOM 205 PROVIDENCE, RI 02908-5097 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.116 RHODE ISLAND DEPARTMENT OF HEALTH 3 CAPITOL HILL PROVIDENCE, RI 02908 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.117 RHODE ISLAND DEPARTMENT OF HEALTH (DIV OF DRUG CTRL) 50 ORMS ST PROVIDENCE, RI 02903 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

Nayatt Cove Lifescience Inc.                                                    Case Number:  19-23662 (RDD)

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|
| **Taxing Authorities** | | | | | | | |
| **2.118** RHODE ISLAND DIVN OF TAXATION ONE CAPITOL HILL PROVIDENCE, RI 02908 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.119** SECRETARIO DE HACIENDA BUREAU OF CHAUFFEURS INSURANCE SAN JUAN, PR 00919 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.120** SECRETARY OF THE STATE PO BOX 150470 HARTFORD, CT 06115-0470 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.121** SOUTH CAROLINA BOARD OF PHARMACY KINGSTREE BLDG 110 CENTERVIEW DR COLUMBIA, SC 29210 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.122** SOUTH CAROLINA BUREAU OF FINANCIAL MANAGEMENT 2600 BULL STREE COLUMBIA, SC 29201 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.124** SOUTH DAKOTA DEPARTMENT OF HEALTH 600 E. CAPITOL AVE PIERRE, SD 57501-2536 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.123** SOUTH DAKOTA DEPARTMENT OF HEALTH 600 EAST CAPITOL AVENUE PIERRE, SD 57501-2536 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.125** SOUTH DAKOTA STATE BOARD OF PHARMACY 4001 W VALHALLA BLVD, STE 106 SIOUX FALLS, SD 57106 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.126** STATE OF DELAWARE DIVISION OF PROFESSIONAL REGULATION CANNON BUILDING, SUITE 203 861 SILVER LAKE BLVD. DOVER, DE 19904 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.127** STATE OF HAWAII DEPARTMENT OF THE ATTORNEY GENERAL 425 QUEEN STREET HONOLULU, HI 96813 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

**Nayatt Cove Lifescience Inc.**                                    Case Number:  19-23662 (RDD)

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |

### Taxing Authorities

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2.128  STATE OF NEW HAMPSHIRE STATE TREASURY 25 CAPITOL STREET, ROOM 121 CONCORD, NH 03301 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.131  STATE OF NEW JERSEY OFFICE OF THE STATE COMPTROLLER 20 WEST STATE STREET TRENTON, NJ 08625 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.129  STATE OF NEW JERSEY 225 WEST STATE STREET - 2ND FLOOR TRENTON, NJ 08625 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.130  STATE OF NEW JERSEY N.J. DIVISION OF TAXATION, BANKRUPTCY SECTION P.O. BOX 245 TRENTON, NJ 08695-0245 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.132  STATE OF OHIO BOARD OF PHARMACY 77 S HIGH ST, 17TH FLOOR COLUMBUS, OH 43215-6126 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.133  STATE OF RHODE ISLAND 235 PROMENADE ST PROVIDENCE, RI 02908 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.134  STATE OF WASHINGTON OFFICE OF THE ATTORNEY GENERAL 1125 WASHINGTON ST SE, P.O. BOX 40100 OLYMPIA, WA 98504 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.135  STATE OF WISCONSIN DEPARTMENT OF SAFETY AND PROFESSIONAL SERVICES 4822 MADISON YARDS WAY MADISON, WI 53705 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.136  TAX COLLECTOR 1670 FLAT RIVER RD COVENTRY, RI 02816-8909 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.137  TENNESSEE BOARD OF PHARMACY 665 MAINSTREAM DR NASHVILLE, TN 37243 | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

Nayatt Cove Lifescience Inc.                                    Case Number:  19-23662 (RDD)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|

