Seth A. Meyer
sam@kellerlenkner.com
Ashley C. Keller (*pro hac vice* approved)
ack@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
Tel: 312.741.5220

William S. Consovoy*
will@consovoymccarthy.com
J. Michael Connolly (*pro hac vice* approved)
mike@consovoymccarthy.com
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
Tel: 703.243.9423

**Pro Hac Vice* admission to be sought*

*Attorneys for The State of Arizona*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | Jointly Administered |
| PURDUE PHARMA L.P., *et al.*, | Adv. Pro. No. 19-08289 (RDD) |
| Plaintiffs, | |
| v. | |
| COMMONWEALTH OF MASSACHUSETTS, et al., | |
| Defendants. | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

**I, William S. Consovoy** (the "Movant"), hereby request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the State of Arizona, *ex rel.* Attorney General Mark Brnovich, a creditor in the above referenced main bankruptcy proceeding and underlying adversary proceeding.

**I certify that I am a member in good standing** of the bars in the State of Virginia and the District of Columbia, the U.S. District Court for the District of Columbia, the U.S. District Court for the District of Nebraska, the U.S. District Court for the District of Maryland, the U.S. District Court for the Central District of Illinois, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Tenth Circuit, the U.S. Court of Appeals for the Eleventh Circuit, the U.S. Court of Appeals for the District of Columbia Circuit, and the Supreme Court of the United States.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Respectfully submitted,

Dated: October 30, 2019          By: /s/ William S. Consovoy

J. Michael Connolly (*pro hac vice* approved)
mike@consovoymccarthy.com
William S. Consovoy*
will@consovoymccarthy.com
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
Tel: 703.243.9423

2

Seth A. Meyer
sam@kellerlenkner.com
Ashley C. Keller (*pro hac vice* approved)
ack@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
Tel: 312.741.5220

\**Pro Hac Vice* admission to be sought

*Attorneys for the State of Arizona*

# Supreme Court of Virginia

## AT RICHMOND

# Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

### WILLIAM SPENCER CONSOVOY

was admitted to practice as an attorney and counsellor at the bar of this Court on June 4, 2002.

I further certify that so far as the records of this office are concerned, WILLIAM SPENCER CONSOVOY is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 4th day of September

A.D. 2019

By:_____

*Deputy Clerk*

 

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*William S Consovoy*

was duly qualified and admitted on July 8, 2005 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August**



Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>PURDUE PHARMA L.P., *et al*.,<br><br>Debtors.[1]<br><br>PURDUE PHARMA L.P., *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Defendants. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>Jointly Administered<br><br>Adv. Pro. No. 19-08289 (RDD) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of WILLIAM S. CONSOVOY ("Movant"), to be admitted, *pro hac vice*, to represent the State of Arizona, *ex rel.* Attorney General Mark Brnovich, a creditor in the above referenced main bankruptcy proceeding and underlying adversary proceeding, and upon the Movant's certification that he is a member in good standing of the of the bars in the State of Virginia and the District of Columbia, the U.S. District Court for the District of Columbia, the U.S. District Court for the District of Nebraska, the U.S. District Court for the District of Maryland, the U.S. District Court for the Central District of Illinois, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Sixth

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Tenth Circuit, the U.S. Court of Appeals for the Eleventh Circuit, the U.S. Court of Appeals for the District of Columbia Circuit, and the Supreme Court of the United States, it is hereby

ORDERED, that WILLIAM S. CONSOVOY is admitted to practice, *pro hac vice*, in the above referenced main bankruptcy proceeding and underlying adversary proceeding to represent the State of Arizona, *ex rel.* Attorney General Mark Brnovich, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: _____, 2019

White Plains, New York

_____
The Honorable Robert D. Drain
United States Bankruptcy Judge