|  |  |
|---|---|
|  | New York         Paris |
|  | Menlo Park     Madrid |
|  | Washington DC  Tokyo |
|  | São Paulo       Beijing |
|  | London          Hong Kong |

# Davis Polk

**Benjamin S. Kaminetzky**

Davis Polk & Wardwell LLP  212 450 4259 tel
450 Lexington Avenue      212 701 5259 fax
New York, NY 10017         ben.kaminetzky@davispolk.com

October 30, 2019

Re:  *In re Purdue Pharma L.P.,* No. 19-23649 (RDD) (Jointly Administered)
     *Purdue Pharma L.P., et al. v. Commonwealth of Massachusetts*, *et al.*, Adv. Pro.
     No. 19-08289 (RDD)

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 106-4140

Dear Judge Drain:

As Your Honor is aware, on July 31, 2019, the State of Arizona filed a motion seeking leave to file a bill of complaint in the original jurisdiction of the United States Supreme Court (the "**Motion**").  The Motion has been docketed as *State of Arizona v. Richard Sackler et al.*, No. 22O151.  A copy of the Motion is attached as Exhibit A hereto.  The bill of complaint asserts claims under Arizona's fraudulent transfer laws, and names Debtors Purdue Pharma, L.P. and Purdue Pharma Inc. as defendants.

In light of your ruling, on October 11, 2019, that Arizona is enjoined from violating the automatic stay of section 362(a) of the Bankruptcy Code, Purdue requested that Arizona withdraw its Motion.  Arizona declined, leaving Purdue with no choice but to file a brief in opposition to Arizona's Motion in the Supreme Court.  The brief was filed this morning and is attached as Exhibit B hereto.

Purdue does not, by such filing, in any way concede that Arizona may continue to prosecute its Motion, waive application of the automatic stay to Arizona's motion, or waive any remedies available to Purdue.

Respectfully submitted,

By: /s/ *Benjamin S. Kaminetzky*
     Benjamin S. Kaminetzky

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800

*Counsel to the Debtors and Debtors in Possession*

Cc: (via email)
Mark Brnovich
Rebecca Eggleston
William S. Consovoy
Ashley Keller
Travis Lenkner