AKIN GUMP STRAUSS HAUER & FELD LLP
Ira Dizengoff
Arik Preis
Mitchell Hurley
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
apreis@akingump.com
mhurley@akingump.com

*Proposed Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al*.,** | **Case No. 19-23649 (RDD)** |
| **Debtors.[1]** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

SOPHIA LEVY

1.      I am employed in the County of New York, New York.  I am over the age of 18 and not a

party to the within action; my business address is: One Bryant Park, New York, New York, 10036.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.      I certify that on November 1, 2019 I caused a true and correct copy of the *Amended*

*Verified Statement of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.*

*Pursuant to Bankruptcy Rule 2019* [Docket No. 414] and the *Motion of the Official Committee of*

*Unsecured Creditors of Purdue Pharma L.P., et al. for Entry of an Order Clarifying the*

*Requirement to Provide Access to Confidential or Privileged Information and Approving a*

*Protocol Regarding Creditor Requests for Information* [Docket No. 415], to be served via email

and via first-class U.S. mail, postage prepaid on the parties listed on the annexed **Exhibit A** and

**Exhibit B** respectively.


New York, New York
Dated: November 4, 2019

Sophia Levy

## EXHIBIT A

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Agentis PLLC | Attn: Christopher B. Spuches, Esq. | cbs@agentislaw.com |
| Alston & Bird LLP | Attn: William Sugden and Jacob Johnson | will.sugden@alston.com<br>jacob.johnson@alston.com |
| Alston & Bird LLP | Attn: William Hao | william.hao@alston.com |
| Andrews & Thornton | Attn: Anne Andrews, Sean T. Higgins, Robert S. Siko | aa@andrewsthornton.com<br>shiggins@andrewsthornton.com<br>rsiko@andrewsthornton.com |
| Attorney General for the State of Wisconsin | Attn: Jennifer L. Vandermeuse | vandermeusejl@doj.state.wi.us |
| Barrett Law Group, P.A. | Attn: John W. Barrett, Esq. | DonBarrettPA@gmail.com |
| Bayard, P.A. | Attn: Justin R. Alberto, Erin R. Fay, & Daniel N. Brogan | jalberto@bayardlaw.com<br>efay@bayardlaw.com<br>dbrogan@bayardlaw.com |
| Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab and Kenneth T. Law | Klaw@bbslaw.com |
| BMC Group, Inc. | Attn: T Feil | bmc@ecfAlerts.com |
| Bracewell LLP | Attn: Daniel S. Connolly & Robert G. Burns | daniel.connolly@bracewell.com<br>robert.burns@bracewell.com |
| Brown Rudnick LLP | Attn: Gerard T. Cicero and David J. Molton | GCicero@brownrudnick.com<br>DMolton@brownrudnick.com |
| Brown Rudnick LLP | Attn: Steven D. Pohl | spohl@brownrudnick.com |
| Buchalter, a Professional Corporation | Attn: Jeffrey K. Garfinkle, Esq., Daniel H. Slate, Esq. | jgarfinkle@buchalter.com<br>dslate@buchalter.com |
| California Department of Justice | Attn: Bernard A. Eskandari | bernard.eskandari@doj.ca.gov |
| Caplin & Drysdale, Chartered | Attn: Kevin Maclay, James Wehner, Jeffrey Liesemer, Todd Phillips | kmaclay@capdale.com<br>jwehner@capdale.com<br>jliesemer@capdale.com<br>tphillips@capdale.com |
