# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| Debtors. | : | |
| | : | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Thomas C. Albus, First Assistant Attorney General request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent the State of Missouri, by its Attorney General, Eric S. Schmitt, a creditor, in the above referenced cases.

***I certify that I am a member in good standing*** of the bar in the State of Missouri, and I am also admitted to practice before, among other courts, the United States District Court for the Eastern District of Missouri.

I have submitted the filing fee of $200.00 with this motion for *pro hac* admission.

NOV - 4 2019

Dated: October 30, 2019

                         Respectfully submitted,

                         ERIC S. SCHMITT
                         Attorney General

                         /s/ Thomas C. Albus
                         THOMAS C. ALBUS
                         Missouri Bar No. 46224
                         Office of Attorney General
                         P.O. Box 899
                         Jefferson City, MO 65102
                         573-751-8807 telephone
                         573-751-0774 facsimile
                         Tom.Albus@ago.mo.gov

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| Debtors. | : | |
| | : | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Thomas C. Albus ("the Movant"), to be admitted, *pro hac vice,* to represent the State of Missouri and upon Movant's certification that the Movant is a member in good standing with the bar in the State of Missouri, and is also admitted to practice before, the United States District Court for the Eastern District of Missouri, it is hereby:

**ORDERED,** that Thomas C. Albus is admitted to practice ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2019
White Plains, New York

_____
UNITED STATES BANKRUPTCY JUDGE