## Exhibit A

**Huebner Declaration**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | Jointly Administered |

### DECLARATION OF MARSHALL S. HUEBNER IN SUPPORT OF THE APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN DAVIS POLK & WARDWELL LLP AS ATTORNEYS FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

Marshall S. Huebner, in support of the *Application of Debtors for Authority to Employ and Retain Davis Polk & Wardwell LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 5, 2019 (the "**Application**"),[2] declares as follows:

1.      I am a partner of Davis Polk, a law firm with its principal office at 450 Lexington Avenue, New York, New York 10017 and other offices in Washington, D.C., Northern California, London, Paris, Madrid, São Paulo, Tokyo, Beijing and Hong Kong.

2.      I submit this declaration (the "**Declaration**") (a) in connection with the Application wherein the Debtors seek entry of an order authorizing the Debtors to employ and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

retain Davis Polk as their restructuring counsel in the Chapter 11 Cases *nunc pro tunc* to the

Petition Date at rates set forth below and in accordance with the Firm's normal reimbursement

policies, (b) in compliance with sections 329 and 504 of the Bankruptcy Code and (c) to provide

the disclosure required under Bankruptcy Rules 2014(a) and 2016(b) and Local Rules 2014-1

and 2016-1.  Unless otherwise stated in this Declaration, I have personal knowledge of the facts

set forth herein.

3.      To the extent it is brought to my attention that any information disclosed herein

requires amendment or modification upon Davis Polk's completion of further review or as

additional party in interest information becomes available to it, I intend to file a supplemental

declaration reflecting such amended or modified information.

4.      Subject to the qualifications herein and to the best of my knowledge, neither I,

Davis Polk, nor any partner, counsel or associate of the Firm represents any entity other than the

Debtors in connection with the Chapter 11 Cases.  In addition, except as set forth herein, to the

best of my knowledge, after an inquiry conducted by associates and others working under my

ultimate supervision, neither I, Davis Polk, nor any partner, counsel or associate of the Firm

represents any party in interest in the Chapter 11 Cases in matters related to the Chapter 11

Cases.

5.      Davis Polk has in the past represented, currently represents or may in the future

represent, in matters unrelated to the Chapter 11 Cases, entities that are potential claimants or

interest holders of the Debtors.  Davis Polk, which employs more than 900 attorneys, has a large

and diversified legal practice that encompasses the representation of many financial institutions

and commercial corporations.  Some of those entities are, or may consider themselves to be,

creditors or parties in interest in the Chapter 11 Cases or to otherwise have interests in the

Chapter 11 Cases.

6.        In preparing this Declaration, I relied on information brought to my attention

pursuant to procedures Davis Polk has used to evaluate compliance with the requirements of the

Bankruptcy Code and the Bankruptcy Rules regarding the employment and retention of

professionals by a debtor under the Bankruptcy Code (the "**Internal Review Procedures**").

Pursuant to the Internal Review Procedures, the Firm has taken the following actions to identify

parties relevant to this Declaration and to ascertain Davis Polk's connection to such parties:

(a)        A list of the Debtors, their affiliates and other potential parties in interest

in the Chapter 11 Cases (as set forth on **Schedule 1** hereto, the "**Potential Parties In

Interest**") was created by the Debtors upon review of their records and in consultation

with Davis Polk attorneys.

(b)        Davis Polk compared each of the Potential Parties In Interest to the Firm's

master records database from its conflict clearance and billing records, by searching all

clients and former clients going back two years for any matters that have been opened or

closed (the "**Records Database**").  The Records Database includes the name of each

current or former client and, for each significant current or former matter for each client

or former client, the names of the Davis Polk personnel identified at the time such matter

was opened as responsible for such matter and, in most instances, the names of certain

other material parties directly relevant to such matter.  It is Davis Polk's policy that no

new matter may be accepted or opened without completing and submitting to those

charged with maintaining the Records Database the information necessary to check each

such matter for conflicts, including the identity of the prospective client, the matter and

other relevant parties.  Accordingly, the Records Database is regularly updated for every

new client retaining Davis Polk and significant matters undertaken for each such client.

(c)        Any matches between the Records Database and the list of Potential

Parties In Interest, where a Potential Party In Interest was listed as a client of Davis Polk,

were identified (the "**Client Match List**").

(d)        An attorney then reviewed the Client Match List and deleted individuals

or entities that Davis Polk does not currently represent and has not represented in the last

two years.  The remaining individuals or entities are set forth on **Schedule 2** attached

hereto.

(e)        A general inquiry was sent to all Davis Polk attorneys by email asking

whether any of them or their immediate family members (spouse, domestic partner,

minor children or family member living in his or her household) (i) owns any debt or

equity securities of any of the Debtors, (ii) holds a claim against any of the Debtors,

(iii) is or was an officer, director or employee of any of the Debtors, (iv) is related to or

has any business or familial connections to any Bankruptcy Judge in the Southern District

of New York or person at the Office of the United States Trustee for the Southern District

of New York or (v) is aware of any representation by Davis Polk of the Debtors in any

capacity and such attorney has not previously been contacted by the attorneys conducting

the Internal Review Procedures.

7.        Any parties identified as a client that Davis Polk represents or has represented

within the last two years were reviewed by an attorney working under my supervision.  Based

upon such review, Davis Polk believes that it is a "disinterested person," as such term is defined

in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy

Code, and, as required by section 327(a) and referenced by section 328(c) of the Bankruptcy

Code, neither holds nor represents any interest adverse to the Debtors or their estates, in that

Davis Polk, its partners, counsel and associates:

      (a)     are not creditors, equity security holders or insiders of the Debtors;

      (b)     are not and were not, within two years before the date of the filing of the

Debtors' chapter 11 petitions, a director, officer or employee of the Debtors; and

      (c)     do not hold or represent any interest that is materially adverse to the

interests of the Debtors' estates, any class of creditors or equity security holders of the

Debtors, by reason of Davis Polk's direct or indirect relationship to, connection with, or

interest in, the Debtors or for any other reason, other than as set forth herein.

      8.     Disclosure of any connections Davis Polk has or has had with the Debtors or any

Potential Parties In Interest, insofar as I know or have been able to ascertain after reasonable

inquiry, is set forth below:

      (a)     Since March 2018, Davis Polk has advised the Debtors on a wide variety

of matters and has performed services necessary to enable the Debtors to file for

protection under chapter 11.  Davis Polk, along with PJT Partners LP, AlixPartners, LLP

and the Debtors, has been primarily responsible for the Debtors' preparation for the

Chapter 11 Cases.

      (b)     Davis Polk previously has represented within the last two years and/or

currently represents, and may continue to represent in the future, the Potential Parties in

Interest on **Schedule 2** (or their affiliates) in matters unrelated to the Debtors.  The list

attached hereto as **Schedule 2** is the product of implementing the Internal Review

Procedures.  Davis Polk does not and will not represent any of the entities listed on

**Schedule 2** in matters related to the Chapter 11 Cases.  To the best of my knowledge and information, with the exception of the entities identified in subparagraph (c) below and their affiliates, none of the entities listed on **Schedule 2** (each together with its respective affiliates) was the source of more than 1% of Davis Polk's revenues for the 12 months ended December 31, 2018.

(c)    Four of the Potential Parties In Interest, together with their affiliates, accounted for more than 1% of Davis Polk's revenues during the 12 months ended December 31, 2018.  Davis Polk represents Citibank, Goldman Sachs, JPMorgan Chase and Wells Fargo (collectively, the "**1% Potential Parties In Interest**") in various matters.  Davis Polk has never represented the 1% Potential Parties In Interest in any matters related to the Debtors.  Davis Polk has considered the positions of the 1% Potential Parties In Interest in the Chapter 11 Cases and has concluded that Davis Polk's representation of the Debtors does not create any conflict of interest with the 1% Potential Parties In Interest.

(d)    Davis Polk represents Rakesh Kapoor, until recently the CEO of Reckitt Benckiser Group, in connection with a shareholder class action in which Mr. Kapoor is a named executive and certain related matters. In early 2019, Indivior Inc., a former subsidiary of Reckitt Benckiser Group, settled an action regarding alleged patent infringement with Debtor Rhodes Pharmaceuticals L.P. Davis Polk was not involved in the litigation or settlement of such patent infringement action on behalf of Mr. Kapoor, Reckitt Benckiser or Indivior in connection with such settlement, which was consummated in May 2019.

(e)      Partners, counsel and associates of Davis Polk, including attorneys who may be engaged in Davis Polk's representation of the Debtors, may have been employed by various Potential Parties In Interest (including various governmental agencies such as the Internal Revenue Service (the "**IRS**")) or, when previously employed by other law firms or professional services firms, may have performed services for various Potential Parties In Interest.  I do not believe any such connections would in any way affect Davis Polk's ability to represent the Debtors effectively.

(f)      It is possible that former Davis Polk attorneys are, or were, after leaving Davis Polk, affiliated with various Potential Parties In Interest.  However, I do not believe any such connection would in any way affect Davis Polk's ability to represent the Debtors effectively.

(g)      As part of its practice, Davis Polk regularly represents lenders, underwriters and other parties in litigation and corporate transactions, such as debt and equity issuances and/or credit facilities, including transactions and litigations alongside or involving Potential Parties In Interest.  Davis Polk does not believe these representations would in any way affect Davis Polk's ability to represent the Debtors effectively.

(h)      Various Davis Polk associates are seconded to the legal departments of Davis Polk clients for several months, some of whom are, or are affiliates of, Potential Parties In Interest.  However, I do not believe such connections would in any way affect Davis Polk's ability to represent the Debtors effectively.

(i)      Based on responses to an email sent to every attorney in the Firm, I am not aware of any Davis Polk attorney who owns, or whose immediate family members own, the Debtors' stock or who are creditors of the Debtors.

(j)    Davis Polk attorneys invest in a broad array of mutual funds and ETFs, some of which either do currently or may in the future own securities of the Potential Parties In Interest (the Debtors have no issued securities).  However, I do not believe such connections would in any way affect Davis Polk's ability to represent the Debtors effectively.

(k)    Davis Polk appears in cases, proceedings and transactions involving many different attorneys, accountants, financial consultants and investment bankers, some of which Davis Polk has represented in the past, represents now or may represent in the future, or may be claimants or other parties in interest in the Chapter 11 Cases.  Davis Polk is not aware of any relationship it has with any such attorneys, accountants, financial consultants and investment bankers that would be adverse to the Debtors or their estates.

(l)    It is possible that certain Potential Parties In Interest have provided, and in some cases continue to provide, services to Davis Polk.  I do not believe any such connections would compromise Davis Polk's ability to effectively represent the Debtors.

(m)    As part of its practice, Davis Polk regularly represents clients before, or in connection with inquiries from, governmental agencies, including, but not limited to, the IRS.  However, I do not believe any such connections would compromise Davis Polk's ability to represent the Debtors effectively.

(n)    In addition to the foregoing, after reasonable inquiry, I do not believe there is any connection between Davis Polk and the U.S. Trustee or any person known by me to be employed as an attorney with the Office of such U.S. Trustee.

None of the above relationships constitute an actual conflict, but such relationships may be "connections" within the meaning of Bankruptcy Rule 2014 and, therefore, are disclosed.

9.      Davis Polk will conduct an ongoing review of its files commencing on or around each April 1 and October 1 that occurs during the Chapter 11 Cases to ensure that no disqualifying circumstances have arisen.  If any new facts that Davis Polk believes should be disclosed to the Court and the parties in interest in the Chapter 11 Cases, Davis Polk will file a supplemental disclosure with the Court and serve such supplemental disclosure on the U.S. Trustee.  If any new material and relevant facts are discovered between the aforementioned review periods, Davis Polk will promptly file a supplemental disclosure with the Court and serve such supplemental disclosure on the U.S. Trustee.

10.     In the 12 months prior to the Petition Date, Davis Polk received payments from the Debtors totaling $37,352,524.59 in connection with legal work related to a wide variety of matters, including restructuring, litigation and corporate governance.  An accounting summary of payments invoiced or to be invoiced and received by Davis Polk in the ninety (90) day period prior to the Petition Date is set forth on **Schedule 3** hereto.  On September 27, 2018, February 25, 2019, April 16, 2019, and September 9, 2019, the Debtors provided Davis Polk with advance payments of $2,000,000, $2,000,000, $2,000,000 and $3,000,000, respectively, to establish a retainer, the current balance of which is approximately $5,115,859.35 (collectively, the "**Retainer**") for professional services to be rendered and expenses to be incurred by Davis Polk on or after such dates.  Additionally, Davis Polk has submitted invoices to the Debtors, applied the Retainer towards Davis Polk's invoiced services and fees and has subsequently sought and received replenishment of the Retainer by the Debtors.  As of the filing of the Chapter 11 Cases, Davis Polk was not a creditor of the Debtors.  Upon Court approval, the balance of the Retainer will be held by Davis Polk as an evergreen retainer during the pendency of the Chapter 11 Cases.

As of the Petition Date, the Debtors do not owe Davis Polk any fees for professional services performed or expenses incurred.

11.    As of the Petition Date, the applicable rates for timekeepers on this matter were $1,295 to $1,645 per hour for partners, $1,225 per hour for counsel, $525 to $1,075 per hour for associates and $305 to $425 per hour for paraprofessionals.  Davis Polk adjusts its rates periodically, generally on or around January 1 of each year.

12.    It is Davis Polk's policy to charge its clients for certain expenses incurred in connection with providing certain client services, including, without limitation, travel, lodging, photocopying, postage, vendor charges, delivery service and other expenses incurred in providing professional services.  Davis Polk intends to seek reimbursement for expenses and disbursements incurred in connection with the representation of the Debtors in accordance with Davis Polk's policies and in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the UST Guidelines and any applicable order of the Court.

13.    No promises have been received by Davis Polk, or, to the best of my knowledge after due inquiry, any partner, counsel or associate thereof, as to payment or compensation in connection with the Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.  Davis Polk has no agreement with any other entity to share with such entity any compensation received by Davis Polk or by such entity.

14.    To the best of my knowledge, no partner, counsel or associate of Davis Polk is a relative of, or has been so connected with, any United States Bankruptcy Judge for the Southern District of New York, the United States Trustee for Region 2, the Assistant United States Trustee for the Southern District of New York, the attorney for the U.S. Trustee assigned to the Chapter

11 Cases or any other employee of the U.S. Trustee.  Accordingly, I understand that the

appointment of Davis Polk is not prohibited under Bankruptcy Rule 5002.

15.     The foregoing constitutes the statement of Davis Polk pursuant to sections 327(a),

329 and 504 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local

Rules 2014-1 and 2016-1.

## Attorney Statement Pursuant to UST Guidelines

16.     The following is provided in response to the request for additional information set

forth in Section D.1 of the UST Guidelines:

**Question:**  Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Answer:     Davis Polk has agreed to negotiated discounts off of its standard rates.

**Question:**  Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Answer:     No.

**Question:**  If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference.

Answer:     Prior to January 1, 2019, Davis Polk's rates for timekeepers for its prepetition engagement on this matter were $1,175 to $1,495 for partners, $1,100 for counsel, $475 to $995 for associates and $275 to $385 for paraprofessionals. As agreed with the Debtors, and in connection with Davis Polk's annual rate increase, on January 1, 2019, Davis Polk's prepetition rates increased to $1,295 to $1,645 for partners, $1,225 for counsel, $525 to $1,075 for associates and $305 to $425 for paraprofessionals. Davis Polk's billing rates have not changed postpetition.

**Question:**  Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

Answer:     Davis Polk intends to provide a prospective budget and staffing plan for the period from the Petition Date through January 15, 2020 to the Debtors

and will continue to work with the Debtors on the budget and staffing
plan.

17.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of

the United States of America that the foregoing is true and correct and that this Declaration was

executed on November 5, 2019.

*[Signature Page Follows]*

By: _____

Marshall S. Huebner
Partner
Davis Polk & Wardwell LLP

**Schedule 1 to Huebner Declaration**

Potential Parties In Interest List

# PURDUE PHARMA L.P.: POTENTIAL PARTIES IN INTEREST

## Debtor Entities

| | |
|---|---|
| ADLON THERAPEUTICS LP | AVRIO HEALTH LP |
| BUTTON LAND L.P. | COVENTRY TECHNOLOGIES LP |
| GREENFIELD BIOVENTURES LP | IMBRIUM THERAPEUTICS LP |
| NYATT COVE LIFSCIENCE INC. | OPHIR GREEN CORP. |
| PAUL LAND INC. | PURDUE NEUROSCIENCE COMPANY |
| PURDUE PHARMA L.P. | PURDUE PHARMA INC. |
| PURDUE PHARMA MAUNFACTURING, LP | PURDUE PHARMA OF PUERTO RICO L.P. |
| PURDUE PHARMA TECHNOLOGIES INC. | PURDUE PHARMACEUTICAL PRODUCTS L.P. |
| PURDUE PHARMACEUTICALS L.P. | PURDUE TRANSDERMAL TECHNOLOGIES L.P. |
| QUIDNICK LAND L.P. | RHODES PHARMACEUTICAL INC. |
| RHODES PHARMACEUTICAL L.P. | RHODES TECHNOLOGIES INC. |
| SEVEN SEAS HILL CORP. | SVC PHARMA INC. |
| SVC PHARMA L.P. | UDF LP |

## Other Related Entities

| | |
|---|---|
| ACCARDI B.V. | ACCARDI S.AR.L. |
| ALFA GENERICS B.V. | ARSAGO B.V. |
| BANGLADESH BEAUTY PRODUCTS PRIVATE LIMITED | BARD PHARMACEUTICALS INC. |
| BARD PHARMACEUTICALS LIMITED | BEAUTY PRODUCTS LANKA (PRIVATE LIMITED) |
| BERMAG LIMITED | BOETTI CORPORATION |
| BOLDINI CORPORATION | BRADENTON PRODUCTS B.V. |
| BULLA S.AR.L. | CINFA BIOTECH GMBH |
| CINFA BIOTECH SL | CLINICAL DESIGNS LIMITED |
| CLOVIO CORPORATION | E.R.G. REALTY, INC. |
| EURO-CELTIQUE S.A. | EVENING STAR SERVICES LTD. |
| FILTI S.AR.L. | FLIRA S.AR.L. |
| FREYA HOLDINGS LIMITED | HAMBERT B.V. |
| HAYEZ CORPORATION | IAF CORPORATION |
| IAF LIMITED | IND S.AR.L. |
| INTROMEDIX ADVANCED MEDICAL TECHNOLOGIES LTD. | IREY S.AR.L. |
| KRUGMANN GMBH | L.P. CLOVER LIMITED |
| LADENBURG B.V. | LAKE CLAIRE INVESTMENTS LTD. |
| LUCIEN HOLDINGS S.AR.L. | LYMIT HOLDINGS S.AR.L. |
| MALTUS CORPORATION | MARNINE HOLDINGS PTE. LIMITED |
| MARTONE HOLDINGS PTE. LIMITED | MEDIMATCH AG |
| MEXCUS CORPORATION | MN CONSULTING LLC |
| MNB COMPANY | MODI-MUNDIPHARMA BEAUTY PRODUCTS PRIVATE LIMITED |
| MODI-MUNDIPHARMA HEALTHCARE PRIVATE LIMITED | MODI-MUNDIPHARMA PRIVATE LIMITED |
| MUNDIBIOPHARMA LIMITED | MUNDICHEMIE GMBH |
| MUNDIPHARMA (ARGENTINA) S.R.L. | MUNDIPHARMA (BANGLADESH) PRIVATE LIMITED |
| MUNDIPHARMA (CHINA) PHARMACEUTICAL COMPANY LIMITED | MUNDIPHARMA (COLOMBIA) S.A.S. |
| MUNDIPHARMA (HONG KONG) LIMITED | MUNDIPHARMA (MYANMAR) CO., LTD. |
| MUNDIPHARMA (PROPRIETARY) LIMITED | MUNDIPHARMA (SHANGHAI) INTERNATIONAL |

| | TRADE LIMITED COMPANY |
|---|---|
| MUNDIPHARMA (THAILAND) LIMITED | MUNDIPHARMA A/S (FORMERLY NORPHARMA A/S; NAME CHANGE MAY 15, 2017) |
| MUNDIPHARMA AB | MUNDIPHARMA AG |
| MUNDIPHARMA ANZ PTY LIMITED (FORMERLY MUNDIPHARMA PTY. LIMITED; NAME CHANGE MARCH 11, 2019) | MUNDIPHARMA AS |
| MUNDIPHARMA AUSTRALIA PTY. LTD. | MUNDIPHARMA B.V. |
| MUNDIPHARMA BRADENTON B.V. | MUNDIPHARMA BRASIL PRODUTOS MÉDICOS E FARMACÊUTICOS LTDA. |
| MUNDIPHARMA COMM. VA | MUNDIPHARMA COMPANY |
| MUNDIPHARMA CORPORATION (IRELAND) LIMITED | MUNDIPHARMA CORPORATION LIMITED |
| MUNDIPHARMA DC B.V. | MUNDIPHARMA DE MEXICO, S. DE R.L. DE C.V. |
| MUNDIPHARMA DEUTSCHLAND GMBH & CO. KG | MUNDIPHARMA DEVELOPMENT PTE. LTD. |
| MUNDIPHARMA DISTRIBUTION GMBH (PHILIPPINES BRANCH) | MUNDIPHARMA DISTRIBUTION LTD. |
| MUNDIPHARMA EDO GMBH | MUNDIPHARMA EGYPT LLC |
| MUNDIPHARMA FARMACEUTICA LDA | MUNDIPHARMA GESMBH |
| MUNDIPHARMA GESMBH (BRATISLAVA BRANCH) | MUNDIPHARMA GESMBH (PRAGUE BRANCH) |
| MUNDIPHARMA GESMBH (REPRESENTATIVE OFFICE) | MUNDIPHARMA GMBH |
| MUNDIPHARMA HEALTHCARE PTE LIMITED | MUNDIPHARMA HOLDING AG |
| MUNDIPHARMA INTERNATIONAL CONSULTING SERVICES INC.(MUNDIPHARMA INTERNATIONAL DANIŞMANLIK HIZMETLERI ANONIM ŞIRKETI) | MUNDIPHARMA INTERNATIONAL CORPORATION LIMITED |
| MUNDIPHARMA INTERNATIONAL HOLDINGS LIMITED | MUNDIPHARMA INTERNATIONAL LIMITED |
| MUNDIPHARMA INTERNATIONAL LIMITED (US) | MUNDIPHARMA INTERNATIONAL SERVICES GMBH |
| MUNDIPHARMA INTERNATIONAL SERVICES LIMITED | MUNDIPHARMA INTERNATIONAL SERVICES S.AR.L. |
| MUNDIPHARMA INTERNATIONAL TECHNICAL OPERATIONS LIMITED | MUNDIPHARMA IT GMBH |
| MUNDIPHARMA IT SERVICES GMBH | MUNDIPHARMA IT SERVICES GMBH & CO. KG |
| MUNDIPHARMA IT SERVICES LIMITED | MUNDIPHARMA IT SERVICES PTE LTD. |
| MUNDIPHARMA IT SERVICES VERWALTUNGS GMBH | MUNDIPHARMA KABUSHIKI KAISHE |
| MUNDIPHARMA KOREA LTD. | MUNDIPHARMA LABORATORIES GMBH |
| MUNDIPHARMA LABORATORIES GMBH (REPRESENTATIVE OFFICE OF MUNDIPHARMA LABORATORIES GMBH) | MUNDIPHARMA LABORATORIES LIMITED |
| MUNDIPHARMA LATAM GMBH | MUNDIPHARMA LIMITED |
| MUNDIPHARMA LTD. | MUNDIPHARMA MANAGEMENT SARL |
| MUNDIPHARMA MANUFACTURING PTE. LIMITED | MUNDIPHARMA MAROC |
| MUNDIPHARMA MEA GMBH | MUNDIPHARMA MEDICAL CEE GMBH (REPRESENTATIVE OFFICE; DE-REGISTRATION PENDING) |
| MUNDIPHARMA MEDICAL COMPANY | MUNDIPHARMA MEDICAL COMPANY (SWISS BRANCH) |
| MUNDIPHARMA MEDICAL COMPANY LIMITED | MUNDIPHARMA MEDICAL GMBH |
| MUNDIPHARMA MEDICAL GMBH (BUDAPEST | MUNDIPHARMA MEDICAL GMBH (ROMANIA |

BRANCH; DE-REGISTRATION PENDING)

BRANCH)

MUNDIPHARMA MEDICAL S.AR.L. (SOFIA
BRANCH; INACTIVE)

MUNDIPHARMA MIDDLE EAST FZ-LLC

MUNDIPHARMA NEAR EAST GMBH

MUNDIPHARMA NEW ZEALAND LIMITED

MUNDIPHARMA OPHTHALMOLOGY
CORPORATION LIMITED

MUNDIPHARMA OPHTHALMOLOGY PRODUCTS
LIMITED

MUNDIPHARMA OY

MUNDIPHARMA PHARMACEUTICAL COMPANY
SICO LTD.

MUNDIPHARMA PHARMACEUTICALS (CHILE)
LIMITADA

MUNDIPHARMA PHARMACEUTICALS
ARGENTINA S.R.L.

MUNDIPHARMA PHARMACEUTICALS B.V.

MUNDIPHARMA PHARMACEUTICALS BVBA

MUNDIPHARMA PHARMACEUTICALS
INDUSTRY AND TRADE
LIMITED(MUNDIPHARMA ECZA URUNLERI
SANAYI VE TICARET LIMITED ŞIRKETI)

MUNDIPHARMA PHARMACEUTICALS LIMITED

MUNDIPHARMA PHARMACEUTICALS PRIVATE
LIMITED

MUNDIPHARMA PHARMACEUTICALS S.L.

MUNDIPHARMA PHARMACEUTICALS S.R.L.

MUNDIPHARMA PHARMACEUTICALS SDN. BHD.

MUNDIPHARMA POLSKA SP ZO.O.

MUNDIPHARMA PTE LIMITED

MUNDIPHARMA RESEARCH GMBH & CO. KG

MUNDIPHARMA RESEARCH LIMITED

MUNDIPHARMA RESEARCH VERWALTUNGS
GMBH

MUNDIPHARMA SAS

MUNDIPHARMA SCIENTIFIC OFFICE OF
MUNDIPHARMA MEA GMBH

MUNDIPHARMA SINGAPORE HOLDING PTE.
LIMITED

MUNDIPHARMA TRADING BANGLADESH
PRIVATE LIMITED

MUNDIPHARMA
VERWALTUNGSGESELLSCHAFT MBH

NAPP LABORATORIES LIMITED

NAPP PENSION TRUSTEES LIMITED

NAPP PHARMACEUTICAL GROUP LIMITED

NAPP PHARMACEUTICAL HOLDINGS LTD.

NAPP PHARMACEUTICALS LIMITED

NAPP RESEARCH CENTRE LIMITED

NAPPWOOD LAND CORPORATION

NAYATT COVE LIFESCIENCE INC.

NITID S.AR.L.

