**Hearing Date and Time: November 19, 2019 at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: November 15, 2019 at 4:00 p.m. (prevailing Eastern Time)**

AKIN GUMP STRAUSS HAUER & FELD LLP
Ira Dizengoff
Arik Preis
Sara Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Proposed Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF HEARING ON APPLICATION OF THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS OF PURDUE PHARMA L.P., *ET AL.* TO**
**RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP**
**AS COUNSEL, *NUNC PRO TUNC* TO SEPTEMBER 26, 2019**

**PLEASE TAKE NOTICE** that a hearing on the *Application of the Official Committee of*

*Unsecured Creditors of Purdue Pharma, L.P. et al. to Retain and Employ Akin Gump Strauss*

*Hauer & Feld LLP as Counsel, Nunc Pro Tunc to September 26, 2019* (the "Application") will

be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States

Bankruptcy Court for the Southern District of New York (the "Court"), Courtroom 116, 300

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Quarropas Street, White Plains, New York 10601-4140, on **November 19, 2019 at 10:00 a.m. (prevailing Eastern Time)** or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any objections (each, an "Objection") to the relief requested in the Application shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court and served in accordance with the *Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*, dated as of October 24, 2019 [ECF No. 342], so as to be filed and received no later than **November 15, 2019 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if no Objections are timely filed and served with respect to the Application, the Official Committee of Unsecured Creditors of Purdue Pharma L.P. may, on or after the Objection Deadline, submit to the Court an order substantially in the form annexed as **Exhibit A** to the Application, which order the Court may enter without further notice or opportunity to be heard.

PLEASE TAKE FURTHER NOTICE that any objecting parties are required to attend the hearing, and failure to appear may result in relief being granted upon default.

*[remainder of page intentionally left blank]*

New York, NY
Dated: November 5, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP

/s/ *Arik Preis*
Ira Dizengoff
Arik Preis
Sara Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 972-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
apreis@akingump.com
sbrauner@akingump.com

*Proposed Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P.*

AKIN GUMP STRAUSS HAUER & FELD LLP
Ira Dizengoff
Arik Preis
Sara Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Proposed Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*,[2] | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**OF PURDUE PHARMA L.P., *ET AL.* TO RETAIN AND EMPLOY AKIN**
**GUMP STRAUSS HAUER & FELD LLP AS COUNSEL,**
***NUNC PRO TUNC* TO SEPTEMBER 26, 2019**

The Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma

L.P., *et al.* (collectively, the "Debtors") respectfully submits this application (the "Application"),

pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code (the "Bankruptcy

Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Rules"), for entry of an order (the "Order"), substantially in the form attached hereto as **Exhibit A**, authorizing the Committee to retain and employ Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") as its lead counsel in connection with the Debtors' chapter 11 cases (the "Chapter 11 Cases"), effective *nunc pro tunc* to September 26, 2019.   In support of this Application, the Committee submits the declaration of Arik Preis, a partner in the financial restructuring group of Akin Gump (the "Preis Declaration"), and the declaration of Brendan Stuhan, not in his individual capacity but solely on behalf of Blue Cross and Blue Shield Association, in its capacity as co-chair of the Committee (the "Stuhan Declaration" and, together with the Preis Declaration, the "Declarations"), attached hereto as **Exhibit B** and **Exhibit C**, respectively.   In further support of this Application, the Committee respectfully represents as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.).  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory and rule predicates for the relief requested herein are Bankruptcy Code sections 328(a) and 1103, Bankruptcy Rule 2014 and Local Rule 2014-1.

## BACKGROUND

4.      On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Court").

5.      The Debtors continue to operate their business as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.  No request has been made for the appointment

2

of a trustee or an examiner.

6.    On September 26, 2019 (the "Formation Date"), the United States Trustee for Region 2 (the "U.S. Trustee") appointed the Committee pursuant to Bankruptcy Code section 1102. *See Notice Appointing Creditors Committee* [ECF No. 131]. The U.S. Trustee constituted the Committee to comprise the following members: Blue Cross and Blue Shield Association; CVS Caremark Part D Services, L.L.C. and Caremark PCS Health, L.L.C.; Cheryl Juaire; Kara Trainor; LTS Lohmann Therapy Systems Corporation; Pension Benefit Guaranty Corporation; Ryan Hampton; Walter Lee Salmons; and West Boca Medical Center.[3] On September 26, 2019, the Committee selected Akin Gump to serve as lead counsel to the Committee, and on September 29, 2019, the Committee selected Bayard, P.A. ("Bayard") to serve as efficiency counsel to the Committee. On October 1, 2019, the Committee selected Province, Inc. ("Province") to serve as its financial advisor and on October 4, 2019 the Committee selected Jefferies Group LLC ("Jefferies" and, together with Akin Gump, Bayard and Province, the "Committee Professionals") to serve as its investment banker. The retention applications for these professionals are being filed contemporaneously herewith.

## RELIEF REQUESTED

7.    The Committee seeks to retain and employ Akin Gump as its lead counsel, pursuant to Bankruptcy Code sections 328(a) and 1103(a), Bankruptcy Rule 2014 and Local

---

[3] On October 9, 2019, the Committee received a letter from counsel to a multi-state group comprising approximately 1,222 entities, including 1,172 cities, counties and other governmental entities, seven Native American tribal nations, six hospitals, two districts, 34 medical groups, two funds, and one veterans' class across 36 states, representing approximately 60,000,000 individuals (the "Multi-State Group"), requesting the opportunity to join the Committee in an *ex officio* capacity. After careful consideration, on October 21, 2019, the Committee determined to grant the Multi-State Group's request and Cameron County, Texas (the "Ex Officio Member") joined the Committee. On October 30, 3019, the Multi-State Group filed the *Verified Statement of the Multi-State Governmental Entities Group Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* [ECF No. 409] disclosing the identity of each member of such group. For the avoidance of doubt, the Ex Officio Member is a non-voting member of the Committee and does not owe fiduciary duties to unsecured creditors as a result of its *ex officio* seat on the Committee.

Rule 2014-1, effective *nunc pro tunc* to September 26, 2019.

## RETENTION OF AKIN GUMP

8.      The Committee respectfully submits that it is necessary and appropriate for it to

employ and retain Akin Gump as its lead counsel to, among other things:

(a)     advise the Committee with respect to its rights, duties and powers in the Chapter 11 Cases;

(b)     assist and advise the Committee in its consultations and negotiations with the Debtors relative to the administration of the Chapter 11 Cases;

(c)     assist the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure and in negotiating with holders of claims and equity interests;

(d)     assist the Committee in investigating the acts, conduct, assets, liabilities and financial condition of the Debtors and their insiders and of the operation of the Debtors' businesses;

(e)     assist the Committee in negotiating with the Debtors and third parties concerning matters related to, among other things, asset dispositions, financing transactions and the terms of one or more plans of reorganization for the Debtors and accompanying disclosure statements and related plan documents;

(f)     assist and advise the Committee as to its communications to and with the general creditor body regarding significant matters in the Chapter 11 Cases;

(g)     represent the Committee at all hearings and other proceedings before this Court;

(h)     review and analyze applications, orders, statements of operations and schedules filed with the Court and advise the Committee as to their propriety and, to the extent deemed appropriate by the Committee, support, join or object thereto;

(i)     advise and assist the Committee with respect to any legislative, regulatory or governmental activities;

(j)     assist the Committee in preparing pleadings and applications as may be necessary in furtherance of the Committee's interests and objectives;

(k)     assist the Committee in reviewing and analyzing the Debtors' various agreements;

4

(l)     prepare, on behalf of the Committee, any pleadings, including, without limitation, motions, memoranda, complaints, adversary complaints, objections or comments in connection with any matter related to the Debtors or the Chapter 11 Cases;

(m)     investigate and analyze any claims against the Debtors' equity holders and non-debtor affiliates; and

(n)     perform such other legal services as may be required or are otherwise deemed to be in the interests of the Committee and the unsecured creditor body in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules or other applicable law.

9.      In accordance with Part F of the Revised UST Guidelines (as defined below), Akin Gump will serve as lead counsel to the Committee, and Bayard will serve as "efficiency counsel" to perform certain tasks at Bayard's lower rates.  Akin Gump will have primary responsibility for the services described above.  Bayard, however, will be asked to provide substantive services to the Committee.  In such instances, Akin Gump will coordinate carefully with Bayard to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates.

10.     The Committee believes that Akin Gump possesses extensive knowledge and expertise in the areas of law relevant to the Chapter 11 Cases, and that Akin Gump is well-qualified to represent the Committee.  In selecting counsel, the Committee sought attorneys with considerable experience in representing unsecured creditors' committees in chapter 11 reorganization cases and other debt restructurings.  Akin Gump has such experience, as Akin Gump is currently representing and has represented official creditors' committees in many significant chapter 11 cases, including, among others, the following: *In re Vanguard Natural Resources, LLC*; *In re Insys Therapeutics, Inc.*; *In re Pernix Sleep, Inc.; In re Sears Holdings Corp.*; *In re Nine West Holdings, Inc.; In re iHeartMedia, Inc.; In re Cumulus Media Inc.; In re EMAS Chiyoda Subsea, Ltd.; In re Metals USA, Inc.*; *In re Emerald Oil, Inc.; In re Goodrich*

*Petroleum Corp.*; *In re SandRidge Energy Inc.*; *In re Quiksilver, Inc.; In re Chassix Inc.*; *In re BPZ Resources, Inc; In re Cal Dive International, Inc.*; *In re Swift Energy Co.*; *In re Excel Maritime Carriers LTD*; *In re Hawker Beechcraft, Inc.*; *In re Overseas Shipholding Group, Inc.*; *In re Edison Mission Energy, et al.; In re Dynegy Holdings, LLC*; *In re R.E. Loans, LLC*; *In re Delta Petroleum Corp.*; *In re Vitro America, LLC; In re Friendly Ice Cream Corporation*; *In re Seahawk Drilling, Inc.; In re Saint Vincent's Catholic Medical Centers of New York*; *In re Chemtura Corp.*; *In re TOUSA, Inc.*; *In re Delta Air Lines, Inc.*; and *In re ATA Holdings Corp.*

11.     Because of the extensive legal services that may be necessary in the Chapter 11 Cases, and the fact that the full nature and extent of such services are not known at this time, the Committee believes that the employment of Akin Gump to provide the services described above and such other services as may be necessary for the Committee to satisfy its obligations to the Debtors' unsecured creditor constituency is appropriate and in the best interests of the Debtors' estates and their creditors.

12.     The Committee requests that all fees and related costs and expenses incurred by the Committee on account of services rendered by Akin Gump in the Chapter 11 Cases be paid as administrative expenses of the Debtors' estates pursuant to Bankruptcy Code sections 328, 330, 331, 503(b) and 507(a)(2).  Subject to this Court's approval, Akin Gump will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date such services are rendered, subject to Bankruptcy Code sections 328, 330 and 331.  The 2019 and 2020 hourly rates charged by Akin Gump for professionals and paraprofessionals employed in its offices are provided below:

| Billing Category | Range |
|---|---|
| Partners | 2019: $925-$1,755 |
| | 2020: $995-$1,835 |
| Senior Counsel and Counsel | 2019: $690-$1,420 |
| | 2020: $735-1,510 |
| Associates | 2019: $170-$975 |
| | 2020: $390-1,070 |
| Paraprofessionals | 2019: $110-$435 |
| | 2020: $215-455 |

These rates are subject to periodic adjustments (typically in January of each year) to reflect economic and other conditions. Akin Gump reserves the right to file an application for an allowance of an enhanced fee award at the end of the Chapter 11 Cases, subject to the discretion of the Committee.

13.    Akin Gump has advised the Committee that it is Akin Gump's policy to charge its clients in all areas of practice for expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, photocopying charges, travel expenses, expenses for "working meals" and computerized research. Akin Gump will maintain detailed records of actual and necessary costs and expenses incurred in connection with the legal services described above.

14.    The names, positions and current hourly rates of the Akin Gump attorneys currently expected to have primary responsibility for providing services to the Committee are as follows:

7

| ATTORNEY | POSITION/DEPARTMENT | HOURLY RATE |
|----------|---------------------|-------------|
| Ira Dizengoff | Partner / Financial Restructuring Department | 2019: $1,550 2020: $1,595 |
| Arik Preis | Partner / Financial Restructuring Department | 2019: $1,425 2020: $1,595 |
| Mitchell Hurley | Partner / Litigation Department | 2019: $1,305 2020: $1,595 |
| Allison Miller | Partner / Corporate Department | 2019: $1,250 2020: $1,350 |
| Sara Brauner | Partner / Financial Restructuring Department | 2019: $1,125 2020: $1,225 |
| Edan Lisovicz | Associate / Financial Restructuring Department | 2019: $890 2020: $975 |
| James Salwen | Associate / Financial Restructuring Department | 2019: $660 2020: $775 |
| Brooks Barker | Associate / Financial Restructuring Department | 2019: $660 2020: $775 |

In addition to the lawyers named above, it will be necessary, during the course of these cases, for other Akin Gump professionals in other legal disciplines to provide services to the Committee.

15.     Akin Gump has advised the Committee that it will apply for compensation and reimbursement of expenses in accordance with the procedures set forth in Bankruptcy Code sections 330 and 331, the applicable Bankruptcy Rules, the applicable Local Rules, the Administrative Order M-447 (Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases, dated Januarys 29, 2013 (Morris, C.J.)), and any other applicable order of the Court.  Akin Gump has advised the Committee that it also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "Revised UST Guidelines"), both in connection with this Application and in the interim and final fee applications to be filed

8

by Akin Gump in the Chapter 11 Cases.[4]  To that end, Akin Gump has advised the Committee

that it responds to the questions set forth in Section D of the Revised UST Guidelines as follows:

    (a)    Akin Gump did not agree to any variations from, or alternatives to, its standard or customary billing arrangements for this engagement.

    (b)    No rate for any of the professionals included in this engagement varies based on the geographic location of the bankruptcy case.

    (c)    Akin Gump did not represent any member of the Committee in the 12 months prior to its retention by the Committee.

    (d)    Akin Gump expects to develop a prospective budget and staffing plan to comply reasonably with the U.S. Trustee's request for information and additional disclosures, as to which Akin Gump reserves all rights.

    (e)    The Committee has approved Akin Gump's proposed hourly billing rates.  The Akin Gump attorneys staffed on the Debtors' Chapter 11 Cases, subject to modification depending upon further development, are set forth above in paragraph 14.

    16.    Upon information and belief, Akin Gump does not represent and does not hold any interest adverse to the Debtors' estates or their creditors in the matters upon which Akin Gump is to be engaged, except to the extent set forth in the Preis Declaration.  Akin Gump is, however, a large firm with a national and international practice and may represent or may have represented certain of the Debtors' creditors, equity holders, related parties or other parties in interest in matters unrelated to these cases.

### *NUNC PRO TUNC* RELIEF

    17.    The Committee believes that the employment of Akin Gump *nunc pro tunc* to September 26, 2019 is warranted under the circumstances.  Akin Gump has provided, and will continue to provide, valuable services to the Committee in connection with the Chapter 11 Cases.

---

[4] Akin Gump's intention to make reasonable efforts to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Revised UST Guidelines in connection with this Application and the interim and final fee applications to be filed by Akin Gump in the Chapter 11 Cases is based exclusively on the facts and circumstances of the Chapter 11 Cases.  Akin Gump fully reserves the right to object to the requirements contained in the Revised UST Guidelines should it determine that it is appropriate to do so.

As noted above, on the Formation Date, the Committee selected Akin Gump as lead counsel and requested that Akin Gump immediately commence work on important, time-sensitive matters, which required Akin Gump to devote significant resources, promptly, to the Debtors' cases prior to the submission and approval of this Application.   Since its selection as counsel to the Committee, Akin Gump, on behalf of the Committee, has worked closely with the Debtors with respect to the scope of their proposed second-day relief, including but not limited to the Debtors' motion to approve employee compensation and the Debtors' cash management motion.   Akin Gump also reviewed and negotiated with the Debtors and their equity holders regarding the terms of the Debtors' request for a preliminary injunction and ultimately reached agreement with such parties as reflected in the *Case Stipulation Among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties* (the "Case Stipulation") [ECF No. 291], which was filed with the Bankruptcy Court on October 11, 2019.   The Case Stipulation sets forth, among other things, a protocol and timeline for the sharing of information and diligence from the Debtors and their shareholders with the Committee and its advisors (which information gathering is well underway) and enabled the Committee to support the Debtors' request for a preliminary injunction, thereby providing the Debtors with a necessary breathing spell.   Akin Gump has also attended multiple in-person meetings with other parties in interest, prepared documents related to the Committee's formation and operation (including bylaws, a verified statement pursuant to Bankruptcy Rule 2019, and a motion to establish certain procedures for sharing information with other unsecured creditors), communicated with the Committee regarding key developments and strategic considerations in the Chapter 11 Cases, prepared and reviewed document requests in connection with the Case Stipulation and the second-day relief requested by the Debtors, and strategized with the Committee with respect to all of the foregoing.   Completing this work in an

10

expeditious manner has been necessary to ensure that the Committee is able to fulfill its fiduciary duties and maximize value for its constituents.

18.     Courts in this jurisdiction routinely approve *nunc pro tunc* employment similar to that requested herein.  *See, e.g., In re Sears Holding Corp.*, No. 18-23538 (RDD) [ECF No. 1107] (Bankr. S.D.N.Y. Dec. 10, 2018); *In re Tops Holding II Corp.,* No. 18-22279 (RDD) [ECF No. 352] (Bankr. S.D.N.Y. Mar. 22, 2018); *In re MPM Silicones, LLC*, No. 14-22503 (RDD) [ECF No. 256] (Bankr. S.D.N.Y. Apr. 28, 2014).  Accordingly, the Committee respectfully requests that the Court authorize the employment of Akin Gump *nunc pro tunc* to September 26, 2019.

## NOTICE

9.     Notice of this Application has been provided to parties in interest in accordance with the *Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*, dated as of October 24, 2019 [ECF No. 342].

## NO PRIOR REQUEST

10.     No prior request for the relief sought herein has been made to this Court or any other court.

## CONCLUSION

WHEREFORE, the Committee requests that the Court (a) enter an order, substantially in the form annexed hereto as **Exhibit A**, authorizing the Committee to retain and employ Akin Gump as its counsel in the Chapter 11 Cases *nunc pro tunc* to September 26, 2019, and (b) provide the Committee with such other and further relief as the Court may deem just, proper and equitable.

11

Dated: November 5, 2019                 Respectfully submitted,

**THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF PURDUE PHARMA L.P., *ET AL.***

By: _____

Name: Brendan Stuhan, not in his individual capacity
but solely on behalf of Blue Cross and Blue Shield
Association, in its capacity as co-chair of the Official
Committee of Unsecured Creditors of Purdue Pharma
L.P., *et al.*

## EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 12-23649 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PURDUE PHARMA L.P., *ET AL.* TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS COUNSEL, *NUNC PRO TUNC* TO SEPTEMBER 26, 2019

Upon the application dated November 5, 2019 (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P., *et al.* (collectively, the "Debtors") for entry of an order, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), authorizing the Committee to retain and employ Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") as lead counsel in connection with the Debtors' chapter 11 cases (the "Chapter 11 Cases"), and upon the declaration of Arik Preis, a partner in the financial restructuring group of Akin Gump, dated  November 5, 2019 (the "Preis Declaration") and the declaration of Brendan Stuhan, in his capacity as co-chair of the Committee, dated November 4, 2019  (the "Stuhan Declaration" and, together with the Preis

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Declaration, the "<u>Declarations</u>"); and it appearing that the attorneys of Akin Gump who will perform services on behalf of the Committee in the Chapter 11 Cases are duly qualified to practice before this Court; and this Court finding, based on the representations made in the Application and the Declarations, that Akin Gump does not represent any interest adverse to the Committee or the Debtors' estates with respect to the matters upon which it is to be engaged, that it is a "disinterested person," as that term is defined in Bankruptcy Code section 101(14), as modified by Bankruptcy Code section 1107(b), that its employment is necessary and in the best interests of the Committee and the Debtors' estates; and finding that adequate notice of the Application having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED THAT**:

1.    The relief requested in the Application is granted as set forth herein.

2.    In accordance with Bankruptcy Code sections 328(a) and 1103(a), Bankruptcy Rule 2014(a) and Local Bankruptcy Rule 2014-1 the Committee is hereby authorized and empowered to retain and employ Akin Gump as its counsel to represent it in these cases under chapter 11 of the Bankruptcy Code on the terms set forth in the Application and the Declarations, effective *nunc pro tunc* to September 26, 2019.

3.    Akin Gump shall be compensated in accordance with the procedures set forth in Bankruptcy Code sections 330 and 331, the applicable Bankruptcy Rules, the applicable Local Rules and any other applicable order of the Court.

4.    Akin Gump shall file a supplemental declaration with this Court and give not less than 10 business days' notice to the Debtors, the U.S. Trustee, and the Committee prior to implementing any increases in the rates set forth in the Preis Declaration in this case.  The supplemental declaration shall explain the basis for the requested rate increases in accordance

with Bankruptcy Code section 330(a)(3)(F) and state whether the Committee has consented to the rate increase.

5.   The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this order in accordance with the Application.

6.   To the extent any provision of the Application is inconsistent with this Order, the terms of this Order shall govern.

7.   The terms and conditions of this order shall be immediately effective and enforceable upon its entry.

8.   This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: _____, 2019

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT B

**Preis Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### DECLARATION OF ARIK PREIS IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PURDUE PHARMA L.P., *ET AL.* TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS COUNSEL, *NUNC PRO TUNC* TO SEPTEMBER 26, 2019

Under 28 U.S.C. § 1746, I, Arik Preis, declare as follows under the penalty of perjury:

1.      I am an attorney admitted to practice in the State of New York and the United States District Court for the Southern District of New York. I am a partner at the firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump").  Akin Gump maintains offices at, among other places, One Bryant Park, New York, New York 10036.   There are no disciplinary proceedings pending against me.

2.      I am familiar with the matters set forth herein and make this declaration (the "Declaration") in support of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P., *et al.* (collectively, the "Debtors") seeking approval to retain and employ Akin Gump as counsel to the Committee.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

3.   On September 26, 2019 (the "Formation Date"), pursuant to section 1102 of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for Region 2 (the "U.S. Trustee") appointed the Committee. *See Appointment of Official Committee of Unsecured Creditors* [ECF No. 131]. On the date thereof, the U.S. Trustee constituted the Committee to consist of: (a) Blue Cross and Blue Shield Association; (b) CVS Caremark Part D Services L.L.C. and Caremark PCS Health L.L.C.; (c) Cheryl Juaire; (d) Kara Trainor; (e) LTS Lohmann Therapy Systems Corporation; (f) Pension Benefit Guaranty Corporation; (g) Ryan Hampton; (h) Walter Lee Salmons; and (i) West Boca Medical Center.[3]   On the Formation Date, the Committee also selected Akin Gump to serve as lead counsel to the Committee.

4.   I am not, nor is Akin Gump, an insider of the Debtors. Except as set forth below, neither Akin Gump nor I holds directly any claim, debt or equity security of the Debtors.

5.   To the best of my knowledge and information, no partner or employee of Akin Gump has been, within two years from the Petition Date, a director, officer or employee of the Debtors as specified in Bankruptcy Code section 101(14)(B).

6.   Akin Gump does not have an interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders of the Debtors, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, as specified in Bankruptcy Code section 101(14)(C), or for any other reason.

---

[3] On October 9, 2019, the Committee received a letter from counsel to a multi-state group comprising approximately 1,222 entities, including 1,172 cities, counties and other governmental entities, seven Native American tribal nations, six hospitals, two districts, 34 medical groups, two funds, and one veterans' class across 36 states, representing approximately 60,000,000 individuals (the "Multi-State Group"), requesting the opportunity to join the Committee in an *ex officio* capacity. After careful consideration, on October 21, 2019, the Committee determined to grant the Multi-State Group's request and Cameron County, Texas (the "Ex Officio Member") joined the Committee. On October 30, 3019, the Multi-State Group filed the *Verified Statement of the Multi-State Governmental Entities Group Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* [ECF No. 409] disclosing the identity of each member of such group. For the avoidance of doubt, the Ex Officio Member is a non-voting member of the Committee and does not owe fiduciary duties to unsecured creditors as a result of its *ex officio* seat on the Committee.

7.    Akin Gump does not currently represent the Debtors or, to the best of my knowledge and information, any of their related parties, affiliates, partners, or subsidiaries. Moreover, Akin Gump will not undertake the representation of any party other than the Committee in connection with the Chapter 11 Cases.

8.    To the best of my knowledge and information, Akin Gump neither holds nor represents any interest adverse to the Committee, the Debtors, their creditors or other parties in interest or their respective attorneys in the Chapter 11 Cases.  Based upon information available to me, I believe that Akin Gump is a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

9.    In preparing this Declaration, through my colleagues, I submitted to Akin Gump's computerized client and conflict database (the "Conflict Database") the names set forth in a list of parties in interest identified by the Debtors and additional parties identified by Akin Gump, which included, among others: (i) the Debtors; (ii) non-Debtor related parties; (iii) the Debtors' current and former officers and directors; (iv) holders of the Debtors' equity; (v) the Debtors' largest customers; (vi) the Debtors' banks; (vii) the Debtors' creditors holding the 50 largest unsecured claims; (viii) plaintiffs that have filed litigation against the Debtors and their counsel; (ix) the Debtors' insurance brokers, providers, and sureties; (x) the Debtors' landlords and sublessees; (xi) the Debtors' professionals and legal counsel; (xii) government and regulatory agencies; (xiii) the Debtors' trade vendors; (xiv) personnel from the Office of the United States Trustee and the Bankruptcy Court; (xv) the parties that have filed notices of appearance in the Chapter 11 Cases as of October 15, 2019; (xvi) parties listed on statements filed pursuant to Bankruptcy Rule 2019 as of October 15, 2019; (xvii); members of the Committee; and (xviii) other non-classified parties.  A copy of the list of the parties searched by Akin Gump is annexed

3

hereto as Schedule 1 (collectively, the "Searched Parties").

10.     The Conflict Database maintained by Akin Gump is designed to include every matter on which the firm is now and has been engaged, by which entity the firm is now or has been engaged and, in each instance, the identity of related parties and adverse parties and certain of the attorneys in the firm that are knowledgeable about the matter.  It Akin Gump's policy that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties.  Accordingly, Akin Gump maintains and updates this system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.

**Representation of Parties in Interest**

11.     Set forth in Schedule 2 annexed hereto is a list of the Searched Parties from Schedule 1 (Search Parties) that Akin Gump either (i) currently represents (the "Current Clients") in matters wholly unrelated to the Chapter 11 Cases or (ii) has represented in the past in matters wholly unrelated to the Chapter 11 Cases.  In connection with the services to be rendered to the Committee, Akin Gump will not commence a cause of action against any Current Client with respect to the Chapter 11 Cases unless Akin Gump has received a waiver from the Current Client allowing Akin Gump to commence such an action.  In connection with the Chapter 11 Cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not obtained permitting Akin Gump to participate in such action, Bayard or other conflicts counsel will represent the interests of the Debtors' unsecured creditors.

12.     Set forth in Schedule 3 annexed hereto is a list of those parties from Schedule 1

(Searched Parties) that are currently or have in the past been adverse to clients of Akin Gump in matters wholly unrelated to these Chapter 11 Cases.

### Connections with Parties Representing 1% or More of Akin Gump's Revenues for 2016, 2017 or 2018

13.    At the inception of each engagement for which a declaration is required pursuant to Bankruptcy Rule 2014, Akin Gump reviews the information relating to the parties involved in a bankruptcy case to determine whether any such party, together with its known related entities, were clients of Akin Gump and, as a result, made payments to Akin Gump for services rendered in the calendar year prior to the date of review that in the aggregate for each such party exceeds 1% of Akin Gump's total revenues for such calendar year.  In connection with this Declaration, Akin Gump has reviewed similar information for the years 2016, 2017 and 2018.

14.    Akin Gump's revenues for services rendered on behalf of each of the parties identified in Schedule 1 (Searched Parties) aggregate, with respect to each such party, less than 1% of Akin Gump's annual revenue in each calendar year 2016, 2017 and 2018.

### Connections with Members of the Official Committee of Unsecured Creditors

15.    Akin Gump serves as counsel to informal and official committees of creditors in many restructurings and/or chapter 11 cases.  Of the current Committee members, Pension Benefit Guaranty Corporation and Blue Cross and Blue Shield Association or affiliates thereof have served in the past and/or currently serve as a member of one or more official creditors' committees that are represented by Akin Gump.

16.    Akin Gump currently represents and has represented in the past the following Committee members (or affiliates thereof) in matters wholly unrelated to these Chapter 11 Cases: Blue Cross and Blue Shield Association, CVS Caremark Part D Services L.L.C. and West Boca  Medical Center.

**Connections with the Debtors**

17.     As disclosed in Schedule 2 (Current or Former Clients), Akin Gump has in the past represented Purdue Pharma L.P. and Rhodes Technologies Inc. in matters wholly unrelated to the Debtors' Chapter 11 Cases.   Akin Gump has not provided legal services to Purdue Pharma L.P. in approximately 11 years and has not provided legal services to Rhodes Technologies Inc. in approximately 15 years.

18.     Akin Gump has represented in the past parties potentially adverse to the Debtors and the Debtors' affiliates in matters wholly unrelated to the Debtors' Chapter 11 Cases.

**Searched Parties (or Affiliates Thereof) that Are Currently Serving, or Have in the Past Served, on Informal and/or Official Creditors' Committees Represented by Akin Gump**

19.     Set forth in Schedule 4 annexed hereto is a list of those Searched Parties that are currently serving or have served in the past (or that are affiliates of any such entities) on one or more informal and/or official creditors' committees represented by Akin Gump, inclusive of these Chapter 11 Cases.

**Other Connections and General Disclosures**

20.     Akin Gump may have represented in the past and/or may currently represent or in the future may represent entities (other than parties in the attached schedules) not currently known to Akin Gump in matters wholly unrelated to the Chapter 11 Cases who may be parties in interest in these cases.   To the extent that Akin Gump discovers any such information or needs to update the information disclosed herein, Akin Gump will disclose such information by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

21.     In addition to the foregoing, after reasonable inquiry, I do not believe there is any connection between Akin Gump and the U.S. Trustee or any person known by me to be employed as an attorney with the office of such U.S. Trustee.

6

22.     It is possible that a professionally managed retirement plan on behalf of Akin Gump employees or members of a 401(k) type plan may hold equity interests in or other securities of the Debtors, but it is unknown to me at this time.

