**<u>Exhibit C</u>**

**Declaration of Lisa Donahue**

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al.*,** | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

**DECLARATION OF LISA DONAHUE**
**IN SUPPORT OF THE DEBTORS' APPLICATION FOR AN ORDER**
**AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY ALIXPARTNERS, LLP**
**AS FINANCIAL ADVISOR *NUNC PRO TUNC* TO THE PETITION DATE**

I, Lisa Donahue, hereby declare under penalty of perjury:

1.      I am a Managing Director of AlixPartners LLP ("**AlixPartners**"), which

has a principal place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.    I submit this declaration (the "**Declaration**") on behalf of AlixPartners in

support of the *Debtors' Application for an Order Authorizing The Debtors to Retain and Employ*

*AlixPartners, LLP as Financial Advisor Nunc Pro Tunc to the Petition Date* (the "**Application**"),[2]

by which the Debtors are seeking retention of AlixPartners on the terms and conditions set forth

in the Application and the engagement letter dated March 5, 2019 (the "**Engagement Letter**"), as

modified on April 24, 2019 (the "**First Addendum**") and as further modified on May 8, 2019 (the

"**Second Addendum**"), and as amended on August 15, 2019 (the "**First Amendment**" and

together with the Engagement Letter, First Addendum, and Second Addendum, the

"**Agreements**") between the Debtors and AlixPartners attached to the Application as **Exhibit B**

(the "**Agreements**").  Except as otherwise noted,[3] I have personal knowledge of the matters set

forth herein.  If called and sworn as a witness, I could, and would, testify competently to the matters

set forth herein.

### AlixPartners' Qualifications

3.    AlixPartners is an internationally recognized restructuring and turnaround

firm that has a wealth of experience in providing financial advisory services and enjoys an

excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf

of debtors and creditors throughout the United States.

4.    AlixPartners' has assisted, advised, and provided strategic advice to

debtors, creditors, bondholders, investors, and other entities in numerous chapter 11 cases of

similar size and complexity to the Debtors' chapter 11 cases.  Its professionals have provided

---

[2]    Capitalized terms used but not otherwise defined herein have the meanings set forth in the Application.

[3]    Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at
AlixPartners and are based on information provided by them.

restructuring or crisis management services in numerous large cases, including recent filings in this district. *See, e.g.*, *In re Fullbeauty Brands Holdings Corp.*, Case No. 19-22185 (RDD) (Bankr. S.D.N.Y. March 8, 2019); *In re Ditech Holding Corporation*, Case No. 19-10412 (JLG) (Bankr. S.D.N.Y. March 25, 2019); *In re Pacific Drilling S.A.,* Case No. 17-13193 (MEW) (Bankr. S.D.N.Y. Dec. 14, 2017); *In re CGG Holdings (U.S.) Inc.,* Case No. 17-11637 (MG) (Bankr. S.D.N.Y. July 14, 2017); *In re Ultrapetrol Ltd.*, Case No. 17-22168 (RDD) (Bankr. S.D.N.Y. Mar. 7, 2017); *In re SIGA Techs., Inc.*, Case No. 14-12623 (SHL) (Bankr. S.D.N.Y. Nov. 14, 2014); In re Nautilus Holdings, Ltd., Case No. 14-22885 (RDD) (Bankr. S.D.N.Y. July 14, 2014); *In re MPM Silicones, LLC*, Case No. 14-22503 (RDD) (Bankr. S.D.N.Y. May 16, 2014); *In re Residential Capital, LLC*, Case No. 12-12020 (MG) (Bankr. S.D.N.Y. Aug. 10, 2012); *In re TBS Shipping Servs., Inc.*, Case No. 12-22224 (RDD) (Bankr. S.D.N.Y. Feb. 28, 2012); *In re Eastman Kodak Co.*, Case No. 12-10202 (ALG) (Bankr. S.D.N.Y. Feb. 28, 2012); *In re United Retail Grp, Inc.*, Case No. 12-10405 (SMB) (Bankr. S.D.N.Y. Feb. 23, 2012); *In re Neff Corp.*, Case No. 10-12610 (SCC) (Bankr. S.D.N.Y. July 16, 2010).

5.      AlixPartners performed prepetition advisory work for the Debtors and as a result has acquired significant knowledge of the Debtors and their businesses and familiarity with the Debtors' financial affairs, debt structure, operations, and related matters.  Likewise, in providing prepetition services to the Debtors, AlixPartners has worked closely with the Debtors' management and their other advisors.  Accordingly, AlixPartners has experience, expertise, and specifically relevant knowledge regarding the Debtors that will assist it in providing effective and efficient services in these chapter 11 cases.

## Services to Be Provided

6.      Subject to further order of the Court, AlixPartners may provide the services described in the Agreements including, but not limited to, the following (collectively, the "**Financial Advisory Services**"):

- Assist in preparation for a chapter 11 proceeding, including the preparation of bankruptcy petitions and "first day" motions and coordinating and providing administrative support for the proceeding.

- Assist with the preparation of the statement of affairs, schedules and other regular reports required by the Court, as well as providing assistance in other areas.

- Assist in obtaining and presenting information required by parties in interest in the Debtors' bankruptcy process including official committees appointed by the United States Trustee, and their advisors approved by the Court, and the Court itself.

- Assist management of the Debtors in the design and implementation of a restructuring strategy and chapter 11 plan, taking into account the unique interests of all constituencies, including a possible trust or similar structure for the benefit of certain creditors.

- Assist the Debtors in managing its cash forecasting process and in creating or refining an actual to forecast variance reporting mechanism including the tracking of all intercompany cash movements.

- Provide assistance to management, in connection with the Debtors' development and/or refinement of its business plan, and such other related forecasts.

- Assist the Debtors' investment banker in obtaining and compiling information that is needed to present the Company or one or more business units to prospective purchasers or investors.

- Assist in communications and negotiations with stakeholders and their representatives, as well as with potential acquirers of Debtors assets.

- Assist with testimony before the Court on matters that are within AlixPartners' areas of expertise.

- Assist management in managing the "working group" professionals who are assisting the Debtors in the reorganization process or who are working for the Debtors' various stakeholders to improve coordination of their effort and individual work product to be consistent with the Debtors' overall restructuring goals.

- Assist in responding to due diligence requests from any official committee(s) appointed in a chapter 11 proceeding and other key constituencies.

- Identify and quantify the amount of all cash and non-cash asset distributions made by the Company on or after January 1, 2008 to its parent companies, their beneficial shareholders and/or their families and/or any other entity in which their beneficial owners or families own a controlling interest (the "**Affiliated Entities**").

- Identify all transfer pricing, royalty and other operational agreements between the Company and the Affiliated Entities in place on or after January 1, 2008. Quantify the amount of value transferred and received under these agreements (cash or non-cash) and whether these agreements represented arm's length market agreements.

- Identify all payments made to, expenses reimbursed for or costs covered for the Company's beneficial owners or their families on or after January 1, 2008.

- Prepare a report, in writing, if necessary at Counsel and/or the Company's request, and if required by the case.

- Provide assistance to management, in connection with the Company's development and/or refinement of its business plan, and such other related forecasts.

- Assist management in developing and analyzing different go forward business plan scenarios, including a status quo, a rationalized and an outsourced manufacturing operation.

- Assist management in developing and analyzing go forward business plan scenarios with and without non-ADF opioid sales.

- Assist management in developing and analyzing potential cost reduction and revenue growth opportunities, including an analysis of headcount and spend by function, research and development pipeline spend and SG&A spend.

- Assist with such other matters as may be requested that fall within AlixPartners' expertise and that are mutually agreeable.

7.      The Financial Advisory Services are necessary to the Debtors' restructuring efforts and in the ongoing operation and management of the Debtors' businesses while subject to chapter 11 of the Bankruptcy Code.

## No Duplication of Services

8.      AlixPartners understands that the Debtors may retain additional professionals during the term of its engagement and will work cooperatively with such professionals to integrate any respective work conducted by the professionals on behalf of the Debtors.  The Financial Advisory Services provided by AlixPartners will complement, and not duplicate, the services rendered by any other professional retained in these chapter 11 cases.

## **Fee and Expense Structure**

9.      AlixPartners' decision to accept this engagement to provide services to the

Debtors is conditioned upon its ability to be retained in accordance with its customary terms and

conditions of employment, compensated for its services, and reimbursed for the out-of-pocket

expenses it incurs in accordance with its customary billing practices, as set forth in Schedule 1 of

the Agreements (the "**Fee and Expense Structure**").

10.      AlixPartners' current standard hourly rates for 2019, subject to periodic

adjustments, are as follows:

| Title | Hourly Rate |
|-------|-------------|
| Managing Director | $990 – $1,165 |
| Director | $775 – $945 |
| Senior Vice President | $615 – $725 |
| Vice President | $440 – $600 |
| Consultant | $160 – $435 |
| Paraprofessional | $285 – $305 |

11.      AlixPartners reviews and revises its billing rates on January 1 of each year.

Changes in applicable hourly rates will be noted on the invoices for the first time period in which

the revised rates became effective.

12.      In addition to compensation for professional services rendered by

AlixPartners' Personnel, AlixPartners will seek reimbursement for reasonable and necessary

expenses incurred in connection with these chapter 11 cases, including transportation costs,

lodging, and meals.

13.    The Fee and Expense Structure is consistent with and typical of compensation arrangements entered into by AlixPartners and other comparable firms that render similar services under similar circumstances.  The Debtors believe that the Fee and Expense Structure is reasonable, market-based, and designed to compensate AlixPartners fairly for its work and to cover fixed and routine overhead expenses.

14.    To the extent AlixPartners requires services of its international divisions or personnel from specialized practices, the standard hourly rates for that international division or specialized practice will apply.

15.    To the extent AlixPartners uses the services of independent contractors (the "**Contractors**") in these chapter 11 cases, AlixPartners shall:  (a) pass through the cost of such Contractors to the Debtors at the same rate that AlixPartners pays the Contractors; (b) seek reimbursement for actual costs only; (c) ensure that the Contractors are subject to the same conflict checks as required for AlixPartners; and (d) file with the Court such disclosures required by Bankruptcy Rule 2014.

### Allowance of Fees and Expenses

16.    AlixPartners intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these chapter 11 cases consistent with the Fee and Expense Structure, subject to this Court's approval and in compliance with applicable provisions of the Bankruptcy Code, including sections 330 and 331, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of this Court.

17.    AlixPartners will also maintain records in support of any fees (in 1/10th of an hour increments), costs, and expenses incurred in connection with services rendered in these chapter 11 cases.  Records will be arranged by category and nature of the services rendered and will include reasonably detailed descriptions of those services provided on behalf of the Debtors.

18.     AlixPartners does not seek a success fee in connection with this engagement.

19.     The Fee and Expense Structure is consistent with and typical of compensation arrangements entered into by AlixPartners and other comparable firms that render similar services under similar circumstances.  The Debtors believe that the Fee and Expense Structure is reasonable, market-based, and designed to compensate AlixPartners fairly for its work and to cover fixed and routine overhead expenses.

### Payments Prior to the Petition Date

20.     AlixPartners received advance retainer payments from the Debtors in the amount of $1,750,000.00 (the "**Retainer**").  In the ninety (90) days prior to the Petition Date and in addition to the Retainer described above, the Debtors paid AlixPartners a total of approximately $8.3 million for professional services performed and expenses incurred.

21.     Debtors do not owe AlixPartners any sums for prepetition services.

### Indemnification

22.     As a material part of the consideration for which AlixPartners agreed to provide the services described herein, the Debtors agreed to the indemnification provisions contained in Schedule 2 of the Agreements (collectively, the "**Indemnification Provisions**").  The Indemnification Provisions contain standard indemnification language with respect to AlixPartners' services including, without limitation, an agreement by the Debtors to indemnify, hold harmless, and defend AlixPartners and its affiliates and its and their partners, directors, officers, employees, and agents (collectively, the "**AlixPartners Parties**") from and against all claims, liabilities, losses, expenses and damages arising out of or in connection with the engagement of AlixPartners that is the subject of the Agreements, except to the extent caused by gross negligence, bad faith, or willful misconduct of any AlixPartners Parties.

23.     The terms and conditions of the Agreements, including, but not limited to, the Indemnification Provisions, were negotiated by the Debtors and AlixPartners at arm's length and in good faith.  The Indemnification Provisions, contained in the Agreements and as modified in the Order, viewed in conjunction with the other terms of AlixPartners' proposed retention, are reasonable and in the best interest of the Debtors, their estates, and creditors.  Accordingly, as part of this Application, I believe that this Bankruptcy Court should approve the Agreements.

### AlixPartners' Disinterestedness

24.     In connection with its proposed retention by the Debtors in these chapter 11 cases, AlixPartners undertook a lengthy review to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to these chapter 11 cases.   Specifically, AlixPartners obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases ("**Potential Parties in Interest**").   Such parties are listed on Schedule 1 attached hereto. A search was performed for connections to the Potential Parties in Interest as to AlixPartners Holdings, LLP ("**Holdings**"), AlixPartners' parent company, and each of Holdings' U.S. and non-U.S. subsidiary affiliates.   Results are disclosed for connections to Potential-Parties-in-Interest.   In addition, an email is sent to all of their professionals inquiring of any potential connections.

25.     Based on that review, AlixPartners represents that, to the best of its knowledge, AlixPartners knows of no fact or situation that would represent a conflict of interest for AlixPartners with regard to the Debtors.   Unless otherwise noted, references to AP in the disclosures below collectively refer to AlixPartners, Holdings, and each of their subsidiary affiliates.   AlixPartners wishes to disclose the following:

- AlixPartners is a wholly owned subsidiary of Holdings.   The equity capital of Holdings is owned individually by: (i) the Managing Directors of AlixPartners; (ii) Lakeview Capital Holdings, Inc., the Jay Alix Living Trust and other affiliates of Jay Alix (collectively the

9

"**Lakeview Parties**"); (iii) affiliates of each of (a) Caisse de dépôt et placement du Québec ("**CDPQ**"), (b) Investcorp Bank B.S.C. ("**IVC**"), and (c) Public Sector Pension Investment Board ("**PSP Investments**"); and (iv) other individuals and trusts. Neither CDPQ, nor IVC, nor the Lakeview Parties, nor PSP Investments (collectively, the "**Investors**"), nor any Managing Director, other individual or trust separately owns a majority of the equity capital of Holdings directly or indirectly or separately controls the Boards of either Holdings or AlixPartners. None of the Investors own any of the bank or other debt of AlixPartners.

CDPQ is an institutional investor that manages funds primarily on behalf of a number of Quebec-based public pension and insurance plans. As one of Canada's leading institutional fund managers, CDPQ invests globally in major financial markets, private equity, infrastructure and real estate.

Investcorp is a leading global provider and manager of alternative investment products.

The Lakeview Parties and related entities are entities owned or controlled by Jay Alix that, among other things, make investments on behalf of Mr. Alix and his family.

PSP Investments is a Canadian Crown corporation established in 1999 to manage employer and employee contributions made after April 1, 2000 to the Canadian Federal Public Service, the Canadian Forces and the Royal Canadian Mounted Police pension funds. It is also responsible for contributions made after March 1, 2007 to the Canadian Reserve Force Pension Fund. PSP Investments manages a diversified global portfolio composed of investments in public financial markets, private equity, infrastructure, natural resources, real estate and private debt.

Designees of the Investors or their subsidiaries serve as some of the members of the Boards of Directors of each of AlixPartners and Holdings (collectively, the "**Boards**"). In addition to their investments in Holdings, all of the Investors have substantial investments unrelated to AP. Accordingly, as a precautionary matter, AP maintains information barriers designed to prevent confidential client information, including the names of clients likely to be involved in reorganization proceedings under the Bankruptcy Code, from being shared with the Investors or their designees on the Boards.

To that end, no material nonpublic information about the Debtors has been or will be furnished by AP to the Investors, the InvestCos (as defined below) or their Board designees, and AP will continue to abide by its confidentiality obligations to the Debtors. AP operates independently of the Investor Conflicts Parties (as defined below), and does not share employees, officers or other management with any such Investor Conflicts Parties (as defined below). AP and each of the Investor Conflicts Parties have separate offices in separate buildings, use separate Internet email addresses, and do not otherwise share IT systems. No personnel of the Investor Conflicts Parties work on AlixPartners client matters or have access to AlixPartners client information or client files or client personnel. No AP executive or employee is a director, officer or employee of any Investor. Each Investor is governed by its own board of directors or similar body and managed by its own management team. Each Investor is independent of each other Investor.

AlixPartners has searched the names of the Debtors and the list of Potential Parties in Interest against the names of (i) the Investors, (ii) the subsidiaries of the Investors that either hold a direct position in Holdings or hold a direct position in the entity that holds a direct position in Holdings (collectively, the "**InvestCos**"), and (iii) the subsidiaries of the Investors that hold, directly or indirectly, positions in the respective InvestCos. In addition, AlixPartners has searched and/or will request each Investor to search the names of the Debtors against the

companies that the InvestCos have a direct greater than 10% investment in (collectively, with (i) – (iii) the "**Investor Conflicts Parties**"). AlixPartners has determined, to the best of its knowledge based solely on that search, that there are no connections with the Investor Conflicts Parties that require disclosure other than as noted herein. Because of the information barriers described above, the sheer size of the investment portfolios of the Investor Conflicts Parties, and any applicable securities laws, prior to the Petition Date, AlixPartners was unable to further investigate any potential or actual connections between the Investor Conflicts Parties and the Debtors and the Potential Parties in Interest. To the extent any potential or actual connections are discovered after the Petition Date, if there exists a material connection, AlixPartners will promptly supplement this disclosure. Notwithstanding the foregoing, AlixPartners' conflicts check did not and will not extend to entities owned by mutual funds in which an Investor Conflicts Party has an interest; entities owned by separate accounts managed by non-affiliates for an Investor Conflicts Party; entities owned by private equity funds in which an Investor Conflicts Party has a limited partnership interest managed by non-affiliates (even though the particular Investor Party may be represented on the limited partner advisory board or investor committee and even though the particular Investor Conflicts Party may have a passive interest in the general partner); entities where any of the Investor Conflicts Parties serves as general partner or investment manager holding interests representing, directly or indirectly, 10% or less. Nor does it or will it necessarily include indirect investments, such as businesses owned or investments made by an Investor Conflicts Party's portfolio company(ies), or passive investments held or managed by any of the Investor Conflicts Parties. In addition, because of the sheer size of the investments of the Investors and their respective affiliates and subsidiaries, except as described herein, AlixPartners' conflicts check did not and it will not necessarily include any other affiliates or subsidiaries owned, directly or indirectly, by each Investor, or any investments made by such other affiliates or subsidiaries, nor will it include, to the extent applicable, any depositors of the Investors.

Although AlixPartners has performed a conflicts check of the Investor Conflicts Parties as set forth above, as a result of, among other things, the sheer size of the investments of the Investor Conflicts Parties, one or more of the Investor Conflicts Parties may, in the ordinary course and from time to time, hold, control and/or manage loans to, or investments in, the Debtors and/or Potential Parties in Interest and/or may trade debt and/or equity securities in the Debtors and/or Potential Parties in Interest. In addition, one or more of the Investor Conflicts Parties may also have had, currently have, or may in the future have business relationships or other connections with the Debtors or other Potential Parties in Interest. To the extent AlixPartners learns of material business relationships or other material connections that are not included herein, AlixPartners will promptly file a supplemental disclosure.

Other than as specifically noted herein, AlixPartners has not undertaken to determine the existence, nature, and/or full scope of any business relationships or connections that the Investor Conflicts Parties may have with the Potential Parties in Interest, the Debtors and their affiliates, or these chapter 11 cases.

Further, AlixPartners may have had, currently have or may in the future have business relationships with, among other entities, portfolio companies of the Investors and portfolio companies of private equity funds in which they are limited partners, in matters unrelated to the

Debtors or their affiliates in these chapter 11 cases. Based on, among other things, the business separation between each of the Investor Conflict Parties and AlixPartners, the contractual client confidentiality obligations of AlixPartners and the information barriers referred to above, AlixPartners believes that it does not hold or represent an interest adverse to the estate with respect to the engagement.

- Current and former AP employees and their family members may have claims or potential claims against Debtors.

- AP interacts with U.S. Bankruptcy Court judges and representatives of the U.S. Trustee Program regularly in its capacity as a professional consulting firm that offers turnaround and restructuring services.

- Abbott Laboratories ("**Abbott**"), a licensing agreement party to the Debtors, is a creditor, customer, vendor and litigation party to current and former AP clients in matters unrelated to the Debtors. Abbott is a current and former AP client in matters unrelated to the Debtors.

- Ace American Insurance and Ace Property and Casualty Insurance Company, insurance providers to the Debtors, and affiliates ("**Ace**") are insurance providers, vendors, creditors, lenders, investors, bondholders, customers, contract parties and litigation parties to current and former AP clients in matters unrelated to the Debtors. Ace is a current AP client in matters unrelated to Debtors.

- Aetna Health Management, a vendor to the Debtors, and affiliates are adverse parties, adverse litigation parties, contract parties, creditors, customers, shareholders, insurance providers, related parties and vendors to current and former AP clients in matters unrelated to the Debtors.

- Agilent Technologies, Inc., a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Air Liquide Industrial US LP, a creditor to the Debtors, and affiliates ("**Air Liquide**") are contract parties, creditors, vendors, lenders, lienholders and adverse parties to current and former AP clients in matters unrelated to the Debtors. Air Liquide is a former AP client in matters unrelated to the Debtors.

- Akin Gump Strauss Hauer & Feld, LLP, a professional to the creditors' committee in this bankruptcy matter, and affiliates ("**Akin Gump**") are creditors, litigation parties, counsel, opposing counsel, related parties, professionals and vendors to current and former AP clients in matters unrelated to the Debtors. Akin Gump is a current and former AP client in matters unrelated to the Debtors. Akin Gump is a vendor to AP.

- Albertsons, a customer to the Debtors, is a creditor, affiliate, related party, litigation party and adverse litigation party to former AP clients in matters unrelated to the Debtors.

- Ajinomoto Althea Inc., a vendor to the Debtors, and affiliates ("**Ajinomoto**") are customers to a current AP client in matters unrelated to the Debtors. Ajinomoto is a current AP client in matters unrelated to the Debtors.

- Allied Universal Security Services, a vendor to the Debtors, is a professional, vendor, contract party and creditor to current and former AP clients in matters unrelated to the Debtors.

- Amazon.com, a customer to the Debtors, and affiliates ("**Amazon**") are adverse parties, adverse litigation parties, creditors, litigation parties, material contract parties, related parties and vendors to current and former AP clients in matters unrelated to the Debtors. Amazon is a current AP client in matters unrelated to the Debtors. Amazon is a former employer of current AP employees.

- American Express Travel Related Services Company, Inc., a vendor to the Debtors, and affiliates ("**American Express**") are adverse parties, lessors, lienholders, contract parties, related parties, customers, creditors and vendors to current and former AP clients in matters unrelated to the Debtors. American Express is a former employer of current AP employees. American Express is a vendor to AP.

- Amerisource Health Services Corp., AmerisourceBergen Corporation and AmerisourceBergen Drug Corp., customers to the Debtors, and affiliates ("**Amerisource**") are customers, lenders, adverse litigation parties and creditors to current and former AP clients in matters unrelated to the Debtors. Amerisource is a former employer of a current AP employee. Amerisource is a former employer of a current AP employee.

- Arnold & Porter Kaye Scholer LLP, counsel to the Debtors, and affiliates ("**A&P**") are adverse litigation parties, counsel, opposing counsel, related parties and professionals to current and former AP clients in matters unrelated to the Debtors. A&P is a current and former AP client in matters unrelated to the Debtors.

- AT&T, a vendor to the Debtors, and affiliates ("**AT&T**") are creditors, lenders, adverse parties, director-affiliated companies, contract parties, lessees, vendors, litigation parties, customers, joint venture entities, and shareholders to current and former AP clients in matters unrelated to the Debtors. AT&T is a current and former AP client in matters unrelated to the Debtors. AT&T is a former employer of current AP employees. AT&T is a vendor to AP.

- Balch & Bingham, a plaintiff's attorney in this bankruptcy matter, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Baron & Budd, a plaintiff's attorney in this bankruptcy matter, is a professional to a former AP client in matters unrelated to the Debtors.

- Bank of America NA, a vendor to the Debtors, and affiliates ("**Bank of America**") are professionals, vendors, shareholders, litigation parties, director-affiliated companies, adverse parties, contract parties, creditors, bondholders, indenture trustees, investors, litigation parties and lenders to current and former AP clients in matters unrelated to the Debtors. Bank of America is a current and former AP client in matters unrelated to the Debtors. Bank of America is a former employer of current AP employees. Bank of America is a vendor to AP.

- Barrack, Rodos & Bacine, a plaintiff's attorney in this bankruptcy matter, is a professional and opposing counsel to former AP clients in matters unrelated to the Debtors.

- Bayard P.A., a professional to the creditors' committee in this bankruptcy matter, and affiliates ("**Bayard**") are professionals to current and former AP clients in matters unrelated to the Debtors.

- BDO USA LLP, a vendor to the Debtors, and affiliates ("**BDO**") are associated companies, creditors, litigation parties, professionals and vendors to current and former AP clients in matters unrelated to the Debtors.  BDO is a current and former AP client in matters unrelated to the Debtors.  BDO is a former employer of current AP employees.  BDO is a vendor to AP.

- Blank Rome LLP, employee indemnity counsel and counsel to the Debtors, is a professional, lender, litigation party, related party, opposing counsel and adverse party to current and former AP clients in matters unrelated to the Debtors.  Blank Rome LLP is a current and former AP client in matters unrelated to the Debtors.

- Blue Cross Blue Shield and Blue Cross Blue Shield of Louisiana, plaintiffs and vendors to the Debtors, and affiliates ("**Blue Cross**") are bondholders, contract parties, insurance providers, vendors, creditors, lenders, lessors, lienholders, customers, professionals, adverse litigation parties, director-affiliated companies, and related parties to current and former AP clients in matters unrelated to the Debtors.  Blue Cross is a current and former AP client in matters unrelated to the Debtors.  Blue Cross is a former employer of current AP employees.

- Brinks, Gilson & Lione, counsel to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Brown Rudnick LLP a professional to the creditors' committee in this bankruptcy matter, is a bondholder, litigation party, opposing counsel and professional to current and former AP clients in matters unrelated to the Debtors.  Brown Rudnick LLP is a former AP client in matters unrelated to the Debtors.

- Bryan Cave, LLP, employee indemnity counsel to the Debtors, is opposing counsel and professional to current and former AP clients in matters unrelated to the Debtors.  Bryan Cave, LLP is a current and former AP client in matters unrelated to the Debtors.

- Cablevision Lightpath, a vendor to the Debtors, is a vendor to AP.

- Cardinal Health, Inc., and Cardinal Health dba Harvard Druid, customers to the Debtors, and affiliates ("**Cardinal**") are vendors, creditors, customers, related parties and litigation parties to current and former AP clients in matters unrelated to the Debtors. Cardinal is a former employer of current AP employees.

- Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., a plaintiff's attorney in this bankruptcy matter, is a professional to former AP clients in matters unrelated to the Debtors.

- CaremarkPCS Health LP, a vendor to the Debtors, and affiliates ("**Caremark**") are vendors, customers, associated companies, creditors, insurance providers, lessees, adverse litigation parties, contract parties to current and former AP clients in matters unrelated to the Debtors.

Caremark is a current AP client in matters unrelated to the Debtors. Caremark is a former employer of a current AP employee.

- Carpenter Lipps & Leland LLP ("**Carpenter Lipps**"), a plaintiff's attorney in this bankruptcy matter, is a professional to a former AP client in matters unrelated to the Debtors. Carpenter Lipps is a current AP client in matters unrelated to the Debtors.

- CBRE, Inc., a vendor to the Debtors, and affiliates ("**CBRE**") are lenders, lessors, professionals, related parties and vendors to current and former AP clients in matters unrelated to the Debtors. CBRE is a current and former AP client in matters unrelated to the Debtors. CBRE is a former employer of current AP employees. CBRE is a vendor to AP.

- CenturyLink, Inc., a utility provider to the Debtors, and affiliates ("**Centurylink**") are adverse parties, contract parties, creditors, customers, lenders, professionals, related parties and vendors to current and former AP clients in matters unrelated to the Debtors. CenturyLink is a vendor to AP.

- Charter Communications Holding Company, LLC, a sublessee to the Debtors, is a current and former AP client in matters unrelated to the Debtors.

- Choate Hall & Stewart LLP, a director / officer counsel in this bankruptcy matter, is a professional and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Choate is a former AP client in matters unrelated to the Debtors.

- Chubb, an insurance provider to the Debtors, and affiliates ("**Chubb**") are creditors, lenders, investors, insurance providers, bondholders, vendors, related parties, and contract parties to current and former AP clients in matters unrelated to the Debtors. Chubb is a current AP client in matters unrelated to the Debtors. Chubb is an insurance provider to AP.

- Cigna Health and Life Insurance Co., and Cigna Participant HSA Funding, vendors to the Debtors, and affiliates ("**Cigna**") are adverse parties, bondholders, customers, insurance providers, creditors, lenders, related parties, material contract parties, professionals and vendors to current and former AP clients in matters unrelated to the Debtors. Cigna is a current AP client in matters unrelated to the Debtors. Cigna is a former employer of a current AP employee. Cigna is a vendor to AP.

- Cintas Corporation, a vendor to the Debtors, and affiliates ("**Cintas**") are vendors, related parties, creditors and contract parties to current and former AP clients in matters unrelated to the Debtors. Cintas is a vendor to AP.

- Citibank, a banking service provider to the Debtors, and affiliates ("**Citi**") are creditors, banks, lenders, vendors, bondholders, customers, investors, director-affiliated companies, joint venture entities, shareholders, related parties, adverse parties, litigation parties, associated companies, indenture trustees, professionals and lessors to current and former AP clients in matters unrelated to the Debtors. Citi is a current and former AP client in matters unrelated to the Debtors. Citi is a former employer of current AP employees.

- Clean Harbors, Inc., a utility provider to the Debtors, and affiliates ("**Clean Harbors**"), are customers, contract parties, related parties and vendors to current and former AP clients in matters unrelated to the Debtors. Clean Harbors is a former AP client in matters unrelated to the Debtors

- Cogency Global, counsel to the Debtors, is a vendor to AP.

- Cohen & Milstein, a plaintiff's attorney in this bankruptcy matter, is counsel, opposing counsel and professional to former AP clients in matters unrelated to the Debtors.

- Cole Scott & Kissane, counsel to the Debtors, is adverse litigation party and professional to former AP clients in matters unrelated to the Debtors.

- Comcast, a utility provider to the Debtors, and affiliates ("**Comcast**") are adverse parties, creditors, customers, director-affiliated companies, litigation parties, professionals, related parties and vendors to current and former AP clients in matters unrelated to the Debtors. Comcast is a current and former AP client in matters unrelated to the Debtors. Comcast is a former employer of current AP employees. Comcast is a vendor to AP.

- Con Edison, a utility provider to the Debtors, and affiliates ("**Con Ed**") are creditors, contract parties, lenders, lessors, related parties and vendors to current and former AP clients in matters unrelated to the Debtors.

- Conner & Winters, LLP, a director / officer counsel in this bankruptcy matter, is a professional to a former AP client in matters unrelated to the Debtors.

- Cornerstone Research Inc., a vendor to the Debtors, is a former employer of a current AP employee.

- Covington & Burling, LLP ("**Covington**"), counsel to the Debtors, is a current and former AP client in matters unrelated to the Debtors. Covington is a creditor and professional to current and former AP clients in matters unrelated to the Debtors. Covington has represented certain shareholders and board members, in the past. Those representations were completed more than five years ago.

- Crowe and Dunlevy, a vendor and counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- CVS Caremark and CVS Distribution, customers to the Debtors, and affiliates ("**CVS**") are vendors, customers, creditors, insurance providers, lessees, adverse litigation parties, material contract parties to current and former AP clients in matters unrelated to the Debtors. CVS is a current AP client in matters unrelated to the Debtors. CVS is a former employer of a current AP employee.

- Commonwealth of Puerto Rico ("**COPR**"), a plaintiff to the Debtors, is parent company, taxing authority and adverse party to current and former AP clients in matters unrelated to the Debtors. COPR is a current AP client in matters unrelated to the Debtors.

- Dampier Law Firm, a plaintiff's attorney in this bankruptcy matter, is a professional to a former AP client in matters unrelated to the Debtors.

- Dannemann Siemsen Bigler & Ipanema Moreira, counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Davis Polk & Wardwell LLP, a professional in this bankruptcy matter, and affiliates ("**Davis Polk**") are creditors, professionals, opposing counsel and contract parties to current and former AP clients in matters unrelated to the Debtors. Davis Polk is a current AP client in matters unrelated to the Debtors.

- Debevoise & Plimpton LLP ("**Debevoise**"), a director / officer counsel and vendor to the Debtors, is opposing counsel and professional to current and former AP clients in matters unrelated to the Debtors. Debevoise is a current and former AP client in matters unrelated to the Debtors.

- Dechert LLP, counsel to the Debtors, is a professional, vendor, litigation party, lender, co-counsel, opposing counsel and adverse party to current and former AP clients in matters unrelated to the Debtors. Dechert LLP is a former AP client in matters unrelated to the Debtors. Dechert LLP is a former employer of a current AP employee.

- Dell Marketing, L.P., a vendor to the Debtors, and affiliates ("**Dell**") are adverse parties, adverse litigation parties, litigation parties, bondholders, contract parties, creditors, customers, lenders, lienholders, parent companies, shareholders, vendors and related parties to current and former AP clients in matters unrelated to the Debtors. Dell is a current AP client in matters unrelated to the Debtors. Dell is a former employer of a current AP employee. Dell is a vendor to AP.

- Deloitte Touche LLP and Deloitte Consulting, vendors and consultants / advisors in this bankruptcy matter, and affiliates ("**Deloitte**") are professionals, adverse parties, associated companies, litigation parties, creditors, contract parties, auditors, related parties and vendors to current and former AP clients in matters unrelated to the Debtors. Deloitte is a current AP client in matters unrelated to the Debtors. Deloitte is a former employer of current AP employees. Deloitte is a vendor to AP.

