**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Upon the motion of Jason S. Sharp to be admitted, *pro hac vice*, to represent the Ad Hoc Group of Non-Consenting States (the "**Ad Hoc Group**") in the above-referenced cases, including in any adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Texas, and admitted to the U.S. District Courts for the Eastern, Northern, Southern and Western Districts of Texas; it is hereby

**ORDERED**, that Jason S. Sharp, Esq. is admitted to practice, *pro hac vice*, in the above-referenced cases, and in any related adversary proceedings, to represent the Ad Hoc Group in the U.S. Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 4, 2019
       White Plains, New York

                                        /s/Robert D. Drain
                                     THE HONORABLE ROBERT D. DRAIN
                                     UNITED STATES BANKRUPTCY JUDGE