**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| PURDUE PHARMA L.P., *et al*., | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |
| PURDUE PHARMA L.P., *et al*., | Adv. Pro. No. 19-08289 (RDD) |
| Plaintiffs, | |
| v. | |
| COMMONWEALTH OF MASSACHUSETTS, et al., | |
| Defendants. | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of WILLIAM S. CONSOVOY (the "Movant") to be admitted, *pro hac vice*, to represent the State of Arizona, *ex rel.* Attorney General Mark Brnovich, a creditor in the above referenced main bankruptcy case and underlying adversary proceeding, and upon the Movant's certification that he is a member in good standing of the of the bars in the State of Virginia and the District of Columbia, the U.S. District Court for the District of Columbia, the U.S. District Court for the District of Nebraska, the U.S. District Court for the District of Maryland, the U.S. District Court for the Central District of Illinois, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Sixth

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Tenth Circuit, the U.S. Court of Appeals for the Eleventh Circuit, the U.S. Court of Appeals for the District of Columbia Circuit, and the Supreme Court of the United States, it is hereby

ORDERED, that WILLIAM S. CONSOVOY is admitted to practice, *pro hac vice*, in the above referenced main bankruptcy case and underlying adversary proceeding to represent the State of Arizona, *ex rel.* Attorney General Mark Brnovich, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: White Plains, New York
       November 5, 2019

                                    /s/ Robert D. Drain
                                    The Honorable Robert D. Drain
                                    United States Bankruptcy Judge