**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | |

## CERTIFICATE OF SERVICE

I, Julio Lucena, hereby certify under penalty of perjury that:

1. I am not a party to this action, am over 18 years of age, and reside in Yonkers, New York.

2. On October 2, 2019, I served true and correct copies of the following:

**NEVADA COUNTIES AND MUNICIPALITIES' JOINDER
TO THE OBJECTION OF THE UNITED STATES TRUSTEE TO MOTION OF
DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING (I) DEBTORS TO (A) PAY
PRE-PETITION WAGES, SALARIES, EMPLOYEE BENEFITS AND OTHER
COMPENSATION AND (B) MAINTAIN EMPLOYEE BENEFIT PROGRAMS AND
PAY RELATED ADMINISTRATIVE OBLIGATIONS, (II) EMPLOYEES AND
RETIREES TO PROCEED WITH OUTSTANDING WORKERS' COMPENSATION
CLAIMS AND (III) FINANCIAL INSTITUTIONS TO HONOR AND PROCESS
RELATED CHECKS AND TRANSFERS**

upon all parties who are deemed to have consented to electronic service via the Court's CM/ECF system and on the annexed service list by first class mail via the address provided for that purpose by depositing true copies thereof enclosed in securely sealed, properly addressed fully postpaid, first class mail wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the City County and State of New York.

Dated:  New York, NY
        October 29, 2019

                                                    _____
                                                    JULIO LUCENA

# MAILING SERVICE LIST

Air Liquide Industrial U.S. LP
Attn: President or General Counsel
180 W. Germantown Pike
East Norriton, PA  19401

Blue Cross and Blue Shield Association
Attn: Brendan Stuhan, Assistant General Counsel
1310 G Street NW
Washington, DC  20005

Chambers of Honorable Robert D. Drain
Purdue Pharma L.P. - Chambers Copy
US Bankruptcy Court SDNY
300 Quarropas Street, Room 248
White Plains, NY  10601

Commonwealth of Puerto Rico
Attn: Bankruptcy Department
Apartado 9020192
San Juan, PR  00902-0192

CVS Caremark Part D Services L.L.C. and Caremarkpcs Health, L.L.C.
Attn: Andrea Zollett, Senior Legal Counsel
2211 Sanders Road, NBT-9
Northbrook, IL  60062

Ikon Financial Svcs
Attn: President or General Counsel
1738 Bass Rd
Macon, GA  31210-1043

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5 Q30 133
Philadelphia, PA  19104-5016

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

LTS Lohmann Therapy Systems Corporation
Attn: Stephanie Satz, General Counsel (US)
21 Henderson Drive
West Caldwell, NJ  07006

Pension Benefit Guaranty Corporation
Attn: Adi Berger, Director
1200 K Street, NW
Washington, DC  20005

Purdue Pharma L.P.
Attn: President or General Counsel
One Stamford Forum, 201 Tresser Boulevard
Stamford, CT  06901

State of Alabama Attorney General
Attn: Bankruptcy Department
P.O. Box 300152
Montgomery, AL  36130-0152

State of Arkansas Attorney General
Attn: Bankruptcy Department
323 Center St.
Suite 200
Little Rock, AR  72201-2610

State of Colorado Attorney General
Attn: Bankruptcy Department
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO  80203

State of Florida Attorney General
Attn: Bankruptcy Department
The Capitol, PL 01
Tallahassee, FL  32399-1050

State of Georgia Attorney General
Attn: Bankruptcy Department
40 Capital Square, SW
Atlanta, GA  30334-1300

State of Idaho Attorney General
Attn: Bankruptcy Department
700 W. Jefferson Street
P.O. Box 83720
Boise, ID  83720-1000

State of Indiana Attorney General
Attn: Bankruptcy Department
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN  46204

State of Iowa Attorney General
Attn: Bankruptcy Department
1305 E. Walnut Street
Des Moines, IA  50319

State of Kansas Attorney General
Attn: Bankruptcy Department
120 SW 10th Ave., 2nd Floor
Topeka, KS  66612-1597

State of Kentucky Attorney General
Attn: Bankruptcy Department
700 Capitol Avenue, Suite 118
Frankfort, KY  40601

State of Mississippi Attorney General
Attn: Bankruptcy Department
Walter Sillers Building
550 High Street, Suite 1200, P.O. Box 220
Jackson, MS  39201

State of Nevada Attorney General
Attn: Bankruptcy Department
100 North Carson Street
Carson City, NV  89701

State of New Mexico Attorney General
Attn: Bankruptcy Department
P.O. Drawer 1508
Santa Fe, NM  87504-1508

State of Ohio Attorney General
Attn: Bankruptcy Department
30 E. Broad St., 14th Floor
Columbus, OH  43215

State of Oklahoma Attorney General
Attn: Bankruptcy Department
313 NE 21st Street
Oklahoma City, OK  73105

State of Pennsylvania Attorney General
Attn: Bankruptcy Department
Strawberry Square
16th Floor
Harrisburg, PA  17120

State of Rhode Island Attorney General
Attn: Bankruptcy Department
150 South Main Street
Providence, RI  02903

State of Virginia Attorney General
Attn: Bankruptcy Department
900 East Main Street
Richmond, VA  23219

State of Washington Attorney General
Attn: Bankruptcy Department
1125 Washington St. SE
P.O. Box 40100
Olympia, WA  98504-0100

State of Wisconsin Attorney General
Attn: Bankruptcy Department
Wisconsin Department of Justice
State Capitol, Room 114 East, P.O. Box 7857
Madison, WI  53707-7857

State of Wyoming Attorney General
Attn: Bankruptcy Department
123 Capitol Building
200 W. 24th Street
Cheyenne, WY  82002

Tennessee Attorney General's Office
Attn: Marvin Clements, Bankruptcy Division
P.O. Box 20207
Nashville, TN  37202-0207

U.S. Bank Equipment Finance
Attn: President or General Counsel
1310 Madrid Street
Marshall, MN  56258

U.S. Department of Justice
Attn: Legal Department
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

United States Attorney's Office
Attn: U.S. Attorney
300 Quarropas Street, Room 248
White Plains, NY  10601-4150

Washington DC Attorney General
Attn: Bankruptcy Department
441 4th Street, NW
Washington, DC  20001

West Boca Medical Center
Attn: Paige Kesman, Assistant General Counsel
21644 Florida Highway
Boca Raton, FL  33428