FILED
U.S. BANKRUPTCY COURT

2019 NOV -5 P 9: 55

November 1, 2019          S.D. OF N.Y.

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

*Re: In re Purdue Pharma L.P., et al,* Case No. 19-23649 (RDD)

Dear Judge Drain:

We write to you today to urge you to consider our family's story, as well as, the stories of the
many other families from which we are sure you will hear in deciding whether to allow the
lawsuit brought by Massachusetts Attorney General Maura Healy, and other Attorneys General
and states, to proceed to a trial on the merits, rather than providing the Sackler family the
protections they would be afforded by a declaration of bankruptcy. To do otherwise would
shield the Sackler family from the public disclosure of the facts and evidence establishing their
egregious and conscious choice to place profit, personal wealth, and the bottom line above the
many lives they have effectively destroyed. As attorneys, we know, firsthand, that the courts
are the consumers' greatest and final protector from the might of big corporations, whether it
be a chemical company that pollutes and poisons our water, a financial lender engaging in
predatory practices, or a pharmaceutical firm peddling a dangerous drug.  Our system of justice
demands that the allegations against the Sackler family be fully and fairly litigated in a public
and open trial, that they be judged by an impartial jury, and that they be held accountable to
those they have harmed.

        Like so many other families, our family has been directly and irrevocably harmed by
Purdue Pharma and the Sackler family and the deluge of pain medication they foisted upon
doctors to inappropriately treat pain regardless of the harmful addictive properties of this
medication. Fifteen years ago, our child, a popular, outgoing, and happy-go-lucky high school
student-athlete with a bright future, was prescribed opioid pain medicine for a routine wisdom
teeth extraction.  His oral surgeon prescribed this medication, and the pharmacist filled the
prescription, without providing us with any information or warning that it was highly addictive
medication. How could they know since the defendants kept that pivotal fact a secret?
Unaware of this fact, we placed our trust in the medical profession and the pharmaceutical
manufacturer to act in our child's best interests. Had we known then what we know today
about the addictive power of opioid painkillers, we would have refused the prescription, and
would have found a safer way to manage his minor and short-lived pain. But that is not what

happened because the defendants conspired to conceal the known danger of using these drugs to treat short term, acute pain in a teenager. Since prescribers and the media, at that time, were also in the dark, parents, like us, unfortunately trusted our doctors to prescribe safe medication to our children. We were not given the information we needed to make an informed choice not to give our kids prescription grade heroin. But we did. And, the living hell that followed from this one prescription is beyond our abilities to artfully articulate here.

Are we angry about what happened to our child and family, and, to the many others affected by the defendants' greed, callous indifference, and deceptive lies? Yes, you bet we are. Let's face it, we, the families, are powerless to redress the wrongs perpetrated by the very powerful defendants. Absent the opportunity to go to trial to expose the facts of what really happened over these many years and to seek the justice we deserve, the story will never gets told, the defendants will succeed in protecting their personal wealth and will not be held publicly accountable for their actions and choices, and we, the families, are left to pick up the pieces of our lives, to bear the enormous monetary and emotional costs of addiction, and, in far too many cases, bury our children.

We thank you for giving this momentous decision the careful consideration it deserves and, hopefully, you will take our stories into account. We end on a personal note. We are one of the luckier mothers and fathers. Our child is miraculously alive today. He is blessed with a kind heart, intelligence, charm, and an engaging personality, traits that we hope will help him live a happy and fulfilled life, despite the enduring pain the defendants have caused.

Very truly yours,

Marcia & Michael Julian