Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140



Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen first-hand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. Purdue has managed to spread the disease of addiction so vastly that the majority of the population today have seen first-hand what Oxycontin can do. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

My brother Michael's story is not unique, to this never-ending tragedy the Sackler family put in motion by their greed but still very painful. At the age of 36 Michael sought out medical attention from an injury he had gotten at work. Michael at the time was an average American citizen and was living what we would All would Hope for. He married his high school sweet heart, had a child, purchased a home and was at the same job since he was a sophomore in high school. He also was able to move up the ladder to a management position within that role.

It didn't take long for his doctor to continue to raise his prescriptions from 20s to 40s and lastly 80s of Oxycontin and for Michael to end up hospitalized twice with kidney failure. Along with losing everything that is meaningful to one's personal existent.

It didn't take long for him to get taken off his prescriptions and for him to seek an illegal alternative. Michael could no longer afford the cost Oxycontin sold on the streets and turned to heroin. It was only a short amount a time, that I received that phone call that no one never ever wants.

My Brother Died on 8/31/2012 from a fatal overdose and that day has forever changed my life. I experience grief every day of my life.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. Stand with us by standing with Maura Healey. No company should get away with profiting off lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sackler's to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

*Kimberly [signature]*