**BROWN & CONNERY, LLP**
Donald K. Ludman, Esquire
6 North Broad Street, Suite 100
Woodbury, NJ  08096
(856) 812-8900
(856) 853-9933 FAX
dludman@brownconnery.com
*Attorneys for SAP America, Inc., SAP SE, and Ariba, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors. [1] | **(Jointly Administered)** |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Donald K. Ludman, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent SAP America, Inc., SAP SE, Ariba, Inc., and their affiliates (collectively, "SAP"), creditors in the above-referenced cases.

***I certify that I am a member in good standing*** of the States of New Jersey and Delaware and have been admitted to practice in the United States District Court for the District of New Jersey, the United States District Court for the District of Delaware, and the United States District Court for the Western District of Wisconsin.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

77N3952

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

**BROWN & CONNERY, LLP**

Dated: November 12, 2019   /s/ Donald K. Ludman
Donald K. Ludman
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 (fax)
dludman@brownconnery.com

*Attorneys for SAP America, Inc., SAP SE, and Ariba, Inc.*