ASK LLP
151 West 46th Street, 4th Floor
New York, New York 10036
Tel.:(212) 267-7342
Fax:(212) 918-3427
Edward E. Neiger, Esq.
Jennifer A. Christian, Esq.

*Counsel for Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649-RDD |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

I Edward E, Neiger, Esquire, hereby certify that on November 12, 2019 a copy of the *Objection Of Ad Hoc Group Of Individual Victims Of Purdue Pharma L.P. et al. To Debtors' Motion To Assume The Prepetition Reimbursement Agreement With The Ad Hoc Committee, And To Pay The Fees And Expenses Of The Ad Hoc Committee's Professionals* was caused to be served on the following via First Class Mail or Electronic mail to the persons on the attached service list as indicated.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: November 12, 2019  
      New York, New York

ASK LLP

By: /s/ *Edward E. Neiger*  
Edward E. Neiger, Esq.  
Jennifer A. Christian, Esq.  
151 West 46th Street, 4th floor  
New York, New York 10036  
Tel.: (212) 267-7342  
Fax: (212) 918-3427  
Email: eneiger@askllp.com  
         jchristian@askllp.com

Service List

Via Electronic Mail

| NOTICE NAME | EMAIL |
|---|---|
| Attn: Scott S. Markowitz, Esq., Rocco A. Cavaliere, Esq., & Michael Z. Brownstein, Esq. | smarkowitz@tarterkrinsky.com<br>rcavaliere@ta11erkrinsky.com<br>mbrownsteinr@tarterkrinsky.com |
| Attn: Christopher B. Spuches, Esq. | cbs@agentislaw.com |
| Attn: Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, Sara L. Brauner, & Edan Lisovicz | idizengoff@akingump.com<br>apreis@akingump.com<br>mhurley@akingump.com<br>sbrauner@akingump.com<br>elisovicz@akingump.com |
| Attn: William Hao | william.hao@alston.com |
| Attn: William Sugden and Jacob Johnson | will.sugden@alston.com<br>jacob.johnson@alston.com |
| Attn: Anne Andrews, Sean T. Higgins, Robert S. Siko | aa@andrewsthornton.com<br>shiggins@andrewsthornton.com<br>rsiko@andrewsthornton.com |
| Attn: Jennifer L. Vandermeuse - Assistant Attorney General | vandermeusejl@doj.state.wi.us |
| Attn: John W. Barrett, Esq. | DonBarrettPA@gmail.com |
| Attn: Justin R. Alberto, Erin R. Fay, & Daniel N. Brogan | jalberto@bayardlaw.com<br>efay@bayardlaw.com<br>dbrogan@bayardlaw.com |
| Attn: Lawrence M. Schwab and Kenneth T. Law | Klaw@bbslaw.com |
| Attn: T Feil | bmc@ecfAlerts.com |
| Attn: Daniel S. Connolly & Robert G. Burns | daniel.connolly@bracewell.com<br>robert.burns@bracewell.com |
| Attn: Gerard T. Cicero and David J. Molton | GCicero@brownrudnick.com<br>DMolton@brownrudnick.com |
| Attn: Steven D. Pohl | spohl@brownrudnick.com |
| Attn: Jeffrey K. Garfinkle, Esq., Daniel H. Slate, Esq. | jgarfinkle@buchalter.com<br>dslate@buchalter.com |
| Attn: Bernard A. Eskandari | bernard.eskandari@doj.ca.gov |
| Attn: Kevin Maclay, James Wehner, Jeffrey Liesemer, Todd Phillips | kmaclay@capdale.com<br>jwehner@capdale.com<br>jliesemer@capdale.com<br>tphillips@capdale.com |
| Attn: Aaron R. Cahn | bankruptcy@clm.com |
| Attn: Eric M. Gold, Assistant AG | eric.gold@mass.gov |

