**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002

*Proposed Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| | Jointly Administered |
| Debtors. | |

**MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PURDUE PHARMA L.P.,** *ET AL.* **FOR AN ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 107(b) AND BANKRUPTCY RULE 9018 AUTHORIZING THE FILING UNDER SEAL OF PORTIONS OF THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PURDUE PHARMA L.P.,** *ET AL.* **TO DEBTORS' MOTION TO ASSUME THE PREPETITION REIMBURSEMENT AGREEMENT WITH THE AD HOC COMMITTEE, AND TO PAY THE FEES AND EXPENSES OF THE <u>AD HOC COMMITTEE'S PROFESSIONALS</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

The Official Committee of Unsecured Creditors (the "Official Committee") of Purdue Pharma L.P., *et al.* (collectively, the "Debtors") by and through its undersigned counsel, hereby submits this motion (the "Sealing Motion") pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the "Bankruptcy Code") seeking entry of an order (the "Order"), substantially in the form of **Exhibit A** attached hereto, for the purpose of redacting and filing under seal certain portions of the Objection of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al*. to the Debtors' Motion To Assume the Prepetition Reimbursement Agreement with the Ad Hoc Committee and To Pay the Fees and Expenses of the Ad Hoc Committee's Professionals (the "Objection"), filed contemporaneously herewith.[2]  In support thereof, the Official Committee respectfully represents as follows:

## BACKGROUND

1. On October 29, 2019, the Debtors filed the Debtors' Motion to Assume the Prepetition Reimbursement Agreement with the Ad Hoc Committee and To Pay the Fees and Expenses of the Ad Hoc Committee's Professionals [ECF No. 394] (the "Ad Hoc Fee Motion"). By the Ad Hoc Fee Motion, the Debtors seek authority to pay the fees of the CAHC (as defined in the Objection).

2. Upon the Official Committee's request, the CAHC has provided certain information to the Official Committee that is germane to the relief requested in the Motion. The CAHC agreed to provide some of this information only on a "confidential" and/or "professionals' eyes only" basis (the "Confidential Material"). The Confidential Material includes purportedly confidential commercial information of the CAHC, including information respecting other individual clients of the attorneys to the CAHC, as well as the CAHC's bylaws.

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Objection.

2

3.  Because the Objection and the declaration of Arik Preis filed in support thereof (the "Declaration") cite to and rely upon certain Confidential Material, the Official Committee seeks authorization to file the Objection and Declaration under seal and with redactions that relate to the Confidential Material.

## JURISDICTION AND VENUE

4.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

5.  Venue is proper under 28 U.S.C. §§ 1408 and 1409.

6.  The statutory bases for the relief requested herein are Bankruptcy Code §§ 105(a), 107(b), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 9018-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules").

## BASIS FOR RELIEF

7.  Bankruptcy Code section 107(b) provides that on the "request of a party in interest," the Court shall "protect an entity with respect to a trade secret or confidential research, development, or commercial information." 11 U.S.C. § 107(b).

8.  Under Bankruptcy Rule 9018, the Court "may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research development, or commercial information . . ." Fed. R. Bankr. P. 9018.

9.  Whether information warrants the confidential treatment is ultimately within the Court's discretion.

10. The Official Committee received the Confidential Material from the CAHC on a confidential basis. The CAHC has asserted that the material must be maintained in a manner that protects its confidentiality.

11. The Official Committee expressly requested the CAHC's permission to file the Confidential Material unredacted and the CAHC did not approve the request. The Official Committee does not agree that the Confidential Material merits confidential treatment and has made its best efforts to work with the CAHC in an effort to unseal the Confidential Material.

12. Because the Official Committee relies on the Confidential Material in order to support the arguments in its Objection and intends to respect the CAHC's confidentiality designation, it has redacted references to the Confidential Material in the Objection and Declaration and is seeking to file the Confidential Material under seal.

13. For all the foregoing reasons, the Official Committee respectfully requests that the Court enter an order authorizing the Official Committee's filing under seal of the redacted Confidential Material contained in the Objection and Declaration. The Official Committee respectfully requests that the Clerk of the Court treat such redacted information as sealed and confidential.

14. The Official Committee anticipates that the Confidential Material will remain sealed in perpetuity and the unredacted versions of the Confidential Material will be retrieved and disposed of at the conclusion of the matter. Unredacted versions of the Confidential Material will be provided to the Court and will be served on Debtors, the CAHC and the United States Trustee.

## **RESERVATION OF RIGHTS**

15. The Official Committee reserves its right to object to the designation of "confidential" or "professional eyes' only" documents, including the designation of the information contained in the Confidential Material.

16. Furthermore, the Order is proposed to be without prejudice to the rights of any party in interest, or the United States Trustee, to seek to unseal the documents, or any part thereof.

## **CONCLUSION**

WHEREFORE, the Official Committee respectfully requests that the Court authorize it to file the Confidential Material in redacted form and under seal or any such other and further relief deemed just, proper, and equitable.

| | |
|---|---|
| Dated: November 12, 2019<br>New York, NY | AKIN GUMP STRAUSS HAUER & FELD LLP<br>By:  */s/ Arik Preis*<br>Ira S. Dizengoff<br>Arik Preis<br>Mitchell Hurley<br>Sara L. Brauner<br>One Bryant Park<br>New York, New York 10036<br>Tel:  (212) 872-1000<br>Fax: (212) 872-1002<br>idizengoff@akingump.com<br>apreis@akingump.com<br>mhurley@akingump.com<br>sbrauner@akingump.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.* |

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
|  | ) ) | Case No. 19-23649 (RDD) |
| PURDUE PHARMA L.P., *et al.*,[1] | ) ) | Jointly Administered |
|  | ) | |
| Debtors. | ) ) | |

**ORDER ON MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF PURDUE PHARMA L.P., *ET AL*. FOR LEAVE TO FILE
UNDER SEAL PORTIONS OF THE OBJECTION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
OF PURDUE PHARMA L.P., *ET AL.* TO DEBTORS' MOTION
TO ASSUME THE PREPETITION REIMBURSEMENT
AGREEMENT WITH THE AD HOC COMMITTEE,
AND TO PAY THE FEES AND EXPENSES OF
THE AD HOC COMMITTEE'S PROFESSIONALS**

Upon the motion (the "Sealing Motion")[2] of the Official Committee; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding; and the Court having found that venue of this proceeding and the Sealing Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Official Committee provided appropriate notice of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used herein but not defined shall have the meanings given to them in the Sealing Motion.

Sealing Motion; and the Court having reviewed the unredacted version of the Confidential Material; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Official Committee is authorized to file a redacted version of the Objection.

2. The Official Committee is authorized to file an unredacted version of the Objection under seal.

3. This Order is without prejudice to the rights of any party in interest, or the United States Trustee, to seek to unseal the documents, or any part thereof.

4. Notice of the Sealing Motion as provided therein shall be deemed good and sufficient and the requirements of the Local Bankruptcy Rules are satisfied by such notice.

5. The Official Committee is authorized to take all actions necessary to effectuate the ruling set forth in this Order.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: November __, 2019

       White Plains, New York

                                                                                                                              _____
                                                  THE HONORABLE ROBERT D. DRAIN
                                                  UNITED STATES BANKRUPTCY JUDGE