**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>PURDUE PHARMA L.P., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>**Case No. 19-23649-rdd** |

**MOTION OF GEORGE R. CALHOUN, V, ESQUIRE TO PRACTICE *PRO HAC VICE***

I, George R. Calhoun, V, Esq., request admission, *pro hac vice*, before the Honorable Robert D. Drain, Bankruptcy Judge, to represent Ironshore Specialty Insurance Company (formerly known as TIG Specialty Insurance Company), an Interested Party in the above-referenced case.

*I certify that I am a member in good standing* of the bars of the State of Maryland and The District of Columbia.

I have submitted the filing fee of $200.00 with this motion for pro hac admission.

Dated: November 12, 2019          Respectfully submitted,

Washington, DC                    **IFRAH, PLLC**

                                  /s/   George R. Calhoun, V
                                  George R. Calhoun, V
                                  1717 Pennsylvania Avenue, NW, Suite 650
                                  Washington, DC  20006
                                  202-524-4140 (Tel.)/202-524-4141(Fax)
                                  george@ifrahlaw.com

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows:  Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.