UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* <br><br> **PURDUE PHARMA L.P.,** *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 19-23649 (RDD) <br><br> (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Donald K. Ludma, to be admitted, *pro hac vice*, to represent SAP America, Inc., SAP SE, Ariba, Inc., and their affiliates (collectively, "SAP") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the States of New Jersey and Delaware and has been admitted to practice in the United States District Court for the District of New Jersey, the United States District Court for the District of Delaware, and the United States District Court for the Western District of Wisconsin, it is hereby

**ORDERED**, that Donald K. Ludman, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent SAP, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
      November 12, 2019                                    /s/ Robert D. Drain
                                                                          The Honorable Robert D. Drain
                                                                          United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.