Office of the New York State Attorney General
Counsel for Opioids and Impact Litigation
Executive Division
28 Liberty Street
New York, New York 10005
Telephone: (212) 416-8390
Attn.: David E. Nachman

*Counsel for the People of the State of New York*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | |
| **Purdue Pharma L.P.,** *et al.*, | **Case No.: 19-23649 (RDD)** |
| | **(Chapter 11)** |
| **Debtors.**[1] | **(Jointly Administered)** |
| | **Re: Doc. No. 446** |

**CERTIFICATE OF FILING AND SERVICE**
**RE: NOTICE OF STATE COURT ORDER**

I, Louis J. Testa of the Office of the Attorney General for the State of New York, hereby certify that on the 8th day of November 2019 I electronically filed a Notice of State Court

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Crop. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425) Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SCV Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Action[2] with the Clerk of the U.S. Bankruptcy Court for the Southern District of New York using

the CM/ECF system.

November 13, 2019
New York, New York

                                        Respectfully submitted,

                                        **LETITIA JAMES**
                                        Attorney General of the State of New York


                                        By:/s/ Louis J. Testa
                                        Assistant Attorney General
                                        Civil Recoveries Bureau
                                        Bankruptcy Litigation Unit
                                        The Capitol
                                        Albany, New York 12224-0341
                                        Telephone: (518) 776-2607
                                         Email: Louis.Testa@ag.ny.gov

---

[2] Doc. No. 446 containing Exhibits "A" and "B".