**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

PURDUE PHARMA L.P., et al.,

    Debtors.

Chapter 11

Case No. 19-23649 (RDD)

(Jointly Administered)

PURDUE PHARMA L.P., et al.,

    Plaintiffs,

v.

COMMONWEALTH OF MASSACHUSETTS, et al.,

    Defendants.

Adv. Pro. No. 19-08298 (RDD)

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, <u>SCOTT R. BICKFORD</u>, request admission *pro hac vice,* before the Honorable Robert D. Drain, to represent the interests of the Ad Hoc Committee of NAS Babies (*See* Doc. 341, Verified Statement of Ad Hoc Committee), in the above-referenced case.

***I certify that I am a member in good standing*** of the bar of the States of Louisiana, Texas and Colorado, the bar of the U.S. District Court for the Eastern, Middle and Western Districts of Louisiana, U.S. District Court for the District of Minnesota; U.S. District Court for the Northern District of Ohio; U.S. District Court for the Eastern District of PA; U.S. District Court for the Eastern, Northern, Southern and Western Districts of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 14, 2019
      New Orleans, Louisiana

                                      /s/ Scott R. Bickford

                                      Martzell, Bickford & Centola
                                      338 Lafayette Street
                                      New Orleans, LA 70130
                                      E-mail: srb@mbfirm.com
                                      Telephone: 504/581-9065