**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

PURDUE PHARMAL.P., et al.,                                   Chapter 11

        Debtors.                                           Case No. 19-23649 (RDD)

                                                      (Jointly Administered)

PURDUE PHARMA L.P., et al.,

        Plaintiffs,                                         Adv. Pro. No. 19-08298 (RDD)

     v.

COMMONWEALTH OF MASSACHUSETTS, et al.,

        Defendants.

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Scott R. Bickford, to be admitted, ***pro hac vice***, to represent the interests of the Ad Hoc Committee of NAS Babies in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Louisiana, and the bars  of the U.S. District Court for the Eastern, Middle and Western Districts of Louisiana, U.S. District Court for the District of Minnesota;   U.S. District Court for the Northern District of Ohio; U.S. District Court for the Eastern District of PA; U.S. District Court for the Eastern, Northern, Southern and Western Districts of Texas, it is hereby

**ORDERED**, that Scott R. Bickford, Esquire, is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Ad Hoc Committee of NAS Babies in the United States

Bankruptcy Court for the Southern District of New York, provided that the filing fee has been

paid.

Dated:   White Plains, New York
_____, 2019


_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE