**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | |
| | Case No. 19-23649 (RDD) |
| Debtors. [1] | |
| | (Jointly Administered) |

-------------------------------------------------------- X

# MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Kent Harrison Robbins, certify that I am a member in good standing of the bar in the State of Florida and request admission *pro hac vice* before the Honorable Robert D. Drain, to represent certain creditors and/or parties-in- interest who are members of that certain Ad Hoc Committee of NAS Babies in such members' independent capacities as creditors and/or parties-in interest (the "Ad Hoc Committee") in the above- referenced cases. My office and email addresses, and my telephone and fax numbers are:

Kent Harrison Robbins
The Law Offices of Kent Harrison Robbins, P.A.
242 Northeast 27th Street
Miami, Florida 33137
Tel: (305) 532-0500
khr@khrlawoffices.com

The filing fee of $200 has been paid with the filing of this motion.

Dated: October 22, 2019
Miami, Florida

/s/ Kent Harrison Robbins
Kent Harrison Robbins

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.