AGENTIS PLLC
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
T. 305.722.2002
F. 305.489.2698
Christopher B. Spuches

*Counsel for Creditor, the Attorney General, State of Florida*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649(RDD)** |
| Debtors.¹ | **(Joint Administration Pending)** |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

**I, JOHN MATTHEW GUARD** (the "Movant"), request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Attorney General, State of Florida, a creditor in the above referenced case.

***I certify I am a member in good standing*** of the bar in the State of Florida and, the bar of the U.S. District Court for the Northern, Middle and Southern Districts of Florida.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 15, 2019

                                          **OFFICE OF THE ATTORNEY GENERAL**

                                          By:   */s/ John M. Guard*
                                                        John M. Guard
                                                        john.guard@myfloridalegal.com
                                                        The Capitol PL-01
                                                        Tallahassee, FL 32399-0001
                                                        T. 850.245.0140

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 19-23649(RDD)<br><br>(Joint Administration Pending) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of JOHN MATTHEW GUARD (the "Movant") to be admitted, ***pro hac vice***, to represent the Attorney General, State of Florida, a creditor in the above referenced case, and upon the Movant's certification that he is a member in good standing of the bar of the State of Florida and the bar of the U.S. District Court for the Northern, Middle and Southern Districts of Florida, it is

**ORDERED** that JOHN MATTHEW GUARD, Esq. is admitted to practice, ***pro hoc vice***, in the above referenced case to represent the Attorney General, State of Florida, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: November ___, 2019
      New York, New York

                                    _____
                                    THE HONORABLE ROBERT D. DRAIN
                                    UNITED STATES BANKRUPTCY JUDGE

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.