UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Xavi Flores, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 12, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of Chapter 11 Bankruptcy Case [Docket No. 198]

Dated: November 15, 2019

/s/ Xavi Flores

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 15, 2019, by Xavi Flores, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

SRF 37445

**Exhibit A**

# Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6204498 | ALREHAILI, GHADAH | ADDRESS ON FILE | | | | |
| 6204550 | ALSAMSAM, ADHAM | ADDRESS ON FILE | | | | |
| 6208980 | ANDERSON, GREG DONALD | ADDRESS ON FILE | | | | |
| 6213237 | AOKI, JEFFREY E. | ADDRESS ON FILE | | | | |
| 6226544 | BAILEY, JASON RICHARD | ADDRESS ON FILE | | | | |
| 6245847 | BELLANTONI, MARIE | ADDRESS ON FILE | | | | |
| 6247472 | BENKE, CHRISTEN MARIE | ADDRESS ON FILE | | | | |
| 6330209 | CLEMENTS, HARRY MICHAEL | ADDRESS ON FILE | | | | |
| 6341756 | COPELAND, GREGORY LE | ADDRESS ON FILE | | | | |
| 6347134 | CRAMER, ANNE CATHERINE | ADDRESS ON FILE | | | | |
| 6348875 | CRITSER, GARY MU | ADDRESS ON FILE | | | | |
| 6379930 | DIXON, JAMES RI | ADDRESS ON FILE | | | | |
| 6398070 | EISENBERG, HOWARD | ADDRESS ON FILE | | | | |
| 6442176 | GANGOLI, AMIT HARSH | ADDRESS ON FILE | | | | |
| 6442974 | GARCIA, ANTONIO G. | ADDRESS ON FILE | | | | |
| 7118090 | GARNESKI, FRANK | ADDRESS ON FILE | | | | |
| 6445970 | GARWOOD, MARK WI | ADDRESS ON FILE | | | | |
| 6461156 | GOLDEN, GARY L. | ADDRESS ON FILE | | | | |
| 6486132 | HAGG, SIGRID ANNE | ADDRESS ON FILE | | | | |
| 6492916 | HANNA, SARA EZZAT SOLI | ADDRESS ON FILE | | | | |
| 6509886 | HENRY, SHEILA SHEERECE | ADDRESS ON FILE | | | | |
| 6512538 | HERSHMAN, KENNETH D. | ADDRESS ON FILE | | | | |
| 6512540 | HERSHMAN, LLOYD STEVEN | ADDRESS ON FILE | | | | |
| 6520605 | HOGAN, CHRISTINE MARIE | ADDRESS ON FILE | | | | |
| 6536840 | HYDE, JONATHAN ALLEN | ADDRESS ON FILE | | | | |
| 6564234 | KAFI, ALI | ADDRESS ON FILE | | | | |
| 6571839 | KATO, BLYTHE MAYA | ADDRESS ON FILE | | | | |

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6575931 | KELLEHER, JOHN C. | ADDRESS ON FILE | | | | |
| 6585751 | KIM, ALBERT IKSOON | ADDRESS ON FILE | | | | |
| 6592732 | KLEIN, STEPHEN | ADDRESS ON FILE | | | | |
| 6596606 | KOEPPEL, WILLIAM MARKUS | ADDRESS ON FILE | | | | |
| 6608463 | KUPFERBERG, STEPHEN BENJAM | ADDRESS ON FILE | | | | |
| 6661795 | MALICK, NAZIA | ADDRESS ON FILE | | | | |
| 6672744 | MARTIN, THOMAS RO | ADDRESS ON FILE | | | | |
| 6684352 | MCCORMICK, DON EARL | ADDRESS ON FILE | | | | |
| 6747351 | NIROULA, ABESH | ADDRESS ON FILE | | | | |
| 6756523 | OJELADE, RILIWAN DEINDE | ADDRESS ON FILE | | | | |
| 6759307 | OLSON, ROBERT CARL | ADDRESS ON FILE | | | | |
| 6769181 | PALMER, JEFFREY STEVEN | ADDRESS ON FILE | | | | |
| 6776113 | PASTORE, OCTAVIUS JOSEPH | ADDRESS ON FILE | | | | |
| 6835216 | RIFAI, AYA | ADDRESS ON FILE | | | | |
| 6881592 | SCHWARTZ, RAYMOND | ADDRESS ON FILE | | | | |
| 6883961 | SEAGER, FIONA ELIZABETH | ADDRESS ON FILE | | | | |
| 6934870 | STEPHENS, AUGUSTUS T. | ADDRESS ON FILE | | | | |
| 6936181 | STEVENS, QUALLS E. | ADDRESS ON FILE | | | | |
| 6953480 | TANCHEL, MARK EVAN | ADDRESS ON FILE | | | | |
| 6957814 | TEGT, THOMAS JEFFRY | ADDRESS ON FILE | | | | |
| 7012862 | WELCH, JASON ADAM | ADDRESS ON FILE | | | | |
| 7015894 | WESTOVER, BRUCE EDWIN | ADDRESS ON FILE | | | | |
| 7026462 | WILSON, ERIC | ADDRESS ON FILE | | | | |
| 7027876 | WIMMER, CURT JUERGEN | ADDRESS ON FILE | | | | |
| 7037103 | WU, KATHERINE SYCHU | ADDRESS ON FILE | | | | |