UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.**, *et al.*,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 19-23649<br><br>(Jointly Administered) |

### DECHERT LLP'S FIRST SUPPLEMENTAL DECLARATION
### PURSUANT TO BANKRUPTCY RULE 2014(A)

I, Shmuel Vasser, hereby declare that the following statements are true and correct to the best of my knowledge after due inquiry as described herein:

1. I am a partner of the law firm of Dechert LLP ("**Dechert**"), which maintains offices at 1095 Avenue of the Americas, New York, New York 10036. I submit this declaration (the "**First Supplemental Declaration**") to provide additional disclosure required under Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") of Dechert's connections with potential parties-in-interest in the Debtors' chapter 11 cases (the "**Chapter 11 Cases**") as previously disclosed in Hayden Coleman's declaration (the "**Initial Declaration**") [Docket No. 424-2] filed contemporaneously with the *Application of Debtors for Authority to Retain and Employ Dechert LLP as Special Counsel to the Debtors* Nunc Pro Tunc *to the*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

5377408.3

*Petition Date* [Docket No. 424] (the "**Retention Application**").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto. To the extent any information disclosed herein requires amendment or modification upon Dechert's completion of further review or as additional party in interest information becomes available, I will submit a supplemental declaration to the Court reflecting such amended or modified information.

2. I, or someone working under my supervision, reviewed any client connections to the Debtors' chapter 11 cases to determine whether Dechert has an adverse interest to the Debtors' estates. Since the filing of the Retention Application, Dechert has continued to search its conflicts database for connections with potential parties-in-interest in these Chapter 11 Cases. To date, while its review is continuing, Dechert has not identified any representation or connections with any parties or matters that are currently adverse to the Debtors.

3. Dechert and certain of its partners, counsel, and associates currently represent and likely in the future will represent the parties listed in **Appendix 1**, all of which are either parties in interest or entities related to the Debtors' parties in interest. Dechert's representation of these entities is not related to Dechert's representation of the Debtors in the matters for which Dechert's s retention is sought.

4. Based upon the information available to me, Dechert neither represents nor holds an interest adverse to the interests of the Debtors or their estates with respect to the matters on which Dechert is to be employed.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

                                                  Shmuel Vasser

Sworn before me on this
15th day of November, 2019.

_____
Notary Public

AMANDA DONOHUE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DO6324294
Qualified in Suffolk County
Commission Expires May 4, 2023

*[Signature page for the First Supplemental Declaration of Shmuel Vasser pursuant to Bankruptcy Rule 2014(a)]*

3

# Appendix 1

## Current Clients

| Entity | Relationship to Parties |
|---|---|
| EMC Corp. | Vendor |
| Fidelity Managed Income | Vendor |
| Goldman Sachs Asset Management LP | Vendor |
| Health and Human Services Comm (Texas) | Vendor |
| Health Advances LLC | Vendor |
| Healthagen LLC | Vendor |
| J Knipper and Co. Inc. | Vendor |
| Johnson Controls Inc. | Vendor |
| Kerry Ingredients & Flavours | Vendor |
| Marsh USA Inc. | Vendor |
| Mercer Health & Benefits LLC | Vendor |
| Meridian Comp of New York | Vendor |
| Microsoft Licensing Group/ Microsoft Licensing, Inc. | Vendor |
| NCH Marketing Services Inc. | Vendor |
| News America Marketing FSI LLC | Vendor |
| Lubrizol Life Science Health Inc. (f/k/a Particle Sciences Inc.) | Vendor |
| Price Waterhouse Coopers LLP | Vendor |
| Pure Communications Inc. | Vendor |

5377408.3