**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ) | |
| ) | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* ) | |
| ) | **Case No. 19-23649 (RDD)** |
| **Debtors.** ) | |
| ) | **Jointly Administered** |
| _____ ) | |

## REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the attorney listed below hereby requests that copies of all notices and pleadings in the above-captioned Chapter 11 case be given and served upon the following attorney:

> Katherine M. McCraw
> Assistant Attorney General
> N.C. Department of Justice
> Post Office Box 629
> Raleigh, North Carolina 27602-0629
> Telephone: (919) 716-6577
> Facsimile: (919) 716-6758
> kmccraw@ncdoj.gov

Respectfully submitted, this the 15th day of November, 2019.

> JOSHUA H. STEIN
> Attorney General
>
> /s/ Katherine M. McCraw
> Katherine M. McCraw
> Assistant Attorney General
> N.C. State Bar No. 15974
> N.C. Department of Justice
> Post Office Box 629
> Raleigh, North Carolina 27602-0629
> Telephone: (919) 716-6577
> Facsimile: (919) 716-6758
> kmccraw@ncdoj.gov
>
> *Counsel for NC DHHS/DHB*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 15th day of November 2019, the foregoing document was served by filing it via the Court's CM/ECF System, which will automatically send a notification of such filing to all parties in interest via electronic mail.

/s/ Katherine M. McCraw
Katherine M. McCraw
Assistant Attorney General
N.C. State Bar No. 15974
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6577
Facsimile:  (919) 716-6758
kmccraw@ncdoj.gov

*Counsel for NC DHHS/DHB*