**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF FILING STATEMENTS IN SUPPORT BY CONSENTING STATES AND TERRITORIES TO THE DEBTORS' MOTION TO ASSUME PREPETITION REIMBURSEMENT AGREEMENT**

**PLEASE TAKE NOTICE** that on October 29, 2019, the Debtors filed a *Motion to Assume the Prepetition Reimbursement Agreement with the Ad Hoc Committee, and to Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* (the "**Motion**") [dkt. no. 394].

**PLEASE TAKE FURTHER NOTICE** that on November 15, 2019, the ad hoc committee of governmental and other contingent litigation claimants (the "**Ad Hoc Committee**") filed its *Statement in Support of Debtors' Motion to Assume Prepetition Reimbursement Agreement and Reply to Objections* (the "**AHC Statement**") [dkt. no. 486].

**PLEASE TAKE FURTHER NOTICE** that several states and territories, both members and non-members of the Ad Hoc Committee, which are among the creditors supporting the framework for a comprehensive settlement, join in the assertions made in the Motion and the AHC Statement and have prepared Statements in Support. Attached hereto as Exhibits A-Z are the Statements in Support of the Motion and the AHC Statement filed by the following states and territories:

A. Alabama
B. Alaska
C. Arkansas
D. Commonwealth of the Northern Mariana Islands

E. Georgia
F. Indiana
G. Kansas
H. Louisiana
I. Michigan
J. Mississippi
K. Missouri
L. Montana
M. Nebraska
N. New Mexico
O. North Dakota
P. Ohio
Q. South Carolina
R. South Dakota
S. Tennessee
T. Territory of American Samoa
U. Territory of Guam
V. Territory of the United States Virgin Islands
W. Texas
X. Utah
Y. West Virginia
Z. Wyoming

Dated: November 15, 2019
New York, New York

OTTERBOURG P.C.

By:  /s/ *Melanie L. Cyganowski*
Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

5921086.1