**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 19- 19-23649-rdd<br><br>(Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Neil F.X. Kelly to be admitted, ***pro hac vice***, to represent the State of Rhode Island (the "Client") in the above-captioned Chapter 11 cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Rhode Island and the bar of the U.S. District Court for the District of Rhode Island, it is hereby

**ORDERED**, that Neil F.X. Kelly, Esq. is admitted to practice, ***pro hac vice***, in the above referenced cases and any related adversary proceedings to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 18, 2019
      White Plains, New York

                                                      /s/ Robert D. Drain
                                                      UNITED STATES BANKRUPTCY JUDGE