# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| Debtors. | : | |
| | : | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Gregory D. Willard ("the Movant") to be admitted, *pro hac vice,* to represent the State of Missouri in these cases, and upon Movant's certification that the Movant is a member in good standing with the bar in the State of Missouri and is also admitted to practice before the United States District Court for the Eastern District of Missouri and the United States Supreme Court, it is hereby:

**ORDERED**, that Gregory D. Willard, Esq. is admitted to practice ***pro hac vice*** in the above referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 15, 2019
      White Plains, New York

                        /s/ Robert D. Drain_____
                        UNITED STATES BANKRUPTCY JUDGE