**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

--------------------------------------------------------------- X

### SUPPLEMENTAL NOTICE OF FILING STATEMENTS IN SUPPORT BY CONSENTING STATES AND TERRITORIES TO THE DEBTORS' MOTION TO ASSUME PREPETITION REIMBURSEMENT AGREEMENT

**PLEASE TAKE NOTICE** that on November 15, 2019, the undersigned filed a Notice attaching twenty-six (26) Statements in Support (the "**Statements in Support**") [dkt. no. 490] of the consenting states and territories in connection with the Debtors' Motion to Assume the Prepetition Reimbursement Agreement with the Ad Hoc Committee, and to Pay the Fees and Expenses of the Ad Hoc Committee's Professionals (the "**Motion**") [dkt. no. 394].

**PLEASE TAKE FURTHER NOTICE** that supplementing the previously filed Statements in Support, attached as **Exhibit A** is the Statement in Support of the Commonwealth of Puerto Rico. With the filing of the attached Statement in Support, together with the previously filed Statements in Support and the separately filed Joinder by the State of Florida [dkt. no. 487], all states and territories, both members and non-members of the ad hoc committee of governmental and other contingent litigation claimants that are among the creditors supporting the framework for a comprehensive settlement, have joined in support of the Debtors' Motion.

5920158.1

Dated: November 18, 2019
     New York, New York

                          OTTERBOURG P.C.

By:    /s/ *Melanie L. Cyganowski*
       Melanie L. Cyganowski, Esq.
       Jennifer S. Feeney, Esq.
       230 Park Avenue
       New York, New York 10169
       Telephone:   (212) 661-9100
       Facsimile:   (212) 682-6104

       Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

5920158.1