**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:

PURDUE PHARMA L.P., et al.,

    Debtors.

Chapter 11

Case No. 19-23649 (RDD)

(Jointly Administered)

---

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Scott R. Bickford to be admitted, *pro hac vice*, to represent the interests of the Ad Hoc Committee of NAS Babies in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Louisiana and the bars of the U.S. District Court for the Eastern, Middle and Western Districts of Louisiana, U.S. District Court for the District of Minnesota; U.S. District Court for the Northern District of Ohio; U.S. District Court for the Eastern District of Pennsylvania; and the U.S. District Court for the Eastern, Northern, Southern and Western Districts of Texas, it is hereby

**ORDERED**, that Scott R. Bickford, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Ad Hoc Committee of NAS Babies in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
        November 18, 2019

                                            /s/ Robert D. Drain
                                            THE HONORABLE ROBERT D. DRAIN
                                            UNITED STATES BANKRUPTCY JUDGE