# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,** | Case No. 19-23649 (RDD) |
| Debtors. | |
| **PURDUE PHARMA L.P., et al.,** | |
| Plaintiffs, | Adv. Pro. No. 19-08289 (RDD) |
| v. | |
| **COMMONWEALTH OF MASSACHUSETTS, et al.,** | |
| Defendants. | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the People of the State of California.

By filing this appearance, the People of the State of California do not submit voluntarily, or otherwise, to the jurisdiction of this Court. *See, e.g.*, *In re Feldman*, 309 B.R. 422, 428 (Bankr. E.D.N.Y. 2004).

Date: November 18, 2019

/s/Michelle Burkart
Michelle Burkart
Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, California 90013
email:  michelle.burkart@doj.ca.gov
tel:      (213) 269-6357
fax:     (213) 897-2802

## **CERTIFICATE OF SERVICE**

I certify that on November 18, 2019, I caused a copy of the foregoing Appearance of Counsel to be filed electronically and that this document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Michelle Burkart
Michelle Burkart