BALLARD SPAHR LLP
Tobey M. Daluz
Laurel D. Roglen
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Tel: (302) 252-4465
Fax: (302) 252-4466

*Counsel to DuPont de Nemours, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| PURDUE PHARMA L.P., *et al.*,[1] | ) Case No. 19-23649 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL PLEADINGS AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Ballard Spahr LLP ("Ballard Spahr") hereby appears in the above-captioned cases as counsel to DuPont de Nemours, Inc. ("DuPont"). Ballard Spahr enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and requests pursuant to Rules 2002(i), 9007 and 9010 (b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), that copies of all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Tobey M. Daluz, Esquire
Laurel D. Roglen, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801
Tel: (302) 252-4465
Fax: (302) 252-4466
daluzt@ballardspahr.com
roglenl@ballardspahr.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statement of affairs, operating report, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise, that affects the debtor, property of the debtor, or property of the estate.

**PLEASE TAKE FURTHER NOTICE** that the foregoing attorneys for Ballard Spahr LLP consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the attorneys identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in this case.

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance shall not be deemed or construed to be a waiver of rights of DuPont (i) to have final orders in noncore matters entered only after de-novo review by a district judge; (ii) to trial by jury in any proceeding so triable in this case, or in any case, controversy, or proceeding related to this case; (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to assert or exercise any other rights, claims, actions, defenses, setoffs, or recoupments to which DuPont is or may be entitled, in law or

in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: November 18, 2019                    */s/ Laurel D. Roglen*
                                            Tobey M. Daluz
                                            Laurel D. Roglen
                                            BALLARD SPAHR LLP
                                            919 N. Market Street, 11th Floor
                                            Wilmington, DE 19801
                                            Tel: (302) 252-4465
                                            Fax: (302) 252-4466

                                            *Counsel for DuPont de Nemours, Inc.*

## CERTIFICATE OF SERVICE

I, Laurel D. Roglen, hereby certify that, on this 18th day of November, 2019, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* to be served via CM/ECF notice and upon the following individuals as noted below.

| | |
|---|---|
| Marshall S. Huebner, Esq.<br>Timothy Graulich, Esq.<br>Eli J. Vonnegut, Esq.<br>Davis Polk & Wardwell, LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>*Counsel for the Debtors*<br>*Via First-Class Mail* | Paul Schwartzberg, Esq.<br>Office of the United State Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>*Via First-Class Mail* |

/s/ *Laurel D. Roglen*
Laurel D. Roglen
BALLARD SPAHR LLP

DMEAST #39140748 v1