| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Kenneth H. Eckstein<br>David E. Blabey Jr.<br>Rachael Ringer<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100 | GILBERT LLP<br>Scott D. Gilbert (admitted *pro hac vice*)<br>Craig Litherland (admitted *pro hac vice*)<br>Kami E. Quinn (admitted *pro hac vice*)<br>100 New York Ave, NW, Suite 700<br>Washington, D.C. 20005<br>Telephone: (202) 772-2200 |
| BROWN RUDNICK LLP<br>David J. Molton<br>Steven D. Pohl (admitted *pro hac vice*)<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800 | OTTERBOURG P.C.<br>Melanie L. Cyganowski<br>Jennifer S. Feeney<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: (212) 661-9100 |

*Attorneys for the Ad Hoc Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
:
In re:                                                          :     Chapter 11
:
PURDUE PHARMA L.P., *et al.*,                                   :     Case No. 19-23649 (RDD)
:
                                   Debtors.                     :     (Jointly Administered)
:
------------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         :
                          : ss
COUNTY OF NEW YORK        :

I, Benjamin Minerva, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed by Kramer Levin Naftalis & Frankel LLP and I am not a party to the above-captioned action.

2. On November 18, 2019, I served true and correct copies of the following documents via email and/or First Class Mail upon the parties set forth in the Master Service List as of November 11, 2019:

- *Motion to Exceed Page Limit for Ad Hoc Committee's Statement in Support of Debtors' Motion to Assume Prepetition Reimbursement Agreement [Dkt. No. 484]*

- *Ad Hoc Committee's Statement in Support of Debtors' Motion to Assume Prepetition Reimbursement Agreement and Reply to Objections [Dkt. No. 486]*

3. On November 18, 2019, I served a true and correct copy of both the *Notice of Filing Statement in Support by Consenting States and Territories to the Debtors' Motion to Assume Prepetition Reimbursement Agreement [Dkt. No. 490]* and the *Supplemental Notice of Filing Statements in Support by Consenting States and Territories to the Debtors' Motion to Assume Prepetition Reimbursement Agreement [Dkt. No. 495]* upon the following:

Attn: Paul K. Schwartzberg
Office of the United States Trustee
Southern District of New York
201 Varick Street, Suite 1006
New York, NY 10014
**Via Hand-Delivery**

_____
Benjamin E. Minerva

_____
Notary Public

SAMUEL JACOB BECK
Notary Public, State of New York
NO: 01BE6398441
Qualified in New York County
Commission Expires September 30, 2023