**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X
:
In re:                                                                    :    Chapter 11
                                                                          :
PURDUE PHARMA L.P., *et al.*,                                             :    Case No. 19-23649 (RDD)
                                                                          :
                              Debtors.                                    :    (Jointly Administered)
                                                                          :
------------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

I, Jennifer S. Feeney, pursuant to 28 U.S.C. § 1746, hereby certify that:

1. On November 15, 2019, I caused a true and correct copy of the document listed below to be filed via the Court's ECF system and served on the parties of the Master Service List via e-mail:

- Notice of Filing Statements in Support by Consenting States and Territories to the Debtors' Motion to Assume Prepetition Reimbursement Agreement [dkt. no. 490]

2. On November 18, 2019, I caused a true and correct copy of the document listed below to be filed via the Court's ECF system and served on the parties on the Master Service List via e-mail:

- Supplemental Notice of Filing Statements in Support by Consenting States and Territories to the Debtors' Motion to Assume Prepetition Reimbursement Agreement [dkt. no. 495]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 18, 2019
New York, New York

                                                  By:    /s/ *Jennifer S. Feeney*
                                                          Jennifer S. Feeney

5923579.2