DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## AMENDED[2] AGENDA FOR NOVEMBER 19, 2019 HEARING

| | |
|---|---|
| Time and Date of Hearing: | November 19, 2019 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Robert D. Drain<br>United States Bankruptcy Court for the Southern District of New York<br>300 Quarropas Street<br>White Plains, New York 10601 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Amended items are noted in bold.

## I.    UNCONTESTED MATTERS:

1.    ***Commercial Lease Rejection Motion.*** Motion of Debtors for Entry of an Order (I) Authorizing the Rejection of Commercial Lease and (II) Granting Related Relief [ECF No. 435]

    Objection Deadline: November 15 at 4:00 p.m. (prevailing Eastern Time)

    Responses Received: None

    Related Documents:

        **A. Certificate of No Objection Under 28 U.S.C. §1746 Regarding Notice of Hearing on Debtors' Motion for Entry of an Order (I) Authorizing the Rejection of Commercial Lease and (II) Granting Related Relief [ECF No. 507]**

    Status: This matter is going forward on an uncontested basis.

2.    ***Ordinary Course Professionals.*** Motion of Debtors for Authority to Employ Professionals Used in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date [ECF No. 128]

    Objection Deadline: October 3, 2019 at 4:00 p.m. (prevailing Eastern Time); extended to November 15, 2019 at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors and the Ad Hoc Committee[3]

    Responses Received: The Debtors have received informal responses from the U.S. Trustee, the Official Committee of Unsecured Creditors, and the Ad Hoc Committee.

    Related Documents:

        **A. Notice of Filing of Revised Proposed Order Authorizing Debtors to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Petition Date [ECF No. 513]**

    Status: This matter is going forward on an uncontested basis.

---

[3] The "**Ad Hoc Committee**" refers to the ad hoc committee of governmental and other contingent litigation claimants represented by Kramer Levin Naftalis & Frankel LLP, Brown Rudnick LLP, Gilbert LLP and Otterbourg P.C. (notice of appearance filed at Docket No. 147).

3.    ***Interim Compensation Motion.*** Debtors' Motion Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [ECF No. 434]

> Objection Deadline: November 15 at 4:00 p.m. (prevailing Eastern Time)

> Responses Received: The Debtors have received informal responses from the U.S. Trustee.

> Related Documents:

> > **A. Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Notice of Debtors' Motion Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [ECF No. 510]**

> Status: This matter is going forward on an uncontested basis.

4.    ***Dechert Retention Application.*** Application of Debtors for Authority to Retain and Employ Dechert LLP as Special Counsel to the Debtors Nunc Pro Tunc to the Petition Date [ECF No. 424]

> Objection Deadline: November 15 at 4:00 p.m. (prevailing Eastern Time)

> Responses Received: The Debtors have received informal responses from the U.S. Trustee.

> Related Documents:

> > **A. Dechert LLP's First Supplemental Declaration Pursuant to Bankruptcy Rule 2014(A) [ECF No. 488]**

> > **B. Certification of No Objection Under 28 U.S.C. § 1746 Regarding Notice of Hearing on Application of Debtors for Authority to Retain and Employ Dechert LLP as Special Counsel to the Debtors Nunc Pro Tunc to the Petition Date [ECF No. 505]**

> Status: This matter is going forward on an uncontested basis.

5.    ***King & Spalding Retention Application.*** Application of Debtors for Authority to Retain and Employ King & Spalding LLP as Special Counsel to the Debtors Nunc Pro Tunc to the Petition Date [ECF No. 427]

> Objection Deadline: November 15 at 4:00 p.m. (prevailing Eastern Time)

3

Responses Received: The Debtors have received informal responses from the U.S. Trustee and the Official Committee of Unsecured Creditors.

Related Documents: None

Status: This matter is going forward on an uncontested basis.

6. ***AlixPartners Retention Application.*** Debtors' Application for Authority to Retain and Employ AlixPartners, LLP as Financial Advisor Nunc Pro Tunc to the Petition Date [ECF No. 429]

Objection Deadline: November 15 at 4:00 p.m. (prevailing Eastern Time)

Responses Received: The Debtors have received informal responses from the U.S. Trustee.

Related Documents:

A. **Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Notice of Hearing on Debtors' Application for an Order Authorizing the Debtors to Retain and Employ AlixPartners, LLP as Financial Advisor Nunc Pro Tunc to the Petition Date [ECF No. 506**]

Status: This matter is going forward on an uncontested basis.

