**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | ) Case No. 19-23649 (RDD) |
| Debtors.[1] | ) (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of George M. O'Connor to be admitted, *pro hac vice*, to represent the Multi-State Governmental Entities Group[2] in the above-referenced bankruptcy cases and related adversary proceedngs, and upon the movant's certification that the movant is a member in good standing of the bar of Massachusetts, as well as the bars of the U.S. District Court for the District of Massachusetts and the U.S. Court of Appeals for the First Circuit, it is hereby

ORDERED that George M. O'Connor, Esq., is admitted to practice, *pro hac vice*, in the above referenced bankruptcy cases and related adversary proceedings to represent the Multi-State Governmental Entities Group in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] As such group may be identified in any statement under Fed. R. Bankr. P. 2019.

Dated:  November 20, 2019
       White Plains, New York

                                                  /s/ Robert D. Drain
                                                  HON. ROBERT D. DRAIN
                                                  UNITED STATES BANKRUPTCY JUDGE