AKIN GUMP STRAUSS HAUER & FELD LLP
Ira Dizengoff
Arik Preis
Mitchell Hurley
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
apreis@akingump.com
mhurley@akingump.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

SOPHIA LEVY

1. I am employed in the County of New York, New York. I am over the age of 18 and not a party to the within action; my business address is: One Bryant Park, New York, New York, 10036.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.      I certify that on November 18, 2019 I caused a true and correct copy of the *Notice of Filing of Revised Proposed Order Authorizing Employment and Retention of Jefferies LLC as Investment Banker to the Official Committee of Unsecured Creditors Nunc Pro Tunc to October 4, 2019* [Docket No. 511], to be served via email and via first-class U.S. mail, postage prepaid on the parties listed on the annexed **Exhibit A** and **Exhibit B** respectively.

New York, New York
Dated: November 21, 2019

_____
Sophia Levy

# EXHIBIT A

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Agentis PLLC | Attn: Christopher B. Spuches, Esq. | cbs@agentislaw.com |
| Alston & Bird LLP | Attn: William Sugden and Jacob Johnson | will.sugden@alston.com<br>jacob.johnson@alston.com |
| Alston & Bird LLP | Attn: William Hao | william.hao@alston.com |
| Andrews & Thornton | Attn: Anne Andrews, Sean T. Higgins, Robert S. Siko | aa@andrewsthornton.com<br>shiggins@andrewsthornton.com<br>rsiko@andrewsthornton.com |
| Attorney General for the State of Wisconsin | Attn: Jennifer L. Vandermeuse | vandermeusejl@doj.state.wi.us |
| Barrett Law Group, P.A. | Attn: John W. Barrett, Esq. | DonBarrettPA@gmail.com |
| Bayard, P.A. | Attn: Justin R. Alberto, Erin R. Fay, & Daniel N. Brogan | jalberto@bayardlaw.com<br>efay@bayardlaw.com<br>dbrogan@bayardlaw.com |
| Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab and Kenneth T. Law | Klaw@bbslaw.com |
| BMC Group, Inc. | Attn: T Feil | bmc@ecfAlerts.com |
| Bracewell LLP | Attn: Daniel S. Connolly & Robert G. Burns | daniel.connolly@bracewell.com<br>robert.burns@bracewell.com |
| Brown Rudnick LLP | Attn: Gerard T. Cicero and David J. Molton | GCicero@brownrudnick.com<br>DMolton@brownrudnick.com |
| Brown Rudnick LLP | Attn: Steven D. Pohl | spohl@brownrudnick.com |
| Buchalter, a Professional Corporation | Attn: Jeffrey K. Garfinkle, Esq., Daniel H. Slate, Esq. | jgarfinkle@buchalter.com<br>dslate@buchalter.com |
| California Department of Justice | Attn: Bernard A. Eskandari | bernard.eskandari@doj.ca.gov |
| Caplin & Drysdale, Chartered | Attn: Kevin Maclay, James Wehner, Jeffrey Liesemer, Todd Phillips | kmaclay@capdale.com<br>jwehner@capdale.com<br>jliesemer@capdale.com<br>tphillips@capdale.com |
| Carter Ledyard & Milburn LLP | Attn: Aaron R. Cahn | bankruptcy@clm.com |
| Commonwealth of Massachusetts | Attn: Eric M. Gold, Assistant AG | eric.gold@mass.gov |

