**CREADORE LAW FIRM PC**
450 Seventh Avenue, 14th Floor
New York, NY 10123
Telephone: 212.355.7200
Donald Creadore, Esq.
Email: donald@creadorelawfirm.com

*Counsel for NAS Ad Hoc Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | |
| | Case No. 19-23649 (RDD) |
| Debtors. [1] | |
| | Jointly Administered |

-------------------------------------------------------- X

### NOTICE OF APPEARANCE AND REQUEST
### FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Creadore Law Firm, PC ("Creadore Law") hereby appears in the above-captioned cases (the "Cases") on behalf of the NAS Babies Ad Hoc Committee (the "Committee"). Creadore Law enters its appearance pursuant to § 1109(b) of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and requests pursuant to Rule 2002 (i), 9007 and 9010 (b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that copies of all notices given or required to be given, and all papers served or required

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

to be served in the Cases (including pleadings, motions, application, complaints, orders, reports and any proposed plans, agreements or disclosure statements) be given to and served upon the following:

Donald Creadore<br>
Creadore Law Firm PC<br>
450 Seventh Avenue –Suite 1408<br>
NY, NY 10123<br>
donald@creadorelawfirm.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules (specified above), but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request or complaint and, additionally, any demand or statement of affairs, operating report, schedule of assets and liabilities, whether formal or informal, whether written oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise, that affects the debtor, property of the debtor, or property of the estate.

**PLEASE TAKE FURTHER NOTICE** that the foregoing attorneys for Creadore Law consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the attorneys identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in this case

Respectfully submitted this twenty-first day of November, 2019.

**CREADORE LAW FIRM PC**

By: /s/ Donald Creadore
Donald Creadore, Esq.
450 Seventh Avenue –Suite 1408
New York, New York 10123
Tel: 212.355.7200
Email: donald@creadorelawfirm.com