**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
                                                                   :
In re:                                                             :   Chapter 11
                                                                   :
PURDUE PHARMA L.P., *et al.*,                                      :   Case No. 19-23649 (RDD)
                                                                   :
          Debtors.                                          :   (Jointly Administered)
                                                                   :
-------------------------------------------------------------- X

## NOTICE OF APPEARANCE
## AND
## REQUEST FOR SERVICE OF PAPERS

     PLEASE TAKE NOTICE that Gregory D. Willard hereby appears as counsel in the above-captioned proceeding on behalf of the State of Missouri, by its Attorney General Eric S. Schmitt.

     PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of title 11 of the United States Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel requests that copies of all notices and pleadings in this case be given and served upon:

                       GREGORY D. WILLARD
                       c/o Doster, Ullom & Boyle, LLC
                       16090 Swingley Ridge Road
                       Suite 620
                       St. Louis, Missouri 63017
                       636-532-0042
                       636-532-1082 (fax)
                       GWillard@dubllc.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers, nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the sovereignty of the State of Missouri, (ii) the right to have final orders in non-core matters entered only after <u>de novo</u> review by a judge of the United States District Court, (iii) the right to trial by jury in any proceeding related to this proceeding, (iv) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (vi) an election of remedy, or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 25, 2019
St. Louis, Missouri

Respectfully submitted,

/s/ Gregory D. Willard
GREGORY D. WILLARD (MO 30192) *
c/o Doster, Ullom & Boyle, LLC
16090 Swingley Ridge Road
Suite 620
St. Louis, Missouri 63017
636-532-0042
636-532-1082 (fax)
GWillard@dubllc.com

*Admitted pro hac vice*