**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |
| PURDUE PHARMA L.P., *et al.*, | Adv. Pro. No. 19-08289 (RDD) |
| Plaintiffs, | |
| v. | |
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, | |
| Defendants. | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Richard F. Holley to be admitted, ***pro hac vice***, to represent the following Nevada Counties and Municipalities in the above-referenced bankruptcy case and adversary proceeding: Clark County, City of Reno, City of Henderson, City of North Las Vegas, and City of Las Vegas, and upon the movant's certification that the movant is in good standing of the bar of the State of Nevada, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**ORDERED**, that Richard F. Holley, Esq. is admitted to practice *pro hac vice* in the above-referenced bankruptcy cases and adversary proceeding to represent the following Nevada Counties and Municipalities: Clark County, City of Reno, City of Henderson, City of North Las Vegas, and City of Las Vegas, provided that the filing fee has been paid.

Dated: November 25, 2019
       White Plains New York

                            /s/Robert D. Drain_____
                            HONORABLE ROBERT D. DRAIN
                            UNITED STATES BANKRUPTCY JUDGE