UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Hunter Neal, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 21, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of Chapter 11 Bankruptcy Case [Docket No. 198]

Dated: November 26, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hunter Neal

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 26, 2019, by Hunter Neal, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 6198165 | ALABDULKARIM, MOAYAD SALEH | ADDRESS ON FILE | | | | | |
| 6199654 | ALDERMAN, SARAH M. | ADDRESS ON FILE | | | | | |
| 6211596 | ANGELO, SHARON A. | ADDRESS ON FILE | | | | | |
| 6219907 | ATIENZA, RUSTICA DE LEON | ADDRESS ON FILE | | | | | |
| 6220227 | ATLAS, BARRY PHILIP | ADDRESS ON FILE | | | | | |
| 6223005 | AYOTTE, KELLY MICHAUD | ADDRESS ON FILE | | | | | |
| 6231507 | BANKS, LISA L. | ADDRESS ON FILE | | | | | |
| 6255495 | BIANCIELLA-THOMAS, MARY ANN | ADDRESS ON FILE | | | | | |
| 6322533 | CHOI, HEE KYONG | ADDRESS ON FILE | | | | | |
| 7087370 | County of Butte | Baron & Budd - California | 11440 W BERNARDO CT STE 265 | | SAN DIEGO | CA | 92127-1663 |
| 7087490 | County of Glenn | John P. Fiske | Baron & Budd - California | 11440 W Bernardo Ct STE 265 | San Diego | CA | 92127-1663 |
| 7087512 | County of Imperial | John P. Fiske | Baron & Budd - California | 11440 W BERNARDO CT STE 265 | SAN DIEGO | CA | 92127-1663 |
| 7087625 | County of Mono | John P. Fiske | Baron & Budd - California | 11440 W BERNARDO CT STE 265 | SAN DIEGO | CA | 92127-1663 |
| 7087873 | County of Yuba | John P. Fiske | Baron & Budd - California | 11440 W Bernardo Ct STE 265 | San Diego | CA | 92127-1663 |
| 6355653 | DALEO, NANDA | ADDRESS ON FILE | | | | | |
| 6371977 | DESAI, KALPNA SATISH | ADDRESS ON FILE | | | | | |
| 6390924 | DUNLEAVY, MARY KATE | ADDRESS ON FILE | | | | | |
| 6393303 | DYKSTRA, ARTHUR MICHAEL | ADDRESS ON FILE | | | | | |
| 7088470 | Grayson County, Virginia | Jeffrey L. Campbell | 709 N MAIN ST | | MARION | VA | 24354-3403 |
| 6481765 | GUPTA, BHAVNA DURGAPRASA | ADDRESS ON FILE | | | | | |
| 7137052 | Hays, Jennifer | ADDRESS ON FILE | | | | | |
| 6514200 | HICKS, WILLIAM JAMES | ADDRESS ON FILE | | | | | |
| 6551902 | JICHA, GEORGE | ADDRESS ON FILE | | | | | |
| 6589655 | KINGHORN, KRISTINE | ADDRESS ON FILE | | | | | |
| 6598774 | KOO, ANTHONY BONYOUNG | ADDRESS ON FILE | | | | | |
| 6603153 | KRAVETZ, AMANDA JEAN | ADDRESS ON FILE | | | | | |
| 6608355 | KUO, KIMBERLY | ADDRESS ON FILE | | | | | |
| 6609245 | KUSHNER, MICHAEL CHARLES | ADDRESS ON FILE | | | | | |
| 6685359 | MCDADE, SARAH BETHANY | ADDRESS ON FILE | | | | | |
| 6690515 | MCLAUGHLIN, ELGIE ROSE | ADDRESS ON FILE | | | | | |
| 6700402 | METROPOULOS, GEORGE E. | ADDRESS ON FILE | | | | | |
| 6701805 | MIAO, HARRISON | ADDRESS ON FILE | | | | | |

In re: Purdue Pharma L.P., *et al.*
Case No. 19-23649 (RDD)

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 6704863 | MILLER, COURTNEY | ADDRESS ON FILE | | | | | |
| 6704864 | MILLER, COURTNEY ANN | ADDRESS ON FILE | | | | | |
| 6707618 | MILLERMAIER, JANET MARIE | ADDRESS ON FILE | | | | | |
| 6749238 | NORDQUIST, MEGAN L. | ADDRESS ON FILE | | | | | |
| 6754585 | ODABASHIAN, HARRY CHARLES | ADDRESS ON FILE | | | | | |
| 6759394 | OLSON, TOM FREDRIC | ADDRESS ON FILE | | | | | |
| 6765382 | OWAINATI, ALAA | ADDRESS ON FILE | | | | | |
| 6836817 | RISINGER, MICHAEL WILLIAM | ADDRESS ON FILE | | | | | |
| 6877622 | SCHNEIDKRAUT, JASON SAMUEL | ADDRESS ON FILE | | | | | |
| 6920370 | SNYDER, JACQUELINE CORINNE | ADDRESS ON FILE | | | | | |
| 6930494 | STAMOS KESHISHIAN, DAPHNE | ADDRESS ON FILE | | | | | |
| 6935608 | STERN, RICHARD DALE | ADDRESS ON FILE | | | | | |
| 6945885 | SUNA, LESTER ELLIS | ADDRESS ON FILE | | | | | |
| 6947369 | SUTTON, JOSEPH CARL | ADDRESS ON FILE | | | | | |
| 7009956 | WEERAHANDI, HIMALI MENAKA | ADDRESS ON FILE | | | | | |
| 7012267 | WEISS, LAWRENCE ED | ADDRESS ON FILE | | | | | |
| 7012439 | WEISS, SHIRA Y. | ADDRESS ON FILE | | | | | |
| 7023658 | WILLIAMS, JOE LYNN | ADDRESS ON FILE | | | | | |
| 7025824 | WILLOW, JENNIFER LEE | ADDRESS ON FILE | | | | | |
| 7029908 | WITHERS, JUNE S. | ADDRESS ON FILE | | | | | |
| 7032090 | WOLTJEN, JOHN ANTHONY | ADDRESS ON FILE | | | | | |
| 7033483 | WOOD, GREGORY DOUGLAS | ADDRESS ON FILE | | | | | |
| 7035921 | WRIGHT, CRAIG | ADDRESS ON FILE | | | | | |
| 7037372 | WU-PONG, DAVID CHOY | ADDRESS ON FILE | | | | | |

In re: Purdue Pharma L.P., *et al.*
Case No. 19-23649 (RDD)