# Exhibit 4

## Ordinary Course Professional Affidavit

Kleinfeld, Kaplan + Becker
Affidavit + Questionnaire

#92634797v4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
| --- | --- |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

AFFIDAVIT AND DISCLOSURE STATEMENT OF PETER R. MATHERS,

ON BEHALF OF KLEINFELD, KAPLAN AND BECKER LLP

<u>DISTRICT</u>        )
<u>OF</u>              ) s.s.:
<u>COLUMBIA</u>        )

Peter R. Mathers, being duly sworn, upon his oath, deposes and says as follows:

    1.    I am a Partner in the law firm of Kleinfeld, Kaplan and Becker LLP, located at 1850 M Street, NW, #800, Washington, DC 20036 (the "**Firm**").

    2.    Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

    3.    The Services include, but are not limited to, the following: Legal services, representation, consulting and advice concerning the legal and regulatory requirements imposed and enforced by the United States Food and Drug Administration, the Drug Enforcement Administration and other federal and state agencies.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

#92634797v4

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

2

#92634797v4

7. As of the commencement of this chapter 11 case, the Debtors owed the Firm $ 0 (Zero) in respect of prepetition services rendered to the Debtors.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on 25 November, 2019, at Washington, DC.

_____
Affiant Name

Peter R. Mathers

SWORN TO AND SUBSCRIBED before
Me this 25 day of November, 2019

_____
Notary Public

District of Columbia
Signed and sworn to (or affirmed) before me on
11/25/2019
_____
Gloria A. Gaskins, Notary Public    Seal
My commission expires June 30, 2024.

3

#92634797v4

# Exhibit 5

# Retention Questionnaire

#92634797v4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.,*<br><br>Debtors.[4] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

## **RETENTION QUESTIONNAIRE**

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**").

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.   Name and address of professional:

Kleinfeld, Kaplan and Becker, LLP
1850 M Street, NW, #800
Washington, DC 20036

2.   Date of retention:

Kleinfeld, Kaplan and Becker, LLP has been retained by Debtors and their predecessors continuously since prior to 1980.

3.   Type of services to be provided:

Legal Services

---

[4] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

#92634797v4

4. Brief description of services to be provided:

Legal services, representation, consulting and advice concerning the legal and regulatory requirements imposed and enforced by the United States Food and Drug Administration, the Drug Enforcement Administration and other federal and state agencies.

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly

    (a) Average hourly rate (if applicable):

Approximately $735

    (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

Approximately $55,000

6. Prepetition claims against the Debtors held by the company:

    Amount of claim: $ NONE

    Date claim arose: N/A

    Nature of claim: N/A

3

#92634797v4

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

   Name: N/A _____

   Status: N/A _____

   Amount of claim: $ N/A _____

   Date claim arose: N/A _____

   Nature of claim: N/A _____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

NONE

9. Disclose whether the professional currently represents any of the Debtors' existing shareholders, including trusts, beneficiaries, companies, affiliates, family members and any similar related parties (together, the "**Shareholder Parties**"), and/or any entity owned or controlled by any Shareholder Party (in each case other than any Debtor), and whether any Shareholder Party or any entity owned or controlled by any Shareholder Party (other than any Debtor) accounted for more than 1% of the professionals' annual revenue for any of the last five years. If so, describe what ethical walls or other protections are in place with regard to the concurrent representations.

We do not represent, and have not represented, any Shareholder Parties.

4

#92634797v4

10. Name and title of individual completing this form:

Peter R Mathers, Partner

Dated: 25 November, 2019

5

#92634797v4