**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

AFFIDAVIT AND DISCLOSURE STATEMENT OF  Dr. Ralf Höcherl  ,

ON BEHALF OF  Maiwald Patentanwalts- und Rechtsanwaltsgesellschaft mbH

STATE OF  Germany  )
                              ) s.s.:
COUNTY OF_____ )

          Dr. Ralf Höcherl  , being duly sworn, upon his oath, deposes and says as follows:

          1.          I am a  company officer with statutory authority  of  Maiwald Patentanwalts- und Rechtsanwaltsgesellschaft mbH  located at  Elisenstraße 3, 80999 Munich, Germany  (the "**Firm**").

          2.          Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

          3.          The Services include, but are not limited to, the following:  Patent Attorneys

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

#92634797v5

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

#92634797v5

7.    As of the commencement of this chapter 11 case, the Debtors owed the
Firm $ ~ 11,000.- in respect of prepetition services rendered to the Debtors.

8.    The Firm is conducting further inquiries regarding its retention by any
creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of
its employment, if the Firm should discover any facts bearing on the matters described herein,
the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of
the United States of America that the foregoing is true and correct, and that this Affidavit and
Disclosure Statement was executed on ___November 27th___, 2019, at _____.

**Maiwald**
**Patentanwalts- und Rechtsanwalts-GmbH**

**Elisenstraße 3 · 80335 München**
**Tel. 089/747 26 60 · Fax 089/77 64 24**

SWORN TO AND SUBSCRIBED before
Me this ___ day of _____, 2019

_____
Affiant Name

Dr. Ralf Höcherl

Appendix:
1. Copy of the Identity Card
2. Excerpt of the commercial register
   to proof statutory authority

_____
Notary Public

#92634797v5

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| **Debtors.**[1] | (Jointly Administered) |

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**").

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.  Name and address of professional:

    Maiwald Patentanwalts- und Rechtsanwaltsgesellschaft mbH
    Elisenstrasse 3
    80335 Munich
    Germany

2.  Date of retention:November 19th, 2019

3.  Type of services to be provided:

    Patent Attorneys

4.  Brief description of services to be provided:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Maiwald performs all kinds of patent related work for Purdue Pharma LP covering drafting and prosecution of patent application in Europe and coordination of patent prosecution and litigation around the world.

Further Maiwald represents Purdue Pharma in opposition and appeal proceedings before the European Patent Office as well as litigation before (German) courts.

5.    Arrangements for compensation (hourly, contingent, etc.):

Maiwald has an arrangement for hourly rates as well as basic fees in place with Purdue Pharma LP

(a) Average hourly rate (if applicable):

–

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

About USD 130,000; thereof USD 75,000 fees and USD 65,000 expenditures (expenditures primarily for local patent attorneys and local official fees)

6.    Prepetition claims against the Debtors held by the company:

Amount of claim:    EUR 9,544.50; approx. USD 10,594.40

Date claim arose:    September 2019

Nature of claim:    Attorneys Fees

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name:    No claims of such parties

Status:    No claims of such parties

2

#92670277v1

| Amount of claim: | $ 0,- |
| Date claim arose: | No claims |
| Nature of claim: | none |

8.  Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

    Maiwald holds unsecured claims of approximately. USD 10,594.40 against the Debtors for prepetition services rendered to the Debtors.

    Above these claims there is no adverse interest to the Debtors.

9.  Disclose whether the professional currently represents any of the Debtors' existing shareholders, including trusts, beneficiaries, companies, affiliates, family members and any similar related parties (together, the "**Shareholder Parties**"), and/or any entity owned or controlled by any Shareholder Party (in each case other than any Debtor), and whether any Shareholder Party or any entity owned or controlled by any Shareholder Party (other than any Debtor) accounted for more than 1% of the professionals' annual revenue for any of the last five years. If so, describe what ethical walls or other protections are in place with regard to the concurrent representations.

    Maiwald has been working for Purdue Pharma and for Mundipharma approximately for the same volume of fees which has been more than 1% of the annual revenues. There are different partners of Maiwald who are responsible for Purdue (Dr. Vos, Dr. Ehlich) and Mundipharma, Napp (Dr. Bühler, Dr. Ledl).

    We are and we were not aware of any potential conflicts between Purdue and Mundipharma which could have caused a conflict of interest under our rules for professional conduct. Fore these reasons, it was not considered necessary to set up protective measures (e.g. Chinese Walls). Under our rules of conduct we currently also do not see a conflict of interest due to the insolvency.

10. Name and title of individual completing this form:

    Dr. Ralf Hoecherl, Commercial Director with the power to act and sign on behalf of the firm due to German commercial law

November 27th , 2019

**Maiwald**
Patentanwalts- und Rechtsanwalts-GmbH

Elisenstraße 3 · 80335 München
Tel. 089/747 26 60 · Fax 089/77 64 24

Dr. Ralf Höcherl

3