UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:                          | Chapter 11                    |
|---------------------------------|-------------------------------|
| PURDUE PHARMA L.P., et al.      | Case No. 19-2-23649 (RDD)     |
| Debtors.[1]                     | (Jointly Administered)        |

## AFFIDAVIT AND DISCLOSURE STATEMENT OF THOMAS D. ADAMS

## ON BEHALF OF KARR TUTTLE CAMPBELL

STATE OF WASHINGTON)
                    ) s.s.:
COUNTY OF KING      )

Thomas D. Adams, being duly sworn, upon his oath, deposes and says as follows:

1. I am a partner of the law firm Karr Tuttle Campbell, located at 701 Fifth Avenue, Suite 3300, Seattle, WA 98104 (the "**Firm**").

2. Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

#1286142 v1 / 72285-004

3. The Services include, but are not limited to, the following: support and advance the defense of Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company, as necessary and in collaboration with Dechert LLP in *State of Washington v. Purdue Pharma L.P., et. al.,* King County Sup. Ct. no. 17-2-255505-0 SEA and/or otherwise represent and advise Debtors as called upon.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7. As of the commencement of this chapter 11 case, the Debtors owed the Firm $107,829.57 in respect of prepetition services rendered to the Debtors.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on ~~November 27~~, 2019, at Seattle, Washington.

December 2, 2019

_____
Thomas D. Adams

SWORN TO AND SUBSCRIBED before
Me this 2 day of December, 2019

_____
Notary Public
Gabriel T. Welsh

GABRIEL T WELSH
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
NOVEMBER 9, 2021

#1286142 v1 / 72285-004

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., et al.** | **Case No. 19-2-23649 (RDD)** |
| **Debtors[4].** | **(Jointly Administered)** |

**RETENTION QUESTIONNAIRE**

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**").

All questions **must** be answered. Please use "none," "not applicable." Or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.   Name and address of professional:
     *Thomas D. Adams*
     *Ronald J. Friedman*
     *Karr Tuttle Campbell*
     *701 Fifth Ave., Suite 3300*
     *Seattle, WA 98101*
     *Tel:  206) 223-1313*
     *tadams@karrtuttle.com*
     *rfriedman@karrtuttle.com*

2.   Date of retention: *On or about January 30, 2017.*

---

[4] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

3. Type of services to be provided: *Legal advice and litigation services including legal research, pleading drafting, discovery management, interaction with opposing and co-counsel, and representation in court.*

*4.* Brief description of services to be provided: *Assist national counsel in the development and deployment of litigation defense strategies in lawsuits commenced by public entities in Washington state and federal courts.*

5. Arrangements for compensation (hourly, contingent, etc.): *Hourly*

    (a) Average hourly rate (if applicable):
    *Partners: $575-$625    Associates: $295    Paralegals: $240-255*

    (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): *$32,665.07*

6. Prepetition claims against the Debtors held by the company:

    Amount of claims: *$107,829.57*
    Date claim arose: *September, 2019*
    Nature of claim: Fees and costs advanced for legal services

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: *None*

    Name:
    Status:
    Amount of claim: $
    Date claim arose:
    Nature of claim:

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: *None.*

#1286144 v1 / 72285-004

9. Disclose whether the professional currently represents any of the Debtors' existing shareholders, including trusts, beneficiaries, companies, affiliates, family members and any similar related parties (together, the "**Shareholder Parties**"), and/or any entity owned or controlled by any Shareholder Party (in each case other than any Debtor), and whether any Shareholder Party or any entity owned or controlled by any Shareholder Party (other than any Debtor) accounted for more than 1% of the professionals' annual revenue for any of the last five years. If so, describe what ethical walls or other protections are in place with regard to the concurrent representations: *N/A. Karr Tuttle Campbell states that in addition to its representation of Purdue Pharma L.P. and Purdue Pharma Inc., in* State of Washington v. Purdue Pharma L.P., et. al.*, No. 17-2-25505-0-SEA (King County Superior Court), the firm also represented non-Debtor The Purdue Frederick Company. Our representation of The Purdue Frederick Company was incidental to and in no way divergent from our representation of Purdue Pharma L.P. and Purdue Pharma Inc. At no time was our engagement influenced by the presence of The Purdue Frederick Company as a nominal defendant party.*

10. Name and title of individual completing this form:
    *Thomas D. Adams*
    *Karr Tuttle Campbell*
    *Shareholder and Co-Chair Litigation Department*

Dated: *December 03, 2019*

#1286144 v1 / 72285-004