November 25, 2019

9 Forest Park Drive
Holliston, MA 01746

FILED
U.S. BANKRUPTCY COURT
2019 DEC -2 P 2: 20
S.D. OF N.Y.

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY.  10601-4140

Dear Judge Drain,

    Re:  In re Purdue Pharma L.P., et al, Case No. 19-23649 (RDD)

We are Gary and Colleen Breitbord, and our son, Jake, 24, is an addict. Like countless families, we've lived through the trauma and carnage caused by Jake's addiction and our family has been repeatedly shattered and crippled in every conceivable way.  We've had to normalize events and activities that would make "normie" families collapse, wail, and, unfortunately, judge.  We've had to do all this while trying to hold our family together, living from one crisis to the next, no event or gathering too important not to be interrupted by that sudden, emergency phone call, which could be, and has sometimes been, a matter of life and death.

As the medical community has long since established, addiction is a disease not a choice.  At some point in the addict's life, the addiction is triggered by the easy availability of drugs.  That availability is, we believe with all our hearts and minds, the responsibility, or rather, the result of the irresponsibility, of the raw, naked greed of Purdue Pharma and the Sackler family.  They've had blood on all their hands for years.

I, Colleen, attend a group for families of addicts called Learn to Cope, founded right here in Massachusetts, by Joanne Peterson, 15 years ago.  It has helped tremendously, but the problem still exists and the Sacklers are still responsible.  We have several families who have buried their children for which the Sacklers are responsible: and many, like us, who live every day awaiting that call, for which the Sacklers will be responsible.  As

Joanne Peterson said to you in her letter of October 1, 2019, "We bury people while they live lavish lifestyles."

The settlement the Sacklers are offering is outrageous. They believe their wealth puts them above the law. They use the funds from the sale of their knowingly addictive products to avoid responsibility. Richard Sackler said: "We need to hammer them in every possible way". What further proof do we need of their culpability than their own words?

You, Judge Drain, have the power and authority to interpret the law and hold these horrible people accountable. Only you can turn the tide of this abuse of money and power and strike a blow, using the law, for all those who are suffering from addiction and who have been lost to the same disease. This is the time to draw the line in the sand, to apply accountability and justice. For, after all, that's the purpose of the law.

Sincerely,

Colleen Breitbord

Gary Breitbord