**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., et al.,** | **Case No. 19-23649 (RDD)** |
| **Debtors.[1]** | **(Jointly Administered)** |

## AFFIDAVIT AND DISCLOSURE STATEMENT OF ASHLEY TAYLOR,

## ON BEHALF OF STIKEMAN ELLIOTT LLP

PROVINCE OF ONTARIO  )
                         ) s.s.:
CITY OF TORONTO  )

ASHLEY TAYLOR, being duly sworn, upon his oath, deposes and says as follows:

1.     I am a Partner of Stikeman Elliott LLP, located at 5300 Commerce Court West, 199 Bay Street, Toronto, ON M5L 1B9 (the "**Firm**").

2.     Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.     The Services include, but are not limited to, the following: filing and prosecution of proceedings in the Ontario Superior Court of Justice (Commercial List) pursuant to Part IV of the *Companies' Creditors Arrangement Act* recognizing these chapter 11 cases.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7.      As of the commencement of this chapter 11 case, the Debtors owed the Firm CDN\$40,593.70 in respect of prepetition services rendered to the Debtors.

8.      At any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws

of the United States of America that the foregoing is true and correct, and that this Affidavit and

Disclosure Statement was executed on December 3, 2019, at Toronto, Canada.

Ashley Taylor

SWORN TO AND SUBSCRIBED before
Me this 3rd day of December, 2019

Notary Public    Lee Nicholson

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**").

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of professional:

Stikeman Elliott LLP
5300 Commerce Court West
199 Bay Street
Toronto, ON  M5L 1B9

2.    Date of retention:    August 14, 2007

3.    Type of services to be provided:

Canadian legal services

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

4.    Brief description of services to be provided:

Filing and prosecution of proceedings in the Ontario Superior Court of Justice
(Commercial List) (the "**CCAA Court**") pursuant to Part IV of the *Companies'*
*Creditors Arrangement Act* recognizing the above captioned chapter 11 cases and
acting as counsel to the Debtors in connection with certain class actions filed in
Canada.

5.    Arrangements for compensation (hourly, contingent, etc.):

Hourly

    (a)    Average hourly rate (if applicable):

        N/A

    (b)    Estimated average monthly compensation based on prepetition
        retention (if company was employed prepetition):

        CDN$150,000

6.    Prepetition claims against the Debtors held by the company:

Amount of claim: CDN$40,593.70

Date claim arose: September 15, 2019

Nature of claim:  Canadian legal services

7.    Prepetition claims against the Debtors held individually by any member,
associate, or employee of the company:

Name:  N/A

Status:  N/A

Amount of claim: $ N/A

Date claim arose: N/A

Nature of claim:  N/A

8.  Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

    None

9.  Disclose whether the professional currently represents any of the Debtors' existing shareholders, including trusts, beneficiaries, companies, affiliates, family members and any similar related parties (together, the "**Shareholder Parties**"), and/or any entity owned or controlled by any Shareholder Party (in each case other than any Debtor), and whether any Shareholder Party or any entity owned or controlled by any Shareholder Party (other than any Debtor) accounted for more than 1% of the professionals' annual revenue for any of the last five years. If so, describe what ethical walls or other protections are in place with regard to the concurrent representations.

    Stikeman Elliott represents The P.F. Laboratories Inc. and The Purdue Frederick Company Inc. who are named as defendants along with one or more of the Debtors in 13 actions in Canada. Each of the actions is currently stayed as against the Debtors pursuant to orders issued by the CCAA Court in connection with the Part IV recognition proceedings. The P.F. Laboratories Inc. and The Purdue Frederick Company Inc. have taken common positions with the Debtors on all issues in all actions.

10. Name and title of individual completing this form:

    Ashley Taylor, Partner

Dated: December 3, 2019