**SCHULTE ROTH & ZABEL LLP**
Kristine Manoukian
James T. Bentley
919 Third Avenue
New York, NY 10022
Telephone: 212.756.2000
Facsimile: 212.593.5955
Email: Kristine.Manoukian@srz.com
            James.Bentley@srz.com

*Counsel to the Ad Hoc Group of Hospitals*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ———————————————— ) | |
| In re: ) | Chapter 11 |
| ) | |
| PURDUE PHARMA L.P., *et al*. ) | Case No.: 19-23649 (RDD) |
| ) | |
| Debtors.[1] ) | (Jointly Administered) |
| ) | |
| ———————————————— ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Title 11 of the United

States Code and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), the undersigned hereby appear in the above-captioned cases as counsel for

the Ad Hoc Group of Hospitals and hereby request that all notices and all other papers set forth in

Bankruptcy Rules 2002 and 9010(b), whether sent by the Clerk of the Court, the Debtors or their

---

[1]        The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

successors, or any creditor, or party in interest, be given to and served upon the persons set forth

below, and that such names and addresses be added to any master mailing list:

**SCHULTE ROTH & ZABEL LLP**
Kristine Manoukian
James T. Bentley
919 Third Avenue
New York, NY 10022
Telephone: 212.756.2000
Facsimile: 212.593.5955
Email: Kristine.Manoukian@srz.com
        James.Bentley@srz.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices,

papers and pleadings referenced in the above-referenced Bankruptcy Rules but also, without

limitation, notices of orders, motions, applications, petitions, pleadings, complaints, plans,

disclosure statements, hearings, requests, objections, answering or reply papers, memoranda and

briefs in support of any of the foregoing and any other documents brought before this Court with

respect to these cases or the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this request for notice nor any

subsequent appearance, pleading, proof of claim, or other writing or conduct shall constitute a

waiver of any: (a) rights to have any and all final orders in any and all non-core matters entered

only after *de novo* review by a United States District Court; (b) rights to trial by jury in any

proceeding as to any and all matters so triable herein or in any case, controversy or proceeding

relating hereto; (c) rights to have the reference withdrawn by the United States District Court in

any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights,

claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, law or

equity, all of which rights claims, actions defenses setoffs, and recoupments are expressly reserved.

New York, New York
Dated: December 3, 2019

**SCHULTE ROTH & ZABEL LLP**

*/s/ Kristine Manoukian*
Kristine Manoukian
James T. Bentley
919 Third Avenue
New York, NY 10022
Telephone: 212.756.2000
Facsimile: 212.593.5955
Email: Kristine.Manoukian@srz.com
        James.Bentley@srz.com

*Counsel to the Ad Hoc Group of Hospitals*

## CERTIFICATE OF SERVICE

I, Kristine Manoukian, hereby certify that a true and correct copy of the foregoing document will be forwarded by electronic transmission to all parties registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF), via this Court's CM/ECF system.  I also certify that service is being made via first-class mail upon the parties listed on the Master Service List maintained by Prime Clerk.  Further service is made, pursuant to the Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures (ECF No. 342), upon the following parties:

Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601
***Via Courier***

Attn: Paul K. Schwartzberg
Office of the United States Trustee
Southern District of New York
201 Varick Street, Suite 1006
New York, NY 10014
***Via First-Class Mail***

*/s/ Kristine Manoukian*
Kristine Manoukian