UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**AFFIDAVIT AND DISCLOSURE STATEMENT OF THURBERT E. BAKER,**

**ON BEHALF OF DENTONS US LLP**

STATE OF GEORGIA        )
                                          ) ss:
COUNTY OF FULTON      )

**THURBERT E. BAKER**, being duly sworn, upon his oath, deposes and says as follows:

1.  I am a partner of the law firm of Dentons US LLP, located at 303 Peachtree Street, Suite 5300, Atlanta, GA 30308 (the "**Firm**").

2.  Purdue Pharma L.P., and its affiliates that are debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide certain services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901

3. The Services include, but are not limited to, the following: The representation by Dentons US LLP of Purdue Pharma L.P. in connection with general advice regarding a resolution of claims brought by various state attorneys general and other governmental and related plaintiffs involved in these chapter 11 cases.

4. The Firm represents certain other clients in connection with the Debtors' bankruptcy cases in matters unrelated to the Services, including on behalf of certain of the Debtors' insurers (the "**Non-Debtor Engagements**"). Where the Firm represents a client in a Non-Debtor Engagement, it will take steps to establish ethical walls to prevent any Firm professional working on a Non-Debtor Engagement from receiving any information relating to the Services and prevent any professional working on any Services for the Debtors from receiving any information relating to the Non-Debtor Engagement.

5. The Firm may have also performed services in the past, may currently perform services and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties in interest in these chapter 11 cases. Except as set forth herein, the Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates with respect to the matters for which the Firm is to be retained on behalf of the Debtors.

6. Neither I nor any principal of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $0.00 in respect to prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on November 19, 2019, at Atlanta, Georgia.

*Thurbert E. Baker*
Thurbert E. Baker

SWORN TO AND SUBSCRIBED before me this 19th day of November, 2019.

*Lurlene A. Milner*
Notary Public

113576577\V-2

[Notary Seal: LURLENE A MILNER, NOTARY PUBLIC, CLAYTON COUNTY, GEORGIA, MY COMM. EXPIRES SEPTEMBER 21, 2022]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :
                                                               :    **Chapter 11**
**PURDUE PHARMA L.P.,** *et al.*,                              :
                                                               :    **Case No. 19-23649 (RDD)**
                                                               :
                     **Debtors.**[1]                           :    **(Jointly Administered)**
---------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Purdue Pharma L.P. and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Thurbert E. Baker, Dentons US LLP, 303 Peachtree, St., NE, Suite 5300, Atlanta, GA 30308.

2. Date of retention: October, 2019

3. Type of services to be provided:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Settlement counsel as it relates to state attorney generals and other governmental agencies and related plaintiffs.

4. Brief description of services to be provided:

To provide legal counsel to Debtors as it relates to settlement negotiations related to state attorney generals, other governmental agencies and other plaintiffs. Dentons notes that it may in the future represent creditors of the Debtors in matters unrelated to the aforementioned services to be provided to the Debtors.

5. Arrangements for compensation (hourly, contingent, etc.): Flat Fee

$50,000 per month, plus expenses.

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $ 0

Date claim arose: N/A

Nature of claim: N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

None

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None

9. Disclose whether the professional currently represents any of the Debtors' existing shareholders, including trust, beneficiaries, companies, affiliates, family members and any similar related parties (together, the "Shareholder Parties"), and/or any entity owned or controlled by any Shareholder Party (in each case other than any Debtor), and whether any Shareholder Party or any entity owned or controlled by any Shareholder Party (other than

2

any Debtor) accounted for more than 1% of the professionals' annual revenue for any of the last five years. If so, describe what ethical walls or other protections are in place with regard to the concurrent representations.

None

10. Name and title of individual completing this form:

Thurbert E. Baker, Partner, Dentons US LLP

Dated: November 18, 2019

113576725\V-1