# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                        :    Chapter 11
                                                              :
PURDUE PHARMA L.P., *et al.*                                  :    Case No.: 19-23649 (RDD)
                                                              :
                           Debtors.[1]                        :    (Jointly Administered)
                                                              :
                                                              :    **AFFIDAVIT OF SERVICE**
---------------------------------------------------------------x

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

       JAMILLE C. OFFUTT, being duly sworn, deposes and states that I am not a party to this proceeding, am over 18 years of age and employed by Schulte Roth & Zabel LLP.

       On December 4, 2019, deponent served a copy of the Notice Of Appearance And Request For Service Of Papers and Verified Statement Of The Ad Hoc Group Of Hospitals Pursuant To Bankruptcy Rule 2019 via first-class mail upon the following at the addresses designated in **Exhibit A**:

| Sworn to before me this | By: | /s/Jamille C. Offutt |
| 5th day of December, 2019 | | JAMILLE C. OFFUTT |

/s/Sean Lustig
Notary Public

SEAN LUSTIG
Notary Public, State of New York
No. 01LU6226883
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires Aug. 16, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

DOC ID - 33115914.1

# EXHIBIT A

Easy Peel® Labels
Use Avery® Template 5162®
19-23649-shl Doc 588 Filed 12/05/19 Entered 12/05/19 16:11:33 Main Document
Pg 3 of 14
Bend along line to
AVERY® 5162®

Agentis PLLC
Attn: Christopher B. Spuches, Esq.
55 Alhambra Plaza, Suite 800
Coral Gables FL 33134

Air Liquide Industrial U.S. LP
Attn: President or General Counsel
180 W. Germantown Pike
East Norriton PA 19401

Akin Gump Strauss Hauer & Feld LLP
Attn: Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley,
Sara L. Brauner, & Edan Lisovicz
One Bryant Park
New York NY 10036

Alston & Bird LLP
Attn: William Hao
New York NY 10016-1387

Alston & Bird LLP
Attn: William Sugden and Jacob Johnson
1201 West Peachtree Street
Atlanta GA 30309-3424

Andrews & Thornton
Attn: Anne Andrews, Sean T. Higgins, Robert S. Siko
4701 Von Karman Ave, Suite 300
Newport Beach CA 92660

Ask LLP
Attn: Edward E. Neiger, Esq. Jennifer A. Christian, Esq.
151 W. 46th St., 4th Floor
New York NY 10036

Attorney General for the State of Wisconsin
Attn: Jennifer L. Vandermeuse - Assistant Attorney General
17 West Main Street, P.O. Box 7857
Madison WI 53707

Ballard Spahr LLP
Attn: Tobey M. Daluz, Esquire and Laurel D. Roglen, Esquire
919 N. Market Street, 11th Floor
Wilmington DE 19801

Barrett Law Group, P.A.
Attn: John W. Barrett, Esq.
P.O. Box 927
404 Court Square
Lexington MS 39095

Bayard, P.A.
Attn: Justin R. Alberto, Erin R. Fay, & Daniel N. Brogan
600 North King Street, Suite 400
Wilmington DE 19801

Bentley & Bruning P.A.
Attn: Morgan R. Bentley and David A. Wallace
783 South Orange Avenue, Third Floor
Sarasota FL 34236

Bialson, Bergen & Schwab
Attn: Lawrence M. Schwab and Kenneth T. Law
633 Menlo Ave, Suite 100
Menlo Park CA 94025

Blue Cross and Blue Shield Association
Attn: Brendan Stuhan, Assistant General Counsel
1310 G Street NW
Washington DC 20005

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5162®
Sens de chargement
Repliez à la hachure afin de révéler le rebord Pop-up™
www.avery.com
1-800-GO-AVERY

BMC Group, Inc.
Attn: T Feil
3732 W. 120th Street
Hawthorne CA 90250

Bracewell LLP
Attn: Daniel S. Connolly & Robert G. Burns
1251 Avenue of the Americas, 49th Floor
New York NY 10020-1100

