DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF HEARING ON APPLICATION OF DEBTORS FOR AN ORDER**
**AUTHORIZING THEM TO RETAIN AND EMPLOY JONES DAY AS**
**SPECIAL COUNSEL, *NUNC PRO TUNC* TO THE PETITION DATE**

   **PLEASE TAKE NOTICE** that on December 5, 2019, Purdue Pharma L.P. and certain of

its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases

(collectively, the "**Debtors**") filed the *Application of the Debtors for an Order Authorizing Them*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*to Retain and Employ Jones Day as Special Counsel, Nunc Pro Tunc to the Petition Date* (the "**Application**").

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Application to the Honorable Robert D. Drain, United States Bankruptcy Judge, for approval and signature on **December 19, 2019 at 2:00 p.m. (prevailing Eastern Time)**.  A copy of the Application is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, unless a written objection to the Application is served and filed with proof of service with the Clerk of the Court, and a courtesy copy is delivered to the undersigned and to the chambers of the Honorable Robert D. Drain, so as to be received by **December 16, 2019 at 4:00 p.m. (Eastern Time)**, there will not be a hearing to consider such Application, and such Application may be signed and entered by the Court.

PLEASE TAKE FURTHER NOTICE that, if a written objection is timely filed and served with respect to the Application, a hearing (the "**Hearing**") will be held to consider such Application before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on **December 19, 2019 at 2:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing and a failure to appear may result in relief being granted upon default.

PLEASE TAKE FURTHER NOTICE that copies of the Application may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   December 5, 2019
         New York, New York

                              DAVIS POLK & WARDWELL LLP

                              By:   */s/ Eli J. Vonnegut*

                              450 Lexington Avenue
                              New York, New York 10017
                              Telephone: (212) 450-4000
                              Facsimile:  (212) 701-5800
                              Marshall S. Huebner
                              Benjamin S. Kaminetzky
                              Timothy Graulich
                              Eli J. Vonnegut

                              *Counsel to the Debtors*
                              *and Debtors in Possession*

## **Exhibit A**

### **Application**

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**APPLICATION OF THE DEBTORS FOR AN ORDER**
**AUTHORIZING THEM TO RETAIN AND EMPLOY JONES DAY**
**AS SPECIAL COUNSEL, *NUNC PRO TUNC* TO THE PETITION DATE**

The above-captioned debtors and debtors in possession (collectively, the "Debtors")

submit this application (this "Application"), pursuant to section 327(e) of title 11 of the United

States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2014-1 of the Local Bankruptcy Rules for

the Southern District of New York (the "Local Rules") and consistent with the *U.S. Trustee*

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the
applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue
Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals
L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures
L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925),
Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company
(4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul
Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies
(7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate
headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (the "U.S. Trustee Guidelines"), for the entry of an order, in substantially the form attached as Exhibit A (the "Proposed Order"), (a) authorizing the Debtors to retain and employ Jones Day as special counsel in these chapter 11 cases, *nunc pro tunc* to the Petition Date (as defined below) and (b) granting certain related relief.  In support of this Application, the Debtors:  (a) submit (i) the *Declaration of Marc L. Kesselman in Support of the Application of the Debtors for an Order  Authorizing Them to Retain and Employ Jones Day as Special Counsel, Nunc Pro Tunc to the Petition Date* (the "Debtors' Declaration"), a copy of which is attached hereto as Exhibit B; and (ii) the *Declaration of John J. Normile in Support of the Application of the Debtors for an Order  Authorizing Them to Retain and Employ Jones Day as Special Counsel, Nunc Pro Tunc to the Petition Date* (the "Normile Declaration"), a copy of which is attached hereto as Exhibit C; and (b) further respectfully represent as follows:

## JURISDICTION AND VENUE

1.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012 (the "Amended Standing Order"). Venue for this matter is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2.        On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Office of the United States

-2-

Trustee for the Southern District of New York (the "U.S. Trustee") appointed an official

committee of unsecured creditors on September 27, 2019 [Docket No. 131].

3.      These chapter 11 cases are being jointly administered pursuant to Bankruptcy

Rule 1015(b) and the *Order Directing Joint Administration of Chapter 11 Cases* [Docket No.

59].

4.      Additional information regarding the Debtors and these chapter 11 cases,

including the Debtors' businesses, corporate structure, financial condition and reasons for and

objectives of these cases, is set forth in the *Debtors' Informational Brief* filed on September 16,

2019 [Docket No. 17] and incorporated herein by reference.

## RELIEF REQUESTED

5.      The Debtors request entry of an order, substantially in the form of the Proposed

Order, (a) authorizing them to retain and employ Jones Day as special counsel with respect to the

matters discussed below and consistent with the terms of the Engagement Letter, *nunc pro tunc*

to the Petition Date, and (b) granting certain related relief.

## BASIS FOR RELIEF REQUESTED

### A.      Jones Day's Qualifications

6.      Jones Day was initially engaged by the Debtors in 2004 to represent the Debtors

in connection with intellectual property prosecution and litigation, including Hatch-Waxman

patent litigation and related matters.  Additionally, over the years Jones Day has provided the

Debtors with general intellectual property related counseling and opinion work.  Over the course

of the engagement, Jones Day attorneys have worked closely with the Debtors' management and

in-house counsel and, as a result, have acquired extensive knowledge of the Debtors' history,

intellectual property portfolio, litigation needs and related matters.

-3-

7.      Jones Day is one of the largest law firms in the world, with a national and international practice, and has substantial experience in intellectual property and patent litigation. Its intellectual property group consists of more than 220 professionals, including more than 200 attorneys, each playing a significant role in a wide array of offensive and defensive litigation facing clients in various industries. Jones Day regularly plays a leading role in significant patent litigation matters, including those involving pharmaceutical companies.

8.      Accordingly, Jones Day is well qualified to serve as the Debtors' special counsel in connection with intellectual property related litigation and counseling matters in these chapter 11 cases.

**B.      Jones Day Services**

9.      As of the Petition Date, Jones Day represented the Debtors in several active patent litigation matters, including:

(a)      *Purdue Pharma, L.P. v. Collegium Pharmaceutical, Inc.*, No. 15-13099 (FDS) (D. Mass.);

(b)      *Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.*, No. 18-00404 (RGA) (D. Del); and

(c)      *Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.*, No. 17-00392 (RGA) (D. Del).

(d)      *Collegium Pharmaceutical, Inc. v. Purdue Pharma L.P. et al.*, PGR2018-00048 (P.T.A.B.).

10.      Jones Day also intends to file a petition for writ of certiorari seeking review of *Purdue Pharma L.P. v. Iancu*, 767 F. App'x 918 (Fed. Cir. 2019). In addition to the aforementioned litigation, Jones Day provides the Debtors with general intellectual property related counseling and opinion work.

11.      All of the Debtors' active patent litigation matters are currently stayed in light of the Debtors' ongoing bankruptcy proceedings. On September 20, 2019, Judge Saylor issued a

-4-

stay of District of Massachusetts case No. 15-13099.  Judge Saylor gave the parties permission to

advise the court of developments and to seek leave to lift or modify the stay pending further

developments in the bankruptcy.

12.    On October 2, 2019, the P.T.A.B. issued a stay of PGR2018-00048 and extended

the time to administer the proceeding by six months.

13.    On October 3, 2019, Judge Andrews issued a stay of District of Delaware

litigations Nos. 18-00404 and 17-00392.  The court instructed the parties to provide a status

report update no later than December 15, 2019.  Subsequent to receiving the status report, Judge

Andrews will determine whether the stay should continue, or if these cases should proceed to

trial.

14.    The terms and conditions of Jones Day's retention and its compensation as part of

the Debtors' chapter 11 cases are set forth in the engagement letter between the Debtors and

Jones Day (the "Engagement Letter"), copy of which is attached as Exhibit 1 to the Proposed

Order.[2]  The Debtors propose that, subject to the Court's approval, Jones Day will continue to

provide legal services to the Debtors with respect to the matters described above and in the

Engagement Letter.  Should the scope of Jones Day's services expand beyond the scope

discussed herein and in the Engagement Letter, Jones Day will file a supplemental retention

application with the Court.

15.    Due to Jones Day's experience and knowledge in the areas for which legal

services will be provided, as well as the firm's long-standing relationship with the Debtors in

connection therewith, the Debtors respectfully submit that Jones Day is uniquely qualified to

---

[2]    Any references to, or descriptions of, the Engagement Letter herein are qualified by the express terms of the
Engagement Letter, which shall govern if there is any conflict between the Engagement Letter and the
descriptions provided herein.

represent the Debtors in connection with their intellectual property needs during the course of these chapter 11 cases.

### C.    Compensation and Fee Applications

16.    Pursuant to the terms of the Engagement Letter, and subject to this Court's approval of this Application, Jones Day intends to: (a) charge for its legal services on an hourly basis in accordance with the ordinary and customary hourly rates in effect on the date services are rendered, and (b) seek reimbursement of actual and necessary out-of-pocket expenses.[3]

17.    Prior to the Petition Date, the Debtors and Jones Day agreed to a discounted fee arrangement.  Jones Day's standard hourly rates are based on the professionals' level of experience and are subject to review and adjustment – typically, on an annual basis.  As part of the discounted fee arrangement, Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2019, Jones Day used 2018 billable rates in calculating amounts due for legal services performed).  The total invoices were also subject to a ten percent (10%) discount.  Additionally, Jones Day and the Debtors agreed to an arrangement that allowed the Debtors to take an additional four percent (4%) discount on fees only, if paid in full within ten (10) days of the date of the invoice, and three percent (3%) discount on fees only, if paid in full within fifteen (15) days of the date of the invoice.  Jones Day and the Debtors agreed to maintain this discounted fee arrangement following the Petition Date.

18.    The names, positions, resident offices and current hourly rates of those Jones Day lawyers currently expected to continue providing services to the Debtors are attached as Schedule 1 to the Normile Declaration.  Jones Day's hourly fees are comparable to those charged

---

[3]    The hourly rates charged by Jones Day professionals differ based on, among other things, the professional's level of experience and the rates normally charged in the specific office in which the professional is resident. Jones Day does not adjust the billing rates of its professionals based on the geographic location of a bankruptcy case or other matter.

by attorneys of similar experience and expertise for engagements of the scope and complexity

similar to the patent litigation and intellectual property matters handled by Jones Day. Further,

these Jones Day professionals are subject to the same client-driven market forces, scrutiny and

accountability as its professionals in non-bankruptcy engagements. For all of these reasons,

Jones Day's rates are reasonable.

19.    As referenced above, Jones Day's hourly billing rates are subject to periodic

review and adjustments. Jones Day's practice of periodically adjusting its billing rates was

disclosed to the Debtors in the Engagement Letter, and the Debtors have agreed to pay these

modified rates pursuant to the Engagement Letter. According to section B(2)(d) of the U.S.

Trustee Guidelines, Jones Day will provide justification of the reasonableness of any rate

increase in the applicable fee application.[4]

20.    Jones Day will maintain detailed, contemporaneous time records in six (6) minute

intervals and apply to this Court for payment of compensation and reimbursement of expenses in

accordance with applicable provisions of the Bankruptcy Rules, the Local Rules, the U.S.

Trustee Guidelines and any additional procedures that may be established by this Court in these

chapter 11 cases.

21.    Furthermore, Jones Day contemplates billing for its incurred expenses in the

following expense categories: (a) copies; (b) outside printing; (c) telephone; (d) facsimile;

(e) online research; (f) delivery services/couriers; (g) postage; (h) local travel; (i) out-of-town

travel (including subcategories for transportation, hotel, meals, ground transportation, other);

(j) meals (local); (k) court fees; (l) subpoena fees; (m) witness fees; (n) deposition transcripts;

---

[4]    Like many of its peer law firms, Jones Day increases the hourly billing rate of attorneys and para-
professionals periodically in the form of step increases in the ordinary course on the basis of advancing
seniority and promotion. The step increases do not constitute "rate increases" (as the term is used in the U.S.
Trustee Guidelines). Accordingly, Jones Day does not intend to provide a separate justification for such step
increases.

(o) trial transcripts; (p) trial exhibits; (q) litigation support vendors; (r) experts; (s) investigators; (t) arbitrators/mediators; and (u) other.

22.      Jones Day will consult with the U.S. Trustee regarding any suggested alterations to these fee and expense categories.

**D.      Jones Day's Disclosures**

23.      The Normile Declaration, incorporated herein by reference, discloses Jones Day's connections to the Debtors and parties in interest in these chapter 11 cases.  In reliance on the Normile Declaration, and except as set forth therein, the Debtors believe that Jones Day does not:  (a) represent or hold any interest adverse to the Debtors or their estates with respect to the matters on which Jones Day seeks to be employed and Jones Day will not represent any interest adverse to the Debtors in these chapter 11 cases; or (b) have any connection with the Debtors, any creditors or other parties in interest, their respective attorneys and accountants, or the United States Trustee or any of its employees.

**E.      Professional Compensation**

24.      The Debtors from time to time have provided Jones Day with advance payments to maintain a retainer for professional services to be rendered and expenses to be incurred by Jones Day.  Most recently, on August 5, 2019, the Debtors provided Jones Day with an advance payment of $750,000 (the "Retainer").  Subsequent thereto, Jones Day (a) issued invoices to the Debtors and (b) applied the Retainer to outstanding pre-petition invoices.[5]

25.      Jones Day requests that it is permitted to treat the Retainer as an evergreen retainer and held by Jones Day as security throughout these chapter 11 cases.  Jones Day will not

---

[5]      Specifically, Jones Day applied a portion of the Retainer in the amount of $84,851.08 to outstanding pre-petition invoices.  The Retainer balance is being held in an escrow account.  As of the date of this Application, the Retainer balance was $665,148.92.

receive any further Retainers unless pursuant to Court order, and will not draw upon the Retainer

except pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Bankruptcy Local Rules.

## **STATEMENT REGARDING U.S. TRUSTEE GUIDELINES**

26.     Jones Day intends to apply for compensation for professional services rendered

and reimbursement of expenses incurred in connection with these chapter 11 cases in compliance

with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, the

U.S. Trustee Guidelines and any other applicable procedures and orders of this Court.

27.     The following information is provided in response to the request for additional

information set forth in Paragraph D.1 of the U.S. Trustee Guidelines:

1. **Question:**    Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

    Response:    Prior to the Petition Date, the Debtors and Jones Day agreed to a discounted fee arrangement.  Jones Day and the Debtors agreed to maintain this discounted fee arrangement following the Petition Date.

2. **Question**    Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

    Response:    No.

3. **Question:**    If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

    Response:    Since its representation of the Debtors began, Jones Day has not changed its billing rates or material financial terms for the engagement, other than (a) regular, annual Firm-wide adjustments to its standard rates and (b) Jones Day's agreement to set rates as described above.  Jones

-9-

<table>
<tr><td></td><td></td><td>Day's rates and the financial terms of the engagement have been the same prepetition and postpetition.</td></tr>
<tr><td>4.</td><td>**Question:**</td><td>Has your client approved your prospective budget and staffing plan, and, if so for what budget period?</td></tr>
<tr><td></td><td>Response</td><td>The Debtors and Jones Day have discussed Jones Day's estimated fees and expenses and staffing related to these chapter 11 cases. Jones Day and the Debtors developed a budget and staffing plan for 2019 and 2020. The Debtors and Jones Day, however, recognize that there may be unforeseeable fees and expenses that will need to be addressed by the Debtors and Jones Day.</td></tr>
</table>

## **LEGAL BASIS FOR RELIEF REQUESTED**

28.    Section 327(e) of the Bankruptcy Code authorizes a debtor in possession to

employ one or more attorneys to represent the debtor on specified matters so long as those

attorneys do not represent or hold any interest adverse to the debtor or to the estate with respect

to the matter on which they are to be employed.  *See* 11 U.S.C. § 327(e).  Moreover, section

1107(b) of the Bankruptcy Code provides that "a person is not disqualified for employment

under section 327 of [the Bankruptcy Code] by a debtor in possession solely because of such

person's employment by or representation of the debtor before the commencement of the case."

11 U.S.C. § 1107(b).

29.    As required by Rule 2014(a) of the Bankruptcy Rules,[6] the above-described facts

set forth in this Application and the information in the Exhibits attached hereto set forth: (a) the

---

[6]    Rule 2014(a) of the Bankruptcy Rules provides that an application seeking the employment of professional persons pursuant to section 327 of the Bankruptcy Code:

> shall state the specific facts showing the necessity for the employment, the name of the person to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.  The application shall be accompanied by a verified statement of the person to be employed setting forth the person's connections with the debtor, creditors, any other party in interest, their respective attorneys

specific facts showing the necessity for Jones Day's continued employment; (b) the reasons for

the Debtors' selection of Jones Day as their special counsel in connection with these chapter 11

cases; (c) the professional services proposed to be provided by Jones Day; (d) the arrangement

between the Debtors and Jones Day with respect to Jones Day's compensation, including

information on retainers and hourly fees and the reasonableness thereof; and (e) to the best of the

Debtors' knowledge, the extent of Jones Day's connections, if any, to certain parties in interest in

these matters.  Accordingly, Jones Day's retention by the Debtors should be approved.

## NOTICE

30.    The Debtors will provide notice of this Application to:  (a) the entities on the

Master Service List (as defined in the Case Management Order and available on the Debtors'

case website at https://restructuring.primeclerk.com/purduepharma) and (b) any person or entity

with a particularized interest in the subject matter of this motion.  The Debtors respectfully

submit that no further notice is required.

## NO PRIOR REQUEST

31.    No prior request for the relief sought herein has been made to this Court or any

other court.

[*Remainder of page left blank intentionally*]

---

(continued…)

and accountants, the United States trustee, or any person employed in the office
of the United States trustee.

Bankruptcy Rule 2014(a).

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order and granting such other and further relief as may be appropriate.

Dated:  December 5, 2019
        New York, New York

Respectfully submitted,

**PURDUE PHARMA L.P.**
(for itself and on behalf of its affiliates that are debtors and debtors in possession)

_____
Marc L. Kesselman
Senior Vice President, General Counsel &
Corporate Secretary
Purdue Pharma L.P.

**EXHIBIT A**

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | : |
| In re: | :    Chapter 11 |
| | : |
| PURDUE PHARMA L.P., *et al.*, | :    Case No. 19-23649 (RDD) |
| | : |
| Debtors.[1] | :    (Jointly Administered) |
| | : |

**ORDER AUTHORIZING THE DEBTORS
TO RETAIN AND EMPLOY JONES DAY AS SPECIAL
LITIGATION COUNSEL, *NUNC PRO TUNC* TO THE PETITION DATE**

This Court has considered the *Application of the Debtors for an Order Authorizing Them to Retain and Employ Jones Day as Special Counsel, Nunc Pro Tunc to the Petition Date* (the "Application"),[2] the Debtors' Declaration, the Normile Declaration and the statements of counsel and the evidence adduced with respect to the Application at any hearing before this Court (the "Hearing"). This Court has found that (a) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) notice of the Application and any Hearing was sufficient under the circumstances and (d) Jones Day does not hold or represent any interest materially adverse to the Debtors' estates. After due deliberation, this Court has

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

determined that the relief requested in the Application is in the best interests of the Debtors, their

estates and their creditors;

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1.      The Application is GRANTED as set forth herein.

2.      The Debtors are authorized to retain and employ Jones Day as their special

counsel in these chapter 11 cases, in accordance with section 327(e) of the Bankruptcy Code,

Bankruptcy Rule 2014(a) and Local Rule 2014-1 on the terms and conditions set forth in the

Application and the Engagement Letter, *nunc pro tunc* to the Petition Date (the "Engagement").

3.      Jones Day is authorized to render the professional services set forth in the

Application, the Normile Declaration and the Engagement Letter, as of the Petition Date.

4.      Jones Day shall be compensated for its services and reimbursed for any related

expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy

Rules, the Local Rules and any other applicable orders or procedures of this Court.

5.      Jones Day shall provide reasonable notice to the Debtors, the Court, the U.S.

Trustee and any statutory committee appointed in the chapter 11 cases of any annual increases in

the rates set forth in the Application.

6.      The Retainers shall be treated as an evergreen retainer and may be held by Jones

Day as security throughout these chapter 11 cases.

7.      Jones Day shall use its reasonable efforts to avoid any duplication of services

provided by any of the Debtors' other retained professionals in these chapter 11 cases.

8.      The Debtors are authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order in accordance with the Application.

9.      This Order shall be immediately effective and enforceable upon its entry.

10.    To the extent that this Order is inconsistent with the Engagement Letter, the terms of this Order shall govern.

11.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation and/or enforcement of this Order.

Dated:    _____, 2019
         White Plains, New York

 

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

## <u>EXHIBIT 1</u>

**Engagement Letter**

# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

DIRECT NUMBER: (212) 326-3777
JJNORMILE@JONESDAY.COM

December 3, 2019

ATTORNEY-CLIENT PRIVILEGED

**VIA ELECTRONIC TRANSMISSION**

Marc L. Kesselman
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

Re:    Engagement Letter

Dear Marc:

Thank you for retaining Jones Day for this engagement. We are pleased that you have sought our counsel, and we look forward to assisting you on the matter described below. This letter sets forth the scope and terms of our engagement by Purdue Pharma L.P. (the "Company" or "you"), in connection with the following services (collectively, the "Matters"): providing intellectual property prosecution, litigation, counseling and opinion work as related to the Company's proceedings (the "Chapter 11 Cases") pending under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") before the Bankruptcy Court of the Southern District of New York (the "Bankruptcy Court").

1.    Scope of Engagement and Client Relationship

While Jones Day enjoys broad relationships involving multiple matters for many clients, we do not act as general counsel for clients and our work and advice is limited to the specific matters on which we are engaged. Thus our relationship may expand beyond the Matters described above, but only if you and we agree to specific new or expanded engagements.

It is important to emphasize that we are entering into an attorney-client relationship only with the Company. That is, unless you and we agree otherwise, Jones Day is not representing any owner, employee, parent, subsidiary or other direct or indirect affiliate of the Company. If you believe that the Company's personnel or any of its affiliates are unclear regarding the scope

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Marc L. Kesselman
Purdue Pharma L.P.
December 3, 2019

Page 2

of our representation, please advise them that Jones Day does not represent them or, if you
prefer, let us know so we can explain the scope of our engagement to them.

2.    <u>Staffing</u>

You have designated yourself as the person with responsibility for overseeing this matter
and to whom we will report.  I will have primary responsibility for this matter, and will rely on
other lawyers at Jones Day to work as a team as we handle the necessary work on the matter.  I
will be the Partner generally responsible for our overall relationship with you, including matters
related to billing and staffing.  Our goal is to stay in close contact with you over the course of our
engagement as we seek to provide the Company with timely, high quality legal services in a
cost-efficient manner.

3.    <u>Potentially Adverse Representations or Conflicts of Interest; Advance Waiver</u>

Jones Day represents many clients on a wide variety of matters in a number of different
practice areas.  A further description of our Firm and areas of practice is available on our
website, at www.jonesday.com.

Just as you in the future may ask us to represent the Company in a matter that is directly
adverse to one of our other clients, it is possible Jones Day will be asked in the future to
represent another client in a matter that is directly adverse to you.  We want you and our other
clients to be able to choose Jones Day as their counsel on matters where it is appropriate to do so.
Accordingly, you agree that Jones Day in the future may represent any existing or future client in
any matter (but not a litigation or other dispute resolution matter) that is directly adverse to the
Company.  Your agreement to this waiver is based on two understandings as follows.  First,
Jones Day will not represent another client adverse to you in a matter that is substantially related
to the Matters or to any other matters that we are handling for the Company.  Second, to the
extent Jones Day does represent a client adverse to you, Jones Day lawyers or other service
providers who are then working for the Company will not work on that adverse matter for that
other client and we will take steps to ensure that your confidential information is not shared with
our lawyers or other time keepers involved in that adverse matter.

You also confirm that your agreement to this prospective waiver is voluntary and that you
intend for it to be effective and enforceable and for Jones Day to rely upon it.

JONES DAY

Marc L. Kesselman
Purdue Pharma L.P.
December 3, 2019

Page 3

4.      Compensation and Disbursements

Our fees are determined by the time devoted by each lawyer or other service provider involved in the engagement and the hourly billing rates assigned to each such person. As previously agreed, Jones Day agreed to charge the Company previous year's billable rates (*e.g.*, for 2019, Jones Day is using 2018 billable rates in calculating amounts due for legal services performed). The hourly rates (as adjusted) for our lawyers who are likely to be working on the Matters range from $775 to $1,275 for partners and $425 and $775 for associates. Our hourly rates are revised periodically, and we reserve the right to revise them from time to time during the course of our representation upon written notice to the Company. Additionally, as previously agreed, the total invoices are also subject to a ten percent (10%) discount. Finally, an additional four percent (4%) discount on fees only will be applied if an invoice is paid in full within ten (10) days of the date of the invoice. Such discount will be reduced to three percent (3%) if the invoice is paid in full within fifteen (15) days of the date of the invoice.

Unless we specifically agree in writing to the contrary, any fee estimate, budget, or projection of hours is not a commitment to cap our fees or perform the services within a fixed amount of time or for a fixed fee.

In addition to our fees, we expect our clients to defray certain costs and expenses incurred during our representation of them. Please note that although our charges for non-cash costs incurred by Jones Day reflect our good faith estimate of our actual, fully absorbed, out-of-pocket costs, those estimates may differ from our actual costs. Normally, disbursements and charges will be subject to reimbursement from the Company in the regular billing cycle. In some circumstances, however, such as in the case of particularly large items, we may ask the Company to pay these items directly or in advance.

We will submit billing statements to you on a monthly basis; all statements are due and payable upon presentation. If you have any question or concern about any billing statement, we ask that you raise it with us promptly upon your receipt of the statement.

Under Part 137 of the Rules of the Chief Administrator of the Courts in New York, you have the right to arbitrate any fee disputes as provided in that rule, a copy of which will be provided to you at your request.

JONES DAY

Marc L. Kesselman
Purdue Pharma L.P.
December 3, 2019

Page 4

     5.    <u>Bankruptcy Court Approval</u>

Our employment by the Company is subject to the approval of the Bankruptcy Court.  If necessary, we will modify the terms and conditions of our employment described above as may be required to comply with the applicable requirements of the Bankruptcy Code, including any orders of the Bankruptcy Court.

     6.    <u>Audit Letter Issues</u>

Our policy is to comply with the American Bar Association Statement of Policy Regarding Lawyers' Responses to Auditors' Requests for Information regarding the scope and content of responses to requests to provide information to auditors, except when such ABA Policy is clearly inapplicable.

     7.    <u>Procedures upon Termination; Return of Documents; Intellectual Property</u>

Unless earlier terminated by you or us, our attorney client relationship will end once we have completed our last assignment for you.  When our attorney client relationship has ended, either because we have completed our last assignment or the relationship has been terminated, Jones Day will close its file numbers for the remaining matters that are open at that time.  Thereafter, and if you request, we will return your property in our possession.  Specifically, and consistent with our professional obligations, we will return the following categories of documents unless we agree otherwise in writing:  original materials that you provided to us; final documents of legal significance; final versions of briefs and other pleadings; final legal memoranda prepared for you; and transmitted correspondence substantively related to the representation.  We may charge a reasonable fee to produce those materials, whether in an electronic or hard copy format, and we may also retain copies of those materials.  In the course of our relationship, we may process and store materials that we receive from you in an electronic document handling and storage system and in that case we may return the paper copies to you or store those copies for return to you at the end of our relationship.

You agree that Jones Day will be free, on the later of the date set by bar requirements applicable to New York or seven years after the end of our relationship, to destroy or otherwise dispose of any documents or other materials, including electronic versions, relating to your representation and still in our possession without further notice to you.

We may retain all intellectual property and other know-how that we develop in the course of representing you, including subject matter expertise, whether or not preserved in written or

JONES DAY

Marc L. Kesselman
Purdue Pharma L.P.
December 3, 2019

Page 5

electronic form.  We may use that property in the course of representing other clients, so long as none of your confidential information is disclosed.

Please sign and return to us the enclosed copy of this letter in order to confirm that it accurately reflects the scope, terms and conditions with respect to this engagement.  If you would like to discuss any of these matters, please give me a call.

Very truly yours,

John J. Normile

JONES DAY

Marc L. Kesselman
Purdue Pharma L.P.
December 3, 2019

Page 6


     On behalf of the Company, I agree to the terms of this letter and confirm that this letter accurately reflects the scope, terms and conditions with respect to this engagement and that I am authorized by the Company to sign this letter on its behalf.

Dated:  December 5, 2019

Signature: _____

Name:    Marc L. Kesselman

Title:    Senior VP, General Counsel and
       Corporate Secretary

**EXHIBIT B**

**DEBTORS' DECLARATION**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## DECLARATION OF MARC L. KESSELMAN IN SUPPORT OF THE APPLICATION OF THE DEBTORS FOR AN ORDER AUTHORIZING THEM TO RETAIN AND EMPLOY JONES DAY AS SPECIAL LITIGATION COUNSEL, *NUNC PRO TUNC* TO THE PETITION DATE

Marc L. Kesselman, Purdue Pharma L.P.'s ("PPLP," and together with its affiliates that are debtors and debtors in possession in these proceedings, the "Company" or "Purdue") Senior Vice President, General Counsel & Corporate Secretary, in support of the *Application of the Debtors for an Order Authorizing Them to Retain and Employ Jones Day as Counsel, Nunc Pro Tunc to the Petition Date* (the "Application"),[2] declares as follows:

1. I am Senior Vice President and General Counsel of PPLP, a Delaware limited partnership headquartered in Stamford, Connecticut.

2. I am older than 21 years of age and suffer no legal disability. I am competent to make this declaration (the "Declaration").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Applications.

3.      My testimony herein is based upon my personal knowledge, unless stated otherwise.

4.      If called to testify, I could and would testify to the matters stated herein.

5.      I submit this Declaration in connection with the Application wherein the Debtors seek entry of an order authorizing the Debtors to employ and retain Jones Day as special counsel to provide the services described in the Normile Declaration *nunc pro tunc* to the Petition Date.

### THE DEBTORS' SELECTION OF COUNSEL

6.      It is my strong belief that it is critical to select advisors with the utmost care to maximize the value of the Debtors' estates, while at the same time focusing on costs to ensure that the Debtors' limited resources are being appropriately utilized.

