**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649 (RDD) |
| **Debtors.**[1] | **(Jointly Administered)** |

AFFIDAVIT AND DISCLOSURE STATEMENT OF __ABE, IKUBO & KATAYAMA__,

ON BEHALF OF __Purdue Pharma L.P.__

STATE OF _____ )
              ) s.s.:
COUNTY OF _____ )

__Tomohisa Sugiyama__, being duly sworn, upon his oath, deposes and says as follows:

1. I am a __patent attorney__ of __ABE, IKUBO & KATAYAMA__, located at __Fukuoka Building, 8-7, Yaesu 2 Chome, Chuo-ku, Tokyo, JAPAN__ (the "**Firm**").

2. Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: _____

__patent filing and prosecution in Japan, opinion work__

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

#92334295v15

4.  The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.  Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.  Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7.  As of the commencement of this chapter 11 case, the Debtors owed the Firm $ _6,500_ in respect of prepetition services rendered to the Debtors.

8.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on _November 1_, 2019, at _Tokyo JAPAN_.

_Tomohisa Sugiyama_
Affiant Name

SWORN TO AND SUBSCRIBED before
Me this _1st_ day of _November_, 2019

_[signature]_
Notary Public

Motohiro YOSHIDA, NOTARY
TOKYO LEGAL AFFAIRS BUREAU
1-10, KYOBASHI 1-CHOME, CHUO-KU, TOKYO, JAPAN

[Notary seal: TOKYO LEGAL AFFAIRS BUREAU NOTARY 1-10, 1 CHOME KYOBASHI CHUO-KU TOKYO JAPAN]

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |
|---|---|

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**").

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   _Tomohisa Sugiyama_

   _Fukuoka Building, 8-7, Yaesu 2 Chome, Chuo-ku, Tokyo, JAPAN_

2. Date of retention: _April 25, 2002_

3. Type of services to be provided:

   _Patent filing and prosecution in Japan, opinion work_

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

#92334295v15

4. Brief description of services to be provided:

   IP services relating to patent filing and prosecution

5. Arrangements for compensation (hourly, contingent, etc.):

   (a) Average hourly rate (if applicable): $340/h

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the company:

   Amount of claim: $ 6,600 —

   Date claim arose: between June 20, 2019 and September 30, 2019

   Nature of claim: Patent prosecution

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

   Name: N/A

   Status: N/A

2

Amount of claim: $ __N/A__

Date claim arose: __N/A__

Nature of claim: __N/A__

_____

_____

_____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

__N/A__

_____

_____

_____

9. Name and title of individual completing this form:

__Tomohisa Sugiyama, Partner__

Dated: __October 29__, 2019

3

令和元年登簿第413号

認　証

嘱託人・阿部・井窪・片山法律事務所の弁理士　杉山　共永（Mr. Tomohisa Sugiyama）は、本公証人の面前において、添付書面に署名した。

よって、これを認証する。

　　令和元年　11月　1日、本公証人役場において
　　東京都中央区京橋一丁目1番10号
　　東　京　法　務　局　所　属
　　　　公　証　人　　　　Motohiro YOSHIDA
　　　　Notary

証　明

　上記署名は、東京法務局所属公証人の署名に相違ないものであり、かつ、その押印は、真実のものであることを証明する。

　　令和元年　11月　1日

　　東　京　法　務　局　長　　岩　山　伸　二

### APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country: JAPAN

   This public document

2. has been signed by Motohiro YOSHIDA

3. acting in the capacity of Notary of the Tokyo Legal Affairs Bureau

4. bears the seal/stamp of Motohiro YOSHIDA, Notary

   Certified

5. at Tokyo    6. NOV. - 1. 2019

7. by the Ministry of Foreign Affairs

8. 19- № 089655

9. Seal/stamp:    10. Signature



T. TANAKA

Toshie TANAKA

For the Minister for Foreign Affairs