UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Sonia Akter, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 3, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail and email on the Reviewing Parties Service List attached hereto as **Exhibit A**:

- Affidavit and Disclosure Statement of Lawrence G. Cetrulo, On Behalf of Cetrulo LLP [Docket No. 560]

- Affidavit and Disclosure Statement of Peter R. Mathers, On Behalf of Kleinfeld, Kaplan and Becker LLP [Docket No. 561]

- Affidavit and Disclosure Statement of Robert J. Paradiso on Behalf of Purdue Pharma L.P. [Docket No. 562]

- Affidavit and Disclosure Statement of Dr. Ralf Hocherl, on Behalf of Maiwald Patentanwalts- und Rechtsanwaltsgesellschaft mbH [Docket No. 563]

- Affidavit and Disclosure Statement of John D. Adams on Behalf of McGuirewoods LLP [Docket No. 564]

- Affidavit and Disclosure Statement of Steven F. Napolitano, on Behalf of Skarzynski Marick & Black LLP [Docket No. 565]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

- Affidavit and Disclosure Statement of Daniel J. Kissane, on Behalf of Cole, Scott & Kissane, P.A. [Docket No. 566]

- Affidavit and Disclosure Statement of Thomas D. Adams on Behalf of Karr Tuttle Campbell [Docket No. 567]

- Affidavit and Disclosure Statement of John Charlton Gerard Lockey QC [Docket No. 568]

- Affidavit and Disclosure Statement of Todd E. Jones on Behalf of Taylor English Duma LLP [Docket No. 569]

Dated: December 6, 2019

_____
Sonia Akter

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 6, 2019, by Sonia Akter, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**<u>Exhibit A</u>**

Exhibit A
Reviewing Parties Service List
Served via first class mail and email

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|
| Brown Rudnick LLP | Attn: Steven D. Pohl | One Financial Center | | Boston | MA | 02111 | spohl@brownrudnick.com |
| Brown Rudnick LLP | Attn: Gerard T. Cicero and David J. Molton | 7 Times Square | | New York | NY | 10036 | GCicero@brownrudnick.com DMolton@brownrudnick.com |
| Gilbert, LLP | Attn: Craig Literland, Kami Quinn, and Scott Gilbert | 1100 New York Ave., NW | Suite 700 | Washington | DC | 20005 | litherlandc@gilbertlegal.com quinnk@gilbertlegal.com gilberts@gilbertlegal.com |
| Kramer Levin Naftalis & Frankel | Attn: Kenneth Eckstein and Rachael Ringer | 1177 Avenue of the Americas | | New York | NY | 10036 | keckstein@kramerlevin.com rringer@kramerlevin.com |
| Office of The United States Trustee | Attn: Paul Schwartzberg | U.S. Federal Office Building | 201 Varick Street, Suite 1006 | New York | NY | 10014 | paul.schwartzberg@usdoj.gov |
| Otterbourg P.C. | Attn: Melanie L. Cyganowski, Esq. & Jennifer S. Feeney | 230 Park Avenue | | New York | NY | 10169 | mcyganowski@otterbourg.com jfeeney@otterbourg.com |