Elisha D. Graff
Jamie J. Fell
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone:   (212) 455-2000
Facsimile:   (212) 455-2502

*Counsel for PJT Partners LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS BY
SIMPSON THACHER & BARTLETT LLP ON BEHALF OF PJT PARTNERS LP**

PLEASE TAKE NOTICE THAT Simpson Thacher & Bartlett LLP ("Simpson Thacher") hereby appears in the above-captioned chapter 11 cases as attorneys for PJT Partners LP ("PJT") pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and pursuant to Bankruptcy Rules 2002, 3017 and 9007, Simpson Thacher requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

be given to and served upon Simpson Thacher at the office, address and telephone number set forth below, and that Simpson Thacher be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

> Elisha D. Graff, Esq.
> Jamie J. Fell, Esq.
> SIMPSON THACHER & BARTLETT LLP
> 425 Lexington Avenue
> New York, NY 10017
> Telephone: (212) 455-2000
> Facsimile: (212) 455-2502
> Email:egraff@stblaw.com
> Email:jamie.fell@stblaw.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections specified above but also includes, without limitation, all orders, notices, applications, complaints or demands, motions, petitions, pleadings or requests, disclosure statements or plans of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or courier delivery, telephone, telecopy, facsimile, telegraph or otherwise, in the above-referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE THAT neither this Notice of Appearance and Demand for Service of Papers (this "Notice"), nor any subsequent appearance, pleading, proof of claim, claim or suit is intended nor shall be deemed to waive PJT's: (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge for the United States District Court for the Southern District of New York (the "District Court"); (ii) right to trial by jury in any proceeding related to these chapter 11 cases or any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of the Bankruptcy

Court for any purpose other than with respect to this Notice; (v) an election of remedy; or (vi) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

|  |  |
|---|---|
| Dated: December 6, 2019<br>New York, New York | Respectfully submitted,<br><br>*/s/ Elisha D. Graff*<br>Elisha D. Graff<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Telephone:    (212) 455-2000<br>Facsimile:    (212) 455-2502<br>Email:            egraff@stblaw.com<br><br>*Counsel for PJT Partners LP* |