UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re: | Chapter 11 |
|---|---|
| **PURDUE PHARMA, L.P., et al.** | Case No. 19-23649 (RDD) |
| Debtors[1]. | (Jointly Administered) |

**AFFIDAVIT AND DISCLOSURE STATEMENT OF RICHARD J. SAPP**

**ON BEHALF OF NYEMASTER GOODE, P.C.**

STATE OF IOWA   )
                ) ss:
COUNTY OF POLK  )

Richard J. Sapp, being duly sworn, upon his oath, deposes and says as follows:

1. I am a Senior Shareholder of Nyemaster Goode, P.C., located at 700 Walnut Street, Suite 1600, Des Moines, Iowa 50309 (the "**Firm**").

2. Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

3.    The Services include, but are not limited to, the following: defense of Debtors in litigation commenced by Iowa Attorney General in Iowa State Court.

4.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' Chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these Chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.    Neither I, nor any principal of, or professional employed by the Firm, has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.    Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7.    As of the commencement of this Chapter 11 case the Debtors owed the Firm $646.50 in respect to prepetition services rendered to the Debtors.

8.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discovery any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 6, 2019, at Des Moines, Iowa.

_____
Richard J. Sapp
NYEMASTER, GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
Telephone: (515) 283-3144
Facsimile:  (515) 283-8045
E-Mail: rjs@nyemaster.com

SWORN TO AND SUBSCRIBED before
Me this 6th day of December, 2019

_Holly Mitchell_____
Notary Public

[Notary Stamp: HOLLY MITCHELL, Commission Number 816506, My Commission Expires 4/18/2022]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>PURDUE PHARMA, L.P., et al.<br><br>Debtors[1]. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

### RETENTION QUESTIONNAIRE OF NYEMASTER GOODE, P.C.

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors").

All questions must be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.   Name and address of professional:  **Richard J. Sapp, Nyemaster Goode, P.C., 700 Walnut Street, Suite 1600, Des Moines, Iowa 50309.**

2.   Date of retention:  **May 17, 2019.**

3.   Type of services to be provided:  **Legal.**

4.   Brief description of services to be provided: **Defense of Debtor in Iowa litigation filed by Iowa Attorney General.**

5.   Arrangements for compensation (hourly, contingent, etc.):  **Hourly**
     (a)  Average hourly rate (if applicable)  **$400**
     (b)  Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):  **Average prepetition monthly billing $6,640. Unpaid prepetition services total $646.50.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

6.   Prepetition claims against the Debtors held by the company:

   Amount of claim: **$646.50**
   Date claim arose: **September 12-14, 2019**
   Nature of claim: **Unpaid amount of prepetition legal services.**

7.   Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

   **None other than the law firm itself.**

   Name: _____
   Status: _____
   Amount of claim: $ _____
   Date claim arose: _____
   Nature of claim: _____

8.   Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:
   **None.**

9.   Disclose whether the professional currently represents any of the Debtors' existing shareholders, including trusts, beneficiaries, companies, affiliates, family members and any similar related parties (together, the "Shareholder Parties"), and/or any entity owned or controlled by any Shareholder Party (in each case other than any Debtor), and whether any Shareholder Party or any entity owned or controlled by any Shareholder Party (other than any Debtor) accounted for more than 1% of the professionals' annual revenue for any of the last five years. If so, describe what ethical walls or other protections are in place with regard to the concurrent representations.

   **None.**

10.   Name and title of individual completing this form: **Richard J. Sapp, Senior Shareholder, Nyemaster Goode, P.C.**

_12/6/19_
Date

Richard J. Sapp
NYEMASTER, GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA  50309-3899
Telephone: (515) 283-3144
Facsimile:  (515) 283-8045
E-Mail: rjs@nyemaster.com

2