UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

AFFIDAVIT AND DISCLOSURE STATEMENT OF __ABE, IKUBO & KATAYAMA__,

ON BEHALF OF __Purdue Pharma L.P.__

STATE OF _____ )
                     ) s.s.:
COUNTY OF _____ )

__Tomohisa Sugiyama__, being duly sworn, upon his oath, deposes and says as follows:

1. I am a __patent attorney__ of __ABE, IKUBO & KATAYAMA__, located at __Fukuoka Building, 8-7, Yaesu 2 Chome, Chuo-ku, Tokyo, JAPAN__ (the "**Firm**").

2. Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: __patent filing and prosecution in Japan, opinion work__

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

#92634797v5

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

2

#92634797v5

7. As of the commencement of this chapter 11 case, the Debtors owed the Firm $ 6,500 in respect of prepetition services rendered to the Debtors.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 6, 2019, at Tokyo JAPAN.

Tomohisa Sugiyama
Affiant Name

SWORN TO AND SUBSCRIBED before
Me this 6th day of December, 2019

Notary Public Motohiro YOSHIDA

TOKYO LEGAL AFFAIRS BUREAU
NOTARY
1-10.1 CHOME KYOBASHI CHUO-KU
TOKYO JAPAN

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors.[4] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**").

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.  Name and address of professional:

    *Tomohisa Sugiyama*

    *Fukuoka Building, 8-7, Yaesu 2 Chome, Chuo-ku, Tokyo, JAPAN*

2.  Date of retention:  *April 25, 2002*

3.  Type of services to be provided:

    *Patent filing and prosecution in Japan, opinion work*

---

[4] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

#92634797v5

_____

_____

4. Brief description of services to be provided:

   IP services relating to patent filing and prosecution
   _____

   _____

   _____

5. Arrangements for compensation (hourly, contingent, etc.):

   _____

   (a) Average hourly rate (if applicable):
   
   $340/h
   _____

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

   N/A
   _____

6. Prepetition claims against the Debtors held by the company:

   Amount of claim: $ 6,500

   Date claim arose: between June 20, 2019 and September 30, 2019

   Nature of claim: Patent prosecution

3

#92634797v5

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: _N/A_

Status: _N/A_

Amount of claim: $ _N/A_

Date claim arose: _N/A_

Nature of claim: _N/A_

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

_N/A_

9. Disclose whether the professional currently represents any of the Debtors' existing shareholders, including trusts, beneficiaries, companies, affiliates, family members and any similar related parties (together, the "**Shareholder Parties**"), and/or any entity owned or controlled by any Shareholder Party (in each case other than any Debtor), and whether any Shareholder Party or any entity owned or controlled by any Shareholder Party (other than any Debtor) accounted for more than 1% of the professionals' annual revenue for any of the last five years. If so, describe what ethical walls or other protections are in place with regard to the concurrent representations.

_N/A_

4

#92634797v5

_____

_____

_____

10.   Name and title of individual completing this form:

_Tomohisa Sugiyama, Partner_____

Dated: **December 6**, 2019

5

#92634797v5

令和元年登簿第 2796 号

認　　　証

　嘱託人・阿部・井窪・片山法律事務所の弁理士　杉山　共永（Mr. Tomohisa Sugiyama）は、本公証人の面前において、添付書面に署名した。

　よって、これを認証する。
　　令和元年　１２月　６日、本公証人役場において
　　東京都中央区京橋一丁目１番１０号
　　　東　京　法　務　局　所　属
　　　　　公　証　人
　　　　　Notary

　　　　　Motohiro YOSHIDA

証　　　明

　上記署名は、東京法務局所属公証人の署名に相違ないものであり、かつ、その押印は、真実のものであることを証明する。
　令和元年　１２月　６日

　東　京　法　務　局　長　　　山　西　宏　紀


### APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country:  JAPAN

   This public document

2. has been signed by  Motohiro YOSHIDA

3. acting in the capacity of Notary of the Tokyo Legal Affairs Bureau

4. bears the seal/stamp of  Motohiro YOSHIDA, Notary

   Certified

5. at Tokyo　　　　　　　　　　6.  DEC. - 6. 2019

7. by the Ministry of Foreign Affairs

8. 19- № 131193

9. Seal/stamp:　　　　　　　　10. Signature



　　　　　　　　　　　　　　　T. TANAKA

　　　　　　　　　　　　　　　Toshie TANAKA
　　　　　　　　　　　　　　　For the Minister for Foreign Affairs