## Exhibit 2

# Updated Sales Forecast Scenarios

11/22/2017

DRAFT



PROPRIETARY AND CONFIDENTIAL

MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)

DRAFT



# Summary

- The addressable branded ERO NBRx market is small relative to the entire market which continues to decline

- Sales forecast scenarios were updated to reflect 3 key changes:
  1. ERO Market Decline
  2. Xtampza ER sNDA impact on OxyContin
  3. Nektar-181 impact on OxyContin

- Base case scenario provides the best opportunity to:
  - Successfully begin diversification
  - Realize deal model synergies for Symproic
  - Support investment for growth

- Commercial organization will need to be adjusted
  - Hybrid sales force (Purdue and CSO)
  - Additional savings beyond those presented in October


MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)

DRAFT



# Promotional Mix Model

PROPRIETARY AND CONFIDENTIAL

MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)

# Addressable ERO Market

DRAFT






ERO = 309K HCP's
YTD/YTD TRx Growth = -11.1%

Branded ERO = 163K HCP's
YTD/YTD TRx Growth = -12.8%

Branded ERO
NBRx = 109K HCP's
YTD/YTD NBRx Growth = -16.7%

Branded ERO NBRx with Avg Of At Least 1 Per Month = 9.3K HCP's
YTD/YTD NBRx Growth = +4.1%

- Decile 7-10 grew in Q117.  Declining since.

MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)

DRAFT



# Promotional Mix Model

- Rigorous Promotional Mix Model
  - Multiple regression with lagged and interactive terms
  - Machine learning to refine and validate results
  - Results are at HCP level

- Results are influenced by
  - Strategic choices
  - Execution
  - External events
  - Competition

- Approach is industry standard with enhancements

- Results have been validated by ZS associates, KMK, McKinsey and others


MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)



**DRAFT**



# OxyContin Sales Are Mainly From Carry-Over, Typical of a Mature Brand



Contribution of Promotion to Sales

- As a matured product, Oxycontin TRx has 4% contribution from promotion channels.

- Remaining 96% is estimated to be carry over.

- $33MM incremental revenue was generated, with a ROI of 0.87.

- Being a brand launched for a long period, its ROI is relative stable.


MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)



DRAFT

# OxyContin Data Signal 5 Key Channels:
# Primary / Secondary / Tertiary Calls, Savings Card, and eVoucher

- Sales force details represent 53% of total investment and 38% of total promotional contribution

- Details, eVoucher, and saving cards account for 93% of all contribution



Contribution by Channel

| ROI | 1.41 | 0.66 | 1.22 | 0.33 | 1.69 | 0.24 | 1.57 | 1.94 | 0.33 | 0.15 | 0.23 |
|-----|------|------|------|------|------|------|------|------|------|------|------|



MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)





# Hysingla ER Promotion Contribution and Carry-Over



Contribution of Promotion to Sales

- Hysingla ER TRx has 38% contribution from promotional channels.

- Remaining 62% is estimated to be other factors.

- $11MM incremental revenue was generated, with a ROI of 0.28.

MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)



**DRAFT**

## Hysingla ER Signal 5 Key Channels:
## Primary / Secondary Calls, Trial Card, Savings Card, and eVoucher

- Details, eVoucher, trial cards and saving cards account for 99.4% of all contributions



| ROI | 0.25 | 0.46 | 1.21 | 0.25 | 0.79 | 0.83 | 0.03 | 0.16 | 0.14 | 0.28 | 0.17 | 0.07 | 0.57 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|


MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)

DRAFT



# Sales Forecast Scenarios

PROPRIETARY AND CONFIDENTIAL

MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)

