Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

-------------------------------------------------------- x

### FIRST MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF SEPTEMBER 16, 2019 THROUGH AND INCLUDING OCTOBER 31, 2019

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Period for Which Compensation is Sought: | September 16, 2019 – October 31, 2019 |
|---|---|
| Total Amount of Fees Incurred: | $342,882.00 |
| Total Fees Requested (80%): | $274,305.60 |
| Total Reimbursement of Expenses Incurred: | $1,434.43 |
| Total Reimbursement of Expenses Requested (100%): | $1,434.43 |
| Total compensation and Reimbursement Requested in this Statement: | $275,740.03 |
| This is Applicant's: | First Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this First Monthly Fee Statement (the "Fee Statement") for the period of September 16, 2019 through and including October 31, 2019 (the "Statement Period").

### **Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $342,882.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $274,305.60

2

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,042.46[2]. The Blended hourly rate of all paraprofessionals is $299.83[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $1,434.43 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors (the "Allocation Fees"). Pursuant to the Fee Assumption Order, Applicant may request Allocation Fees through a separate application at a later date.

<u>**Notice**</u>

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests

---

[2]      The blended hourly billing rate of $1,042.46 is derived by dividing the total fees for attorneys of $342,032.00 by the total hours of 328.1.

[3]      The Blended hourly billing rate of $299.83 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $850.00 by the total hours of 5.8.

(i) compensation in the amount of $274,305.60 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $342,882.00) and (ii) payment of $1,434.43 for the actual, necessary expenses that Applicant incurred in connection with such services during the Statement Period.

Dated: December 9, 2019
      New York, New York

                                OTTERBOURG P.C.

By:    /s/ *Melanie L. Cyganowski*
       Melanie L. Cyganowski, Esq.
       Jennifer S. Feeney, Esq.
       230 Park Avenue
       New York, New York 10169
       Telephone:   (212) 661-9100
       Facsimile:   (212) 682-6104

       Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

**<u>EXHIBIT A</u>**

**Fees By Project Category**

**SUMMARY OF COMPENSATION BY PROJECT CODE**
**FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU01 | Asset Analysis and Recovery | 23.0 | $24,540.50 |
| PU02 | Assumption & Rejection of Leases and Contract | 19.9 | $18,796.00 |
| PU03 | Business Operations | 27.2 | $24,423.00 |
| PU04 | Case Administration | 31.7 | $28,010.00 |
| PU08 | Litigation: Contested Matters, Adversary | 57.7 | $59,250.50 |
| PU09 | Meetings and Communications w/ AHC | 126.3 | $138,635.50 |
| PU10 | Non-Working Travel (billed at 50%) | 2.8 | $3,310.00 |
| PU11 | Plan and Disclosure Statement | 45.3 | $45,916.50 |
|  | **TOTALS:** | **333.9** | **$342,882.00** |

1

# EXHIBIT B

## Professional and Paraprofessional Fees

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour[1] | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1250.00 (Sept. rate) | 53.3 | $66,625.00 |
| | | $1315.00 (Oct. rate) | 94.9 | $124,793.50 |
| Richard G. Haddad ("RGH") Partner | 1988 | $995.00 | 2.5 | $2,487.50 |
| | | $1045.00 | 0.0 | $0.00 |
| Peter Feldman ("PF") Partner | 1992 | $995.00 | 2.4 | $2,388.00 |
| | | $1045.00 | 0.0 | $0.00 |
| William M. Moran ("WMM") Partner | 1990 | $795.00 | 4.5 | $3,577.50 |
| | | $895.00 | 21.3 | 19,063.50 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $805.00 | 63.6 | $67,298.00 |
| | | $850.00 | 83.6 | $54,060.00 |
| Michael A. Pantzer ("MAP") Associate | 2017 | $370.00 | 0.0 | $0.00 |
| | | $425.00 | 2.0 | $850.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $295.00 | 3.0 | $885.00 |
| | | $305.00 | 2.8 | $854.00 |
| | **TOTAL** | | **333.9** | **$342,882.00** |

---

[1]    In accordance with the firm's customary practice, hourly rates are reviewed annually in October and may have been adjusted.  Accordingly, time may have been billed at two different rates during this Statement Period.

**<u>EXHIBIT C</u>**

**Time Detail**

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

December 3, 2019
BILL NO. 206646

```
Client/Matter No.:    20186/0002
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL
```

For Services Rendered Through October 31, 2019:

