UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Arnold A. Jaglal, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 4, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of Chapter 11 Bankruptcy Case [Docket No. 198]

Dated: December 10, 2019

Arnold A. Jaglal

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 10, 2019, by Arnold A. Jaglal, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

SRF 37966

**Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| 6193097 | AGABANI, MOTAZ | ADDRESS ON FILE | | | | | | |
| 6197462 | AKOTO, RICHARD OSEI | ADDRESS ON FILE | | | | | | |
| 6208963 | ANDERSON, GEORGE | ADDRESS ON FILE | | | | | | |
| 6211420 | ANGE, CONSTANCE ELIZABETH | ADDRESS ON FILE | | | | | | |
| 6212705 | ANTKOWIAK, TOMASZ TADUESZ | ADDRESS ON FILE | | | | | | |
| 6216910 | ARORA, AVERY A. | ADDRESS ON FILE | | | | | | |
| 6222394 | AWAYA, DARIN JAMES | ADDRESS ON FILE | | | | | | |
| 6227520 | BAKER, AARON C. | ADDRESS ON FILE | | | | | | |
| 6228361 | BAKER, SEAN BL | ADDRESS ON FILE | | | | | | |
| 6230918 | BANDEIRA, JOSEPH PAUL | ADDRESS ON FILE | | | | | | |
| 6233710 | BARKOUKIS, MICHAEL THOMAS | ADDRESS ON FILE | | | | | | |
| 6238778 | BATHINI, DEEPIKA | ADDRESS ON FILE | | | | | | |
| 6239757 | BAUM, ELIZABETH | ADDRESS ON FILE | | | | | | |
| 6245499 | BELL, KRISTIN CLONTZ | ADDRESS ON FILE | | | | | | |
| 6249228 | BERES, JAMES JOSEPH | ADDRESS ON FILE | | | | | | |
| 6261787 | BLOCK, LAUREN DARA | ADDRESS ON FILE | | | | | | |
| 6266421 | BONOMO, RAYMOND ARTHUR | ADDRESS ON FILE | | | | | | |
| 6269648 | BOUSKA, AMANDA SUE | ADDRESS ON FILE | | | | | | |
| 6276694 | BREWER, JEFFREY L. | ADDRESS ON FILE | | | | | | |
