WILMER CUTLER PICKERING HALE
 AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**WILMER CUTLER PICKERING HALE AND DORR LLP'S FIRST NOTICE OF INCREASE IN HOURLY RATES**

On November 25, 2019, the Court approved the retention of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") as Special Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date (Dkt. No. 544) ("WilmerHale Retention Order").  In accordance with the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

1

WilmerHale Retention Order, WilmerHale hereby gives notice that, effective January 1, 2020, or, if later, ten business days after the date of this Notice, WilmerHale's hourly rates for work completed for the Debtors will increase and the applicable rates shall be as follows:

| Title | 2020 Rates |
|---|---|
| Partners | $1,025 - $1,745 |
| Counsel | $1,005 - $1,050 |
| Associates and Staff Attorneys | $555 - $965 |
| Discovery Attorneys | $95 - $315 |
| Paraprofessionals | $165 - $575 |

The rates above reflect the firm's standard 2020 rates, as applied to the particular skills and experience levels of the professionals and paraprofessionals involved with WilmerHale's work for the Debtors. The rates do not reflect agreed discounts that are applied upon invoicing.

Dated: December 16, 2019

By: /s/ George W. Shuster
WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

2