DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Charles S. Duggan

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF FILING OF REPORT OF THE SPECIAL COMMITTEE**

**PLEASE TAKE NOTICE** that Purdue Pharma L.P. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file, as Exhibit A hereto, a report of the Special Committee of the Board of Directors of Purdue Pharma L.P. (the "**Special Committee**") entitled *Cash Transfers of Value Analysis* ("**Cash Transfers Report**"). The Cash Transfers Report was prepared in connection with an ongoing review by the Special Committee of matters relating to the Debtors and members of the Sackler families or any of their affiliates, which the Debtors have disclosed

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

publicly, including in their Informational Brief filed on September 15, 2019, and at the September 17, 2019 "First Day" hearing.[2]  The Cash Transfers Report, which the Debtors now make available in a redacted form to all parties in interest, was previously provided, in late October 2019, to the counsel and professionals of the Official Committee of Unsecured Creditors, of the ad hoc committee of governmental and other contingent litigation claimants as set forth in the verified statement pursuant to Federal Rule of Bankruptcy Procedure 2019 [ECF No. 279], and of the ad hoc group of non-consenting states as set forth in the verified statement pursuant to Federal Rule of Bankruptcy Procedure 2019 [ECF No. 296].

**PLEASE TAKE FURTHER NOTICE** that a copy of the Cash Transfers Report and any related papers may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.  You may also obtain copies of any pleadings by visiting the Court's website at https://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:    December 16, 2019
         New York, New York

/s/ Marshall S. Huebner
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Charles S. Duggan

*Counsel to the Debtors
and Debtors in Possession*

---

[2] Debtors' Informational Br. at 16 [ECF No. 17]; Sept. 17, 2019 Hr'g Tr. at 29:8-30:9.