**Alix**Partners

# Selection 3 Purdue Ex-US Cash Distributions (2015)

## Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015



Note: Purdue's Internal Distribution Analysis classifies Selection 3 as an Ex-US Cash Distribution and refers to it as "Project Bull's Eye". Purdue's Legal Department explained that "Project Bull's Eye" related to Mundipharma's acquisition of the Merck ophthalmology portfolio.

**Alix**Partners

110

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



**Alix**Partners   111

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



Doc.Type : SA ( G/L account document ) Normal document

| | | |
|---|---|---|
| Doc. Number | 100000633 | Company Code 416 | Fiscal Year 2015 |
| Doc. Date | 15.12.2015 | Posting Date 13.12.2015 | Period 12 |
| Calculate Tax | ☐ | | |
| Ref.Doc. | CWS | Overall No. 0100000633416 15 | |
| Doc. Currency | USD | | |
| Doc. Hdr Text | CTW416 12012015-12132015 | | |

**Transfer #1:** $60,297,816 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 2.100.000,00 | CORP PAY |
| 2 | 40 | 100010 | Cash Concentration | | | | | 60.297.816,00 | PURDUE PHARMA L P ONE STAMFORD F |
| 3 | 50 | 100010 | Cash Concentration | | | | | 149.237,00- | CORP PAY |
| 4 | 50 | 100010 | Cash Concentration | | | | | 148.579,00- | CORP PAY |
| 5 | 50 | 100010 | Cash Concentration | | GEN | | | 60.000.000,00- | PLP ASSOCIATES HOLDINGS L P ONE |
| 6 | 40 | 100010 | Cash Concentration | | | | | 700.000,00 | CORP PAY |
| 7 | 50 | 100010 | Cash Concentration | | | | | 700.000,00- | CORP PAY |
| 8 | 40 | 100010 | Cash Concentration | | | | | 39.291.240,00 | PURDUE PHARMA L P ONE STAMFORD F |
| 9 | 40 | 100010 | Cash Concentration | | | | | 24.924.360,00 | PURDUE PHARMA L P ONE STAMFORD F |
| 10 | 40 | 100010 | Cash Concentration | | | | | 544.200,00 | PURDUE PHARMA L P ONE STAMFORD F |
| 11 | 40 | 100010 | Cash Concentration | | GEN | | | 89.495.000,00 | PURDUE PHARMA L P ONE STAMFORD F |
| 12 | 50 | 100010 | Cash Concentration | | GEN | | | 89.495.000,00- | BR HOLDINGS ASSOCIATES L.P. 1 ST |
| 13 | 50 | 100010 | Invest - PPLP | | GEN | | | 60.297.816,00- | PURDUE PHARMA L P ONE STAMFORD F |
| 14 | 40 | 302042 | Dist #42 PP Inc | | | | | 149.237,00 | CORP PAY |
| 15 | 40 | 302042 | Dist #42 PP Inc | | | | | 148.579,00 | CORP PAY |
| 16 | 40 | 302044 | Dist #44 PLPAH LP | | | | | 60.000.000,00 | PLP ASSOCIATES HOLDINGS L P ONE |
| 17 | 40 | 302042 | Dist #42 PP Inc | | | | | 700.000,00 | CORP PAY |
| 18 | 50 | 107204 | Invest - PPLP | | | | | 39.291.240,00- | PURDUE PHARMA L P ONE STAMFORD F |
| 19 | 50 | 107204 | Invest - PPLP | | GEN | | | 24.924.360,00- | PURDUE PHARMA L P ONE STAMFORD F |
| 20 | 50 | 107204 | Invest - PPLP | | GEN | | | 544.200,00- | PURDUE PHARMA L P ONE STAMFORD F |
| 21 | 50 | 107204 | Invest - PPLP | | GEN | | | 89.495.000,00- | PURDUE PHARMA L P ONE STAMFORD F |
| 22 | 50 | 102208 | Purdue Pharma L.P. | | GEN | | | 2.800.000,00- | |
| 23 | 40 | 102413 | BR Holdings Assoc LP | | GEN | | | 89.495.000,00 | |

**Transfer #2A:** $149,237 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

**Transfer #2B:** $148,579 transfer from Purdue Holdings L.P. to PLP Associates Holdings Inc.

**Transfer #2C:** $60,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



**Doc.Type : SA ( G/L account document ) Normal document**

| | | | | |
|---|---|---|---|---|
| Doc. Number | 100001292 | Company Code | 301 | Fiscal Year | 2015 |
| Doc. Date | 15.12.2015 | Posting Date | 13.12.2015 | Period | 12 |
| Calculate Tax | ☐ | | | |
| Ref.Doc. | CWS | | | |
| Doc. Currency | USD | | | |
| Doc. Hdr Text | CTW301 12012015-12132015 | | | |

