## Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



**CHASE**

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

July 01, 2017 through July 31, 2017
**Account Number:**

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00066422 WBS 802 211  21317 NNNNNNNNNNN  1 000000000 80 0000

PURDUE HOLDINGS L P
1 STAMFORD FORUM
STAMFORD CT 06901-3516

**Deposits and Credits**

| Ledger Date | Description | Amount |
|---|---|---|
| 07/05 | Book Transfer Credit B/O: Purdue Pharma L P Stamford CT 06901-3516 Ref: Distribution Tm: YOUR REF: ATS OF 17/07/05 | $19,935,752.50 |
| 07/07 | Deposit | 103,997.59 |
| 07/12 | Book Transfer Credit B/O: Purdue Pharma L P Stamford CT 06901-3516 Ref: Distribution Tm: YOUR REF: ATS OF 17/07/11 | 3,783,780.00 |
| 07/14 | Book Transfer Credit B/O: Purdue Pharma L P Stamford CT 06901-3516 Ref: Distribution Tm: YOUR REF: ATS OF 17/07/14 | 1,969,729.00 |

**Transfer #1:** $1.969M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Deposits and Credits** *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 07/17 | Book Transfer Credit B/O: Purdue Pharma L P Stamford CT 06901-3516 Ref: Distribution Tm: YOUR REF: ATS OF 17/07/14 | 17,640,000.00 |

**Transfer #6:** $17.64M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

Source: J.P. Morgan Chase monthly bank statement for Purdue Holdings L.P., July 2017

## Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



**Transfer #2A:** $1.96M transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

**Transfer #2B:** $4,875 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

**Transfer #2C:** $4,854 transfer from Purdue Pharma L.P. to PLP Associates Holdings Inc.

**Transfer #7:** $17.64M transfer from Purdue Holdings L.P. to RSJ Company L.P.

Source: J.P. Morgan Chase monthly bank statement for Purdue Holdings L.P., July 2017

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



**Transfer #3:** $1.96M transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfer #4B:** $980,000 transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

**Transfer #4A:** $980,000 transfer from BR Holdings Associates L.P. to Beacon Company.

Source: J.P. Morgan Chase monthly bank statement for BR Holdings Associates L.P., July 2017

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



**Transfer #7:** $17.64M transfer from Purdue Holdings L.P. to RSJ Company L.P.

**Transfer #5A:** $980K transfer from Beacon Company to RSJ Company L.P.

**Transfer #5B:** $980K transfer from Rosebay Medical Company L.P. to RSJ Company L.P.

**Transfer #8:** $19.6M transfer from RSJ Company L.P. to Mundipharma KK (Mundipharma Japan).

CHASE ○

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

July 01, 2017 through July 31, 2017
**Account Number:**

### Customer Service Information

If you have any questions about your statement, please contact your Customer Service Professional.

00022177 WBS 802 211 21317 NNNNNNNNNNNN 1 000000000 80 0000

RSJ CO LP
ONE STAMFORD FORUM
STAMFORD CT 06901-3516

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/17 | Book Transfer Credit B/O: Purdue Holdings L P Stamford CT 06901-3516 Ref: Capital Contribution Trn: YOUR REF: ATS OF 17/07/14 | $17,640,000.00 |
| 07/17 | Book Transfer B/O: Beacon CO Zurich Switzerland Ch-80-55 Ref: Beacon Company Vacca Trn: YOUR REF: OS1 OF 17/07/17 | 980,000.00 |
| 07/20 | Book Transfer Credit B/O: Rosebay Medical CO L P Oklahoma City OK 73134-2617 Ref: Rosebay Medical Company Lp Trn: YOUR REF: ATS OF 17/07/20 | 980,000.00 |
| **Total** | | **$19,600,000.00** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/20 | Book Transfer Debit A/C: Sumitomo Mitsui Banking Corporationchiyoda-Ku Tokyo Japan 51500-0 Ben:/3031736 Mundipharma K.K. Ref: Japan Funding Requirement Trn: YOUR REF: NONREF | $19,600,000.00 |
| **Total** | | **$19,600,000.00** |

Source: J.P. Morgan Chase monthly bank statement for RSJ Company L.P., July 2017

**Alix**Partners    164

**Alix**Partners

# Selection 7 Purdue US Partner Cash Distributions (2011)

# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011



# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011 (cont'd)



Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100087811    Company Code    208    Fiscal Year    2011
Doc. Date    12.07.2011    Posting Date    07.07.2011    Period    07
Calculate Tax ☐
Doc. Currency    USD
Doc. Hdr Text    CTW 07012011 to 07072011

