# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100138421        Company Code    208          Fiscal Year    2014
Doc. Date      09/23/2014       Posting Date    09/14/2014    Period         09
Calculate Tax
Ref.Doc.       CWS              Overall No.     0100138421208 14
Doc. Currency  USD
Doc. Hdr Text  CTW208 09082014-09142014
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 98 | 50 | 100010 | Cash Concentration | | GEN | | | 60,368,169.00- | PURDUE HOLDINGS L P 1 STAMFORD F |
| 116 | 50 | 100010 | Cash Concentration | | GEN | | | 50,334,331.00- | PURDUE HOLDINGS L P 1 STAMFORD F |
| 164 | 50 | 100400 | Temp. Invest. Chase | | GEN | | | 50,000,000.00- | FEDERAL HOME LOAN BANKS DISCOUNT NOTE |

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100138421        Company Code    208          Fiscal Year    2014
Doc. Date      09/23/2014       Posting Date    09/14/2014    Period         09
Calculate Tax
Ref.Doc.       CWS              Overall No.     0100138421208 14
Doc. Currency  USD
Doc. Hdr Text  CTW208 09082014-09142014
```

**Transfers #1A and #1B:**
$60.4M and $50.3M transfers from Purdue Pharma L.P. to Purdue Holdings L.P., totaling $110.7M.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 229 | 40 | 102416 | Purdue Holdings LP | | GEN | | | 110,702,500.00 | |

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



## Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



**Doc.Type : SA ( G/L account document ) Normal document**

| | | | | | |
|---|---|---|---|---|---|
| Doc. Number | 100000676 | Company Code | 413 | Fiscal Year | 2014 |
| Doc. Date | 09/23/2014 | Posting Date | 09/14/2014 | Period | 09 |
| Calculate Tax | | | | | |
| Ref.Doc. | CWS | Overall No. | 0100000474416 14 | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW416 09082014-09142014 | | | | |

**Transfers #2A and #2B:** $60.4M and $50.3M transfers from Purdue Holdings L.P. to BR Holdings Associates L.P., totaling $110.7M.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 60,368,169.00 | BR HOLDINGS ASSOCIATES L.P. 1 ST |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 50,334,331.00 | BR HOLDINGS ASSOCIATES L.P. 1 ST |
| 3 | 50 | 102416 | Purdue Holdings LP | | GEN | | | 110,702,500.00- | |

**Doc.Type : KZ ( Vendor payment ) Normal document**

| | | | | | |
|---|---|---|---|---|---|
| Doc. Number | 1500000175 | Company Code | 413 | Fiscal Year | 2014 |
| Doc. Date | 11.09.2014 | Posting Date | 22.09.2014 | Period | 09 |
| Calculate Tax | | | | | |
| Ref.Doc. | WIRES TRANSFER | | | | |
| Doc. Currency | USD | | | | |

**Transfer #3:** $55M transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 55.000.000,00- | |
| 2 | 25 | 1016497 | ROSEBAY MEDICAL COMP | | GEN | | | 55.000.000,00 | |

Source: SAP General Ledger detail

**AlixPartners**   202

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



Transfer #4: $50.2M transfer from BR Holdings Associates L.P. to U.S. Treasury.



Transfer #5: $4.8M transfer from BR Holdings Associates L.P. to Beacon Company.

Source: SAP General Ledger detail

**Alix**Partners    203

## Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



## Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



**Transfer #3:** Q3 2014 federal tax payment of $55M for Rosebay Medical Company L.P.

**AlixPartners**    205

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)

**Transfer #3:** Confirmation of $55.0M transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.



Source: Purdue Pharma L.P. payments report prepared by Purdue Treasury Department

## Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



**Transfer #4:** Authorization for $50,184,331 transfer from BR Holdings Associates L.P. to U.S. Treasury.

**AlixPartners** 207

## Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



**Transfer #4:** Q3 2014 estimated federal tax payment of $50.2M to US Treasury for Beacon Company.

Source: Purdue Tax Department estimate of federal tax payment

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)

**Transfer #4:** Confirmation of $50.2M payment for Q3 2014 federal tax from BR Holdings Associates L.P. to the US Treasury on behalf of Beacon Company.



TAXPAYER NAME: BR HOLDINGS ASSOCIATES LP                    TIN: ████

## Deposit Confirmation

Your payment has been accepted.

