# Selection 1 – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012



Doc.Type : SA ( G/L account document ) Normal document

| Doc. Number | 100000206 | Company Code | 416 | Fiscal Year | 2012 |
| Doc. Date | 04/19/2012 | Posting Date | 04/17/2012 | Period | 04 |
| Calculate Tax | ☐ | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW 04102012 to 04172012 | | | | |

**Transfer #1:** $25,124,090 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 25,124,090.00 | DISTRIBUTION FUNDING from PURDUE PHARMA L.P. |
| 2 | 40 | 302044 | Dist #44 PLPAH LP | | GEN | | | 25,000,000.00 | DISTRIBUTION FUNDING to PLP ASC. HOLDINGS LP |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 33,124.35 | FX INTEREST DUE |
| 4 | 50 | 107204 | Invest - PPLP | | GEN | | | 25,124,090.00- | DISTRIBUTION FUNDING from PURDUE PHARMA L.P. |
| 5 | 50 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00- | DISTRIBUTION FUNDING to PLP ASC. HOLDINGS LP |
| 6 | 50 | 102233 | Lucien Holdings Sarl | | GEN | | | 33,124.35- | FX INTEREST DUE |
| 7 | 40 | 302042 | Dist #42 PP Inc | | GEN | | | 62,182.00 | DISTRIBUTION FUNDING 4/17/2012 to PURDUE PHARMA, I |
| 8 | 40 | 302043 | Dist #43 PLPAH Inc | | GEN | | | 61,908.00 | DISTRIBUTION FUNDING 4/17/2012 to PLP ASC. HOLDING |
| 9 | 50 | 100010 | Cash Concentration | | GEN | | | 62,182.00- | DISTRIBUTION FUNDING 4/17/2012 to PURDUE PHARMA, I |
| 10 | 50 | 100010 | Cash Concentration | | GEN | | | 61,908.00- | DISTRIBUTION FUNDING 4/17/2012 to PLP ASC. HOLDING |

**Transfer #2b:** $62,182 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

**Transfer #2c:** $61,908 transfer from Purdue Holdings L.P. to PLP Assoc Holdings Inc.

**Transfer #2a:** $25,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

Source: SAP General Ledger detail

**Alix**Partners    271

# Selection 1 – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012



Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100000831    Company Code    301    Fiscal Year    2012
Doc. Date    04/19/2012    Posting Date    04/17/2012    Period    04
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 04102012 to 04172012

**Transfer #2b:** $62,182 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 62,182.00 | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 2 | 50 | 107416 | Invest - PH LP | | GEN | | | 62,182.00- | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |



Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100000571    Company Code    402    Fiscal Year    2012
Doc. Date    04/19/2012    Posting Date    04/17/2012    Period    04
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 04102012 to 04172012

**Transfer #2c:** $61,908 transfer from Purdue Holdings L.P. to PLP Assoc Holdings Inc.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 61,908.00 | DISTRIBUTION FUNDING 4/17/2012 from PURDUE HOLDING |
| 2 | 50 | 107416 | Invest - PH LP | | GEN | | | 61,908.00- | DISTRIBUTION FUNDING 4/17/2012 from PURDUE HOLDING |

# Selection 1 – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012



**Doc.Type : SA ( G/L account document ) Normal document**

| | | | | |
|---|---|---|---|---|
| Doc. Number | 100000857 | Company Code | 401 | Fiscal Year 2012 |
| Doc. Date | 04/19/2012 | Posting Date | 04/17/2012 | Period 04 |
| Calculate Tax | ☐ | | | |
| Doc. Currency | USD | | | |
| Doc. Hdr Text | CTW 04102012 to 04172012 | | | |

> **Transfer #2a:** $25,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00 | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 2 | 40 | 302032 | Capital #32 Dist BR | | GEN | | | 25,000,000.00 | DISTRIBUTION FUNDING to BR HOLDINGS ASC. LP |
| 3 | 50 | 107416 | Invest – PH LP | | GEN | | | 25,000,000.00 | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 4 | 50 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00 | DISTRIBUTION FUNDING to BR HOLDINGS ASC. LP |

**Doc.Type : SA ( G/L account document ) Normal document**

| | | | | |
|---|---|---|---|---|
| Doc. Number | 100000478 | Company Code | 413 | Fiscal Year 2012 |
| Doc. Date | 04/19/2012 | Posting Date | 04/17/2012 | Period 04 |
| Calculate Tax | ☐ | | | |
| Doc. Currency | USD | | | |
| Doc. Hdr Text | CTW 04102012 to 04172012 | | | |

> **Transfer #3:** $25,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

> **Transfer #3:** $25,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 85,500,000.00 | FUNDING from PURDUE PHARMA L.P. |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00 | DISTRIBUTION FUNDING from PLP ASC. HOLDINGS LP |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 1,470,000.00 | FUNDING from PURDUE PHARMA L.P. |
| 4 | 40 | 100010 | Cash Concentration | | GEN | | | 655,000.00 | FUNDING from PURDUE PHARMA L.P. |
| 5 | 40 | 100010 | Cash Concentration | | GEN | | | 255,000.00 | FUNDING from PURDUE PHARMA L.P. |
| 6 | 50 | 102208 | Purdue Pharma L.P. | | GEN | | | 85,500,000.00- | FUNDING from PURDUE PHARMA L.P. |
| 7 | 50 | 107401 | Invest. PLP Asc.Hold | | GEN | | | 25,000,000.00- | DISTRIBUTION FUNDING from PLP ASC. HOLDINGS LP |
| 8 | 50 | 102208 | Purdue Pharma L.P. | | GEN | | | 1,470,000.00- | FUNDING from PURDUE PHARMA L.P. |
| 9 | 50 | 102208 | Purdue Pharma L.P. | | GEN | | | 655,000.00- | FUNDING from PURDUE PHARMA L.P. |
| 10 | 50 | 102208 | Purdue Pharma L.P. | | GEN | | | 255,000.00- | FUNDING from PURDUE PHARMA L.P. |

Source: SAP General Ledger detail

**AlixPartners**

# Selection 1 – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012



**Transfer #4a:** $12,500,000 transfer from BR Holdings Associates L.P. to Beacon Company.



**Transfer #4b:** $12,500,000 transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

# Selection 1 – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012



**Doc.Type : SA ( G/L account document ) Normal document**

| Doc. Number | 100000240 | Company Code | 230 | Fiscal Year | 2012 |
|---|---|---|---|---|---|
| Doc. Date | 04/25/2012 | Posting Date | 04/22/2012 | Period | 04 |
| Calculate Tax | ☐ | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW 04182012 to 04222012 | | | | |

**Transfer #5a:** $12,500,000 transfer from Beacon Company to Coventry Technologies L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 102227 | Rhodes Technologies | | GEN | | | 25,000,000.00 | FUNDING to RHODES TECHNOLOGIES |
| 2 | 50 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00- | FUNDING to RHODES TECHNOLOGIES |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 12,500,000.00 | 4/28/2012 ROSEBAY MEDICAL COMPANY |
| 4 | 40 | 100010 | Cash Concentration | | GEN | | | 12,500,000.00 | 4/18/2012 BEACON COMPANY |
| 5 | 50 | 301027 | Capital #27Contrib. | | GEN | | | 12,500,000.00- | 4/28/2012 ROSEBAY MEDICAL COMPANY |
| 6 | 50 | 301026 | Capital #26Contrib. | | GEN | | | 12,500,000.00- | 4/18/2012 BEACON COMPANY |