### Taxing Authorities

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|
| 2.138 TENNESSEE DEPARTMENTARTMENT OF REVENUE 500 DEADERICK STREET NASHVILLE, TN 37242 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.139 TEXAS DEPARTMENT OF HEALTH 1100 WEST 49TH STREET AUSTIN, TX 78756-3199 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.140 TEXAS DEPARTMENT OF STATE HEALTH SERVICES 1100 WEST 49TH STREET AUSTIN, TX 78756-3199 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.141 TEXAS STATE COMPTROLLER LYNDON B. JOHNSON STATE OFFICE BUILDING 111 EAST 17TH STREET AUSTIN, TX 78774 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.142 TREASURER STATE OF NEW JERSEY PO BOX 417 TRENTON, NJ 08646-0417 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.143 TREASURER STATE OF NEW JERSEY PO BOX 638 TRENTON, NJ 08646-0638 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.144 TREASURER STATE OF OHIO ROBERT SPRAGUE 30 E. BROAD STREET - 9TH FLOOR COLUMBUS, OH 43215 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.145 UNITED STATES DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20220 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.146 UNITED STATES DEPARTMENT OF THE TREASURY STEVEN TERNER MNUCHIN, SECRETARY OF TREASURY 1500 PENNSYLVANIA AVE., N.W. WASHINGTON, DC 20220 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.147 UNITED STATES DRUG ENFORCEMENT ADMINISTRATION 8701 MORRISSETTE DRIVE SPRINGFIELD, VA 22152 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

**Nayatt Cove Lifescience Inc.**                                          **Case Number:  19-23662 (RDD)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|
| **Taxing Authorities** | | | | | | | |
| 2.148  UNITED STATES FOOD AND DRUG ADMINISTRATION<br>10903 NEW HAMPSHIRE AVE<br>SILVER SPRING, MD 20993-0002 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.150  UNITED STATES INTERNAL REVENUE SERVICE<br>761 MAIN AVE<br>NORWALK, CT 06851 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.149  UNITED STATES INTERNAL REVENUE SERVICE<br>60 QUAKER LN<br>WARWICK, RI 02886 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.151  UTAH DEPARTMENT OF COMMERCE, DIVISION OF OCCUPATIONAL AND PROFESSIONAL LICENSING<br>160 EAST 300 SOUTH<br>SALT LAKE CITY, UT 84111 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.152  UTAH STATE TAX COMISSION<br>210 NORTH 1950 WEST<br>SALT LAKE CITY, UT 84134 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.153  VERMONT DEPARTMENT OF TAXES<br>133 STATE ST<br>MONTPELIER, VT 05633 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.154  VERMONT SECRETARY OF STATE, OFFICE OF PROFESSIONAL REGULATION, BOARD OF PHARMACY<br>89 MAIN ST<br>THIRD FLOOR<br>MONTPELIER, VT 05620-3402 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.155  VIRGINIA BOARD OF PHARMACY<br>9960 MARYLAND DRIVE<br>SUITE 300<br>HENRICO, VA 23233-1463 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.157  VIRGINIA DEPARTMENT OF TAXATION<br>P.O. BOX 1115<br>RICHMOND, VA 23218-1115 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.156  VIRGINIA DEPARTMENT OF TAXATION<br>1957 WESTMORELAND STREET<br>RICHMOND, VA 23230 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

**Nayatt Cove Lifescience Inc.**                                                    **Case Number:  19-23662 (RDD)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |

### Taxing Authorities

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C U D | Offset | Total Claim | Priority Amount |
| --- | --- | --- | --- | --- | --- |
| 2.158 WASHINGTON BOARD OF PHARMACY<br>P.O. BOX 47852<br>OLYMPIA, WA 98501 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.159 WASHINGTON DEPARTMENT OF HEALTH<br>20425 72ND AVENUE SOUTH, BUILDING 2, SUITE 310<br>KENT, WA 98032 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.160 WEST VIRGINIA BOARD OF PHARMACY<br>2310 KANAWHA BLVD E<br>CHARLESTON, WV 25311 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.161 WEST VIRGINIA STATE TAX DEPARTMENT<br>THE REVENUE CENTER<br>1001 LEE ST. E.<br>CHARLESTON, WV 25301 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.162 WILSON COUNTY TAX COLLECTOR<br>PO BOX 580328<br>CHARLOTTE, NC 28258-0328 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.163 WYOMING BOARD OF PHARMACY<br>1712 CAREY AVE<br>SUITE 200<br>CHEYENNE, WY 82002 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| | **Taxing Authorities Total:** | | | **UNDETERMINED** | **UNDETERMINED** |