| Carter Ledyard & Milburn LLP | Attn: Aaron R. Cahn | bankruptcy@clm.com |
| Commonwealth of Massachusetts | Attn: Eric M. Gold, Assistant AG | eric.gold@mass.gov |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Commonwealth of Pennsylvania | Attn: Carol E. Momjian - Senior Deputy AG | cmomjian@attorneygeneral.gov |
| Consovoy McCarthy PLLC | Attn: J. Michael Connolly | mike@consovoymccarthy.com |
| Cuneo Gilbert & Laduca, LLP | Attn: Jonathan W. Cuneo, Esq. | jonc@cuneolaw.com |
| Cuneo Gilbert & Laduca, LLP | Attn: Jonathan W. Cuneo, Esq. | jonc@cuneolaw.com |
| Davis Polk & Wardwell LLP | Attn: Marshall Scott Huebner, Benjamin S. Kaminetzky, Timothy Graulich, Christopher Robertson and Eli J. Vonnegut | Purdue.noticing@dpw.com |
| Eglet Adams | Attn: Robert M. Adams, Artemus W. Ham, & Erica D. Entsminger | badams@egletlaw.com aham@egletlaw.com eentsminger@egletlaw.com |
| Foley & Lardner LLP | Attn: Geoffrey S. Goodman | ggoodman@foley.com |
| Foley & Lardner LLP | Attn: Leah M. Eisenberg, Esq. | leisenberg@foley.com |
| Fox Swibel Levin & Carroll LLP | Attn: Suj M. Pandya and Margaret M. Anderson | spandya@foxswibel.com panderson@foxswibel.com |
| Frankgecker LLP | Attn: Joseph D. Frank and Jeremy C. Kleinman | jfrank@fgllp.com jkleinman@fgllp.com |
| Gilbert, LLP | Attn: Craig Literland, Kami Quinn, and Scott Gilbert | litherlandc@gilbertlegal.com quinnk@gilbertlegal.com gilberts@gilbertlegal.com |
| Godfrey & Kahn, S.C. | Attn: Katherine Stadler | kstadler@gklaw.com |
| Goodwin Procter LLP | Attn: Michael H. Goldstein, William P. Weintraub, & Howard S. Steel | mgoldstein@goodwinlaw.com wweintraub@goodwinlaw.com hsteel@goodwinlaw.com |
| Hagens Berman Sobol Shapiro LLP | Attn: Thomas M. Sobol and Lauren G. Barnes | purduebankruptcy@hbsslaw.com |
| Husch Blackwell LLP | Attn: Caleb T. Holzaepfel | Caleb.Holzaepfel@huschblackwell.com |
| Husch Blackwell LLP | Attn: Marshall C. Turner | marshall.turner@huschblackwell.com |
| Jenner & Block, LLP | Attn: Catherine L. Steege, Esq. | CSteege@jenner.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Jenner & Block, LLP | Attn: Richard Levin, Esq. | rlevin@jenner.com |
| Joseph Hage Aaronson LLC | Attn: Gregory P. Joseph, Mara Leventhal, Douglas J. Pepe, Peter R. Jerdee, & Christopher J. Stanley | mleventhal@jha.com dpepe@jha.com pjerdee@jha.com cstanley@jha.com gjoseph@jha.com |
| Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| Keller Lenkner LLC | Attn: Seth A. Meyer | sam@kellerlenkner.com |
| Kleinberg, Kaplan, Wolff & Cohen, P.C. | Attn: Matthew J. Gold and Robert M. Tuchman | mgold@kkwc.com rtuchman@kkwc.com |
| Kramer Levin Naftalis & Frankel | Attn: Kenneth Eckstein and Rachael Ringer | keckstein@kramerlevin.com rringer@kramerlevin.com |
| Loeb & Loeb LLP | Attn: Vadim J. Rubinstein, Esq | vrubinstein@loeb.com |
| Luskin, Stern & Eisler LLP | Attn: Michael Luskin and Richard Stern | luskin@lsellp.com stern@lsellp.com |