NONTAG S.AR.L.

ONE STAMFORD REALTY L.P.

PAINEUROPE LIMITED

PHARMA ASSOCIATES L.P.

PHARMACEUTICAL RESEARCH ASSOCIATES,
INC.

PORTHOS S.AR.L.

PT. MUNDIPHARMA HEALTHCARE INDONESIA

PURDUE FREDERICK INC.

PURDUE PHARMA

PURDUE PHARMA ULC

QDEM PHARMACEUTICALS LIMITED

RAFA LABORATORIES LIMITED

REVLON PAKISTAN PRIVATE LIMITED

SOFY S.AR.L.

SONGOL S.AR.L.

SONTI S.AR.L.

TACCA B.V.

TAIWAN MUNDIPHARMA PHARMACEUTICALS
LTD.

TECHNICAL SCIENTIFIC OFFICE OF
MUNDIPHARMA NEAR EAST GMBH

TFC PHARMA GMBH

THE NAPP EDUCATIONAL FOUNDATION

THE P.F. LABORATORIES, INC.

THE PURDUE FREDERICK COMPANY ("PF")

THE REPRESENTATIVE OFFICE OF
MUNDIPHARMA PHARMACEUTICALS PTE. LTD.
IN HO CHI MINH CITY (REPRESENTATIVE
OFFICE OF MUNDIPHARMA
PHARMACEUTICALS PTE. LTD. (SINGAPORE))

THE TERRAMAR FOUNDATION, INC.

TRANSWORLD PHARMA LIMITED

TXP SERVICES INC.

VACCARO B.V.

VENUSTI B.V.

WIN-HEALTH CARE PRIVATE LIMITED

WIN-MEDICARE PRIVATE LIMITED

### Current Directors and Officers

| | |
|---|---|
| ANTHONY RONCALLI | CECIL PICKETT |
| JOHN DUBEL | KEN BUCKFIRE |
| MIKE COLA | PETER BOER |
| R. STEVENS MILLER (STEVE MILLER) | |

### Former Directors and Officers

| | |
|---|---|
| ALAN DUNTON | ALAN MUST |
| BEVERLY SACKLER | BRIANNE WEINGARTEN |
| BURT ROSEN | CRAIG LANDAU, M.D. |
| DAVID A. SACKLER | DAVID HADDOX |
| DAVID LUNDIE | DIANA LENKOWSKY |
| EDWARD B, MAHONY | F. MARK GERACI |
| GAIL CAWKWELL, M.D. | ILENE SACKLER LEFCOURT |
| J. ALAN BUTCHER | JACQUES THEURILLAT |
| JOHN RENGER | JON LOWNE |
| JONATHAN D. SACKLER | JOSEPHINE MARTIN |
| KAREN LAUREL | KATHE A. SACKLER, M.D. |
| LISA E. PILLA | MAGGIE FELTZ |
| MARC L. KESSELMAN | MARCELO BIGAL, M.D. |
| MARIA BARTON | MARV KELLY |
| MONICA KWARCINSKI, PH.D. | MORTIMER D.A. SACKLER |
| MORTIMER SACKLER | PAUL MEDEIROS |
| PAULO F. COSTA | PHILIP C. STRASSBURGER |
| RALPH SNYDERMAN | RAYMOND SACKLER |
| RICHARD S. SACKLER, M.D. | RICHARD W. SILBERT |
| SAMANTHA (SACKLER) HUNT | STUART D. BAKER |
| THERESA SACKLER | THERESE E. SACKLER |

### Banks

| | |
|---|---|
| CITIBANK | EAST WEST BANK |
| GOLDMAN SACHS | JP MORGAN CHASE |
| METROPOLITAN COMMERCIAL BANK | UBS GROUP AG |
| WELLS FARGO & COMPANY | |

### Secured Creditors

| | |
|---|---|
| AIR LIQUIDE INDUSTRIAL U.S. LP | IKON FINANCIAL SVCS |
| U.S. BANK EQUIPMENT FINANCE | |

### 50 Largest Unsecured Creditors

| | |
|---|---|
| ALTERGON ITALIA SRL | AMERISOURCEBERGEN |
| APC WORKFORCE SOLUTIONS LLC | ASCENT HEALTH SERVICES LLC |
| ASHLAND SPECIALTY INGREDIENTS GP | BIOECLIPSE LLC |
| CARDINAL HEALTH | CAREMARKPCS HEALTH, L.L.C. |
| CHALLENGE PRINTING COMPANY | COBBS CREEK HEALTHCARE LLC |
| COGNIZANT TECH SOLUTIONS US CORP | COMMONWEALTH OF PENNSYLVANIA |
| | MEDICAID DRUG REBATE PROGRAM |

| | |
|---|---|
| CONTRACT PHARMACAL CORP | CVS CAREMARK PART D SERVICES, L.L.C. |
| DEFENSE HEALTH AGENCY | DENVER HEALTH & HOSPITAL AUTH |
| DEPARTMENT OF HEALTH CARE SERVICES (CA) | DEZENHALL RESOURCES |
| FRONTAGE LABORATORIES INC | GCI HEALTH |
| GEORGIA DEPT OF COMMUNITY HEALTH | GLATT AIR TECHNIQUES INC |
| HEALTHCORE INC | INTEGRATED BEHAVIORAL HEALTH INC |
| INVENTIV HEALTH CLINICAL LAB INC | INVENTIV HEALTH CONSULTING INC |
| MCKESSON CORPORATION | MISSOURI HEALTHNET DIVISION |
| NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES | OHIO CLINICAL TRIALS INC |
| OHIO DEPARTMENT OF MEDICAID | OKLAHOMA HEALTH CARE AUTHORITY |
| OPTUMRX, INC. | PACKAGING COORDINATORS INC |
| PHARMACEUTICAL RESEARCH ASSOC INC | PL DEVELOPMENT LLC |
| PPD DEVELOPMENT LP | PRIME THERAPEUTICS LLC |
| PURPLE STRATEGIES LLC | RHODES TECHNOLOGIES INC |
| S EMERSON GROUP INC | SCIECURE PHARMA INC |
| SPECGX LLC | STATE OF NEW JERSEY DIVISION OF MEDICAL ASSISTANCE AND HEALTH SERVICES |
| STATE OF NEW YORK DEPARTMENT OF HEALTH | THATCHER COMPANY |
| TRIALCARD INC | WALRUS LLC |
| WAVELENGTH ENTERPRISES INC | WISCONSIN DEPARTMENT OF HEALTH SERVICES |

## Vendors

| | |
|---|---|
| 502-538 CANAL STREET LLC | ACCENCIO LLC |
| ACTIVUS SOLUTIONS LLC | ADVANCED CLINICAL |
| AETNA HEALTH MANAGEMENT | AGILENT TECHNOLOGIES INC |
| AGNO PHARMA | AIR CASTLE LIMITED |
| AIR QUALITY INNOVATIVE SOL LLC | AJINOMOTO ALTHEA INC |
| ALABAMA MEDICAID AGENCY | ALCALIBER SA |
| ALCAMI CORPORATION | ALIVIO THERAPEUTICS |
| ALLIED UNIVERSAL SECURITY SERVICES | ALPHA SCRIP INCORPORATED |
| ALTASCIENCES CO INC | ALVOGEN MALTA OPERATIONS LTD |
| AMERICAN EXPRESS | AMERICAN UNITED LIFE INS CO |
| ANAQUA INC | ANI PHARMACEUTICALS CANADA INC |
| APC WORKFORCE SOLUTIONS LLC | APEXUS LLC |
| APLICARE INC | APTUS HEALTH |
| ARIBA INC | ARIZONA HEALTH CARE COST |
| ARKANSAS DHS PHARMACY REBATE | ASCENT PHARMACEUTICALS INC |
| ASHLAND SPECIALTY INGREDIENTS GP | ASTRO CHEMICALS INC |
| ATLANTIC CORP OF WILMINGTON INC | ATOMUS INC |
| AVISTA PHARMA SOLUTIONS INC | A-Z CORPORATION |
| BANK OF AMERICA N.A. | BANNER PHARMACAPS INC |
| BATES WHITE LLC | BDO USA LLP |
| BERLIN PACKAGING LLC | BI WORLDWIDE |
| BIOECLIPSE LLC | BLUE CROSS BLUE SHIELD |
| BLUE MATTER LLC | BLUEPRINT RESEARCH GROUP LLC |
| BOYLE TRANSPORTATION | BRENNTAG NORTHEAST INC |
| BREWSTER JORY ASSOCIATES LLC | BRICK CITY GREENHOUSE LLC |
| CAMBREX CHARLES CITY INC | CAPSUGEL |
| CAREMARKPCS HEALTH LP | CBRE, INC |
| CC FORD GROUP LLC | CCL LABEL INC |
| CENPLEX BUILDING SERVICES | CENTIMARK CORPORATION |

CERIDIAN HCM INC
CHARLES RIVER LABORATORIES
CIGNA HEALTH AND LIFE INSURANCE CO
CINTAS CORPORATION
CLARIANT PLASTICS & COATINGS
CLARUSONE SOURCING SERVICES LLP
COBBS CREEK HEALTHCARE LLC
COGNIZANT TECH SOLUTIONS US CORP
COMDATA INC
COMMUNITIES 4 ACTION INC
CONVERCENT INC
CORNERSTONE RESEARCH INC
CROWE AND DUNLEVY
CSPACE
CUMBERLAND CONSULTING GROUP LLC
DANIEL J EDELMAN LIMITED
DASSAULT SYSTEMES BIOVIA CORP
DEBEVOISE & PLIMPTON LLP
DEERFIELD AGENCY
DELOITTE & TOUCHE LLP
DEPARTMENT OF HEALTH SERVICES

DEPOMED INC
DEPT OF MEDICAL ASSISTANCE SERVICES
DEZENHALL RESOURCES
DHS MEDICAID EXPANSION REBATE 054
DIRECT ENERGY BUSINESS
DOD TRICARE MANAGEMENT ACTIVITY
DOTTIKON EXCLUSIVE SYNTHESIS AG
DR DECISION RESOURCES INC
DUKE UNIVERSITY
DURHAM COUNTY TAX COLLECTOR
ECKHARD MUHLHAUSER
EDGE LITIGATION CONSULTING LLC
EISAI INC
EMC CORP
EPIC PHARMA LLC
ERX NETWORK HOLDINGS INC
FAYETTE MEMORIAL HOSPITAL ASSOC INC
FIDELITY MANAGED INCOME
FISHER SCIENTIFIC CO LLC
FLORIDA AGENCY FOR HEALTHCARE
FRONTIDA BIOPHARMA INC
GCI HEALTH
GEISINGER CLINIC
GLATT AIR TECHNIQUES INC
GRANULES USA INC
GRUNENTHAL GMBH (EUR)
HANNEGAN LANDAU POERSH & ROSENBAUM
HART ENGINEERING CORP
HAVAS HEALTH INC
HCL AMERICA INC
HEALTH AND HUMAN SERVICES COMM
HEALTH CARE FINANCE & POLICY
HEALTHCORE INC
HERITAGE ENVIRONMENTAL SERVICES

CHALLENGE PRINTING COMPANY
CHICAGO TITLE CO LLC
CIGNA PARTICIPANT HSA FUNDING FUNDI
CITY OF WILSON
CLARIVATE ANALYTICS US LLC
CLOCKWELL STRATEGY LLC
COBRA LEGAL SOLUTIONS LLC
COLORCON INC
COMMISSIONER OF SOCIAL SERVICES
CONTRACT PHARMACAL CORP
CORE ACCESS GROUP LLC
COVERMYMEDS LLC
CSC CONSULTING INC
CULINART INC
CUSTOMER MARKETING GROUP
DASSAULT SYSTEMES AMERICAS CORP
DDB HELATH NEW YORK LLC
DECISION RESOURCES INC
DELL USA LP
DENVER HEALTH & HOSPITAL AUTH
DEPARTMENT OF VERMONT HEALTH ACCESS,
STATE OF VT
DEPT OF HEALTH & HUMAN SERVICES
DEPT OF VETERANS AFFAIRS
DHS DRUG REBATE
DIRAY MEDIA INC
DLA PIPER LLP US
DORSEY & WHITNEY LLP
DOW CHEMICAL COMPANY
DRUGSCAN INC
DUPONT NUTRITION USA INC
EARNED VISIBILITY INC
ECONDISC CONTRACTING SOLUTIONS LLC
EDWARDS INC
ELSEVIER
ENVISION PHARMACEUTICAL SERVICES
ERESEARCH TECHNOLOGY INC
EVERFI INC
FETTE AMERICA INC
FIRST HEALTH
FLORIDA AGENCY FOR HEALTH CARE ADMN
FRONTAGE LABORATORIES INC
FTI CONSULTING SC INC
GEFCO FORWARDING USA INC
GENERAL CONTAINER CORP
GOLDMAN SACHS ASSET MGMT LP
GRM INFORMATION MANAGEMENT
HALO PHARMACEUTICAL INC
HARM REDUCTION THERAPEUTICS INC
HARVARD PILGRIM HEALTH CARE
HB COMMUNICATIONS INC
HEALTH ADVANCES INC
HEALTH CARE AUTHORITY
HEALTHAGEN
HEALTHPARTNERS INC
HEYMAN GROUP LLC

| | |
|---|---|
| HOST ANALYTICS INC | HP ENTERPRISE SERVICES LLC |
| IHEART MEDIA ENTERTAINMENT INC | ILLINOIS DEPARTMENT OF PUBLIC AID |
| IMCD US LLC | INC RESEARCH LLC |
| INC RESEARCH TORONTO INC | INDEPENDENT HEALTH ASSOCIATION |
| INDIANA MEDICAID DRUG REBATES ACS | INDOET LTD |
| INDUSTRIAL & CONSTRUCTION | INFLEXXION |
| INFORMA BUSINESS INTELLIGENCE INC | INFORMATION RESOURCES INC |
| INTEGRATED BEHAVIORAL HEALTH INC | INTEGREON MANAGED SOLUTIONS INC |
| INTERSTATE RESOURCES INC | INVENTIV COMMERCIAL SERVICES LLC |
| INVENTIV HEALTH CLINICAL LAB INC | INVENTIV HEALTH CONSULTING INC |
| IQVIA INC | IQVIA RDS INC |
| IRONTON & LAWRENCE COUNTY AREA | J KNIPPER AND CO INC |
| JOHNSON CONTROLS INC | JOHNSON MATTHEY INC |
| JOSEPH HAGE AARONSON LLC | JRS MAINTENANCE SERVICE INC |
| JS CIVIL LAW GROUP PLLC | JS MCCARTHY PRINTERS |
| KAISER FOUNDATION HEALTH PLAN | KAISER FOUNDATION HOSPITAL |
| KANTAR HEALTH INC | KAPLAN HECKER & FINK LLP |
| KARR TUTTLE CAMPBELL | KASHIV PHARMA LLC |
| KERNEL LLC | KERRY INGREDIENTS & FLAVOURS |
| KLEINFELD KAPLAN & BECKER | KLICK USA INC |
| LEGACY PHARMACEUTICAL PACKAGING LLC | LEGAL & GENERAL INVESTMENT |
| LEVERAGE GLOBAL CONSULTING LLC | LIGHT SCIENCES ONCOLOGY INC |
| LOWENSTEIN SANDLER PC | LPW TRAINING SERVICES LLC |
| LTS LOHMANN THERAPY SYSTEMS | LUMINAIRE CANADA INC |
| LUTHER J STRANGE III | LYNN PINKER COX & HURST LLP |
| MAGELLAN RX MANAGEMENT | MAIWALD PATENTANWALTS GMBH |
| MANAGED MARKETS | MARGARET MARY COMMUNITY HOSPITAL |
| MARINO TORTORELLA & BOYLE PC | MARKETVISION RESEARCH INC |
| MARSH USA INC | MC-21 HEALTHCARE LLC |
| MC3 INC | MCKEE BUILDING GROUP INC |
| MCKESSON SPECIALTY ARIZONA INC | MCMASTER CARR SUPPLY COMPANY |
| MEDICAL ASSIST RECOVERIES FEDERAL | MEDIDATA SOLUTIONS INC |
| MEDIMPACT HEALTHCARE SYSTEMS INC | MEDLINE INDUSTRIES INC |
| MERCER HEALTH & BENEFITS LLC | MERIDIAN COMP OF NEW YORK |
| MG AMERICA INC | MICHAEL ALLEN COMPANY LLC |
| MICHAEL J COLLINS | MICROSOFT LICENSING GROUP |
| MISSOURI DIVISION OF MEDICAL SVCS | MITRATECH HOLDINGS INC |
| MODEL N INC | MORRIS NICHOLS ARSHT & TUNNELL LLP |
| MOVILITAS CONSULTING LLC | MS CLINICAL SERVICES LLC |
| MULTISORB TECHNOLOGIES INC | MULVANEY MECHANICAL INC |
| MUNDIPHARMA INTERNATIONAL LTD | MUNDIPHARMA LABORATORIES GMBH |
| MUNDIPHARMA SINGAPORE | MYLAN PHARMACEUTICALS INC |
| NAVITUS HEALTH SOLUTIONS LLC | NCH MARKETING SERVICES INC |
| NEAL & HARWELL PLC | NELSON MULLINS RILEY & |
| NETASSEMBLE.COM INC | NEW ENGLAND CONTROLS INC |
| NEW JERSEY DRUG REBATE PROGRAM | NEWS AMERICA MARKETING FSI LLC |
| NIELSEN CO LLC | NOAHSPHARM LTD |
| NORAMCO GMBH | NORAMCO INC |
| NORTHLAKE INTERNATIONAL LLC | NOVATION LLC |
| NOW WHAT RESEARCH | NYS DEPARTMENT OF HEALTH |
| O BERK CO | OHIO CLINICAL TRIALS INC |
| OPTIMIZERX CORP | OPTISOURCE LLC |
| OPTUMHEALTH AMINISTERED PLAN | ORACLE AMERICA INC |
| OTIS ELEVATOR COMPANY | PA DEPT OF HUMAN SERVICES/DRP |
| PACKAGING COORDINATIORS INC | PADILLA SPEER BEARDSLEY INC |
| PAINWEEK | PARTICLE SCIENCES INC |

PATHEON PHARMACEUTICALS INC
PETRILLO KLEIN & BOXER LLP
PHARMACEUTICAL PRODUCT STEWARDSHIP

PHARMACEUTICAL RESEARCH ASSOC
PHARMACEUTICS INTERNATIONAL INC
PHOENIX LITHOGRAPHING CORP
PL DEVELOPMENT LLC
PPD DEVELOPMENT LLC
PRAXIS PRECISION MEDICINES INC
PRECISION PROMOTIONAL EFFECTIVENESS
PREMISE HLTH EMPLOYER SOLUTIONS LLC
PRICE WATERHOUSE COOPERS LLP
PRINCETON BRAND ECONOMETRICS INC
PROED COMMUNICATIONS INC
PROQUEST LLC
PSL GROUP AMERICAN LIMITED
PURDUE PHARMA CANADA
PURDUE PHARMACEUTICALS LP
PUREFLOW INC
QUALITY CHEMICAL LABORATORIES
RAZORFISH HEALTH
RELAYHEALTH
RENEWAL HOUSE INC
REVOLUTION DIGITAL
RICOH USA INC
ROBERT BOSCH PACKAGING
RODA CREATIVE SERVICES
RUSSELL REYNOLDS ASSOC INC
S EMERSON GROUP INC
SCENIC DESIGNS INC
SCHULTE ROTH & ZABEL LLP
SECURITY SERVICES OF CONNECTICUT
SGS NORTH AMERICA INC
SHI INTERNATIONAL CORP
SIDLEY AUSTIN LLP
SIEMENS INDUSTRY INC
SKARZYNSKI BLACK LLC
SNELL & WILMER LLP
SOTAX CORP
SOUTHEAST INDUSTRIAL EQUIPMENT INC
SPARTA SYSTEMS INC
SPECGX LLC
SPENCER STUART
STANDARD INSURANCE CO
STATE OF IDAHO
STATE OF MAINE
STATE OF MISSISSIPPI DIV OF MEDICAI
STROZ FRIEDBERG INC
SULLIVAN & MCLAUGHLIN COMPANIES INC
SYMBIANCE INC
SYSTECH SOLUTIONS INC
TECHNICAL TRAFFIC CONSULTANTS
TETRAGENTETICS INC
TEVA CANADA LIMITED
TEVA PHARMACEUTICALS USA INC

PEREGRINE MARKET ACCESS
PFAUDLER INC
PHARMACEUTICAL RESEARCH AND
MANUFACTURERS OF AMERICA (PHRMA)
PHARMACEUTICAL RESEARCH ASSOC INC
PHARMACY SELECT LLP
PINNEY ASSOCIATES
PORTER HEDGES LLP
PPD DEVELOPMENT LP
PRECISION COMPUTER SERVICES INC
PREMISE HEALTH
PRESIDIO NETWORKED SOLUTIONS INC
PRIME CLERK LLC
PRINCETON OFFICE CENTER LLC
PROFESSIONAL DISPOSABLES INTL INC
PROVIDENCE GENERAL FOUNDATION
PUBLICIS HLTH/DISCOVERY USA
PURDUE PHARMA LP FLEX
PURE COMMUNICATIONS LLC
PURPLE STRATEGIES LLC
QUINN EMANUEL URQUHART &
REED SMITH LLP
RELTIO INC
REVITAS INC
RHODES TECHNOLOGIES
RIGHT MANAGEMENT CONSULTANTS
ROBERT S MILLER
ROLESVILLE EQUIPMENT CO
RXMOSAIC LLC
SAP AMERICA
SCHNEIDER ELECTRIC BUILDINGS
SCIOSCIENTIFIC LLC
SENTIENT JET LLC
SHARP CORP
SHIONOGI INC
SIEGFRIED USA INC
SIMR INC
SMART ANALYST INC
SODEXO OPERATIONS LLC
SOUTH CAROLINA DEPT OF HEALTH
SOUTHPORT LAW OFFICES LLC
SPEARS & IMES LLP
SPECTRA AUTOMATION LTD
SPINETHERA INC
STATE & FEDERAL COMMUNICATIONS INC
STATE OF KANSAS DEPT OF HEALTH
STATE OF MICHIGAN
STERNE KESSLER GOLDSTEIN & FOX PLLC
SUDLER & HENNESSEY
SUN PHARMACEUTICALS INDUSTRIES
SYNCOM BV
SYSTEMS MANAGEMENT PLANNING INC
TECHNOLOGY CONCEPTS & DESIGN INC
TEVA API INC
TEVA PHARMACEUTICAL INDUSTRIES LTD
THATCHER COMPANY

THE CHILDRENS CENTER OF HAMDEN INC
THE LYNX GROUP LLC
THE SASHA GROUP LLC
TOWERS WATSON DELAWARE INC
TRANSITCHEK
TRI PAC INC
TRIBUNE MEDIA COMPANY
TRUVEN HEALTH ANALYTICS LLC
TXP SERVICES INC
UNITED BIOSOURCE LLC
UNITED SERVICES OF AMERICA INC
UNITED STATES TREASURY
UNIVERSITY OF SOUTH FLORIDA
UTAH DEPARTMENT OF HEALTH
VALUECENTRIC LLC
VEEVA SYSTEMS INC
VEOLIA ES TECHNICAL SOLUTIONS
VIDA VENTURES
VV ALACRITY LLC
WALGREEN CO
WALGREENS BOOTS ALLIANCE
WALRUS LLC
WEIL GOTSHAL & MANGES LLP
WEST VIRGINIA DEPT OF HEALTH &
WHR GROUP
WILMER CUTLER PICKERING
WPP GROUP USA INC
YALE UNIVERSITY
ZITTER GROUP
ZSCALER INC

THE JOLT AGENCY
THE MCMAHON GROUP LLC
TMO TURKISH GRAIN BOARD
TRACELINK INC
TREK MEDICS INTERNATIONAL
TRIALCARD INC
TRICORBRAUN INC
TURNER CONSTRUCTION COMPANY
UBS AG STAMFORD
UNITED PARCEL SERVICE
UNITED STATES PHARMACOPEIAL CONVENT
UNIVERSITY OF DELAWARE
UPS SUPPLY CHAIN SOLUTIONS
VALASSIS DIRECT MAIL INC
VAYNERMEDIA
VENABLE LLP
VIADUCT LANDHOLDINGS MGMT &
VORYS SATER SEYMOUR & PEASE LLP
WALDORF ASTORIA AMSTERDAM
WALGREENS
WALMART INC
WATERS CORPORATION
WELLS FARGO FINANCIAL LEASING INC
WHEELS INC
WIGGIN & DANA LLP
WILSON COUNTY TAX COLLECTOR
XTTRIUM LABORATORIES INC
ZEROCHAOS
ZS ASSOCIATES INC

## Customers

ACE SURGICAL SUPPLY
ALLIANCE ANIMAL CARE LLC
AMD PENNSYLVANIA LLC
AMERISOURCEBERGEN CORPORATION
ANDA INC
ASSOCIATED PHARMACIES INC
BASHAS INC
BELL MEDICAL SERVICES INC
BLOODWORTH WHOLESALE DRUGS
BORSCHOW HOSP & MED SUPPLIES
BRUCE MEDICAL SUPPLY
C&S METRO/C&S BRATTLEBORO
CARDINAL HEALTH DBA HARVARD DRUI
CARDINAL HEALTH P.R. 120 INC
CESAR CASTILLO INC
COMPLETE MEDICAL SUPPLIES
CVS CAREMARK
DAKOTA DRUG INC
DMS PHARMACEUTICAL GROUP INC
DRUGS UNLIMITED INC
EXPRESS MEDICAL SUPPLY
FISHER SCIENTIFIC