23.     None of Akin Gump's representations of creditors or other parties in interest who are involved in these Chapter 11 Cases comprise a material component of Akin Gump's practice, nor does Akin Gump currently represent such parties on any issue relating to these Chapter 11 Cases.  For the reasons stated herein, Akin Gump represents no interests adverse to the Debtors' individual creditors or the Committee and, therefore, is capable of fulfilling its duties to the Committee.

## Compensation

24.     Akin Gump is willing to be retained by the Committee as its counsel and will make appropriate applications to this Court pursuant to Bankruptcy Code sections 330 and 331 for compensation and reimbursement of out-of-pocket expenses, all in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable order of the Court.  Akin Gump will bill at its standard hourly rates, which currently are:

| Billing Category | Range |
| --- | --- |
| Partners | 2019: $925-$1,755 |
| | 2020: $995-$1,835 |
| Senior Counsel and Counsel | 2019: $690-$1,420 |
| | 2020: $735-1,510 |
| Associates | 2019: $170-$975 |
| | 2020: $390-1,070 |
| Paraprofessionals | 2019: $110-$435 |
| | 2020: $215-455 |

The names, positions and current hourly rates of the Akin Gump attorneys currently expected to have primary responsibility for providing services to the Committee are as follows:

7

| ATTORNEY | POSITION/DEPARTMENT | HOURLY RATE |
|---|---|---|
| Ira Dizengoff | Partner / Financial Restructuring Department | 2019: $1,550<br>2020: $1,595 |
| Arik Preis | Partner / Financial Restructuring Department | 2019: $1,425<br>2020: $1,595 |
| Mitchell Hurley | Partner / Litigation Department | 2019: $1,305<br>2020: $1,595 |
| Allison Miller | Partner / Corporate Department | 2019: $1,250<br>2020: $1,350 |
| Sara Brauner | Partner / Financial Restructuring Department | 2019: $1,125<br>2020: $1,225 |
| Edan Lisovicz | Associate / Financial Restructuring Department | 2019: $890<br>2020: $975 |
| James Salwen | Associate / Financial Restructuring Department | 2019: $660<br>2020: $775 |
| Brooks Barker | Associate / Financial Restructuring Department | 2019: $660<br>2020: $775 |

The foregoing hourly rates are subject to periodic increase (typically in January of each year) in the normal course of Akin Gump's business. Other attorneys and paralegals will, from time to time, assist in the representation of the Committee in connection with these cases at Akin Gump's standard hourly rates in effect for those personnel. The hourly rates set forth above are Akin Gump's standard hourly rates for work of this nature. These rates are set at a level designated to compensate fairly Akin Gump for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. Akin Gump operates in a complicated, national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, reputation, the nature of the work involved and other factors. Because the sub-markets for legal services are fragmented and are affected by a variety of individualized and interdependent factors, Akin Gump's rates for certain individual attorneys may vary as a function of the type of matter, the nature of certain long-term client relationships, and various other factors, including those enumerated above. Akin Gump specifically reserves its right to file an application for allowance

of an enhanced fee award at the end of this proceeding, subject to the discretion of the Committee.

25.     It is Akin Gump's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, photocopying charges, travel expenses, expenses for "working meals" and computerized research.  Akin Gump will seek reimbursement for such expenses in accordance with the procedures set forth in Bankruptcy Code sections 330 and 331, the applicable Bankruptcy Rules, the applicable Local Rules, the Administrative Order M-447 (Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases, dated January 29, 2013 (Morris, C.J.)), any order entered in these Chapter 11 Cases establishing procedures for interim compensation and reimbursement of expenses of professionals and any other applicable order of the Court.

26.     No agreement exists, nor will any be made, to share any compensation received by Akin Gump for its services with any other person or firm other than members of Akin Gump.

27.     For the reasons stated herein, Akin Gump represents no interest adverse to the Debtors' individual creditors or the Committee and, therefore, is capable of fulfilling its duties to the Committee and the unsecured creditors that the Committee represents.

28.     Akin Gump intends to apply for allowances of compensation for professional services rendered in these Chapter 11 Cases in accordance with the procedures set forth in Bankruptcy Code sections 330 and 331, the applicable Bankruptcy Rules, the applicable Local Rules, the Administrative Order M-447 (Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases, dated January 29, 2013 (Morris, C.J.)), and any order entered in these Chapter 11 Cases establishing procedures for

9

interim compensation and reimbursement of expenses of professionals and any other applicable

order of the Court.

29.     The foregoing constitutes the statement of Akin Gump pursuant to Bankruptcy

Code sections 328(a), 329, 504 and 1103(a), Bankruptcy Rule 2014(a) and Local Rule 2014-1.

## Statement Regarding U.S. Trustee Guidelines

30.     The Committee and Akin Gump intend to make a reasonable effort to comply

with the U.S. Trustee's requests for information and additional disclosures as set forth in the

Revised UST Guidelines, both in connection with this application and the interim and final fee

applications to be filed by Akin Gump in the course of its engagement.  In doing so, however,

the Committee and Akin Gump reserve all rights as to the relevance and substantive legal effect

of the Revised UST Guidelines in respect of any application for employment or compensation in

these cases that falls within the ambit of the Revised UST Guidelines.

31.     The following is provided in response to the request for additional information set

forth in Section D.1 of the Revised UST Guidelines.

(a)     Akin Gump did not agree to any variations from, or alternatives to, its standard or customary billing arrangements for this engagement.

(b)     No rate for any of the professionals included in this engagement varies based on the geographic location of the bankruptcy case.

(c)     Akin Gump did not represent any member of the Committee in 12 months prior to its retention by the Committee.

(d)     Akin Gump expects to develop a prospective budget and staffing plan to comply reasonably with the U.S. Trustee's request for information and additional disclosures, as to which Akin Gump reserves all rights.

(e)     The Committee has approved Akin Gump's proposed hourly billing rates.  The Akin Gump attorneys staffed on the Debtors' Chapter 11 Cases, subject to modification depending upon further development, are set forth above in paragraph 24.

10

I declare under penalty of perjury that the foregoing is true and correct on this 5th day of November 2019.

_/s/ Arik Preis_
Name: Arik Preis

**Schedule 1**
**Schedule of Searched Parties**

**Committee of Unsecured Creditors**

Blue Cross and Blue Shield Association
Cheryl Juaire
CVS Caremark Part D Services L.L.C. and
  CaremarkPCS Health, L.L.C.
Kara Trainor

LTS Lohmann Therapy Systems Corporation
Pension Benefit Guaranty Corporation
Ryan Hampton
Walter Lee Salmons
West Boca Medical Center

**Committee's Professionals**

Bayard, P.A.
Jefferies LLC
Province, Inc.

**Debtor Entities**

Adlon Therapeutics LP
Avrio Health LP
Button Land L.P.
Coventry Technologies LP
Greenfield Bioventures LP
Imbrium Therapeutics LP
Nyatt Cove Lifscience Inc.
Ophir Green Corp.
Paul Land Inc.
Purdue Neuroscience Company
Purdue Pharma L.P.
Purdue Pharma Manufacturing, LP
Purdue Pharma of Puerto Rico L.P.

Purdue Pharma Technologies Inc.
Purdue Pharmaceutical Products L.P.
Purdue Pharmaceuticals L.P.
Purdue Transdermal Technologies L.P.
Quidnick Land L.P.
Rhodes Pharmaceutical Inc.
Rhodes Pharmaceutical L.P.
Rhodes Technologies Inc.
Seven Seas Hill Corp.
SVC Pharma Inc.
SVC Pharma L.P.
UDF LP

**Other Related Entities**

Accardi B.V.
Accardi S.ar.l.
Alfa Generics B.V.
Arsago B.V.
Bangladesh Beauty Products Private Limited
Bard Pharmaceuticals Inc.
Bard Pharmaceuticals Limited
Beauty Products Lanka (Private Limited)
Bermag Limited
Boetti Corporation
Boldini Corporation
Bradenton Products B.V.
Bulla S.ar.l.
Cinfa Biotech Gmbh
Cinfa Biotech Sl
Clinical Designs Limited

Clovio Corporation
E.R.G. Realty, Inc.
Euro-Celtique S.A.
Evening Star Services Ltd.
Filti S.ar.l.
Flira S.ar.l.
Freya Holdings Limited
Hambert B.V.
Hayez Corporation
IAF Corporation
IAF Limited
IND S.ar.l.
Intromedix Advanced Medical Technologies
  Ltd.
Irey S.ar.l.
Krugmann Gmbh

1

L.P. Clover Limited
Ladenburg B.V.
Lake Claire Investments Ltd.
Lucien Holdings S.ar.l.
Lymit Holdings S.ar.l.
Maltus Corporation
Marnine Holdings Pte. Limited
Martone Holdings Pte. Limited
Medimatch AG
Mexcus Corporation
MN Consulting LLC
MNB Company
Modi-Mundipharma Beauty Products
  Private Limited
Modi-Mundipharma Healthcare Private
  Limited
Modi-Mundipharma Private Limited
Mundibiopharma Limited
Mundichemie Gmbh
Mundipharma (Argentina) S.R.L.
Mundipharma (Bangladesh) Private Limited
Mundipharma (China) Pharmaceutical
  Company Limited
Mundipharma (Colombia) S.A.S.
Mundipharma (Hong Kong) Limited
Mundipharma (Myanmar) Co., Ltd.
Mundipharma (Proprietary) Limited
Mundipharma (Shanghai) International
  Trade Limited Company
Mundipharma (Thailand) Limited
Mundipharma A/S (Formerly Norpharma
  A/S; Name Change May 15, 2017)
Mundipharma AB
Mundipharma AG
Mundipharma Anz Pty Limited (Formerly
  Mundipharma Pty. Limited; Name Change
  March 11, 2019)
Mundipharma AS
Mundipharma Australia Pty. Ltd.
Mundipharma B.V.
Mundipharma Bradenton B.V.
Mundipharma Brasil Produtos Médicos E
  Farmacêuticos Ltda.
Mundipharma Comm. VA
Mundipharma Company
Mundipharma Corporation (Ireland) Limited
Mundipharma Corporation Limited

Mundipharma DC B.V.
Mundipharma de Mexico, S. De R.L. De
  C.V.
Mundipharma Deutschland Gmbh & Co.
  KG
Mundipharma Development Pte. Ltd.
Mundipharma Distribution Gmbh
  (Philippines Branch)
Mundipharma Distribution Ltd.
Mundipharma Edo Gmbh
Mundipharma Egypt LLC
Mundipharma Farmaceutica LDA
Mundipharma Gesmbh
Mundipharma Gesmbh (Bratislava Branch)
Mundipharma Gesmbh (Prague Branch)
Mundipharma Gesmbh (Representative
  Office)
Mundipharma Gmbh
Mundipharma Healthcare Pte Limited
Mundipharma Holding AG
Mundipharma International Consulting
  Services Inc. (Mundipharma International
  Danişmanlik Hizmetleri Anonim Şirketi)
Mundipharma International Corporation
  Limited
Mundipharma International Holdings
  Limited
Mundipharma International Limited
Mundipharma International Limited (US)
Mundipharma International Services Gmbh
Mundipharma International Services
  Limited
Mundipharma International Services S.ar.l.
Mundipharma International Technical
  Operations Limited
Mundipharma IT Gmbh
Mundipharma IT Services Gmbh
Mundipharma IT Services Gmbh & Co. KG
Mundipharma IT Services Limited
Mundipharma IT Services Pte Ltd.
Mundipharma IT Services Verwaltungs
  Gmbh
Mundipharma Kabushiki Kaishe
Mundipharma Korea Ltd.
Mundipharma Laboratories Gmbh

2

Mundipharma Laboratories Gmbh
(Representative Office of Mundipharma
Laboratories Gmbh)
Mundipharma Laboratories Limited
Mundipharma Latam Gmbh
Mundipharma Limited
Mundipharma Ltd.
Mundipharma Management Sarl
Mundipharma Manufacturing Pte. Limited
Mundipharma Maroc
Mundipharma Mea Gmbh
Mundipharma Medical Cee Gmbh
(Representative Office; De-Registration
Pending)
Mundipharma Medical Company
Mundipharma Medical Company (Swiss
Branch)
Mundipharma Medical Company Limited
Mundipharma Medical Gmbh
Mundipharma Medical Gmbh (Budapest
Branch; De-Registration Pending)
Mundipharma Medical Gmbh (Romania
Branch)
Mundipharma Medical S.ar.l. (Sofia Branch;
Inactive)
Mundipharma Middle East FZ-LLC
Mundipharma Near East Gmbh
Mundipharma New Zealand Limited
Mundipharma Ophthalmology Corporation
Limited
Mundipharma Ophthalmology Products
Limited
Mundipharma Oy
Mundipharma Pharmaceutical Company
Sico Ltd.
Mundipharma Pharmaceuticals (Chile)
Limitada
Mundipharma Pharmaceuticals Argentina
S.R.L.
Mundipharma Pharmaceuticals B.V.
Mundipharma Pharmaceuticals BVBA
Mundipharma Pharmaceuticals Industry and
Trade Limited (Mundipharma Ecza
Urunleri Sanayi Ve Ticaret Limited Şirketi)
Mundipharma Pharmaceuticals Limited
Mundipharma Pharmaceuticals Private
Limited

Mundipharma Pharmaceuticals S.L.
Mundipharma Pharmaceuticals S.R.L.
Mundipharma Pharmaceuticals Sdn. Bhd.
Mundipharma Polska Sp. z o.o.
Mundipharma Pte Limited
Mundipharma Research Gmbh & Co. KG
Mundipharma Research Limited
Mundipharma Research Verwaltungs Gmbh
Mundipharma SAS
Mundipharma Scientific Office of
Mundipharma Mea Gmbh
Mundipharma Singapore Holding Pte.
Limited
Mundipharma Trading Bangladesh Private
Limited
Mundipharma Verwaltungsgesellschaft Mbh
NAPP Laboratories Limited
NAPP Pension Trustees Limited
NAPP Pharmaceutical Group Limited
NAPP Pharmaceutical Holdings Ltd.
NAPP Pharmaceuticals Limited
NAPP Research Centre Limited
Nappwood Land Corporation
Nayatt Cove Lifescience Inc.
Nitid S.ar.l.
Nontag S.ar.l.
One Stamford Realty L.P.
Paineurope Limited
Pharma Associates L.P.
Pharmaceutical Research Associates, Inc.
Porthos S.ar.l.
Pt. Mundipharma Healthcare Indonesia
Purdue Frederick Inc.
Purdue Pharma
Purdue Pharma Inc.
Purdue Pharma ULC
Qdem Pharmaceuticals Limited
Rafa Laboratories Limited
Revlon Pakistan Private Limited
SOFY S.ar.l.
Songol S.ar.l.
Sonti S.ar.l.
Tacca B.V.
Taiwan Mundipharma Pharmaceuticals Ltd.
Technical Scientific Office of Mundipharma
Near East Gmbh
TFC Pharma Gmbh

3

The NAPP Educational Foundation
The P.F. Laboratories, Inc.
The Purdue Frederick Company ("PF")
The Representative Office of Mundipharma
  Pharmaceuticals Pte. Ltd. in Ho Chi Minh
  City (Representative Office of
  Mundipharma Pharmaceuticals Pte. Ltd.
  (Singapore))

The Terramar Foundation, Inc.
Transworld Pharma Limited
TXP Services Inc.
Vaccaro B.V.
Venusti B.V.
Win-Health Care Private Limited
Win-Medicare Private Limited

**Current Directors and Officers**

Anthony Roncalli
Cecil Pickett
John Dubel
Ken Buckfire

Mike Cola
Peter Boer
R. Stevens Miller (Steve Miller)

**Former Directors and Officers**

Alan Dunton
Alan Must
Beverly Sackler
Brianne Weingarten
Burt Rosen
Craig Landau, M.D.
David A. Sackler
David Haddox
David Lundie
Diana Lenkowsky
Edward B, Mahony
F. Mark Geraci
Gail Cawkwell, M.D.
Ilene Sackler Lefcourt
J. Alan Butcher
Jacques Theurillat
John Renger
Jon Lowne
Jonathan D. Sackler
Josephine Martin
Karen Laurel

Kathe A. Sackler, M.D.
Lisa E. Pilla
Maggie Feltz
Marc Kesselman
Marcelo Bigal, M.D.
Maria Barton
Marv Kelly
Monica Kwarcinski, Ph.D.
Mortimer D.A. Sackler
Mortimer Sackler
Paul Medeiros
Paulo F. Costa
Philip C. Strassburger
Ralph Snyderman
Raymond Sackler
Richard S. Sackler, M.D.
Richard W. Silbert
Samantha (Sackler) Hunt
Stuart D. Baker
Theresa Sackler
Therese E. Sackler

**Banks**

Citibank
East West Bank
Goldman Sachs
JP Morgan Chase

Metropolitan Commercial Bank
UBS Group AG
Wells Fargo & Company

**Secured Creditors**

Air Liquide Industrial U.S. LP
Ikon Financial SVCS

4

U.S. Bank Equipment Finance

## 50 Largest Unsecured Creditors

Altergon Italia Srl
Amerisourcebergen
APC Workforce Solutions LLC
Ascent Health Services LLC
Ashland Specialty Ingredients GP
Bioeclipse LLC
Cardinal Health
Caremarkpcs Health, L.L.C.
Challenge Printing Company
Cobbs Creek Healthcare LLC
Cognizant Tech Solutions US Corp
Commonwealth of Pennsylvania Medicaid
  Drug Rebate Program
Contract Pharmacal Corp
CVS Caremark Part D Services, L.L.C.
Defense Health Agency
Denver Health & Hospital Auth
Department of Health Care Services (CA)
Dezenhall Resources
Frontage Laboratories Inc.
GCI Health
Georgia Dept of Community Health
Glatt Air Techniques Inc.
Healthcore Inc.
Integrated Behavioral Health Inc.
Inventiv Health Clinical Lab Inc.
Inventiv Health Consulting Inc.

Mckesson Corporation
Missouri Healthnet Division
North Carolina Department of Health and
  Human Services
Ohio Clinical Trials Inc.
Ohio Department of Medicaid
Oklahoma Health Care Authority
OptumRx, Inc.
Packaging Coordinators Inc.
Pharmaceutical Research Assoc Inc.
PL Development LLC
PPD Development LP
Prime Therapeutics LLC
Purple Strategies LLC
Rhodes Technologies Inc.
S Emerson Group Inc.
Sciecure Pharma Inc.
SPECGX LLC
State of New Jersey Division of Medical
  Assistance and Health Services
State of New York Department of Health
Thatcher Company
Trialcard Inc.
Walrus LLC
Wavelength Enterprises Inc.
Wisconsin Department of Health Services

## Vendors

Accencio LLC
Activus Solutions LLC
Advanced Clinical
Air Castle Limited
Alcami Corporation
Allied Universal Security Services
Alvogen Malta Operations Ltd
American United Life Ins Co
Anaqua Inc.
Aplicare Inc.
Aptus Health
Ashland Specialty Ingredients GP
Atlantic Corp of Wilmington Inc.
Atomus Inc.
Avista Pharma Solutions Inc.

Bank of America N.A.
Banner Pharmacaps Inc.
Berlin Packaging LLC
BI Worldwide
Blue Matter LLC
Brewster Jory Associates LLC
Cambrex Charles City Inc.
Capsugel
CBRE, Inc.
Centimark Corporation
Ceridian HCM Inc.
Challenge Printing Company
Charles River Laboratories
Cigna Health and Life Insurance Co.
Cigna Participant HSA Funding Fundi

Cintas Corporation
City of Wilson
Clarivate Analytics US LLC
Clockwell Strategy LLC
Cobbs Creek Healthcare LLC
Cobra Legal Solutions LLC
Cognizant Tech Solutions US Corp
Colorcon Inc.
Communities 4 Action Inc.
Contract Pharmacal Corp
Core Access Group LLC
Cornerstone Research Inc.
Covermymeds LLC
Crowe and Dunlevy
CSC Consulting Inc.
Cspace
Culinart Inc.
Cumberland Consulting Group LLC
Daniel J Edelman Limited
Debevoise & Plimpton LLP
Decision Resources Inc.
Deerfield Agency
Deloitte & Touche LLP
Denver Health & Hospital Auth
Depomed Inc.
Dezenhall Resources
Diray Media Inc.
DLA Piper LLP US
Dorsey & Whitney LLP
Drugscan Inc.
Durham County Tax Collector
Edwards Inc.
Elsevier
Epic Pharma LLC
Everfi Inc.
Fayette Memorial Hospital Assoc Inc.
Fette America Inc.
Fidelity Managed Income
Fisher Scientific Co LLC
FTI Consulting Sc Inc.
GCI Health
Gefco Forwarding USA Inc.
Glatt Air Techniques Inc
Goldman Sachs Asset Mgmt LP
Granules USA Inc.
Grm Information Management
Grunenthal Gmbh (EUR)

Hannegan Landau Poersh & Rosenbaum
Harm Reduction Therapeutics Inc.
Havas Health Inc.
HB Communications Inc.
HCL America Inc.
Health Advances Inc.
Healthagen
Healthcore Inc.
Host Analytics Inc.
Iheart Media Entertainment Inc.
IMCD US LLC
Inc Research LLC
Indoet Ltd
Inflexxion
Information Resources Inc.
Integrated Behavioral Health Inc.
Integreon Managed Solutions Inc.
Inventiv Health Clinical Lab Inc.
Inventiv Health Consulting Inc.
Iqvia Inc.
Iqvia Rds Inc.
Ironton & Lawrence County Area
J Knipper and Co Inc.
Johnson Controls Inc.
Joseph Hage Aaronson LLC
JRS Maintenance Service Inc.
JS Mccarthy Printers
Kaiser Foundation Health Plan
Kantar Health Inc.
Kashiv Pharma LLC
Kerry Ingredients & Flavours
Kleinfeld Kaplan & Becker
Klick USA Inc.
Leverage Global Consulting LLC
Light Sciences Oncology Inc.
Lowenstein Sandler PC
LTS Lohmann Therapy Systems
Luther J Strange III
Managed Markets
Marketvision Research Inc.
MC-21 Healthcare LLC
Mckee Building Group Inc.
Mckesson Specialty Arizona Inc.
Medidata Solutions Inc.
Meridian Comp of New York
MG America Inc.
Michael Allen Company LLC

Microsoft Licensing Group
Mitratech Holdings Inc.
Morris Nichols Arsht & Tunnell LLP
Movilitas Consulting LLC
Multisorb Technologies Inc.
Mulvaney Mechanical Inc.
NCH Marketing Services Inc.
Neal & Harwell Plc
Nelson Mullins Riley &
Nielsen Co LLC
Noramco Inc.
Northlake International LLC
Novation LLC
O Berk Co
Ohio Clinical Trials Inc.
Oracle America Inc.
Otis Elevator Company
Packaging Coordinators Inc.
Painweek
Patheon Pharmaceuticals Inc.
Petrillo Klein & Boxer LLP
Pharmaceutical Product Stewardship
Pinney Associates
Pl Development LLC
Porter Hedges LLP
PPD Development LLC
Praxis Precision Medicines Inc.
Precision Computer Services Inc.
Precision Promotional Effectiveness
Presidio Networked Solutions Inc.
Price Waterhouse Coopers LLP
Princeton Brand Econometrics Inc.
Princeton Office Center LLC
Proquest LLC
PSL Group American Limited
Publicis Hlth/Discovery USA
Purple Strategies LLC
Quality Chemical Laboratories
Quinn Emanuel Urquhart &
Razorfish Health
Reed Smith LLP
Relayhealth
Reltio Inc.
Revitas Inc.
Revolution Digital
Ricoh USA Inc.
Right Management Consultants

Robert Bosch Packaging
Robert S. Miller
Roda Creative Services
Russell Reynolds Assoc Inc.
S Emerson Group Inc.
SAP America
Scenic Designs Inc.
Schneider Electric Buildings
Sentient Jet LLC
Sharp Corp
Shionogi Inc.
Sidley Austin LLP
Siemens Industry Inc.
SIMR Inc
Sodexo Operations LLC
Sotax Corp
Southeast Industrial Equipment Inc.
Southport Law Offices LLC
Sparta Systems Inc.
Spencer Stuart
Spinethera Inc.
Standard Insurance Co.
State & Federal Communications Inc.
Sterne Kessler Goldstein & Fox PLLC
Stroz Friedberg Inc.
Sudler & Hennessey
Symbiance Inc.
Systech Solutions Inc.
Technical Traffic Consultants
Thatcher Company
The Children's Center of Hamden Inc.
The Jolt Agency
The Mcmahon Group LLC
Tracelink Inc.
Tribune Media Company
Truven Health Analytics LLC
Turner Construction Company
United Biosource LLC
United Parcel Service
United Services of America Inc
United States Pharmacopeial Convent
UPS Supply Chain Solutions
Valassis Direct Mail Inc.
Valuecentric LLC
Vaynermedia
Veeva Systems Inc.
Venable LLP

Viaduct Landholdings Mgmt & Vida
  Ventures
Vorys Sater Seymour & Pease LLP
Waldorf Astoria Amsterdam
Walgreen Co.
Walmart Inc.
Walrus LLC
Waters Corporation
Weil Gotshal & Manges LLP

Wells Fargo Financial Leasing Inc.
Wheels Inc.
WHR Group
Wiggin & Dana LLP
Wilmer Cutler Pickering Hale and Dorr LLP
Xttrium Laboratories Inc.
Yale University
Zerochaos
Zitter Group

**Customers**

Ace Surgical Supply
Albertsons
Alliance Animal Care LLC
Amazon.com
AMD Pennsylvania LLC
Amerisource Health Servs Corp
Amerisourcebergen Corporation
Amerisourcebergen Drug Corp
Anda Inc.
Associated Food Stores
Associated Pharmacies Inc.
Auburn Pharmaceutical Company
Bashas Inc.
Beck Lee
Bell Medical Services Inc.
Big Dees Tack and Vet Supply
Bloodworth Wholesale Drugs
Blupax Pharmaceuticals LLC
Borschow Hosp & Med Supplies
Bradley Caldwell Supply
Bruce Medical Supply
Burlington Drug Co Inc.
C&S Metro/C&S Brattleboro
Capital Wholesale Drug and Co
Cardinal Health dba Harvard Drui
Cardinal Health Inc.
Cardinal Health P.R. 120 Inc.
Certco Inc.
Cesar Castillo Inc.
Claflin Company
Complete Medical Supplies
Concordance Healthcare Solution
CVS Caremark
CVS Distribution
Dakota Drug Inc.
Discount Drug Mart

DMS Pharmaceutical Group Inc.
Drogueria Betances LLC
Drugs Unlimited Inc.
DV Medical Supply
Express Medical Supply
Express Scripts
Fisher Scientific
Florida Hardware LLC
Fred Meyer
Genetco Inc.
Golden State Medical Supply Inc.
Golub Central Dist
Greenhill Trading Inc.ind
Hannas Pharmaceutical Supply
Harmon Stores Inc.
Harris Teeter
HBC Service
HD Smith LLC
HE Butt Grocery
HE Butt Grocery Company
Healthsource Distributors LLC
Henry Schein Animal Health
Honeywell Safety Products
HY VEE
Imperial Distributors Inc.
Independent Pharmacy Cooperativi
Ingles Markets Inc.
Jams Wholesale Distribution
Jeffers Vet Supply
Jet.com Inc.
Keysource Acquisition LLC
Kinney Drugs
Kinray Inc.
Kmart Corporation
KPH Healthcare Services Inc.
L&R Distributors Inc.

Lake Erie Medical
Louisiana Wholesale Drug Co Inci
Marc Glassman
Mckesson Corp
Mckesson Financial Document
Medsafe
Meijer
Merchants Distributors
Metro Medical Supply
Meyers Supply
Miami Luken Inc.
Midwest Veterinary Supply
Morris Dickson Company Ltd
Mwi Veterinary Supply
NC Mutual
Nash Finch
Nationwide Medical/Surgical
Normed
Northwest Generics LLC
OptumRx
Owens & Minor
Park Surgical Co Inc.
Peytons
Peytons Fountain
Pharmacy Buying Association
Pmhi Medco Supply Co
Prescription Supply Inc.
Publix Super Markets Inc.
Quest Pharmaceuticals Inc.
Ralphs Grocery
Richie Pharmacal Co Inc.
Robert Matthews Company
Rochester Drug Cooperative Inc.

Roundys Inc.
Safe Chain
Safeway Mail Stop
Salus Medical LLC
Save Mart Modesto Yosemite Whs
Schnuck Markets
Schnucks Markets Inc.
School Health Supplies
Smith Drug Company
Southern Livestock Supply
Spartan Nash Inc.
Stater Brothers Market
Sunset Pharmaceuticals Inc.
Supervalu
Supervalu Pharmacies Inc.
Target Corp
The Hilsinger Company
Thrifty White
Top Rx LLC
U Rm Stores Inc.
Valley Veterinary Clinic Ltd
Valley Wholesale Drug Co LLC
Valu Merchandisers Company
Value Drug Company
Veterinary Service Inc.
VF Grace
Vistapharm Inc.
Vitacost.Com
Walmart Stores Inc.
Wegmans Food Markets
Western Saddlery
Winco Foods LLC

**<u>Government Authorities</u>**

Pension Benefit Guaranty Corporation
United States Food and Drug Administration
  (FDA)

United States Drug Enforcement
  Administration (DEA)

**<u>Utilities</u>**

Clean Harbors Inc.
Cox Business
Crystal Rock
Danox Environmental Services Inc.
Direct Energy Services LLC
Duke Energy
Earthlink Business Company

Eversource Energy
Frontier Communications
Heritage Environmental Services
Hocon Gas Inc.
Hocon Industrial Gas
IPASS
Kent County Water Authority

Lavoie & Son Industrial
Masergy Communications Inc.
Matheson Tri Gas Inc.
MCI Comm Service
National Grid
New Jersey American Water Co
On Site Shredding LLC
Optimum - Cablevision
PSE&G
PSNC Energy
Southern Elevator Co Inc.