- Department of Health and Human Services, a vendor to the Debtors, is an adverse party and vendor to current and former AP clients in matters unrelated to the Debtors.

- Dilworth Paxson, a plaintiff's attorney in this bankruptcy matter, is a professional and opposing counsel to former AP clients in matters unrelated to the Debtors.

- Direct Energy Business, a vendor and utility provider to the Debtors, and affiliates ("**Direct Energy**") are contract party and vendor to current and former AP clients in matters unrelated to the Debtors. Direct Energy is a current AP client in matters unrelated to the Debtors. Direct Energy is a former employer of a current AP employee.

17

- DLA Piper LLP US, a vendor, employee indemnity counsel and counsel to the Debtors, and affiliates ("**DLA**") are counsel, creditors, adverse litigation parties, lenders, opposing counsel, related parties, vendors and professionals to current and former AP clients in matters unrelated to the Debtors. DLA is a current and former AP client in matters unrelated to the Debtors.

- Dorsey & Whitney LLP, a vendor and counsel to the Debtors, is a professional and creditor to current and former AP clients in matters unrelated to the Debtors.  Dorsey & Whitney LLP is a former AP client in matters unrelated to the Debtors.

- Dow Chemical Company, a vendor to the Debtors, and affiliates ("**Dow**") are bondholders, adverse litigation parties, creditors, customers, contract parties, litigation parties, related parties and vendors to current and former AP clients in matters unrelated to the Debtors.  Dow is a former employer of current AP employees.

- Dreyer Boyajian LLP, a plaintiff's attorney in this bankruptcy matter, is a professional to a former AP client in matters unrelated to the Debtors.

- Duke Energy, a utility provider to the Debtors, and affiliates ("**Duke**") are creditors, customers, vendors, litigation parties, contract parties, related parties and adverse parties to current and former AP clients in matters unrelated to the Debtors.  Duke is a current AP client in matters unrelated to the Debtors.

- Duke University, a vendor to the Debtors, is the former employer of a current AP employee.

- DuPont Nutrition, a vendor to the Debtors, and affiliates ("**Dupont**") are bondholders, customers, indenture trustees, litigation parties, contract parties, noteholders, related parties and vendors to current and former AP clients in matters unrelated to the Debtors.  Dupont is a current and former AP client in matters unrelated to the Debtors.

- Eisai, Inc., a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Earthlink Business Company, a utility provider to the Debtors, and affiliates are creditors, vendors, affiliates and contract parties to current and former AP clients in matters unrelated to the Debtors.

- EMC Corporation, a vendor to the Debtors, and affiliates ("**EMC**") are adverse parties, vendors, adverse litigation parties, parent companies, related parties and contract parties to current and former AP clients in matters unrelated to the Debtors.  EMC is a former employer of current AP employees.

- Endurance Assurance Corporation, an insurance provider to the Debtors, and affiliates ("**Endurance**") are creditors, insurance providers, litigation parties, and lenders to current and former AP clients in matters unrelated to the Debtors.  Endurance is a current AP client in matters unrelated to the Debtors.

- Ernst & Young, a consultant / advisor in this bankruptcy matter, and affiliates ("**E&Y**") are professionals, contract parties, director-affiliated companies, adverse parties, related parties,

litigation parties, vendors, creditors and shareholders to current and former AP clients in matters unrelated to the Debtors. E&Y is a current AP client in matters unrelated to the Debtors. E&Y is a former employer of current AP employees.  E&Y is a vendor to AP.

- Eversource Energy, a utility provider to the Debtors, and affiliates ("**Eversource**") are vendors and related parties to current and former AP clients in matters unrelated to the Debtors. Eversource is a current AP client in matters unrelated to the Debtors.

- Express Scripts, a customer to the Debtors, is an insurance provider, adverse party, contract party, creditor, customer and vendor to current and former AP clients in matters unrelated to the Debtors.

- Fidelity Managed Income, a vendor to the Debtors, and affiliates ("**Fidelity**") are adverse parties, bondholders, contract party, creditors, customers, contract parties, indenture trustees, insurance providers, lenders, lienholders, litigation parties, related parties, noteholders, parents, sellers, shareholders, and vendors to current and former AP clients in matters unrelated to the Debtors.  Fidelity is a current and former AP client in matters unrelated to the Debtors. Fidelity is a former employer of current AP employees.  Fidelity is a vendor to AP.  Fidelity is an insurance provider to AP.

- Fine, Kaplan And Black, a plaintiff's attorney in this bankruptcy matter, is a professional to a former AP client in matters unrelated to the Debtors.

- Fisher Scientific and Fisher Scientific Co LLC, customers and vendors to the Debtors, and affiliates ("**Fisher**") are vendors and adverse litigation parties to former AP clients in matters unrelated to the Debtors.  Fisher is a former AP client in matters unrelated to the Debtors.

- Fitch Law Partners, a director / officer counsel in this bankruptcy matter, is a former AP client in matters unrelated to the Debtors.

- Foley & Lardner, a plaintiff's attorney in this bankruptcy matter, is a professional and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Foley & Lardner is a current and former AP client in matters unrelated to the Debtors.

- Frontier Communications, a utility provider to the Debtors, and affiliates ("**Frontier**") are creditors, contract parties, related parties, shareholders and vendors to current and former AP clients in matters unrelated to the Debtors.  Frontier is a current and former AP client in matters unrelated to the Debtors.  Frontier is a former employer to current AP employees.

- Frost Brown Todd LLC, counsel to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.  Frost Brown Todd LLC is a current and former AP client in matters unrelated to the Debtors.

- FTI Consulting SC Inc., and FTI Consulting, Inc., vendors and professionals to the creditors' committee in this bankruptcy matter, and affiliates ("**FTI**") is are professionals, creditors, adverse parties, vendors, related parties and contract parties to current and former AP clients

in matters unrelated to the Debtors. FTI is a former AP client in matters unrelated to the Debtors. FTI is a former employer of current AP employees.

- Gibson Dunn & Crutcher LLP ("**Gibson Dunn**"), counsel to the Debtors, is opposing counsel, professional and vendor to current and former AP clients in matters unrelated to the Debtors. Gibson Dunn is a current and former AP client in matters unrelated to the Debtors. Gibson Dunn is a former employer of current AP employees. Gibson Dunn provides legal services to AP.

- Goldman Sachs and Goldman Sachs Asset management LP, vendors and banks to the Debtors, and affiliates ("**Goldman Sachs**") are associated companies, lenders, litigation parties, adverse parties, indenture trustees, lessees, lessors, bondholders, professionals, creditors, director-affiliated companies, financial advisors, contract parties, noteholders, parent companies, investment bankers, investors, joint venture entities, vendors, related parties, adverse litigation parties and shareholders to current and former AP clients in matters unrelated to the Debtors. Goldman Sachs is a current and former AP client in matters unrelated to the Debtors. Goldman Sachs is a former employer of current AP employees.

- Great American Insurance Company (Vosco), an insurance provider to the Debtors, and affiliates ("**Great American**") are adverse litigation parties, associated companies, insurance providers, contract parties, professionals, related parties and vendors to current and former AP clients in matters unrelated to the Debtors. Great American is a former AP client in matters unrelated to the Debtors. Great American is an insurance provider to AP.

- Gustafson Gluek PLLC, a plaintiff's attorney in this bankruptcy matter, is a professional to a former AP client in matters unrelated to the Debtors.

- Harvard Pilgrim Health Care, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Hawkins Parnell & Young, a director / officer counsel in this bankruptcy matter, is opposing counsel, professional and vendor to current and former AP clients in matters unrelated to the Debtors.

- Hillside Capital, Inc., a sublessee to the Debtors, is a related party to a current AP client in matters unrelated to the Debtors.

- Hogan Lovells US LLP, counsel to the Debtors, and affiliates ("**Hogan Lovells**") are counsel, related parties, lenders, opposing counsel, and professionals to current and former AP clients in matters unrelated to the Debtors. Hogan Lovells is a current and former AP client in matters unrelated to the Debtors. Hogan Lovells is a vendor to AP.

- Holland & Hart, counsel to the Debtors, is a contract party, professional and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Honeywell Safety Products, a customer to the Debtors, and affiliates ("**Honeywell**") are adverse parties, litigation parties, creditors, adverse litigation parties, director-affiliated

companies, related parties, and vendors to current and former AP clients in matters unrelated to the Debtors. Honeywell is a current and former AP client in matters unrelated to the Debtors. Honeywell is a former employer of current AP employees.

- HP Enterprise Services LLC, a vendor to the Debtors, and affiliates ("**HP Enterprise**"), are lenders, vendors, creditors, adverse parties, contract parties, associated companies, director-affiliated companies, related parties and creditors to current and former AP clients in matters unrelated to the Debtors. HP Enterprise is a current AP client in matters unrelated to the Debtors. HP Enterprise is a former employer of current AP employees.

- IBM Corporation, a consultant / advisor in this bankruptcy matter, and affiliates ("**IBM**") are adverse litigation parties, customers, lenders, lessors, insurance providers, joint venture entities, litigation parties, vendors, lienholders, bondholders, contract parties, professionals, related parties and creditors to current and former AP clients in matters unrelated to the Debtors. IBM is a current and former AP client in matters unrelated to the Debtors. IBM is a former employer of current AP employees. IBM is a vendor to AP.

- Information Resources Inc., a vendor to the Debtors, is a related party, to a former AP client in matters unrelated to the Debtors.

- iHeart Media Entertainment Inc ("**iHeart**"), a vendor to the Debtors, is a vendor to a current AP client in matters unrelated to the Debtors. iHeart is a former AP client in matters unrelated to the Debtors.

- Ikon Finance Services, a creditor to the Debtors, is a contract party, vendor and creditor to current and former AP clients in matters unrelated to the Debtors. Ikon Solutions is a creditor to a current AP client in which AP represents the unsecured creditors' committee of the Commonwealth of Puerto Rico in matters unrelated to the Debtors.

- The Insurance Company of The State of Pennsylvania (AIG Worldsource), an insurance provider to the Debtors, and affiliates ("**AIG**") are adverse litigation parties, insurance providers, adverse parties, director-affiliated companies, lenders, related parties, contract parties, lessors, creditors, parents, litigation parties, noteholders, vendors, lienholders and bondholders to current and former AP clients in matters unrelated to the Debtors. AIG is a current and former AP client in matters unrelated to the Debtors. AIG is a former employer of a current AP employee.

- Integreon Managed Solutions Inc., a vendor to the Debtors, is a vendor to AP.

- Internal Revenue Service ("**IRS**"), a taxing authority to the Debtors, is a vendor, adverse party, professional, related party, litigation party, and taxing authority to current and former AP clients in matters unrelated to the Debtors. The IRS is a current and former AP client in matters unrelated to the Debtors.

- Ironshore Specialty Insurance Company, an insurance provider to the Debtors, and affiliates ("**Ironshore**") are creditors, adverse litigation parties and insurance providers to current and

former AP clients in matters unrelated to The Debtors.  Ironshore is an insurance provider to AP.

- Jackson Lewis PC, counsel to the Debtors, is a creditor, vendor, client counsel and professional to current and former AP clients in matters unrelated to the Debtors.

- Jefferies Group LLC, a professional to the creditors' committee in this bankruptcy matter, and affiliates ("**Jefferies**") are bondholders, adverse litigation parties, creditors, contract parties, indenture trustees, investors, lenders, lessors, related parties, parent companies, professionals, shareholders and vendors to current and former AP clients in matters unrelated to the Debtors. Jefferies is a former employer of a current AP employee.

- John Dubel, a current board member to the Debtors, is a former AP employee that separated from AP in 2006.

- Johnson Controls Inc., a vendor to the Debtors, and affiliates ("**Johnson Controls**") are vendors, creditors, sellers, litigation parties, related parties and adverse parties to current and former AP clients in matters unrelated to the Debtors.  Johnson Controls is a current and former AP client in matters unrelated to the Debtors.  Johnson Controls is a former employer of current AP employees.  Johnson Controls is a vendor to AP.

- Jones Day, counsel to the Debtors, is a professional, vendor, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Jones Day is a current and former AP client in matters unrelated to the Debtors.

- Joseph Hage Aaronson LLC ("**Joseph Hage**"), a vendor and director / officer counsel in this bankruptcy matter, is a litigation party to a current AP client in matters unrelated to the Debtors. Joseph Hage is a current AP client in matters unrelated to the Debtors.

- JPMorgan Chase, a banking service provider to the Debtors, and affiliates ("**JPMorgan**") are shareholders, lienholders, bondholders, adverse parties, litigation parties, lenders, contract parties, customers, investors, lessors, lessees, indenture trustees, noteholders, banking service providers, vendors, director-affiliated companies, professionals, affiliates, adverse litigation parties , related parties and creditors to current and former AP clients in matters unrelated to the Debtors.  JPMorgan Chase is a current and former AP client in matters unrelated to the Debtors.  JPMorgan Chase is a former employer of current AP employees.

- Kaplan Hecker & Fink LLP, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Karr Tuttle Campbell, a vendor to the Debtors, is counsel to a current AP client in matters unrelated to the Debtors.

- Keller Rohrback LLP, a plaintiff's attorney in this bankruptcy matter, is a professional to former AP clients in matters unrelated to the Debtors.

- Kenneth Buckfire, a current officer /director to the Debtors and an MD involved in restructuring at Miller Buckfire & Co., is the father of a current AP employee who is not working on the Debtors' cases.

- King County, a plaintiff to the Debtors, is a taxing authority, plaintiff, and adverse party to current and former AP clients in matters unrelated to the Debtors. King County is a current AP client in matters unrelated to the Debtors.

- King & Spalding LLP, counsel to the Debtors, is a professional, opposing counsel and vendor to current and former AP clients in matters unrelated to the Debtors. King & Spalding LLP is a current and former AP client in matters unrelated to the Debtors.

- Kramer Levin Naftalis & Frankel LLP, a professional to the creditors' committee in this bankruptcy matter, and affiliates ("**KLNF**") are professionals, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors. KLNF is a current and former AP client in matters unrelated to the Debtors.

- Levenfeld Pearlstein, a plaintiff's attorney in this bankruptcy matter, is an adverse party and related party to a current and former AP clients in matters unrelated to the Debtors.

- Liberty Insurance Corp, Liberty Surplus Insurance Corp., and Liberty Mutual Fire Insurance Company, insurance providers to the Debtors, and affiliates ("**Liberty Mutual**") are creditors, vendors, customers, bondholders, insurance providers, lenders, related parties, adverse parties, contract parties and litigation parties to current and former AP clients in matters unrelated to the Debtors. Liberty Mutual is a current AP client in matters unrelated to the Debtors. Liberty Mutual is an insurance provider to AP.

- Lockridge Grindal Nauen PLLP, a plaintiff's attorney in this bankruptcy matter, is professional to former AP clients in matters unrelated to the Debtors.

- Lowenstein Sandler LLP and Lowenstein Sandler PC, vendors and counsel to the Debtors, and affiliates ("**Lowenstein Sandler**") are professionals, vendors, contract parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. Lowenstein Sandler is a current and former AP client in a matter unrelated to the Debtors.

- Lynn Pinker Cox & Hurst, counsel and a vendor to the Debtors, is a current and former AP client in matters unrelated to the Debtors.

- Marino Tortorella & Boyle PC, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Marks & Clerk LLP, counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Marsh USA Inc, a vendor to the Debtors, and affiliates ("**Marsh**"), are creditors, vendors, insurance providers, professionals, litigation parties, related parties and adverse parties to current and former AP clients in matters unrelated to the Debtors. Marsh is a former AP client

in matters unrelated to the Debtors.  Marsh is a former employer of current AP employees.
Marsh is a vendor to AP.

- Masergy Communications Inc., a utility provider to the Debtors, is a vendor to AP.

- Maynard Cooper Gale, counsel to the Debtors, is a professional, adverse litigation party and
related party to current and former AP clients in matters unrelated to the Debtors.  Maynard
Cooper Gale is a current AP client in matters unrelated to the Debtors.

- McAfee & Taft, a plaintiff's attorney in this bankruptcy matter, is professional to former AP
clients in matters unrelated to the Debtors.  McAfee & Taft is a former AP client in matters
unrelated to the Debtors.

- McDermott Will & Emery, a director / officer counsel in this bankruptcy matter, and affiliates
("**McDermott**") are creditors, counsel, lenders and professionals to current and former AP
clients in matters unrelated to the Debtors.  McDermott is a current and former AP client in
matters unrelated to the Debtors.

- MCI Comm Service, a utility provider to the Debtors, and affiliates ("**MCI**") are vendors,
creditors, litigation parties, director-affiliated companies and customers to current and former
AP clients in matters unrelated to the Debtors.

- McKesson Corporation and McKesson Specialty Arizona, Inc., customers and vendors to the
Debtors, and affiliates ("**McKesson**"), are creditors, litigation parties, vendors, material
contract parties and customers to current and former AP clients in matters unrelated to the
Debtors.  McKesson is a current AP client in Great Atlantic & Pacific Tea Company, a
bankruptcy matter in which AP represents the unsecured creditors committee, in matters
unrelated to the Debtors.

- McKinsey & Company ("**McKinsey**"), a consultant / advisor in this bankruptcy matter, is a
customer, creditor, contract party and professional to current and former AP clients in matters
unrelated to the Debtors.  McKinsey is the previous employer of current AP employees.  An
AP board member, individually and through an entity he controls, is litigating against
McKinsey in federal courts; AP is not a party to the litigation matters between the AP board
member and McKinsey, and the litigation matters are unrelated to this case.

- Medidata Solutions Inc., a vendor to the Debtors, is a current AP client in matters unrelated to
the Debtors.

- Medline Industries Inc. ("**Medline**"), a vendor to the Debtors, is a vendor to a former AP client
in matters unrelated to the Debtors. Medline is a current AP client in matters unrelated to the
Debtors.

- Miller Law Firm. The ("**Miller Law**"), a plaintiff's attorney in this bankruptcy matter, is an
adverse litigation party, professional and opposing counsel to current and former AP clients in
matters unrelated to the Debtors.  Miller Law is a current and former AP client in matters
unrelated to the Debtors.

- Microsoft Licensing Group, a vendor to the Debtors, and affiliates ("**Microsoft**") are lessors, creditors, vendors, shareholders, contract parties, and related parties to current and former AP clients in matters unrelated to the Debtors. Microsoft is a current and former AP client in matters unrelated to the Debtors. Microsoft is a former employer of current AP employees. Microsoft is a vendor to AP.

- Mitratech Holdings Inc. ("**Mitratech**"), a vendor to the Debtors, is a related party to a current AP client in matters unrelated to the Debtors.  Mitratech is a vendor to AP.

- Mololamken, a plaintiff's attorney in this bankruptcy matter, is counsel to a current AP client in matters unrelated to the Debtors.

- Morgan, Lewis & Bockius, LLP ("**Morgan Lewis**"), counsel to the Debtors, is a customer, client counsel, opposing counsel, customer, adverse litigation party, material contract party, related party, professional, and vendor to current and former AP clients in matters unrelated to the Debtors.  Morgan Lewis is a current AP client in matters unrelated to the Debtors.

- Morgan & Morgan, a plaintiff's attorney in this bankruptcy matter, is a professional, opposing counsel, adverse party and adverse litigation party to former AP clients in matters unrelated to the Debtors.

- Morris, Nichols, Arsht & Tunnell, LLP ("**Morris**"), a vendor and counsel to the Debtors, is a professional and vendor to current and former AP clients in matters unrelated to the Debtors. Morris is a current and former AP client in matters unrelated to the Debtors.

- Morrison & Foerster LLP, counsel to the Debtors, and affiliates ("**MoFo**") are professionals, adverse parties, creditors, contract parties and opposing counsel to current and former AP clients in matters unrelated to the Debtors. MoFo is a current and former AP client in matters unrelated to the Debtors.  MoFo is a member of a UCC represented by AP in The Nordam Group, Inc. bankruptcy, in matters unrelated to the Debtors.

- Motley Rice, a plaintiff's attorney in this bankruptcy matter, is a professional, adverse litigation party and opposing counsel to former AP clients in matters unrelated to the Debtors. Motley Rice is a current AP client in matters unrelated to the Debtors.

- Mundipharma Medical Company, a related entity to the Debtors, is a current and former AP client in matters unrelated to the Debtors.

- Mylan Pharmaceuticals Inc., a vendor to the Debtors, and affiliates ("**Mylan**") are litigation parties and adverse litigation parties to former AP clients in matters unrelated to the Debtors. Mylan is a former AP client in matters unrelated to the Debtors.

- National Grid, a utility provider to the Debtors, and affiliates ("**National Grid**") are adverse litigation parties, creditors, customers, related parties, and vendors to current and former AP clients in matters unrelated to the Debtors.  National Grid is a current AP client in matters unrelated to the Debtors.

- National Union Fire Insurance Company of Pittsburg, PA, an insurer to the Debtors, ("**National Union**") are adverse litigation parties, bondholders, creditors, contract parties, insurance providers, lenders, litigation parties, related parties and vendors to current and former AP clients in matters unrelated to the Debtors.

- Navajo Nation, The, a plaintiff to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Nelson Mullins Riley & Scarborough LLP, a director / officer counsel and counsel to the Debtors, is a professional and related party to former AP clients in matters unrelated to the Debtors.

- News America Marketing FSI, LLC, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Nixon Peabody, counsel to the Debtors, is a professional, adverse litigation party, creditor, client counsel and related party and vendor to current and former AP clients in matters unrelated to the Debtors.

- Noramco Inc., a vendor to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Norton Rose and Norton Rose Fulbright, director / officer counsel in this bankruptcy matter and counsel to the Debtors, and affiliates ("**Norton Rose**") are lenders, professionals and vendors to current and former AP clients in matters unrelated to the Debtors. Norton Rose is a current and former AP client in matters unrelated to the Debtors.

- Novo Nordisk ("**Novo**"), an "other" party in this bankruptcy matter, is a related party to a former AP client in matters unrelated to the Debtors.  Novo is a former AP client in matters unrelated to the Debtors.

- Occidental Chemical Corporation, a litigation party to the Debtors, and affiliates ("**Occidental**") are creditors, adverse parties, contract parties, customers, related parties and litigation parties to current and former AP clients in matters unrelated to the Debtors.

- OptumRx and OptumHealth Administered Plan, customers and vendors to the Debtors, and affiliates ("**Optum**") are customers and vendors to current AP clients in matters unrelated to the Debtors. Optum is an insurance provider to AP.

- Oracle America Inc, a vendor to the Debtors, and affiliates ("**Oracle**") are creditors, vendors, lessors, professionals, contract parties, related parties, customers and associated companies to current and former AP clients in matters unrelated to the Debtors.  Oracle is a former AP client in matters unrelated to the Debtors. Oracle is a former employer of current AP employees. Oracle is a vendor to AP.

- Park Jensen Bennett LLP, counsel to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Paul Weiss, a director / officer counsel in this bankruptcy matter, is a contract party, professional, creditor, vendor, lender, client counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Paul Weiss is a current and former AP client in matters unrelated to the Debtors.  Paul Weiss is a former employer of a current AP employee.

- PJT Partners, a professional in this bankruptcy matter, and affiliates ("**PJT**") are professionals, related parties and vendors to current AP clients in matters unrelated to the Debtors.  PJT is a current and former AP client in matters unrelated to the Debtors.  PJT is a vendor to AP.  Also, an AP employee that is not working on this bankruptcy matter is the daughter of a Partner and Global Chairman of the Restructuring and Special Situation Group at PJT.

- Porter Hedges LLP, a vendor and employee indemnity counsel to the Debtors, is a professional, contract party, opposing counsel and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- PricewaterhouseCoopers LLP, a vendor to the Debtors, and affiliates ("**PWC**") are adverse parties, customers, professionals, opposing counsel, and creditors to current and former AP clients in matters unrelated to the Debtors.  PWC provides tax and related consulting services to AP.  PWC is a former AP client in matters unrelated to the Debtors.  AP provides services to PWC in the ordinary course in matters unrelated to the Debtors.  PWC is a former employer of certain employees, officers, directors, and shareholders of AP.

- Prime Clerk, a vendor to the Debtors, is a professional, related party, vendor and lessor to current and former AP clients in matters unrelated to the Debtors.

- Province, Inc., a professional to the creditors' committee in this bankruptcy matter, is a professional to a former AP client in matters unrelated to the Debtors.

- Pryor Cashman LLP, counsel to the Debtors, and affiliates ("**Pryor Cashman**") are creditors, counsel, investors, professionals, related parties and vendors to current and former AP clients in matters unrelated to the Debtors.  Pryor Cashman is a current and former AP client in matters unrelated to the Debtors.

- Purdue Frederick Inc., a related entity to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Purdue Pharma, a related entity to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Quinn Emanuel Urquhart & Sullivan LLP ("**Quinn**"), a vendor to the Debtors, is a current and former AP client in matters unrelated to the Debtors.  Quinn is s vendor to AP.

- Reed Smith LLP, a vendor and counsel to the Debtors, is a contract party, professional and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Reed Smith LLP is a current and former AP client in matters unrelated to the Debtors.

- Reichard & Escalera LLC, counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Reilly, McDevitt & Henrich, P.C., counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors

- Ricoh USA, Inc., a vendor to the Debtor, and affiliates ("**Ricoh**") are creditors, vendors, customers and contract parties to current AP clients in matters unrelated to the Debtors. Ricoh is a former AP client in matters unrelated to the Debtors. Ricoh is a former employer of a current AP employee. Ricoh is a vendor to AP.

- Robbins Geller Rudman & Dowd LLP, a plaintiff's attorney in this bankruptcy matter, is an adverse litigation party, litigation party, professional and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- Robins Kaplan, a plaintiff's attorney in this bankruptcy matter, is a professional to former AP clients in matters unrelated to the Debtors. Robbins Kaplan is a former AP client in matters unrelated to the Debtors.

- Robert Bosch Packaging, a vendor to the Debtors, and affiliates ("**Bosch**") are vendors, adverse litigation parties, adverse parties, creditors and customers to current and former AP clients in matters unrelated to the Debtors. Bosch is a former AP client in matters unrelated to the Debtors.

- Robinson Gray Stepp & Laffitte, LLC, counsel to the Debtors, is a related party to a current AP client in matters unrelated to the Debtors.

- Russell Reynolds Assoc Inc. ("**Russell Reynolds**"), a vendor to the Debtors, is a former AP client in matters unrelated to the Debtors. Russell Reynolds is a vendor to AP.

- Saltz Mongeluzzi Barrett & Bendesky, a plaintiff's attorney in this bankruptcy matter, is a professional to a former AP client in matters unrelated to the Debtors.

- SAP America, a vendor to the Debtors, and affiliates ("**SAP**") are creditors, adverse litigation parties, contract parties, related parties, professionals and vendors to current and former AP clients in matters unrelated to the Debtors.

- Scott & Scott, a plaintiff's attorney in this bankruptcy matter, is a litigation party to a former AP client in matters unrelated to the Debtors.

- Schneider Electric Buildings, a vendor to the Debtors, and affiliates ("**Schneider**") are customers, vendors and contract parties to current and former AP clients in matters unrelated to the Debtors. Schneider is a vendor to AP.

- Sharp Corp., a vendor to the Debtors, is a litigation party, adverse party and related party to current and former AP clients in matters unrelated to the Debtors.

- Shionogi Inc., a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Schulte Roth & Zabel, a vendor to the Debtors, is a professional, counsel and related party to current and former AP clients in matters unrelated to the Debtors.  Schulte Roth & Zabel is a current AP client in matters unrelated to the Debtors.

- SGS North America, a vendor to the Debtors, is a vendor to AP.

- Shi International Corp. ("**Shi**"), a vendor to the Debtors, is a vendor and contract party to current and former AP clients in matters unrelated to the Debtors.  Shi is a vendor to AP.

- Sidley Austin LLP ("**Sidley**"), a vendor and counsel to the Debtors, is a professional, litigation party, vendor and co-counsel to current and former AP clients in matters unrelated to the Debtors.  Sidley is a current and former AP client in matters unrelated to the Debtors.  Sidley provides legal services to AP in matters unrelated to the Debtors.

- Siemens Industry Inc., a vendor to the Debtors, and affiliates ("**Siemens**") are adverse parties, litigation parties, adverse litigation parties, creditors, customers, contract parties, lenders, related parties, shareholders and vendors to current and former AP clients in matters unrelated to the Debtors.  Siemens is a current and former AP client in matters unrelated to the Debtors.  Siemens is a vendor to AP.

- Simmons & Simmons, a plaintiff's attorney in this bankruptcy matter, is client counsel to a former AP client in matters unrelated to the Debtors.  Simmons & Simmons is a former employer of a current AP employee.

- Simpson Thacher & Bartlett, a director / officer counsel in this bankruptcy matter, is a customer, related party, professional, vendor and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Simpson Thacher & Bartlett is a current and former AP client in matters unrelated to the Debtors.

- Skadden, Arps, Slate, Meagher & Flom LLP ("**Skadden Arps**"), counsel to the Debtors, is a creditor, vendor, professional, client counsel, related party, and adverse party to current and former AP clients in matters unrelated to the Debtors.  Skadden Arps is a current and former AP client in matters unrelated to the Debtors.  Skadden Arps is a former employer of current AP employees.

- Snell & Wilmer, counsel and a vendor to the Debtors, are professionals, creditors and related parties to current and former AP clients in matters unrelated to the Debtors.

- SpecGX, LLC, a vendor to the Debtors, and affiliates ("**SpecGX**"), is an affiliate and customer of current AP clients in matters unrelated to Debtors.

- Spencer Stuart, a vendor to the Debtors, is a professional and vendor to current and former AP clients in matters unrelated to the Debtors.  Spencer Stuart is a vendor to AP.

- Sprint, a utility provider to the Debtors, and affiliates ("**Sprint**") are creditors, customers, vendors, litigation parties, related parties and contract parties to current and former AP clients in matters unrelated to the Debtors.  Sprint is a former AP client in matters unrelated to the Debtors.

- State of California is a plaintiff to the Debtors.  The California Attorney General's Office is a former AP client in matters unrelated to the Debtors.

- State of Michigan, a vendor to the Debtors, is a taxing authority, related party, adverse litigation party, bondholder and vendor to current and former AP clients in matters unrelated to the Debtors. State of Michigan is a former employer to current AP employees.

- State of New Jersey, a taxing authority to the Debtors, is a taxing authority, related party, creditor, bondholder, lender, and litigation party to current and former AP clients in matters unrelated to the Debtors. State of New Jersey is a current AP client in matters unrelated to the Debtors.

- State of Washington, a plaintiff to the Debtors, is a shareholder, bondholder, creditor, lender, taxing authority and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.  The Washington Attorney General's Office is a former AP client in matters unrelated to the Debtors.

- Steptoe & Johnson, a director / officer counsel and counsel to the Debtors, is a professional and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Steptoe & Johnson is a current and former AP client in matters unrelated to the Debtors.

- Stikeman Elliott LLP ("**Stikeman**"), counsel to the Debtors, is a vendor and professional to current AP clients in matters unrelated to the Debtors. Stikeman is a current and former AP client in matters unrelated to the Debtors.

- Stroz Friedberg Inc. ("**Stroz**"), a vendor to the Debtors, is a related party, creditor and professional to current and former AP clients in matters unrelated to the Debtors.  Stroz is a former employer of a current AP employee.  Stroz is a vendor to AP.

- Suez WTS USA Inc., a utility provider to the Debtors, and affiliates ("**Suez**"), are customers and vendors to current and former AP clients in matters unrelated to the Debtors.  Suez is a current AP client in matters unrelated to the Debtors.

- Sun Pharmaceutical Industries, a vendor to the Debtors, is a litigation party and vendor to current and former AP clients in matters unrelated to the Debtors.

- Supervalu and Supervalu Pharmacies Inc., customers to the Debtors, are customers, adverse parties, related parties and creditors to a former AP client in matters unrelated to the Debtors.

- Taft Stettinius & Hollister LLP ("**Taft Stettinius**"), a plaintiff's attorney in this bankruptcy matter, is a professional and opposing counsel to current and former AP clients in matters

unrelated to the Debtors.  Taft Stettinius is a current and former AP client in matters unrelated to the Debtors.

- Target Corp., a customer to the Debtors, is a customer, creditor, related party and vendor to current and former AP clients in matters unrelated to the Debtors.  Target is a former employer of current AP employees.

- Teneo Strategy LLC, a professional in this bankruptcy matter, is a professional to a current AP client in matters unrelated to the Debtors.  Teneo Strategy LLC is a vendor to AP.

- Teva API Inc, Teva Canada Limited, Teva Pharmaceuticals USA and Teva Pharmaceutical Industries, Ltd, vendors to the Debtors, and affiliates ("**Teva**") are customers, parent companies, litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  Teva is a current and former AP client in matters unrelated to the Debtors.

- Thompson Coburn, LLP, counsel to the Debtors, is a vendor and professional to current and former AP clients in matters unrelated to the Debtors.  Thompson Coburn is a current AP client in matters unrelated to the Debtors.

- Thompson Hine, counsel to the Debtors, is a professional and related party to current and former AP clients in matters unrelated to the Debtors. Thompson Hine is a current and former AP client in matters unrelated to the Debtors.

- Time Warner Cable Enterprises, LLC and Time Warner Cable, utility providers to the Debtors, and affiliates ("**Time Warner**") are vendors, contract parties, customers, related parties and creditors to current and former AP clients in matters unrelated to the Debtors. Time Warner is a current AP client in matters unrelated to the Debtors.  Time Warner is a former employer of a current AP employee.

- Towers Watson Delaware, Inc., a vendor to the Debtors, and affiliates ("**Willis**") are creditors, insurance providers, professionals, lessors and vendors to current AP clients in matters unrelated to the Debtors.  Willis is a current and former AP client in matters unrelated to the Debtors.

- Trialcard, Inc., a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Tribune Media Company, a vendor to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Tricorbraun Inc., a vendor to the Debtors, is a related party to a former AP client in matters unrelated to the Debtors.