| | |
|---|---|
| Attn: Carol E. Momjian - Senior Deputy AG | cmomjian@attorneygeneral.gov |
| Attn: J. Michael Connolly | mike@consovoymccarthy.com |
| Attn: Jonathan W. Cuneo, Esq. | jonc@cuneolaw.com |
| Attn: Jonathan W. Cuneo, Esq. | jonc@cuneolaw.com |
| Attn: Marshall Scott Huebner, Benjamin S. Kaminetzky, Timothy Graulich, Christopher Robertson and Eli J. Vonnegut | Purdue.noticing@dpw.com |
| Attn: Robert M. Adams, Artemus W. Ham, & Erica D. Entsminger | badams@egletlaw.com<br>aham@egletlaw.com<br>eentsminger@egletlaw.com |
| Attn: Geoffrey S. Goodman | ggoodman@foley.com |
| Attn: Leah M. Eisenberg, Esq. | leisenberg@foley.com |
| Attn: Suj M. Pandya and Margaret M. Anderson | spandya@foxswibel.com<br>panderson@foxswibel.com |
| Attn: Joseph D. Frank and Jeremy C. Kleinman | jfrank@fgllp.com<br>jkleinman@fgllp.com |
| Attn: Craig Literland, Kami Quinn, and Scott Gilbert | litherlandc@gilbertlegal.com<br>quinnk@gilbertlegal.com<br>gilberts@gilbertlegal.com |
| Attn: Katherine Stadler | kstadler@gklaw.com |
| Attn: Michael H. Goldstein, William P. Weintraub, & Howard S. Steel | mgoldstein@goodwinlaw.com<br>wweintraub@goodwinlaw.com<br>hsteel@goodwinlaw.com |
| Attn: Thomas M. Sobol, Lauren G. Barnes | purduebankruptcy@hbsslaw.com |
| Attn: Caleb T. Holzaepfel | Caleb.Holzaepfel@huschblackwell.com |
| Attn: Marshall C. Turner | marshall.turner@huschblackwell.com |
| Attn: Catherine L. Steege, Esq. | CSteege@jenner.com |
| Attn: Richard Levin, Esq. | rlevin@jenner.com |
| Attn: Gregory P. Joseph, Mara Leventhal, Douglas J. Pepe, Peter R. Jerdee, & Christopher J. Stanley | mleventhal@jha.com<br>dpepe@jha.com<br>pjerdee@jha.com<br>cstanley@jha.com<br>gjoseph@jha.com |
| Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| Attn: Seth A. Meyer | sam@kellerlenkner.com |
| Attn: Matthew J. Gold and Robert M. Tuchman | mgold@kkwc.com<br>rtuchman@kkwc.com |
| Attn: Kenneth Eckstein and Rachael Ringer | keckstein@kramerlevin.com<br>rringer@kramerlevin.com |
| Attn: Vadim J. Rubinstein, Esq | vrubinstein@loeb.com |
| Attn: Michael Luskin and Richard Stern | luskin@lsellp.com<br>stern@lsellp.com |

| | |
|---|---|
| Attn: Darlene M. Nowak, Esq., Robert M. Barnes, Esq. | nowak@marcus-shapira.com<br>rbarnes@marcus-shapira.com |
| Attn: Gary D. Bressler, Esquire | gbressler@mdmc-law.com |
| Attn: Michael Morano, Esquire, Nicole Leonard, Esquire | mmorano@mdmc-law.com<br>nleonard@mdmc-law.com |
| Attn: Gerard Uzzi, Esq., Eric Stodola, Esq., & Alex Lees, Esq. | guzzi@milbank.com<br>estodola@milbank.com<br>alees@milbank.com |
| Attn: Steven A. Ginther - Special Assistant AG | sdnyecf@dor.mo.gov |
| Attn: James Young | jyoung@forthepeople.com |
| Attn: Juan R. Martin | juanmartinez@forthepeople.com |
| Attn: Karen Cordry | kcordry@naag.org |
| Attn: Nicolas G. Keller - Assistant Counsel | nicolas.keller@dfs.ny.gov |
| Attn: Heather M. Crockett, Amanda K. Quick, Curtis T. Hill Jr. | Heather.Crockett@atg.in.gov |
| Attn: Lara J. Fogel, Deputy AG | lara.fogel@law.njoag.gov |
| Attn: David E. Nachman | David.Nachman@ag.ny.gov |
| Attn: Kathryn J. Blake, Assistant AG | Kathryn.Blake@ag.ny.gov |
| Attn: Muhammad Umair Khan | Umair.Khan@ag.ny.gov |
| Attn: Annemarie B. Mathews - Assistant AG | amathews@scag.gov |
| Attn: Jared Q. Libet - Assistant Deputy AG | jlibet@scag.gov |
| Attn: Denise S. Mondell, Assistant AG | Denise.Mondell@ct.gov |
| Attn: Brett T. DeLange - Deputy AG Chief, Consumer Protection Division | brett.delange@ag.idaho.gov |
| Attn: William R. Pearson - Assistant AG | william.pearson@ag.iowa.gov |
| Attn: Jill S. Abrams | Jill.abrams@vermont.gov |
| Attn: Paul Schwartzberg | paul.schwartzberg@usdoj.gov |
| Attn: Alison L. Archer, Assistant AG | Alison.Archer@ohioattorneygeneral.gov |
| Attn: Patricia D. Lazich, Assistant AG | Trish.Lazich@ohioattorneygeneral.gov |
| Attn: Melanie L. Cyganowski, Esq. & Jennifer S. Feeney | mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com |
| Attn: Melissa L. Van Eck - Senior Deputy AG | mvaneck@attorneygeneral.gov |
| Attn: Andrew M. Troop and Andrew V. Alfano | andrew.troop@pillsburylaw.com<br>andrew.alfano@pillsburylaw.com |
| Attn: Jason S. Sharp | jason.sharp@pillsburylaw.com |
| Attn: Herb Baer | purduepharmateam@primeclerk.com<br>serviceqa@primeclerk.com |
| Attn: Mark D. Fischer | mdf@rawlingsandassociates.com |
| Attn: Christopher A. Lynch | clynch@reedsmith.com |
| Attn: Claudia Z. Springer | cspringer@reedsmith.com |
| Attn: Beth Kaswan and Judith S. Scolnick | bkaswan@scott-scott.com<br>jscolnick@scott-scott.com |