7. ***Prime Clerk Retention Application.*** Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date [ECF No. 439]

Objection Deadline: November 15 at 4:00 p.m. (prevailing Eastern Time)

Responses Received: The Debtors have received informal responses from the U.S. Trustee.

Related Documents:

A. **Certificate of no Objection Under 28 U.S.C. § 1746 Regarding Notice of Hearing on Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date [ECF No. 509]**

Status: This matter is going forward on an uncontested basis.

8. ***Akin Gump Retention Application.*** Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. to Retain and Employ Akin

Gump Strauss Hauer & Feld LLP as Counsel, Nunc Pro Tunc to September 26, 2019 [ECF No. 421]

Objection Deadline: November 15 at 4:00 p.m. (prevailing Eastern Time)

Responses Received: None

Related Documents: None

Status: This matter is going forward on an uncontested basis.

9.    ***Bayard P.A. Application.***  Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Bayard, P.A. as Efficiency Counsel to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to September 29, 2019 [ECF No. 422]

Objection Deadline: November 15 at 4:00 p.m. (prevailing Eastern Time)

Responses Received: None

Related Documents: None

Status: This matter is going forward on an uncontested basis.

10.   ***Province, Inc. Retention Application.***  Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. to Retain and Employ Province, Inc. as Financial Advisor Nunc Pro Tunc to October 1, 2019 [ECF No. 423]

Objection Deadline: November 15 at 4:00 p.m. (prevailing Eastern Time)

Responses Received: None

Related Documents: None

Status: This matter is going forward on an uncontested basis.

11.   ***Jefferies Retention Application.***   Application for Order Authorizing Employment and Retention of Jefferies LLC as Investment Banker to the Official Committee of Unsecured Creditors Nunc Pro Tunc to October 4, 2019 [ECF No. 425]

Objection Deadline: November 15 at 4:00 p.m. (prevailing Eastern Time)

Responses Received: None

Related Documents:

5

**A. Notice of Filing of Revised Proposed Order Authorizing Employment and Retention of Jefferies LLC as Investment Banker to the Official Committee of Unsecured Creditors Nunc Pro Tunc to October 4, 2019 [ECF No. 511]**

Status: This matter is going forward on an uncontested basis.

12. ***Kurtzman Carson Retention Application.*** Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. to Retain and Employ Kurtzman Carson Consultants LLC as Information Agent, Nunc Pro Tunc to November 1, 2019 [ECF No. 426]

Objection Deadline: November 15 at 4:00 p.m. (prevailing Eastern Time)

Responses Received: None

Related Documents: None

Status: This matter is going forward on an uncontested basis.

13. ***Creditor Information Access Motion***. Motion of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information [ECF No. 415]

Objection Deadline: November 15, 2019 at 4:00 p.m. (prevailing Eastern Time)

Responses Received: None

Related Documents: None

Status: This matter is going forward on an uncontested basis.

## II.   CONTESTED MATTERS:

14. ***Cash Management Motion***. Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Continue to Use Existing Cash Management Systems and Maintain Existing Bank Accounts and Business Forms and (II) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 5]

Objection Deadline: October 3, 2019 at 4:00 p.m. (prevailing Eastern Time); extended to October 8, 2019 for the Official Committee of Unsecured Creditors and the Ad Hoc Committee

Responses Received:

    A.  Objection of the United States Trustee to Motion of Debtors for Entry of Final Order Authorizing (I) Debtors to Continue Using Existing Cash Management Systems and Maintain Existing Bank Accounts and Business Forms and (II) Financial Institutions to honor and Process Related Checks and Transfers [ECF No. 206]

    B.  The Debtors have received informal responses from the Official Committee of Unsecured Creditors, and the Ad Hoc Committee.

Reply:

    A.  Debtors' Reply to Objection of the United States Trustee to Motion of Debtors for Entry of Final Order Authorizing (I) Debtors to Continue Using Existing Cash Management Systems and Maintain Existing Bank Accounts and Business Forms and (II) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 480]

    B.  Supplemental Declaration of Jon Lowne in Support of Debtors' Motion for Entry of Final Order Authorizing (I) Debtors to Continue to Use Existing Cash Management Systems and Maintain Existing Bank Accounts and Business Forms And (II) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 480-1]

Related Documents:

    A.  Interim Order Authorizing (I) Debtors to Continue to Use Existing Cash Management Systems and Maintain Existing Bank Accounts and Business Forms and (II) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 61]

Status: This matter is going forward on a contested basis. The hearing with respect to this matter shall be an evidentiary hearing.