1

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Commonwealth of Pennsylvania | Attn: Carol E. Momjian - Senior Deputy AG | cmomjian@attorneygeneral.gov |
| Consovoy McCarthy PLLC | Attn: J. Michael Connolly | mike@consovoymccarthy.com |
| Cuneo Gilbert & Laduca, LLP | Attn: Jonathan W. Cuneo, Esq. | jonc@cuneolaw.com |
| Cuneo Gilbert & Laduca, LLP | Attn: Jonathan W. Cuneo, Esq. | jonc@cuneolaw.com |
| Davis Polk & Wardwell LLP | Attn: Marshall Scott Huebner, Benjamin S. Kaminetzky, Timothy Graulich, Christopher Robertson and Eli J. Vonnegut | Purdue.noticing@dpw.com |
| Eglet Adams | Attn: Robert M. Adams, Artemus W. Ham, & Erica D. Entsminger | badams@egletlaw.com<br>aham@egletlaw.com<br>eentsminger@egletlaw.com |
| Foley & Lardner LLP | Attn: Geoffrey S. Goodman | ggoodman@foley.com |
| Foley & Lardner LLP | Attn: Leah M. Eisenberg, Esq. | leisenberg@foley.com |
| Fox Swibel Levin & Carroll LLP | Attn: Suj M. Pandya and Margaret M. Anderson | spandya@foxswibel.com<br>panderson@foxswibel.com |
| Frankgecker LLP | Attn: Joseph D. Frank and Jeremy C. Kleinman | jfrank@fgllp.com<br>jkleinman@fgllp.com |
| Gilbert, LLP | Attn: Craig Literland, Kami Quinn, and Scott Gilbert | litherlandc@gilbertlegal.com<br>quinnk@gilbertlegal.com<br>gilberts@gilbertlegal.com |
| Godfrey & Kahn, S.C. | Attn: Katherine Stadler | kstadler@gklaw.com |
| Goodwin Procter LLP | Attn: Michael H. Goldstein, William P. Weintraub, & Howard S. Steel | mgoldstein@goodwinlaw.com<br>wweintraub@goodwinlaw.com<br>hsteel@goodwinlaw.com |
| Hagens Berman Sobol Shapiro LLP | Attn: Thomas M. Sobol and Lauren G. Barnes | purduebankruptcy@hbsslaw.com |
| Husch Blackwell LLP | Attn: Caleb T. Holzaepfel | Caleb.Holzaepfel@huschblackwell.com |
| Husch Blackwell LLP | Attn: Marshall C. Turner | marshall.turner@huschblackwell.com |
| Jenner & Block, LLP | Attn: Catherine L. Steege, Esq. | CSteege@jenner.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Jenner & Block, LLP | Attn: Richard Levin, Esq. | rlevin@jenner.com |
| Joseph Hage Aaronson LLC | Attn: Gregory P. Joseph, Mara Leventhal, Douglas J. Pepe, Peter R. Jerdee, & Christopher J. Stanley | mleventhal@jha.com<br>dpepe@jha.com<br>pjerdee@jha.com<br>cstanley@jha.com<br>gjoseph@jha.com |
| Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| Keller Lenkner LLC | Attn: Seth A. Meyer | sam@kellerlenkner.com |
| Kleinberg, Kaplan, Wolff & Cohen, P.C. | Attn: Matthew J. Gold and Robert M. Tuchman | mgold@kkwc.com<br>rtuchman@kkwc.com |
| Kramer Levin Naftalis & Frankel | Attn: Kenneth Eckstein and Rachael Ringer | keckstein@kramerlevin.com<br>rringer@kramerlevin.com |
| Loeb & Loeb LLP | Attn: Vadim J. Rubinstein, Esq | vrubinstein@loeb.com |
| Luskin, Stern & Eisler LLP | Attn: Michael Luskin and Richard Stern | luskin@lsellp.com<br>stern@lsellp.com |
| Marcus & Shapira LLP | Attn: Darlene M. Nowak, Esq. and Robert M. Barnes, Esq. | nowak@marcus-shapira.com<br>rbarnes@marcus-shapira.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler, Esquire | gbressler@mdmc-law.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Michael Morano, Esquire, Nicole Leonard, Esquire | mmorano@mdmc-law.com<br>nleonard@mdmc-law.com |
| Milbank LLP | Attn: Gerard Uzzi, Esq., Eric Stodola, Esq., & Alex Lees, Esq. | guzzi@milbank.com<br>estodola@milbank.com<br>alees@milbank.com |
| Missouri Department of Revenue | Attn: Steven A. Ginther - Special Assistant AG | sdnyecf@dor.mo.gov |