Brown & Connery, LLP
Attn: Donald K. Ludman
6 North Broad Street, Suite 100
Woodbury NJ 08096

Brown Rudnick LLP
Attn: Gerard T. Cicero and David J. Molton
7 Times Square
New York NY 10036

Brown Rudnick LLP
Attn: Steven D. Pohl
One Financial Center
Boston MA 02111

Buchalter, a Professional Corporation
Attn: Jeffrey K. Garfinkle, Esq., Daniel H. Slate, Esq.
18400 Von Karman Avenue, Suite 800
Irvine CA 92612-0514

California Department of Justice
Attn: Bernard A. Eskandari, Timothy D. Lundgren, and Michelle Burkart
Supervising Deputy AG
300 South Spring Street, Suite 1702
Los Angeles CA 90013

California Department of Justice
Attn: Judith A. Fiorentini - Supervising Deputy Attorney General
600 West Broadway, Suite 1800
San Diego CA 92101

Caplin & Drysdale, Chartered
Attn: Kevin Maclay, James Wehner, Jeffrey Liesemer, Todd Phillips
One Thomas Circle, NW, Suite 1100
Washington DC 20005

Carter Ledyard & Milburn LLP
Attn: Aaron R. Cahn
2 Wall Street
New York NY 10005

Chambers of Honorable Robert D. Drain
Purdue Pharma L.P. - Chambers Copy
US Bankruptcy Court SDNY
300 Quarropas Street, Room 248
White Plains NY 10601

Commonwealth of Massachusetts
Attn: Eric M. Gold, Assistant AG
Chief, Health Care Division
Office of the AG, One Ashburton Place
Boston MA 02108

Commonwealth of Pennsylvania
Attn: Carol E. Momjian - Senior Deputy AG
Office of AG, The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia PA 19103

Commonwealth of Puerto Rico
Attn: Bankruptcy Department
Apartado 9020192
San Juan PR 00902-0192

Consovoy McCarthy PLLC
Attn: J. Michael Connolly
1600 Wilson Boulevard, Suite 700
Arlington VA 22201

Creadore Law Firm PC
Attn: Donald Creadore
450 Seventh Avenue
Suite 1408
New York NY 10123

Cuneo Gilbert & Laduca, LLP
Attn: Jonathan W. Cuneo, Esq.
16 Court Street, Suite 1012
Brooklyn NY 11241

Cuneo Gilbert & Laduca, LLP
Attn: Jonathan W. Cuneo, Esq.
4725 Wisconsin Avenue, NW, Suite 200
Washington DC 20016

CVS Caremark Part D Services L.L.C. and
Caremarkpcs Health, L.L.C.
Attn: Andrea Zollett, Senior Legal Counsel
2211 Sanders Road, NBT-9
Northbrook IL 60062

Davis Polk & Wardwell LLP
Attn: Marshall Scott Huebner, Benjamin S.
Kaminetzky, Timothy Graulich, Christopher Robertson
and Eli J. Vonnegut
450 Lexington Avenue
New York NY 10017

Doster, Ullom & Boyle, LLC
Attn: Gregory D. Willard
16090 Swingley Ridge Road
Suite 620
St. Louis MO 63017

Eglet Adams
Attn: Robert M. Adams, Artemus W. Ham, & Erica D.
Entsminger
400 South 7th Street, Suite 400
Las Vegas NV 89101

Foley & Lardner LLP
Attn: Geoffrey S. Goodman
321 N. Clark Street, Suite 2800
Chicago IL 60654-5313

Foley & Lardner LLP
Attn: Leah M. Eisenberg, Esq.
90 Park Avenue
New York NY 10016

Fox Swibel Levin & Carroll LLP
Attn: Suj M. Pandya and Margaret M. Anderson
200 W. Madison Street, Suite 3000
Chicago IL 60606