7.      I, as Senior Vice President and General Counsel, along with several other members of the Debtors' senior management, am responsible for retaining and supervising outside counsel.  I am familiar with the markets for professionals both in and out of bankruptcy, and the leading role Jones Day plays in significant offensive and defensive patent litigation.

8.      Jones Day was initially engaged by the Debtors in 2004 to represent the Debtors in connection with intellectual property prosecution and litigation, including Hatch-Waxman patent litigation and related matters.  Additionally, over the years Jones Day has provided the Debtors with general intellectual property related counseling and opinion work.

9.      Due to Jones Day's experience and knowledge in the areas for which legal services will be provided, as well as the firm's long-standing relationship with the Debtors in connection therewith, the Debtors respectfully submit that Jones Day is uniquely qualified to represent the Debtors in connection with their intellectual property needs during the course of these chapter 11 cases.

## RATE STRUCTURE AND COST SUPERVISION

10.    Jones Day has informed the Debtors that its hourly rates for bankruptcy representations are comparable to (a) the hourly rates Jones Day charges for non-bankruptcy representations and (b) the rates of other comparably skilled professionals in the national marketplace for legal services.  Having previously reviewed invoices from other large law firms, I can verify that the rates being charged by Jones Day in connection with this representation are within the range typically charged by similar firms in complex matters.

11.    I am one of the individuals responsible for reviewing the invoices regularly submitted by Jones Day. The invoices regularly submitted by Jones Day are reviewed by attorneys employed by the Debtors under my ultimate supervision. I am informed that, other than periodic rate increases that occur in the ordinary course, the rates that Jones Day charged the Debtors in the prepetition period for restructuring and related services are the same as the rates that Jones Day will charge the Debtors in the postpetition period.

12.    The Debtors and Jones Day have discussed Jones Day's estimated fees and expenses and staffing related to the services discussed in the Normile Declaration.  Jones Day and the Debtors developed a prospective budget and staffing plan for 2019 and 2020.  The Debtors, however, recognize that, during the course of these chapter 11 cases, it is possible that there may be matters that create the need for additional fees and expenses charged by Jones Day. The Debtors further recognize that it is their responsibility to monitor closely the billing practices of their special counsel to ensure the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of these chapter 11 cases.  The Debtors will continue to review the invoices that Jones Day regularly submits, and, together with Jones Day, periodically amend the budget and staffing plans as these chapter 11 cases develop.

13.     As they did prepetition, the Debtors will continue to closely supervise the fees and expenses reimbursement process.  Jones Day's fees and expenses will be subject to review, comment and objection (if warranted), and Court approval pursuant to interim compensation procedures that provide for the interim allowance and payment of fees and expenses during the course of these chapter 11 cases.  Jones Day's fees and expenses will be subject to periodic review on a monthly, interim and final basis during the course of these chapter 11 cases by the U.S. Trustee, any official committee and this Court, as well as by the Debtors.

*[Remainder of page left blank intentionally; signature page follows]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:    December 5, 2019
          New York, NY

By: _____
     Marc L. Kesselman
     Senior Vice President, General Counsel &
     Corporate Secretary
     Purdue Pharma L.P.

**EXHIBIT C**

**NORMILE DECLARATION**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## DECLARATION OF JOHN J. NORMILE IN SUPPORT OF
## THE APPLICATION OF THE DEBTORS FOR AN ORDER
## AUTHORIZING THEM TO RETAIN AND EMPLOY JONES DAY AS
## SPECIAL COUNSEL, *NUNC PRO TUNC* TO THE PETITION DATE

Pursuant to Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), Rule 2014-1 of the Local Bankruptcy Rules for the Southern District

of New York (the "Local Rules") and consistent with the *U.S. Trustee Guidelines for Reviewing*

*Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by*

*Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (the "U.S. Trustee

Guidelines"), I, John J. Normile, declare:

1.      I am an attorney admitted and in good standing to practice in the State of New

York and the U.S. District Court for the Southern District of New York.

2.      I am a partner with the law firm of Jones Day and am duly authorized to make

this declaration on behalf of Jones Day.  I make this declaration in support of the *Application of*

*the Debtors for an Order Authorizing Them to Retain and Employ Jones Day as Special Counsel,*

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Nunc Pro Tunc to the Petition Date* (the "Application").[2]  The facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

## JONES DAY'S QUALIFICATIONS
## AND ENGAGEMENT BY THE DEBTORS

3.      Jones Day was initially engaged by the Debtors in 2004 to represent the Debtors in connection with intellectual property prosecution and litigation, including Hatch-Waxman patent litigation and related matters.  Additionally, over the years Jones Day has provided the Debtors with general intellectual property related counseling and opinion work.  Over the course of the engagement, Jones Day attorneys have worked closely with the Debtors' management and in-house counsel and, as a result, have acquired extensive knowledge of the Debtors' history, intellectual property portfolio, litigation needs and related matters.

4.      Jones Day is one of the largest law firms in the world, with a national and international practice, and has substantial experience in intellectual property and patent litigation. Its intellectual property group consists of more than 220 professionals, including more than 200 attorneys, each playing a significant role in a wide array of offensive and defensive litigation facing clients in various industries.  Jones Day regularly plays a leading role in significant patent litigation matters, including those involving pharmaceutical companies.

5.      Accordingly, Jones Day is well qualified to serve as the Debtors' special counsel in connection with intellectual property related litigation and counseling matters in these chapter 11 cases.

## SERVICES TO BE PROVIDED BY JONES DAY

6.      As of the Petition Date, Jones Day represented the Debtors in several active patent litigation matters, including:

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

    (a)    *Purdue Pharma, L.P. v. Collegium Pharmaceutical, Inc.*, No. 15-13099 (FDS) (D. Mass.);

    (b)    *Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.*, No. 18-00404 (RGA) (D. Del); and

    (c)    *Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.*, No. 17-00392 (RGA) (D. Del).

    (d)    *Collegium Pharmaceutical, Inc. v. Purdue Pharma L.P. et al.,* PGR2018-00048 (P.T.A.B.).

7.    Jones Day also intends to file a petition for writ of certiorari seeking review of *Purdue Pharma L.P. v. Iancu*, 767 F. App'x 918 (Fed. Cir. 2019). In addition to the aforementioned litigation, Jones Day provides the Debtors with general intellectual property related counseling and opinion work.

8.    All of the Debtors' active patent litigation matters are currently stayed in light of the Debtors' ongoing bankruptcy proceedings. On September 20, 2019, Judge Saylor issued a stay of District of Massachusetts case No. 15-13099. Judge Saylor gave the parties permission to advise the court of developments and to seek leave to lift or modify the stay pending further developments in the bankruptcy.

9.    On October 2, 2019, the P.T.A.B. issued a stay of PGR2018-00048 and extended the time to administer the proceeding by six months.

10.    On October 3, 2019, Judge Andrews issued a stay of District of Delaware litigations Nos. 18-00404 and 17-00392. The court instructed the parties to provide a status report update no later than December 15, 2019. Subsequent to receiving the status report, Judge Andrews will determine whether the stay should continue, or if these cases should proceed to trial.

11.    The terms and conditions of Jones Day's retention and its compensation as part of the Debtors' chapter 11 cases are set forth in the Engagement Letter. The Debtors propose that,

subject to the Court's approval, Jones Day will continue to provide legal services to the Debtors with respect to the matters described above and in the Engagement Letter.  Should the scope of Jones Day's services expand beyond the scope discussed herein and in the Engagement Letter, Jones Day will file a supplemental retention application with the Court.

12.     Due to Jones Day's experience and knowledge in the areas for which legal services will be provided, as well as the firm's long-standing relationship with the Debtors in connection therewith, the Debtors respectfully submit that Jones Day is uniquely qualified to represent the Debtors in connection with their intellectual property needs during the course of these chapter 11 cases.

## COMPENSATION AND FEE APPLICATIONS

13.     Pursuant to the terms of the Engagement Letter, and subject to this Court's approval of the Application, Jones Day intends to:  (a) charge for its legal services on an hourly basis in accordance with the ordinary and customary hourly rates in effect on the date services are rendered and (b) seek reimbursement of actual and necessary out-of-pocket expenses.[3]

14.     Prior to the Petition Date, the Debtors and Jones Day agreed to a discounted fee arrangement.  Jones Day's standard hourly rates are based on the professionals' level of experience and are subject to review and adjustment – typically on an annual basis.  As part of the discounted fee arrangement, Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2019, Jones Day used 2018 billable rates in calculating amounts due for legal services performed).  The total invoices were also subject to a ten percent (10%) discount. Additionally, Jones Day and the Debtors agreed to an arrangement that allowed the Debtors to

---

[3]     The hourly rates charged by Jones Day professionals differ based on, among other things, the professional's level of experience and the rates normally charged in the specific office in which the professional is resident. Jones Day does not adjust billing rates of its professionals based on the geographic location of a bankruptcy case or other matter.

-4-

take an additional four percent (4%) discount on fees only, if paid in full within ten (10) days of the date of the invoice, and three percent (3%) discount on fees only, if paid in full within fifteen (15) days of the date of the invoice. Jones Day and the Debtors agreed to maintain this discounted fee arrangement following the Petition Date.

15.    The names, positions, resident offices and current hourly rates of those Jones Day lawyers currently expected to continue providing services to the Debtors are attached as Schedule 1 to the Normile Declaration. Jones Day's hourly fees are comparable to those charged by attorneys of similar experience and expertise for engagements of the scope and complexity similar to the patent litigation and intellectual property matters handled by Jones Day. Further, these Jones Day professionals are subject to the same client-driven market forces, scrutiny and accountability as its professionals in non-bankruptcy engagements. For all of these reasons, Jones Day's rates are reasonable.

16.    As referenced above, Jones Day's hourly billing rates are subject to periodic review and adjustments. Jones Day's practice of periodically adjusting its billing rates was disclosed to the Debtors in the Engagement Letter, and the Debtors have agreed to pay these modified rates pursuant to the Engagement Letter. According to section B(2)(d) of the U.S. Trustee Guidelines, Jones Day will provide justification of the reasonableness of any rate increase in the applicable fee application.[4]

17.    Jones Day will maintain detailed, contemporaneous time records in six minute intervals and apply to this Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the

---

[4]    Like many of its peer law firms, Jones Day increases the hourly billing rate of attorneys and para-professionals periodically in the form of step increases in the ordinary course on the basis of advancing seniority and promotion. The step increases do not constitute "rate increases" (as the term is used in the U.S. Trustee Guidelines). Accordingly, Jones Day does not intend to provide a separate justification for such step increases.

Local Rules, any additional procedures that may be established by this Court in these chapter 11

cases and the U.S. Trustee Guidelines.  In addition, Jones Day understands that interim and final

fee awards are subject to approval by this Court.

### JONES DAY'S DISCLOSURES

18.     The Debtors have provided Jones Day with a list of the names (collectively,

the "Interested Parties") of individuals or institutions in the following categories, among others:

(a) the Debtors; (b)  non-Debtor affiliates and aliases; (c) Debtor trade names and other names

used; (d) directors, officers and senior management; (e) recent former directors, officers and

senior management; (f) major business affiliations of the Debtors' directors; (g) current and

former significant equityholders of the Debtors; (h) significant lenders/investors of the Debtors;

(i) depository banks; (j) major insurers and insurance brokers; (k) material equipment/software

lessors; (l) creditors' restructuring professionals; (m) certain ordinary course professionals;

(n) parties to litigation or potential litigation; (o) parties to material contracts with Debtors;

(p) real estate lessors; (q) restructuring professionals of the Debtors; (r) significant suppliers and

vendors; (s) significant customers of the Debtors; (t) significant utility providers;

(u) sureties/parties related to customs; (v) significant taxing/governmental authorities; (w) third

party administrators; (x) bankruptcy judges for the Southern District of New York; (y) attorneys

for the United States Trustee's office for the Southern District of New York; and (z) other

creditors.  The identities of the Interested Parties are set forth on Schedule 2 hereto.

19.     To check and clear potential conflicts of interest in these chapter 11 cases, as well

as to determine all "connections" (as such term is used in Rule 2014 of the Bankruptcy Rules) to

the Debtors, their creditors, other parties in interest, their respective attorneys and accountants,

the U.S. Trustee or any person employed in the office of the U.S. Trustee, Jones Day researched

its internal client database to determine whether it had any relationships with the Interested

-6-

Parties.  To the extent that Jones Day's research of its relationships with the Interested Parties

indicates that Jones Day has represented in the past two (2) years, or currently represents, any of

these entities in matters unrelated to these chapter 11 cases, the identities of these entities and

such entities' relationship to the Debtors and connection to Jones Day, are set forth in <u>Schedule 3</u>

hereto.

   20. To the best of my knowledge and belief, insofar as I have been able to ascertain

after reasonable inquiry, neither I, nor Jones Day, nor any partner, associate or other professional

thereof has any connection with the Debtors, their creditors, the U.S. Trustee or any other party

with an actual or potential interest in these chapter 11 cases or their respective attorneys or

accountants, except as set forth below and in <u>Schedule 3</u> hereto:

   (a) Jones Day has not, does not and will not represent any entity other than the Debtors in matters related to these chapter 11 cases.

   (b) Prior to the Petition Date, Jones Day performed certain legal services for the Debtors, as described herein and in the Application.

   (c) In matters <u>unrelated</u> to the Debtors or these chapter 11 cases, Jones Day currently represents or formerly represented certain of the significant customers of the Debtors, or affiliates thereof, including Ace Surgical Supply Co., Inc.; Albertsons LLC; AmerisourceBergen Corporation; AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; Cardinal Health, d/b/a Harvard Drug, Inc.; Cardinal Health P.R. 120, Inc.; CVS Caremark; CVS Distribution; Fred Meyer Stores, Inc.; Harris Teeter; Peytons Fountain; Ralphs Grocery Company; Roundys, Inc.; Vitacost.com; Henry Schein Animal Health; Honeywell Safety Products; Jet.com, Inc.; McKesson Corporation; McKesson Financial Document; Morris & Dickson Company Ltd.; Publix Super Markets, Inc.; Supervalu, Inc.; Target Corporation; and Walmart, Inc. (f/k/a Wal-Mart Stores, Inc.). These relationships and others are set forth on the attached <u>Schedule 3</u>. Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

   (d) In matters <u>unrelated</u> to the Debtors or these chapter 11 cases, Jones Day currently represents or formerly represented certain of the significant vendors of the Debtors, or affiliates thereof, including Aptus Health; Ashland Specialty Ingredients, GP; Bank of America, N.A.; Banner

Pharmacaps, Inc.; Cambrex Charles City, Inc.; Capsugel; CBRE, Inc.; Charles River Laboratories; Cigna Health and Life Insurance Company; Cigna Participant HAS Funding Fund; CSC Consulting, Inc.; Daniel J. Edelman Ltd.; Deloitte & Touche LLP; Elsevier; Fidelity Managed Income; FTI Consulting SC, Inc.; GCI Health; Sudler & Jennessey; GEFCO Forwarding USA, Inc; Goldman Sachs Asset Management, L.P.; Grunenthal GmbH (Europe); Havas Health, Inc.; Health Advances, Inc; Host Analytics, Inc.; Integreon Managed Solutions, Inc.; iHeart Media Entertainment, Inc.; IMCD US LLC; Inventiv Health Clinical Lab, Inc.; Inventiv Health Consulting, Inc.; IQVIA, Inc.; IQVIA RDS, Inc.; Johnson Controls, Inc.; LTS Lohmann Therapy Systems; McKesson Specialty Arizona, Inc.; Microsoft Licensing Group; Mitratech Holdings, Inc.; NCH Marketing Services, Inc.; Valassis Direct Mail, Inc.; Novation LLC; Packaging Coordinators, Inc. (n/k/a PCI Pharma Services); PPD Product Development LLC (a/k/a Pharmaceutical Product Development LLC); Precision Computer Services, Inc.; Presidio Networked Solutions, Inc.; PriceWaterhouseCoopers LLP; PSL Group American Limited; Razorfish; Ricoh USA, Inc.; Right Management Consultants; Robert Bosch Packaging; SAP America, Inc.; Schneider Electric Buildings; Siemens Industry, Inc.; Sodexo Operations LLC; Stroz Friedberg, Inc.; Tribune Media Company; Truven Health Analytics LLC; Turner Construction Company; United Parcel Service (UPS); UPS Supply Chain Solutions, Inc.; Walmart, Inc. (f/k/a Wal-mart Stores, Inc.); Wells Fargo Financial Leasing, Inc.; and Yale University. These relationships and others are set forth on the attached Schedule 3. Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(e)     In matters unrelated to the Debtors or these chapter 11 cases, Jones Day currently represents or formerly represented certain of the 50 largest unsecured creditors of the Debtors, or affiliates thereof, including AmerisourceBergen Corporation; Ashland Specialty Ingredients, GP; Cardinal Health, Inc.; Cognizant Tech Solutions US Corporation; CVS Caremark Part D Services LLC; Deloitte Consulting LLP; GCI Health; Georgia Department of Community Health; Inventiv Health Clinical Lab, Inc.; Inventiv Health Consulting, Inc.; McKesson Corporation; North Carolina Department of Health and Human Services; Ohio Department of Medicaid; Packaging Coordinators, Inc. (n/k/a PCI Pharma Services); PPD Product Development LLC (a/k/a Pharmaceutical Product Development LLC); SPECGX, LLC; State of New York Department of Health; and Wisconsin Department of Health Services. These relationships and others are set forth on the attached Schedule 3. Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(f)     In matters unrelated to the Debtors or these chapter 11 cases, Jones Day currently represents or formerly represented certain of the landlords of the

Debtors, or affiliates thereof, including UBS Financial Services, Inc.  This relationship and others are set forth on the attached <u>Schedule 3</u>.  Jones Day, however, has not represented, and does not and will not represent, this entity in matters relating to the Debtors or their chapter 11 cases.

(g)    In matters <u>unrelated</u> to the Debtors or these chapter 11 cases, Jones Day currently represents or formerly represented certain of the significant utility suppliers of the Debtors, or affiliates thereof, including Direct Energy Services LLC; Duke Energy Corporation; Matheson Tri Gas, Inc.; MCI Communications Service; New Jersey American Water Company; PSNC Energy; Sprint Corporation; Suez WTS USA, Inc.; Veolia ES Technical Solutions; Verizon; and Verizon Washington DC, Inc.  These relationships and others are set forth on the attached <u>Schedule 3</u>.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(h)    In matters <u>unrelated</u> to the Debtors or these chapter 11 cases, Jones Day currently represents or formerly represented certain parties involved in the Debtors' litigation cases, including Occidental Chemical Corporation. This relationships and others are set forth on the attached <u>Schedule 3</u>. Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(i)    In matters <u>unrelated</u> to the Debtors or these chapter 11 cases, Jones Day currently represents or formerly represented certain secured creditors of the Debtors, or affiliates thereof, including U.S. Bank Equipment Finance. This relationships and others are set forth on the attached <u>Schedule 3</u>. Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(j)    In matters <u>unrelated</u> to the Debtors or these chapter 11 cases, Jones Day currently represents or formerly represented certain of the equity holders of the Debtors, or affiliates thereof, including Hercules Trust.  This relationships and others are set forth on the attached <u>Schedule 3</u>.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(k)    In matters <u>unrelated</u> to the Debtors or these chapter 11 cases, Jones Day currently represents or formerly represented certain parties who have entered into licensing agreements with the Debtors, or affiliates thereof, including Abbott Laboratories.  This relationship and others are set forth on the attached <u>Schedule 3</u>.  Jones Day, however, has not represented, and

does not and will not represent, this entity in matters relating to the Debtors or their chapter 11 cases.

(l)     In matters <u>unrelated</u> to the Debtors or these chapter 11 cases, Jones Day currently represents or formerly represented certain of the significant insurers of the Debtors, or affiliates thereof, including U.S. Specialty Insurance Company – HCC.  This relationships and others are set forth on the attached <u>Schedule 3</u>.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(m)     In matters <u>unrelated</u> to the Debtors or these chapter 11 cases, Jones Day currently represents or formerly represented certain related entities of the Debtors, or affiliates thereof, including Freya Holdings Limited and Mundi Pharma entities.  These relationships and others are set forth on the attached <u>Schedule 3</u>.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(n)     In matters <u>unrelated</u> to the Debtors or these chapter 11 cases, Jones Day currently represents or formerly represented certain of the banks utilized by the Debtors, including Citibank; East West Bank; Goldman Sachs; JPMorgan Chase Bank, N.A; Wells Fargo & Company; UBS Group AG; and Wells Fargo Financial Leasing, Inc.  These relationship and others are set forth on the attached <u>Schedule 3</u>.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(o)     In matters <u>unrelated</u> to the Debtors or these chapter 11 cases, Jones Day currently represents or formerly represented certain of the named plaintiffs and their attorneys involved in the various Purdue Pharma lawsuits, including the Commonwealth of Virginia; Attorney General of Virginia; Mark R. Herring, Virginia Attorney General; Baptist Health Corbin; Baptist Health Floyd; Baptist Health La Grange; Baptist Health Lexington; Baptist Health Louisville; Baptist Health Madisonville, Inc.; Baptist Health Paducah; Baptist Healthcare System, Inc.; Baptist Hospital, Inc. and Jay Hospital; Blue Cross and Blue Shield of Louisiana; Bon Secours Health System, Inc.; Boone County; Fiscal Court of Boone, County; Chatham County, Georgia; City of Chicago; City of Cleveland; City of Los Angeles; Los Angeles City Attorney's Office; City of New York; City of Phoenix; City of Pittsburgh; Commonwealth of Pennsylvania; State of Pennsylvania; Cook County, Illinois; County of Fresno, California; County of Maricopa, Arizona; County of Sacramento; County of San Diego; County of San Francisco; San Francisco City Attorney, Dennis J. Herrera; San Francisco City Attorney's Office; County of San Mateo; County of San Francisco; County of Washington; Ewiiaapaayp Bank of Kumeyaay Indians; Her Majesty, The Queen, In Right of the Province of

-10-

British Columbia; Highlands Regional Medical Center (a/k/a HRMC, a/k/a Sebring Health Services LLC); International Union of Operating Engineers, Local 150; Jefferson Parish Hospital Service No. 1; Jefferson Parish Hospital Service No. 2 (d/b/a East Jefferson Medical Center); Lafayette General Health System, Inc.; Louisiana Department of Health; State of Louisiana; Lutheran Services Florida, Inc.; Missouri Attorney General, Joshua D. Hawley; State of Missouri; MSI Corporation; the Navajo Nation; State of North Carolina; Joshua H. Stern, North Carolina Attorney General; Office of the Attorney General of Texas; State of Texas; State of Ohio; Orange County, California; People of California and State of California; St. Vincent Charity Medical Center; Southeastern Pennsylvania Transportation Authority (SEPTA); State of Arizona; Office of the Arizona Attorney General, Mark Brnovic; State of Delaware, Ex Rel. Matthew P. Denn; State of Florida; State of Illinois; State of Indiana; State of New Mexico; State of New York; Barbara D. Underwood, Attorney General of the State of New York; State of North Dakota; Wayne Stenehiem, North Dakota Attorney General; State of Oklahoma; State of Texas; Texas Office of the Attorney General; Tucson Medical Center; Utah Attorney General's Office; State of Utah; Village of Orland Park; Washington Post Company (n/k/a Graham Holdings Company); West Bend Mutual Insurance Company; and West Boca Medical Center, Inc. These relationship and others are set forth on the attached <u>Schedule 3</u>. Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(p)     In matters <u>unrelated</u> to the Debtors or these chapter 11 cases, Jones Day currently represents or formerly represented certain of the professionals engaged by the Debtors, including AlixPartners LLP; Ernst & Young LLP; Frost Brown Todd LLC; IBM Corporation; Morrison & Foerster LLP; Nixon Peabody LLP; and Skadden, Arps, Slate, Meagher & Flom LLP. These relationship and others are set forth on the attached <u>Schedule 3</u>. Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

## JONES DAY DOES NOT HOLD INTERESTS ADVERSE TO THE DEBTORS

21.     To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, Jones Day does not:  (a) represent or hold any interest adverse to the Debtors or their estates with respect to the matters on which Jones Day seeks to be employed and Jones Day will not represent any interest adverse to the Debtors in these chapter

11 cases; or (b) have any connection with the Debtors, any creditors or other parties in interest, their respective attorneys and accountants, or the United States Trustee or any of its employees.

22.    Despite the efforts described above to identify and disclose connections with parties in interest in these chapter 11 cases, because the Debtors are a large enterprise with hundreds of creditors and other relationships, and because Jones Day is an international firm with more than 2,500 attorneys in 43 offices, Jones Day is unable to state with certainty that every client representation or other connection of Jones Day has been disclosed.  In this regard, if Jones Day discovers additional information that requires disclosure, Jones Day will promptly file supplemental disclosures with this Court.

23.    In the event that Jones Day's representation of the Debtors during these chapter 11 cases would result in it becoming adverse to a party in interest that gives rise to a professional conflict of interest, the Debtors will retain separate counsel to represent their interests with respect to such matter against such party.

## STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

24.    Jones Day intends to apply for compensation for professional services rendered and reimbursement of expenses incurred throughout these chapter 11 cases in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules, and any other applicable procedures and orders of this Court.  Jones Day also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines, both in connection with this Application and the interim and final fee applications to be filed by Jones Day in these chapter 11 cases.

25.    The following information is provided in response to the request for additional information set forth in Paragraph D.1 of the U.S. Trustee Guidelines:

1.  **Question:**    Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

    Response:    Prior to the Petition Date, the Debtors and Jones Day agreed to a discounted fee arrangement. Jones Day and the Debtors agreed to maintain this discounted fee arrangement following the Petition Date.

2.  **Question**    Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

    Response:    No.

3.  **Question:**    If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

    Response:    Since its representation of the Debtors began, Jones Day has not changed its billing rates or material financial terms for the engagement, other than (a) regular, annual Firm-wide adjustments to its standard rates and (ii) Jones Day's agreement to set rates as described above. Jones Day's rates and the financial terms of the engagement have been the same prepetition and postpetition.

4.  **Question:**    Has your client approved your prospective budget and staffing plan, and, if so for what budget period?

    Response    The Debtors and Jones Day have discussed Jones Day's estimated fees and expenses and staffing related to these chapter 11 cases. Jones Day and the Debtors developed a budget and staffing plan for 2019 and 2020. The Debtors and Jones Day, however, recognize that there may be unforeseeable fees and expenses that will need to be addressed by the Debtors and Jones Day.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated:  December 5, 2019                    /s/ John J. Normile
        New York, NY                    John J. Normile
                                Partner, Jones Day

## SCHEDULE 1

## NONEXCLUSIVE LIST OF CERTAIN
## JONES DAY PROFESSIONALS AND THEIR CURRENT HOURLY RATES

| Name | Location | Position | Billing Rate (as of Petition Date) | Billing Rate (with 10% Discount) |
|---|---|---|---|---|
| CASTANIAS, GREGORY | Washington | Partner | $1,050.00 | $945.00 |
| FROEMMING, JOHN | Washington | Partner | $1,025.00 | $922.50 |
| FULDA, CHRISTIAN | Munich | Partner | $775.00 | $697.50 |
| HARNETT, CHRISTOPHER | New York | Partner | $1,200.00 | $1,080.00 |
| HENDLER, PABLO | New York | Partner | $1,050.00 | $945.00 |
| JOHNSON, MATTHEW | Pittsburgh | Partner | $700.00 | $630.00 |
| LAROSA, GASPER | New York | Partner | $975.00 | $877.50 |
| MAYERGOYZ, SASHA | Chicago | Partner | $925.00 | $832.50 |
| MORRISON, CHRISTOPHER | Boston | Partner | $875.00 | $787.50 |
| MOSS, DANIEL | Washington | Partner | $950.00 | $855.00 |
| NIX, KELSEY | New York | Partner | $1,050.00 | $945.00 |
| NORMILE, JOHN | New York | Partner | $1,150.00 | $1,035.00 |
| ORR, KEVYN | Washington | Partner | $1,275.00 | $1,147.50 |
| REMPP, ANSGAR | Dusseldorf | Partner | $1,050.00 | $945.00 |
| SWIZE, JENNIFER | Washington | Partner | $975.00 | $877.50 |
| WINCHESTER, JASON | Chicago | Partner | $950.00 | $832.50 |
| BENNING, OLAF | Frankfurt | Of Counsel | $775.00 | $697.50 |
| MAHLICH, THOMAS | Dusseldorf | Of Counsel | $900.00 | $810.00 |
| WILLIAMS, J. JASON | Atlanta | Of Counsel | $750.00 | $675.00 |
| CHIN ENG, CATHARINA | New York | Associate | $925.00 | $832.50 |
| GEERS, SARAH | New York | Associate | $800.00 | $720.00 |
| HEMENDINGER, ASHTYN | New York | Associate | $475.00 | $427.50 |
| HUEBERT, JAKOB | Frankfurt | Associate | $475.00 | $427.50 |
| KORDAS, ANNA | New York | Associate | $650.00 | $585.00 |
| LOGIUDICE, LISAMARIE | New York | Associate | $700.00 | $630.00 |
| MCCARTHY, KEVIN | New York | Associate | $550.00 | $495.00 |
| NICOLAIS, ADAM | New York | Associate | $500.00 | $450.00 |
| PEREZ, ISEL | Miami | Associate | $425.00 | $382.50 |
| SIMS, RYAN | Washington | Associate | $500.00 | $450.00 |
| STANDER, ROBERT | Washington | Associate | $775.00 | $697.50 |
| FISCHER, LYNNE | Cleveland | Staff Attorney | $500.00 | $450.00 |
| KIM, EDWARD | New York | Law Clerk | $475.00 | $427.50 |
| DARENSBOURG, JASON | New York | Paralegal | $300.00 | $270.00 |
| JOHNSON, STEVEN | New York | Paralegal | $350.00 | $315.00 |
| HORN, KRISTINA | New York | Legal Support | $325.00 | $292.50 |
| GARBAN, JOSEPHINE | New York | IP Legal Intern | $425.00 | $382.50 |

## **SCHEDULE 2**

**Interested Parties List**

**Schedule 2**

**Interested Parties**

**Debtor Entities**

Adlon Therapeutics, L.P.
Avrio Health, L.P.
Button Land, L.P.
Coventry Technologies, L.P.
Greenfield Bioventures, L.P.
Imbrium Therapeutics, L.P.
Nyatt Cove Lifescience, Inc.
Ophir Green Corporation
Paul Land, Inc.
Purdue Neuroscience Company
Purdue Pharma, L.P.
Purdue Pharma Manufacturing, L.P.
Purdue Pharma Of Puerto Rico, L.P.
Purdue Pharma Technologies, Inc.
Purdue Pharmaceutical Products, L.P.
Purdue Pharmaceuticals, L.P.
Purdue Transdermal Technologies, L.P.
Quidnick Land, L.P.
Rhodes Pharmaceutical, Inc.
Rhodes Pharmaceutical, L.P.
Rhodes Technologies, Inc.
Seven Seas Hill Corporation
SVC Pharma, Inc.
SVC Pharma, L.P.
UDF, L.P.