# Sales Forecast Assumptions

DRAFT



| | June 5 Year Plan | Base |
|---|---|---|
| ERO Market Decline 2018-2019 | 2017-2018 9.3%<br>2019-2020 6%<br>2021-2022 3% | 2017 11.1%<br>2018-2022 10.5% |
| Price Increases | 2018 OxyContin & Hysingla ER 6%, Butrans 9.5%<br>2019-2022 9.5% | 2018-2019 9.5%<br>2020-2022 6.0% |
| Sales Force | ~500 reps | 248 reps + 102 CSO reps |
| Brand Pressures | Current trend continues through 2018 and slows for 2019-2022 | Current trend continues |
| Xtampza ER sNDA additional impact | No | Modest (see backup slide) |
| Nektar-181 impact on OxyContin | Risk adj. 2019 launch | Risk adj. 2019 launch |
| Cebranapadol impact on OxyContin | 70% risk adj. | 30-50% risk adj. |
| Triphentin | Not included | Included |
| Symproic | Deal forecast | Deal forecast |
| MSER ADF | Not Included | Included |
| Targiniq ER | Not Included | Not Included |
| Consumer Health | 4% CAGR | 20% CAGR |



MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)

DRAFT



# Sales Forecast Assumptions

| | Oct. Presentation | Base | Downside | New Commercial Model |
|---|---|---|---|---|
| 2017-2022 Cumulative Net Sales | $6,215MM | $5,879MM | $4,566MM | $5,426MM |
| ERO Market Decline 2018-2019 | 2018-2019 10.5% 2020-2022 3-4% | 2018-2022 10.5% | 2018-2022 10.5% | 2018-2022 10.5% |
| Price Increases | 9.5% all years | 2018-2019 9.5% 2020-2022 6.0% | 2018-2019 9.5% 2020-2022 6.0% | 2018-2019 9.5% 2020-2022 6.0% |
| Sales Force | 360 reps | 248 reps + 102 CSO reps | 260 reps + 50 maintenance reps | 260 reps on Symproic |
| Brand Pressures | Current trend continues | Current trend continues | Trend accelerates | Current trend continues |
| Xtampza ER sNDA additional impact | No | Modest (see backup slide) | Steeper (see backup slide) | Modest (see backup slide) |
| Nektar-181 impact on OxyContin | Risk adj. 2022 launch | Risk adj. 2019 launch | 2019 launch not risk adj. | Risk adj. 2019 launch |
| Cebranapadol impact on OxyContin | 70% risk adj. | 30-50% risk adj. | 30-50% risk adj. | 30-50% risk adj. |
| Triphentin | Not included | Included | Not included | Included |
| Symproic | Deal forecast | Deal forecast | Lower Market Lower chronic use | Deal forecast |
| MSER ADF | Included | Included | Not Included | Included |
| Targiniq ER | Included | Not Included | Not Included | Not Included |
| Consumer Health | Relatively flat | 20% CAGR | Flat | 20% CAGR |


MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)

DRAFT



# 2018 -2022 Sales Forecast: Base Case

| $M | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|
| OxyContin | $1,062 | $792 | $608 | $529 | $466 | $400 |
| Butrans | 174 | 46 | 13 | 6 | 7 | 8 |
| Hysingla ER | 58 | 64 | 71 | 61 | 60 | 58 |
| Other | 6 | 5 | 4 | 3 | 3 | 3 |
| Consumer Health - trend | 70 | 73 | 73 | 73 | 73 | 73 |
| Legacy Brands | $1,369 | $980 | $769 | $672 | $609 | $542 |
| Symproic | 3 | 36 | 73 | 130 | 169 | 166 |
| Triphentin | - | - | - | 19 | 37 | 58 |
| MSER ADF | - | - | 8 | 8 | 8 | 8 |
| Consumer Health - growth | - | - | 12 | 34 | 66 | 104 |
| Growth Brands | $3 | $36 | $92 | $191 | $279 | $336 |
| Total | $1,372 | $1,016 | $861 | $863 | $888 | $878 |

*Triphentin sales are risk adjusted.  Non-risk adjusted ADHD sales are $24MM in 2020, $46MM in 2021 and$73MM in 2022


MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)