Phase: PU01                          ASSET ANALYSIS AND RECOVERY

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/18/19 PF | Analysis of Legal Papers<br>Review of Common Interest Agreement draft and email to MLC re same | .40 | 398.00 |
| 09/19/19 PF | Review/correct Stipulation<br>Review and revise Common Interest Agreement | 2.00 | 1,990.00 |
| 09/19/19 JSF | Examine Documents<br>Purdue - Draft Common Interest Agreement | .30 | 241.50 |
| 09/21/19 JSF | Examine Documents<br>Common Interest Ageement and Compare to Existing Agreement Among States | 1.30 | 1,046.50 |
| 09/22/19 JSF | Examine Documents<br>Common Interest Agreement | .30 | 241.50 |
| 09/24/19 JSF | Examine Documents<br>Proposed Confidentiality Agreement from Debtors | .40 | 322.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 2                                                          BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/24/19 WMM | Legal services/Legal Papers<br>Reviewing proposed NDA and communications concerning same. | .50 | 397.50 |
| 09/25/19 JSF | Examine Documents<br>Purdue - Revised Common Interest Agreement | .20 | 161.00 |
| 09/26/19 JSF | Examine Documents<br>NDA - Confidentiality Agreement | .40 | 322.00 |
| 09/27/19 JSF | Examine Documents<br>Comments to NDA with Debtors | .60 | 483.00 |
| 09/30/19 WMM | Legal services/Legal Papers<br>Review revisions to draft NDA and protective order; communications concerning same. | 1.00 | 795.00 |
| 10/01/19 MLC | Draft/revise<br>Reviewed and revised protective order and non-disclosure agreement | 1.00 | 1,315.00 |
| 10/02/19 JSF | Examine Documents<br>Current Status of NDA Agreement | .40 | 340.00 |
| 10/02/19 JSF | Examine Documents<br>Comments to NDA | .40 | 340.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                              December 3, 2019
Page 3                                                                    BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/13/19 MLC | Conference call(s) Conference call with DPW and AHC co-counsel concerning NDA and related issues | .50 | 657.50 |
| 10/14/19 MLC | Analysis of Legal Papers Review of draft NDA | 1.40 | 1,841.00 |
| 10/15/19 MLC | Correspondence Correspondence re: NDA drafts | .50 | 657.50 |
| 10/15/19 MLC | Conference call(s) Telcon with AHC co-counsel re: NDA | .40 | 526.00 |
| 10/17/19 JSF | Examine Documents Review and Comment on Draft Professionals' NDA | .80 | 680.00 |
| 10/20/19 MLC | Correspondence Correspondence with AHC members concerning review of proposed NDA | .60 | 789.00 |
| 10/21/19 JSF | Examine Documents Revised Draft of NDA for Professionals | .50 | 425.00 |
| 10/21/19 JSF | Telephone Call(s) Call with AHC Professionals and DPW re: NDA | .40 | 340.00 |
| 10/21/19 MLC | Analysis of Legal Papers Review of draft NDA as revised by DPW | 1.30 | 1,709.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 4                                                         BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/22/19 JSF | Examine Documents Revisions to Professionals' NDA | .40 | 340.00 |
| 10/22/19 JSF | Examine Documents Protective Order for AHC Members | .40 | 340.00 |
| 10/22/19 MLC | Analysis of Legal Papers Review of proposed changes to NDA | .70 | 920.50 |
| 10/23/19 JSF | Examine Documents Draft Protective Order | .70 | 595.00 |
| 10/24/19 MLC | Telephone Call(s) Telcon with Ken Eckstein re next steps | .60 | 789.00 |
| 10/24/19 MLC | Telephone Call(s) Follow up call with Ken Eckstein re meeting with Debtors and David Sackler | .30 | 394.50 |
| 10/26/19 JSF | Examine Documents Draft Protective Order | .60 | 510.00 |
| 10/29/19 JSF | Examine Documents Common Interest Agreement | .20 | 170.00 |
| 10/31/19 JSF | Examine Documents Non-Disclosure Agreement | .30 | 255.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      December 3, 2019
Page 5                                                           BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/31/19 MLC | Conference Out of Office Meeting with Andrew Troop to discuss joint cooperation among settling and non-settling state groups | 1.10 | 1,446.50 |
| 10/31/19 MLC | Analysis of Legal Papers Review and analysis of NDA with Purdue and Sacklers | 1.30 | 1,709.50 |
| 10/31/19 MLC | Draft/revise Reviewed and revised draft agenda for meeting with Sacklers and Purdue | .80 | 1,052.00 |
| TOTAL PHASE PU01 | | 23.00 | $24,540.50 |

| Phase: PU02 | ASSUMPTION & REJECTN OF LEASES & CONTRCT |
|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/25/19 JSF | Telephone Call(s) Purdue - Call with Committee Professionals to Discuss Committee Recognition and Call with UST | .50 | 402.50 |
| 09/25/19 JSF | Telephone Call(s) Purdue - Call with UST's Office re: Ad Hoc Committee and Payment of Fees by Debtors | .30 | 241.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 6                                                         BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/25/19 JSF | Examine Documents Purdue - Draft Letter to UST re: Ad Hoc Committee and Pre-Petition Fee Letter | .40 | 322.00 |
| 09/25/19 MLC | Conference call(s) Call with AHC co-counsel in preparation for call with UST | .60 | 750.00 |
| 09/25/19 MLC | Telephone Call(s) Telcon with UST Harrington and Rifkin concerning AHC and its professionals | .50 | 625.00 |
| 09/25/19 MLC | Conference call(s) Follow up telcon with AHC professionals re UST call | .20 | 250.00 |
| 09/29/19 JSF | Correspondence Revise Letter to UST re: Pre-Petition Fee Agreement | .80 | 644.00 |
| 10/10/19 JSF | Correspondence Revise Letter to UST re: Ad Hoc Committee and Pre-Petition Fee Letter | 1.40 | 1,190.00 |
| 10/15/19 JSF | Examine Documents Draft Letter to UST re: AHC | .30 | 255.00 |
| 10/19/19 JSF | Examine Documents Motion to Approve Reimbursement Letter | 1.10 | 935.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                           December 3, 2019
Page 7                                                                BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/21/19 JSF | Examine Documents<br>Motion to Approve Assumption of<br>Reimbursement Letter | .40 | 340.00 |
| 10/22/19 JSF | Examine Documents<br>Motion to Approve Reimbursement Letter | .60 | 510.00 |
| 10/22/19 MLC | Draft/revise<br>Reviewed proposed revisions to AHC fee<br>letter motion | .60 | 789.00 |
| 10/23/19 JSF | Examine Documents<br>Draft Letter to UST | .30 | 255.00 |
| 10/24/19 JSF | Examine Documents<br>Revisions to Letter re: AHC Reimbursement<br>of Fees | .40 | 340.00 |
| 10/24/19 JSF | Examine Documents<br>Revisions to Motion to Assume AHC<br>Reimbursement Agreement | .50 | 425.00 |
| 10/25/19 JSF | Examine Documents<br>Comments to Letter to UST re: AHC | .70 | 595.00 |
| 10/25/19 MLC | Correspondence<br>Correspondence with Co-AHC Counsel re next<br>steps re fee agreement motion | .80 | 1,052.00 |

## OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 8                                                         BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/26/19 JSF | Correspondence<br>Revise Letter to UST | .50 | 425.00 |
| 10/26/19 MAP | Research<br>Research law in letter to UST regarding Committee Fee Letter | 2.00 | 850.00 |
| 10/27/19 JSF | Examine Documents<br>Revised Motion to Approve Fee Letter with AHC | .50 | 425.00 |
| 10/27/19 JSF | Examine Documents<br>Review AHC Comments to Letter to AHC and Revise | .40 | 340.00 |
| 10/28/19 JSF | Examine Documents<br>Revised Motion to Assume Fee Letter | .30 | 255.00 |
| 10/28/19 JSF | Correspondence<br>AHC Professionals re: Fee Letter and Letter to UST | .20 | 170.00 |
| 10/28/19 MLC | Conference call(s)<br>Conference call with UCC counsel and AHC professionals re: Fee Letter | .50 | 657.50 |
| 10/29/19 JSF | Examine Documents<br>Further Revised Motion to Approve Fee Letter and Comments From Professionals | .60 | 510.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                       December 3, 2019
Page 9                                                            BILL NO. 206646