| 6279367 | BRONERSKY-ENUMAH, LOIS E. | ADDRESS ON FILE | | | | | | |
| 6285418 | BRYANT, PAUL ANTHONY | ADDRESS ON FILE | | | | | | |
| 6289041 | BURGE, SCOTT DANIEL | ADDRESS ON FILE | | | | | | |
| 6305738 | CARTER, WILLIAM LAVERE | ADDRESS ON FILE | | | | | | |
| 6320414 | CHIEN, LYNN | ADDRESS ON FILE | | | | | | |
| 6326849 | CICUTO, ROBERT A. | ADDRESS ON FILE | | | | | | |
| 6328616 | CLARK, LINDSAY M. | ADDRESS ON FILE | | | | | | |
| 6328647 | CLARK, MARILYN RUTH | ADDRESS ON FILE | | | | | | |
| 6333858 | COHN, HOWARD LEWIS | ADDRESS ON FILE | | | | | | |
| 6341160 | COOPER, JANET LEE | ADDRESS ON FILE | | | | | | |
| 6343113 | COROMILAS, ELLIE | ADDRESS ON FILE | | | | | | |
| 7087376 | County of Camp | Jeffrey B. Simon | Simon Greenstone Panatier Bartlett | 1201 ELM ST STE 3400 | | Dallas | TX | 75270-2126 |
| 6346385 | COY, DALE LEON | ADDRESS ON FILE | | | | | | |
| 6349350 | CROOK, ANGUS MCDONALD G | ADDRESS ON FILE | | | | | | |
| 6357396 | DANIEL, JEFFREY TODD | ADDRESS ON FILE | | | | | | |
| 6357801 | DANIELSON, MATTHEW | ADDRESS ON FILE | | | | | | |
| 6361694 | DAVIS, JAMES DA | ADDRESS ON FILE | | | | | | |
| 6361970 | DAVIS, JUSTIN AARON | ADDRESS ON FILE | | | | | | |
| 6366043 | DECOSMO, VINCENT JO | ADDRESS ON FILE | | | | | | |
| 6374644 | DHANDA, URMIL | ADDRESS ON FILE | | | | | | |
| 6379930 | DIXON, JAMES RI | ADDRESS ON FILE | | | | | | |
| 6380440 | DOAK, SCOTT ALAN | ADDRESS ON FILE | | | | | | |
| 6381522 | DOHERTY, MELISSA JANE | ADDRESS ON FILE | | | | | | |
| 6383752 | DORAISWAMY, ASOK | ADDRESS ON FILE | | | | | | |
| 6385923 | DOXEY, G PAUL | ADDRESS ON FILE | | | | | | |
| 6386280 | DRACHENBERG, HAROLDO E. | ADDRESS ON FILE | | | | | | |