**Transfer #2A:** $149,237 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 149.237,00 | CORP PAY |
| 2 | 50 | 107416 | Invest - PH LP | | GEN | | | 149.237,00- | CORP PAY |

**Doc.Type : SA ( G/L account document ) Normal document**

| | | | | |
|---|---|---|---|---|
| Doc. Number | 100000900 | Company Code | 402 | Fiscal Year | 2015 |
| Doc. Date | 15.12.2015 | Posting Date | 13.12.2015 | Period | 12 |
| Calculate Tax | ☐ | | | |
| Ref.Doc. | CWS | | | |
| Doc. Currency | USD | | | |
| Doc. Hdr Text | CTW402 12012015-12132015 | | | |

**Transfer #2B:** $148,579 transfer from Purdue Holdings L.P. to PLP Associates Holdings Inc.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 148.579,00 | CORP PAY |
| 2 | 50 | 107416 | Invest - PH LP | | GEN | | | 148.579,00- | CORP PAY |

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



## Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



Transfer #4A: $30M transfer from BR Holdings Associates L.P. to Beacon Company

Transfer #4B: $30M transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



**Transfer #3:** Confirmation of $60M transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfers #4A and #4B:** Authorization for $30M transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $60M in distributions.

Source: Written consent of BR Holdings Associates L.P. General Partner, 11/30/2015

**AlixPartners**   116

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



**Transfer #1:** Authorization for $60,297,816 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfers #2A, #2B, and #2C:** Authorization for transfers from Purdue Holdings L.P. to Purdue Pharma Inc., PLP Associates Holdings Inc., and PLP Associates Holdings L.P.

**Transfer #3:** Authorization for $60M transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfers #4A and #4B:** Authorization for $30M transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $60M in distributions.

Source: Email from Chadbourne & Parke LLP to Purdue containing wire instructions, dated 11/30/15

**AlixPartners**   117

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



**Transfer #4A:** Confirmation for $30M transfer from BR Holdings Associates L.P. to Beacon Company.

Source: Purdue Pharma L.P. payments report prepared by Purdue Treasury Department

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)

**Transfer #4B:** Confirmation for $30M transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.



Source: Purdue Pharma L.P. payments report prepared by Purdue Treasury Department

**AlxPartners**   119

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



**Transfer #1:** $60,297,816 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #2C:** $60,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

**Transfer #2A:** $149,237 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

**Transfer #2B:** $148,579 transfer from Purdue Holdings L.P. to PLP Associates Holdings Inc.

### CHASE ○

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 -9754

December 01, 2015 through December 31, 2015

**Account Number:**

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00078844 WBS 802 211 00116 NNNNNNNNNNNN 1 000000000 80 0000

PURDUE HOLDINGS L P
1 STAMFORD FORUM
STAMFORD CT 06901-3516

#### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 12/03 | Book Transfer Credit B/O: Purdue Pharma L P Stamford CT 06901-3431 Ref: Distribution Trn: YOUR REF: ATS OF 15/12/02 | $60,297,816.00 |

#### Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 12/03 | Book Transfer Debit A/C: Plp Associates Holdings L P Stamford CT 06901-3431 Ref: Distribution Trn: YOUR REF: NONREF | $60,000,000.00 |
| 12/03 | Chips Debit Via: Hsbc Bank USA, N.A./0108 A/C: Hsbc Singapore Singapore 049320 Ben: Mundipharma Singapore Holding Pte Sg Ref: Preffered Shares Ssn: Trn: YOUR REF: NONREF | 2,100,000.00 |
| 12/03 | Orig CO Name:Holdings   Orig ID:   Desc Date:151203 CO Entry Descr:Corp Pay Sec:CCD   Trace#:   Eed:151203 Ind ID:   Ind Name:Holdings Tm: | 149,237.00 |
| 12/03 | Orig CO Name:Holdings   Orig ID:   Desc Date:151203 CO Entry Descr:Corp Pay Sec:CCD   Trace#:   Eed:151203 Ind ID:   Ind Name:Holdings Tm: | 148,579.00 |

Source: J.P. Morgan Chase monthly bank statement for Purdue Holdings L.P., December 2015

**AlixPartners**   120

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



**CHASE**

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

December 01, 2015 through December 31, 2015

**Account Number:**

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00033035 WBS 802 211  00116 NNNNNNNNNNN  1 000000000 80 0000

PLP ASSOCIATES HOLDINGS L P
ATTN ACCOUNTING SERVICES
ONE STAMFORD FORUM
STAMFORD CT 06901-3516

**Deposits and Credits**

| Ledger Date | Description | Amount |
|---|---|---|
| 12/03 | Book Transfer Credit B/O: Purdue Holdings L P Stamford CT 06901-3516 Ref: Distribution Trn: YOUR REF: ATS OF 15/12/02 | $60,000,000.00 |
| 12/22 | Orig CO Name:Holdings      Orig ID:      Desc Date:151222 CO Entry Descr:Corp Pay  Sec:CCD    Trace#:      Eed:151222 Ind ID:      Ind Name:Plp Assoc Holdings Lp    Funding Trn: | 196,000.00 |
| **Total** | | **$60,196,000.00** |