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 1 | 40 | 102416 | Purdue Holdings LP | | GEN | | | 200.992.721,00 | FUNDING to PURDUE HOLDINGS LP |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 50.000.000,00 | BofA: SHORT-TERM INVESTMENT |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 50.000.000,00 | GOLDMAN SACHS MONEY MARKET DRAW-DOWN |
| 4 | 40 | 100010 | Cash Concentration | | GEN | | | 26.394.129,54 | CARDINAL HEALTH |
| 5 | 40 | 100010 | Cash Concentration | | GEN | | | 17.624.116,55 | MCKESSON |

Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100087811    Company Code    208    Fiscal Year    2011
Doc. Date    12.07.2011    Posting Date    07.07.2011    Period    07
Calculate Tax ☐
Doc. Currency    USD
Doc. Hdr Text    CTW 07012011 to 07072011

**Transfer #1:** $200,992,721 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 107 | 50 | 100010 | Cash Concentration | | GEN | | | 200.992.721,00- | FUNDING to PURDUE HOLDINGS LP |
| 108 | 50 | 100450 | BOA Money Market | | GEN | | | 50.000.000,00- | BofA: SHORT-TERM INVESTMENT |
| 109 | 50 | 100430 | Money Mkt Goldman | | GEN | | | 50.000.000,00- | GOLDMAN SACHS MONEY MARKET DRAW-DOWN |
| 110 | 50 | 100110 | Lockbox Clearing | | GEN | | | 26.394.129,54- | CARDINAL HEALTH |
| 111 | 50 | 100110 | Lockbox Clearing | | GEN | | | 17.624.116,55- | MCKESSON |

# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011 (cont'd)



# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011 (cont'd)





# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011 (cont'd)



# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011 (cont'd)



**Transfer #1:** Authorization for $200,992,721 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #3:** Authorization for $200M transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfers #2A, #2B, and #2C:** Authorization for transfers from Purdue Holdings L.P. in amounts of $497,457, $495,264, and $200M to Purdue Pharma Inc., PLP Associates Holdings Inc., and PLP Associates Holdings L.P., respectively.

**Transfers #4A and #4B:** Authorization for $100M transfer from BR Holdings Associates L.P. to each of Beacon Company and Rosebay Medical Company L.P.

Source: Decision of Board of Directors of Purdue Pharma Inc. dated 6/24/11

**AlixPartners**    171

# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011 (cont'd)

**Transfer #4A:** Authorization for $100M transfer from BR Holdings Associates L.P. to Beacon Company.

**Alix**Partners    172

# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011 (cont'd)



**Transfer #4B:** Authorization for $100M transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011 (cont'd)

**Transfer #4A:** Confirmation for $100M transfer from BR Holdings Associates L.P. to Beacon Company.



Source: Purdue wire transfer confirmation dated 7/7/11

# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011 (cont'd)

**Transfer #4B:** Confirmation for $100M transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.



Source: Purdue wire transfer confirmation dated 7/7/11

**Al**i**xPartners**   175

**Alix**Partners

# Selection 8 Purdue US Partner Cash Distributions (2009)

# Selection 8 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., March 2009





# Selection 8 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., March 2009 (cont'd)





**AlixPartners**    178

# Selection 8 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., March 2009 (cont'd)



**Transfer #1A:** $497,457 transfer from Purdue Pharma L.P. to Purdue Pharma Inc.

**Transfer #1B:** $495,264 transfer from Purdue Pharma L.P. to PLP Associates Holdings Inc.

**Transfer #1C:** $200M transfer from Purdue Pharma L.P. to PLP Associates Holdings L.P.

Source: SAP General Ledger detail

**AlixPartners**    179

# Selection 8 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., March 2009 (cont'd)



**Transfer #2A and 2B:** $100M transfer from PLP Associates Holdings L.P. to Beacon Company.
- **Transfer 2A:** $95M paid to Beacon Trust Company.
- **Transfer 2B:** $5M paid to Beacon Company (different vendor codes)

**Transfer #2C:** $100M transfer from PLP Associates Holdings L.P. to Rosebay Medical Company L.P.

Source: SAP General Ledger detail

**AlixPartners**   180

# Selection 8 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., March 2009 (cont'd)



**Transfer #1:** Authorization for $200,992,721 transfer from Purdue Pharma L.P., including $497,457 to Purdue Pharma Inc., $495,264 to PLP Associates Holdings Inc., and $200M to PLP Associates Holdings L.P.