## Payment Successful

An EFT Acknowledgement Number has been provided for this payment. Please keep this number for your records.

## REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270465554218142 |
|---|---|

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | ████ |
| Tax Form | 8804 Annual Return Partnership W/H |
| Tax Type | Balance due on return or notice |
| Tax Period | December/2014 |
| Payment Amount | $50,184,331.00 |
| Settlement Date | 09/12/2014 |

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



**Transfer #5:** Confirmation of $4.8M transfer from BR Holdings Associates L.P. to Beacon Company.

Source: Purdue Pharma L.P. payments report prepared by Purdue Treasury Department

**AlixPartners**    210

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)

**Transfer #5:** Q3 2014 estimated federal Medicare tax payment of $4.8M for Beacon Company.



**3Q14 Federal Estimated Payment - 3.8% Medicare Tax**

BEACON
BR Holdings Associates L.P.
|  |  |
| --- | --- |
| Federal | $  4,815,669.00 |
| GRAND TOTAL | $  4,815,669.00 |

Prepared by:

DATE: 9-4-14

Reviewed by:

DATE: 9/7/14

Approved by:

DATE: 8/7/14

DATE: 9/4/14

Edward Mahony

Source: Purdue Tax Department estimate of federal Medicare tax payment

## Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)

**Transfer #5:** Q3 2014 estimated federal Medicare tax payment of $4.8M for Beacon Company.



Source: Purdue Tax Department estimate of federal Medicare tax payment

**AlixPartners**   212

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



**Transfer #1A:** $60.4M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #1B:** $50.3M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

Source: J.P. Morgan Chase monthly bank statement for Purdue Holdings L.P., September 2014

**AlixPartners**    213

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



**Transfer #2A:** $60.4M transfer from Purdue Holdings L.P. to BR Holdings Associates L.P.

**Transfer #2B:** $50.3M transfer from Purdue Holdings L.P. to BR Holdings Associates L.P.

**Transfer #3:** $55.0M transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

**Transfer #5:** $4.8M transfer from BR Holdings Associates L.P. to Beacon Company.

**Transfer #4:** $50.2M transfer from BR Holdings Associates L.P. to U.S. Treasury.

Source: J.P. Morgan Chase monthly bank statement for BR Holdings Associates L.P., September 2014

**AlixPartners**   214

**Alix**Partners

# Selection 11 Purdue Tax Distributions (2016)

# Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016



| | |
|---|---|
| Transfers to BR Holdings Associates L.P. | $29,893,503 |
| Transfers 3 and 4 | ($20,600,000) |
| **Difference** | **$9,293,503** |
| State and other federal tax payments[1] | ($9,292,397) |
| **Remaining Difference** | **$1,106** |

Purdue    Affiliated Entity - Books and Records Maintained in the same SAP System as Purdue    Beacon/Rosebay    Taxing Authority

[1] State and other federal tax payments identified in Purdue's Internal Distribution Analysis and SAP General Ledger detail.
We are unable to determine from the books and records maintained by Purdue whether Rosebay Medical Company L.P. used the distributions to make tax-related payments to the appropriate taxing authorities.

**Alix**Partners    216

# Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)



Transfer #1: $29.9M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

Source: SAP General Ledger detail

## Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)



# Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)



**AlixPartners**    219

## Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)



**Transfer #3:** Authorization for $10.3M payment from BR Holdings Associates L.P. to Rosebay Medical Company L.P. for Q1 2016 estimated federal tax.

Source: Purdue Tax Department estimate of federal tax payment

**AlixPartners**    220

## Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)



**Transfer #3:** Q1 2016 estimated federal tax for Rosebay Medical Company L.P.

# Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)



**Transfer #3:** Confirmation of $10.3M payment from BR Holdings L.P. to Rosebay Medical Company L.P. for Q1 2016 estimated federal tax.

Source: Purdue Pharma L.P. payments report prepared by Treasury

**AlixPartners**   222

# Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)



**Transfer #4:** Authorization for $10.3M transfer from BR Holdings Associates L.P. to US Treasury on behalf of Beacon Company.