**Transfer #6:** $25,000,000 transfer from Coventry Technologies L.P. to Rhodes Technologies.

**Transfer #5b:** $12,500,000 transfer from Rosebay Medical Company L.P. to Coventry Technologies L.P.

**Doc.Type : SA ( G/L account document ) Normal document**

| Doc. Number | 100032222 | Company Code | 227 | Fiscal Year | 2012 |
|---|---|---|---|---|---|
| Doc. Date | 04/25/2012 | Posting Date | 04/22/2012 | Period | 04 |
| Calculate Tax | ☐ | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW 04182012 to 04222012 | | | | |

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100450 | BOA Money Market | | GEN | | | 25,000,000.00 | MIC / BofA MONEY MARKET |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00 | FUNDING from COVENTRY TECHNOLOGIES, LP |
| 3 | 40 | 100040 | Chase Control ZBA | | GEN | | | 65,377.20 | CONTROL DISBURSEMENT ACCOUNT FUNDING |
| 4 | 40 | 100040 | Chase Control ZBA | | GEN | | | 7,515.95 | CONTROL DISBURSEMENT ACCOUNT FUNDING |
| 5 | 40 | 100040 | Chase Control ZBA | | GEN | | | 1,012.07 | CONTROL DISBURSEMENT ACCOUNT FUNDING |
| 6 | 50 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00- | MIC / BofA MONEY MARKET |
| 7 | 50 | 102230 | Coventry Tech. LLC | | GEN | | | 25,000,000.00- | FUNDING from COVENTRY TECHNOLOGIES, LP |

Source: SAP General Ledger detail

# Selection 1 – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012



**Transfer #1:** Authorization for $25,124,190[1] transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #3:** Authorization for $25,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfers #2a, #2b, and #2c:** Authorization for $25,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.; $62,182 transfer from Purdue Holdings L.P. to Purdue Pharma Inc. ; and $61,908 transfer from Purdue Holdings L.P. to PLP Assoc Holdings Inc. totaling $25,124,090.

**Transfers #4a and #4b:** Authorization for $12,500,000 transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $25,000,000.

[1] A $100 discrepancy exists between the authorized distribution amount of $25,124,190 and the distribution that was recorded in SAP of $25,124,090.
Source: Email from Chadbourne & Parke LLP to Purdue containing wire instructions, dated 4/22/2012

## Selection 1 – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012



**Transfer #3:** $25,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfers #4a and #4b:** $12,500,000 transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $25,000,000.

**Alix**Partners

# Selection 2 Rhodes Capital Contribution (2013)

## Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013



# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013



Doc.Type : SA ( G/L account document ) Normal document
| Doc. Number | 100122322 | Company Code | 208 | Fiscal Year | 2013 |
| Doc. Date | 06/03/2013 | Posting Date | 05/31/2013 | Period | 05 |
| Calculate Tax | ☐ | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW 05272013 to 05312013 | | | | |

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 129 | 50 | 100010 | Cash Concentration | | GEN | | | 13,290,000.00- | MIC / BofA MONEY MARKET |
| 130 | 50 | 100110 | Lockbox Clearing | | GEN | | | 11,858,598.83- | AMERISOURCE |
| 131 | 50 | 100010 | Cash Concentration | | GEN | | | 10,049,636.00- | FUNDING to PURDUE HOLDINGS LP |

Doc.Type : SA ( G/L account document ) Normal document
| Doc. Number | 100122322 | Company Code | 208 | Fiscal Year | 2013 |
| Doc. Date | 06/03/2013 | Posting Date | 05/31/2013 | Period | 05 |
| Calculate Tax | ☐ | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW 05272013 to 05312013 | | | | |

**Transfer #1:** $10,049,636 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100450 | BOA Money Market | | GEN | | | 37,900,000.00 | MIC / BofA MONEY MARKET |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 30,000,000.00 | REDEMPTION of U.S. T-BILLS |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 18,901,827.36 | MCKESSON |
| 4 | 40 | 100010 | Cash Concentration | | GEN | | | 15,913,999.76 | CARDINAL HEALTH |
| 5 | 40 | 100450 | BOA Money Market | | GEN | | | 13,290,000.00 | MIC / BofA MONEY MARKET |
| 6 | 40 | 100010 | Cash Concentration | | GEN | | | 11,858,598.83 | AMERISOURCE |
| 7 | 40 | 102416 | Purdue Holdings LP | | GEN | | | 10,049,636.00 | FUNDING to PURDUE HOLDINGS LP |

Source: SAP General Ledger detail

# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number      100000321      Company Code    416        Fiscal Year   2013
Doc. Date        06/03/2013     Posting Date    05/31/2013  Period        05
Calculate Tax  ☐
Doc. Currency    USD
Doc. Hdr Text    CTW 05272013 to 05312013
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 10,049,636.00 | DISTRIBUTION FUNDING from PURDUE PHARMA L.P. |
| 2 | 40 | 102401 | PLP Assoc Holdings | | GEN | | | 10,000,000.00 | FUNDING to PLP ASC. HOLDINGS LP |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 1,500,000.00 | DISTRIBUTION FUNDING from PURDUE PHARMA L.P. |
| 4 | 40 | 102301 | Purdue Pharma Inc. | | GEN | | | 24,873.00 | FUNDING to PURDUE PHARMA, INC. |
| 5 | 40 | 102402 | PLP Assoc Holdings | | GEN | | | 24,763.00 | FUNDING to PLP |
| 6 | 50 | 102208 | Purdue Pharma L.P. | | GEN | | | 10,049,636.00- | DISTRIBUTION |
| 7 | 50 | 100010 | Cash Concentration | | GEN | | | 10,000,000.00- | FUNDING to PLP |
| 8 | 50 | 102208 | Purdue Pharma L.P. | | GEN | | | 1,500,000.00- | DISTRIBUTION FUNDING from PURDUE PHARMA L.P. |
| 9 | 50 | 100010 | Cash Concentration | | GEN | | | 24,873.00- | FUNDING to PURDUE PHARMA, INC. |
| 10 | 50 | 100010 | Cash Concentration | | GEN | | | 24,763.00- | FUNDING to PLP ASC. HOLDINGS, INC. |

**Transfer #1:** $10,049,636 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #2a:** $10,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

**Transfer #2b:** $24,873 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

**Transfer #2c:** $24,763 transfer from Purdue Holdings L.P. to PLP Assoc Holdings Inc.

# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013



**Transfer #2b:** $24,873 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

**Transfer #2c:** $24,763 transfer from Purdue Holdings L.P. to PLP Assoc Holdings Inc.

Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100000979    Company Code    301    Fiscal Year    2013
Doc. Date    06/03/2013    Posting Date    05/31/2013    Period    05
Calculate Tax
Doc. Currency  USD
Doc. Hdr Text  CTW 05272013 to 05312013

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 24,873.00 | FUNDING from PURDUE HOLDINGS LP |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 2,083.33 | FUNDING from COVENTRY TECHNOLOGIES, LP (11c) |
| 3 | 50 | 102416 | Purdue Holdings LP | | GEN | | | 24,873.00- | FUNDING from PURDUE HOLDINGS LP |
| 4 | 50 | 102230 | Coventry Tech. LLC | | GEN | | | 2,083.33- | FUNDING from COVENTRY TECHNOLOGIES, LP (11c) |

Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100000687    Company Code    402    Fiscal Year    2013
Doc. Date    06/03/2013    Posting Date    05/31/2013    Period    05
Calculate Tax
Doc. Currency  USD
Doc. Hdr Text  CTW 05272013 to 05312013

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 24,763.00 | FUNDING from PURDUE HOLDINGS LP |
| 2 | 50 | 102416 | Purdue Holdings LP | | GEN | | | 24,763.00- | FUNDING from PURDUE HOLDINGS LP |

# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013



**Doc.Type : SA ( G/L account document ) Normal document**

| | | |
|---|---|---|
| Doc. Number | 100000921 | Company Code | 401 | Fiscal Year | 2013 |
| Doc. Date | 06/03/2013 | Posting Date | 05/31/2013 | Period | 05 |
| Calculate Tax | ☐ | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW 05272013 to 05312013 | | | | |

**Transfer #2a:** $10,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 10,000,000.00 | FUNDING from PURDUE HOLDINGS LP |
| 2 | 40 | 102413 | BR Holdings Assoc LP | | GEN | | | 10,000,000.00 | FUNDING to BR HOLDINGS ASC. LP |
| 3 | 50 | 102416 | Purdue Holdings LP | | GEN | | | 10,000,000.00 | FUNDING from PURDUE HOLDINGS LP |
| 4 | 50 | 100010 | Cash Concentration | | GEN | | | 10,000,000.00- | FUNDING to BR HOLDINGS ASC. LP |

**Transfer #3:** $10,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Doc.Type : SA ( G/L account document ) Normal document**

| | | |
|---|---|---|
| Doc. Number | 100000583 | Company Code | 413 | Fiscal Year | 2013 |
| Doc. Date | 06/03/2013 | Posting Date | 05/31/2013 | Period | 05 |
| Calculate Tax | ☐ | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW 05272013 to 05312013 | | | | |

**Transfer #3:** $10,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 10,000,000.00 | FUNDING from PLP ASC. HOLDINGS LP |
| 2 | 50 | 102401 | PLP Assoc Holdings | | GEN | | | 10,000,000.00- | FUNDING from PLP ASC. HOLDINGS LP |

Source: SAP General Ledger detail

**Alix**Partners     283

# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013



**Doc.Type : KR ( Vendor invoice ) Normal document**

| | | | | | | |
|---|---|---|---|---|---|---|
| Doc. Number | 1900000170 | Company Code | 413 | Fiscal Year | 2013 | |
| Doc. Date | 05/22/2013 | Posting Date | 05/29/2013 | Period | 05 | |
| Calculate Tax | ☑ | | | | | |
| Ref.Doc. | 52213 | | | | | |
| Doc. Currency | USD | | | | | |

**Transfer #4a:** $5,000,000 transfer from BR Holdings Associates L.P. to Beacon Company.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 31 | 1029154 | BEACON CO | | GEN | | U1 | 5,000,000.00- | |
| 2 | 40 | 302026 | Capital #26 Distrib. | | GEN | | | 5,000,000.00 | |



**Doc.Type : KR ( Vendor invoice ) Normal document**

| | | | | | | |
|---|---|---|---|---|---|---|
| Doc. Number | 1900000171 | Company Code | 413 | Fiscal Year | 2013 | |
| Doc. Date | 05/22/2013 | Posting Date | 05/29/2013 | Period | 05 | |
| Calculate Tax | ☑ | | | | | |
| Ref.Doc. | 52213 | | | | | |
| Doc. Currency | USD | | | | | |

**Transfer #4b:** $5,000,000 transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 31 | 1016497 | ROSEBAY MEDICAL COMP | | GEN | | U1 | 5,000,000.00- | |
| 2 | 40 | 302027 | Capital #27 Distrib. | | GEN | | | 5,000,000.00 | |

Source: SAP General Ledger detail

# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013



Doc.Type : SA ( G/L account document ) Normal document

| Doc. Number | 100000300 | Company Code | 230 | Fiscal Year | 2013 |
| Doc. Date | 06/03/2013 | Posting Date | 05/31/2013 | Period | 05 |
| Calculate Tax | ☐ | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW 05272013 to 05312013 | | | | |

**Transfer #5a:** $5,000,000 from Beacon Company to Coventry Technologies L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 102250 | Rhodes Pharm LP | | GEN | | | 10,000,000.00 | FUNDING to RHODES PHARMCEUTICALS LP |
| 2 | 40 | 102301 | Purdue Pharma Inc. | | GEN | | | 2,083.33 | FUNDING to PURDUE PHARMA, INC. |
| 3 | 40 | 102208 | Purdue Pharma L.P. | | GEN | | | 255.88 | FUNDING to PURDUE PHARMA L.P. |
| 4 | 50 | 100010 | Cash Concentration | | | | | 10,000,000.00- | FUNDING to RHODES PHARMCEUTICALS LP |
| 5 | 50 | 100010 | Cash Concentration | | | | | 2,083.33- | FUNDING to PURDUE PHARMA, INC. |
| 6 | 50 | 100010 | Cash Concentration | | | | | 255.88- | FUNDING to PURDUE PHARMA L.P. |
| 7 | 40 | 100010 | Cash Concentration | | | | | 5,000,000.00 | 5/29/2013 BEACON |
| 8 | 40 | 100010 | Cash Concentration | | | | | 5,000,000.00 | 5/29/2013 ROSEBAY |
| 9 | 50 | 700030 | Misc. Income | 9000230 | GEN | | | 5,000,000.00- | 5/29/2013 BEACON |
| 10 | 50 | 700030 | Misc. Income | 9000230 | GEN | | | 5,000,000.00- | 5/29/2013 ROSEBAY |

**Transfer #6:** $10,000,000 transfer from Coventry Technologies L.P. to Rhodes Pharmaceuticals L.P.

**Transfer #5b:** $5,000,000 from Rosebay Medical Company L.P. to Coventry Technologies L.P.

# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013

Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100007858        Company Code    250        Fiscal Year    2013
Doc. Date      06/03/2013       Posting Date    05/31/2013  Period         05
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 05272013 to 05312013

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 10,000,000.00 | FUNDING to PURDUE PHARMA LP |

Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100007858        Company Code    250        Fiscal Year    2013
Doc. Date      06/03/2013       Posting Date    05/31/2013  Period         05
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 05272013 to 05312013

**Transfer #6:** $10,000,000 transfer from Coventry Technologies L.P. to Rhodes Pharmaceuticals L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 21 | 50 | 102230 | Coventry Tech. LLC | | GEN | | | 10,000,000.00- | FUNDING to PURDUE PHARMA LP |

# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013



**Transfer #1:** Authorization for $10,049,636 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

Source: Email from Chadbourne & Parke LLP to Purdue containing wire instructions, dated 5/22/2013

# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013

**Transfers #2a, #2b, and #2c:** Authorization for $10,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.; $24,873 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.; and $24,763 transfer from Purdue Holdings L.P. to PLP Assoc Holdings Inc. totaling $10,049,636.