**Nayatt Cove Lifescience Inc.**                                    Case Number:  19-23662 (RDD)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

Total: All Creditors with PRIORITY Unsecured Claims                        UNDETERMINED   UNDETERMINED

**Nayatt Cove Lifescience Inc.**                                    Case Number:  19-23662 (RDD)

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C  U  D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| **3.**          NONE | | ☐ ☐ ☐ | | ☐ | |

Total:    **UNDETERMINED**

**Nayatt Cove Lifescience Inc.**                                    **Case Number:  19-23662 (RDD)**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**     **List All Creditors with NONPRIORITY Unsecured Claims**

Total: All Creditors with NONPRIORITY Unsecured Claims                **UNDETERMINED**

Nayatt Cove Lifescience Inc.                                          Case Number:  19-23662 (RDD)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 3:**    List Others to Be Notified About Unsecured Claims

4.    List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Creditor's Name, Mailing Address Including Zip Code | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**4.1**    NONE

**Nayatt Cove Lifescience Inc.**                                    Case Number:  19-23662 (RDD)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.    Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a.    **Total claims from Part 1**                         5a.    _____

5b.    **Total claims from Part 2**                         5b.    **+**    _____ $0

5c.    **Total of Parts 1 and 2**                           5c.    _____ $0
       Lines 5a + 5b = 5c.

**Nayatt Cove Lifescience Inc.**                                                                    **Case Number:  19-23662 (RDD)**

## Schedule G: Executory Contracts and Unexpired Leases

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.       NONE | | | ☐ | | NOT AVAILABLE |

**Nayatt Cove Lifescience Inc.**                                              Case Number:  19-23662 (RDD)

## Schedule G: Executory Contracts and Unexpired Leases

**TOTAL NUMBER OF CONTRACTS:  0**

**Nayatt Cove Lifescience Inc.**                                          **Case Number:   19-23662 (RDD)**

## Schedule H: Codebtors

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**

   Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1 | Column 2 | Applicable Schedule | | |
|---|---|---|---|---|
| **Codebtor Name and Mailing Address** | **Creditor Name** | **D** | **E/F** | **G** |
| 2. 1 | | ☐ | ☐ | ☐ |

**Total Number of Co-Debtor / Creditor rows: 0**

**Fill in this information to identify the case:**

Debtor Name: Nayatt Cove Lifescience Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case Number (if known): 19-23662 (RDD)

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**

    Copy line 88 from Schedule A/B ................................................................................ | $0

    1b. **Total personal property:**

    Copy line 91A from Schedule A/B .............................................................................. | $10,192,490

    +

    1c. **Total of all property:**

    Copy line 92 from Schedule A/B ................................................................................ | $10,192,490

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ............................. | $0

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 6a of Schedule E/F ................................................ | $0

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F ........................................ | $0

    +

4. **Total liabilities**

    Lines 2 + 3a + 3b ................................................................................................ | $0

Page 1 of 1 to Summary of Assets and Liabilities

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case and this filing:</td></tr>
<tr><td>Debtor Name:</td><td>Nayatt Cove Lifescience Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case Number (if known):</td><td>19-23662 (RDD)</td></tr>
</table>

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**Warning -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ▮    Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [X] Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)
- [X] Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- [X] Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- [X] Schedule G:  Executory Contracts and Unexpired Leases (Official Form 206G)
- [X] Schedule H: Codebtors (Official Form (206H)
- [X] Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- [ ] Amended Schedule _____
- [ ] Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____October 28, 2019_____          Signature: _____

Jon Lowne, Senior Vice President and Chief Financial Officer, Purdue Pharma L.P.
**Name and Title**