| Marcus & Shapira LLP | Attn: Darlene M. Nowak, Esq. and Robert M. Barnes, Esq. | nowak@marcus-shapira.com rbarnes@marcus-shapira.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler, Esquire | gbressler@mdmc-law.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Michael Morano, Esquire, Nicole Leonard, Esquire | mmorano@mdmc-law.com nleonard@mdmc-law.com |
| Milbank LLP | Attn: Gerard Uzzi, Esq., Eric Stodola, Esq., & Alex Lees, Esq. | guzzi@milbank.com estodola@milbank.com alees@milbank.com |
| Missouri Department of Revenue | Attn: Steven A. Ginther - Special Assistant AG | sdnyecf@dor.mo.gov |
| Morgan & Morgan | Attn: Juan R. Martin | juanmartinez@forthepeople.com |
| Morgan & Morgan | Attn: James Young | jyoung@forthepeople.com |
| National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| New York State Department of Financial Services | Attn: Nicolas G. Keller - Assistant Counsel | nicolas.keller@dfs.ny.gov |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Office of the Indiana Attorney General | Attn: Heather M. Crockett, Amanda K. Quick, Curtis T. Hill Jr. | Heather.Crockett@atg.in.gov |
| Office of the New Jersey State Attorney General | Attn: Lara J. Fogel, Deputy AG | lara.fogel@law.njoag.gov |
| Office of the New York State Attorney General | Attn: David E. Nachman | David.Nachman@ag.ny.gov |
| Office of the New York State Attorney General | Attn: Kathryn J. Blake, Assistant AG | Kathryn.Blake@ag.ny.gov |
| Office of the New York State Attorney General | Attn: Muhammad Umair Khan | Umair.Khan@ag.ny.gov |
| Office of the South Carolina Attorney General | Attn: Annemarie B. Mathews - Assistant AG | amathews@scag.gov |
| Office of the South Carolina Attorney General | Attn: Jared Q. Libet - Assistant Deputy AG | jlibet@scag.gov |
| Office of the State of Connecticut Attorney General | Attn: Denise S. Mondell, Assistant AG | Denise.Mondell@ct.gov |
| Office of the State of Idaho Attorney General | Attn: Brett T. DeLange - Deputy AG Chief, Consumer Protection Division | brett.delange@ag.idaho.gov |
| Office of the State of Iowa Attorney General | Attn: William R. Pearson - Assistant AG | william.pearson@ag.iowa.gov |
| Office of the State of Vermont Attorney General | Attn: Jill S. Abrams | Jill.abrams@vermont.gov |
| Office of The United States Trustee | Attn: Paul Schwartzberg | paul.schwartzberg@usdoj.gov |
| Ohio Attorney General | Attn: Alison L. Archer, Assistant AG | Alison.Archer@ohioattorneygeneral.gov |
| Ohio Attorney General | Attn: Patricia D. Lazich, Assistant AG | Trish.Lazich@ohioattorneygeneral.gov |
| Otterbourg P.C. | Attn: Melanie L. Cyganowski, Esq. & Jennifer S. Feeney | mcyganowski@otterbourg.com jfeeney@otterbourg.com |
| Pennsylvania Office of Attorney General | Attn: Melissa L. Van Eck - Senior Deputy AG | mvaneck@attorneygeneral.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Andrew M. Troop, Andrew V. Alfano, and Jason S. Sharp | andrew.troop@pillsburylaw.com andrew.alfano@pillsburylaw.com jason.sharp@pillsburylaw.com |
| Prime Clerk, LLC | Attn: Herb Baer | purduepharmateam@primeclerk.com serviceqa@primeclerk.com |