ALBERTSONS
AMAZON.COM
AMERISOURCE HEALTH SERVS CORP
AMERISOURCEBERGEN DRUG CORP
ASSOCIATED FOOD STORES
AUBURN PHARMACEUTICAL COMPANY
BECK LEE
BIG DEES TACK AND VET SUPPLY
BLUPAX PHARMACEUTICALS LLC
BRADLEY CALDWELL SUPPLY
BURLINGTON DRUG CO INC
CAPITAL WHOLESALE DRUG AND CO
CARDINAL HEALTH INC
CERTCO INC
CLAFLIN COMPANY
CONCORDANCE HEALTHCARE SOLUTION
CVS DISTRIBUTION
DISCOUNT DRUG MART
DROGUERIA BETANCES LLC
DV MEDICAL SUPPLY
EXPRESS SCRIPTS
FLORIDA HARDWARE LLC

| | |
|---|---|
| FRED MEYER | GENETCO INC |
| GOLDEN STATE MEDICAL SUPPLY INC | GOLUB CENTRAL DIST |
| GREENHILL TRADING INC | H E BUTT GROCERY |
| HANNAS PHARMACEUTICAL SUPPLY | HARMON STORES INC |
| HARRIS TEETER | HBC SERVICE |
| HD SMITH LLC | HE BUTT GROCERY COMPANY |
| HEALTHSOURCE DISTRIBUTORS LLC | HENRY SCHEIN ANIMAL HEALTH |
| HONEYWELL SAFETY PRODUCTS | HY VEE |
| IMPERIAL DISTRIBUTORS INC | INDEPENDENT PHARMACY COOPERATIVI |
| INGLES MARKETS INC | JAMS WHOLESALE DISTRIBUTION |
| JEFFERS VET SUPPLY | JET.COM INC |
| KEYSOURCE ACQUISITION LLC | KINNEY DRUGS |
| KINRAY INC | KMART CORPORATION |
| KPH HEALTHCARE SERVICES INC | L&R DISTRIBUTORS INC |
| LAKE ERIE MEDICAL | LOUISIANA WHOLESALE DRUG CO INCI |
| MARC GLASSMAN | MCKESSON CORP |
| MCKESSON FINANCIAL DOCUMENT | MEDSAFE |
| MEIJER | MERCHANTS DISTRIBUTORS |
| METRO MEDICAL SUPPLY | MEYERS SUPPLY |
| MIAMI LUKEN INC | MIDWEST VETERINARY SUPPLY |
| MORRIS DICKSON COMPANY LTD | MWI VETERINARY SUPPLY |
| N C MUTUAL | NASH FINCH |
| NATIONWIDE MEDICAL/SURGICAL | NORMED |
| NORTHWEST GENERICS LLC | OPTUMRX |
| OWENS & MINOR | PARK SURGICAL CO INC |
| PEYTONS | PEYTONS FOUNTAIN |
| PHARMACY BUYING ASSOCIATION | PMHI MEDCO SUPPLY CO |
| PRESCRIPTION SUPPLY INC | PUBLIX SUPER MARKETS INC |
| QUEST PHARMACEUTICALS INC | RALPHS GROCERY |
| RICHIE PHARMACAL CO INC | ROBERT MATTHEWS COMPANY |
| ROCHESTER DRUG COOPERATIVE INC | ROUNDYS INC |
| SAFE CHAIN | SAFEWAY MAIL STOP |
| SALUS MEDICAL LLC | SAVE MART MODESTO YOSEMITE WHS |
| SCHNUCK MARKETS | SCHNUCKS MARKETS INC |
| SCHOOL HEALTH SUPPLIES | SMITH DRUG COMPANY |
| SOUTHERN LIVESTOCK SUPPLY | SPARTAN NASH INC |
| STATER BROTHERS MARKET | SUNSET PHARMACEUTICALS INC |
| SUPERVALU | SUPERVALU PHARMCIES INC |
| TARGET CORP | THE HILSINGER COMPANY |
| THRIFTY WHITE | TOP RX LLC |
| U RM STORES INC | VALLEY VETERINARY CLINIC LTD |
| VALLEY WHOLESALE DRUG CO LLC | VALU MERCHANDISERS COMPANY |
| VALUE DRUG COMPANY | VETERINARY SERVICE INC |
| VF GRACE | VISTAPHARM INC |
| VITACOST.COM | WALMART STORES INC |
| WEGMANS FOOD MARKETS | WESTERN SADDLERY |
| WINCO FOODS LLC | |

## Government Authorities

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION | UNITED STATES FOOD AND DRUG ADMINISTRATION (FDA) |
| UNITED STATES DRUG ENFORCEMENT ADMINISTRATION (DEA) | |

**Utilities**

| | |
|---|---|
| AQUARION WATER COMPANY OF CT | AT&T |
| CABLEVISION LIGHTPATH INC | CENTURYLINK |
| CLEAN HARBORS INC | COMCAST |
| CON EDISON | COX BUSINESS |
| CRYSTAL ROCK | CRYSTAL ROCK / DS SERVICES OF AMERICA, INC |
| DANOX ENVIRONMENTAL SERVICES  INC | DIRECT ENERGY BUSINESS |
| DIRECT ENERGY SERVICES LLC | DOMINION ENERGY |
| DS SERVICES OF AMERICA, INC | DUKE ENERGY |
| EARTHLINK | EARTHLINK BUSINESS COMPANY |
| EVERSOURCE ENERGY | EVERSOURCE ENERGY / CL&P |
| EVERSOURCE ENERGY / YANKEE GAS | FRONTIER |
| FRONTIER COMMUNICATIONS | GREENLIGHT |
| HERITAGE ENVIRONMENTAL SERVICES | HOCON GAS INC |
| HOCON INDUSTRIAL GAS | IPASS |
| KENT COUNTY WATER AUTHORITY | LAVOIE & SON INDUSTRIAL |
| LIVEMESSAGE | MASERGY COMMUNICATIONS INC |
| MATHESON TRI GAS INC | MCI COMM SERVICE |
| NATIONAL GRID | NEW JERSEY AMERICAN WATER CO |
| ON SITE SHREDDING LLC | OPTIMUM - CABLEVISION |
| PSE&G | PSNC ENERGY |
| SOUTHERN ELEVATOR CO INC | SPECTRUM BUSINESS |
| SPRINT | STALLINGS BROTHERS HOLDINGS INC |
| STERICYCLE INC | SUEZ WTS USA INC |
| TIME WARNER CABLE | TIME WARNER CABLE ENTERPRISES LLC |
| VEOLIA ES TECHNICAL SOLUTIONS | VERIZON |
| VERIZON WASHINGTON DC INC | WASTE INDUSTRIES LLC |
| ZOOM VIDEO COMMUNICATIONS | |

**Insurers**

| | |
|---|---|
| ACE AMERICAN INSURANCE CO. | ACE PROPERTY AND CASUALTY INSURANCE COMPANY |
| CHUBB | ENDURANCE ASSURANCE CORP |
| FACTORY MUTUAL INSURANCE COMPANY | FM GLOBAL TRANSIT |
| GREAT AMERICAN INSURANCE COMPANY (VOSCO) | IRONSHORE SPECIALTY INSURANCE COMPANY |
| ISOSCELES INSURANCE LTD. SEPARATE ACCOUNT [PPLP-01] | LIBERTY INSURANCE CORP |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | LIBERTY SURPLUS INSURANCE CORPORATION (NON-ADMITTED) |
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA (AIG) | OLD REPUBLIC INSURANCE COMPANY |
| STEADFAST INSURANCE COMPANY – ZURICH | THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA |
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA (AIG WORLDSOURCE) | U.S. SPECIALTY INSURANCE COMPANY - HCC |
| ZURICH AMERICAN INSURANCE COMPANY | |

### Surety Bonds

WESTCHESTER FIRE INSURANCE COMPANY

### Equity Interests

| | |
|---|---|
| ANTHONY M. RONCALLI | BANELA CORPORATION |
| BEACON COMPANY | BR HOLDINGS ASSOCIATES INC. |
| BR HOLDINGS ASSOCIATES L.P. | HEATHERIDGE TRUST COMPANY LIMITED, |
| HERCULES TRUST | JEFFREY A. ROBINS, |
| LESLIE J. SCHREYER | LINARITE HOLDINGS LLC |
| MILLBORNE TRUST COMPANY LIMITED | PERTHLITE HOLDINGS LLC |
| PLP ASSOCIATES HOLDINGS INC. | PLP ASSOCIATES HOLDINGS L.P. |
| RAYMOND R. SACKLER | ROSEBAY MEDICAL COMPANY L.P. |
| ROSEBAY MEDICAL COMPANY, INC. | STANHOPE GATE CORP. |

### Restructuring Professionals

| | |
|---|---|
| ALIXPARTNERS LLP | DAVIS POLK AND WARDWELL LLP |
| PJT PARTNERS LP | TENEO STRATEGY LLC |

### Creditor Committee Professionals

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | BAYARD, P.A. |
| BROWN RUDNICK LLP | FTI CONSULTING, INC. |
| JEFFERIES GROUP LLC | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| PROVINCE, INC. | |

### Other Consultants & Advisors

| | |
|---|---|
| DELOITTE CONSULTING LLP | ERNST & YOUNG |
| GENESIS RESEARCH LLC | IBM CORPORATION |
| MCKINSEY & CO INC | TRINITY PARTNERS LLC |
| ZS ASSOCIATES INC | |

### Licensing Agreements

| | |
|---|---|
| ABBOTT LABORATORIES | GRÜNENTHAL GMBH |
| UNIVERSITY OF TEXAS | |

### Litigation

OCCIDENTAL CHEMICAL CORPORATION

### Landlords

CLARIANT PLASTICS & COATINGS                    ONE STAMFORD REALTY L.P.
UBS FINANCIAL SERVICES INC.

### Sublessees

AIRCASTLE ADVISOR LLC                           BROOKSIDE EQUITY PARTNERS
CHARTER COMMUNICATIONS HOLDING                  HILLSIDE CAPITAL INCORPORATED
COMPANY, LLC
KOKINO LLC                                      PHARMACEUTICAL RESEARCH ASSOCIATES,
                                                INC.
TXP SERVICES INC.                               W.J. DEUTSCH & SONS LTD.

### United States Bankruptcy Judges (Southern District of New York)

CECELIA G. MORRIS                               JAMES L. GARRITY JR.
MARTIN GLENN                                    MARY KAY VYSKOCIL
MICHAEL E. WILES                                ROBERT D. DRAIN
ROBERT E. GROSSMAN                              SEAN H. LANE
SHELLEY C. CHAPMAN                              STUART M. BERNSTEIN

### United States Trustee's Office (Region 2, Southern District of New York, Manhattan and White Plains Divisions)

ANDREA B. SCHWARTZ                              ANDY VELEZ-RIVERA
BENJAMIN J. HIGGINS                             BRIAN S. MASUMOTO
CHEUK M. NG                                     DANNY A. CHOY
ERCILIA A. MENDOZA                              GREG M. ZIPES
ILUSION RODRIGUEZ                               LINDA A. RIFFKIN
MARIA CATAPANO                                  MARY V. MORONEY
NADKARNI JOSEPH                                 PAUL K. SCHWARTZBERG
RICHARD C. MORRISSEY                            SERENE NAKANO
SHANNON SCOTT                                   SUSAN ARBEIT
SYLVESTER SHARP                                 VICTOR ABRIANO

### Debtor Legal Counsel

ABE IKUBO & KATAYAMA                            ABG INTELLECTUAL PROPERTY LAW
ANAQUA SERVICES INC                             ANGELI UNGAR LAW GROUP LLC
ARNOLD & PORTER KAYE SCHOLER LLP                BASSFORD REMELE
BERESFORD BOOTH PPLC                            BLANK ROME LLP
BORDEN LADNER GERVAIS LLP                       BRINKS GILSON & LIONE
BRUNINI GRANTHAM GROWER HEWES, PLLC             CETRULO LLP
CHRIS SHAPLEY                                   CIPRIANI & WERNER PC
COGENCY GLOBAL                                  COLE SCOTT & KISSANE
COVINGTON & BURLING LLP                         CROWE & DUNLEVY
DANNEMANN SIEMSEN ADVOGADOS                     DANNEMANN SIEMSEN BIGLER & IPANEMA
                                                MOREIRA
DAVIDSON, DAVIDSON & KAPPEL, LLC                DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
DECHERT LLP                                     DEHAY & ELLISTON LLP

| | |
|---|---|
| DINSE, KNAPP & MCANDREW | DLA PIPER LLP |
| DORSEY & WHITNEY LLP | DURBIN LARIMORE & BIALICK |
| EURO CELTIQUE S.A. | EVANS FEARS & SCHUTTERT LLP |
| FOX, O'NEILL & SHANNON S.C. | FRAZER GREENE UPCHURCH & BAKER, LLC |
| FROST BROWN TODD LLC | GERMAN GALLAGHER MURTAGH |
| GIBSON DUNN & CRUTCHER LLP | GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN LLC |
| GUNDERSON, PALMER, NELSON, ASHMORE LLP | HANNEGAN LANDAU POERSCH & ROSENBAM ADVOCACY, LLC |
| HEPLER BROOM LLC | HINCKLEY, ALLEN & SNYDER LLP |
| HIRST APPLEGATE, LLP | HOGAN LOVELLS US LLP [DC] |
| HOLLAND & HART | JACKSON LEWIS P.C. |
| JOHN LOCKEY (BARRISTER) | JONES DAY |
| KARR TUTTLE CAMPBELL | KING & SPALDING LLP |
| KLEINFELD KAPLAN AND BECKER LLP | LARSON O'BRIEN LLP |
| LAW OFFICES OF IAN E. BJORKMAN, LLC | LEASON ELLIS LLP |
| LEWIS JOHS AVALLONE AVILES, LLP | LOWENSTEIN SANDLER LLP |
| LYNN PINKER COX & HURST | LYTLE SOULE & CURLEE, P.C. |
| MAIWALD | MARKS & CLERK LLP |
| MAYNARD COOPER GALE | MDL 2804 DEFENDANT SPECIAL MASTER FUND |
| MELTZER, PURTILL & STELLE, LLC | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC |
| MONTGOMERY & ANDREWS, PA | MORGAN LEWIS & BOCKIUS LLP |
| MORRIS NICHOLS ARSHT AND TUNNELL LLP | MORRISON & FOERSTER LLP |
| NEAL & HARWELL | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| NIXON PEABODY | NORTON ROSE FULBRIGHT US LLP |
| OLIVERIO & MARCACCIO LLP | O'NEILL & BORGES |
| PARK JENSEN BENNETT LLP | PARKER HURST & BURNETT PLC |
| PARSONS BEHLE & LATIMER | PENN STUART & ESKRIDGE |
| PRYOR CASHMAN LLP | REED SMITH, LLP |
| REICHARD & ESCALERA LLC | REILLY, MCDEVITT & HENRICH, P.C. |
| REMINGER CO., L.P.A. | RICHMOND & QUINN |
| ROBINSON GRAY STEPP & LAFFITTE, LLC | SANDS ANDERSON PC |
| SEMMES ATTORNEYS AT LAW | SHAW KELLER LLP |
| SIDLEY AUSTIN, LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| SKARZYNSKI BLACK | SNELL & WILMER |
| STEPTOE & JOHNSON | STERNE KESSLER GOLDSTEIN FOX PLLC |
| STIKEMAN ELLIOTT, LLP | STITES & HARBISON, PLLC |
| TAYLOR ENGLISH | TAYLOR LAW OFFICE |
| THOMPSON COBURN, LLP | THOMPSON HINE |
| TROUTMAN SANDERS LLP | VOGEL LAW FIRM, LTD. |
| VORYS SATER SEYMOUR & PEASE | WALSH PIZZI O'REILLY FALANGA LLP |
| WHEELER TRIGG O'DONNELL LLP | WIGGIN AND DANA, LLP |
| WILMER CUTLER PICKERING HALE AND DORR, LLP | |

### Director and Officer Legal Counsel

| | |
|---|---|
| BRENNER, SALTZMAN & WALLMAN LLP | CAMERON & MITTLEMAN |
| CHOATE HALL & STEWART LLP | COHEN & GRESSER LLP |
| COHNE KINGHORN | CONNER & WINTERS, LLP |
| DAVISON LAW | DAY PITNEY |
| DEBEVOISE & PLIMPTON LLP | DEBORAH BARBIER |
| FITCH LAW PARTNERS | HAUG PARTNERS |

HAWKINS PARNELL & YOUNG
KELLEY JASONS MCGOWAN SPINELLI HANNA & REBER, LLP
LEWIS THOMASON KING KRIEG
LUTHER STRANGE & ASSOCIATES LLC
MULINIX GOERKE & MEYER PPLC
NORTON ROSE
PAUL WEISS
SALVATORE PRESCOTT & PORTER, PPLC
STEPTOE & JOHNSON
ZEIGER TIGGES & LITTLE LLP

JOSEPH HAGE AARONSON LLC
LANKLER SIFFERT & WOHL LLP

LUM, DRASCO & POSITAN LLC
MCDERMOTT WILL & EMERY
NELSON MULLINS RILEY & SCARBOROUGH LLP
NORTON ROSE (STROZ PASS THROUGH)
ROSENTHAL LURIE & BROUDY LLC
SIMPSON THACHER BARLETT LLP
WHEELER TRIGG O'DONNELL LLP

### Employee Indemnity Legal Counsel

BERESFORD BOOTH PPLC
BRYAN CAVE LLP
DLA PIPER LLP
LYTLE SOULE & CURLEE, P.C.
PETRILLO KLEIN & BOXER
RICHARD J. PRENDERGAST, LTD

ROBERT LIMA
TAYLOR LAW OFFICE

BLANK ROME LLP
CURL GLASSON & PATRASCIOUIU PLC
LISA MALLINGER
MILLER & CHEVALIER
PORTER HEDGES, LLP
RIKER DANZIG SCHERER HYLAND & PERRETTI, LLP
SALVATORE PRESCOTT & PORTER, PPLC
VENABLE LLP

### Plaintiffs' Attorneys

AARON & GIANNA, PLC
ABOTT LAW GROUP

ALEXANDER CORDER

ALEXANDRIA CITY ATTORNEY
ALLAN J. GEORGE
ALVENDIA, KELLY & DEMAREST LLC
ANAPOL WEISS
ANDREWS & THORNTON
ANDRUS WAGSTAFF
ARCHIE LAMB & ASSOCIATES, LLC
ATLANTA DEPT. OF LAW
AXLEY BRYNELSON
BAHE COOK CANTLEY & NEFZGER PLC
BALCH & BINGHAM
BARBARA D. UNDERWOOD
BARRACK, RODOS & BACINE
BARRETT LAW OFFICE
BEARD & BEARD
BECK, AMSDEN & STALPES, PLLC
BEGGS & LANE
BELL LAW FIRM
BERGER & MONTAGUE, PC
BERN CAPPELLI
BIANCO PA
BIRMINGHAM & CWACH
BLACKMON & BLACKMON

ABBOUD LAW FIRM
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING PC
ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
ALICIA ROSHONG
ALTMAN LEGAL GROUP
AMY ARRINGTON
ANDERSON & KARRENBERG
ANDRUS ANDERSON
ANGELA HAMMONDS-SAUCIER
ASKMAN LAW FIRM
ATTORNEY GENERAL OF VIRGINIA
BAD RIVER LEGAL DEPT.
BAILEY & GREER
BALDWIN CROCKER
BARON & BUDD
BARRETT LAW GROUP, P.A.
BARRIOS, KINGSDORF & CASTEIX
BEASLEY ALLEN LAW FIRM
BEDFORD, ROGERS & BOWLING PC
BEHM AND BEHM
BENTLEY & BRUNING, PA
BERKE, BERKE & BERKE
BERRIGAN LITCHFIELD
BIRD LAW GROUP
BLACKBURN & CONNER
BLANCO COUNTY

| | |
|---|---|
| BLASINGAME, BURCH, GARRARD & ASHLEY, PC | BOBBY R. MANNING |
| BONI, ZACK & SNYDER | BONSIGNORE, LLC |
| BOONE KARLBERG | BOSSIER & ASSOCIATES, PLLC |
| BOWLING & JOHNSON | BRANSTETTER, STRANCH & JENNINGS |
| BRASWELL MURPHY LLC | BRAUD & GALLAGHER |
| BRAZOS COUNTY ATTORNEY'S OFFICE | BRENNAN, MANNA & DIAMOND |
| BRENT L. CRUMPTON, PC | BRIAN K. BALSER |
| BRINDISI, MURAD & BRINDISI PEARLMAN | BRINSON, ASKEW, BERRY, SIEGLER, RICHARDSON & DAVIS |
| BRIOL & BENSON | BRISTER & BRISTER |
| BROUSSARD BALONEY | BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND & WATKINS |
| BRUHL LAW FIRM | BRUNSON, BARNETT & SHERRER |
| BRYANT LAW CENTER | BUERGER, MOSELEY & CARSON |
| BUFETE ANDREU & SAGARDIA | BURG SIMPSON |
| BURGOS & ASSOCIATES | BURKE HARVEY |
| BURKE LASSETER | BURKE, HARVEY & FRANKOWSKI, LLC |
| BURNSIDE LAW | CAMPBELL LAW FIRM |
| CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C. | CAREY DAVIS & LOWE |
| CARPENTER LIPPS & LELAND LLP | CASCADE LAW CENTER |
| CATES MAHONEY | CEIBA LEGAL |
| CHAFIN LAW FIRM | CHAMBLISS, BAHNER & STOPHEL, PC |
| CHARLES E. BOYK | CHARLES L. BARNUM, PC |
| CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, LLP | CHERUNDOLO LAW FIRM |
| CHEVERIE & ASSOCIATES | CHRISTINE M. BECK |
| CHURCHWYBLE, PC | CHURMAN, HOWALD, WEBER, SENKEL & NORRICK |
| CITY ATTORNEY | CITY OF BURLINGTON |
| CITY OF EUREKA | CITY OF MIAMI |
| CITY OF MOUNT VERNON | CITY OF PHILADELPHIA LAW DEPT. |
| CITY OF QUINCY | CITY OF ROCHESTER |
| CITY OF SAVANNAH | CITY OF ST. LOUIS |
| CLAYBORNE, SABO & WAGNER | CLENDENEN & SHEA |
| CLIMACO WILCOX | CLIMACO, WILCOX, PECA & GAROFOLI |
| COHEN & MALAD | COHEN & MILSTEIN |
| COLES BARTON, LLP | COLLINS, COLLINS & CONLEY |
| COLVIN LAW FIRM | CONAWAY & STRICKLER, PC |
| CONLEY GRIGGS PARTIN LLP | CONSOVOY, MCCARTHY, PARK PLLC |
| CONYBEARE LAW OFFICE, PC | COONER & CONWAY |
| COOPER & ELLIOTT | COOPER LAW FIRM |
| CORY, MEREDITH, WITTER & SMITH | COTCHETT, PITRE & MCCARTHY, LLP |
| CRAWFORD & MAURO | CRITCHLEY, KINUM & DENOIA, LLC |
| CRONGEYER LAW FIRM, P.C. | CRUEGER DICKINSON |
| CURRY & FRIEND | CUSIMANO, ROBERTS, & MILLS |
| CUTLER LAW FIRM | CZACK LAW FIRM |
| D'AMORE LAW GROUP, P.C. | DAMPIER LAW FIRM |
| DANE COUNTY DISTRICT ATTORNEY'S OFFICE | DANIEL R. MEACHUM & ASSOC. |
| DANIELL, UPTON, PERRY & MORRIS | D'ARCY JOHNSON DAY |
| DAVID N. COLE | DAVIS COUNTY ATTORNEYS OFFICE |
| DAVIS SCHWEIZER PLLC | DEBRA BECHTEL |
| DEGARIS & ROGERS | DEKALB COUNTY STATE ATTORNEY |
| DEMER & MARNIELLA | DENNIS P. COUVILLION |
| DEWITT ROSS | DEWSNUP, KING, OLSEN, WOREL, HAVAS, MORTENSON |

| | |
|---|---|
| DIAMOND WOODSUM | DICKENSON COUNTY ATTORNEY |
| DIES & PARKHURST | DILWORTH PAXSON |
| DOLT THOMPSON | DOMINA LAW GROUP |
| DON W. BARRETT, PA | DONA ANA COUNTY |
| DONALD R. VAUGHN & ASSOC. | DRESSMAN BENZINGER LAVELLE |
| DREYER BOYAJIAN LLP | DRUBNER HARTLEY |
| DRUMMOND WOODSUM | DUHAM JONES & PINEGAR |
| DURRETT LAW OFFICES | E. MARK EZELL, PC |
| EAVES LAW FIRM LLC | EDELSON PC |
| EDMOND, LINDSAY & HOFFLER | EDWARDS FRICKLE & CULVER |
| EGGNATZ PASCUCCI | EMERSON POYNTER |
| ENOCH TARVER | EVERETT, GASKINS & HANCOCK, LLP |
| FADDOUL, CLUFF, HARDY & CONAWAY, PC | FAULKNEW, HOFFMAN & PHILLIPS |
| FAYARD & HONEYCUTT | FEARS NACHAWATI |
| FELDMAN & PINTO | FELLERMAN & CIARIMBOLI LAW |
| FERRARO LAW FIRM | FERRER POIROT & WANSBROUGH |
| FIBICH, LEEBRON, COPELAND & BRIGGS | FIELDS PLLC |
| FIELDS, DEHMLOW & VESSELS | FILLINGANE LAW FIRM, LLC |
| FINE, KAPLAN AND BLACK | FITZSIMMONS LAW FIRM |
| FLEMING, NOLEN & JEZ, LLP | FOLEY & LARDNER |
| FOX & FARLEY | FRAZER LAW, LLC |
| FRAZER, PLC | FRIEDMAN & ASSOCIATES, PC |
| FRIEDMAN, DAZZIO, ZULNAS & BOWLING, P.C. | FULGHAM BULLOCK, PLLC |
| FULMER SILL LAW GROUP | GACHASSIN LAW FIRM |
| GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER | GALANDA BROADMAN |
| GALLAGHER LAW FIRM | GARDNER BREWER MARTINEZ-MONFORT, P.A. |
| GARRY WHITAKER LAW, PC | GARSON JOHNSON LLC |
| GARY C. JOHNSON, PSC | GENE STUMP |
| GEORGE B. DANIEL | GIBBS ARMSTRONG BOTOCHOFF, PC |
| GIBSON & KEITH | GILBERT LLP |
| GILMAN & BEDIGIAN LLC | GLAGO LAW FIRM |
| GLENN COFFEE & ASSOC. | GOLD, KHOUREY & TURAK |
| GOLDENBERG, HELLER & ANTOGNOLI, P .C. | GOLDFARB & HUCK ROTH ROJAS |
| GOLDSMITH & GOLDSMITH, L.L.P. | GOMEZ IAGMIN TRIAL ATTORNEYS |
| GOODWIN & GOODWIN | GOODWIN ABERNATHY LLP |
| GRABHORN LAW OFFICE, PLLC | GRANT D. AMEY |
| GRAY & WHITE | GREENE, KETCHUM, FARRELL, BAILEY & TWEEL |
| GRIFFITH & GRIFFITH | GROTEFELD HOFFMANN SCHLEITER GORDON & OCHOA LLP |
| GUIDA LAW OFFICE | GULLETT SANFORD |
| GUNTER & DANZEY | GUSTAFSON GLUEK PLLC |
| HACH ROSE | HAGENS BERMAN |
| HALEY & OLSON, PC | HALICZER PETTIS & SCHWAMM |
| HAMEL, WAXLER, ALLEN & COLLINS | HARDIN COUNTY ATTORNEY |
| HARDY, MCDANIEL & WELCH | HARRISON DAVIS STEAKLEY MORRISON JONES, PC |
| HARRISON STEAKLEY | HARRISON WHITE |
| HARTLEY & HICKMAN | HASKELL SLAUGHTER & GALLION |
| HASTY POPE | HAVILAND HUGHES |
| HAYLEY & OLSON PC | HEINLEIN, BEELER, MINGACE & HEINEMAN, PC |
| HELEY DUNCAN & MELANDER | HELPERBROOM |
| HENRY COUNTY STATE ATTORNEY | HILL, PETERSON, CARPER, BEE & DEITZLER, PLLC |
| HOBBS, STRAUS, DEAN & WALKER | HOGEN ADAMS PLLC |