Spectrum Business
Sprint
Stallings Brothers Holdings Inc.
Stericycle Inc.
Suez WTS USA Inc.
Time Warner Cable Enterprises LLC
Veolia ES Technical Solutions
Verizon
Verizon Washington DC Inc.
Waste Industries LLC
Zoom Video Communications

### Insurers

ACE American Insurance Co.
ACE Property and Casualty Insurance
  Company
Chubb
Factory Mutual Insurance Company
FM Global Transit
Great American Insurance Company (Vosco)
Ironshore Specialty Insurance Company
Isosceles Insurance Ltd. Separate Account
  [Pplp-01]
Liberty Insurance Corp

Liberty Mutual Fire Insurance Company
Liberty Surplus Insurance Corporation
  (Non-Admitted)
National Union Fire Insurance Co. of
  Pittsburgh, PA (AIG)
Old Republic Insurance Company
Steadfast Insurance Company - Zurich
The Insurance Company of The State of
  Pennsylvania (AIG Worldsource)
U.S. Specialty Insurance Company - HCC
Zurich American Insurance Company

### Surety Bonds

Westchester Fire Insurance Company

### Equity Interests

Anthony M. Roncalli
Banela Corporation
Beacon Company
BR Holdings Associates Inc.
BR Holdings Associates L.P.
Heatheridge Trust Company Limited,
Hercules Trust
Jeffrey A. Robins
Leslie J. Schreyer

Linarite Holdings LLC
Millborne Trust Company Limited
Perthlite Holdings Llc
PLP Associates Holdings Inc.
PLP Associates Holdings L.P.
Raymond R. Sackler
Rosebay Medical Company L.P.
Rosebay Medical Company, Inc.
Stanhope Gate Corp.

### Restructuring Professionals

Alixpartners LLP
Davis Polk and Wardwell LLP

PJT Partners LP
Teneo Strategy LLC

### Other Consultants & Advisors

Deloitte Consulting LLP
Ernst & Young
Genesis Research LLC

IBM Corporation
Mckinsey & Co Inc.
Trinity Partners LLC

ZS Associates Inc.

**Licensing Agreements**

Abbott Laboratories                                      University of Texas

Grünenthal Gmbh

**Litigation**

Occidental Chemical Corporation

**Landlords**

One Stamford Realty L.P.

UBS Financial Services Inc.

**Sublessees**

Aircastle Advisor LLC                                    Kokino LLC

Brookside Equity Partners                                Pharmaceutical Research Associates, Inc.

Charter Communications Holding Company,                  TXP Services Inc.

  LLC                                                    W.J. Deutsch & Sons Ltd.

Hillside Capital Incorporated

**United States Bankruptcy Judges (Southern District of New York)**

Cecelia G. Morris                                        Robert D. Drain

James L. Garrity Jr.                                     Robert E. Grossman

Martin Glenn                                             Sean H. Lane

Mary Kay Vyskocil                                        Shelley C. Chapman

Michael E. Wiles                                         Stuart M. Bernstein

**United States Trustee's Office**

**(Region 2, Southern District of New York, Manhattan and White Plains Divisions)**

Andrea B. Schwartz                                       Linda A. Riffkin

Andy Velez-Rivera                                        Maria Catapano

Benjamin J. Higgins                                      Mary V. Moroney

Brian S. Masumoto                                        Paul K. Schwartzberg

Cheuk M. Ng                                              Richard C. Morrissey

Danny A. Choy                                            Serene Nakano

Ercilia A. Mendoza                                       Shannon Scott

Greg M. Zipes                                            Susan Arbeit

Ilusion Rodriguez                                        Sylvester Sharp

Joseph Nadkarni                                          Victor Abriano

**Debtor Legal Counsel**

Abe Ikubo & Katayama                                     Blank Rome LLP

ABG Intellectual Property Law                            Borden Ladner Gervais LLP

Anaqua Services Inc.                                     Brinks Gilson & Lione

Angeli Ungar Law Group LLC                               Brunini Grantham Grower Hewes, PLLC

Arnold & Porter Kaye Scholer LLP                         Cetrulo LLP

Bassford Remele                                          Chris Shapley

Beresford Booth PPLC                                     Cipriani & Werner PC

11

Cogency Global
Cole Scott & Kissane
Covington & Burling LLP
Crowe & Dunlevy
Dannemann Siemsen Advogados
Dannemann Siemsen Bigler & Ipanema
  Moreira
Davidson, Davidson & Kappel, LLC
Davis, Hatley, Haffeman & Tighe, P.C.
Dechert LLP
Dehay & Elliston LLP
Dinse, Knapp & McAndrew
DLA Piper LLP
Dorsey & Whitney LLP
Durbin Larimore & Bialick
Euro Celtique S.A.
Evans Fears & Schuttert LLP
Fox, O'Neill & Shannon S.C.
Frazer Greene Upchurch & Baker, LLC
Frost Brown Todd LLC
German Gallagher Murtagh
Gibson Dunn & Crutcher LLP
Gordon, Arata, Montgomery, Barnett,
  Mccollam, Duplantis & Eagan LLP
Gunderson, Palmer, Nelson, Ashmore LLP
Hannegan Landau Poersch & Rosenbam
  Advocacy, LLC
Hepler Broom LLC
Hinckley, Allen & Snyder LLP
Hirst Applegate, LLP
Hogan Lovells US LLP [DC]
Holland & Hart
Jackson Lewis P.C.
John Lockey (Barrister)
Jones Day
Karr Tuttle Campbell
King & Spalding LLP
Kleinfeld Kaplan and Becker LLP
Larson O'Brien LLP
Law Offices of Ian E. Bjorkman, LLC
Leason Ellis LLP
Lewis Johs Avallone Aviles, LLP
Lowenstein Sandler LLP
Lynn Pinker Cox & Hurst
Lytle Soule & Curlee, P.C.
Maiwald
Marks & Clerk LLP

Maynard Cooper Gale
MDL 2804 Defendant Special Master Fund
Meltzer, Purtill & Stelle, LLC
Mitchell, Williams, Selig, Gates &
  Woodyard, PLLC
Montgomery & Andrews, Pa
Morgan Lewis & Bockius LLP
Morris Nichols Arsht and Tunnell LLP
Morrison & Foerster LLP
Neal & Harwell
Nelson Mullins Riley & Scarborough LLP
Nixon Peabody
Norton Rose Fulbright US LLP
Oliverio & Marcaccio LLP
O'Neill & Borges
Park Jensen Bennett LLP
Parker Hurst & Burnett PLC
Parsons Behle & Latimer
Penn Stuart & Eskridge
Pryor Cashman LLP
Reed Smith, LLP
Reichard & Escalera LLC
Reilly, Mcdevitt & Henrich, P.C.
Reminger Co., L.P.A.
Richmond & Quinn
Robinson Gray Stepp & Laffitte, LLC
Sands Anderson PC
Semmes Attorneys at Law
Shaw Keller LLP
Sidley Austin, LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Skarzynski Black
Snell & Wilmer
Steptoe & Johnson
Sterne Kessler Goldstein Fox PLLC
Stikeman Elliott, LLP
Stites & Harbison, PLLC
Taylor English
Taylor Law Office
Thompson Coburn, LLP
Thompson Hine
Troutman Sanders LLP
Vogel Law Firm, Ltd.
Vorys Sater Seymour & Pease
Walsh Pizzi O'Reilly Falanga LLP
Wheeler Trigg O'Donnell LLP
Wiggin and Dana, LLP

Wilmerhale

## **Director and Officer Legal Counsel**

| | |
|---|---|
| Brenner, Saltzman & Wallman LLP | Lankler Siffert & Wohl LLP |
| Cameron & Mittleman | Lewis Thomason King Krieg |
| Choate Hall & Stewart LLP | Lum, Drasco & Positan Llc |
| Cohen & Gresser LLP | Luther Strange & Associates LLC |
| Cohne Kinghorn | Mcdermott Will & Emery |
| Conner & Winters, LLP | Mulinix Goerke & Meyer PPLC |
| Davison Law | Nelson Mullins Riley & Scarborough LLP |
| Day Pitney | Norton Rose |
| Debevoise & Plimpton LLP | Norton Rose (Stroz Pass Through) |
| Deborah Barbier | Paul Weiss |
| Fitch Law Partners | Rosenthal Lurie & Broudy LLC |
| Haug Partners | Salvatore Prescott & Porter, PPLC |
| Hawkins Parnell & Young | Simpson Thacher Barlett LLP |
| Joseph Hage Aaronson LLC | Steptoe & Johnson |
| Kelley Jasons Mcgowan Spinelli Hanna & Reber, LLP | Wheeler Trigg O'Donnell LLP |
| | Zeiger Tigges & Little LLP |

## **Employee Indemnity Legal Counsel**

| | |
|---|---|
| Beresford Booth PPLC | Porter Hedges, LLP |
| Blank Rome LLP | Richard J. Prendergast, Ltd |
| Bryan Cave LLP | Riker Danzig Scherer Hyland & Perretti, LLP |
| Curl Glasson & Patrasciouiu Plc | |
| DLA Piper LLP | Robert Lima |
| Lisa Mallinger | Salvatore Prescott & Porter, PPLC |
| Lytle Soule & Curlee, P.C. | Taylor Law Office |
| Miller & Chevalier | Venable LLP |
| Petrillo Klein & Boxer | |

## **Plaintiffs' Attorneys**

| | |
|---|---|
| Aaron & Gianna, PLC | Anderson & Karrenberg |
| Abboud Law Firm | Andrews & Thornton |
| Abott Law Group | Andrus Anderson |
| Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing PC | Andrus Wagstaff |
| | Angela Hammonds-Saucier |
| Alexander Corder | Archie Lamb & Associates, LLC |
| Alexander Dubose Jefferson & Townsend LLP | Askman Law Firm |
| | Atlanta Dept. of Law |
| Alexandria City Attorney | Attorney General of Virginia |
| Alicia Roshong | Axley Brynelson |
| Allan J. George | Bad River Legal Dept. |
| Altman Legal Group | Bahe Cook Cantley & Nefzger PLC |
| Alvendia, Kelly & Demarest LLC | Bailey & Greer |
| Amy Arrington | Balch & Bingham |
| Anapol Weiss | Baldwin Crocker |

Barbara D. Underwood
Baron & Budd
Barrack, Rodos & Bacine
Barrett Law Group, P.A.
Barrett Law Office
Barrios, Kingsdorf & Casteix
Beard & Beard
Beasley Allen Law Firm
Beck, Amsden & Stalpes, PLLC
Bedford, Rogers & Bowling PC
Beggs & Lane
Behm and Behm
Bell Law Firm
Bentley & Bruning, PA
Berger & Montague, PC
Berke, Berke & Berke
Bern Cappelli
Berrigan Litchfield
Bianco PA
Bird Law Group
Birmingham & Cwach
Blackburn & Conner
Blackmon & Blackmon
Blanco County
Blasingame, Burch, Garrard & Ashley, PC
Bobby R. Manning
Boni, Zack & Snyder
Bonsignore, Llc
Boone Karlberg
Bossier & Associates, PLLC
Bowling & Johnson
Branstetter, Stranch & Jennings
Braswell Murphy LLC
Braud & Gallagher
Brazos County Attorney's Office
Brennan, Manna & Diamond
Brent L. Crumpton, PC
Brian K. Balser
Brindisi, Murad & Brindisi Pearlman
Brinson, Askew, Berry, Siegler, Richardson
    & Davis
Briol & Benson
Brister & Brister
Broussard Baloney
Brown, Readdick, Bumgartner, Carter,
    Strickland & Watkins
Bruhl Law Firm

Brunson, Barnett & Sherrer
Bryant Law Center
Buerger, Moseley & Carson
Bufete Andreu & Sagardia
Burg Simpson
Burgos & Associates
Burke Harvey
Burke Lasseter
Burke, Harvey & Frankowski, LLC
Burnside Law
Campbell Law Firm
Carella, Byrne, Cecchi, Olstein, Brody &
    Agnello, P.C.
Carey Davis & Lowe
Carpenter Lipps & Leland LLP
Cascade Law Center
Cates Mahoney
Ceiba Legal
Chafin Law Firm
Chambliss, Bahner & Stophel, PC
Charles E. Boyk
Charles L. Barnum, Pc
Chehardy, Sherman, Williams, Murray,
    Recile, Stakelum & Hayes, LLP
Cherundolo Law Firm
Cheverie & Associates
Christine M. Beck
Churchwyble, PC
Churman, Howald, Weber, Senkel &
    Norrick
City Attorney
City of Burlington
City of Eureka
City of Miami
City of Mount Vernon
City of Philadelphia Law Dept.
City of Quincy
City of Rochester
City of Savannah
City of St. Louis
Clayborne, Sabo & Wagner
Clendenen & Shea
Climaco Wilcox
Climaco, Wilcox, Peca & Garofoli
Cohen & Malad
Cohen & Milstein
Coles Barton, LLP

Collins, Collins & Conley
Colvin Law Firm
Conaway & Strickler, PC
Conley Griggs Partin LLP
Consovoy, Mccarthy, Park PLLC
Conybeare Law Office, PC
Cooner & Conway
Cooper & Elliott
Cooper Law Firm
Cory, Meredith, Witter & Smith
Cotchett, Pitre & Mccarthy, LLP
Crawford & Mauro
Critchley, Kinum & Denoia, LLC
Crongeyer Law Firm, P.C.
Crueger Dickinson
Curry & Friend
Cusimano, Roberts, & Mills
Cutler Law Firm
Czack Law Firm
D'Amore Law Group, P.C.
Dampier Law Firm
Dane County District Attorney's Office
Daniel R. Meachum & Assoc.
Daniell, Upton, Perry & Morris
D'Arcy Johnson Day
David N. Cole
Davis County Attorneys Office
Davis Schweizer PLLC
Debra Bechtel
Degaris & Rogers
Dekalb County State Attorney
Demer & Marniella
Dennis P. Couvillion
Dewitt Ross
Dewsnup, King, Olsen, Worel, Havas,
    Mortenson
Diamond Woodsum
Dickenson County Attorney
Dies & Parkhurst
Dilworth Paxson
Dolt Thompson
Domina Law Group
Don W. Barrett, PA
Dona Ana County
Donald R. Vaughn & Assoc.
Dressman Benzinger Lavelle
Dreyer Boyajian LLP

Drubner Hartley
Drummond Woodsum
Duham Jones & Pinegar
Durrett Law Offices
E. Mark Ezell, PC
Eaves Law Firm LLC
Edelson PC
Edmond, Lindsay & Hoffler
Edwards Frickle & Culver
Eggnatz Pascucci
Emerson Poynter
Enoch Tarver
Everett, Gaskins & Hancock, LLP
Faddoul, Cluff, Hardy & Conaway, PC
Faulknew, Hoffman & Phillips
Fayard & Honeycutt
Fears Nachawati
Feldman & Pinto
Fellerman & Ciarimboli Law
Ferraro Law Firm
Ferrer Poirot & Wansbrough
Fibich, Leebron, Copeland & Briggs
Fields PLLC
Fields, Dehmlow & Vessels
Fillingane Law Firm, LLC
Fine, Kaplan and Black
Fitzsimmons Law Firm
Fleming, Nolen & Jez, LLP
Foley & Lardner
Fox & Farley
Frazer Law, LLC
Frazer, PLC
Friedman & Associates, PC
Friedman, Dazzio, Zulnas & Bowling, P.C.
Fulgham Bullock, Pllc
Fulmer Sill Law Group
Gachassin Law Firm
Gainsburgh, Benjamin, David, Meunier &
    Warshauer
Galanda Broadman
Gallagher Law Firm
Gardner Brewer Martinez-Monfort, P.A.
Garry Whitaker Law, PC
Garson Johnson LLC
Gary C. Johnson, PSC
Gene Stump
George B. Daniel

Gibbs Armstrong Botochoff, PC
Gibson & Keith
Gilbert LLP
Gilman & Bedigian Llc
Glago Law Firm
Glenn Coffee & Assoc.
Gold, Khourey & Turak
Goldenberg, Heller & Antognoli, P.C.
Goldfarb & Huck Roth Rojas
Goldsmith & Goldsmith, L.L.P.
Gomez Iagmin Trial Attorneys
Goodwin & Goodwin
Goodwin Abernathy LLP
Grabhorn Law Office, PLLC
Grant D. Amey
Gray & White
Greene, Ketchum, Farrell, Bailey & Tweel
Griffith & Griffith
Grotefeld Hoffmann Schleiter Gordon &
  Ochoa LLP
Guida Law Office
Gullett Sanford
Gunter & Danzey
Gustafson Gluek PLLC
Hach Rose
Hagens Berman
Haley & Olson, PC
Haliczer Pettis & Schwamm
Hamel, Waxler, Allen & Collins
Hardin County Attorney
Hardy, Mcdaniel & Welch
Harrison Davis Steakley Morrison Jones, PC
Harrison Steakley
Harrison White
Hartley & Hickman
Haskell Slaughter & Gallion
Hasty Pope
Haviland Hughes
Hayley & Olson Pc
Heinlein, Beeler, Mingace & Heineman, PC
Heley Duncan & Melander
Helperbroom
Henry County State Attorney
Hill, Peterson, Carper, Bee & Deitzler,
  PLLC
Hobbs, Straus, Dean & Walker
Hogen Adams PLLC

Holland Law Firm
Holloran Schwartz & Gaertner
Houston, Thompson and Lewis, PC.
Hovde Dassow & Deets
Huber, Slack, Thomas & Marcelle
Hull Barrett, Pc
Hurwitz Sagarin
Hutchens Law Firm
Irpino, Avin & Hawkins Law Firm
Isaac Wiles Burkholder & Teetor LLC
J F Henderson Law, PLLC
J. Harold Seagle
J. Scott Taylor
Jack Harang
Jackson & Foster
Jackson, Fikes, Hood & Brakefield
Jackson, Vance, Morrison
James B. Ragan
James Law Office
Jason C. Odom
Jasper County
Jefferson County Attorney's Office
Jefferson Townsend
Jeffrey A. Cornell
Jeffrey Simon
Jessee and Jessee
Jinks, Crow & Dickson
John F. Young
John G. Walker
John Hunt Morgan, P.S.C.
John W. Alderman
Johnson & Johnson, PLLC
Johnson Berg Mcevoy & Bostock
Johnson Gray
Johnson, Caldwell & Mccoy
Johnson, Johnson, Lucas & Middleton, PC
Jones, Waldo, Holbrook & Mcdonough P.C.
Kalish Law
Kanner & Whiteley LLC
Kapke & Willerth
Kaufman Canoles
Keefe Law Firm
Keller Lenkner LLC
Keller Rohrback LLP
Kelley & Ferraro
Kelley, Goldfarb, Huck, Roth & Riojas,
  PLLC

16

Kelly, Durham & Pittard, LLP
Kemp & Kemp
Kendall County State Attorney
Kenyatta K. Stewart (Acting Corporate
  Counsel)
Kercsmar & Feltus
Kerkman Wagner & Dunn
Kilgore Law Office
Kimberly C. Haugh, PC
Kinnard Clayton & Beveridge
Kirk Pinkerton, PA
Kopelowitz Ostrow Ferguson Weiselberg
  Gilbert
Kovacich Snipes
Kozyak Tropin and Throckmorton
Krause & Kinsman
Krupnick
Kushner Hamed & Grostic
Kwall Barack Nadeau
L/O Crystal Jessee
Laborde Earles Law Firm
Lancione & Lancione
Lanier Law
Law Office of Dan A. Robin, Jr. LLC
Law Office of Daniel R. Karon
Law Office of Grant D. Amey, LLC
Law Office of Joseph C. Tann
Law Office of Robert E. Sweeney
Law Office of Thomas L. Young, P.A.
Law Offices of B. Dahlenburg Bonar, P.S.C.
Law Offices of Francis O. Scarpulla
Law Offices of Grant D. Amey
Law Offices of P. Rodney Jackson
Leblanc Fantaci Villo
Lefton Group
Leger & Shaw
Leiff Cabraiser
Leist Warner
Leslie Murray Law Firm
Levenfeld Pearlstein
Levin Papantonio
Levin Sedran & Berman LLP
Levin, Papantonio
Lieff, Cabraser, Heimann & Bernstein
Lillis Law Firm LLC
Lloyd & Hogan
Lockridge Grindal Nauen PLLP

Lola Thomas
Los Angeles City Attorney's Office
Lowe, Mobley, Lowe & Leduke
Lowe, Stein, Hoffman, Allweiss & Hauver
Luciana P. Brasil
Luis R. Vera & Assoc.
Lupardus Law Office
Macoupin County State Attorney
Maddox Isaacson & Cisneros
Magleby, Cataxinos & Greenwood
Manchester Law Office
Mann & Kemp
Marc J. Bern & Partners LLP
Marcus & Mack
Mark A. Schneider
Marler Schrum
Martin Walker PC
Martinsville City Attorney
Martzell & Bickford
Martzell, Bickford & Centola
Matthew P. Chenevert
Matthew R. Mccarley
Mauro Archer & Assoc.
Mayle LLC
Maytte Texidor Lopez
Mcafee & Taft
Mcbrayer, Mcginnis, Leslie & Kirkland
  PLLC
Mccabe Trotter and Beverly
Mccamy Phillips, Tuggle
Mccoy, Hiestand & Smith, PLC
Mchugh Fuller Law Group, PLLC
Mckellar Hyde PLC
Mcnamee & Mcnamee
Mcnamee Hosea
Means Gillis Law
Melissa J. Williams
Merrimack County
Meyer Hendricks & Bivens PA
Meyers & Flowers, LLC
Meyers, Flowers, Bruno & Herrmann
Michael H. Kahn
Mike & Associates
Mike Moore Law Firm
Miles Granderson LLC
Miller Law
Mololamken

Montgomery County Prosecuting Attorneys
  Office
Montgomery Ponder
Mooney Wieland Smith & Rose
Moore Law Group
Morgan & Morgan
Morris King & Hodge
Morrow, Morrow, Ryan, Bassett & Haik
Mortensen
Motley Rice
Mthirtysix PLLC
Mullens & Mullens
Murray & Murray Co.
Nack Richardson & Nack
Napoli Shkolnik PLLC
Neblett, Beard & Arsenault
Neil T. Leifer LLC
Nelson, Bryan & Cross
Nick Kahl, LLC
Nick Mauro
Nix, Patterson & Roach
Nixon, Vogelman, Barry, Slawsky &
  Simoneau
Nueces County Attorneys Office
Nye & Nye
Nye County District Attorney
Ochs Law Firm
Office of County Attorney - Harvey
Office of Robert F. Julian
Office of Salt Lake District Attorney
Office of The Attorney General - Texas
Office of The Montgomery County Attorney
O'Malley & Langan
O'Neill Law
Osborne & Francis
Oths, Heiser, Miller, Waigland & Clagg
Panatier Bartlett
Pansing Hogan Ernst & Backman
Paoli Law Firm, PC
Parks Crump LLC
Pasternack, Tilker, Ziegler, Walsh, Stanton
  & Romano
Patrick C. McGinley
Patrick C. Smith LLC
Patty & Young
Paul D. Henderson
Pedersen and Whitehead

Pendley, Baudin & Coffin
Perrin, Landry, Delaunay
Perry & Young
Phillips & Paolicelli
Phipph Deacon Purnell
Phipps Anderson Deacon
Phipps Deacon Purnell
Piatt County State Attorney
Pierce County Prosecutor's Office
Pinto Coates Kyre & Bowers, PLLC
Plevin, Galucci Company, L.P.A.
Podhurst Orseck P.A.
Pogust Braslow & Millrood
Pompey & Pompey
Poole & Poole
Poole Law
Porteous Hainkel & Johnson
Porteous, Hainkel and Johnson, LLP
Portland City Attorney's Office
Powell & Majestro
Prieto, Marigliano, Holbert & Prieto, LLC
Prim & Mendheim
Prince Armstrong LLC
Prince Glover & Hayes
Pritt & Spano
Prochaska, Howell & Prochaska LLC
Purnell Law
R. Jeffrey Perloff
R.D. Burns
Ralph E. Marasco, Jr.
Ramos Law
Rebein Brothers
Reddick Moss, PLLC
Reich & Binstock
Reidar M. Mogerman
Rex A. Sharp, P.A.
Richard Schecter
Riley & Jackson
Rinehardt Law Firm
Robbins Geller Rudman & Dowd LLP
Robert F. Julian
Robert Pierce & Assoc.
Robins Geller
Robins Kaplan
Robinson Calcagnie
Robles, Rael & Anaya
Rodman, Rodman & Sandman

Roger F. Lagarde
Rogers Law Group, PA
Romano Law Group
Ronald L. Book, PA
Roosevelt County Attorney
Rosen Harwood
Ross F. Lagarde
S. Dubose Porter, Attorney at Law
Sacks Weston Diamond
Saltz Mongeluzzi Barrett & Bendesky
Salvatore Territo
Sam Bernstein Law Firm, PLLC
San Francisco City Attorney's Office
San Patricio County Attorneys Office
Sanders Phillips Grossman, LLC
Sanders, Motley, Young & Gallardo
Sanford Heisler Sharp
Sarpy County Attorney
Savage O'Donnell
Scheer Montgomery
Schonekas, Evans, McGoey & McEachin
Schwartz Bon Walker & Studer
Schwarz Mongeluzzi
Scott & Scott
Scott Elliott Smith
Scott Taylor, PLLC
Seagle Law
Seeger Weiss LLP
Seif & Mcnamee
Shaffer Madia Law
Shelby County Attorney's Office
Sheller, PC
Sher Garner Cahill Richter Klein & Hilbert,
    LLC
Silverman Thompson Slutkin and White
    LLC
Simmons & Simmons
Simmons Hanly Conroy
Simon Greenstone Panatier Bartlett
Simon Law Firm
Sims & Sims
Skagit County Prosecutor's Office
Skikos Crawford Skikos & Joseph
Skinner Law
Smith & Fawer
Smith & Johnson
Smith Stag

Sommers Schwartz Pc
Sonosky, Chambers, Sachse, Mielke &
    Brownell, LLP
Sonosky, Chambers, Sachse, Miller &
    Munson, LLP
Spangenberg, Shibley & Liber
Spears & Spears
Speights & Worrich, LLC
Spiro Harrison
Stag Liuzza, L.L.C.
Stephen M. Tunstall
Steven E. Scheer
Steven W. Berman
Steven William Teppler
Stoll Stoll Berne Lokting & Shlachter P.C.
Strawbridge
Strong-Garner-Bauer
Stuart Smith
Studstill Firm
Stull, Stull & Brody
Styron & Shilling
Sullivan & Sullivan
Sullivan, Ward, Asher & Patton
Sumner County Law Department
Susan J. Van Zandt
Suthers & Thompson
Suzanne Weise
Sweeney Merrigan Law
Tad Robinson O'Neill
Taft Stettinius & Hollister LLP
Tate Law Group
Taylor & Knight
Taylor Martino
The Bell Law Firm
The Bilek Law Firm
The Bruehl Firm
The Calwell Practice
The Chaffin Law Firm
The Charleston Group
The Cheek Law Firm
The Cherokee Nation
The Cicala Law Firm PLLC
The CK Hoeffler Firm
The Cochran Firm-Donthan, PC
The Conrad Law Firm
The Cooper Law Firm
The Creadore Law Firm

The Czack Law Firm
The Dampier Law Firm
The Danzey Law Firm
The Diaz Law Firm
The Dilorenzo Law Firm, LLC
The Downey Law Firm
The Dudenhefer Law Firm, LLC
The Dugan Law Firm
The Edwards Firm
The Eichholz Law Firm, P.C.
The Finnell Firm
The Fitte Law Firm LLC
The Frankowski Law Firm LLC
The Gallagher Law Firm
The Green Law Firm
The Gross Law Firm
The King Firm
The Kuykendall Group
The Lanier Law Firm
The Law Offices of Tom Hall
The Maher Law Firm, PA
The Miller Law Firm
The Moskowitz Law Firm
The Poole Law Group
The Sam Bernstein Law Firm, PLLC
The Spigarelli Law Firm
The Webb Law Centre
Themis Pllc
Thomas Barney
Thomas E. Edge
Thomas E. Mcintire & Associates
Thomas J. Donovan Jr.
Thompson Barney Law Firm
Thompson, Thompson & Winters
Thornton Carpenter O'Brien Lawrence &
   Sims
Thornton Law Firm
Thrash Law Firm, P.A.
Thrasher Dismore & Dolan
Tisinger Vance, P.C.
Tousley Brian Stephens
Trafton, Matzen, Belleau & Frenette LLP
Troy Law Firm

Tucker Long, PC
Turner, Reid, Duncan, Loomer & Patton
Tzangas, Plakas, Mannos
Utah Attorney General's Office
Ventura Law
Virginia Beach City Attorney's Office
Von Stange Law
Wagstaff & Cartmell, LLP
Walker Sigmon Law
Walter B. Calton
Walworth County Corporation Counsel
Ward & Smith
Ward and Smith
Ward Black
Warner Law
Washington County Attorney
Waters Kraus & Paul
Watson Heidelberg Jones
Watts Guerra
Weisman, Kennedy & Berris Co., L.P.A..
Weitz & Luxenberg
Welch Law Firm, PLC
Wes Williams Jr.
Whaley Law Firm
Whetstone Perkins and Fulda
Whitaker
Whitten Burrage
Wiggins, Childs, Quinn & Pantazis, LLC
Wilentz, Goldman & Spitzer
Wilkes & Mchugh
Williams Dirks Dameron LLC
Winch Law Firm
Wolf Haldenstein Alder Freeman & Herz
   LLP
Worel Havas
Yarborough Law Office
Young Ricchiuti Caldwell & Heller
Zachary W. Carter
Zarzaur Mujumdar & Debrosse
Zebarsky Payne
Zeldes, Needle & Cooper
Zoll & Kranz
Methvin Portis & Miles PC

**Plaintiffs**
A.M.H.
Absolute House

Adair County
Adams County

Adams County Board of County
  Commissioners
Adams County, Idaho
Adams County, Mississippi
AFSCME District Council 33 Health &
  Welfare Fund
AFSCME District Council 47 Health &
  Welfare Fund
Akiak Native Community
Alamosa County
Alan Wilson South Caroline Attorney
  General
Alaska Native Tribal Health Consortium
Aleutian Pribilof Islands Association, Inc.
Alexander County
Allamakee County
Allegany County, Maryland
Alleghany County
Allen County
Allen County Board of County
  Commissioners
Amber Zibritosky, The Law Director for the
  City of Stow
Amel Eiland
American Federation of State, County and
  Municipal Employees District Council 37
  Health & Security Plan
American Resources Insurance Company,
  Inc.
Amite County, Miss.
A-Mmed Ambulance, Inc.
And City of Mountain Brook, AL
Anderson County
Andrew G. Riling and Beverly Riling
Androscoggin County
Andy Brown, In His Capacity as The Sheriff
  For Jackson Parish
Angel Bolton and Christopher Bolton
Anne Arundel County, Maryland
Anson County
ApolloMd Business Services, LLC
Appalachian Regional Healthcare, Inc.
Appling Health Care System
Arab, Al
Arizona Counties Insurance Pool
Arizona Municipal Risk Retention Pool
Armstrong County, Pa