- Troutman Sanders LLP, counsel to the Debtors, is a creditor, professional and related party to current and former AP clients in matters unrelated to the Debtors.

31

- U.S. Bank Equipment Finance, a creditor to the Debtors, and affiliates ("**US Bank**") are adverse litigation parties, banking service providers, vendors, lienholders, shareholders, creditors, lessees, lessors, lenders, investors, noteholders, bondholders, contract parties, litigation parties, trustees, indenture trustees, customers, adverse parties and related parties to current and former AP clients in matters unrelated to the Debtors. US Bank is a current and former AP client in matters unrelated to the Debtors. US Bank is a member of a UCC represented by AP in the Tops Holding II Corporation matter, a bankruptcy matter unrelated to the Debtors.

- U.S. Specialty Insurance Co. ("**U.S. Specialty**"), an insurance provider to the Debtors, is an insurance provider and bondholder to current and former AP clients in matters unrelated to the Debtors.  U.S. Specialty is a former AP client in matters unrelated to the Debtors.

- UBS Group AG, UBS AG Stamford and UBS Financial Services, Inc., landlords, vendors and insurance providers to the Debtors, and affiliates ("**UBS**") are adverse parties, bondholders, adverse litigation parties, litigation parties, creditors, customers, contract parties, indenture trustees, investors, lenders, lienholders, noteholders, related parties, professionals, shareholders and vendors to current and former AP clients in matters unrelated to the Debtors. UBS is a current and former AP client in matters unrelated to the Debtors.  UBS is a former employer of current AP employees.  UBS is a vendor to AP.

- United Parcel Service and UPS Supply Chain Solutions, vendors to the Debtors, and affiliates ("**UPS**") are adverse parties, customers, creditors, contract parties, lessees, vendors and related parties to current and former AP clients in matters unrelated to the Debtors.  UPS is a vendor to AP.

- United States Food and Drug Administration ("**FDA**"), a taxing authority to the Debtors, is a related party and taxing authority to current and former AP clients in matters unrelated to the Debtors.  FDA is a former employer of current AP employees.

- United States Treasury, a vendor and taxing authority to the Debtors, ("**UST**") is a taxing authority, government agency, adverse party, related party, creditor, professional and vendor to current and former AP clients in matters unrelated to the Debtors.  The UST is a current AP client in matters unrelated to the Debtors.  The UST is a former employer of current AP employees.

- University of Texas, a licensing agreement party to the Debtors, and affiliates ("**UT**") are vendors, contract parties, adverse litigation parties and lessors to current and former AP clients in matters unrelated to the Debtors.  UT is former employer of current AP employees.

- Valassis Direct Mail, Inc. ("**Valassis**"), a vendor to the Debtors, is a creditor and vendor to a former AP client in matters unrelated to the Debtors.  Valassis is a current and former AP client in matters unrelated to the Debtors.

- Veeva Systems Inc., a vendor to the Debtors, is a vendor, contract party and related party to current and former AP clients in matters unrelated to the Debtors.

- Venable LLP, a vendor and employee indemnity counsel to the Debtors, is a professional and litigation party to current and former AP clients in matters unrelated to the Debtors. Venable is a current and former AP client in matters unrelated to the Debtors.

- Veolia ES Technical Solutions, a utility provider and vendor to the Debtors, and affiliates ("**Veolia**") are vendors, adverse parties and contract parties to current and former AP clients in matters unrelated to the Debtors. Veolia is a former AP client in matters unrelated to the Debtors.

- Verizon and Verizon Washington DC, Inc., utility providers to the Debtors, and affiliates ("**Verizon**") are vendors, lessors, creditors, customers, contract parties, parent companies, litigation parties, and related parties to current and former AP clients in matters unrelated to the Debtors. Verizon is a current and former AP client in matters unrelated to the Debtors. Verizon is a former employer of current AP employees. Verizon is a vendor to AP.

- Vorys Sater Seymour & Pease, LLP ("**Vorys Sater**"), a vendor and counsel to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors. Vorys Sater is a current and former AP client in matters unrelated to the Debtors.

- Wagstaff & Cartmell, LLP, a plaintiff's attorney in this bankruptcy matter, is a professional to a former AP client in matters unrelated to the Debtors.

- Walgreen Co., Walgreens and Walgreens Boots Alliance, vendors to the Debtors, and affiliates ("**Walgreens**") are adverse litigation parties, customers, litigation parties and contract parties to current and former AP clients in matters unrelated to the Debtors. Walgreens is a former AP client in matters unrelated to the Debtors.

- Wal-Mart Stores and Wal-Mart, customers and vendors to the Debtors, and affiliates ("**Wal-Mart**") are bondholders, litigation parties, lessors, creditors, contract parties, customers, related parties, vendors and adverse parties to current and former AP clients in matters unrelated to the Debtors. Wal-Mart is a current AP client in matters unrelated to the Debtors. Wal-Mart is a former employer of current AP employees.

- Ward & Smith, a plaintiff's attorney in this bankruptcy matter, is a professional to a former AP client in matters unrelated to the Debtors.

- Weil, Gotshal & Manges LLP ("**WG&M**"), a vendor to the Debtors, is a professional, counsel, contract party, opposing counsel, adverse litigation party and vendor to current and former AP clients in matters unrelated to the Debtors. WG&M is a current and former AP client in matters unrelated to the Debtors. WG&M provides legal service to AP.

- Weisman, Kennedy & Berris, a plaintiff's attorney in this bankruptcy matter, is a professional to a former AP client in matters unrelated to the Debtors.

- Wells Fargo & Company and Wells Fargo Financial Leasing, Inc., a vendor and banking service provider to the Debtors, and affiliates ("**Wells Fargo**"), are lenders, banks, creditors, lienholders, bondholders, indenture trustees, litigation parties, defendants, plaintiffs, adverse

parties, customers, lessors, lessees, noteholders, insurance providers, associated companies, investors, trustees, professionals, contract parties, shareholders and vendors to current and former AP clients in matters unrelated to the Debtors. Wells Fargo is a former AP client in matters unrelated to the Debtors. Wells Fargo is a former employer of current AP employees.

- Wilmer Cutler Pickering and WilmerHale, vendors and counsel to the Debtors, and affiliates ("**Wilmer Cutler**") are adverse parties, counsel, opposing counsel, related parties, professionals and vendors to current and former AP clients in matters unrelated to the Debtors. Wilmer Hale is a current and former AP client in matters unrelated to the Debtors.

- WPP Group USA, Inc., a vendor to the Debtors, and affiliates ("**WPP**") are adverse parties, lessors, related parties, parent companies and vendors to current and former AP clients in matters unrelated to the Debtors. WPP is a vendor to AP. WPP is a former employer of current AP employees.

- Zurich American Insurance Company, an insurance provider to the Debtors, and affiliates ("**Zurich**") are creditors, vendors, contract parties, insurance providers, lenders and litigation parties to current and former AP clients in matters unrelated to the Debtors. Zurich is a former AP client in matters unrelated to the Debtors. Zurich is a vendor to AP. Zurich is a former employer of current AP employees.

28.    AlixPartners and its affiliates are claims agents, advisors, and crisis managers providing services and advice in many areas, including restructuring and distressed debt. As part of its diverse practice, AlixPartners appears in numerous cases, proceedings, and transactions involving many different attorneys, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in these chapter 11 cases. Further, AlixPartners has in the past, and may in the future, be represented by various attorneys and law firms, some of whom may be involved in these chapter 11 cases. In addition, AlixPartners has been in the past, and likely will be in the future, engaged in matters unrelated to the Debtors or these chapter 11 cases in which it works with or in opposition to other professionals involved in these chapter 11 cases. Moreover, AlixPartners might have referred work to other professionals who are retained in these chapter 11 cases. Likewise, certain such professionals who are retained in these chapter 11 cases might have referred work to AlixPartners. To the best of my

knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these business relationships constitute interests adverse to the Debtor.

29.    From time to time, AlixPartners has provided services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in matters wholly unrelated to these chapter 11 cases.  As described herein, however, AlixPartners has undertaken a detailed search to determine, and to disclose, whether it is providing or has provided services to any significant creditor, equity security holder, insider or other party in interest in such unrelated matters.

30.    To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of the AlixPartners personnel (a) have any connection with the U.S. Trustee, or any employee in the Office of the U.S. Trustee; or (b) are related or connected to any United States Bankruptcy Judge for Southern District of New York, except as otherwise set forth herein.

31.    To the best of my knowledge, none of the members of the engagement team or AP is a direct holder of any of the Debtors' securities.  It is possible that members of the engagement team or certain of AlixPartners employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing, may own interests in mutual funds or other investment vehicles (including various types of private funds) that own the Debtors' or other parties in interest's debt or equity securities or other financial instruments, including bank loans and other obligations.  Typically, the holders of such interests have no control over investment decisions related to such investment funds or financial instruments.  AlixPartners' policy prohibits its employees from personally trading in the Debtors' securities.

32.     To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, AlixPartners has not been retained to assist any entity or person other than the Debtors on matters relating to, or in direct connection with, these chapter 11 cases.  AlixPartners will continue to provide professional services to entities that may be creditors or equity security holders of the Debtors or other parties in interest in these chapter 11 cases, provided that such services do not relate to, or have any direct connection with, these chapter 11 cases or the Debtors.

33.     Certain of AlixPartners' employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing may have financial accounts or insurance relationships with a potential party in interest.

34.     Despite the efforts described above to identify and disclose the connections that AP has with parties in interest in these chapter 11 cases, because the Debtors form a large enterprise with numerous creditors and other relationships, AlixPartners is unable to state with certainty that every client relationship or other connection has been identified and disclosed.

35.     In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016, neither I nor AlixPartners has entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these chapter 11 cases, (a) for the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (b) for payment of such compensation from the assets of the estates in excess of the compensation allowed by the Court pursuant to the applicable provisions of the Bankruptcy Code, or (c) for payment of compensation in connection with these chapter 11 cases other than in accordance with the applicable provisions of the Bankruptcy Code.

36.     Accordingly, except as otherwise set forth herein, insofar as I have been able to determine, neither I, AlixPartners nor any AlixPartners personnel holds or represents any interest adverse to the Debtors or their estates, and AlixPartners is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that AlixPartners and its professionals and employees who will work on the engagement:

(a) are not creditors, equity security holders, or insiders of the Debtors;

(b) were not, within two years before the Petition Date, a director, officer or employee of the Debtors; and

(c) do not have an interest materially adverse to the interest of the Debtors' estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

37.     If AlixPartners discovers additional information that requires disclosure, AlixPartners will promptly file a supplemental disclosure with the Court as required by Bankruptcy Rule 2014.   AlixPartners reserves the right to supplement this Declaration in the event that AlixPartners discovers any facts bearing on matters described in this Declaration regarding AlixPartners' employment by the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 5, 2019

*/s/ Lisa Donahue*
Lisa Donahue
Managing Director, AlixPartners LLP

## **Schedule 1**

Potential Parties in Interest

# PURDUE PHARMA L.P.: POTENTIAL PARTIES IN INTEREST

### Debtor Entities

| | |
|---|---|
| ADLON THERAPEUTICS LP | AVRIO HEALTH LP |
| BUTTON LAND L.P. | COVENTRY TECHNOLOGIES LP |
| GREENFIELD BIOVENTURES LP | IMBRIUM THERAPEUTICS LP |
| NYATT COVE LIFSCIENCE INC. | OPHIR GREEN CORP. |
| PAUL LAND INC. | PURDUE NEUROSCIENCE COMPANY |
| PURDUE PHARMA L.P. | PURDUE PHARMA INC. |
| PURDUE PHARMA MAUNFACTURING, LP | PURDUE PHARMA OF PUERTO RICO L.P. |
| PURDUE PHARMA TECHNOLOGIES INC. | PURDUE PHARMACEUTICAL PRODUCTS L.P. |
| PURDUE PHARMACEUTICALS L.P. | PURDUE TRANSDERMAL TECHNOLOGIES L.P. |
| QUIDNICK LAND L.P. | RHODES PHARMACEUTICAL INC. |
| RHODES PHARMACEUTICAL L.P. | RHODES TECHNOLOGIES INC. |
| SEVEN SEAS HILL CORP. | SVC PHARMA INC. |
| SVC PHARMA L.P. | UDF LP |

### Other Related Entities

| | |
|---|---|
| ACCARDI B.V. | ACCARDI S.AR.L. |
| ALFA GENERICS B.V. | ARSAGO B.V. |
| BANGLADESH BEAUTY PRODUCTS PRIVATE LIMITED | BARD PHARMACEUTICALS INC. |
| BARD PHARMACEUTICALS LIMITED | BEAUTY PRODUCTS LANKA (PRIVATE LIMITED) |
| BERMAG LIMITED | BOETTI CORPORATION |
| BOLDINI CORPORATION | BRADENTON PRODUCTS B.V. |
| BULLA S.AR.L. | CINFA BIOTECH GMBH |
| CINFA BIOTECH SL | CLINICAL DESIGNS LIMITED |
| CLOVIO CORPORATION | E.R.G. REALTY, INC. |
| EURO-CELTIQUE S.A. | EVENING STAR SERVICES LTD. |
| FILTI S.AR.L. | FLIRA S.AR.L. |
| FREYA HOLDINGS LIMITED | HAMBERT B.V. |
| HAYEZ CORPORATION | IAF CORPORATION |
| IAF LIMITED | IND S.AR.L. |
| INTROMEDIX ADVANCED MEDICAL TECHNOLOGIES LTD. | IREY S.AR.L. |
| KRUGMANN GMBH | L.P. CLOVER LIMITED |
| LADENBURG B.V. | LAKE CLAIRE INVESTMENTS LTD. |
| LUCIEN HOLDINGS S.AR.L. | LYMIT HOLDINGS S.AR.L. |
| MALTUS CORPORATION | MARNINE HOLDINGS PTE. LIMITED |
| MARTONE HOLDINGS PTE. LIMITED | MEDIMATCH AG |
| MEXCUS CORPORATION | MN CONSULTING LLC |
| MNB COMPANY | MODI-MUNDIPHARMA BEAUTY PRODUCTS PRIVATE LIMITED |
| MODI-MUNDIPHARMA HEALTHCARE PRIVATE LIMITED | MODI-MUNDIPHARMA PRIVATE LIMITED |
| MUNDIBIOPHARMA LIMITED | MUNDICHEMIE GMBH |
| MUNDIPHARMA (ARGENTINA) S.R.L. | MUNDIPHARMA (BANGLADESH) PRIVATE LIMITED |
| MUNDIPHARMA (CHINA) PHARMACEUTICAL COMPANY LIMITED | MUNDIPHARMA (COLOMBIA) S.A.S. |
| MUNDIPHARMA (HONG KONG) LIMITED | MUNDIPHARMA (MYANMAR) CO., LTD. |

| | |
|---|---|
| MUNDIPHARMA (PROPRIETARY) LIMITED | MUNDIPHARMA (SHANGHAI) INTERNATIONAL TRADE LIMITED COMPANY |
| MUNDIPHARMA (THAILAND) LIMITED | MUNDIPHARMA A/S (FORMERLY NORPHARMA A/S; NAME CHANGE MAY 15, 2017) |
| MUNDIPHARMA AB | MUNDIPHARMA AG |
| MUNDIPHARMA ANZ PTY LIMITED (FORMERLY MUNDIPHARMA PTY. LIMITED; NAME CHANGE MARCH 11, 2019) | MUNDIPHARMA AS |
| MUNDIPHARMA AUSTRALIA PTY. LTD. | MUNDIPHARMA B.V. |
| MUNDIPHARMA BRADENTON B.V. | MUNDIPHARMA BRASIL PRODUTOS MÉDICOS E FARMACÊUTICOS LTDA. |
| MUNDIPHARMA COMM. VA | MUNDIPHARMA COMPANY |
| MUNDIPHARMA CORPORATION (IRELAND) LIMITED | MUNDIPHARMA CORPORATION LIMITED |
| MUNDIPHARMA DC B.V. | MUNDIPHARMA DE MEXICO, S. DE R.L. DE C.V. |
| MUNDIPHARMA DEUTSCHLAND GMBH & CO. KG | MUNDIPHARMA DEVELOPMENT PTE. LTD. |
| MUNDIPHARMA DISTRIBUTION GMBH (PHILIPPINES BRANCH) | MUNDIPHARMA DISTRIBUTION LTD. |
| MUNDIPHARMA EDO GMBH | MUNDIPHARMA EGYPT LLC |
| MUNDIPHARMA FARMACEUTICA LDA | MUNDIPHARMA GESMBH |
| MUNDIPHARMA GESMBH (BRATISLAVA BRANCH) | MUNDIPHARMA GESMBH (PRAGUE BRANCH) |
| MUNDIPHARMA GESMBH (REPRESENTATIVE OFFICE) | MUNDIPHARMA GMBH |
| MUNDIPHARMA HEALTHCARE PTE LIMITED | MUNDIPHARMA HOLDING AG |
| MUNDIPHARMA INTERNATIONAL CONSULTING SERVICES INC.(MUNDIPHARMA INTERNATIONAL DANIŞMANLIK HIZMETLERI ANONIM ŞIRKETI) | MUNDIPHARMA INTERNATIONAL CORPORATION LIMITED |
| MUNDIPHARMA INTERNATIONAL HOLDINGS LIMITED | MUNDIPHARMA INTERNATIONAL LIMITED |
| MUNDIPHARMA INTERNATIONAL LIMITED (US) | MUNDIPHARMA INTERNATIONAL SERVICES GMBH |
| MUNDIPHARMA INTERNATIONAL SERVICES LIMITED | MUNDIPHARMA INTERNATIONAL SERVICES S.AR.L. |
| MUNDIPHARMA INTERNATIONAL TECHNICAL OPERATIONS LIMITED | MUNDIPHARMA IT GMBH |
| MUNDIPHARMA IT SERVICES GMBH | MUNDIPHARMA IT SERVICES GMBH & CO. KG |
| MUNDIPHARMA IT SERVICES LIMITED | MUNDIPHARMA IT SERVICES PTE LTD. |
| MUNDIPHARMA IT SERVICES VERWALTUNGS GMBH | MUNDIPHARMA KABUSHIKI KAISHE |
| MUNDIPHARMA KOREA LTD. | MUNDIPHARMA LABORATORIES GMBH |
| MUNDIPHARMA LABORATORIES GMBH (REPRESENTATIVE OFFICE OF MUNDIPHARMA LABORATORIES GMBH) | MUNDIPHARMA LABORATORIES LIMITED |
| MUNDIPHARMA LATAM GMBH | MUNDIPHARMA LIMITED |
| MUNDIPHARMA LTD. | MUNDIPHARMA MANAGEMENT SARL |
| MUNDIPHARMA MANUFACTURING PTE. LIMITED | MUNDIPHARMA MAROC |
| MUNDIPHARMA MEA GMBH | MUNDIPHARMA MEDICAL CEE GMBH (REPRESENTATIVE OFFICE; DE-REGISTRATION PENDING) |
| MUNDIPHARMA MEDICAL COMPANY | MUNDIPHARMA MEDICAL COMPANY (SWISS BRANCH) |
| MUNDIPHARMA MEDICAL COMPANY LIMITED | MUNDIPHARMA MEDICAL GMBH |

MUNDIPHARMA MEDICAL GMBH (BUDAPEST BRANCH; DE-REGISTRATION PENDING)

MUNDIPHARMA MEDICAL GMBH (ROMANIA BRANCH)

MUNDIPHARMA MEDICAL S.AR.L. (SOFIA BRANCH; INACTIVE)

MUNDIPHARMA MIDDLE EAST FZ-LLC

MUNDIPHARMA NEAR EAST GMBH

MUNDIPHARMA NEW ZEALAND LIMITED

MUNDIPHARMA OPHTHALMOLOGY CORPORATION LIMITED

MUNDIPHARMA OPHTHALMOLOGY PRODUCTS LIMITED

MUNDIPHARMA OY

MUNDIPHARMA PHARMACEUTICAL COMPANY SICO LTD.

MUNDIPHARMA PHARMACEUTICALS (CHILE) LIMITADA

MUNDIPHARMA PHARMACEUTICALS ARGENTINA S.R.L.

MUNDIPHARMA PHARMACEUTICALS B.V.

MUNDIPHARMA PHARMACEUTICALS BVBA

MUNDIPHARMA PHARMACEUTICALS INDUSTRY AND TRADE LIMITED(MUNDIPHARMA ECZA URUNLERI SANAYI VE TICARET LIMITED ŞIRKETI)

MUNDIPHARMA PHARMACEUTICALS LIMITED

MUNDIPHARMA PHARMACEUTICALS PRIVATE LIMITED

MUNDIPHARMA PHARMACEUTICALS S.L.

MUNDIPHARMA PHARMACEUTICALS S.R.L.

MUNDIPHARMA PHARMACEUTICALS SDN. BHD.

MUNDIPHARMA POLSKA SP ZO.O.

MUNDIPHARMA PTE LIMITED

MUNDIPHARMA RESEARCH GMBH & CO. KG

MUNDIPHARMA RESEARCH LIMITED

MUNDIPHARMA RESEARCH VERWALTUNGS GMBH

MUNDIPHARMA SAS

MUNDIPHARMA SCIENTIFIC OFFICE OF MUNDIPHARMA MEA GMBH

MUNDIPHARMA SINGAPORE HOLDING PTE. LIMITED

MUNDIPHARMA TRADING BANGLADESH PRIVATE LIMITED

MUNDIPHARMA VERWALTUNGSGESELLSCHAFT MBH

NAPP LABORATORIES LIMITED

NAPP PENSION TRUSTEES LIMITED

NAPP PHARMACEUTICAL GROUP LIMITED

NAPP PHARMACEUTICAL HOLDINGS LTD.

NAPP PHARMACEUTICALS LIMITED

NAPP RESEARCH CENTRE LIMITED

NAPPWOOD LAND CORPORATION

NAYATT COVE LIFESCIENCE INC.

NITID S.AR.L.

NONTAG S.AR.L.

ONE STAMFORD REALTY L.P.

PAINEUROPE LIMITED

PHARMA ASSOCIATES L.P.

PHARMACEUTICAL RESEARCH ASSOCIATES, INC.

PORTHOS S.AR.L.

PT. MUNDIPHARMA HEALTHCARE INDONESIA

PURDUE FREDERICK INC.

PURDUE PHARMA

PURDUE PHARMA ULC

QDEM PHARMACEUTICALS LIMITED

RAFA LABORATORIES LIMITED

REVLON PAKISTAN PRIVATE LIMITED

SOFY S.AR.L.

SONGOL S.AR.L.

SONTI S.AR.L.

TACCA B.V.

TAIWAN MUNDIPHARMA PHARMACEUTICALS LTD.

TECHNICAL SCIENTIFIC OFFICE OF MUNDIPHARMA NEAR EAST GMBH

TFC PHARMA GMBH

THE NAPP EDUCATIONAL FOUNDATION

THE P.F. LABORATORIES, INC.

THE PURDUE FREDERICK COMPANY ("PF")

THE REPRESENTATIVE OFFICE OF MUNDIPHARMA PHARMACEUTICALS PTE. LTD. IN HO CHI MINH CITY (REPRESENTATIVE OFFICE OF MUNDIPHARMA PHARMACEUTICALS PTE. LTD. (SINGAPORE))

THE TERRAMAR FOUNDATION, INC.

TRANSWORLD PHARMA LIMITED

TXP SERVICES INC.

VACCARO B.V.

VENUSTI B.V.

WIN-HEALTH CARE PRIVATE LIMITED

WIN-MEDICARE PRIVATE LIMITED

## Current Directors and Officers

| | |
|---|---|
| ANTHONY RONCALLI | CECIL PICKETT |
| JOHN DUBEL | KEN BUCKFIRE |
| MIKE COLA | PETER BOER |
| R. STEVENS MILLER (STEVE MILLER) | |

## Former Directors and Officers

| | |
|---|---|
| ALAN DUNTON | ALAN MUST |
| BEVERLY SACKLER | BRIANNE WEINGARTEN |
| BURT ROSEN | CRAIG LANDAU, M.D. |
| DAVID A. SACKLER | DAVID HADDOX |
| DAVID LUNDIE | DIANA LENKOWSKY |
| EDWARD B, MAHONY | F. MARK GERACI |
| GAIL CAWKWELL, M.D. | ILENE SACKLER LEFCOURT |
| J. ALAN BUTCHER | JACQUES THEURILLAT |
| JOHN RENGER | JON LOWNE |
| JONATHAN D. SACKLER | JOSEPHINE MARTIN |
| KAREN LAUREL | KATHE A. SACKLER, M.D. |
| LISA E. PILLA | MAGGIE FELTZ |
| MARC L. KESSELMAN | MARCELO BIGAL, M.D. |
| MARIA BARTON | MARV KELLY |
| MONICA KWARCINSKI, PH.D. | MORTIMER D.A. SACKLER |
| MORTIMER SACKLER | PAUL MEDEIROS |
| PAULO F. COSTA | PHILIP C. STRASSBURGER |
| RALPH SNYDERMAN | RAYMOND SACKLER |
| RICHARD S. SACKLER, M.D. | RICHARD W. SILBERT |
| SAMANTHA (SACKLER) HUNT | STUART D. BAKER |
| THERESA SACKLER | THERESE E. SACKLER |

## Banks

| | |
|---|---|
| CITIBANK | EAST WEST BANK |
| GOLDMAN SACHS | JP MORGAN CHASE |
| METROPOLITAN COMMERCIAL BANK | UBS GROUP AG |
| WELLS FARGO & COMPANY | |

## Secured Creditors

| | |
|---|---|
| AIR LIQUIDE INDUSTRIAL U.S. LP | IKON FINANCIAL SVCS |
| U.S. BANK EQUIPMENT FINANCE | |

## 50 Largest Unsecured Creditors

| | |
|---|---|
| ALTERGON ITALIA SRL | AMERISOURCEBERGEN |
| APC WORKFORCE SOLUTIONS LLC | ASCENT HEALTH SERVICES LLC |
| ASHLAND SPECIALTY INGREDIENTS GP | BIOECLIPSE LLC |
| CARDINAL HEALTH | CAREMARKPCS HEALTH, L.L.C. |
| CHALLENGE PRINTING COMPANY | COBBS CREEK HEALTHCARE LLC |

COGNIZANT TECH SOLUTIONS US CORP

CONTRACT PHARMACAL CORP
DEFENSE HEALTH AGENCY
DEPARTMENT OF HEALTH CARE SERVICES
(CA)
FRONTAGE LABORATORIES INC
GEORGIA DEPT OF COMMUNITY HEALTH
HEALTHCORE INC
INVENTIV HEALTH CLINICAL LAB INC
MCKESSON CORPORATION
NORTH CAROLINA DEPARTMENT OF HEALTH
AND HUMAN SERVICES
OHIO DEPARTMENT OF MEDICAID
OPTUMRX, INC.
PHARMACEUTICAL RESEARCH ASSOC INC
PPD DEVELOPMENT LP
PURPLE STRATEGIES LLC
S EMERSON GROUP INC
SPECGX LLC


STATE OF NEW YORK DEPARTMENT OF
HEALTH
TRIALCARD INC
WAVELENGTH ENTERPRISES INC

COMMONWEALTH OF PENNSYLVANIA
MEDICAID DRUG REBATE PROGRAM
CVS CAREMARK PART D SERVICES, L.L.C.
DENVER HEALTH & HOSPITAL AUTH
DEZENHALL RESOURCES

GCI HEALTH
GLATT AIR TECHNIQUES INC
INTEGRATED BEHAVIORAL HEALTH INC
INVENTIV HEALTH CONSULTING INC
MISSOURI HEALTHNET DIVISION
OHIO CLINICAL TRIALS INC

OKLAHOMA HEALTH CARE AUTHORITY
PACKAGING COORDINATORS INC
PL DEVELOPMENT LLC
PRIME THERAPEUTICS LLC
RHODES TECHNOLOGIES INC
SCIECURE PHARMA INC
STATE OF NEW JERSEY DIVISION OF MEDICAL
ASSISTANCE AND HEALTH SERVICES
THATCHER COMPANY

WALRUS LLC
WISCONSIN DEPARTMENT OF HEALTH
SERVICES


### Vendors

502-538 CANAL STREET LLC
ACTIVUS SOLUTIONS LLC
AETNA HEALTH MANAGEMENT
AGNO PHARMA
AIR QUALITY INNOVATIVE SOL LLC
ALABAMA MEDICAID AGENCY
ALCAMI CORPORATION
ALLIED UNIVERSAL SECURITY SERVICES
ALTASCIENCES CO INC
AMERICAN EXPRESS
ANAQUA INC
APC WORKFORCE SOLUTIONS LLC
APLICARE INC
ARIBA INC
ARKANSAS DHS PHARMACY REBATE
ASHLAND SPECIALTY INGREDIENTS GP
ATLANTIC CORP OF WILMINGTON INC
AVISTA PHARMA SOLUTIONS INC
BANK OF AMERICA N.A.
BATES WHITE LLC
BERLIN PACKAGING LLC
BIOECLIPSE LLC
BLUE MATTER LLC
BOYLE TRANSPORTATION
BREWSTER JORY ASSOCIATES LLC
CAMBREX CHARLES CITY INC

ACCENCIO LLC
ADVANCED CLINICAL
AGILENT TECHNOLOGIES INC
AIR CASTLE LIMITED
AJINOMOTO ALTHEA INC
ALCALIBER SA
ALIVIO THERAPEUTICS
ALPHA SCRIP INCORPORATED
ALVOGEN MALTA OPERATIONS LTD
AMERICAN UNITED LIFE INS CO
ANI PHARMACEUTICALS CANADA INC
APEXUS LLC
APTUS HEALTH
ARIZONA HEALTH CARE COST
ASCENT PHARMACEUTICALS INC
ASTRO CHEMICALS INC
ATOMUS INC
A-Z CORPORATION
BANNER PHARMACAPS INC
BDO USA LLP
BI WORLDWIDE
BLUE CROSS BLUE SHIELD
BLUEPRINT RESEARCH GROUP LLC
BRENNTAG NORTHEAST INC
BRICK CITY GREENHOUSE LLC
CAPSUGEL

CAREMARKPCS HEALTH LP

CC FORD GROUP LLC

CENPLEX BUILDING SERVICES

CERIDIAN HCM INC

CHARLES RIVER LABORATORIES

CIGNA HEALTH AND LIFE INSURANCE CO

CINTAS CORPORATION

CLARIANT PLASTICS & COATINGS

CLARUSONE SOURCING SERVICES LLP

COBBS CREEK HEALTHCARE LLC

COGNIZANT TECH SOLUTIONS US CORP

COMDATA INC

COMMUNITIES 4 ACTION INC

CONVERCENT INC

CORNERSTONE RESEARCH INC

CROWE AND DUNLEVY

CSPACE

CUMBERLAND CONSULTING GROUP LLC

DANIEL J EDELMAN LIMITED

DASSAULT SYSTEMES BIOVIA CORP

DEBEVOISE & PLIMPTON LLP

DEERFIELD AGENCY

DELOITTE & TOUCHE LLP

DEPARTMENT OF HEALTH SERVICES

DEPOMED INC

DEPT OF MEDICAL ASSISTANCE SERVICES

DEZENHALL RESOURCES

DHS MEDICAID EXPANSION REBATE 054

DIRECT ENERGY BUSINESS

DOD TRICARE MANAGEMENT ACTIVITY

DOTTIKON EXCLUSIVE SYNTHESIS AG

DR DECISION RESOURCES INC

DUKE UNIVERSITY

DURHAM COUNTY TAX COLLECTOR

ECKHARD MUHLHAUSER

EDGE LITIGATION CONSULTING LLC

EISAI INC

EMC CORP

EPIC PHARMA LLC

ERX NETWORK HOLDINGS INC

FAYETTE MEMORIAL HOSPITAL ASSOC INC

FIDELITY MANAGED INCOME

FISHER SCIENTIFIC CO LLC

FLORIDA AGENCY FOR HEALTHCARE

FRONTIDA BIOPHARMA INC

GCI HEALTH

GEISINGER CLINIC

GLATT AIR TECHNIQUES INC

GRANULES USA INC

GRUNENTHAL GMBH (EUR)