| | |
|---|---|
| Attn: Bankruptcy Department | attorney.general@alaska.gov |
| Attn: Bankruptcy Department | aginfo@azag.gov |
| Attn: Bankruptcy Department | bankruptcy@coag.gov |
| Attn: Bankruptcy Department | attorney.general@po.state.ct.us |
| Attn: Bankruptcy Department | Attorney.General@state.DE.US |
| Attn: Bankruptcy Department | hawaiiag@hawaii.gov |
| Attn: Bankruptcy Department | webmaster@atg.state.il.us |
| Attn: Bankruptcy Department | ConsumerInfo@ag.state.la.us |
| Attn: Bankruptcy Department | consumer.mediation@maine.gov |
| Attn: Bankruptcy Department | oag@oag.state.md.us |
| Attn: Bankruptcy Department | ago@state.ma.us |
| Attn: Bankruptcy Department | miag@michigan.gov |
| Attn: Bankruptcy Department | Attorney.General@ag.state.mn.us |
| Attn: Bankruptcy Department | attorney.general@ago.mo.gov |
| Attn: Bankruptcy Department | contactdoj@mt.gov |
| Attn: Bankruptcy Department | ago.info.help@nebraska.gov |
| Attn: Bankruptcy Department | attorneygeneral@doj.nh.gov |
| Attn: Bankruptcy Department | askconsumeraffairs@lps.state.nj.us |
| Attn: Louis J. Testa | Louis.Testa@ag.ny.gov |
| Attn: Jessica Sutton | jsutton2@ncdoj.gov |
| Attn: Bankruptcy Department | ndag@nd.gov |
| Attn: Bankruptcy Department | consumer.hotline@doj.state.or.us |
| Attn: Bankruptcy Department | consumerhelp@state.sd.us |
| Attn: Bankruptcy Department | reg.boards@tn.gov |
| Attn: Paul L. Singer, Esq. | paul.singer@oag.texas.gov |
| Attn: Rachel R. Obaldo, Esq. | bk-robaldo@oag.texas.gov |
| Attn: Bankruptcy Department | public.information@oag.state.tx.us |
| Attn: Bankruptcy Department | uag@utah.gov |
| Attn: Bankruptcy Department | ago.info@vermont.gov |
| Attn: Abby Cunningham, Assistant AG for West Virginia | Abby.G.Cunningham@wvago.gov |
| Attn: Nicholas F. Kajon and Constantine D. Pourakis | nfk@stevenslee.com<br>cp@stevenslee.com |
| Attn: Sander L. Esserman and Peter C. D'Apice | esserman@sbep-law.com<br>dapice@sbep-law.com |
| Attn: Jay Teitelbaum, Esq. | jteitelbaum@tblawllp.com |
| Attn: Marvin Clements, Bankruptcy Division | Marvin.Clements@ag.tn.gov |
| Attn: Jordan S. Blask, Esq. | jblask@tuckerlaw.com |
| Attn: Thomas W. Waldrep, Jr., James C. Lanik, Jennifer B. Lyday | twaldrep@waldrepllp.com<br>jlyday@waldrepllp.com<br>jlanik@waldrepllp.com |

| | |
|---|---|
| Attn: Morgan R. Bentley and David D. Wallace | mbentley@bentleyandbruning.com<br>dwallace@bentleyandburning.com |
| Attn: Ben Harrington | benh@hbsslaw.com |
| Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Attn: Timothy D. Lundgren | Timothy.lundgren@doj.ca.gov |
| Attn: Eric J. Snyder | esnyder@wilkauslander.com |