15.    ***Davis Polk Retention Application.*** Application of Debtors for Authority to Employ and Retain Davis Polk & Wardwell LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date [ECF No. 419]

Objection Deadline: November 15 at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

    A.  Objection of the United States Trustee to Entry of Orders Approving the Retentions of (1) Davis Polk & Wardwell, LLP (2) Skadden Arps Slate Meagher & Flom, LLP and (3) Wilmer Cutler Pickering Hale and Dorr [ECF No. 465]

7

Reply:

    **A. Debtors' Reply to the Objection of the United States Trustee to Debtors' Application for an Order Authorizing Employment and Retention of Davis Polk & Wardwell LLP, Skadden, Arps, Slate, Meagher & Flom LLP and Wilmer Cutler Pickering Hale and Dorr as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date [ECF No. 502]**

Status: This matter is going forward on a contested basis.

16.    ***Skadden Arps Retention Application.***  Application of Debtors for Authority to Retain and Employ Skadden, Arps, Slate, Meagher & Flom LLP as Special Counsel to the Debtors Nunc Pro Tunc to the Petition Date [ECF No. 438]

Objection Deadline: November 15 at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

    A.  Objection of the United States Trustee to Entry of Orders Approving the Retentions of (1) Davis Polk & Wardwell, LLP (2) Skadden Arps Slate Meagher & Flom, LLP and (3) Wilmer Cutler Pickering Hale and Dorr [ECF No. 465]

Reply:

    **A. Debtors' Reply to the Objection of the United States Trustee to Debtors' Application for an Order Authorizing Employment and Retention of Davis Polk & Wardwell LLP, Skadden, Arps, Slate, Meagher & Flom LLP and Wilmer Cutler Pickering Hale and Dorr as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date [ECF No. 502]**

Status: This matter is going forward on a contested basis.

17.    ***Wilmer Cutler Retention Application.***  Application of Debtors for Authority to Retain and Employ Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel to the Debtors Nunc Pro Tunc to the Petition Date [ECF No. 428]

Objection Deadline: November 15 at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

    A.  Objection of the United States Trustee to Entry of Orders Approving the Retentions of (1) Davis Polk & Wardwell, LLP (2) Skadden Arps Slate Meagher & Flom, LLP and (3) Wilmer Cutler Pickering Hale and Dorr [ECF No. 465]

Reply:

8

> **A. Debtors' Reply to the Objection of the United States Trustee to Debtors' Application for an Order Authorizing Employment and Retention of Davis Polk & Wardwell LLP, Skadden, Arps, Slate, Meagher & Flom LLP and Wilmer Cutler Pickering Hale and Dorr as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date [ECF No. 502]**

Status: This matter is going forward on a contested basis.

18.    ***Ad Hoc Committee Reimbursement Motion.*** Motion to Assume the Prepetition Reimbursement Agreement with Ad Hoc Committee, and to Pay the Fees and Expenses of the Ad Hoc Committee's Professionals  [ECF No. 394]

> Objection Deadline: November 12, 2019 at 4:00 p.m. (prevailing Eastern Time)

> Responses Received:

> A. Objection of Ad Hoc Group of Individual Victims of Purdue Pharma L.P., *et al*. to Debtors' Motion to Assume the Prepetition Reimbursement Agreement with the Ad Hoc Committee, and to Pay the Fees and Expenses of the Ad Hoc Committee's Professionals [ECF No. 454]

> B. Joinder of the NAS Babies Ad Hoc Committee to the Objection of Ad Hoc Group of Individual Victims of Purdue Pharma L.P. Et Al. to Debtors' Motion to Assume the Prepetition Reimbursement Agreement with the Ad Hoc Committee, and to Pay the Fees and Expenses of the Ad Hoc Committee's Professionals [ECF No. 458]

> C. Objection of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. to Debtors' Motion to Assume the Prepetition Reimbursement Agreement with the Ad Hoc Committee, and to Pay the Fees and Expenses of the Ad Hoc Committee's Professionals [ECF No. 459]

> D. Joinder of The Private Insurance Class Claimants To Objection of Official Committee of Unsecured Creditors To Debtors' Motion To Assume Pre-Petition Reimbursement Agreement With Ad Hoc Committee [ECF No. 462]

> E. Objection to Motion to Assume the Prepetition Reimbursement Agreement with the Ad Hoc Committee, and to Pay the Professional Fees and Expenses of the Ad Hoc Committee's Professionals [ECF No. 463]