| Morgan & Morgan | Attn: Juan R. Martin | juanmartinez@forthepeople.com |
| Morgan & Morgan | Attn: James Young | jyoung@forthepeople.com |
| National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| New York State Department of Financial Services | Attn: Nicolas G. Keller - Assistant Counsel | nicolas.keller@dfs.ny.gov |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Office of the Indiana Attorney General | Attn: Heather M. Crockett, Amanda K. Quick, Curtis T. Hill Jr. | Heather.Crockett@atg.in.gov |
| Office of the New Jersey State Attorney General | Attn: Lara J. Fogel, Deputy AG | lara.fogel@law.njoag.gov |
| Office of the New York State Attorney General | Attn: David E. Nachman | David.Nachman@ag.ny.gov |
| Office of the New York State Attorney General | Attn: Kathryn J. Blake, Assistant AG | Kathryn.Blake@ag.ny.gov |
| Office of the New York State Attorney General | Attn: Muhammad Umair Khan | Umair.Khan@ag.ny.gov |
| Office of the South Carolina Attorney General | Attn: Annemarie B. Mathews - Assistant AG | amathews@scag.gov |
| Office of the South Carolina Attorney General | Attn: Jared Q. Libet - Assistant Deputy AG | jlibet@scag.gov |
| Office of the State of Connecticut Attorney General | Attn: Denise S. Mondell, Assistant AG | Denise.Mondell@ct.gov |
| Office of the State of Idaho Attorney General | Attn: Brett T. DeLange - Deputy AG Chief, Consumer Protection Division | brett.delange@ag.idaho.gov |
| Office of the State of Iowa Attorney General | Attn: William R. Pearson - Assistant AG | william.pearson@ag.iowa.gov |
| Office of the State of Vermont Attorney General | Attn: Jill S. Abrams | Jill.abrams@vermont.gov |
| Office of The United States Trustee | Attn: Paul Schwartzberg | paul.schwartzberg@usdoj.gov |
| Ohio Attorney General | Attn: Alison L. Archer, Assistant AG | Alison.Archer@ohioattorneygeneral.gov |
| Ohio Attorney General | Attn: Patricia D. Lazich, Assistant AG | Trish.Lazich@ohioattorneygeneral.gov |
| Otterbourg P.C. | Attn: Melanie L. Cyganowski, Esq. & Jennifer S. Feeney | mcyganowski@otterbourg.com jfeeney@otterbourg.com |
| Pennsylvania Office of Attorney General | Attn: Melissa L. Van Eck - Senior Deputy AG | mvaneck@attorneygeneral.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Andrew M. Troop, Andrew V. Alfano, and Jason S. Sharp | andrew.troop@pillsburylaw.com andrew.alfano@pillsburylaw.com jason.sharp@pillsburylaw.com |
| Prime Clerk, LLC | Attn: Herb Baer | purduepharmateam@primeclerk.com serviceqa@primeclerk.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Rawlings & Associates | Attn: Mark D. Fischer | mdf@rawlingsandassociates.com |
| Reed Smith LLP | Attn: Christopher A. Lynch | clynch@reedsmith.com |
| Reed Smith LLP | Attn: Claudia Z. Springer | cspringer@reedsmith.com |
| Scott+Scott Attorneys at Law LLP | Attn: Beth Kaswan and Judith S. Scolnick | bkaswan@scott-scott.com jscolnick@scott-scott.com |
| State of Alaska Attorney General | Attn: Bankruptcy Department | attorney.general@alaska.gov |
| State of Arizona Attorney General | Attn: Bankruptcy Department | aginfo@azag.gov |
| State of California Attorney General | Attn: Bankruptcy Department | bankruptcy@coag.gov |
| State of Connecticut Attorney General | Attn: Bankruptcy Department | attorney.general@po.state.ct.us |
| State of Delaware Attorney General | Attn: Bankruptcy Department | Attorney.General@state.DE.US |
| State of Hawaii Attorney General | Attn: Bankruptcy Department | hawaiiag@hawaii.gov |