Frankgecker LLP
Attn: Joseph D. Frank and Jeremy C. Kleinman
1327 W. Washington Blvd., Suite 5 G-H
Chicago IL 60607

Gilbert, LLP
Attn: Craig Literland, Kami Quinn, and Scott Gilbert
1100 New York Ave., NW
Suite 700
Washington DC 20005

Godfrey & Kahn, S.C.
Attn: Katherine Stadler
One East Main Street, Suite 500
Madison WI 53703

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5162®
Sens de chargement
Repliez à la hachure afin de révéler le rebord Pop-up^MC
www.avery.com
1-800-GO-AVERY

Easy Peel® Labels
Use Avery® Template 5162®
19-23649-shl    Doc 588    Filed 12/05/19    Entered 12/05/19 16:11:33    Main Document
Pg 6 of 14
Bend along line to expose Pop-up Edge™
AVERY® 5162®

Goodwin Procter LLP
Attn: Michael H. Goldstein, William P. Weintraub, &
Howard S. Steel
The New York Times Building
620 Eighth Avenue
New York NY 10018

Hagens Berman Sobol Shapiro LLP
Attn: Ben Harrington
715 Hearst Ave., Suite 202
Berkeley CA 94710

HAGENS BERMAN SOBOL SHAPIRO LLP
Attn: Thomas M. Sobol, Lauren G. Barnes
55 Cambridge Parkway, Suite 301
Cambridge MA 02142

Husch Blackwell LLP
Attn: Caleb T. Holzaepfel
736 Georgia Avenue, Suite 300
Chattanooga TN 37402

Husch Blackwell LLP
Attn: Marshall C. Turner
190 Carondelet Plaza, Suite 600
St. Louis MO 63105-3433

Ikon Financial Services
Attn: President or General Counsel
1738 Bass Rd
Macon GA 31210-1043

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5 Q30 133
Philadelphia PA 19104-5016

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

Jenner & Block, LLP
Attn: Catherine L. Steege, Esq.
353 N. Clark Street
Chicago IL 60654-3456

Jenner & Block, LLP
Attn: Richard Levin, Esq.
919 Third Avenue
New York NY 10022

Joseph Hage Aaronson LLC
Attn: Gregory P. Joseph, Mara Leventhal, Douglas J.
Pepe, Peter R. Jerdee, & Christopher J. Stanley
485 Lexington Avenue
30th Floor
New York NY 10017

Kasen & Kasen, P.C.
Attn: Jenny R. Kasen, Esq.
Society Hill Office Park
1874 E. Marlton Pike, Suite 3
Cherry Hill NJ 08003

Keller Lenkner LLC
Attn: Seth A. Meyer
150 N. Riverside Plaza, Suite 4270
Chicago IL 60606

Kleinberg, Kaplan, Wolff & Cohen, P.C.
Attn: Matthew J. Gold and Robert M. Tuchman
551 Fifth Avenue, 18th Floor
New York NY 10176

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5162®
Sens de chargement
Repliez à la hachure afin de révéler le rebord Pop-up™
www.avery.com
1-800-GO-AVERY

Easy Peel® Labels
Use Avery® Template 5162®
Bend along line to expose Pop-up Edge™
AVERY® 5162®

19-23649-shl Doc 588 Filed 12/05/19 Entered 12/05/19 16:41:33 Main Document
Pg 7 of 14

Kramer Levin Naftalis & Frankel
Attn: Kenneth Eckstein and Rachael Ringer
1177 Avenue of the Americas
New York NY 10036

Loeb & Loeb LLP
Attn: Vadim J. Rubinstein, Esq
345 Park Avenue
New York NY 10154

LTS Lohmann Therapy Systems Corporation
Attn: Stephanie Satz, General Counsel (US)
21 Henderson Drive
West Caldwell NJ 07006

Luskin, Stern & Eisler LLP
Attn: Michael Luskin and Richard Stern
Eleven Times Square
New York NY 10036