**Other Related Entities**

Accardi, B.V.
Accardi, S.a.r.l.
Alfa Generics, B.V.
Arsago, B.V.
Bangladesh Beauty Products Private Limited
Bard Pharmaceuticals, Inc.
Bard Pharmaceuticals Limited
Beauty Products Lanka (Private Limited)
Bermag Limited
Boetti Corporation
Boldini Corporation
Bradenton Products, B.V.
Bulla S.a.r.l.
Cinfa Biotech GmbH
Cinfa Biotech, S.L.
Clinical Designs Limited

Clovio Corporation
E.R.G. Realty, Inc.
Euro-Celtique, S.A.
Evening Star Services, Ltd.
Filti S.a.r.l.
Flira S.a.r.l.
Freya Holdings Limited
Hambert, B.V.
Hayez Corporation
IAF Corporation
IAF Limited
IND S.a.r.l.
Intromedix Advanced Medical Technologies, Ltd.
Irey S.a.r.l.
Krugmann GmbH
L.P. Clover Limited
Ladenburg, B.V.
Lake Claire Investments, Ltd.
Lucien Holdings S.a.r.l
Lymit Holdings S.a.r.l.
Maltus Corporation
Marnine Holdings Pte. Limited
Martone Holdings Pte. Limited
Medimatch AG
Mexcus Corporation
MN Consulting LLC
MNB Company
Modi-Mundipharma Beauty Products Private
    Limited
Modi-Mundipharma Healthcare Private Limited
Modi-Mundipharma Private Limited
Mundibiopharma Limited
Mundchemie GmbH
Mundipharma (Argentina) S.R.L.
Mundipharma (Bangladesh) Private Limited
Mundipharma (China) Pharmaceutical Company
    Limited
Mundipharma (Colombia) S.A.S.
Mundipharma (Hong Kong) Limited
Mundipharma (Myanmar) Co., Ltd.
Mundipharma (Proprietary) Limited
Mundipharma (Shanghai) International Trade
    Limited Company
Mundipharma (Thailand) Limited
Mundipharma A/S (Formerly, Norpharma A/S;
    name change May 15, 2017)

Mundipharma AB
Mundipharma AG
Mundipharma Anz Pty. Limited (Formerly, Mundipharma Pty. Limited; name change March 11, 2019)
Mundipharma AS
Mundipharma Australia Pty. Ltd.
Mundipharma B.V.
Mundipharma Bradenton, B.V.
Mundipharma Brasil Productos Médicos E Farmacêuticos Ltda.
Mundipharma Comm. VA
Mundipharma Company
Mundipharma Corporation (Ireland) Limited
Mundipharma Corporation Limited
Mundipharma DC, B.V.
Mundipharma De Mexico, S. de R.L. de C.V.
Mundipharma Deutschland GmbH & Co. KG
Mundipharma Development Pte. Ltd.
Mundipharma Distribution GmbH (Philippines Branch)
Mundipharma Distribution Ltd.
Mundipharma EDO GmbH
Mundipharma Egypt LLC
Mundipharma Farmaceutica Lda.
Mundipharma GESMBH
Mundipharma GESMBH (Bratislava Branch)
Mundipharma GESMBH (Prague Branch)
Mundipharma GESMBH (Representative Office)
Mundipharma GmbH
Mundipharma Healthcare Pte Limited
Mundipharma Holding AG
Mundipharma International Consulting Services, Inc.(Mundipharma International Danismanlik Hizmetleri Anonim Şirketi)
Mundipharma International Corporation Limited
Mundipharma International Holdings Limited
Mundipharma International Limited
Mundipharma International Limited (US)
Mundipharma International Services GmbH
Mundipharma International Services Limited
Mundipharma International Services S.a.r.l.
Mundipharma International Technical Operations Limited
Mundipharma IT GmbH
Mundipharma IT Services GmbH
Mundipharma IT Services GmbH & Co. KG
Mundipharma IT Services Limited
Mundipharma IT Services Pte. Ltd.
Mundipharma IT Services Verwaltungs GmbH
Mundipharma Kabushiki Kaishe

Mundipharma Korea Ltd.
Mundipharma Laboratories GmbH
Mundipharma Laboratories GmbH (Representative Office Of Mundipharma Laboratories GmbH)
Mundipharma Laboratories Limited
Mundipharma Latam GmbH
Mundipharma Limited
Mundipharma Ltd.
Mundipharma Management S.a.r.l.
Mundipharma Manufacturing Pte. Limited
Mundipharma Maroc
Mundipharma MEA GmbH
Mundipharma Medical CEE GmbH (Representative Office; De-Registration Pending)
Mundipharma Medical Company
Mundipharma Medical Company (Swiss Branch)
Mundipharma Medical Company Limited
Mundipharma Medical GmbH
Mundipharma Medical GmbH (Budapest Branch; De-Registration Pending)
Mundipharma Medical GmbH (Romania Branch)
Mundipharma Medical S.a.r.l. (Sofia Branch; Inactive)
Mundipharma Middle East FZ-LLC
Mundipharma Near East GmbH
Mundipharma New Zealand Limited
Mundipharma Ophthalmology Corporation Limited
Mundipharma Ophthalmology Products Limited
Mundipharma OY
Mundipharma Pharmaceutical Company SICO, Ltd.
Mundipharma Pharmaceuticals (Chile) Limitada
Mundipharma Pharmaceuticals Argentina S.R.L.
Mundipharma Pharmaceuticals, B.V.
Mundipharma Pharmaceuticals BVBA
Mundipharma Pharmaceuticals Industry And Trade Limited(Mundipharma Ecza Urunleri Sanayi Ve Ticaret Limited Şirketi)
Mundipharma Pharmaceuticals Limited
Mundipharma Pharmaceuticals Private Limited
Mundipharma Pharmaceuticals S.L.
Mundipharma Pharmaceuticals S.R.L.
Mundipharma Pharmaceuticals SDN. BHD.
Mundipharma Polska SP ZO.O.
Mundipharma Pte Limited
Mundipharma Research GmbH & Co. KG
Mundipharma Research Limited
Mundipharma Research Verwaltungs GmbH
Mundipharma SAS

Mundipharma Scientific Office Of Mundipharma
    MEA GmbH
Mundipharma Singapore Holding Pte. Limited
Mundipharma Trading Bangladesh Private
    Limited
Mundipharma Verwaltungsgesellschaft MBH
Napp Laboratories Limited
Napp Pension Trustees Limited
Napp Pharmaceutical Group Limited
Napp Pharmaceutical Holdings, Ltd.
Napp Pharmaceuticals Limited
Napp Research Centre Limited
Nappwood Land Corporation
Nayatt Cove Lifescience, Inc.
NITID S.a.r.l.
Nontag S.a.r.l.
One Stamford Realty, L.P.
PainEurope Limited
Pharma Associates, L.P.
Pharmaceutical Research Associates, Inc.
Porthos S.a.r.l.
PT. Mundipharma Healthcare Indonesia
Purdue Frederick, Inc.
Purdue Pharma
Purdue Pharma, Inc.
Purdue Pharma ULC
QDEM Pharmaceuticals Limited
Rafa Laboratories Limited
Revlon Pakistan Private Limited
Sofy S.a.r.l.
Songol S.a.r.l.
Sonti S.a.r.l.
Tacca B.V.
Taiwan Mundipharma Pharmaceuticals Ltd.
Technical Scientific Office Of Mundipharma Near
    East GmbH
TFC Pharma GmbH
The Napp Educational Foundation
The P.F. Laboratories, Inc.
The Purdue Frederick Company ("PF")
The Representative Office Of Mundipharma
    Pharmaceuticals Pte. Ltd. in Ho Chi Minh City
    (Representative Office Of Mundipharma
    Pharmaceuticals Pte. Ltd. (Singapore))
The Terramar Foundation, Inc.
Transworld Pharma Limited
TXP Services, Inc.
Vaccaro B.V.
Venusti B.V.
Win-Health Care Private Limited
Win-Medicare Private Limited

**Current Directors and Officers**

Anthony Roncalli
Cecil Pickett
John Dubel
Ken Buckfire
Mike Cola
Peter Boer
R. Stevens Miller (Steve Miller)

**Former Directors and Officers**

Alan Dunton
Alan Must
Beverly Sackler
Brianne Weingarten
Burt Rosen
Craig Landau, M.D.
David A. Sackler
David Haddox
David Lundie
Diana Lenkowsky
Edward B. Mahony
F. Mark Geraci
Gail Cawkwell, M.D.
Ilene Sackler Lefcourt
J. Alan Butcher
Jacques Theurillat
John Renger
Jon Lowne
Jonathan D. Sackler
Josephine Martin
Karen Laurel
Kathe A. Sackler, M.D.
Lisa E. Pilla
Maggie Feltz
Marc Kesselman
Marcelo Bigal, M.D.
Maria Barton
Marv Kelly
Monica Kwarcinski, Ph.D.
Mortimer D.A. Sackler
Mortimer Sackler
Paul Medeiros
Paulo F. Costa
Philip C. Strassburger
Ralph Snyderman
Raymond Sackler
Richard S. Sackler, M.D.
Richard W. Silbert
Samantha (Sackler) Hunt

Stuart D. Baker
Theresa Sackler
Therese E. Sackler

## Banks

Citibank
East West Bank
Goldman Sachs
JPMorgan Chase Bank, N.A.
Metropolitan Commercial Bank
UBS Group AG
Wells Fargo & Company

## Secured Creditors

Air Liquide Industrial U.S., L.P.
Ikon Financial Services
U.S. Bank Equipment Finance

## 50 Largest Unsecured Creditors

Altergon ItaliaA SRL
AmerisourceBergen Corporation
APC Workforce Solutions LLC
Ascent Health Services LLC
Ashland Specialty Ingredients GP
Bioeclipse LLC
Cardinal Health, Inc.
CaremarkPCS Health LLC
Challenge Printing Company
Cobbs Creek Healthcare LLC
Cognizant Tech Solutions US Corporation
Commonwealth Of Pennsylvania Medicaid Drug
    Rebate Program
Contract Pharmacal Corporation
CVS Caremark Part D Services, LLC
Defense Health Agency
Denver Health & Hospital Authority
Department Of Health Care Services (CA)
Dezenhall Resources
Frontage Laboratories, Inc.
GCI Health
Georgia Department Of Community Health
Glatt Air Techniques, Inc.
Healthcore, Inc.
Integrated Behavioral Health, Inc.
Inventiv Health Clinical Lab, Inc.
Inventiv Health Consulting, Inc.
McKesson Corporation
Missouri Healthnet Division

North Carolina Department of Health and Human
    Services
Ohio Clinical Trials, Inc.
Ohio Department Of Medicaid
Oklahoma Health Care Authority
Optumrx, Inc.
Packaging Coordinators, Inc. (n/k/a PCI Pharma
Services)
Pharmaceutical Research Associates, Inc.
PL Development LLC
PPD Development, LLC
Prime Therapeutics LLC
Purple Strategies LLC
Rhodes Technologies, Inc.
S. Emerson Group, Inc.
Sciecure Pharma, Inc.
SPECGX, LLC
State of New Jersey Division Of Medical
    Assistance and Health Services
State of New York Department of Health
Thatcher Company
TrialCard, Inc.
Walrus LLC
Wavelength Enterprises, Inc.
Wisconsin Department of Health Services

## Vendors

Accenio LLC
Activus Solutions LLC
Advanced Clinical
Air Castle Limited
Alcami Corporation
Allied Universal Security Services
Alvogen Malta Operations, Ltd.
American United Life Insurance Co.
Anaqua Inc.
Aplicare, Inc.
Aptus Health
Ashland Specialty Ingredients, GP
Atlantic Corporation of Wilmington, Inc.
Atomus, Inc.
Avista Pharma Solutions, Inc.
Bank of America, N.A.
Banner Pharmacaps Inc.
Berlin Packaging LLC
BI Worldwide
Blue Matter LLC
Brewster Jory Associates LLC
Cambrex Charles City, Inc.
Capsugel

CBRE, Inc.
Cellact Pharma GmbH
Centimark Corporation
Ceridian HCM, Inc.
Challenge Printing Company
Charles River Laboratories
Cigna Health and Life Insurance Company
Cigna Participant HSA Funding Fund
Cintas Corporation
City of Wilson
Clarivate Analytics US LLC
Clockwell Strategy LLC
Cobbs Creek Healthcare LLC
Cobra Legal Solutions LLC
Cognizant Tech Solutions US Corporation
Colorcon, Inc.
Communities 4 Action, Inc.
Contract Pharmacal Corporation
Core Access Group LLC
Cornerstone Research, Inc.
CoverMyMeds LLC
Crowe and Dunlevy
CSC Consulting, Inc.
CSPACE
Culinart, Inc.
Cumberland Consulting Group LLC
Daniel J. Edelman Limited
Debevoise & Plimpton LLP
Decision Resources, Inc.
Deerfield Agency
Deloitte & Touche LLP
Denver Health & Hospital Authority
Depomed, Inc.
Dezenhall Resources
Diray Media, Inc.
DLA Piper LLP US
Dorsey & Whitney LLP
Drugscan, Inc.
Durham County Tax Collector
Edwards, Inc.
Elsevier
Epic Pharma LLC
Esteve Pharmaceuticals, S.A.
Everfi, Inc.
Fayette Memorial Hospital Assoc. Inc.
Fette America, Inc.
Fidelity Managed Income
Fisher Scientific Co. LLC
FTI Consulting SC, Inc.
GCI Health
Gefco Forwarding USA, Inc.

Glatt Air Techniques, Inc.
Goldman Sachs Asset Management, L.P.
Granules USA, Inc.
GRM Information Management
Grunenthal GmbH (Europe)
Hannegan Landau Poersh & Rosenbaum
Harm Reduction Therapeutics, Inc.
Havas Health, Inc.
HB Communications, Inc.
HCL America, Inc.
Health Advances, Inc.
Healthagen
Healthcore, Inc.
Host Analytics, Inc.
iHeart Media Entertainment, Inc.
IMCD US LLC
INC Research LLC
Indoet, Ltd.
Inflexxion
Information Resources, Inc.
Integrated Behavioral health, Inc.
Integreon Managed Solutions, Inc.
Inventiv Health Clinical Lab, Inc.
Inventiv Health Consulting, Inc.
IQVIA, Inc.
IQVIA RDS, Inc.
Ironton & Lawrence County Area
J. Knipper and Co., Inc.
Johnson Controls, Inc.
Joseph Hage Aaronson LLC
JRS Maintenance Service, Inc.
JS McCarthy Printers
Kaiser Foundation Health Plan
Kantar Health, Inc.
Kashiv Pharma LLC
Kerry Ingredients & Flavours, a/k/a Kerry
    Flavours France
Kleinfeld Kaplan & Becker
Klick USA, Inc.
Leverage Global Consulting LLC
Light Sciences Oncology, Inc.
Lowenstein Sandler, P.C.
LTS Lohmann Therapy Systems
Luther J. Strange, III
Managed Markets
Marketvision Research, Inc.
MC-21 Healthcare LLC
McKee Building Group, Inc.
McKesson Specialty Arizona, Inc.
Medidata Solutions, Inc.
Meridian Company of New York

MG America, Inc.
Michael Allen Company LLC
Microsoft Licensing Group
Mitratech Holdings, Inc.
Morris Nichols Arsht & Tunnell LLP
Movilitas Consulting LLC
Multisorb Technologies, Inc.
Mulvaney Mechanical, Inc.
NCH Marketing Services, Inc.
Neal & Harwell Plc
Nelson Mullins Riley & Nielsen Co., LLC
Noramco, Inc.
Northlake International LLC
Novation LLC
O. Berk Company
Ohio Clinical Trials, Inc.
Oracle America, Inc.
Otis Elevator Company
Packaging Coordinators, Inc. (n/k/a PCI Pharma Services)
Painweek
Patheon Pharmaceuticals, Inc.
Petrillo Klein & Boxer LLP
Pharmaceutical Product Stewardship
Pinney Associatesd
PL Development LLC
Porter Hedges LLP
PPD Development LLC
Praxis Precision Medicines, Inc.
Precision Computer Services, Inc.
Precision Promotional Effectiveness
Presidio Networked Solutions, Inc.
PriceWaterhouseCoopers LLP
Princeton Brand Econometrics, Inc.
Princeton Office Center LLC
Proquest LLC
PSL Group American Limited
Publicis Health/Discovery USA
Purple Strategies LLC
Quality Chemical Laboratories
Quinn Emanuel Urquhart & Sullivan
Razorfish Health
Reed Smith LLP
Relayhealth
Reltio, Inc.
Revitas, Inc.
Revolution Digital
Ricoh USA, Inc.
Right Management Consultants
Robert Bosch Packaging
Robert S. Miller

Roda Creative Services
Russell Reynolds Associates, Inc.
S. Emerson Group, Inc.
SAP America, Inc.
Scenic Designs, Inc.
Schneider Electric Buildings
Sentient Jet LLC
Sharp Corporation
Shionogi, Inc.
Sidley Austin LLP
Siemens Industry, Inc.
SIMR, Inc.
Sodexo Operations, LLC
Sotax Corporation
Southeast Industrial Equipment, Inc.
Southport Law offices LLC
Sparta Systems, Inc.
Spencer Stuart
Spinethera, Inc.
Standard Insurance Company
State & Federal Communications, Inc.
Sterne Kessler Goldstein & Fox PLLC
Stroz Friedberg, Inc.
Sudler & Hennessey, LLC
Symbiance, Inc.
Systech Solutions, Inc.
Technical Traffic Consultants
Thatcher Company
The Childrens Center of Hamden, Inc.
The Jolt Agency
The McMahon Group LLC
Tracelink, Inc.
Tribune Media Company
Truven Health Analytics LLC
Turner Construction Company
United Biosource LLC
United Parcel Service (UPS)
United Services of America, Inc.
United States Pharmacopeial Convent
UPS Supply Chain Solutions
Valassis Direct Mail, Inc.
Valuecentric LLC
Vaynermedia
Veeva Systems, Inc.
Venable LLP
Viaduct Landholdings Management
Vida Ventures
Vorys Sater Seymour & Pease LLP
Waldorf Astoria Amsterdam
Walgreen Company
Walmart, Inc.

Walrus LLC
Waters Corporation
Weil Gotshal & Manges LLP
Wells Fargo Financial Leasing, Inc.
Wheels, Inc.
WHR Group
Wiggin & Dana LLP
Wilmer Cutler Pickering
Xttrium Laboratories, Inc.
Yale University
Zerochaos
Zitter Group

**Customers**

Ace Surgical Supply Co., Inc.
Albertsons
Alliance Animal Care LLC
Amazon.Com
AMD Pennsylvania LLC
AmeriSource Health Services Corporation
AmerisourceBergen Corporation
AmerisourceBergen Drug Corporation
Anda, Inc.
Associated Food Stores
Associated Pharmacies, Inc.
Auburn Pharmaceutical Company
Bashas, Inc.
Beck Lee
Bell Medical Services, Inc.
Big Dees Tack and Vet Supply
Bloodworth Wholesale Drugs
BluPax Pharmaceuticals LLC
Borschow Hospital & Medical Supplies
Bradley Caldwell Supply
Bruce Medical Supply
Burlington Drug Co., Inc.
C&S Metro/C&S Brattleboro
Capital Wholesale Drug and Co.
Cardinal Health, d/b/a Harvard Drug, Inc.
Cardinal Health, Inc.
Cardinal Health P.R. 120, Inc.
Certco, Inc.
Cesar Castillo, Inc.
Claflin Company
Complete Medical Supplies
Concordance Healthcare Solutions
CVS Caremark
CVS Distribution
Dakota Drug, Inc.
Discount Drug Mart
DMS Pharmaceutical Group, Inc.

Drogueria Betances LLC
Drugs Unlimited, Inc.
DV Medical Supply
Express Medical Supply
Express Scripts
Fisher Scientific
Florida Hardware LLC
Fred Meyer Stores, Inc.
Genetco, Inc.
Golden State Medical Supply, Inc.
Golub Central Dist.
Greenhill Trading, Inc.
H E Butt Grocery Company
Hannas Pharmaceutical Supply
Harmon Stores, Inc.
Harris Teeter
HBC Service
HD Smith LLC
Healthsource Distributors LLC
Henry Schein Animal Health
Honeywell Safety Products
Hy Vee
Imperial Distributors, Inc.
Independent Pharmacy Cooperativ
Ingles Markets, Inc.
Jams Wholesale Distribution
Jeffers Vet Supply
Jet.Com, Inc.
Keysource Acquisition LLC
Kinney Drugs
Kinray, Inc.
Kmart Corporation
KPH Healthcare Services, Inc.
L&R Distributors, Inc.
Lake Erie Medical
Lousiana Wholesale Drug Co., Inc.
Marc Glassman
McKesson Corporation
McKesson Financial Document
MedSafe
Meijer
Merchants Distributors
Metro Medical Supply
Meyers Supply
Miami Luken, Inc.
Midwest Veterinary Supply
Morris & Dickson Company, LLC
MWI Veterinary Supply
N C Mutual
Nash Finch
Nationwide Medical/Surgical

NorMed
Northwest Generics LLC
OPTUMRX
Owens & Minor
Park Surgical Co., Inc.
Peytons
Peytons Fountain
Pharmacy Buying Association
PMHI Medco Supply Company
Prescription Supply, Inc.
Publix Super Markets, Inc.
Quest Pharmaceuticals, Inc.
Ralphs Grocery Company
Richie Pharmacal Co., Inc.
Robert Matthews Company
Rochester Drug Cooperative, Inc.
Roundys, Inc.
Safe Chain
Safeway Mail Stop
Salus Medical LLC
Save Mart Modesto Yosemite WHS
Schnuck Markets
Schnucks Markets, Inc.
School Health Supplies
Smith Drug Company
Southern Livestock Supply
Spartan Nash, Inc.
Stater Brothers Market
Sunset Pharmaceuticals, Inc.
Supervalu, Inc.
Supervalu Pharmacies, Inc.
Target Corporation
The Hilsinger Company
Thrifty White
Top RX LLC
U RM Stores, Inc.
Valley Veterinary Clinic Ltd.
Valley Wholesale Drug Co. LLC
Valu Merchandisers Company
Value Drug Company
Veterinary Service, Inc.
VF Grace
VistaPharm, Inc.
Vitacost.Com
Walmart Stores, Inc., n/k/a Walmart, Inc.
Wegmans Food Markets
Western Saddlery
Winco Foods LLC

## Government Authorities

Pension Benefit Guaranty Corporation

United States Food and Drug Administration
   (FDA)
United States Drug Enforcement Administration
   (DEA)

## Utilities

Clean Harbors, Inc.
Cox Business
Crystal Rock
Danox Environmental Services, Inc.
Direct Energy Services, LLC
Duke Energy Corporation
Earthlink Business Company
Eversource Energy
Frontier Communications
Heritage Environmental Services
Hocon Gas, Inc.
Hocon Industrial Gas
IPASS
Kent County Water Authority
Lavoie & Son Industrial
Masergy Communications, Inc.
Matheson Tri Gas, Inc.
MCI Communications Service
National Grid
New Jersey American Water Company
On Site Shredding LLC
Optimum - Cablevision
PSE&G
PSNC Energy
Southern Elevator Co., Inc.
Spectrum Business
Sprint Corporation
Stallings Brothers Holdings, Inc.
Stericycle, Inc.
Suez WTS USA, Inc.
Time Warner Cable Enterprises LLC
Veolia ES Technical Solutions
Verizon
Verizon Washington DC, Inc.
Waste Industries LLC
Zoom Video Communications

## Insurers

Ace American Insurance Company
Ace Property and Casualty Insurance Company
Chubb
Factory Mutual Insurance Company
FM Global Transit
Great American Insurance Company (VOSCO)

Ironshore Specialty Insurance Company
Isosceles Insurance Ltd., Separate Account
   [PPLP-01]
Liberty Insurance Corporation
Liberty Mutual Fire Insurance Company
Liberty Surplus Insurance Corporation
   (Non-Admitted)
National Union Fire Insurance Co. of Pittsburgh,
PA (AIG)
Old Republic Insurance Company
Steadfast Insurance Company - Zurich
The Insurance Company of the State of
   Pennsylvania (AIG Worldsource)
U.S. Specialty Insurance Company - HCC
Zurich American Insurance Company

**Surety Bonds**

Westchester Fire Insurance Company

**Equity Interests**

Anthony M. Roncalli
Banela Corporation
Beacon Company
BR Holdings Associates, Inc.
BR Holdings Associates, L.P.
Heatheridge Trust Company Limited
Hercules Trust
Jeffrey A. Robins
Leslie J. Schreyer
Linarite Holdings LLC
Millborne Trust Company Limited
Perthlite Holdings LLC
PLP Associates Holdings, Inc.
PLP Associates Holdings, L.P.
Raymond R. Sackler
Rosebay Medical Company, L.P.
Rosebay medical Company, Inc.
Stanhope Gate Corporation

**Restructuring Professionals**

AlixPartners LLP
Davis Polk and Wardwell, L.P.
PJT Partners, L.P.
Teneo Strategy LLC

**Other Consultants & Advisors**

Deloitte Consulting LLP
Ernst & Young LLP

Genesis Research LLC
IBM Corporation
McKinsey & Co., Inc.
Trinity Partners LLC
ZS Associates, Inc.

**Licensing Agreements**

Abbott Laboratories
Grünenthal GmbH
University of Texas

**Litigation**

Occidental Chemical Corporation

**Landlords**

One Stamford Realty, L.P.
UBS Financial Services, Inc.

**Sublessees**

Aircastle Advisor LLC
Brookside Equity Partners
Charter Communications Holding Company LLC
Hillside Capital Incorporated
Kokino LLC
Pharmaceutical Research Associates, Inc.
TXP Services, Inc.
W.J. Deutsch & Sons Ltd.

**United States Bankruptcy Judges (Southern District of New York)**

Cecelia G. Morris
James L. Garrity, Jr.
Martin Glenn
Mary Kay Vyskocil
Michael E. Wiles
Robert D. Drain
Robert E. Grossman
Sean H. Lane
Shelley C. Chapman
Stuart M. Bernstein

**United States Trustee's Office (Region 2, Southern District of New York, Manhattan and White Plains Divisions)**

Andrea B. Schwartz
Andy Velez-Rivera
Benjamin J. Higgins

Brian S. Masumoto
Cheuk M. Ng
Danny A. Choy
Ercilia A. Mendoza
Greg M. Zipes
Ilusion Rodriguez
Linda A. Riffkin
Maria Catapano
Mary V. Moroney
Nadkarni Joseph
Paul K. Schwartzberg
Richard C. Morrissey
Serene Nakano
Shannon Scott
Susan Arbeit
Sylvester Sharp
Victor Abriano

**Debtor Legal Counsel**

Abe Ikubo & Katayama
ABG Intellectual Property Law
Anaqua Services, Inc.
Angeli Ungar Law Group LLC
Arnold & Porter Kaye Scholer LLP
Bassford Remele
Beresford Booth PPLC
Blank Rome LLP
Borden Ladner Gervais LLP
Brinks Gilson & Lione
Brunini Grantham Grower Hewes PLLC
Cetrulo LLP
Chris Shapley
Cipriani & Werner PC
Cogency Global
Cole Scott & Kissane
Covington & Burling LLP
Crowe & Dunlevy
Dannemann Siemsen Advogados
Dannemann Siemsen Bigler & Ipanema Moreira
Davidson, Davidson & Kappel LLC
Davis, Hatley, Haffeman & Tighe, P.C.
Dechert LLP
Dehay & Elliston LLP
Dinse, Knapp & McAndrew
DLA Piper LLP
Dorsey & Whitney LLP
Durbin Larimore & Bialick
Euro Celtique, S.A.
Evans Fears & Schuttert LLP
Fox, O'Neill & Shannon, S.C.
Frazer Greene Upchurch & Baker LLC

Frost Brown Todd LLC
German Gallagher Murtagh
Gibson, Dunn & Crutcher LLP
Gordon, Arata, Montgomery, Barnett, McCollam,
    Duplantis & Eagan LLC
Gunderson, Palmer, Nelson, Ashmore LLP
Hannegan Landau Poersch & Rosenbam
    Advocacy LLC
Hepler Broom LLC
Hinckley, Allen & Snyder LLP
Hirst Applegate LLP
Hogan Lovells US LLP [DC]
Holland & Hart
Jackson Lewis, P.C.
John Lockey (Barrister)
Jones Day
Karr Tuttle Campbell
King & Spalding LLP
Kleinfeld Kaplan and Becker LLP
Larson O'Brien LLP
Law Offices of Ian E. Bjorkman LLC
Leason Ellis LLP
Lewis Johs Avallone Aviles LLP
Lowenstein Sandler LLP
Lynn Pinker Cox & Hurst
Lytle Soule & Curlee, P.C.
Maiwald
Marks & Clerk LLP
Maynard Cooper Gale
MDL 2804 Defendant Special Master Fund
Meltzer, Purtill & Stelle LLC
Mitchell, Williams, Selig, Gates & Woodyard
    PLLC
Montgomery & Andrews, P.A.
Morgan Lewis & Bockius LLP
Morris Nichols Arsht and Tunnell LLP
Morrison & Foerster LLP
Neal & Harwell
Nelson Mullins Riley & Scarborough LLP
Nixon Peabody LLP
Norton Rose Fulbright US LLP
Oliverio & Marcaccio LLP
O'Neill & Borges
Park Jensen Bennett LLP
Parker Hurst & Burnett Plc
Parsons Behle & Latimer
Penn Stuart & Eskridge
Pryor Cashman LLP
Reed Smith LLP
Reichard & Escalera LLC
Reilly, McDevitt & Henrich, P.C.