# 2018 -2022 Sales Forecast: Downside Case



| $M | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|
| OxyContin | $1,062 | $756 | $531 | $418 | $341 | $275 |
| Butrans | 174 | 46 | 13 | 6 | 7 | 8 |
| Hysingla ER | 58 | 57 | 51 | 31 | 24 | 18 |
| Other | 6 | 5 | 4 | 3 | 3 | 3 |
| Consumer Health - trend | 70 | 73 | 73 | 73 | 73 | 73 |
| Legacy Brands | $1,369 | $938 | $672 | $531 | $449 | $377 |
| Symproic | 3 | 16 | 35 | 58 | 68 | 70 |
| Triphentin | - | - | - | - | - | - |
| MSER ADF | - | - | - | - | - | - |
| Consumer Health - growth | - | - | - | - | - | - |
| Growth Brands | $3 | $16 | $35 | $58 | $68 | $70 |
| Total | $1,372 | $954 | $707 | $590 | $517 | $447 |


MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)

# 2018 -2022 Sales Forecast:
# Base Case with New Commercial Model

DRAFT



| $M | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|
| OxyContin | $1,062 | 773 | 570 | 481 | 410 | 339 |
| Butrans | 174 | 46 | 13 | 6 | 7 | 8 |
| Hysingla ER | 58 | 49 | 30 | 14 | 8 | 5 |
| Other | 6 | 5 | 4 | 3 | 3 | 3 |
| Consumer Health - trend | 70 | 73 | 73 | 73 | 73 | 73 |
| Legacy Brands | $1,369 | $947 | $690 | $577 | $502 | $428 |
| Symproic | 3 | 36 | 73 | 130 | 169 | 166 |
| Triphentin* | - | - | - | 19 | 37 | 58 |
| MSER ADF | - | - | 8 | 8 | 8 | 8 |
| Consumer Health - growth | - | - | 12 | 34 | 66 | 104 |
| Growth Brands | $3 | $36 | $92 | $191 | $279 | $336 |
| Total | $1,372 | $982 | $782 | $768 | $781 | $764 |

*Triphentin sales are risk adjusted.  Non-risk adjusted ADHD sales are $24MM in 2020, $46MM in 2021 and$73MM in 2022


MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)

# Field Force Cost




DRAFT

### Base Case

| | 2017 LE | | | 2018 Budget | | | 2019 Budget | | | Cumulative Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| | PDEs | FTE | Cost | PDEs | FTE | Cost | PDEs | FTE | Cost | 2018-2022 |
| Symproic | 122,048 | 223 | 23.0 | 452,088 | 199 | 68.9 | 452,088 | 199 | 67.1 | 337.2 |
| OxyContin | 273,859 | 116 | 51.7 | 208,354 | 92 | 31.7 | 208,354 | 92 | 30.9 | 155.4 |
| Hysingla | 359,657 | 157 | 67.9 | 133,358 | 59 | 20.3 | 133,358 | 59 | 19.8 | 99.5 |
| Butrans | 144,650 | 37 | 27.3 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0.0 |
| **Total** | **900,214** | **533** | **170.0** | **793,800** | **350** | **120.9** | **793,800** | **350** | **117.8** | **592.1** |

Notes:
- Budget includes 248 Purdue (Cost per rep: $373K) and 102 CSO reps (Cost per rep: $213K)

### Downside Case

| | 2017 LE | | | 2018 Budget | | | 2019 Budget | | | Cumulative Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| | PDEs | FTE | Cost | PDEs | FTE | Cost | PDEs | FTE | Cost | 2018-2022 |
| Symproic | 122,048 | 223 | 23.0 | 393,120 | 173 | 63.5 | 393,120 | 173 | 60.3 | 304.6 |
| OxyContin | 273,859 | 116 | 51.7 | 198,072 | 87 | 32.0 | 198,072 | 87 | 30.4 | 153.5 |
| Hysingla | 359,657 | 157 | 67.9 | 111,888 | 49 | 18.1 | 111,888 | 49 | 17.2 | 86.7 |
| Butrans | 144,650 | 37 | 27.3 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0.0 |
| **Total** | **900,214** | **533** | **170.0** | **703,080** | **310** | **113.5** | **703,080** | **310** | **107.8** | **544.7** |