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/29/19<br>JSF | Correspondence<br>Finalize Letter to UST re: Fee Letter | .50 | 425.00 |
| 10/29/19<br>JSF | Telephone Call(s)<br>Calls with Rachael Ringer and MLC re: Fee<br>Letter Assumption Motion | .30 | 255.00 |
| 10/29/19<br>MLC | Conference call(s)<br>Telcon with Ringer and Eckstein re: Debtor<br>motion to assume fee agreement | .40 | 526.00 |
| 10/29/19<br>MLC | Correspondence<br>Correspondence with BR and KL re: debtor<br>motion to assume fee agreement | .80 | 1,052.00 |
| 10/29/19<br>MLC | Conference call(s)<br>Telcon with D. Molton re: debtor motion to<br>assume fee agreement | .50 | 657.50 |
| 10/29/19<br>MLC | Review/analyze<br>Further review of debtor motion to assume<br>fee agreement | 1.70 | 2,235.50 |
| 10/30/19<br>JKH | Prepare Legal Papers<br>Review of fee motion and prepare document<br>binder | .30 | 91.50 |

TOTAL PHASE PU02                                       19.90        $18,796.00

Phase: PU03                                            BUSINESS OPERATIONS

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 10                                                        BILL NO. 206646

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/16/19<br>JSF | Telephone Call(s)<br>Call with Ad Hoc Committee Counsel and<br>Debtor's Counsel re: First Day Hearing | .60 | 483.00 |
| 09/16/19<br>JSF | Examine Documents<br>Prepare for First Day Hearing - Agenda,<br>Motions. Public Statements and First Day<br>Declaration | 1.20 | 966.00 |
| 09/16/19<br>JSF | Conference(s) in Office<br>State Reps - Prepare for First Day Hearing<br>(Ad Hoc Position, Statements) | 1.60 | 1,288.00 |
| 09/16/19<br>JKH | Prepare Legal Papers<br>Preparing document binder for first day<br>hearing | .60 | 177.00 |
| 09/17/19<br>JSF | Examine Documents<br>Prepare for Hearing - First Day<br>Informational Brief | .60 | 483.00 |
| 09/17/19<br>JSF | Conference out of Office<br>Purdue Attendance at First Day Hearing | 5.50 | 4,427.50 |
| 09/17/19<br>JSF | Examine Documents<br>Purdue - First Day Hearing Summaries | .40 | 322.00 |
| 09/27/19<br>JSF | Examine Documents<br>UST Objection to Wage Motion | .20 | 161.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

```
Client/Matter:   20186/0002                      December 3, 2019
Page 11                                          BILL NO. 206646
```

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/02/19 JSF | Examine Documents<br>Correspondence re: Scheduling of Meetings, Additional Members and First Day Motion Responses | 1.40 | 1,190.00 |
| 10/05/19 MLC | Conference call(s)<br>Conference call with FTI and AHC re: wage motion | .60 | 789.00 |
| 10/05/19 MLC | Review/analyze<br>Review of analysis of wage motion | 1.80 | 2,367.00 |
| 10/07/19 JSF | Examine Documents<br>Analysis of Motions and Status for Second Day Hearings and Response of AHC | .40 | 340.00 |
| 10/07/19 MLC | Review/analyze<br>Review of analysis of wage motion proposal | .70 | 920.50 |
| 10/07/19 MLC | Review/analyze<br>Review of analysis of OCP motion | .60 | 789.00 |
| 10/09/19 MLC | Review/analyze<br>Review of amended agenda for second day hearing | .40 | 526.00 |
| 10/09/19 JKH | Review Documents<br>Review documents for upcoming hearing | .70 | 213.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 12                                                        BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/10/19 JSF | Attendance at Court (Motion) Attend Second Day Hearings | 4.50 | 3,825.00 |
| 10/10/19 JSF | Examine Documents Motion of Native American Tribes for Appointment of Committee | .30 | 255.00 |
| 10/10/19 MLC | Review/analyze Review of summary of court hearing | .80 | 1,052.00 |
| 10/10/19 WMM | Legal services/Client Appear in Bankruptcy Court for hearing. | 3.50 | 3,132.50 |
| 10/31/19 WMM | Legal services/Legal Papers Reviewing proposed case stipulation from Davis Polk with non-consenting states, and proposed NDA. | .80 | 716.00 |
| TOTAL PHASE PU03 | | 27.20 | $24,423.00 |