In re: Purdue Pharma L.P., *et al.*
Case No. 19-23649 (RDD)

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| 6387182 | DREWSEN, LAWRENCE DOUGLAS | ADDRESS ON FILE | | | | | | |
| 6392543 | DUTRA, CHRISTOPHER ROBERT | ADDRESS ON FILE | | | | | | |
| 6394758 | ECHENIQUE, EVELIO | ADDRESS ON FILE | | | | | | |
| 6399087 | ELBORNO, AHMED AB | ADDRESS ON FILE | | | | | | |
| 6401095 | ELLMAN, HARLEY MORTON | ADDRESS ON FILE | | | | | | |
| 6405118 | ERRO, JOHN PA | ADDRESS ON FILE | | | | | | |
| 6408104 | EVANS, SIOBAHN MORGAN | ADDRESS ON FILE | | | | | | |
| 6411336 | FARAH, BEHZAD | ADDRESS ON FILE | | | | | | |
| 6412606 | FARRELL, MATTHEW JAMES | ADDRESS ON FILE | | | | | | |
| 6416603 | FERGUSON, JOSEPH LEIGH | ADDRESS ON FILE | | | | | | |
| 6418874 | FIELD, ROBERT L. | ADDRESS ON FILE | | | | | | |
| 6426272 | FOLEY, HANNAH MARIE | ADDRESS ON FILE | | | | | | |
| 6430586 | FRAIX, MARCEL P. | ADDRESS ON FILE | | | | | | |
| 6435419 | FRIEMAN, ALAN R. | ADDRESS ON FILE | | | | | | |
| 6435777 | FRITZ, GERMAINE RONEWICZ | ADDRESS ON FILE | | | | | | |
| 6445836 | GARTON, SHANNON DEE | ADDRESS ON FILE | | | | | | |
| 6449884 | GEORGE, MATTHEW WILLIAM | ADDRESS ON FILE | | | | | | |
| 6454520 | GILCHRIST, JOHN MARK | ADDRESS ON FILE | | | | | | |
| 6458792 | GLOVER, MARY EVELYN | ADDRESS ON FILE | | | | | | |
| 6458942 | GLUSHETS, VERONIKA | ADDRESS ON FILE | | | | | | |
| 6459857 | GOEMAN, SARA ELIZABETH | ADDRESS ON FILE | | | | | | |
| 6463247 | GOMEZ ALVAREZ, CARLOS ANDRES | ADDRESS ON FILE | | | | | | |
| 6466177 | GORDON, CARRIE ANN | ADDRESS ON FILE | | | | | | |
| 6467913 | GOTTSCHALK, ASHLY MICHELE | ADDRESS ON FILE | | | | | | |
| 6468472 | GOWDA, ANURADHA KRISHNE | ADDRESS ON FILE | | | | | | |
| 6469262 | GRAF, JOY LYNN | ADDRESS ON FILE | | | | | | |
| 6476496 | GRIMALDI, DAVID MICHAEL | ADDRESS ON FILE | | | | | | |
| 6478293 | GROUCUTT, WILLIAM M. | ADDRESS ON FILE | | | | | | |
| 6479389 | GUASTELLO, JOSEPH RICHARD | ADDRESS ON FILE | | | | | | |
| 6482148 | GUPTA, RAKESH | ADDRESS ON FILE | | | | | | |
| 6483652 | GUY, VICTORIA EL | ADDRESS ON FILE | | | | | | |
| 6486577 | HAI, KHOLA ASIF | ADDRESS ON FILE | | | | | | |
| 6487569 | HALE, PEGGY GENTER | ADDRESS ON FILE | | | | | | |
| 6487966 | HALL, CLARICE R. | ADDRESS ON FILE | | | | | | |
| 6488418 | HALL, MARK R. | ADDRESS ON FILE | | | | | | |
| 6488568 | HALL, REBECCA ANN | ADDRESS ON FILE | | | | | | |
| 6497411 | HARRIS, DAWN ELLEN | ADDRESS ON FILE | | | | | | |
| 6500828 | HASHMI, AZRA | ADDRESS ON FILE | | | | | | |
| 6501491 | HASTINGS, NOEL | ADDRESS ON FILE | | | | | | |
| 6504228 | HAYTOGLU, TAHIR | ADDRESS ON FILE | | | | | | |
| 6505103 | HEATHERTON, CHRISTOPHER A. | ADDRESS ON FILE | | | | | | |
| 6508948 | HENDRIX, NANCY WE | ADDRESS ON FILE | | | | | | |
| 6509406 | HENNING, GEORGE THOMAS | ADDRESS ON FILE | | | | | | |
| 6509649 | HENRY, DAVID EDWARD | ADDRESS ON FILE | | | | | | |
| 6510000 | HENSLEE, AUSTIN BRYCE | ADDRESS ON FILE | | | | | | |