**Withdrawals and Debits**

| Ledger Date | Description | Amount |
|---|---|---|
| 12/03 | Book Transfer Debit A/C: Br Holdings Associates L.P. Stamford CT 06901-3516 Ref: Distribution Trn:      YOUR REF: NONREF | $60,000,000.00 |

**Transfer #2C:** $60,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

**Transfer #3:** $60,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

Source: J.P. Morgan Chase monthly bank statement for PLP Associates Holdings L.P., December 2015

**AlixPartners**

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



**CHASE** ◉

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 -9754

December 01, 2015 through December 31, 2015

**Account Number:**

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00078884 WBS 802 211 00116 NNNNNNNNNNN 1 000000000 80 0000

BR HOLDINGS ASSOCIATES L.P,
1 STAMFORD FORUM
STAMFORD CT 06901-3516

**Deposits and Credits**

| Ledger Date | Value Date | Description | Amount |
|---|---|---|---|
| 12/03 | | Book Transfer Credit B/O: Plp Associates Holdings L P Stamford CT 06901-3431 Ref: Distribution Trn: YOUR REF: ATS OF 15/12/02 | $60,000,000.00 |

**Transfer #3:** $60,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Withdrawals and Debits**

| Ledger Date | Value Date | Description | Amount |
|---|---|---|---|
| 12/03 | | Book Transfer Debit A/C: Rosebay Medical CO L P Oklahoma City OK 73134-2617 Ref: Distribution Trn: YOUR REF: NONREF | $30,000,000.00 |
| 12/03 | | Book Transfer Debit A/C: Beacon CO Zurich Switzerland Ch-80-55 Ref: Distribution Trn: YOUR REF: NONREF | 30,000,000.00 |

**Transfers #4A and #4B:** $30,000,000 transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P.

Source: J.P. Morgan Chase monthly bank statement for BR Holdings Associates L.P., December 2015

**AlixPartners**    122

**Alix**Partners

# Selection 4 Purdue Ex-US Cash Distributions (2016)

## Selection 4 – Ex-US Cash Distribution to Mexcus Corp and Maltus Corp, July 2016



Note: Per email instructions, $300,000 was subsequently sent by each Mexcus Corporation and Maltus Corporation to Mundipharma Mexico. However, since books and records for Mexcus, Maltus and Mundipharma Mexico are not maintained by Purdue, these subsequent transactions cannot be identified using Purdue's books and records.

 Purdue     Affiliated Entity - Books and Records Maintained in the same SAP System as Purdue     Affiliated Entity - Books and Records not Maintained in the same SAP System as Purdue

# Selection 4 – Ex-US Cash Distribution to Mexcus Corp and Maltus Corp, July 2016 (cont'd)



| | G/L account document | | | | | | |
|---|---|---|---|---|---|---|---|
| | Overall No. | 0100000746416 16 | Doc. Currency USD | | | | |

| CoCd | DocumentNo | Year | Type | Doc. Date | Pstng Date | Reference | Crcy | |
|---|---|---|---|---|---|---|---|---|
| Itm | PK | Account | Account short text | Assignment | Tx | Amount | Text | |

| 208 | 100159793 | 2016 SA | | 01.08.2016 | 28.07.2016 | CWS | USD |
|---|---|---|---|---|---|---|---|
| 1 | 50 | 100010 | Cash Concentration | 20160801 | | 4.410.000,00- | CORP PAY |
| 2 | 50 | 100010 | Cash Concentration | 20160801 | | 600.000,00- | CORP PAY |
| 3 | 50 | 100010 | Cash Concentration | 20160801 | | 492.432,00- | CORP PAY |
| 4 | 50 | 100010 | Cash Concentration | 20160801 | | 1.000.000,00- | CORP PAY |
| 5 | 40 | 102416 | Purdue Holdings LP | 20160801 | | 6.502.432,00 | |