Source: Decision of the Board of Directors of Purdue Pharma Inc. dated 3/5/2009

**AlixPartners**    181

# Selection 8 – US Partner Cash Distribution to Beacon Company, Beacon Trust Co. Limited and Rosebay Medical Company L.P., March 2009 (cont'd)



**Transfer #2A:** Authorization for $5M transfer from PLP Associates Holdings L.P. to Beacon Co.

**AlixPartners**    182

# Selection 8 – US Partner Cash Distribution to Beacon Company, Beacon Trust Co. Limited and Rosebay Medical Company L.P., March 2009 (cont'd)

**Transfer #2A:** Confirmation of $5M transfer from PLP Associates Holdings L.P. to Beacon Co.

11/MAR/09    09:42 Transaction CSession I00-4865
StatuReleased

TYPE PA'BANCHASE LOCNY-CUST LINE:
METH#BKTACCO
TFR D.11/MARVALL11/MAFAMOLUS$5,000,000.00
CONFIRMATI0876600070JO0000

ULTIMATE BENEFICIARY
Acct No.
Name    BEACON COMPANY
Address   :

Advice   :
Instr    :

BENEFICIARY BANK
Acct No/ID:
Name    Jpmorgan Chase Bank
AddressNew York Ny 10004

Advice   :.
Instr    :

CORRESPONDENT / PAY THROUGH BANK
Acct No/ID:
Name    :
Address   :

Advice   :
Instr    :

BY ORDER OF
Name    :
Address   :

CUST REF :

REFERENCE TEXT
!PRIORITY!

Source: Purdue wire transfer confirmation dated 3/11/09

**AlixPartners**    183

## Selection 8 – US Partner Cash Distribution to Beacon Company, Beacon Trust Co. Limited and Rosebay Medical Company L.P., March 2009 (cont'd)

**Transfer #2B:** Authorization for $95M transfer from PLP Associates Holdings L.P. to Beacon Trust Co.



Source: Purdue wire transfer request dated 3/10/09

# Selection 8 – US Partner Cash Distribution to Beacon Company, Beacon Trust Co. Limited and Rosebay Medical Company L.P., March 2009 (cont'd)

**Transfer #2B:** Confirmation of $95M transfer from PLP Associates Holdings L.P. to Beacon Trust Co.

```
11/MAR/09    09:42 Transaction CSession 00-4866
                                      StatuReleased

TYPE PA'BANCHASE LOCNY-CUST LINE:
METHCHFACCO020910355
TFR D.11/MARVALL11/MARAMOLUS$5,000,000.00
CONFIRMATI0876700070JO0000

ULTIMATE BENEFICIARY
Acct No.
Name   BEACON TRUST LIMITED
AddressAS TRUSTEE OF A SETTLEMENT DATED
        31 DECEMBER 1993

Advice   :
Instr    :

BENEFICIARY BANK
Acct No
Name    CREDIT SUISSE (GUERNSEY) LIMITED
AddressPO BOX 368
        ST PETER PORT
        GB GUERNSEY GY1 3YJ CHANNEL ISLANDS
Advice   :
Instr    :

CORRESPONDENT / PAY THROUGH BANK
Acct No
Name   The Bank Of New York Mellon
Address48 Wall St
        New York Ny 10005-2901

Advice   :
Instr    :

BY ORDER OF
Name     :
Address  :


CUST REF :

REFERENCE TEXT
ACCOUNT NO        TAX PAID
ACCOUNT
```

# Selection 8 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., March 2009 (cont'd)

**Transfer #2C:** Authorization for $100M transfer from PLP Associates Holdings L.P. to Rosebay Medical Company L.P.



Source: Purdue wire transfer request dated 3/10/09

**AlixPartners**   186

# Selection 8 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., March 2009 (cont'd)

**Transfer #2C:** Confirmation of
$100M transfer from PLP
Associates Holdings L.P. to
Rosebay Medical Company L.P.



**AlixPartners**    187

# Selection 8 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., March 2009 (cont'd)



**PPLP**
**Distribution - Profit Share**

| | YTD Including Feb Distribution | YTD Distributions | Payout | |
|---|---|---|---|---|
| PPLP Distribution | 268,325,282 | $ (67,332,561) | $ 200,992,721 | |
| Purdue Pharma Inc. | 664,105 | (166,648) | 497,457 | 0.2475 |
| PLP Associates Holdings Inc. | 661,177 | (165,913) | 495,264 | (244.55/99000) * (100% - 0.2475%) |
| PLP Associates Holdings L.P. | 267,000,000 | (67,000,000) | 200,000,000 | (98755.45/99000) * (100% - 0.2475%) |
| To BR Holdings and then Partners | 267,000,000 | (67,000,000) | 200,000,000 | |
| Reigo (50%) | $ 133,500,000 | $ (33,500,000) | $ 100,000,000 | |
| Rosebay (50%) | $ 133,500,000 | $ (33,500,000) | $ 100,000,000 | |

Dr. Raymond Sackler

**Transfer #1:** Authorization for $200,992,721 transfer from Purdue Pharma L.P., including $497,457 to Purdue Pharma Inc., $495,264 to PLP Associates Holdings Inc., and $200M to PLP Associates Holdings L.P.