Source: Internal Purdue authorization for payment of federal tax

**AlixPartners**    223

## Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)



**Transfer #4:** Q1 2016 estimated federal tax for Beacon Company.

**AlixPartners**    224

# Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)



**Transfer #4:** Confirmation of $10.3M 1Q16 Federal tax payment from BR Holdings Associates L.P. to US Treasury on behalf of Beacon Company.

Source: Payment confirmation from Electronic Federal Tax Payment System

**AlixPartners**    225

## Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)



**Transfer #1:** $29.9M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

# Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)



**Transfer #2:** $29.9M transfer from Purdue Holdings L.P. to BR Holdings Associates L.P.

**Transfer #3:** $10.3M transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

**Transfer #4:** $10.3M transfer from BR Holdings Associates L.P. to US Treasury.

Source: J.P. Morgan Chase monthly bank statement for BR Holdings Associates L.P., March 2016

**AlixPartners**    227

**Alix**Partners

# Selection 12 Purdue Tax Distributions (2015)

## Selection 12 – Tax Distribution for estimated Connecticut state tax, Q3 2015



 Purdue          Beacon/Rosebay

We are unable to determine from the books and records maintained by Purdue whether Rosebay Med cal Company L.P. or Beacon Company used the distribut ons to make tax-related payments to the appropriate taxing authorities. Based on documents included in Purdue's SAP accounting system, these Tax Distribut ons related to estimated Connect cut state taxes. Rosebay Med cal Company L.P. is a Connect cut resident and required to pay quarterly estimated Connecticut taxes. Beacon Company is a foreign entity and required to pay Connect cut taxes annually at extens on time. As quarterly Tax Distributions were pa d to Rosebay Medical Company L.P. for Connect cut taxes, an equalizing Tax Distribution was made to Beacon at the same time.

**AlixPartners**

# Selection 12 – Tax Distribution for estimated Connecticut state tax, Q3 2015 (cont'd)



**Doc.Type : KZ ( Vendor payment ) Normal document**

| Doc. Number | 1500010363 | Company Code | 208 | Fiscal Year | 2015 |
| Doc. Date | 11.09.2015 | Posting Date | 14.09.2015 | Period | 09 |
| Calculate Tax | ☐ | | | | |
| Ref.Doc. | WIRE TRANSFER | | | | |
| Doc. Currency | USD | | | | |

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 6.775.000,00- | |
| 2 | 25 | 1016497 | ROSEBAY MEDICAL COMP | | GEN | | | 6.775.000,00 | |

**Transfer #1:** $6.8M transfer from Purdue Pharma L.P. to Rosebay Medical Company L.P.

**Doc.Type : KZ ( Vendor payment ) Normal document**

| Doc. Number | 1500010362 | Company Code | 208 | Fiscal Year | 2015 |
| Doc. Date | 11.09.2015 | Posting Date | 14.09.2015 | Period | 09 |
| Calculate Tax | ☐ | | | | |
| Ref.Doc. | WIRE TRANSFER | | | | |
| Doc. Currency | USD | | | | |

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 6.775.000,00- | |
| 2 | 25 | 1029154 | BEACON CO | | GEN | | | 6.775.000,00 | |

**Transfer #2:** $6.8M transfer from Purdue Pharma L.P. to Beacon Company.

**Alix**Partners    230

# Selection 12 – Tax Distribution for estimated Connecticut state tax, Q3 2015 (cont'd)



**Transfer #1:** Q3 2015 estimated Connecticut state tax payment of $6.8M for Rosebay Medical Company L.P.

Source: Purdue Tax Department estimate of Connecticut state tax payment

## Selection 12 – Tax Distribution for estimated Connecticut state tax, Q3 2015 (cont'd)



**Transfer #1:** Authorization for $6.8M payment from Purdue Pharma L.P. to Rosebay Medical Company L.P. for Q3 2015 estimated Connecticut state tax.

# Selection 12 – Tax Distribution for estimated Connecticut state tax, Q3 2015 (cont'd)

**Transfer #1:** Confirmation of $6.8M payment from Purdue Pharma L.P. to Rosebay Medical Company L.P. for Q3 2015 estimated Connecticut state tax.