**Transfer #3:** Authorization for $10,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfer #6:** Authorization for $10,000,000 transfer from Coventry Technologies L.P. to Rhodes Pharmaceuticals L.P. upon receipt of $5,000,000 transfers from Beacon Company and Rosebay Medical Company L.P., totaling $10,000,000

**Transfers #4a and #4b** Authorization for $5,000,000 transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $10,000,000

2. Written Consent of General Partner of PHLP authorizing PHLP to transfer $24,873 to Purdue Pharma Inc., $24,763 to PLP Associates Holdings Inc. and $10 million to PLP Associates Holdings L.P.;

3. Written Consent of General Partner of PLP Associates Holdings L.P. authorizing PLP Associates Holdings L.P. to transfer $10 million to BR Holdings Associates L.P. ("BR Holdings");

4. Written Consent of General Partner of BR Holdings authorizing BR Holdings to transfer $5 million to Beacon Company and $5 million to Rosebay Medical Company L.P.;

5. Written Consent of General Partner of Coventry Technologies L.P. ("Coventry") authorizing Coventry upon receipt of $5 million from Beacon Company and $5 million from Rosebay Medical Company L.P. to transfer the $10 million to Rhodes Pharmaceuticals L.P.

Please send me the wire transfer instructions to the account of Coventry, and I will make arrangements with each of Beacon Company and Rosebay Medical Company L.P. to transfer the funds to Coventry upon their receipt from BR Holdings. Please also let me know the expected value date so I can give each of Beacon Company and Rosebay Medical Company L.P. a heads up as to when they will be expected to receive and transfer the funds to Coventry.

Thanks,

Tony

**Anthony M. Roncalli**
**Chadbourne & Parke LLP**
30 Rockefeller Plaza, New York, NY 10112
**tel** 212-408-5281 | **efax** 646-710-5281
aroncalli@chadbourne.com | **private fax** 212-408-5587

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke (London) LLP, including a list of attorneys, please see our website at http://www.chadbourne.com

## Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013



Transfer #3: $10,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

Transfers #4a and #4b: $5,000,000 transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $10,000,000

**Alix**Partners

# Selection 3 Rhodes Capital Contribution (2013)

## Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100129346    Company Code    208    Fiscal Year    2013
Doc. Date    10/25/2013    Posting Date    10/23/2013    Period    10
Calculate Tax
Doc. Currency    USD
Doc. Hdr Text    CTW 10162013 to 10232013

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 179 | 50 | 100110 | Lockbox Clearing | | GEN | | | 18,622,831.65- | MCKESSON |
| 180 | 50 | 100110 | Lockbox Clearing | | GEN | | | 14,578,759.19- | AMERISOURCE |
| 181 | 50 | 100110 | Lockbox Clearing | | GEN | | | 14,502,799.96- | CARDINAL HEALTH |
| 182 | 50 | 100010 | Cash Concentration | | GEN | | | 10,049,636.00- | FUNDING to PURDUE HOLDINGS LP |

Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100129346    Company Code    208    Fiscal Year    2013
Doc. Date    10/25/2013    Posting Date    10/23/2013    Period    10
Calculate Tax
Doc. Currency    USD
Doc. Hdr Text    CTW 10162013 to 10232013

**Transfer #1:** $10,049,636 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 102416 | Purdue Holdings LP | | GEN | | | 131,147,751.00 | FUNDING to PURDUE HOLDINGS LP |
| 2 | 40 | 100450 | BOA Money Market | | GEN | | | 100,000,000.00 | MIC / BofA MONEY MARKET |
| 3 | 40 | 102416 | Purdue Holdings LP | | GEN | | | 41,500,000.00 | FUNDING to PURDUE HOLDINGS LP |
| 4 | 40 | 100450 | BOA Money Market | | GEN | | | 36,000,000.00 | MIC / BofA MONEY MARKET |
| 5 | 40 | 100010 | Cash Concentration | | GEN | | | 30,000,000.00 | REDEMPTION of U.S. T-BILLS |
| 6 | 40 | 100430 | Money Mkt Goldman | | GEN | | | 25,000,000.00 | GOLDMAN SACHS - MONEY MARKET |
| 7 | 40 | 100450 | BOA Money Market | | GEN | | | 20,500,000.00 | MIC / BofA MONEY MARKET |
| 8 | 40 | 100010 | Cash Concentration | | GEN | | | 18,622,831.65 | MCKESSON |
| 9 | 40 | 100010 | Cash Concentration | | GEN | | | 14,578,759.19 | AMERISOURCE |
| 10 | 40 | 100010 | Cash Concentration | | GEN | | | 14,502,799.96 | CARDINAL HEALTH |
| 11 | 40 | 102416 | Purdue Holdings LP | | GEN | | | 10,049,636.00 | FUNDING to PURDUE HOLDINGS LP |

Source: SAP General Ledger detail

**AlixPartners**    292

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



Doc.Type : SA ( G/L account document ) Normal document

Doc. Number     100000366     Company Code     416     Fiscal Year     2013
Doc. Date       25.10.2013    Posting Date      23.10.2013    Period     10
Calculate Tax
Doc. Currency   USD
Doc. Hdr Text   CTW 10162013 to 10232013

**Transfer #1:** $10,049,636 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #2c:** $24,763 transfer from Purdue Holdings L.P. to PLP Assoc Holdings Inc.

| Itm | PK | Account | Account short text | | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | | 131.147.751,00 | FUNDING from PURDUE PHARMA L.P. |
| 2 | 40 | 100010 | Cash Concentration | | | 41.500.000,00 | FUNDING from PURDUE PHARMA L.P. |
| 3 | 40 | 102413 | BR Holdings Assoc LP | GEN | | 41.500.000,00 | FUNDING to BR HOLDINGS ASC. LP |
| 4 | 40 | 100010 | Cash Concentration | GEN | | 10.049.636,00 | FUNDING from PURDUE PHARMA L.P. |
| 5 | 50 | 102208 | Purdue Pharma L.P. | GEN | | 131.147.751,00- | FUNDING from PURDUE PHARMA L.P. |
| 6 | 50 | 102208 | Purdue Pharma L.P. | GEN | | 41.500.000,00- | FUNDING from PURDUE PHARMA L.P. |
| 7 | 50 | 100010 | Cash Concentration | GEN | | 41.500.000,00- | FUNDING to BR HOLDINGS ASC. LP |
| 8 | 50 | 102208 | Purdue Pharma L.P. | GEN | | 10.049.636,00- | FUNDING from PURDUE PHARMA L.P. |
| 9 | 40 | 302044 | Dist #44 PLPAH LP | GEN | | 130.500.000,00 | DISTRIBUTION to PLP ASC. HOLDINGS LP 10/17 |
| 10 | 40 | 302044 | Dist #44 PLPAH LP | GEN | | 10.000.000,00 | DISTRIBUTION to PLP ASCS HOLDINGS LP 10/16 |
| 11 | 40 | 302042 | Dist #42 PP Inc | GEN | | 324.591,00 | DISTRIBUTION to PURDUE PHARMA, INC. 10/17 |
| 12 | 40 | 302043 | Dist #43 PLPAH Inc | GEN | | 323.160,00 | DISTRIBUTION to PLP ASC HOLDINGS, INC. |
| 13 | 40 | 302042 | Dist #42 PP Inc | GEN | | 24.873,00 | DISTRIBUTION to PURDUE PHARMA, INC. 10/16 |
| 14 | 40 | 302043 | Dist #43 PLPAH Inc | GEN | | 24.763,00 | DISTRIBUTION to PLP ASC. HOLDINGS, INC. 10/16 |
| 15 | 50 | 100010 | Cash Concentration | GEN | | 130.500.000,00- | DISTRIBUTION to PLP ASC. HOLDINGS LP 10/17 |
| 16 | 50 | 100010 | Cash Concentration | GEN | | 10.000.000,00- | DISTRIBUTION to PLP ASCS HOLDINGS LP 10/16 |
| 17 | 50 | 100010 | Cash Concentration | GEN | | 324.591,00- | DISTRIBUTION to PURDUE PHARMA, INC. 10/17 |
| 18 | 50 | 100010 | Cash Concentration | GEN | | 323.160,00- | DISTRIBUTION to PLP ASC HOLDINGS, INC. |
| 19 | 50 | 100010 | Cash Concentration | GEN | | 24.873,00- | DISTRIBUTION to PURDUE PHARMA, INC. 10/16 |
| 20 | 50 | 100010 | Cash Concentration | GEN | | 24.763,00- | DISTRIBUTION to PLP ASC. HOLDINGS, INC. 10/16 |