4

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Rawlings & Associates | Attn: Mark D. Fischer | mdf@rawlingsandassociates.com |
| Reed Smith LLP | Attn: Christopher A. Lynch | clynch@reedsmith.com |
| Reed Smith LLP | Attn: Claudia Z. Springer | cspringer@reedsmith.com |
| Scott+Scott Attorneys at Law LLP | Attn: Beth Kaswan and Judith S. Scolnick | bkaswan@scott-scott.com jscolnick@scott-scott.com |
| State of Alaska Attorney General | Attn: Bankruptcy Department | attorney.general@alaska.gov |
| State of Arizona Attorney General | Attn: Bankruptcy Department | aginfo@azag.gov |
| State of California Attorney General | Attn: Bankruptcy Department | bankruptcy@coag.gov |
| State of Connecticut Attorney General | Attn: Bankruptcy Department | attorney.general@po.state.ct.us |
| State of Delaware Attorney General | Attn: Bankruptcy Department | Attorney.General@state.DE.US |
| State of Hawaii Attorney General | Attn: Bankruptcy Department | hawaiiag@hawaii.gov |
| State of Illinois Attorney General | Attn: Bankruptcy Department | webmaster@atg.state.il.us |
| State of Louisiana Attorney General | Attn: Bankruptcy Department | ConsumerInfo@ag.state.la.us |
| State of Maine Attorney General | Attn: Bankruptcy Department | consumer.mediation@maine.gov |
| State of Maryland Attorney General | Attn: Bankruptcy Department | oag@oag.state.md.us |
| State of Massachusetts Attorney General | Attn: Bankruptcy Department | ago@state.ma.us |
| State of Michigan Attorney General | Attn: Bankruptcy Department | miag@michigan.gov |
| State of Minnesota Attorney General | Attn: Bankruptcy Department | Attorney.General@ag.state.mn.us |
| State of Missouri Attorney General | Attn: Bankruptcy Department | attorney.general@ago.mo.gov |
| State of Montana Attorney General | Attn: Bankruptcy Department | contactdoj@mt.gov |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| State of Nebraska Attorney General | Attn: Bankruptcy Department | ago.info.help@nebraska.gov |
| State of New Hampshire Attorney General | Attn: Bankruptcy Department | attorneygeneral@doj.nh.gov |
| State of New Jersey Attorney General | Attn: Bankruptcy Department | askconsumeraffairs@lps.state.nj.us |
| State of New York Attorney General | Attn: Louis J. Testa | Louis.Testa@ag.ny.gov |
| State of North Carolina Attorney General | Attn: Jessica Sutton | jsutton2@ncdoj.gov |
| State of North Dakota Attorney General | Attn: Bankruptcy Department | ndag@nd.gov |
| State of Oregon Attorney General | Attn: Bankruptcy Department | consumer.hotline@doj.state.or.us |
| State of South Carolina Attorney General | Attn: Bankruptcy Department | info@scattorneygeneral.com |
| State of South Dakota Attorney General | Attn: Bankruptcy Department | consumerhelp@state.sd.us |
| State of Tennessee Attorney General | Attn: Bankruptcy Department | reg.boards@tn.gov |
| State of Texas | Attn: Rachel R. Obaldo, Esq. | bk-robaldo@oag.texas.gov |
| State of Texas | Attn: Paul L. Singer, Esq. | paul.singer@oag.texas.gov |
| State of Texas Attorney General | Attn: Bankruptcy Department | public.information@oag.state.tx.us |
| State of Utah Attorney General | Attn: Bankruptcy Department | uag@utah.gov |
| State of Vermont Attorney General | Attn: Bankruptcy Department | ago.info@state.vt.gov |
| State of West Virginia Attorney General | Attn: Abby Cunningham, Assistant AG for West Virginia | Abby.G.Cunningham@wvago.gov |
| Stevens & Lee, P.C. | Attn: Nicholas F. Kajon and Constantine D. Pourakis | nfk@stevenslee.com cp@stevenslee.com |
| Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation | Attn: Sander L. Esserman and Peter C. D'Apice | esserman@sbep-law.com dapice@sbep-law.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Tarter Krinsky & Drogin LLP | Attn: Scott S. Markowitz, Esq., Rocco A. Cavaliere, Esq., & Michael Z. Brownstein, Esq. | smarkowitz@tarterkrinsky.com<br>rcavaliere@ta1lerkrinsky.com<br>mbrownsteinr@tarterkrinsky.com |
| Teitelbaum Law Group, LLC | Attn: Jay Teitelbaum, Esq. | jteitelbaum@tblawllp.com |
| Tennessee Attorney General's Office | Attn: Marvin Clements, Bankruptcy Division | Marvin.Clements@ag.tn.gov |
| Tucker Arensberg, P.C. | Attn: Jordan S. Blask, Esq. | jblask@tuckerlaw.com |
| Waldrep LLP | Attn: Thomas W. Waldrep, Jr., James C. Lanik, Jennifer B. Lyday | twaldrep@waldrepllp.com<br>jlyday@waldrepllp.com<br>jlanik@waldrepllp.com |
| Wilk Auslander LLP | Attn: Eric J. Snyder | esnyder@wilkauslander.com |

## EXHIBIT B

Office of The United States Trustee
Attn: Paul Schwartzberg
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Blue Cross and Blue Shield Association
Attn: Brendan Stuhan, Assistant General Counsel
1310 G Street NW
Washington, DC 20005

California Department of Justice
Attn: Judith A. Fiorentini - Supervising Deputy
Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101

Chambers of Honorable Robert D. Drain
Purdue Pharma L.P. - Chambers Copy
US Bankruptcy Court SDNY
300 Quarropas Street, Room 248
White Plains, NY 10601