| | |
|---|---|
| HOLLAND LAW FIRM | HOLLORAN SCHWARTZ & GAERTNER |
| HOUSTON, THOMPSON AND LEWIS, PC. | HOVDE DASSOW & DEETS |
| HUBER, SLACK, THOMAS & MARCELLE | HULL BARRETT, PC |
| HURWITZ SAGARIN | HUTCHENS LAW FIRM |
| IRPINO, AVIN & HAWKINS LAW FIRM | ISAAC WILES BURKHOLDER & TEETOR LLC |
| J F HENDERSON LAW, PLLC | J. HAROLD SEAGLE |
| J. SCOTT TAYLOR | JACK HARANG |
| JACKSON & FOSTER | JACKSON, FIKES, HOOD & BRAKEFIELD |
| JACKSON, VANCE, MORRISON | JAMES B. RAGAN |
| JAMES LAW OFFICE | JASON C. ODOM |
| JASPER COUNTY | JEFFERSON COUNTY ATTORNEY'S OFFICE |
| JEFFERSON TOWNSEND | JEFFREY A. CORNELL |
| JEFFREY SIMON | JESSEE AND JESSEE |
| JINKS, CROW & DICKSON | JOHN F. YOUNG |
| JOHN G. WALKER | JOHN HUNT MORGAN, P.S.C. |
| JOHN W. ALDERMAN | JOHNSON & JOHNSON, PLLC |
| JOHNSON BERG MCEVOY & BOSTOCK | JOHNSON GRAY |
| JOHNSON, CALDWELL & MCCOY | JOHNSON, JOHNSON, LUCAS & MIDDLETON, PC |
| JONES, WALDO, HOLBROOK & MCDONOUGH P.C. | KALISH LAW |
| KANNER & WHITELEY LLC | KAPKE & WILLERTH |
| KAUFMAN CANOLES | KEEFE LAW FIRM |
| KELLER LENKNER LLC | KELLER ROHRBACK LLP |
| KELLEY & FERRARO | KELLEY, GOLDFARB, HUCK, ROTH & RIOJAS, PLLC |
| KELLY, DURHAM & PITTARD, LLP | KEMP & KEMP |
| KENDALL COUNTY STATE ATTORNEY | KENYATTA K. STEWART (ACTING CORPORATE COUNSEL) |
| KERCSMAR & FELTUS | KERKMAN WAGNER & DUNN |
| KILGORE LAW OFFICE | KIMBERLY C. HAUGH, PC |
| KINNARD CLAYTON & BEVERIDGE | KIRK PINKERTON, PA |
| KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT | KOVACICH SNIPES |
| KOZYAK TROPIN AND THROCKMORTON | KRAUSE & KINSMAN |
| KRUPNICK | KUSHNER HAMED & GROSTIC |
| KWALL BARACK NADEAU | L/O CRYSTAL JESSEE |
| LABORDE EARLES LAW FIRM | LANCIONE & LANCIONE |
| LANIER LAW | LAW OFFICE OF DAN A. ROBIN, JR. LLC |
| LAW OFFICE OF DANIEL R. KARON | LAW OFFICE OF GRANT D. AMEY, LLC |
| LAW OFFICE OF JOSEPH C. TANN | LAW OFFICE OF ROBERT E. SWEENEY |
| LAW OFFICE OF THOMAS L. YOUNG, P.A. | LAW OFFICES OF B. DAHLENBURG BONAR, P.S.C. |
| LAW OFFICES OF FRANCIS O. SCARPULLA | LAW OFFICES OF GRANT D. AMEY |
| LAW OFFICES OF P. RODNEY JACKSON | LEBLANC FANTACI VILLO |
| LEFTON GROUP | LEGER & SHAW |
| LEIFF CABRAISER | LEIST WARNER |
| LESLIE MURRAY LAW FIRM | LEVENFELD PEARLSTEIN |
| LEVIN PAPANTONIO | LEVIN SEDRAN & BERMAN LLP |
| LEVIN, PAPANTONIO | LIEFF, CABRASER, HEIMANN & BERNSTEIN |
| LILLIS LAW FIRM LLC | LLOYD & HOGAN |
| LOCKRIDGE GRINDAL NAUEN PLLP | LOLA THOMAS |
| LOS ANGELES CITY ATTORNEY'S OFFICE | LOWE, MOBLEY, LOWE & LEDUKE |
| LOWE, STEIN, HOFFMAN, ALLWEISS & HAUVER | LUCIANA P. BRASIL |
| LUIS R. VERA & ASSOC. | LUPARDUS LAW OFFICE |
| MACOUPIN COUNTY STATE ATTORNEY | MADDOX ISAACSON & CISNEROS |
| MAGLEBY, CATAXINOS & GREENWOOD | MANCHESTER LAW OFFICE |

| | |
|---|---|
| MANN & KEMP | MARC J. BERN & PARTNERS LLP |
| MARCUS & MACK | MARK A. SCHNEIDER |
| MARLER SCHRUM | MARTIN WALKER PC |
| MARTINSVILLE CITY ATTORNEY | MARTZELL & BICKFORD |
| MARTZELL, BICKFORD & CENTOLA | MATTHEW P. CHENEVERT |
| MATTHEW R. MCCARLEY | MAURO ARCHER & ASSOC. |
| MAYLE LLC | MAYTTE TEXIDOR LOPEZ |
| MCAFEE & TAFT | MCBRAYER, MCGINNIS, LESLIE & KIRKLAND PLLC |
| MCCABE TROTTER AND BEVERLY | MCCAMY PHILLIPS, TUGGLE |
| MCCOY, HIESTAND & SMITH, PLC | MCHUGH FULLER LAW GROUP, PLLC |
| MCKELLAR HYDE PLC | MCNAMEE & MCNAMEE |
| MCNAMEE HOSEA | MEANS GILLIS LAW |
| MELISSA J. WILLIAMS | MERRIMACK COUNTY |
| MEYER HENDRICKS & BIVENS PA | MEYERS, FLOWERS, LLC |
| MEYERS, FLOWERS, BRUNO & HERRMANN | MICHAEL H. KAHN |
| MIKE & ASSOCIATES | MIKE MOORE LAW FIRM |
| MILES GRANDERSON LLC | MILLER LAW |
| MOLOLAMKEN | MONTGOMERY COUNTY PROSECUTING ATTORNEYS OFFICE |
| MONTGOMERY PONDER | MOONEY WIELAND SMITH & ROSE |
| MOORE LAW GROUP | MORGAN & MORGAN |
| MORRIS KING & HODGE | MORROW, MORROW, RYAN, BASSETT & HAIK |
| MORTENSEN | MOTLEY RICE |
| MTHIRTYSIX PLLC | MULLENS & MULLENS |
| MURRAY & MURRAY CO. | NACK RICHARDSON & NACK |
| NAPOLI SHKOLNIK PLLC | NEBLETT, BEARD & ARSENAULT |
| NEIL T. LEIFER LLC | NELSON, BRYAN & CROSS |
| NICK KAHL, LLC | NICK MAURO |
| NIX, PATTERSON & ROACH | NIXON, VOGELMAN, BARRY, SLAWSKY & SIMONEAU |
| NUECES COUNTY ATTORNEYS OFFICE | NYE & NYE |
| NYE COUNTY DISTRICT ATTORNEY | OCHS LAW FIRM |
| OFFICE OF COUNTY ATTORNEY - HARVEY | OFFICE OF ROBERT F. JULIAN |
| OFFICE OF SALT LAKE DISTRICT ATTORNEY | OFFICE OF THE ATTORNEY GENERAL - TEXAS |
| OFFICE OF THE MONTGOMERY COUNTY ATTORNEY | O'MALLEY & LANGAN |
| O'NEILL LAW | OSBORNE & FRANCIS |
| OTHS, HEISER, MILLER, WAIGLAND & CLAGG | PANATIER BARTLETT |
| PANSING HOGAN ERNST & BACKMAN | PAOLI LAW FIRM, PC |
| PARKS CRUMP LLC | PASTERNACK, TILKER, ZIEGLER, WALSH, STANTON & ROMANO |
| PATRICK C. MCGINLEY | PATRICK C. SMITH LLC |
| PATTY & YOUNG | PAUL D. HENDERSON |
| PEDERSEN AND WHITEHEAD | PENDLEY, BAUDIN & COFFIN |
| PERRIN, LANDRY, DELAUNAY | PERRY & YOUNG |
| PHILLIPS & PAOLICELLI | PHIPPH DEACON PURNELL |
| PHIPPS ANDERSON DEACON | PHIPPS DEACON PURNELL |
| PIATT COUNTY STATE ATTORNEY | PIERCE COUNTY PROSECUTOR'S OFFICE |
| PINTO COATES KYRE & BOWERS, PLLC | PLEVIN, GALUCCI COMPANY, L.P.A. |
| PODHURST ORSECK P.A. | POGUST BRASLOW & MILLROOD |
| POMPEY & POMPEY | POOLE & POOLE |
| POOLE LAW | PORTEOUS HAINKEL & JOHNSON |
| PORTEOUS, HAINKEL AND JOHNSON, LLP | PORTLAND CITY ATTORNEY'S OFFICE |
| POWELL & MAJESTRO | PRIETO, MARIGLIANO, HOLBERT & PRIETO, LLC |
| PRIM & MENDHEIM | PRINCE ARMSTRONG LLC |

PRINCE GLOVER & HAYES
PRO SE
PURNELL LAW
R.D. BURNS
RAMOS LAW
REDDICK MOSS, PLLC
REIDAR M. MOGERMAN
RICHARD SCHECTER
RINEHARDT LAW FIRM
ROBERT F. JULIAN
ROBINS GELLER
ROBINSON CALCAGNIE
RODMAN, RODMAN & SANDMAN
ROGERS LAW GROUP, PA
RONALD L. BOOK, PA
ROSEN HARWOOD
S. DUBOSE PORTER, ATTORNEY AT LAW
SALTZ MONGELUZZI BARRETT & BENDESKY
SAM BERNSTEIN LAW FIRM, PLLC
SAN PATRICIO COUNTY ATTORNEYS OFFICE
SANDERS, MOTLEY, YOUNG & GALLARDO
SARPY COUNTY ATTORNEY
SCHEER MONTGOMERY
SCHWARTZ BON WALKER & STUDER
SCOTT & SCOTT
SCOTT TAYLOR, PLLC
SEEGER WEISS LLP
SHAFFER MADIA LAW
SHELLER, PC

SILVERMAN THOMPSON SLUTKIN AND WHITE
LLC
SIMMONS HANLY CONROY
SIMON LAW FIRM
SKAGIT COUNTY PROSECUTOR'S OFFICE
SKINNER LAW
SMITH & JOHNSON
SOMMERS SCHWARTZ PC

SONOSKY, CHAMBERS, SACHSE, MILLER &
MUNSON, LLP
SPEARS & SPEARS
SPIRO HARRISON
STEPHEN M. TUNSTALL
STEVEN W. BERMAN
STOLL STOLL BERNE LOKTING & SHLACHTER
P.C.
STRONG-GARNER-BAUER
STUDSTILL FIRM
STYRON & SHILLING
SULLIVAN, WARD, ASHER & PATTON
SUSAN J. VAN ZANDT
SUZANNE WEISE
TAD ROBINSON O'NEILL
TATE LAW GROUP
TAYLOR MARTINO

PRITT & SPANO
PROCHASKA, HOWELL & PROCHASKA LLC
R. JEFFREY PERLOFF
RALPH E. MARASCO, JR.
REBEIN BROTHERS
REICH & BINSTOCK
REX A. SHARP, P.A.
RILEY & JACKSON
ROBBINS GELLER RUDMAN & DOWD LLP
ROBERT PIERCE & ASSOC.
ROBINS KAPLAN
ROBLES, RAEL & ANAYA
ROGER F. LAGARDE
ROMANO LAW GROUP
ROOSEVELT COUNTY ATTORNEY
ROSS F. LAGARDE
SACKS WESTON DIAMOND
SALVATORE TERRITO
SAN FRANCISCO CITY ATTORNEY'S OFFICE
SANDERS PHILLIPS GROSSMAN, LLC
SANFORD HEISLER SHARP
SAVAGE O'DONNELL
SCHONEKAS, EVANS, MCGOEY & MCEACHIN
SCHWARZ MONGELUZZI
SCOTT ELLIOTT SMITH
SEAGLE LAW
SEIF & MCNAMEE
SHELBY COUNTY ATTORNEY'S OFFICE
SHER GARNER CAHILL RICHTER KLEIN &
HILBERT, LLC
SIMMONS & SIMMONS

SIMON GREENSTONE PANATIER BARTLETT

SIMS & SIMS
SKIKOS CRAWFORD SKIKOS & JOSEPH
SMITH & FAWER
SMITH STAG
SONOSKY, CHAMBERS, SACHSE, MIELKE &
BROWNELL, LLP
SPANGENBERG, SHIBLEY & LIBER

SPEIGHTS & WORRICH, LLC
STAG LIUZZA, L.L.C.
STEVEN E. SCHEER
STEVEN WILLIAM TEPPLER
STRAWBRIDGE

STUART SMITH
STULL, STULL & BRODY
SULLIVAN & SULLIVAN
SUMNER COUNTY LAW DEPARTMENT
SUTHERS & THOMPSON
SWEENEY MERRIGAN LAW
TAFT STETTINIUS & HOLLISTER LLP
TAYLOR & KNIGHT
THE BELL LAW FIRM

| | |
|---|---|
| THE BILEK LAW FIRM | THE BRUEHL FIRM |
| THE CALWELL PRACTICE | THE CHAFFIN LAW FIRM |
| THE CHARLESTON GROUP | THE CHEEK LAW FIRM |
| THE CHEROKEE NATION | THE CICALA LAW FIRM PLLC |
| THE CK HOEFFLER FIRM | THE COCHRAN FIRM-DONTHAN, PC |
| THE CONRAD LAW FIRM | THE COOPER LAW FIRM |
| THE CREADORE LAW FIRM | THE CZACK LAW FIRM |
| THE DAMPIER LAW FIRM | THE DANZEY LAW FIRM |
| THE DIAZ LAW FIRM | THE DILORENZO LAW FIRM, LLC |
| THE DOWNEY LAW FIRM | THE DUDENHEFER LAW FIRM, LLC |
| THE DUGAN LAW FIRM | THE EDWARDS FIRM |
| THE EICHHOLZ LAW FIRM, P.C. | THE FINNELL FIRM |
| THE FITTE LAW FIRM LLC | THE FRANKOWSKI LAW FIRM LLC |
| THE GALLAGHER LAW FIRM | THE GREEN LAW FIRM |
| THE GROSS LAW FIRM | THE KING FIRM |
| THE KUYKENDALL GROUP | THE LANIER LAW FIRM |
| THE LAW OFFICES OF TOM HALL | THE MAHER LAW FIRM, PA |
| THE MILLER LAW FIRM | THE MOSKOWITZ LAW FIRM |
| THE POOLE LAW GROUP | THE SAM BERNSTEIN LAW FIRM, PLLC |
| THE SPIGARELLI LAW FIRM | THE WEBB LAW CENTRE |
| THEMIS PLLC | THOMAS BARNEY |
| THOMAS E. EDGE | THOMAS E. MCINTIRE & ASSOCIATES |
| THOMAS J. DONOVAN JR. | THOMPSON BARNEY LAW FIRM |
| THOMPSON, THOMPSON & WINTERS | THORNTON CARPENTER O'BRIEN LAWRENCE & SIMS |
| THORNTON LAW FIRM | THRASH LAW FIRM, P.A. |
| THRASHER DISMORE & DOLAN | TISINGER VANCE, P.C. |
| TOUSLEY BRIAN STEPHENS | TRAFTON, MATZEN, BELLEAU & FRENETTE LLP |
| TROY LAW FIRM | TUCKER LONG, PC |
| TURNER, REID, DUNCAN, LOOMER & PATTON | TZANGAS, PLAKAS, MANNOS |
| UTAH ATTORNEY GENERAL'S OFFICE | VENTURA LAW |
| VIRGINIA BEACH CITY ATTORNEY'S OFFICE | VON STANGE LAW |
| WAGSTAFF & CARTMELL, LLP | WALKER SIGMON LAW |
| WALTER B. CALTON | WALWORTH COUNTY CORPORATION COUNSEL |
| WARD & SMITH | WARD AND SMITH |
| WARD BLACK | WARNER LAW |
| WASHINGTON COUNTY ATTORNEY | WATERS KRAUS & PAUL |
| WATSON HEIDELBERG JONES | WATTS GUERRA |
| WEISMAN, KENNEDY & BERRIS CO., L.P.A.. | WEITZ & LUXENBERG |
| WELCH LAW FIRM, PLC | WES WILLIAMS JR. |
| WHALEY LAW FIRM | WHETSTONE PERKINS AND FULDA |
| WHITAKER | WHITTEN BURRAGE |
| WIGGINS, CHILDS, QUINN & PANTAZIS, LLC | WILENTZ, GOLDMAN & SPITZER |
| WILKES & MCHUGH | WILLIAMS DIRKS DAMERON LLC |
| WINCH LAW FIRM | WOLF HALDENSTEIN ALDER FREEMAN & HERZ LLP |
| WOREL HAVAS | YARBOROUGH LAW OFFICE |
| YOUNG RICCHIUTI CALDWELL & HELLER | ZACHARY W. CARTER |
| ZARZAUR MUJUMDAR & DEBROSSE | ZEBARSKY PAYNE |
| ZELDES, NEEDLE & COOPER | ZOLL & KRANZ |
| METHVIN PORTIS & MILES PC | |

**Plaintiffs**

| | |
|---|---|
| A.M.H. | ABSOLUTE HOUSE |
| ADAIR COUNTY | ADAMS COUNTY |
| ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS | ADAMS COUNTY, IDAHO |
| ADAMS COUNTY, MISSISSIPPI | AFSCME DISTRICT COUNCIL 33 HEALTH & WELFARE FUND |
| AFSCME DISTRICT COUNCIL 47 HEALTH & WELFARE FUND | AKIAK NATIVE COMMUNITY |
| ALAMOSA COUNTY | ALAN WILSON SOUTH CAROLINE ATTORNEY GENERAL |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC. |
| ALEXANDER COUNTY | ALLAMAKEE COUNTY |
| ALLEGANY COUNTY, MARYLAND | ALLEGHANY COUNTY |
| ALLEN COUNTY | ALLEN COUNTY BOARD OF COUNTY COMMISSIONERS |
| AMBER ZIBRITOSKY, THE LAW DIRECTOR FOR THE CITY OF STOW | AMEL EILAND |
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN | AMERICAN RESOURCES INSURANCE COMPANY, INC. |
| AMITE COUNTY, MISS. | A-MMED AMBULANCE, INC. |
| AND CITY OF MOUNTAIN BROOK, AL | ANDERSON COUNTY |
| ANDREW G. RILING AND BEVERLY RILING | ANDROSCOGGIN COUNTY |
| ANDY BROWN, IN HIS CAPACITY AS THE SHERIFF FOR JACKSON PARISH | ANGEL BOLTON AND CHRISTOPHER BOLTON |
| ANNE ARUNDEL COUNTY, MARYLAND | ANSON COUNTY |
| APOLLOMD BUSINESS SERVICES, LLC | APPALACHIAN REGIONAL HEALTHCARE, INC. |
| APPLING HEALTH CARE SYSTEM | ARAB, AL |
| ARIZONA COUNTIES INSURANCE POOL | ARIZONA MUNICIPAL RISK RETENTION POOL |
| ARMSTRONG COUNTY, PA | AROOSTOOK COUNTY |
| ASA' CARSAMIUT TRIBE | ASBESTOS WORKERS LOCAL 6 HEALTH AND WELFARE FUND AND MASSACHUSETTS BRICKLAYERS & MASONS TRUST FUNDS |
| ASCENSION PARISH GOVERNMENT | ASHE COUNTY |
| ASHLAND COUNTY | ASHLAND COUNTY BOARD OF COUNTY COMMISSIONERS |
| ASSOC. OF ARK. COUNTIES | ASSOC. OF ARK. COUNTIES RISK MGMT. FUND |
| ASSOC. OF ARK. COUNTIES WC TRUST | ATCHISON COUNTY, MISSOURI |
| ATHENS COUNTY BOARD OF COUNTY COMMISSIONERS | ATKINSON COUNTY, GEORGIA |
| AUDRAIN COUNTY, MISSOURI | AUGLAIZE COUNTY BOARD OF COUNTY COMMISSIONERS |
| AUGUSTA, GA | AUTAUGA COUNTY, ALABAMA |
| BACON COUNTY HOSPITAL AND HEALTH SYSTEM | BACON COUNTY HOSPITAL FOUNDATION, INC. |
| BACON COUNTY, GEORGIA | BAD RIVER BAND OF LAKE SUPERIOR CHIPPEWA |
| BALTIMORE COUNTY, MARYLAND | BANKS COUNTY, GEORGIA |
| BAPTIST HEALTH CORBIN | BAPTIST HEALTH FLOYD |
| BAPTIST HEALTH LA GRANGE | BAPTIST HEALTH LEXINGTON |
| BAPTIST HEALTH LOUISVILLE | BAPTIST HEALTH MADISONVILLE, INC. |
| BAPTIST HEALTH PADUCAH | BAPTIST HEALTH RICHMOND, INC. |

BAPTIST HEALTHCARE SYSTEM, INC.

BARBARA D. UNDERWOOD, ATTORNEY GENERAL OF THE STATE OF NEW YORK

BARBOUR COUNTY, ALABAMA

BARRY STAUBUS

BATTLE MOUNTAIN OF THE TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS

BAYFIELD COUNTY

BEAUREGARD PARISH POLICE JURY

BELL COUNTY

BELMONT COUNTY BOARD OF COUNTY COMMISSIONERS

BENTON COUNTY

BENTON FIRE PROTECTION DISTRICT NO. 4

BERKELEY COUNTY COUNCIL

BERRIEN COUNTY, GEORGIA

BIG BEND COMMUNITY BASED CARE INC.

BIG VALLEY BAND OF POMO INDIANS OF THE BIG VALLEY RANCHERIA

BIOS COMPANIES, INC.

BLACK HAWK COUNTY

BLAINE COUNTY, IDAHO

BLECKLEY MEMORIAL HOSPITAL

BLUE CROSS AND BLUE SHIELD OF LOUISIANA

BOARD OF COUNTY COMMISSIONERS OF CADDO COUNTY

BOARD OF COUNTY COMMISSIONERS OF COUNTY OF LARIMER

BOARD OF COUNTY COMMISSIONERS OF CRAWFORD COUNTY, KANSAS

BOARD OF COUNTY COMMISSIONERS OF HARPER COUNTY

BOARD OF COUNTY COMMISSIONERS OF LOVE COUNTY

BOARD OF COUNTY COMMISSIONERS OF PITTSBURG COUNTY

BOARD OF COUNTY COMMISSIONERS OF STEPHENS COUNTY

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF DONA ANA, NEW MEXICO

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MCKINLEY

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TAOS

BOARD OF COUNTY COMMISSIONERS OF WASHINGTON COUNTY, MARYLAND

BOARD OF KIOWA COMMISSIONERS OF HARPER COUNTY

BOARD OF WOODS COMMISSIONERS OF HARPER COUNTY

BOBBIE LOU MOORE

BAPTIST HOSPITAL INC. AND JAY HOSPITAL

BARBARA RIVERS

BARRON COUNTY

BARTOW COUNTY, GEORGIA

BAY COUNTY

BEAUFORT COUNTY

BEAVER COUNTY, PENNSYLVANIA

BELLEFONTE PHYSICIAN SERVICES, INC.

BEN HILL COUNTY, GEORGIA

BENTON COUNTY, MISS.

BERGEN COUNTY

BERLIN, NEW HAMPSHIRE

BIBB COUNTY, ALABAMA

BIG SANDY RANCHERIA OF WESTERN MONO INDIANS

BILL CHRIS, THE LAW DIRECTOR FOR THE CITY OF GREEN

BIOS COMPANIES, INC. WELFARE PLAN

BLACKFORD COUNTY, INDIANA

BLAND COUNTY, VIRGINIA

BLOUNT COUNTY

BOARD OF COMMISSIONERS FOR LUCAS COUNTY, OHIO

BOARD OF COUNTY COMMISSIONERS OF CHEROKEE COUNTY, KANSAS

BOARD OF COUNTY COMMISSIONERS OF COWLEY COUNTY, KANSAS

BOARD OF COUNTY COMMISSIONERS OF GRADY COUNTY

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY

BOARD OF COUNTY COMMISSIONERS OF NEOSHO COUNTY, KANSAS

BOARD OF COUNTY COMMISSIONERS OF PRATT COUNTY, KANSAS

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ADAMS

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF BOULDER

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FREMONT

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SANTA FE

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TELLER

BOARD OF DEWEY COMMISSIONERS OF HARPER COUNTY

BOARD OF MAJOR COMMISSIONERS OF HARPER COUNTY

BOB HEYDORN, THE SOLICITOR THE VILLAGE OF SILVER LAKE

BOBBY GUIDROZ, SHERIFF OF ST. LANDRY PARISH, LOUISIANA

BOISE COUNTY, IDAHO
BOND COUNTY
BOONE COUNTY
BOSSIER CITY
BOSSIER PARISH EMERGENCY MEDICAL
SERVICES AMBULANCE DISTRICT
BOURBON COUNTY, KANSAS

BOYD COUNTY
BRAD BRYAN, THE SOLICITOR FOR THE
VILLAGE OF PENINSULA
BRAZOS COUNTY
BRIAN LOWRY
LOCAL UNION NO. 1 OF PA/DE
BRIDGE HOUSE CORPORATION
BROOKS COUNTY, GEORGIA
BROWN COUNTY

BRUNSWICK COUNTY

BRYANT C. DUNAWAY
BUCHANAN COUNTY, MISSOURI
BUFFALO COUNTY
BULLOCH COUNTY, GEORGIA
BUNCOMBE COUNTY
BURKE COUNTY
BUTLER COUNTY
BUTLER COUNTY, ALABAMA
CABARRUS COUNTY
CADDO PARISH

CALDWELL COUNTY
CALHOUN COUNTY
CALHOUN COUNTY, FLORIDA
CALUMET COUNTY
CAMDEN COUNTY, GEORGIA
CAMPBELL COUNTY, TN
CANYON COUNTY
CAPE MAY COUNTY, NEW JERSEY
CARBON COUNTY, WYOMING
CARMEN SIEBLER
CARPENTERS HEALTH & WELFARE OF
PHILADELPHIA & VICINITY
CARROLL COUNTY BOARD OF COUNTY
COMMISSIONERS
CARROLL COUNTY, VIRGINIA
CASPER, WYOMING
CASSIA COUNTY, IDAHO
CATAHOULA PARISH POLICE JURY
CATOOSA COUNTY, GEORGIA
CENTER POINT, INC.