Aroostook County
Asa' Carsamiut Tribe
Asbestos Workers Local 6 Health and
  Welfare Fund and Massachusetts
  Bricklayers & Masons Trust Funds
Ascension Parish Government
Ashe County
Ashland County
Ashland County Board of County
  Commissioners
Assoc. of Ark. Counties
Assoc. of Ark. Counties Risk Mgmt. Fund
Assoc. of Ark. Counties WC Trust
Atchison County, Missouri
Athens County Board of County
  Commissioners
Atkinson County, Georgia
Audrain County, Missouri
Auglaize County Board of County
  Commissioners
Augusta, GA
Autauga County, Alabama
Bacon County Hospital and Health System
Bacon County Hospital Foundation, Inc.
Bacon County, Georgia
Bad River Band of Lake Superior Chippewa
Baltimore County, Maryland
Banks County, Georgia
Baptist Health Corbin
Baptist Health Floyd
Baptist Health La Grange
Baptist Health Lexington
Baptist Health Louisville
Baptist Health Madisonville, Inc.
Baptist Health Paducah
Baptist Health Richmond, Inc.
Baptist Healthcare System, Inc.
Baptist Hospital Inc. and Jay Hospital
Barbara D. Underwood, Attorney General of
  the State of New York
Barbara Rivers
Barbour County, Alabama
Barron County
Barry Staubus
Bartow County, Georgia
Battle Mountain of The Te-Moak Tribe of
  Western Shoshone Indians

Bay County
Bayfield County
Beaufort County
Beauregard Parish Police Jury
Beaver County, Pennsylvania
Bell County
Bellefonte Physician Services, Inc.
Belmont County Board of County
    Commissioners
Ben Hill County, Georgia
Benton County
Benton County, Miss.
Benton Fire Protection District No. 4
Bergen County
Berkeley County Council
Berlin, New Hampshire
Berrien County, Georgia
Bibb County, Alabama
Big Bend Community Based Care Inc.
Big Sandy Rancheria of Western Mono
    Indians
Big Valley Band of Pomo Indians of The
    Big Valley Rancheria
Bill Chris, The Law Director for the City of
    Green
Bios Companies, Inc.
Bios Companies, Inc. Welfare Plan
Black Hawk County
Blackford County, Indiana
Blaine County, Idaho
Bland County, Virginia
Bleckley Memorial Hospital
Blount County
Blue Cross and Blue Shield of Louisiana
Board of Commissioners for Lucas County,
    Ohio
Board of County Commissioners of Caddo
    County
Board of County Commissioners of
    Cherokee County, Kansas
Board of County Commissioners of County
    of Larimer
Board of County Commissioners of Cowley
    County, Kansas
Board of County Commissioners of
    Crawford County, Kansas

Board of County Commissioners of Grady
    County
Board of County Commissioners of Harper
    County
Board of County Commissioners of
    Jefferson County
Board of County Commissioners of Love
    County
Board of County Commissioners of Neosho
    County, Kansas
Board of County Commissioners of
    Pittsburg County
Board of County Commissioners of Pratt
    County, Kansas
Board of County Commissioners of
    Stephens County
Board of County Commissioners of the
    County of Adams
Board of County Commissioners of the
    County of Arapahoe
Board of County Commissioners of the
    County of Boulder
Board of County Commissioners of the
    County of Dona Ana, New Mexico
Board of County Commissioners of the
    County of Fremont
Board of County Commissioners of the
    County of Mckinley
Board of County Commissioners of the
    County of Santa Fe
Board of County Commissioners of the
    County of Taos
Board of County Commissioners of the
    County of Teller
Board of County Commissioners of
    Washington County, Maryland
Board of Dewey Commissioners of Harper
    County
Board of Kiowa Commissioners of Harper
    County
Board of Major Commissioners of Harper
    County
Board of Woods Commissioners of Harper
    County
Bob Heydorn, The Solicitor The Village of
    Silver Lake
Bobbie Lou Moore

Bobby Guidroz, Sheriff of St. Landry
  Parish, Louisiana
Boise County, Idaho
Bon Secours Health System, Inc.
Bond County
Bonneville County, Idaho
Boone County
Boone County, Illinois
Bossier City
Bossier Parish
Bossier Parish Emergency Medical Services
  Ambulance District
Boston Township
Bourbon County, Kansas
Bowling Green Warren County Community
  Hospital Corporation
Boyd County
Boyle County
Brad Bryan, The Solicitor For The Village of
  Peninsula
Brantley County, Georgia
Brazos County
Brevard Family Partnership
Brian Lowry
Bricklayers and Allied Craftworkers Local
  Union No. 1 of PA/DE Health and Welfare
  Fund
Bridge House Corporation
Brooke County Commission
Brooks County, Georgia
Broward County, Florida
Brown County
Brown County Board of County
  Commissioners
Brunswick County
Bryan Nace, The Law Director for the City
  of Fairlawn
Bryant C. Dunaway
Buchanan County
Buchanan County, Missouri
Bucks County
Buffalo County
Bullitt County
Bulloch County, Georgia
Bullock County, Alabama
Buncombe County
Bureau County, Illinois

Burke County
Burnett County
Butler County
Butler County Board of Commissioners
Butler County, Alabama
Butts County, Georgia
Cabarrus County
Caddo Fire Protection District No. 1
Caddo Parish
Cahto Indian Tribe of The Laytonville
  Rancheria
Caldwell County
Caldwell Parish
Calhoun County
Calhoun County, Alabama
Calhoun County, Florida
Calhoun County, South Carolina
Calumet County
Cambria County, Pennsylvania
Camden County, Georgia
Camden County, NJ
Campbell County, TN
Candler County, Ga
Canyon County
Cape Girardeau County
Cape May County, New Jersey
Carbon County, Utah
Carbon County, Wyoming
Caribou County, Idaho
Carmen Siebler
Caroline County, Maryland
Carpenters Health & Welfare of Philadelphia
  & Vicinity
Carroll County
Carroll County Board of County
  Commissioners
Carroll County, Mississippi
Carroll County, Virginia
Carteret County, North Carolina
Casper, Wyoming
Cass County, Missouri
Cassia County, Idaho
Caswell County
Catahoula Parish Police Jury
Catawba County, NC
Catoosa County, Georgia
Cecil County, Maryland

Center Point, Inc.
Central Florida Behavioral Health Network Inc.
Central Florida Cares Health System Inc
Central States, Southeast and Southwest Areas Health & Welfare Fund
Chaffee County
Chambers County, Alabama
Champaign County Board of County Commissioners
Champaign County, Illinois
Charlton County, Georgia
Charter Township of Canton
Charter Township of Clinton, Michigan
Charter Township of Huron, Michigan
Charter Township of Northville
Charter Township of Van Buren
Chatham County, Georgia
Chattooga County
Chelan County
Cher-Ae Heights Indian Community of the Trinidad Rancheria
Cherokee County
Cherokee County, Alabama
Cheshire County
Cheyenne & Arapaho Tribes
Cheyenne River Sioux Tribe
Chicago Regional Council of Carpenter
Chicago Regional Council of Carpenters Welfare Fund
Chickasaw County, Mississippi
Chickasaw Nation
Chilton County, Alabama
Chippewa County
Chitimacha Tribe of Louisiana
Choctaw Nation
Chowan County
Chris and Diane Denson
Christian County
Chugachmiut, Inc.
City and County of Broomfield
City and County of Denver
City of Abbeville, Al
City of Ada
City of Alamosa
City of Albany
City of Albany, Georgia

City of Albertville, AL
City of Alexandria
City of Alexandria, City of Elwood and Madison County
City of Alexandria, Louisiana
City of Aliquippa
City of Alma, Georgia
City of Anacortes and Sedro-Woolley School District
City of Anniston, Alabama
City of Ansonia
City of Ashland, Ohio
City of Atlanta
City of Auburn
City of Augusta
City of Aurora
City of Aurora, Ohio
City of Bainbridge, Georgia
City of Bangor
City of Barberton
City of Bastrop, Louisiana
City of Baton Rouge, Parish of East Baton Rouge
City of Beech Grove, Indiana
City of Belmont
City of Benham
City of Berwyn
City of Beverly, Massachusetts
City of Biddeford
City of Birmingham, Alabama
City of Black Hawk
City of Bloomington and Monroe County
City of Boaz, AL
City of Bogalusa, Louisiana
City of Boise
City of Boston
City of Bowie, Maryland
City of Bradenton
City of Bridgeport
City of Bridgeport, Alabama
City of Broadview Heights
City of Broken Arrow
City of Brunswick
City of Brunswick, Georgia
City of Buckhannon, West Virginia
City of Buckhorn
City of Burbank

City of Burlington
City of Carbon Hill, Alabama
City of Cardova, Alabama
City of Caribou
City of Catersville
City of Central Falls, RI
City of Charleston, Miss.
City of Chelsea
City of Chicago
City of Chicago Heights
City of Chicopee
City of Cincinnati
City of Clanton, Alabama, a Municipal
   Corporation
City of Claremont
City of Clarksville, Tennessee
City of Clearwater In The County of
   Pinellas
City of Cleveland
City of Coconut Creek, Florida
City of Columbia, Mississippi
City of Columbus
City of Columbus, Mississippi
City of Commerce City
City of Concord, New Hampshire
City of Connersville and Fayette County
City of Coral Gables
City of Countryside
City of Covington
City of Covington, Kentucky
City of Cranston, RI
City of Cumberland, Maryland
City of Cuyahoga Falls
City of Danubury
City of Dayton
City of Decatur, Alabama
City of Deerfield Beach, Florida
City of Delray Beach
City of Demopolis, Alabama
City of Demorest, Georgia
City of Derby
City of Detroit
City of Donaldsonville
City of Dora
City of Douglas, AL
City of Dover, New Hampshire
City of Eagle Pass, Texas

City of East Cleveland, OH
City of East Lansing, Michigan
City of East Providence
City of Easthampton, Mass.
City of Edmond
City of Elyria
City of Enterprise, Alabama
City of Escanaba, Michigan
City of Euclid
City of Eunice, Louisiana
City of Eureka
City of Evansville, Indiana
City of Everett
City of Evergreen, Alabama
City of Fairlawn
City of Fall River
City of Fayette Alabama
City of Fayetteville
City of Findlay
City of Fishers, Indiana
City of Fitchburg
City of Fitzgerald, Georgia
City of Flint, Michigan
City of Florence
City of Florence, Alabama
City of Fort Lauderdale, Florida
City of Fort Payne, Alabama
City of Fostoria
City of Framingham
City of Franklin
City of Franklin, New Hampshire
City of Frederick, Maryland
City of Frostburg, Maryland
City of Gadsden, Alabama
City of Gainesville, Georgia
City of Galax
City of Garfield Heights
City of Gary, Indiana
City of Georgiana, Al
City of Gloucester
City of Grand Rapids, Michigan
City of Granite City, Illinois
City of Grayson
City of Great Falls
City of Green
City of Greenfield
City of Greensboro, Al

City of Greenville, Alabama
City of Greenwood, Indiana
City of Greenwood, Mississippi
City of Gretna
City of Guin, AL
City of Guntersville, AL
City of Guthrie County
City of Hagerstown, Maryland
City of Hallandale Beach, Florida
City of Hamilton, AL
City of Hamilton, Ohio
City of Hammond
City of Harlan
City of Harrisburg, Illinois
City of Harrisville
City of Hartford, Indiana
City of Hartselle, Alabama
City of Harvey
City of Hattiesburg, MS
City of Haverhill
City of Henagar, Alabama
City of Henderson County
City of Henderson, Kentucky
City of Hickory
City of Holyoke
City of Hueytown, AL
City of Huntington, Indiana
City of Huron, Ohio
City of Hyden
City of Independence
City of Indianapolis
City of Iron Mountain, Michigan
City of Ironton, Ohio
City of Ithaca
City of Iuka, Mississippi
City of Jackson, Michigan
City of Jacksonville
City of Jasper
City of Jasper, Indiana
City of Jeffersonville, Indiana
City of Jersey City, New Jersey
City of Joplin
City of Kansas City, Missouri
City of Keene, NH
City of Kenner
City of Kenova, West Virginia
City of Kent

City of Kent, Michigan
City of Kent, Ohio
City of Kingman
City of Kokomo, Indiana
City of Laconia, New Hampshire
City of Lafayette
City of Lakewood
City of Lakewood and The City of Wheat
  Ridge
City of Lansing
City of Laredo, Texas
City of Lauderhill, Florida
City of Laurel, Mississippi
City of Lawrence, Indiana
City of Lawton
City of Lebanon, Ohio
City of Leominster
City of Lewiston
City of Lima
City of Lincoln, Alabama
City of Livonia
City of Lock Haven
City of Logansport
City of London
City of Lorain
City of Los Angeles, California
City of Lowell
City of Loyall
City of Lumberton, Mississippi
City of Lynch
City of Lyndhurst
City of Lynn
City of Macedonia, OH
City of Malden
City of Manchester
City of Mansfield
City of Marion, Alabama
City of Martinsville, Indiana
City of Martinsville, Virginia
City of Medford
City of Melrose
City of Memphis
City of Meridian
City of Methuen
City of Metropolis, Illinois
City of Miami
City of Miami Gardens, Florida

26

City of Midfield, Alabama
City of Milledgeville, Georgia
City of Minneapolis, Minnesota
City of Miramar, Florida
City of Missoula
City of Mobile, Alabama
City of Monroe, Louisiana
City of Montepelier, Indiana
City of Montgomery, AL
City of Montgomery, West Virginia
City of Morehead
City of Moulton, Alabama
City of Mount Vernon
City of Munroe Falls
City of Nanticoke, Pennsylvania
City of Nashua
City of Nauvoo, Alabama
City of Nettleton, Mississippi
City of New Albany, Indiana
City of New Albany, Mississippi
City of New Britain
City of New Castle
City of New Franklin
City of New Haven
City of New Hope, Alabama
City of New Iberia
City of New London
City of New Orleans
City of New Roads, Louisiana
City of New York
City of Newark, NJ
City of Newburgh Heights, Oh
City of Newburyport
City of Newport, RI
City of Noblesville, Indiana
City of North Adams
City of North Miami, Florida
City of North Olmstead
City of North Royalton, OH
City of Northampton
City of Northglenn
City of Northlake
City of Norton
City of Norton, Virginia
City of Norwalk
City of Oakman, Alabama
City of Oklahoma City

City of Olmsted Falls
City of Olympia
City of Opp, Alabama
City of Overland Park, Kansas
City of Owasso
City of Ozark, Alabama
City of Paducah, Kentucky
City of Palm Bay
City of Palmetto
City of Parma
City of Parma Heights
City of Parrish, Alabama
City of Paterson, NJ
City of Patterson
City of Pawtucket, RI
City of Peabody
City of Pekin
City of Pembroke Pines, Florida
City of Pensacola
City of Peoria
City of Peru, Indiana
City of Philadelphia
City of Philadelphia, Miss.
City of Phoenix
City of Pinellas Park
City of Pineville, Louisiana
City of Pippa Passes
City of Pittsburgh
City of Pittsfield
City of Plattsburgh
City of Pleasant Grove, AL
City of Pompano Beach, Florida
City of Ponca City
City of Pooler, Georgia
City of Portland
City of Portland and Jay County
City of Portland, Oregon
City of Portsmouth
City of Preston
City of Prichard, Alabama
City of Princeton, Illinois
City of Princeton, West Virginia
City of Providence
City of Quincy
City of Ravenna, Ohio
City of Reno
City of Revere

City of Richmond
City of Richmond Hill, Georgia
City of Rochester
City of Rockford, Illinois
City of Rome
City of Romulus
City of Saco
City of Saint Martinville
City of Salem
City of San Diego
City of Sandusky
City of Sandy Springs, Georgia
City of Sanford
City of Sarasota
City of Sault Ste. Marie, Michigan
City of Schenectady
City of Scottsboro, Alabama
City of Seat Pleasant, Maryland
City of Seattle
City of Sedro Woolley
City of Selma, Alabama
City of Seymour, Indiana
City of Shannon, Mississippi
City of Shawnee
City of Shelbyville, Indiana
City of Shreveport
City of Sipsey, Alabama
City of Somerville
City of South Bend, Indiana
City of Springfield, Missouri
City of St. Joseph, Missouri
City of St. Louis
City of St. Mary's
City of St. Mary's Ohio
City of Starkville, Mississippi
City of Stow
City of Strongsville
City of Sumiton
City of Syracuse, New York
City of Tacoma
City of Tallahassee
City of Talledega, Alabama
City of Tallmadge
City of Tampa
City of Thornton
City of Tifton, Georgia
City of Toledo

City of Traverse City, Michigan
City of Troy
City of Troy, Alabama
City of Tucson
City of Tuscaloosa, Alabama
City of Tuskegee, Alabama
City of Union Springs, Alabama
City of Utica, New York
City of Van Wert
City of Vernon, Alabama
City of Verona, Mississippi
City of Vienna, West Virginia
City of Virginia Beach and Sheriff of The
   City of Virginia Beach
City of Warren
City of Warwick, RI
City of Waterbury
City of Waterville
City of Wayne
City of Weaver, Alabama
City of West Lafayette
City of West Monroe, Louisiana
City of Westfield, Indiana
City of Westland, Michigan
City of Westminster
City of Wickliffe
City of Wilkes-Barre, Pennsylvania
City of Wilmington
City of Winchester
City of Winfield, Alabama
City of Woburn
City of Woodbury, Georgia
City of Worcester
City of Yukon
Claiborne County, Miss
Claiborne Parish
Clallam County
Clark County
Clarke County, Mississippi
Clay County Medical Corporation
Clay County, Alabama
Clayton County, Georgia
Clearfield County, Pennsylvania
Cleburne County, Alabama
Clermont County Board of County
   Commissioners

Cleveland Bakers and Teamsters Health and
   Welfare Fund
Cleveland County
Cleveland Teachers Union, Local 279
Clinch County Hospital Authority
Clinton County
Clinton County Board of Commissioners
Cloverdale Rancheria of Pomo Indians
Cobb County
Coeur Dalene Tribe
Coffee County, Alabama
Cole County, Missouri
Coles County
Columbia County
Columbia County, Georgia
Columbia County, PA
Columbiana County Board of County
   Commissioners
Columbus County
Columbus Georgia
Commissioners of St. Mary's County,
   Maryland
Common Wealth of PA
Commonwealth of Massachusetts
Commonwealth of PA
Commonwealth of Virginia
Community Based Care of Brevard, Inc.
Community Partnership For Children, Inc.
Concordia Parish
Conecuh County, Alabama
Conejos County
Confederated Tribe of Warm Springs
Confederated Tribes and Bands of The
   Yakama Nation
Confederated Tribes of The Grand Ronde
   Community of Oregon
Confederated Tribes of The Umatilla Indian
   Reservation
Consolidated Tribal Health Project, Inc.
Cook County, Georgia
Cook County, Illinois
Coos County, Oregon
Copley Township
Copper River Native Association
Coshocton County Board of County
   Commissioners
County Commission of Clay County

County Commissioners of Charles County,
   Maryland
County of Alachua
County of Albany, NY
County of Alcona, Michigan
County of Alger, Michigan
County of Allegheny
County of Allendale
County of Amador
County of Anaconda-Deer Lodge
County of Anderson
County of Angelina
County of Anoka, MN
County of Antrim, Michigan
County of Arenac, Michigan
County of Ashtabula
County of Ballard, Kentucky
County of Bamberg
County of Baraga, Michigan
County of Barnwell
County of Beaufort
County of Bee
County of Benzie, Michigan
County of Berrien, Michigan
County of Bexar
County of Blanco
County of Bowie
County of Bradford
County of Branch
County of Brevard, Florida
County of Burleson
County of Burnet
County of Butte
County of Calaveras
County of Cameron
County of Camp
County of Carbon
County of Cascade
County of Cass
County of Cattaraugus
County of Cayuga
County of Charlevoix, Michigan
County of Chautauqua
County of Chenango
County of Chenango
County of Cherokee
County of Chesterfield

29

County of Childress
County of Chippewa
County of Clackamas
County of Clarion
County of Clay
County of Clinton
County of Clinton, Michigan
County of Cochise
County of Colleton
County of Columbia
County of Contra Costa
County of Cooke
County of Cortland
County of Coryell
County of Crawford, Michigan
County of Cumberland
County of Cuyahoga
County of Dallas
County of Dekalb
County of Del Norte
County of Delta
County of Dickinson, Michigan
County of Dimmit
County of Dorchester
County of Douglas, State of Nebraska
County of Eaton
County of Ector
County of El Dorado
County of El Paso
County of Erie
County of Essex
County of Fairfield
County of Falls
County of Fannin
County of Fayette
County of Floyd
County of Franklin
County of Freestone
County of Fresno
County of Fulton
County of Galveston
County of Genesee
County of Glenn
County of Grand Traverse
County of Gratiot, Michigan
County of Grayson
County of Greene

County of Greenwood
County of Grenada
County of Hamilton
County of Hampton
County of Hardin
County of Harrison
County of Harvey
County of Herkimer
County of Hidalgo
County of Hillsdale, Michigan
County of Hopkins
County of Houston
County of Hudson, NJ
County of Imperial
County of Inyo
County of Iosco, Michigan
County of Isabella, Michigan
County of Jasper
County of Jefferson
County of Jones
County of Kennebec
County of Kerr
County of Kershaw
County of Kinney
County of Knott
County of Knox, State of Nebraska
County of La Salle
County of Lake
County of Lake, Michigan
County of Lamar
County of Lane
County of Lassen
County of Laurens
County of Lee
County of Leelanau, Michigan
County of Lenawee, Michigan
County of Leon
County of Lewis
County of Lexington
County of Liberty
County of Limestone
County of Lincoln
County of Livingston
County of Lorain
County of Luce, Michigan
County of Macomb
County of Madera

County of Madison

County of Manistee, Michigan

County of Maricopa

County of Marin

County of Marion

County of Mariposa

County of Marquette, Michigan

County of Mason, Michigan

County of McCracken County, Kentucky

County of McLennan

County of McMullen

County of Mendocino

County of Merced

County of Merrimack

County of Milam

County of Mitchell, Texas

County of Modoc

County of Mohave

County of Mono

County of Monroe

County of Monterey

County of Montgomery

County of Montmorency, Michigan

County of Mora

County of Morris

County of Multnomah

County of Nacogdochies

County of Napa, California

County of Nassau

County of Nevada

County of Newaygo, Michigan

County of Newton

County of Niagara

County of Nolan, Texas

County of Nueces

County of Oakland

County of Oceana, Michigan

County of Oconee

County of Ogemaw, Michigan

County of Oneida, NY

County of Onondaga, NY

County of Ontario

County of Ontonagon, Michigan

County of Orange

County of Orangeburg

County of Osceola

County of Osceola, Michigan

County of Ostego

County of Ostego, Michigan

County of Oswego

County of Panola

County of Parker

County of Pickens

County of Placer

County of Plumas

County of Polk, Texas

County of Portage, Ohio

County of Potter

County of Presque Isle, Michigan

County of Putnam

County of Red River

County of Reno

County of Rensselaer

County of Rio Arriba

County of Riverside

County of Robertson

County of Roosevelt

County of Roscommon, Michigan

County of Rusk

County of Sacramento

County of Saginaw

County of San Bernardino

County of San Diego

County of San Francisco

County of San Joaquin

County of San Luis Obispo, California

County of San Mateo

County of San Patricio

County of Sanilac, Michigan

County of Santa Barbara

County of Santa Cruz, California

County of Saratoga

County of Schenectady

County of Schoharie

County of Schuyler

County of Seneca

County of Shasta

County of Shelby

County of Shiawassee, Michigan

County of Siskiyou

County of Smith

County of Sonoma, California

County of St. Clair, Michigan

County of St. Lawrence

County of Steuben
County of Suffolk
County of Sullivan
County of Summit, Ohio
County of Sutter
County of Tarrant
County of Tehama
County of Throckmorton
County of Tioga
County of Titus
County of Tompkins
County of Travis
County of Trinity
County of Trumbull
County of Tuolumne
County of Tuscarawas, Ohio
County of Ulster
County of Union
County of Upshur
County of Van Zandt
County of Volusia, Florida
County of Waller
County of Warren
County of Washington
County of Wayne
County of Webb
County of Westchester
County of Westmoreland
County of Wexford, Michigan
County of Wichita, Texas
County of Wilcox, Georgia
County of Williamsburg
County of Wood
County of Wyoming
County of York
County of Yuba
County of Zavala, Texas
Coventry Township
Cow Creek Band of Umpqua Tribe of
  Indians
Coyote Valley Band of Pomo Indians
Craven County
Crawford County
Crawford County Board of County
  Commissioners
Crisp County, Ga
Crockett County, TN

Cullman County, Alabama
Cumberland County
Cumberland County, State of Maine
Currituck County
Daggett County, Utah
Dakota County, Minnesota
Dale County, Alabama
Dane County, Wisconsin
Daniel Wilson
Darcy C. Sherman
Dare County
Darke County Board of County
  Commissioners
Darren and Elena Flanagan
Dauphin County, PA
Davidson County
Davie County
Davis County
Deborah Green-Kuchta
Debra Dawsey
Decatur County, Georgia
Dekalb County, Illinois
Delaware County
Delaware County Board of County
  Commissioners
Delaware County, Pennsylvania
Dent County
Deric Rees and Ceonda Rees
Des Moines County
Desoto Fire Protection District No. 8
Detroit Wayne Mental Health Authority
Dickenson County
Doddridge County Commission
Dodge County
Dodge County Hospital Authority
Dooly County, Georgia
Door County
Dora Lawrence
Dougherty County, Georgia
Douglas Anderson, Sheriff of Avoyelles
  Parish
Douglas County
Douglas County, MN
Douglas Herbert III, Sheriff of Allen Parish
Drew Memorial Hospital Inc.
Dunklin County
Dunn County

Dupage County, Illinois
Duplin County
Duscesne County, Utah
Dusty Gates, Sheriff of Union Parish
Eastern Band of Cherokee Indians
Eau Claire County
Echols County, Georgia
Ed Pullekins, The Solicitor For Boston Township
Edna House for Women, Inc.
Edrick Soileau, Sherriff of Evangeline Parish
Edward Grace
Edwards County
Effingham County
El Campo Memorial Hospital
Elbert County, Georgia
Eli Medina
Ella Louise Johnson
Ellen F. Rosenblum, Oregon Attorney General
Elmore County, Idaho
Ely Shoshone Tribe of Nevada
Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund
Employer-Teamsters Local Nos. 175 & 505 Retiree Health & Welfare Fund
Erie County Board of County Commissioners
Erin Doyle
Escambia County, Florida
Essex County, New Jersey
Estate of Bruce Brockel
Estill County Emergency Medical Services
Evans Memorial Hospital, Inc.
Ewiiaapaayp Band of Kumeyaay Indians
F. Kirk Hopkins
Fairfield County Board of County Commissioners
Family Health Care Clinic PSC
Family Practice Clinic of Booneville, Inc.
Fayette County, Alabama
Fentress County, TN
Fiscal Court of Allen County
Fiscal Court of Anderson County
Fiscal Court of Bell County
Fiscal Court of Boone County

Fiscal Court of Boyd County
Fiscal Court of Boyle County
Fiscal Court of Bullitt County
Flandreau Santee Sioux Tribe
Florence County
Floyd County
Fond Du Lac Band of Lake Superior Chippewa
Fond Du Lac County
Forest County
Forest County Potawatomi Community
Forrest County, Miss.
Franklin County
Franklin County Board of County Commissioners
Franklin Parish
Frederick County, Maryland
Gallatin County
Gallia County Board of County Commissioners
Garrett County, Maryland
Gary Gilley
Gasconade County, Missouri
Gaston County
Geauga County Board of County Commissioners
Genesee County
George County, Mississippi
Giles County
Glenn Golden
Glynn County, Georgia
Gonzales Healthcare Systems
Grady County, Georgia
Grafton County
Grant County
Grant County, New Mexico
Grayson County, Virginia
Green County
Green Lake County
Greenbrier County Commission
Greene County
Greene County, Alabama
Greene County, North Carolina
Greene County, Pennsylvania
Greene County, TN
Greenville County
Greenwood Leflore Hospital

Gretta Golden
Guernsey County Board of County
  Commissioners
Guidiville Rancheria of California
Gulf County
Gurbir S. Grewal
Gwinnett County, Georgia
Habersham County Medical Center
Habersham County, Georgia
Hal Allred, Sheriff of Lamar County,
  Alabama
Hale County, Alabama
Halifax County
Hall County, Georgia
Hamilton County
Hamilton County Board of County
  Commissioners
Hamilton County, TN
Hancock County Board of County
  Commissioners
Hancock County Commission
Hancock County, Georgia
Hancock County, Mississippi
Hancock County, TN
Hardin County
Hardtner Medical Center
Harris County
Harrison County
Harrison County Board of County
  Commissioners
Harrison County Commission
Harrison County, Mississippi
Hartford County, Maryland
Haskell County, Texas
Hawkins County, TN
Haywood County
Haywood County, TN
HD Media Company, LLC
Health Service District of Kershaw County
Heather Enders
Hector Balderas, New Mexico Attorney
  General
Henderson County, TN
Hennepin County, MN
Henry County, Alabama
Henry County, Georgia
Henry County, Illinois

Henry County, Virginia
Her Majesty The Queen In Right of The
  Province of British Columbia
Herbert H. Slatery III, Tennessee Attorney
  General and Reporter
Highlands Hospital Corporation
Highlands Regional Medical Center
Hillsborough County
Hillsborough County, New Hampshire
HMO Louisiana Inc.
Hocking County Board of County
  Commissioners
Holmes County
Holmes County, Mississippi
Hopland Band of Pomo Indians
Hospital Authority of Bainbridge and
  Decatur County, Georgia
Hospital Authority of Baxley and Appling
  County
Hospital Authority of Bleckley County
Hospital Menonita Caguas, Inc.
Hospital Menonita Gauyama, Inc.
Hospital Service District No. 1 of The Parish
  of Lasalle, State of Louisiana
Houston County
Houston County, Alabama
Howard County
Howard County, Indiana
Hualapai Tribe
Huerfano County
Humboldt County
Humphreys County, Miss.
Huntington Beach
Huron County Board of County
  Commissioners
Iberia Parish
Iberia Parish School Board
Iberville Parish Council, a Louisiana
  Governmental Entity
IBEW Local 38 Health and Welfare Fund
IBEW Local 90 Benefits Plan
Indian Health Council, Inc.
Indiana County, PA
Intergovernmental Personnel Benefit
  Cooperative
Intergovernmental Risk Management
  Agency