HANNEGAN LANDAU POERSH & ROSENBAUM

HART ENGINEERING CORP

HAVAS HEALTH INC

HCL AMERICA INC

HEALTH AND HUMAN SERVICES COMM

CBRE, INC

CCL LABEL INC

CENTIMARK CORPORATION

CHALLENGE PRINTING COMPANY

CHICAGO TITLE CO LLC

CIGNA PARTICIPANT HSA FUNDING FUNDI

CITY OF WILSON

CLARIVATE ANALYTICS US LLC

CLOCKWELL STRATEGY LLC

COBRA LEGAL SOLUTIONS LLC

COLORCON INC

COMMISSIONER OF SOCIAL SERVICES

CONTRACT PHARMACAL CORP

CORE ACCESS GROUP LLC

COVERMYMEDS LLC

CSC CONSULTING INC

CULINART INC

CUSTOMER MARKETING GROUP

DASSAULT SYSTEMES AMERICAS CORP

DDB HELATH NEW YORK LLC

DECISION RESOURCES INC

DELL USA LP

DENVER HEALTH & HOSPITAL AUTH

DEPARTMENT OF VERMONT HEALTH ACCESS, STATE OF VT

DEPT OF HEALTH & HUMAN SERVICES

DEPT OF VETERANS AFFAIRS

DHS DRUG REBATE

DIRAY MEDIA INC

DLA PIPER LLP US

DORSEY & WHITNEY LLP

DOW CHEMICAL COMPANY

DRUGSCAN INC

DUPONT NUTRITION USA INC

EARNED VISIBILITY INC

ECONDISC CONTRACTING SOLUTIONS LLC

EDWARDS INC

ELSEVIER

ENVISION PHARMACEUTICAL SERVICES

ERESEARCH TECHNOLOGY INC

EVERFI INC

FETTE AMERICA INC

FIRST HEALTH

FLORIDA AGENCY FOR HEALTH CARE ADMN

FRONTAGE LABORATORIES INC

FTI CONSULTING SC INC

GEFCO FORWARDING USA INC

GENERAL CONTAINER CORP

GOLDMAN SACHS ASSET MGMT LP

GRM INFORMATION MANAGEMENT

HALO PHARMACEUTICAL INC

HARM REDUCTION THERAPEUTICS INC

HARVARD PILGRIM HEALTH CARE

HB COMMUNICATIONS INC

HEALTH ADVANCES INC

HEALTH CARE AUTHORITY

| | |
|---|---|
| HEALTH CARE FINANCE & POLICY | HEALTHAGEN |
| HEALTHCORE INC | HEALTHPARTNERS INC |
| HERITAGE ENVIRONMENTAL SERVICES | HEYMAN GROUP LLC |
| HOST ANALYTICS INC | HP ENTERPRISE SERVICES LLC |
| IHEART MEDIA ENTERTAINMENT INC | ILLINOIS DEPARTMENT OF PUBLIC AID |
| IMCD US LLC | INC RESEARCH LLC |
| INC RESEARCH TORONTO INC | INDEPENDENT HEALTH ASSOCIATION |
| INDIANA MEDICAID DRUG REBATES ACS | INDOET LTD |
| INDUSTRIAL & CONSTRUCTION | INFLEXXION |
| INFORMA BUSINESS INTELLIGENCE INC | INFORMATION RESOURCES INC |
| INTEGRATED BEHAVIORAL HEALTH INC | INTEGREON MANAGED SOLUTIONS INC |
| INTERSTATE RESOURCES INC | INVENTIV COMMERCIAL SERVICES LLC |
| INVENTIV HEALTH CLINICAL LAB INC | INVENTIV HEALTH CONSULTING INC |
| IQVIA INC | IQVIA RDS INC |
| IRONTON & LAWRENCE COUNTY AREA | J KNIPPER AND CO INC |
| JOHNSON CONTROLS INC | JOHNSON MATTHEY INC |
| JOSEPH HAGE AARONSON LLC | JRS MAINTENANCE SERVICE INC |
| JS CIVIL LAW GROUP PLLC | JS MCCARTHY PRINTERS |
| KAISER FOUNDATION HEALTH PLAN | KAISER FOUNDATION HOSPITAL |
| KANTAR HEALTH INC | KAPLAN HECKER & FINK LLP |
| KARR TUTTLE CAMPBELL | KASHIV PHARMA LLC |
| KERNEL LLC | KERRY INGREDIENTS & FLAVOURS |
| KLEINFELD KAPLAN & BECKER | KLICK USA INC |
| LEGACY PHARMACEUTICAL PACKAGING LLC | LEGAL & GENERAL INVESTMENT |
| LEVERAGE GLOBAL CONSULTING LLC | LIGHT SCIENCES ONCOLOGY INC |
| LOWENSTEIN SANDLER PC | LPW TRAINING SERVICES LLC |
| LTS LOHMANN THERAPY SYSTEMS | LUMINAIRE CANADA INC |
| LUTHER J STRANGE III | LYNN PINKER COX & HURST LLP |
| MAGELLAN RX MANAGEMENT | MAIWALD PATENTANWALTS GMBH |
| MANAGED MARKETS | MARGARET MARY COMMUNITY HOSPITAL |
| MARINO TORTORELLA & BOYLE PC | MARKETVISION RESEARCH INC |
| MARSH USA INC | MC-21 HEALTHCARE INC |
| MC3 INC | MCKEE BUILDING GROUP INC |
| MCKESSON SPECIALTY ARIZONA INC | MCMASTER CARR SUPPLY COMPANY |
| MEDICAL ASSIST RECOVERIES FEDERAL | MEDIDATA SOLUTIONS INC |
| MEDIMPACT HEALTHCARE SYSTEMS INC | MEDLINE INDUSTRIES INC |
| MERCER HEALTH & BENEFITS LLC | MERIDIAN COMP OF NEW YORK |
| MG AMERICA INC | MICHAEL ALLEN COMPANY LLC |
| MICHAEL J COLLINS | MICROSOFT LICENSING GROUP |
| MISSOURI DIVISION OF MEDICAL SVCS | MITRATECH HOLDINGS INC |
| MODEL N INC | MORRIS NICHOLS ARSHT & TUNNELL LLP |
| MOVILITAS CONSULTING LLC | MS CLINICAL SERVICES LLC |
| MULTISORB TECHNOLOGIES INC | MULVANEY MECHANICAL INC |
| MUNDIPHARMA INTERNATIONAL LTD | MUNDIPHARMA LABORATORIES GMBH |
| MUNDIPHARMA SINGAPORE | MYLAN PHARMACEUTICALS INC |
| NAVITUS HEALTH SOLUTIONS LLC | NCH MARKETING SERVICES INC |
| NEAL & HARWELL PLC | NELSON MULLINS RILEY & |
| NETASSEMBLE.COM INC | NEW ENGLAND CONTROLS INC |
| NEW JERSEY DRUG REBATE PROGRAM | NEWS AMERICA MARKETING FSI LLC |
| NIELSEN CO LLC | NOAHSPHARM LTD |
| NORAMCO GMBH | NORAMCO INC |
| NORTHLAKE INTERNATIONAL LLC | NOVATION LLC |
| NOW WHAT RESEARCH | NYS DEPARTMENT OF HEALTH |
| O BERK CO | OHIO CLINICAL TRIALS INC |
| OPTIMIZERX CORP | OPTISOURCE LLC |
| OPTUMHEALTH AMINISTERED PLAN | ORACLE AMERICA INC |

OTIS ELEVATOR COMPANY
PACKAGING COORDINATIORS INC
PAINWEEK
PATHEON PHARMACEUTICALS INC
PETRILLO KLEIN & BOXER LLP
PHARMACEUTICAL PRODUCT STEWARDSHIP

PHARMACEUTICAL RESEARCH ASSOC
PHARMACEUTICS INTERNATIONAL INC
PHOENIX LITHOGRAPHING CORP
PL DEVELOPMENT LLC
PPD DEVELOPMENT LLC
PRAXIS PRECISION MEDICINES INC
PRECISION PROMOTIONAL EFFECTIVENESS
PREMISE HLTH EMPLOYER SOLUTIONS LLC
PRICE WATERHOUSE COOPERS LLP
PRINCETON BRAND ECONOMETRICS INC
PROED COMMUNICATIONS INC
PROQUEST LLC
PSL GROUP AMERICAN LIMITED
PURDUE PHARMA CANADA
PURDUE PHARMACEUTICALS LP
PUREFLOW INC
QUALITY CHEMICAL LABORATORIES
RAZORFISH HEALTH
RELAYHEALTH
RENEWAL HOUSE INC
REVOLUTION DIGITAL
RICOH USA INC
ROBERT BOSCH PACKAGING
RODA CREATIVE SERVICES
RUSSELL REYNOLDS ASSOC INC
S EMERSON GROUP INC
SCENIC DESIGNS INC
SCHULTE ROTH & ZABEL LLP
SECURITY SERVICES OF CONNECTICUT
SGS NORTH AMERICA INC
SHI INTERNATIONAL CORP
SIDLEY AUSTIN LLP
SIEMENS INDUSTRY INC
SKARZYNSKI BLACK LLC
SNELL & WILMER LLP
SOTAX CORP
SOUTHEAST INDUSTRIAL EQUIPMENT INC
SPARTA SYSTEMS INC
SPECGX LLC
SPENCER STUART
STANDARD INSURANCE CO
STATE OF IDAHO
STATE OF MAINE
STATE OF MISSISSIPPI DIV OF MEDICAI
STROZ FRIEDBERG INC
SULLIVAN & MCLAUGHLIN COMPANIES INC
SYMBIANCE INC
SYSTECH SOLUTIONS INC
TECHNICAL TRAFFIC CONSULTANTS

PA DEPT OF HUMAN SERVICES/DRP
PADILLA SPEER BEARDSLEY INC
PARTICLE SCIENCES INC
PEREGRINE MARKET ACCESS
PFAUDLER INC
PHARMACEUTICAL RESEARCH AND
MANUFACTURERS OF AMERICA (PHRMA)
PHARMACEUTICAL RESEARCH ASSOC INC
PHARMACY SELECT LLP
PINNEY ASSOCIATES
PORTER HEDGES LLP
PPD DEVELOPMENT LP
PRECISION COMPUTER SERVICES INC
PREMISE HEALTH
PRESIDIO NETWORKED SOLUTIONS INC
PRIME CLERK LLC
PRINCETON OFFICE CENTER LLC
PROFESSIONAL DISPOSABLES INTL INC
PROVIDENCE GENERAL FOUNDATION
PUBLICIS HLTH/DISCOVERY USA
PURDUE PHARMA LP FLEX
PURE COMMUNICATIONS LLC
PURPLE STRATEGIES LLC
QUINN EMANUEL URQUHART &
REED SMITH LLP
RELTIO INC
REVITAS INC
RHODES TECHNOLOGIES
RIGHT MANAGEMENT CONSULTANTS
ROBERT S MILLER
ROLESVILLE EQUIPMENT CO
RXMOSAIC LLC
SAP AMERICA
SCHNEIDER ELECTRIC BUILDINGS
SCIOSCIENTIFIC LLC
SENTIENT JET LLC
SHARP CORP
SHIONOGI INC
SIEGFRIED USA INC
SIMR INC
SMART ANALYST INC
SODEXO OPERATIONS LLC
SOUTH CAROLINA DEPT OF HEALTH
SOUTHPORT LAW OFFICES LLC
SPEARS & IMES LLP
SPECTRA AUTOMATION LTD
SPINETHERA INC
STATE & FEDERAL COMMUNICATIONS INC
STATE OF KANSAS DEPT OF HEALTH
STATE OF MICHIGAN
STERNE KESSLER GOLDSTEIN & FOX PLLC
SUDLER & HENNESSEY
SUN PHARMACEUTICALS INDUSTRIES
SYNCOM BV
SYSTEMS MANAGEMENT PLANNING INC
TECHNOLOGY CONCEPTS & DESIGN INC

TETRAGENTETICS INC
TEVA CANADA LIMITED
TEVA PHARMACEUTICALS USA INC
THE CHILDRENS CENTER OF HAMDEN INC
THE LYNX GROUP LLC
THE SASHA GROUP LLC
TOWERS WATSON DELAWARE INC
TRANSITCHEK
TRI PAC INC
TRIBUNE MEDIA COMPANY
TRUVEN HEALTH ANALYTICS LLC
TXP SERVICES INC
UNITED BIOSOURCE LLC
UNITED SERVICES OF AMERICA INC
UNITED STATES TREASURY
UNIVERSITY OF SOUTH FLORIDA
UTAH DEPARTMENT OF HEALTH
VALUECENTRIC LLC
VEEVA SYSTEMS INC
VEOLIA ES TECHNICAL SOLUTIONS
VIDA VENTURES
VV ALACRITY LLC
WALGREEN CO
WALGREENS BOOTS ALLIANCE
WALRUS LLC
WEIL GOTSHAL & MANGES LLP
WEST VIRGINIA DEPT OF HEALTH &
WHR GROUP
WILMER CUTLER PICKERING
WPP GROUP USA INC
YALE UNIVERSITY
ZITTER GROUP
ZSCALER INC

TEVA API INC
TEVA PHARMACEUTICAL INDUSTRIES LTD
THATCHER COMPANY
THE JOLT AGENCY
THE MCMAHON GROUP LLC
TMO TURKISH GRAIN BOARD
TRACELINK INC
TREK MEDICS INTERNATIONAL
TRIALCARD INC
TRICORBRAUN INC
TURNER CONSTRUCTION COMPANY
UBS AG STAMFORD
UNITED PARCEL SERVICE
UNITED STATES PHARMACOPEIAL CONVENT
UNIVERSITY OF DELAWARE
UPS SUPPLY CHAIN SOLUTIONS
VALASSIS DIRECT MAIL INC
VAYNERMEDIA
VENABLE LLP
VIADUCT LANDHOLDINGS MGMT &
VORYS SATER SEYMOUR & PEASE LLP
WALDORF ASTORIA AMSTERDAM
WALGREENS
WALMART INC
WATERS CORPORATION
WELLS FARGO FINANCIAL LEASING INC
WHEELS INC
WIGGIN & DANA LLP
WILSON COUNTY TAX COLLECTOR
XTTRIUM LABORATORIES INC
ZEROCHAOS
ZS ASSOCIATES INC

### Customers

ACE SURGICAL SUPPLY
ALLIANCE ANIMAL CARE LLC
AMD PENNSYLVANIA LLC
AMERISOURCEBERGEN CORPORATION
ANDA INC
ASSOCIATED PHARMACIES INC
BASHAS INC
BELL MEDICAL SERVICES INC
BLOODWORTH WHOLESALE DRUGS
BORSCHOW HOSP & MED SUPPLIES
BRUCE MEDICAL SUPPLY
C&S METRO/C&S BRATTLEBORO
CARDINAL HEALTH DBA HARVARD DRUI
CARDINAL HEALTH P.R. 120 INC
CESAR CASTILLO INC
COMPLETE MEDICAL SUPPLIES
CVS CAREMARK
DAKOTA DRUG INC
DMS PHARMACEUTICAL GROUP INC

ALBERTSONS
AMAZON.COM
AMERISOURCE HEALTH SERVS CORP
AMERISOURCEBERGEN DRUG CORP
ASSOCIATED FOOD STORES
AUBURN PHARMACEUTICAL COMPANY
BECK LEE
BIG DEES TACK AND VET SUPPLY
BLUPAX PHARMACEUTICALS LLC
BRADLEY CALDWELL SUPPLY
BURLINGTON DRUG CO INC
CAPITAL WHOLESALE DRUG AND CO
CARDINAL HEALTH INC
CERTCO INC
CLAFLIN COMPANY
CONCORDANCE HEALTHCARE SOLUTION
CVS DISTRIBUTION
DISCOUNT DRUG MART
DROGUERIA BETANCES LLC

| | |
|---|---|
| DRUGS UNLIMITED INC | DV MEDICAL SUPPLY |
| EXPRESS MEDICAL SUPPLY | EXPRESS SCRIPTS |
| FISHER SCIENTIFIC | FLORIDA HARDWARE LLC |
| FRED MEYER | GENETCO INC |
| GOLDEN STATE MEDICAL SUPPLY INC | GOLUB CENTRAL DIST |
| GREENHILL TRADING INC | H E BUTT GROCERY |
| HANNAS PHARMACEUTICAL SUPPLY | HARMON STORES INC |
| HARRIS TEETER | HBC SERVICE |
| HD SMITH LLC | HE BUTT GROCERY COMPANY |
| HEALTHSOURCE DISTRIBUTORS LLC | HENRY SCHEIN ANIMAL HEALTH |
| HONEYWELL SAFETY PRODUCTS | HY VEE |
| IMPERIAL DISTRIBUTORS INC | INDEPENDENT PHARMACY COOPERATIVI |
| INGLES MARKETS INC | JAMS WHOLESALE DISTRIBUTION |
| JEFFERS VET SUPPLY | JET.COM INC |
| KEYSOURCE ACQUISITION LLC | KINNEY DRUGS |
| KINRAY INC | KMART CORPORATION |
| KPH HEALTHCARE SERVICES INC | L&R DISTRIBUTORS INC |
| LAKE ERIE MEDICAL | LOUISIANA WHOLESALE DRUG CO INCI |
| MARC GLASSMAN | MCKESSON CORP |
| MCKESSON FINANCIAL DOCUMENT | MEDSAFE |
| MEIJER | MERCHANTS DISTRIBUTORS |
| METRO MEDICAL SUPPLY | MEYERS SUPPLY |
| MIAMI LUKEN INC | MIDWEST VETERINARY SUPPLY |
| MORRIS DICKSON COMPANY LTD | MWI VETERINARY SUPPLY |
| N C MUTUAL | NASH FINCH |
| NATIONWIDE MEDICAL/SURGICAL | NORMED |
| NORTHWEST GENERICS LLC | OPTUMRX |
| OWENS & MINOR | PARK SURGICAL CO INC |
| PEYTONS | PEYTONS FOUNTAIN |
| PHARMACY BUYING ASSOCIATION | PMHI MEDCO SUPPLY CO |
| PRESCRIPTION SUPPLY INC | PUBLIX SUPER MARKETS INC |
| QUEST PHARMACEUTICALS INC | RALPHS GROCERY |
| RICHIE PHARMACAL CO INC | ROBERT MATTHEWS COMPANY |
| ROCHESTER DRUG COOPERATIVE INC | ROUNDYS INC |
| SAFE CHAIN | SAFEWAY MAIL STOP |
| SALUS MEDICAL LLC | SAVE MART MODESTO YOSEMITE WHS |
| SCHNUCK MARKETS | SCHNUCKS MARKETS INC |
| SCHOOL HEALTH SUPPLIES | SMITH DRUG COMPANY |
| SOUTHERN LIVESTOCK SUPPLY | SPARTAN NASH INC |
| STATER BROTHERS MARKET | SUNSET PHARMACEUTICALS INC |
| SUPERVALU | SUPERVALU PHARMCIES INC |
| TARGET CORP | THE HILSINGER COMPANY |
| THRIFTY WHITE | TOP RX LLC |
| U RM STORES INC | VALLEY VETERINARY CLINIC LTD |
| VALLEY WHOLESALE DRUG CO LLC | VALU MERCHANDISERS COMPANY |
| VALUE DRUG COMPANY | VETERINARY SERVICE INC |
| VF GRACE | VISTAPHARM INC |
| VITACOST.COM | WALMART STORES INC |
| WEGMANS FOOD MARKETS | WESTERN SADDLERY |
| WINCO FOODS LLC | |

### Government Authorities

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION | UNITED STATES FOOD AND DRUG ADMINISTRATION (FDA) |

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION (DEA)

## Utilities

| | |
|---|---|
| AQUARION WATER COMPANY OF CT | AT&T |
| CABLEVISION LIGHTPATH INC | CENTURYLINK |
| CLEAN HARBORS INC | COMCAST |
| CON EDISON | COX BUSINESS |
| CRYSTAL ROCK | CRYSTAL ROCK / DS SERVICES OF AMERICA, INC |
| DANOX ENVIRONMENTAL SERVICES  INC | DIRECT ENERGY BUSINESS |
| DIRECT ENERGY SERVICES LLC | DOMINION ENERGY |
| DS SERVICES OF AMERICA, INC | DUKE ENERGY |
| EARTHLINK | EARTHLINK BUSINESS COMPANY |
| EVERSOURCE ENERGY | EVERSOURCE ENERGY / CL&P |
| EVERSOURCE ENERGY / YANKEE GAS | FRONTIER |
| FRONTIER COMMUNICATIONS | GREENLIGHT |
| HERITAGE ENVIRONMENTAL SERVICES | HOCON GAS INC |
| HOCON INDUSTRIAL GAS | IPASS |
| KENT COUNTY WATER AUTHORITY | LAVOIE & SON INDUSTRIAL |
| LIVEMESSAGE | MASERGY COMMUNICATIONS INC |
| MATHESON TRI GAS INC | MCI COMM SERVICE |
| NATIONAL GRID | NEW JERSEY AMERICAN WATER CO |
| ON SITE SHREDDING LLC | OPTIMUM - CABLEVISION |
| PSE&G | PSNC ENERGY |
| SOUTHERN ELEVATOR CO INC | SPECTRUM BUSINESS |
| SPRINT | STALLINGS BROTHERS HOLDINGS INC |
| STERICYCLE INC | SUEZ WTS USA INC |
| TIME WARNER CABLE | TIME WARNER CABLE ENTERPRISES LLC |
| VEOLIA ES TECHNICAL SOLUTIONS | VERIZON |
| VERIZON WASHINGTON DC INC | WASTE INDUSTRIES LLC |
| ZOOM VIDEO COMMUNICATIONS | |

## Insurers

| | |
|---|---|
| ACE AMERICAN INSURANCE CO. | ACE PROPERTY AND CASUALTY INSURANCE COMPANY |
| CHUBB | ENDURANCE ASSURANCE CORP |
| FACTORY MUTUAL INSURANCE COMPANY | FM GLOBAL TRANSIT |
| GREAT AMERICAN INSURANCE COMPANY (VOSCO) | IRONSHORE SPECIALTY INSURANCE COMPANY |
| ISOSCELES INSURANCE LTD. SEPARATE ACCOUNT [PPLP-01] | LIBERTY INSURANCE CORP |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | LIBERTY SURPLUS INSURANCE CORPORATION (NON-ADMITTED) |
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA (AIG) | OLD REPUBLIC INSURANCE COMPANY |
| STEADFAST INSURANCE COMPANY – ZURICH | THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA |
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA (AIG WORLDSOURCE) | U.S. SPECIALTY INSURANCE COMPANY - HCC |
| ZURICH AMERICAN INSURANCE COMPANY | |

## Surety Bonds

WESTCHESTER FIRE INSURANCE COMPANY

## Equity Interests

| | |
|---|---|
| ANTHONY M. RONCALLI | BANELA CORPORATION |
| BEACON COMPANY | BR HOLDINGS ASSOCIATES INC. |
| BR HOLDINGS ASSOCIATES L.P. | HEATHERIDGE TRUST COMPANY LIMITED, |
| HERCULES TRUST | JEFFREY A. ROBINS, |
| LESLIE J. SCHREYER | LINARITE HOLDINGS LLC |
| MILLBORNE TRUST COMPANY LIMITED | PERTHLITE HOLDINGS LLC |
| PLP ASSOCIATES HOLDINGS INC. | PLP ASSOCIATES HOLDINGS L.P. |
| RAYMOND R. SACKLER | ROSEBAY MEDICAL COMPANY L.P. |
| ROSEBAY MEDICAL COMPANY, INC. | STANHOPE GATE CORP. |

## Restructuring Professionals

| | |
|---|---|
| ALIXPARTNERS LLP | DAVIS POLK AND WARDWELL LLP |
| PJT PARTNERS LP | TENEO STRATEGY LLC |

## Creditor Committee Professionals

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | BAYARD, P.A. |
| BROWN RUDNICK LLP | FTI CONSULTING, INC. |
| JEFFERIES GROUP LLC | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| PROVINCE, INC. | |

## Other Consultants & Advisors

| | |
|---|---|
| DELOITTE CONSULTING LLP | ERNST & YOUNG |
| GENESIS RESEARCH LLC | IBM CORPORATION |
| MCKINSEY & CO INC | TRINITY PARTNERS LLC |
| ZS ASSOCIATES INC | |

## Licensing Agreements

| | |
|---|---|
| ABBOTT LABORATORIES | GRÜNENTHAL GMBH |
| UNIVERSITY OF TEXAS | |

## Litigation

OCCIDENTAL CHEMICAL CORPORATION

### Landlords

| | |
|---|---|
| CLARIANT PLASTICS & COATINGS | ONE STAMFORD REALTY L.P. |
| UBS FINANCIAL SERVICES INC. | |

### Sublessees

| | |
|---|---|
| AIRCASTLE ADVISOR LLC | BROOKSIDE EQUITY PARTNERS |
| CHARTER COMMUNICATIONS HOLDING COMPANY, LLC | HILLSIDE CAPITAL INCORPORATED |
| KOKINO LLC | PHARMACEUTICAL RESEARCH ASSOCIATES, INC. |
| TXP SERVICES INC. | W.J. DEUTSCH & SONS LTD. |

### United States Bankruptcy Judges (Southern District of New York)

| | |
|---|---|
| CECELIA G. MORRIS | JAMES L. GARRITY JR. |
| MARTIN GLENN | MARY KAY VYSKOCIL |
| MICHAEL E. WILES | ROBERT D. DRAIN |
| ROBERT E. GROSSMAN | SEAN H. LANE |
| SHELLEY C. CHAPMAN | STUART M. BERNSTEIN |

### United States Trustee's Office (Region 2, Southern District of New York, Manhattan and White Plains Divisions)

| | |
|---|---|
| ANDREA B. SCHWARTZ | ANDY VELEZ-RIVERA |
| BENJAMIN J. HIGGINS | BRIAN S. MASUMOTO |
| CHEUK M. NG | DANNY A. CHOY |
| ERCILIA A. MENDOZA | GREG M. ZIPES |
| ILUSION RODRIGUEZ | LINDA A. RIFFKIN |
| MARIA CATAPANO | MARY V. MORONEY |
| NADKARNI JOSEPH | PAUL K. SCHWARTZBERG |
| RICHARD C. MORRISSEY | SERENE NAKANO |
| SHANNON SCOTT | SUSAN ARBEIT |
| SYLVESTER SHARP | VICTOR ABRIANO |

### Debtor Legal Counsel

| | |
|---|---|
| ABE IKUBO & KATAYAMA | ABG INTELLECTUAL PROPERTY LAW |
| ANAQUA SERVICES INC | ANGELI UNGAR LAW GROUP LLC |
| ARNOLD & PORTER KAYE SCHOLER LLP | BASSFORD REMELE |
| BERESFORD BOOTH PPLC | BLANK ROME LLP |
| BORDEN LADNER GERVAIS LLP | BRINKS GILSON & LIONE |
| BRUNINI GRANTHAM GROWER HEWES, PLLC | CETRULO LLP |
| CHRIS SHAPLEY | CIPRIANI & WERNER PC |
| COGENCY GLOBAL | COLE SCOTT & KISSANE |
| COVINGTON & BURLING LLP | CROWE & DUNLEVY |
| DANNEMANN SIEMSEN ADVOGADOS | DANNEMANN SIEMSEN BIGLER & IPANEMA MOREIRA |
| DAVIDSON, DAVIDSON & KAPPEL, LLC | DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C. |
| DECHERT LLP | DEHAY & ELLISTON LLP |

DINSE, KNAPP & MCANDREW

DORSEY & WHITNEY LLP

EURO CELTIQUE S.A.

FOX, O'NEILL & SHANNON S.C.

FROST BROWN TODD LLC

GIBSON DUNN & CRUTCHER LLP

GUNDERSON, PALMER, NELSON, ASHMORE LLP

HEPLER BROOM LLC

HIRST APPLEGATE, LLP

HOLLAND & HART

JOHN LOCKEY (BARRISTER)

KARR TUTTLE CAMPBELL

KLEINFELD KAPLAN AND BECKER LLP

LAW OFFICES OF IAN E. BJORKMAN, LLC

LEWIS JOHS AVALLONE AVILES, LLP

LYNN PINKER COX & HURST

MAIWALD

MAYNARD COOPER GALE

MELTZER, PURTILL & STELLE, LLC

MONTGOMERY & ANDREWS, PA

MORRIS NICHOLS ARSHT AND TUNNELL LLP

NEAL & HARWELL

NIXON PEABODY

OLIVERIO & MARCACCIO LLP

PARK JENSEN BENNETT LLP

PARSONS BEHLE & LATIMER

PRYOR CASHMAN LLP

REICHARD & ESCALERA LLC

REMINGER CO., L.P.A.

ROBINSON GRAY STEPP & LAFFITTE, LLC

SEMMES ATTORNEYS AT LAW

SIDLEY AUSTIN, LLP

SKARZYNSKI BLACK

STEPTOE & JOHNSON

STIKEMAN ELLIOTT, LLP

TAYLOR ENGLISH

THOMPSON COBURN, LLP

TROUTMAN SANDERS LLP

VORYS SATER SEYMOUR & PEASE

WHEELER TRIGG O'DONNELL LLP

WILMER CUTLER PICKERING HALE AND DORR, LLP

DLA PIPER LLP

DURBIN LARIMORE & BIALICK

EVANS FEARS & SCHUTTERT LLP

FRAZER GREENE UPCHURCH & BAKER, LLC

GERMAN GALLAGHER MURTAGH

GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN LLC

HANNEGAN LANDAU POERSCH & ROSENBAM ADVOCACY, LLC

HINCKLEY, ALLEN & SNYDER LLP

HOGAN LOVELLS US LLP [DC]

JACKSON LEWIS P.C.

JONES DAY

KING & SPALDING LLP

LARSON O'BRIEN LLP

LEASON ELLIS LLP

LOWENSTEIN SANDLER LLP

LYTLE SOULE & CURLEE, P.C.

MARKS & CLERK LLP

MDL 2804 DEFENDANT SPECIAL MASTER FUND

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC

MORGAN LEWIS & BOCKIUS LLP

MORRISON & FOERSTER LLP

NELSON MULLINS RILEY & SCARBOROUGH LLP

NORTON ROSE FULBRIGHT US LLP

O'NEILL & BORGES

PARKER HURST & BURNETT PLC

PENN STUART & ESKRIDGE

REED SMITH, LLP

REILLY, MCDEVITT & HENRICH, P.C.

RICHMOND & QUINN

SANDS ANDERSON PC

SHAW KELLER LLP

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

SNELL & WILMER

STERNE KESSLER GOLDSTEIN FOX PLLC

STITES & HARBISON, PLLC

TAYLOR LAW OFFICE

THOMPSON HINE

VOGEL LAW FIRM, LTD.

WALSH PIZZI O'REILLY FALANGA LLP

WIGGIN AND DANA, LLP

### Director and Officer Legal Counsel

BRENNER, SALTZMAN & WALLMAN LLP

CHOATE HALL & STEWART LLP

COHNE KINGHORN

DAVISON LAW

DEBEVOISE & PLIMPTON LLP

CAMERON & MITTLEMAN

COHEN & GRESSER LLP

CONNER & WINTERS, LLP

DAY PITNEY

DEBORAH BARBIER

| | |
|---|---|
| FITCH LAW PARTNERS | HAUG PARTNERS |
| HAWKINS PARNELL & YOUNG | JOSEPH HAGE AARONSON LLC |
| KELLEY JASONS MCGOWAN SPINELLI HANNA & REBER, LLP | LANKLER SIFFERT & WOHL LLP |
| LEWIS THOMASON KING KRIEG | LUM, DRASCO & POSITAN LLC |
| LUTHER STRANGE & ASSOCIATES LLC | MCDERMOTT WILL & EMERY |
| MULINIX GOERKE & MEYER PPLC | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| NORTON ROSE | NORTON ROSE (STROZ PASS THROUGH) |
| PAUL WEISS | ROSENTHAL LURIE & BROUDY LLC |
| SALVATORE PRESCOTT & PORTER, PPLC | SIMPSON THACHER BARLETT LLP |
| STEPTOE & JOHNSON | WHEELER TRIGG O'DONNELL LLP |
| ZEIGER TIGGES & LITTLE LLP | |

### Employee Indemnity Legal Counsel

| | |
|---|---|
| BERESFORD BOOTH PPLC | BLANK ROME LLP |
| BRYAN CAVE LLP | CURL GLASSON & PATRASCIOUIU PLC |
| DLA PIPER LLP | LISA MALLINGER |
| LYTLE SOULE & CURLEE, P.C. | MILLER & CHEVALIER |
| PETRILLO KLEIN & BOXER | PORTER HEDGES, LLP |
| RICHARD J. PRENDERGAST, LTD | RIKER DANZIG SCHERER HYLAND & PERRETTI, LLP |
| ROBERT LIMA | SALVATORE PRESCOTT & PORTER, PPLC |
| TAYLOR LAW OFFICE | VENABLE LLP |

### Plaintiffs' Attorneys

| | |
|---|---|
| AARON & GIANNA, PLC | ABBOUD LAW FIRM |
| ABOTT LAW GROUP | AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING PC |
| ALEXANDER CORDER | ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP |
| ALEXANDRIA CITY ATTORNEY | ALICIA ROSHONG |
| ALLAN J. GEORGE | ALTMAN LEGAL GROUP |
| ALVENDIA, KELLY & DEMAREST LLC | AMY ARRINGTON |
| ANAPOL WEISS | ANDERSON & KARRENBERG |
| ANDREWS & THORNTON | ANDRUS ANDERSON |
| ANDRUS WAGSTAFF | ANGELA HAMMONDS-SAUCIER |
| ARCHIE LAMB & ASSOCIATES, LLC | ASKMAN LAW FIRM |
| ATLANTA DEPT. OF LAW | ATTORNEY GENERAL OF VIRGINIA |
| AXLEY BRYNELSON | BAD RIVER LEGAL DEPT. |
| BAHE COOK CANTLEY & NEFZGER PLC | BAILEY & GREER |
| BALCH & BINGHAM | BALDWIN CROCKER |
| BARBARA D. UNDERWOOD | BARON & BUDD |
| BARRACK, RODOS & BACINE | BARRETT LAW GROUP, P.A. |
| BARRETT LAW OFFICE | BARRIOS, KINGSDORF & CASTEIX |
| BEARD & BEARD | BEASLEY ALLEN LAW FIRM |
| BECK, AMSDEN & STALPES, PLLC | BEDFORD, ROGERS & BOWLING PC |
| BEGGS & LANE | BEHM AND BEHM |
| BELL LAW FIRM | BENTLEY & BRUNING, PA |
| BERGER & MONTAGUE, PC | BERKE, BERKE & BERKE |
| BERN CAPPELLI | BERRIGAN LITCHFIELD |
| BIANCO PA | BIRD LAW GROUP |

BIRMINGHAM & CWACH

BLACKMON & BLACKMON

BLASINGAME, BURCH, GARRARD & ASHLEY, PC

BONI, ZACK & SNYDER

BOONE KARLBERG

BOWLING & JOHNSON

BRASWELL MURPHY LLC

BRAZOS COUNTY ATTORNEY'S OFFICE

BRENT L. CRUMPTON, PC

BRINDISI, MURAD & BRINDISI PEARLMAN

BRIOL & BENSON

BROUSSARD BALONEY

BRUHL LAW FIRM

BRYANT LAW CENTER

BUFETE ANDREU & SAGARDIA

BURGOS & ASSOCIATES

BURKE LASSETER

BURNSIDE LAW

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

CARPENTER LIPPS & LELAND LLP

CATES MAHONEY

CHAFIN LAW FIRM

CHARLES E. BOYK

CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, LLP

CHEVERIE & ASSOCIATES

CHURCHWYBLE, PC

CITY ATTORNEY

CITY OF EUREKA

CITY OF MOUNT VERNON

CITY OF QUINCY

CITY OF SAVANNAH

CLAYBORNE, SABO & WAGNER

CLIMACO WILCOX

COHEN & MALAD

COLES BARTON, LLP

COLVIN LAW FIRM

CONLEY GRIGGS PARTIN LLP

CONYBEARE LAW OFFICE, PC

COOPER & ELLIOTT

CORY, MEREDITH, WITTER & SMITH

CRAWFORD & MAURO

CRONGEYER LAW FIRM, P.C.