Via First Class Mail:

Attn: Bankruptcy Department
Washington DC Attorney General
441 4th Street, NW
Washington, DC 20001

Attn: Paige Kesman, Assistant General Counsel
West Boca Medical Center
21644 Florida Highway
Boca Raton, FL 33428

Attn: President or General Counsel
U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

Attn: Legal Department
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Attn: U.S. Attorney
United States Attorney's Office
300 Quarropas Street, Room 248
White Plains, NY 10601-4150

Attn: Bankruptcy Department
State of Wisconsin Attorney General
Wisconsin Department of Justice
State Capitol, Room 114 East, P.O. Box 7857
Madison, WI 53707-7857

Attn: Bankruptcy Department
State of Wyoming Attorney General
123 Capitol Building
200 W. 24th Street
Cheyenne, WY 82002

Attn: Bankruptcy Department
State of Virginia Attorney General
900 East Main Street
Richmond, VA 23219

Attn: Bankruptcy Department
State of Washington Attorney General
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504-0100

Attn: Bankruptcy Department
State of Pennsylvania Attorney General
Strawberry Square
16th Floor
Harrisburg, PA 17120

Attn: Bankruptcy Department
State of Rhode Island Attorney General
150 South Main Street
Providence, RI 02903

Attn: Bankruptcy Department
State of South Carolina Attorney General
P.O. Box 11549
Columbia, SC 29211-1549

Attn: Bankruptcy Department
State of Ohio Attorney General
30 E. Broad St., 14th Floor
Columbus, OH 43215

Attn: Bankruptcy Department
State of Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Attn: Bankruptcy Department
State of Nevada Attorney General
100 North Carson Street
Carson City, NV 89701

Attn: Bankruptcy Department
State of New Mexico Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Attn: Bankruptcy Department
State of Florida Attorney General
The Capitol, PL 01
Tallahassee, FL 32399-1050

Attn: Bankruptcy Department
State of Georgia Attorney General
40 Capital Square, SW
Atlanta, GA 30334-1300

Attn: Bankruptcy Department
State of Idaho Attorney General
700 W. Jefferson Street
P.O. Box 83720
Boise, ID 83720-1000

Attn: Bankruptcy Department
State of Indiana Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Attn: Bankruptcy Department
State of Iowa Attorney General
1305 E. Walnut Street
Des Moines, IA 50319

Attn: Bankruptcy Department
State of Kansas Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612-1597

Attn: Bankruptcy Department
State of Kentucky Attorney General
700 Capitol Avenue, Suite 118
Frankfort, KY 40601

Attn: Adi Berger, Director
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005

Attn: President or General Counsel
Purdue Pharma L.P.
One Stamford Forum, 201 Tresser Boulevard
Stamford, CT 06901

Attn: Bankruptcy Department
State of Alabama Attorney General
P.O. Box 300152
Montgomery, AL 36130-0152

Attn: Bankruptcy Department
State of Arkansas Attorney General
323 Center St.
Suite 200
Little Rock, AR 72201-2610

Attn: Bankruptcy Department
State of Colorado Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

Attn: President or General Counsel
Ikon Financial Services
1738 Bass Rd
Macon, GA 31210-1043

Centralized Insolvency Operation
Internal Revenue Service
2970 Market Street
Mail Stop 5 Q30 133
Philadelphia, PA 19104-5016

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Attn: Judith A. Fiorentini - Supervising Deputy Attorney General
California Department of Justice
600 West Broadway, Suite 1800
San Diego, CA 92101

Purdue Pharma L.P. - Chambers Copy
Chambers of Honorable Robert D. Drain
US Bankruptcy Court SDNY
300 Quarropas Street, Room 248
White Plains, NY 10601


Attn: Bankruptcy Department
Commonwealth of Puerto Rico
Apartado 9020192
San Juan, PR 00902-0192

Attn: Andrea Zollett, Senior Legal Counsel
CVS Caremark Part D Services L.L.C. and Caremarkpcs Health, L.L.C.
2211 Sanders Road, NBT-9
Northbrook, IL 60062

Attn: President or General Counsel
Air Liquide Industrial U.S. LP
180 W. Germantown Pike
East Norriton, PA 19401

Attn: Brendan Stuhan, Assistant General Counsel
Blue Cross and Blue Shield Association
1310 G Street NW
Washington, DC 20005

Attn: Paul Schwartzberg
Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014