9

F. Certain Tribes Adoption of and Joinder to Objection of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. [Dkt 459] to Debtors' Motion to Assume Prepetition Reimbursement Agreement with the Ad Hoc Committee, and to Pay the Fees and Expenses of the Ad Hoc Committee's Professionals [ECF No. 468]

G. Statement of the Ad Hoc Group of Non-Consenting States in Support of Purdue's Motion to Assume the Prepetition Reimbursement Agreement with the Ad Hoc Committee, and to Pay the Fees and Expenses of the Ad Hoc Committee's Professionals [ECF No. 469]

H. Objection of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. to Debtors' Motion to Assume the Prepetition Reimbursement Agreement with the Ad Hoc Committee, and To Pay the Fees and Expenses of the Ad Hoc Committee's Professionals [UNREDACTED] [ECF No. 472]

I. Notice of (A) Filing of Unredacted (I) Objection of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. to Debtors' to Assume the Prepetition Reimbursement Agreement with the Ad Hoc Committee, and To Pay the Fees and Expenses of the Ad Hoc Committee's Professionals and (II) Declaration of Arik Preis in Support Thereof and (B) Withdrawal of Sealing Motion [ECF No. 474]

J. Ad Hoc Committee's Statement in Support of Debtors' Motion to Assume Prepetition Reimbursement Agreement and Reply to Objections [ECF No. 486]

K. The State of Florida's Joinder to Debtors Omnibus Reply Brief in Further Support of Motion to Assume the Prepetition Reimbursement Agreement with the Ad Hoc Committee, and to Pay the Fees and Expenses of the Ad Hoc Committees Professionals and Ad Hoc Committees Statement in Support of Debtors Motion to Assume Prepetition Reimbursement Agreement and Reply to Objections [ECF No. 487]

L. **Notice of Filing Statements in Support by Consenting States and Territories to the Debtor's Motion to Assume Prepetition Reimbursement Agreement [ECF No. 490]**

M. **Supplemental Notice of Statements in Support by Consenting States and Territories to the Debtor's Motion to Assume Prepetition Reimbursement Agreement [ECF No. 495]**

Reply:

    A. Debtors' Omnibus Reply Brief in Further Support of Motion to Assume the Prepetition Reimbursement Agreement with the Ad Hoc Committee, and to Pay the Fees and Expenses of the Ad Hoc Committee's Professionals [ECF No. 482]

Related Documents:

    A. Declaration of Arik Preis in Support of the Objection of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. to the Debtors' Motion to Assume the Prepetition Reimbursement Agreement with the Ad Hoc Committee, and to Pay the Fees and Expenses of the Ad Hoc Committee's Professionals [ECF No. 460]

    B. Objection of the United States Trustee to the Motion of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. For An Order Pursuant to Bankruptcy Code Sections 105(a) and 107(b) and Bankruptcy Rule 9018 Authorizing The Filing Under Seal Of Portions Of The Objection Of The Official Committee Of Unsecured Creditors Of Purdue Pharma L.P. et al. To Debtors Motion To Assume The Prepetition Reimbursement Agreement With The Ad Hoc Committee, And To Pay The Fees And Expenses Of The Ad Hoc Committees Professionals [ECF No. 467]

    C. Declaration of Arik Preis in Support of the Objection of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. to the Debtors' Motion to Assume the Prepetition Reimbursement Agreement with the Ad Hoc Committee, and To Pay the Fees and Expenses of the Ad Hoc Committee's Professionals [UNREDACTED] [ECF No. 473]

    D. Declaration of Jamie O'Connell in Support of Debtors' Motion to Assume the Prepetition Reimbursement Agreement with the Ad Hoc Committee, and to Pay the Fees and Expenses of the Ad Hoc Committee's Professionals [ECF No. 483]

    E. Motion to Exceed Page Limit for Ad Hoc Committees Statement in Support of Debtors Motion to Assume Prepetition Reimbursement Agreement and Reply to Objections [ECF No. 484]

Status: This matter is going forward on a contested basis. The hearing with respect to this matter shall be an evidentiary hearing.