| State of Illinois Attorney General | Attn: Bankruptcy Department | webmaster@atg.state.il.us |
| State of Louisiana Attorney General | Attn: Bankruptcy Department | ConsumerInfo@ag.state.la.us |
| State of Maine Attorney General | Attn: Bankruptcy Department | consumer.mediation@maine.gov |
| State of Maryland Attorney General | Attn: Bankruptcy Department | oag@oag.state.md.us |
| State of Massachusetts Attorney General | Attn: Bankruptcy Department | ago@state.ma.us |
| State of Michigan Attorney General | Attn: Bankruptcy Department | miag@michigan.gov |
| State of Minnesota Attorney General | Attn: Bankruptcy Department | Attorney.General@ag.state.mn.us |
| State of Missouri Attorney General | Attn: Bankruptcy Department | attorney.general@ago.mo.gov |
| State of Montana Attorney General | Attn: Bankruptcy Department | contactdoj@mt.gov |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| State of Nebraska Attorney General | Attn: Bankruptcy Department | ago.info.help@nebraska.gov |
| State of New Hampshire Attorney General | Attn: Bankruptcy Department | attorneygeneral@doj.nh.gov |
| State of New Jersey Attorney General | Attn: Bankruptcy Department | askconsumeraffairs@lps.state.nj.us |
| State of New York Attorney General | Attn: Louis J. Testa | Louis.Testa@ag.ny.gov |
| State of North Carolina Attorney General | Attn: Jessica Sutton | jsutton2@ncdoj.gov |
| State of North Dakota Attorney General | Attn: Bankruptcy Department | ndag@nd.gov |
| State of Oregon Attorney General | Attn: Bankruptcy Department | consumer.hotline@doj.state.or.us |
| State of South Carolina Attorney General | Attn: Bankruptcy Department | info@scattorneygeneral.com |
| State of South Dakota Attorney General | Attn: Bankruptcy Department | consumerhelp@state.sd.us |
| State of Tennessee Attorney General | Attn: Bankruptcy Department | reg.boards@tn.gov |
| State of Texas | Attn: Rachel R. Obaldo, Esq. | bk-robaldo@oag.texas.gov |
| State of Texas | Attn: Paul L. Singer, Esq. | paul.singer@oag.texas.gov |
| State of Texas Attorney General | Attn: Bankruptcy Department | public.information@oag.state.tx.us |
| State of Utah Attorney General | Attn: Bankruptcy Department | uag@utah.gov |
| State of Vermont Attorney General | Attn: Bankruptcy Department | ago.info@state.vt.gov |
| State of West Virginia Attorney General | Attn: Abby Cunningham, Assistant AG for West Virginia | Abby.G.Cunningham@wvago.gov |
| Stevens & Lee, P.C. | Attn: Nicholas F. Kajon and Constantine D. Pourakis | nfk@stevenslee.com<br>cp@stevenslee.com |
| Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation | Attn: Sander L. Esserman and Peter C. D'Apice | esserman@sbep-law.com<br>dapice@sbep-law.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Tarter Krinsky & Drogin LLP | Attn: Scott S. Markowitz, Esq., Rocco A. Cavaliere, Esq., & Michael Z. Brownstein, Esq. | smarkowitz@tarterkrinsky.com rcavaliere@ta11erkrinsky.com mbrownsteinr@tarterkrinsky.com |
| Teitelbaum Law Group, LLC | Attn: Jay Teitelbaum, Esq. | jteitelbaum@tblawllp.com |
| Tennessee Attorney General's Office | Attn: Marvin Clements, Bankruptcy Division | Marvin.Clements@ag.tn.gov |
| Tucker Arensberg, P.C. | Attn: Jordan S. Blask, Esq. | jblask@tuckerlaw.com |
| Waldrep LLP | Attn: Thomas W. Waldrep, Jr., James C. Lanik, Jennifer B. Lyday | twaldrep@waldrepllp.com jlyday@waldrepllp.com jlanik@waldrepllp.com |
| Wilk Auslander LLP | Attn: Eric J. Snyder | esnyder@wilkauslander.com |