Marcus & Shapira LLP
Attn: Darlene M. Nowak, Esq., Robert M. Barnes, Esq.
One Oxford Centre
301 Grant Street, 35th Floor
Pittsburgh PA 15219

McElroy, Deutsch, Mulvaney & Carpenter, LLP
Attn: Gary D. Bressler, Esquire
1617 John F. Kennedy Blvd., Ste. 1500
Philadelphia PA 19103

McElroy, Deutsch, Mulvaney & Carpenter, LLP
Attn: Michael Morano, Esquire, Nicole Leonard, Esquire
225 Liberty Street, 36th Fl.
New York NY 10281

Milbank LLP
Attn: Gerard Uzzi, Esq., Eric Stodola, Esq., & Alex Lees, Esq.
55 Hudson Yards
New York NY 10001

Missouri Department of Revenue
Attn: Steven A. Ginther - Special Assistant AG
301 W. High Street, Room 670
P.O. Box 475
Jefferson City MO 65105-0475

Morgan & Morgan
Attn: James Young
76 South Laura Street, Suite 1100
Jacksonville FL 32202

Morgan & Morgan
Attn: Juan R. Martin
201 North Franklin Street, 7th Floor
Tampa FL 33602

N.C. Department of Justice
Attn: Katherine M. McCraw
Assistant Attorney General
Post Office Box 629
Raleigh NC 27602-0629

National Association of Attorneys General
Attn: Karen Cordry
1850 M St., NW 12th Floor
Washington DC 20036

New York State Department of Financial Services
Attn: Nicolas G. Keller - Assistant Counsel
One State Street
New York NY 10004

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5162®
Sens de chargement
Repliez à la hachure afin de révéler le rebord Pop-up™
www.avery.com
1-800-GO-AVERY

Easy Peel® Labels
Use Avery® Template 5162®
Bend along line to expose Pop-up Edge™
AVERY® 5162®

Office of the Indiana Attorney General
Attn: Heather M. Crockett, Amanda K. Quick, Curtis T. Hill Jr.
302 West Washington Street
Indiana Govt. Center South, 5th Floor
Indianapolis IN 46204-2770

Office of the New York State Attorney General
Attn: David E. Nachman
Executive Division
28 Liberty Street
New York NY 10005

Office of the New York State Attorney General
Attn: Muhammad Umair Khan
28 Liberty Street
New York NY 10005

Office of the South Carolina Attorney General
Attn: Jared Q. Libet - Assistant Deputy AG
P.O. Box 11549
Columbia SC 29211-1549

Office of the State of Idaho Attorney General
Attn: Brett T. DeLange - Deputy AG Chief, Consumer Protection Division
Office of the AG
P. O. Box 83720
Boise ID 83720-0010

Office of the State of Vermont Attorney General
Attn: Jill S. Abrams
Vermont Attorney General's Office
109 State Street
Montpelier VT 05403

Ohio Attorney General
Attn: Alison L. Archer, Assistant AG
Ohio AG's Office
615 W. Superior Avenue, 11th Floor
Cleveland OH 44113

Office of the New Jersey State Attorney General
Attn: Lara J. Fogel, Deputy AG
124 Halsey Street, 5th Floor
P.O. Box 45029-5029
Newark NJ 07101

Office of the New York State Attorney General
Attn: Kathryn J. Blake, Assistant AG
Section Chief, General Recoveries Bureau
The Capitol
Albany NY 12224-0341

Office of the South Carolina Attorney General
Attn: Annemarie B. Mathews - Assistant AG
P.O. Box 11549
Columbia SC 29211-1549

Office of the State of Connecticut Attorney General
Attn: Denise S. Mondell, Assistant AG
55 Elm Street, P.O. Box 120
Hartford CT 06141-0120

Office of the State of Iowa Attorney General
Attn: William R. Pearson - Assistant AG
Hoover Building, 2nd Floor
1305 E. Walnut Street
Des Moines IA 50312