Reminger Co., LPA
Richmond & Quinn
Robinson Gray Stepp & Laffitte LLC
Sands Anderson, P.C.
Semmes Attorneys at Law
Shaw Keller LLP
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Skarzynski Black
Snell & Wilmer
Steptoe & Johnson
Sterne Kessler Goldstein Fox PLLC
Stikeman Elliott LLP
Stites & Harbison PLLC
Taylor English
Taylor Law Office
Thompson Coburn LLP
Thompson Hine
Troutman Sanders LLP
Vogel Law Firm, Ltd.
Vorys Sater Seymour & Pease
Walsh Pizzi O'Reilly Falanga LLP
Wheeler Trigg O'Donnell LLP
Wiggin and Dana LLP
Wilmerhale

### Director and Officer Legal Counsel

Brenner, Saltzman & Wallman LLP
Cameron & Mittleman
Choate Hall & Stewart LLP
Cohen & Gresser LLP
Cohne Kinghorn
Conner & Winters LLP
Davison Law
Day Pitney
Debevoise & Plimpton LLP
Deborah Barbier
Fitch Law Partners
Haug Partners
Hawkins Parnell & Young
Joseph Hage Aaronson LLC
Kelley Jasons McGowan Spinelli Hanna & Reber LLP
Lankler Siffert & Wohl LLP
Lewis Thomason King Krieg
Lum, Drasco & Positan LLC
Luther Strange & Associates LLC
McDermott Will & Emery
Mulinix Goerke & Meyer PPLC
Nelson Mullins Riley & Scarborough LLP
Norton Rose

Norton Rose (Stroz Pass Through)
Paul Weiss
Rosenthal Lurie & Broudy LLC
Salvatore Prescott & Porter PPLC
Simpson Thacher Barlett LLP
Steptoe & Johnson
Wheeler Trigg O'Donnell LLP
Zeiger Tigges & Little LLP

### Employee Indemnity Legal Counsel

Beresford Booth PPLC
Blank Rome LLP
Bryan Cave LLP
Curl Glasson & Patrasciouiu Plc
DLA Piper LLP
Lisa Mallinger
Lytle Soule & Curlee P.C.
Miller & Chevalier
Petrillo Klein & Boxer
Porter Hedges LLP
Richard J. Prendergast, Ltd.
Riker Danzig Scherer Hyland & Perretti LLP
Robert Lima
Salvatore Prescott & Porter PPLC
Taylor Law Office
Venable LLP

### Plaintiffs' Attorneys

Aaron & Gianna Plc
Abboud Law Firm
Abott Law Group
Ahmad, Zavitsano, Anaipakos, Alavi & Mensing, P.C.
Alexander Corder
Alexander Dubose Jefferson & Townsend LLP
Alexandria City Attorney
Alicia Roshong
Allan J. George
Altman Legal Group
Alvendia, Kelly & Demarest LLC
Amy Arrington
Anapol Weiss
Anderson & Karrenberg
Andrews & Thornton
Andrus Anderson
Andrus Wagstaff
Angela Hammonds-Saucier
Archie Lamb & Associates LLC
Askman Law Firm
Atlanta Department of Law

Attorney General of Virginia
Axley Brynelson
Bad River Legal Department
Bahe Cook Cantley & Nefzger PLC
Bailey & Greer
Balch & Bingham
Baldwin Crocker
Barbara D. Underwood, Attorney General of the State of New York
Baron & Budd
Barrack, Rodos & Bacine
Barrett Law Group, P.A.
Barrett Law Office
Barrios, Kingsdore & Casteix
Beard & Beard
Beasley Allen Law Firm
Beck, Amsden & Stalpes PLLC
Bedford, Rogers & Bowling, P.C.
Beggs & Lane
Behm and Behm
Bell Law Firm
Bentley & Bruning, P.A.
Berger & Montague, P.C.
Berke, Berke & Berke
Bern Cappelli
Berrigan Litchfield
Bianco, P.A.
Bird Law Group
Birmingham & Cwach
Blackburn & Conner
Blackmon & Blackmon
Blanco County
Blasingame, Burch, Garrard & Ashley, P.C.
Bobby R. Manning
Boni, Zack & Snyder
Bonsignore LLC
Boone Karlberg
Bossier & Associates PLLC
Bowling & Johnson
Branstetter, Stranch &Jennings
Braswell Murphy LLC
Braud & Gallagher
Brazos County Attorney's Office
Brennan, Manna & Diamond
Brent L. Crumpton, P.C.
Brian K. Balser
Brindisi, Murad & Brindisi Pearlman
Brinson, Askew, Berry, Siegler, Richardson & Davis
Briol & Benson
Brister & Brister

Broussard Baloney
Brown, Readdick, Bumgartner, Carter, Strickland & Watkins
Bruhl Law Firm
Brunson, Barnett & Sherrer
Bryant Law Center
Buerger, Moseley & Carson
Bufete Andreu & Sagardia
Burg Simpson
Burgos & Associates
Burke Harvey
Burke Lasseter
Burke, Harvey & Frankowski LLC
Burnside Law
Campbell Law Firm
Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
Carey Davis & Lowe
Carpenter Lipps & Leland LLP
Cascade Law Center
Cates Mahoney
Ceiba Legal
Chafin Law Firm
Chambliss, Bahner & Stophel, P.C.
Charles E. Boyk
Charles L. Barnum, P.C.
Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes LLP
Cherundolo Law Firm
Cheverie & Associates
Christine M. Beck
Churchwyble, P.C.
Churman, Howald, Weber, Senkel & Norrick
City Attorney
City of Burlington
City of Eureka
City of Miami
City of Mount Vernon
City of Philadelphia Law Department
City of Quincy
City of Rochester
City of Savannah
City of St. Louis
Clayborne, Sabo & Wagner
Clendenen & Shea
Climaco Wilcox
Climaco, Wilcox, Peca & Garofoli
Cohen & Malad
Cohen & Milstein
Coles Barton LLP
Collins, Collins & Conley

#92439934v1

Colvin Law Firm
Conaway & Strickler, P.C.
Conley Griggs Partin LLP
Consovoy, McCarthy, Park PLLC
Conybeare Law Office, P.C.
Cooner & Conway
Cooper & Elliott
Cooper Law Firm
Cory, Meredith, Witter & Smith
Cotchett, Pitre & McCarthy LLP
Crawford & Mauro
Critchley, Kinum & Denoia LLC
Crongeyer Law Firm, P.C.
Crueger Dickinson
Curry & Friend
Cusimano, Roberts & Mills
Cutler Law Firm
Czack Law Firm
D'Amore Law Group, P.C.
Dampier Law Firm
Dane County District Attorney's Office
Daniel R. Meachum & Associates
Daniell, Upton, Perry & Morris
D'Arcy Johnson Day
David N. Cole
Davis County Attorney's Office
Davis Schweizer PLLC
Debra Bechtel
Degaris & Rogers
Dekalb County State Attorney
Demer & Marniella
Dennis P. Couvillion
Dewitt Ross
Dewsnup, King, Olsen, Worel, Havas, Mortenson
Diamond Woodsum
Dickenson County Attorney
Dies & Parkhurst
Dilworth Paxson
Dolt Thompson
Domina Law Group
Don W. Barrett, P.A.
Dona Ana County
Donald R. Vaughn & Associates
Dressman Benzinger Lavelle
Dreyer Boyajian LLP
Drubner Hartley
Drummond Woodsum
Duham Jones & Pinegar
Durrett Law Offices
E. Mark Ezell, P.C.
Eaves Law Firm LLC

Edelson, P.C.
Edmond, Lindsay & Hoffler
Edwards Frickle & Culver
Eggnatz Pascucci
Emerson Poynter
Enoch Tarver
Everett, Gaskins & Hancock LLP
Faddoul, Cluff, Hardy & Conaway, P.C.
Faulknew, Hoffman & Phillips
Fayard & Honeycutt
Fears Nachawati
Feldman & Pinto
Fellerman & Ciarimboli Law
Ferraro Law Firm
Ferrer Poirot & Wansbrough
Fibich, Leebron, Copeland & Briggs
Fields PLLC
Fields, Dehmlow & Vessels
Fillingane Law Firm LLC
Fine, Kaplan and Black
Fitzsimmons Law Firm
Fleming, Nolen & Jez LLP
Foley & Lardner
Fox & Farley
Frazer Law LLC
Frazer Plc
Friedman & Associates, P.C.
Friedman, Dazzio, Zulnas & Bowling, P.C.
Fulgham Bullock, PLLC
Fulmer Ulmer Sill Law Group Plc
Gachassin Law Firm
Gainsburgh, Benjamin, David, Meunier & Warshauer
Galanda Broadman
Gallagher Law Firm
Gardner Brewer Martinez-Monfort, P.A.
Garry Whitaker Law, P.C.
Garson Johnson LLC
Gary C. Johnson, PSC
Gene Stump
George B. Daniel
Gibbs Armstrong Botochoff, P.C.
Gibson & Keith
Gilbert LLP
Gilman & Bedigian LLC
Glago Law Firm
Glenn Coffee & Associates
Gold, Khourey & Turak
Goldenberg, Heller & Antognoli, P.C.
Goldfarb & Huck Roth Rojas
Goldsmith & Goldsmith LLP

Gomez Iagmin Trial Attorneys
Goodwin & Goodwin
Goodwin Abernathy LLP
Grabhorn Law Office PLLC
Grant D. Amey
Gray & White
Greene, Ketchum, Farrell, Bailey & Tweel
Griffith & Griffith
Grotefeld Hoffmann Schleiter Gordon & Ochoa
    LLP
Guida Law Office
Gullett Sanford
Gunter & Danzey
Gustafson Gluek PLLC
Hach Rose
Hagens Berman
Haley & Olson, P.C.
Haliczer Pettis & Schwamm
Hamel, Waxler, Allen & Collins
Hardin County Attorney
Hardy, McDaniel & Welch
Harrison Davis Steakley Morrison Jones, P.C.
Harrison Steakley
Harrison White
Hartley & Hickman
Haskell Slaughter & Gallion
Hasty Pope
Haviland Hughes
Hayley & Olson, P.C.
Heinlein, Beeler, Mingace & Heineman, P.C.
Heley Duncan & Melander
Helperbroom
Henry County State Attorney
Hill, Peterson, Carper, Bee & Deitzler PLLC
Hobbs, Straus, Dean & Walker
Hogen Adams PLLC
Holland Law Firm
Holloran Schwartz & Gaertner
Houston, Thompson and Lewis, P.C.
Hovde Dassow & Deets
Huber, Slack, Thomas & Marcelle
Hull Barrett, P.C.
Hurwitz Sagarin
Hutchens Law Firm
Irpino, Avin & Hawkins Law Firm
Isaac Wiles Burkholder & Teetor LLC
J F Henderson Law PLLC
J. Harold Seagle
J. Scott Taylor
Jack Harang
Jackson & Foster

Jackson, Fikes, Hood & Brakefield
Jackson, Vance, Morrison
James B. Ragan
James Law Office
Jason C. Odom
Jasper County
Jefferson County Attorney's Office
Jefferson Townsend
Jeffrey A. Cornell
Jeffrey Simon
Jessee and Jessee
Jinks, Crow & Dickson
John F. Young
John G. Walker
John Hunt Morgan, P.S.C.
John W. Alderman
Johnson & Johnson PLLC
Johnson Berg McEvoy & Bostock
Johnson Gray
Johnson, Caldwell & McCoy
Johnson, Johnson, Lucas & Middleton, P.C.
Jones, Waldo, Holbrook & McDonough, P.C.
Kalish Law
Kanner & Whiteley LLC
Kapke & Willerth
Kaufman Canoles
Keefe Law Firm
Keller Lenkner LLC
Keller Rohrback LLP
Kelley & Ferraro
Kelley, Goldfarb, Huck, Roth & Riojas PLLC
Kelly, Durham & Pittard LLP
Kemp & Kemp
Kendall County State Attorney
Kenyatta K. Stewart (Acting Corporate Counsel)
Kercsmar & Feltus
Kerkman Wagner & Dunn
Kilgore Law Office
Kimberly C. Haugh, P.C.
Kinnard Clayton & Beveridge
Kirk Pinkerton, P.A.
Kopelowitz Ostrow Ferguson Weiselbert Gilbert
Kovacich Snipes
Kozyak Tropin and Throckmorton
Krause & Kinsman
Krupnick
Kushner Hamed & Grostic
Kwall Barack Nadeau
L/O Crystal Jessee
Laborde Earles Law Firm
Lancione & Lancione

Lanier Law
Law Office of Dan A. Robin, Jr. LLC
Law Office of Daniel R. Karon
Law Office of Grant D. Amey LLC
Law Office of Joseph C. Tann
Law Office of Robert E. Sweeney
Law Office of Thomas L. Young, P.A.
Law Offices of B. Dahlenburg Bonar, P.S.C.
Law Offices of Francis O. Scarpulla
Law Offices of Grant D. Amey
Law Offices of P. Rodney Jackson
Leblanc Fantaci Villo
Lefton Group
Leger & Shaw
Leiff Cabraiser
Leist Warner
Leslie Murray Law Firm
Levenfeld Pearlstein
Levin Papantonio
Levin Sedran & Berman LLP
Levin, Papantonio
Lieff, Cabraser, Heimann & Bernstein
Lillis Law Firm LLC
Lloyd & Hogan
Lockridge Grindal Nauen PLLP
Lola Thomas
Los Angeles City Attorney's Office
Lowe, Mobley, Lowe & Leduke
Lowe, Stein, Hoffman, Allweiss & Hauver
Luciana P. Brasil
Luis R. Vera & Associates
Lupardus Law Office
Macoupin County State Attorney
Maddox Isaacson & Cisneros
Magleby, Cataxinos & Greenwood
Manchester Law Office
Mann & Kemp
Marc J. Bern & Partners LLP
Marcus & Mack
Mark A. Schneider
Marler Schrum
Martin Walker, P.C.
Martinsville City Attorney
Martzell & Bickford
Martzell, Bickford & Centola
Matthew P. Chenevert
Matthew R. McCarley
Mauro Archer & Associates
Mayle LLC
Maytte Texidor Lopez
McAfee & Taft

McBrayer, McGinnis, Leslie & Kirkland PLLC
McCabe Trotter and Beverly
McCamy Phillips, Tuggle
McCoy, Hiestand & Smith PLC
McHugh Fuller Law Group PLLC
McKellar Hyde Plc
McNamee & McNamee
McNamee Hosea
Means Gillis Law
Melissa J. Williams
Merrimack County
Meyer Hendricks  Bivens, P.A.
Meyers & Flowers LLC
Meyers, Flowers, Bruno & Herrmann
Michael H. Kahn
Mike & Associates
Mike Moore Law Firm
Miles Granderson LLC
Miller Law
Mololamken
Montgomery County Prosecuting Attorney's
    Office
Montgomery Ponder
Moomey Weiland Smith & Rose
Moore Law Group
Morgan & Morgan
Morris King & Hodge
Morrow, Morrow, Ryan, Bassett & Haik
Mortensen
Motley Rice
MTHIRTYSIX PLLC
Mullens & Mullens
Murray & Murray Company
Nack Richardson & Nack
Napoli Shkolnik PLLC
Neblett, Beard & Arsenault
Neil T. Leifer LLC
Nelson Bryan & Cross
Nick Kahl LLC
Nick Mauro
Nix, Patterson & Roach
Nixon, Vogelman, Barry, Slawsky & Simoneau
Nueces County Attorney's Office
Nye & Nye
Nye County District Attorney
Ochs Law Firm
Office of County Attorney - Harvey
Office of Robert F. Julian
Office of Salt Lake District Attorney
Office of the Attorney General - Texas
Office of the Montgomery County Attorney

O'Malley & Langan
O'Neill Law
Osborne & Francis
Oths, Heiser, Miller, Waigland & Clagg
Panatier Bartlett
Pansing Hogan Ernst & Backman
Paoli Law Firm, P.C.
Parks Crump LLC
Pasternack, Tilker, Ziegler, Walsh, Stanton &
    Romano
Patrick C. McGinley
Patrick C. Smith LLC
Patty & Young
Paul D. Henderson
Pedersen and Whitehead
Pendley, Baudin & Coffin
Perrin, Landry, Delaunay
Perry & Young
Phillips & Paolicelli
Phipph Deacon Purnell
Phipps Anderson Deacon
Phipps Deacon Purnell
Piatt County State Attorney
Pierce County Prosecutor's Office
Pinto Coates Kyre & Bowers PLLC
Plevin, Galucci Company, L.P.A.
Podhurst Orseck, P.A.
Pogust Braslow & Millrood
Pompey & Pompey
Poole & Poole
Poole Law
Porteous Hainkel & Johnson LLP
Portland City Attorney's Office
Powell & Majestro
Prieto, Marigliano, Holbert & Prieto LLC
Prim & Mendheim
Prince Armstrong LLC
Prince Glover & Hayes
Pritt & Spano
Pro Se
Prochaska, Howell & Prochaska LLC
Purnell Law
R. Jeffrey Perloff
R.D. Burns
Ralph E. Marasco, Jr.
Ramos Law
Rebein Brothers
Reddick Moss PLLC
Reich & Binstock
Reidar M. Mogerman
Rex A. Sharp, P.A.

Richard Schecter
Riley & Jackson
Rinehardt Law Firm
Robbins Geller Rudman & Dowd LLP
Robert F. Julian
Robert Pierce & Associates
Robins Geller
Robins Kaplan
Robinson Calcagnie
Robles, Rael & Anaya
Rodman, Rodman & Sandman
Roger F. LaGarde
Rogers Law Group, P.A.
Romano Law Group
Ronald L. Book P.A.
Roosevelt County Attorney
Rosen Harwood
Ross F. LaGarde
S. Dubose Porter, Attorney At Law
Sacks Weston Diamond
Saltz Mongeluzzi Barrett & Bendesky
Salvatore Territo
Sam Bernstein Law Firm PLLC
San Francisco City Attorney's Office
San Patricio County Attorney's Office
Sanders Phillips Grossman LLC
Sanders, Motley, Young & Gallardo
Sanford Heisler Sharp
Sarpy County Attorney
Savage O'Donnell
Scheer Montgomery
Schonekas, Evans, McGoey & McEachin
Schwartz Bon Walker & Studer
Schwarz Mongeluzzi
Scott & Scott
Scott Elliott Smith
Scott Taylor PLLC
Seagle Law
Seeger Weiss LLP
Seif & McNamee
Shaffer Madia Law
Shelby County Attorney's Office
Sheller, P.C.
Sher Garner Cahill Richter Klein & Hilbert LLC
Silverman Thompson Slutkin and White LLC
Simmons & Simmons
Simmons Hanly Conroy
Simon Greenstone Panatier Bartlett
Simon Law Firm
Sims & Sims
Skagit County Prosecutor's Office

Skikos Crawford Skikos & Joseph
Skinner Law
Smith & Fawer
Smith & Johnson
Smith Stag
Sommers Schwartz, P.C.
Sonosky, Chambers, Sachse, Mielke & Brownell
    LLP
Sonosky , Chambers, Sachse, Miller & Munson
    LLP
Spangenberg, Shibley & Liber
Spears & Spears
Speights & Worrich LLC
Spiro Harrison
Stag Liuzza LLC
Stephen M. Tunstall
Steven E. Scheer
Steven W. Berman
Steven William Teppler
Stoll Stoll Berne Lokting & Shlachter, P.C.
Strawbridge
Strong-Garner-Bauer
Stuart Smith
Studstill Firm
Stull, Stull & Brody
Styron & Shilling
Sullivan & Sullivan
Sullivan, Ward, Asher & Patton
Sumner County Law Department
Susan J. Van Zandt
Suthers & Thompson
Suzanne Weise
Sweeney Merrigan Law
Tad Robinson O'Neill
Taft Stettinius & Hollister LLP
Tate Law Group
Taylor & Knight
Taylor Martino
The Bell Law Firm
The Bilek Law Firm
The Bruehl Firm
The Calwell Practice
The Chaffin Law Firm
The Charleston Group
The Cheek Law Firm
The Cherokee Nation
The Cicala Law Firm PLLC
The CK Hoeffler Firm
The Cochran Firm-Donthan, P.C.
The Conrad Law Firm
The Cooper Law Firm

The Creadore Law Firm
The Czack Law Firm
The Dampier Law Firm
The Danzey Law Firm
The Diaz Law Firm
The Dilorenzo Law Firm LLC
The Downey Law Firm
The Dudenhefer Law Firm LLC
The Dugan Law Firm
The Edwards Firm
The Eicholz Law Firm, P.C.
The Finnell Firm
The Fitte Law Firm LLC
The Frankowski Law Firm LLC
The Gallagher Law Firm
The Green Law Firm
The Gross Law Firm
The King Firm
The Kuykendall Group
The Lanier Law Firm
The Law Offices of Tom Hall
The Maher Law Firm, P.A.
The Miller Law Firm
The Moskowitz Law Firm
The Poole Law Group
The Sam Bernstein Law Firm PLLC
The Spigarelli Law Firm
The Webb Law Centre
Themis PLLC
Thomas Barney
Thomas E. Edge
Thomas E. McIntire & Associates
Thomas J. Donovan, Jr.
Thompson Barney Law Firm
Thompson, Thompson & Winters
Thornton Carpenter O'Brien Lawrence & Sims
Thornton Law Firm
Thrash Law Firm, P.A.
Thrasher Dismore & Dolan
Tisinger Vance, P.C.
Tousely Brian Stephens
Trafton, Matzen, Belleau & Frenette LLP
Troy Law Firm
Tucker Long, P.C.
Turner, Reid, Duncan, Loomer & Patton
Tzangas, Plakas, Mannos
Utah Attorney General's Office
Ventura Law
Virginia Beach City Attorney's Office
Von Stange Law
Wagstaff & Cartmell LLP

Walker Sigmon Law
Walter B. Calton
Walworth County Corporation Counsel
Ward & Smith
Ward and Smith
Ward Black
Warner Law
Washington County Attorney
Waters Kraus & Paul
Watson Heidelberg Jones
Watts Guerra
Weisman, Kennedy & Berris Co., L.P.A..
Weitz & Luxenberg
Welch Law Firm Plc
Wes Williams, Jr.
Whaley Law Firm
Whetstone Perkins and Fulda
Whitaker
Whitten Burrage
Wiggins, Childs, Quinn & Pantazis LLC
Wilentz, Goldman & Spitzer
Wilkes & McHugh
Williams Dirks Dameron LLC
Winch Law Firm
Wolf Haldenstein Alder Freeman & Herz LLP
Worel Havas
Yarborough Law Office
Young Ricchiuti Caldwell & Heller
Zachary W. Carter
Zarzaur Mujumdar & Debrosse
Zebarsky Payne
Zeldes, Needle & Cooper
Zoll & Kranz
Methvin Portis & Miles, P.C.

**Plaintiffs**

A.M.H.
Absolute House
Adair County
Adams County
Adams County Board of County Commissioners
Adams County, Idaho
Adams County, Mississippi
AFSCME District Council 33 Health & Welfare
    Fund
AFSCME District Council 47 Health & Welfare
    Fund
Akiak Native Community
Alamosa County
Alan Wilson, South Carolina Attorney General
Alaska Native Tribal Health Consortium

Aleutian Pribil of Islands Association, Inc.
Alexander County
Allamakee County
Allegany County, Maryland
Alleghany County
Allen County
Allen County Board of County Commissioners
Amber Zibritosky, The Law Director for the City
    of Stow
Amel Eiland
American Federation of State, County and
    Municipal Employees District Council 37
    Health & Security Plan
American Resources Insurance Company, Inc.
Amite County, Mississippi
A-MMED Ambulance, Inc. and City of Mountain
    Brook, Alabama
Anderson County
Andrew G. Riling and Beverly Riling
Androscoggin County
Andy Brown, In His Capacity as the Sheriff for
    Jackson Parish
Angel Bolton and Christopher Bolton
Anne Arundel County, Maryland
Anson County
Apollomd Business Services LLC
Appalachian Regional Healthcare, Inc.
Appling Health Care System
Arab, Alabama
Arizona Counties Insurance Pool
Arizona Municipal Risk Retention Pool
Armstrong County, Pennsylvania
Aroostook County
Asa' Carsamiut Tribe
Asbestos Workers Local 6 Health and Welfare
    Fund and Massachusetts Bricklayers &
    Masons Trust Funds Ascension Parish
    Government
Ashe County
Ashland County
Ashland County Board of County Commissioners
Association of Arkansas Counties
Association of Arkansas Counties Risk
    Management Fund
Association of Arkansas Counties WC Trust
Atchison County, Missouri
Athens County Board of County Commissioners
Atkinson County, Georgia
Audrain County, Missouri
Auglaize County Board of County Commissioners
Augusta, Georgia

Autauga County, Alabama
Bacon County Hospital and Health System
Bacon County Hospital Foundation, Inc.
Bacon County, Georgia
Bad River Band of Lake Superior Chippewa
Baltimore County, Maryland
Banks County, Georgia
Baptist Health Corbin
Baptist Health Floyd
Baptist Health La Grange
Baptist Health Lexington
Baptist Health Louisville
Baptist Health Madisonville, Inc.
Baptist Health Paducah
Baptist Health Richmond, Inc.
Baptist Healthcare System, Inc.
Baptist Hospital, Inc. and Jay Hospital
Barbara D. Underwood, Attorney General of the
    State of New York
Barbara Rivers
Barbour County, Alabama
Barron County
Barry Staubus
Bartow County, Georgia
Battle Mountain of the Te-Moak Tribe of Western
    Shoshone Indians
Bay County
Bayfield County
Beaufort County
Beauregard Parish Police Jury
Beaver County, Pennsylvania
Bell County
Bellefonte Physician Services, Inc.
Belmont County Board of County Commissioners
Ben Hill County, Georgia
Benton County
Benton County, Mississippi
Benton Fire Protection District No. 4
Bergen County
Berkeley County Council
Berlin, New Hampshire
Berrien County, Georgia
Bibb County, Alabama
Big Bend Community Based Care, Inc.
Big Sandy Rancheria of Western Mono Indians
Big Valley Band of Pomo Indians of the Big
    Valley Rancheria
Bill Chris, The Law Director for the City of Green
Bios Companies, Inc.
Bios Companies, Inc. Welfare Plan
Black Hawk County

Blackford County, Indiana
Blaine County, Idaho
Bland County, Virginia
Bleckley Memorial Hospital
Blount County
Blue Cross and Blue Shield of Louisiana
Board of Commissioners for Lucas County, Ohio
Board of County Commissioners of Caddo County
Board of County Commissioners of Cherokee
    County, Kansas
Board of County Commissioners of County of
    Larimer
Board of County Commissioners of Cowley
    County, Kansas
Board of County Commissioners of Crawford
    County, Kansas
Board of County Commissioners of Grady County
Board of County Commissioners of Harper
    County
Board of County Commissioners of Jefferson
    County
Board of County Commissioners of Love County
Board of County Commissioners of Neosho
    County, Kansas
Board of County Commissioners of Pittsburgh
    County
Board of County Commissioners of Pratt County,
    Kansas
Board of County Commissioners of Stephens
    County
Board of County Commissioners of the County of
    Adams
Board of County Commissioners of the County of
    Arapahoe
Board of County Commissioners of the County of
    Boulder
Board of County Commissioners of the County of
    Dona Ana, New Mexico
Board of County Commissioners of the County of
    Fremont
Board of County Commissioners of the County of
    McKinley
Board of County Commissioners of the County of
    Santa Fe
Board of County Commissioner of the County of
    Taos
Board of County Commissioners of the County of
    Teller
Board of County Commissioners of Washington
    County, Maryland
Board of Dewey Commissioners of Harper County

#92439934v1

Board of Kiowa Commissioners of Harper County
Board of Major Commissioners of Harper County
Board of Woods Commissioners of Harper County
Bob Heydorn, The Solicitor of the Village of
    Silver Lake
Bobbie Lou Moore
Bobby Guidroz, Sheriff of St. Landry Parish,
    Louisiana
Boise County, Idaho
Bon Secours Health System, Inc.
Bond County
Bonneville County, Idaho
Boone County
Boone County, Illinois
Bossier City
Bossier Parish
Bossier Parish Emergency Medical Services
    Ambulance District
Boston Township
Bourbon County, Kansas
Bowling Green Warren County Community
    Hospital Corporation
Boyd County
Boyle County
Brad Bryan, The Solicitor for the Village of
    Peninsula
Brantley County, Georgia
Brazos County
Brevard Family Partnership
Brian Lowry
Bricklayers and Allied Craftworkers Local Union
    No. 1 of PA/DE Health and Welfare Fund
Bridge House Corporation
Brooke County Commission
Brooks County, Georgia
Broward County, Florida
Brown County
Brown County Board of County Commissioners
Brunswick County
Bryan Nace, The Law Director for the City of
    Fairlawn
Bryant C. Dunaway
Buchanan County
Buchanan County, Missouri
Bucks County
Buffalo County
Bullitt County
Bulloch County, Georgia
Bullock County, Alabama
Buncombe County
Bureau County, Illinois

Burke County
Burnett County
Butler County
Butler County Board of Commissioners
Butler County, Alabama
Butts County, Georgia
Cabarrus County
Caddo Fire Protection District No. 1
Caddo Parish
Cahto Indian Tribe of The Laytonville Rancheria
Caldwell County
Caldwell Parish
Calhoun County
Calhoun County, Alabama
Calhoun County, Florida
Calhoun County, South Carolina
Calumet County
Cambria County, Pennsylvania
Camden County, Georgia
Camden County, New Jersey
Campbell County, Tennessee
Candler County, Georgia
Canyon County
Cape Girardeau County
Cape May County, New Jersey
Carbon County, Utah
Carbon County, Wyoming
Caribou County, Idaho
Carmen Siebler
Caroline County, Maryland
Carpenters Health & Welfare of Philadelphia &
    Vicinity
Carroll County
Carroll County Board of County Commissioners
Carroll County, Mississippi
Carroll County, Virginia
Carteret County, North Carolina
Casper, Wyoming
Cass County, Missouri
Cassia County, Idaho
Caswell County
Catahoula Parish Police Jury
Catawba County, North Carolina
Catoosa County, Georgia
Cecil County, Maryland
Center Point, Inc.
Central Florida Behavioral Health Network, Inc.
Central Florida Cares Health System, Inc.
Central States, Southeast and Southwest Areas
    Health & Welfare Fund
Chaffee County