Notes:
- Budget includes 260 Purdue (Cost per Rep: $370K) and 50 concierge reps (Cost per Rep: $160K). The plan does not meet Symproic PDE requirement, will have to renegotiate the contract

### New Commercial Model

| | 2017 LE | | | 2018 Budget | | | 2019 Budget | | | Cumulative Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| | PDEs | FTE | Cost | PDEs | FTE | Cost | PDEs | FTE | Cost | 2018-2022 |
| Symproic | 122,048 | 223 | 23.0 | 488,191 | 260 | 110.5 | 488,191 | 260 | 102.8 | 521.8 |
| OxyContin | 273,859 | 116 | 51.7 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0.0 |
| Hysingla | 359,657 | 157 | 67.9 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0.0 |
| Butrans | 144,650 | 37 | 27.3 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0.0 |
| **Total** | **900,214** | **533** | **170.0** | **488,191** | **260** | **110.5** | **488,191** | **260** | **102.8** | **521.8** |

Notes:
- Budget includes 260 Purdue reps only (Cost per Rep: $395K)


MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)

DRAFT



# Backup

PROPRIETARY AND CONFIDENTIAL

DRAFT



# Xtampza ER Impact

- Incremental negative impact is expected to be the result of additional payers placing Xtampza ER on formulary and excluding OxyContin and Hysingla ER
- We expect to lose 60% of volume in excluded plans (UHC analogue)
  - 40% of volume will become non-rebated and this rebate savings will offset the topline impact
  - Loss of plans occurs over time with peak in 2020
- Spillover into other plans is expected to occur as prescribers encounter obstacles to prescribing and change prescribing habits for patients on plans where coverage is maintained
  - The impact of this will be larger with a higher percentage excluded or a large plan exclusion
- Hysingla ER will not likely be a target, but in some cases impact may occur (e.g. 1 of 1 contracts)
- Specific assumptions by scenario:

| | OxyContin Base & New Commercial Model | OxyContin Downside | Hsyingla ER |
|---|---|---|---|
| % of rebated volume excluded | 20% | 35% | 10% |
| Spillover impact | 2.5% | 5.0% | 2.5% |
| 2018 Rx impact | 2.6% | 4.5% | 1.5% |
| 2022 Rx impact | 10.1% | 17.5% | 4.7% |


MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)



# Impact of Sales Force on OxyContin and Hysingla ER





MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)



# Roll Forward from June Strat Plan to Base Case



| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | Cumulative |
|---|---|---|---|---|---|---|---|
| June Strat Plan | $1,325 | $1,108 | $1,140 | $1,121 | $1,188 | $1,382 | $7,263 |
| OxyContin price | - | 23 | 27 | 9 | (4) | (18) | 37 |
| OxyContin Xtampza ER | - | (26) | (59) | (63) | (47) | (33) | (229) |
| OxyContin Market | (22) | (31) | (74) | (99) | (142) | (195) | (563) |
| OxyContin brand pressures continue | - | - | (100) | (117) | (153) | (183) | (553) |
| OxyContin other* | (6) | (59) | (67) | (4) | (12) | (172) | (320) |
| Butrans (mostly LoE shift to Jan-18) | 17 | 23 | (1) | (3) | (2) | (2) | 32 |
| Hysingla ER Market | (1) | (3) | (8) | (12) | (16) | (23) | (64) |
| Hysingla ER impact of lower calls | (1) | (9) | (10) | (9) | (8) | (8) | (45) |
| Hysingla ER other* | (9) | (6) | - | (11) | (15) | (26) | (67) |
| Triphentin risk adjusted sales | - | - | - | 19 | 37 | 58 | 114 |
| 2017 prior year accrual reversals | 79 | | | | | | 79 |
| MSER ADF | - | - | 8 | 8 | 8 | 8 | 32 |
| Consumer Health changes | (4) | (4) | 5 | 24 | 54 | 90 | 165 |
| Symproic delay in launch | (6) | - | - | - | - | | (6) |
| Base Case | $1,372 | $1,016 | $861 | $863 | $888 | $878 | $5,879 |

*Includes updated Rx trends, GTN, AG, inventory, institutional volume, tabs per Rx and mix.



MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)

DRAFT

DRAFT



# Roll Forward from October Presentation to Base Case

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | Cumulative |
|---|---|---|---|---|---|---|---|
| October Presentation | $1,339 | $990 | $887 | $953 | $1,016 | $1,019 | $6,215 |
| OxyContin price | - | - | - | (17) | (28) | (40) | (85) |
| OxyContin Xtampza ER | - | (26) | (59) | (63) | (47) | (33) | (229) |
| OxyContin Nektar-181 earlier launch | - | - | (4) | (19) | (41) | (80) | (144) |
| OxyContin 2020-2022 mkt & share | | | | (1) | (55) | (118) | (174) |
| OxyContin other* | 6 | 37 | 31 | (19) | (24) | 10 | 40 |
| Butrans LoE shift to Jan-18 | 27 | 19 | 1 | - | - | - | 48 |
| Hysingla ER price | - | - | - | (2) | (3) | (5) | (9) |
| Hysingla ER 2020-2022 mkt & share | | | | (9) | (12) | (15) | (36) |
| Hysingla ER other* | - | (2) | 3 | (1) | (4) | (6) | (11) |
| Targiniq ER not launching | - | (3) | (8) | (10) | (14) | (16) | (51) |
| Triphentin risk adjusted sales | - | - | - | 19 | 37 | 58 | 114 |
| Consumer Health increases | - | 1 | 10 | 32 | 64 | 103 | 210 |
| Base Case | $1,372 | $1,016 | $861 | $863 | $888 | $878 | $5,879 |

*Includes updated Rx trends, AG, GTN, inventory, institutional volume, tabs per Rx and mix.


MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)

DRAFT 



# Changes from Base Case to Downside Case

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | Cumulative |
|---|---|---|---|---|---|---|---|
| Base Case | $1,372 | $1,016 | $861 | $863 | $888 | $878 | $5,879 |
| Exclude Triphentin | - | - | - | (19) | (37) | (58) | (114) |
| Exclude MSER ADF | - | - | (8) | (8) | (8) | (8) | (32) |
| Flat Consumer Health | - | - | (12) | (34) | (66) | (104) | (216) |
| Lower Symproic | - | (20) | (38) | (71) | (100) | (96) | (326) |
| Hysingla ER Sales Force Impact | - | (6) | (20) | (30) | (36) | (40) | (132) |
| OxyContin add. Nektar impact | | | (10) | (31) | (45) | (48) | (134) |
| OxyContin steeper pressures | | (30) | (52) | (77) | (94) | (109) | (361) |
| OxyContin add. Xtampza ER impact | | (9) | (6) | (17) | (16) | (4) | (52) |
| OxyContin other | - | 3 | (9) | 14 | 30 | 36 | 74 |
| Downside Case | $1,372 | $954 | $707 | $590 | $517 | $447 | $4,585 |


MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)



# Changes from Base Case for New Commercial Model



| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | Cumulative |
|---|---|---|---|---|---|---|---|
| Base Case | $1,372 | $1,016 | $861 | $863 | $888 | $878 | $5,879 |
| OxyContin | - | (19) | (38) | (48) | (56) | (62) | (219) |
| Hysingla ER | - | (14) | (42) | (47) | (51) | (53) | (207) |
| Base Case with New Commercial Model | $1,372 | $982 | $782 | $768 | $781 | $764 | $5,449 |


MCK-MAAG-0070162 - produced by McKinsey & Company in response to a civil investigative demand pursuant to Mass. Gen. Law ch. 93A § 6(6)