| Phase: PU04 | | | CASE ADMINISTRATION |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/16/19 JSF | Telephone Call(s) Call with Ad Hoc Counsel re: Organizational Issues | 1.00 | 805.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                December 3, 2019
Page 13                                                   BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/16/19 JSF | Examine Documents<br>Consider Organizational Issues for Ad Hoc<br>- Potential FAs, Organizational Docs<br>(Bylaws/Protocols) | .80 | 644.00 |
| 09/16/19 JKH | Review Documents<br>Review of correspondence to create roster | 1.30 | 383.50 |
| 09/17/19 JSF | Examine Documents<br>Agenda for Ad Hoc Meeting and Issues for<br>Counsel | .50 | 402.50 |
| 09/17/19 JSF | Examine Documents<br>FA Options - Presentations Received | .30 | 241.50 |
| 09/18/19 JSF | Examine Documents<br>Presentation Materials for FAs | .30 | 241.50 |
| 09/18/19 JSF | Conference out of Office<br>Interviews with FA Candidates and<br>Post-Interview Discussions with Counsel<br>for Ad Hoc | 3.00 | 2,415.00 |
| 09/18/19 MLC | Conference Out of Office<br>Interviews of potential AHC financial<br>advisors at Kramer Levin | 3.00 | 3,750.00 |
| 09/18/19 JKH | Prepare Legal Papers<br>Prepare document binder in preparation for<br>meeting re FA | .70 | 206.50 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 14                                                        BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/19/19 JSF | Conference out of Office Working Group Meeting at KL with Ad Hoc Counsel | 3.00 | 2,415.00 |
| 09/19/19 JSF | Examine Documents Rule 2019 Draft Statement and Ad Hoc NOA | .40 | 322.00 |
| 09/19/19 MLC | Correspondence Correspondence re: FA role | .20 | 250.00 |
| 09/19/19 JKH | Diary & Docket Calendar deadlines related to adversary proceeding | .10 | 29.50 |
| 09/20/19 JSF | Telephone Call(s) Call with Rachael Ringer re: 2019, Bylaws and Meeting Agenda Items | .40 | 322.00 |
| 09/20/19 JSF | Telephone Call(s) State's Reps re: Use of Economic Advisor for Ad Hoc Committee | .50 | 402.50 |
| 09/20/19 JSF | Examine Documents Review of Revised 2019 Statement | .30 | 241.50 |
| 09/20/19 JSF | Examine Documents Review and Revise Proposed Bylaws for Committee | 2.30 | 1,851.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 15                                                        BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/20/19 MLC | Telephone Call(s) Telcon with Rachel Ringer concerning draft by-law provisions | .60 | 750.00 |
| 09/20/19 MLC | Draft/revise Reviewed and revised draft by-law provisions | .90 | 1,125.00 |
| 09/20/19 JKH | Diary & Docket Calendar ad hoc meetings | .10 | 29.50 |
| 09/21/19 JSF | Examine Documents Revised Bylaws - Governing Document for Ad Hoc | 1.40 | 1,127.00 |
| 09/21/19 JSF | Examine Documents Draft Proposed Alternative Voting Procedure in Bylaws re: Comments from States | .60 | 483.00 |
| 09/22/19 JSF | Examine Documents Additional Edits and Revisions to Bylaws | .30 | 241.50 |
| 09/23/19 JSF | Examine Documents Committee Bylaws - Governance Provisions | .40 | 322.00 |
| 09/24/19 JSF | Examine Documents Purdue - Revised Governance Documents (Bylaws and Common Interest Agreement) | .80 | 644.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 16                                                        BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/25/19 JSF | Examine Documents<br>Purdue - Revised Committee Bylaws | .60 | 483.00 |
| 09/26/19 MLC | Telephone Call(s)<br>Telcon with David Molton re UCC formation | .20 | 250.00 |
| 09/27/19 JSF | Telephone Call(s)<br>Call with Kramer Levin re: Scheduling a<br>Call and Circulating Current Term Sheet | .30 | 241.50 |
| 09/27/19 JSF | Telephone Call(s)<br>Call with Steve Pohl, Rachael Ringer, Kami<br>Quinn and Gerard Cicero re: Coordination of<br>Outstanding Tasks and Next Steps | 1.00 | 805.00 |
| 10/02/19 MLC | Correspondence<br>W/ AHC concerning new members on committee | .40 | 526.00 |
| 10/03/19 MLC | Telephone Call(s)<br>Telcon with potential IB | .20 | 263.00 |
| 10/04/19 MLC | Correspondence<br>Correspondence with Molton and Gilbert re:<br>membership issues | .30 | 394.50 |
| 10/09/19 MLC | Review/analyze<br>Review of 2019 statement and NDA | .70 | 920.50 |
| 10/10/19 MLC | Review/analyze<br>Review of and revision to draft 2019 filing | .60 | 789.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      December 3, 2019
Page 17                                                          BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/15/19 JSF | Telephone Call(s) Coordination Conference Call with AHC Professionals | .70 | 595.00 |
| 10/15/19 JSF | Examine Documents Open Work In Progress List | .20 | 170.00 |
| 10/21/19 MLC | Correspondence Correspondence re scheduling meeting with AHC and Sackler family members | .80 | 1,052.00 |
| 10/21/19 JKH | Diary & Docket Review of email re: AHC meetings and calls; calendaring same | .20 | 61.00 |
| 10/24/19 JKH | Diary & Docket Review case management order and calendar upcoming omnibus hearings | .20 | 61.00 |
| 10/25/19 JKH | Draft/revise Update committe roster | .40 | 122.00 |
| 10/28/19 JSF | Telephone Call(s) Working Group Profesionals - Review of Work in Process | 1.00 | 850.00 |
| 10/28/19 JSF | Examine Documents Work in Process List | .30 | 255.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 18                                                        BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/31/19 MLC | Correspondence<br>Correspondence with AHC counsel concerning division of labor and budgets for professionals | .40 | 526.00 |
| TOTAL PHASE PU04 | | 31.70 | $28,010.00 |

Phase: PU08                          LITIGATION: CONTESTED MATTERS, ADVERSARY

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/18/19 JSF | Examine Documents<br>Purdue - Debtors' Adversary Proceeding to Extend Automatic Stay, Injunctive Relief for Sacklers and Against Governmental Claims | 1.70 | 1,368.50 |
| 09/19/19 JSF | Examine Documents<br>Extension of Stay/Injunction Request Issues | 1.30 | 1,046.50 |
| 09/19/19 WMM | Legal services/Legal Papers<br>Reviewing motion papers for injunction; communications concerning protecting the police powers exception. | 2.00 | 1,590.00 |
| 09/20/19 RGH | Analysis of Legal Papers<br>Review memos and motions re: Injunction | 1.80 | 1,791.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                December 3, 2019
Page 19                                                     BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/20/19 JSF | Examine Documents Purdue Stay Extension Request and Ramifications | .80 | 644.00 |
| 09/20/19 MLC | Analysis of Legal Papers Review and analysis of discovery schedule motion filed by debtor | 2.20 | 2,750.00 |
| 09/20/19 MLC | Analysis of Legal Papers Reviewed and analyzed motion for discovery protocol | 1.30 | 1,625.00 |
| 09/20/19 JKH | Diary & Docket Review documents and calendar deadlines related to second day hearing and injunction motion | .20 | 59.00 |
| 09/21/19 JSF | Examine Documents Summary of Request for Injunction and Counsel Recommendations/Open Issues for Consideration | 1.20 | 966.00 |
| 09/21/19 WMM | Legal services/Legal Papers Reviewing draft memo from Kramer and communications concerning same. Re: Injunction | 1.00 | 795.00 |
| 09/22/19 JSF | Examine Documents Motion for Injunctive Relief and Brief in Support | 1.60 | 1,288.00 |

Otterbourg P.C.