In re: Purdue Pharma L.P., *et al.*
Case No. 19-23649 (RDD)

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| 6518387 | HOANG, HIEU VIET | ADDRESS ON FILE | | | | | | |
| 6521854 | HOLLAND, SHERI CATLIN | ADDRESS ON FILE | | | | | | |
| 6524363 | HONOROF, JOYCE ELLEN | ADDRESS ON FILE | | | | | | |
| 6536869 | HYDE, RODERICK MICHAEL | ADDRESS ON FILE | | | | | | |
| 6540902 | ISERN, RAUL DARIO | ADDRESS ON FILE | | | | | | |
| 6545120 | JAFFE, MARK | ADDRESS ON FILE | | | | | | |
| 6546576 | JAMES, JOHN MICHAEL | ADDRESS ON FILE | | | | | | |
| 6564550 | KAHN, DEBRA ROSALIND | ADDRESS ON FILE | | | | | | |
| 6566302 | KAMAL, SALLY MEDHAT | ADDRESS ON FILE | | | | | | |
| 6570206 | KARLIN, RICHARD MYER | ADDRESS ON FILE | | | | | | |
| 6570990 | KASHKOULI, PARISA | ADDRESS ON FILE | | | | | | |
| 6571595 | KASVEN, SAMUEL BE | ADDRESS ON FILE | | | | | | |
| 6573726 | KAWASAKI, ROBERT ISAO | ADDRESS ON FILE | | | | | | |
| 6584345 | KHOURY, RANA | ADDRESS ON FILE | | | | | | |
| 6585902 | KIM, BUM JOO | ADDRESS ON FILE | | | | | | |
| 6586929 | KIM, JOSEPH KENDALL | ADDRESS ON FILE | | | | | | |
| 6588095 | KIMBER, JAMES H. | ADDRESS ON FILE | | | | | | |
| 6589210 | KING, LINELL CLINTON | ADDRESS ON FILE | | | | | | |
| 6590350 | KIRBY, RICHARD MURRAY | ADDRESS ON FILE | | | | | | |
| 6590928 | KIROVSKI, EMIL | ADDRESS ON FILE | | | | | | |
| 6592137 | KLEATHER, CHRISTOPHER SCOTT | ADDRESS ON FILE | | | | | | |
| 6592692 | KLEIN, ROBIN | ADDRESS ON FILE | | | | | | |
| 6593526 | KLINGENSMITH, NATHAN JOHN | ADDRESS ON FILE | | | | | | |
| 6594159 | KNAPP, BURTON BOWER | ADDRESS ON FILE | | | | | | |
| 6594220 | KNAPP, LYDIA LOUISE | ADDRESS ON FILE | | | | | | |
| 6597499 | KOLAVALA, JANARDHANA REDDY | ADDRESS ON FILE | | | | | | |
| 6597724 | KOLKER, CHRISTOPHER TR | ADDRESS ON FILE | | | | | | |
| 6603497 | KREITZER, LORIN M. | ADDRESS ON FILE | | | | | | |
| 6603999 | KRIER, KELLY JOHNSON | ADDRESS ON FILE | | | | | | |
| 6606059 | KUDIRKA, ANDRIUS ARVYDAS | ADDRESS ON FILE | | | | | | |
| 6671638 | MARTIN, ELWOOD RAY | ADDRESS ON FILE | | | | | | |
| 6674067 | MARUCCI, BERNARD-DEAN F. | ADDRESS ON FILE | | | | | | |
| 6681520 | MCALPINE, JAMES COAN | ADDRESS ON FILE | | | | | | |
| 6689604 | MCKENNETT, MARIANNE A. | ADDRESS ON FILE | | | | | | |
| 6689638 | MCKENZIE, AMY LYNN | ADDRESS ON FILE | | | | | | |
| 6699558 | MERRITT, WALTER DAVIS | ADDRESS ON FILE | | | | | | |
| 6699676 | MERTZ, GUY | ADDRESS ON FILE | | | | | | |
| 6699689 | MERTZ, PETER GARY | ADDRESS ON FILE | | | | | | |
| 6702024 | MICHAEL, THOMAS PETER | ADDRESS ON FILE | | | | | | |
| 6702932 | MIEDEMA, MARCIA GARRIS | ADDRESS ON FILE | | | | | | |
| 6707566 | MILLER, WILLIAM SM | ADDRESS ON FILE | | | | | | |
| 6708964 | MINIOR, DEVIN NATHANIEL | ADDRESS ON FILE | | | | | | |
| 6709360 | MINVILLE, JACQUES HECTOR | ADDRESS ON FILE | | | | | | |
| 6709594 | MIRANDA, RICARDO | ADDRESS ON FILE | | | | | | |
| 6747325 | NIRAV, PATEL | ADDRESS ON FILE | | | | | | |

In re: Purdue Pharma L.P., *et al.*
Case No. 19-23649 (RDD)