**Transfer #1:** $600,000 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

| 416 | 100000746 | 2016 SA | | 01.08.2016 | 28.07.2016 | CWS | USD |
|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | 20160801 | | 4.410.000,00 | CORP PAY |
| 2 | 40 | 100010 | Cash Concentration | 20160801 | | 600.000,00 | CORP PAY |
| 3 | 40 | 100010 | Cash Concentration | 20160801 | | 492.432,00 | CORP PAY |
| 4 | 50 | 100010 | Cash Concentration | 20160801 | | 4.410.000,00- | CORP PAY |
| 5 | 50 | 100010 | Cash Concentration | 20160801 | | 490.000,00- | CORP PAY |
| 6 | 50 | 100010 | Cash Concentration | 20160801 | | 300.000,00- | CORP PAY |
| 7 | 50 | 100010 | Cash Concentration | 20160801 | | 300.000,00- | CORP PAY |
| 8 | 50 | 100010 | Cash Concentration | 20160801 | | 1.219,00- | CORP PAY |
| 9 | 50 | 100010 | Cash Concentration | 20160801 | | 1.213,00- | CORP PAY |
| 10 | 40 | 100010 | Cash Concentration | 20160801 | | 1.000.000,00 | CORP PAY |
| 11 | 50 | 100010 | Cash Concentration | 20160801 | | 1.000.000,00- | CORP PAY |
| 12 | 40 | 302042 | Dist #42 PP Inc | 20160801 | | 4.410.000,00 | CORP PAY |
| 13 | 40 | 302042 | Dist #42 PP Inc | 20160801 | | 490.000,00 | CORP PAY |
| 14 | 40 | 302042 | Dist #42 PP Inc | 20160801 | | 300.000,00 | CORP PAY |
| 15 | 40 | 302042 | Dist #42 PP Inc | 20160801 | | 300.000,00 | CORP PAY |
| 16 | 40 | 302042 | Dist #42 PP Inc | 20160801 | | 1.219,00 | CORP PAY |
| 17 | 40 | 302042 | Dist #42 PP Inc | 20160801 | | 1.213,00 | CORP PAY |
| 18 | 40 | 302042 | Dist #42 PP Inc | 20160801 | | 1.000.000,00 | CORP PAY |
| 19 | 50 | 102208 | Purdue Pharma L.P. | 20160801 | | 6.502.432,00- | |

**Transfers #2A and #2B:** $300,000 transfers from Purdue Holdings L.P. to Mexcus Corporation and Maltus Corporation, totaling $600,000.

## Selection 4 – Ex-US Cash Distribution to Mexcus Corp and Maltus Corp, July 2016 (cont'd)



Doc.Type : KZ ( Vendor payment ) Normal document

| Doc. Number | 1500000302 | Company Code | 416 | Fiscal Year | 2016 |
| Doc. Date | 07/25/2016 | Posting Date | 07/28/2016 | Period | 07 |
| Calculate Tax | ☐ | | | | |
| Ref.Doc. | WIRE TRANSFER | | | | |
| Doc. Currency | USD | | | | |

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 300,000.00- | |
| 2 | 25 | 1033026 | MEXCUS CORPORATION | | GEN | | | 300,000.00 | |

**Transfer #2A:** $300,000 transfer from Purdue Holdings L.P. to Mexcus Corporation.

Doc.Type : KZ ( Vendor payment ) Normal document

| Doc. Number | 1500000301 | Company Code | 416 | Fiscal Year | 2016 |
| Doc. Date | 07/25/2016 | Posting Date | 07/28/2016 | Period | 07 |
| Calculate Tax | ☐ | | | | |
| Ref.Doc. | WIRE TRANSFER | | | | |
| Doc. Currency | USD | | | | |

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 300,000.00- | |
| 2 | 25 | 1033027 | MALTUS CORPORATION | | GEN | | | 300,000.00 | |

**Transfer #2B:** $300,000 transfer from Purdue Holdings L.P. to Maltus Corporation.

Source: SAP General Ledger detail

## Selection 4 – Ex-US Cash Distribution to Mexcus Corp and Maltus Corp, July 2016 (cont'd)



**From:** McClatchey, Ian [mailto:IMcClatchey@chadbourne.com]
**Sent:** Friday, July 22, 2016 4:45 PM
**To:**
**Cc:** Baker, Stuart D.; Charhon, JJ; Lowne, Jon;                            Roncalli, Anthony; Kelly, Lauren D.; Kendall, Gareth;
Quinn-Felice, Jennifer
**Subject:** PHLP 2016 Funding - Mundipharma Mexico

Friday, July 22, 2016

Dear

Attached are the approvals for Purdue Pharma L.P. to distribute $600,000 to Purdue Holdings L.P., and for Purdue
Holdings L.P. in turn to subscribe for (i) 1,000 preferred shares of Mexcus Corporation, a British Virgin Islands company
("Mexcus"), for a subscription price of $300,000; and (ii) 1,000 preferred shares of Maltus Corporation, a British Virgin
Islands company ("Maltus"), for a subscription price of $300,000. For your information, Mexcus and Maltus will fund
payments in connection with Mundipharma Mexico.