**Transfer #2:** Authorization for $100M transfers from PLP Associates Holdings L.P. to each of Reigo Company (name later changed to Beacon Company) and Rosebay Medical Company L.P.

No documentation was identified in the SAP general ledger system evidencing that funds flowed from PLP Associates Holdings L.P. (Company #401) to BR Holdings L.P. before flowing to Beacon Company, Beacon Trust Company or Rosebay Medical Company L.P. Instead, documentation in the SAP general ledger system indicates that funds flowed directly from PLP Associates Holdings L.P. (Company #401) to Beacon Company, Beacon Trust Company Limited and Rosebay Medical Company L.P. Beacon Company and Beacon Trust Company Limited were formerly known as Reigo Company.

**Alix**Partners

# Selection 9 Purdue US Partner Cash Distributions (2012)

# Selection 9 – US Partner Cash Distributions to Purdue Pharma Inc. and PLP Associates Holdings Inc., December 2012



Raymond R Sackler Trust 1B is the name on the bank account of the trust that owns Linarite Holdings LLC
Raymond R Sackler Trust 2B is the name on the bank account of the trust that owns Perthlite Holdings LLC

# Selection 9 – US Partner Cash Distributions to Purdue Pharma Inc. and PLP Associates Holdings Inc., December 2012 (cont'd)



**Transfer #2:** $6 million transfer from Purdue Pharma L.P. to PLP Associates Holdings Inc.

**Transfer #1:** $6 million transfer from Purdue Pharma L.P. to Purdue Pharma Inc.

Doc.Type : SA ( G/L account document ) Normal document

| Doc. Number | 100114404 | Company Code | 208 | Fiscal Year | 2012 |
| Doc. Date | 01/03/2013 | Posting Date | 12/31/2012 | Period | 12 |
| Calculate Tax | ☐ | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW 12172012 to 12312012 | | | | |

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|------|----|--------|------|
| 297 | 50 | 100110 | Lockbox Clearing | | GEN | | | 6,329,907.22- | AMERISOURCE |
| 298 | 50 | 100010 | Cash Concentration | | GEN | | | 6,000,000.00- | FUNDING to PLP ASC. HOLDINGS, INC. |
| 299 | 50 | 100010 | Cash Concentration | | GEN | | | 6,000,000.00- | FUNDING to PURDUE PHARMA, INC. |

Source: SAP General Ledger detail

**Alix**Partners    191

# Selection 9 – US Partner Cash Distributions to Purdue Pharma Inc. and PLP Associates Holdings Inc., December 2012 (cont'd)



**Doc.Type : SA ( G/L account document ) Normal document**

| Doc. Number | 100000913 | Company Code | 301 | Fiscal Year | 2012 |
| Doc. Date | 01/03/2013 | Posting Date | 12/31/2012 | Period | 12 |
| Calculate Tax | ☐ | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW 12172012 to 12312012 | | | | |

**Transfer #1:** $6 million transfer from Purdue Pharma L.P. to Purdue Pharma Inc.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 6,000,000.00 | PPLP ADVANCE TO PURDUE PHARMA INC. |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 149,237.00 | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 2,083.33 | FUNDING from COVENTRY TECHNOLOGIES, LP (11c) |
| 4 | 40 | 100010 | Cash Concentration | | GEN | | | 1,076.87 | FUNDING from PURDUE HOLDINGS LP |
| 5 | 50 | 102208 | Purdue Pharma L.P. | | GEN | | | 6,000,000.00- | PPLP ADVANCE TO PURDUE PHARMA INC. |
| 6 | 50 | 107416 | Invest - PH LP | | GEN | | | 149,237.00- | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 7 | 50 | 102230 | Coventry Tech. LLC | | GEN | | | 2,083.33- | FUNDING from COVENTRY TECHNOLOGIES, LP (11c) |
| 8 | 50 | 102416 | Purdue Holdings LP | | GEN | | | 1,076.87- | FUNDING from PURDUE HOLDINGS LP |