Source: Purdue Pharma L.P. payments report prepared by Treasury

**AlixPartners**   233

# Selection 12 – Tax Distribution for estimated Connecticut state tax, Q3 2015 (cont'd)

**Transfer #2:** Q3 2015 estimated Connecticut state tax payment of $6.8M for Beacon Company.



## Selection 12 – Tax Distribution for estimated Connecticut state tax, Q3 2015 (cont'd)



**Transfer #2:** Authorization for $6.8M payment from Purdue Pharma L.P. to Beacon Company for Q3 2015 estimated Connecticut state tax.

Source: Purdue Tax Department estimate of Connecticut state tax payment

# Selection 12 – Tax Distribution for estimated Connecticut state tax, Q3 2015 (cont'd)

**Transfer #2:** Confirmation of $6.8M payment from Purdue Pharma L.P. to Beacon Company for Q3 2015 estimated Connecticut tax.



Source: Purdue Pharma L.P. payments report prepared by Treasury

**AlixPartners**    236

# Selection 12 – Tax Distribution for estimated Connecticut state tax, Q3 2015 (cont'd)



**Transfer #1:** $6.8M transfer from Purdue Pharma L.P. to Rosebay Medical Company L.P.

**Transfer #2:** $6.8M transfer from Purdue Pharma L.P. to Beacon Company.

Source: J.P. Morgan Chase monthly bank statement for Purdue Pharma L.P., September 2015

**AlixPartners**    237

**Alix**Partners

# Exhibit F – Rhodes Cash Distributions Tracing Analysis

# Rhodes Cash Distributions Tracing Analysis - Objectives

## Objective

1. Trace Rhodes Cash Distributions identified in Rhodes's SAP accounts payable ledger to the available third-party bank statements in order to validate if the distributions amounts, posting/transaction dates, payee/beneficiary names and payor entities were consistent and/or similar in both sources of information.

## Procedures Performed

1. Determined time period and entities to review based on Rhodes and Purdue's Internal Distribution Analysis and our reconciliation work. Bank statements were available for July 2014 onwards unless specifically requested from storage by TXP.

2. Reviewed bank statements to determine account holder entity name and time period represented.

3. Each Rhodes Cash Distribution identified in Purdue's SAP accounts payable ledger was compared to the available bank statements in order to find a match by payor entity, payee name, posting/transaction date and amount.

4. Certain transactions were assumed to be matches even if certain criteria were not an exact match. For example, if a distribution amount matched, but the payee name was not included in the bank statement and the posting date was within 60 days (before or after) of the transaction date included on the bank statement, then the distribution was generally considered to be a match.

   – If any of the criteria were not a match, the discrepancy was noted.

   – For payee name mismatches, the most common reason was that the bank statement did not include a payee name.

# Rhodes Cash Distributions Tracing Analysis – Sources Relied Upon

The following sources of information were accessed and reviewed from Purdue, Rhodes and TXP:

1. Cash Distributions identified in Rhodes's SAP accounts payable ledger; and

2. Bank statements for Rhodes and Affiliated Entities from the below periods highlighted in green:

| Coventry Technologies L.P. (Company #230) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Bank Statement Periods Received** | | | | | | | | | | | |
| | Q1 | | | Q2 | | | Q3 | | | Q4 | | |
| Year | J | F | M | A | M | J | J | A | S | O | N | D |
| 2014 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |

| SVC Pharma L.P. (Company #507) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Bank Statement Periods Received** | | | | | | | | | | | |
| | Q1 | | | Q2 | | | Q3 | | | Q4 | | |
| Year | J | F | M | A | M | J | J | A | S | O | N | D |
| 2014 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |

# Rhodes Cash Distributions Tracing Analysis - Observations and Findings

Based upon on the tracing work performed on the Rhodes Cash Distributions recorded in the SAP accounts payable ledger to the available third-party bank statements, we have the following observations:

1. The available third-party bank statements included 75 transactions totaling $53.28 million, of which matches between the two sources of information (SAP accounts payable ledger and Bank Statements) were identified for 75 transactions *(100% of total)* totaling $53.28 million *(100% of total)*.