**Transfer #2b:** $24,873 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

**Transfer #2a:** $10,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100001021    Company Code    301    Fiscal Year    2013
Doc. Date    10/25/2013    Posting Date    10/23/2013    Period    10
Calculate Tax
Doc. Currency    USD
Doc. Hdr Text    CTW 10162013 to 10232013

**Transfer #2b:** $24,873 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 24,873.00 | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 2 | 50 | 107416 | Invest – PH LP | | GEN | | | 24,873.00- | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 324,591.00 | DISTRIBUTION from PURDUE HOLDINGS LP 10/17 |
| 4 | 50 | 107416 | Invest – PH LP | | GEN | | | 324,591.00- | DISTRIBUTION from PURDUE HOLDINGS LP 10/17 |

Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100000720    Company Code    402    Fiscal Year    2013
Doc. Date    10/25/2013    Posting Date    10/23/2013    Period    10
Calculate Tax
Doc. Currency    USD
Doc. Hdr Text    CTW 10162013 to 10232013

**Transfer #2c:** $24,763 transfer from Purdue Holdings L.P. to PLP Assoc Holdings Inc.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 24,763.00 | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 2 | 50 | 107416 | Invest – PH LP | | GEN | | | 24,763.00- | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 323,160.00 | DISTRIBUTION from PURDUE HOLDINGS LP 10/17 |
| 4 | 50 | 107416 | Invest – PH LP | | GEN | | | 323,160.00- | DISTRIBUTION from PURDUE HOLDINGS LP 10/17 |

Source: SAP General Ledger detail

**Alix**Partners    294

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



Doc.Type : SA ( G/L account document ) Normal document
Doc. Number      100000943          Company Code    401       Fiscal Year    2013
Doc. Date        25.10.2013         Posting Date    23.10.2013  Period         10
Calculate Tax
Doc. Currency    USD
Doc. Hdr Text    CTW 10162013 to 10232013

**Transfer #2a:** $10,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 10.000.000,00 | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 2 | 50 | 107416 | Invest – PH LP | | GEN | | | 10.000.000,00- | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 130.500.000,00 | DISTRIBUTION from PURDUE HOLDINGS LP 10/17 |
| 4 | 40 | 302032 | Capital #32 Dist BR | | GEN | | | 130.500.000,00 | DISTRIBUTION to BR HOLDINGS ASC. LP 10/17/2013 |
| 5 | 40 | 302032 | Capital #32 Dist BR | | GEN | | | 10.000.000,00 | DISTRIBUTION to BR HOLDINGS ASC. LP 10/16 |
| 6 | 50 | 107416 | Invest – PH LP | | GEN | | | 130.500.000,00- | DISTRIBUTION from PURDUE HOLDINGS LP 10/17 |
| 7 | 50 | 100010 | Cash Concentration | | GEN | | | 130.500.000,00- | DISTRIBUTION to BR HOLDINGS ASC. LP 10/17/2013 |
| 8 | 50 | 100010 | Cash Concentration | | GEN | | | 10.000.000,00- | DISTRIBUTION to BR HOLDINGS ASC. LP 10/16 |

Doc.Type : SA ( G/L account document ) Normal document
Doc. Number      100000611          Company Code    413       Fiscal Year    2013
Doc. Date        10/25/2013         Posting Date    10/23/2013  Period         10
Calculate Tax
Doc. Currency    USD
Doc. Hdr Text    CTW 10162013 to 10232013

**Transfer #3:** $10,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfer #3:** $10,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 41,500,000.00 | FUNDING from PURDUE HOLDINGS LP |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 10,000,000.00 | DISTRIBUTION FUNDING from PLP ASC. HOLDINGS LP |
| 3 | 50 | 102416 | Purdue Holdings LP | | GEN | | | 41,500,000.00- | FUNDING from PURDUE HOLDINGS LP |
| 4 | 50 | 107401 | Invest. PLP Asc.Hold | | GEN | | | 10,000,000.00- | DISTRIBUTION FUNDING from PLP ASC. HOLDINGS LP |
| 5 | 40 | 100010 | Cash Concentration | | GEN | | | 130,500,000.00 | DISTRIBUTION from PLP ASC. HOLDINGS LP 10/17/2013 |
| 6 | 50 | 107401 | Invest. PLP Asc.Hold | | GEN | | | 130,500,000.00- | DISTRIBUTION from PLP ASC. HOLDINGS LP 10/17/2013 |

Source: SAP General Ledger detail

**Alix**Partners    295

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



Transfer #4a: $5,000,000 transfer from BR Holdings Associates L.P. to Beacon Company.



Transfer #4b: $5,000,000 transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

**AlixPartners**    296

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



**Transfer #5a:** $5,000,000 from Beacon Company to Coventry Technologies L.P.

**Transfer #6a:** $5,000,000 transfer from Coventry Technologies L.P. to Rhodes Pharmaceuticals L.P.

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 5,000,000.00 | FUNDING to PURDUE PHARMA LP |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 294,320.04 | MORRIS & DICKSON A/R RECEIPT |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 37,604.30 | INDIVIDUAL LOCKBOX DEPOSIT |
| 4 | 40 | 100010 | Cash Concentration | | GEN | | | 7,818.09 | SMITH DRUG COMPANY |
| 5 | 40 | 100010 | Cash Concentration | | GEN | | | 4,798.08 | INDIVIDUAL LOCKBOX DEPOSIT |
| 6 | 40 | 100010 | Cash Concentration | | GEN | | | 3,361.38 | ROCHESTER DRUG |
| 7 | 40 | 100010 | Cash Concentration | | GEN | | | 2,056.94 | PBA TRUECARE |
| 8 | 40 | 100010 | Cash Concentration | | GEN | | | 2,009.90 | DAKOTA DRUG, INC. |
| 9 | 50 | 102230 | Coventry Tech. LLC | | GEN | | | 5,000,000.00- | FUNDING to PURDUE PHARMA LP |

**Transfer #6b:** $5,000,000 transfer from Coventry Technologies L.P. to Rhodes Pharmaceuticals L.P.

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100009359        Company Code    250        Fiscal Year    2013
Doc. Date      11/11/2013       Posting Date    11/06/2013  Period        11
Calculate Tax
Doc. Currency  USD
Doc. Hdr Text  CTW 11012013 to 11062013