Commonwealth of Puerto Rico
Attn: Bankruptcy Department
Apartado 9020192
San Juan, PR 00902-0192

CVS Caremark Part D Services L.L.C. and
Caremarkpcs Health, L.L.C.
Attn: Andrea Zollett, Senior Legal Counsel
2211 Sanders Road, NBT-9
Northbrook, IL 60062

Ikon Financial Services
Attn: President or General Counsel
1738 Bass Rd
Macon, GA 31210-1043

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5 Q30 133
Philadelphia, PA 19104-5016

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

LTS Lohmann Therapy Systems Corporation
Attn: Stephanie Satz, General Counsel (US)
21 Henderson Drive
West Caldwell, NJ 07006

Pension Benefit Guaranty Corporation
Attn: Adi Berger, Director
1200 K Street, NW
Washington, DC 20005

Purdue Pharma L.P.
Attn: President or General Counsel
One Stamford Forum, 201 Tresser Boulevard
Stamford, CT 06901

State of Alabama Attorney General
Attn: Bankruptcy Department
P.O. Box 300152
Montgomery, AL 36130-0152

State of Arkansas Attorney General
Attn: Bankruptcy Department
323 Center St.
Suite 200
Little Rock, AR 72201-2610

1

State of Colorado Attorney General
Attn: Bankruptcy Department
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

State of Florida Attorney General
Attn: Bankruptcy Department
The Capitol, PL 01
Tallahassee, FL 32399-1050

State of Georgia Attorney General
Attn: Bankruptcy Department
40 Capital Square, SW
Atlanta, GA 30334-1300

State of Idaho Attorney General
Attn: Bankruptcy Department
700 W. Jefferson Street
P.O. Box 83720
Boise, ID 83720-1000

State of Indiana Attorney General
Attn: Bankruptcy Department
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

State of Iowa Attorney General
Attn: Bankruptcy Department
1305 E. Walnut Street
Des Moines, IA 50319

State of Kansas Attorney General
Attn: Bankruptcy Department
120 SW 10th Ave., 2nd Floor
Topeka , KS 66612-1597

State of Kentucky Attorney General
Attn: Bankruptcy Department
700 Capitol Avenue, Suite 118
Frankfort , KY 40601

State of Mississippi Attorney General
Attn: Bankruptcy Department
Walter Sillers Building
550 High Street, Suite 1200, P.O. Box 220
Jackson, MS 39201

State of Nevada Attorney General
Attn: Bankruptcy Department
100 North Carson Street
Carson City, NV 89701

State of New Mexico Attorney General
Attn: Bankruptcy Department
P.O. Drawer 1508
Santa Fe, NM 87504-1508

State of Ohio Attorney General
Attn: Bankruptcy Department
30 E. Broad St., 14th Floor
Columbus, OH 43215

State of Oklahoma Attorney General
Attn: Bankruptcy Department
313 NE 21st Street
Oklahoma City, OK 73105

State of Pennsylvania Attorney General
Attn: Bankruptcy Department
Strawberry Square
16th Floor
Harrisburg, PA 17120

2

State of Rhode Island Attorney General
Attn: Bankruptcy Department
150 South Main Street
Providence, RI 02903

State of Virginia Attorney General
Attn: Bankruptcy Department
900 East Main Street
Richmond , VA 23219

State of Washington Attorney General
Attn: Bankruptcy Department
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504-0100

State of Wisconsin Attorney General
Attn: Bankruptcy Department
Wisconsin Department of Justice
State Capitol, Room 114 East, P.O. Box 7857
Madison, WI 53707-7857

State of Wyoming Attorney General
Attn: Bankruptcy Department
123 Capitol Building
200 W. 24th Street
Cheyenne, WY 82002

U.S. Bank Equipment Finance
Attn: President or General Counsel
1310 Madrid Street
Marshall, MN 56258

U.S. Department of Justice
Attn: Legal Department
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Attorney's Office
Attn: U.S. Attorney
300 Quarropas Street, Room 248
White Plains, NY 10601-4150

Washington DC Attorney General
Attn: Bankruptcy Department
441 4th Street, NW
Washington, DC 20001

West Boca Medical Center
Attn: Paige Kesman, Assistant General Counsel
21644 Florida Highway
Boca Raton, FL 33428

3

1