CENTRAL FLORIDA CARES HEALTH SYSTEM
INC
CHAFFEE COUNTY
CHAMPAIGN COUNTY BOARD OF COUNTY

BON SECOURS HEALTH SYSTEM, INC.
BONNEVILLE COUNTY, IDAHO
BOONE COUNTY, ILLINOIS
BOSSIER PARISH
BOSTON TOWNSHIP

BOWLING GREEN WARREN COUNTY
COMMUNITY HOSPITAL CORPORATION
BOYLE COUNTY
BRANTLEY COUNTY, GEORGIA

BREVARD FAMILY PARTNERSHIP
"BRICKLAYERS AND ALLIED CRAFTWORKERS
HEALTH AND WELFARE FUND"
BROOKE COUNTY COMMISSION
BROWARD COUNTY, FLORIDA
BROWN COUNTY BOARD OF COUNTY
COMMISSIONERS
BRYAN NACE, THE LAW DIRECTOR FOR THE
CITY OF FAIRLAWN
BUCHANAN COUNTY
BUCKS COUNTY
BULLITT COUNTY
BULLOCK COUNTY, ALABAMA
BUREAU COUNTY, ILLINOIS
BURNETT COUNTY
BUTLER COUNTY BOARD OF COMMISSIONERS
BUTTS COUNTY, GEORGIA
CADDO FIRE PROTECTION DISTRICT NO. 1
CAHTO INDIAN TRIBE OF THE LAYTONVILLE
RANCHERIA
CALDWELL PARISH
CALHOUN COUNTY, ALABAMA
CALHOUN COUNTY, SOUTH CAROLINA
CAMBRIA COUNTY, PENNSYLVANIA
CAMDEN COUNTY, NJ
CANDLER COUNTY, GA
CAPE GIRARDEAU COUNTY
CARBON COUNTY, UTAH
CARIBOU COUNTY, IDAHO
CAROLINE COUNTY, MARYLAND
CARROLL COUNTY

CARROLL COUNTY, MISSISSIPPI

CARTERET COUNTY, NORTH CAROLINA
CASS COUNTY, MISSOURI
CASWELL COUNTY
CATAWBA COUNTY, NC
CECIL COUNTY, MARYLAND
CENTRAL FLORIDA BEHAVIORAL HEALTH
NETWORK INC.
CENTRAL STATES, SOUTHEAST AND
SOUTHWEST AREAS HEALTH & WELFARE FUND
CHAMBERS COUNTY, ALABAMA
CHAMPAIGN COUNTY, ILLINOIS

COMMISSIONERS

| | |
|---|---|
| CHARLTON COUNTY, GEORGIA | CHARTER TOWNSHIP OF CANTON |
| CHARTER TOWNSHIP OF CLINTON, MICHIGAN | CHARTER TOWNSHIP OF HURON, MICHIGAN |
| CHARTER TOWNSHIP OF NORTHVILLE | CHARTER TOWNSHIP OF VAN BUREN |
| CHATHAM COUNTY, GEORGIA | CHATTOOGA COUNTY |
| CHELAN COUNTY | CHER-AE HEIGHTS INDIAN COMMUNITY OF THE TRINIDAD RANCHERIA |
| CHEROKEE COUNTY | CHEROKEE COUNTY, ALABAMA |
| CHESHIRE COUNTY | CHEYENNE & ARAPAHO TRIBES |
| CHEYENNE RIVER SIOUX TRIBE | CHICAGO REGIONAL COUNCIL OF CARPENTER |
| CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND | CHICKASAW COUNTY, MISSISSIPPI |
| CHICKASAW NATION | CHILTON COUNTY, ALABAMA |
| CHIPPEWA COUNTY | CHITIMACHA TRIBE OF LOUISIANA |
| CHOCTAW NATION | CHOWAN COUNTY |
| CHRIS AND DIANE DENSON | CHRISTIAN COUNTY |
| CHUGACHMIUT, INC. | CITY AND COUNTY OF BROOMFIELD |
| CITY AND COUNTY OF DENVER | CITY OF ABBEVILLE, AL |
| CITY OF ADA | CITY OF ALAMOSA |
| CITY OF ALBANY | CITY OF ALBANY, GEORGIA |
| CITY OF ALBERTVILLE, AL | CITY OF ALEXANDRIA |
| CITY OF ALEXANDRIA, CITY OF ELWOOD AND MADISON COUNTY | CITY OF ALEXANDRIA, LOUISIANA |
| CITY OF ALIQUIPPA | CITY OF ALMA, GEORGIA |
| CITY OF ANACORTES AND SEDRO-WOOLLEY SCHOOL DISTRICT | CITY OF ANNISTON, ALABAMA |
| CITY OF ANSONIA | CITY OF ASHLAND, OHIO |
| CITY OF ATLANTA | CITY OF AUBURN |
| CITY OF AUGUSTA | CITY OF AURORA |
| CITY OF AURORA, OHIO | CITY OF BAINBRIDGE, GEORGIA |
| CITY OF BANGOR | CITY OF BARBERTON |
| CITY OF BASTROP, LOUISIANA | CITY OF BATON ROUGE, PARISH OF EAST BATON ROUGE |
| CITY OF BEECH GROVE, INDIANA | CITY OF BELMONT |
| CITY OF BENHAM | CITY OF BERWYN |
| CITY OF BEVERLY, MASSACHUSETTS | CITY OF BIDDEFORD |
| CITY OF BIRMINGHAM, ALABAMA | CITY OF BLACK HAWK |
| CITY OF BLOOMINGTON AND MONROE COUNTY | CITY OF BOAZ, AL |
| CITY OF BOGALUSA, LOUISIANA | CITY OF BOISE |
| CITY OF BOSTON | CITY OF BOWIE, MARYLAND |
| CITY OF BRADENTON | CITY OF BRIDGEPORT |
| CITY OF BRIDGEPORT, ALABAMA | CITY OF BROADVIEW HEIGHTS |
| CITY OF BROKEN ARROW | CITY OF BRUNSWICK |
| CITY OF BRUNSWICK, GEORGIA | CITY OF BUCKHANNON, WEST VIRGINIA |
| CITY OF BUCKHORN | CITY OF BURBANK |
| CITY OF BURLINGTON | CITY OF CARBON HILL, ALABAMA |
| CITY OF CARDOVA, ALABAMA | CITY OF CARIBOU |
| CITY OF CATERSVILLE | CITY OF CENTRAL FALLS, RI |
| CITY OF CHARLESTON, MISS. | CITY OF CHELSEA |
| CITY OF CHICAGO | CITY OF CHICAGO HEIGHTS |
| CITY OF CHICOPEE | CITY OF CINCINNATI |
| CITY OF CLANTON, ALABAMA, A MUNICIPAL CORPORATION | CITY OF CLAREMONT |
| CITY OF CLARKSVILLE, TENNESSEE | CITY OF CLEARWATER IN THE COUNTY OF PINELLAS |

CITY OF CLEVELAND
CITY OF COLUMBIA, MISSISSIPPI
CITY OF COLUMBUS, MISSISSIPPI
CITY OF CONCORD, NEW HAMPSHIRE

CITY OF CORAL GABLES
CITY OF COVINGTON
CITY OF CRANSTON, RI
CITY OF CUYAHOGA FALLS
CITY OF DAYTON
CITY OF DEERFIELD BEACH, FLORIDA
CITY OF DEMOPOLIS, ALABAMA
CITY OF DERBY
CITY OF DONALDSONVILLE
CITY OF DOUGLAS, AL
CITY OF EAGLE PASS, TEXAS
CITY OF EAST LANSING, MICHIGAN
CITY OF EASTHAMPTON, MASS.
CITY OF ELYRIA
CITY OF ESCANABA, MICHIGAN
CITY OF EUNICE, LOUISIANA
CITY OF EVANSVILLE, INDIANA
CITY OF EVERGREEN, ALABAMA
CITY OF FALL RIVER
CITY OF FAYETTEVILLE
CITY OF FISHERS, INDIANA
CITY OF FITZGERALD, GEORGIA
CITY OF FLORENCE
CITY OF FORT LAUDERDALE, FLORIDA
CITY OF FOSTORIA
CITY OF FRANKLIN
CITY OF FREDERICK, MARYLAND
CITY OF GADSDEN, ALABAMA
CITY OF GALAX
CITY OF GARY, INDIANA
CITY OF GLOUCESTER
CITY OF GRANITE CITY, ILLINOIS
CITY OF GREAT FALLS
CITY OF GREENFIELD
CITY OF GREENVILLE, ALABAMA
CITY OF GREENWOOD, MISSISSIPPI
CITY OF GUIN, AL
CITY OF GUTHRIE COUNTY
CITY OF HALLANDALE BEACH, FLORIDA
CITY OF HAMILTON, OHIO
CITY OF HARLAN
CITY OF HARRISVILLE
CITY OF HARTSELLE, ALABAMA
CITY OF HATTIESBURG, MS
CITY OF HENAGAR, ALABAMA
CITY OF HENDERSON, KENTUCKY
CITY OF HOLYOKE
CITY OF HUNTINGTON, INDIANA
CITY OF HYDEN
CITY OF INDIANAPOLIS
CITY OF IRONTON, OHIO

CITY OF COCONUT CREEK, FLORIDA
CITY OF COLUMBUS
CITY OF COMMERCE CITY
CITY OF CONNERSVILLE AND FAYETTE
COUNTY
CITY OF COUNTRYSIDE
CITY OF COVINGTON, KENTUCKY
CITY OF CUMBERLAND, MARYLAND
CITY OF DANUBURY
CITY OF DECATUR, ALABAMA
CITY OF DELRAY BEACH
CITY OF DEMOREST, GEORGIA
CITY OF DETROIT
CITY OF DORA
CITY OF DOVER, NEW HAMPSHIRE
CITY OF EAST CLEVELAND, OH
CITY OF EAST PROVIDENCE
CITY OF EDMOND
CITY OF ENTERPRISE, ALABAMA
CITY OF EUCLID
CITY OF EUREKA
CITY OF EVERETT
CITY OF FAIRLAWN
CITY OF FAYETTE ALABAMA
CITY OF FINDLAY
CITY OF FITCHBURG
CITY OF FLINT, MICHIGAN
CITY OF FLORENCE, ALABAMA
CITY OF FORT PAYNE, ALABAMA
CITY OF FRAMINGHAM
CITY OF FRANKLIN, NEW HAMPSHIRE
CITY OF FROSTBURG, MARYLAND
CITY OF GAINESVILLE, GEORGIA
CITY OF GARFIELD HEIGHTS
CITY OF GEORGIANA, AL
CITY OF GRAND RAPIDS, MICHIGAN
CITY OF GRAYSON
CITY OF GREEN
CITY OF GREENSBORO, AL
CITY OF GREENWOOD, INDIANA
CITY OF GRETNA
CITY OF GUNTERSVILLE, AL
CITY OF HAGERSTOWN, MARYLAND
CITY OF HAMILTON, AL
CITY OF HAMMOND
CITY OF HARRISBURG, ILLINOIS
CITY OF HARTFORD, INDIANA
CITY OF HARVEY
CITY OF HAVERHILL
CITY OF HENDERSON COUNTY
CITY OF HICKORY
CITY OF HUEYTOWN, AL
CITY OF HURON, OHIO
CITY OF INDEPENDENCE
CITY OF IRON MOUNTAIN, MICHIGAN
CITY OF ITHACA

CITY OF IUKA, MISSISSIPPI
CITY OF JACKSONVILLE
CITY OF JASPER, INDIANA
CITY OF JERSEY CITY, NEW JERSEY
CITY OF KANSAS CITY, MISSOURI
CITY OF KENNER
CITY OF KENT
CITY OF KENT, OHIO
CITY OF KOKOMO, INDIANA
CITY OF LAFAYETTE
CITY OF LAKEWOOD AND THE CITY OF WHEAT
RIDGE
CITY OF LAREDO, TEXAS
CITY OF LAUREL, MISSISSIPPI
CITY OF LAWTON
CITY OF LEOMINSTER
CITY OF LIMA
CITY OF LIVONIA
CITY OF LOGANSPORT
CITY OF LORAIN
CITY OF LOWELL
CITY OF LUMBERTON, MISSISSIPPI
CITY OF LYNDHURST
CITY OF MACEDONIA, OH
CITY OF MANCHESTER
CITY OF MARION, ALABAMA
CITY OF MARTINSVILLE, VIRGINIA
CITY OF MELROSE
CITY OF MERIDIAN
CITY OF METROPOLIS, ILLINOIS
CITY OF MIAMI GARDENS, FLORIDA
CITY OF MILLEDGEVILLE, GEORGIA
CITY OF MIRAMAR, FLORIDA
CITY OF MOBILE, ALABAMA
CITY OF MONTEPELIER, INDIANA
CITY OF MONTGOMERY, WEST VIRGINIA
CITY OF MOULTON, ALABAMA
CITY OF MUNROE FALLS
CITY OF NASHUA
CITY OF NETTLETON, MISSISSIPPI
CITY OF NEW ALBANY, MISSISSIPPI
CITY OF NEW CASTLE
CITY OF NEW HAVEN
CITY OF NEW IBERIA
CITY OF NEW ORLEANS
CITY OF NEW YORK
CITY OF NEWBURGH HEIGHTS, OH
CITY OF NEWPORT, RI
CITY OF NORTH ADAMS
CITY OF NORTH OLMSTEAD
CITY OF NORTHAMPTON
CITY OF NORTHLAKE
CITY OF NORTON, VIRGINIA
CITY OF OAKMAN, ALABAMA
CITY OF OLMSTED FALLS
CITY OF OPP, ALABAMA

CITY OF JACKSON, MICHIGAN
CITY OF JASPER
CITY OF JEFFERSONVILLE, INDIANA
CITY OF JOPLIN
CITY OF KEENE, NH
CITY OF KENOVA, WEST VIRGINIA
CITY OF KENT, MICHIGAN
CITY OF KINGMAN
CITY OF LACONIA, NEW HAMPSHIRE
CITY OF LAKEWOOD
CITY OF LANSING

CITY OF LAUDERHILL, FLORIDA
CITY OF LAWRENCE, INDIANA
CITY OF LEBANON, OHIO
CITY OF LEWISTON
CITY OF LINCOLN, ALABAMA
CITY OF LOCK HAVEN
CITY OF LONDON
CITY OF LOS ANGELES, CALIFORNIA
CITY OF LOYALL
CITY OF LYNCH
CITY OF LYNN
CITY OF MALDEN
CITY OF MANSFIELD
CITY OF MARTINSVILLE, INDIANA
CITY OF MEDFORD
CITY OF MEMPHIS
CITY OF METHUEN
CITY OF MIAMI
CITY OF MIDFIELD, ALABAMA
CITY OF MINNEAPOLIS, MINNESOTA
CITY OF MISSOULA
CITY OF MONROE, LOUISIANA
CITY OF MONTGOMERY, AL
CITY OF MOREHEAD
CITY OF MOUNT VERNON
CITY OF NANTICOKE, PENNSYLVANIA
CITY OF NAUVOO, ALABAMA
CITY OF NEW ALBANY, INDIANA
CITY OF NEW BRITAIN
CITY OF NEW FRANKLIN
CITY OF NEW HOPE, ALABAMA
CITY OF NEW LONDON
CITY OF NEW ROADS, LOUISIANA
CITY OF NEWARK, NJ
CITY OF NEWBURYPORT
CITY OF NOBLESVILLE, INDIANA
CITY OF NORTH MIAMI, FLORIDA
CITY OF NORTH ROYALTON, OH
CITY OF NORTHGLENN
CITY OF NORTON
CITY OF NORWALK
CITY OF OKLAHOMA CITY
CITY OF OLYMPIA
CITY OF OVERLAND PARK, KANSAS

CITY OF OWASSO
CITY OF PADUCAH, KENTUCKY
CITY OF PALMETTO
CITY OF PARMA HEIGHTS
CITY OF PATERSON, NJ
CITY OF PAWTUCKET, RI
CITY OF PEKIN
CITY OF PENSACOLA
CITY OF PERU, INDIANA
CITY OF PHILADELPHIA, MISS.
CITY OF PINELLAS PARK
CITY OF PIPPA PASSES
CITY OF PITTSFIELD
CITY OF PLEASANT GROVE, AL
CITY OF PONCA CITY
CITY OF PORTLAND
CITY OF PORTLAND, OREGON
CITY OF PRESTON
CITY OF PRINCETON, ILLINOIS
CITY OF PROVIDENCE
CITY OF RAVENNA, OHIO
CITY OF REVERE
CITY OF RICHMOND HILL, GEORGIA
CITY OF ROCKFORD, ILLINOIS
CITY OF ROMULUS
CITY OF SAINT MARTINVILLE
CITY OF SAN DIEGO
CITY OF SANDY SPRINGS, GEORGIA
CITY OF SARASOTA
CITY OF SCHENECTADY
CITY OF SEAT PLEASANT, MARYLAND
CITY OF SEDRO WOOLLEY
CITY OF SEYMOUR, INDIANA
CITY OF SHAWNEE
CITY OF SHREVEPORT
CITY OF SOMERVILLE
CITY OF SPRINGFIELD, MISSOURI
CITY OF ST. LOUIS
CITY OF ST. MARY'S OHIO
CITY OF STOW
CITY OF SUMITON
CITY OF TACOMA
CITY OF TALLEDEGA, ALABAMA
CITY OF TAMPA
CITY OF TIFTON, GEORGIA
CITY OF TRAVERSE CITY, MICHIGAN
CITY OF TROY, ALABAMA
CITY OF TUSCALOOSA, ALABAMA
CITY OF UNION SPRINGS, ALABAMA
CITY OF VAN WERT
CITY OF VERONA, MISSISSIPPI
CITY OF VIRGINIA BEACH AND SHERIFF OF THE
CITY OF VIRGINIA BEACH
CITY OF WARWICK, RI
CITY OF WATERVILLE
CITY OF WEAVER, ALABAMA

CITY OF OZARK, ALABAMA
CITY OF PALM BAY
CITY OF PARMA
CITY OF PARRISH, ALABAMA
CITY OF PATTERSON
CITY OF PEABODY
CITY OF PEMBROKE PINES, FLORIDA
CITY OF PEORIA
CITY OF PHILADELPHIA
CITY OF PHOENIX
CITY OF PINEVILLE, LOUISIANA
CITY OF PITTSBURGH
CITY OF PLATTSBURGH
CITY OF POMPANO BEACH, FLORIDA
CITY OF POOLER, GEORGIA
CITY OF PORTLAND AND JAY COUNTY
CITY OF PORTSMOUTH
CITY OF PRICHARD, ALABAMA
CITY OF PRINCETON, WEST VIRGINIA
CITY OF QUINCY
CITY OF RENO
CITY OF RICHMOND
CITY OF ROCHESTER
CITY OF ROME
CITY OF SACO
CITY OF SALEM
CITY OF SANDUSKY
CITY OF SANFORD
CITY OF SAULT STE. MARIE, MICHIGAN
CITY OF SCOTTSBORO, ALABAMA
CITY OF SEATTLE
CITY OF SELMA, ALABAMA
CITY OF SHANNON, MISSISSIPPI
CITY OF SHELBYVILLE, INDIANA
CITY OF SIPSEY, ALABAMA
CITY OF SOUTH BEND, INDIANA
CITY OF ST. JOSEPH, MISSOURI
CITY OF ST. MARY'S
CITY OF STARKVILLE, MISSISSIPPI
CITY OF STRONGSVILLE
CITY OF SYRACUSE, NEW YORK
CITY OF TALLAHASSEE
CITY OF TALLMADGE
CITY OF THORNTON
CITY OF TOLEDO
CITY OF TROY
CITY OF TUCSON
CITY OF TUSKEGEE, ALABAMA
CITY OF UTICA, NEW YORK
CITY OF VERNON, ALABAMA
CITY OF VIENNA, WEST VIRGINIA
CITY OF WARREN

CITY OF WATERBURY
CITY OF WAYNE
CITY OF WEST LAFAYETTE

CITY OF WEST MONROE, LOUISIANA
CITY OF WESTLAND, MICHIGAN
CITY OF WICKLIFFE
CITY OF WILMINGTON
CITY OF WINFIELD, ALABAMA
CITY OF WOODBURY, GEORGIA
CITY OF YUKON
CLAIBORNE PARISH
CLARK COUNTY
CLAY COUNTY MEDICAL CORPORATION
CLAYTON COUNTY, GEORGIA
CLEBURNE COUNTY, ALABAMA

CLEVELAND BAKERS AND TEAMSTERS
HEALTH AND WELFARE FUND
CLEVELAND TEACHERS UNION, LOCAL 279
CLINTON COUNTY
CLOVERDALE RANCHERIA OF POMO INDIANS
COEUR DALENE TRIBE
COLE COUNTY, MISSOURI
COLUMBIA COUNTY
COLUMBIA COUNTY, PA

COLUMBUS COUNTY
COMMISSIONERS OF ST. MARY'S COUNTY,
MARYLAND
COMMONWEALTH OF MASSACHUSETTS
COMMONWEALTH OF VIRGINIA
COMMUNITY PARTNERSHIP FOR CHILDREN,
INC.
CONECUH COUNTY, ALABAMA
CONFEDERATED TRIBE OF WARM SPRINGS

CONFEDERATED TRIBES OF THE GRAND RONDE
COMMUNITY OF OREGON
CONSOLIDATED TRIBAL HEALTH PROJECT, INC.
COOK COUNTY, ILLINOIS
COPLEY TOWNSHIP
COSHOCTON COUNTY BOARD OF COUNTY
COMMISSIONERS
COUNTY COMMISSIONERS OF CHARLES
COUNTY, MARYLAND
COUNTY OF ALBANY, NY
COUNTY OF ALGER, MICHIGAN
COUNTY OF ALLENDALE
COUNTY OF ANACONDA-DEER LODGE
COUNTY OF ANGELINA
COUNTY OF ANTRIM, MICHIGAN
COUNTY OF ASHTABULA
COUNTY OF BAMBERG
COUNTY OF BARNWELL
COUNTY OF BEE
COUNTY OF BERRIEN, MICHIGAN
COUNTY OF BLANCO
COUNTY OF BRADFORD
COUNTY OF BREVARD, FLORIDA

CITY OF WESTFIELD, INDIANA
CITY OF WESTMINSTER
CITY OF WILKES-BARRE, PENNSYLVANIA
CITY OF WINCHESTER
CITY OF WOBURN
CITY OF WORCESTER
CLAIBORNE COUNTY, MISS
CLALLAM COUNTY
CLARKE COUNTY, MISSISSIPPI
CLAY COUNTY, ALABAMA
CLEARFIELD COUNTY, PENNSYLVANIA
CLERMONT COUNTY BOARD OF COUNTY
COMMISSIONERS
CLEVELAND COUNTY

CLINCH COUNTY HOSPITAL AUTHORITY
CLINTON COUNTY BOARD OF COMMISSIONERS
COBB COUNTY
COFFEE COUNTY, ALABAMA
COLES COUNTY
COLUMBIA COUNTY, GEORGIA
COLUMBIANA COUNTY BOARD OF COUNTY
COMMISSIONERS
COLUMBUS GEORGIA
COMMON WEALTH OF PA

COMMONWEALTH OF PA
COMMUNITY BASED CARE OF BREVARD, INC
CONCORDIA PARISH

CONEJOS COUNTY
CONFEDERATED TRIBES AND BANDS OF THE
YAKAMA NATION
CONFEDERATED TRIBES OF THE UMATILLA
INDIAN RESERVATION
COOK COUNTY, GEORGIA
COOS COUNTY, OREGON
COPPER RIVER NATIVE ASSOCIATION
COUNTY COMMISSION OF CLAY COUNTY

COUNTY OF ALACHUA

COUNTY OF ALCONA, MICHIGAN
COUNTY OF ALLEGHENY
COUNTY OF AMADOR
COUNTY OF ANDERSON
COUNTY OF ANOKA, MN
COUNTY OF ARENAC, MICHIGAN
COUNTY OF BALLARD, KENTUCKY
COUNTY OF BARAGA, MICHIGAN
COUNTY OF BEAUFORT
COUNTY OF BENZIE, MICHIGAN
COUNTY OF BEXAR
COUNTY OF BOWIE
COUNTY OF BRANCH
COUNTY OF BURLESON

COUNTY OF BURNET
COUNTY OF CALAVERAS
COUNTY OF CAMP
COUNTY OF CASCADE
COUNTY OF CATTARAUGUS
COUNTY OF CHARLEVOIX, MICHIGAN
COUNTY OF CHENANGO
COUNTY OF CHEROKEE
COUNTY OF CHILDRESS
COUNTY OF CLACKAMAS
COUNTY OF CLAY
COUNTY OF CLINTON, MICHIGAN
COUNTY OF COLLETON
COUNTY OF CONTRA COSTA
COUNTY OF CORTLAND
COUNTY OF CRAWFORD, MICHIGAN
COUNTY OF CUYAHOGA
COUNTY OF DEKALB
COUNTY OF DELTA
COUNTY OF DIMMIT
COUNTY OF DOUGLAS, STATE OF NEBRASKA
COUNTY OF ECTOR
COUNTY OF EL PASO
COUNTY OF ESSEX
COUNTY OF FALLS
COUNTY OF FAYETTE
COUNTY OF FRANKLIN
COUNTY OF FRESNO
COUNTY OF GALVESTON
COUNTY OF GLENN
COUNTY OF GRATIOT, MICHIGAN
COUNTY OF GREENE
COUNTY OF GRENADA
COUNTY OF HAMPTON
COUNTY OF HARRISON
COUNTY OF HERKIMER
COUNTY OF HILLSDALE, MICHIGAN
COUNTY OF HOUSTON
COUNTY OF IMPERIAL
COUNTY OF IOSCO, MICHIGAN
COUNTY OF JASPER
COUNTY OF JONES
COUNTY OF KERR
COUNTY OF KINNEY
COUNTY OF KNOX, STATE OF NEBRASKA
COUNTY OF LAKE
COUNTY OF LAMAR
COUNTY OF LASSEN
COUNTY OF LEE
COUNTY OF LENAWEE, MICHIGAN
COUNTY OF LEWIS
COUNTY OF LIBERTY
COUNTY OF LINCOLN
COUNTY OF LORAIN
COUNTY OF MACOMB
COUNTY OF MADISON