34

International Union of Operating Engineers,
  Local 150
Iowa County
Iqbal Akhter
Iredell County
Iron County
Iron Workers District Council of
  Philadelphia and Vicinity, Benefit Fund
Irving B. Sugerman
Irwin County, Georgia
Island County
Itasca County, Minnesota
Itawamba County, Miss.
Ivy Woods, Sheriff of Jefferson Davis Parish
J. Paul Jones Hospital
Jack Mulhall Center for Sober Living
Jackson County
Jackson County Board of County
  Commissioners
Jackson County, Alabama
Jackson County, Georgia
Jackson County, Indiana
Jackson County, Missouri
Jackson Parish Police Jury
Jane Doe
Janna Lowry
Jared Effler
Jason Reynolds
Jasper County
Jasper County, Georgia
Jay Brodsky
Jay Russell, Sheriff of Ouachita Parish
Jean Lafitte Town
Jeff Davis County, Ga
Jefferson County
Jefferson County Commission
Jefferson County, AL
Jefferson County, Mississippi
Jefferson Davis County, Miss.
Jefferson Davis Parish Police Jury
Jefferson Parish Hospital Service No. 1
Jefferson Parish Hospital Service No. 2
Jeffrey F. Wiley, Sheriff of Ascension Parish
Jennings County
Jerry Philley, Sheriff of West Carroll Parish
Jersey County
Jodi Shaffer

John Craft (Vernon Parish)
John Doe
John E. Balance, Sheriff for Bienville Parish
John Pohlmann, Sheriff of St. Bernard
  Parish, Louisiana
John T. Foundation
Johnson County
Johnson County, Georgia
Johnson County, TN
Jones County
Jones County, Georgia
Jordan Chu
Joseph P. Lopinto, III, Sherriff of Jefferson
  Parish
Joshua D. Hawley, Missouri Attorney
  General
Joshua H. Stern, North Carolina Attorney
  General
Justin Markey, The Law Director for the
  City of Norton
K.I.S.S. Foundation Inc.
Kane County, Illinois
Kankakee Cnty
Kaufman County
Kenaitze Indian Tribe
Kendall County, Illinois
Kennebec County, State of Maine
Kenosha County
Kentucky League of Cities Insurance
  Services
Kentucky River District Health Department
Kershaw Health
Kevin Schwartz
Kevin Wilk
Kids First of Florida, Inc.
Kimberly Brand
King County
Kitsap County
Kittitas County
Knox County Board of County
  Commissioners
Kodiak Area Native Association
Koi Nation of Northern California
Kootenai Tribe of Idaho
Kris Koechley
La Crosse County
Laborers 17 Health Benefit Fund

Lac Courte Oreilles Band of Lake Superior
  Chippewa Indians
Lac Du Flambeau Band of Chippewa
  Indians
Lac Vieux Desert Band of Lake Superior
  Chippewa Indians
Lackawanna County, Pennsylvania
Lafayette County
Lafayette General Health System, Inc.
Lake County
Lakeview Center, Inc.
Lamar County, Alabama
Langlade County
Lanier County, Georgia
Lantern
Laporte County
Las Animas County
Lasalle Parish
Latah County, Idaho
Lauderdale County, TN
Laurens County, Georgia
Lawrence County
Lawrence County Board of County
  Commissioners
Lawrence County, Alabama
Lawrence County, Miss.
Lawrence County, Pennsylvania
Lee County
Lee County, Georgia
Lee County, Mississippi
Lehigh County, PA
Lenoir County
Leon County, Florida
Leslie Rutledge
Levy County
Lewis County Commission
Lewis County, Missouri
Lewis County, Washington
Lexington, TN
Lexington-Fayette Urban County
  Government
Lia House
Licking County Board of County
  Commissioners
Limestone County, Alabama
Lincoln County
Lincoln County, Georgia

Lincoln County, Mississippi
Lisa Miller, The Director of Law for the
  City of Barberton
Livingston County
Livingston County, Missouri
Logan County Board of County
  Commissioners
Lori Swanson, Minnesota Attorney General
Lou Sardella
Louis M. Ackal, Sheriff of Iberia Parish,
  Louisiana
Louisiana Assessors' Insurance Fund
Louisiana Dept. of Health
Louisiana Health Service & Indemnity
  Company
Louisville/Jefferson County Government
Lower Sioux Indian Community in The
  State of Minnesota
Lowndes County, Alabama
Lowndes County, Georgia
Lucas County Children Services Board of
  Trustees
Lutheran Services Florida Inc.
Luzerne County, PA
Lyon County
Mackenzie Paige Hays
Macon County, Georgia
Macon County, Illinois
Macoupin County, Illinois
Madison County
Madison County, Alabama
Madison County, Georgia
Madison County, TN
Mahoning Township
Manatee County, Florida
Manchester Band of Pomo Indians of The
  Manchester Rancheria
Manitowoc County
Mao-Mso Recovery II, LLC
Marathon County
Marengo County, Alabama
Maries County, Missouri
Marinette County
Marion County
Marion County Board of County
  Commissioners
Marion County Commission

Marion County, Miss.

Marion Regional Medical Center, Inc.

Mark Brnovich Arizona Attorney General

Mark Garber, Sheriff of Lafayette Parish

Mark R. Herring VA Attorney General

Marketing Services of Indiana, Inc.

Marlin N. Gusman, Sheriff of Orleans Parish

Marquette County

Marshal M. Pitchford, The Law Director for
   the City of Mogadore

Marshal Pitchford

Marshall County Commission

Marshall County, AL

Marshall County, Miss.

Martin County, NC

Marty J. Jackley, South Dakota Attorney
   General

Masmoud Bamdad, M.D., O.B.O. State of
   CA

Massac County

Maverick County, Texas

Maxwell A. Newman and Caroline S.
   Newman

Mayor & City Council of Baltimore

Mayor Chris Tatum On Behalf of The
   Village of Barboursville

Mayor David Adkins, O.B.O. The Town of
   Hamlin

Mayor Don E. Mccourt, on Behalf of The
   Town of Addison

Mayor Farris Burton, O.B.O. The Town of
   West Hamlin

Mcdowell County, NC

Mcduffie County, Georgia

Mchenry County, Illinois

Mecklenburg County

Medical Mutual of Ohio

Megan Raber, The Director of Law for the
   City of Tallmadge

Meigs County, Ohio

Melissa Ambrosio

Memorial Healthcare System Inc.

Mennonite General Hospital, Inc.

Menominee County

Mental Health & Recovery Services Board
   of Allen, Auglaize and Hardin Counties

Mental Health & Recovery Services Board
   of Lucas County

Mercer County

Mercer County Board of County
   Commissioners

Mercy House Teen Challenge

Metrohealth System

Metropolitan Government of Nashville and
   Davidson County, Tennessee

Miami-Dade County, Florida

Miccosukee Tribe of Indians of Florida

Michael Christy

Michael Espinosa

Michael Klodzinski

Michael Konig

Michael Lopez

Michael Masiowski, M.D.

Michael Ray Lewis

Michael Tubbs, Sheriff of Morehouse Parish

Midwest Operating Engineers Health and
   Welfare Fund

Mike Dewine, Ohio Attorney General

Mike Hale, In His Capacity as Sherriff of
   Jefferson County, Alabama

Mike Hunter, Oklahoma Attorney General

Mike Stone, Sheriff for Lincoln Parish

Mills County

Milwaukee County, Wisconsin

Minidoka County, Idaho

Minister David Brewton

Minute Men Select, Inc.

Minute Men, Inc.

Missoula County

Mobile County Emergency Medical
   Services Rescue Squad, Inc.

Mobile County, Alabama

Moniteau County, Missouri

Monmouth County

Monongalia County Commission

Monroe County

Monroe County Board of County
   Commissioners

Monroe County, Georgia

Monroe County, Mississippi

Montgomery County

Montgomery County, AL

Montgomery County, Kansas

Montgomery County, Maryland
Montgomery County, Missouri
Montgomery County, TN
Moore County
Morgan City
Morgan County
Morgan County Commission
Morgan County, Alabama
Morgan County, TN
Morrison County, MN
Morrow County Board of County
  Commissioners
Mower County, MN
MSI Corporation
MSP Recovery Claims Series LLC
MSP Recovery Claims, Services LLC
MSPA Claims 1, LLC
Municipality of Canovanas, Puerto Rico
Municipality of Guayama, Puerto Rico
Municipality of Guayanilla, Puerto Rico
Municipality of Juncos, Puerto Rico
Municipality of Loiza, Puerto Rico
Municipality of Rio Grande, Puerto Rico
Municipality of Sabana Grande, Puerto Rico
Municipality of Vega Alta, Puerto Rico
Municipality of Yabucoa, Puerto Rico
Muskegon County, Michigan
Muskingum County Board of County
  Commissioners
Nadja Streiter
National Roofers Union & Employers Joint
  Health & Welfare Fund
Native Village of Afognak
Native Village of Port Heiden
Neshoba County, Mississippi
New Hanover County
New Orleans Mission, Inc.
Newman's Medical Services, Inc.
Newton County, Georgia
Nez Pierce Tribe
Nicholas A. Padron
Noble County, Ohio
Nodaway County, Missouri
North Caddo Hospital Service District
North Caddo Medical Center
North Mississippi Medical Center Inc.
Northampton County

Northeast Carpenters Funds
Northern Arapaho Tribe
Northern Cheyenne Tribe
Northwest Arizona Employee Benefit Trust
Norton Sound Health Corporation
Nueces County Hospital District
Nye County, Nevada
Ochiltree County Hospital District
Oconee County, GA
Oconto County
Odyssey House Louisiana, Inc.
Oglala Lakota Sioux Tribe
Oglethorpe County, Georgia
Ohio Carpenters Health Fund
Ohio Conference of Teamsters & Industry
  Health & Welfare Fund
Ohio County Commission
Oneida County
Oneida Nation
Onslow County
Opelousas General Health System
Opelousas General Hospital Authority
Orange County
Orland Fire Protection District
Orleans Parish Hospital Service District -
  District A
Osage County, Missouri
Otero County
Ottawa County Board of County
  Commissioners
Our Lady of Bellefonte
Overton County, TN
Owyhee County, Idaho
Ozark County, Missouri
Page County
Paiute-Shoshone Tribe of The Fallon
  Reservation and Colony
Pala Band of Mission Indians
Palm Beach County
Pamela Osborne
Pamlico County
Panama City, Florida
Panola County, Mississippi
Parish of Desoto
Pasco County
Pasquotank County
Passamaquoddy Tribe-Indian Township

Passamaquoddy Tribe-Pleasant Point
Payette County, Idaho
Peach County, Georgia
Penobscot County
People of California
Perry County
Perry County Board of County
  Commissioners
Perry County, Mississippi
Person County
Peter F. Kilmartin, Rhode Island Attorney
  General
Peter K. Michael, Wyoming Attorney
  General
Phelps County, Missouri
Phenix City, Alabama
Philadelphia Federation of Teachers Health
  and Welfare Fund
Piatt County, Illinois
Pickens County
Pickett County, TN
Pierce County
Pierce County, Georgia
Pike County Board of County
  Commissioners
Pike County, Alabama
Pima County, Arizona
Pinellas County, Florida
Pioneer Telephone Cooperative, Inc.
Pioneer Telephone Cooperative, Inc.
  Employee Benefits Plan
Pipe Fitters Local Union No. 120 Insurance
  Fund
Pitt County
Pittsylvania County
Plains Township, Pennsylvania
Pleasants County Commission
Plumbers Local Union No. 1 Welfare Fund
Pocahontas County Commission
Pointe Coupee Parish Health Services
  District Number 1
Police Jury of The Parish of Pointe Coupee,
  Louisiana
Polk County
Polk County, Florida
Polk County, Georgia
Ponca Tribe of Indians of Oklahoma

Ponca Tribe of Nebraska
Pontonoc Health Services, Inc.
Port Gamble S'klallam Tribe, Suquamish
  Tribe, and Jamestown S'klallam Tribe
Porter County
Potter Valley Tribe
Prairie Island Indian Community
Prarie Island Indian Community
Prentiss County, Mississippi
President William K. "Bull" Fontenot Jr.
Price County
Primary Purpose Center Inc.
Prince George's County, Maryland
Pueblo County
Pulaski County
Pulaski County, Missouri
Pulaski County, Virginia
Quinault Indian Nation
R.D. Burns
Rachel Wood
Ramsey County, MN
Randolph County
Randolph County Commission
Randy Seal, Sheriff of Washington Parish
Randy Smith, Sheriff of St. Tammany
  Parish, Louisiana
Red Cliff Band of Lake Superior Chippewa
  Indians
Red Lake Chippewa Band of Chippewa
  Indians
Red River Fire Protection District
Red River Parish
Redwood Valley or Little River Band of
  Pomo Indians of The Redwood Valley
  Rancheria
Regina Hapgood
Reno-Sparks Indian Colony
Resighini Rancheria
Reynolds County, Missouri
Rhonda Belcher
Richard Coelho
Richland County Children's Services
Richland Parish
Richmond County, North Carolina
Rincon Band of Luiseno Indians
Ripley County
Ripley County, Missouri

Risk Management, Inc.
Ritchie County Commission
Riverside-San Bernadino County Indian
  Health, Inc.
Robert E. Manchester
Robert Norris Black, Eureka City Attorney
Robeson County
Robinson Rancheria
Rock County
Rockdale County, Georgia
Rockingham County
Rodney Ingle, Sheriff of Fayette County,
  Alabama
Ronald D. Stracener
Ronald Richardson, Sheriff of Sabine Parish
Rosary Hall
Rosebud Sioux Tribe
Ross County Board of County
  Commissioners
Round Valley Indian Health Center Inc.
Round Valley Indian Tribes
Rowan County
Roxie Whitley
Rush Health Systems, Inc.
Rusk County
Russ Balthis, The Law Director For The
  City of Cuyahoga Falls
Russell County, Virginia
Rutherford County
Rutherford County, TN
Sagadahoc County
Saint Elizabeth Medical Center, Inc.
Saint Regis Mohawk Tribe
Saline County
Salt Lake County
San Francisco City Attorney Dennis J.
  Herrera
San Juan County
Sandusky County Board of Commissioners
Santa Rosa County
Sarasota County Public Hospital District
Sarpy County, Nebraska, a Municipal
  Corporation
Sauk County
Sawyer County
Schley County, Georgia
Schuyler County,

Schuylkill County, PA.
Scioto County Board of County
  Commissioners
Scott Anslum, Sheriff of St. Mary Parish
Scott County Board of Supervisors
Scott County Indiana
Scott County, TN
Scott Ellington
Scotts Valley Band of Pomo Indians
Seattle Indian Health Board
Sedgwick County Board of County
  Commissioners
Seneca County Board of County
  Commissioners
Seneca Nation of Indians
Shakopee Mdewakanton Sioux Community
Shannon Hunt
Sharkey-Issaquena Community Hospital
Shawano County
Sheboygan County
Sheet Metal Workers Local No. 25 Health
  and Welfare Fund
Shelby County
Shelby County Board of County
  Commissioners
Shelby County, Alabama
Shelby County, Missouri
Shinnecock Indian Nation
Sid J. Gautreaux III, Parish of East Baton
  Rouge
Sisseton-Wahpeton Oyate
Skagit County
Smith County, TN
Smyth County, Virginia
Snohomish County, a Washington Municipal
  Corporation
Somerset County
South Central Regional Medical Center
South Central UFCW Unions and
  Employers Health & Welfare Trust
South Fork Band of the Te-Moak Tribe of
  Western Shoshone Indians
Southcentral Foundation
Southeast Alaska Regional Health
  Consortium
Southeast Florida Behavioral Health
  Network Inc.

Southeastern Pennsylvania Transportation
 Authority
Southwest Mississippi Regional Medical
 Center
Spartanburg County
Spirit Lake Tribe
Spokane County
Springfield Township
Squaxin Island Tribe
St. Bernard Parish Government
St. Charles County, Missouri
St. Clair County, Alabama
St. Claire Medical Center, Inc.
St. Croix Chippewa Indians of Wisconsin
St. Croix County
St. Elizabeth Healthcare
St. James Parish
St. John the Baptist Parish
St. Joseph County
St. Landry Parish, Louisiana
St. Louis County
St. Louis County, Mn
St. Martin Parish
St. Mary Parish
St. Mary Parish School Board
St. Tammany Fire Protection District No. 1
St. Tammany Fire Protection District No. 2
St. Tammany Fire Protection District No. 3
St. Tammany Fire Protection District No. 4
St. Tammany Fire Protection District No. 5
St. Tammany Fire Protection District No. 12
St. Tammany Fire Protection District No. 13
St. Tammany Parish Coroner's Office and
 Dr. Charles Preston
St. Tammany Parish Government
St. Vincent Charity Medical Center
Standing Rock Sioux Tribe
Stark County, Ohio Board of County
 Commissioners
Starke County, Indiana
State of Alabama
State of Alaska
State of Arizona
State of Arkansas
State of California
State of Connecticut
State of Delaware, Ex Rel. Matthew P. Denn

State of Florida
State of Georgia
State of Illinois
State of Illinois and St. Clair County, Illinois
State of Indiana
State of Louisiana
State of Minnesota
State of Mississippi
State of Missouri
State of Montana
State of Nevada
State of New Hampshire
State of New Mexico
State of New York
State of North Carolina
State of North Dakota
State of Ohio
State of Oklahoma
State of Oregon
State of Pennsylvania
State of Rhode Island
State of South Carolina
State of South Dakota
State of Tennessee
State of Texas
State of Utah
State of Vermont
State of Washington
State of Wyoming
Ste. Genevieve County
Stephanie Schwartz
Stephens County
Stockbridge-Munsee Community
Stokes County
Stone County
Stone County, Mississippi
Strafford County
Sullivan County
Summit County Public Health
Summit County, Utah
Sumner County, TN
Sumter County, Alabama
Sumter County, Georgia
Sunflower County, Miss
Surry County
Sweetwater County
Swinomish Tribe

Talbot County, Maryland
Taliaferro County, Georgia
Talladega County, Alabama
Tallahatchie County, Miss.
Tallapoosa County, Al
Tama County
Tanana Chiefs Conference
Taney County
Tate County, Mississippi
Tattnall County, Georgia
Taylor County
Taylor Regional Hospital
Tazewell County, Virginia
Teamsters Health Service and Insurance
    Plan Local 404
Teamsters Local 237 Retirees' Benefit Fund
    and Teamsters Local 237 Welfare Fund
Teamsters Local 493 Health Service &
    Insurance Fund
Teamsters Local 671 Health Service &
    Insurance Fund
Teamsters Local 677 Health Service &
    Insurance Fund
Teamsters Local No. 348 Health & Welfare
    Fund
Teamsters Union Local No. 52 Health &
    Welfare Fund
Texas County
Texas Office of the Attorney General
The Arizona School Alliance for Workers'
    Compensation, Inc.
The Bear River Band of Rohnerville
    Rancheria
The Blackfeet Tribe of the Blackfeet Indian
    Reservation
The Board of Commissioners of the County
    of Allen
The Board of Commissioners of the County
    of Franklin
The Board of County Commissioners of
    Delaware County, State of Oklahoma
The Board of County Commissioners of
    Garvin County, State of Oklahoma
The Board of County Commissioners of
    McClain County, State of Oklahoma
The Board of County Commissioners of
    Osage County, State of Oklahoma

The Board of County Commissioners of
    Ottawa County, State of Oklahoma
The Board of County Commissioners of
    Pawnee County, State of Oklahoma
The Board of County Commissioners of
    Seminole County, State of Oklahoma
The Board of County Commissioners of the
    County of Jefferson
The Borough of Ridgefield
The Boston Housing Authority
The Boston Public Health Commission
The Candler County Hospital Authority
The Cherokee Nation
The City of New Franklin
The Commonwealth of PA by James Martin
The Commonwealth of Puerto Rico
The County Commission of Barbour County
The County Commission of Mason County
The County Commission of Mingo County
The County Commission of Putnam County
The County Commission of Taylor County
The County Commission of Webster County
The Fiscal Court of Bourbon County
The Fiscal Court of Bracken County
The Fiscal Court of Breckinridge County
The Fiscal Court of Campbell County
The Fiscal Court of Carlisle County
The Fiscal Court of Carter County
The Fiscal Court of Christian County
The Fiscal Court of Clark County
The Fiscal Court of Clay County
The Fiscal Court of Cumberland County
The Fiscal Court of Elliott County
The Fiscal Court of Estill County
The Fiscal Court of Fleming County
The Fiscal Court of Franklin County
The Fiscal Court of Garrard County
The Fiscal Court of Green County
The Fiscal Court of Greenup County
The Fiscal Court of Hardin County
The Fiscal Court of Harlan County
The Fiscal Court of Henderson County
The Fiscal Court of Henry County
The Fiscal Court of Hopkins County
The Fiscal Court of Jessamine County
The Fiscal Court of Kenton County
The Fiscal Court of Knox County

42

The Fiscal Court of Laurel County
The Fiscal Court of Lee County, Kentucky
The Fiscal Court of Leslie County
The Fiscal Court of Letcher County
The Fiscal Court of Lincoln County
The Fiscal Court of Madison County
The Fiscal Court of Marshall County
The Fiscal Court of Martin County
The Fiscal Court of Meade County
The Fiscal Court of Montgomery County
The Fiscal Court of Nicholas County
The Fiscal Court of Oldham County
The Fiscal Court of Owen County
The Fiscal Court of Owsley County
The Fiscal Court of Pendleton County
The Fiscal Court of Perry County
The Fiscal Court of Powell County
The Fiscal Court of Pulaski County
The Fiscal Court of Rowan County
The Fiscal Court of Scott County
The Fiscal Court of Shelby County
The Fiscal Court of Spencer County
The Fiscal Court of Union County
The Fiscal Court of Wayne County
The Fiscal Court of Whitley
The Fiscal Court of Wolfe County, Kentucky
The Fiscal Court of Woodford
The Gilmer County Commission
The Hoopah Valley Tribe
The Insurance Committee of The Assessors'
  Insurance Fund
The Kershaw County Hospital Board
The Leech Lake Band of Ojibwe
The Lummi Tribe of The Lummi
  Reservation
The Makah Indian Tribe, a Federally
  Recognized Indian Tribe
The Marshall County Health Care Authority
The Mayor and Alderman of The City of
  Savannah
The Mayor and Common Council of
  Westminster, Maryland
The Mayor and Council of Rockville,
  Maryland
The Medical Center at Albany
The Medical Center at Bowling Green
The Medical Center at Caverna

The Medical Center at Clinton County, Inc.
The Medical Center at Franklin, Inc.
The Medical Center at Scottsville
The Menominee Indian Tribe of Wisconsin
The Montgomery County Board of County
  Commissioners
The Muscogee (Creek) Nation
The Navajo Nation
The Nisqually Indian Tribe
The Parish of Jefferson
The Passamaquoddy Tribe-Indian Township
The Passamaquoddy Tribe-Pleasant Point
The State of Colorado Ex Rel. Cynthia H.
  Coffman, Attorney General
The Town of Webster Springs
The Trustees of The Unite Here Local 634
  Health & Welfare Fund
The Unified Government of Macon Bibb
  County Georgia
The Village of Bedford Park
The Village of Boston Heights
The Village of Clinton
The Village of Evergreen Park
The Village of Lakemore
The Village of Lyons
The Village of Mogadore
The Village of Peninsula
The Village of Richfield
The Village of Silver Lake
The Village of Summit
Thurston County
Tippah County, Miss.
Tippecanoe County, Indiana
Tishomingo Health Services
Tom Kostoff, The Law Director for the City
  of Munroe Falls
Tony Mancuso, Sheriff of Calcasieu Parish
Tooele County, Utah
Toombs County, Georgia
Torres Martinez Desert Cahuilla Indians
Town of Acquinnah
Town of Acushnet, Massachusetts
Town of Agawam
Town of Amesbury
Town of Amherst
Town of Athol, Massachusetts
Town of Auburn

Town of Baldwin
Town of Barnstable
Town of Barrington
Town of Belchertown
Town of Berlin
Town of Berwick
Town of Bethlehem
Town of Billerica
Town of Brewster
Town of Bridgewater
Town of Bristol
Town of Brookline, Massachusetts
Town of Brownstown, Indiana
Town of Burrillville
Town of Butler, AL
Town of Caledonia, Mississippi
Town of Canton
Town of Carver
Town of Chandler, Indiana
Town of Charlestown, RI
Town of Charlton
Town of Cheektowaga
Town of Chelmsford
Town of Cherokee, Alabama
Town of Clarksburg
Town of Clendenin, West Virginia
Town of Coventry
Town of Coventry, RI
Town of Cumberland, RI
Town of Danvers
Town of Danville, Indiana
Town of Dedham, Massachusetts
Town of Dennis, Massachusetts
Town of Derry, New Hampshire
Town of Double Springs, Alabama
Town of Douglas
Town of Dudley
Town of East Bridgewater
Town of East Greenwich
Town of Eastham
Town of Fairhaven, Massachusetts
Town of Falmouth
Town of Ferriday, Louisiana
Town of Foster
Town of Freetown
Town of Gauley Bridge, West Virginia, a
    West Virginia

Town of Georgetown
Town of Geraldine, Alabama
Town of Glocester
Town of Grafton
Town of Grant, AL
Town of Hanson
Town of Holliston
Town of Hopedale
Town of Hopkinton, RI
Town of Hudson
Town of Jamestown
Town of Johnston, RI
Town of Lake Providence, Louisiana
Town of Lakeville
Town of Lancaster
Town of Leicester
Town of Leverett
Town of Londonderry, New Hampshire
Town of Longmeadow
Town of Ludlow
Town of Lunenberg
Town of Lynnfield
Town of Madisonville
Town of Marblehead
Town of Marshfield
Town of Mashpee
Town of Mattapoisett
Town of Mckenzie, AL
Town of Middleborough
Town of Middlebury
Town of Middletown, Rhode Island
Town of Milford
Town of Mooresville, Indiana
Town of Munford, Alabama
Town of Nantucket
Town of Narragansett
Town of New Delhi, Louisiana
Town of New Milford
Town of North Andover
Town of North Attleborough
Town of North Kingstown
Town of North Providence
Town of North Reading
Town of Norton
Town of Norwell
Town of Norwood, Massachusetts
Town of Orange, Massachusetts

44

Town of Palmer
Town of Pembroke
Town of Pendleton
Town of Plainfield, Indiana
Town of Plainville
Town of Plymouth
Town of Prospect
Town of Provincetown, Massachusetts
Town of Rehoboth, Massachusetts
Town of Richmond
Town of Richwood, Louisiana
Town of Rockland
Town of Roxbury
Town of Salisbury
Town of Sandwich
Town of Scituate, Massachusetts
Town of Seekonk
Town of Seymour
Town of Sheffield
Town of Sheridan
Town of Shirley
Town of Smithfield
Town of Somerset
Town of Sophia, West Virginia
Town of South Hadley
Town of South Kingstown Municipal
  Corporation
Town of Southbridge
Town of Spencer
Town of Springfield
Town of Stoneham
Town of Stoughton, Massachusetts
Town of Stratford
Town of Sturbridge
Town of Sudbury
Town of Sutton
Town of Swampscott
Town of Templeton
Town of Tewksbury, Massachusetts
Town of Tonawanda
Town of Truro
Town of Tyngsborough
Town of Upland, Indiana
Town of Upton
Town of Wakefield
Town of Wallingford
Town of Ware

Town of Warren
Town of Watertown
Town of West Boylston
Town of West Bridgewater
Town of West Greenwich
Town of West Springfield
Town of West Warwick, RI
Town of Westborough
Town of Westerly
Town of Westford
Town of Whitesville, West Virginia
Town of Wilmington
Town of Winchendon, Massachusetts
Town of Winthrop
Town of Wolcott
Town of Woodville, Alabama
Town of Yellow Bluff, Alabama
Town of Zionsville, Indiana
Township of Bloomfield
Township of Irvington
Township of Teaneck, NJ
Treatment Works Inc.
Trempealeau County
Tri-County Health Department
Troup County, Georgia
Tucson Medical Center, a Corporation
Tulalip Tribes
Tunica-Biloxi Tribe of Louisiana
Turtle Mountain Band of Chippewa Indians
Tuscaloosa County, Alabama
Twiggs County, Georgia
Tyler County Commission
Tyler M. Roach
Tyrrell County
UFCW Local 23 and Employers Health
  Fund
Uintah County, Utah
Unified Government of Wyandotte
  County/Kansas City, Kansas
Union County
Union County, Georgia
Union County, Miss.
Union Parish
Union Township
United Food and Commercial Workers
  Health and Welfare Fund of Northeastern
  Pennsylvania

United Food and Commercial Workers
  Local 1000 Oklahoma Health and Welfare
  Fund
United Food and Commercial Workers
  Union UFCW Local 1529 and Employers
  Health and Welfare Plan and Trust
United Food and Commercial Workers
  Unions and Employers Health and Welfare
  Fund - Atlanta
United Food and Commercial Workers
  Local 1995 Employers Health and Welfare
  Fund
United Government of Athens-Clarke
  County Georgia
Upper Sioux Community
Upshur County Commission
Utah County, Utah
Valley Fire District
Valley Hope Association
Van Wert County Board of County
  Commissioners
Vance County
Vanderburgh County
Vermilion Parish Police Jury
Vernon County
Vigo County, Indiana
Vilas County
Village of Belwood
Village of Berkeley
Village of Bridgeview
Village of Broadview
Village of Brooklyn Heights
Village of Chicago Ridge
Village of Dolton
Village of Herkimer, New York
Village of Hillside
Village of Hodgkins
Village of Hoffman Estates
Village of Lakemore
Village of Marrionette Park
Village of Maywood
Village of Melrose Park
Village of Newburgh Heights
Village of North Riverside
Village of Oak Lawn
Village of Orland Park
Village of Posen

Village of River Forest
Village of River Grove
Village of Stone Park
Village of Tinley Park
Vinton County Board of County
  Commissioners
W. Andrew Fox
W.E.
Wabash County
Waldo County
Walker County
Walker River Paiute Tribe of the Walker
  River Reservation
Walla Walla County
Walter and Virginia Salmons
Walthall County, Miss.
Walton County, Georgia
Walworth County, Wisconsin
Wampum Borough
Warren County, Georgia
Warren County, Missouri
Warren County, NC
Warren Price, Legal Counsel for Springfield
  Township
Warrensville Heights, Ohio
Wasatch County, Utah
Washburn County
Washington County
Washington County, Alabama
Washington County, Florida
Washington County, Georgia
Washington County, Miss.
Washington County, MN
Washington County, Ohio and City of
  Marietta, Ohio
Washington County, TN
Washington Post Company, LLC
Watauga County, NC
Waukesha County, Wisconsin
Waupaca County
Waushara County
Wayne County Board of County
  Commissioners
Wayne County, North Carolina
Wayne Stenehjem, North Dakota Attorney
  General
Weber County, Utah