CURRY & FRIEND

CUTLER LAW FIRM

D'AMORE LAW GROUP, P.C.

DANE COUNTY DISTRICT ATTORNEY'S OFFICE

DANIELL, UPTON, PERRY & MORRIS

DAVID N. COLE

DAVIS SCHWEIZER PLLC

DEGARIS & ROGERS

BLACKBURN & CONNER

BLANCO COUNTY

BOBBY R. MANNING

BONSIGNORE, LLC

BOSSIER & ASSOCIATES, PLLC

BRANSTETTER, STRANCH & JENNINGS

BRAUD & GALLAGHER

BRENNAN, MANNA & DIAMOND

BRIAN K. BALSER

BRINSON, ASKEW, BERRY, SIEGLER, RICHARDSON & DAVIS

BRISTER & BRISTER

BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND & WATKINS

BRUNSON, BARNETT & SHERRER

BUERGER, MOSELEY & CARSON

BURG SIMPSON

BURKE HARVEY

BURKE, HARVEY & FRANKOWSKI, LLC

CAMPBELL LAW FIRM

CAREY DAVIS & LOWE

CASCADE LAW CENTER

CEIBA LEGAL

CHAMBLISS, BAHNER & STOPHEL, PC

CHARLES L. BARNUM, PC

CHERUNDOLO LAW FIRM

CHRISTINE M. BECK

CHURMAN, HOWALD, WEBER, SENKEL & NORRICK

CITY OF BURLINGTON

CITY OF MIAMI

CITY OF PHILADELPHIA LAW DEPT.

CITY OF ROCHESTER

CITY OF ST. LOUIS

CLENDENEN & SHEA

CLIMACO, WILCOX, PECA & GAROFOLI

COHEN & MILSTEIN

COLLINS, COLLINS & CONLEY

CONAWAY & STRICKLER, PC

CONSOVOY, MCCARTHY, PARK PLLC

COONER & CONWAY

COOPER LAW FIRM

COTCHETT, PITRE & MCCARTHY, LLP

CRITCHLEY, KINUM & DENOIA, LLC

CRUEGER DICKINSON

CUSIMANO, ROBERTS, & MILLS

CZACK LAW FIRM

DAMPIER LAW FIRM

DANIEL R. MEACHUM & ASSOC.

D'ARCY JOHNSON DAY

DAVIS COUNTY ATTORNEYS OFFICE

DEBRA BECHTEL

DEKALB COUNTY STATE ATTORNEY

| | |
|---|---|
| DEMER & MARNIELLA | DENNIS P. COUVILLION |
| DEWITT ROSS | DEWSNUP, KING, OLSEN, WOREL, HAVAS, MORTENSON |
| DIAMOND WOODSUM | DICKENSON COUNTY ATTORNEY |
| DIES & PARKHURST | DILWORTH PAXSON |
| DOLT THOMPSON | DOMINA LAW GROUP |
| DON W. BARRETT, PA | DONA ANA COUNTY |
| DONALD R. VAUGHN & ASSOC. | DRESSMAN BENZINGER LAVELLE |
| DREYER BOYAJIAN LLP | DRUBNER HARTLEY |
| DRUMMOND WOODSUM | DUHAM JONES & PINEGAR |
| DURRETT LAW OFFICES | E. MARK EZELL, PC |
| EAVES LAW FIRM LLC | EDELSON PC |
| EDMOND, LINDSAY & HOFFLER | EDWARDS FRICKLE & CULVER |
| EGGNATZ PASCUCCI | EMERSON POYNTER |
| ENOCH TARVER | EVERETT, GASKINS & HANCOCK, LLP |
| FADDOUL, CLUFF, HARDY & CONAWAY, PC | FAULKNEW, HOFFMAN & PHILLIPS |
| FAYARD & HONEYCUTT | FEARS NACHAWATI |
| FELDMAN & PINTO | FELLERMAN & CIARIMBOLI LAW |
| FERRARO LAW FIRM | FERRER POIROT & WANSBROUGH |
| FIBICH, LEEBRON, COPELAND & BRIGGS | FIELDS PLLC |
| FIELDS, DEHMLOW & VESSELS | FILLINGANE LAW FIRM, LLC |
| FINE, KAPLAN AND BLACK | FITZSIMMONS LAW FIRM |
| FLEMING, NOLEN & JEZ, LLP | FOLEY & LARDNER |
| FOX & FARLEY | FRAZER LAW, LLC |
| FRAZER, PLC | FRIEDMAN & ASSOCIATES, PC |
| FRIEDMAN, DAZZIO, ZULNAS & BOWLING, P.C. | FULGHAM BULLOCK, PLLC |
| FULMER SILL LAW GROUP | GACHASSIN LAW FIRM |
| GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER | GALANDA BROADMAN |
| GALLAGHER LAW FIRM | GARDNER BREWER MARTINEZ-MONFORT, P.A. |
| GARRY WHITAKER LAW, PC | GARSON JOHNSON LLC |
| GARY C. JOHNSON, PSC | GENE STUMP |
| GEORGE B. DANIEL | GIBBS ARMSTRONG BOTOCHOFF, PC |
| GIBSON & KEITH | GILBERT LLP |
| GILMAN & BEDIGIAN LLC | GLAGO LAW FIRM |
| GLENN COFFEE & ASSOC. | GOLD, KHOUREY & TURAK |
| GOLDENBERG, HELLER & ANTOGNOLI, P .C. | GOLDFARB & HUCK ROTH ROJAS |
| GOLDSMITH & GOLDSMITH, L.L.P. | GOMEZ IAGMIN TRIAL ATTORNEYS |
| GOODWIN & GOODWIN | GOODWIN ABERNATHY LLP |
| GRABHORN LAW OFFICE, PLLC | GRANT D. AMEY |
| GRAY & WHITE | GREENE, KETCHUM, FARRELL, BAILEY & TWEEL |
| GRIFFITH & GRIFFITH | GROTEFELD HOFFMANN SCHLEITER GORDON & OCHOA LLP |
| GUIDA LAW OFFICE | GULLETT SANFORD |
| GUNTER & DANZEY | GUSTAFSON GLUEK PLLC |
| HACH ROSE | HAGENS BERMAN |
| HALEY & OLSON, PC | HALICZER PETTIS & SCHWAMM |
| HAMEL, WAXLER, ALLEN & COLLINS | HARDIN COUNTY ATTORNEY |
| HARDY, MCDANIEL & WELCH | HARRISON DAVIS STEAKLEY MORRISON JONES, PC |
| HARRISON STEAKLEY | HARRISON WHITE |
| HARTLEY & HICKMAN | HASKELL SLAUGHTER & GALLION |
| HASTY POPE | HAVILAND HUGHES |
| HAYLEY & OLSON PC | HEINLEIN, BEELER, MINGACE & HEINEMAN, PC |

| | |
|---|---|
| HELEY DUNCAN & MELANDER | HELPERBROOM |
| HENRY COUNTY STATE ATTORNEY | HILL, PETERSON, CARPER, BEE & DEITZLER, PLLC |
| HOBBS, STRAUS, DEAN & WALKER | HOGEN ADAMS PLLC |
| HOLLAND LAW FIRM | HOLLORAN SCHWARTZ & GAERTNER |
| HOUSTON, THOMPSON AND LEWIS, PC. | HOVDE DASSOW & DEETS |
| HUBER, SLACK, THOMAS & MARCELLE | HULL BARRETT, PC |
| HURWITZ SAGARIN | HUTCHENS LAW FIRM |
| IRPINO, AVIN & HAWKINS LAW FIRM | ISAAC WILES BURKHOLDER & TEETOR LLC |
| J F HENDERSON LAW, PLLC | J. HAROLD SEAGLE |
| J. SCOTT TAYLOR | JACK HARANG |
| JACKSON & FOSTER | JACKSON, FIKES, HOOD & BRAKEFIELD |
| JACKSON, VANCE, MORRISON | JAMES B. RAGAN |
| JAMES LAW OFFICE | JASON C. ODOM |
| JASPER COUNTY | JEFFERSON COUNTY ATTORNEY'S OFFICE |
| JEFFERSON TOWNSEND | JEFFREY A. CORNELL |
| JEFFREY SIMON | JESSEE AND JESSEE |
| JINKS, CROW & DICKSON | JOHN F. YOUNG |
| JOHN G. WALKER | JOHN HUNT MORGAN, P.S.C. |
| JOHN W. ALDERMAN | JOHNSON & JOHNSON, PLLC |
| JOHNSON BERG MCEVOY & BOSTOCK | JOHNSON GRAY |
| JOHNSON, CALDWELL & MCCOY | JOHNSON, JOHNSON, LUCAS & MIDDLETON, PC |
| JONES, WALDO, HOLBROOK & MCDONOUGH P.C. | KALISH LAW |
| KANNER & WHITELEY LLC | KAPKE & WILLERTH |
| KAUFMAN CANOLES | KEEFE LAW FIRM |
| KELLER LENKNER LLC | KELLER ROHRBACK LLP |
| KELLEY & FERRARO | KELLEY, GOLDFARB, HUCK, ROTH & RIOJAS, PLLC |
| KELLY, DURHAM & PITTARD, LLP | KEMP & KEMP |
| KENDALL COUNTY STATE ATTORNEY | KENYATTA K. STEWART (ACTING CORPORATE COUNSEL) |
| KERCSMAR & FELTUS | KERKMAN WAGNER & DUNN |
| KILGORE LAW OFFICE | KIMBERLY C. HAUGH, PC |
| KINNARD CLAYTON & BEVERIDGE | KIRK PINKERTON, PA |
| KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT | KOVACICH SNIPES |
| KOZYAK TROPIN AND THROCKMORTON | KRAUSE & KINSMAN |
| KRUPNICK | KUSHNER HAMED & GROSTIC |
| KWALL BARACK NADEAU | L/O CRYSTAL JESSEE |
| LABORDE EARLES LAW FIRM | LANCIONE & LANCIONE |
| LANIER LAW | LAW OFFICE OF DAN A. ROBIN, JR. LLC |
| LAW OFFICE OF DANIEL R. KARON | LAW OFFICE OF GRANT D. AMEY, LLC |
| LAW OFFICE OF JOSEPH C. TANN | LAW OFFICE OF ROBERT E. SWEENEY |
| LAW OFFICE OF THOMAS L. YOUNG, P.A. | LAW OFFICES OF B. DAHLENBURG BONAR, P.S.C. |
| LAW OFFICES OF FRANCIS O. SCARPULLA | LAW OFFICES OF GRANT D. AMEY |
| LAW OFFICES OF P. RODNEY JACKSON | LEBLANC FANTACI VILLO |
| LEFTON GROUP | LEGER & SHAW |
| LEIFF CABRAISER | LEIST WARNER |
| LESLIE MURRAY LAW FIRM | LEVENFELD PEARLSTEIN |
| LEVIN PAPANTONIO | LEVIN SEDRAN & BERMAN LLP |
| LEVIN, PAPANTONIO | LIEFF, CABRASER, HEIMANN & BERNSTEIN |
| LILLIS LAW FIRM LLC | LLOYD & HOGAN |
| LOCKRIDGE GRINDAL NAUEN PLLP | LOLA THOMAS |

LOS ANGELES CITY ATTORNEY'S OFFICE
LOWE, STEIN, HOFFMAN, ALLWEISS & HAUVER
LUIS R. VERA & ASSOC.
MACOUPIN COUNTY STATE ATTORNEY
MAGLEBY, CATAXINOS & GREENWOOD
MANN & KEMP
MARCUS & MACK
MARLER SCHRUM
MARTINSVILLE CITY ATTORNEY
MARTZELL, BICKFORD & CENTOLA
MATTHEW R. MCCARLEY
MAYLE LLC
MCAFEE & TAFT

MCCABE TROTTER AND BEVERLY
MCCOY, HIESTAND & SMITH, PLC
MCKELLAR HYDE PLC
MCNAMEE HOSEA
MELISSA J. WILLIAMS
MEYER HENDRICKS & BIVENS PA
MEYERS, FLOWERS, BRUNO & HERRMANN
MIKE & ASSOCIATES
MILES GRANDERSON LLC
MOLOLAMKEN

MONTGOMERY PONDER
MOORE LAW GROUP
MORRIS KING & HODGE
MORTENSEN
MTHIRTYSIX PLLC
MURRAY & MURRAY CO.
NAPOLI SHKOLNIK PLLC
NEIL T. LEIFER LLC
NICK KAHL, LLC
NIX, PATTERSON & ROACH

NUECES COUNTY ATTORNEYS OFFICE
NYE COUNTY DISTRICT ATTORNEY
OFFICE OF COUNTY ATTORNEY - HARVEY
OFFICE OF SALT LAKE DISTRICT ATTORNEY
OFFICE OF THE MONTGOMERY COUNTY ATTORNEY
O'NEILL LAW
OTHS, HEISER, MILLER, WAIGLAND & CLAGG
PANSING HOGAN ERNST & BACKMAN
PARKS CRUMP LLC

PATRICK C. MCGINLEY
PATTY & YOUNG
PEDERSEN AND WHITEHEAD
PERRIN, LANDRY, DELAUNAY
PHILLIPS & PAOLICELLI
PHIPPS ANDERSON DEACON
PIATT COUNTY STATE ATTORNEY
PINTO COATES KYRE & BOWERS, PLLC

LOWE, MOBLEY, LOWE & LEDUKE
LUCIANA P. BRASIL

LUPARDUS LAW OFFICE
MADDOX ISAACSON & CISNEROS
MANCHESTER LAW OFFICE
MARC J. BERN & PARTNERS LLP
MARK A. SCHNEIDER
MARTIN WALKER PC
MARTZELL & BICKFORD
MATTHEW P. CHENEVERT
MAURO ARCHER & ASSOC.
MAYTTE TEXIDOR LOPEZ
MCBRAYER, MCGINNIS, LESLIE & KIRKLAND PLLC
MCCAMY PHILLIPS, TUGGLE
MCHUGH FULLER LAW GROUP, PLLC
MCNAMEE & MCNAMEE
MEANS GILLIS LAW
MERRIMACK COUNTY
MEYERS & FLOWERS, LLC
MICHAEL H. KAHN
MIKE MOORE LAW FIRM
MILLER LAW
MONTGOMERY COUNTY PROSECUTING ATTORNEYS OFFICE
MOONEY WIELAND SMITH & ROSE
MORGAN & MORGAN
MORROW, MORROW, RYAN, BASSETT & HAIK
MOTLEY RICE
MULLENS & MULLENS
NACK RICHARDSON & NACK
NEBLETT, BEARD & ARSENAULT
NELSON, BRYAN & CROSS
NICK MAURO
NIXON, VOGELMAN, BARRY, SLAWSKY & SIMONEAU
NYE & NYE
OCHS LAW FIRM
OFFICE OF ROBERT F. JULIAN
OFFICE OF THE ATTORNEY GENERAL - TEXAS
O'MALLEY & LANGAN

OSBORNE & FRANCIS
PANATIER BARTLETT
PAOLI LAW FIRM, PC
PASTERNACK, TILKER, ZIEGLER, WALSH, STANTON & ROMANO
PATRICK C. SMITH LLC
PAUL D. HENDERSON
PENDLEY, BAUDIN & COFFIN
PERRY & YOUNG
PHIPPH DEACON PURNELL
PHIPPS DEACON PURNELL
PIERCE COUNTY PROSECUTOR'S OFFICE
PLEVIN, GALUCCI COMPANY, L.P.A.

| | |
|---|---|
| PODHURST ORSECK P.A. | POGUST BRASLOW & MILLROOD |
| POMPEY & POMPEY | POOLE & POOLE |
| POOLE LAW | PORTEOUS HAINKEL & JOHNSON |
| PORTEOUS, HAINKEL AND JOHNSON, LLP | PORTLAND CITY ATTORNEY'S OFFICE |
| POWELL & MAJESTRO | PRIETO, MARIGLIANO, HOLBERT & PRIETO, LLC |
| PRIM & MENDHEIM | PRINCE ARMSTRONG LLC |
| PRINCE GLOVER & HAYES | PRITT & SPANO |
| PRO SE | PROCHASKA, HOWELL & PROCHASKA LLC |
| PURNELL LAW | R. JEFFREY PERLOFF |
| R.D. BURNS | RALPH E. MARASCO, JR. |
| RAMOS LAW | REBEIN BROTHERS |
| REDDICK MOSS, PLLC | REICH & BINSTOCK |
| REIDAR M. MOGERMAN | REX A. SHARP, P.A. |
| RICHARD SCHECTER | RILEY & JACKSON |
| RINEHARDT LAW FIRM | ROBBINS GELLER RUDMAN & DOWD LLP |
| ROBERT F. JULIAN | ROBERT PIERCE & ASSOC. |
| ROBINS GELLER | ROBINS KAPLAN |
| ROBINSON CALCAGNIE | ROBLES, RAEL & ANAYA |
| RODMAN, RODMAN & SANDMAN | ROGER F. LAGARDE |
| ROGERS LAW GROUP, PA | ROMANO LAW GROUP |
| RONALD L. BOOK, PA | ROOSEVELT COUNTY ATTORNEY |
| ROSEN HARWOOD | ROSS F. LAGARDE |
| S. DUBOSE PORTER, ATTORNEY AT LAW | SACKS WESTON DIAMOND |
| SALTZ MONGELUZZI BARRETT & BENDESKY | SALVATORE TERRITO |
| SAM BERNSTEIN LAW FIRM, PLLC | SAN FRANCISCO CITY ATTORNEY'S OFFICE |
| SAN PATRICIO COUNTY ATTORNEYS OFFICE | SANDERS PHILLIPS GROSSMAN, LLC |
| SANDERS, MOTLEY, YOUNG & GALLARDO | SANFORD HEISLER SHARP |
| SARPY COUNTY ATTORNEY | SAVAGE O'DONNELL |
| SCHEER MONTGOMERY | SCHONEKAS, EVANS, MCGOEY & MCEACHIN |
| SCHWARTZ BON WALKER & STUDER | SCHWARZ MONGELUZZI |
| SCOTT & SCOTT | SCOTT ELLIOTT SMITH |
| SCOTT TAYLOR, PLLC | SEAGLE LAW |
| SEEGER WEISS LLP | SEIF & MCNAMEE |
| SHAFFER MADIA LAW | SHELBY COUNTY ATTORNEY'S OFFICE |
| SHELLER, PC | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC |
| SILVERMAN THOMPSON SLUTKIN AND WHITE LLC | SIMMONS & SIMMONS |
| SIMMONS HANLY CONROY | SIMON GREENSTONE PANATIER BARTLETT |
| SIMON LAW FIRM | SIMS & SIMS |
| SKAGIT COUNTY PROSECUTOR'S OFFICE | SKIKOS CRAWFORD SKIKOS & JOSEPH |
| SKINNER LAW | SMITH & FAWER |
| SMITH & JOHNSON | SMITH STAG |
| SOMMERS SCHWARTZ PC | SONOSKY, CHAMBERS, SACHSE, MIELKE & BROWNELL, LLP |
| SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP | SPANGENBERG, SHIBLEY & LIBER |
| SPEARS & SPEARS | SPEIGHTS & WORRICH, LLC |
| SPIRO HARRISON | STAG LIUZZA, L.L.C. |
| STEPHEN M. TUNSTALL | STEVEN E. SCHEER |
| STEVEN W. BERMAN | STEVEN WILLIAM TEPPLER |
| STOLL STOLL BERNE LOKTING & SHLACHTER P.C. | STRAWBRIDGE |
| STRONG-GARNER-BAUER | STUART SMITH |
| STUDSTILL FIRM | STULL, STULL & BRODY |

| | |
|---|---|
| STYRON & SHILLING | SULLIVAN & SULLIVAN |
| SULLIVAN, WARD, ASHER & PATTON | SUMNER COUNTY LAW DEPARTMENT |
| SUSAN J. VAN ZANDT | SUTHERS & THOMPSON |
| SUZANNE WEISE | SWEENEY MERRIGAN LAW |
| TAD ROBINSON O'NEILL | TAFT STETTINIUS & HOLLISTER LLP |
| TATE LAW GROUP | TAYLOR & KNIGHT |
| TAYLOR MARTINO | THE BELL LAW FIRM |
| THE BILEK LAW FIRM | THE BRUEHL FIRM |
| THE CALWELL PRACTICE | THE CHAFFIN LAW FIRM |
| THE CHARLESTON GROUP | THE CHEEK LAW FIRM |
| THE CHEROKEE NATION | THE CICALA LAW FIRM PLLC |
| THE CK HOEFFLER FIRM | THE COCHRAN FIRM-DONTHAN, PC |
| THE CONRAD LAW FIRM | THE COOPER LAW FIRM |
| THE CREADORE LAW FIRM | THE CZACK LAW FIRM |
| THE DAMPIER LAW FIRM | THE DANZEY LAW FIRM |
| THE DIAZ LAW FIRM | THE DILORENZO LAW FIRM, LLC |
| THE DOWNEY LAW FIRM | THE DUDENHEFER LAW FIRM, LLC |
| THE DUGAN LAW FIRM | THE EDWARDS FIRM |
| THE EICHHOLZ LAW FIRM, P.C. | THE FINNELL FIRM |
| THE FITTE LAW FIRM LLC | THE FRANKOWSKI LAW FIRM LLC |
| THE GALLAGHER LAW FIRM | THE GREEN LAW FIRM |
| THE GROSS LAW FIRM | THE KING FIRM |
| THE KUYKENDALL GROUP | THE LANIER LAW FIRM |
| THE LAW OFFICES OF TOM HALL | THE MAHER LAW FIRM, PA |
| THE MILLER LAW FIRM | THE MOSKOWITZ LAW FIRM |
| THE POOLE LAW GROUP | THE SAM BERNSTEIN LAW FIRM, PLLC |
| THE SPIGARELLI LAW FIRM | THE WEBB LAW CENTRE |
| THEMIS PLLC | THOMAS BARNEY |
| THOMAS E. EDGE | THOMAS E. MCINTIRE & ASSOCIATES |
| THOMAS J. DONOVAN JR. | THOMPSON BARNEY LAW FIRM |
| THOMPSON, THOMPSON & WINTERS | THORNTON CARPENTER O'BRIEN LAWRENCE & SIMS |
| THORNTON LAW FIRM | THRASH LAW FIRM, P.A. |
| THRASHER DISMORE & DOLAN | TISINGER VANCE, P.C. |
| TOUSLEY BRIAN STEPHENS | TRAFTON, MATZEN, BELLEAU & FRENETTE LLP |
| TROY LAW FIRM | TUCKER LONG, PC |
| TURNER, REID, DUNCAN, LOOMER & PATTON | TZANGAS, PLAKAS, MANNOS |
| UTAH ATTORNEY GENERAL'S OFFICE | VENTURA LAW |
| VIRGINIA BEACH CITY ATTORNEY'S OFFICE | VON STANGE LAW |
| WAGSTAFF & CARTMELL, LLP | WALKER SIGMON LAW |
| WALTER B. CALTON | WALWORTH COUNTY CORPORATION COUNSEL |
| WARD & SMITH | WARD AND SMITH |
| WARD BLACK | WARNER LAW |
| WASHINGTON COUNTY ATTORNEY | WATERS KRAUS & PAUL |
| WATSON HEIDELBERG JONES | WATTS GUERRA |
| WEISMAN, KENNEDY & BERRIS CO., L.P.A.. | WEITZ & LUXENBERG |
| WELCH LAW FIRM, PLC | WES WILLIAMS JR. |
| WHALEY LAW FIRM | WHETSTONE PERKINS AND FULDA |
| WHITAKER | WHITTEN BURRAGE |
| WIGGINS, CHILDS, QUINN & PANTAZIS, LLC | WILENTZ, GOLDMAN & SPITZER |
| WILKES & MCHUGH | WILLIAMS DIRKS DAMERON LLC |
| WINCH LAW FIRM | WOLF HALDENSTEIN ALDER FREEMAN & HERZ LLP |
| WOREL HAVAS | YARBOROUGH LAW OFFICE |

YOUNG RICCHIUTI CALDWELL & HELLER
ZARZAUR MUJUMDAR & DEBROSSE
ZELDES, NEEDLE & COOPER
METHVIN PORTIS & MILES PC

ZACHARY W. CARTER
ZEBARSKY PAYNE
ZOLL & KRANZ

## Plaintiffs

A.M.H.
ADAIR COUNTY
ADAMS COUNTY BOARD OF COUNTY
COMMISSIONERS
ADAMS COUNTY, MISSISSIPPI

AFSCME DISTRICT COUNCIL 47 HEALTH &
WELFARE FUND
ALAMOSA COUNTY

ALASKA NATIVE TRIBAL HEALTH
CONSORTIUM
ALEXANDER COUNTY
ALLEGANY COUNTY, MARYLAND
ALLEN COUNTY

AMBER ZIBRITOSKY, THE LAW DIRECTOR FOR
THE CITY OF STOW
AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES DISTRICT
COUNCIL 37 HEALTH & SECURITY PLAN
AMITE COUNTY, MISS.
AND CITY OF MOUNTAIN BROOK, AL
ANDREW G. RILING AND BEVERLY RILING
ANDY BROWN, IN HIS CAPACITY AS THE
SHERIFF FOR JACKSON PARISH
ANNE ARUNDEL COUNTY, MARYLAND
APOLLOMD BUSINESS SERVICES, LLC
APPLING HEALTH CARE SYSTEM
ARIZONA COUNTIES INSURANCE POOL
ARMSTRONG COUNTY, PA
ASA' CARSAMIUT TRIBE

ASCENSION PARISH GOVERNMENT
ASHLAND COUNTY

ASSOC. OF ARK. COUNTIES
ASSOC. OF ARK. COUNTIES WC TRUST
ATHENS COUNTY BOARD OF COUNTY
COMMISSIONERS
AUDRAIN COUNTY, MISSOURI

AUGUSTA, GA
BACON COUNTY HOSPITAL AND HEALTH
SYSTEM
BACON COUNTY, GEORGIA

ABSOLUTE HOUSE
ADAMS COUNTY
ADAMS COUNTY, IDAHO

AFSCME DISTRICT COUNCIL 33 HEALTH &
WELFARE FUND
AKIAK NATIVE COMMUNITY

ALAN WILSON SOUTH CAROLINE ATTORNEY
GENERAL
ALEUTIAN PRIBILOF ISLANDS ASSOCIATION,
INC.
ALLAMAKEE COUNTY
ALLEGHANY COUNTY
ALLEN COUNTY BOARD OF COUNTY
COMMISSIONERS
AMEL EILAND

AMERICAN RESOURCES INSURANCE
COMPANY, INC.

A-MMED AMBULANCE, INC.
ANDERSON COUNTY
ANDROSCOGGIN COUNTY
ANGEL BOLTON AND CHRISTOPHER BOLTON

ANSON COUNTY
APPALACHIAN REGIONAL HEALTHCARE, INC.
ARAB, AL
ARIZONA MUNICIPAL RISK RETENTION POOL
AROOSTOOK COUNTY
ASBESTOS WORKERS LOCAL 6 HEALTH AND
WELFARE FUND AND MASSACHUSETTS
BRICKLAYERS & MASONS TRUST FUNDS
ASHE COUNTY
ASHLAND COUNTY BOARD OF COUNTY
COMMISSIONERS
ASSOC. OF ARK. COUNTIES RISK MGMT. FUND
ATCHISON COUNTY, MISSOURI
ATKINSON COUNTY, GEORGIA

AUGLAIZE COUNTY BOARD OF COUNTY
COMMISSIONERS
AUTAUGA COUNTY, ALABAMA
BACON COUNTY HOSPITAL FOUNDATION, INC.

BAD RIVER BAND OF LAKE SUPERIOR
CHIPPEWA

BALTIMORE COUNTY, MARYLAND
BAPTIST HEALTH CORBIN
BAPTIST HEALTH LA GRANGE
BAPTIST HEALTH LOUISVILLE
BAPTIST HEALTH PADUCAH
BAPTIST HEALTHCARE SYSTEM, INC.
BARBARA D. UNDERWOOD, ATTORNEY
GENERAL OF THE STATE OF NEW YORK
BARBOUR COUNTY, ALABAMA
BARRY STAUBUS
BATTLE MOUNTAIN OF THE TE-MOAK TRIBE
OF WESTERN SHOSHONE INDIANS
BAYFIELD COUNTY
BEAUREGARD PARISH POLICE JURY
BELL COUNTY
BELMONT COUNTY BOARD OF COUNTY
COMMISSIONERS
BENTON COUNTY
BENTON FIRE PROTECTION DISTRICT NO. 4
BERKELEY COUNTY COUNCIL
BERRIEN COUNTY, GEORGIA
BIG BEND COMMUNITY BASED CARE INC.

BIG VALLEY BAND OF POMO INDIANS OF THE
BIG VALLEY RANCHERIA
BIOS COMPANIES, INC.
BLACK HAWK COUNTY
BLAINE COUNTY, IDAHO
BLECKLEY MEMORIAL HOSPITAL
BLUE CROSS AND BLUE SHIELD OF
LOUISIANA
BOARD OF COUNTY COMMISSIONERS OF
CADDO COUNTY
BOARD OF COUNTY COMMISSIONERS OF
COUNTY OF LARIMER
BOARD OF COUNTY COMMISSIONERS OF
CRAWFORD COUNTY, KANSAS
BOARD OF COUNTY COMMISSIONERS OF
HARPER COUNTY
BOARD OF COUNTY COMMISSIONERS OF
LOVE COUNTY
BOARD OF COUNTY COMMISSIONERS OF
PITTSBURG COUNTY
BOARD OF COUNTY COMMISSIONERS OF
STEPHENS COUNTY
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF ARAPAHOE
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF DONA ANA, NEW MEXICO
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF MCKINLEY
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF TAOS
BOARD OF COUNTY COMMISSIONERS OF
WASHINGTON COUNTY, MARYLAND

BANKS COUNTY, GEORGIA
BAPTIST HEALTH FLOYD
BAPTIST HEALTH LEXINGTON
BAPTIST HEALTH MADISONVILLE, INC.
BAPTIST HEALTH RICHMOND, INC.
BAPTIST HOSPITAL INC. AND JAY HOSPITAL
BARBARA RIVERS

BARRON COUNTY
BARTOW COUNTY, GEORGIA
BAY COUNTY

BEAUFORT COUNTY
BEAVER COUNTY, PENNSYLVANIA
BELLEFONTE PHYSICIAN SERVICES, INC.
BEN HILL COUNTY, GEORGIA

BENTON COUNTY, MISS.
BERGEN COUNTY
BERLIN, NEW HAMPSHIRE
BIBB COUNTY, ALABAMA
BIG SANDY RANCHERIA OF WESTERN MONO
INDIANS
BILL CHRIS, THE LAW DIRECTOR FOR THE
CITY OF GREEN
BIOS COMPANIES, INC. WELFARE PLAN
BLACKFORD COUNTY, INDIANA
BLAND COUNTY, VIRGINIA
BLOUNT COUNTY
BOARD OF COMMISSIONERS FOR LUCAS
COUNTY, OHIO
BOARD OF COUNTY COMMISSIONERS OF
CHEROKEE COUNTY, KANSAS
BOARD OF COUNTY COMMISSIONERS OF
COWLEY COUNTY, KANSAS
BOARD OF COUNTY COMMISSIONERS OF
GRADY COUNTY
BOARD OF COUNTY COMMISSIONERS OF
JEFFERSON COUNTY
BOARD OF COUNTY COMMISSIONERS OF
NEOSHO COUNTY, KANSAS
BOARD OF COUNTY COMMISSIONERS OF
PRATT COUNTY, KANSAS
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF ADAMS
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF BOULDER
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF FREMONT
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF SANTA FE
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF TELLER
BOARD OF DEWEY COMMISSIONERS OF
HARPER COUNTY

BOARD OF KIOWA COMMISSIONERS OF
HARPER COUNTY
BOARD OF WOODS COMMISSIONERS OF
HARPER COUNTY
BOBBIE LOU MOORE

BOISE COUNTY, IDAHO
BOND COUNTY
BOONE COUNTY
BOSSIER CITY
BOSSIER PARISH EMERGENCY MEDICAL
SERVICES AMBULANCE DISTRICT
BOURBON COUNTY, KANSAS

BOYD COUNTY
BRAD BRYAN, THE SOLICITOR FOR THE
VILLAGE OF PENINSULA
BRAZOS COUNTY
BRIAN LOWRY
LOCAL UNION NO. 1 OF PA/DE
BRIDGE HOUSE CORPORATION
BROOKS COUNTY, GEORGIA
BROWN COUNTY

BRUNSWICK COUNTY

BRYANT C. DUNAWAY
BUCHANAN COUNTY, MISSOURI
BUFFALO COUNTY
BULLOCH COUNTY, GEORGIA
BUNCOMBE COUNTY
BURKE COUNTY
BUTLER COUNTY
BUTLER COUNTY, ALABAMA
CABARRUS COUNTY
CADDO PARISH

CALDWELL COUNTY
CALHOUN COUNTY
CALHOUN COUNTY, FLORIDA
CALUMET COUNTY
CAMDEN COUNTY, GEORGIA
CAMPBELL COUNTY, TN
CANYON COUNTY
CAPE MAY COUNTY, NEW JERSEY
CARBON COUNTY, WYOMING
CARMEN SIEBLER
CARPENTERS HEALTH & WELFARE OF
PHILADELPHIA & VICINITY
CARROLL COUNTY BOARD OF COUNTY
COMMISSIONERS
CARROLL COUNTY, VIRGINIA
CASPER, WYOMING
CASSIA COUNTY, IDAHO
CATAHOULA PARISH POLICE JURY
CATOOSA COUNTY, GEORGIA

BOARD OF MAJOR COMMISSIONERS OF
HARPER COUNTY
BOB HEYDORN, THE SOLICITOR THE VILLAGE
OF SILVER LAKE
BOBBY GUIDROZ, SHERIFF OF ST. LANDRY
PARISH, LOUISIANA
BON SECOURS HEALTH SYSTEM, INC.
BONNEVILLE COUNTY, IDAHO
BOONE COUNTY, ILLINOIS
BOSSIER PARISH
BOSTON TOWNSHIP

BOWLING GREEN WARREN COUNTY
COMMUNITY HOSPITAL CORPORATION
BOYLE COUNTY
BRANTLEY COUNTY, GEORGIA

BREVARD FAMILY PARTNERSHIP
"BRICKLAYERS AND ALLIED CRAFTWORKERS
HEALTH AND WELFARE FUND"
BROOKE COUNTY COMMISSION
BROWARD COUNTY, FLORIDA
BROWN COUNTY BOARD OF COUNTY
COMMISSIONERS
BRYAN NACE, THE LAW DIRECTOR FOR THE
CITY OF FAIRLAWN
BUCHANAN COUNTY
BUCKS COUNTY
BULLITT COUNTY
BULLOCK COUNTY, ALABAMA
BUREAU COUNTY, ILLINOIS
BURNETT COUNTY
BUTLER COUNTY BOARD OF COMMISSIONERS
BUTTS COUNTY, GEORGIA
CADDO FIRE PROTECTION DISTRICT NO. 1
CAHTO INDIAN TRIBE OF THE LAYTONVILLE
RANCHERIA
CALDWELL PARISH
CALHOUN COUNTY, ALABAMA
CALHOUN COUNTY, SOUTH CAROLINA
CAMBRIA COUNTY, PENNSYLVANIA
CAMDEN COUNTY, NJ
CANDLER COUNTY, GA
CAPE GIRARDEAU COUNTY
CARBON COUNTY, UTAH
CARIBOU COUNTY, IDAHO
CAROLINE COUNTY, MARYLAND
CARROLL COUNTY

CARROLL COUNTY, MISSISSIPPI

CARTERET COUNTY, NORTH CAROLINA
CASS COUNTY, MISSOURI
CASWELL COUNTY
CATAWBA COUNTY, NC
CECIL COUNTY, MARYLAND

CENTER POINT, INC.