III. **ADJOURNED MATTERS:**

19.   ***Wages Motion***.  Motion of Debtors for Entry of an Order Authorizing (I) Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 6]

Objection Deadline: October 3, 2019 at 4:00 p.m. (prevailing Eastern Time) (for all parties other than the Official Committee of Unsecured Creditors and the Ad Hoc Committee)

Responses Received:

A.  Objection of the United States Trustee to Motion of Debtors for Entry of Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 134]

B.  Nevada Counties And Municipalities' Joinder to the Objection of the United States Trustee to Motion of Debtors for Entry of Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 190]

C.  The Commonwealth of Pennsylvania's Joinder to the Objection of the United States Trustee to Motion of Debtors for Entry of Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 196]

D.  Joinder/Objection by the Ad Hoc Group of Non-Consenting States to Motion of Debtors for Entry of Order Authorizing (I) Debtors to

12

       (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims And (III) Financial Institutions to Honor and Process Related Checks And Transfers [ECF No. 197]

E.    Joinder of the State of Arizona to the Objection of the United States Trustee to Motion of Debtors for Entry of Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 201]

F.    Letter of Linda A. Lacewell, Superintendent of New York State Department of Financial Services Re: Requested Payments to Purdue Pharma Employees [ECF No. 99]

G.    Letter of Dan Colucci Regarding Severance for Former Purdue Pharma L.P. Employees [ECF No. 103]

H.    The Debtors have received informal responses from American Express National Bank, American Express Travel Related Services Company, Inc. and their affiliates, the Official Committee of Unsecured Creditors and the Ad Hoc Committee.

<u>Reply</u>:

A.    Debtors' Omnibus Reply in Support of Motion For Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Administrative Obligations, (II) Employee and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 235]

<u>Related Documents</u>:

A.    Interim Order Authorizing (I) Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 62]

B. Supplemental Declaration of Jon Lowne in Support of Motion For Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Administrative Obligations, (II) Employee and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 236]

C. Notice of Filing of Revised Proposed Final Order Authorizing (I) Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 256]

D. Final Order signed on 10/15/2019 Granting Motion Authorizing (1) Debtors to (A)Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and; (III) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 309]

E. Notice of Adjournment of Certain Matters Scheduled for November 6, 2019 at 10:00 a.m. [ECF No. 344]

F. Notice of Adjournment of Certain Matters Scheduled for November 19, 2019 at 2:00 p.m. [ECF No. 478]

Status: This matter is being adjourned to the hearing scheduled for December 4, 2019 at 2:00 p.m.

20. ***PJT Partners Retention Application.*** Debtors' Application for Authority to Retain and Employ AlixPartners, LLP as Financial Advisor Nunc Pro Tunc to the Petition Date [ECF No. 430]

Objection Deadline: December 12 at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

A. Objection Of The United States Trustee To Entry Of Order Approving The Retention Of PJT Partners LP As Investment Banker For The Debtors [ECF No. 471]

Related Documents:

14

      A. Notice of Adjournment of Hearing Regarding Debtors' Application to Employ PJT Partners LP as Investment Banker Nunc Pro Tunc to the Petition Date [ECF No. 464]

<u>Status</u>: This matter is being adjourned to the hearing scheduled for December 19, 2019 at 2:00 p.m.

21.    ***Ernst & Young Retention Application.***  Debtors' Application to Employ Ernst & Young as Its Auditors, Nunc Pro Tunc to the Petition Date [ECF No. 432]

    <u>Objection Deadline</u>: November 15 at 4:00 p.m. (prevailing Eastern Time)

    <u>Responses Received</u>:

      A. Objection Of The United States Trustee To Entry Of Order Approving The Retention Of Ernst & Young LLP As The Auditor For The Debtors [ECF No. 485]

    <u>Reply</u>:

      **A. Reply of Debtors in Support of Debtors' Application to Employ Ernst & Young as its Auditor, Nunc Pro Tunc to the Petition Date [ECF No. 500]**

    <u>Related Documents</u>:

      **A. Supplemental Declaration of Devon M. Brady in Further Support of Debtor's Application for Order Authorizing Retention and Employment of Ernst & Young LLP as its Auditor, Nunc Pro Tunc to the Petition Date [ECF No. 499]**

      **B. Notice of Adjournment of Hearing Regarding Debtors' Application to Employ Ernst & Young as its Auditor, Nunc Pro Tunc to the Petition Date [ECF No. 515]**

<u>Status</u>: This matter is being adjourned to the hearing scheduled for December 19, 2019 at 2:00 p.m.

Dated:    November 18, 2019
          New York, New York

DAVIS POLK & WARDWELL LLP

By:   /s/ *Eli J. Vonnegut*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut

*Proposed Counsel to the Debtors*
*and Debtors in Possession*