**EXHIBIT B**

| | |
|---|---|
| Office of The United States Trustee<br>Attn: Paul Schwartzberg<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Blue Cross and Blue Shield Association<br>Attn: Brendan Stuhan, Assistant General Counsel<br>1310 G Street NW<br>Washington, DC 20005 |
| California Department of Justice<br>Attn: Judith A. Fiorentini - Supervising Deputy Attorney General<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101 | Chambers of Honorable Robert D. Drain<br>Purdue Pharma L.P. - Chambers Copy<br>US Bankruptcy Court SDNY<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601 |
| Commonwealth of Puerto Rico<br>Attn: Bankruptcy Department<br>Apartado 9020192<br>San Juan, PR 00902-0192 | CVS Caremark Part D Services L.L.C. and Caremarkpcs Health, L.L.C.<br>Attn: Andrea Zollett, Senior Legal Counsel<br>2211 Sanders Road, NBT-9<br>Northbrook, IL 60062 |
| Ikon Financial Services<br>Attn: President or General Counsel<br>1738 Bass Rd<br>Macon, GA 31210-1043 | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia, PA 19104-5016 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | LTS Lohmann Therapy Systems Corporation<br>Attn: Stephanie Satz, General Counsel (US)<br>21 Henderson Drive<br>West Caldwell, NJ 07006 |
| Pension Benefit Guaranty Corporation<br>Attn: Adi Berger, Director<br>1200 K Street, NW<br>Washington, DC 20005 | Purdue Pharma L.P.<br>Attn: President or General Counsel<br>One Stamford Forum, 201 Tresser Boulevard<br>Stamford, CT 06901 |
| State of Alabama Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | State of Arkansas Attorney General<br>Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock, AR 72201-2610 |

State of Colorado Attorney General
Attn: Bankruptcy Department
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

State of Florida Attorney General
Attn: Bankruptcy Department
The Capitol, PL 01
Tallahassee, FL 32399-1050

State of Georgia Attorney General
Attn: Bankruptcy Department
40 Capital Square, SW
Atlanta, GA 30334-1300

State of Idaho Attorney General
Attn: Bankruptcy Department
700 W. Jefferson Street
P.O. Box 83720
Boise, ID 83720-1000

State of Indiana Attorney General
Attn: Bankruptcy Department
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

State of Iowa Attorney General
Attn: Bankruptcy Department
1305 E. Walnut Street
Des Moines, IA 50319

State of Kansas Attorney General
Attn: Bankruptcy Department
120 SW 10th Ave., 2nd Floor
Topeka , KS 66612-1597

State of Kentucky Attorney General
Attn: Bankruptcy Department
700 Capitol Avenue, Suite 118
Frankfort , KY 40601

State of Mississippi Attorney General
Attn: Bankruptcy Department
Walter Sillers Building
550 High Street, Suite 1200, P.O. Box 220
Jackson, MS 39201

State of Nevada Attorney General
Attn: Bankruptcy Department
100 North Carson Street
Carson City, NV 89701

State of New Mexico Attorney General
Attn: Bankruptcy Department
P.O. Drawer 1508
Santa Fe, NM 87504-1508

State of Ohio Attorney General
Attn: Bankruptcy Department
30 E. Broad St., 14th Floor
Columbus, OH 43215

State of Oklahoma Attorney General
Attn: Bankruptcy Department
313 NE 21st Street
Oklahoma City, OK 73105

State of Pennsylvania Attorney General
Attn: Bankruptcy Department
Strawberry Square
16th Floor
Harrisburg, PA 17120

| | |
|---|---|
| State of Rhode Island Attorney General<br>Attn: Bankruptcy Department<br>150 South Main Street<br>Providence, RI 02903 | State of Virginia Attorney General<br>Attn: Bankruptcy Department<br>900 East Main Street<br>Richmond , VA 23219 |
| State of Washington Attorney General<br>Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | State of Wisconsin Attorney General<br>Attn: Bankruptcy Department<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P.O. Box 7857<br>Madison, WI 53707-7857 |
| State of Wyoming Attorney General<br>Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne, WY 82002 | U.S. Bank Equipment Finance<br>Attn: President or General Counsel<br>1310 Madrid Street<br>Marshall, MN 56258 |
| U.S. Department of Justice<br>Attn: Legal Department<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | United States Attorney's Office<br>Attn: U.S. Attorney<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601-4150 |
| Washington DC Attorney General<br>Attn: Bankruptcy Department<br>441 4th Street, NW<br>Washington, DC 20001 | West Boca Medical Center<br>Attn: Paige Kesman, Assistant General Counsel<br>21644 Florida Highway<br>Boca Raton, FL 33428 |