Office of The United States Trustee
Attn: Paul Schwartzberg
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York NY 10014

Ohio Attorney General
Attn: Patricia D. Lazich, Assistant AG
Ohio AG's Office
615 W. Superior Avenue, 11th Floor
Cleveland OH 44113

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5162®
Sens de chargement
Repliez à la hachure afin de révéler le rebord Pop-up™
www.avery.com
1-800-GO-AVERY

Easy Peel® Labels
Use Avery® Template 5162®
19-23649-shl Doc 588 Filed 12/05/19 Entered 12/05/19 16:11:33 Main Document
Pg 9 of 14
Bend along line to expose Pop-up Edge™
AVERY® 5162®

Otterbourg P.C.
Attn: Melanie L. Cyganowski, Esq. & Jennifer S. Feeney
230 Park Avenue
New York NY 10169

Pennsylvania Office of Attorney General
Attn: Melissa L. Van Eck - Senior Deputy AG
Strawberry Square, 15th Floor
Harrisburg PA 17120

Pension Benefit Guaranty Corporation
Attn: Adi Berger, Director
1200 K Street, NW
Washington DC 20005

Pillsbury Winthrop Shaw Pittman LLP
Attn: Andrew M. Troop and Andrew V. Alfano
31 West 52nd Street
New York NY 10019

Pillsbury Winthrop Shaw Pittman LLP
Attn: Jason S. Sharp
2 Houston Center
909 Fannin, Suite 2000
Houston TX 77010

Prime Clerk, LLC
Attn: Herb Baer
One Grand Central Place
60 East 42nd Street, Suite 1440
New York NY 10165

Purdue Pharma L.P.
Attn: President or General Counsel
One Stamford Forum, 201 Tresser Boulevard
Stamford CT 06901

RAWLINGS & ASSOCIATES
Attn: Mark D. Fischer
1 Eden Parkway
La Grange KY 40031

Reed Smith LLP
Attn: Christopher A. Lynch
599 Lexington Avenue
New York NY 10022-7650

Reed Smith LLP
Attn: Claudia Z. Springer
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia PA 19103

Scott+Scott Attorneys at Law LLP
Attn: Beth Kaswan and Judith S. Scolnick
The Helmsley Building
230 Park Avenue, 17th Floor
New York NY 10169

State of Alabama Attorney General
Attn: Bankruptcy Department
P.O. Box 300152
Montgomery AL 36130-0152

State of Alaska Attorney General
Attn: Bankruptcy Department
P.O. Box 110300
Juneau AK 99811-0300

State of Arizona Attorney General
Attn: Bankruptcy Department
2005 N Central Ave
Phoenix AZ 85004-2926

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5162®
Sens de chargement
Repliez à la hachure afin de révéler le rebord Pop-up™
www.avery.com
1-800-GO-AVERY

Easy Peel® Labels
Use Avery® Template 5162®
19-23649-shl    Doc 588    Fee Filed 12/05/19    Entered 12/05/19 16:11:33    Main Document
Bend along line to expose Pop-up Edge™
AVERY® 5162®
Pg 10 of 14

State of Arkansas Attorney General
Attn: Bankruptcy Department
323 Center St.
Suite 200
Little Rock AR 72201-2610

State of California Attorney General
Attn: Bankruptcy Department
P.O. Box 944255
Sacramento CA 94244-2550

State of Colorado Attorney General
Attn: Bankruptcy Department
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver CO 80203

State of Connecticut Attorney General
Attn: Bankruptcy Department
55 Elm St.
Hartford CT 06106

State of Delaware Attorney General
Attn: Bankruptcy Department
Carvel State Office Bldg.
820 N. French St.
Wilmington DE 19801

State of Florida Attorney General
Attn: Bankruptcy Department
The Capitol, PL 01
Tallahassee FL 32399-1050

State of Georgia Attorney General
Attn: Bankruptcy Department
40 Capital Square, SW
Atlanta GA 30334-1300