Chambers County, Alabama
Champaign County Board of County
    Commissioners
Champaign County, Illinois
Charlton County, Georgia
Charter Township of Canton
Charter Township of Clinton, Michigan
Charter Township of Huron, Michigan
Charter Township of Northville
Charter Township of Van Buren
Chatham County, Georgia
Chattooga County
Chelan County
Cher-AE-Heights Indian Community of The
    Trinidad Rancheria
Cherokee County
Cherokee County, Alabama
Cheshire County
Cheyenne & Arapaho Tribes
Cheyenne River Sioux Tribe
Chicago Regional Council of Carpenter
Chicago Regional Council of Carpenters Welfare
    Fund
Chickasaw County, Mississippi
Chickasaw Nation
Chilton County, Alabama
Chippewa County
Chitimacha Tribe of Louisiana
Choctaw Nation
Chowan County
Chris and Diane Denson
Christian County
Chugachmiut, Inc.
City and County of Broomfield
City and County of Denver
City of Abbeville, Alabama
City of Ada
City of Alamosa
City of Albany
City of Albany, Georgia
City of Albertville, Alabama
City of Alexandria
City of Alexandria, City of Elwood and Madison
    County
City of Alexandria, Louisiana
City of Aliquippa
City of Alma, Georgia
City of Anacortes and Sedro-Woolley School
    District
City of Anniston, Alabama
City of Ansonia

City of Ashland, Ohio
City of Atlanta
City of Auburn
City of Augusta
City of Aurora
City of Aurora, Ohio
City of Bainbridge, Georgia
City of Bangor
City of Barberton
City of Bastrop, Louisiana
City of Baton Rouge, Parish of East Baton Rouge
City of Beech Grove, Indiana
City of Belmont
City of Benham
City of Berwyn
City of Beverly, Massachusetts
City of Biddeford
City of Birmingham, Alabama
City of Black Hawk
City of Bloomington and Monroe County
City of Boaz, Alabama
City of Bogalusa, Louisiana
City of Boise
City of Boston
City of Bowie, Maryland
City of Bradenton
City of Bridgeport
City of Bridgeport, Alabama
City of Broadview Heights
City of Broken Arrow
City of Brunswick
City of Brunswick, Georgia
City of Buckhannon, West Virginia
City of Buckhorn
City of Burbank
City of Burlington
City of Carbon Hill, Alabama
City of Cardova, Alabama
City of Caribou
City of Catersville
City of Central Falls, Rhode Island
City of Charleston, Mississippi
City of Chelsea
City of Chicago
City of Chicago Heights
City of Chicopee
City of Cincinnati
City of Clanton, Alabama, a Municipal
    Corporation
City of Claremont
City of Clarksville, Tennessee

City of Clearwater in the County of Pinellas
City of Cleveland
City of Coconut Creek, Florida
City of Columbia, Mississippi
City of Columbus
City of Columbus, Mississippi
City of Commerce City
City of Concord, New Hampshire
City of Connersville and Fayette County
City of Coral Gables
City of Countryside
City of Covington
City of Covington, Kentucky
City of Cranston, Rhode Island
City of Cumberland, Maryland
City of Cuyahoga Falls
City of Danbury
City of Dayton
City of Decatur, Alabama
City of Deerfield Beach, Florida
City of Delray Beach
City of Demopolis, Alabama
City of Demorest, Georgia
City of Derby
City of Detroit
City of Donaldsonville
City of Dora
City of Douglas, Alabama
City of Dover, New Hampshire
City of Eagle Pass, Texas
City of East Cleveland, Ohio
City of East Lansing, Michigan
City of East Providence
City of Easthampton, Massachusetts
City of Edmond
City of Elyria
City of Enterprise, Alabama
City of Escanaba, Michigan
City of Euclid
City of Eunice, Louisiana
City of Eureka
City of Evansville, Indiana
City of Everett
City of Evergreen, Alabama
City of Fairlawn
City of Fall River
City of Fayette, Alabama
City of Fayetteville
City of Findlay
City of Fishers, Indiana
City of Fitchburg

City of Fitzgerald, Georgia
City of Flint, Michigan
City of Florence
City of Florence, Alabama
City of Fort Lauderdale, Florida
City of Fort Payne, Alabama
City of Fostoria
City of Framingham
City of Franklin
City of Franklin, New Hampshire
City of Frederick, Maryland
City of Frostburg, Maryland
City of Gadsden, Alabama
City of Gainesville, Georgia
City of Galax
City of Garfield Heights
City of Gary, Indiana
City of Georgiana, Alabama
City of Gloucester
City of Grand Rapids, Michigan
City of Granite City, Illinois
City of Grayson
City of Great Falls
City of Green
City of Greenfield
City of Greensboro, Alabama
City of Greenville, Alabama
City of Greenwood, Indiana
City of Greenwood, Mississippi
City of Gretna
City of Guin, Alabama
City of Guntersville, Alabama
City of Guthrie County
City of Hagerstown, Maryland
City of Hallandale Beach, Florida
City of Hamilton, Alabama
City of Hamilton, Ohio
City of Hammond
City of Harlan
City of Harrisburg, Illinois
City of Harrisville
City of Hartford, Indiana
City of Hartselle, Alabama
City of Harvey
City of Hattiesburg, Mississippi
City of Haverhill
City of Henagar, Alabama
City of Henderson County
City of Henderson, Kentucky
City of Hickory
City of Holyoke

#92439934v1

City of Hueytown, Alabama
City of Huntington, Indiana
City of Huron, Ohio
City of Hyden
City of Independence
City of Indianapolis
City of Iron Mountain, Michigan
City of Ironton, Ohio
City of Ithaca
City of Iuka, Mississippi
City of Jackson, Michigan
City of Jacksonville
City of Jasper
City of Jasper, Indiana
City of Jeffersonville, Indiana
City of Jersey City, New Jersey
City of Joplin
City of Kansas City, Missouri
City of Keene, New Hampshire
City of Kenner
City of Kenova, West Virginia
City of Kent
City of Kent, Michigan
City of Kent, Ohio
City of Kingman
City of Kokomo, Indiana
City of Laconia, New Hampshire
City of Lafayette
City of Lakewood
City of Lakewood and the City of Wheat Ridge
City of Lansing
City of Laredo, Texas
City of Lauderhill, Florida
City of Laurel, Mississippi
City of Lawrence, Indiana
City of Lawton
City of Lebanon, Ohio
City of Leominster
City of Lewiston
City of Lima
City of Lincoln, Alabama
City of Livonia
City of Lock Haven
City of Logansport
City of London
City of Lorain
City of Los Angeles, California
City of Lowell
City of Loyall
City of Lumberton, Mississippi
City of Lynch

City of Lyndhurst
City of Lynn
City of Macedonia, Ohio
City of Malden
City of Manchester
City of Mansfield
City of Marion, Alabama
City of Martinsville, Indiana
City of Martinsville, Virginia
City of Medford
City of Melrose
City of Memphis
City of Meridian
City of Methuen
City of Metropolis, Illinois
City of Miami
City of Miami Gardens, Florida
City of Midfield, Alabama
City of Milledgeville, Georgia
City of Minneapolis, Minnesota
City of Miramar, Florida
City of Missoula
City of Mobile, Alabama
City of Monroe, Louisiana
City of Montepelier, Indiana
City of Montgomery, Alabama
City of Montgomery, West Virginia
City of Morehead
City of Moulton, Alabama
City of Mount Vernon
City of Munroe Falls
City of Nanticoke, Pennsylvania
City of Nashua
City of Nauvoo, Alabama
City of Nettleton, Mississippi
City of New Albany, Indiana
City of New Albany, Mississippi
City of New Britain
City of New Castle
City of New Franklin
City of New Haven
City of New Hope, Alabama
City of New Iberia
City of New London
City of New Orleans
City of New Roads, Louisiana
City of New York
City of Newark, New Jersey
City of Newburgh Heights, Ohio
City of Newburyport
City of Newport, Rhode Island

City of Noblesville, Indiana
City of North Adams
City of North Miami, Florida
City of North Olmsted
City of North Royalton, Ohio
City of Northampton
City of Northglenn
City of Northlake
City of Norton
City of Norton, Virginia
City of Norwalk
City of Oakman, Alabama
City of Oklahoma City
City of Olmsted Falls
City of Olympia
City of Opp, Alabama
City of Overland Park, Kansas
City of Owasso
City of Ozark, Alabama
City of Paducah, Kentucky
City of Palm Bay
City of Palmetto
City of Parma
City of Parma Heights
City of Parrish, Alabama
City of Paterson, New Jersey
City of Patterson
City of Pawtucket, Rhode Island
City of Peabody
City of Pekin
City of Pembroke Pines, Florida
City of Pensacola
City of Peoria
City of Peru, Indiana
City of Philadelphia
City of Philadelphia, Mississippi
City of Phoenix
City of Pinellas Park
City of Pineville, Louisiana
City of Pippa Passes
City of Pittsburgh
City of Pittsfield
City of Plattsburgh
City of Pleasant Grove, Alabama
City of Pompano Beach, Florida
City of Ponca City
City of Pooler, Georgia
City of Portland
City of Portland and Jay County
City of Portland, Oregon
City of Portsmouth

City of Preston
City of Prichard, Alabama
City of Princeton, Illinois
City of Princeton, West Virginia
City of Providence
City of Quincy
City of Ravenna, Ohio
City of Reno
City of Revere
City of Richmond
City of Richmond Hill, Georgia
City of Rochester
City of Rockford, Illinois
City of Rome
City of Romulus
City of Saco
City of Saint Martinville
City of Salem
City of San Diego
City of Sandusky
City of Sandy Springs, Georgia
City of Sanford
City of Sarasota
City of Sault Ste. Marie, Michigan
City of Schenectady
City of Scottsboro, Alabama
City of Seat Pleasant, Maryland
City of Seattle
City of Sedro Woolley
City of Selma, Alabama
City of Seymour, Indiana
City of Shannon, Mississippi
City of Shawnee
City of Shelbyville, Indiana
City of Shreveport
City of Sipsey, Alabama
City of Somerville
City of South Bend, Indiana
City of Springfield, Missouri
City of St. Joseph, Missouri
City of St. Louis
City of St. Mary's
City of St. Mary's Ohio
City of Starkville, Mississippi
City of Stow
City of Strongsville
City of Sumiton
City of Syracuse, New York
City of Tacoma
City of Tallahassee
City of Talledega, Alabama

City of Tallmadge
City of Tampa
City of Thornton
City of Tifton, Georgia
City of Toledo
City of Traverse City, Michigan
City of Troy
City of Troy, Alabama
City of Tucson
City of Tuscaloosa, Alabama
City of Tuskegee, Alabama
City of Union Springs, Alabama
City of Utica, New York
City of Van Wert
City of Vernon, Alabama
City of Verona, Mississippi
City of Vienna, West Virginia
City of Virginia Beach and Sheriff of the City of
    Virginia Beach
City of Warren
City of Warwick, Rhode Island
City of Waterbury
City of Waterville
City of Wayne
City of Weaver, Alabama
City of West Lafayette
City of West Monroe, Louisiana
City of Westfield, Indiana
City of Westland, Michigan
City of Westminster
City of Wickliffe
City of Wilkes-Barre, Pennsylvania
City of Wilmington
City of Winchester
City of Winfield, Alabama
City of Woburn
City of Woodbury, Georgia
City of Worcester
City of Yukon
Claiborne County, Mississippi
Claiborne Parish
Clallam County
Clark County
Clarke County, Mississippi
Clay County Medical Corporation
Clay County, Alabama
Clayton County, Georgia
Clearfield County, Pennsylvania
Cleburne County, Alabama
Clermont County Board of County Commissioners

Cleveland Bakers and Teamsters Health and
    Welfare Fund
Cleveland County
Cleveland Teachers Union, Local 279
Clinch County Hospital Authority
Clinton County
Clinton County Board of Commissioners
Cloverdale Rancheria of Pomo Indians
Cobb County
Coeur Dalene Tribe
Coffee County, Alabama
Cole County, Missouri
Coles County
Columbia County
Columbia County, Georgia
Columbia County, Pennsylvania
Columbiana County Board of County
    Commissioners
Columbus County
Columbus Georgia
Commissioners of St. Mary's County, Maryland
Commonwealth of Massachusetts
Commonwealth of Pennsylvania
Commonwealth of Virginia
Community Based Care of Brevard, Inc.
Community Partnership for Children, Inc.
Concordia Parish
Conecuh County, Alabama
Conejos County
Confederated Tribe of Warm Springs
Confederated Tribes and Bands of the Yakama
    Nation
Confederated Tribes of the Grand Ronde
Community of Oregon
Confederated Tribes of the Umatilla Indian
    Reservation
Consolidated Tribal Health Project, Inc.
Cook County, Georgia
Cook County, Illinois
Coos County, Oregon
Copley Township
Copper River Native Association
Coshocton County Board of County
    Commissioners
County Commission of Clay County
County Commissioners of Charles County,
    Maryland
County of Alachua
County of Albany, New York
County of Alcona, Michigan
County of Alger, Michigan

County of Allegheny
County of Allendale
County of Amador
County of Anaconda-Deer Lodge
County of Anderson
County of Angelina
County of Anoka, Minnesota
County of Antrim, Michigan
County of Arenac, Michigan
County of Ashtabula
County of Ballard, Kentucky
County of Bamberg
County of Baraga, Michigan
County of Barnwell
County of Beaufort
County of Bee
County of Benzie, Michigan
County of Berrien, Michigan
County of Bexar
County of Blanco
County of Bowie
County of Bradford
County of Branch
County of Brevard, Florida
County of Burleson
County of Burnet
County of Butte
County of Calaveras
County of Cameron
County of Camp
County of Carbon
County of Cascade
County of Cass
County of Cattaraugus
County of Cayuga
County of Charlevoix, Michigan
County of Chautauqua
County of Chenango
County of Cherokee
County of Chesterfield
County of Childress
County of Chippewa
County of Clackamas
County of Clarion
County of Clay
County of Clinton
County of Clinton, Michigan
County of Cochise
County of Colleton
County of Columbia
County of Contra Costa

County of Cooke
County of Cortland
County of Coryell
County of Crawford, Michigan
County of Cumberland
County of Cuyahoga
County of Dallas
County of Dekalb
County of Del Norte
County of Delta
County of Dickinson, Michigan
County of Dimmit
County of Dorchester
County of Douglas, Nebraska
County of Eaton
County of Ector
County of El Dorado
County of El Paso
County of Erie
County of Essex
County of Fairfield
County of Falls
County of Fannin
County of Fayette
County of Floyd
County of Franklin
County of Freestone
County of Fresno
County of Fulton
County of Galveston
County of Genesee
County of Glenn
County of Grand Traverse
County of Gratiot, Michigan
County of Grayson
County of Greene
County of Greenwood
County of Grenada
County of Hamilton
County of Hampton
County of Hardin
County of Harrison
County of Harvey
County of Herkimer
County of Hidalgo
County of Hillsdale, Michigan
County of Hopkins
County of Houston
County of Hudson, New Jersey
County of Imperial
County of Inyo

County of Iosco, Michigan
County of Isabella, Michigan
County of Jasper
County of Jefferson
County of Jones
County of Kennebec
County of Kerr
County of Kershaw
County of Kinney
County of Knott
County of Knox, State of Nebraska
County of La Salle
County of Lake
County of Lake, Michigan
County of Lamar
County of Lane
County of Lassen
County of Laurens
County of Lee
County of Leelanau, Michigan
County of Lenawee, Michigan
County of Leon
County of Lewis
County of Lexington
County of Liberty
County of Limestone
County of Lincoln
County of Livingston
County of Lorain
County of Luce, Michigan
County of Macomb
County of Madera
County of Madison
County of Manistee, Michigan
County of Maricopa
County of Marin
County of Marion
County of Mariposa
County of Marquette, Michigan
County of Mason, Michigan
County of McCracken County, Kentucky
County of McLennan
County of McMullen
County of Mendocino
County of Merced
County of Merrimack
County of Milam
County of Mitchell, Texas
County of Modoc
County of Mohave
County of Mono

County of Monroe
County of Monterey
County of Montgomery
County of Montmorency, Michigan
County of Mora
County of Morris
County of Multnomah
County of Nacogdochies
County of Napa, California
County of Nassau
County of Nevada
County of Newaygo, Michigan
County of Newton
County of Niagara
County of Nolan, Texas
County of Nueces
County of Oakland
County of Oceana, Michigan
County of Oconee
County of Ogemaw, Michigan
County of Oneida, New York
County of Onondaga, New York
County of Ontario
County of Ontonagon, Michigan
County of Orange
County of Orangeburg
County of Osceola
County of Osceola, Michigan
County of Ostego
County of Ostego, Michigan
County of Oswego
County of Panola
County of Parker
County of Pickens
County of Placer
County of Plumas
County of Polk, Texas
County of Portage, Ohio
County of Potter
County of Presque Isle, Michigan
County of Putnam
County of Red River
County of Reno
County of Rensselaer
County of Rio Arriba
County of Riverside
County of Robertson
County of Roosevelt
County of Roscommon, Michigan
County of Rusk
County of Sacramento

#92439934v1

County of Saginaw
County of San Bernardino
County of San Diego
County of San Francisco
County of San Joaquin
County of San Luis Obispo, California
County of San Mateo
County of San Patricio
County of Sanilac, Michigan
County of Santa Barbara
County of Santa Cruz, California
County of Saratoga
County of Schenectady
County of Schoharie
County of Schuyler
County of Seneca
County of Shasta
County of Shelby
County of Shiawassee, Michigan
County of Siskiyou
County of Smith
County of Sonoma, California
County of St. Clair, Michigan
County of St. Lawrence
County of Steuben
County of Suffolk
County of Sullivan
County of Summit, Ohio
County of Sutter
County of Tarrant
County of Tehama
County of Throckmorton
County of Tioga
County of Titus
County of Tompkins
County of Travis
County of Trinity
County of Trumbull
County of Tuolumne
County of Tuscarawas, Ohio
County of Ulster
County of Union
County of Upshur
County of Van Zandt
County of Volusia, Florida
County of Waller
County of Warren
County of Washington
County of Wayne
County of Webb
County of Westchester

County of Westmoreland
County of Wexford, Michigan
County of Wichita, Texas
County of Wilcox, Georgia
County of Williamsburg
County of Wood
County of Wyoming
County of York
County of Yuba
County of Zavala, Texas
Coventry Township
Cow Creek Band of Umpqua Tribe of Indians
Coyote Valley Band of Pomo Indians
Craven County
Crawford County
Crawford County Board of County
    Commissioners
Crisp County, Georgia
Crockett County, Tennessee
Cullman County, Alabama
Cumberland County
Cumberland County, State of Maine
Currituck County
Daggett County, Utah
Dakota County, Minnesota
Dale County, Alabama
Dane County, Wisconsin
Daniel Wilson
Darcy C. Sherman
Dare County
Darke County Board of County Commissioners
Darren and Elena Flanagan
Dauphin County, Pennsylvania
Davidson County
Davie County
Davis County
Deborah Green Kuchta
Debra Dawsey
Decatur County, Georgia
Dekalb County, Illinois
Delaware County
Delaware County Board of County
    Commissioners
Delaware County, Pennsylvania
Dent County
Deric Rees and Ceonda Rees
Des Moines Count
Desoto Fire Protection District No. 8
Detroit Wayne Mental health Authority
Dickenson County
Doddridge County Commission

Dodge County
Dodge County Hospital Authority
Dooly County, Georgia
Door County
Dora Lawrence
Dougherty County, Georgia
Douglas Anderson, Sheriff of Avoyelles Parish
Douglas County
Douglas County, Minnesota
Douglas Herbert III, Sheriff of Allen Parish
Drew Memorial Hospital, Inc.
Dunklin County
Dunn County
Dupage County, Illinois
Duplin County
Duschesne County, Utah
Dusty Gates, Sheriff of Union Parish
Eastern Band of Cherokee Indians
Eau Claire County
Echols County, Georgia
Ed Pullekins, The Solicitor for Boston Township
Edna House for Women, Inc.
Edrick Soileau, Sheriff of Evangeline Parish
Edward Grace
Edwards County
Effingham County
El Campo Memorial Hospital
Elbert County, Georgia
Eli Medina
Ella Louise Johnson
Ellen F. Rosenblum, Oregon Attorney General
Elmore County, Idaho
Ely Shoshone Tribe of Nevada
Employer-Teamsters Local Nos. 175 & 505
    Health and Welfare Fund
Employer-Teamsters Local Nos. 175 & 505
    Retiree Health & Welfare Fund
Erie County Board of County Commissioners
Erin Doyle
Escambia County, Florida
Essex County, New Jersey
Estate of Bruce Brockel
Estill County Emergency Medical Services
Evans Memorial Hospital, Inc.
Ewiiaapaayp Band of Kumeyaay Indians
F. Kirk Hopkins
Fairfield County Board of County Commissioners
Family Health Care Clinic PSC
Family Practice Clinic of Booneville, Inc.
Fayette County, Alabama
Fentress County, Tennessee

Fiscal Court of Allen County
Fiscal Court of Anderson County
Fiscal Court of Bell County
Fiscal Court of Boone County
Fiscal Court of Boyd County
Fiscal Court of Boyle County
Fiscal Court of Bullitt County
Flandreau Santee Sioux Tribe
Florence County
Floyd County
Fond Du Lac Band of Lake Superior Chippewa
Fond Du Lac County
Forest County
Forest County Potawatomi Community
Forrest County, Mississippi
Franklin County
Franklin County Board of County Commissioners
Franklin Parish
Frederick County, Maryland
Gallatin County
Gallia County Board of County Commissioners
Garrett County, Maryland
Gary Gilley
Gasconade County, Missouri
Gaston County
Geauga County Board of County Commissioners
Genesee County
George County, Mississippi
Giles County
Glenn Golden
Glynn County, Georgia
Gonzales Healthcare Systems
Grady County, Georgia
Grafton County
Grant County
Grant County, New Mexico
Grayson County, Virginia
Green County
Green Lake County
Greenbrier County Commission
Greene County
Greene County, Alabama
Greene County, North Carolina
Greene County, Pennsylvania
Greene County, Tennessee
Greenville County
Greenwood Leflore Hospital
Gretta Golden
Guernsey County Board of County
    Commissioners
Guidiville Rancheria of California

Gulf County
Gurbir S. Grewal
Gwinnett County, Georgia
Habersham County Medical Center
Habersham County, Georgia
Hal Allred, Sheriff of Lamar County, Alabama
Hale County, Alabama
Halifax County
Hall County, Georgia
Hamilton County
Hamilton County Board of County Commissioners
Hamilton County, Tennessee
Hancock County Board of County Commissioners
Hancock County Commission
Hancock County, Georgia
Hancock County, Mississippi
Hancock County, Tennessee
Hardin County
Hardtner Medical Center
Harris County
Harrison County
Harrison County Board of County Commissioners
Harrison County Commission
Harrison County, Mississippi
Hartford County, Maryland
Haskell County, Texas
Hawkins County, Tennessee
Haywood County
Haywood County, Tennessee
HD Media Company LLC
Health Service District of Kershaw County
Heather Enders
Hector Balderas, New Mexico Attorney General
Henderson County, Tennessee
Hennepin County, Minnesota
Henry County, Alabama
Henry County, Georgia
Henry County, Illinois
Henry County, Virginia
Her Majesty The Queen In Right of The Province
    of British Columbia
Herbert H. Slatery III, Tennessee Attorney
    General and Reporter
Highlands Hospital Corporation
Highlands Regional Medical Center (a/k/a HRMC,
a/k/a Sebring Health Services, LLC)
Hillsborough County
Hillsborough County, New Hampshire
HMO Louisiana, Inc.
Hocking County Board of County Commissioners
Holmes County

Holmes County, Mississippi
Hopland Band of Pomo Indians
Hospital Authority of Bainbridge and Decatur
    County, Georgia
Hospital Authority of Baxley and Appling County
Hospital Authority of Bleckley County
Hospital Menonita Caguas, Inc.
Hospital Menonita Gauyama, Inc.
Hospital Service District No. 1 of the Parish of
    LasSalle, State of Louisiana
Houston County
Houston County, Alabama
Howard County
Howard County, Indiana
Hualapai Tribe
Huerfano County
Humboldt County
Humphreys County, Mississippi
Huntington Beach
Huron County Board of County Commissioners
Iberia Parish
Iberia Parish School Board
Iberville Parish Council, A Louisiana
    Governmental Entity
IBEW Local 38 Health and Welfare Fund
IBEW Local 90 Benefits Plan
Indian Health Council, Inc.
Indiana County, Pennsylvania
Intergovernmental Personnel Benefit Cooperative
Intergovernmental Risk Management Agency
International Union of Operating Engineers,
    Local 150
Iowa County
Iqbal Akhter
Iredell County
Iron County
Iron Workers District Council of Philadelphia and
Vicinity Benefit Fund
Irving B. Sugerman
Irwin County, Georgia
Island County
Itasca County, Minnesota
Itawamba County, Mississippi
Ivy Woods, Sheriff of Jefferson Davis Parish
J. Paul Jones Hospital
Jack Mulhall Center for Sober Living
Jackson County
Jackson County Board of County Commissioners
Jackson County, Alabama
Jackson County, Georgia
Jackson County, Indiana

Jackson County, Missouri
Jackson Parish Police Jury
Jane Doe
Janna Lowry
Jared Effler
Jason Reynolds
Jasper County
Jasper County, Georgia
Jay Brodsky
Jay Russell, Sheriff of Ouachita Parish
Jean Lafitte Town
Jeff Davis County, Georgia
Jefferson County
Jefferson County Commission
Jefferson County, Alabama
Jefferson County, Mississippi
Jefferson Davis County, Mississippi
Jefferson Davis Parish Police Jury
Jefferson Parish Hospital Service No. 1
Jefferson Parish Hospital Service No. 2
Jeffrey F. Wiley, Sheriff of Ascension Parish
Jennings County
Jerry Philley, Sheriff of West Carroll Parish
Jersey County
Jodi Shaffer
John Craft (Vernon Parish)
John Doe
John E. Balance, Sheriff for Bienville Parish
John Pohlmann, Sheriff of St. Bernard Parish,
Louisiana
John T. Foundation
Johnson Count
Johnson County, Georgia
Johnson County, Tennessee
Jones County
Jones County, Georgia
Jordan Chu
Joseph P. Lopinto, III, Sheriff of Jefferson Parish
Joshua D. Hawley, Missouri Attorney General
Joshua H. Stern, North Carolina Attorney General
Justin Markey, The Law Director for the City of
Norton
K.I.S.S. Foundation, Inc.
Kane County, Illinois
Kankakee County
Kaufman County
Kenaitze Indian Tribe
Kendall County, Illinois
Kennebec County, State of Maine
Kenosha County
Kentucky League of Cities Insurance Services

Kentucky River District Health Department
Kershaw Health
Kevin Schwartz
Kevin Wilk
Kids First of Florida, Inc.
Kimberly Brand
King County
Kitsap County
Kittitas Count
Knox County Board of County Commissioners
Kodiak Area Native Association
Koi Nation of Northern California
Kootenai Tribe of Idaho
Kris Koechley
La Crosse County
Laborers 17 Health Benefit Fund
Lac Courte Oreilles Band of Lake Superior
Chippewa Indians
Lac Du Flambeau Band of Chippewa Indians
Lac Vieux Desert Band of Lake Superior
Chippewa Indians
Lackawanna County, Pennsylvania
Lafayette County
Lafayette General Health System, Inc.
Lake County
Lakeview Center, Inc.
Lamar County, Alabama
Langlade County
Lanier County, Georgia
Lantern
Laporte County
Las Animas County
Lasalle Parish
Latah County, Idaho
Lauderdale County, Tennessee
Laurens County, Georgia
Lawrence County
Lawrence County Board of County
Commissioners
Lawrence County, Alabama
Lawrence County, Mississippi
Lawrence County, Pennsylvania
Lee County
Lee County, Georgia
Lee County, Mississippi
Lehigh County, Pennsylvania
Lenoir County
Leon County, Florida
Leslie Rutledge
Levy County
Lewis County Commission

Lewis County, Missouri
Lewis County, Washington
Lexington, Tennessee
Lexington-Fayette Urban County Government
Lia House
Licking County Board of County Commissioners
Limestone County, Alabama
Lincoln County
Lincoln County, Georgia
Lincoln County, Mississippi
Lisa Miller, The Director of Law for the City of
    Barberton
Livingston County
Livingston County, Missouri
Logan County Board of County Commissioners
Lori Swanson, Minnesota Attorney General
Lou Sardella
Louis M. Ackal, Sheriff of Iberia Parish, Louisiana
Louisiana Assessors' Insurance Fund
Louisiana Department of Health
Louisiana Health Service & Indemnity Company
Louisville/Jefferson County Government
Lower Sioux Indian Community in the State of
    Minnesota
Lowndes County, Alabama
Lowndes County, Georgia
Lucas County Children Services Board of Trustees
Lutheran Services Florida, Inc.
Luzerne County, Pennsylvania
Lyon County
Mackenzie Paige Hays
Macon County, Georgia
Macon County, Illinois
Macoupin County, Illinois
Madison County
Madison County, Alabama
Madison County, Georgia
Madison County, Tennessee
Mahoning Township
Manatee County, Florida
Manchester Bank of Pomo Indians of the
    Manchester Rancheria
Manitowoc County
MAO-MSO Recovery II, LLC
Marathon County
Marengo County, Alabama
Maries County, Missouri
Marinette County
Marion County
Marion County Board of County Commissioners
Marion County Commission