230 Park Avenue
New York, NY   10169-0075

Client/Matter:   20186/0002                                           December 3, 2019
Page 20                                                               BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/22/19 JSF | Examine Documents<br>Preliminary Injunction Memo Overview | .40 | 322.00 |
| 09/22/19 JSF | Examine Documents<br>Motion for Entry of Scheduling Order and<br>Protective Order re: Temporary Injunction | .50 | 402.50 |
| 09/22/19 MLC | Draft/revise<br>Reviewed and revised draft re<br>recommendation re pending stay motion/<br>Injunction | 1.10 | 1,375.00 |
| 09/22/19 MLC | Analysis of Legal Papers<br>Reviewed and analyzed pending stay motion | 2.30 | 2,875.00 |
| 09/23/19 RGH | Analysis of Legal Papers<br>Memos and issues re: injunction | .70 | 696.50 |
| 09/24/19 JSF | Examine Documents<br>Purdue - Options in Response to Injunction<br>Motion | .40 | 322.00 |
| 09/25/19 JSF | Prepare Legal Papers<br>Purdue - Review and Revise Option Memo re:<br>Response to Injunction Motion | 1.20 | 966.00 |
| 09/25/19 JSF | Correspondence<br>Purdue - States Reps re: Injunction and<br>Options for Ad Hoc Response | .20 | 161.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 21                                                        BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/26/19 MLC | Telephone Call(s) Telcon with Ken Eckstein concerning morning meeting with DPW Huebner | .50 | 625.00 |
| 09/27/19 JSF | Telephone Call(s) Call with Paul Singer re: Debtors' Stay Request and States' Issues | .20 | 161.00 |
| 10/02/19 MLC | Review/analyze Review of papers filed by non-settling states in opposition to debtors' motions | 1.50 | 1,972.50 |
| 10/03/19 WMM | Legal services/Legal Papers Receive and analyze ojections filed by other states, and communications concerning same | 3.50 | 3,132.50 |
| 10/04/19 WMM | Legal services/Legal Papers Communications concerning status; receive and review oppositions briefs filed by other states. | 1.50 | 1,342.50 |
| 10/06/19 WMM | Legal services/Legal Papers Analyzing proposed filing; analyze language concerning police powers versus 105(a). | 1.20 | 1,074.00 |
| 10/07/19 JSF | Examine Documents Statement in Support of Stay | .70 | 595.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  20186/0002                                  December 3, 2019
Page 22                                                      BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/07/19 MLC | Review/analyze<br>Review of draft settlement in support of stay | 1.40 | 1,841.00 |
| 10/07/19 JKH | Prepare Legal Papers<br>Prepare documents in preparation for injunction hearing | .60 | 183.00 |
| 10/07/19 WMM | Legal services/Legal Papers<br>Draft revision to proposed filing and communications concerning same Re: Injunction | .80 | 716.00 |
| 10/08/19 MLC | Review/analyze<br>Review Purdue memo in support of stay | 1.60 | 2,104.00 |
| 10/08/19 MLC | Telephone Call(s)<br>Telcon with A. Troop re status of pending matters | .20 | 263.00 |
| 10/08/19 WMM | Legal services/Legal Papers<br>Analyzing Debtors' Reply papers, and communications concerning same. | 1.30 | 1,163.50 |
| 10/09/19 WMM | Legal services/Legal Papers<br>Review final, filed statements Re: Injunction and Stay | 1.50 | 1,342.50 |
| 10/10/19 MLC | Review/analyze<br>Review of non-settling states filing re injunction | 1.30 | 1,709.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                          December 3, 2019
Page 23                                              BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/10/19 JKH | Prepare Legal Papers Preparing document binder and index in preparation for injunction hearing | .40 | 122.00 |
| 10/11/19 JSF | Telephone Call(s) Listen to Court Hearing on Injunction/Stay Motion (partial) | 3.50 | 2,975.00 |
| 10/11/19 MLC | Court Appearance - General Hearing on injunction | 7.00 | 9,205.00 |
| 10/11/19 WMM | Legal services/Client Participation in hearing in Bankruptcy court SDNY via conference call. | 3.50 | 3,132.50 |
| 10/17/19 JSF | Examine Documents Stipulation Extending Time to Answer Injunction Complaint | .20 | 170.00 |
| 10/20/19 MLC | Analysis of Legal Papers Review of statement filed by UCC concerning UCC stipulation | 1.30 | 1,709.50 |
| 10/23/19 JSF | Examine Documents UCC Stipulation with Debtors | .20 | 170.00 |
| 10/27/19 MLC | Correspondence Correspondence with DPW re: UCC stipulation | 1.10 | 1,446.50 |

## OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

```
Client/Matter:   20186/0002                      December 3, 2019
Page 24                                           BILL NO. 206646
```

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/28/19 MLC | Correspondence<br>Correspondence with AHC professionals concerning non-consenting states comments to voluntary injunction | .80 | 1,052.00 |

| | | HOURS | AMOUNT |
|---|---|---|---|
| TOTAL PHASE PU08 | | 57.70 | $59,250.50 |

---

**Phase: PU09**                     MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/16/19 JSF | Telephone Call(s)<br>Conference Call with Ad Hoc Committee re: First Day Hearing and Ad Hoc Position | 1.10 | 885.50 |
| 09/16/19 MLC | Conference call(s)<br>States only conference call in preparation for next steps in Purdue | 1.10 | 1,375.00 |
| 09/16/19 MLC | Conference(s) In Office<br>Conference at Otterbourg with various state representatives in preparation for AHC meeting | 2.20 | 2,750.00 |
| 09/17/19 MLC | Conference(s) In Office<br>Pre-meeting at Otterbourg of states only in preparation for AHC meeting | 6.50 | 8,125.00 |