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| 6749512 | NORMAN, SHARON ALICIA | ADDRESS ON FILE | | | | | | |
| 6753533 | OBRIEN, JENNIFER LYNN | ADDRESS ON FILE | | | | | | |
| 6758010 | OLIVENCIA-SIMMONS, IVELISSE | ADDRESS ON FILE | | | | | | |
| 6763903 | OSTER, CALEB T. | ADDRESS ON FILE | | | | | | |
| 6765304 | OVERTON, CLAYTON JUSTUS | ADDRESS ON FILE | | | | | | |
| 6835600 | RIHA, PAVEL | ADDRESS ON FILE | | | | | | |
| 6837657 | RIVERA, MONICA BEATRIZ | ADDRESS ON FILE | | | | | | |
| 6838359 | RIZZO, ANTHONY | ADDRESS ON FILE | | | | | | |
| 6840328 | ROBERTSON, PATRICK AARON | ADDRESS ON FILE | | | | | | |
| 6842780 | RODRIGUES, MARK JERVIS | ADDRESS ON FILE | | | | | | |
| 6843339 | RODRIGUEZ, MARIANELI | ADDRESS ON FILE | | | | | | |
| 6844455 | ROGERS, ADAM D. | ADDRESS ON FILE | | | | | | |
| 6872299 | SCALI, SALVATORE THOMAS | ADDRESS ON FILE | | | | | | |
| 6875239 | SCHILLING, JONATHAN WILLIAM | ADDRESS ON FILE | | | | | | |
| 6876574 | SCHMIDT, PETER CHARLES | ADDRESS ON FILE | | | | | | |
| 6882185 | SCHWIETERMAN, RYAN SCOT | ADDRESS ON FILE | | | | | | |
| 6882823 | SCOTT, DEBORAH MASSEY | ADDRESS ON FILE | | | | | | |
| 6883841 | SCULLY, DENNIS MI | ADDRESS ON FILE | | | | | | |
| 6916072 | SMITH, JAMES REILLY | ADDRESS ON FILE | | | | | | |
| 6923121 | SONDHI, NIDHI | ADDRESS ON FILE | | | | | | |
| 6925770 | SPARAGO, MERRILL TREMAYNE | ADDRESS ON FILE | | | | | | |
| 6933252 | STEGMANN, KRIS ALLEN | ADDRESS ON FILE | | | | | | |
| 6937721 | STINE, AMY RU | ADDRESS ON FILE | | | | | | |
| 6938011 | STOCK, CHRISTOPHER JOSEPH | ADDRESS ON FILE | | | | | | |
| 6938687 | STOLOVITZKY, JOSE PABLO | ADDRESS ON FILE | | | | | | |
| 6939419 | STORCK, KRISTINA LYNN | ADDRESS ON FILE | | | | | | |
| 6939920 | STOVROFF, MARK COOPER | ADDRESS ON FILE | | | | | | |
| 6945017 | SULLIVAN, ROBERT JO | ADDRESS ON FILE | | | | | | |
| 6945721 | SUN, DANYU | ADDRESS ON FILE | | | | | | |
| 6946590 | SURESH, KEELAPANDAL R. | ADDRESS ON FILE | | | | | | |
| 6949793 | SYED, FAHAD | ADDRESS ON FILE | | | | | | |
| 6952018 | TAKANG, EVELINE N. | ADDRESS ON FILE | | | | | | |
| 6953602 | TANENHAUS, MICHAEL J. | ADDRESS ON FILE | | | | | | |
| 6956512 | TAYLOR, JOEL RICHARD | ADDRESS ON FILE | | | | | | |
| 7097800 | BY AND THROUGH SANTA CLARA COUNTY COUNSEL | JENNIFER FOUNTAIN CONNOLLY | LLP | NORTHWEST | SUITE 300 | Washington | DC | 20006 |
| 7012432 | WEISS, SCOTT ADAM | ADDRESS ON FILE | | | | | | |
| 7014186 | WENGER, SUSAN MARIE | ADDRESS ON FILE | | | | | | |
| 7015909 | WESTPHAL, DENIS ROBERT | ADDRESS ON FILE | | | | | | |
| 7016569 | WHEELER, ALBERT RICHARD | ADDRESS ON FILE | | | | | | |
| 7024100 | WILLIAMS, LORRAINE E. | ADDRESS ON FILE | | | | | | |
| 7028504 | WINKEL, ERWIN C. | ADDRESS ON FILE | | | | | | |
| 7034080 | WOODCOX, LARRY HOWARD | ADDRESS ON FILE | | | | | | |
| 7035464 | WORTHINGTON, JULIAN MACK | ADDRESS ON FILE | | | | | | |
| 7082377 | WORTMANN, CHRISTOPHER F. | ADDRESS ON FILE | | | | | | |
| 7039313 | YAN, DAVID | ADDRESS ON FILE | | | | | | |

In re: Purdue Pharma L.P., *et al.*
Case No. 19-23649 (RDD)