In accordance with the foregoing, please arrange for the following wire transfers from the account of Purdue Holdings
L.P. without charges for the beneficiary:

| | |
|---|---|
| Amount: | $300,000 |
| Account Name: | Mexcus Corporation |
| Account Number: | |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Bank Address: | 270 Park Avenue; New York, New York 10017 |
| ABA Number: | 021000021 |
| SWIFT Code: | CHASUS33 |
| Reference: | 1,000 Preferred Shares |

| | |
|---|---|
| Amount: | $300,000 |
| Account Name: | Maltus Corporation |
| Account Number: | |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Bank Address: | 270 Park Avenue; New York, New York 10017 |
| ABA Number: | 021000021 |
| SWIFT Code: | CHASUS33 |
| Reference: | 1,000 Preferred Shares |

Please note that we have been asked to provide a value date for these transfers as soon as possible.

Kind regards,

**Transfers #2A and #2B:**
Approvals for $300,000
transfers from Purdue Holdings
L.P. to each of Mexcus
Corporation and Maltus
Corporation.

**Transfer #2A:** Wire
instructions for $300,000
transfer from Purdue Holdings
L.P. to Mexcus Corporation.

**Transfer #2B:** Wire
instructions for $300,000
transfer from Purdue Holdings
L.P. to Maltus Corporation.

# Selection 4 – Ex-US Cash Distribution to Mexcus Corp and Maltus Corp, July 2016 (cont'd)



**Transfer #2A:** Confirmation for $300,000 transfer from Purdue Holdings L.P. to Mexcus Corporation.

## Selection 4 – Ex-US Cash Distribution to Mexcus Corp and Maltus Corp, July 2016 (cont'd)



**PURDUE PHARMA L.P.**

** All values are subject to verification and adjustments. **

**Payment Report - Detail**                                                    **Payment Release Date: Today**

| Creation Method | Template Name |
|---|---|
| From Template | Maltus Corp |

**Status**
Released

**PAYMENT INFORMATION**

| Method/Description | Value Date | Payment Amount |
|---|---|---|
| ACH | 07/25/2016 | USD 300,000.00 |
| Corporate/Vendor | | CR |
| Payments | | |

| Payment ID | Descriptive Date | Batch Description |
|---|---|---|
| 486504431 | 160725 | CORP PAY |

**From Account**

**Account Name**
PURDUE HOLDINGS LP

**Bank**
021000021 - JP MORGAN CHASE NEW YORK

**Company Name**
HOLDINGS

**Company ID**

**Transfer #2B:** Confirmation for $300,000 transfer from Purdue Holdings L.P. to Maltus Corporation.

**BENEFICIARIES**

| Beneficiary Name | Beneficiary ID | Account / Type | Bank ABA | Payment ID | DD | Amount |
|---|---|---|---|---|---|---|
| Maltus Corporation | | | 021000021 | 486504431 | | 300,000.00 CR |

**Payment Details:** Purchase of 1,000 Preferred Shares

**HISTORY**

| Event | Date / Time | Actioned By | User ID / Approval Category | Additional Information |
|---|---|---|---|---|
| Released | 07/25/2016 03:43 PM EDT | | | |
| Digital Signature | 07/25/2016 03:43 PM EDT | | | |
| Approved | 07/25/2016 03:38 PM EDT | | | |
| Submitted | 07/25/2016 11:38 AM EDT | | | Created from Template: Maltus Corp |

Source: Purdue Pharma L.P. payments report prepared by Purdue Treasury Department

**AlixPartners**    129

# Selection 4 – Ex-US Cash Distribution to Mexcus Corp and Maltus Corp, July 2016 (cont'd)



**Transfer #1:** $600,000 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**CHASE** 🜂

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 -9754

July 01, 2016 through July 29, 2016
**Account Number**

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00074249 WBS 802 211 21216 NNNNNNNNNNN 1 000000000 80 0000

PURDUE HOLDINGS L P
1 STAMFORD FORUM
STAMFORD CT 06901-3516

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/01 | Book Transfer Credit B/O: Purdue Pharma L P Stamford CT 06901-3431 Ref: Distribution Tm: YOUR REF: ATS OF 16/07/01 | $14,069,490.00 |
| 07/12 | Book Transfer Credit B/O: Purdue Pharma L P Stamford CT 06901-3431 Ref: Distribution Tm: YOUR REF: ATS OF 16/07/12 | 6,000,000.00 |
| 07/25 | Orig CO Name:Purdue Pharma Lp      Orig ID:        Desc Date:160725 CO Entry Descr:Corp Pay  Sec:CCD Trace#:           Eed:160725  Ind ID:           Ind Name:Purdue Holdings Lp      Funding Tm: | 4,410,000.00 |
| 07/25 | Orig CO Name:Purdue Pharma Lp      Orig ID:        Desc Date:160725 CO Entry Descr:Corp Pay  Sec:CCD Trace#:           Eed:160725  Ind ID:           Ind Name:Purdue Holdings Lp      Funding Tm: | 600,000.00 |
| 07/25 | Orig CO Name:Purdue Pharma Lp      Orig ID:        Desc Date:160725 CO Entry Descr:Corp Pay  Sec:CCD Trace#:           Eed:160725  Ind ID:           Ind Name:Purdue Holdings Lp      Funding Tm: | 492,432.00 |

Source: J.P. Morgan Chase monthly bank statement for Purdue Holdings L.P., July 2016

**AlixPartners**   130

# Selection 4 – Ex-US Cash Distribution to Mexcus Corp and Maltus Corp, July 2016 (cont'd)



**Transfers #2A and #2B:**
$300,000 transfers from Purdue Holdings L.P. to each of Mexcus Corporation and Maltus Corporation.