**Doc.Type : SA ( G/L account document ) Normal document**

| Doc. Number | 100000638 | Company Code | 402 | Fiscal Year | 2012 |
| Doc. Date | 01/03/2013 | Posting Date | 12/31/2012 | Period | 12 |
| Calculate Tax | ☐ | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW 12172012 to 12312012 | | | | |

**Transfer #2:** $6 million transfer from Purdue Pharma L.P. to PLP Associates Holdings Inc.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 6,000,000.00 | ADVANCE from PPLP |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 148,579.00 | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 1,072.09 | FUNDING from PURDUE HOLDINGS LP |
| 4 | 50 | 102208 | Purdue Pharma L.P. | | GEN | | | 6,000,000.00- | ADVANCE from PPLP |
| 5 | 50 | 107416 | Invest - PH LP | | GEN | | | 148,579.00- | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 6 | 50 | 102416 | Purdue Holdings LP | | GEN | | | 1,072.09- | FUNDING from PURDUE HOLDINGS LP |

# Selection 9 – US Partner Cash Distributions to Purdue Pharma Inc. and PLP Associates Holdings Inc., December 2012 (cont'd)



Transfer #4A: $3 million dividend from Purdue Pharma Inc. to Banela Corporation.

Transfer #4C: $1.5 million dividend from Purdue Pharma Inc. to Perthlite Holdings LLC.

Transfer #4B: $1.5 million dividend from Purdue Pharma Inc. to Linarite Holdings LLC.

Source: SAP General Ledger detail

**Alix**Partners   193

# Selection 9 – US Partner Cash Distributions to Purdue Pharma Inc. and PLP Associates Holdings Inc., December 2012 (cont'd)



**Transfer #3A:** $3 million dividend from PLP Associates Holdings Inc. to Banela Corporation.

**Transfer #3C:** $1.5 million dividend from PLP Associates Holdings Inc. to Perthlite Holdings LLC.

**Transfer #3B:** $1.5 million dividend from PLP Associates Holdings Inc. to Linarite Holdings LLC.

Source: SAP General Ledger detail

## Selection 9 – US Partner Cash Distributions to Purdue Pharma Inc. and PLP Associates Holdings Inc., December 2012 (cont'd)



Source: Decision of Board of Directors of PLP Associates Holdings Inc. dated 12/17/2012
Raymond R Sackler Trust 1B is the name on the bank account of the trust that owns Linarite Holdings LLC
Raymond R Sackler Trust 2B is the name on the bank account of the trust that owns Perthlite Holdings LLC

AlixPartners    195

# Selection 9 – US Partner Cash Distribution to Purdue Pharma Inc. and PLP Associates Holdings Inc., December 2012 (cont'd)



**Transfer #4A:** Authorization to transfer $3.0 million cash payment from Purdue Pharma Inc. to Banela Corporation.

**Transfer #4B:** Authorization to transfer $1.5 million cash payment from Purdue Pharma Inc. to Linarite Holdings LLC.

**Transfer #4C:** Authorization to transfer $1.5 million cash payment from Purdue Pharma Inc. to Perthlite Holdings LLC.

Source: Decision of Board of Directors of Purdue Pharma Inc. dated 12/17/2012
Raymond R Sackler Trust 1B is the name on the bank account of the trust that owns Linarite Holdings LLC
Raymond R Sackler Trust 2B is the name on the bank account of the trust that owns Perthlite Holdings LLC

**AlixPartners**    196

**Alix**Partners

# Purdue Tax Distributions

**Alix**Partners

# Selection 10 Purdue Tax Distributions (2014)

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014



| | |
|---|---|
| Transfers to BR Holdings Associates L.P. | $110,702,500 |
| Federal tax payments | ($110,000,000) |
| **Difference** | **$702,500** |
| State tax payments (not shown above)[1] | ($702,500) |
| **Remaining Difference** | **$0** |

[1] State and other federal tax payments identified in Purdue's Internal Distribution Analysis and SAP General Ledger detail.
We are unable to determine from the books and records maintained by Purdue whether Rosebay Medical Company L.P. or Beacon Company used the distributions to make tax-related payments to the appropriate taxing authorities. Under IRC Section 1446, BR Holdings Associates L.P. is required to withhold taxes on behalf of its foreign partner, Beacon Company. The $4,815,669 Tax Distribution to Beacon Company related to Medicare taxes. Under IRC Section 1446, the withholding agent is not required to withhold the 3.8% Medicare tax to remit to the US Treasury.

**AlixPartners**   199