| Company Name (Company #) | Transactions in SAP Accounts Payable Ledger within Bank Statement periods | | Transactions in SAP Accounts Payable Ledger Matched to Bank Statements | |
|---|---|---|---|---|
| | # Trx | $ Amount | # Trx | $ Amount |
| Coventry Technologies L.P. (Company #230) | 63 | $ 52,644,200 | 63 | $ 52,644,200 |
| SVC Pharma L.P. (Company #507) | 12 | $ 630,882 | 12 | $ 630,882 |
| Rhodes Technologies (Company #227) | – | $ - | – | $ - |
| Rhodes Technologies Inc. (Company #247) | – | $ - | – | $ - |
| Rhodes Pharmaceuticals LP (Company #250) | – | $ - | – | $ - |
| Rhodes Pharmaceuticals Inc. (Company #251) | – | $ - | – | $ - |
| | 75 | $ 53,275,082 | 75 | $ 53,275,082 |
| *As % of Transactions within Bank Statement periods* | *100%* | *100%* | *100%* | *100%* |

¹ SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

**AlixPartners**    241

# Rhodes Cash Distributions Tracing Analysis - Observations and Findings

2. For Coventry Technologies L.P. (Entity #230):

| | |
|---|---|
| **Periods for which statements are available:** | Jul. 2014 – Dec. 2018 |
| **Number of transactions in SAP accounts payable ledger within available bank statement periods:** | 63 – $52.6m |
| **Number of transactions matched to bank statements** *(and as % of total for available statement periods)*: | 63 *(100%)* – $52.6m *(100%)* |
| **Number of exact matches (payee, amount and date):** | 14 – $6.49m |
| **Number of payee and amount matches with close posting date match[1]:** | 27 – $44.96m<br>• 2 payments to Rosebay Medical Company LP totaling $14.65m were combined into a single transaction in the bank statement |
| **Number of amount matches with close posting date match[1] (no payee name listed in bank statement):** | 22 – $1.19m<br>• All are checks for tax-related payments |

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

# Rhodes Cash Distributions Tracing Analysis - Observations and Findings

3. For SVC Pharma L.P. (Entity #507):

| | |
|---|---|
| **Periods for which statements are available:** | Aug. 2014 – Dec. 2018 |
| **Number of transactions in AP Extract file:** | 21 – $1.17m |
| **Number of transactions in AP Extract file within available bank statement periods:** | 12 – $631k |
| **Number of transactions matched to bank statements** *(and as % of total for available statement periods)*: | 12 *(100%)* – $631k *(100%)* |
| **Number of exact matches (payee, amount and date):** | 0 |
| **Number of payee and amount matches with close posting date match[1]:** | 2 – $186k |
| **Number of amount matches with close posting date match[1] (no payee name listed in bank statement):** | 10 – $445k<br><br>•  All are checks recorded in SAP as payable to Comptroller of Maryland |

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

# Rhodes Cash Distributions Tracing Analysis - Observations and Findings

4. For Rhodes Technologies (Entity #227):

| | |
|---|---|
| **Periods for which statements are available:** | Jul. 2014 – Dec. 2018 |
| **Number of transactions in SAP accounts payable ledger within available bank statement periods:** | 0 |
| **Number of transactions matched to bank statements:** | 0 |
| **Number of exact matches (payee, amount and date):** | n/a |
| **Number of payee and amount matches with close posting date match[1]:** | n/a |
| **Number of amount matches with close posting date match[1] (no payee name listed in bank statement):** | n/a |

---

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

# Rhodes Cash Distributions Tracing Analysis - Observations and Findings

5. For Rhodes Technologies Inc. (Entity #247):

| | |
|---|---|
| Periods for which statements are available: | Aug. 2014 – Dec. 2018 |
| Number of transactions in SAP accounts payable ledger within available bank statement periods: | 0 |
| Number of transactions matched to bank statements: | 0 |
| Number of exact matches (payee, amount and date): | n/a |
| Number of payee and amount matches with close posting date match[1]: | n/a |
| Number of amount matches with close posting date match[1] (no payee name listed in bank statement): | n/a |

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

# Rhodes Cash Distributions Tracing Analysis - Observations and Findings

6. For Rhodes Pharmaceuticals L.P. (Entity #250):

| | |
|---|---|
| Periods for which statements are available: | Aug. 2014 – Dec. 2018 |
| Number of transactions in SAP accounts payable ledger within available bank statement periods: | 0 |
| Number of transactions matched to bank statements: | 0 |
| Number of exact matches (payee, amount and date): | n/a |
| Number of payee and amount matches with close posting date match[1]: | n/a |
| Number of amount matches with close posting date match[1] (no payee name listed in bank statement): | n/a |

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

# Rhodes Cash Distributions Tracing Analysis - Observations and Findings

7. For Rhodes Pharmaceuticals Inc. (Entity #251):