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 5,000,000.00 | FUNDING to PURDUE PHARMA LP |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 691,969.75 | MORRIS & DICKSON A/R RECEIPT |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 40,685.60 | INDIVIDUAL LOCKBOX DEPOSIT |
| 4 | 40 | 100010 | Cash Concentration | | | | | 24,167.86 | SMITH DRUG COMPANY |
| 5 | 40 | 100010 | Cash Concentration | | | | | 20,998.19 | INDIVIDUAL LOCKBOX DEPOSIT |
| 6 | 40 | 100010 | Cash Concentration | | | | | 12,031.86 | ROCHESTER DRUG |
| 7 | 40 | 100010 | Cash Concentration | | | | | 6,620.64 | INDIVIDUAL LOCKBOX DEPOSIT |
| 8 | 40 | 100010 | Cash Concentration | | | | | 2,205.94 | HARVARD DRUG GRP. |
| 9 | 40 | 100010 | Cash Concentration | | GEN | | | 1,262.94 | INDIVIDUAL LOCKBOX DEPOSIT |
| 10 | 40 | 100010 | Cash Concentration | | GEN | | | 357.90 | NC MUTUAL DRUG |
| 11 | 50 | 102230 | Coventry Tech. LLC | | GEN | | | 5,000,000.00- | FUNDING to PURDUE PHARMA LP |

**Transfer #6a:** $5,000,000 transfer from Coventry Technologies L.P. to Rhodes Pharmaceuticals L.P.

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



**Transfer #1:** Authorization for $10,049,636 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #3:** Authorization for $10,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfers #6a and #6b:** Authorization for $10,000,000 transfer from Coventry Technologies L.P. to Rhodes Pharmaceuticals L.P. upon receipt of $5,000,000 transfers from Beacon Company and Rosebay Medical Company L.P., totaling $10,000,000

**Transfers #2a, #2b, and #2c:** Authorization for $10,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.; $24,873 transfer from Purdue Holdings L.P. to Purdue Pharma Inc. ; and $24,763 transfer from Purdue Holdings L.P. to PLP Assoc Holdings Inc. totaling $10,049,636.

**Transfers #4a and #4b:** Authorization for $5,000,000 transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $10,000,000

**From:** McClatchey, Ian [mailto:IMcClatchey@chadbourne.com]
**Sent:** Tuesday, September 10, 2013 8:24 PM
**To:**
**Cc:** Baker, Stuart D.; Mahony, Edward; Lowne, Jon;                    Roncalli, Anthony; Quinn-Felice, Jennifer
**Subject:** Rhodes Pharmaceuticals L.P. - $10 Million Funding

Tuesday, September 10, 2013

Dear

Attached are the following signed consents in connection with the anticipated funding of $10 million ultimately to Rhodes Pharmaceuticals L.P.:

1.    Written Consent of General Partner of Purdue Pharma L.P. ("PPLP") authorizing PPLP to distribute $10,049,636 to Purdue Holdings L.P. ("PHLP");

2.    Written Consent of General Partner of PHLP authorizing PHLP to transfer $24,873 to Purdue Pharma Inc., $24,763 to PLP Associates Holdings Inc. and $10 million to PLP Associates Holdings L.P.;

3.    Written Consent of General Partner of PLP Associates Holdings L.P. authorizing PLP Associates Holdings L.P. to transfer $10 million to BR Holdings Associates L.P. ("BR Holdings");

4.    Written Consent of General Partner of BR Holdings authorizing BR Holdings to transfer $5 million to Beacon Company and $5 million to Rosebay Medical Company L.P.; and

5.    Written Consent of General Partner of Coventry Technologies L.P. ("Coventry") authorizing Coventry upon receipt of $5 million from Beacon Company and $5 million from Rosebay Medical Company L.P. to transfer the $10 million to Rhodes Pharmaceuticals L.P.

I will make arrangements with each of Beacon Company and Rosebay Medical Company L.P. to transfer the funds to Coventry's JPMorgan account ending in        upon their receipt from BR Holdings. Please let me know the expected value date so I can give each of Beacon Company and Rosebay Medical Company L.P. a heads up as to when they will be expected to receive and transfer the funds to Coventry.

Please do not hesitate to contact me if you have any questions or if I may be of any assistance regarding this funding request.

Thank you,

Ian

Source: Email from Chadbourne & Parke LLP to Purdue containing wire instructions, dated 9/10/2013

**AlixPartners**

301

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



**Transfer #3:** $10,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfers #4a and #4b:** $5,000,000 transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $10,000,000

Source: Written consent of BR Holdings Associates L.P. General Partner, dated 9/10/2013

**AlixPartners**    302

**Alix**Partners

# Exhibit G — Analysis of Distributions Referenced in the State Complaints Filed Against Purdue and/or the Sackler Family Members

# Exhibit G — Analysis of Distributions Referenced in Complaints, Objectives and Procedures Performed

## Objectives

1. Review State Complaints filed against Purdue and/or Sackler Family members to identify allegations of distributions made by Purdue to or for the benefit of the Affiliated Entities.

2. Assess whether the distributions alleged in the State Complaints were or appear to have been included in Purdue's Internal Distribution Analysis and reconcile potential discrepancies.

## Procedures Performed

1. Reviewed State Complaints filed against Purdue and/or Sackler Family members and identified the allegations of distributions made by Purdue to Affiliated Entities.

| State | Original/Amended | Date of Complaint |
|---|---|---|
| Connecticut | Amended | May 6, 2019 |
| Indiana | Original | May 21, 2019 |
| Iowa | Original | May 16, 2019 |
| Kansas | Original | May 16, 2019 |
| Maryland | Original | May 16, 2019 |
| Massachusetts | Amended | January 31, 2019 |
| New Jersey | Original | May 30, 2019 |
| New York | Amended | March 28, 2019 |
| Oklahoma | Original | June 30, 2017 |
| Oregon | Original | September 18, 2018 |
| Pennsylvania | Original | May 15, 2019 |
| West Virginia | Original | May 16, 2019 |
| Wisconsin | Original | May 16, 2019 |

2. Quantified the dollar amounts of the distributions made by Purdue to Affiliated Entities as alleged in the State Complaints.

3. Reconciled the distributions made by Purdue to Affiliated Entities as alleged in the State Complaints to the distributions included in Purdue's Internal Distribution Analysis.

**AlixPartners**   304

# Exhibit G - Analysis of Distributions Referenced in Complaints - Observations and Findings

1. For many of the distribution amounts alleged in the State Complaints, we identified either exact or similar dollar amounts at or around the same time period that were included in Purdue's Internal Distribution Analysis.

   – For identification of either exact or similar dollar amounts at or around the same time period, we assumed that those distributions referenced in the State Complaints were included in Purdue's Internal Distribution Analysis.

2. The State Complaints alleged inexact amounts and did not always provide sufficiently detailed information and/or references to supporting documentation in order to assess whether those distributions were included in Purdue's Internal Distribution Analysis.

   – We did not find any instances where distribution amounts alleged in the State Complaints during a particular time period exceeded distributions amounts reported in Purdue's Internal Distribution Analysis for that same time period.