COUNTY OF BUTTE
COUNTY OF CAMERON
COUNTY OF CARBON
COUNTY OF CASS
COUNTY OF CAYUGA
COUNTY OF CHAUTAUQUA
COUNTY OF CHENANGO
COUNTY OF CHESTERFIELD
COUNTY OF CHIPPEWA
COUNTY OF CLARION
COUNTY OF CLINTON
COUNTY OF COCHISE
COUNTY OF COLUMBIA
COUNTY OF COOKE
COUNTY OF CORYELL
COUNTY OF CUMBERLAND
COUNTY OF DALLAS
COUNTY OF DEL NORTE
COUNTY OF DICKINSON, MICHIGAN
COUNTY OF DORCHESTER
COUNTY OF EATON
COUNTY OF EL DORADO
COUNTY OF ERIE
COUNTY OF FAIRFIELD
COUNTY OF FANNIN
COUNTY OF FLOYD
COUNTY OF FREESTONE
COUNTY OF FULTON
COUNTY OF GENESEE
COUNTY OF GRAND TRAVERSE
COUNTY OF GRAYSON
COUNTY OF GREENWOOD
COUNTY OF HAMILTON
COUNTY OF HARDIN
COUNTY OF HARVEY
COUNTY OF HIDALGO
COUNTY OF HOPKINS
COUNTY OF HUDSON, NJ
COUNTY OF INYO
COUNTY OF ISABELLA, MICHIGAN
COUNTY OF JEFFERSON
COUNTY OF KENNEBEC
COUNTY OF KERSHAW
COUNTY OF KNOTT
COUNTY OF LA SALLE
COUNTY OF LAKE, MICHIGAN
COUNTY OF LANE
COUNTY OF LAURENS
COUNTY OF LEELANAU, MICHIGAN
COUNTY OF LEON
COUNTY OF LEXINGTON
COUNTY OF LIMESTONE
COUNTY OF LIVINGSTON
COUNTY OF LUCE, MICHIGAN
COUNTY OF MADERA
COUNTY OF MANISTEE, MICHIGAN

COUNTY OF MARICOPA
COUNTY OF MARION
COUNTY OF MARQUETTE, MICHIGAN
COUNTY OF MCCRACKEN COUNTY, KENTUCKY
COUNTY OF MCMULLEN
COUNTY OF MERCED
COUNTY OF MILAM
COUNTY OF MODOC
COUNTY OF MONO
COUNTY OF MONTEREY
COUNTY OF MONTMORENCY, MICHIGAN
COUNTY OF MORRIS
COUNTY OF NACOGDOCHIES
COUNTY OF NASSAU
COUNTY OF NEWAYGO, MICHIGAN
COUNTY OF NIAGARA
COUNTY OF NUECES
COUNTY OF OCEANA, MICHIGAN
COUNTY OF OGEMAW, MICHIGAN
COUNTY OF ONONDAGA, NY
COUNTY OF ONTONAGON, MICHIGAN
COUNTY OF ORANGEBURG
COUNTY OF OSCEOLA, MICHIGAN
COUNTY OF OSTEGO, MICHIGAN
COUNTY OF PANOLA
COUNTY OF PICKENS
COUNTY OF PLUMAS
COUNTY OF PORTAGE, OHIO
COUNTY OF PRESQUE ISLE, MICHIGAN
COUNTY OF RED RIVER
COUNTY OF RENSSELAER
COUNTY OF RIVERSIDE
COUNTY OF ROOSEVELT
COUNTY OF RUSK
COUNTY OF SAGINAW
COUNTY OF SAN DIEGO
COUNTY OF SAN JOAQUIN
COUNTY OF SAN MATEO
COUNTY OF SANILAC, MICHIGAN
COUNTY OF SANTA CRUZ, CALIFORNIA
COUNTY OF SCHENECTADY
COUNTY OF SCHUYLER
COUNTY OF SHASTA
COUNTY OF SHIAWASSEE, MICHIGAN
COUNTY OF SMITH
COUNTY OF ST. CLAIR, MICHIGAN
COUNTY OF STEUBEN
COUNTY OF SULLIVAN
COUNTY OF SUTTER
COUNTY OF TEHAMA
COUNTY OF TIOGA
COUNTY OF TOMPKINS
COUNTY OF TRINITY
COUNTY OF TUOLUMNE
COUNTY OF ULSTER
COUNTY OF UPSHUR

COUNTY OF MARIN
COUNTY OF MARIPOSA
COUNTY OF MASON, MICHIGAN
COUNTY OF MCLENNAN
COUNTY OF MENDOCINO
COUNTY OF MERRIMACK
COUNTY OF MITCHELL, TEXAS
COUNTY OF MOHAVE
COUNTY OF MONROE
COUNTY OF MONTGOMERY
COUNTY OF MORA
COUNTY OF MULTNOMAH
COUNTY OF NAPA, CALIFORNIA
COUNTY OF NEVADA
COUNTY OF NEWTON
COUNTY OF NOLAN, TEXAS
COUNTY OF OAKLAND
COUNTY OF OCONEE
COUNTY OF ONEIDA, NY
COUNTY OF ONTARIO
COUNTY OF ORANGE
COUNTY OF OSCEOLA
COUNTY OF OSTEGO
COUNTY OF OSWEGO
COUNTY OF PARKER
COUNTY OF PLACER
COUNTY OF POLK, TEXAS
COUNTY OF POTTER
COUNTY OF PUTNAM
COUNTY OF RENO
COUNTY OF RIO ARRIBA
COUNTY OF ROBERTSON
COUNTY OF ROSCOMMON, MICHIGAN
COUNTY OF SACRAMENTO
COUNTY OF SAN BERNARDINO
COUNTY OF SAN FRANCISCO
COUNTY OF SAN LUIS OBISPO, CALIFORNIA
COUNTY OF SAN PATRICIO
COUNTY OF SANTA BARBARA
COUNTY OF SARATOGA
COUNTY OF SCHOHARIE
COUNTY OF SENECA
COUNTY OF SHELBY
COUNTY OF SISKIYOU
COUNTY OF SONOMA, CALIFORNIA
COUNTY OF ST. LAWRENCE
COUNTY OF SUFFOLK
COUNTY OF SUMMIT, OHIO
COUNTY OF TARRANT
COUNTY OF THROCKMORTON
COUNTY OF TITUS
COUNTY OF TRAVIS
COUNTY OF TRUMBULL
COUNTY OF TUSCARAWAS, OHIO
COUNTY OF UNION
COUNTY OF VAN ZANDT

| | |
|---|---|
| COUNTY OF VOLUSIA, FLORIDA | COUNTY OF WALLER |
| COUNTY OF WARREN | COUNTY OF WASHINGTON |
| COUNTY OF WAYNE | COUNTY OF WEBB |
| COUNTY OF WESTCHESTER | COUNTY OF WESTMORELAND |
| COUNTY OF WEXFORD, MICHIGAN | COUNTY OF WICHITA, TEXAS |
| COUNTY OF WILCOX, GEORGIA | COUNTY OF WILLIAMSBURG |
| COUNTY OF WOOD | COUNTY OF WYOMING |
| COUNTY OF YORK | COUNTY OF YUBA |
| COUNTY OF ZAVALA, TEXAS | COVENTRY TOWNSHIP |
| COW CREEK BAND OF UMPQUA TRIBE OF INDIANS | COYOTE VALLEY BAND OF POMO INDIANS |
| CRAVEN COUNTY | CRAWFORD COUNTY |
| CRAWFORD COUNTY BOARD OF COUNTY COMMISSIONERS | CRISP COUNTY, GA |
| CROCKETT COUNTY, TN | CULLMAN COUNTY, ALABAMA |
| CUMBERLAND COUNTY | CUMBERLAND COUNTY, STATE OF MAINE |
| CURRITUCK COUNTY | DAGGETT COUNTY, UTAH |
| DAKOTA COUNTY, MINNESOTA | DALE COUNTY, ALABAMA |
| DANE COUNTY, WISCONSIN | DANIEL WILSON |
| DARCY C. SHERMAN | DARE COUNTY |
| DARKE COUNTY BOARD OF COUNTY COMMISSIONERS | DARREN AND ELENA FLANAGAN |
| DAUPHIN COUNTY, PA | DAVIDSON COUNTY |
| DAVIE COUNTY | DAVIS COUNTY |
| DEBORAH GREEN-KUCHTA | DEBRA DAWSEY |
| DECATUR COUNTY, GEORGIA | DEKALB COUNTY, ILLINOIS |
| DELAWARE COUNTY | DELAWARE COUNTY BOARD OF COUNTY COMMISSIONERS |
| DELAWARE COUNTY, PENNSYLVANIA | DENT COUNTY |
| DERIC REES AND CEONDA REES | DES MOINES COUNTY |
| DESOTO FIRE PROTECTION DISTRICT NO. 8 | DETROIT WAYNE MENTAL HEALTH AUTHORITY |
| DICKENSON COUNTY | DODDRIDGE COUNTY COMMISSION |
| DODGE COUNTY | DODGE COUNTY HOSPITAL AUTHORITY |
| DOOLY COUNTY, GEORGIA | DOOR COUNTY |
| DORA LAWRENCE | DOUGHERTY COUNTY, GEORGIA |
| DOUGLAS ANDERSON, SHERIFF OF AVOYELLES PARISH | DOUGLAS COUNTY |
| DOUGLAS COUNTY, MN | DOUGLAS HERBERT III, SHERIFF OF ALLEN PARISH |
| DREW MEMORIAL HOSPITAL INC. | DUNKLIN COUNTY |
| DUNN COUNTY | DUPAGE COUNTY, ILLINOIS |
| DUPLIN COUNTY | DUSCESNE COUNTY, UTAH |
| DUSTY GATES, SHERIFF OF UNION PARISH | EASTERN BAND OF CHEROKEE INDIANS |
| EAU CLAIRE COUNTY | ECHOLS COUNTY, GEORGIA |
| ED PULLEKINS, THE SOLICITOR FOR BOSTON TOWNSHIP | EDNA HOUSE FOR WOMEN, INC. |
| EDRICK SOILEAU, SHERRIFF OF EVANGELINE PARISH | EDWARD GRACE |
| EDWARDS COUNTY | EFFINGHAM COUNTY |
| EL CAMPO MEMORIAL HOSPITAL | ELBERT COUNTY, GEORGIA |
| ELI MEDINA | ELLA LOUISE JOHNSON |
| ELLEN F. ROSENBLUM, OREGON ATTORNEY GENERAL | ELMORE COUNTY, IDAHO |
| ELY SHOSHONE TRIBE OF NEVADA | EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505 HEALTH & WELFARE FUND |

EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505 RETIREE HEALTH & WELFARE FUND

ERIE COUNTY BOARD OF COUNTY COMMISSIONERS

ERIN DOYLE

ESCAMBIA COUNTY, FLORIDA

ESSEX COUNTY, NEW JERSEY

ESTATE OF BRUCE BROCKEL

ESTILL COUNTY EMERGENCY MEDICAL SERVICES

EVANS MEMORIAL HOSPITAL, INC.

EWIIAAPAAYP BAND OF KUMEYAAY INDIANS

F. KIRK HOPKINS

FAIRFIELD COUNTY BOARD OF COUNTY COMMISSIONERS

FAMILY HEALTH CARE CLINIC PSC

FAMILY PRACTICE CLINIC OF BOONEVILLE, INC.

FAYETTE COUNTY, ALABAMA

FENTRESS COUNTY, TN

FISCAL COURT OF ALLEN COUNTY

FISCAL COURT OF ANDERSON COUNTY

FISCAL COURT OF BELL COUNTY

FISCAL COURT OF BOONE COUNTY

FISCAL COURT OF BOYD COUNTY

FISCAL COURT OF BOYLE COUNTY

FISCAL COURT OF BULLITT COUNTY

FLANDREAU SANTEE SIOUX TRIBE

FLORENCE COUNTY

FLOYD COUNTY

FOND DU LAC BAND OF LAKE SUPERIOR CHIPPEWA

FOND DU LAC COUNTY

FOREST COUNTY

FOREST COUNTY POTAWATOMI COMMUNITY

FORREST COUNTY, MISS.

FRANKLIN COUNTY

FRANKLIN COUNTY BOARD OF COUNTY COMMISSIONERS

FRANKLIN PARISH

FREDERICK COUNTY, MARYLAND

GALLATIN COUNTY

GALLIA COUNTY BOARD OF COUNTY COMMISSIONERS

GARRETT COUNTY, MARYLAND

GARY GILLEY

GASCONADE COUNTY, MISSOURI

GASTON COUNTY

GEAUGA COUNTY BOARD OF COUNTY COMMISSIONERS

GENESEE COUNTY

GEORGE COUNTY, MISSISSIPPI

GILES COUNTY

GLENN GOLDEN

GLYNN COUNTY, GEORGIA

GONZALES HEALTHCARE SYSTEMS

GRADY COUNTY, GEORGIA

GRAFTON COUNTY

GRANT COUNTY

GRANT COUNTY, NEW MEXICO

GRAYSON COUNTY, VIRGINIA

GREEN COUNTY

GREEN LAKE COUNTY

GREENBRIER COUNTY COMMISSION

GREENE COUNTY

GREENE COUNTY, ALABAMA

GREENE COUNTY, NORTH CAROLINA

GREENE COUNTY, PENNSYLVANIA

GREENE COUNTY, TN

GREENVILLE COUNTY

GREENWOOD LEFLORE HOSPITAL

GRETTA GOLDEN

GUERNSEY COUNTY BOARD OF COUNTY COMMISSIONERS

GUIDIVILLE RANCHERIA OF CALIFORNIA

GULF COUNTY

GURBIR S. GREWAL

GWINNETT COUNTY, GEORGIA

HABERSHAM COUNTY MEDICAL CENTER

HABERSHAM COUNTY, GEORGIA

HAL ALLRED, SHERIFF OF LAMAR COUNTY, ALABAMA

HALE COUNTY, ALABAMA

HALIFAX COUNTY

HALL COUNTY, GEORGIA

HAMILTON COUNTY

HAMILTON COUNTY BOARD OF COUNTY COMMISSIONERS

HAMILTON COUNTY, TN

HANCOCK COUNTY BOARD OF COUNTY COMMISSIONERS

HANCOCK COUNTY COMMISSION

HANCOCK COUNTY, GEORGIA

HANCOCK COUNTY, MISSISSIPPI

HANCOCK COUNTY, TN

HARDIN COUNTY

HARDTNER MEDICAL CENTER

HARRIS COUNTY

HARRISON COUNTY

HARRISON COUNTY BOARD OF COUNTY

HARRISON COUNTY COMMISSION

COMMISSIONERS
HARRISON COUNTY, MISSISSIPPI
HASKELL COUNTY, TEXAS
HAYWOOD COUNTY
HD MEDIA COMPANY, LLC

HEATHER ENDERS

HENDERSON COUNTY, TN
HENRY COUNTY, ALABAMA
HENRY COUNTY, ILLINOIS
HER MAJESTY THE QUEEN IN RIGHT OF THE
PROVINCE OF BRITISH COLUMBIA
HIGHLANDS HOSPITAL CORPORATION
HILLSBOROUGH COUNTY
HMO LOUISIANA INC.

HOLMES COUNTY
HOPLAND BAND OF POMO INDIANS

HOSPITAL AUTHORITY OF BAXLEY AND
APPLING COUNTY
HOSPITAL MENONITA CAGUAS, INC.
HOSPITAL SERVICE DISTRICT NO. 1 OF THE
PARISH OF LASALLE, STATE OF LOUISIANA
HOUSTON COUNTY, ALABAMA
HOWARD COUNTY, INDIANA
HUERFANO COUNTY
HUMPHREYS COUNTY, MISS.
HURON COUNTY BOARD OF COUNTY
COMMISSIONERS
IBERIA PARISH SCHOOL BOARD

IBEW LOCAL 38 HEALTH AND WELFARE FUND
INDIAN HEALTH COUNCIL, INC.
INTERGOVERNMENTAL PERSONNEL BENEFIT
COOPERATIVE
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 150
IQBAL AKHTER
IRON COUNTY

IRVING B. SUGERMAN
ISLAND COUNTY
ITAWAMBA COUNTY, MISS.

J. PAUL JONES HOSPITAL
JACKSON COUNTY

JACKSON COUNTY, ALABAMA
JACKSON COUNTY, INDIANA
JACKSON PARISH POLICE JURY
JANNA LOWRY
JASON REYNOLDS
JASPER COUNTY, GEORGIA
JAY RUSSELL, SHERIFF OF OUACHITA PARISH

HARTFORD COUNTY, MARYLAND
HAWKINS COUNTY, TN
HAYWOOD COUNTY, TN
HEALTH SERVICE DISTRICT OF KERSHAW
COUNTY
HECTOR BALDERAS, NEW MEXICO ATTORNEY
GENERAL
HENNEPIN COUNTY, MN
HENRY COUNTY, GEORGIA
HENRY COUNTY, VIRGINIA
HERBERT H. SLATERY III, TENNESSEE
ATTORNEY GENERAL AND REPORTER
HIGHLANDS REGIONAL MEDICAL CENTER
HILLSBOROUGH COUNTY, NEW HAMPSHIRE
HOCKING COUNTY BOARD OF COUNTY
COMMISSIONERS
HOLMES COUNTY, MISSISSIPPI
HOSPITAL AUTHORITY OF BAINBRIDGE AND
DECATUR COUNTY, GEORGIA
HOSPITAL AUTHORITY OF BLECKLEY COUNTY

HOSPITAL MENONITA GAUYAMA, INC.
HOUSTON COUNTY

HOWARD COUNTY
HUALAPAI TRIBE
HUMBOLDT COUNTY
HUNTINGTON BEACH
IBERIA PARISH

IBERVILLE PARISH COUNCIL, A LOUISIANA
GOVERNMENTAL ENTITY
IBEW LOCAL 90 BENEFITS PLAN
INDIANA COUNTY, PA
INTERGOVERNMENTAL RISK MANAGEMENT
AGENCY
IOWA COUNTY

IREDELL COUNTY
IRON WORKERS DISTRICT COUNCIL OF
PHILADELPHIA AND VICINITY, BENEFIT FUND
IRWIN COUNTY, GEORGIA
ITASCA COUNTY, MINNESOTA
IVY WOODS, SHERIFF OF JEFFERSON DAVIS
PARISH
JACK MULHALL CENTER FOR SOBER LIVING
JACKSON COUNTY BOARD OF COUNTY
COMMISSIONERS
JACKSON COUNTY, GEORGIA
JACKSON COUNTY, MISSOURI
JANE DOE
JARED EFFLER
JASPER COUNTY
JAY BRODSKY
JEAN LAFITTE TOWN

JEFF DAVIS COUNTY, GA
JEFFERSON COUNTY COMMISSION
JEFFERSON COUNTY, MISSISSIPPI
JEFFERSON DAVIS PARISH POLICE JURY
JEFFERSON PARISH HOSPITAL SERVICE NO. 2

JENNINGS COUNTY

JERSEY COUNTY
JOHN CRAFT (VERNON PARISH)
JOHN E. BALANCE, SHERIFF FOR BIENVILLE
PARISH
JOHN T. FOUNDATION
JOHNSON COUNTY, GEORGIA
JONES COUNTY
JORDAN CHU

JOSHUA D. HAWLEY, MISSOURI ATTORNEY
GENERAL
JUSTIN MARKEY, THE LAW DIRECTOR FOR THE
CITY OF NORTON
KANE COUNTY, ILLINOIS
KAUFMAN COUNTY
KENDALL COUNTY, ILLINOIS
KENOSHA COUNTY

KENTUCKY RIVER DISTRICT HEALTH
DEPARTMENT
KEVIN SCHWARTZ
KIDS FIRST OF FLORIDA, INC.
KING COUNTY
KITTITAS COUNTY

KODIAK AREA NATIVE ASSOCIATION
KOOTENAI TRIBE OF IDAHO
LA CROSSE COUNTY
LAC COURTE OREILLES BAND OF LAKE
SUPERIOR CHIPPEWA INDIANS
LAC VIEUX DESERT BAND OF LAKE SUPERIOR
CHIPPEWA INDIANS
LAFAYETTE COUNTY
LAKE COUNTY
LAMAR COUNTY, ALABAMA
LANIER COUNTY, GEORGIA
LAPORTE COUNTY
LASALLE PARISH
LAUDERDALE COUNTY, TN
LAWRENCE COUNTY

LAWRENCE COUNTY, ALABAMA
LAWRENCE COUNTY, PENNSYLVANIA
LEE COUNTY, GEORGIA
LEHIGH COUNTY, PA
LEON COUNTY, FLORIDA
LEVY COUNTY
LEWIS COUNTY, MISSOURI

JEFFERSON COUNTY
JEFFERSON COUNTY, AL
JEFFERSON DAVIS COUNTY, MISS.
JEFFERSON PARISH HOSPITAL SERVICE NO. 1
JEFFREY F. WILEY, SHERIFF OF ASCENSION
PARISH
JERRY PHILLEY, SHERRIFF OF WEST CARROLL
PARISH
JODI SHAFFER
JOHN DOE
JOHN POHLMANN, SHERIFF OF ST. BERNARD
PARISH, LOUISIANA
JOHNSON COUNTY
JOHNSON COUNTY, TN
JONES COUNTY, GEORGIA
JOSEPH P. LOPINTO, III, SHERRIFF OF
JEFFERSON PARISH
JOSHUA H. STERN, NORTH CAROLINA
ATTORNEY GENERAL
K.I.S.S. FOUNDATION INC.

KANKAKEE CNTY
KENAITZE INDIAN TRIBE
KENNEBEC COUNTY, STATE OF MAINE
KENTUCKY LEAGUE OF CITIES INSURANCE
SERVICES
KERSHAW HEALTH

KEVIN WILK
KIMBERLY BRAND
KITSAP COUNTY
KNOX COUNTY BOARD OF COUNTY
COMMISSIONERS
KOI NATION OF NORTHERN CALIFORNIA
KRIS KOECHLEY
LABORERS 17 HEALTH BENEFIT FUND
LAC DU FLAMBEAU BAND OF CHIPPEWA
INDIANS
LACKAWANNA COUNTY, PENNSYLVANIA

LAFAYETTE GENERAL HEALTH SYSTEM, INC.
LAKEVIEW CENTER, INC.
LANGLADE COUNTY
LANTERN
LAS ANIMAS COUNTY
LATAH COUNTY, IDAHO
LAURENS COUNTY, GEORGIA
LAWRENCE COUNTY BOARD OF COUNTY
COMMISSIONERS
LAWRENCE COUNTY, MISS.
LEE COUNTY
LEE COUNTY, MISSISSIPPI
LENOIR COUNTY
LESLIE RUTLEDGE
LEWIS COUNTY COMMISSION
LEWIS COUNTY, WASHINGTON

| | |
|---|---|
| LEXINGTON, TN | LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT |
| LIA HOUSE | LICKING COUNTY BOARD OF COUNTY COMMISSIONERS |
| LIMESTONE COUNTY, ALABAMA | LINCOLN COUNTY |
| LINCOLN COUNTY, GEORGIA | LINCOLN COUNTY, MISSISSIPPI |
| LISA MILLER, THE DIRECTOR OF LAW FOR THE CITY OF BARBERTON | LIVINGSTON COUNTY |
| LIVINGSTON COUNTY, MISSOURI | LOGAN COUNTY BOARD OF COUNTY COMMISSIONERS |
| LORI SWANSON, MINNESOTA ATTORNEY GENERAL | LOU SARDELLA |
| LOUIS M. ACKAL, SHERIFF OF IBERIA PARISH, LOUISIANA | LOUISIANA ASSESSORS' INSURANCE FUND |
| LOUISIANA DEPT. OF HEALTH | LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY |
| LOUISVILLE/JEFFERSON COUNTY GOVERNMENT | LOWER SIOUX INDIAN COMMUNITY IN THE STATE OF MINNESOTA |
| LOWNDES COUNTY, ALABAMA | LOWNDES COUNTY, GEORGIA |
| LUCAS COUNTY CHILDREN SERVICES BOARD OF TRUSTEES | LUTHERAN SERVICES FLORIDA INC. |
| LUZERNE COUNTY, PA | LYON COUNTY |
| MACKENZIE PAIGE HAYS | MACON COUNTY, GEORGIA |
| MACON COUNTY, ILLINOIS | MACOUPIN COUNTY, ILLINOIS |
| MADISON COUNTY | MADISON COUNTY, ALABAMA |
| MADISON COUNTY, GEORGIA | MADISON COUNTY, TN |
| MAHONING TOWNSHIP | MANATEE COUNTY, FLORIDA |
| MANCHESTER BAND OF POMO INDIANS OF THE MANCHESTER RANCHERIA | MANITOWOC COUNTY |
| MAO-MSO RECOVERY II, LLC | MARATHON COUNTY |
| MARENGO COUNTY, ALABAMA | MARIES COUNTY, MISSOURI |
| MARINETTE COUNTY | MARION COUNTY |
| MARION COUNTY BOARD OF COUNTY COMMISSIONERS | MARION COUNTY COMMISSION |
| MARION COUNTY, MISS. | MARION REGIONAL MEDICAL CENTER, INC. |
| MARK BRNOVICH ARIZONA ATTORNEY GENERAL | MARK GARBER, SHERIFF OF LAFAYETTE PARISH |
| MARK R. HERRING VA ATTORNEY GENERAL | MARKETING SERVICES OF INDIANA, INC. |
| MARLIN N. GUSMAN, SHERIFF OF ORLEANS PARISH | MARQUETTE COUNTY |
| MARSHAL M. PITCHFORD, THE LAW DIRECTOR FOR THE CITY OF MOGADORE | MARSHAL PITCHFORD |
| MARSHALL COUNTY COMMISSION | MARSHALL COUNTY, AL |
| MARSHALL COUNTY, MISS. | MARTIN COUNTY, NC |
| MARTY J. JACKLEY, SOUTH DAKOTA ATTORNEY GENERAL | MASMOUD BAMDAD, M.D., O.B.O. STATE OF CA |
| MASSAC COUNTY | MAVERICK COUNTY, TEXAS |
| MAXWELL A. NEWMAN AND CAROLINE S. NEWMAN | MAYOR & CITY COUNCIL OF BALTIMORE |
| MAYOR CHRIS TATUM ON BEHALF OF THE VILLAGE OF BARBOURSVILLE | MAYOR DAVID ADKINS, O.B.O. THE TOWN OF HAMLIN |
| MAYOR DON E. MCCOURT, ON BEHALF OF THE TOWN OF ADDISON | MAYOR FARRIS BURTON, O.B.O. THE TOWN OF WEST HAMLIN |
| MCDOWELL COUNTY, NC | MCDUFFIE COUNTY, GEORGIA |
| MCHENRY COUNTY, ILLINOIS | MECKLENBURG COUNTY |
| MEDICAL MUTUAL OF OHIO | MEGAN RABER, THE DIRECTOR OF LAW FOR |

MEIGS COUNTY, OHIO

MEMORIAL HEALTHCARE SYSTEM INC.

MENOMINEE COUNTY


MENTAL HEALTH & RECOVERY SERVICES
BOARD OF LUCAS COUNTY

MERCER COUNTY BOARD OF COUNTY
COMMISSIONERS

METROHEALTH SYSTEM


MIAMI-DADE COUNTY, FLORIDA

MICHAEL CHRISTY

MICHAEL KLODZINSKI

MICHAEL LOPEZ

MICHAEL RAY LEWIS


MIDWEST OPERATING ENGINEERS HEALTH
AND WELFARE FUND

MIKE HALE, IN HIS CAPACITY AS SHERRIFF OF
JEFFERSON COUNTY, ALABAMA

MIKE STONE, SHERIFF FOR LINCOLN PARISH

MILWAUKEE COUNTY, WISCONSIN

MINISTER DAVID BREWTON

MINUTE MEN, INC.