Webster County, Missouri
Webster Health Services, Inc.
Webster Parish
West Baton Rouge Fire Protection District No.
  1
West Bend Mutual Insurance Company
West Boca Medical Center, Inc.
West Wharton County Hospital District
Westcare Foundation, Inc.
Western Pennsylvania Electrical Employees
  Insurance Trust Fund
Westwego City
Wetzel County Commission
Whatcom County
White County
Whitfield County
Whitman County
Wilcox County, Alabama
Wilkes County
Wilkinson County, Georgia
Will County, Illinois
William Hanna, The Law Solicitor for the
  Village of Richfield
William Hilton, Sheriff of Rapides Parish

Williams County Board of County
  Commissioners
Williamson County, TN
Winnebago County
Winnebago Tribe of Nebraska
Winston Medical Center
Wood County
Worth County
Worth County, Georgia
Worth County, Missouri
Wyandot County Board of County
  Commissioners
Wydette Williams, Sheriff of East Carroll
  Parish
Wyoming County, PA
Wythe County, Virginia
Yadkin County
Yalobusha County, Mississippi
Yancey County
Yerington Paiute Tribe
York County
Yukon-Kuskowkwim Health Corporation
Yurok Tribe
Zenith Insurance Company
Znat Insurance Company

**<u>Other</u>**
Novo Nordisk

**<u>Parties Listed on Filed 2019 Statements, as of October 15, 2019</u>**

Abilene Regional Medical Center (ARMC,
  L.P.)
Abrazo Arizona Heart Hospital
Abrazo Arrowhead Campus
Abrazo Central Hospital
Abrazo Scottsdale Campus
Abrazo West Campus
Advanced Care Hospital of White County
Affinity Hospital, LLC d/b/a Grandview
  Medical Center
Alliance Health Care
AllianceHealth Clinton
AllianceHealth Deaconess
AllianceHealth Durant
AllianceHealth Madill
AllianceHealth Midwest
AllianceHealth Ponca City
AllianceHealth Seminole

AllianceHealth Woodward
Amel Eiland
Anderson Regional Health System
Appalachian Regional Healthcare, Inc.
  (ARH)
Arizona Orthopedic and Surgical Specialty
  Hospital
Arizona Spine & Joint Hospital
Atmore Community Hospital
Baptist Health Corbin
Baptist Health Floyd
Baptist Health La Grange
Baptist Health Lexington
Baptist Health Louisville
Baptist Health Madisonville
Baptist Health Paducah
Baptist Health Richmond
Baptist Medical Center

47

Baptist Medical Center East
Baptist Memorial Hospital - Attala
Baptist Memorial Hospital - Calhoun
Baptist Memorial Hospital - Collierville
Baptist Memorial Hospital - DeSoto
Baptist Memorial Hospital - Golden
  Triangle
Baptist Memorial Hospital - Huntingdon
Baptist Memorial Hospital - Leake
Baptist Memorial Hospital - Memphis
Baptist Memorial Hospital - MS Baptist
  Medical Center
Baptist Memorial Hospital - North MS
Baptist Memorial Hospital - Tipton
Baptist Memorial Hospital - Union City
Baptist Memorial Hospital - Union County
Baptist Memorial Hospital - Yazoo
Baptist Memorial Hospital Booneville
Baptist Memorial Hospital for Women
Baptist Memorial Rehabilitation Hospital
Baptist Memorial Restorative Care Hospital
Barbara Rivers
Barbourville ARH
Bayfront Health - Brooksville
Bayfront Health - Port Charlotte
Bayfront Health - Punta Gorda
Bayfront Health - Spring Hill
Bayfront Health - St. Petersburg
Baylor Medical Center at Trophy Club
Baylor Medical Center at Uptown
Baylor Orthopedic and Spine Hospital at
  Arlington
Baylor Scott & White Medical Center -
  Frisco
Baylor Scott & White Medical Center -
  Sunnyvale
Baylor Scott & White Surgical Hospital at
  Sherman
Baylor Surgical Hospital at Fort Worth
Baylor Surgical Hospital at Los Colinas
Beckley ARH
Berkeley Medical Center
Berwick Hospital Center
Bibb Medical Center
Bluefield Regional Medical Center
Bluffton Regional Medical Center

Brian W. Whitfield Memorial Hospital
Bristol Regional Medical Center
Broaddus Hospital Association
Brookwood Baptist Medical Center
Broward County
Brownwood Regional Medical Center
  (Brownwood Hospital, L.P.)
California (California Department of Justice
  Office of the Attorney General)
CAMC General Hospital
CAMC Memorial Hospital
CAMC Teays Valley Hospital
CAMC Women and Children's Hospital
Camden Clark Medical Center
Carlsbad Medical Center
Carolinas Hospital System Florence
Carolinas Hospital System Marion
Carondelet Holy Cross Hospital
Carondelet St. Joseph's Hospital
Carondelet St. Mary's Hospital
Cedar Park Regional Medical Center (Cedar
  Park Health System, L.P.)
Chester Regional Medical Center
Citizens Baptist Medical Center
City of Chicago
City of Deerfield Beach (Florida)
City of Ft. Lauderdale (Florida)
City of Hallandale Beach (Florida)
City of Lauderhill (Florida)
City of Miramar (Florida)
City of Pembroke Pines (Florida)
City of Philadelphia
City of Springfield (Missouri)
City of Welch (West Virginia)
City of Williamson (West Virginia)
Clay County (West Virginia)
Coastal Carolina Hospital
College Station Medical Center (College
  Station Hospital, L.P.)
Colorado (Colorado Department of Law)
Community Health Systems and its affiliates
  and subsidiaries
Community Hospital, Inc.
Connecticut (Connecticut Office of the
  Attorney General)
ContinueCARE Hospital (Baptist Corbin)

Coral Gables Hospital
County of Santa Clara
Court appointed Plaintiffs' Executive
  Committee in In re National Prescription
  Opiate Litigation, Case No. 17-md-02804,
  MDL No.2804 (the "PEC")
CoxHealth
Crestwood Medical Center
Crestwyn Behavioral Health
D.W. McMillan Memorial Hospital
Dale Medical Center
Dallas County Hospital District d/b/a
  Parkland Health & Hospital System
Darcy Sherman
Davis Memorial Hospital
Davis Regional Medical Center
Deborah Green-Kuchta
Debra Dawsey
Delaware (Delaware Office of the Attorney
  General)
Delray Medical Center
Desert Regional Medical Center
DeTar Hospital Navarro (Victoria of Texas,
  L.P.)
DeTar Hospital North (Victoria of Texas,
  L.P.)
DHC Regional Medical Center
Dickenson Community Hospital
District of Columbia (Office of the Attorney
  General for the District of Columbia)
DMC Children's Hospital of Michigan
DMC Detroit Receiving Hospital
DMC Huron Valley - Sinai Hospital
DMC Hutzel Women's Hospital
DMC Rehabilitation Institute of Michigan
DMC Sinai-Grace Hospital
Doctors Hospital of Manteca
Doctors Medical Center of Modesto
Dora Lawrence
Dukes Memorial Hospital
Dunes Surgical Hospital
Dupont Hospital
East Cooper Medical Center
East Georgia Regional Medical Center
Eastern New Mexico Medical Center
Edward Grace

Eli Medina
Emanuel Medical Center Twin Cities
  Community Hospital
Erie County Medical Center (ECMC)
Evergreen Medical Center
F. Kirk Hopkins
Fayette Medical Center
Field Memorial Community Hospital a/k/a
  Field Health System
First Hospital
Flagler Hospital
Florida Medical Center, a campus of North
  Shore
Franklin Woods Community Hospital
Gadsden Regional Medical Center
Garrett Regional Medical Center
Glenn Golden
Good Samaritan Medical Center
Grafton City Hospital, Inc.
Grayson County Hospital Foundation, Inc.
  d/b/a Twin Lakes Regional Medical Center
Greenbrier Valley Medical Center
Greene County Hospital
Gretta Golden
Grove Hill Memorial Hospital
Guadalupe Regional Medical Group
Halifax Hospital Medical Center
Hancock County Hospital
Hancock County School Based Health
Hardin Memorial Hospital
Harlan ARH
Harris Medical Center
Hawaii (Hawaii Office of the Attorney
  General)
Hawkins County Memorial Hospital
Hazard ARH Medical Center
Heart of Florida Regional Medical Center
Heather Enders
Henderson County Community Hospital
Hialeah Hospital
Hi-Desert Medical Center
Highlands Regional Medical Center
Hill Regional Hospital (NHCI of Hillsboro,
  Inc.)
Hilton Head Hospital
Holston Valley Medical Center

49

Huntington/Cabell County
Idaho (Office of the Idaho Attorney General)
Illinois (Office of the Attorney General State
   of Illinois)
Indian Path Medical Center
Infirmary Health System, Inc.
Infirmary LTAC (Long Term Acute Care)
   Hospital
Iowa (Iowa Department of Justice Office of
   the Attorney General)
J.W. Ruby Memorial Hospital
Jackson General Hospital Foundation, Inc.
Jackson Hospital & Clinic, Inc. ("Jackson
   Hospital")
Jackson Medical Center
Jason Reynolds
Jefferson Medical Center (Charles Town
   General Hospital)
Jennie Stuart Medical Center
JFK Memorial Hospital
Johnson City Community Health Center
Johnson City Day Center
Johnson City Medical Center
Johnson County Community Hospital
Johnston Memorial Hospital
Jordan Chu
Kevin Wilk
Kimberly Brand
King County
Kingman Regional Medical Center
Kosciusko Community Hospital Lutheran
   Rehabilitation Hospital (or Rehabilitation
   Hospital of Fort Wayne)
La Porte Hospital
Lake Granbury Medical Center (Granbury
   Hospital Corporation)
Lake Norman Regional Medical Center
Lake Wales Medical Center
Lakeway Regional Hospital
Lakewood Regional Medical Center
Laredo Medical Center (Laredo Texas
   Hospital Company, L.P.)
Larkin Community Hospital (South Miami)
Larkin Community Hospital Behavioral
   Health Services, Inc.
Larkin Community Hospital Palm Springs

Laughlin Memorial Hospital
Lawrence County Hospital
Lea Regional Medical Center
Leesburg Regional Medical Center
Lincoln County (West Virginia)
Lonesome Pine Hospital
Longview Regional Medical Center
   (Longview Medical Center, L.P.)
Los Alamitos Medical Center Fountain
   Valley Regional Hospital
Lou Sardella
Lower Keys Medical Center
Lutheran Hospital
Magnolia Regional Health Center
   ("MRHC")
Maine (Office of the Maine Attorney
   General)
Marketing Services of Indiana, Inc.
Mary Black Health System - Gaffney
Mary Black Health System - Spartanburg
Mary Breckinridge ARH
Maryland (Office of the Attorney General of
   Maryland)
Massachusetts (Office of the Massachusetts
   Attorney General)
Mat-Su Regional Medical Center
McDowell ARH
McDowell County (West Virginia)
Medical Center
Medical Center of South Arkansas
Medical West Hospital Authority, an
   Affiliate of UAB Health System d/b/a
   UAB Medical West
Memorial Hermann Surgical Hospital First
   Colony
Memorial Hermann Surgical Hospital
   Kingwood
Mercer County (West Virginia)
Merit Health Biloxi
Merit Health Central
Merit Health Madison
Merit Health Natchez
Merit Health Rankin
Merit Health River Oaks
Merit Health River Region
Merit Health Wesley

50

Merit Health Woman's Hospital

MetroWest Medical Center - Farmingham Union Hospital

MetroWest Medical Center - Leonard Morse Hospital

Michael Christy

Michael Klodzinski

Michael Konig

Michael Lopez

Middlesboro ARH

Mingo County (West Virginia)

Minnesota (Office of the Minnesota Attorney General)

Mission Trail Baptist Hospital

Mizell Memorial Hospital

Moberly Regional Medical Center

Mobile Infirmary

Monongalia General Hospital

Monroe County (Florida)

Monroe County Healthcare Authority d/b/a Monroe County Hospital

Monroe HMA LLC d/b/a Clearview Regional Medical Center

Morgan County ARH

Moses Taylor Hospital

Mountain Lakes Medical Center

Mountain States Health Alliance

Mountain View Regional Medical Center

Mountain View Regional Medical Center

MSI Corporation

Muscogee (Creek) Nation

Nacogdoches Medical Center

Nadja Streiter

Navarro Regional Hospital (Navarro Hospital, L.P.)

NEA Baptist Memorial Hospital

Nevada (State of Nevada, Office of the Attorney General)

New Hampshire (New Hampshire Department of Justice)

New Jersey (Office of the New Jersey Attorney General)

New York (New York State Office of the Attorney General)

Niswonger Children's Hospital

North Baldwin Infirmary

North Broward Hospital District d/b/a Broward Health

North Central Baptist Hospital

North Central Surgical Center, LLP

North Okaloosa Medical Center

North Shore Medical Center

North Sunflower Medical Center

Northeast Baptist Hospital

Northeast Regional Medical Center

Northern Louisiana Medical Center

Northport Medical Center

Northwest Health Physicians' Specialty Hospital

Northwest Medical Center

Northwest Medical Center - Bentonville

Northwest Medical Center - Springdale

Norton Community Hospital

OASIS Hospital

Ocean Springs Hospital

Oklahoma Center for

Oregon (Oregon Department of Justice)

Oro Valley Hospital

Orthopaedic & Multi-Specialty Surgery

Palm Beach Gardens Medical Center

Palmetto General Hospital

Palo Pinto General Hospital

Pennsylvania (Pennsylvania Office of the Attorney General)

Physicians Regional Medical

Physicians Regional Medical Center - Collier Blvd

Physicians Regional Medical Center - Pine Ridge

Piedmont Medical Center

Pikeville Medical Center

Placentia - Linda Hospital

Plateau Medical Center

Poplar Bluff RMC - Oak Grove

Porter Regional Hospital

Potomac Valley Hospital

Prattville Baptist Hospital

Preston Memorial Hospital

Princeton Baptist Medical Center

Princeton Community Hospital Association, Inc.

QHC of Enterptise, Inc. d/b/a Medical
    Center Enterprise
Regional Hospital of Scranton
Resolute Health Hospital
Reynolds Memorial Hospital
Rhode Island (Rhode Island Office of the
    Attorney General)
Ronald D. Stracener
Russell County Medical Center
Saint Francis Hospital - Bartlett
Saint Francis Hospital - Memphis (AMISUB
    (SFH), Inc.)
Saint Vincent Hospital
San Angelo Community Medical Center
    (San Angelo Hospital, L.P.)
San Ramon Regional Medical Center
Santa Rosa Medical Center
Scenic Mountain Medical Center
Searcy Medical Center
Seven Rivers Regional Medical Center
Shands Lake Shore Regional Medical
    Center
Shands Live Oak Regional Medical Center
Shands Starke Regional Medical Center
Shelby Baptist Medical Center
Sierra Vista Regional Medical Center
Siloam Springs Regional Hospital
Singing River Hospital
Smyth County Community Hospital
South Baldwin Regional
Southampton Memorial Hospital
Southern Surgical Hospital
Southern Virginia Regional Medical Center
Southside Regional Medical Center
Southwest Mississippi Regional
Sparks Medical Center - Van Buren
Sparks Regional Medical Center
Spence and Becky Wilson Baptist Children's
    Hospital
Springs Memorial Hospital
St. Claire Medical Pavilion
St. Claire Regional Medical Center
St. Cloud Regional Medical Center
St. Elizabeth Covington
St. Elizabeth Edgewood
St. Elizabeth Florence

St. Elizabeth Ft. Thomas
St. Elizabeth Grant
St. Joseph Hospital
St. Joseph Hospital
St. Luke's Baptist Hospital
St. Mary's Medical Center
St. Thomas Hospital for Specialty Surgery
    Baptist Womens Health Center, LLC)
St. Vincent Charity Medical Center (&
    Rosary Hall)
Starke Hospital
Stonewall Jackson Hospital
Summers County ARH
Surgical Institute of Reading
Sycamore Shoals Hospital
Takoma Regional Hospital
Tampa General Hospital
Taylor County Hospital District Health
    Facilities Corporation d/b/a Taylor
    Regional Hospital
Tenet Healthcare Corporation and its
    affiliates and subsidiaries
Tennova Healthcare
Tennova Healthcare - Clarksville
Tennova Healthcare - Cleveland
Tennova Healthcare - Harton Regional
    Medical Center (Tullahoma HMA, LLC)
Tennova Healthcare - Jefferson Memorial
    Hospital (Jefferson County HMA, LLC)
Tennova Healthcare - LaFollette Medical
    Center (Campbell County HMA, LLC)
Tennova Healthcare - Lebanon d/b/a
    University Medical Center (Lebanon
    HMA, LLC)
Tennova Healthcare - Newport Medical
    Center (Cocke County HMA, LLC)
Tennova Healthcare - North Knoxville
    Medical Center (Metro Knoxville HMA,
    LLC)
Tennova Healthcare - Shelbyville
Tennova Healthcare - Turkey Creek Medical
    Center
Texas Spine and Joint Hospital, LLC
The County Commission of Crawford
    County (Kansas)

The County Commission of Creek County (Oklahoma)

The County Commission of Mayes County (Oklahoma)

The County Commission of Neosho County (Kansas)

The County Commission of Nowata County (Oklahoma)

The County Commission of Okmulgee County (Oklahoma)

The County Commission of Rogers County (Oklahoma)

The County Commission of Washington County (Oklahoma)

The Harrison Memorial Hospital, Inc. d/b/a Harrison Memorial Hospital

The Health Care Authority for Baptist Health, an Affiliate of UAB Health System

The Hospitals of Providence East Campus

The Hospitals of Providence Memorial Campus

The Hospitals of Providence Sierra Campus

The Hospitals of Providence Transmountain Campus

The Medical Center at Bowling Green

The Medical Center at Caverna

The Medical Center at Clinton County, Inc. d/b/a The Medical Center at Albany

The Medical Center at Franklin, Inc.

The Medical Center at Scottsville

The Memorial Hospital of Salem County

The Orthopedic Hospital

The State of Florida

The State of Georgia

The State of Louisiana

The State of Michigan

The State of Mississippi

The State of New Mexico

The State of Ohio

The State of Tennessee

The State of Texas

The State of Utah

The Sylacauga Health Care Authority d/b/a Coosa Valley Medical Center

The Villages Regional Hospital

Thomas Hospital

Tippah County Hospital

Titusville Area Hospital

TOPS Surgical Specialty Hospital

Town of Chapmanville (West Virginia)

Town of Gilbert (West Virginia)

Town of Hamlin (West Virginia)

Town of Kermit (West Virginia)

Town of West Hamlin (West Virginia)

Triad of Alabama, LLC

Tucson Medical Center

Tug Valley ARH Medical Center

Twin Rivers Regional Medical Center

Tyler Memorial Hospital

Unicoi County Hospital

Unicol County Memorial Hospital

United Hospital Center

Valley Baptist Medical Center

Valley Baptist Medical Center - Brownsville

Venice Regional Bayfront Health

Vermont (Vermont Attorney General's Office)

Virginia (Virginia Office of the Attorney General)

W. Andrew Fox

Walker Baptist Medical Center

Washington (Washington Attorney General's Office)

Webster County Memorial

Weiss (Louis A.) Memorial Hospital

Wellmont Health System

West Boca Medical Center

West Suburban Medical Center

Western Arizona Regional Medical Center (Bullhead City Hospital Corporation)

Westlake Hospital

Wetzel County Hospital

White County Medical Center

White River Health System, Inc.

Whitesburg ARH

Wilkes-Barre General Hospital

Willow Creek Women's Hospital

Wiregrass Medical Center

Wisconsin (Wisconsin Department of Justice)

Woman's Hospital

Woodland Heights Medical Center (Piney
   Woods Healthcare System, L.P.)
Woodridge Hospital

WVU Medicine Children's
Zachary R. Schneider

## Notice of Appearance Parties, as of October 15, 2019

Abilene Regional Medical Center (ARMC,
   L.P.)
Abrazo Arizona Heart Hospital
Abrazo Arrowhead Campus
Abrazo Central Hospital
Abrazo Scottsdale Campus
Abrazo West Campus
Advanced Care Hospital of White County
Affinity Hospital, LLC d/b/a Grandview
   Medical Center
Alliance Health Care
AllianceHealth Clinton
AllianceHealth Deaconess
AllianceHealth Durant
AllianceHealth Madill
AllianceHealth Midwest
AllianceHealth Ponca City
AllianceHealth Seminole
AllianceHealth Woodward
Amel Eiland
AmerisourceBergen Drug Corporation
Anda, Inc.
Anderson Regional Health System
Apollo MD Business Srvs, LLC
Apollo MD Business Srvs, LLC
Appalachian Regional Healthcare, Inc.
   (ARH)
Arizona Orthopedic and Surgical Specialty
   Hospital
Arizona Spine & Joint Hospital
Arkansas v. Purdue Action
Ascent Health Services
Atmore Community Hospital
Attorney General, State of Arizona
Attorney General, State of Florida
Bad River Band of Lake Superior Tribe of
   Chippewa Indians/Bad River Health &
   Wellness Center
Baptist Health Corbin
Baptist Health Floyd
Baptist Health La Grange

Baptist Health Lexington
Baptist Health Louisville
Baptist Health Madisonville
Baptist Health Paducah
Baptist Health Richmond
Baptist Hospital, Inc. (Baptist Hospital, Jay
   Hospital)
Baptist Medical Center
Baptist Medical Center East
Baptist Memorial Hospital - Attala
Baptist Memorial Hospital - Calhoun
Baptist Memorial Hospital - Collierville
Baptist Memorial Hospital - DeSoto
Baptist Memorial Hospital - Golden
   Triangle
Baptist Memorial Hospital - Huntingdon
Baptist Memorial Hospital - Leake
Baptist Memorial Hospital - Memphis
Baptist Memorial Hospital - MS Baptist
   Medical Center
Baptist Memorial Hospital - North MS
Baptist Memorial Hospital - Tipton
Baptist Memorial Hospital - Union City
Baptist Memorial Hospital - Union County
Baptist Memorial Hospital - Yazoo
Baptist Memorial Hospital Booneville
Baptist Memorial Hospital for Women
Baptist Memorial Rehabilitation Hospital
Baptist Memorial Restorative Care Hospital
Barbara Rivers, Marketing
Barbourville ARH
Battle Mountain Band of Te-Moak Tribe of
   Western Shoshone Indians
Bayfront Health - Brooksville
Bayfront Health - Port Charlotte
Bayfront Health - Punta Gorda
Bayfront Health - Spring Hill
Bayfront Health - St. Petersburg
Baylor Medical Center at Trophy Club
Baylor Medical Center at Uptown

Baylor Orthopedic and Spine Hospital at
  Arlington
Baylor Scott & White Medical Center -
  Frisco
Baylor Scott & White Medical Center -
  Sunnyvale
Baylor Scott & White Surgical Hospital at
  Sherman
Baylor Surgical Hospital at Fort Worth
Baylor Surgical Hospital at Los Colinas
Beckley ARH
Berkeley Medical Center
Berwick Hospital Center
Beverly Sackler
Bibb Medical Center
Big Sandy Rancheria of Mono Indians
Big Valley Band of Pomo Indians
Bluefield Regional Medical Center
Bluffton Regional Medical Center
BMC Group, Inc.
Brian W. Whitfield Memorial Hospital
Bristol Regional Medical Center
Broaddus Hospital Association
Brookwood Baptist Medical Center
Broward County
Brownwood Regional Medical Center
  (Brownwood Hospital, L.P.)
Cahto Tribe of the Laytonville Rancheria
California (California Department of Justice
  Office of the Attorney General)
CAMC General Hospital
CAMC Memorial Hospital
CAMC Teays Valley Hospital
CAMC Women and Children's Hospital
Camden Clark Medical Center
Campbell County, TN
CaremarkPCS Health, L.L.C.
Carlsbad Medical Center
Carolinas Hospital System Florence
Carolinas Hospital System Marion
Carondelet Holy Cross Hospital
Carondelet St. Joseph's Hospital
Carondelet St. Mary's Hospital
Cedar Park Regional Medical Center (Cedar
  Park Health System, L.P.)
Center Point, Inc.

Cher-Ae Heights Indian Community of the
  Trinidad Rancheria
Chester Regional Medical Center
Cheyenne & Arapaho Tribes and Clinic
Chicken Ranch Rancheria of Me-Wuk
  Indians
Chitimacha Tribe of Louisiana
Citizens Baptist Medical Center
City of Benton, AR
City of Bentonville, AR
City of Cambridge
City of Chicago
City of Chicopee
City of Conway, AR
City of Fort Smith, AR
City of Franmingham
City of Gloucester
City of Haverhill
City of Hot Springs, AR
City of Jacksonville, AR
City of Jonesboro, AR
City of Little Rock, AR
City of Monticello, AR
City of North Little Rock, AR
City of Philadelphia
City of Pine Bluff, AR
City of Rogers, AR
City of Salem
City of Sherman, AR
City of Springdale, AR
City of Springfield, Mass
City of Texarkana, AR
City of Worcester
Coastal Carolina Hospital
College Station Medical Center (College
  Station Hospital, L.P.)
Colorado (Colorado Department of Law)
Commonwealth of Pennsylvania
Commonwealth of Pennsylvania
Commonwealth of Pennsylvania,
  Department of Revenue
Commonwealth of Massachusetts
Community Based Care of Brevard, Inc. dba
  Brevard Family Partnership
Community Health Systems and its affiliates
  and subsidiaries

Community Health Systems, Inc.
Community Hospital, Inc.
Community Partnership for Children, Inc.
Connecticut (Connecticut Office of the
    Attorney General)
Consolidated Tribal Health Project, Inc.
ContinueCARE Hospital (Baptist Corbin)
Coral Gables Hospital
County of Arkansas, AR
County of Ashley, AR
County of Baxter, AR
County of Benton, AR
County of Boone, AR
County of Bradley, AR
County of Calhoun, AR
County of Carroll, AR
County of Chicot, AR
County of Clark, AR
County of Clay, AR
County of Cleburne, AR
County of Cleveland, AR
County of Columbia, AR
County of Conway, AR
County of Craighead, AR
County of Crawford, AR
County of Crittenden, AR
County of Cross, AR
County of Dallas, AR
County of Desha, AR
County of Faulkner, AR
County of Franklin, AR
County of Fulton, AR
County of Garland, AR
County of Grant, AR
County of Greene, AR
County of Hempstead, AR
County of Hot Spring, AR
County of Howard, AR
County of Independence, AR
County of Izard, AR
County of Jackson, AR
County of Johnson, AR
County of Lafayette, AR
County of Lawrence, AR
County of Lee, AR
County of Lincoln, AR

County of Little River, AR
County of Logan, AR
County of Lonoke, AR
County of Madison, AR
County of Marion, AR
County of Miller, AR
County of Mississippi, AR
County of Monroe, AR
County of Montgomery, AR
County of Nevada, AR
County of Newton, AR
County of Ouachita, AR
County of Perry, AR
County of Phillips, AR
County of Pike, AR
County of Poinsett, AR
County of Polk, AR
County of Pope, AR
County of Prairie, AR
County of Randolph, AR
County of Saline, AR
County of Santa Clara
County of Scott, AR
County of Searcy, AR
County of Sebastian, AR
County of Sevier, AR
County of Sharp, AR
County of St. Francis, AR
County of Stone, AR
County of Union, AR
County of Van Buren, AR
County of Washington, AR
County of White, AR
County of Woodruff, AR
County of Yell, AR
Court appointed Plaintiffs' Executive
    Committee in In re National Prescription
    Opiate Litigation, Case No. 17-md-02804,
    MDL No.2804 (the "PEC")
CoxHealth
Coyote Valley Band of Pomo Indians
Crestwood Medical Center
Crestwyn Behavioral Health
Crossville, TN
Cumberland County, TN
CVS  Caremark Part D Services, L.L.C.