CENTRAL FLORIDA BEHAVIORAL HEALTH NETWORK INC.

CENTRAL FLORIDA CARES HEALTH SYSTEM INC

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH & WELFARE FUND

CHAFFEE COUNTY

CHAMBERS COUNTY, ALABAMA

CHAMPAIGN COUNTY BOARD OF COUNTY COMMISSIONERS

CHAMPAIGN COUNTY, ILLINOIS

CHARLTON COUNTY, GEORGIA

CHARTER TOWNSHIP OF CANTON

CHARTER TOWNSHIP OF CLINTON, MICHIGAN

CHARTER TOWNSHIP OF HURON, MICHIGAN

CHARTER TOWNSHIP OF NORTHVILLE

CHARTER TOWNSHIP OF VAN BUREN

CHATHAM COUNTY, GEORGIA

CHATTOOGA COUNTY

CHELAN COUNTY

CHER-AE HEIGHTS INDIAN COMMUNITY OF THE TRINIDAD RANCHERIA

CHEROKEE COUNTY

CHEROKEE COUNTY, ALABAMA

CHESHIRE COUNTY

CHEYENNE & ARAPAHO TRIBES

CHEYENNE RIVER SIOUX TRIBE

CHICAGO REGIONAL COUNCIL OF CARPENTER

CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND

CHICKASAW COUNTY, MISSISSIPPI

CHICKASAW NATION

CHILTON COUNTY, ALABAMA

CHIPPEWA COUNTY

CHITIMACHA TRIBE OF LOUISIANA

CHOCTAW NATION

CHOWAN COUNTY

CHRIS AND DIANE DENSON

CHRISTIAN COUNTY

CHUGACHMIUT, INC.

CITY AND COUNTY OF BROOMFIELD

CITY AND COUNTY OF DENVER

CITY OF ABBEVILLE, AL

CITY OF ADA

CITY OF ALAMOSA

CITY OF ALBANY

CITY OF ALBANY, GEORGIA

CITY OF ALBERTVILLE, AL

CITY OF ALEXANDRIA

CITY OF ALEXANDRIA, CITY OF ELWOOD AND MADISON COUNTY

CITY OF ALEXANDRIA, LOUISIANA

CITY OF ALIQUIPPA

CITY OF ALMA, GEORGIA

CITY OF ANACORTES AND SEDRO-WOOLLEY SCHOOL DISTRICT

CITY OF ANNISTON, ALABAMA

CITY OF ANSONIA

CITY OF ASHLAND, OHIO

CITY OF ATLANTA

CITY OF AUBURN

CITY OF AUGUSTA

CITY OF AURORA

CITY OF AURORA, OHIO

CITY OF BAINBRIDGE, GEORGIA

CITY OF BANGOR

CITY OF BARBERTON

CITY OF BASTROP, LOUISIANA

CITY OF BATON ROUGE, PARISH OF EAST BATON ROUGE

CITY OF BEECH GROVE, INDIANA

CITY OF BELMONT

CITY OF BENHAM

CITY OF BERWYN

CITY OF BEVERLY, MASSACHUSETTS

CITY OF BIDDEFORD

CITY OF BIRMINGHAM, ALABAMA

CITY OF BLACK HAWK

CITY OF BLOOMINGTON AND MONROE COUNTY

CITY OF BOAZ, AL

CITY OF BOGALUSA, LOUISIANA

CITY OF BOISE

CITY OF BOSTON

CITY OF BOWIE, MARYLAND

CITY OF BRADENTON

CITY OF BRIDGEPORT

CITY OF BRIDGEPORT, ALABAMA

CITY OF BROADVIEW HEIGHTS

CITY OF BROKEN ARROW

CITY OF BRUNSWICK

CITY OF BRUNSWICK, GEORGIA

CITY OF BUCKHANNON, WEST VIRGINIA

CITY OF BUCKHORN

CITY OF BURBANK

CITY OF BURLINGTON

CITY OF CARBON HILL, ALABAMA

CITY OF CARDOVA, ALABAMA

CITY OF CARIBOU

CITY OF CATERSVILLE

CITY OF CENTRAL FALLS, RI

26

CITY OF CHARLESTON, MISS.
CITY OF CHICAGO
CITY OF CHICOPEE
CITY OF CLANTON, ALABAMA, A MUNICIPAL
CORPORATION
CITY OF CLARKSVILLE, TENNESSEE

CITY OF CLEVELAND
CITY OF COLUMBIA, MISSISSIPPI
CITY OF COLUMBUS, MISSISSIPPI
CITY OF CONCORD, NEW HAMPSHIRE

CITY OF CORAL GABLES
CITY OF COVINGTON
CITY OF CRANSTON, RI
CITY OF CUYAHOGA FALLS
CITY OF DAYTON
CITY OF DEERFIELD BEACH, FLORIDA
CITY OF DEMOPOLIS, ALABAMA
CITY OF DERBY
CITY OF DONALDSONVILLE
CITY OF DOUGLAS, AL
CITY OF EAGLE PASS, TEXAS
CITY OF EAST LANSING, MICHIGAN
CITY OF EASTHAMPTON, MASS.
CITY OF ELYRIA
CITY OF ESCANABA, MICHIGAN
CITY OF EUNICE, LOUISIANA
CITY OF EVANSVILLE, INDIANA
CITY OF EVERGREEN, ALABAMA
CITY OF FALL RIVER
CITY OF FAYETTEVILLE
CITY OF FISHERS, INDIANA
CITY OF FITZGERALD, GEORGIA
CITY OF FLORENCE
CITY OF FORT LAUDERDALE, FLORIDA
CITY OF FOSTORIA
CITY OF FRANKLIN
CITY OF FREDERICK, MARYLAND
CITY OF GADSDEN, ALABAMA
CITY OF GALAX
CITY OF GARY, INDIANA
CITY OF GLOUCESTER
CITY OF GRANITE CITY, ILLINOIS
CITY OF GREAT FALLS
CITY OF GREENFIELD
CITY OF GREENVILLE, ALABAMA
CITY OF GREENWOOD, MISSISSIPPI
CITY OF GUIN, AL
CITY OF GUTHRIE COUNTY
CITY OF HALLANDALE BEACH, FLORIDA
CITY OF HAMILTON, OHIO
CITY OF HARLAN
CITY OF HARRISVILLE
CITY OF HARTSELLE, ALABAMA
CITY OF HATTIESBURG, MS

CITY OF CHELSEA
CITY OF CHICAGO HEIGHTS
CITY OF CINCINNATI
CITY OF CLAREMONT

CITY OF CLEARWATER IN THE COUNTY OF
PINELLAS
CITY OF COCONUT CREEK, FLORIDA
CITY OF COLUMBUS
CITY OF COMMERCE CITY
CITY OF CONNERSVILLE AND FAYETTE
COUNTY
CITY OF COUNTRYSIDE
CITY OF COVINGTON, KENTUCKY
CITY OF CUMBERLAND, MARYLAND
CITY OF DANUBURY
CITY OF DECATUR, ALABAMA
CITY OF DELRAY BEACH
CITY OF DEMOREST, GEORGIA
CITY OF DETROIT
CITY OF DORA
CITY OF DOVER, NEW HAMPSHIRE
CITY OF EAST CLEVELAND, OH
CITY OF EAST PROVIDENCE
CITY OF EDMOND
CITY OF ENTERPRISE, ALABAMA
CITY OF EUCLID
CITY OF EUREKA
CITY OF EVERETT
CITY OF FAIRLAWN
CITY OF FAYETTE ALABAMA
CITY OF FINDLAY
CITY OF FITCHBURG
CITY OF FLINT, MICHIGAN
CITY OF FLORENCE, ALABAMA
CITY OF FORT PAYNE, ALABAMA
CITY OF FRAMINGHAM
CITY OF FRANKLIN, NEW HAMPSHIRE
CITY OF FROSTBURG, MARYLAND
CITY OF GAINESVILLE, GEORGIA
CITY OF GARFIELD HEIGHTS
CITY OF GEORGIANA, AL
CITY OF GRAND RAPIDS, MICHIGAN
CITY OF GRAYSON
CITY OF GREEN
CITY OF GREENSBORO, AL
CITY OF GREENWOOD, INDIANA
CITY OF GRETNA
CITY OF GUNTERSVILLE, AL
CITY OF HAGERSTOWN, MARYLAND
CITY OF HAMILTON, AL
CITY OF HAMMOND
CITY OF HARRISBURG, ILLINOIS
CITY OF HARTFORD, INDIANA
CITY OF HARVEY
CITY OF HAVERHILL

CITY OF HENAGAR, ALABAMA
CITY OF HENDERSON, KENTUCKY
CITY OF HOLYOKE
CITY OF HUNTINGTON, INDIANA
CITY OF HYDEN
CITY OF INDIANAPOLIS
CITY OF IRONTON, OHIO
CITY OF IUKA, MISSISSIPPI
CITY OF JACKSONVILLE
CITY OF JASPER, INDIANA
CITY OF JERSEY CITY, NEW JERSEY
CITY OF KANSAS CITY, MISSOURI
CITY OF KENNER
CITY OF KENT
CITY OF KENT, OHIO
CITY OF KOKOMO, INDIANA
CITY OF LAFAYETTE
CITY OF LAKEWOOD AND THE CITY OF
WHEAT RIDGE
CITY OF LAREDO, TEXAS
CITY OF LAUREL, MISSISSIPPI
CITY OF LAWTON
CITY OF LEOMINSTER
CITY OF LIMA
CITY OF LIVONIA
CITY OF LOGANSPORT
CITY OF LORAIN
CITY OF LOWELL
CITY OF LUMBERTON, MISSISSIPPI
CITY OF LYNDHURST
CITY OF MACEDONIA, OH
CITY OF MANCHESTER
CITY OF MARION, ALABAMA
CITY OF MARTINSVILLE, VIRGINIA
CITY OF MELROSE
CITY OF MERIDIAN
CITY OF METROPOLIS, ILLINOIS
CITY OF MIAMI GARDENS, FLORIDA
CITY OF MILLEDGEVILLE, GEORGIA
CITY OF MIRAMAR, FLORIDA
CITY OF MOBILE, ALABAMA
CITY OF MONTEPELIER, INDIANA
CITY OF MONTGOMERY, WEST VIRGINIA
CITY OF MOULTON, ALABAMA
CITY OF MUNROE FALLS
CITY OF NASHUA
CITY OF NETTLETON, MISSISSIPPI
CITY OF NEW ALBANY, MISSISSIPPI
CITY OF NEW CASTLE
CITY OF NEW HAVEN
CITY OF NEW IBERIA
CITY OF NEW ORLEANS
CITY OF NEW YORK
CITY OF NEWBURGH HEIGHTS, OH
CITY OF NEWPORT, RI
CITY OF NORTH ADAMS

CITY OF HENDERSON COUNTY
CITY OF HICKORY
CITY OF HUEYTOWN, AL
CITY OF HURON, OHIO
CITY OF INDEPENDENCE
CITY OF IRON MOUNTAIN, MICHIGAN
CITY OF ITHACA
CITY OF JACKSON, MICHIGAN
CITY OF JASPER
CITY OF JEFFERSONVILLE, INDIANA
CITY OF JOPLIN
CITY OF KEENE, NH
CITY OF KENOVA, WEST VIRGINIA
CITY OF KENT, MICHIGAN
CITY OF KINGMAN
CITY OF LACONIA, NEW HAMPSHIRE
CITY OF LAKEWOOD
CITY OF LANSING

CITY OF LAUDERHILL, FLORIDA
CITY OF LAWRENCE, INDIANA
CITY OF LEBANON, OHIO
CITY OF LEWISTON
CITY OF LINCOLN, ALABAMA
CITY OF LOCK HAVEN
CITY OF LONDON
CITY OF LOS ANGELES, CALIFORNIA
CITY OF LOYALL
CITY OF LYNCH
CITY OF LYNN
CITY OF MALDEN
CITY OF MANSFIELD
CITY OF MARTINSVILLE, INDIANA
CITY OF MEDFORD
CITY OF MEMPHIS
CITY OF METHUEN
CITY OF MIAMI
CITY OF MIDFIELD, ALABAMA
CITY OF MINNEAPOLIS, MINNESOTA
CITY OF MISSOULA
CITY OF MONROE, LOUISIANA
CITY OF MONTGOMERY, AL
CITY OF MOREHEAD
CITY OF MOUNT VERNON
CITY OF NANTICOKE, PENNSYLVANIA
CITY OF NAUVOO, ALABAMA
CITY OF NEW ALBANY, INDIANA
CITY OF NEW BRITAIN
CITY OF NEW FRANKLIN
CITY OF NEW HOPE, ALABAMA
CITY OF NEW LONDON
CITY OF NEW ROADS, LOUISIANA
CITY OF NEWARK, NJ
CITY OF NEWBURYPORT
CITY OF NOBLESVILLE, INDIANA
CITY OF NORTH MIAMI, FLORIDA

CITY OF NORTH OLMSTEAD
CITY OF NORTHAMPTON
CITY OF NORTHLAKE
CITY OF NORTON, VIRGINIA
CITY OF OAKMAN, ALABAMA
CITY OF OLMSTED FALLS
CITY OF OPP, ALABAMA
CITY OF OWASSO
CITY OF PADUCAH, KENTUCKY
CITY OF PALMETTO
CITY OF PARMA HEIGHTS
CITY OF PATERSON, NJ
CITY OF PAWTUCKET, RI
CITY OF PEKIN
CITY OF PENSACOLA
CITY OF PERU, INDIANA
CITY OF PHILADELPHIA, MISS.
CITY OF PINELLAS PARK
CITY OF PIPPA PASSES
CITY OF PITTSFIELD
CITY OF PLEASANT GROVE, AL
CITY OF PONCA CITY
CITY OF PORTLAND
CITY OF PORTLAND, OREGON
CITY OF PRESTON
CITY OF PRINCETON, ILLINOIS
CITY OF PROVIDENCE
CITY OF RAVENNA, OHIO
CITY OF REVERE
CITY OF RICHMOND HILL, GEORGIA
CITY OF ROCKFORD, ILLINOIS
CITY OF ROMULUS
CITY OF SAINT MARTINVILLE
CITY OF SAN DIEGO
CITY OF SANDY SPRINGS, GEORGIA
CITY OF SARASOTA
CITY OF SCHENECTADY
CITY OF SEAT PLEASANT, MARYLAND
CITY OF SEDRO WOOLLEY
CITY OF SEYMOUR, INDIANA
CITY OF SHAWNEE
CITY OF SHREVEPORT
CITY OF SOMERVILLE
CITY OF SPRINGFIELD, MISSOURI
CITY OF ST. LOUIS
CITY OF ST. MARY'S OHIO
CITY OF STOW
CITY OF SUMITON
CITY OF TACOMA
CITY OF TALLEDEGA, ALABAMA
CITY OF TAMPA
CITY OF TIFTON, GEORGIA
CITY OF TRAVERSE CITY, MICHIGAN
CITY OF TROY, ALABAMA
CITY OF TUSCALOOSA, ALABAMA
CITY OF UNION SPRINGS, ALABAMA

CITY OF NORTH ROYALTON, OH
CITY OF NORTHGLENN
CITY OF NORTON
CITY OF NORWALK
CITY OF OKLAHOMA CITY
CITY OF OLYMPIA
CITY OF OVERLAND PARK, KANSAS
CITY OF OZARK, ALABAMA
CITY OF PALM BAY
CITY OF PARMA
CITY OF PARRISH, ALABAMA
CITY OF PATTERSON
CITY OF PEABODY
CITY OF PEMBROKE PINES, FLORIDA
CITY OF PEORIA
CITY OF PHILADELPHIA
CITY OF PHOENIX
CITY OF PINEVILLE, LOUISIANA
CITY OF PITTSBURGH
CITY OF PLATTSBURGH
CITY OF POMPANO BEACH, FLORIDA
CITY OF POOLER, GEORGIA
CITY OF PORTLAND AND JAY COUNTY
CITY OF PORTSMOUTH
CITY OF PRICHARD, ALABAMA
CITY OF PRINCETON, WEST VIRGINIA
CITY OF QUINCY
CITY OF RENO
CITY OF RICHMOND
CITY OF ROCHESTER
CITY OF ROME
CITY OF SACO
CITY OF SALEM
CITY OF SANDUSKY
CITY OF SANFORD
CITY OF SAULT STE. MARIE, MICHIGAN
CITY OF SCOTTSBORO, ALABAMA
CITY OF SEATTLE
CITY OF SELMA, ALABAMA
CITY OF SHANNON, MISSISSIPPI
CITY OF SHELBYVILLE, INDIANA
CITY OF SIPSEY, ALABAMA
CITY OF SOUTH BEND, INDIANA
CITY OF ST. JOSEPH, MISSOURI
CITY OF ST. MARY'S
CITY OF STARKVILLE, MISSISSIPPI
CITY OF STRONGSVILLE
CITY OF SYRACUSE, NEW YORK
CITY OF TALLAHASSEE
CITY OF TALLMADGE
CITY OF THORNTON
CITY OF TOLEDO
CITY OF TROY
CITY OF TUCSON
CITY OF TUSKEGEE, ALABAMA
CITY OF UTICA, NEW YORK

CITY OF VAN WERT
CITY OF VERNON, ALABAMA
CITY OF VERONA, MISSISSIPPI
CITY OF VIENNA, WEST VIRGINIA
CITY OF VIRGINIA BEACH AND SHERIFF OF
THE CITY OF VIRGINIA BEACH
CITY OF WARREN
CITY OF WARWICK, RI
CITY OF WATERBURY
CITY OF WATERVILLE
CITY OF WAYNE
CITY OF WEAVER, ALABAMA
CITY OF WEST LAFAYETTE
CITY OF WEST MONROE, LOUISIANA
CITY OF WESTFIELD, INDIANA
CITY OF WESTLAND, MICHIGAN
CITY OF WESTMINSTER
CITY OF WICKLIFFE
CITY OF WILKES-BARRE, PENNSYLVANIA
CITY OF WILMINGTON
CITY OF WINCHESTER
CITY OF WINFIELD, ALABAMA
CITY OF WOBURN
CITY OF WOODBURY, GEORGIA
CITY OF WORCESTER
CITY OF YUKON
CLAIBORNE COUNTY, MISS
CLAIBORNE PARISH
CLALLAM COUNTY
CLARK COUNTY
CLARKE COUNTY, MISSISSIPPI
CLAY COUNTY MEDICAL CORPORATION
CLAY COUNTY, ALABAMA
CLAYTON COUNTY, GEORGIA
CLEARFIELD COUNTY, PENNSYLVANIA
CLEBURNE COUNTY, ALABAMA
CLERMONT COUNTY BOARD OF COUNTY
COMMISSIONERS
CLEVELAND BAKERS AND TEAMSTERS
HEALTH AND WELFARE FUND
CLEVELAND COUNTY
CLEVELAND TEACHERS UNION, LOCAL 279
CLINCH COUNTY HOSPITAL AUTHORITY
CLINTON COUNTY
CLINTON COUNTY BOARD OF
COMMISSIONERS
CLOVERDALE RANCHERIA OF POMO INDIANS
COBB COUNTY
COEUR DALENE TRIBE
COFFEE COUNTY, ALABAMA
COLE COUNTY, MISSOURI
COLES COUNTY
COLUMBIA COUNTY
COLUMBIA COUNTY, GEORGIA
COLUMBIA COUNTY, PA
COLUMBIANA COUNTY BOARD OF COUNTY
COMMISSIONERS
COLUMBUS COUNTY
COLUMBUS GEORGIA
COMMISSIONERS OF ST. MARY'S COUNTY,
MARYLAND
COMMON WEALTH OF PA
COMMONWEALTH OF MASSACHUSETTS
COMMONWEALTH OF PA
COMMONWEALTH OF VIRGINIA
COMMUNITY BASED CARE OF BREVARD, INC
COMMUNITY PARTNERSHIP FOR CHILDREN,
INC.
CONCORDIA PARISH
CONECUH COUNTY, ALABAMA
CONEJOS COUNTY
CONFEDERATED TRIBE OF WARM SPRINGS
CONFEDERATED TRIBES AND BANDS OF THE
YAKAMA NATION
CONFEDERATED TRIBES OF THE GRAND
RONDE COMMUNITY OF OREGON
CONFEDERATED TRIBES OF THE UMATILLA
INDIAN RESERVATION
CONSOLIDATED TRIBAL HEALTH PROJECT,
INC.
COOK COUNTY, GEORGIA
COOK COUNTY, ILLINOIS
COOS COUNTY, OREGON
COPLEY TOWNSHIP
COPPER RIVER NATIVE ASSOCIATION
COSHOCTON COUNTY BOARD OF COUNTY
COMMISSIONERS
COUNTY COMMISSION OF CLAY COUNTY
COUNTY COMMISSIONERS OF CHARLES
COUNTY, MARYLAND
COUNTY OF ALACHUA
COUNTY OF ALBANY, NY
COUNTY OF ALCONA, MICHIGAN
COUNTY OF ALGER, MICHIGAN
COUNTY OF ALLEGHENY
COUNTY OF ALLENDALE
COUNTY OF AMADOR
COUNTY OF ANACONDA-DEER LODGE
COUNTY OF ANDERSON
COUNTY OF ANGELINA
COUNTY OF ANOKA, MN

COUNTY OF ANTRIM, MICHIGAN
COUNTY OF ASHTABULA
COUNTY OF BAMBERG
COUNTY OF BARNWELL
COUNTY OF BEE
COUNTY OF BERRIEN, MICHIGAN
COUNTY OF BLANCO
COUNTY OF BRADFORD
COUNTY OF BREVARD, FLORIDA
COUNTY OF BURNET
COUNTY OF CALAVERAS
COUNTY OF CAMP
COUNTY OF CASCADE
COUNTY OF CATTARAUGUS
COUNTY OF CHARLEVOIX, MICHIGAN
COUNTY OF CHENANGO
COUNTY OF CHEROKEE
COUNTY OF CHILDRESS
COUNTY OF CLACKAMAS
COUNTY OF CLAY
COUNTY OF CLINTON, MICHIGAN
COUNTY OF COLLETON
COUNTY OF CONTRA COSTA
COUNTY OF CORTLAND
COUNTY OF CRAWFORD, MICHIGAN
COUNTY OF CUYAHOGA
COUNTY OF DEKALB
COUNTY OF DELTA
COUNTY OF DIMMIT
COUNTY OF DOUGLAS, STATE OF NEBRASKA
COUNTY OF ECTOR
COUNTY OF EL PASO
COUNTY OF ESSEX
COUNTY OF FALLS
COUNTY OF FAYETTE
COUNTY OF FRANKLIN
COUNTY OF FRESNO
COUNTY OF GALVESTON
COUNTY OF GLENN
COUNTY OF GRATIOT, MICHIGAN
COUNTY OF GREENE
COUNTY OF GRENADA
COUNTY OF HAMPTON
COUNTY OF HARRISON
COUNTY OF HERKIMER
COUNTY OF HILLSDALE, MICHIGAN
COUNTY OF HOUSTON
COUNTY OF IMPERIAL
COUNTY OF IOSCO, MICHIGAN
COUNTY OF JASPER
COUNTY OF JONES
COUNTY OF KERR
COUNTY OF KINNEY
COUNTY OF KNOX, STATE OF NEBRASKA
COUNTY OF LAKE
COUNTY OF LAMAR

COUNTY OF ARENAC, MICHIGAN
COUNTY OF BALLARD, KENTUCKY
COUNTY OF BARAGA, MICHIGAN
COUNTY OF BEAUFORT
COUNTY OF BENZIE, MICHIGAN
COUNTY OF BEXAR
COUNTY OF BOWIE
COUNTY OF BRANCH
COUNTY OF BURLESON
COUNTY OF BUTTE
COUNTY OF CAMERON
COUNTY OF CARBON
COUNTY OF CASS
COUNTY OF CAYUGA
COUNTY OF CHAUTAUQUA
COUNTY OF CHENANGO
COUNTY OF CHESTERFIELD
COUNTY OF CHIPPEWA
COUNTY OF CLARION
COUNTY OF CLINTON
COUNTY OF COCHISE
COUNTY OF COLUMBIA
COUNTY OF COOKE
COUNTY OF CORYELL
COUNTY OF CUMBERLAND
COUNTY OF DALLAS
COUNTY OF DEL NORTE
COUNTY OF DICKINSON, MICHIGAN
COUNTY OF DORCHESTER
COUNTY OF EATON
COUNTY OF EL DORADO
COUNTY OF ERIE
COUNTY OF FAIRFIELD
COUNTY OF FANNIN
COUNTY OF FLOYD
COUNTY OF FREESTONE
COUNTY OF FULTON
COUNTY OF GENESEE
COUNTY OF GRAND TRAVERSE
COUNTY OF GRAYSON
COUNTY OF GREENWOOD
COUNTY OF HAMILTON
COUNTY OF HARDIN
COUNTY OF HARVEY
COUNTY OF HIDALGO
COUNTY OF HOPKINS
COUNTY OF HUDSON, NJ
COUNTY OF INYO
COUNTY OF ISABELLA, MICHIGAN
COUNTY OF JEFFERSON
COUNTY OF KENNEBEC
COUNTY OF KERSHAW
COUNTY OF KNOTT
COUNTY OF LA SALLE
COUNTY OF LAKE, MICHIGAN
COUNTY OF LANE

COUNTY OF LASSEN
COUNTY OF LEE
COUNTY OF LENAWEE, MICHIGAN
COUNTY OF LEWIS
COUNTY OF LIBERTY
COUNTY OF LINCOLN
COUNTY OF LORAIN
COUNTY OF MACOMB
COUNTY OF MADISON
COUNTY OF MARICOPA
COUNTY OF MARION
COUNTY OF MARQUETTE, MICHIGAN
COUNTY OF MCCRACKEN COUNTY,
KENTUCKY
COUNTY OF MCMULLEN
COUNTY OF MERCED
COUNTY OF MILAM
COUNTY OF MODOC
COUNTY OF MONO
COUNTY OF MONTEREY
COUNTY OF MONTMORENCY, MICHIGAN
COUNTY OF MORRIS
COUNTY OF NACOGDOCHIES
COUNTY OF NASSAU
COUNTY OF NEWAYGO, MICHIGAN
COUNTY OF NIAGARA
COUNTY OF NUECES
COUNTY OF OCEANA, MICHIGAN
COUNTY OF OGEMAW, MICHIGAN
COUNTY OF ONONDAGA, NY
COUNTY OF ONTONAGON, MICHIGAN
COUNTY OF ORANGEBURG
COUNTY OF OSCEOLA, MICHIGAN
COUNTY OF OSTEGO, MICHIGAN
COUNTY OF PANOLA
COUNTY OF PICKENS
COUNTY OF PLUMAS
COUNTY OF PORTAGE, OHIO
COUNTY OF PRESQUE ISLE, MICHIGAN
COUNTY OF RED RIVER
COUNTY OF RENSSELAER
COUNTY OF RIVERSIDE
COUNTY OF ROOSEVELT
COUNTY OF RUSK
COUNTY OF SAGINAW
COUNTY OF SAN DIEGO
COUNTY OF SAN JOAQUIN
COUNTY OF SAN MATEO
COUNTY OF SANILAC, MICHIGAN
COUNTY OF SANTA CRUZ, CALIFORNIA
COUNTY OF SCHENECTADY
COUNTY OF SCHUYLER
COUNTY OF SHASTA
COUNTY OF SHIAWASSEE, MICHIGAN
COUNTY OF SMITH
COUNTY OF ST. CLAIR, MICHIGAN

COUNTY OF LAURENS
COUNTY OF LEELANAU, MICHIGAN
COUNTY OF LEON
COUNTY OF LEXINGTON
COUNTY OF LIMESTONE
COUNTY OF LIVINGSTON
COUNTY OF LUCE, MICHIGAN
COUNTY OF MADERA
COUNTY OF MANISTEE, MICHIGAN
COUNTY OF MARIN
COUNTY OF MARIPOSA
COUNTY OF MASON, MICHIGAN
COUNTY OF MCLENNAN

COUNTY OF MENDOCINO
COUNTY OF MERRIMACK
COUNTY OF MITCHELL, TEXAS
COUNTY OF MOHAVE
COUNTY OF MONROE
COUNTY OF MONTGOMERY
COUNTY OF MORA
COUNTY OF MULTNOMAH
COUNTY OF NAPA, CALIFORNIA
COUNTY OF NEVADA
COUNTY OF NEWTON
COUNTY OF NOLAN, TEXAS
COUNTY OF OAKLAND
COUNTY OF OCONEE
COUNTY OF ONEIDA, NY
COUNTY OF ONTARIO
COUNTY OF ORANGE
COUNTY OF OSCEOLA
COUNTY OF OSTEGO
COUNTY OF OSWEGO
COUNTY OF PARKER
COUNTY OF PLACER
COUNTY OF POLK, TEXAS
COUNTY OF POTTER
COUNTY OF PUTNAM
COUNTY OF RENO
COUNTY OF RIO ARRIBA
COUNTY OF ROBERTSON
COUNTY OF ROSCOMMON, MICHIGAN
COUNTY OF SACRAMENTO
COUNTY OF SAN BERNARDINO
COUNTY OF SAN FRANCISCO
COUNTY OF SAN LUIS OBISPO, CALIFORNIA
COUNTY OF SAN PATRICIO
COUNTY OF SANTA BARBARA
COUNTY OF SARATOGA
COUNTY OF SCHOHARIE
COUNTY OF SENECA
COUNTY OF SHELBY
COUNTY OF SISKIYOU
COUNTY OF SONOMA, CALIFORNIA
COUNTY OF ST. LAWRENCE

COUNTY OF STEUBEN
COUNTY OF SULLIVAN
COUNTY OF SUTTER
COUNTY OF TEHAMA
COUNTY OF TIOGA
COUNTY OF TOMPKINS
COUNTY OF TRINITY
COUNTY OF TUOLUMNE
COUNTY OF ULSTER
COUNTY OF UPSHUR
COUNTY OF VOLUSIA, FLORIDA
COUNTY OF WARREN
COUNTY OF WAYNE
COUNTY OF WESTCHESTER
COUNTY OF WEXFORD, MICHIGAN
COUNTY OF WILCOX, GEORGIA
COUNTY OF WOOD
COUNTY OF YORK
COUNTY OF ZAVALA, TEXAS
COW CREEK BAND OF UMPQUA TRIBE OF
INDIANS
CRAVEN COUNTY
CRAWFORD COUNTY BOARD OF COUNTY
COMMISSIONERS
CROCKETT COUNTY, TN
CUMBERLAND COUNTY
CURRITUCK COUNTY
DAKOTA COUNTY, MINNESOTA
DANE COUNTY, WISCONSIN
DARCY C. SHERMAN
DARKE COUNTY BOARD OF COUNTY
COMMISSIONERS
DAUPHIN COUNTY, PA
DAVIE COUNTY
DEBORAH GREEN-KUCHTA
DECATUR COUNTY, GEORGIA
DELAWARE COUNTY

DELAWARE COUNTY, PENNSYLVANIA
DERIC REES AND CEONDA REES
DESOTO FIRE PROTECTION DISTRICT NO. 8

DICKENSON COUNTY
DODGE COUNTY
DOOLY COUNTY, GEORGIA
DORA LAWRENCE
DOUGLAS ANDERSON, SHERIFF OF
AVOYELLES PARISH
DOUGLAS COUNTY, MN

DREW MEMORIAL HOSPITAL INC.
DUNN COUNTY
DUPLIN COUNTY
DUSTY GATES, SHERIFF OF UNION PARISH
EAU CLAIRE COUNTY

COUNTY OF SUFFOLK
COUNTY OF SUMMIT, OHIO
COUNTY OF TARRANT
COUNTY OF THROCKMORTON
COUNTY OF TITUS
COUNTY OF TRAVIS
COUNTY OF TRUMBULL
COUNTY OF TUSCARAWAS, OHIO
COUNTY OF UNION
COUNTY OF VAN ZANDT
COUNTY OF WALLER
COUNTY OF WASHINGTON
COUNTY OF WEBB
COUNTY OF WESTMORELAND
COUNTY OF WICHITA, TEXAS
COUNTY OF WILLIAMSBURG
COUNTY OF WYOMING
COUNTY OF YUBA
COVENTRY TOWNSHIP
COYOTE VALLEY BAND OF POMO INDIANS

CRAWFORD COUNTY
CRISP COUNTY, GA

CULLMAN COUNTY, ALABAMA
CUMBERLAND COUNTY, STATE OF MAINE
DAGGETT COUNTY, UTAH
DALE COUNTY, ALABAMA
DANIEL WILSON
DARE COUNTY
DARREN AND ELENA FLANAGAN

DAVIDSON COUNTY
DAVIS COUNTY
DEBRA DAWSEY
DEKALB COUNTY, ILLINOIS
DELAWARE COUNTY BOARD OF COUNTY
COMMISSIONERS
DENT COUNTY
DES MOINES COUNTY
DETROIT WAYNE MENTAL HEALTH
AUTHORITY
DODDRIDGE COUNTY COMMISSION
DODGE COUNTY HOSPITAL AUTHORITY
DOOR COUNTY
DOUGHERTY COUNTY, GEORGIA
DOUGLAS COUNTY

DOUGLAS HERBERT III, SHERIFF OF ALLEN
PARISH
DUNKLIN COUNTY
DUPAGE COUNTY, ILLINOIS
DUSCESNE COUNTY, UTAH
EASTERN BAND OF CHEROKEE INDIANS
ECHOLS COUNTY, GEORGIA

ED PULLEKINS, THE SOLICITOR FOR BOSTON TOWNSHIP

EDNA HOUSE FOR WOMEN, INC.