State of Hawaii Attorney General
Attn: Bankruptcy Department
425 Queen St.
Honolulu HI 96813

State of Idaho Attorney General
Attn: Bankruptcy Department
700 W. Jefferson Street
P.O. Box 83720
Boise ID 83720-1000

State of Illinois Attorney General
Attn: Bankruptcy Department
100 West Randolph Street
Chicago IL 60601

State of Indiana Attorney General
Attn: Bankruptcy Department
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis IN 46204

State of Iowa Attorney General
Attn: Bankruptcy Department
1305 E. Walnut Street
Des Moines IA 50319

State of Kansas Attorney General
Attn: Bankruptcy Department
120 SW 10th Ave., 2nd Floor
Topeka KS 66612-1597

State of Kentucky Attorney General
Attn: Bankruptcy Department
700 Capitol Avenue, Suite 118
Frankfort KY 40601

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5162®    Sens de chargement    Repliez à la hachure afin de révéler le rebord Pop-up™    www.avery.com
1-800-GO-AVERY

Easy Peel® Labels
Use Avery® Template 5162®
19-23649-shl    Doc 588    Fee Filed 12/05/19    Entered 12/05/19 16:11:33    Main Document
Pg 11 of 14
Bend along line to expose Pop-up Edge™
AVERY® 5162®

State of Louisiana Attorney General
Attn: Bankruptcy Department
P.O. Box 94095
Baton Rouge LA 70804-4095

State of Maine Attorney General
Attn: Bankruptcy Department
6 State House Station
Augusta ME 04333

State of Maryland Attorney General
Attn: Bankruptcy Department
200 St. Paul Place
Baltimore MD 21202-2202

State of Massachusetts Attorney General
Attn: Bankruptcy Department
One Ashburton Place
Boston MA 02108-1698

State of Michigan Attorney General
Attn: Bankruptcy Department
G. Mennen Williams Building, 7th Floor
525 W. Ottawa St., P.O. Box 30212
Lansing MI 48909-0212

State of Minnesota Attorney General
Attn: Bankruptcy Department
1400 Bremer Tower
445 Minnesota Street
St. Paul MN 55101-2131

State of Mississippi Attorney General
Attn: Bankruptcy Department
Walter Sillers Building
550 High Street, Suite 1200, P.O. Box 220
Jackson MS 39201

State of Missouri Attorney General
Attn: Bankruptcy Department
Supreme Court Building
207 W. High St.
Jefferson City MO 65102

State of Montana Attorney General
Attn: Bankruptcy Department
215 N Sanders, Third Floor
P.O. BOX 201401
Helena MT 59620-1401

State of Nebraska Attorney General
Attn: Bankruptcy Department
2115 State Capitol
2nd Fl, Rm 2115
Lincoln NE 68509-8920

State of Nevada Attorney General
Attn: Bankruptcy Department
100 North Carson Street
Carson City NV 89701

State of New Hampshire Attorney General
Attn: Bankruptcy Department
33 Capitol St.
Concord NH 03301

State of New Jersey Attorney General
Attn: Bankruptcy Department
RJ Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton NJ 08625-0080

State of New Mexico Attorney General
Attn: Bankruptcy Department
P.O. Drawer 1508
Santa Fe NM 87504-1508

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5162®
Sens de chargement
Repliez à la hachure afin de révéler le rebord Pop-up™
www.avery.com
1-800-GO-AVERY

State of New York Attorney General
Attn: Louis J. Testa
Bankruptcy Litigation Unit
The Capitol
Albany NY 12224-0341

State of North Carolina Attorney General
Attn: Jessica Sutton
9001 Mail Service Center
Raleigh NC 27699-9001

State of North Dakota Attorney General
Attn: Bankruptcy Department
State Capitol
600 E Boulevard Ave Dept 125
Bismarck ND 58505-0040

State of Ohio Attorney General
Attn: Bankruptcy Department
30 E. Broad St., 14th Floor
Columbus OH 43215