Marion County, Mississippi
Marion Regional Medical Center, Inc.
Mark Brnovich, Arizona Attorney General
Mark Garber, Sheriff of Lafayette Parish
Mark R. Herring, Virginia Attorney General
Marketing Services of Indiana, Inc.
Marlin N. Gusman, Sheriff of Orleans Parish
Marquette County
Marshal M. Pitchford, The Law Director for the
    City of Mogadore
Marshal Pitchford
Marshall County Commission
Marshall County, Alabama
Marshall County, Mississippi
Martin County, North Carolina
Marty J. Jackley, South Dakota Attorney General
Masmoud Bamdad, M.D., O.B.O. State of
    California
Massac County
Maverick County, Texas
Maxwell A. Newman and Caroline S. Newman
Mayor & City Council of Baltimore
Mayor Chris Tatum, On Behalf of the Village of
    Barboursville
Mayor David Adkins, O.B.O. The Town of
    Hamlin
Mayor Don E. McCourt, On Behalf of the Town
    of Addison
Mayor Farris Burton, O.B.O. The Town of West
    Hamlin
McDowell County, North Carolina
McDuffie County, Georgia
McHenry County, Illinois
Mecklenburg County
Medical Mutual of Ohio
Megan Raber, The Director of Law for the City of
    Tallmadge
Meigs County, Ohio
Melissa Ambrosio
Memorial Healthcare System, Inc.
Mennonite General Hospital, Inc.
Menominee County
Mental Health & Recovery Services Board of
    Allen, Auglaize and Hardin Counties
Mental Health & Recovery Services Board of
    Lucas County
Mercer County
Mercer County Board of County Commissioners
Mercy House Teen Challenge
Metrohealth System

Metropolitan Government of Nashville and
    Davidson County, Tennessee
Miami-Dade County, Florida
Miccosukee Tribe of Indians of Florida
Michael Christy
Michael Espinosa
Michael Klodzinski
Michael Konig
Michael Lopez
Michael Masiowski, M.D.
Michael Ray Lewis
Michael Tubbs, Sheriff of Morehouse Parish
Midwest Operating Engineers Health and Welfare
    Fund
Mike DeWine, Ohio Attorney General
Mike Hale, In His Capacity as Sheriff of Jefferson
    County, Alabama
Mike Hunter, Oklahoma Attorney General
Mike Stone, Sheriff for Lincoln Parish
Mills County
Milwaukee County, Wisconsin
Minidoka County, Idaho
Minister David Brewton
Minute Men Select, Inc.
Minute Men, Inc.
Missoula County
Mobile County Emergency Medical Services
    Rescue Squad, Inc.
Mobile County, Alabama
Moniteau County, Missouri
Monmouth County
Monongalia County Commission
Monroe County
Monroe County Board of County Commissioners
Monroe County, Georgia
Monroe County, Mississippi
Montgomery County
Montgomery County, Alabama
Montgomery County, Kansas
Montgomery County, Maryland
Montgomery County, Missouri
Montgomery County, Tennessee
Moore County
Morgan City
Morgan County
Morgan County Commission
Morgan County, Alabama
Morgan County, Tennessee
Morrison County, Minnesota
Morrow County Board of County Commissioners
Mower County, Minnesota

MSI Corporation
MSP Recovery Claims Series LLC
MSP Recovery Claims Services LLC
MSPA Claims 1, LLC
Municipality of Canovanas, Puerto Rico
Municipality of Guayama, Puerto Rico
Municipality of Guayanilla, Puerto Rico
Municipality of Juncos, Puerto Rico
Municipality of Loiza, Puerto Rico
Municipality of Rio Grande, Puerto Rico
Municipality of Sabana Grande, Puerto Rico
Municipality of Vega Alta, Puerto Rico
Municipality of Yabucoa, Puerto Rico
Muskegon County, Michigan
Muskingum County Board of County
    Commissioners
Nadja Streiter
National Roofers Union & Employers Joint Health
    & Welfare Fund
Native Village of Afognak
Native Village of Port Heiden
Neshoba County, Mississippi
New Hanover County
New Orleans Mission, Inc.
Newman's Medical Services, Inc.
Newton County, Georgia
Nez Pierce Tribe
Nicholas A. Padron
Noble County, Ohio
Nodaway County, Missouri
North Caddo Hospital Service District
North Caddo Medical Center
North Mississippi Medical Center, Inc.
Northampton County
Northeast Carpenters Funds
Northern Arapaho Tribe
Northern Cheyenne Tribe
Northwest Arizona Employee Benefit Trust
Norton Sound Health Corporation
Nueces County Hospital District
Nye County, Nevada
Ochiltree County Hospital District
Oconee County, Georgia
Oconto County
Odyssey House Louisiana, Inc.
Oglala Lakota Sioux Tribe
Oglethorpe County, Georgia
Ohio Carpenters Health Fund
Ohio Conference of Teamsters & Industry Health
    & Welfare Fund
Ohio County Commission

Oneida County
Oneida Nation
Onslow County
Opelousas General Health System
Opelousas General Hospital Authority
Orange County
Orland Fire Protection District
Orleans Parish Hospital Service District –
    District A
Osage County, Missouri
Otero County
Ottawa County Board of County Commissioners
Our Lady of Bellefonte
Overton County, Tennessee
Owyhee County, Idaho
Ozark County, Missouri
Page County
Paiute-Shoshone Tribe of the Fallon Reservation
    and Colony
Pala Band of Mission Indians
Palm Beach County
Pamela Osborne
Pamlico County
Panama City, Florida
Panola County, Mississippi
Parish of Desoto
Pasco County
Pasquotank County
Passamaquoddy Tribe-Indian Township
Passamaquoddy Tribe-Pleasant Point
Payette County, Idaho
Peach County, Georgia
Penobscot County
People of California
Perry County
Perry County Board of County Commissioners
Perry County, Mississippi
Person County
Peter F. Kilmartin, Rhode Island Attorney General
Peter K. Michael, Wyoming Attorney General
Phelps County, Missouri
Phenix City, Alabama
Philadelphia Federation of Teachers Health and
    Welfare Fund
Piatt County, Illinois
Pickens County
Pickett County, Tennessee
Pierce County
Pierce County, Georgia
Pike County Board of County Commissioners
Pike County, Alabama

Pima County, Arizona
Pinellas County, Florida
Pioneer Telephone Cooperative, Inc.
Pioneer Telephone Cooperative, Inc. Employee
Benefits Plan
Pipe Fitters Local Union No. 120 Insurance Fund
Pitt County
Pittsylvania County
Plains Township, Pennsylvania
Pleasants County Commission
Plumbers Local Union No. 1 Welfare Fund
Pochahontas County Commission
Pointe Coupee Parish Health Services District
    Number 1
Police Jury of The Parish of Pointe Coupee,
    Lousiana
Polk County
Polk County, Florida
Polk County, Georgia
Ponca Tribe of Indians of Oklahoma
Ponca Tribe of Nebraska
Pontonoc Health Services, Inc.
Port Gamble S'Klallam Tribe, Suquamish Tribe
    and Jamestown S'Klallam Tribe
Porter Count
Potter Valley Tribe
Prairie Island Indian Community
Prentiss County, Mississippi
President William K. "Bull" Fontenot, Jr.
Price County
Primary Purpose Center, Inc.
Prince George's County, Maryland
Pueblo County
Pulaski County
Pulaski County, Missouri
Pulaski County, Virginia
Quinault Indian Nation
R.D. Burns
Rachel Wood
Ramsey County, Minnesota
Randolph County
Randolph County Commission
Randy Seal, Sheriff of Washington Parish
Randy Smith, Sheriff of St. Tammany Parish,
    Louisiana
Red Cliff Band of Lake Superior Chippewa
    Indians
Red Lake Chippewa Band of Chippewa Indians
Red River Fire Protection District
Red River Parish

#92439934v1

Redwood Valley or Little River Band of Pomo
    Indians of the Redwood Valley Rancheria
Regina Hapgood
Reno-Sparks Indian Colony
Resighini Rancheria
Reynolds County, Missouri
Rhonda Belcher
Richard Coelho
Richland County Children's Services
Richland Parish
Richmond County, North Carolina
Rincon Band of Luiseno Indians
Ripley County
Ripley County, Missouri
Risk Management, Inc.
Ritchie County Commission
Riverside-San Bernardino County Indian Health,
    Inc.
Robert E. Manchester
Robert Norris Black, Eureka City Attorney
Robeson County
Robinson Rancheria
Rock County
Rockdale County, Georgia
Rockingham County
Rodney Ingle, Sheriff of Fayette County, Alabama
Ronald D. Stracener
Ronald Richardson, Sheriff of Sabine Parish
Rosary Hall
Rosebud Sioux Tribe
Ross County Board of County Commissioners
Round Valley Indian Health Center, Inc.
Round Valley Indian Tribes
Rowan County
Roxie Whitley
Rush Health Systems, Inc.
Rusk County
Russ Balthis, The Law Director for the City of
    Cuyahoga Falls
Russell County, Virginia
Rutherford County
Rutherford County, Tennessee
Sagadahoc County
Saint Elizabeth Medical Center, Inc.
Saint Regis Mohawk Tribe
Saline County
Salt Lake County
San Francisco City Attorney, Dennis J. Herrera
San Juan County
Sandusky County Board of Commissioners
Santa Rosa County

Sarasota County Public Hospital District
Sarpy County, Nebraska, A Municipal
    Corporation
Sauk County
Sawyer County
Schley County, Georgia
Schuyler County
Schuylkill County, Pennsylvania
Scioto County Board of County Commissioners
Scott Anslum, Sheriff of St. Mary Parish
Scott County Board of Supervisors
Scott County, Indiana
Scott County, Tennessee
Scott Ellington
Scotts Valley Band of Pomo Indians
Seattle Indian Health Board
Sedgwick County Board of County
    Commissioners
Seneca County Board of County Commissioners
Seneca Nation of Indians
Shakopee Mdewakanton Sioux Community
Shannon Hunt
Sharkey-Issaquena Community Hospital
Shawano County
Sheboygan County
Sheet Metal Workers Local No. 25 Health and
    Welfare Fund
Shelby County
Shelby County Board of County Commissioners
Shelby County, Alabama
Shelby County, Missouri
Shinnecock Indian Nation
Sid J. Gautreaux, III, Parish of East Baton Rouge
Sisseton-Wahpeton Oyate
Skagit County
Smith County, Tennessee
Smyth County, Virginia
Snohomish County, A Washington Municipal
    Corporation
Somerset County
South Central Regional Medical Center
South Central UFCW Unions and Employers
    Health & Welfare Trust
South Fork Band of the Te Moak Tribe of Western
    Shoshone Indians
Southcentral Foundation
Southeast Alaska Regional Health Consortium
Southeast Florida Behavioral Health Network, Inc.
Southeastern Pennsylvania Transportation
    Authority
Southwest Mississippi Regional Medical Center

Spartanburg County
Spirit Lake Tribe
Spokane County
Springfield Township
Squaxin Island Tribe
St. Bernard Parish Government
St. Charles County, Missouri
St. Clair County, Alabama
St. Claire Medical Center, Inc.
St. Croix Chippewa Indians of Wisconsin
St. Croix County
St. Elizabeth Healthcare
St. James Parish
St. John the Baptist Parish
St. Joseph County
St. Landry Parish, Louisiana
St. Louis County
St. Louis County, Minnesota
St. Marin Parish
St .Mary Parish
St. Mary Parish School Board
St. Tammany Fire Protection District No. 1
St. Tammany Fire Protection District No. 12
St. Tammany Fire Protection District No. 13
St. Tammany Fire Protection District No. 2
St. Tammany Fire Protection District No. 3
St. Tammany Fire Protection District No. 4
St. Tammany Fire Protection District No. 5
St. Tammany Parish Coroner's Office and Dr.
    Charles Preston
St. Tammany Parish Government
St. Vincent Charity Medical Center
Standing Rock Sioux Tribe
Stark County, Ohio Board of County
    Commissioners
Starke County, Indiana
State of Alabama
State of Alaska
State of Arizona
State of Arkansas
State of California
State of Connecticut
State of Delaware, Ex Rel. Matthew P. Denn
State of Florida
State of Illinois
State of Illinois and St. Clair County, Illinois
State of Indiana
State of Louisiana
State of Minnesota
State of Mississippi
State of Missouri

State of Montana
State of Nevada
State of New Hampshire
State of New Mexico
State of New York
State of North Carolina
State of North Dakota
State of Ohio
State of Oklahoma
State of Oregon
State of Pennsylvania
State of Rhode Island
State of South Carolina
State of South Dakota
State of Tennessee
State of Texas
State of Utah
State of Vermont
State of Washington
State of Wyoming
Ste. Genevieve County
Stephanie Schwartz
Stephens County
Stockbridge-Munsee Community
Stokes County
Stone County
Stone County, Mississippi
Strafford County
Sullivan County
Summit County Public Health
Summit County, Utah
Sumner County, Tennessee
Sumter County, Alabama
Sumter County, Georgia
Sunflower County, Mississippi
Surry County
Sweetwater County
Swinomish Tribe
Talbot County, Maryland
Taliaferro County, Georgia
Talladega County, Alabama
Tallahatchie County, Mississippi
Tallapoosa County, Alabama
Tama County
Tanana Chiefs Conference
Taney County
Tate County, Mississippi
Tattnall County, Georgia
Taylor County
Taylor Regional Hospital
Tazewell County, Virginia

#92439934v1

Teamsters Health Service and Insurance Plan, Local 404

Teamsters Local 237 Retirees' Benefit Fund and Teamsters Local 237 Welfare Fund

Teamsters Local 493 Health Service & Insurance Fund

Teamsters Local 671 Health Service & Insurance Fund

Teamsters Local 677 Health Service & Insurance Fund

Teamsters Local No. 348 Health & Welfare Fund

Teamsters Union Local No. 52 Health & Welfare Fund

Texas County

Texas Office of the Attorney General

The Arizona School Alliance for Workers' Compensation, Inc.

The Bear River Band of Rohnerville Rancheria

The Blackfeet Tribe of the Blackfeet Indian Reservation

The Board of Commissioners of the County of Allen

The Board of Commissioners of the County of Franklin

The Board of County Commissioners of Delaware County, State of Oklahoma

The Board of County Commissioners of Garvin County, State of Oklahoma

The Board of County Commissioners of McClain County, State of Oklahoma

The Board of County Commissioners of Osage County, State of Oklahoma

The Board of County of Commissioners of Ottawa County, State of Oklahoma

The Board of County Commissioners of Pawnee County, State of Oklahoma

The Board of County Commissioners of Seminole County, State of Oklahoma

The Board of County Commissioners of the County of Jefferson

The Borough of Ridgefield

The Boston Housing Authority

The Boston Public Health Commission

The Candler County Hospital Authority

The Cherokee Nation

The City of New Franklin

The Commonwealth of Pennsylvania by James Martin

The Commonwealth of Puerto Rico

The County Commission of Barbour County

The County Commission of Mason County

The County Commission of Mingo County

The County Commission of Putnam County

The County Commission of Taylor County

The County Commission of Webster County

The Fiscal Court of Bourbon County

The Fiscal Court of Bracken County

The Fiscal Court of Breckinridge County

The Fiscal Court of Campbell County

The Fiscal Court of Carlisle County

The Fiscal Court of Carter County

The Fiscal Court of Christian County

The Fiscal Court of Clark County

The Fiscal Court of Clay County

The Fiscal Court of Cumberland County

The Fiscal Court of Elliott County

The Fiscal Court of Estill County

The Fiscal Court of Fleming County

The Fiscal Court of Franklin County

The Fiscal Court of Garrard County

The Fiscal Court of Green County

The Fiscal Court of Greenup County

The Fiscal Court of Hardin County

The Fiscal Court of Harlan County

The Fiscal Court of Henderson County

The Fiscal Court of Henry County

The Fiscal Court of Hopkins County

The Fiscal Court of Jessamine County

The Fiscal Court of Kenton County

The Fiscal Court of Knox County

The Fiscal Court of Laurel County

The Fiscal Court of Lee County, Kentucky

The Fiscal Court of Leslie County

The Fiscal Court of Letcher County

The Fiscal Court of Lincoln County

The Fiscal Court of Madison County

The Fiscal Court of Marshall County

The Fiscal Court of Martin County

The Fiscal Court of Meade County

The Fiscal Court of Montgomery County

The Fiscal Court of Nicholas County

The Fiscal Court of Oldham County

The Fiscal Court of Owen County

The Fiscal Court of Owsley County

The Fiscal Court of Pendleton County

The Fiscal Court of Perry County

The Fiscal Court of Powell County

The Fiscal Court of Pulaski County

The Fiscal Court of Rowan County

The Fiscal Court of Scott County

The Fiscal Court of Shelby County

The Fiscal Court of Spencer County

The Fiscal Court of Union County
The Fiscal Court of Wayne County
The Fiscal Court of Whitley
The Fiscal Court of Wolfe County, Kentucky
The Fiscal Court of Woodford
The Gilmer County Commission
The Hoopah Valley Tribe
The Insurance Committee of the Assessors'
    Insurance Fund
The Kershaw County Hospital Board
The Leech Lake Band of Ojibwe
The Lummi Tribe of the Lummi Reservation
The Makah Indian Tribe, A Federally Recognized
    Indian Tribe
The Marshall County Health Care Authority
The Mayor and Alderman of the City of Savannah
The Mayor and Common Council of Westminster,
    Maryland
The Mayor and Council of Rockville, Maryland
The Medical Center at Albany
The Medical Center at Bowling Green
The Medical Center at Caverna
The Medical Center at Clinton County, Inc.
The Medical Center at Franklin, Inc.
The Medical Center at Scottsville
The Menominee Indian Tribe of Wisconsin
The Montgomery County Board of County
    Commissioners
The Muscogee (Creek) Nation
The Navajo Nation
The Nisqually Indian Tribe
The Parish of Jefferson
The Passamaquoddy Tribe-Indian Township
The Passamaquoddy Tribe-Pleasant Point
The State of Colorado Ex Rel. Cynthia H.
    Coffman, Attorney General
The Town of Webster Springs
The Trustees of The Unite Here Local 634 Health
    & Welfare Fund
The Unified Government of Macon Bibb County,
    Georgia
The Village of Bedford Park
The Village of Boston Heights
The Village of Clinton
The Village of Evergreen Park
The Village of Lakemore
The Village of Lyons
The Village of Mogadore
The Village of Peninsula
The Village of Richfield
The Village of Silver Lake

The Village of Summit
Thurston County
Tippah County, Mississippi
Tippecanoe County, Indiana
Tishomingo Health Services
Tom Kostoff, The Law Director for the City of
    Munroe Falls
Tony Mancuso, Sheriff of Calcasieu Parish
Tooele County, Utah
Toombs County, Georgia
Torres Martinez Desert Cahuilla Indians
Town of Acquinnah
Town of Acushnet, Massachusetts
Town of Agawam
Town of Amesbury
Town of Amherst
Town of Athol, Massachusetts
Town of Auburn
Town of Baldwin
Town of Barnstable
Town of Barrington
Town of Belchertown
Town of Berlin
Town of Berwick
Town of Bethlehem
Town of Billerica
Town of Brewster
Town of Bridgewater
Town of Bristol
Town of Brookline, Massachusetts
Town of Brownstown, Indiana
Town of Burrillville
Town of Butler, Alabama
Town of Caledonia, Mississippi
Town of Canton
Town of Carver
Town of Chandler, Indiana
Town of Charlestown, Rhode Island
Town of Charlton
Town of Cheektowaga
Town of Chelmsford
Town of Cherokee, Alabama
Town of Clarksburg
Town of Clendenin, West Virginia
Town of Coventry
Town of Coventry, Rhode Island
Town of Cumberland, Rhode Island
Town of Danvers
Town of Danville, Indiana
Town of Dedham, Massachusetts
Town of Dennis, Massachusetts

Town of Derry, New Hampshire
Town of Double Springs, Alabama
Town of Douglas
Town of Dudley
Town of East Bridgewater
Town of East Greenwich
Town of Eastham
Town of Fairhaven, Massachusetts
Town of Falmouth
Town of Ferriday, Louisiana
Town of Foster
Town of Freetown
Town of Gauley Bridge, West Virginia
Town of Georgetown
Town of Geraldine, Alabama
Town of Glocester
Town of Grafton
Town of Grant, Alabama
Town of Hanson
Town of Holliston
Town of Hopedale
Town of Hopkinton, Rhode Island
Town of Hudson
Town of Jamestown
Town of Johnston, Rhode Island
Town of Lake Providence, Louisiana
Town of Lakeville
Town of Lancaster
Town of Leicester
Town of Leverett
Town of Londonderry, New Hampshire
Town of Longmeadow
Town of Ludlow
Town of Lunenberg
Town of Lynnfield
Town of Madisonville
Town of Marblehead
Town of Marshfield
Town of Mashpee
Town of Mattapoisett
Town of McKenzie, Alabama
Town of Middleborough
Town of Middlebury
Town of Middletown, Rhode Island
Town of Milford
Town of Mooresville, Indiana
Town of Munford, Alabama
Town of Nantucket
Town of Narragansett
Town of New Delhi, Louisiana
Town of New Milford

Town of North Andover
Town of North Attleborough
Town of North Kingstown
Town of North Providence
Town of North Reading
Town of Norton
Town of Norwell
Town of Norwood, Massachusetts
Town of Orange, Massachusetts
Town of Palmer
Town of Pembroke
Town of Pendleton
Town of Plainfield, Indiana
Town of Plainville
Town of Plymouth
Town of Prospect
Town of Provincetown, Massachusetts
Town of Rehoboth, Massachusetts
Town of Richmond
Town of Richwood, Louisiana
Town of Rockland
Town of Roxbury
Town of Salisbury
Town of Sandwich
Town of Scituate, Massachusetts
Town of Seekonk
Town of Seymour
Town of Sheffield
Town of Sheridan
Town of Shirley
Town of Smithfield
Town of Somerset
Town of Sophia, West Virginia
Town of South Hadley
Town of South Kingstown Municipal Corporation
Town of Southbridge
Town of Spencer
Town of Springfield
Town of Stoneham
Town of Stoughton, Massachusetts
Town of Stratford
Town of Sturbridge
Town of Sudbury
Town of Sutton
Town of Swampscott
Town of Templeton
Town of Tewksbury, Massachusetts
Town of Tonawanda
Town of Truro
Town of Tyngsborough
Town of Upland, Indiana

Town of Upton
Town of Wakefield
Town of Wallingford
Town of Ware
Town of Warren
Town of Watertown
Town of West Boylston
Town of West Bridgewater
Town of West Greenwich
Town of West Springfield
Town of West Warwick, Rhode Island
Town of Westborough
Town of Westerly
Town of Westford
Town of Whitesville, West Virginia
Town of Wilmington
Town of Winchendon, Massachusetts
Town of Winthrop
Town of Wolcott
Town of Woodville, Alabama
Town of Yellow Bluff, Alabama
Town of Zionsville, Indiana
Township of Bloomfield
Township of Irvington
Township of Teaneck, New Jersey
Treatment Works, Inc.
Trempealeau County
Tri-County Health Department
Troup County, Georgia
Tucson Medical Center, A Corporation
Tulalip Tribes
Tunica-Biloxi Tribe of Louisiana
Turtle Mountain Band of Chippewa Indians
Tuscaloosa County, Alabama
Twiggs County, Georgia
Tyler County Commission
Tyler M. Roach
Tyrrell Count
UFCW Local 23 and Employers Health Fund
Uintah County Utah
Unified Government of Wyandotte County/Kansas
    City, Kansas
Union County
Union County, Georgia
Union County, Mississippi
Union Parish
Union Township
United Food and Commercial Workers Health and
    Welfare Fund of Northeastern Pennsylvania
United Food and Commercial Workers Local 1000
    Oklahoma Health and Welfare Fund

United Food and Commercial Workers Union
    UFCW Local 1529 and Employers Health and
    Welfare Plan and Trust
United Food and Commercial Workers Unions and
    Employers Health and Welfare Fund - Atlanta
United Food and Commercial Workers Local 1995
    Employers Health and Welfare Fund
United Government of Athens-Clarke County,
    Georgia
Upper Sioux Community
Upshur County Commission
Utah County, Utah
Valley Fire District
Valley Hope Association
Van Wert County Board of County
    Commissioners
Vance County
Vanderburgh County
Vermilion Parish Police Jury
Vernon County
Vigo County, Indiana
Vilas County
Village of Belwood
Village of Berkeley
Village of Bridgeview
Village of Broadview
Village of Brooklyn Heights
Village of Chicago Ridge
Village of Dolton
Village of Herkimer, New York
Village of Hillside
Village of Hodgkins
Village of Hoffman Estates
Village of Lakemore
Village of Marrionette Park
Village of Maywood
Village of Melrose Park
Village of Newburgh Heights
Village of North Riverside
Village of Oak Lawn
Village of Orland Park
Village of Posen
Village of River Forest
Village of River Grove
Village of Stone Park
Village of Tinley Park
Vinton County Board of County Commissioners
W. Andrew Fox
W.E.
Wabash County
Waldo County

Walker County
Walker River Paiute Tribe of The Walker River
    Reservation
Walla Walla County
Walter and Virginia Salmons
Walthall County, Mississippi
Walton County, Georgia
Walworth County, Wisconsin
Wampum Borough
Warren County, Georgia
Warren County, Missouri
Warren County, North Carolina
Warren Price, Legal Counsel for Springfield
    Township
Warrensville Heights, Ohio
Wasatch County, Utah
Washburn County
Washington County
Washington County Alabama
Washington County, Florida
Washington County, Georgia
Washington County, Mississippi
Washington County, Minnesota
Washington County, Ohio and City of Marietta
    Ohio
Washington County, Tennessee
Washington Post Company LLC (n/k/a Graham
    Holdings Company)
Watauga County, North Carolina
Waukesha County, Wisconsin
Waupaca County
Waushara County
Wayne County Board of County Commissioners
Wayne County, North Carolina
Wayne Stenehjem, North Dakota Attorney
    General
Weber County, Utah
Webster County, Missouri
Webster Health Services, Inc.
Webster Parish
West Baton Rouge Fire Protection District No. 1
West Bend Mutual Insurance Company
West Boca Medical Center, Inc.
West Wharton County Hospital District
Westcare Foundation, Inc.
Western Pennsylvania Electrical Employees
    Insurance Trust Fund
Westwego City
Wetzel County Commission
Whatcom County
White County

Whitfield County
Whitman County
Wilcox County, Alabama
Wilkes County
Wilkinson County, Georgia
Will County, Illinois
William Hanna, The Law Solicitor for the Village
    of Richfield
William Hilton, Sheriff of Rapides Parish
Williams County Board of County Commissioners
Williamson County, Tennessee
Winnebago County
Winnebago Tribe of Nebraska
Winston Medical Center
Wood County
Worth County
Worth County, Georgia
Worth County, Missouri
Wyandot County Board of County Commissioners
Wydette Williams, Sheriff of East Carroll Parish
Wyoming County, Pennsylvania
Wythe County, Virginia
Yadkin County
Yalobusha County, Mississippi
Yancy County
Yerington Paiute Tribe
York County
Yukon-Kuskokwkwim Health Corporation
Yurok Tribe
Zenith Insurance Company
Znat Insurance Company

## Other

Novo Nordisk
Otterbourg, P.C.