# Otterbourg P.C.

230 Park Avenue
New York, NY  10169-0075

Client/Matter:   20186/0002
Page 25

December 3, 2019
BILL NO. 206646

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/18/19<br>JSF | Conference out of Office<br>Meeting with Counsel for Ad Hoc Committee<br>at Kramer Levin, Including Call with Ad Hoc<br>Committee Members | 3.50 | 2,817.50 |
| 09/18/19<br>JSF | Memo<br>Memo to States re: Automatic Stay and<br>Implications on Pending Actions | 1.40 | 1,127.00 |
| 09/18/19<br>MLC | Conference Out of Office<br>Meeting at Kramer Levin with AHC co-counsel<br>and AHC members re status of term sheet and<br>next steps | 2.50 | 3,125.00 |
| 09/19/19<br>JSF | Examine Documents<br>Draft E-Mail to States re: Implications of<br>Automatic Stay on Actions | .40 | 322.00 |
| 09/19/19<br>JSF | Telephone Call(s)<br>Conference Call with all Participating<br>States and Territories to Provide Update on<br>Bankruptcy | 1.00 | 805.00 |
| 09/19/19<br>JSF | Examine Documents<br>Agenda Items and Issues for States' Call | .30 | 241.50 |
| 09/19/19<br>MLC | Conference Out of Office<br>Meeting of AHC co-counsel in preparation<br>for AHC meeting and next steps | 4.50 | 5,625.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 26                                                         BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/19/19 MLC | Conference call(s) Conference call with Chief Deputies | 1.00 | 1,250.00 |
| 09/19/19 MLC | Prepare for Meeting Prepared for conference call with Chief Deputies | .70 | 875.00 |
| 09/20/19 JSF | Examine Documents Review of Agenda for 9/23 Committee Meeting | .30 | 241.50 |
| 09/22/19 JSF | Telephone Call(s) Conference Call with Professionals to Prepare for Committee Meeting | .80 | 644.00 |
| 09/22/19 JSF | Correspondence Memo E-Mail to MLC re: Report on Call and Preparation for Committee Meeting | .20 | 161.00 |
| 09/22/19 JSF | Examine Documents Prepare for Committee Meeting - Documents for Distribution to Committee | .50 | 402.50 |
| 09/22/19 MLC | Prepare for Meeting Prepared for in-person meeting at KL of AHC members | 1.80 | 2,250.00 |
| 09/23/19 JSF | Conference out of Office Meeting of Ad Hoc Committee and Post-Meeting with States | 8.00 | 6,440.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 27                                                        BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/23/19 MLC | Conference Out of Office Attending AHC in-person meeting at Kramer Levin offices | 6.00 | 7,500.00 |
| 09/24/19 JSF | Conference out of Office Purdue -Second Day of Ad Hoc Committee Meeting | 4.20 | 3,381.00 |
| 09/24/19 MLC | Conference Out of Office Meeting of AHC at Kramer Levin | 5.50 | 6,875.00 |
| 09/25/19 JSF | Telephone Call(s) Purdue - Ad Hoc Committee Call | 1.70 | 1,368.50 |
| 09/26/19 JSF | Memo Prepare Update Summary for Consenting States | 2.40 | 1,932.00 |
| 09/26/19 MLC | Correspondence Correspondence with States concerning DPW discussions | .90 | 1,125.00 |
| 09/27/19 JSF | Examine Documents Draft Status Update to States | .40 | 322.00 |
| 09/27/19 JSF | Correspondence Draft E-Mail to States re: Status of Term Sheet and Turn of Documents | .50 | 402.50 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                        December 3, 2019
Page 28                                                            BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/27/19 JSF | Examine Documents Materials to AD Hoc Committee - Proposed E-Mail with Overview of Term Sheet Issues and OCP Motion and UST Wage Motion Objection | .40 | 322.00 |
| 09/27/19 MLC | Telephone Call(s) Telcon with Paul Singer Re: States' Issues concerning negotiations on term sheet | .40 | 500.00 |
| 09/27/19 MLC | Telephone Call(s) Telcon with JSF concerning revisions to memos to States | .60 | 750.00 |
| 09/28/19 MLC | Telephone Call(s) Telcon with Paul Singer re term sheet and related issues and correspondence with States | .40 | 500.00 |
| 09/29/19 MLC | Conference call(s) Conference call with states' counsel re term sheet and related issues | 1.10 | 1,375.00 |
| 10/01/19 MLC | Correspondence w/ AHC re: upcoming hearing | .50 | 657.50 |
| 10/01/19 MLC | Correspondence email communications w/ P. Singer re: scheduling of next AHC meeting | .30 | 394.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 29                                                        BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/03/19 JSF | Examine Documents<br>Update to States' Reps re: Term Sheet | .30 | 255.00 |
| 10/03/19 MLC | Conference call(s)<br>Conference call with settling states re: proposed counter term sheet | .50 | 657.50 |
| 10/03/19 MLC | Conference call(s)<br>Conference call with AHC to prepare for call with company counsel | 1.50 | 1,972.50 |
| 10/03/19 MLC | Correspondence<br>Correspondence with states' reps re: call withSacklers/Purdue counsel | .80 | 1,052.00 |
| 10/04/19 JSF | Telephone Call(s)<br>Call with States' Reps and Ken Eckstein re: Comments to Term Sheet | .50 | 425.00 |
| 10/04/19 JSF | Telephone Call(s)<br>Call with AHC ro Review Revised Term Sheet | 1.80 | 1,530.00 |
| 10/04/19 MLC | Correspondence<br>Correspondence with settling states re: revised term sheet | .80 | 1,052.00 |
| 10/04/19 MLC | Conference call(s)<br>Conference call with AHC members re: revised term sheet | 2.50 | 3,287.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 30                                                        BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/04/19 MLC | Conference call(s) Follow-up conference call with Member of AHC re: revised term sheet | 1.00 | 1,315.00 |
| 10/04/19 MLC | Conference call(s) Conference call with settling states re: review and revision of term sheet | 2.20 | 2,893.00 |
| 10/04/19 MLC | Telephone Call(s) Telcon with P. Singer and J. Peacock re: states issues | .40 | 526.00 |
| 10/05/19 MLC | Correspondence Correspondence with states re term sheet and pending motions | 1.40 | 1,841.00 |
| 10/06/19 JSF | Telephone Call(s) Conference Call with AHC to Discuss Term Sheet and Injunction Response | 2.10 | 1,785.00 |
| 10/06/19 MLC | Conference call(s) Conference call with states' reps and KL re:revised term sheet | 1.00 | 1,315.00 |
| 10/06/19 MLC | Conference call(s) Conference call with states and KL re wage motion | .50 | 657.50 |
| 10/06/19 MLC | Conference call(s) Conference call meeting with AHC and counsel | 2.40 | 3,156.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                          December 3, 2019
Page 31                                              BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/07/19 JSF | Conference(s) in Office Meeting with States (including Call with Entire AHC) re: Term Sheet | 3.70 | 3,145.00 |
| 10/07/19 JSF | Examine Documents Agenda for Committee Meeting | .20 | 170.00 |
| 10/07/19 MLC | Conference(s) in Office Meeting with States and AHC re: term sheet and related matters | 5.00 | 6,575.00 |
| 10/07/19 WMM | Legal services/Client Participate in Ad Hoc Committee meeting. | 2.20 | 1,969.00 |
| 10/08/19 JSF | Conference out of Office Ad Hoc Committee Meeting re: Term Sheet, Statement in Support, Hearings, etc. | 5.30 | 4,505.00 |
| 10/08/19 MLC | Conference Out of Office Meeting and KL with AHC members | 6.50 | 8,547.50 |
| 10/16/19 JSF | Telephone Call(s) Weekly Meeting with AHC | 1.20 | 1,020.00 |
| 10/17/19 JSF | Examine Documents AHC Update on Pending Issues from KL | .30 | 255.00 |
| 10/18/19 MLC | Correspondence Correspondence with AHC members concerning meeting with UCC and next steps | 1.60 | 2,104.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