Source: J.P. Morgan Chase monthly bank statement for Purdue Holdings L.P., July 2016

**Alix**Partners    131

**Alix**Partners

# Selection 5 Purdue Ex-US Cash Distributions (2016)

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016



# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)



# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)



Doc.Type : SA ( G/L account document ) Normal document
Doc. Number   100001376       Company Code    301        Fiscal Year    2016
Doc. Date     08/01/2016      Posting Date     07/28/2016   Period         07
Calculate Tax
Ref.Doc.      CWS
Doc. Currency USD
Doc. Hdr Text CTW301 07222016-07282016

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 1,219.00 | CORP PAY |
| 2 | 50 | 107416 | Invest – PH LP | | GEN | | | 1,219.00– | CORP PAY |

**Transfer #2A:** $1,219 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

Doc.Type : SA ( G/L account document ) Normal document
Doc. Number   100000962       Company Code    402        Fiscal Year    2016
Doc. Date     08/01/2016      Posting Date     07/28/2016   Period         07
Calculate Tax
Ref.Doc.      CWS
Doc. Currency USD
Doc. Hdr Text CTW402 07222016-07282016

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 1,213.00 | CORP PAY |
| 2 | 50 | 107416 | Invest – PH LP | | GEN | | | 1,213.00– | CORP PAY |

**Transfer #2B:** $1,213 transfer from Purdue Holdings L.P. to PLP Associates Holdings Inc.

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)



# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)



**Doc.Type : KZ ( Vendor payment ) Normal document**

| Doc. Number | 1500000286 | Company Code | 413 | Fiscal Year | 2016 |
|---|---|---|---|---|---|
| Doc. Date | 07/25/2016 | Posting Date | 07/28/2016 | Period | 07 |
| Calculate Tax | ☐ | | | | |
| Ref.Doc. | WIRE TRANSFER | | | | |
| Doc. Currency | USD | | | | |

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 245,000.00- | |
| 2 | 25 | 1029154 | BEACON CO | | GEN | | | 245,000.00 | |

**Transfer #4A:** $245,000 transfer from BR Holdings Associates L.P. to Beacon Company

**Doc.Type : KZ ( Vendor payment ) Normal document**

| Doc. Number | 1500000285 | Company Code | 413 | Fiscal Year | 2016 |
|---|---|---|---|---|---|
| Doc. Date | 07/25/2016 | Posting Date | 07/28/2016 | Period | 07 |
| Calculate Tax | ☐ | | | | |
| Ref.Doc. | WIRE TRANSFER | | | | |
| Doc. Currency | USD | | | | |

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 245,000.00- | |
| 2 | 25 | 1016497 | ROSEBAY MEDICAL COMP | | GEN | | | 245,000.00 | |

**Transfer #4B:** $245,000 transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)



Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100000479    Company Code    408    Fiscal Year    2016
Doc. Date    01.08.2016    Posting Date    28.07.2016    Period    07
Calculate Tax
Ref.Doc.    CWS
Doc. Currency    USD
Doc. Hdr Text    CTW408 07222016-07282016

**Transfer #6:** $4.4M transfer from Purdue Holdings L.P. to RSJ Company L.P.

**Transfer #7A:** $245K transfer from Beacon Company to RSJ Company L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 4.410.000,00 | HOLDINGS |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 245.000,00 | ROSEBAY MEDICAL CO L P 14000 QUA |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 245.000,00 | BEACON CO REVINOVA TREUHAND AG F |
| 4 | 50 | 301045 | Capital #45 PH LP | | GEN | | | 4.410.000,00- | HOLDINGS |
| 5 | 50 | 301027 | Capital #27Contrib. | | GEN | | | 245.000,00 | ROSEBAY MEDICAL CO L P 14000 QUA |
| 6 | 50 | 301026 | Capital #26Contrib. | | GEN | | | 245.000,00 | BEACON CO REVINOVA TREUHAND AG F |

Doc.Type : KZ ( Vendor payment ) Normal document
Doc. Number    1500000030    Company Code    408    Fiscal Year    2016
Doc. Date    26.07.2016    Posting Date    28.07.2016    Period    07
Calculate Tax
Ref.Doc.    WIRE TRANSFER
Doc. Currency    USD

**Transfer #7B:** $245K transfer from Rosebay Medical Company L.P. to RSJ Company L.P.

**Transfer #8:** $4.9M transfer from RSJ Company L.P. to Mundipharma KK (Mundipharma Japan).

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 4.900.000,00- | |
| 2 | 25 | 1018052 | MUNDIPHARMA KK | | GEN | | | 4.900.000,00 | |

Source: SAP General Ledger detail

## Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)



**Transfer #3:** $490,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfers #4A and #4B:** $245,000 transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $490,000

**AlixPartners**   139

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)



**Transfers #2A, #2B, and #2C:** Authorization for the following transfers from Purdue Holdings L.P.:
- $1,219 to Purdue Pharma Inc.
- $1,213 to PLP Associates Holdings Inc.
- $490,000 to PLP Associates Holdings L.P.