| | |
|---|---|
| Periods for which statements are available: | Aug. 2014 – Dec. 2018 |
| Number of transactions in SAP accounts payable ledger within available bank statement periods: | 0 |
| Number of transactions matched to bank statements: | 0 |
| Number of exact matches (payee, amount and date): | n/a |
| Number of payee and amount matches with close posting date match[1]: | n/a |
| Number of amount matches with close posting date match[1] (no payee name listed in bank statement): | n/a |

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

# Rhodes Cash Distributions Tracing Analysis - Observations and Findings

8. Statements for the following entities were provided, but no transactions were identified in the SAP accounts payable ledger:



**Alix**Partners

# Rhodes Cash Distributions Flow of Funds Analysis

# Flow of Funds Analysis — Cash Distribution and Capital Contribution Testing Selections

As illustrated in this section of the Cash Distribution and Capital Contributions Analysis, we performed a flow of funds analysis on each classification of Cash Distributions (Non-Tax and Tax) made ("Rhodes Cash Distribution Testing Selections") and Capital Contributions received ("Rhodes Capital Contributions Testing Selections") by Rhodes (collectively referred to as the "Rhodes Cash Distribution and Capital Contribution Testing Selections"):

## Rhodes Cash Distribution Testing Selections

- **Selection 1** – Non-Tax Cash Distribution from Rhodes Technologies to Beacon Company and Rosebay Medical Company L.P., December 2011
- **Selection 2** – Tax Distribution for Estimated Federal Tax Payment, Q4 2014

## Rhodes Capital Contribution Testing Selections

- **Selection 1** – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012
- **Selection 2** – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013
- **Selection 3** – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013

# Rhodes Flow of Funds Analysis – Observations and Findings

The following summary of observations and findings is based upon our review and analysis of various sources of information that we obtained from Rhodes related to the Rhodes Cash Distribution and Capital Contribution Testing Selections:

1. Rhodes Cash Distribution Testing Selection 1 was classified by Rhodes as a Non-Tax Cash Distribution that flowed from Rhodes Technologies up to and through Coventry Technologies L.P. and then from Coventry Technologies L.P. to Beacon Company and Rosebay Medical Company L.P.
   – It is our understanding from Rhodes that this flow of funds pattern is generally consistent with the other Non-Tax Cash Distributions made by Rhodes.

2. Rhodes Cash Distribution Testing Selection 2 was classified by Rhodes as a Tax Distribution that flowed from Coventry Technologies L.P. to Rosebay Medical Company L.P., Beacon Company and the United States Treasury and such classification is consistent with the documentation supporting this transaction.[1]
   – It is our understanding from Rhodes that this flow of funds pattern is generally consistent with the other Tax Distributions made by Rhodes.

3. Rhodes Capital Contribution Testing Selections 1 through 3 flowed from Purdue Pharma L.P. up to PRA L.P. and through other holdings companies, and then to Beacon Company and Rosebay Medical Company L.P., which made contributions to Rhodes Technologies or Rhodes Pharmaceuticals L.P. through Coventry Technologies L.P.
   – It is our understanding from Rhodes that this flow of funds pattern is generally consistent with the other Capital Contributions received by Rhodes.

4. Rhodes's accounting for the Rhodes Cash Distribution and Capital Contribution Testing Selections flow of funds is consistent with the available written approval and authorization documents supporting these transactions.

5. For the Rhodes Cash Distribution Testing Selections, the payee/beneficiary name recorded in Rhodes's accounts payable detail of the SAP general ledger system matches the payee/beneficiary name reported in Rhodes's Internal Distribution Analysis.

---

[1] We are unable to determine from the books and records maintained by Purdue and Rhodes whether Rosebay Medical Company L.P. or Beacon Company used the distributions to make tax-related payments to the appropriate taxing authorities.

**AlixPartners**    251

**Alix**Partners

# Rhodes Cash Distribution Testing Selections

**Alix**Partners

# Selection 1 Rhodes Non-Tax Cash Distributions (2011)

## Selection 1 – Non-Tax Cash Distribution from Rhodes Technologies to Beacon Company and Rosebay Medical Company L.P., December 2011



[1] For consistency with PPLP's classification of Non-Tax Cash Distributions, this Non-Tax Cash Distribution by Rhodes that flowed up to Beacon Company and Rosebay Medical L.P. has been treated as a US Partner Cash Distribution in the Cash Distributions Analysis.