# Exhibit G - Reconciled Distributions Alleged in State Complaints to Purdue's Internal Distribution Analysis

1. The following tables illustrates that the annual distribution amounts reported in Purdue's Internal Distribution Analysis exceeded the alleged distributions that were included in the State Complaints aggregated by year.

   – The following pages identified which individual distributions that were alleged in the State Complaints have been identified in Purdue's Internal Distribution Analysis. The remaining distributions in the State Complaints have been included in the column name "Complaints Unidentified Individual Distributions."

   – After taking into account the Unidentified Individual Distributions, the total annual distributions reported in Purdue's Internal Distribution Analysis exceeded all of the distributions that were alleged in the State Complaints for that same year.

| Year | Complaints | Purdue's Internal Distribution Analysis | Complaints Sum of Individual Distributions by Year | Complaints Unidentified Alleged Distributions | Complaints Total Distributions |
|------|-----------|------------------------------------------|----------------------------------------------------|-----------------------------------------------|--------------------------------|
| 2008 | MA, CT | $ 1,292,135,359 | $ 1,125,000,000 | $ - | $ 1,125,000,000 |
| 2009 | MA | 1,594,762,000 | 535,000,000 | - | 535,000,000 |
| 2010 | MA | 1,626,663,503 | 877,650,000 | 11,350,000 | 889,000,000 |
| 2011 | MA | 1,254,856,650 | 530,500,000 | 20,500,000 | 551,000,000 |
| 2012 | MA, CT | 1,057,103,806 | 242,000,000 | 176,200,000 | 418,200,000 |
| 2013 | MA, CT, IN | 953,850,252 | 59,930,000 | 339,990,000 | 399,920,000 |
| 2014 | CT | 832,658,451 | 73,367,059 | 89,632,941 | 163,000,000 |
| 2015 | CT | 906,330,390 | 205,358,000 | - | 205,358,000 |
| 2016 | CT | 566,875,000 | 107,000,000 | 69,142,000 | 176,142,000 |
| **2008-2016** | **MA,CT,IN** | **$ 10,085,235,411** | **$ 3,755,805,059** | **$ 706,814,941** | **$ 4,462,620,000** |

# Exhibit G - Reconciled Distributions Alleged in State Complaints to Purdue's Internal Distribution Analysis

**Reconciliation of Distributions Listed in State Complaints to Purdue's Internal Distribution Analysis, Page 1 of 2**

| Result | Complaints Individual Distributions | Complaints Unidentified Alleged Distributions | Total Distributions Amount | Period | Complaints | Page | ¶ |
|---|---|---|---|---|---|---|---|
| In Purdue's Internal Distribution Analysis | $ 250,000,000 | $         - | $ 250,000,000 | 2008 | MA | 81 | 242 |
| In Purdue's Internal Distribution Analysis | 325,000,000 | - | 325,000,000 | 2008 | MA | 83 | 251 |
| In Purdue's Internal Distribution Analysis | 275,000,000 | - | 275,000,000 | 2008 | CT | 42 | 153 |
| In Purdue's Internal Distribution Analysis | 275,000,000 | - | 275,000,000 | 2008 | CT | 42 | 153 |
| Year: 2008 | $ 1,125,000,000 | $         - | $ 1,125,000,000 | | | | |
| | | | | | | | |
| In Purdue's Internal Distribution Analysis | $ 200,000,000 | $         - | $ 200,000,000 | 2009 | MA | 83 | 253 |
| In Purdue's Internal Distribution Analysis | 162,000,000 | - | 162,000,000 | 2009 | MA | 85 | 259 |
| In Purdue's Internal Distribution Analysis | 173,000,000 | - | 173,000,000 | 2009 | MA | 87 | 265 |
| Year: 2009 | $ 535,000,000 | $         - | $ 535,000,000 | | | | |
| | | | | | | | |
| In Purdue's Internal Distribution Analysis | $ 236,650,000 | $         - | $ 236,650,000 | 2010 | MA | 97 | 292 |
| In Purdue's Internal Distribution Analysis | 141,000,000 | - | 141,000,000 | 2010 | MA | 98 | 295 |
| In Purdue's Internal Distribution Analysis | 260,000,000 | - | 260,000,000 | 2010 | MA | 110 | 327 |
| In Purdue's Internal Distribution Analysis | 240,000,000 [1] | - | 240,000,000 | 2010 | MA | 108 | 320 |
| Sum of Multiple Distributions Exceeds Complaint | - | 11,350,000 | 11,350,000 | 2010 | MA | 113 | 336 |
| Year: 2010 | $ 877,650,000 | $ 11,350,000 | $ 889,000,000 | | | | |
| | | | | | | | |
| In Purdue's Internal Distribution Analysis | $ 189,700,000 | $         - | $ 189,700,000 | 2011 | MA | 115 | 340 |
| In Purdue's Internal Distribution Analysis | 200,000,000 | - | 200,000,000 | 2011 | MA | 121 | 357 |
| In Purdue's Internal Distribution Analysis | 140,800,000 | - | 140,800,000 | 2011 | MA | 122 | 363 |
| Sum of Multiple Distributions Exceeds Complaint | - | 20,500,000 | 20,500,000 | 2011 | MA | 123 | 365 |
| Year: 2011 | $ 530,500,000 | $ 20,500,000 | $ 551,000,000 | | | | |
| | | | | | | | |
| In Purdue's Internal Distribution Analysis | $ 129,000,000 | $         - | $ 129,000,000 | 2012 | MA | 265 | 866 |
| In Purdue's Internal Distribution Analysis | 113,000,000 | - | 113,000,000 | 2012 | CT | 42 | 153 |
| Sum of Multiple Distributions Exceeds Complaint | - | 176,200,000 | 176,200,000 | 2012 | MA | 265 | 886 |
| Year: 2012 | $ 242,000,000 | $ 176,200,000 | $ 418,200,000 | | | | |

[1] The $240 million distribution in 2010 includes a $30 million distribution from Millsaw Realty L.P., apparently made at the direction of Purdue. The $30 million distribution was not included in Purdue's combined audited financial statements, Internal Distributions Analysis or the October 19, 2018 MDL Presentation.