MOBILE COUNTY EMERGENCY MEDICAL
SERVICES RESCUE SQUAD, INC.

MONITEAU COUNTY, MISSOURI

MONONGALIA COUNTY COMMISSION

MONROE COUNTY BOARD OF COUNTY
COMMISSIONERS

MONROE COUNTY, MISSISSIPPI

MONTGOMERY COUNTY, AL

MONTGOMERY COUNTY, MARYLAND

MONTGOMERY COUNTY, TN

MORGAN CITY

MORGAN COUNTY COMMISSION

MORGAN COUNTY, TN

MORROW COUNTY BOARD OF COUNTY
COMMISSIONERS

MSI CORPORATION

MSP RECOVERY CLAIMS, SERVICES LLC

MUNICIPALITY OF CANOVANAS, PUERTO RICO

MUNICIPALITY OF GUAYANILLA, PUERTO RICO

MUNICIPALITY OF LOIZA, PUERTO RICO

MUNICIPALITY OF SABANA GRANDE, PUERTO
RICO

MUNICIPALITY OF YABUCOA, PUERTO RICO

MUSKINGUM COUNTY BOARD OF COUNTY
COMMISSIONERS

NATIONAL ROOFERS UNION & EMPLOYERS
JOINT HEALTH & WELFARE FUND

NATIVE VILLAGE OF PORT HEIDEN

NEW HANOVER COUNTY

NEWMAN'S MEDICAL SERVICES, INC.


THE CITY OF TALLMADGE

MELISSA AMBROSIO

MENNONITE GENERAL HOSPITAL, INC.

MENTAL HEALTH & RECOVERY SERVICES
BOARD OF ALLEN, AUGLAIZE AND HARDIN
COUNTIES

MERCER COUNTY


MERCY HOUSE TEEN CHALLENGE


METROPOLITAN GOVERNMENT OF NASHVILLE
AND DAVIDSON COUNTY, TENNESSEE

MICCOSUKEE TRIBE OF INDIANS OF FLORIDA

MICHAEL ESPINOSA

MICHAEL KONIG

MICHAEL MASIOWSKI, M.D.

MICHAEL TUBBS, SHERIFF OF MOREHOUSE
PARISH

MIKE DEWINE, OHIO ATTORNEY GENERAL


MIKE HUNTER, OKLAHOMA ATTORNEY
GENERAL

MILLS COUNTY

MINIDOKA COUNTY, IDAHO

MINUTE MEN SELECT, INC.

MISSOULA COUNTY

MOBILE COUNTY, ALABAMA


MONMOUTH COUNTY

MONROE COUNTY

MONROE COUNTY, GEORGIA


MONTGOMERY COUNTY

MONTGOMERY COUNTY, KANSAS

MONTGOMERY COUNTY, MISSOURI

MOORE COUNTY

MORGAN COUNTY

MORGAN COUNTY, ALABAMA

MORRISON COUNTY, MN

MOWER COUNTY, MN


MSP RECOVERY CLAIMS SERIES LLC

MSPA CLAIMS 1, LLC

MUNICIPALITY OF GUAYAMA, PUERTO RICO

MUNICIPALITY OF JUNCOS, PUERTO RICO

MUNICIPALITY OF RIO GRANDE, PUERTO RICO

MUNICIPALITY OF VEGA ALTA, PUERTO RICO


MUSKEGON COUNTY, MICHIGAN

NADJA STREITER


NATIVE VILLAGE OF AFOGNAK


NESHOBA COUNTY, MISSISSIPPI

NEW ORLEANS MISSION, INC.

NEWTON COUNTY, GEORGIA

NEZ PIERCE TRIBE

NOBLE COUNTY, OHIO

NORTH CADDO HOSPITAL SERVICE DISTRICT

NORTH MISSISSIPPI MEDICAL CENTER INC.

NORTHEAST CARPENTERS FUNDS

NORTHERN CHEYENNE TRIBE

NORTON SOUND HEALTH CORPORATION

NYE COUNTY, NEVADA

OCONEE COUNTY, GA

ODYSSEY HOUSE LOUISIANA, INC.

OGLETHORPE COUNTY, GEORGIA

OHIO CONFERENCE OF TEAMSTERS &
INDUSTRY HEALTH & WELFARE FUND

ONEIDA COUNTY

ONSLOW COUNTY

OPELOUSAS GENERAL HOSPITAL AUTHORITY

ORLAND FIRE PROTECTION DISTRICT

OSAGE COUNTY, MISSOURI

OTTAWA COUNTY BOARD OF COUNTY
COMMISSIONERS

OVERTON COUNTY, TN

OZARK COUNTY, MISSOURI

PAIUTE-SHOSHONE TRIBE OF THE FALLON
RESERVATION AND COLONY

PALM BEACH COUNTY

PAMLICO COUNTY

PANOLA COUNTY, MISSISSIPPI

PASCO COUNTY

PASSAMAQUODDY TRIBE-INDIAN TOWNSHIP

PAYETTE COUNTY, IDAHO

PENOBSCOT COUNTY

PERRY COUNTY

PERRY COUNTY, MISSISSIPPI

PETER F. KILMARTIN, RHODE ISLAND
ATTORNEY GENERAL

PHELPS COUNTY, MISSOURI

PHILADELPHIA FEDERATION OF TEACHERS
HEALTH AND WELFARE FUND

PICKENS COUNTY

PIERCE COUNTY

PIKE COUNTY BOARD OF COUNTY
COMMISSIONERS

PIMA COUNTY, ARIZONA

PIONEER TELEPHONE COOPERATIVE, INC.

PIPE FITTERS LOCAL UNION NO. 120
INSURANCE FUND

PITTSYLVANIA COUNTY

PLEASANTS COUNTY COMMISSION

POCAHONTAS COUNTY COMMISSION

POLICE JURY OF THE PARISH OF POINTE

NICHOLAS A. PADRON

NODAWAY COUNTY, MISSOURI

NORTH CADDO MEDICAL CENTER

NORTHAMPTON COUNTY

NORTHERN ARAPAHO TRIBE

NORTHWEST ARIZONA EMPLOYEE BENEFIT
TRUST

NUECES COUNTY HOSPITAL DISTRICT

OCHILTREE COUNTY HOSPITAL DISTRICT

OCONTO COUNTY

OGLALA LAKOTA SIOUX TRIBE

OHIO CARPENTERS HEALTH FUND

OHIO COUNTY COMMISSION

ONEIDA NATION

OPELOUSAS GENERAL HEALTH SYSTEM

ORANGE COUNTY

ORLEANS PARISH HOSPITAL SERVICE DISTRICT
- DISTRICT A

OTERO COUNTY

OUR LADY OF BELLEFONTE

OWYHEE COUNTY, IDAHO

PAGE COUNTY

PALA BAND OF MISSION INDIANS

PAMELA OSBORNE

PANAMA CITY, FLORIDA

PARISH OF DESOTO

PASQUOTANK COUNTY

PASSAMAQUODDY TRIBE-PLEASANT POINT

PEACH COUNTY, GEORGIA

PEOPLE OF CALIFORNIA

PERRY COUNTY BOARD OF COUNTY
COMMISSIONERS

PERSON COUNTY

PETER K. MICHAEL, WYOMING ATTORNEY
GENERAL

PHENIX CITY, ALABAMA

PIATT COUNTY, ILLINOIS

PICKETT COUNTY, TN

PIERCE COUNTY, GEORGA

PIKE COUNTY, ALABAMA

PINELLAS COUNTY, FLORIDA

PIONEER TELEPHONE COOPERATIVE, INC.
EMPLOYEE BENEFITS PLAN

PITT COUNTY

PLAINS TOWNSHIP, PENNSYLVANIA

PLUMBERS LOCAL UNION NO. 1 WELFARE
FUND

POINTE COUPEE PARISH HEALTH SERVICES
DISTRICT NUMBER 1

POLK COUNTY

COUPEE, LOUISIANA
POLK COUNTY, FLORIDA
POLK COUNTY, GEORGIA
PONCA TRIBE OF INDIANS OF OKLAHOMA
PONCA TRIBE OF NEBRASKA
PONTONOC HEALTH SERVICES, INC.
PORT GAMBLE S'KLALLAM TRIBE, SUQUAMISH TRIBE, AND JAMESTOWN S'KLALLAM TRIBE
PORTER COUNTY
POTTER VALLEY TRIBE
PRAIRIE ISLAND INDIAN COMMUNITY
PRARIE ISLAND INDIAN COMMUNITY
PRENTISS COUNTY, MISSISSIPPI
PRESIDENT WILLIAM K. "BULL" FONTENOT JR.
PRICE COUNTY
PRIMARY PURPOSE CENTER INC.
PRINCE GEORGE'S COUNTY, MARYLAND
PUEBLO COUNTY
PULASKI COUNTY
PULASKI COUNTY, MISSOURI
PULASKI COUNTY, VIRGINIA
QUINAULT INDIAN NATION
R.D. BURNS
RACHEL WOOD
RAMSEY COUNTY, MN
RANDOLPH COUNTY
RANDOLPH COUNTY COMMISSION
RANDY SEAL, SHERIFF OF WASHINGTON PARISH
RANDY SMITH, SHERIFF OF ST. TAMMANY PARISH, LOUISIANA
RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS
RED LAKE CHIPPEWA BAND OF CHIPPEWA INDIANS
RED RIVER FIRE PROTECTION DISTRICT
RED RIVER PARISH
REDWOOD VALLEY OR LITTLE RIVER BAND OF POMO INDIANS OF THE REDWOOD VALLEY RANCHERIA
REGINA HAPGOOD
RENO-SPARKS INDIAN COLONY
RESIGHINI RANCHERIA
REYNOLDS COUNTY, MISSOURI
RHONDA BELCHER
RICHARD COELHO
RICHLAND COUNTY CHILDREN'S SERVICES
RICHLAND PARISH
RICHMOND COUNTY, NORTH CAROLINA
RINCON BAND OF LUISENO INDIANS
RIPLEY COUNTY
RIPLEY COUNTY, MISSOURI
RISK MANAGEMENT, INC.
RITCHIE COUNTY COMMISSION
RIVERSIDE-SAN BERNADINO COUNTY INDIAN HEALTH, INC.
ROBERT E. MANCHESTER
ROBERT NORRIS BLACK, EUREKA CITY ATTORNEY
ROBESON COUNTY
ROBINSON RANCHERIA
ROCK COUNTY
ROCKDALE COUNTY, GEORGIA
ROCKINGHAM COUNTY
RODNEY INGLE, SHERIFF OF FAYETTE COUNTY, ALABAMA
RONALD D. STRACENER
RONALD RICHARDSON, SHERIFF OF SABINE PARISH
ROSARY HALL
ROSEBUD SIOUX TRIBE
ROSS COUNTY BOARD OF COUNTY COMMISSIONERS
ROUND VALLEY INDIAN HEALTH CENTER INC.
ROUND VALLEY INDIAN TRIBES
ROWAN COUNTY
ROXIE WHITLEY
RUSH HEALTH SYSTEMS, INC.
RUSK COUNTY
RUSS BALTHIS, THE LAW DIRECTOR FOR THE CITY OF CUYAHOGA FALLS
RUSSELL COUNTY, VIRGINIA
RUTHERFORD COUNTY
RUTHERFORD COUNTY, TN
SAGADAHOC COUNTY
SAINT ELIZABETH MEDICAL CENTER, INC.
SAINT REGIS MOHAWK TRIBE
SALINE COUNTY
SALT LAKE COUNTY
SAN FRANCISCO CITY ATTORNEY DENNIS J. HERRERA
SAN JUAN COUNTY
SANDUSKY COUNTY BOARD OF COMMISSIONERS
SANTA ROSA COUNTY
SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT

SARPY COUNTY, NEBRASKA, A MUNICIPAL
CORPORATION
SAWYER COUNTY
SCHUYLER COUNTY,
SCIOTO COUNTY BOARD OF COUNTY
COMMISSIONERS
SCOTT COUNTY BOARD OF SUPERVISORS
SCOTT COUNTY, TN
SCOTTS VALLEY BAND OF POMO INDIANS
SEDGWICK COUNTY BOARD OF COUNTY
COMMISSIONERS
SENECA NATION OF INDIANS

SHANNON HUNT
SHAWANO COUNTY
SHEET METAL WORKERS LOCAL NO. 25
HEALTH AND WELFARE FUND
SHELBY COUNTY BOARD OF COUNTY
COMMISSIONERS
SHELBY COUNTY, MISSOURI
SID J. GAUTREAUX III, PARISH OF EAST BATON
ROUGE
SKAGIT COUNTY
SMYTH COUNTY, VIRGINIA

SOMERSET COUNTY
SOUTH CENTRAL UFCW UNIONS AND
EMPLOYERS HEALTH & WELFARE TRUST
SOUTHCENTRAL FOUNDATION

SOUTHEAST FLORIDA BEHAVIORAL HEALTH
NETWORK INC
SOUTHWEST MISSISSIPPI REGIONAL MEDICAL
CENTER
SPIRIT LAKE TRIBE
SPRINGFIELD TOWNSHIP
ST. BERNARD PARISH GOVERNMENT
ST. CLAIR COUNTY, ALABAMA
ST. CROIX CHIPPEWA INDIANS OF WISCONSIN
ST. ELIZABETH HEALTHCARE
ST. JOHN THE BAPTIST PARISH
ST. LANDRY PARISH, LOUISIANA
ST. LOUIS COUNTY, MN
ST. MARY PARISH
ST. TAMMANY FIRE PROTECTION DISTRICT NO.
1
ST. TAMMANY FIRE PROTECTION DISTRICT NO.
13
ST. TAMMANY FIRE PROTECTION DISTRICT NO.
3
ST. TAMMANY FIRE PROTECTION DISTRICT NO.
5
ST. TAMMANY PARISH GOVERNMENT
STANDING ROCK SIOUX TRIBE

STARKE COUNTY, INDIANA

SAUK COUNTY

SCHLEY COUNTY, GEORGIA
SCHUYLKILL COUNTY, PA.
SCOTT ANSLUM, SHERIFF OF ST. MARY PARISH

SCOTT COUNTY INDIANA
SCOTT ELLINGTON
SEATTLE INDIAN HEALTH BOARD
SENECA COUNTY BOARD OF COUNTY
COMMISSIONERS
SHAKOPEE MDEWAKANTON SIOUX
COMMUNITY
SHARKEY-ISSAQUENA COMMUNITY HOSPITAL
SHEBOYGAN COUNTY
SHELBY COUNTY

SHELBY COUNTY, ALABAMA

SHINNECOCK INDIAN NATION
SISSETON-WAHPETON OYATE

SMITH COUNTY, TN
SNOHOMISH COUNTY, A WASHINGTON
MUNICIPAL CORPORATION
SOUTH CENTRAL REGIONAL MEDICAL CENTER
SOUTH FORK BAND OF THE TE-MOAK TRIBE OF
WESTERN SHOSHONE INDIANS
SOUTHEAST ALASKA REGIONAL HEALTH
CONSORTIUM
SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY
SPARTANBURG COUNTY

SPOKANE COUNTY
SQUAXIN ISLAND TRIBE
ST. CHARLES COUNTY, MISSOURI
ST. CLAIRE MEDICAL CENTER, INC.
ST. CROIX COUNTY
ST. JAMES PARISH
ST. JOSEPH COUNTY
ST. LOUIS COUNTY
ST. MARTIN PARISH
ST. MARY PARISH SCHOOL BOARD
ST. TAMMANY FIRE PROTECTION DISTRICT NO.
12
ST. TAMMANY FIRE PROTECTION DISTRICT NO.
2
ST. TAMMANY FIRE PROTECTION DISTRICT NO.
4
ST. TAMMANY PARISH CORONER'S OFFICE AND
DR. CHARLES PRESTON
ST. VINCENT CHARITY MEDICAL CENTER
STARK COUNTY, OHIO BOARD OF COUNTY
COMMISSIONERS
STATE OF ALABAMA

STATE OF ALASKA
STATE OF ARKANSAS
STATE OF CONNECTICUT

STATE OF FLORIDA
STATE OF ILLINOIS

STATE OF INDIANA
STATE OF MINNESOTA
STATE OF MISSOURI
STATE OF NEVADA
STATE OF NEW MEXICO
STATE OF NORTH CAROLINA
STATE OF OHIO
STATE OF OREGON
STATE OF RHODE ISLAND
STATE OF SOUTH DAKOTA
STATE OF TEXAS
STATE OF VERMONT
STATE OF WYOMING
STEPHANIE SCHWARTZ
STOCKBRIDGE-MUNSEE COMMUNITY
STONE COUNTY
STRAFFORD COUNTY
SUMMIT COUNTY PUBLIC HEALTH
SUMNER COUNTY, TN
SUMTER COUNTY, GEORGIA
SURRY COUNTY
SWINOMISH TRIBE
TALIAFERRO COUNTY, GEORGIA
TALLAHATCHIE COUNTY, MISS.
TAMA COUNTY
TANEY COUNTY
TATTNALL COUNTY, GEORGIA
TAYLOR REGIONAL HOSPITAL
TEAMSTERS HEALTH SERVICE AND
INSURANCE PLAN LOCAL 404

TEAMSTERS LOCAL 493 HEALTH SERVICE &
INSURANCE FUND
TEAMSTERS LOCAL 677 HEALTH SERVICE &
INSURANCE FUND
TEAMSTERS UNION LOCAL NO. 52 HEALTH &
WELFARE FUND
TEXAS OFFICE OF THE ATTORNEY GENERAL

THE BEAR RIVER BAND OF ROHNERVILLE
RANCHERIA
THE BOARD OF COMMISSIONERS OF THE
COUNTY OF ALLEN
THE BOARD OF COUNTY COMMISSIONERS OF
DELAWARE COUNTY, STATE OF OKLAHOMA
THE BOARD OF COUNTY COMMISSIONERS OF
MCCLAIN COUNTY, STATE OF OKLAHOMA
THE BOARD OF COUNTY COMMISSIONERS OF
OTTAWA COUNTY, STATE OF OKLAHOMA

STATE OF ARIZONA
STATE OF CALIFORNIA
STATE OF DELAWARE, EX REL. MATTHEW P.
DENN
STATE OF GEORGIA
STATE OF ILLINOIS AND ST. CLAIR COUNTY,
ILLINOIS
STATE OF LOUISIANA
STATE OF MISSISSIPPI
STATE OF MONTANA
STATE OF NEW HAMPSHIRE
STATE OF NEW YORK
STATE OF NORTH DAKOTA
STATE OF OKLAHOMA
STATE OF PENNSYLVANIA
STATE OF SOUTH CAROLINA
STATE OF TENNESSEE
STATE OF UTAH
STATE OF WASHINGTON
STE. GENEVIEVE COUNTY
STEPHENS COUNTY
STOKES COUNTY
STONE COUNTY, MISSISSIPPI
SULLIVAN COUNTY
SUMMIT COUNTY, UTAH
SUMTER COUNTY, ALABAMA
SUNFLOWER COUNTY, MISS
SWEETWATER COUNTY
TALBOT COUNTY, MARYLAND
TALLADEGA COUNTY, ALABAMA
TALLAPOOSA COUNTY, AL
TANANA CHIEFS CONFERENCE
TATE COUNTY, MISSISSIPPI
TAYLOR COUNTY
TAZEWELL COUNTY, VIRGINIA
TEAMSTERS LOCAL 237 RETIREES' BENEFIT
FUND AND TEAMSTERS LOCAL 237 WELFARE
FUND
TEAMSTERS LOCAL 671 HEALTH SERVICE &
INSURANCE FUND
TEAMSTERS LOCAL NO. 348 HEALTH &
WELFARE FUND
TEXAS COUNTY

THE ARIZONA SCHOOL ALLIANCE FOR
WORKERS' COMPENSATION, INC.
THE BLACKFEET TRIBE OF THE BLACKFEET
INDIAN RESERVATION
THE BOARD OF COMMISSIONERS OF THE
COUNTY OF FRANKLIN
THE BOARD OF COUNTY COMMISSIONERS OF
GARVIN COUNTY, STATE OF OKLAHOMA
THE BOARD OF COUNTY COMMISSIONERS OF
OSAGE COUNTY, STATE OF OKLAHOMA
THE BOARD OF COUNTY COMMISSIONERS OF
PAWNEE COUNTY, STATE OF OKLAHOMA

THE BOARD OF COUNTY COMMISSIONERS OF
SEMINOLE COUNTY, STATE OF OKLAHOMA

THE BOROUGH OF RIDGEFIELD

THE BOSTON PUBLIC HEALTH COMMISSION

THE CHEROKEE NATION

THE COMMONWEALTH OF PA BY JAMES
MARTIN

THE COUNTY COMMISSION OF BARBOUR
COUNTY

THE COUNTY COMMISSION OF MINGO COUNTY

THE COUNTY COMMISSION OF TAYLOR
COUNTY

THE FISCAL COURT OF BOURBON COUNTY

THE FISCAL COURT OF BRECKINRIDGE
COUNTY

THE FISCAL COURT OF CARLISLE COUNTY

THE FISCAL COURT OF CHRISTIAN COUNTY

THE FISCAL COURT OF CLAY COUNTY

THE FISCAL COURT OF ELLIOTT COUNTY

THE FISCAL COURT OF FLEMING COUNTY

THE FISCAL COURT OF GARRARD COUNTY

THE FISCAL COURT OF GREENUP COUNTY

THE FISCAL COURT OF HARLAN COUNTY

THE FISCAL COURT OF HENRY COUNTY

THE FISCAL COURT OF JESSAMINE COUNTY

THE FISCAL COURT OF KNOX COUNTY

THE FISCAL COURT OF LEE COUNTY,
KENTUCKY

THE FISCAL COURT OF LETCHER COUNTY

THE FISCAL COURT OF MADISON COUNTY

THE FISCAL COURT OF MARTIN COUNTY

THE FISCAL COURT OF MONTGOMERY COUNTY

THE FISCAL COURT OF OLDHAM COUNTY

THE FISCAL COURT OF OWSLEY COUNTY

THE FISCAL COURT OF PERRY COUNTY

THE FISCAL COURT OF PULASKI COUNTY

THE FISCAL COURT OF SCOTT COUNTY

THE FISCAL COURT OF SPENCER COUNTY

THE FISCAL COURT OF WAYNE COUNTY

THE FISCAL COURT OF WOLFE COUNTY,
KENTUCKY

THE GILMER COUNTY COMMISSION

THE INSURANCE COMMITTEE OF THE
ASSESSORS' INSURANCE FUND

THE LEECH LAKE BAND OF OJIBWE

THE MAKAH INDIAN TRIBE, A FEDERALLY
RECOGNIZED INDIAN TRIBE

THE MAYOR AND ALDERMAN OF THE CITY OF
SAVANNAH

THE MAYOR AND COUNCIL OF ROCKVILLE,
MARYLAND

THE MEDICAL CENTER AT BOWLING GREEN

THE MEDICAL CENTER AT CLINTON COUNTY,
INC.

THE BOARD OF COUNTY COMMISSIONERS OF
THE COUNTY OF JEFFERSON

THE BOSTON HOUSING AUTHORITY

THE CANDLER COUNTY HOSPITAL AUTHORITY

THE CITY OF NEW FRANKLIN

THE COMMONWEALTH OF PUERTO RICO

THE COUNTY COMMISSION OF MASON COUNTY

THE COUNTY COMMISSION OF PUTNAM
COUNTY

THE COUNTY COMMISSION OF WEBSTER
COUNTY

THE FISCAL COURT OF BRACKEN COUNTY

THE FISCAL COURT OF CAMPBELL COUNTY

THE FISCAL COURT OF CARTER COUNTY

THE FISCAL COURT OF CLARK COUNTY

THE FISCAL COURT OF CUMBERLAND COUNTY

THE FISCAL COURT OF ESTILL COUNTY

THE FISCAL COURT OF FRANKLIN COUNTY

THE FISCAL COURT OF GREEN COUNTY

THE FISCAL COURT OF HARDIN COUNTY

THE FISCAL COURT OF HENDERSON COUNTY

THE FISCAL COURT OF HOPKINS COUNTY

THE FISCAL COURT OF KENTON COUNTY

THE FISCAL COURT OF LAUREL COUNTY

THE FISCAL COURT OF LESLIE COUNTY

THE FISCAL COURT OF LINCOLN COUNTY

THE FISCAL COURT OF MARSHALL COUNTY

THE FISCAL COURT OF MEADE COUNTY

THE FISCAL COURT OF NICHOLAS COUNTY

THE FISCAL COURT OF OWEN COUNTY

THE FISCAL COURT OF PENDLETON COUNTY

THE FISCAL COURT OF POWELL COUNTY

THE FISCAL COURT OF ROWAN COUNTY

THE FISCAL COURT OF SHELBY COUNTY

THE FISCAL COURT OF UNION COUNTY

THE FISCAL COURT OF WHITLEY

THE FISCAL COURT OF WOODFORD

THE HOOPAH VALLEY TRIBE

THE KERSHAW COUNTY HOSPITAL BOARD

THE LUMMI TRIBE OF THE LUMMI
RESERVATION

THE MARSHALL COUNTY HEALTH CARE
AUTHORITY

THE MAYOR AND COMMON COUNCIL OF
WESTMINSTER, MARYLAND

THE MEDICAL CENTER AT ALBANY

THE MEDICAL CENTER AT CAVERNA

THE MEDICAL CENTER AT FRANKLIN, INC.