D.W. McMillan Memorial Hospital
Dale Medical Center
Dallas County Hospital District d/b/a
  Parkland Health & Hospital System
Darcy Sherman
David Sackler
Davis Memorial Hospital
Davis Regional Medical Center
Deborah Green-Kuchta
Debra Dawsey
Delaware (Delaware Office of the Attorney
  General)
Delray Medical Center
Desert Regional Medical Center
DeTar Hospital Navarro (Victoria of Texas,
  L.P.)
DeTar Hospital North (Victoria of Texas,
  L.P.)
DHC Regional Medical Center
Dickenson Community Hospital
District Attorneys General Bryant C.
  Dunaway, Jennings H. Jones, Robert J.
  Carter, Brent A. Cooper, and Lisa S.
  Zavogiannis
District of Columbia (Office of the Attorney
  General for the District of Columbia)
DMC Children's Hospital of Michigan
DMC Detroit Receiving Hospital
DMC Huron Valley - Sinai Hospital
DMC Hutzel Women's Hospital
DMC Rehabilitation Institute of Michigan
DMC Sinai-Grace Hospital
Doctors Hospital of Manteca
Doctors Medical Center of Modesto
Dora Lawrence
Dukes Memorial Hospital
Dunes Surgical Hospital
Dupont Hospital
East Cooper Medical Center
East Georgia Regional Medical Center
Eastern New Mexico Medical Center
Edward Grace
El Campo Memorial Hospital and West
  Wharton County Hospital District
Eli Medina
Ely Shoshone Tribe of Nevada

Emanuel Medical Center Twin Cities
  Community Hospital
Erie County Medical Center (ECMC)
Evergreen Medical Center
Ewiiaapaayp Band of Kumeyaay Indians
Express Scripts Senior Care Holdings, Inc.
Express Scripts, Inc.
F. Kirk Hopkins
Fallon Paiute-Shoshone Tribe
Fayette Medical Center
Field Memorial Community Hospital a/k/a
  Field Health System
First Hospital
Flagler Hospital
Florida Medical Center, a campus of North
  Shore
Fond du Lac Band of Superior Chippewa
Franklin Woods Community Hospital
Fredrick Hill
Gadsden Regional Medical Center
Giant Eagle, Inc.
Glenn Golden
Gonzales Healthcare Systems
Good Samaritan Medical Center
Grafton City Hospital, Inc.
Grayson County Hospital Foundation, Inc.
  d/b/a Twin Lakes Regional Medical Center
Greenbrier Valley Medical Center
Greene County Hospital
Greenwood Leflore Hospital
Gretta Golden
Grove Hill Memorial Hospital
Guadalupe Regional Medical Group
Guidiville Rancheria of California
Halifax Hospital Medical Center
Hancock County Hospital
Hancock County School Based Health
Hardin Memorial Hospital
Harlan ARH
Harris Medical Center
Harrison County, Mississippi
Hawaii (Hawaii Office of the Attorney
  General)
Hawkins County Memorial Hospital
Hazard ARH Medical Center
Heart of Florida Regional Medical Center

57

Heather Enders
Henderson County Community Hospital
Hialeah Hospital
Hi-Desert Medical Center
Highlands Regional Medical Center
Hill Regional Hospital (NHCI of Hillsboro, Inc.)
Hilton Head Hospital
Ho Chunk Nation
Holston Valley Medical Center
Hopland Band of Pomo Indians
Howard Center, Inc.
Huntington/Cabell County
Idaho (Office of the Idaho Attorney General)
Illinois (Office of the Attorney General State of Illinois)
Indian Path Medical Center
Infirmary Health System, Inc.
Infirmary LTAC (Long Term Acute Care) Hospital
Iowa (Iowa Department of Justice Office of the Attorney General)
Issaquena County, Mississippi
J. Paul Jones Hospital
J.W. Ruby Memorial Hospital
Jacksboro, TN
Jackson General Hospital Foundation, Inc.
Jackson Hospital & Clinic, Inc. ("Jackson Hospital")
Jackson Medical Center
Jason Reynolds
Jefferson Medical Center (Charles Town General Hospital)
Jennie Stuart Medical Center
JFK Memorial Hospital
Johnson City Community Health Center
Johnson City Day Center
Johnson City Medical Center
Johnson County Community Hospital
Johnston Memorial Hospital
Jonathan Sackler
Jordan Chu
Kevin Wilk
Kids First of Florida, Inc.
Kimberly Brand
King County

Kingman Regional Medical Center
Kingsport, TN
Koi Nation
Kosciusko Community Hospital Lutheran Rehabilitation Hospital (or Rehabilitation Hospital of Fort Wayne)
La Porte Hospital
Lac Courte Oreilles Band of Lake Superior
Lac du Flambeau Band of Lake Superior Ind.
Lake Granbury Medical Center (Granbury Hospital Corporation)
Lake Norman Regional Medical Center
Lake Wales Medical Center
Lakeview Center, Inc.
Lakeway Regional Hospital
Lakewood Regional Medical Center
Laredo Medical Center (Laredo Texas Hospital Company, L.P.)
Larkin Community Hospital (South Miami)
Larkin Community Hospital Behavioral Health Services, Inc.
Larkin Community Hospital Palm Springs
Laughlin Memorial Hospital
Lawrence County Hospital
Lea Regional Medical Center
Leesburg Regional Medical Center
Lonesome Pine Hospital
Longview Regional Medical Center (Longview Medical Center, L.P.)
Los Alamitos Medical Center Fountain Valley Regional Hospital
Lou Sardella
Lower Keys Medical Center
Lutheran Hospital
Magnolia Regional Health Center ("MRHC")
Maine (Office of the Maine Attorney General)
Manchester Band of Pomo Indians
Mary Black Health System - Gaffney
Mary Black Health System - Spartanburg
Mary Breckinridge ARH
Maryland (Office of the Attorney General of Maryland)

Massachusetts (Office of the Massachusetts
  Attorney General)
Mat-Su Regional Medical Center
McDowell ARH
McKesson Corporation
Medical Center
Medical Center of South Arkansas
Medical West Hospital Authority, an
  Affiliate of UAB Health System d/b/a
  UAB Medical West
Memorial Hermann Surgical Hospital First
  Colony
Mentasta Traditional Council
Merit Health Biloxi
Merit Health Central
Merit Health Madison
Merit Health Natchez
Merit Health Rankin
Merit Health River Oaks
Merit Health River Region
Merit Health Wesley
Merit Health Woman's Hospital
MetroWest Medical Center - Farmingham
  Union Hospital
MetroWest Medical Center - Leonard Morse
  Hospital
Michael Christy
Michael Klodzinski
Michael Konig
Michael Lopez
Middlesboro ARH
Minnesota (Office of the Minnesota
  Attorney General)
Mission Trail Baptist Hospital
Missouri Department of Revenue
Mizell Memorial Hospital
Moberly Regional Medical Center
Mobile Infirmary
Monongalia General Hospital
Monroe County Healthcare Authority d/b/a
  Monroe County Hospital
Monroe HMA LLC d/b/a Clearview
  Regional Medical Center
Morgan County ARH
Moses Taylor Hospital
Mountain Lakes Medical Center

Mountain States Health Alliance
Mountain View Regional Medical Center
MSI Corporation
Multi-State Governmental Entities Group
Muscogee (Creek) Nation
Nacogdoches Medical Center
Nadja Streiter
Navarro Regional Hospital (Navarro
  Hospital, L.P.)
NEA Baptist Memorial Hospital
Nevada (State of Nevada, Office of the
  Attorney General)
Nevada Counties and Municipalities
New Hampshire (New Hampshire
  Department of Justice)
New Jersey (Office of the New Jersey
  Attorney General)
New York (New York State Office of the
  Attorney General)
New York State Department of Financial
  Services
Niswonger Children's Hospital
North Baldwin Infirmary
North Broward Hospital District d/b/a
  Broward Health
North Central Baptist Hospital
North Central Surgical Center, LLP
North Mississippi Medical Center, Inc.
North Okaloosa Medical Center
North Shore Medical Center
North Sunflower Medical Center
Northeast Baptist Hospital
Northeast Regional Medical Center
Northern Louisiana Medical Center
Northport Medical Center
Northwest Health Physicians' Specialty
  Hospital
Northwest Medical Center
Northwest Medical Center - Bentonville
Northwest Medical Center - Springdale
Norton Community Hospital
OASIS Hospital
Ocean Springs Hospital
Ochiltree County Hospital District
Odyssey House; Addiction Recovery
  Resources, Inc.

Ohio Attorney General
Oklahoma Center for
Old Republic Insurance Company
OptumRX, Inc.
Oregon (Oregon Department of Justice)
Oro Valley Hospital
Orthopaedic & Multi-Specialty Surgery
Palm Beach Gardens Medical Center
Palmetto General Hospital
Palo Pinto General Hospital
Pearl River County Hospital & Nursing
   Home
Pennsylvania (Pennsylvania Office of the
   Attorney General)
People of the State of California
People of the State of New York
People of the State of New York
Physicians Regional Medical
Physicians Regional Medical Center -
   Collier Blvd
Physicians Regional Medical Center - Pine
   Ridge
Piedmont Medical Center
Pikeville Medical Center
Pinoleville Pomo Nation
Placentia - Linda Hospital
Plateau Medical Center
Poplar Bluff RMC - Oak Grove
Porter Regional Hospital
Potomac Valley Hospital
Potter Valley Tribe
Prattville Baptist Hospital
Preston Memorial Hospital
Princeton Baptist Medical Center
Princeton Community Hospital Association,
   Inc.
Pueblo of Pojoaque
Pyramid Lake Paiute Tribe
QHC of Enterprise, Inc. d/b/a Medical
   Center Enterprise
Red Cliff Band of Lake Superior Chippewas
Redwood Valley Tribe
Regional Hospital of Scranton
Reno-Sparks Indian Colony
Resighini Rancheria
Resolute Health Hospital

Reynolds Memorial Hospital
Rhode Island (Rhode Island Office of the
   Attorney General)
Richard Sackler
Robinson Rancheria of Pomo Indians
Ronald D. Stracener
Round Valley Indian Tribes and Round
   Valley Indian Health Center
Rush Health Systems, Inc.
Russell County Medical Center
Saint Francis Hospital - Bartlett
Saint Francis Hospital - Memphis (AMISUB
   (SFH), Inc.)
Saint Vincent Hospital
San Angelo Community Medical Center
   (San Angelo Hospital, L.P.)
San Ramon Regional Medical Center
Santa Rosa Medical Center
Scenic Mountain Medical Center
Scotts Valley Band of Pomo Indians
Searcy Medical Center
Seattle Indian Health Board
Services of Indiana, Inc.
Seven Rivers Regional Medical Center
Shands Lake Shore Regional Medical
   Center
Shands Live Oak Regional Medical Center
Shands Starke Regional Medical Center
Sharkey-Issaquena Hospital
Shelby Baptist Medical Center
Shinnecock Indian Nation
Sierra Vista Regional Medical Center
Siloam Springs Regional Hospital
Singing River Hospital
Smyth County Community Hospital
South Baldwin Regional
South Central Regional Medical Center
South Central United Food & Commercial
   Workers Union & Employers Health &
   Welfare Trust Fund
South Fork Band of the Te-Moak Tribe of
   Western Shoshone Indians
Southampton Memorial Hospital
Southern Surgical Hospital
Southern Virginia Regional Medical Center
Southside Regional Medical Center

Southwest Mississippi Regional Medical Center

Sparks Medical Center - Van Buren

Sparks Regional Medical Center

Spence and Becky Wilson Baptist Children's Hospital

Springs Memorial Hospital

St. Claire Medical Pavilion

St. Claire Regional Medical Center

St. Cloud Regional Medical Center

St. Croix Chippewa Indians of WI

St. Elizabeth Covington

St. Elizabeth Edgewood

St. Elizabeth Florence

St. Elizabeth Ft. Thomas

St. Elizabeth Grant

St. Joseph Hospital

St. Luke's Baptist Hospital

St. Mary's Medical Center

St. Thomas Hospital for Specialty Surgery (Baptist Womens Health Center, LLC)

St. Vincent Charity Medical Center (& Rosary Hall)

Starke Hospital

State of Alabama

State of Arkansas, ex rel. Scott Ellington

State of Connecticut

State of Idaho

State of Iowa, Ex Rel.

State of New Jersey

State of North Carolina

State of Texas

State of Washington

Stonewall Jackson Hospital

Sullivan County, TN

Summers County ARH

Surgical Institute of Reading

Sycamore Shoals Hospital

Takoma Regional Hospital

Tampa General Hospital

Taylor County Hospital District Health Facilities Corporation d/b/a Taylor Regional Hospital

Tenet Healthcare Corporation

Tenet Healthcare Corporation and its affiliates and subsidiaries

Tennessee Attorney General's Office

Tennessee District Attorneys General Barry Staubus, Tony Clark, and Dan Armstrong

Tennessee District Attorneys General Jared Effler, Charme Allen, Dave Clark, Russell Johnson, Stephen Crump, and Jimmy Dunn

Tennova Healthcare

Tennova Healthcare - Clarksville

Tennova Healthcare - Cleveland

Tennova Healthcare - Harton Regional Medical Center (Tullahoma HMA, LLC)

Tennova Healthcare - Jefferson Memorial Hospital (Jefferson County HMA, LLC)

Tennova Healthcare - LaFollette Medical Center (Campbell County HMA, LLC)

Tennova Healthcare - Lebanon d/b/a University Medical Center (Lebanon HMA, LLC)

Tennova Healthcare - Newport Medical Center (Cocke County HMA, LLC)

Tennova Healthcare - North Knoxville Medical Center (Metro Knoxville HMA, LLC)

Tennova Healthcare - Shelbyville

Tennova Healthcare - Turkey Creek Medical Center

Teva Canada Limited

Teva Pharmaceuticals USA, Inc.

Texas Spine and Joint Hospital, LLC

The Harrison Memorial Hospital, Inc. d/b/a Harrison Memorial Hospital

The Health Care Authority for Baptist Health, an Affiliate of UAB Health System

The Hospitals of Providence East Campus

The Hospitals of Providence Memorial Campus

The Hospitals of Providence Sierra Campus

The Hospitals of Providence Transmountain Campus

The Medical Center at Bowling Green

The Medical Center at Caverna

The Medical Center at Clinton County, Inc. d/b/a The Medical Center at Albany

The Medical Center at Franklin, Inc.

The Medical Center at Scottsville

The Memorial Hospital of Salem County
The Orthopedic Hospital
The People of the State of California
The State of Florida
The State of Georgia
The State of Louisiana
The State of Michigan
The State of Mississippi
The State of New Hampshire
The State of New Mexico
The State of Ohio
The State of Tennessee
The State of Texas
The State of Utah
The Sylacauga Health Care Authority d/b/a
  Coosa Valley Medical Center
The Villages Regional Hospital
Thermo Fisher Scientific
Thomas Hospital
Tippah County Hospital
Titusville Area Hospital
TOPS Surgical Specialty Hospital
Town of Butler, Alabama
Town of Canton
Town of Lynnfield
Town of Natick
Town of Randolph
Town of Wakefield
Triad of Alabama, LLC
Tucson Medical Center
Tug Valley ARH Medical Center
Twin Rivers Regional Medical Center
Tyler Memorial Hospital
Unicoi County Hospital
Unicol County Memorial Hospital
United Food & Commercial Workers Local
  1000 Oklahoma Health & Welfare Fund
United Food & Commercial Workers Union
  Local 1529 & Employers Health &
  Welfare Plan and Trust
United Food & Commercial Workers Union
  Local 1995 & Employers Health and
  Welfare Fund
United Food & Commercial Workers Unions
  and Employers Health and Welfare Fund -
  Atlanta

United Hospital Center
United Parcel Service, Inc.
Valley Baptist Medical Center - Brownsville
Venice Regional Bayfront Health
Vermont (Vermont Attorney General's
  Office)
Virginia (Virginia Office of the Attorney
  General)
W. Andrew Fox
Walgreen Arizona Drug Co.
Walgreen Co.
Walgreen Eastern Co., Inc.
Walker Baptist Medical Center
Walker River Paiute Tribe
Wampanoag Tribe of Gay Head (Aquinnah)
Washington (Washington Attorney General's
  Office)
Webster County Memorial
Weiss (Louis A.) Memorial Hospital
Wellmont Health System
West Boca Medical Center
West Suburban Medical Center
West Virginia, ex rel Patrick Morrisey,
  Attorney General
Westcare Foundation, Inc.
Westchester Fire Insurance Company
Western Arizona Regional Medical Center
  (Bullhead City Hospital Corporation)
Westlake Hospital
Wetzel County Hospital
White County Medical Center
White River Health System, Inc.
Whitesburg ARH
Wilkes-Barre General Hospital
Willow Creek Women's Hospital
Wiregrass Medical Center
Wisconsin (Wisconsin Department of
  Justice)
Woman's Hospital
Woodland Heights Medical Center (Piney
  Woods Healthcare System, L.P.)
Woodridge Hospital
WVU Medicine Children's
Zachary R. Schneider

<u>**Schedule 2**</u>

**Schedule of Searched Parties and/or Certain Related Parties that Akin Gump
Currently Represents, or Has in the Past Represented, in Matters
Unrelated to these Chapter 11 Cases**

<u>**Committee of Unsecured Creditors**</u>

*Akin Gump has represented in the past and currently represents the following companies and/or
certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11
cases:*

Blue Cross and Blue Shield Association          West Boca Medical Center
CVS Caremark Part D Services L.L.C. &
  CaremarkPCS Health, L.L.C.

*Akin Gump has represented in the past the following companies and/or certain related parties of
such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

LTS Lohmann Therapy Systems Corporation
Pension Benefit Guaranty Corporation

<u>**Committee's Professionals**</u>

*Akin Gump has represented in the past and currently represents the following companies and/or
certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11
cases:*

Jefferies LLC

<u>**Debtor Entities**</u>

*Akin Gump has represented in the past the following companies and/or certain related parties of
such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

Purdue Pharma L.P.
Rhodes Technologies Inc.

<u>**Other Related Entities**</u>

*Akin Gump has represented in the past the following companies and/or certain related parties of
such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

Purdue Pharma                                    Purdue Pharma Inc.

1

Purdue Pharma ULC                              Revlon Pakistan Private Limited

## **Current Directors and Officers**

*Akin Gump has not represented in the past and currently does not represent these parties*

## **Former Directors and Officers**

*Akin Gump has not represented in the past and currently does not represent these parties.*

## **Banks**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Citibank | JP Morgan Chase |
| East West Bank | UBS Group AG |
| Goldman Sachs | Wells Fargo & Company |

## **Secured Creditors**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

U.S. Bank Equipment Finance

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

Air Liquide Industrial U.S. LP

## **50 Largest Unsecured Creditors**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Amerisourcebergen | CVS Caremark Part D Services, L.L.C. |
| Caremarkpcs Health, L.L.C. | Mckesson Corporation |
| Cognizant Tech Solutions US Corp | OptumRx, Inc. |

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

2

Cardinal Health

Packaging Coordinators Inc.

Contract Pharmacal Corp

Rhodes Technologies Inc.

**<u>Vendors</u>**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Bank of America N.A.

Sharp Corp

Cognizant Tech Solutions US Corp

Siemens Industry Inc.

Deloitte & Touche LLP

Standard Insurance Co.

Fidelity Managed Income

United Parcel Service

FTI Consulting SC Inc.

United States Pharmacopeial Convent

Goldman Sachs Asset Mgmt LP

UPS Supply Chain Solutions

Mckesson Specialty Arizona Inc.

Walgreen Co.

Medidata Solutions Inc.

Walmart Inc.

Microsoft Licensing Group

Wells Fargo Financial Leasing Inc.

Price Waterhouse Coopers LLP

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Advanced Clinical

Noramco Inc.

American United Life Ins Co

Oracle America Inc.

CBRE, Inc.

Otis Elevator Company

Cigna Health and Life Insurance Co

Packaging Coordinators Inc.

Cigna Participant HSA Funding Fundi

Porter Hedges LLP

Cintas Corporation

Presidio Networked Solutions Inc.

Colorcon Inc.

Princeton Office Center LLC

Contract Pharmacal Corp

PSL Group American Limited

Daniel J Edelman Limited

Quinn Emanuel Urquhart &

Debevoise & Plimpton LLP

Reed Smith LLP

DLA Piper LLP US

Ricoh USA Inc.

Dorsey & Whitney LLP

SAP America

Grunenthal Gmbh (EUR)

Sidley Austin LLP

Health Advances Inc.

Sodexo Operations LLC

Iheart Media Entertainment Inc.

State & Federal Communications Inc.

Inc Research LLC

Turner Construction Company

Johnson Controls Inc.

Venable LLP

Kaiser Foundation Health Plan

Vorys Sater Seymour & Pease LLP

Kashiv Pharma LLC

Waldorf Astoria Amsterdam

Lowenstein Sandler PC

Wilmer Cutler Pickering Hale and Dorr LLP

Morris Nichols Arsht & Tunnell LLP

Yale University

## Customers

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Amazon.com | Honeywell Safety Products |
| Amerisource Health Servs Corp | Mckesson Corp |
| Amerisourcebergen Corporation | Mckesson Financial Document |
| Amerisourcebergen Drug Corp | MWI Veterinary Supply |
| CVS Caremark | OptumRx |
| CVS Distribution | Safeway Mail Stop |
| Fisher Scientific | Walmart Stores Inc. |

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Albertsons | HE Butt Grocery Company |
| AMD Pennsylvania LLC | Imperial Distributors Inc. |
| Cardinal Health dba Harvard Drui | Meijer |
| Cardinal Health Inc. | Owens & Minor |
| Cardinal Health P.R. 120 Inc. | Supervalu |
| DMS Pharmaceutical Group Inc. | Supervalu Pharmacies Inc. |
| Harris Teeter | Target Corp |
| HE Butt Grocery | Wegmans Food Markets |

## Government Authorities

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Pension Benefit Guaranty Corporation

## Utilities

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Cox Business | Sprint |
| National Grid | Time Warner Cable Enterprises LLC |
| Optimum - Cablevision | Veolia ES Technical Solutions |
| Spectrum Business | |

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Duke Energy
Earthlink Business Company
Heritage Environmental Services
Matheson Tri Gas Inc.
MCI Comm Service

New Jersey American Water Co
PSE&G
Verizon
Verizon Washington DC Inc.

## Insurers

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

ACE American Insurance Co.
ACE Property and Casualty Insurance
  Company
Chubb
Liberty Insurance Corp
Liberty Mutual Fire Insurance Company

Liberty Surplus Insurance Corporation (Non-
  Admitted)
National Union Fire Insurance Co. of
  Pittsburgh, PA (AIG)
The Insurance Company of The State of
  Pennsylvania (AIG Worldsource)

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Factory Mutual Insurance Company
FM Global Transit
Ironshore Specialty Insurance Company
Old Republic Insurance Company

Zurich American Insurance Company
Great American Insurance Company (Vosco)
U.S. Specialty Insurance Company - HCC
Steadfast Insurance Company - Zurich

## Surety Bonds

*Akin Gump has not represented in the past and currently does not represents this party.*

## Equity Interests

*Akin Gump has not represented in the past and currently does not represents these parties.*

## Restructuring Professionals

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Alixpartners LLP

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

Davis Polk and Wardwell LLP
Teneo Strategy LLC

## Other Consultants & Advisors

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Deloitte Consulting LLP
Ernst & Young
IBM Corporation

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

Mckinsey & Co Inc.
Trinity Partners LLC

## Licensing Agreements

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

University of Texas

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Abbott Laboratories
Grünenthal Gmbh

## Litigation

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

Occidental Chemical Corporation

6

**Landlords**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

UBS Financial Services Inc.

**Sublessees**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Charter Communications Holding Company, LLC

**United States Bankruptcy Judges (Southern District of New York)**

*Akin Gump has not represented in the past and currently does not represents these parties.*

**United States Trustee's Office
(Region 2, Southern District of New York, Manhattan and White Plains Divisions)**

*Akin Gump has not represented in the past and currently does not represents these parties.*

**Debtor Legal Counsel**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Lynn Pinker Cox & Hurst
Thompson Coburn, LLP

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Arnold & Porter Kaye Scholer LLP
Blank Rome LLP
Borden Ladner Gervais LLP
Covington & Burling LLP
Dechert LLP
DLA Piper LLP
Dorsey & Whitney LLP
Gibson Dunn & Crutcher LLP

Holland & Hart
Jones Day
Lowenstein Sandler LLP
Marks & Clerk LLP
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
Morgan Lewis & Bockius LLP
Morris Nichols Arsht and Tunnell LLP

Morrison & Foerster LLP
Nixon Peabody
Norton Rose Fulbright US LLP
Pryor Cashman LLP
Reed Smith, LLP
Sidley Austin, LLP

Skadden, Arps, Slate, Meagher & Flom LLP
Stikeman Elliott, LLP
Troutman Sanders LLP
Vorys Sater Seymour & Pease
Wilmerhale

## **Director and Officer Legal Counsel**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Simpson Thacher Barlett LLP

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Conner & Winters, LLP
Day Pitney
Debevoise & Plimpton LLP
Mcdermott Will & Emery

Norton Rose
Norton Rose (Stroz Pass Through)
Paul Weiss

## **Employee Indemnity Legal Counsel**

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Blank Rome LLP
Bryan Cave LLP
DLA Piper LLP

Porter Hedges, LLP
Venable LLP

## **Plaintiffs' Attorneys**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

City of St. Louis
Los Angeles City Attorney's Office

San Francisco City Attorney's Office
The Cherokee Nation

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Barrack, Rodos & Bacine
Berger & Montague, PC

Bossier & Associates, PLLC
City of Rochester

Gallagher Law Firm

Hobbs, Straus, Dean & Walker

Jasper County

Jones, Waldo, Holbrook & Mcdonough P.C.

Lanier Law

Mcafee & Taft

Murray & Murray Co.

Simmons & Simmons

The Cooper Law Firm

The Lanier Law Firm

Washington County Attorney

Wilentz, Goldman & Spitzer

## **Plaintiffs**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Bad River Band of Lake Superior Chippewa

Baptist Health Corbin

Baptist Health Floyd

Baptist Health La Grange

Baptist Health Lexington

Baptist Health Louisville

Baptist Health Madisonville, Inc.

Baptist Health Paducah

Baptist Health Richmond, Inc.

Baptist Healthcare System, Inc.

Baptist Hospital Inc. and Jay Hospital

Big Valley Band of Pomo Indians of The Big Valley Rancheria

Blue Cross and Blue Shield of Louisiana

Bon Secours Health System, Inc.

Bowling Green Warren County Community Hospital Corporation

City of Bloomington and Monroe County

City of New York

City of St. Louis

County of Tarrant

County of Travis

Eastern Band of Cherokee Indians

Her Majesty The Queen In Right of The Province of British Columbia

Hopland Band of Pomo Indians

International Union of Operating Engineers, Local 150

Kershaw Health

Memorial Healthcare System Inc.

MSP Recovery Claims Series LLC

Oneida Nation

Rincon Band of Luiseno Indians

Scotts Valley Band of Pomo Indians

Seneca Nation of Indians

St. Elizabeth Healthcare

State of Minnesota

State of Washington

The Medical Center at Bowling Green

The Medical Center at Franklin, Inc.

West Boca Medical Center, Inc.

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Appalachian Regional Healthcare, Inc.

Boone County

Bossier Parish

Brazos County

Broward County, Florida

Campbell County, TN

Chickasaw Nation

Choctaw Nation

City and County of Denver

City of Atlanta

City of Bastrop, Louisiana

City of Boston

City of Burbank

City of Chicago

City of Clearwater in the County of Pinellas
City of Eagle Pass, Texas
City of Kansas City, Missouri
City of Laredo, Texas
City of Los Angeles, California
City of Minneapolis, Minnesota
City of North Miami, Florida
City of Philadelphia
City of Rochester
City of San Diego
City of Seattle
City of Thornton
City of Vernon, Alabama
Clinton County
Common Wealth of PA
Confederated Tribe of Warm Springs
Confederated Tribes of The Grand Ronde
  Community of Oregon
County of Bexar
County of Cameron
County of Dallas
County of El Paso
County of Jasper
County of Kerr
County of Nassau
County of San Diego
County of San Mateo
County of San Patricio
County of Washington
County of Webb
County of Westchester
Gonzales Healthcare Systems
Highlands Regional Medical Center
Jasper County
John Doe
Maverick County, Texas
Mennonite General Hospital, Inc.
Metrohealth System
Montgomery County, Maryland
Nicholas A. Padron

Nye County, Nevada
Paiute-Shoshone Tribe of The Fallon
  Reservation and Colony
Palm Beach County
Passamaquoddy Tribe-Indian Township
Passamaquoddy Tribe-Pleasant Point
Pinellas County, Florida
Saint Regis Mohawk Tribe
Sarasota County Public Hospital District
Sheboygan County
South Fork Band of the Te-Moak Tribe of
  Western Shoshone Indians
Standing Rock Sioux Tribe
State of Alaska
State of California
State of Connecticut
State of Delaware, Ex Rel. Matthew P. Denn
State of Illinois
State of New Mexico
State of New York
State of North Carolina
State of Ohio
State of Oregon
State of Rhode Island
State of South Dakota
State of Texas
State of Vermont
Texas Office of the Attorney General
The Commonwealth of PA by James Martin
The Muscogee (Creek) Nation
The Passamaquoddy Tribe-Indian Township
Town of Plymouth
Town of Stratford
Unified Government of Wyandotte
  County/Kansas City, Kansas
Walker County
Washington County
York County
Zenith Insurance Company

## Other

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Novo Nordisk

## Parties Listed on Filed 2019 Statements, as of October 15, 2019

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Abilene Regional Medical Center (ARMC, L.P.)
Baptist Health Corbin
Baptist Health Floyd
Baptist Health La Grange
Baptist Health Lexington
Baptist Health Louisville
Baptist Health Madisonville
Baptist Health Paducah
Baptist Health Richmond
Baptist Medical Center
Baptist Medical Center East
Baptist Memorial Hospital - Attala
Baptist Memorial Hospital - Calhoun
Baptist Memorial Hospital - Collierville
Baptist Memorial Hospital - DeSoto
Baptist Memorial Hospital - Golden Triangle
Baptist Memorial Hospital - Huntingdon
Baptist Memorial Hospital - Leake
Baptist Memorial Hospital - Memphis
Baptist Memorial Hospital - MS Baptist Medical Center
Baptist Memorial Hospital - North MS
Baptist Memorial Hospital - Tipton
Baptist Memorial Hospital - Union City
Baptist Memorial Hospital - Union County
Baptist Memorial Hospital - Yazoo
Baptist Memorial Hospital Booneville
Baptist Memorial Hospital for Women
Baptist Memorial Rehabilitation Hospital
Baptist Memorial Restorative Care Hospital

Bluffton Regional Medical Center
Brookwood Baptist Medical Center
CAMC General Hospital
CAMC Memorial Hospital
CAMC Teays Valley Hospital
CAMC Women and Children's Hospital
Carolinas Hospital System Florence
Carolinas Hospital System Marion
Coastal Carolina Hospital
College Station Medical Center (College Station Hospital, L.P.)
Community Health Systems and its affiliates and subsidiaries
ContinueCARE Hospital (Baptist Corbin)
Coral Gables Hospital
CoxHealth
Dallas County Hospital District d/b/a Parkland Health & Hospital System
Desert Regional Medical Center
DeTar Hospital Navarro (Victoria of Texas, L.P.)
DeTar Hospital North (Victoria of Texas, L.P.)
DMC Children's Hospital of Michigan
DMC Detroit Receiving Hospital
DMC Huron Valley - Sinai Hospital
DMC Hutzel Women's Hospital
DMC Rehabilitation Institute of Michigan
DMC Sinai-Grace Hospital
Doctors Hospital of Manteca
Doctors Medical Center of Modesto
East Cooper Medical Center

11

Emanuel Medical Center Twin Cities
   Community Hospital
Erie County Medical Center (ECMC)
Florida Medical Center, a campus of North
   Shore
Gadsden Regional Medical Center
Good Samaritan Medical Center
Greene County Hospital
Guadalupe Regional Medical Group
Halifax Hospital Medical Center
Hialeah Hospital
Hilton Head Hospital
Jackson Hospital & Clinic, Inc. ("Jackson
   Hospital")
Jefferson Medical Center (Charles Town
   General Hospital)
JFK Memorial Hospital
Lakewood Regional Medical Center
Los Alamitos Medical Center Fountain Valley
   Regional Hospital
Lutheran Hospital
Mary Black Health System - Gaffney
Mary Black Health System - Spartanburg
Memorial Hermann Surgical Hospital First
   Colony
Memorial Hermann Surgical Hospital
   Kingwood
MetroWest Medical Center - Farmingham
   Union Hospital
MetroWest Medical Center - Leonard Morse
   Hospital
Mobile Infirmary
Monroe County Healthcare Authority d/b/a
   Monroe County Hospital
Nacogdoches Medical Center
Navarro Regional Hospital (Navarro Hospital,
   L.P.)
NEA Baptist Memorial Hospital
North Shore Medical Center
Northeast Regional Medical Center
Northwest Medical Center
Northwest Medical Center - Bentonville
Northwest Medical Center - Springdale
Palmetto General Hospital
Piedmont Medical Center

Placentia - Linda Hospital
Plateau Medical Center
Saint Francis Hospital - Bartlett
Saint Francis Hospital - Memphis (AMISUB
   (SFH), Inc.)
Saint Vincent Hospital
San Angelo Community Medical Center (San
   Angelo Hospital, L.P.)
Sierra Vista Regional Medical Center
St. Elizabeth Covington
St. Elizabeth Edgewood
St. Elizabeth Florence
St. Elizabeth Ft. Thomas
St. Elizabeth Grant
St. Joseph Hospital
St. Joseph Hospital
St. Luke's Baptist Hospital
St. Mary's Medical Center
St. Thomas Hospital for Specialty Surgery
   Baptist Womens Health Center, LLC)
Tampa General Hospital
Tenet Healthcare Corporation and its affiliates
   and subsidiaries
Tennova Healthcare
Tennova Healthcare - Clarksville
Tennova Healthcare - Cleveland
Tennova Healthcare - Harton Regional
   Medical Center (Tullahoma HMA, LLC)
Tennova Healthcare - Jefferson Memorial
   Hospital (Jefferson County HMA, LLC)
Tennova Healthcare - LaFollette Medical
   Center (Campbell County HMA, LLC)
Tennova Healthcare - Lebanon d/b/a
   University Medical Center (Lebanon HMA,
   LLC)
Tennova Healthcare - Newport Medical
   Center (Cocke County HMA, LLC)
Tennova Healthcare - North Knoxville
   Medical Center (Metro Knoxville HMA,
   LLC)
Tennova Healthcare - Shelbyville
Tennova Healthcare - Turkey Creek Medical
   Center
Texas Spine and Joint Hospital, LLC

12

The Health Care Authority for Baptist Health, an Affiliate of UAB Health System
The Hospitals of Providence East Campus
The Hospitals of Providence Memorial Campus
The Hospitals of Providence Sierra Campus
The Hospitals of Providence Transmountain Campus
The Medical Center at Bowling Green
The Medical Center at Franklin, Inc.