EDRICK SOILEAU, SHERRIFF OF EVANGELINE PARISH

EDWARD GRACE

EDWARDS COUNTY

EFFINGHAM COUNTY

EL CAMPO MEMORIAL HOSPITAL

ELBERT COUNTY, GEORGIA

ELI MEDINA

ELLA LOUISE JOHNSON

ELLEN F. ROSENBLUM, OREGON ATTORNEY GENERAL

ELMORE COUNTY, IDAHO

ELY SHOSHONE TRIBE OF NEVADA

EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505 HEALTH & WELFARE FUND

EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505 RETIREE HEALTH & WELFARE FUND

ERIE COUNTY BOARD OF COUNTY COMMISSIONERS

ERIN DOYLE

ESCAMBIA COUNTY, FLORIDA

ESSEX COUNTY, NEW JERSEY

ESTATE OF BRUCE BROCKEL

ESTILL COUNTY EMERGENCY MEDICAL SERVICES

EVANS MEMORIAL HOSPITAL, INC.

EWIIAAPAAYP BAND OF KUMEYAAY INDIANS

F. KIRK HOPKINS

FAIRFIELD COUNTY BOARD OF COUNTY COMMISSIONERS

FAMILY HEALTH CARE CLINIC PSC

FAMILY PRACTICE CLINIC OF BOONEVILLE, INC.

FAYETTE COUNTY, ALABAMA

FENTRESS COUNTY, TN

FISCAL COURT OF ALLEN COUNTY

FISCAL COURT OF ANDERSON COUNTY

FISCAL COURT OF BELL COUNTY

FISCAL COURT OF BOONE COUNTY

FISCAL COURT OF BOYD COUNTY

FISCAL COURT OF BOYLE COUNTY

FISCAL COURT OF BULLITT COUNTY

FLANDREAU SANTEE SIOUX TRIBE

FLORENCE COUNTY

FLOYD COUNTY

FOND DU LAC BAND OF LAKE SUPERIOR CHIPPEWA

FOND DU LAC COUNTY

FOREST COUNTY

FOREST COUNTY POTAWATOMI COMMUNITY

FORREST COUNTY, MISS.

FRANKLIN COUNTY

FRANKLIN COUNTY BOARD OF COUNTY COMMISSIONERS

FRANKLIN PARISH

FREDERICK COUNTY, MARYLAND

GALLATIN COUNTY

GALLIA COUNTY BOARD OF COUNTY COMMISSIONERS

GARRETT COUNTY, MARYLAND

GARY GILLEY

GASCONADE COUNTY, MISSOURI

GASTON COUNTY

GEAUGA COUNTY BOARD OF COUNTY COMMISSIONERS

GENESEE COUNTY

GEORGE COUNTY, MISSISSIPPI

GILES COUNTY

GLENN GOLDEN

GLYNN COUNTY, GEORGIA

GONZALES HEALTHCARE SYSTEMS

GRADY COUNTY, GEORGIA

GRAFTON COUNTY

GRANT COUNTY

GRANT COUNTY, NEW MEXICO

GRAYSON COUNTY, VIRGINIA

GREEN COUNTY

GREEN LAKE COUNTY

GREENBRIER COUNTY COMMISSION

GREENE COUNTY

GREENE COUNTY, ALABAMA

GREENE COUNTY, NORTH CAROLINA

GREENE COUNTY, PENNSYLVANIA

GREENE COUNTY, TN

GREENVILLE COUNTY

GREENWOOD LEFLORE HOSPITAL

GRETTA GOLDEN

GUERNSEY COUNTY BOARD OF COUNTY COMMISSIONERS

GUIDIVILLE RANCHERIA OF CALIFORNIA

GULF COUNTY

GURBIR S. GREWAL

GWINNETT COUNTY, GEORGIA

HABERSHAM COUNTY MEDICAL CENTER

HABERSHAM COUNTY, GEORGIA

HAL ALLRED, SHERIFF OF LAMAR COUNTY, ALABAMA

HALE COUNTY, ALABAMA

HALIFAX COUNTY

HALL COUNTY, GEORGIA

HAMILTON COUNTY

HAMILTON COUNTY BOARD OF COUNTY COMMISSIONERS

HAMILTON COUNTY, TN

HANCOCK COUNTY BOARD OF COUNTY COMMISSIONERS

HANCOCK COUNTY COMMISSION

HANCOCK COUNTY, GEORGIA

HANCOCK COUNTY, MISSISSIPPI

HANCOCK COUNTY, TN

HARDIN COUNTY

HARDTNER MEDICAL CENTER

HARRIS COUNTY

HARRISON COUNTY

HARRISON COUNTY BOARD OF COUNTY COMMISSIONERS

HARRISON COUNTY COMMISSION

HARRISON COUNTY, MISSISSIPPI

HARTFORD COUNTY, MARYLAND

HASKELL COUNTY, TEXAS

HAWKINS COUNTY, TN

HAYWOOD COUNTY

HAYWOOD COUNTY, TN

HD MEDIA COMPANY, LLC

HEALTH SERVICE DISTRICT OF KERSHAW COUNTY

HEATHER ENDERS

HECTOR BALDERAS, NEW MEXICO ATTORNEY GENERAL

HENDERSON COUNTY, TN

HENNEPIN COUNTY, MN

HENRY COUNTY, ALABAMA

HENRY COUNTY, GEORGIA

HENRY COUNTY, ILLINOIS

HENRY COUNTY, VIRGINIA

HER MAJESTY THE QUEEN IN RIGHT OF THE PROVINCE OF BRITISH COLUMBIA

HERBERT H. SLATERY III, TENNESSEE ATTORNEY GENERAL AND REPORTER

HIGHLANDS HOSPITAL CORPORATION

HIGHLANDS REGIONAL MEDICAL CENTER

HILLSBOROUGH COUNTY

HILLSBOROUGH COUNTY, NEW HAMPSHIRE

HMO LOUISIANA INC.

HOCKING COUNTY BOARD OF COUNTY COMMISSIONERS

HOLMES COUNTY

HOLMES COUNTY, MISSISSIPPI

HOPLAND BAND OF POMO INDIANS

HOSPITAL AUTHORITY OF BAINBRIDGE AND DECATUR COUNTY, GEORGIA

HOSPITAL AUTHORITY OF BAXLEY AND APPLING COUNTY

HOSPITAL AUTHORITY OF BLECKLEY COUNTY

HOSPITAL MENONITA CAGUAS, INC.

HOSPITAL MENONITA GAUYAMA, INC.

HOSPITAL SERVICE DISTRICT NO. 1 OF THE PARISH OF LASALLE, STATE OF LOUISIANA

HOUSTON COUNTY

HOUSTON COUNTY, ALABAMA

HOWARD COUNTY

HOWARD COUNTY, INDIANA

HUALAPAI TRIBE

HUERFANO COUNTY

HUMBOLDT COUNTY

HUMPHREYS COUNTY, MISS.

HUNTINGTON BEACH

HURON COUNTY BOARD OF COUNTY COMMISSIONERS

IBERIA PARISH

IBERIA PARISH SCHOOL BOARD

IBERVILLE PARISH COUNCIL, A LOUISIANA GOVERNMENTAL ENTITY

IBEW LOCAL 38 HEALTH AND WELFARE FUND

IBEW LOCAL 90 BENEFITS PLAN

INDIAN HEALTH COUNCIL, INC.

INDIANA COUNTY, PA

INTERGOVERNMENTAL PERSONNEL BENEFIT COOPERATIVE

INTERGOVERNMENTAL RISK MANAGEMENT AGENCY

INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150

IOWA COUNTY

IQBAL AKHTER

IREDELL COUNTY

IRON COUNTY

IRON WORKERS DISTRICT COUNCIL OF PHILADELPHIA AND VICINITY, BENEFIT FUND

IRVING B. SUGERMAN

IRWIN COUNTY, GEORGIA

ISLAND COUNTY

ITASCA COUNTY, MINNESOTA

ITAWAMBA COUNTY, MISS.

J. PAUL JONES HOSPITAL
JACKSON COUNTY

JACKSON COUNTY, ALABAMA
JACKSON COUNTY, INDIANA
JACKSON PARISH POLICE JURY
JANNA LOWRY
JASON REYNOLDS
JASPER COUNTY, GEORGIA
JAY RUSSELL, SHERIFF OF OUACHITA PARISH
JEFF DAVIS COUNTY, GA
JEFFERSON COUNTY COMMISSION
JEFFERSON COUNTY, MISSISSIPPI
JEFFERSON DAVIS PARISH POLICE JURY
JEFFERSON PARISH HOSPITAL SERVICE NO. 2

JENNINGS COUNTY

JERSEY COUNTY
JOHN CRAFT (VERNON PARISH)
JOHN E. BALANCE, SHERIFF FOR BIENVILLE
PARISH
JOHN T. FOUNDATION
JOHNSON COUNTY, GEORGIA
JONES COUNTY
JORDAN CHU

JOSHUA D. HAWLEY, MISSOURI ATTORNEY
GENERAL
JUSTIN MARKEY, THE LAW DIRECTOR FOR
THE CITY OF NORTON
KANE COUNTY, ILLINOIS
KAUFMAN COUNTY
KENDALL COUNTY, ILLINOIS
KENOSHA COUNTY

KENTUCKY RIVER DISTRICT HEALTH
DEPARTMENT
KEVIN SCHWARTZ
KIDS FIRST OF FLORIDA, INC.
KING COUNTY
KITTITAS COUNTY

KODIAK AREA NATIVE ASSOCIATION
KOOTENAI TRIBE OF IDAHO
LA CROSSE COUNTY
LAC COURTE OREILLES BAND OF LAKE
SUPERIOR CHIPPEWA INDIANS
LAC VIEUX DESERT BAND OF LAKE SUPERIOR
CHIPPEWA INDIANS
LAFAYETTE COUNTY
LAKE COUNTY
LAMAR COUNTY, ALABAMA
LANIER COUNTY, GEORGIA

IVY WOODS, SHERIFF OF JEFFERSON DAVIS
PARISH
JACK MULHALL CENTER FOR SOBER LIVING
JACKSON COUNTY BOARD OF COUNTY
COMMISSIONERS
JACKSON COUNTY, GEORGIA
JACKSON COUNTY, MISSOURI
JANE DOE
JARED EFFLER
JASPER COUNTY
JAY BRODSKY
JEAN LAFITTE TOWN
JEFFERSON COUNTY
JEFFERSON COUNTY, AL
JEFFERSON DAVIS COUNTY, MISS.
JEFFERSON PARISH HOSPITAL SERVICE NO. 1
JEFFREY F. WILEY, SHERIFF OF ASCENSION
PARISH
JERRY PHILLEY, SHERRIFF OF WEST CARROLL
PARISH
JODI SHAFFER
JOHN DOE
JOHN POHLMANN, SHERIFF OF ST. BERNARD
PARISH, LOUISIANA
JOHNSON COUNTY
JOHNSON COUNTY, TN
JONES COUNTY, GEORGIA
JOSEPH P. LOPINTO, III, SHERRIFF OF
JEFFERSON PARISH
JOSHUA H. STERN, NORTH CAROLINA
ATTORNEY GENERAL
K.I.S.S. FOUNDATION INC.

KANKAKEE CNTY
KENAITZE INDIAN TRIBE
KENNEBEC COUNTY, STATE OF MAINE
KENTUCKY LEAGUE OF CITIES INSURANCE
SERVICES
KERSHAW HEALTH

KEVIN WILK
KIMBERLY BRAND
KITSAP COUNTY
KNOX COUNTY BOARD OF COUNTY
COMMISSIONERS
KOI NATION OF NORTHERN CALIFORNIA
KRIS KOECHLEY
LABORERS 17 HEALTH BENEFIT FUND
LAC DU FLAMBEAU BAND OF CHIPPEWA
INDIANS
LACKAWANNA COUNTY, PENNSYLVANIA

LAFAYETTE GENERAL HEALTH SYSTEM, INC.
LAKEVIEW CENTER, INC.
LANGLADE COUNTY
LANTERN

| | |
|---|---|
| LAPORTE COUNTY | LAS ANIMAS COUNTY |
| LASALLE PARISH | LATAH COUNTY, IDAHO |
| LAUDERDALE COUNTY, TN | LAURENS COUNTY, GEORGIA |
| LAWRENCE COUNTY | LAWRENCE COUNTY BOARD OF COUNTY COMMISSIONERS |
| LAWRENCE COUNTY, ALABAMA | LAWRENCE COUNTY, MISS. |
| LAWRENCE COUNTY, PENNSYLVANIA | LEE COUNTY |
| LEE COUNTY, GEORGIA | LEE COUNTY, MISSISSIPPI |
| LEHIGH COUNTY, PA | LENOIR COUNTY |
| LEON COUNTY, FLORIDA | LESLIE RUTLEDGE |
| LEVY COUNTY | LEWIS COUNTY COMMISSION |
| LEWIS COUNTY, MISSOURI | LEWIS COUNTY, WASHINGTON |
| LEXINGTON, TN | LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT |
| LIA HOUSE | LICKING COUNTY BOARD OF COUNTY COMMISSIONERS |
| LIMESTONE COUNTY, ALABAMA | LINCOLN COUNTY |
| LINCOLN COUNTY, GEORGIA | LINCOLN COUNTY, MISSISSIPPI |
| LISA MILLER, THE DIRECTOR OF LAW FOR THE CITY OF BARBERTON | LIVINGSTON COUNTY |
| LIVINGSTON COUNTY, MISSOURI | LOGAN COUNTY BOARD OF COUNTY COMMISSIONERS |
| LORI SWANSON, MINNESOTA ATTORNEY GENERAL | LOU SARDELLA |
| LOUIS M. ACKAL, SHERIFF OF IBERIA PARISH, LOUISIANA | LOUISIANA ASSESSORS' INSURANCE FUND |
| LOUISIANA DEPT. OF HEALTH | LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY |
| LOUISVILLE/JEFFERSON COUNTY GOVERNMENT | LOWER SIOUX INDIAN COMMUNITY IN THE STATE OF MINNESOTA |
| LOWNDES COUNTY, ALABAMA | LOWNDES COUNTY, GEORGIA |
| LUCAS COUNTY CHILDREN SERVICES BOARD OF TRUSTEES | LUTHERAN SERVICES FLORIDA INC. |
| LUZERNE COUNTY, PA | LYON COUNTY |
| MACKENZIE PAIGE HAYS | MACON COUNTY, GEORGIA |
| MACON COUNTY, ILLINOIS | MACOUPIN COUNTY, ILLINOIS |
| MADISON COUNTY | MADISON COUNTY, ALABAMA |
| MADISON COUNTY, GEORGIA | MADISON COUNTY, TN |
| MAHONING TOWNSHIP | MANATEE COUNTY, FLORIDA |
| MANCHESTER BAND OF POMO INDIANS OF THE MANCHESTER RANCHERIA | MANITOWOC COUNTY |
| MAO-MSO RECOVERY II, LLC | MARATHON COUNTY |
| MARENGO COUNTY, ALABAMA | MARIES COUNTY, MISSOURI |
| MARINETTE COUNTY | MARION COUNTY |
| MARION COUNTY BOARD OF COUNTY COMMISSIONERS | MARION COUNTY COMMISSION |
| MARION COUNTY, MISS. | MARION REGIONAL MEDICAL CENTER, INC. |
| MARK BRNOVICH ARIZONA ATTORNEY GENERAL | MARK GARBER, SHERIFF OF LAFAYETTE PARISH |
| MARK R. HERRING VA ATTORNEY GENERAL | MARKETING SERVICES OF INDIANA, INC. |
| MARLIN N. GUSMAN, SHERIFF OF ORLEANS PARISH | MARQUETTE COUNTY |
| MARSHAL M. PITCHFORD, THE LAW DIRECTOR FOR THE CITY OF MOGADORE | MARSHAL PITCHFORD |
| MARSHALL COUNTY COMMISSION | MARSHALL COUNTY, AL |
| MARSHALL COUNTY, MISS. | MARTIN COUNTY, NC |

MARTY J. JACKLEY, SOUTH DAKOTA ATTORNEY GENERAL

MASMOUD BAMDAD, M.D., O.B.O. STATE OF CA

MASSAC COUNTY

MAVERICK COUNTY, TEXAS

MAXWELL A. NEWMAN AND CAROLINE S. NEWMAN

MAYOR & CITY COUNCIL OF BALTIMORE

MAYOR CHRIS TATUM ON BEHALF OF THE VILLAGE OF BARBOURSVILLE

MAYOR DAVID ADKINS, O.B.O. THE TOWN OF HAMLIN

MAYOR DON E. MCCOURT, ON BEHALF OF THE TOWN OF ADDISON

MAYOR FARRIS BURTON, O.B.O. THE TOWN OF WEST HAMLIN

MCDOWELL COUNTY, NC

MCDUFFIE COUNTY, GEORGIA

MCHENRY COUNTY, ILLINOIS

MECKLENBURG COUNTY

MEDICAL MUTUAL OF OHIO

MEGAN RABER, THE DIRECTOR OF LAW FOR THE CITY OF TALLMADGE

MEIGS COUNTY, OHIO

MELISSA AMBROSIO

MEMORIAL HEALTHCARE SYSTEM INC.

MENNONITE GENERAL HOSPITAL, INC.

MENOMINEE COUNTY

MENTAL HEALTH & RECOVERY SERVICES BOARD OF ALLEN, AUGLAIZE AND HARDIN COUNTIES

MENTAL HEALTH & RECOVERY SERVICES BOARD OF LUCAS COUNTY

MERCER COUNTY

MERCER COUNTY BOARD OF COUNTY COMMISSIONERS

MERCY HOUSE TEEN CHALLENGE

METROHEALTH SYSTEM

METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE

MIAMI-DADE COUNTY, FLORIDA

MICCOSUKEE TRIBE OF INDIANS OF FLORIDA

MICHAEL CHRISTY

MICHAEL ESPINOSA

MICHAEL KLODZINSKI

MICHAEL KONIG

MICHAEL LOPEZ

MICHAEL MASIOWSKI, M.D.

MICHAEL RAY LEWIS

MICHAEL TUBBS, SHERIFF OF MOREHOUSE PARISH

MIDWEST OPERATING ENGINEERS HEALTH AND WELFARE FUND

MIKE DEWINE, OHIO ATTORNEY GENERAL

MIKE HALE, IN HIS CAPACITY AS SHERRIFF OF JEFFERSON COUNTY, ALABAMA

MIKE HUNTER, OKLAHOMA ATTORNEY GENERAL

MIKE STONE, SHERIFF FOR LINCOLN PARISH

MILLS COUNTY

MILWAUKEE COUNTY, WISCONSIN

MINIDOKA COUNTY, IDAHO

MINISTER DAVID BREWTON

MINUTE MEN SELECT, INC.

MINUTE MEN, INC.

MISSOULA COUNTY

MOBILE COUNTY EMERGENCY MEDICAL SERVICES RESCUE SQUAD, INC.

MOBILE COUNTY, ALABAMA

MONITEAU COUNTY, MISSOURI

MONMOUTH COUNTY

MONONGALIA COUNTY COMMISSION

MONROE COUNTY

MONROE COUNTY BOARD OF COUNTY COMMISSIONERS

MONROE COUNTY, GEORGIA

MONROE COUNTY, MISSISSIPPI

MONTGOMERY COUNTY

MONTGOMERY COUNTY, AL

MONTGOMERY COUNTY, KANSAS

MONTGOMERY COUNTY, MARYLAND

MONTGOMERY COUNTY, MISSOURI

MONTGOMERY COUNTY, TN

MOORE COUNTY

MORGAN CITY

MORGAN COUNTY

MORGAN COUNTY COMMISSION

MORGAN COUNTY, ALABAMA

MORGAN COUNTY, TN

MORRISON COUNTY, MN

MORROW COUNTY BOARD OF COUNTY COMMISSIONERS

MOWER COUNTY, MN

MSI CORPORATION

MSP RECOVERY CLAIMS SERIES LLC

MSP RECOVERY CLAIMS, SERVICES LLC

MSPA CLAIMS 1, LLC

MUNICIPALITY OF CANOVANAS, PUERTO RICO

MUNICIPALITY OF GUAYAMA, PUERTO RICO

MUNICIPALITY OF GUAYANILLA, PUERTO RICO

MUNICIPALITY OF JUNCOS, PUERTO RICO

MUNICIPALITY OF LOIZA, PUERTO RICO

MUNICIPALITY OF RIO GRANDE, PUERTO RICO

MUNICIPALITY OF SABANA GRANDE, PUERTO RICO

MUNICIPALITY OF VEGA ALTA, PUERTO RICO

MUNICIPALITY OF YABUCOA, PUERTO RICO

MUSKEGON COUNTY, MICHIGAN

MUSKINGUM COUNTY BOARD OF COUNTY COMMISSIONERS

NADJA STREITER

NATIONAL ROOFERS UNION & EMPLOYERS JOINT HEALTH & WELFARE FUND

NATIVE VILLAGE OF AFOGNAK

NATIVE VILLAGE OF PORT HEIDEN

NESHOBA COUNTY, MISSISSIPPI

NEW HANOVER COUNTY

NEW ORLEANS MISSION, INC.

NEWMAN'S MEDICAL SERVICES, INC.

NEWTON COUNTY, GEORGIA

NEZ PIERCE TRIBE

NICHOLAS A. PADRON

NOBLE COUNTY, OHIO

NODAWAY COUNTY, MISSOURI

NORTH CADDO HOSPITAL SERVICE DISTRICT

NORTH CADDO MEDICAL CENTER

NORTH MISSISSIPPI MEDICAL CENTER INC.

NORTHAMPTON COUNTY

NORTHEAST CARPENTERS FUNDS

NORTHERN ARAPAHO TRIBE

NORTHERN CHEYENNE TRIBE

NORTHWEST ARIZONA EMPLOYEE BENEFIT TRUST

NORTON SOUND HEALTH CORPORATION

NUECES COUNTY HOSPITAL DISTRICT

NYE COUNTY, NEVADA

OCHILTREE COUNTY HOSPITAL DISTRICT

OCONEE COUNTY, GA

OCONTO COUNTY

ODYSSEY HOUSE LOUISIANA, INC.

OGLALA LAKOTA SIOUX TRIBE

OGLETHORPE COUNTY, GEORGIA

OHIO CARPENTERS HEALTH FUND

OHIO CONFERENCE OF TEAMSTERS & INDUSTRY HEALTH & WELFARE FUND

OHIO COUNTY COMMISSION

ONEIDA COUNTY

ONEIDA NATION

ONSLOW COUNTY

OPELOUSAS GENERAL HEALTH SYSTEM

OPELOUSAS GENERAL HOSPITAL AUTHORITY

ORANGE COUNTY

ORLAND FIRE PROTECTION DISTRICT

ORLEANS PARISH HOSPITAL SERVICE DISTRICT - DISTRICT A

OSAGE COUNTY, MISSOURI

OTERO COUNTY

OTTAWA COUNTY BOARD OF COUNTY COMMISSIONERS

OUR LADY OF BELLEFONTE

OVERTON COUNTY, TN

OWYHEE COUNTY, IDAHO

OZARK COUNTY, MISSOURI

PAGE COUNTY

PAIUTE-SHOSHONE TRIBE OF THE FALLON RESERVATION AND COLONY

PALA BAND OF MISSION INDIANS

PALM BEACH COUNTY

PAMELA OSBORNE

PAMLICO COUNTY

PANAMA CITY, FLORIDA

PANOLA COUNTY, MISSISSIPPI

PARISH OF DESOTO

PASCO COUNTY

PASQUOTANK COUNTY

PASSAMAQUODDY TRIBE-INDIAN TOWNSHIP

PASSAMAQUODDY TRIBE-PLEASANT POINT

PAYETTE COUNTY, IDAHO

PEACH COUNTY, GEORGIA

PENOBSCOT COUNTY

PEOPLE OF CALIFORNIA

PERRY COUNTY

PERRY COUNTY BOARD OF COUNTY COMMISSIONERS

PERRY COUNTY, MISSISSIPPI

PERSON COUNTY

PETER F. KILMARTIN, RHODE ISLAND ATTORNEY GENERAL

PETER K. MICHAEL, WYOMING ATTORNEY GENERAL

PHELPS COUNTY, MISSOURI

PHENIX CITY, ALABAMA

PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND

PIATT COUNTY, ILLINOIS

PICKENS COUNTY

PICKETT COUNTY, TN

| | |
|---|---|
| PIERCE COUNTY | PIERCE COUNTY, GEORGA |
| PIKE COUNTY BOARD OF COUNTY COMMISSIONERS | PIKE COUNTY, ALABAMA |
| PIMA COUNTY, ARIZONA | PINELLAS COUNTY, FLORIDA |
| PIONEER TELEPHONE COOPERATIVE, INC. | PIONEER TELEPHONE COOPERATIVE, INC. EMPLOYEE BENEFITS PLAN |
| PIPE FITTERS LOCAL UNION NO. 120 INSURANCE FUND | PITT COUNTY |
| PITTSYLVANIA COUNTY | PLAINS TOWNSHIP, PENNSYLVANIA |
| PLEASANTS COUNTY COMMISSION | PLUMBERS LOCAL UNION NO. 1 WELFARE FUND |
| POCAHONTAS COUNTY COMMISSION | POINTE COUPEE PARISH HEALTH SERVICES DISTRICT NUMBER 1 |
| POLICE JURY OF THE PARISH OF POINTE COUPEE, LOUISIANA | POLK COUNTY |
| POLK COUNTY, FLORIDA | POLK COUNTY, GEORGIA |
| PONCA TRIBE OF INDIANS OF OKLAHOMA | PONCA TRIBE OF NEBRASKA |
| PONTONOC HEALTH SERVICES, INC. | PORT GAMBLE S'KLALLAM TRIBE, SUQUAMISH TRIBE, AND JAMESTOWN S'KLALLAM TRIBE |
| PORTER COUNTY | POTTER VALLEY TRIBE |
| PRAIRIE ISLAND INDIAN COMMUNITY | PRARIE ISLAND INDIAN COMMUNITY |
| PRENTISS COUNTY, MISSISSIPPI | PRESIDENT WILLIAM K. "BULL" FONTENOT JR. |
| PRICE COUNTY | PRIMARY PURPOSE CENTER INC. |
| PRINCE GEORGE'S COUNTY, MARYLAND | PUEBLO COUNTY |
| PULASKI COUNTY | PULASKI COUNTY, MISSOURI |
| PULASKI COUNTY, VIRGINIA | QUINAULT INDIAN NATION |
| R.D. BURNS | RACHEL WOOD |
| RAMSEY COUNTY, MN | RANDOLPH COUNTY |
| RANDOLPH COUNTY COMMISSION | RANDY SEAL, SHERIFF OF WASHINGTON PARISH |
| RANDY SMITH, SHERIFF OF ST. TAMMANY PARISH, LOUISIANA | RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS |
| RED LAKE CHIPPEWA BAND OF CHIPPEWA INDIANS | RED RIVER FIRE PROTECTION DISTRICT |
| RED RIVER PARISH | REDWOOD VALLEY OR LITTLE RIVER BAND OF POMO INDIANS OF THE REDWOOD VALLEY RANCHERIA |
| REGINA HAPGOOD | RENO-SPARKS INDIAN COLONY |
| RESIGHINI RANCHERIA | REYNOLDS COUNTY, MISSOURI |
| RHONDA BELCHER | RICHARD COELHO |
| RICHLAND COUNTY CHILDREN'S SERVICES | RICHLAND PARISH |
| RICHMOND COUNTY, NORTH CAROLINA | RINCON BAND OF LUISENO INDIANS |
| RIPLEY COUNTY | RIPLEY COUNTY, MISSOURI |
| RISK MANAGEMENT, INC. | RITCHIE COUNTY COMMISSION |
| RIVERSIDE-SAN BERNADINO COUNTY INDIAN HEALTH, INC. | ROBERT E. MANCHESTER |
| ROBERT NORRIS BLACK, EUREKA CITY ATTORNEY | ROBESON COUNTY |
| ROBINSON RANCHERIA | ROCK COUNTY |
| ROCKDALE COUNTY, GEORGIA | ROCKINGHAM COUNTY |
| RODNEY INGLE, SHERIFF OF FAYETTE COUNTY, ALABAMA | RONALD D. STRACENER |
| RONALD RICHARDSON, SHERIFF OF SABINE PARISH | ROSARY HALL |

ROSEBUD SIOUX TRIBE

ROUND VALLEY INDIAN HEALTH CENTER INC.

ROWAN COUNTY

RUSH HEALTH SYSTEMS, INC.

RUSS BALTHIS, THE LAW DIRECTOR FOR THE CITY OF CUYAHOGA FALLS

RUTHERFORD COUNTY

SAGADAHOC COUNTY

SAINT REGIS MOHAWK TRIBE

SALT LAKE COUNTY

SAN JUAN COUNTY

SANTA ROSA COUNTY

SARPY COUNTY, NEBRASKA, A MUNICIPAL CORPORATION

SAWYER COUNTY

SCHUYLER COUNTY,

SCIOTO COUNTY BOARD OF COUNTY COMMISSIONERS

SCOTT COUNTY BOARD OF SUPERVISORS

SCOTT COUNTY, TN

SCOTTS VALLEY BAND OF POMO INDIANS

SEDGWICK COUNTY BOARD OF COUNTY COMMISSIONERS

SENECA NATION OF INDIANS

SHANNON HUNT

SHAWANO COUNTY

SHEET METAL WORKERS LOCAL NO. 25 HEALTH AND WELFARE FUND

SHELBY COUNTY BOARD OF COUNTY COMMISSIONERS

SHELBY COUNTY, MISSOURI

SID J. GAUTREAUX III, PARISH OF EAST BATON ROUGE

SKAGIT COUNTY

SMYTH COUNTY, VIRGINIA

SOMERSET COUNTY

SOUTH CENTRAL UFCW UNIONS AND EMPLOYERS HEALTH & WELFARE TRUST

SOUTHCENTRAL FOUNDATION

SOUTHEAST FLORIDA BEHAVIORAL HEALTH NETWORK INC

SOUTHWEST MISSISSIPPI REGIONAL MEDICAL CENTER

SPIRIT LAKE TRIBE

SPRINGFIELD TOWNSHIP

ST. BERNARD PARISH GOVERNMENT

ST. CLAIR COUNTY, ALABAMA

ROSS COUNTY BOARD OF COUNTY COMMISSIONERS

ROUND VALLEY INDIAN TRIBES

ROXIE WHITLEY

RUSK COUNTY

RUSSELL COUNTY, VIRGINIA

RUTHERFORD COUNTY, TN

SAINT ELIZABETH MEDICAL CENTER, INC.

SALINE COUNTY

SAN FRANCISCO CITY ATTORNEY DENNIS J. HERRERA

SANDUSKY COUNTY BOARD OF COMMISSIONERS

SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT

SAUK COUNTY

SCHLEY COUNTY, GEORGIA

SCHUYLKILL COUNTY, PA.

SCOTT ANSLUM, SHERIFF OF ST. MARY PARISH

SCOTT COUNTY INDIANA

SCOTT ELLINGTON

SEATTLE INDIAN HEALTH BOARD

SENECA COUNTY BOARD OF COUNTY COMMISSIONERS

SHAKOPEE MDEWAKANTON SIOUX COMMUNITY

SHARKEY-ISSAQUENA COMMUNITY HOSPITAL

SHEBOYGAN COUNTY

SHELBY COUNTY

SHELBY COUNTY, ALABAMA

SHINNECOCK INDIAN NATION

SISSETON-WAHPETON OYATE

SMITH COUNTY, TN

SNOHOMISH COUNTY, A WASHINGTON MUNICIPAL CORPORATION

SOUTH CENTRAL REGIONAL MEDICAL CENTER

SOUTH FORK BAND OF THE TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS

SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY

SPARTANBURG COUNTY

SPOKANE COUNTY

SQUAXIN ISLAND TRIBE

ST. CHARLES COUNTY, MISSOURI

ST. CLAIRE MEDICAL CENTER, INC.