State of Oklahoma Attorney General
Attn: Bankruptcy Department
313 NE 21st Street
Oklahoma City OK 73105

State of Oregon Attorney General
Attn: Bankruptcy Department
1162 Court Street NE
Salem OR 97301

State of Pennsylvania Attorney General
Attn: Bankruptcy Department
Strawberry Square
16th Floor
Harrisburg PA 17120

State of Rhode Island Attorney General
Attn: Bankruptcy Department
150 South Main Street
Providence RI 02903

State of South Carolina Attorney General
Attn: Bankruptcy Department
P.O. Box 11549
Columbia SC 29211-1549

State of South Dakota Attorney General
Attn: Bankruptcy Department
1302 East Highway 14
Suite 1
Pierre SD 57501-8501

State of Tennessee Attorney General
Attn: Bankruptcy Department
P.O. Box 20207
Nashville TN 37202-0207

State of Texas
Attn: Paul L. Singer, Esq.
Chief, Consumer Protection Division MC 009
P.O. Box 12548
Austin TX 78711-2548

State of Texas
Attn: Rachel R. Obaldo, Esq.
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin TX 78711-2548

State of Texas Attorney General
Attn: Bankruptcy Department
Capitol Station
P.O. Box 12548
Austin TX 78711-2548

State of Utah Attorney General
Attn: Bankruptcy Department
P.O. Box 142320
Salt Lake City UT 84114-2320

State of Vermont Attorney General
Attn: Bankruptcy Department
109 State St.
Montpelier VT 05609-1001

State of Virginia Attorney General
Attn: Bankruptcy Department
900 East Main Street
Richmond VA 23219

State of Washington Attorney General
Attn: Bankruptcy Department
1125 Washington St. SE
P.O. Box 40100
Olympia WA 98504-0100

State of West Virginia Attorney General
Attn: Abby Cunningham, Assistant AG for West Virginia
State Capitol Bldg 1 Room E 26
Charleston WV 25305

State of Wisconsin Attorney General
Attn: Bankruptcy Department
Wisconsin Department of Justice
State Capitol, Room 114 East, P.O. Box 7857
Madison WI 53707-7857

State of Wyoming Attorney General
Attn: Bankruptcy Department
123 Capitol Building
200 W. 24th Street
Cheyenne WY 82002

Stevens & Lee, P.C.
Attn: Nicholas F. Kajon and Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York NY 10022

Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation
Attn: Sander L. Esserman and Peter C. D'Apice
2323 Bryan Street, Suite 2200
Dallas TX 75201

Tarter Krinsky & Drogin LLP
Attn: Scott S. Markowitz, Esq., Rocco A. Cavaliere, Esq., & Michael Z. Brownstein, Esq.
1350 Broadway, 11th Floor
New York NY 10018

Tennessee Attorney General's Office
Attn: Marvin Clements, Bankruptcy Division
P.O. Box 20207
Nashville TN 37202-0207

Tucker Arensberg, P.C.
Attn: Jordan S. Blask, Esq.
1500 One PPG Place
Pittsburgh PA 15222

U.S. Bank Equipment Finance
Attn: President or General Counsel
1310 Madrid Street
Marshall MN 56258

U.S. Department of Justice
Attn: Legal Department
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

United States Attorney's Office
Attn: U.S. Attorney
300 Quarropas Street, Room 248
White Plains NY 10601-4150

Waldrep LLP
Attn: Thomas W. Waldrep, Jr., James C. Lanik, Jennifer B. Lyday
101 S. Stratford Road, Suite 210
Winston-Salem NC 27104

Washington DC Attorney General
Attn: Bankruptcy Department
441 4th Street, NW
Washington DC 20001

West Boca Medical Center
Attn: Paige Kesman, Assistant General Counsel
21644 Florida Highway
Boca Raton FL 33428

Wilk Auslander LLP
Attn: Eric J. Snyder
1515 Broadway, 43rd Floor
New York NY 10036