## **SCHEDULE 3**

**PURDUE PHARMA L.P.,** *ET AL.*

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED JONES DAY IN MATTERS
UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES**

**PURDUE PHARMA, L.P., ET AL.**

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED JONES DAY IN MATTERS
UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES**

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **PARTIES IN INTEREST (OR AFFILIATED ENTITIES) WHO ARE CURRENT CLIENTS OR WERE CLIENTS WITHIN THE LAST TWO YEARS[1]** | | |
| *Abbott Laboratories* | Licensing Agreements | • *Abbott Laboratories* is: (a) a current client; (b) the parent company of Alere, Inc., which is a 50% joint partner in current client *SPD Swiss Precision Diagnostics GmbH*; and the employer of an individual who is a former client (closed 2018); (c) a co-defendant and indemnitee in a current matter with current client *AbbVie, Inc.* and (d) the parent company of and a former co-defendant with former client St. Jude Medical LLC (closed 2018); and<br><br>• Affiliate company Abbott Laboratories S.A. is a former client (closed 2019). |
| Ace Surgical Supply Co., Inc. | Customers | • Ace Surgical Supply Co., Inc. is a former client (closed 2019);<br><br>• Parent company *Henry Schein, Inc.* is: (a) a current client; and (b) a 60% owner of former client Peter Brasseler Holdings LLC (closed 2019);<br><br>• Affiliate company *Henry Schein One LLC* is a current client; and<br><br>• Affiliate company Henry Schein Animal Health, d/b/a Butler Animal Health Supply LLC, is a former client (closed 2018). |