Client/Matter:  20186/0002                                       December 3, 2019
Page 32                                                          BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/20/19 JSF | Telephone Call(s) Call with States' Reps - Status and Meeting with UCC and Sacklers | .50 | 425.00 |
| 10/20/19 JSF | Telephone Call(s) Call with Kramer Levin, TN, TX and FL re: Meeting with UCC and Sacklers | 1.10 | 935.00 |
| 10/20/19 MLC | Conference call(s) Conference call with Singer, Leftwich and Peacock re status of various matters | .50 | 657.50 |
| 10/20/19 MLC | Conference call(s) Conference call with Singer, Peacock, Leftwich and Gourd with KL in preparation for meeting with UCC | 1.10 | 1,446.50 |
| 10/20/19 MLC | Correspondence Correspondence with Andrew Troop re meeting with UCC | .30 | 394.50 |
| 10/22/19 MLC | Correspondence Correspondence with States re distribution of by-laws pursuant to confidentiality agreement | .20 | 263.00 |
| 10/22/19 MLC | Telephone Call(s) Telcon with Andrew Troop in preparation for meeting with UCC | .40 | 526.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                December 3, 2019
Page 33                                                      BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/23/19 JSF | Telephone Call(s) Meeting with AHC Professionals to Prepare for Meeting with UCC | .90 | 765.00 |
| 10/23/19 MLC | Prepare for Meeting Meeting with various AHC members and counsel in preparation for meeting with UCC | 1.10 | 1,446.50 |
| 10/23/19 MLC | Prepare for Meeting Conference call with Ken Eckstein and Rachael Ringer in preparation for meeting with AHC meeting and UCC meeting | 1.00 | 1,315.00 |
| 10/24/19 JSF | Telephone Call(s) Participate Telephonically in Meeting with UCC, AHC and Non-Consenting States | 2.60 | 2,210.00 |
| 10/24/19 MLC | Telephone Call(s) Telcon with Jennifer Peacock, Michael Leftwich and Paul Singer concerning meeting with David Sackler and counsel | .20 | 263.00 |
| 10/24/19 MLC | Conference(s) In Office Meeting with members of the UCC and its counsel, certain non-settling States and their counsel, and the AHC and their counsel re joint strategy and cooperation going forward | 2.80 | 3,682.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 34                                                        BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/24/19 MLC | Conference Out of Office Meeting at Kramer Levin with non-settling States and their counsel with the MDL PEC and their counsel re joint strategy and cooperation in discovery and related issues | 1.50 | 1,972.50 |
| 10/24/19 MLC | Conference Out of Office Meeting with settling states and their counsel re scheduling of various meetings going forward and strategy | .70 | 920.50 |
| 10/25/19 JSF | Telephone Call(s) Update Call with Ad Hoc Committee | .40 | 340.00 |
| 10/27/19 JSF | Telephone Call(s) Call with Reps of AHC, Non-Consenting States and Debtors re: Protective Order | 1.20 | 1,020.00 |
| 10/30/19 JSF | Telephone Call(s) Ad Hoc Committee Conference Call (partial participation) | .30 | 255.00 |
| 10/30/19 MLC | Correspondence Correspondence with AHC members concerning up-coming hearing and interim injunction | .70 | 920.50 |
| TOTAL PHASE PU09 | | 126.30 | $138,635.50 |

Phase: PU10                                          NON-WORKING TRAVEL

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                              December 3, 2019
Page 35                                                  BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/10/19 JSF | Attendance at Court (Motion) Non-Working Travel to Court and Back (Billed at Half) | .80 | 680.00 |
| 10/11/19 MLC | Travel Time Travel to hearing (billed at half) | 2.00 | 2,630.00 |
| TOTAL PHASE PU10 | | 2.80 | $3,310.00 |