**Transfer #1:** Authorization for $492,432 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #3:** Authorization for $490,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

Source: Email from Chadbourne & Parke LLP to Purdue containing wire instructions, dated 7/22/16

**Alix**Partners    140

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)

**Transfer #5:** Authorization for $4.41M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #8:** Authorization for $4.9M transfer from RSJ Company L.P. to Mundipharma KK

**Transfer #8:** Wire instructions for $4.9M transfer from RSJ Company L.P. to Mundipharma KK

**Transfers #4A and #4B:** Authorization for $245,000 transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $490,000

**Transfer #6:** Authorization for $4.41M transfer from Purdue Holdings L.P. to RSJ Company L.P.



**Alix**Partners   141

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)

**Transfer #4A:** Confirmation of $245,000 transfer from BR Holdings Associates L.P. to Beacon Company



Source: Purdue Pharma L.P. payments report prepared by Purdue Treasury Department

**AlixPartners**    142

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)

**Transfer #4B:** Confirmation of $245,000 transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.



Source: Purdue Pharma L.P. payments report prepared by Purdue Treasury Department

**AlixPartners**   143

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)



**Transfer #5:** $4.41M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #1:** $492,432 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.



Source: J.P. Morgan Chase monthly bank statement for Purdue Holdings L.P., July 2016

**Alix**Partners    144

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)



**Transfer #2C: $490,000** transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

**Transfer #2A: $1,219 transfer** from Purdue Holdings L.P. to Purdue Pharma Inc.

**Transfer #2B: $1,213 transfer** from Purdue Holdings L.P. to PLP Associates Holdings Inc.

Source: J.P. Morgan Chase monthly bank statement for Purdue Holdings L.P., July 2016

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)



**Transfer #3:** $490,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfer #4B:** $245,000 transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

**Transfer #4A:** $245,000 transfer from BR Holdings Associates L.P. to Beacon Company.

CHASE ◉

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 -9754

July 01, 2016 through July 29, 2016
**Account Number:** ▮▮▮▮▮

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00058007 WBS 802 211 21216 NNNNNNNNNNN 1 000000000 80 0000
BR HOLDINGS ASSOCIATES L.P.
1 STAMFORD FORUM
STAMFORD CT 06901-3516

**Deposits and Credits**

| Ledger Date | Value Date | Description | Amount |
|---|---|---|---|
| 07/01 | | Book Transfer Credit B/O: Plp Associates Holdings L P Stamford CT 06901-3431 Ref: Distribution Trn: ▮▮▮ YOUR REF:  ATS OF 16/07/01 | $14,000,000.00 |
| 07/25 | | Orig CO Name:401          Orig ID:▮▮▮          Desc Date:160324 CO Entry Descr:Corp Pay  Sec:CCD   Trace#:▮▮▮          Eed:160725 Ind ID:▮▮▮          Ind Name:Br Holdings Associates    Distribution Trn: | 490,000.00 |
| **Total** | | | **$14,490,000.00** |

**Withdrawals and Debits**  *(continued)*

| Ledger Date | Value Date | Description | Amount |
|---|---|---|---|
| 07/01 | | Book Transfer Debit A/C: Rosebay Medical CO L P Oklahoma City OK 73134-2617 Ref: Distribution Trn: ▮▮▮ YOUR REF: NCNREF | 7,000,000.00 |
| 07/15 | | Account Analysis Settlement Charge | 95.49 |
| 07/25 | | Book Transfer Debit A/C: Rosebay Medical CO L P Oklahoma City OK 73134-2617 Ref: Distribution Trn: ▮▮▮ YOUR REF: NCNREF | 245,000.00 |
| 07/25 | | Book Transfer Debit A/C: Beacon CO Zurich Switzerland Ch-80-55 Ref: Distribution Trn: ▮▮▮ YOUR REF: NCNREF | 245,000.00 |
| **Total** | | | **$14,490,095.49** |

Source: J.P. Morgan Chase monthly bank statement for BR Holdings Associates L.P., July 2016

**AlixPartners**    146

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)