AlixPartners    254

# Selection 1 – Non-Tax Cash Distribution from Rhodes Technologies to Beacon Company and Rosebay Medical Company L.P., December 2011



Doc.Type : SA ( G/L account document ) Normal document

| | | | |
|---|---|---|---|
| Doc. Number | 100029607 | Company Code | 227 | Fiscal Year | 2011 |
| Doc. Date | 12/12/2011 | Posting Date | 12/08/2011 | Period | 12 |
| Calculate Tax | ☐ | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW 12062011 to 12082011 | | | | |

**Transfer #1:** $25,000,000 transfer from Rhodes Technologies to Coventry Technologies L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 102230 | Coventry Tech. LLC | | GEN | | | 25,000,000.00 | FUNDING to COVENTRY TECHNOLOGIES LLC |
| 2 | 40 | 201150 | Payroll Suspense | | GEN | | | 802,328.85 | PAYROLL PAYMENT |
| 3 | 40 | 100040 | Chase Control ZBA | | GEN | | | 191,806.91 | CONTROL DISBURSEMENT ACCOUNT FUNDING |
| 4 | 40 | 100040 | Chase Control ZBA | | GEN | | | 106,816.54 | CONTROL DISBURSEMENT ACCOUNT FUNDING |
| 5 | 40 | 100040 | Chase Control ZBA | | GEN | | | 10,894.94 | CONTROL DISBURSEMENT ACCOUNT FUNDING |
| 6 | 40 | 100010 | Cash Concentration | | GEN | | | 357.09 | MISCELLANEOUS BANK DEPOSIT |
| 7 | 50 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00- | FUNDING to COVENTRY TECHNOLOGIES LLC |

Doc.Type : SA ( G/L account document ) Normal document

| | | | |
|---|---|---|---|
| Doc. Number | 100000222 | Company Code | 230 | Fiscal Year | 2011 |
| Doc. Date | 12/12/2011 | Posting Date | 12/08/2011 | Period | 12 |
| Calculate Tax | ☐ | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW 12062011 to 12082011 | | | | |

**Transfer #1:** $25,000,000 transfer from Rhodes Technologies to Coventry Technologies L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00 | FUNDING from RHODES TECHNOLOGIES (227) |
| 2 | 50 | 102227 | Rhodes Technologies | | GEN | | | 25,000,000.00- | FUNDING from RHODES TECHNOLOGIES (227) |

Source: SAP General Ledger detail

# Selection 1 – Non-Tax Cash Distribution from Rhodes Technologies to Beacon Company and Rosebay Medical Company L.P., December 2011



**Transfer #2a:** $12,500,000 transfer from Coventry Technologies L.P. to Beacon Company.



**Transfer #2b:** $12,500,000 transfer from Coventry Technologies L.P. to Rosebay Medical Company L.P.

# Selection 1 – Non-Tax Cash Distribution from Rhodes Technologies to Beacon Company and Rosebay Medical Company L.P., December 2011



**COVENTRY TECHNOLOGIES L.P.**

**Written Consent of General Partner**

The undersigned, Purdue Pharma Inc. (the "General Partner"), a New York corporation and the General Partner of Coventry Technologies L.P., a Delaware limited partnership (the "Partnership"), hereby consents to the taking of the following action and directs that this consent be filed with the records of proceedings of the Partnership:

WHEREAS, the Partnership is to receive a distribution from Rhodes Technologies ("Rhodes") in the amount of $25,000,000 on or before December 9, 2011 (the "Distribution").

**Transfer #1:** Confirmation of $25,000,000 transfer from Rhodes Technologies to Coventry Technologies L.P.

NOW, THEREFORE, be it

RESOLVED, that upon receipt of the Distribution from Rhodes, the Partnership be and it hereby is authorized to distribute $12,500,000 to Beacon Company and $12,500,000 to Rosebay Medical Company L.P.

**Transfers #2a and #2b:** Authorization for $12,500,000 transfers from Coventry Technologies L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $25,000,000 in distributions.

Date: December 8, 2011

Edward B. Mahony

COVENTRY TECHNOLOGIES L.P.
by its general partner,
Purdue Pharma Inc.