**AlixPartners**

307

# Exhibit G - Reconciled Distributions Alleged in State Complaints to Purdue's Internal Distribution Analysis

**Reconciliation of Distributions Listed in State Complaints to Purdue's Internal Distribution Analysis, Page 2 of 2**

| Result | Complaints Individual Distributions | Complaints Unidentified Alleged Distributions | Total Distributions Amount | Period | Complaints | Page | ¶ |
|---|---|---|---|---|---|---|---|
| In Purdue's Internal Distribution Analysis | $    2,930,000 | $              - | $    2,930,000 | 2013 | CT | 41 | 151 |
| In Purdue's Internal Distribution Analysis | 15,000,000 | - | 15,000,000 | 2013 | CT | 42 | 152 |
| In Purdue's Internal Distribution Analysis | 42,000,000 | - | 42,000,000 | 2013 | IN | 95 | 313 |
| Sum of Multiple Distributions Exceeds Complaint | - | 339,990,000 | 339,990,000 | 2013 | MA | 143 | 421 |
| Year: 2013 | $   59,930,000 | $  339,990,000 | $  399,920,000 | | | | |
| | | | | | | | |
| In Purdue's Internal Distribution Analysis | $       367,059 | $              - | $       367,059 | 2014 | CT | 41 | 151 |
| In Purdue's Internal Distribution Analysis | 57,400,000 | - | 57,400,000 | 2014 | CT | 41 | 151 |
| In Purdue's Internal Distribution Analysis | 15,600,000 | - | 15,600,000 | 2014 | CT | 41 | 151 |
| Sum of Multiple Distributions Exceeds Complaint | - | 89,632,941 | 89,632,941 | 2014 | CT | 42 | 154 |
| Year: 2014 | $   73,367,059 | $   89,632,941 | $  163,000,000 | | | | |
| | | | | | | | |
| In Purdue's Internal Distribution Analysis | $       710,500 | $              - | $       710,500 | 2015 | CT | 41 | 151 |
| In Purdue's Internal Distribution Analysis | 2,160,000 | - | 2,160,000 | 2015 | CT | 41 | 151 |
| In Purdue's Internal Distribution Analysis | 135,000,000 | - | 135,000,000 | 2015 | CT | 41 | 151 |
| In Purdue's Internal Distribution Analysis | 1,975,000 | - | 1,975,000 | 2015 | CT | 41 | 151 |
| In Purdue's Internal Distribution Analysis | 60,000,000 | - | 60,000,000 | 2015 | CT | 41 | 151 |
| In Purdue's Internal Distribution Analysis | 5,512,500 | - | 5,512,500 | 2015 | CT | 42 | 152 |
| Year: 2015 | $  205,358,000 | $              - | $  205,358,000 | | | | |
| | | | | | | | |
| In Purdue's Internal Distribution Analysis | $  107,000,000 | $              - | $  107,000,000 | 2016 | CT | 41 | 151 |
| Sum of Multiple Distributions Exceeds Complaint | - | 69,142,000 | 69,142,000 | 2016 | CT | 42 | 154 |
| Year: 2016 | $  107,000,000 | $   69,142,000 | $  176,142,000 | | | | |
| | | | | | | | |
| | $  3,755,805,059 | $  706,814,941 | $  4,462,620,000 | 2008-2016 | | | |

**Alix**Partners

# Exhibit H - Pension Benefits Detailed Procedures Performed

# Exhibit H - Pension Benefits, Detailed Procedures Performed

In order to achieve the objectives of the Pension Benefits Analysis, we performed the following procedures:

1. Obtained Purdue's Pension Plan document and other relevant information from Purdue for the purposes of quantifying the amount of Pension Benefits paid or owed to the Sackler Family members.

2. Identified the Sackler Family members referenced in these documents who received Pension Benefits or will become eligible to receive Pension Benefits.

3. Confirmed with Purdue's Director of Benefits and HRIS that no other Sackler Family members were or are eligible for Pension Benefits under Purdue's Pension Plan.

4. Reviewed and analyzed Deloitte's Pension Benefit calculation worksheets.

5. Reviewed Purdue's Pension Plan document in order to determine if the Sackler Family members who have been paid out under Purdue's Pension Plan as well as those who will receive future benefits appear eligible as defined in Purdue's Pension Plan document.

**Alix**Partners

# Exhibit I - Travel and Expense Reimbursements Detailed Procedures Performed

# Exhibit I — T&E Reimbursements, Detailed Procedures Performed

In order to achieve the objectives of the T&E Spend Analysis, we performed the following procedures:

1. Requested T&E report-level data for all Purdue T&E reimbursements paid on or after January 1, 2008 from Purdue's Controller and Assistant Manager of Corporate Travel.
   – Purdue was the only Purdue entity that paid T&E reimbursements to or on behalf of the Sackler Family members.
   – Purdue had records available for T&E reimbursements submitted through the current T&E system, Databasics, starting in April 2011. T&E reimbursement information prior to April 2011 has been archived and was not available.

2. Identified the Sackler Family members who submitted expense reports in Purdue's T&E system, Databasics, which went live in April 2011. No T&E reimbursements had been submitted by or paid to the Sackler Family members through the T&E reporting system after December 31, 2018.

3. Requested individual line-item detail within expense reports for the Sackler Family members from Purdue's Assistant Manager of Corporate Travel. Reviewed transactions and summarized expenses by year, expense category (as defined by Purdue), Sackler Family member name, and reimbursement type (paid American Express company credit card vs. reimbursed a Sackler Family member directly).[1]
   – Expense categories were taken directly from Purdue's T&E reporting system and relied on.
   – Reviewed receipts/supporting documentation submitted through Databasic with T&E reports for approximately 73% of the total dollar amount of reimbursements made to or for the benefit of the Sackler Family members.  Criteria used for selections can be found on the following page.
      o Selected 343 items included in the T&E reports totaling approximately $849,000 to determine if the expense reports contained documentation supporting the T&E reimbursements.
      o Of the 343 expenses selected, 341 (or 99.4%) items included underlying receipts/supporting documentation. This represented 99.97% of the total dollar amount of T&E reimbursements selected for review.
   – No assessment of the business reasonableness of the expenses was made.
   – No assessment of whether expenses were in compliance with Purdue's T&E policies was made.

[1] Sackler Family members were issued American Express Corporate Credit Cards in their own names, which Purdue paid directly to American Express upon submission of expense reports. Purdue also issued Procurement Cards to various employees, however, none were issued to Sackler Family members.

**AlixPartners**

# Exhibit I — T&E Reimbursements, Detailed Procedures Performed

4. Criteria for selecting the receipts/supporting documentation from Purdue's T&E reporting system for review was as follows:

| Category | | Selection Criteria |
|---|---|---|
| **Airline** | | Amounts over $5,000 |
| **HCP (Health Care Professional)** | | Amounts over $500 |
| **Hotel** | | |
| | Due to Employee | Amounts over $500 |
| | Due to Card | Amounts over $1,000 |
| **Meals (Self)** | | |
| | Due to Employee | Amounts over $100 |
| | Due to Card | Amounts over $100 |
| **Meals and Entertainment** | | |
| | Due to Employee | Amounts over $500 |
| | Due to Card | Amounts over $500 |
| **Taxi/Car/Ground Transportation** | | |
| | Due to Employee | Amounts over $400 |
| | Due to Card | Amounts over $400 |
| **Miscellaneous** | | |
| | Due to Employee | Amounts over $300 |
| | Due to Card | Amounts over $300 |

5. Identified payments made directly to the Sackler Family members recorded as T&E reimbursements in Purdue's SAP accounts payable ledger on or after January 1, 2008. No T&E reimbursements had been submitted by or paid to the Sackler Family members through accounts payable after March 31, 2019.

**AlixPartners**    313

# Exhibit I — T&E Reimbursements, Detailed Procedures Performed

6. Reviewed documentation in SAP supporting T&E reimbursements paid through accounts payable, and assigned an expense category to each T&E reimbursement to the extent sufficient detail was available in Purdue's SAP accounting system.

   – Purdue's SAP accounting system included invoices, other supporting documentation and/or descriptions for approximately 87% of the total dollar amount of T&E reimbursements paid to the Sackler Family members through accounts payable.

7. Obtained and reviewed Purdue's Travel Policy and Procedures in effect during the years 2008 through 2018.

8. Held meetings and/or communicated with Purdue employees regarding the T&E policy and reimbursement process and to gain an understanding of the accounting for and quantification of T&E reimbursements paid by Purdue.

   – A list of the Purdue employees we met with and/or communicated with about T&E reimbursements is included in Appendix A.