THE MEDICAL CENTER AT SCOTTSVILLE
THE MONTGOMERY COUNTY BOARD OF
COUNTY COMMISSIONERS
THE NAVAJO NATION
THE PARISH OF JEFFERSON

THE PASSAMAQUODDY TRIBE-PLEASANT
POINT
THE TOWN OF WEBSTER SPRINGS

THE UNIFIED GOVERNMENT OF MACON BIBB
COUNTY GEORGIA
THE VILLAGE OF BOSTON HEIGHTS
THE VILLAGE OF EVERGREEN PARK
THE VILLAGE OF LYONS
THE VILLAGE OF PENINSULA
THE VILLAGE OF SILVER LAKE
THURSTON COUNTY
TIPPECANOE COUNTY, INDIANA
TOM KOSTOFF, THE LAW DIRECTOR FOR THE
CITY OF MUNROE FALLS
TOOELE COUNTY, UTAH
TORRES MARTINEZ DESERT CAHUILLA
INDIANS
TOWN OF ACUSHNET, MASSACHUSETTS
TOWN OF AMESBURY
TOWN OF ATHOL, MASSACHUSETTS
TOWN OF BALDWIN
TOWN OF BARRINGTON
TOWN OF BERLIN
TOWN OF BETHLEHEM
TOWN OF BREWSTER
TOWN OF BRISTOL
TOWN OF BROWNSTOWN, INDIANA
TOWN OF BUTLER, AL
TOWN OF CANTON
TOWN OF CHANDLER, INDIANA
TOWN OF CHARLTON
TOWN OF CHELMSFORD
TOWN OF CLARKSBURG
TOWN OF COVENTRY
TOWN OF CUMBERLAND, RI
TOWN OF DANVILLE, INDIANA
TOWN OF DENNIS, MASSACHUSETTS
TOWN OF DOUBLE SPRINGS, ALABAMA
TOWN OF DUDLEY
TOWN OF EAST GREENWICH
TOWN OF FAIRHAVEN, MASSACHUSETTS
TOWN OF FERRIDAY, LOUISIANA
TOWN OF FREETOWN

TOWN OF GEORGETOWN
TOWN OF GLOCESTER
TOWN OF GRANT, AL
TOWN OF HOLLISTON
TOWN OF HOPKINTON, RI

THE MENOMINEE INDIAN TRIBE OF WISCONSIN
THE MUSCOGEE (CREEK) NATION

THE NISQUALLY INDIAN TRIBE
THE PASSAMAQUODDY TRIBE-INDIAN
TOWNSHIP
THE STATE OF COLORADO EX REL. CYNTHIA H.
COFFMAN, ATTORNEY GENERAL
THE TRUSTEES OF THE UNITE HERE LOCAL 634
HEALTH & WELFARE FUND
THE VILLAGE OF BEDFORD PARK

THE VILLAGE OF CLINTON
THE VILLAGE OF LAKEMORE
THE VILLAGE OF MOGADORE
THE VILLAGE OF RICHFIELD
THE VILLAGE OF SUMMIT
TIPPAH COUNTY, MISS.
TISHOMINGO HEALTH SERVICES
TONY MANCUSO, SHERIFF OF CALCASIEU
PARISH
TOOMBS COUNTY, GEORGIA
TOWN OF ACQUINNAH

TOWN OF AGAWAM
TOWN OF AMHERST
TOWN OF AUBURN
TOWN OF BARNSTABLE
TOWN OF BELCHERTOWN
TOWN OF BERWICK
TOWN OF BILLERICA
TOWN OF BRIDGEWATER
TOWN OF BROOKLINE, MASSACHUSETTS
TOWN OF BURRILLVILLE
TOWN OF CALEDONIA, MISSISSIPPI
TOWN OF CARVER
TOWN OF CHARLESTOWN, RI
TOWN OF CHEEKTOWAGA
TOWN OF CHEROKEE, ALABAMA
TOWN OF CLENDENIN, WEST VIRGINIA
TOWN OF COVENTRY, RI
TOWN OF DANVERS
TOWN OF DEDHAM, MASSACHUSETTS
TOWN OF DERRY, NEW HAMPSHIRE
TOWN OF DOUGLAS
TOWN OF EAST BRIDGEWATER
TOWN OF EASTHAM
TOWN OF FALMOUTH
TOWN OF FOSTER
TOWN OF GAULEY BRIDGE, WEST VIRGINIA, A
WEST VIRGINIA
TOWN OF GERALDINE, ALABAMA
TOWN OF GRAFTON
TOWN OF HANSON
TOWN OF HOPEDALE
TOWN OF HUDSON

TOWN OF JAMESTOWN
TOWN OF LAKE PROVIDENCE, LOUISIANA
TOWN OF LANCASTER
TOWN OF LEVERETT
TOWN OF LONGMEADOW
TOWN OF LUNENBERG
TOWN OF MADISONVILLE
TOWN OF MARSHFIELD
TOWN OF MATTAPOISETT
TOWN OF MIDDLEBOROUGH
TOWN OF MIDDLETOWN, RHODE ISLAND
TOWN OF MOORESVILLE, INDIANA
TOWN OF NANTUCKET
TOWN OF NEW DELHI, LOUISIANA
TOWN OF NORTH ANDOVER
TOWN OF NORTH KINGSTOWN
TOWN OF NORTH READING
TOWN OF NORWELL
TOWN OF ORANGE, MASSACHUSETTS
TOWN OF PEMBROKE
TOWN OF PLAINFIELD, INDIANA
TOWN OF PLYMOUTH
TOWN OF PROVINCETOWN, MASSACHUSETTS
TOWN OF RICHMOND
TOWN OF ROCKLAND
TOWN OF SALISBURY
TOWN OF SCITUATE, MASSACHUSETTS
TOWN OF SEYMOUR
TOWN OF SHERIDAN
TOWN OF SMITHFIELD
TOWN OF SOPHIA, WEST VIRGINIA
TOWN OF SOUTH KINGSTOWN MUNICIPAL
CORPORATION
TOWN OF SPENCER
TOWN OF STONEHAM
TOWN OF STRATFORD
TOWN OF SUDBURY
TOWN OF SWAMPSCOTT
TOWN OF TEWKSBURY, MASSACHUSETTS
TOWN OF TRURO
TOWN OF UPLAND, INDIANA
TOWN OF WAKEFIELD
TOWN OF WARE
TOWN OF WATERTOWN
TOWN OF WEST BRIDGEWATER
TOWN OF WEST SPRINGFIELD
TOWN OF WESTBOROUGH
TOWN OF WESTFORD
TOWN OF WILMINGTON
TOWN OF WINTHROP
TOWN OF WOODVILLE, ALABAMA
TOWN OF ZIONSVILLE, INDIANA
TOWNSHIP OF IRVINGTON
TREATMENT WORKS INC
TRI-COUNTY HEALTH DEPARTMENT
TUCSON MEDICAL CENTER, A CORPORATION

TOWN OF JOHNSTON, RI
TOWN OF LAKEVILLE
TOWN OF LEICESTER
TOWN OF LONDONDERRY, NEW HAMPSHIRE
TOWN OF LUDLOW
TOWN OF LYNNFIELD
TOWN OF MARBLEHEAD
TOWN OF MASHPEE
TOWN OF MCKENZIE, AL
TOWN OF MIDDLEBURY
TOWN OF MILFORD
TOWN OF MUNFORD, ALABAMA
TOWN OF NARRAGANSETT
TOWN OF NEW MILFORD
TOWN OF NORTH ATTLEBOROUGH
TOWN OF NORTH PROVIDENCE
TOWN OF NORTON
TOWN OF NORWOOD, MASSACHUSETTS
TOWN OF PALMER
TOWN OF PENDLETON
TOWN OF PLAINVILLE
TOWN OF PROSPECT
TOWN OF REHOBOTH, MASSACHUSETTS
TOWN OF RICHWOOD, LOUISIANA
TOWN OF ROXBURY
TOWN OF SANDWICH
TOWN OF SEEKONK
TOWN OF SHEFFIELD
TOWN OF SHIRLEY
TOWN OF SOMERSET
TOWN OF SOUTH HADLEY
TOWN OF SOUTHBRIDGE

TOWN OF SPRINGFIELD
TOWN OF STOUGHTON, MASSACHUSETTS
TOWN OF STURBRIDGE
TOWN OF SUTTON
TOWN OF TEMPLETON
TOWN OF TONAWANDA
TOWN OF TYNGSBOROUGH
TOWN OF UPTON
TOWN OF WALLINGFORD
TOWN OF WARREN
TOWN OF WEST BOYLSTON
TOWN OF WEST GREENWICH
TOWN OF WEST WARWICK, RI
TOWN OF WESTERLY
TOWN OF WHITESVILLE, WEST VIRGINIA
TOWN OF WINCHENDON, MASSACHUSETTS
TOWN OF WOLCOTT
TOWN OF YELLOW BLUFF, ALABAMA
TOWNSHIP OF BLOOMFIELD
TOWNSHIP OF TEANECK, NJ
TREMPEALEAU COUNTY
TROUP COUNTY, GEORGIA
TULALIP TRIBES

TUNICA-BILOXI TRIBE OF LOUISIANA

TUSCALOOSA COUNTY, ALABAMA

TYLER COUNTY COMMISSION

TYRRELL COUNTY

UINTAH COUNTY, UTAH

UNION COUNTY

UNION COUNTY, MISS.

UNION TOWNSHIP

UNITED FOOD AND COMMERCIAL WORKERS
LOCAL 1000 OKLAHOMA HEALTH AND
WELFARE FUND

UNITED FOOD AND COMMERCIAL WORKERS
UNIONS AND EMPLOYERS HEALTH AND
WELFARE FUND - ATLANTA

UNITED GOVERNMENT OF ATHENS-CLARKE
COUNTY GEORGIA

UPSHUR COUNTY COMMISSION

VALLEY FIRE DISTRICT

VAN WERT COUNTY BOARD OF COUNTY
COMMISSIONERS

VANDERBURGH COUNTY

VERNON COUNTY

VILAS COUNTY

VILLAGE OF BERKELEY

VILLAGE OF BROADVIEW

VILLAGE OF CHICAGO RIDGE

VILLAGE OF HERKIMER, NEW YORK

VILLAGE OF HODGKINS

VILLAGE OF LAKEMORE

VILLAGE OF MAYWOOD

VILLAGE OF NEWBURGH HEIGHTS

VILLAGE OF OAK LAWN

VILLAGE OF POSEN

VILLAGE OF RIVER GROVE

VILLAGE OF TINLEY PARK

W. ANDREW FOX

WABASH COUNTY

WALKER COUNTY

WALLA WALLA COUNTY

WALTHALL COUNTY, MISS.

WALWORTH COUNTY, WISCONSIN

WARREN COUNTY, GEORGIA

WARREN COUNTY, NC

WARRENSVILLE HEIGHTS, OHIO

WASHBURN COUNTY

WASHINGTON COUNTY, ALABAMA

WASHINGTON COUNTY, GEORGIA

WASHINGTON COUNTY, MN

TURTLE MOUNTAIN BAND OF CHIPPEWA
INDIANS

TWIGGS COUNTY, GEORGIA

TYLER M. ROACH

UFCW LOCAL 23 AND EMPLOYERS HEALTH
FUND

UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY/KANSAS CITY, KANSAS

UNION COUNTY, GEORGIA

UNION PARISH

UNITED FOOD AND COMMERCIAL WORKERS
HEALTH AND WELFARE FUND OF
NORTHEASTERN PENNSYLVANIA

UNITED FOOD AND COMMERCIAL WORKERS
UNION UFCW LOCAL 1529 AND EMPLOYERS
HEALTH AND WELFARE PLAN AND TRUST

UNITED FOOD AND COMMERICIAL WORKERS
LOCAL 1995 EMPLOYERS HEALTH AND
WELFARE FUND

UPPER SIOUX COMMUNITY

UTAH COUNTY, UTAH

VALLEY HOPE ASSOCIATION

VANCE COUNTY

VERMILION PARISH POLICE JURY

VIGO COUNTY, INDIANA

VILLAGE OF BELWOOD

VILLAGE OF BRIDGEVIEW

VILLAGE OF BROOKLYN HEIGHTS

VILLAGE OF DOLTON

VILLAGE OF HILLSIDE

VILLAGE OF HOFFMAN ESTATES

VILLAGE OF MARRIONETTE PARK

VILLAGE OF MELROSE PARK

VILLAGE OF NORTH RIVERSIDE

VILLAGE OF ORLAND PARK

VILLAGE OF RIVER FOREST

VILLAGE OF STONE PARK

VINTON COUNTY BOARD OF COUNTY
COMMISSIONERS

W.E.

WALDO COUNTY

WALKER RIVER PAIUTE TRIBE OF THE WALKER
RIVER RESERVATION

WALTER AND VIRGINIA SALMONS

WALTON COUNTY, GEORGIA

WAMPUM BOROUGH

WARREN COUNTY, MISSOURI

WARREN PRICE, LEGAL COUNSEL FOR
SPRINGFIELD TOWNSHIP

WASATCH COUNTY, UTAH

WASHINGTON COUNTY

WASHINGTON COUNTY, FLORIDA

WASHINGTON COUNTY, MISS.

WASHINGTON COUNTY, OHIO AND CITY OF

| | MARIETTA, OHIO |
| WASHINGTON COUNTY, TN | WASHINGTON POST COMPANY, LLC |
| WATAUGA COUNTY, NC | WAUKESHA COUNTY, WISCONSIN |
| WAUPACA COUNTY | WAUSHARA COUNTY |
| WAYNE COUNTY BOARD OF COUNTY COMMISSIONERS | WAYNE COUNTY, NORTH CAROLINA |
| WAYNE STENEHJEM, NORTH DAKOTA ATTORNEY GENERAL | WEBER COUNTY, UTAH |
| WEBSTER COUNTY, MISSOURI | WEBSTER HEALTH SERVICES, INC. |
| WEBSTER PARISH | WEST BATON ROUGE FIRE PROTECTION DISTRICT NO. 1 |
| WEST BEND MUTUAL INSURANCE COMPANY | WEST BOCA MEDICAL CENTER, INC. |
| WEST WHARTON COUNTY HOSPITAL DISTRICT | WESTCARE FOUNDATION, INC. |
| WESTERN PENNSYLVANIA ELECTRICAL EMPLOYEES INSURANCE TRUST FUND | WESTWEGO CITY |
| WETZEL COUNTY COMMISSION | WHATCOM COUNTY |
| WHITE COUNTY | WHITFIELD COUNTY |
| WHITMAN COUNTY | WILCOX COUNTY, ALABAMA |
| WILKES COUNTY | WILKINSON COUNTY, GEORGIA |
| WILL COUNTY, ILLINOIS | WILLIAM HANNA, THE LAW SOLICITOR FOR THE VILLAGE OF RICHFIELD |
| WILLIAM HILTON, SHERIFF OF RAPIDES PARISH | WILLIAMS COUNTY BOARD OF COUNTY COMMISSIONERS |
| WILLIAMSON COUNTY, TN | WINNEBAGO COUNTY |
| WINNEBAGO TRIBE OF NEBRASKA | WINSTON MEDICAL CENTER |
| WOOD COUNTY | WORTH COUNTY |
| WORTH COUNTY, GEORGIA | WORTH COUNTY, MISSOURI |
| WYANDOT COUNTY BOARD OF COUNTY COMMISSIONERS | WYDETTE WILLIAMS, SHERRIFF OF EAST CARROLL PARISH |
| WYOMING COUNTY, PA | WYTHE COUNTY, VIRGINIA |
| YADKIN COUNTY | YALOBUSHA COUNTY, MISSISSIPPI |
| YANCEY COUNTY | YERINGTON PAIUTE TRIBE |
| YORK COUNTY | YUKON-KUSKOWKWIM HEALTH CORPORATION |
| YUROK TRIBE | ZENITH INSURANCE COMPANY |
| ZNAT INSURANCE COMPANY | |

### Taxing Authorities

| | |
|---|---|
| ALABAMA DEPARTMENT OF REVENUE | ALABAMA STATE BOARD OF PHARMACY |
| ARIZONA DEPARTMENT OF REVENUE | ARIZONA STATE BOARD OF PHARMACY |
| ARKANSAS STATE BOARD OF PHARMACY | CALIFORNIA BOARD OF EQUALIZATION |
| CALIFORNIA DEPT OF TAX & FEE ADMIN | CALIFORNIA FRANCHISE TAX BOARD |
| CALIFORNIA STATE BOARD OF PHARMACY | CITY OF CHATTANOOGA TENNESSEE |
| CITY OF DURHAM | CITY OF HAWTHORNE |
| CITY OF STAMFORD | CITY OF VALLEJO |
| CITY OF WARWICK | CITY OF WILSON |
| COLORADO BUREAU OF INVESTIGATION | COLORADO DEPARTMENT OF REGULATORY AGENCIES, DIVISION OF PROFESSIONS AND OCCUPATIONS, BOARD OF PHARMACY |
| COLORADO DEPARTMENT OF REVENUE | COLORADO STATE BOARD OF PHARMACY |
| COMMISSIONER OF REVENUE SERVICES | COMPTROLLER OF MARYLAND |
| CONNECTICUT COMMISSIONER OF REVENUE SERVICES | CONNECTICUT DEPARTMENT OF CONSUMER PROTECTION |
| CONNECTICUT STATE DEPARTMENT OF CONSUMER PROTECTION | COVENTRY FIRE DISTRICT |

| | |
|---|---|
| DELAWARE DIVISION OF PROFESSIONAL REGULATION | DELAWARE DIVISION OF REVENUE |
| DISTRICT OF COLUMBIA DEPARTMENT OF HEALTH, HEALTH, REGULATION AND LICENSING ADMINISTRATION | DISTRICT OF COLUMBIA TREASURER |
| FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION | FLORIDA DEPARTMENT OF HEALTH |
| FLORIDA DEPARTMENT OF REVENUE | FRANCHISE TAX BOARD |
| GEORGIA DEPARTMENT OF REVENUE | GEORGIA STATE BOARD OF PHARMACY |
| HAMILTON COUNTY TRUSTEE | IDAHO STATE BOARD OF PHARMACY |
| IDAHO STATE TAX COMMISSION | ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION |
| ILLINOIS DEPARTMENT OF REVENUE | INDIANA DEPT OF REVENUE |
| IOWA BOARD OF PHARMACY | KANSAS STATE BOARD OF PHARMACY |
| KENTUCKY BOARD OF PHARMACY | KENTUCKY STATE TREASURER |
| LOUISIANA BOARD OF DRUG AND DEVICE DISTRIBUTORS | LOUISIANA BOARD OF PHARMACY |
| LOUISIANA BOARD OF WHOLESALE DRUG DISTRIBUTORS | LOUISIANA DEPARTMENT OF HEALTH |
| MAINE DEPARTMENT OF PROFESSIONAL AND FINANCIAL REGULATION | MAINE DEPARTMENT OF PROFESSIONAL AND FINANCIAL REGULATION BOARD OF PHARMACY |
| MAINE REVENUE SERVICES | MARYLAND DEPARTMENT OF HEALTH AND MENTAL HYGIENE |
| MARYLAND PHARMACY BOARD | MASSACHUSETTS DEPARTMENT OF REVENUE |
| MICHIGAN BOARD OF PHARMACY | MICHIGAN DEPARTMENT OF TREASURY |
| MINNESOTA BOARD OF PHARMACY | MINNESOTA DEPARTMENT OF REVENUE |
| MISSISSIPPI BOARD OF PHARMACY | MISSISSIPPI DEPARTMENT OF REVENUE |
| MISSOURI BOARD OF PHARMACY | MONTANA BOARD OF PHARMACY |
| NEBRASKA DEPARTMENT OF REVENUE | NEVADA BOARD OF PHARMACY |
| NEVADA DEPARTMENT OF TAXATION | NEW HAMPSHIRE BOARD OF PHARMACY |
| NEW JERSEY DEPARTMENT OF HEALTH | NEW JERSEY DEPT OF TREASURY |
| NEW MEXICO BOARD OF PHARMACY | NEW YORK CITY DEPARTMENT OF FINANCE |
| NEW YORK CITY WATER BOARD | NEW YORK DEPARTMENT OF EDUCATION - BOARD OF PHARMACY |
| NEW YORK DEPARTMENT OF HEALTH | NEW YORK STATE COMMISSIONER OF TAXATION & FIN |
| NEW YORK STATE CORPORATION | NEW YORK STATE CORPORATION TAX |
| NORTH CAROLINA DEPARTMENT OF AGRICULTURE & CONSUMER SERVICES | NORTH CAROLINA DEPARTMENT OF ENVIRONMENTAL AND NATURAL RESOURCES |
| NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES | NORTH CAROLINA DEPARTMENT OF REVENUE |
| NORTH CAROLINA DEPT OF REVENUE | NORTH DAKOTA STATE BOARD OF PHARMACY |
| OHIO DEPARTMENT OF TAXATION | OKLAHOMA STATE BOARD OF PHARMACY |
| OREGON DEPARTMENT OF REVENUE | OREGON STATE BOARD OF PHARMACY |
| PA DEPARTMENT OF REVENUE | PENNSYLVANIA DEPARTMENT OF HEALTH |
| PUERTO RICO SECRETARY OF TREASURY | RHODE ISLAND BOARD OF PHARMACY |
| RHODE ISLAND DEPARTMENT OF HEALTH | RHODE ISLAND DEPARTMENT OF HEALTH (DIV OF DRUG CTRL) |
| RHODE ISLAND DIVN OF TAXATION | SECRETARIO DE HACIENDA |
| SECRETARY OF THE STATE OF CONNECTICUT | SOUTH CAROLINA BOARD OF PHARMACY |
| SOUTH CAROLINA BUREAU OF FINANCIAL MANAGEMENT | SOUTH DAKOTA DEPARTMENT OF HEALTH |
| SOUTH DAKOTA STATE BOARD OF PHARMACY | STATE OF DELAWARE DIVISION OF PROFESSIONAL REGULATION |
| STATE OF HAWAII | STATE OF NEW HAMPSHIRE |

STATE OF NEW JERSEY                          STATE OF OHIO BOARD OF PHARMACY
STATE OF RHODE ISLAND                        STATE OF WASHINGTON
STATE OF WISCONSIN DEPARTMENT OF             TAX COLLECTOR TOWN OF COVENTRY
SAFETY AND PROFESSIONAL SERVICES
TENNESSEE BOARD OF PHARMACY                  TENNESSEE DEPARTMENTARTMENT OF
                                             REVENUE
TEXAS DEPARTMENT OF HEALTH                   TEXAS DEPARTMENT OF STATE HEALTH
                                             SERVICES
TEXAS STATE COMPTROLLER                      TREASURER STATE OF NEW JERSEY
TREASURER STATE OF OHIO                      UNITED STATES DEPARTMENT OF THE
                                             TREASURY
UNITED STATES DRUG ENFORCEMENT               UNITED STATES FOOD AND DRUG
ADMINISTRATION                               ADMINISTRATION
UNITED STATES INTERNAL REVENUE SERVICE       UTAH DEPARTMENT OF COMMERCE, DIVISION
                                             OF OCCUPATIONAL AND PROFESSIONAL
                                             LICENSING
UTAH STATE TAX COMISSION                     VERMONT DEPARTMENT OF TAXES
VERMONT SECRETARY OF STATE, OFFICE OF        VIRGINIA BOARD OF PHARMACY
PROFESSIONAL REGULATION, BOARD OF
PHARMACY
VIRGINIA DEPARTMENT OF TAXATION              WASHINGTON BOARD OF PHARMACY
WASHINGTON DEPARTMENT OF HEALTH              WEST VIRGINIA BOARD OF PHARMACY
WEST VIRGINIA STATE TAX DEPARTMENT           WILSON COUNTY TAX COLLECTOR
WYOMING BOARD OF PHARMACY


**Other**

NOVO NORDISK

**Schedule 2 to Huebner Declaration**[1]

Client Match List for Past Two Years

---

[1] Davis Polk currently represents, or has represented within the past two years, the entities listed on this Schedule 2 or one or more of their affiliates.

**Client Match List**

| Matched Entity | Relationship to Debtors |
|---|---|
| COGNIZANT TECH SOLUTIONS US CORP | 50 Largest Unsecured Creditors |
| HEALTHCORE INC | 50 Largest Unsecured Creditors |
| MCKESSON CORPORATION | 50 Largest Unsecured Creditors |
| CITIBANK | Bank |
| GOLDMAN SACHS | Bank |
| JP MORGAN CHASE | Bank |
| WELLS FARGO & COMPANY | Bank |
| JEFFERIES GROUP LLC | Creditor Committee Professional |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | Creditor Committee Professional |
| AMAZON.COM | Customer |
| BURLINGTON DRUG CO INC | Customer |
| JET.COM INC | Customer |
| MCKESSON CORP | Customer |
| SMITH DRUG COMPANY | Customer |
| THRIFTY WHITE | Customer |
| WALMART STORES INC | Customer |
| CHUBB | Insurer |
| U.S. SPECIALTY INSURANCE COMPANY - HCC | Insurer |
| ABBOTT LABORATORIES | Licensing Agreement Counterparty |
| ERNST & YOUNG | Other Consultants & Advisors |
| IBM CORPORATION | Other Consultants & Advisors |
| NOVO NORDISK | Other Related Entity |
| BARBARA D. UNDERWOOD, ATTORNEY GENERAL OF THE STATE OF NEW YORK | Plaintiff |
| MSI CORPORATION | Plaintiff |
| PJT PARTNERS LP | Restructuring Professional |
| U.S. BANK EQUIPMENT FINANCE | Secured Creditor |
| CON EDISON | Utility Provider |
| EARTHLINK | Utility Provider |
| MATHESON TRI GAS INC | Utility Provider |
| SPRINT | Utility Provider |
| SUEZ WTS USA INC | Utility Provider |
| AETNA HEALTH MANAGEMENT | Vendor |
| AGILENT TECHNOLOGIES INC | Vendor |
| AMERICAN EXPRESS | Vendor |
| CHARLES RIVER LABORATORIES | Vendor |
| CHICAGO TITLE CO LLC | Vendor |

| Matched Entity | Relationship to Debtors |
|---|---|
| CLARIVATE ANALYTICS US LLC | Vendor |
| COGNIZANT TECH SOLUTIONS US CORP | Vendor |
| COVERMYMEDS LLC | Vendor |
| CSC CONSULTING INC | Vendor |
| DOW CHEMICAL COMPANY | Vendor |
| ERESEARCH TECHNOLOGY INC | Vendor |
| ERX NETWORK HOLDINGS INC | Vendor |
| HEALTHAGEN | Vendor |
| INTEGREON MANAGED SOLUTIONS INC | Vendor |
| MARSH USA INC | Vendor |
| MCKESSON SPECIALTY ARIZONA INC | Vendor |
| MERCER HEALTH & BENEFITS LLC | Vendor |
| MERIDIAN COMP OF NEW YORK | Vendor |
| MICROSOFT LICENSING GROUP | Vendor |
| NEWS AMERICA MARKETING FSI LLC | Vendor |
| ORACLE AMERICA INC | Vendor |
| PUBLICIS HLTH/DISCOVERY USA | Vendor |
| RELAYHEALTH | Vendor |
| SHIONOGI INC | Vendor |
| TRUVEN HEALTH ANALYTICS LLC | Vendor |
| UNITED PARCEL SERVICE | Vendor |
| WALGREEN CO | Vendor |
| WALGREENS | Vendor |
| WALMART INC | Vendor |
| YALE UNIVERSITY | Vendor |

**Schedule 3 to Huebner Declaration**

Summary of Payments

| Invoices Sent to the Debtors by Davis Polk | | |
| --- | --- | --- |
| **Invoice Date** | **Invoice Number** | **Total** |
| 7/8/2019 | DPW19-22692 | 4,120,105.39 |
| 8/6/2019 | 7000279 | 5,171,098.06 |
| 9/4/2019 | 7001663 | 4,781,341.33 |
| 9/9/2019 | 7002007 | 3,000,000.00 |
| 9/15/2019 | 7002407 | 4,200,000.00 |

| Payments to Davis Polk by the Debtors | | |
| --- | --- | --- |
| **Payment Date** | **Invoice Number** | **Amount Paid** |
| 7/10/2019 | DPW19-22692 | 4,120,105.39 |
| 8/9/2019 | 7000279 | 5,171,098.06 |
| 9/9/2019 | 7001663 | 4,765,287.53 |
| 9/11/2019 | 7002007 | 3,000,000.00 |