The Memorial Hospital of Salem County
The State of Mississippi
Tyler Memorial Hospital
United Hospital Center
Valley Baptist Medical Center
Valley Baptist Medical Center - Brownsville
Weiss (Louis A.) Memorial Hospital
West Boca Medical Center
West Suburban Medical Center
Westlake Hospital

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

Affinity Hospital, LLC d/b/a Grandview Medical Center
Appalachian Regional Healthcare, Inc. (ARH)
Beckley ARH
Broward County
Cedar Park Regional Medical Center (Cedar Park Health System, L.P.)
Citizens Baptist Medical Center
City of Chicago
City of Philadelphia
Davis Memorial Hospital
District of Columbia (Office of the Attorney General for the District of Columbia)
Fayette Medical Center
First Hospital
Highlands Regional Medical Center
Holston Valley Medical Center
Laughlin Memorial Hospital
McDowell ARH
Medical West Hospital Authority, an Affiliate of UAB Health System d/b/a UAB Medical West
Merit Health Biloxi

Merit Health Central
Merit Health Madison
Merit Health Natchez
Merit Health Rankin
Merit Health River Oaks
Merit Health River Region
Merit Health Wesley
Merit Health Woman's Hospital
Monongalia General Hospital
Mountain View Regional Medical Center
Mountain View Regional Medical Center
Muscogee (Creek) Nation
Northeast Baptist Hospital
Shands Lake Shore Regional Medical Center
Shands Live Oak Regional Medical Center
Shands Starke Regional Medical Center
Southampton Memorial Hospital
Sycamore Shoals Hospital
The State of New Mexico
The State of Ohio
The State of Texas
Whitesburg ARH

## **Notice of Appearance Parties, as of October 15, 2019**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

13

Abilene Regional Medical Center (ARMC, L.P.)
AmerisourceBergen Drug Corporation
Bad River Band of Lake Superior Tribe of Chippewa Indians/Bad River Health & Wellness Center
Baptist Health Corbin
Baptist Health Floyd
Baptist Health La Grange
Baptist Health Lexington
Baptist Health Louisville
Baptist Health Madisonville
Baptist Health Paducah
Baptist Health Richmond
Baptist Hospital, Inc. (Baptist Hospital, Jay Hospital)
Baptist Medical Center
Baptist Medical Center East
Baptist Memorial Hospital - Attala
Baptist Memorial Hospital - Calhoun
Baptist Memorial Hospital - Collierville
Baptist Memorial Hospital - DeSoto
Baptist Memorial Hospital - Golden Triangle
Baptist Memorial Hospital - Huntingdon
Baptist Memorial Hospital - Leake
Baptist Memorial Hospital - Memphis
Baptist Memorial Hospital - MS Baptist Medical Center
Baptist Memorial Hospital - North MS
Baptist Memorial Hospital - Tipton
Baptist Memorial Hospital - Union City
Baptist Memorial Hospital - Union County
Baptist Memorial Hospital - Yazoo
Baptist Memorial Hospital Booneville
Baptist Memorial Hospital for Women
Baptist Memorial Rehabilitation Hospital
Baptist Memorial Restorative Care Hospital
Big Valley Band of Pomo Indians
Bluffton Regional Medical Center
Brookwood Baptist Medical Center
CAMC General Hospital
CAMC Memorial Hospital
CAMC Teays Valley Hospital
CAMC Women and Children's Hospital
CaremarkPCS Health, L.L.C.

Carolinas Hospital System Florence
Carolinas Hospital System Marion
Coastal Carolina Hospital
College Station Medical Center (College Station Hospital, L.P.)
Community Health Systems and its affiliates and subsidiaries
Community Health Systems, Inc.
ContinueCARE Hospital (Baptist Corbin)
Coral Gables Hospital
CoxHealth
CVS  Caremark Part D Services, L.L.C.
Dallas County Hospital District d/b/a Parkland Health & Hospital System
Desert Regional Medical Center
DeTar Hospital Navarro (Victoria of Texas, L.P.)
DeTar Hospital North (Victoria of Texas, L.P.)
DMC Children's Hospital of Michigan
DMC Detroit Receiving Hospital
DMC Huron Valley - Sinai Hospital
DMC Hutzel Women's Hospital
DMC Rehabilitation Institute of Michigan
DMC Sinai-Grace Hospital
Doctors Hospital of Manteca
Doctors Medical Center of Modesto
East Cooper Medical Center
Emanuel Medical Center Twin Cities Community Hospital
Erie County Medical Center (ECMC)
Florida Medical Center, a campus of North Shore
Gadsden Regional Medical Center
Good Samaritan Medical Center
Greene County Hospital
Guadalupe Regional Medical Group
Halifax Hospital Medical Center
Hialeah Hospital
Hilton Head Hospital
Jackson Hospital & Clinic, Inc. ("Jackson Hospital")
Jefferson Medical Center (Charles Town General Hospital)
JFK Memorial Hospital
Lakewood Regional Medical Center

14

Los Alamitos Medical Center Fountain Valley Regional Hospital
Lutheran Hospital
Mary Black Health System - Gaffney
Mary Black Health System - Spartanburg
McKesson Corporation
Memorial Hermann Surgical Hospital First Colony
MetroWest Medical Center - Farmingham Union Hospital
MetroWest Medical Center - Leonard Morse Hospital
Mobile Infirmary
Monroe County Healthcare Authority d/b/a Monroe County Hospital
Nacogdoches Medical Center
Navarro Regional Hospital (Navarro Hospital, L.P.)
NEA Baptist Memorial Hospital
North Shore Medical Center
Northeast Regional Medical Center
Northwest Medical Center
Northwest Medical Center - Bentonville
Northwest Medical Center - Springdale
OptumRX, Inc.
Palmetto General Hospital
Piedmont Medical Center
Pinoleville Pomo Nation
Placentia - Linda Hospital
Plateau Medical Center
Saint Francis Hospital - Bartlett
Saint Francis Hospital - Memphis (AMISUB (SFH), Inc.)
Saint Vincent Hospital
San Angelo Community Medical Center (San Angelo Hospital, L.P.)
Sierra Vista Regional Medical Center
St. Elizabeth Covington
St. Elizabeth Edgewood
St. Elizabeth Florence
St. Elizabeth Ft. Thomas
St. Elizabeth Grant
St. Joseph Hospital
St. Luke's Baptist Hospital
St. Mary's Medical Center

St. Thomas Hospital for Specialty Surgery (Baptist Women's Health Center, LLC)
State of Washington
Tampa General Hospital
Tenet Healthcare Corporation
Tenet Healthcare Corporation and its affiliates and subsidiaries
Tennova Healthcare
Tennova Healthcare - Clarksville
Tennova Healthcare - Cleveland
Tennova Healthcare - Harton Regional Medical Center (Tullahoma HMA, LLC)
Tennova Healthcare - Jefferson Memorial Hospital (Jefferson County HMA, LLC)
Tennova Healthcare - LaFollette Medical Center (Campbell County HMA, LLC)
Tennova Healthcare - Lebanon d/b/a University Medical Center (Lebanon HMA, LLC)
Tennova Healthcare - Newport Medical Center (Cocke County HMA, LLC)
Tennova Healthcare - North Knoxville Medical Center (Metro Knoxville HMA, LLC)
Tennova Healthcare - Shelbyville
Tennova Healthcare - Turkey Creek Medical Center
Texas Spine and Joint Hospital, LLC
The Health Care Authority for Baptist Health, an Affiliate of UAB Health System
The Hospitals of Providence East Campus
The Hospitals of Providence Memorial Campus
The Hospitals of Providence Sierra Campus
The Hospitals of Providence Transmountain Campus
The Medical Center at Bowling Green
The Medical Center at Franklin, Inc.
The Memorial Hospital of Salem County
Thermo Fisher Scientific
Tyler Memorial Hospital
United Hospital Center
United Parcel Service, Inc.
Valley Baptist Medical Center - Brownsville
Walgreen Arizona Drug Co.

15

Walgreen Co.

Walgreen Eastern Co., Inc.

Weiss (Louis A.) Memorial Hospital

West Boca Medical Center

West Suburban Medical Center

Westlake Hospital

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Affinity Hospital, LLC d/b/a Grandview Medical Center

Appalachian Regional Healthcare, Inc. (ARH)

Beckley ARH

BMC Group, Inc.

Broward County

Brownwood Regional Medical Center (Brownwood Hospital, L.P.)

Campbell County, TN

Cedar Park Regional Medical Center (Cedar Park Health System, L.P.)

Citizens Baptist Medical Center

City of Chicago

City of Fort Smith, AR

City of Philadelphia

Commonwealth of Pennsylvania

County of Boone, AR

County of Washington, AR

Davis Memorial Hospital

District of Columbia (Office of the Attorney General for the District of Columbia)

Fallon Paiute-Shoshone Tribe

Fayette Medical Center

First Hospital

Giant Eagle, Inc.

Gonzales Healthcare Systems

Highlands Regional Medical Center

Ho Chunk Nation

Holston Valley Medical Center

Laughlin Memorial Hospital

McDowell ARH

Medical West Hospital Authority, an Affiliate of UAB Health System d/b/a UAB Medical West

Merit Health Biloxi

Merit Health Central

Merit Health Madison

Merit Health Natchez

Merit Health Rankin

Merit Health River Oaks

Merit Health River Region

Merit Health Wesley

Merit Health Woman's Hospital

Monongalia General Hospital

Mountain View Regional Medical Center

Mountain View Regional Medical Center

Muscogee (Creek) Nation

Northeast Baptist Hospital

Old Republic Insurance Company

People of the State of New York

Pyramid Lake Paiute Tribe

Shands Lake Shore Regional Medical Center

Shands Live Oak Regional Medical Center

Shands Starke Regional Medical Center

South Fork Band of the Te-Moak Tribe of Western Shoshone Indians

Southampton Memorial Hospital

State of Connecticut

State of Iowa, Ex Rel.

State of North Carolina

State of Texas

Sycamore Shoals Hospital

Teva Pharmaceuticals USA, Inc.

The State of New Mexico

The State of Ohio

The State of Texas

Wampanoag Tribe of Gay Head (Aquinnah)

Whitesburg ARH

## Schedule 3

### Schedule of Searched Parties and/or Certain Related Parties that Are Currently, or Have Been in the Past, Adverse to Clients of Akin Gump

Abbot Laboratories
ACE American Insurance Co.
ACE Property and Casualty Insurance Company
Adlon Therapeutics LP
Air Liquide Industrial U.S. LP
Alexandria City Attorney
Alixpartners LLP
Amazon.com
AMD Pennsylvania LLC
Arkansas v. Purdue Action
Arnold & Porter Kaye Scholer LLP
Asbestos Workers Local 6 Health and Welfare Fund and Massachusetts Bricklayers & Masons Trust Funds
Atlanta Dept. of Law
Bank of America N.A.
Baptist Health Corbin
Baptist Health Floyd
Baptist Health Floyd
Baptist Health La Grange
Baptist Health Lexington
Baptist Health Louisville
Baptist Health Madisonville
Baptist Health Madisonville, Inc.
Baptist Health Paducah
Baptist Health Richmond
Baptist Health Richmond, Inc.
Baptist Healthcare System, Inc.
Baptist Hospital Inc. and Jay Hospital
Baptist Hospital, Inc. (Baptist Hospital, Jay Hospital)
Barbara D. Underwood, Attorney General of the State of New York
Baron & Budd
Bashas Inc.
Battle Mountain of The Te-Moak Tribe of Western Shoshone Indians
Baylor Medical Center at Trophy Club
Baylor Medical Center at Uptown

Baylor Orthopedic and Spine Hospital at Arlington
Baylor Orthopedic and Spine Hospital at Arlington
Baylor Scott & White Medical Center - Frisco
Baylor Scott & White Medical Center - Sunnyvale
Baylor Scott & White Surgical Hospital at Sherman
Baylor Surgical Hospital at Fort Worth
Baylor Surgical Hospital at Los Colinas
Big Sandy Rancheria of Western Mono Indians
Big Valley Band of Pomo Indians
Big Valley Band of Pomo Indians of The Big Valley Rancheria
Blue Cross and Blue Shield Association
Blue Cross and Blue Shield of Louisiana
Board of County Commissioners of Jefferson County
Burlington Drug Co Inc.
Button Land L.P.
California (California Department of Justice Office of the Attorney General)
Camden Clark Medical Center
Cardinal Health
Cardinal Health dba Harvard Drui
Cardinal Health Inc.
Cardinal Health P.R. 120 Inc.
CaremarkPCS Health, L.L.C.
Carolinas Hospital System Florence
Carolinas Hospital System Marion
Carroll County
Carroll County Board of County Commissioners
CBRE, Inc.
Charles River Laboratories
Charter Communications Holding Company, LLC
Cheyenne & Arapaho Tribes
Cheyenne & Arapaho Tribes and Clinic

Chubb
Cigna Health and Life Insurance Co
Cigna Participant HSA Funding Fundi
Cintas Corporation
Citibank
City of Alexandria, City of Elwood and
  Madison County
City of Birmingham, Alabama
City of Chicago
City of Cuyahoga Falls
City of Fall River
City of Kansas City, Missouri
City of Los Angeles, California
City of Memphis
City of Miami
City of New York
City of Newark, NJ
City of North Miami, Florida
City of Palmetto
City of Philadelphia
City of Phoenix
City of Pittsburgh
City of Portland
City of Portland and Jay County
City of Portsmouth
City of Richmond
City of St. Louis
City of Tallahassee
Claflin Company
Clayton County, Georgia
Clean Harbors Inc.
Cleveland Bakers and Teamsters Health and
  Welfare Fund
Cognizant Tech Solutions US Corp
Cognizant Tech Solutions US Corp
Columbia County
Common Wealth of PA
Commonwealth of Massachusetts
Commonwealth of Pennsylvania
Connecticut (Connecticut Office of the
  Attorney General)
ContinueCARE Hospital (Baptist Corbin)
County of Columbia
County of Dekalb
County of Fresno
County of Hamilton

County of Jefferson
County of Maricopa
County of Montgomery, AR
County of Orange
County of Orangeburg
County of Rensselaer
County of Riverside
County of Sacramento
County of San Francisco
County of San Luis Obispo, California
County of Shasta
County of Suffolk
County of Tarrant
Covermymeds LLC
Cox Business
CVS Caremark
CVS Caremark Part D Services L.L.C.
CVS Distribution
Davis Polk and Wardwell LLP
Dekalb County, Illinois
Delaware (Delaware Office of the Attorney
  General)
Deloitte & Touche LLP
Deloitte Consulting LLP
Depomed Inc.
Direct Energy Services LLC
District of Columbia (Office of the Attorney
  General for the District of Columbia)
DLA Piper LLP
DLA Piper LLP US
Duke Energy
East West Bank
Elsevier
Ely Shoshone Tribe of Nevada
Ernst & Young
Eversource Energy
Express Scripts
Factory Mutual Insurance Company
Fayette Medical Center
Fidelity Managed Income
FM Global Transit
Frontier Communications
FTI Consulting Sc Inc.
Garrett County, Maryland
Gefco Forwarding USA Inc
Giant Eagle, Inc.

2

Gibson Dunn & Crutcher LLP
Goldman Sachs
Goldman Sachs Asset Mgmt LP
Great American Insurance Company (Vosco)
Greenfield Bioventures LP
Grünenthal Gmbh
Grunenthal Gmbh (EUR)
Harris County
HCL America Inc.
Henry Schein Animal Health
Hogan Lovells US LLP [DC]
IBEW Local 38 Health and Welfare Fund
IBM Corporation
Iheart Media Entertainment Inc.
Illinois (Office of the Attorney General State of Illinois)
Imbrium Therapeutics LP
International Union of Operating Engineers, Local 150
Iowa (Iowa Department of Justice Office of the Attorney General)
Ironshore Specialty Insurance Company
Jackson County
Jackson County, Missouri
Jane Doe
Jefferies LLC
Jefferson County
Jefferson County, AL
Johnson Controls Inc.
JP Morgan Chase
Kaiser Foundation Health Plan
Kmart Corporation
La Crosse County
Liberty Insurance Corp
Liberty Mutual Fire Insurance Company
Liberty Surplus Insurance Corporation (Non-Admitted)
Los Angeles City Attorney's Office
Macon County, Illinois
Madison County
Massachusetts (Office of the Massachusetts Attorney General)
Mcafee & Taft
Mckesson Corp
Mckesson Corporation
Mckesson Financial Document

Mckesson Specialty Arizona Inc.
Mckinsey & Co Inc.
Meijer
Memorial Hermann Surgical Hospital First Colony
Memorial Hermann Surgical Hospital Kingwood
Microsoft Licensing Group
Montgomery County, Maryland
Motley Rice
MSP Recovery Claims Series LLC
National Grid
National Union Fire Insurance Co. of Pittsburgh, PA (AIG)
Nayatt Cove Lifescience Inc.
Nevada (State of Nevada, Office of the Attorney General)
Nevada Counties and Municipalities
New Jersey (Office of the New Jersey Attorney General)
New York (New York State Office of the Attorney General)
New York State Department of Financial Services
Norton Rose
Norton Rose (Stroz Pass Through)
Norton Rose Fulbright US LLP
Novo Nordisk
Occidental Chemical Corporation
Office of the Attorney General - Texas
Ohio Carpenters Health Fund
Old Republic Insurance Company
Ophir Green Corp.
Optimum - Cablevision
OptumRx, Inc.
Oracle America Inc.
Orange County
Oregon (Oregon Department of Justice)
Paul Land Inc.
Pension Benefit Guaranty Corporation
People of California
People of the State of California
Pinoleville Pomo Nation
Port Gamble S'klallam Tribe, Suquamish Tribe, and Jamestown S'klallam Tribe
Portland City Attorney's Office

3

Presidio Networked Solutions Inc.
Price Waterhouse Coopers LLP
PSE&G
Publix Super Markets Inc.
Purdue Pharma
Purdue Pharma Inc.
Purdue Pharma L.P.
Purdue Pharma Manufacturing, LP
Purdue Pharma of Puerto Rico L.P.
Purdue Pharma Technologies Inc.
Purdue Pharma ULC
Purdue Pharmaceuticals L.P.
Purdue Transdermal Technologies L.P.
Pyramid Lake Paiute Tribe
Quality Chemical Laboratories
Quidnick Land L.P.
Quinn Emanuel Urquhart &
Randy Smith, Sheriff of St. Tammany Parish,
   Louisiana
Reed Smith LLP
Relayhealth
Rhodes Pharmaceutical L.P.
Rhodes Technologies Inc.
Rhodes Technologies Inc.
Robert Bosch Packaging
Rochester Drug Cooperative Inc.
Rosebud Sioux Tribe
Russell Reynolds Assoc Inc.
Safeway Mail Stop
San Francisco City Attorney Dennis J.
   Herrera
San Francisco City Attorney's Office
SAP America
Schneider Electric Buildings
Schuyler County,
Seneca Nation of Indians
Seven Seas Hill Corp.
Sharp Corp
Siemens Industry Inc.
Smith Drug Company
Sodexo Operations LLC
South Central UFCW Unions and Employers
   Health & Welfare Trust
South Central United Food & Commercial
   Workers Union & Employers Health &
   Welfare Trust Fund

South Fork Band of the Te-Moak Tribe of
   Western Shoshone Indians
Southeastern Pennsylvania Transportation
   Authority
Spectrum Business
Sprint
St. Joseph Hospital
Standard Insurance Co.
Standing Rock Sioux Tribe
State of Alabama
State of Alaska
State of Arizona
State of Arkansas
State of Arkansas, ex rel. Scott Ellington
State of California
State of Connecticut
State of Delaware, Ex Rel. Matthew P. Denn
State of Florida
State of Georgia
State of Illinois
State of Indiana
State of Iowa, Ex Rel.
State of Louisiana
State of Minnesota
State of Mississippi
State of Missouri
State of Montana
State of Nevada
State of New Hampshire
State of New Jersey
State of New Mexico
State of New York
State of New York Department of Health
State of North Carolina
State of North Dakota
State of Oklahoma
State of Oregon
State of Pennsylvania
State of Rhode Island
State of South Carolina
State of Tennessee
State of Texas
State of Vermont
State of Washington
State of Wyoming
Steadfast Insurance Company - Zurich

Stericycle Inc.
Stockbridge-Munsee Community
Supervalu
Supervalu Pharmacies Inc.
SVC Pharma Inc.
SVC Pharma L.P.
Target Corp
Tenet Healthcare Corporation
Tenet Healthcare Corporation and its affiliates
    and subsidiaries
Teva Pharmaceuticals USA, Inc.
Texas Office of the Attorney General
The Cherokee Nation
The Commonwealth of Puerto Rico
The Health Care Authority for Baptist Health,
    an Affiliate of UAB Health System
The Insurance Company of the State of
    Pennsylvania (AIG Worldsource)
The Navajo Nation
The P.F. Laboratories, Inc.
The People of the State of California
The Sam Bernstein Law Firm, PLLC
The State of Florida
The State of Georgia
The State of Louisiana
The State of Michigan
The State of Mississippi
The State of New Hampshire
The State of New Mexico
The State of Tennessee
The State of Texas
Thermo Fisher Scientific
Time Warner Cable Enterprises LLC
Town of Mashpee
Tribune Media Company
Truven Health Analytics LLC
Turner Construction Company
U Rm Stores Inc.
U.S. Bank Equipment Finance
U.S. Specialty Insurance Company - HCC
UBS Financial Services Inc.
UBS Group AG
UDF LP
UFCW Local 23 and Employers Health Fund
Unified Government of Wyandotte
    County/Kansas City, Kansas

United Food & Commercial Workers Local
    1000 Oklahoma Health & Welfare Fund
United Food and Commercial Workers Health
    and Welfare Fund of Northeastern
    Pennsylvania
United Food and Commercial Workers Local
    1000 Oklahoma Health and Welfare Fund
United Food and Commercial Workers Union
    UFCW Local 1529 and Employers Health
    and Welfare Plan and Trust
United Food and Commercial Workers
    Unions and Employers Health and Welfare
    Fund - Atlanta
United Food and Commercial Workers Union
    Local 1995 Employers Health and Welfare
    Fund
United Parcel Service
United States Drug Enforcement
    Administration (DEA)
United States Food and Drug Administration
    (FDA)
University of Texas
UPS Supply Chain Solutions
Veolia ES Technical Solutions
Verizon
Verizon Washington DC Inc.
Vermont (Vermont Attorney General's Office)
Vida Ventures
Village of Dolton
Walgreen Arizona Drug Co.
Walgreen Co.
Walgreen Eastern Co., Inc.
Walmart Inc.
Walmart Stores Inc.
Waters Kraus & Paul
Watts Guerra
Weitz & Luxenberg
Wells Fargo & Company
Wells Fargo Financial Leasing Inc.
West Virginia, ex rel Patrick Morrisey,
    Attorney General
Westchester Fire Insurance Company
WVU Medicine Children's
Zurich American Insurance Company

## Schedule 4

**Schedule of Searched Parties (or Affiliates Thereof) that Are Currently
Serving, or Have in the Past Served, on Other Informal and/or
Official Creditors' Committees Represented by Akin Gump**

Bank of America N.A.
Blue Cross and Blue Shield Association
Blue Cross and Blue Shield of Louisiana
Cheryl Juaire
Cigna Health and Life Insurance Co
Cigna Participant HSA Funding Fundi
Citibank
CVS Caremark Part D Services, L.L.C. &
  CaremarkPCS Health, L.L.C.
CVS Caremark
CVS Distribution
Ernst & Young
Fidelity Managed Income
Goldman Sachs
Goldman Sachs Asset Mgmt LP
Jefferies LLC
JP Morgan Chase
Kara Trainor
Liberty Insurance Corp
Liberty Mutual Fire Insurance Company
Liberty Surplus Insurance Corporation
  (Non-Admitted)

Louisiana Health Service & Indemnity
  Company
Mckesson Corporation
Mckesson Financial Document
Mckesson Specialty Arizona Inc.
National Union Fire Insurance Co. of
  Pittsburgh, PA (AIG)
Occidental Chemical Corporation
Pension Benefit Guaranty Corporation
Ryan Hampton
Siemens Industry Inc.
The Insurance Company of the State of
  Pennsylvania (AIG Worldsource)
U.S. Bank Equipment Finance
UBS Financial Services Inc.
UBS Group AG
Verizon
Verizon Washington DC Inc.
Walter Lee Salmons
Wells Fargo & Company
Wells Fargo Financial Leasing Inc.
West Boca Medical Center, Inc.

## EXHIBIT C

**Stuhan Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649  (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### DECLARATION OF BRENDAN STUHAN IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PURDUE PHARMA L.P., *ET AL.* TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS COUNSEL, *NUNC PRO TUNC* TO SEPTEMBER 26, 2019

Under 28 U.S.C. § 1746, I, Brendan Stuhan, declare as follows under penalty of perjury:

1.      I am Assistant General Counsel of Blue Cross and Blue Shield Association.  I am making this declaration on behalf of Blue Cross and Blue Shield Association in its capacity as co-chair of the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P., *et al.* (collectively, the "Debtors").  Accordingly, I am in all respects competent to make this declaration in support of the *Application of the Official Committee of Unsecured Creditors of Purdue Pharma, L.P., et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Nunc Pro Tunc to September 26, 2019* (the "Application"),[2] filed contemporaneously herewith.

2.      I submit this declaration (the "Declaration") in support of the Application,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

1

pursuant to Section D.2. of the Revised UST Guidelines, which were adopted by the Executive

Office for U.S. Trustees under 28 U.S.C. § 586(a)(3).  Except as otherwise noted, all facts in this

Declaration are based on my personal knowledge of the matters set forth herein, information

gathered from my review of relevant documents and information supplied to me by Akin Gump.

3.    I am informed by Akin Gump that the Revised UST Guidelines request that any

application for employment of an attorney under 11 U.S.C. §§ 327 or 1103 be accompanied by a

verified statement from the client that addresses the following:

(a)    The identity and position of the person making the verification.

(b)    The steps taken by the client to ensure that the applicant's billing rates and
material terms for the engagement are comparable to the applicant's billing rates
and terms for other non-bankruptcy engagements and to the billing rates and
terms of other comparably skilled professionals.

(c)    The number of firms the client interviewed.

(d)    If the billing rates are not comparable to the applicant's billing rates for other
nonbankruptcy engagements and to the billing rates of other comparably skilled
professionals, the circumstances warranting the retention of that firm.

(e)    The procedures the client has established to supervise the applicant's fees and
expenses and to manage costs.  If the procedures for the budgeting, review and
approval of fees and expenses differ from those the client regularly employs in
nonbankruptcy cases to supervise outside counsel, explain how and why.  In
addition, describe any efforts to negotiate rates, including rates for routine
matters, or in the alternative to delegate such matters to less expensive counsel.

## The Committee's Selection of Counsel

4.    Following its formation, the Committee interviewed four law firms to represent

the Committee as counsel in the Chapter 11 Cases.  After interviewing each of these firms, the

Committee found Akin Gump to be uniquely qualified to represent the Committee.  Akin Gump

has a long history of representing official committees in chapter 11 proceedings, and has

particular expertise in matters related to the retail pharmaceutical industry.  Therefore, on the

basis of Akin Gump's broad-based, deep and directly applicable skill set and the past experience

2

of certain individual Committee members with Akin Gump in other bankruptcy cases, the Committee has decided to retain Akin Gump. The Committee has also determined to engage Bayard, P.A. as "efficiency counsel" to the Committee to handle certain tasks at Bayard's lower rates. Akin Gump will coordinate carefully with Bayard to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates.

### Rate Structure

5.      Akin Gump has informed the Committee that its rates for bankruptcy representations are comparable to the rates Akin Gump charges for non-bankruptcy representations. The Committee has approved Akin Gump's proposed hourly rates, as set forth in the Application. Akin Gump has informed the Committee that its hourly rates are subject to periodic adjustments (typically in January of each year) to reflect economic and other conditions. The Committee has consented to such ordinary course rate increases.

### Cost Supervision

6.      The Committee recognizes its responsibility to monitor the billing practices of its counsel to ensure that the fees and expenses paid by the estate remain consistent with the Committee's expectations and the exigencies of these Chapter 11 Cases. Akin Gump advises that it expects to develop, and the Committee intends to review, a prospective budget and staffing plan to comply reasonably with the U.S. Trustee's request for information and additional disclosures, as to which the Committee is advised, Akin Gump reserves all rights. In addition, the Committee will review the monthly fee statements that Akin Gump regularly submits. Akin Gump's fees and expenses will be subject to periodic review on a monthly, interim, and final basis during the course of the Chapter 11 Cases by the Committee, the Office of the U.S. Trustee for Region 2, the Debtors and other parties in interest.

I declare under penalty of perjury that the foregoing is true and correct on this 4th day of November, 2019.

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PURDUE PHARMA L.P., *ET AL.*

By: _____

Name: Brendan Stuhan, not in his individual capacity but solely on behalf of Blue Cross and Blue Shield Association, in its capacity as co-chair of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.*

4