ST. CROIX CHIPPEWA INDIANS OF WISCONSIN
ST. ELIZABETH HEALTHCARE
ST. JOHN THE BAPTIST PARISH
ST. LANDRY PARISH, LOUISIANA
ST. LOUIS COUNTY, MN
ST. MARY PARISH
ST. TAMMANY FIRE PROTECTION DISTRICT NO. 1
ST. TAMMANY FIRE PROTECTION DISTRICT NO. 13
ST. TAMMANY FIRE PROTECTION DISTRICT NO. 3
ST. TAMMANY FIRE PROTECTION DISTRICT NO. 5
ST. TAMMANY PARISH GOVERNMENT
STANDING ROCK SIOUX TRIBE

STARKE COUNTY, INDIANA
STATE OF ALASKA
STATE OF ARKANSAS
STATE OF CONNECTICUT

STATE OF FLORIDA
STATE OF ILLINOIS

STATE OF INDIANA
STATE OF MINNESOTA
STATE OF MISSOURI
STATE OF NEVADA
STATE OF NEW MEXICO
STATE OF NORTH CAROLINA
STATE OF OHIO
STATE OF OREGON
STATE OF RHODE ISLAND
STATE OF SOUTH DAKOTA
STATE OF TEXAS
STATE OF VERMONT
STATE OF WYOMING
STEPHANIE SCHWARTZ
STOCKBRIDGE-MUNSEE COMMUNITY
STONE COUNTY
STRAFFORD COUNTY
SUMMIT COUNTY PUBLIC HEALTH
SUMNER COUNTY, TN
SUMTER COUNTY, GEORGIA
SURRY COUNTY
SWINOMISH TRIBE
TALIAFERRO COUNTY, GEORGIA
TALLAHATCHIE COUNTY, MISS.
TAMA COUNTY
TANEY COUNTY
TATTNALL COUNTY, GEORGIA
TAYLOR REGIONAL HOSPITAL
TEAMSTERS HEALTH SERVICE AND INSURANCE PLAN LOCAL 404

ST. CROIX COUNTY
ST. JAMES PARISH
ST. JOSEPH COUNTY
ST. LOUIS COUNTY
ST. MARTIN PARISH
ST. MARY PARISH SCHOOL BOARD
ST. TAMMANY FIRE PROTECTION DISTRICT NO. 12
ST. TAMMANY FIRE PROTECTION DISTRICT NO. 2
ST. TAMMANY FIRE PROTECTION DISTRICT NO. 4
ST. TAMMANY PARISH CORONER'S OFFICE AND DR. CHARLES PRESTON
ST. VINCENT CHARITY MEDICAL CENTER
STARK COUNTY, OHIO BOARD OF COUNTY COMMISSIONERS
STATE OF ALABAMA
STATE OF ARIZONA
STATE OF CALIFORNIA
STATE OF DELAWARE, EX REL. MATTHEW P. DENN
STATE OF GEORGIA
STATE OF ILLINOIS AND ST. CLAIR COUNTY, ILLINOIS
STATE OF LOUISIANA
STATE OF MISSISSIPPI
STATE OF MONTANA
STATE OF NEW HAMPSHIRE
STATE OF NEW YORK
STATE OF NORTH DAKOTA
STATE OF OKLAHOMA
STATE OF PENNSYLVANIA
STATE OF SOUTH CAROLINA
STATE OF TENNESSEE
STATE OF UTAH
STATE OF WASHINGTON
STE. GENEVIEVE COUNTY
STEPHENS COUNTY
STOKES COUNTY
STONE COUNTY, MISSISSIPPI
SULLIVAN COUNTY
SUMMIT COUNTY, UTAH
SUMTER COUNTY, ALABAMA
SUNFLOWER COUNTY, MISS
SWEETWATER COUNTY
TALBOT COUNTY, MARYLAND
TALLADEGA COUNTY, ALABAMA
TALLAPOOSA COUNTY, AL
TANANA CHIEFS CONFERENCE
TATE COUNTY, MISSISSIPPI
TAYLOR COUNTY
TAZEWELL COUNTY, VIRGINIA
TEAMSTERS LOCAL 237 RETIREES' BENEFIT FUND AND TEAMSTERS LOCAL 237 WELFARE FUND

TEAMSTERS LOCAL 493 HEALTH SERVICE &
INSURANCE FUND

TEAMSTERS LOCAL 671 HEALTH SERVICE &
INSURANCE FUND

TEAMSTERS LOCAL 677 HEALTH SERVICE &
INSURANCE FUND

TEAMSTERS LOCAL NO. 348 HEALTH &
WELFARE FUND

TEAMSTERS UNION LOCAL NO. 52 HEALTH &
WELFARE FUND

TEXAS COUNTY

TEXAS OFFICE OF THE ATTORNEY GENERAL

THE ARIZONA SCHOOL ALLIANCE FOR
WORKERS' COMPENSATION, INC.

THE BEAR RIVER BAND OF ROHNERVILLE
RANCHERIA

THE BLACKFEET TRIBE OF THE BLACKFEET
INDIAN RESERVATION

THE BOARD OF COMMISSIONERS OF THE
COUNTY OF ALLEN

THE BOARD OF COMMISSIONERS OF THE
COUNTY OF FRANKLIN

THE BOARD OF COUNTY COMMISSIONERS OF
DELAWARE COUNTY, STATE OF OKLAHOMA

THE BOARD OF COUNTY COMMISSIONERS OF
GARVIN COUNTY, STATE OF OKLAHOMA

THE BOARD OF COUNTY COMMISSIONERS OF
MCCLAIN COUNTY, STATE OF OKLAHOMA

THE BOARD OF COUNTY COMMISSIONERS OF
OSAGE COUNTY, STATE OF OKLAHOMA

THE BOARD OF COUNTY COMMISSIONERS OF
OTTAWA COUNTY, STATE OF OKLAHOMA

THE BOARD OF COUNTY COMMISSIONERS OF
PAWNEE COUNTY, STATE OF OKLAHOMA

THE BOARD OF COUNTY COMMISSIONERS OF
SEMINOLE COUNTY, STATE OF OKLAHOMA

THE COUNTY OF JEFFERSON

THE BOROUGH OF RIDGEFIELD

THE BOSTON HOUSING AUTHORITY

THE BOSTON PUBLIC HEALTH COMMISSION

THE CANDLER COUNTY HOSPITAL
AUTHORITY

THE CHEROKEE NATION

THE CITY OF NEW FRANKLIN

THE COMMONWEALTH OF PA BY JAMES
MARTIN

THE COMMONWEALTH OF PUERTO RICO

THE COUNTY COMMISSION OF BARBOUR
COUNTY

THE COUNTY COMMISSION OF MASON
COUNTY

THE COUNTY COMMISSION OF MINGO
COUNTY

THE COUNTY COMMISSION OF PUTNAM
COUNTY

THE COUNTY COMMISSION OF TAYLOR
COUNTY

THE COUNTY COMMISSION OF WEBSTER
COUNTY

THE FISCAL COURT OF BOURBON COUNTY

THE FISCAL COURT OF BRACKEN COUNTY

THE FISCAL COURT OF BRECKINRIDGE
COUNTY

THE FISCAL COURT OF CAMPBELL COUNTY

THE FISCAL COURT OF CARLISLE COUNTY

THE FISCAL COURT OF CARTER COUNTY

THE FISCAL COURT OF CHRISTIAN COUNTY

THE FISCAL COURT OF CLARK COUNTY

THE FISCAL COURT OF CLAY COUNTY

THE FISCAL COURT OF CUMBERLAND
COUNTY

THE FISCAL COURT OF ELLIOTT COUNTY

THE FISCAL COURT OF ESTILL COUNTY

THE FISCAL COURT OF FLEMING COUNTY

THE FISCAL COURT OF FRANKLIN COUNTY

THE FISCAL COURT OF GARRARD COUNTY

THE FISCAL COURT OF GREEN COUNTY

THE FISCAL COURT OF GREENUP COUNTY

THE FISCAL COURT OF HARDIN COUNTY

THE FISCAL COURT OF HARLAN COUNTY

THE FISCAL COURT OF HENDERSON COUNTY

THE FISCAL COURT OF HENRY COUNTY

THE FISCAL COURT OF HOPKINS COUNTY

THE FISCAL COURT OF JESSAMINE COUNTY

THE FISCAL COURT OF KENTON COUNTY

THE FISCAL COURT OF KNOX COUNTY

THE FISCAL COURT OF LAUREL COUNTY

THE FISCAL COURT OF LEE COUNTY,
KENTUCKY

THE FISCAL COURT OF LESLIE COUNTY

THE FISCAL COURT OF LETCHER COUNTY

THE FISCAL COURT OF LINCOLN COUNTY

THE FISCAL COURT OF MADISON COUNTY

THE FISCAL COURT OF MARSHALL COUNTY

THE FISCAL COURT OF MARTIN COUNTY

THE FISCAL COURT OF MEADE COUNTY

THE FISCAL COURT OF MONTGOMERY
COUNTY

THE FISCAL COURT OF NICHOLAS COUNTY

THE FISCAL COURT OF OLDHAM COUNTY

THE FISCAL COURT OF OWEN COUNTY

THE FISCAL COURT OF OWSLEY COUNTY

THE FISCAL COURT OF PENDLETON COUNTY

| | |
|---|---|
| THE FISCAL COURT OF PERRY COUNTY | THE FISCAL COURT OF POWELL COUNTY |
| THE FISCAL COURT OF PULASKI COUNTY | THE FISCAL COURT OF ROWAN COUNTY |
| THE FISCAL COURT OF SCOTT COUNTY | THE FISCAL COURT OF SHELBY COUNTY |
| THE FISCAL COURT OF SPENCER COUNTY | THE FISCAL COURT OF UNION COUNTY |
| THE FISCAL COURT OF WAYNE COUNTY | THE FISCAL COURT OF WHITLEY |
| THE FISCAL COURT OF WOLFE COUNTY, KENTUCKY | THE FISCAL COURT OF WOODFORD |
| THE GILMER COUNTY COMMISSION | THE HOOPAH VALLEY TRIBE |
| THE INSURANCE COMMITTEE OF THE ASSESSORS' INSURANCE FUND | THE KERSHAW COUNTY HOSPITAL BOARD |
| THE LEECH LAKE BAND OF OJIBWE | THE LUMMI TRIBE OF THE LUMMI RESERVATION |
| THE MAKAH INDIAN TRIBE, A FEDERALLY RECOGNIZED INDIAN TRIBE | THE MARSHALL COUNTY HEALTH CARE AUTHORITY |
| THE MAYOR AND ALDERMAN OF THE CITY OF SAVANNAH | THE MAYOR AND COMMON COUNCIL OF WESTMINSTER, MARYLAND |
| THE MAYOR AND COUNCIL OF ROCKVILLE, MARYLAND | THE MEDICAL CENTER AT ALBANY |
| THE MEDICAL CENTER AT BOWLING GREEN | THE MEDICAL CENTER AT CAVERNA |
| THE MEDICAL CENTER AT CLINTON COUNTY, INC. | THE MEDICAL CENTER AT FRANKLIN, INC. |
| THE MEDICAL CENTER AT SCOTTSVILLE | THE MENOMINEE INDIAN TRIBE OF WISCONSIN |
| THE MONTGOMERY COUNTY BOARD OF COUNTY COMMISSIONERS | THE MUSCOGEE (CREEK) NATION |
| THE NAVAJO NATION | THE NISQUALLY INDIAN TRIBE |
| THE PARISH OF JEFFERSON | THE PASSAMAQUODDY TRIBE-INDIAN TOWNSHIP |
| THE PASSAMAQUODDY TRIBE-PLEASANT POINT | THE STATE OF COLORADO EX REL. CYNTHIA H. COFFMAN, ATTORNEY GENERAL |
| THE TOWN OF WEBSTER SPRINGS | THE TRUSTEES OF THE UNITE HERE LOCAL 634 HEALTH & WELFARE FUND |
| THE UNIFIED GOVERNMENT OF MACON BIBB COUNTY GEORGIA | THE VILLAGE OF BEDFORD PARK |
| THE VILLAGE OF BOSTON HEIGHTS | THE VILLAGE OF CLINTON |
| THE VILLAGE OF EVERGREEN PARK | THE VILLAGE OF LAKEMORE |
| THE VILLAGE OF LYONS | THE VILLAGE OF MOGADORE |
| THE VILLAGE OF PENINSULA | THE VILLAGE OF RICHFIELD |
| THE VILLAGE OF SILVER LAKE | THE VILLAGE OF SUMMIT |
| THURSTON COUNTY | TIPPAH COUNTY, MISS. |
| TIPPECANOE COUNTY, INDIANA | TISHOMINGO HEALTH SERVICES |
| TOM KOSTOFF, THE LAW DIRECTOR FOR THE CITY OF MUNROE FALLS | TONY MANCUSO, SHERIFF OF CALCASIEU PARISH |
| TOOELE COUNTY, UTAH | TOOMBS COUNTY, GEORGIA |
| TORRES MARTINEZ DESERT CAHUILLA INDIANS | TOWN OF ACQUINNAH |
| TOWN OF ACUSHNET, MASSACHUSETTS | TOWN OF AGAWAM |
| TOWN OF AMESBURY | TOWN OF AMHERST |
| TOWN OF ATHOL, MASSACHUSETTS | TOWN OF AUBURN |
| TOWN OF BALDWIN | TOWN OF BARNSTABLE |
| TOWN OF BARRINGTON | TOWN OF BELCHERTOWN |
| TOWN OF BERLIN | TOWN OF BERWICK |
| TOWN OF BETHLEHEM | TOWN OF BILLERICA |
| TOWN OF BREWSTER | TOWN OF BRIDGEWATER |
| TOWN OF BRISTOL | TOWN OF BROOKLINE, MASSACHUSETTS |
| TOWN OF BROWNSTOWN, INDIANA | TOWN OF BURRILLVILLE |

TOWN OF BUTLER, AL
TOWN OF CANTON
TOWN OF CHANDLER, INDIANA
TOWN OF CHARLTON
TOWN OF CHELMSFORD
TOWN OF CLARKSBURG
TOWN OF COVENTRY
TOWN OF CUMBERLAND, RI
TOWN OF DANVILLE, INDIANA
TOWN OF DENNIS, MASSACHUSETTS
TOWN OF DOUBLE SPRINGS, ALABAMA
TOWN OF DUDLEY
TOWN OF EAST GREENWICH
TOWN OF FAIRHAVEN, MASSACHUSETTS
TOWN OF FERRIDAY, LOUISIANA
TOWN OF FREETOWN

TOWN OF GEORGETOWN
TOWN OF GLOCESTER
TOWN OF GRANT, AL
TOWN OF HOLLISTON
TOWN OF HOPKINTON, RI
TOWN OF JAMESTOWN
TOWN OF LAKE PROVIDENCE, LOUISIANA
TOWN OF LANCASTER
TOWN OF LEVERETT
TOWN OF LONGMEADOW
TOWN OF LUNENBERG
TOWN OF MADISONVILLE
TOWN OF MARSHFIELD
TOWN OF MATTAPOISETT
TOWN OF MIDDLEBOROUGH
TOWN OF MIDDLETOWN, RHODE ISLAND
TOWN OF MOORESVILLE, INDIANA
TOWN OF NANTUCKET
TOWN OF NEW DELHI, LOUISIANA
TOWN OF NORTH ANDOVER
TOWN OF NORTH KINGSTOWN
TOWN OF NORTH READING
TOWN OF NORWELL
TOWN OF ORANGE, MASSACHUSETTS
TOWN OF PEMBROKE
TOWN OF PLAINFIELD, INDIANA
TOWN OF PLYMOUTH
TOWN OF PROVINCETOWN, MASSACHUSETTS
TOWN OF RICHMOND
TOWN OF ROCKLAND
TOWN OF SALISBURY
TOWN OF SCITUATE, MASSACHUSETTS
TOWN OF SEYMOUR
TOWN OF SHERIDAN
TOWN OF SMITHFIELD
TOWN OF SOPHIA, WEST VIRGINIA
TOWN OF SOUTH KINGSTOWN MUNICIPAL
CORPORATION
TOWN OF SPENCER

TOWN OF CALEDONIA, MISSISSIPPI
TOWN OF CARVER
TOWN OF CHARLESTOWN, RI
TOWN OF CHEEKTOWAGA
TOWN OF CHEROKEE, ALABAMA
TOWN OF CLENDENIN, WEST VIRGINIA
TOWN OF COVENTRY, RI
TOWN OF DANVERS
TOWN OF DEDHAM, MASSACHUSETTS
TOWN OF DERRY, NEW HAMPSHIRE
TOWN OF DOUGLAS
TOWN OF EAST BRIDGEWATER
TOWN OF EASTHAM
TOWN OF FALMOUTH
TOWN OF FOSTER
TOWN OF GAULEY BRIDGE, WEST VIRGINIA, A
WEST VIRGINIA
TOWN OF GERALDINE, ALABAMA
TOWN OF GRAFTON
TOWN OF HANSON
TOWN OF HOPEDALE
TOWN OF HUDSON
TOWN OF JOHNSTON, RI
TOWN OF LAKEVILLE
TOWN OF LEICESTER
TOWN OF LONDONDERRY, NEW HAMPSHIRE
TOWN OF LUDLOW
TOWN OF LYNNFIELD
TOWN OF MARBLEHEAD
TOWN OF MASHPEE
TOWN OF MCKENZIE, AL
TOWN OF MIDDLEBURY
TOWN OF MILFORD
TOWN OF MUNFORD, ALABAMA
TOWN OF NARRAGANSETT
TOWN OF NEW MILFORD
TOWN OF NORTH ATTLEBOROUGH
TOWN OF NORTH PROVIDENCE
TOWN OF NORTON
TOWN OF NORWOOD, MASSACHUSETTS
TOWN OF PALMER
TOWN OF PENDLETON
TOWN OF PLAINVILLE
TOWN OF PROSPECT
TOWN OF REHOBOTH, MASSACHUSETTS
TOWN OF RICHWOOD, LOUISIANA
TOWN OF ROXBURY
TOWN OF SANDWICH
TOWN OF SEEKONK
TOWN OF SHEFFIELD
TOWN OF SHIRLEY
TOWN OF SOMERSET
TOWN OF SOUTH HADLEY
TOWN OF SOUTHBRIDGE

TOWN OF SPRINGFIELD

| | |
|---|---|
| TOWN OF STONEHAM | TOWN OF STOUGHTON, MASSACHUSETTS |
| TOWN OF STRATFORD | TOWN OF STURBRIDGE |
| TOWN OF SUDBURY | TOWN OF SUTTON |
| TOWN OF SWAMPSCOTT | TOWN OF TEMPLETON |
| TOWN OF TEWKSBURY, MASSACHUSETTS | TOWN OF TONAWANDA |
| TOWN OF TRURO | TOWN OF TYNGSBOROUGH |
| TOWN OF UPLAND, INDIANA | TOWN OF UPTON |
| TOWN OF WAKEFIELD | TOWN OF WALLINGFORD |
| TOWN OF WARE | TOWN OF WARREN |
| TOWN OF WATERTOWN | TOWN OF WEST BOYLSTON |
| TOWN OF WEST BRIDGEWATER | TOWN OF WEST GREENWICH |
| TOWN OF WEST SPRINGFIELD | TOWN OF WEST WARWICK, RI |
| TOWN OF WESTBOROUGH | TOWN OF WESTERLY |
| TOWN OF WESTFORD | TOWN OF WHITESVILLE, WEST VIRGINIA |
| TOWN OF WILMINGTON | TOWN OF WINCHENDON, MASSACHUSETTS |
| TOWN OF WINTHROP | TOWN OF WOLCOTT |
| TOWN OF WOODVILLE, ALABAMA | TOWN OF YELLOW BLUFF, ALABAMA |
| TOWN OF ZIONSVILLE, INDIANA | TOWNSHIP OF BLOOMFIELD |
| TOWNSHIP OF IRVINGTON | TOWNSHIP OF TEANECK, NJ |
| TREATMENT WORKS INC | TREMPEALEAU COUNTY |
| TRI-COUNTY HEALTH DEPARTMENT | TROUP COUNTY, GEORGIA |
| TUCSON MEDICAL CENTER, A CORPORATION | TULALIP TRIBES |
| TUNICA-BILOXI TRIBE OF LOUISIANA | TURTLE MOUNTAIN BAND OF CHIPPEWA INDIANS |
| TUSCALOOSA COUNTY, ALABAMA | TWIGGS COUNTY, GEORGIA |
| TYLER COUNTY COMMISSION | TYLER M. ROACH |
| TYRRELL COUNTY | UFCW LOCAL 23 AND EMPLOYERS HEALTH FUND |
| UINTAH COUNTY, UTAH | UNIFIED GOVERNMENT OF WYANDOTTE COUNTY/KANSAS CITY, KANSAS |
| UNION COUNTY | UNION COUNTY, GEORGIA |
| UNION COUNTY, MISS. | UNION PARISH |
| UNION TOWNSHIP | UNITED FOOD AND COMMERCIAL WORKERS HEALTH AND WELFARE FUND OF NORTHEASTERN PENNSYLVANIA |
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1000 OKLAHOMA HEALTH AND WELFARE FUND | UNITED FOOD AND COMMERCIAL WORKERS UNION UFCW LOCAL 1529 AND EMPLOYERS HEALTH AND WELFARE PLAN AND TRUST |
| UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS HEALTH AND WELFARE FUND - ATLANTA | UNITED FOOD AND COMMERICIAL WORKERS LOCAL 1995 EMPLOYERS HEALTH AND WELFARE FUND |
| UNITED GOVERNMENT OF ATHENS-CLARKE COUNTY GEORGIA | UPPER SIOUX COMMUNITY |
| UPSHUR COUNTY COMMISSION | UTAH COUNTY, UTAH |
| VALLEY FIRE DISTRICT | VALLEY HOPE ASSOCIATION |
| VAN WERT COUNTY BOARD OF COUNTY COMMISSIONERS | VANCE COUNTY |
| VANDERBURGH COUNTY | VERMILION PARISH POLICE JURY |
| VERNON COUNTY | VIGO COUNTY, INDIANA |
| VILAS COUNTY | VILLAGE OF BELWOOD |
| VILLAGE OF BERKELEY | VILLAGE OF BRIDGEVIEW |
| VILLAGE OF BROADVIEW | VILLAGE OF BROOKLYN HEIGHTS |
| VILLAGE OF CHICAGO RIDGE | VILLAGE OF DOLTON |
| VILLAGE OF HERKIMER, NEW YORK | VILLAGE OF HILLSIDE |
| VILLAGE OF HODGKINS | VILLAGE OF HOFFMAN ESTATES |
| VILLAGE OF LAKEMORE | VILLAGE OF MARRIONETTE PARK |

VILLAGE OF MAYWOOD
VILLAGE OF NEWBURGH HEIGHTS
VILLAGE OF OAK LAWN
VILLAGE OF POSEN
VILLAGE OF RIVER GROVE
VILLAGE OF TINLEY PARK

W. ANDREW FOX
WABASH COUNTY
WALKER COUNTY

WALLA WALLA COUNTY
WALTHALL COUNTY, MISS.
WALWORTH COUNTY, WISCONSIN
WARREN COUNTY, GEORGIA
WARREN COUNTY, NC

WARRENSVILLE HEIGHTS, OHIO
WASHBURN COUNTY
WASHINGTON COUNTY, ALABAMA
WASHINGTON COUNTY, GEORGIA
WASHINGTON COUNTY, MN

WASHINGTON COUNTY, TN
WATAUGA COUNTY, NC
WAUPACA COUNTY
WAYNE COUNTY BOARD OF COUNTY
COMMISSIONERS
WAYNE STENEHJEM, NORTH DAKOTA
ATTORNEY GENERAL
WEBSTER COUNTY, MISSOURI
WEBSTER PARISH

WEST BEND MUTUAL INSURANCE COMPANY
WEST WHARTON COUNTY HOSPITAL
DISTRICT
WESTERN PENNSYLVANIA ELECTRICAL
EMPLOYEES INSURANCE TRUST FUND
WETZEL COUNTY COMMISSION
WHITE COUNTY
WHITMAN COUNTY
WILKES COUNTY
WILL COUNTY, ILLINOIS

WILLIAM HILTON, SHERIFF OF RAPIDES
PARISH
WILLIAMSON COUNTY, TN
WINNEBAGO TRIBE OF NEBRASKA
WOOD COUNTY
WORTH COUNTY, GEORGIA
WYANDOT COUNTY BOARD OF COUNTY
COMMISSIONERS
WYOMING COUNTY, PA
YADKIN COUNTY
YANCEY COUNTY

VILLAGE OF MELROSE PARK
VILLAGE OF NORTH RIVERSIDE
VILLAGE OF ORLAND PARK
VILLAGE OF RIVER FOREST
VILLAGE OF STONE PARK
VINTON COUNTY BOARD OF COUNTY
COMMISSIONERS
W.E.
WALDO COUNTY
WALKER RIVER PAIUTE TRIBE OF THE
WALKER RIVER RESERVATION
WALTER AND VIRGINIA SALMONS
WALTON COUNTY, GEORGIA
WAMPUM BOROUGH
WARREN COUNTY, MISSOURI
WARREN PRICE, LEGAL COUNSEL FOR
SPRINGFIELD TOWNSHIP
WASATCH COUNTY, UTAH
WASHINGTON COUNTY
WASHINGTON COUNTY, FLORIDA
WASHINGTON COUNTY, MISS.
WASHINGTON COUNTY, OHIO AND CITY OF
MARIETTA, OHIO
WASHINGTON POST COMPANY, LLC
WAUKESHA COUNTY, WISCONSIN
WAUSHARA COUNTY
WAYNE COUNTY, NORTH CAROLINA

WEBER COUNTY, UTAH

WEBSTER HEALTH SERVICES, INC.
WEST BATON ROUGE FIRE PROTECTION
DISTRICT NO. 1
WEST BOCA MEDICAL CENTER, INC.
WESTCARE FOUNDATION, INC.

WESTWEGO CITY

WHATCOM COUNTY
WHITFIELD COUNTY
WILCOX COUNTY, ALABAMA
WILKINSON COUNTY, GEORGIA
WILLIAM HANNA, THE LAW SOLICITOR FOR
THE VILLAGE OF RICHFIELD
WILLIAMS COUNTY BOARD OF COUNTY
COMMISSIONERS
WINNEBAGO COUNTY
WINSTON MEDICAL CENTER
WORTH COUNTY
WORTH COUNTY, MISSOURI
WYDETTE WILLIAMS, SHERRIFF OF EAST
CARROLL PARISH
WYTHE COUNTY, VIRGINIA
YALOBUSHA COUNTY, MISSISSIPPI
YERINGTON PAIUTE TRIBE

| | |
|---|---|
| YORK COUNTY | YUKON-KUSKOKWIM HEALTH CORPORATION |
| YUROK TRIBE | ZENITH INSURANCE COMPANY |
| ZNAT INSURANCE COMPANY | |

**Taxing Authorities**

| | |
|---|---|
| ALABAMA DEPARTMENT OF REVENUE | ALABAMA STATE BOARD OF PHARMACY |
| ARIZONA DEPARTMENT OF REVENUE | ARIZONA STATE BOARD OF PHARMACY |
| ARKANSAS STATE BOARD OF PHARMACY | CALIFORNIA BOARD OF EQUALIZATION |
| CALIFORNIA DEPT OF TAX & FEE ADMIN | CALIFORNIA FRANCHISE TAX BOARD |
| CALIFORNIA STATE BOARD OF PHARMACY | CITY OF CHATTANOOGA TENNESSEE |
| CITY OF DURHAM | CITY OF HAWTHORNE |
| CITY OF STAMFORD | CITY OF VALLEJO |
| CITY OF WARWICK | CITY OF WILSON |
| COLORADO BUREAU OF INVESTIGATION | COLORADO DEPARTMENT OF REGULATORY AGENCIES, DIVISION OF PROFESSIONS AND OCCUPATIONS, BOARD OF PHARMACY |
| COLORADO DEPARTMENT OF REVENUE | COLORADO STATE BOARD OF PHARMACY |
| COMMISSIONER OF REVENUE SERVICES | COMPTROLLER OF MARYLAND |
| CONNECTICUT COMMISSIONER OF REVENUE SERVICES | CONNECTICUT DEPARTMENT OF CONSUMER PROTECTION |
| CONNECTICUT STATE DEPARTMENT OF CONSUMER PROTECTION | COVENTRY FIRE DISTRICT |
| DELAWARE DIVISION OF PROFESSIONAL REGULATION | DELAWARE DIVISION OF REVENUE |
| DISTRICT OF COLUMBIA DEPARTMENT OF HEALTH, HEALTH, REGULATION AND LICENSING ADMINISTRATION | DISTRICT OF COLUMBIA TREASURER |
| FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION | FLORIDA DEPARTMENT OF HEALTH |
| FLORIDA DEPARTMENT OF REVENUE | FRANCHISE TAX BOARD |
| GEORGIA DEPARTMENT OF REVENUE | GEORGIA STATE BOARD OF PHARMACY |
| HAMILTON COUNTY TRUSTEE | IDAHO STATE BOARD OF PHARMACY |
| IDAHO STATE TAX COMMISSION | ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION |
| ILLINOIS DEPARTMENT OF REVENUE | INDIANA DEPT OF REVENUE |
| IOWA BOARD OF PHARMACY | KANSAS STATE BOARD OF PHARMACY |
| KENTUCKY BOARD OF PHARMACY | KENTUCKY STATE TREASURER |
| LOUISIANA BOARD OF DRUG AND DEVICE DISTRIBUTORS | LOUISIANA BOARD OF PHARMACY |
| LOUISIANA BOARD OF WHOLESALE DRUG DISTRIBUTORS | LOUISIANA DEPARTMENT OF HEALTH |
| MAINE DEPARTMENT OF PROFESSIONAL AND FINANCIAL REGULATION | MAINE DEPARTMENT OF PROFESSIONAL AND FINANCIAL REGULATION BOARD OF PHARMACY |
| MAINE REVENUE SERVICES | MARYLAND DEPARTMENT OF HEALTH AND MENTAL HYGIENE |
| MARYLAND PHARMACY BOARD | MASSACHUSETTS DEPARTMENT OF REVENUE |
| MICHIGAN BOARD OF PHARMACY | MICHIGAN DEPARTMENT OF TREASURY |
| MINNESOTA BOARD OF PHARMACY | MINNESOTA DEPARTMENT OF REVENUE |
| MISSISSIPPI BOARD OF PHARMACY | MISSISSIPPI DEPARTMENT OF REVENUE |
| MISSOURI BOARD OF PHARMACY | MONTANA BOARD OF PHARMACY |
| NEBRASKA DEPARTMENT OF REVENUE | NEVADA BOARD OF PHARMACY |
| NEVADA DEPARTMENT OF TAXATION | NEW HAMPSHIRE BOARD OF PHARMACY |

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF HEALTH | NEW JERSEY DEPT OF TREASURY |
| NEW MEXICO BOARD OF PHARMACY | NEW YORK CITY DEPARTMENT OF FINANCE |
| NEW YORK CITY WATER BOARD | NEW YORK DEPARTMENT OF EDUCATION - BOARD OF PHARMACY |
| NEW YORK DEPARTMENT OF HEALTH | NEW YORK STATE COMMISSIONER OF TAXATION & FIN |
| NEW YORK STATE CORPORATION | NEW YORK STATE CORPORATION TAX |
| NORTH CAROLINA DEPARTMENT OF AGRICULTURE & CONSUMER SERVICES | NORTH CAROLINA DEPARTMENT OF ENVIRONMENTAL AND NATURAL RESOURCES |
| NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES | NORTH CAROLINA DEPARTMENT OF REVENUE |
| NORTH CAROLINA DEPT OF REVENUE | NORTH DAKOTA STATE BOARD OF PHARMACY |
| OHIO DEPARTMENT OF TAXATION | OKLAHOMA STATE BOARD OF PHARMACY |
| OREGON DEPARTMENT OF REVENUE | OREGON STATE BOARD OF PHARMACY |
| PA DEPARTMENT OF REVENUE | PENNSYLVANIA DEPARTMENT OF HEALTH |
| PUERTO RICO SECRETARY OF TREASURY | RHODE ISLAND BOARD OF PHARMACY |
| RHODE ISLAND DEPARTMENT OF HEALTH | RHODE ISLAND DEPARTMENT OF HEALTH (DIV OF DRUG CTRL) |
| RHODE ISLAND DIVN OF TAXATION | SECRETARIO DE HACIENDA |
| SECRETARY OF THE STATE OF CONNECTICUT | SOUTH CAROLINA BOARD OF PHARMACY |
| SOUTH CAROLINA BUREAU OF FINANCIAL MANAGEMENT | SOUTH DAKOTA DEPARTMENT OF HEALTH |
| SOUTH DAKOTA STATE BOARD OF PHARMACY | STATE OF DELAWARE DIVISION OF PROFESSIONAL REGULATION |
| STATE OF HAWAII | STATE OF NEW HAMPSHIRE |
| STATE OF NEW JERSEY | STATE OF OHIO BOARD OF PHARMACY |
| STATE OF RHODE ISLAND | STATE OF WASHINGTON |
| STATE OF WISCONSIN DEPARTMENT OF SAFETY AND PROFESSIONAL SERVICES | TAX COLLECTOR TOWN OF COVENTRY |
| TENNESSEE BOARD OF PHARMACY | TENNESSEE DEPARTMENTARTMENT OF REVENUE |
| TEXAS DEPARTMENT OF HEALTH | TEXAS DEPARTMENT OF STATE HEALTH SERVICES |
| TEXAS STATE COMPTROLLER | TREASURER STATE OF NEW JERSEY |
| TREASURER STATE OF OHIO | UNITED STATES DEPARTMENT OF THE TREASURY |
| UNITED STATES DRUG ENFORCEMENT ADMINISTRATION | UNITED STATES FOOD AND DRUG ADMINISTRATION |
| UNITED STATES INTERNAL REVENUE SERVICE | UTAH DEPARTMENT OF COMMERCE, DIVISION OF OCCUPATIONAL AND PROFESSIONAL LICENSING |
| UTAH STATE TAX COMISSION | VERMONT DEPARTMENT OF TAXES |
| VERMONT SECRETARY OF STATE, OFFICE OF PROFESSIONAL REGULATION, BOARD OF PHARMACY | VIRGINIA BOARD OF PHARMACY |
| VIRGINIA DEPARTMENT OF TAXATION | WASHINGTON BOARD OF PHARMACY |
| WASHINGTON DEPARTMENT OF HEALTH | WEST VIRGINIA BOARD OF PHARMACY |
| WEST VIRGINIA STATE TAX DEPARTMENT | WILSON COUNTY TAX COLLECTOR |
| WYOMING BOARD OF PHARMACY | |

**Other**

NOVO NORDISK