---

[1]    The parties listed herein are parties in interest (or affiliated entities) who are current clients of Jones Day or were clients of Jones Day within the last two years. The names of current clients of Jones Day appear in bold and italics. The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Jones Day through its conflict reporting system. Jones Day has not performed independent research to identify all stockholder interests or other affiliate relationships with respect to interested parties. Moreover, Jones Day has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • *See also* entry below for Henry Schein Animal Health regarding related disclosure. |
| Albertsons LLC | Customers | • Parent company ***Albertson's Companies, Inc.*** is: (a) a current client; and (b) the parent of current client ***Shaw's Supermarkets, Inc.*** |
| AlixPartners LLP | Restructuring Professionals | • AlixPartners LLP is: (a) a former client (closed 2017); and (b) the employer of an individual who is a former client (closed 2018). |
| AmerisourceBergen Corporation<br><br><br>AmerisourceBergen Drug Corporation | Customers<br>and<br>50 Largest Unsecured Creditors<br><br>Customers | • AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation are former co-clients in a matter closed in 2017. |
| Aptus Health | Vendors | • Parent company ***Merck & Co., Inc.*** and affiliate companies ***Merck Sharp & Dohme (Australia) Pty Limited*** and ***Idenix Pharmaceuticals LLC*** are current clients; and<br><br>• Affiliate company ***Merck Sharp and Dohme Corporation*** is: (a) a co-client in a current matter with current client ***Icahn School of Medicine at Mount Sinai***; and (b) a joint venture partner in MCM Vaccine Co., the parent company of ***MCM Vaccine B.V.***, a co-client in a current matter with current client ***Sanofi***. |
| Ashland Specialty Ingredients GP | Vendors<br>and<br>50 Largest Unsecured Creditors | • Affiliate company ISP Biochema Schwaben GmbH is a former client (closed 2018). |
| Attorney General of Virginia<br><br>Commonwealth of Virginia<br>Mark R. Herring, Virginia Attorney General | Plaintiffs' Attorneys<br><br>Plaintiffs | • The ***Commonwealth of Virginia***, and state-governed entity ***University of Virginia*** are current clients. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Bank of America, N.A.* | Vendors | • *Bank of America, N.A.* and affiliate companies *Merrill Lynch International*, *Merrill Lynch International, London Branch*, *Bank of America, N.A. London*, *Bank of America Business Credit* and *Merrill Lynch Kingdom of Saudi Arabia Company* are current clients;<br><br>• Parent company *Bank of America Corporation* is: (a) a current client; (b) the employer of an individual who is a former client (closed 2019); (c) the employer of a group of employees in a former joint representation closed in 2017; (d) a co-client in a current joint representation, *Merrill Lynch Bank & Trust (Cayman) Limited*, *et al.*, with certain of its affiliate companies; and (e) a former co-client with affiliate company and former co-client Bank of America Merrill Lynch International Ltd. in a joint representation closed in 2017;<br><br>• Affiliate company Bank of America Merrill Lynch International Limited (n/k/a *Bank of America Merrill Lynch International DAC*) is: (a) a co-client in a current matter with current client *Deutsche Bank AG New York*; and (b) a former co-client with parent company *Bank of America Corporation* in a matter closed in 2017;<br><br>• Affiliate company Banc of America Strategic Investments Corporation is a minority joint venture partner in current client *Visible Alpha LLC*;<br><br>• Affiliate company Bank of America Merrill Lynch is: (a) a member of a former group representation of lenders with current client *Goldman Sachs International* closed in 2018; (b) the indemnitor for and former employer of an individual who is a current client; and (c) the employer of an individual who is a former client (closed 2017); |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate company **Merrill Lynch, Pierce, Fenner & Smith Incorporated** is: (a) a current client; and (b) a former co-client with current client **Deutsche Bank AG New York** in a matter closed in 2019; and<br><br>• Affiliate companies DSP Merrill Lynch Limited (closed 2017); Bank of America Merrill Lynch International (closed 2018); and Merrill Lynch Capital Corporation (closed 2019) are former clients. |
| Banner Pharmacaps Inc. | Vendors | • Parent company **Thermo Fisher Scientific, Inc.** is a current client. |
| Baptist Health Corbin<br>Baptist Health Floyd<br>Baptist Health La Grange<br>Baptist Health Lexington<br>Baptist Health Louisville<br>Baptist Health Madisonville, Inc.<br>Baptist Health Paducah<br>Baptist Health Richmond, Inc.<br>Baptist Healthcare System, Inc.<br>Baptist Hospital, Inc. and Jay Hospital | Plaintiffs | • Baptist Healthcare System, Inc. is a former client (closed 2017); and<br><br>• Affiliated entity Baptist Health South Florida, Inc. is a former client in former client Steering Committee of First Lien Lenders/RCS Capital Corporation (closed 2017). |
| Blue Cross and Blue Shield of Louisiana | Plaintiffs | • Blue Cross/Blue Shield entity, **Blue Cross & Blue Shield of Massachusetts** (d/b/a Blue Cross and HMO Blue), is a current client;<br><br>• Blue Cross/Blue Shield entity, **Blue Cross Blue Shield of Michigan** is: (a) a current client; (b) the parent of current client **Tessellate LLC**; (c) a former co-client with former co-client Durr Systems, Inc. in a matter closed in 2018; and (d) the parent of former client Blue Care Network of Michigan (closed 2019);<br><br>• Blue Cross/Blue Shield entity, Blue Cross of Idaho Health Service, Inc. is a former co-client in former client Steering Committee of First Lien Lenders/RCS Capital Corporation (closed 2017); and |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
|  |  | • Blue Cross/Blue Shield entity Blue Cross Blue Shield of Florida, Inc. is a subsidiary of GuideWell Mutual Holding Corporation, an entity affiliated with current client **Special Committee of the Board of Directors of GuideWell Mutual Holdings Corporation**. |
| **Bon Secours Health System, Inc.** | Plaintiffs | • **Bon Secours Health System, Inc.** is a current client;<br><br>• Parent company **Bon Secours Mercy Health** is: (a) a current client; and (b) a joint venture partner in a current matter with affiliate company Bon Secours St. Mary's Hospital of Richmond, Inc.; and<br><br>• Affiliate companies Bon Secours Charity Health System, Inc. (NY), Bon Secours Baltimore Health System and Bon Secours Maria Manor Nursing Care Center, Inc. (all closed 2017); and Bon Secours Kentucky Health System, Inc., Bon Secours Virginia Health System, and Bon Secours Hampton Roads Health System (all closed 2019) are former clients. |
| Boone County<br>Fiscal Court of Boone County | Plaintiffs | • To the extent it is related to the named parties in interest, The Board of Trustees of Boone County Hospital, Missouri is a former client (closed 2018). |
| Cambrex Charles City, Inc. | Vendors | • To the extent they are related to the named party in interest, **Cambrex Corporation** and affiliate companies **Cambrex Cooperatief UA** and **Cambrex B.V.** are current clients. |
| Capsugel | Vendors | • Affiliate company **Lonza Benelux B.V.** is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***Cardinal Health, Inc.***<br><br><br><br>Cardinal Health, d/b/a/ Harvard Drug, Inc.<br>Cardinal Health P.R. 120, Inc. | Customers<br>and<br>50 Largest Unsecured Creditors<br><br>Customers | • ***Cardinal Health, Inc.*** and affiliate companies ***Cardinal Health 2 LLC***, ***Cardinal Health Spain 511 S.L.***, ***Cardinal Health Middle East FZ-LLC*** and ***Cardinal Health Supply Chain Services*** are current clients; and<br><br>• Affiliate company Cardinal Health 414 LLC is a former client (closed 2019). |
| CBRE, Inc. | Vendors | • CBRE, Inc. is a former client (closed 2019);<br><br>• Parent company ***CBRE Group, Inc.*** is: (a) a current client; (b) a co-client with current co-clients ***REI Investment 1 B.V.*** and affiliate company ***CBRE GIP Ltd.***; (c) the ultimate parent of current client ***Nacil Spain, S.L.***; (d) the ultimate parent of former client OPCI Logizola (closed 2018); and (e) a joint venture partner in a current matter with affiliate company CBRE Europe Value Partners 2;<br><br>• Affiliate companies ***CBRE EVP2 UK Investment 1 S.à.r.l.***, ***CBRE, S.A.***, ***CBRE Global Investors SGR, P.A.***, ***CBRE Global Investors Limited***, ***CBRE Logistics Venture SCSp***, ***CBRE GRP G Real Estate Investments(US), L.P.***, ***CBRE Valuation S.P.A.***, ***CBRE Global Investment Partners Global Alpha Fund Series FCP-SIF In Respect of Sub Fund CBRE Global Investment Partners***, ***CBRE Europe Value Partners 2 Holding S.C.A.***, ***CBRE Real Estate S.A.***, ***CBRE GIP UK Logistics Venture GP S.à.r.l. as GP of UK Logistics Venture SCSP***, ***CBRE Global Investors Germany GmbH***, ***CBRE GIP G Real Estate Investments, L.P.***, ***CBRE GIP G Real Estate Investments Holding, L.P.*** and ***CBRE GIP Iberian Hotels 1 SCSP*** are current clients; |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate company **CBRE Global Investment Partners Limited** is: (a) a current client; and (b) a former co-client with former client Corestate Claimants in a matter closed in 2017; and<br><br>• Affiliate companies CBRE Global Multi Manager LLC and CBRE Global Collective Investors UK Limited (both closed 2017); CBRE Global Investment Administration Italy SRL, CBRE GWS S.R.L. (Italy), CBRE Global Investment Partners European Co-Investment Fund B.V., CBRE Clarion Securities LLC, CBRE Consultoria Do Brasil Ltda. and CBRE Global (all closed 2018); and CBRE, Inc., CBRE, Ltd., CBRE European Parallel Co-Investment Vehicle 2 B.V., CBRE Global Investors Southern Europe S.L., and CBRE GIP Senior Housing, L.P. (all closed 2019) are former clients. |
| Charles River Laboratories | Vendors | • Affiliate company **Charles River Laboratories International, Inc.** is a current client; and<br><br>• Parent company Charles River Laboratories SA USA, Inc. (closed 2018); and affiliate companies Charles River Laboratories Ashland LLC and Charles River Laboratories SA Japan KK (both closed 2017) are former clients. |
| Chatham County, Georgia | Plaintiffs | • To the extent it is related to the named party in interest, Chatham County Hospital Authority is a former client (closed 2018). |
| Cigna Health and Life Insurance Company<br><br>Cigna Participant HSA Funding Fund | Vendors | • Parent company Cigna Corporation and affiliate company Cigna Onsite LLC are former clients (both closed 2017). |
| **Cintas Corporation** | Vendors | • **Cintas Corporation** is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Citibank | Banks | • Parent company **Citigroup, Inc.** is: (a) a current client; and (b) a former co-client in a former joint representation with affiliate company Citigroup Global Capital Markets closed in 2017;<br><br>• Affiliate companies **Citigroup Energy, Inc.**, **Citibanamex Afore, S.A. de C.V., Integrante Del Grupo Financiero Citibanamex**, **Citibank Financial Products**, **Citigroup Global Markets Japan, Inc.** and **DP World Australia Limited** are current clients;<br><br>• Affiliate company Citigroup Global Markets Limited is: (a) a former co-client with current client **Société Générale S.A.** in a matter closed in 2019; and (b) a former co-client with current client **Intesa SanPaolo** in a matter closed in 2017;<br><br>• Affiliate company Citicorp International Limited is: (a) a former client (closed 2019); (b) a former co-client in a former joint representation with current client **BNP Paribas** and its affiliate company BNP Paribas, Hong Kong Branch closed in 2019; and (c) a former co-client with former client DBS Bank Limited (closed 2019) in a matter closed in 2018;<br><br>• Affiliate company **Citigroup Global Markets, Inc.** is: (a) a current client; (b) a former co-client with former co-client Goldman Sachs, Inc. and current client and parent company **Citigroup, Inc.** in a matter closed in 2019; and (c) a joint venture partner in current client **Visible Alpha LLC**;<br><br>• Affiliated entity **Citigroup Pension Plan** is a co-client in two current group representations of former lenders and noteholders of iHeart Communications, Inc.; and |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate companies Citi Ventures and Citigroup Global Markets India Private Ltd. (both closed 2017); and Citibank, N.A. London Branch and Citibank, N.A., Hong Kong Branch (both closed 2018) are former clients. |
| *City of Chicago* | Plaintiffs | • The *City of Chicago* and the *City of Chicago Police Board* are current clients. |
| City of Cleveland | Plaintiffs | • The City of Cleveland is a former client (closed 2017). |
| City of Los Angeles, California Los Angeles City Attorney's Office | Plaintiffs Plaintiffs' Attorneys | • The Board of Education of the City of Los Angeles is affiliated with and part of current client *Los Angeles Unified School District*. |
| City of New York | Plaintiffs | • Affiliated entity *City of New York Group Trust* is: (a) a co-client in a current group representation of Akorn, Inc. term lenders; (b) a co-client in a current group representation of Monitronics term lenders; and (c) a former co-client in a former group representation of Hot Topic, Inc. noteholders (closed 2018); • City of New York affiliated entities Teachers' Retirement System of the City of New York, New York City Fire Department Pension Fund, Subchapter Two and New York City Police Pension Fund, Subchapter Two are former co-clients in a former group representation of Hexion 1.5 lien noteholders (closed 2019); and • Affiliated entity, New York City Department of Education is the employer of an individual who is a former client (closed 2018). |
| City of Phoenix | Plaintiffs | • City of Phoenix Employees' Retirement Plan is a co-client in a former group representation of Hexion 1.5 lien noteholders (closed 2019). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| City of Pittsburgh | Plaintiffs | • The City of Pittsburgh, Pennsylvania Urban Redevelopment Authority is the governing entity of current client *Pittsburgh Urban Initiatives LLC*. |
| Cognizant Tech Solutions US Corporation | 50 Largest Unsecured Creditors | • Parent company Cognizant Technology Solutions Corporation is the former employer of an individual who is a current client. |
| Commonwealth of Pennsylvania State of Pennsylvania | Plaintiffs | • Pennsylvania state-governed entity *Temple University* is a current client;<br><br>• Pennsylvania state-governed entity *The Pennsylvania State University* is: (a) a current client; (b) the parent of *Penn State Milton S. Hershey Medical Center* a current client in a joint representation with current client *PinnacleHealth System*; (c) affiliated with the Board of Directors of The Pennsylvania State University, of which an individual who is a current client is a member; and (d) a co-client in a current multi-district defense group representation;<br><br>• Pennsylvania state- governed entity *University of Pittsburgh* is: (a) a current client; and (b) a co-client in a current multi-district defense group representation;<br><br>• Two Jones Day attorneys have a current affiliation in teaching positions with the University of Pittsburgh School of Law, a state-governed entity; and<br><br>• The *State of Pennsylvania Treasury Department* is a co-client in a current group representation of term lenders. |
| Cook County, Illinois | Plaintiffs | • Cook County, Illinois is: (a) the employer of an individual who is a current client; (b) the former employer of an individual who is a current client; and (c) a co-defendant in a current matter with an individual who is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| County of Fresno, California | Plaintiffs | • Fresno county-governed entity *Office of Fresno County Superintendent of Schools and Jim Yovino, as Fresno County Superintendent of Schools* is a current client. |
| County of Maricopa, Arizona | Plaintiffs | • The County of Maricopa, Arizona Board of Supervisors and William Montgomery, in his capacity as Maricopa County Attorney are former co-clients in a matter closed in 2019. |
| County of Sacramento | Plaintiffs | • *Superior Court of California, County of Sacramento* is a co-client in a current matter with current client *Judicial Council of California*.<br>• *See also* entry below for People of California and State of California regarding related disclosure. |
| County of San Diego | Plaintiffs | • San Diego county-governed entity, *San Diego County Employees Retirement Association* is a co-client in a current defense group representation of General Motors term lenders. |
| County of San Francisco<br>San Francisco City Attorney, Dennis J. Herrera<br><br>San Francisco City Attorney's Office | Plaintiffs<br><br><br>Plaintiffs' Attorneys | • The City and County of San Francisco are members of the *Transbay Joint Powers Authority* and the *Peninsula Corridor Joint Powers Board*, both clients in a current matter. |
| County of San Mateo | Plaintiffs | • The San Mateo County Transit District is a member of the *Peninsula Corridor Joint Powers Board*, a co-client with current client *Transbay Joint Powers Authority* in a current matter. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| County of San Francisco | Plaintiffs | • The City and County of San Francisco are members of Transbay Joint Powers Authority and Peninsula Corridor Joint Powers Board, co-clients in current a matter. |
| County of Washington | Plaintiffs | • To the extent it is the same as the named party in interest, Washington County Correctional Facility in Washington County, Pennsylvania is the employer of an individual who is a current client. |
| CSC Consulting, Inc. | Vendors | • Affiliate company Japan Systems Co., Ltd. is a former client (closed 2019). |
| CVS Caremark<br>CVS Distribution<br><br>CVS Caremark Part D Services, LLC | Customers<br><br>50 Largest Unsecured Creditors | • Parent company **CVS Health Corporation** (f/k/a CVS Caremark Corporation) is a current client; and<br>• Affiliate company CVS Pharmacy, Inc. is a former client (closed 2018). |
| ***Daniel J. Edelman Ltd.*** | Vendors | • ***Daniel J. Edelman Ltd.*** and parent company ***Daniel J. Edelman Holdings, Inc.*** are current clients; and<br>• Affiliate company Edelman Public Relations Worldwide B.V. is a former client (closed 2019). |
| Deloitte & Touche LLP<br><br>Deloitte Consulting LLP | Vendors<br><br>Other Consultants & Advisors | • Parent company ***Deloitte LLP*** is: (a) a current client; and (b) the employer of two individuals who are former clients in their capacity as Joint Administrators of the Gulmar Group of Companies in a matter closed in 2018. |
| Direct Energy Services, LLC | Utilities | • Affiliate company ***Direct Energy, L.P.*** is: (a) a current client; and (b) a former co-client with affiliate company and former co-client Centrica Hive Limited, Canada, Inc. in a matter closed in 2018;<br>• Affiliate company ***Centrica Hive US, Inc.*** is a current client; and<br>• Affiliate company Centrica Connected Homes US, Inc. is a former client (closed 2018). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
| --- | --- | --- |
| Duke Energy Corporation | Utilities | • Duke Energy Corporation is a 60% owner of former client REC Solar Commercial Corporation (closed 2018). |
| *East West Bank* | Banks | • *East West Bank* is a current client; and<br>• Parent company East West Bancorp, Inc. is a former client (closed 2018). |
| Elsevier | Vendors | • Parent company *RELX, Inc.* and ultimate parent company *RELX Group Plc* are current clients;<br>• Affiliate company LexisNexis ARD ORAC GmbH & Co. KG is a former co-client with former co-client Verlag Österreich GmbH in a joint representation (closed 2017); and<br>• Affiliate companies Reed Elsevier (UK) Limited (closed 2017) and Elsevier Masson SAS and Elsevier Taiwan LLC (both closed 2018) are former clients. |
| Ewiiaapaayp Band of Kumeyaay Indians | Plaintiffs | • To the extent it is related to the named party in interest, *Viejas Band of Kumeyaay Indians* is a current client. |
| Ernst & Young LLP | Other Consultants and Advisors | • Affiliate company Ernst & Young Advisory Pte. Ltd. is a former co-client with former client Asian Development Bank in a joint representation closed in 2018. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Fidelity Managed Income | Vendors | • Affiliate company **Fidelity Investments Money Management, Inc.** is a current client;<br><br>• Affiliate company **Fidelity Management and Research Company (FMR)** is: (a) a  co-client, together with numerous Fidelity Funds, in a current defense group representation of General Motors term lenders; (b) a 50% shareholder of Lightning Investors Ltd. (d/b/a Fidelity Investments), the parent company of current client **Colt Technology Services GmbH**; (c) a stockholder with affiliated entity Fidelity Management Trust in former client Harman International Industries Incorporated (closed 2018); and (d) an equity holder of current client **SilverBow Resources, Inc.**; and<br><br>• Affiliate company Fidelity Management & Research Company (Fixed Income Division) is a former client (closed 2017). |
| Fred Meyer Stores, Inc.<br>Harris Teeter<br>Peytons Fountain<br>Ralphs Grocery Company<br>Roundys, Inc.<br>Vitacost.Com | Customers | • Parent company **The Kroger Company** is a current client;<br><br>• Ralphs Grocery Company is a former client (closed 2017); and<br><br>• Affiliate company Kroger Limited Partnership is a former co-client with Altus Group US, Inc. in a joint representation closed in 2017. |
| Freya Holdings Limited | Other Related Entities | • Affiliate company **Freya Holding B.V.** is a current client. |
| Frost Brown Todd LLC | Debtors' Legal Counsel | • Frost Brown Todd LLC is a former client (closed 2017). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| FTI Consulting SC, Inc. | Vendors | • Parent company **FTI Consulting, Inc.** is a current client;<br><br>• Affiliate company FTI Consulting Deutschland GmbH is a former client (closed 2017); and<br><br>• Affiliate company FTI Consulting LLP is: (a) the employer of an individual who is a current client (opened 2018); and (b) the employer of two individuals who are former clients (both closed 2018), in their capacity as administrators of Swordfish Shipco Limited, in a matter closed in 2018. |
| GCI Health<br><br><br>Sudler & Hennessey, LLC | 50 Largest Unsecured Creditors<br>and<br>Vendors<br><br>Vendors | • Parent company **WPP Plc** is: (a) a co-client in a current matter with affiliate company and co-client **WPP Group USA, Inc.**; (b) the parent company of current client **Kantar Netherlands B.V.**; and (c) a stockholder of former client Imagina Media Audiovisual, S.L. (closed 2018); and<br><br>• Affiliate company and current client **WPP Group USA, Inc.** is a stockholder of current client **comScore, Inc.** |
| GEFCO Forwarding USA, Inc. | Vendors | • Governing entity, Government of the Russian Federation, is: (a) the ultimate parent company of current client **BM Bank JSC**; (b) the owner of current client **VTB Bank PJSC**; (c) the owner of JSC Rusnano, a shareholder of current client **Mapper Lithography Holding B.V.**; (d) the governing entity of former clients OAO Rosneft and Ministry of Sport of the Russian Federation (both closed 2017); and Meron Holdings Limited and Rosnano (a/k/a Rusnano) (both closed 2018); (e) the ultimate governing entity of former client International Centre for Legal Protection (ICLP) (closed 2017); and (f) the governing entity of Open Joint Stock Company Gazprom Neft, the parent company of former client Sibir Energy Limited (closed 2017). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Georgia Department of Community Health | 50 Largest Unsecured Creditors | • Georgia state-governed entities **The Board of Regents of the University System of Georgia** and **Invest Georgia Board** are current clients. |
| Goldman Sachs<br><br>**Goldman Sachs Asset Management, L.P.** | Banks<br><br>Vendors | • **Goldman Sachs Asset Management, L.P.**, and affiliate companies **Goldman Sachs International European Special Situations Group**, **Goldman Sachs Merchant Banking**, **Goldman Sachs Specialty Lending Group**, **Goldman Sachs México Casa De Bolsa, S.A. de C.V.** and **Goldman Sachs Group Y Compañía, S. de R.L. de C.V.** are current clients;<br><br>• Affiliate company **Goldman Sachs International** is: (a) a current client; and (b) a co-client with affiliate company and current client **Goldman Sachs Bank USA** in a former group representation of lenders closed in 2018;<br><br>• Parent company **The Goldman Sachs Group, Inc.** is: (a) a current client; (b) the parent company and sponsor of ELQ Investors VIII Ltd., a co-owner of current client **Grove Finco S.a.r.l.**; (c) the ultimate parent of former clients GS Guernsey Investments Limited and LTS City Isledon S.a.r.l. (both closed 2018); (d) an investor in former client Neovia Logistics Services LLC (closed 2018); (e) a current or former equity holder of former client Molycorp, Inc. (closed 2017); (f) a member of former client J-Crew Ad Hoc First Lien Term Loan Group (closed 2017); and (g) a stockholder of former client Travelodge Hotels Limited (closed 2018);<br><br>• Affiliate company **Goldman Sachs & Co.** is: (a) a current client; and (b) a co-client in a current matter with current client **Morgan Stanley & Co. LLC**;<br><br>• Affiliate company Goldman Sachs Capital Partners is: (a) a co-owner of former client Education Management Corporation (closed 2018); and (b) part of a joint venture that owns former client Cooper Standard Automotive Group (closed 2017); |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate company Goldman Sachs, Inc. is a former co-client with Citigroup Global Markets, Inc. and current client **Citigroup, Inc.** in a matter closed in 2019; |
| | | • Affiliated entities **Goldman Sachs Trust II-Goldman Sachs Multi-Manager Alternatives Fund** and **Goldman Sachs Funds II SICAV – Goldman Sachs Global Multi-Manager Alternatives Portfolio** are: (a) current clients together with affiliated entity and co-client **Goldman Sachs Profit Sharing Master Trust** in two current group representations of iHeart Communications, Inc. lenders and noteholders; and (b) former co-clients in a group representation of Bon-Ton second lien noteholders closed in 2019; |
| | | • Affiliate companies Global Opportunities Offshore Ltd., Goldman Sachs Lux Investment Funds and Goldman Sachs Trust are current or former equity holders in current client **APP Winddown LLC, et al.**; |
| | | • Affiliate company Goldman Sachs (Asia) LLC is: (a) a former client (closed 2018); and (b) a former co-client with current client **China International Capital Corporation (Hong Kong) Limited** in a matter closed in 2017; |
| | | • Affiliated entity Goldman Sachs Trust II – Goldman Sachs Multi-Manager Non-Core Fixed Income Fund is a former co-client in a group representation of Hexion 1.5 lien noteholders closed in 2019; |
| | | • Affiliate company Goldman Sachs Asia SSG is a stockholder of former client Samhi Hotels Pvt Ltd. (closed 2018); and |
| | | • Affiliate companies Goldman Sachs International Bank, Goldman Sachs Lending Partners, and Goldman Sachs Merchant Banking Division (all closed 2018); and Goldman Sachs BDC, Inc. (closed 2019) are former clients. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Grunenthal GmbH (Europe) | Vendors | • Affiliate company ***Grunenthal GmbH*** is a co-plaintiff with parent company and Debtor ***Purdue Pharma L.P.*** in a current matter and a former matter (closed 2019); and<br><br>• Affiliate company ***Grunenthal GmbH & Co. KG*** is a co-client in a current matter with parent company and Debtor, ***Purdue Pharma, L.P.*** |
| Havas Health, Inc. | Vendors | • Affiliate company Thema is a former client (closed 2017). |
| Health Advances, Inc. | Vendors | • Affiliate company Pamplona Capital Management LLP is a former client (closed 2018). |
| Henry Schein Animal Health | Customers | • Parent company ***Henry Schein, Inc.*** and affiliate company ***Henry Schein One LLC*** are current clients.<br><br>• *See also* entry above for Ace Surgical Supply Co., Inc. regarding related disclosure. |
| Her Majesty The Queen In Right of The Province of British Columbia | Plaintiffs | • The government of the Province of British Columbia is the governing entity of British Columbia Investment Management Corporation (bcIMC), a joint owner of former client TimberWest Forest Corporation (closed 2018);<br><br>• Her Majesty, The Queen, In Right of the Province of Alberta is the owner of AIMCO RE Holdings (Luxembourg) VIII S.a.r.l., the 90% owner of ***Oxenwood Maple S.à.r.l.***, a co-client in a current matter with current client ***Oxenwood Real Estate LLP***; and<br><br>• The Crown Estate Commissioners, Acting on Behalf of Her Queen's Most Excellent Majesty, is a 50% owner of current client ***Gibraltar General Partner Limited***.<br><br>• *See also* entry below for Hercules Trust regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Hercules Trust | Equity Interests | • Affiliated entity **Hercules Unit Trust** is: (a) a current client; (b) a 50% owner of current client **Gibraltar General Partner Limited**; and (c) a former co-client with The Mary Street Estate Limited and parent company and current client **The British Land Company Plc** in a joint representation closed in 2019; and<br><br>• Affiliate company Hercules Property UK Limited is a general partner of **The Hercules Property Limited Partnership** a co-client in a current matter with parent company **The British Land Company Plc**.<br><br>• *See also* entry above for Her Majesty, the Queen, In Right of The Province of British Columbia regarding related disclosure. |
| Highlands Regional Medical Center (a/k/a HRMC, a/k/a Sebring Health Services, LLC) | Plaintiffs | • Affiliate company **HCA, Inc.** is a current client; and<br><br>• Affiliate company Doctors Hospital of Augusta is a former client (closed 2019). |
| Honeywell Safety Products | Customers | • Parent company Honeywell International, Inc. and affiliate company Honeywell (Tianjin) Limited are former clients (both closed 2017). |
| Host Analytics, Inc. | Vendors | • Parent company Vector Capital Management, L.P. is a former co-client in former clients Ad Hoc Group of 4L Holdings Corporation Term Loan Lenders and Sungard Term Loan Group (both closed 2019. |
| Integreon Managed Solutions, Inc. | Vendors | • Affiliate companies **Ayalaland Offices, Inc. (ALO)** and **VIA Optronics GmbH** are current clients; and<br><br>• Affiliate company **Ayala Land, Inc. (ALI)** is: (a) a current client; and (b) a former co-client with parent company and current client **Ayala Corporation** in a matter closed in 2018. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *IBM Corporation* | Other Consultants and Advisors | • *IBM Corporation*, aka *International Business Machines Corporation*; and affiliate companies *IBM China Company Limited*, *IBM United Kingdom Limited*, *IBM Watson Health*, *IBM Global Financing Australia Ltd. (IGF)*, *IBM Italia Servizi Finanziari S.R.L.*, *IBM Belgium SPRL/BVBA*, *IBM Nederland B.V.*, *IBM Argentina SRL*, *IBM Taiwan*, *IBM Japan Credit LLC*, *IBM España, S.A.* and *IBM India Pvt. Ltd.* are current clients; <br><br> • *IBM Australia Ltd.* is: (a) a current client; and (b) a former co-client, together with affiliate companies IBM Super Pty Ltd. and IBM Superlife Services Pty Ltd. with parent company *International Business Machines Corporation* in a matter closed in 2018; <br><br> • Affiliate company *IBM Japan, Ltd.* is: (a) a current client; and (b) the parent company of *Kobelco Systems Corporation*, a co-client in a current matter with parent company *International Business Machines Corporation*; <br><br> • Affiliated entity *IBM Personal Pension Plan Trust (International Business Machines)* is a co-client in a current defense group representation of General Motors term lenders; <br><br> • Affiliate company IBM S.A. is a shareholder of current client *Viewnext S.A.*; and <br><br> • Affiliate companies IBM Japan Services Company Ltd. and Promontory Financial Group LLC (both closed 2017); and IBM Credit LLC (closed 2018) are former clients. <br><br> • *See also* entry below for Truven Health Analytics LLC regarding related disclosure. |
| iHeart Media Entertainment, Inc. | Vendors | • Parent company iHeart Communications, Inc. is affiliated with two current group representations of lenders and noteholders. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| IMCD US LLC | Vendors | • Parent company ***IMCD N.V.*** is a current client. |
| International Union of Operating Engineers, Local 150 | Plaintiffs | • Related entity, International Union of Operating Engineers of Eastern Pennsylvania and Delaware is a co-client in a former group representation of Hot Topic, Inc. noteholders closed in 2018. |
| Inventiv Health Clinical Lab, Inc. Inventiv Health Consulting, Inc. | 50 Largest Unsecured Creditors and Vendors | • Parent company Inventiv Health, Inc. is a former client (closed 2017). |
| IQVIA, Inc. IQVIA RDS, Inc. | Vendors | • Parent company IQVIA Holdings, Inc. is a former client (closed 2018). |
| ***JPMorgan Chase Bank, N.A.*** | Banks | • ***JPMorgan Chase Bank, N.A.*** is a current client; <br><br>• Parent company ***JPMorgan Chase & Co.*** is: (a) a current client; (b) a co-client in a current matter with current client ***The Bank of Nova Scotia***; and (c) a member of former client J-Crew Ad Hoc First Lien Term Loan Group (closed 2017); <br><br>• Affiliate company ***JPMorgan Securities LLC*** is: (a) a current client; (b) a co-client in a current matter with current client ***Citigroup, Inc.***; and (c) a former co-client with current client ***Deutsche Bank AG New York*** in a matter closed in 2019; <br><br>• Affiliate company ***JPMorgan Securities Plc*** is: (a) a current client; (b) a former co-client with current client ***Goldman Sachs International*** in a matter closed in 2017; (c) a former co-client with current client ***Intesa SanPaolo*** in a matter closed in 2017; and (d) a former co-client with current client ***UniCredit Bank AG*** in a matter closed in 2019; <br><br>• Affiliate company Highbridge Capital Management LLC is a co-client in former client Ad Hoc Group of Savers LLC Term Loan Lenders (closed 2019); |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliated entities JPMorgan Chase Retirement Plan Brigade, JPMorgan Chase Retirement Plan Brigade Bank Loan, JPMorgan Funds – Multi-Manager Alternatives Fund and JPMorgan Trust III – JPMorgan Multi-Manager Alternatives Fund are co-clients in a former group representation of Hexion 1.5 lien noteholders closed in 2019;<br><br>• Affiliated entity ***JPMorgan Chase Retirement Plan Brigade*** is: (a) a co-client in two current group representations of iHeart Communications, Inc. former lenders and noteholders; and (b) a co-client in a current group representation of Bon-Ton second lien noteholders;<br><br>• Affiliated entity ***JPMorgan Chase Retirement Plan Brigade Bank Loan*** is: (a) a co-client in a current group representation of iHeart Communications, Inc. former lenders and noteholders; (b) a former co-client with affiliated entity JPMorgan Chase Retirement Plan and current client ***Brigade Capital Management, L.P.*** in a matter closed in 2018; and (c) a co-client in a current group representation of Preferred Proppants term lenders;<br><br>• Affiliate company JPMorgan India Private Limited is a former co-client with current client ***Bank of America Corporation*** in a matter closed in 2017;<br><br>• Affiliate company JPMorgan Investment Management, Inc. is a partner in a joint venture with current client ***Mill Creek Residential Trust LLC***; and<br><br>• Affiliate companies JPMorgan Grupo Financiero, S.A. de C.V., JPMorgan Chase, National Association, JPMorgan Business Credit Corporation and JPMorgan are former clients (all closed 2018). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Jefferson Parish Hospital Service No. 1<br><br>Jefferson Parish Hospital Service No. 2 (d/b/a East Jefferson Medical Center) | Plaintiffs | • To the extent it is related to the named parties in interest, East Jefferson General Hospital is a former client (closed 2018). |
| *Jet.Com, Inc.* | Customers | • *Jet.Com, Inc.* is a co-client in a current matter with its parent company *Walmart, Inc.* |
| Johnson Controls, Inc. | Vendors | • Johnson Controls, Inc. is a stockholder of former client Interstate Battery System International, Inc. (closed 2017). |
| *Lafayette General Health System, Inc.* | Plaintiffs | • *Lafayette General Health System, Inc.* is a current client. |
| Louisiana Department of Health<br>State of Louisiana | Plaintiffs | • Louisiana state-governed entity State of Louisiana State Employee Retirement System (Lasers) – Credit is a co-client in a former group representation of Hot Topic, Inc. noteholders closed in 2018. |
| LTS Lohmann Therapy Systems | Vendors | • Affiliate companies *LTS Lohmann Therapie-Systeme AG* and *Novaliq GmbH* are current clients. |
| Lutheran Services Florida, Inc. | Plaintiffs | • Affiliated entity Lutheran Services of Georgia is a former client (closed 2019). |
| Matheson Tri Gas, Inc. | Utilities | • Affiliate companies *Mitsubishi Chemical Asia Pacific Pte. Ltd.* and *Lucite International, Inc.* are current clients; and<br><br>• Affiliate company Mitsubishi Tanabe Pharma Corporation is a former client (closed 2017). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| MCI Communications Service | Utilities | • Parent company ***Verizon Communications, Inc.*** is a current client;<br>• Affiliate company MCI Sales & Service, Inc. is the indemnitor of an individual who is a current client; and<br>• Affiliate company Verizon Japan Ltd. is a former client (closed 2019).<br>• *See also* entry below for ***Verizon***, Verizon Washington DC, Inc. regarding related disclosure. |
| McKesson Corporation<br><br><br>McKesson Financial Document<br>McKesson Specialty Arizona, Inc. | Customers<br>and<br>50 Largest Unsecured Creditors<br>Customers<br>Vendors | • McKesson Corporation is a former client (closed 2018). |
| Microsoft Licensing Group | Vendors | • Affiliate company ***Microsoft Global Finance*** is a co-client in a current defense group representation of General Motors term lenders. |
| Missouri Attorney General, Joshua D. Hawley<br>State of Missouri | Plaintiffs | • Missouri state-governed entity State of Missouri Public Service Commission is a joint venture partner with current client ***Xcel Energy, Inc.*** in a matter closed in 2019. |
| Mitratech Holdings, Inc. | Vendors | • Affiliate company ***TRANSPOREON GmbH*** is a current client; and<br>• Affiliate company Trace One S.A. is a former client (closed 2019). |
| Morris & Dickson Company, LLC | Customers | • Affiliate company ***Morris & Dickson Co., LLC*** is a current client. |
| ***Morrison & Foerster LLP*** | Debtors' Legal Counsel | • ***Morrison & Foerster LLP*** and a related individual are current clients. |
| MSI Corporation | Plaintiffs | • To the extent it is related to the named party in interest, ***MSI Pension Plan*** is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| MundiPharma entities (as listed on Schedule 2 to this Application) | Other Related Entities | • MundiPharma LLC (closed 2017) and MundiPharma GmbH (closed 2018) are former clients |
| The Navajo Nation | Plaintiffs | • The Navajo Nation is the sole owner and member of former client Navajo Transitional Energy Company LLC (closed 2017). |
| *NCH Marketing Services, Inc.* Valassis Direct Mail, Inc. | Vendors | • *NCH Marketing Services, Inc.* and affiliate companies *Scientific Games Corporation*, *AM General LLC* and *Revlon, Inc.* are current clients;<br><br>• Valassis Direct Mail, Inc. is a former client (closed 2018); and<br><br>• Owner, Mr. Ronald O. Perelman, is: (a) a former client (closed 2018); (b) the owner or ultimate owner of former clients, parent company MacAndrews & Forbes Holdings, Inc. (closed 2018); affiliate companies Deluxe Entertainment Services Group, Inc. (closed 2017); MacAndrews & Forbes LLC, MacAndrews & Forbes Group LLC, Harland Clarke Corporation and Valassis Communications, Inc. (all closed 2018); and Elizabeth Arden, Inc. (closed 2019). |
| New Jersey American Water Company | Utilities | • Parent company *American Water Works Co., Inc.* and affiliate company *Illinois-American Water* are current clients. |
| *Nixon Peabody LLP* | Debtors' Legal Counsel | • *Nixon Peabody LLP* is a current client. |
| North Carolina Department of Health and Human Services<br><br>State of North Carolina<br><br>Joshua H. Stern, North Carolina Attorney General | 50 Largest Unsecured Creditors<br><br>Plaintiffs | • North Carolina state-governed entity *North Carolina Central University School of Law* is a current client;<br><br>• North Carolina state-governed entity *University of North Carolina* is: (a) a current client; and (b) the parent of current client *UNC Health Care System*; and |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
| --- | --- | --- |
| | | • North Carolina state-governed entity, North State Department of Correction, is the employer of an individual who is a current client. |
| Novation LLC | Vendors | • Parent company Vizient, Inc. is a former client (closed 2018); and<br><br>• Affiliate company **Provista, Inc.** is a current client. |
| Novo Nordisk | Other Party | • Affiliate companies NNE Pharmaplan A/S (closed 2017) and Novo A/S (closed 2018) are former clients. |
| *Occidental Chemical Corporation* | Litigation Party | • ***Occidental Chemical Corporation***, parent company ***Occidental Petroleum Company***; and affiliate companies ***Occidental Chemical Europe***, ***Occidental Energy Marketing, Inc.*** and ***Oxy USA, Inc.*** are current clients;<br><br>• Affiliate company Oxy Midstream Strategic Development LLC is a former client (closed 2018); and<br><br>• Affiliate company Oxy SENM Gathering, L.P. is a former co-client with parent company ***Occidental Petroleum Company*** in a matter closed in 2019. |
| Office of the Attorney General - Texas<br><br>State of Texas | Plaintiffs<br>and<br>Plaintiffs' Attorneys<br><br>Plaintiffs | • Texas state-governed entity, ***Texas County & District Retirement System***, is a co-client in a current defense group representation of General Motors term lenders;<br><br>• Texas state-governed entity, Texas Medical Board, is a former client (closed 2018); and<br><br>• A Jones Day attorney has a current affiliation in a teaching position with Texas state-governed entity, University of Houston Law Center. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Ohio Department of Medicaid<br><br>State of Ohio | 50 Largest Unsecured Creditors<br><br>Plaintiffs | • Ohio state-governed entity **The Ohio State University** is a current client;<br><br>• Ohio state-governed entity **State Teachers Retirement Board of Ohio** is a co-client in a current defense group representation of General Motors term lenders; and<br><br>• The Office of the Secretary of State of Ohio (Jon Husted) is a former client (closed 2017). |
| Orange County, California | Plaintiffs | • Related entities **Orange County Cities Defense Group** and **Public Law Center of Orange County Federal Court Clinic** are current clients;<br><br>• An individual who is a current client is a former employee of The Orange County Board of Supervisors and now a current employee of the Orange County District Attorney's Office; and<br><br>• Several Orange County cities are co-defendants in a current joint defense group representation. |
| Packaging Coordinators, Inc. (n/k/a **PCI Pharma Services** | 50 Largest Unsecured Creditors<br>and<br>Vendors | • Packaging Coordinators, Inc. is now known as current client **PCI Pharma Services**; and<br><br>• Affiliate companies **Partners Group AG**, **Cerba Healthcare SAS** and **Permotio International Learning S.a.r.l.** are current clients. |
| People of California<br>State of California | Plaintiffs | • California state-governed entities **Judicial Council of California** (f/k/a Judicial Council of the State of California Administrative Office of the Courts); its affiliated entities **Superior Court of Solano County (State of California) and the Honorable Robert C. Fracchia** and **State of California Court of Appeal, Second Appellate District and Justice Elwood Lui** are current clients; |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • California state-governed entity California State Teachers' Retirement System (CalSTRS) is: (a) a co-client in a current group representation of Preferred Proppants term lenders; (b) a former co-client in a group representation of Paradigm lenders (closed 2018); and (c) a former co-client in a group representation of Akorn, Inc. term lenders closed in 2019;<br><br>• California state-governed entity State of California Public Employees' Retirement System (CalPERS) is: (a) an equity holder and an interested party in current client **ANR, Inc., et al.**; and (b) a joint venture owner of CalEast Global Logistics LLC, the ultimate parent company of former client CenterPoint Properties Trust (closed 2018); and<br><br>• California state-governed entity, The Regents of the University of California, is: (a) a former client (closed 2018); (b) a former co-client in a group representation of Hot Topic Inc. noteholders closed in 2018; and (c) a former co-client in a group representation of rue21 term lenders closed in 2019.<br><br>• *See also* entry above for County of Sacramento regarding related disclosure. |
| ***PPD Development, LLC*** (a/k/a ***Pharmaceutical Product Development, LLC***) | 50 Largest Unsecured Creditors<br>and<br>Vendors | • ***PPD Development LLC*** (a/k/a ***Pharmaceutical Product Development LLC***) is a current client. |
| Precision Computer Services, Inc. | Vendors | • Parent company ***Asbury Automotive Group, Inc.*** is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Presidio Networked Solutions, Inc. | Vendors | • Affiliate companies **Oxenwood Real Estate LLP**, **OXW Catalina UK Limited** and **CareerBuilder LLC** are current clients;<br><br>• Affiliate company Apollo Global Management LLC is: (a) a former co-client in a group representation of Skillsoft Corporation lenders closed in 2019; (b) the parent company of AP NMT Cooperatief UA, a 50% joint venture partner in AP NMT JV Newco B.V., the parent of current client **Endemol Shine Holding B.V.**; and (c) the parent company of CPI Capital Partners Europe, L.P., a stockholder in former clients Dory 1 S.a.r.l. and Dory 1 (NFR) S.a.r.l. (both closed 2017);<br><br>• Affiliate company **Apollo Capital Management, L.P.** is a co-client in a current group representation of Global Eagle lenders; and<br><br>• Affiliate company LifePoint Health, Inc. is a former client (closed 2019). |
| PriceWaterhouseCoopers LLP | Vendors | • Affiliated entity **AO PriceWaterouseCoopers Audit** (a/k/a **PriceWaterhouseCoopers Audit LLC**) is a current client; and<br><br>• Affiliate company PriceWaterhouseCoopers Finance & Recovery (Cayman) Ltd. is the employer of two individuals, in their capacity as liquidators of Weavering Macro Fixed Income Fund, who are former clients (both closed 2017). |
| PSL Group American Limited | Vendors | • Parent company **DAIA Holdings Limited** is a current client. |
| PSNC Energy | Utilities | • Parent company **Public Service Co. of North Carolina, Inc. (PSNC)**, and affiliate company **South Carolina Electric & Gas Company** are current clients. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Publix Super Markets, Inc.* | Customers | • *Publix Super Markets, Inc.* is a current client. |
| *Purdue Pharma, L.P.* | Debtor Entities | • Affiliate company Purdue Pharma Canada is a former client (closed 2019). |
| Razorfish Health | Vendors | • Parent company Publicis Group S.A. (closed 2017) and affiliate company MMS Communications K.K. (closed 2018) are former clients. |
| *Ricoh USA, Inc.* | Vendors | • *Ricoh USA, Inc.* and parent company *Ricoh Company Ltd.* are co-clients in a current matter. |
| Right Management Consultants | Vendors | • Parent company *ManPowerGroup, Inc.* is a current client. |
| Robert Bosch Packaging | Vendors | • Affiliate company *Robert Bosch LLC* is a current client; and<br>• Affiliate companies Robert Bosch GmbH and BSH Home Appliances (both closed 2017); and Robert Bosch Francs SAS (closed 2018) are former clients. |
| *St. Vincent Charity Medical Center* | Plaintiffs | • *St. Vincent Charity Medical Center* is: (a) a current client; and (b) the parent of St. Vincent Medical Group (a/k/a Outreach Professional Services, Inc.) the employer of an individual who is a current client. |
| *SAP America, Inc.* | Vendors | • *SAP America, Inc.*, parent company *SAP S.E.*; and affiliate companies *SAP Labs LLC*, *SAP CIS*, *SAP Deutschland AG & Co. KG*, *SAP España – Sistemas, Aplicaciones Productos En La Informática, S.A.*, *SAP Mexico, S.A. de C.V.*, *SAP Östereich GmbH* and *SAP Romania S.R.L.* are current clients; and<br>• Affiliate companies SAP (UK) Limited (closed 2019) and SAP Hong Kong Co. Limited (closed 2018) are former clients. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Schneider Electric Buildings | Vendors | • Parent company **Schneider Electric S.E.** is a current client; and<br><br>• Affiliate companies Schneider Electric Asia Pacific Limited (closed 2017) Schneider Electric Industries SAS (closed 2018); and Schneider Electric S.p.A. (closed 2019) are former clients. |
| Siemens Industry, Inc. | Vendors | • Parent company Siemens AG is: (a) a former client (closed 2017); and (b) the parent company of TurboCare, Inc., a joint venture owner of former client EthosEnergy Group (closed 2018); and<br><br>• Affiliate companies Siemens Ltd., Siemens Postal, Parcel & Airport Logistics Ltd., Siemens Healthcare Ltd., Asia Care Holding Ltd., Siemens Industry Software Limited and Siemens Transmission & Distribution France are former clients (all closed 2017). |
| Skadden, Arps, Slate, Meagher & Flom LLP | Debtors' Legal Counsel | • An individual affiliated as a partner with Skadden, Arps, Slate, Meagher & Flom LLP is a current client. |
| Sodexo Operations, LLC | Vendors | • Affiliate companies **Sodexo, Inc.** and **Sodexo Pass International SAS (SPI)** are current clients;<br><br>• Sodexo, as successor in interest to Centerplate, Inc., is the former employer of an individual who is a current client; and<br><br>• Parent company Sodexo S.A. is a former client (closed 2019). |
| Southeastern Pennsylvania Transportation Authority (SEPTA) | Plaintiffs | • Southeastern Pennsylvania Transportation Authority (SEPTA) is a former co-client in a group representation of Hot Topic, Inc. noteholders closed in 2018 |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| SPECGX, LLC | 50 Largest Unsecured Creditors | • Affiliate company ***Mallinckrodt Radiopharmaceuticals Spain S.L.*** is a current client; and<br><br>• Affiliate companies Mallinckrodt Netherlands Holdings B.V. (closed 2017); Mallinckrodt Belgium BVBA (closed 2018); and Mallinckrodt Radiopharmaceuticals Deutschland GmbH (closed 2019) are former clients; and<br><br>• Related entity Mallinckrodt Noteholders is a former client (closed 2019). |
| ***Sprint Corporation*** | Utilities | • ***Sprint Corporation*** and affiliate company ***Sprint Capital Corporation*** are current clients;<br><br>• Affiliate company Sprint Spectrum, L.P. is a former co-client with current client ***Kyocera International, Inc.*** in a matter closed in 2017; and<br><br>• Parent company SoftBank Group Corporation is a former client (closed 2019). |
| State of Arizona<br><br>Mark Brnovich, Arizona Attorney General | Plaintiffs | • Arizona state-governed entity Arizona State Retirement System is a 50% owner of current client ***Mill Creek Residential Trust LLC***. |
| State of Delaware, Ex Rel. Matthew P. Denn | Plaintiffs | • The State of Delaware is the owner of current client ***University of Delaware***. |
| State of Florida | Plaintiffs | • Florida state-governed entity ***The Florida International University Board of Trustees*** is a current client; and<br><br>• Florida state-governed entity Board of Governors State University System of Florida is the governing entity of current client ***University of Central Florida***. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| State of Illinois | Plaintiffs | • The State of Illinois is the employer of two individuals who are current clients;<br><br>• Office of the Governor of the State of Illinois, and Illinois state-governed entity Board of Trustees of the University of Illinois are former clients (both closed 2018); and<br><br>• Illinois state-governed entity Illinois State Board of Investment is a former co-client in a group representation of Hexion 1.5 lien noteholders; and a group representation of Bon-Ton noteholders, both closed in 2019. |
| State of Indiana | Plaintiffs | • Indiana state-governed entity *Indiana University Health* is a current client. |
| State of New Mexico | Plaintiffs | • New Mexico state governed entity *New Mexico State Investment Council* is a co-client in a current group representation of Preferred Proppants lenders. |
| State of New York<br>Barbara D. Underwood, Attorney General of the State of New York<br><br>State of New York Department of Health | Plaintiffs<br><br><br><br>50 Largest Unsecured Creditors | • New York state-governed entity New York State Common Retirement Fund is the parent of current client *Shurgard Self Storage S.A.* |
| State of North Dakota<br><br>Wayne Stenehjem, North Dakota Attorney General | Plaintiffs | • North Dakota state-governed entity North Dakota State Board of Higher Education (SBHE) is the owner of current client *Bismarck State College*. |
| State of Oklahoma | Plaintiffs | • Oklahoma state-governed entity University of Oklahoma is a former client (closed 2019); and<br><br>• Oklahoma state-governed entity Teacher's Retirement System of Oklahoma High Yield Portfolio is a former co-client in a former group representation of Hot Topic, Inc. noteholders closed in 2018. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| State of Texas<br>Texas Office of the Attorney General | Plaintiffs | • Texas state-governed entity **Texas County and District Retirement System** is a co-client in a current defense group representation of General Motors term lenders. |
| Stroz Friedberg, Inc. | Vendors | • Affiliate companies **Premier Auto Finance, Inc.** and **Townsend Holdings LLC** are current clients; and<br><br>• Affiliate companies Accuracy Netherlands B.V. and AON Conseil & Courtage S.A. are former clients (both closed 2017). |
| Suez WTS USA, Inc. | Utilities | • Parent company **Suez S.A.**, and affiliate companies **Suez Water Technologies and Solutions S.A.**, **Suez Water Technologies & Solutions Netherlands B.V.**, **Suez R&R Belgium S.A.** and **Suez RV France** are current clients; and<br><br>• Affiliate companies Suez Groupe SAS, Suez Polymers B.V., Suez Eau France and Suez R&R BE North N.V. are former clients (all closed 2019). |
| **Supervalu, Inc.**<br>Supervalu Pharmacies, Inc. | Customers | • **Supervalu, Inc.** and its parent company **United Natural Foods, Inc.** are current clients. |
| Target Corporation | Customers | • Target Corporation (closed 2017) and affiliate company Target Brands, Inc. (closed 2018) are former clients. |
| Tribune Media Company | Vendors | • Parent company **Tribune Company (Reorganized)** is a current client. |
| Truven Health Analytics LLC | Vendors | • Truven Health Analytics LLC is:<br>(a) a former client (closed 2019); and<br>(b) the parent company of former client HBE Solutions LLC (closed 2018); and<br><br>• Parent company **International Business Machines Corporation (IBM)** (a/k/a **IBM Corporation**) is a current client.<br><br>• *See also* entry above for **IBM Corporation** regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***Tucson Medical Center, a Corporation*** | Plaintiffs | • ***Tucson Medical Center*** is a co-client in a current joint representation with its parent company ***TMC Healthcare***. |
| Turner Construction Company | Vendors | • Affiliate company ***ACS Infrastructure Development, Inc.*** is a current client;<br><br>• Affiliate company HOCHTIEF PPP Solutions GmbH is a stockholder of former client SAAone B.V. (closed 2018);<br><br>• Affiliate company ACS Servicios Comunicaciones Y Energia S.L. is the parent company of former client Mantenimientos, Ayuda a la Explotación y Servicios S.A. (Maessa) (closed 2018);<br><br>• Affiliate company Flatiron West, Inc. is a joint venture partner in former client Flatiron/Kiewit, a Joint Venture (closed 2018); and<br><br>• Affiliate companies Grupo Maessa Saudi Arabia Ltd (closed 2017); and Urbaser, S.A. and Hochtief AG (both closed 2018) are former clients. |
| ***UBS Financial Services, Inc.***<br>UBS Group AG | Landlord<br><br>Banks | • ***UBS Financial Services, Inc.*** is: (a) a co-client in a current joint representation with current client ***ADP, LLC***; and (b) an equity holder and an interested party in current client ***ANR, Inc. et al.***;<br><br>• Affiliate company UBS AG is: (a) a shareholder, together with affiliate company UBS Global Management, of current client ***NII Holdings, Inc.***; and (b) a current or former equity holder of former client Molycorp Inc. (closed 2017); and<br><br>• Affiliate company ***Fineurop Investment Opportunities S.p.A.*** is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *United Parcel Service (UPS)* UPS Supply Chain Solutions, Inc. | Vendors | • *United Parcel Service (UPS)* is: (a) a current client; and (b) the parent company of current client *Marken Limited*; <br>• Affiliate company UPS Logistics Group International, Inc. is a stockholder of former client Coyote Logistics de Mexico, S.A. de C.V.; and <br>• Affiliated entity UPS Public Affairs is a former client (closed 2019). |
| U.S. Bank Equipment Finance | Secured Creditors | • Parent company *U.S. Bancorp*, and affiliate company *U.S. Bank Corporate Trust Services* are current clients; <br>• Affiliate company *U.S. Bank, National Association* is: (a) a current client; and (b) a party with former client Apollo Capital Management, L.P. (closed 2019) in a matter closed in 2019; and <br>• Affiliate company Elavon Financial Services DAC is a former co-client with current client *Macquarie Capital (USA), Inc.* in a matter closed in 2018. |
| U.S. Specialty Insurance Company - HCC | Insurers | • Affiliate company *Tokio Marine Capital Co., Ltd.* is a current client. |
| Utah Attorney General's Office State of Utah | Plaintiffs' Attorneys Plaintiffs | • Utah state-governed entity University of Utah Research Foundation is a former client (closed 2017). |
| Veolia ES Technical Solutions | Utilities | • Parent company *Veolia Environnement S.A.*, and affiliate companies *Veolia Soluciones Industriales Mexico, S.A. de C.V.*, *Veolia Holding México, S.A. de C.V.*, *Veolia Residuos Norte, S.A. de C.V.*, *Veolia Vostok*, *Veolia Water Technologies Inc.*, *Veolia Residuos Bajío, S.A. de C.V.* and *Veolia Environmental Services North America* are current clients; and <br>• Affiliate companies Veolia Environmental Services (Australia) Pty Ltd. (closed 2018); and Veolia Middle East SAS and Veolia ES Special Services, Inc. (both closed 2019) are former clients. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***Verizon***<br>Verizon Washington DC, Inc. | Utilities | • Parent company ***Verizon Communications, Inc.*** (d/b/a ***Verizon***); and affiliate companies ***Verizon Deutschland GmbH***, ***Verizon New York Inc.***, ***Verizon Services Organization, Inc.***, ***Verizon Maryland, Inc.***, ***Verizon Business Network Services, Inc.***, ***Verizon Wireless Texas LLC***, ***Verizon Services Organization, Inc.***, ***Verizon Nederland B.V.*** and ***Verizon Connect Fleet USA LLC*** are current clients;<br><br>• Affiliate company ***Verizon Wireless, Inc.*** (a/k/a ***Cellco Partnership***) is: (a) a current client; and (b) a former co-client with current client ***Kyocera International, Inc.*** in a matter closed in 2017;<br><br>• Affiliated entity ***Verizon Distressed Event Driven*** is a client in a current group representation of Preferred Proppants term lenders; and<br><br>• Affiliate Verizon Corporate Resources Group LLC and Verizon Data Services LLC (both closed 2017); Verizon Business International Holdings B.V., Verizon Belgium Luxembourg S.A. and Verizon California, Inc. (all closed 2018); and Verizon Japan Ltd., Verizon Digital Media Services, Inc. and Verizon Services Corporation (all closed 2019) are former clients.<br><br>• *See also* entry above for MCI Communications Service regarding related disclosure. |
| ***Village of Orland Park*** | Plaintiffs | • ***Village of Orland Park*** is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Walmart, Inc.* (f/k/a Wal-Mart Stores, Inc.) | Customers and Vendors | • *Walmart, Inc.* (f/k/a Wal-Mart Stores, Inc.); and affiliate companies *Wal-Mart Stores East, L.P.* (d/b/a Wal-Mart Pharmacy Warehouse #46), and *Nueva Wal Mart De México, S. de R.L. de C.V.* are current clients; and<br><br>• Affiliate companies Wal-Mart (China) Investment Co. Ltd. (closed 2018); and Wal-Mart Stores Arkansas LLC (closed 2019) are former clients. |
| Washington Post Company LLC (n/k/a *Graham Holdings Company*) | Plaintiffs | • The Washington Post Company is now known as current client *Graham Holdings Company*, the parent company of current client *Kaplan, Inc.*; and former client Graham Healthcare Group, Inc. (closed 2019). |
| *Wells Fargo & Company*<br><br>Wells Fargo Financial Leasing, Inc. | Banks<br><br>Vendors | • Parent company *Wells Fargo & Company* is: (a) a co-client, together with affiliated entities *Evergreen Core Plus Bond Fund (Wells Fargo Advantage Income Funds: Income Plus Fund)*; *Evergreen Income Advantage Fund (Wells Fargo Advantage Income Opportunities Fund)*; *Evergreen Multi Sector Income Fund (Wells Fargo Advantage Multi-Sector Income Fund)* and *Evergreen Utilities & High Income Fund (Wells Fargo Advantage Utilities & High Income Fund)* in a current defense group representation of General Motors term loan lenders; and (b) a member of former client J-Crew Ad Hoc First Lien Term Loan Group (closed 2017);<br><br>• Affiliate company *Wells Fargo Bank, N.A.* is: (a) a current client; (b) a co-client with several of its affiliate companies in two current matters, *Wells Fargo & Co., et al.* and *Wachovia Bank, N.A., et al.*; and (c) a stockholder of former client Shanghai Commercial Bank Limited (SCB) (closed 2017); |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate companies *Wells Fargo Rail Corporation*, *Wells Fargo Clearing Services LLC*, *Wells Fargo Securities LLC* and *Wells Fargo Bank, N.A., London Branch* are current clients;<br><br>• Affiliated entity *Wells Fargo Advantage Alternative Strategies Fund* is a co-client in two current group representations of lenders and noteholders of iHeart Communications, Inc.; and<br><br>• Affiliate company *Wells Fargo Trust Company N.A.* is a co-client and a co-defendant with current client *Citizens Financial Group, Inc.* in current joint representation. |
| *West Bend Mutual Insurance Company* | Plaintiffs | • *West Bend Mutual Insurance Company* is a co-client in a current defense group representation of General Motors term lenders. |
| West Boca Medical Center, Inc. | Plaintiffs | • Parent company *Tenet Healthcare Corporation* is: (a) a current client; (b) a partner in a joint venture with current client *The Christ Hospital*; and (c) the former employer of an individual who is a current client; and<br><br>• Affiliate company *United Surgical Partners International, Inc.* is a current client. |
| Wisconsin Department of Health Services | 50 Largest Unsecured Creditors | • Wisconsin state-governed entity, University of Wisconsin, is the parent of current client *University of Wisconsin Hospitals and Clinics Authority*; and<br><br>• Wisconsin state-governed entity, State of Wisconsin Investment Board, is a stockholder of former client Harman International Industries, Incorporated (closed 2018). |
| *Yale University* | Vendors | • *Yale University* is a current client. |