Phase: PU11                              PLAN & DISCLOSURE STATEMENT

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/16/19 MLC | Conference call(s) Conference call with AHC co-counsel re term sheet | .90 | 1,125.00 |
| 09/20/19 JSF | Examine Documents Review of Letter to Debtors' and Sacklers' Counsel re: Term Sheet Revisions | .30 | 241.50 |
| 09/21/19 JSF | Examine Documents Summary of Term Sheet Open Issues and Counsel's Position | .70 | 563.50 |
| 09/23/19 JSF | Examine Documents Purdue - Revised Term Sheet from Debtor | 1.20 | 966.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      December 3, 2019
Page 36                                                          BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/24/19 JSF | Examine Documents<br>Summary Term Sheet and Comments | .70 | 563.50 |
| 09/24/19 MLC | Telephone Call(s)<br>Telcon with Tim Graulich concerning term sheet and related issues | .70 | 875.00 |
| 09/25/19 JSF | Examine Documents<br>Purdue - Mark-Up of Settlement Term Sheet | 1.40 | 1,127.00 |
| 09/25/19 JSF | Prepare Legal Papers<br>Comments to Proposed Settlement Term Sheet | .80 | 644.00 |
| 09/26/19 JSF | Examine Documents<br>Settlement Term Sheet Mark-Up | 1.30 | 1,046.50 |
| 09/26/19 JSF | Examine Documents<br>E-Mails and Correspondence re: Status of Term Sheet and Stay Discussions with AHC | 1.20 | 966.00 |
| 09/27/19 JSF | Telephone Call(s)<br>Ken Eckstein and Rachael Ringer re: Term Sheet, Stay and Communication with States | .10 | 80.50 |
| 09/27/19 JSF | Examine Documents<br>E-Mails re: Additional Comments from States and Other Members re: Term Sheet and Stay Request | 1.80 | 1,449.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                    December 3, 2019
Page 37                                                       BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/27/19 JSF | Telephone Call(s) Conference Call with Professionals to Review Changes to Term Sheet | 1.30 | 1,046.50 |
| 09/27/19 JSF | Examine Documents Revised Settlement Term Sheet with AHC Comments | .80 | 644.00 |
| 09/27/19 MLC | Correspondence Correspondence with AHC counsel concerning various negotiations | 1.60 | 2,000.00 |
| 09/27/19 MLC | Conference call(s) Conference call with Eckstein, Ringer, MLC and JSF re term sheet negotiations | .40 | 500.00 |
| 09/29/19 JSF | Telephone Call(s) Call with MLC, Rachael Ringer and Ken Eckstein re: Term Sheet | .70 | 563.50 |
| 09/29/19 JSF | Examine Documents Revised Term Sheets and New Comments | .90 | 724.50 |
| 09/29/19 MLC | Conference call(s) Conference call with Eckstein and Gilbert re term sheet and next steps | .90 | 1,125.00 |
| 10/03/19 JSF | Examine Documents Review of Settlement Term Sheet | 2.20 | 1,870.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                      December 3, 2019
Page 38                                                         BILL NO. 206646

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/03/19<br>JSF | Telephone Call(s)<br>Call with AHC Professionals re: Term Sheet<br>Issues | 1.20 | 1,020.00 |
| 10/03/19<br>JSF | Telephone Call(s)<br>Call with AHC Professionals and Debtors'<br>Professionals re: Term Sheet Issues | 1.20 | 1,020.00 |
| 10/03/19<br>JSF | Telephone Call(s)<br>Call with Kramer Levin re: Term Sheet | .90 | 765.00 |
| 10/03/19<br>MLC | Telephone Call(s)<br>Telcon with D. Molton re: TS | .10 | 131.50 |
| 10/03/19<br>MLC | Review/analyze<br>Analysis of draft changes to term sheet by<br>Sacklers/Purdue | 1.30 | 1,709.50 |
| 10/03/19<br>MLC | Correspondence<br>Correspondence with Eckstein/Ringer re:<br>settling states issues | .20 | 263.00 |
| 10/03/19<br>MLC | Conference call(s)<br>Telcon with Eckstein/Ringer re: settling<br>states issues and term sheet | .20 | 263.00 |
| 10/03/19<br>MLC | Conference call(s)<br>Conference call with AHC counsel<br>concerning proposed counter term sheet | 1.00 | 1,315.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 39                                                        BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/03/19 MLC | Conference call(s) Telcon with J. Peacock and TN concerning draft term sheet | .20 | 263.00 |
| 10/03/19 MLC | Conference call(s) Conference call with company counsel, Sacklers' counsel and AHC re draft term sheet | 2.00 | 2,630.00 |
| 10/03/19 MLC | Review/analyze Review of revised term sheet circulated by Purdue counsel | 1.10 | 1,446.50 |
| 10/04/19 JSF | Telephone Call(s) Conference Call with Professionals for AHC, Debtors and Sacklers | 2.40 | 2,040.00 |
| 10/04/19 JSF | Telephone Call(s) Follow-Up Call with AHC Professionals re: Term Sheet Call with Debtors | .30 | 255.00 |
| 10/04/19 JSF | Telephone Call(s) Conference Call with AHC to Review Revised Term Sheet | 1.50 | 1,275.00 |
| 10/04/19 JSF | Examine Documents Further Revised Term Sheet | 1.20 | 1,020.00 |
| 10/04/19 MLC | Conference call(s) Conference call with Debtors' counsel re revised term sheet | 2.50 | 3,287.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 40                                                        BILL NO. 206646

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/04/19 MLC | Review/analyze<br>Review and analysis of revised term sheet | 1.10 | 1,446.50 |
| 10/05/19 MLC | Review/analyze<br>Review and analysis of revised term sheet | 1.10 | 1,446.50 |
| 10/05/19 WMM | Legal services/Legal Papers<br>Receive and review revised draft term sheet; communications concerning same | 1.50 | 1,342.50 |
| 10/06/19 MLC | Conference call(s)<br>Conference call with counsel for debtors, Sacklers and AHC | 2.00 | 2,630.00 |
| 10/07/19 JSF | Telephone Call(s)<br>Call with MLC and Ken Eckstein re: Status of Term Sheet | .20 | 170.00 |
| 10/07/19 JSF | Examine Documents<br>Review Revised Settlement Term Sheet, Comments and Final Term Sheet | 1.80 | 1,530.00 |
| 10/07/19 MLC | Telephone Call(s)<br>Telcon with K. Eckstein re: negotiations with Debtors | .40 | 526.00 |

TOTAL PHASE PU11                                    45.30          $45,916.50


                                  TOTAL FOR SERVICES          $342,882.00

# <u>EXHIBIT D</u>

**Summary of Actual and Necessary Expenses**

## SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE STATEMENT PERIOD

| Expense Category | Total Expenses |
|---|---|
| Food Service – Conference | $790.30 |
| Laser Copies ($.10 per page) | $281.70 |
| Meals, Chargeable (Dinner/Lunch) | $174.48 |
| Photocopies ($.10 per page) | $75.20 |
| Transportation | $112.75 |
| **TOTAL:** | **$1,434.43** |

**<u>EXHIBIT E</u>**

**Expense Detail**

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    December 3, 2019
Page 41                                                        BILL NO. 206646

DISBURSEMENTS FOR YOUR ACCOUNT

| | |
|---|---:|
| Laser Copies | 281.70 |
| Meals,Chargeable(Dinner/Lunch) | 174.48 |
| Transportation | 112.75 |
| Food Service - Conference | 790.30 |
| Photocopies | 75.20 |
| TOTAL DISBURSEMENTS | 1,434.43 |