**Transfer #6:** $4.41M transfer from Purdue Holdings L.P. to RSJ Company L.P.

**Transfer #7B:** $245,000 transfer from Rosebay Medical Company L.P. to RSJ Company L.P.

**Transfer #7A:** $245,000 transfer from Beacon Company to RSJ Company L.P.

**Transfer #8:** $4.9M transfer from RSJ Company L.P. to Mundipharma KK (Mundipharma Japan).

Source: J.P. Morgan Chase monthly bank statement for RSJ Company L.P., July 2016

**AlixPartners**    147

**Alix**Partners

# Selection 6 Purdue Ex-US Cash Distributions (2017)

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017



This transfer represents a cash transfer to PRA L.P. (formerly Purdue Holdings L.P.). A promissory note was subsequently issued by PRA L.P. to Purdue for this amount. As previously explained, this amount is not included in Purdue's Cash Distributions because it was treated by Purdue as a loan. PRA L.P. transferred these funds to an Ex-US Affiliate (i.e., Mundipharma KK). The full amount of the loan has since been repaid to Purdue in full with interest.

**Alix**Partners    149

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



**Transfer #1:** $1.969M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



Transfer #6: $17.64M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



Doc.Type : SA ( G/L account document ) Normal document

| Doc. Number | 100000899 | Company Code | 416 | Fiscal Year | 2017 |
|---|---|---|---|---|---|
| Doc. Date | 31.07.2017 | Posting Date | 23.07.2017 | Period | 07 |
| Calculate Tax | ☐ | | | | |
| Ref.Doc. | CWS | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW416 07172017-07232017 | | | | |

**Transfer #6:** $17.64M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 17.640.000,00 | ▉ PURDUE PHARMA L P 1 STAMFORD FOR |
| 2 | 50 | 100010 | Cash Concentration | | GEN | | | 5.833,51- | ACCT SERVICE FEE |
| 3 | 50 | 100010 | Cash Concentration | | GEN | | | 17.640.000,00 | CAPITAL CONTRIBUTION CREDIT REF ATS OF 17/07/14 |
| 4 | 40 | 100010 | Cash Concentration | | GEN | | | 285.714,00 | ▉ |
| 5 | 50 | 107204 | Invest - PPLP | | GEN | | | 17.640.000,00 | ▉ PURDUE PHARMA L P 1 STAMFORD FOR |
| 6 | 40 | 660080 | Bank Service Charges | 2100416 | GEN | | | 5.833,51 | ACCT SERVICE FEE |
| 7 | 40 | 107408 | Invest. RSJ Com LLC | | GEN | | | 17.640.000,00 | CAPITAL CONTRIBUTION CREDIT REF ATS OF 17/07/14 |
| 8 | 50 | 100530 | Misc. Cash Clearing | | GEN | | | 285.714,00- | ▉ |

**Transfer #7:** $17.64M transfer from Purdue Holdings L.P. to RSJ Company L.P.

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



**Transfer #2A:** $1.96M transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

**Transfer #3:** $1.96M transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfer #2B:** $4,875 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

**Transfer #2C:** $4,854 transfer from Purdue Pharma L.P. to PLP Associates Holdings Inc.

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



**Transfer #3:** $1.96M transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfer #4A:** $980,000 transfer from BR Holdings Associates L.P. to Beacon Company.

**Transfer #4B:** $980,000 transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

## Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



**Alix**Partners    156

## Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



**Transfer #7:** $17.64M transfer from Purdue Holdings L.P. to RSJ Company L.P.

**Transfer #5B:** $980,000 transfer from Rosebay Medical Company L.P. to RSJ Company L.P.

**Transfer #5A:** $980,000 transfer from Beacon Company to RSJ Company L.P.

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)

**Transfer #1:** Authorization for $1.969M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #3:** Authorization for $1.96M transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfer #6:** Authorization for $17.64M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #7:** Authorization for $17.64M transfer from Purdue Holdings L.P. to RSJ Company L.P.

**Transfers #2A, #2B, and #2C:** Authorization for transfer from Purdue Holdings L.P. of $1.96M, $4,875, and $4,854 to PLP Associates Holdings L.P., Purdue Pharma Inc., and PLP Associates Holdings Inc., respectively.

**Transfers #4 and #5:** Authorization for transfers of $980,000 from BR Holdings Associates L.P. to each of Beacon Company and Rosebay Medical Company L.P., and subsequent transfers of $980,000 from each of Beacon Company and Rosebay Medical Company L.P. to RSJ Company L.P.

**Transfer #8:** Authorization and wire instructions for $19.6M transfer from RSJ Company L.P. to Mundipharma KK.



Source: Email from Chadbourne & Parke LLP to Purdue containing wire instructions, dated 7/13/17

AlixPartners    158

## Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



Source: Purdue Pharma L.P. payments report prepared by Purdue Treasury Department

## Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



**Transfer #4B:** Confirmation of $980,000 transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.