By
Stuart D. Baker
Executive Vice President,
Counsel to the Board

**Alix**Partners

# Selection 2 Rhodes Tax Distribution (2014)

# Selection 2 – Tax Distribution for Estimated Federal Tax Payment, Q4 2014





Affiliated Entity - Books and Records
Maintained in the same SAP System as Purdue        Beacon/Rosebay        Taxing Authority

Recorded as an estimated federal tax payment in Rhodes's Internal Distribution Analysis and Rhodes's SAP Accounting System. We are unable to determine from the books and records maintained by Rhodes whether Rosebay Medical Company L.P. or Beacon Company used the distributions to make tax-related payments to the appropriate taxing authorities. Under IRC Section 1446, Coventry Technologies L.P. is required to withhold taxes on behalf of its foreign partner, Beacon Company. The $1,267,783 Tax Distribution to Beacon Company related to Medicare taxes. Under IRC Section 1446, the w thholding agent is not required to w thhold the 3.8% Medicare tax to remit to the US Treasury.

**AlixPartners**        259

# Selection 2 – Tax Distribution for Estimated Federal Tax Payment, Q4 2014



| Doc.Type : KR ( Vendor invoice ) Normal document | | | | | |
|---|---|---|---|---|---|
| Doc. Number | 1900000203 | Company Code | 230 | Fiscal Year | 2014 |
| Doc. Date | 12/08/2014 | Posting Date | 12/12/2014 | Period | 12 |
| Calculate Tax | ☐ | | | | |
| Ref.Doc. | 120814E | | | | |
| Doc. Currency | USD | | | | |

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 31 | 1016497 | ROSEBAY MEDICAL COMP | | GEN | | | 14,500,000.00- | 4QTR 2014 FEDERAL ESTIMATED TAX PAYMENT |
| 2 | 40 | 302027 | Capital #27 Distrib. | | GEN | | | 14,500,000.00 | 4QTR 2014 FEDERAL ESTIMATED TAX PAYMENT |

**Transfer #1: $14,500,000** transfer from Coventry Technologies L.P. to Rosebay Medical Company L.P.

Source: SAP General Ledger detail

# Selection 2 – Tax Distribution for Estimated Federal Tax Payment, Q4 2014



**Transfer #2:** Q4 2014 federal tax payment of $13,232,217 for Beacon Company.



**Transfer #3:** Q4 2014 federal tax payment of $1,267,783 for Beacon Company.

## Selection 2 – Tax Distribution for Estimated Federal Tax Payment, Q4 2014



## Selection 2 – Tax Distribution for Estimated Federal Tax Payment, Q4 2014

**Transfer #1:** Q4 2014 federal tax payment of $14,500,000 for Rosebay Medical Company L.P.



Source: Purdue Tax Department estimate of federal tax payment

**AlixPartners**    263

# Selection 2 – Tax Distribution for Estimated Federal Tax Payment, Q4 2014



Source: Purdue Tax Department estimate of federal tax payment

## Selection 2 – Tax Distribution for Estimated Federal Tax Payment, Q4 2014



TAXPAYER NAME: COVENTRY TECHNOLOGIES LP          TIN: ▮▮▮▮▮▮

### Deposit Confirmation

Your payment has been accepted.

### Payment Successful

An EFT Acknowledgement Number has been provided for this payment. Please keep this number for your records.

**Transfer #2:** Confirmation of Q4 2014 federal tax payment of $13,232,217 for Beacon Company.

### REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270474683366697 |
|---|---|

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | ▮▮▮▮▮▮ |
| Tax Form | 8804 Annual Return Partnership W/H |
| Tax Type | Balance due on return or notice |
| Tax Period | December/2014 |
| Payment Amount | $13,232,217.00 |
| Settlement Date | 12/12/2014 |

Source: Purdue Tax Department estimate of federal tax payment

**Alix**Partners

265

# Selection 2 – Tax Distribution for Estimated Federal Tax Payment, Q4 2014



**Transfer #3:** Q4 2014 federal tax payment of $1,267,783 for Beacon Company.

Source: Purdue Tax Department estimate of federal tax payment

**Alix**Partners

# Rhodes Capital Contribution Testing Selections

**Alix**Partners

# Selection 1 Rhodes Capital Contribution (2012)

## Selection 1 – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012



# Selection 1 – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012



**Transfer #1:** $25,124,090 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.