**Alix**Partners

# XI. Appendix

# Index of Appendices

| | | |
|---|---|---|
| Appendix A | Detailed List of Sources Relied Upon | 317 |
| Appendix B | List of the Sackler Family Members | 323 |
| Appendix C | Purdue Organizational Charts and Ownership Structure | 325 |
| Appendix D | Purdue Company Names and SAP Account Information | 340 |
| Appendix E | Rhodes Organizational Charts and Ownership Structure | 345 |
| Appendix F | Rhodes Company Names and SAP Account Information | 349 |

**Alix**Partners

# Appendix A — Detailed List of Sources Relied Upon

# Appendix A — Detailed List of Sources Relied Upon

In order to achieve the objectives of the Cash Transfers of Value Analysis, we accessed and reviewed various types of sources of information from Purdue, TXP and One Stamford Realty that we used and relied on when performing our procedures.

**1. Entity Organizational Charts**

– Organizational charts for the Purdue and Rhodes entities and certain Affiliated Entities.

**2. SAP Accounting System Information**

– SAP company numbers and names, and chart of accounts: Financial Tables.xlsx.

– SAP general ledger detail.

– SAP master vendor table.

– SAP accounts payable ledger.

– SAP accounts receivable ledger.

– SAP cost center detail and list of customer codes.

**AlixPartners**

# Appendix A – Detailed List of Sources Relied Upon

**3. Purdue Internally Prepared Distribution Reports**

- The October 19, 2018 MDL Presentation.

- Purdue's Internal Distribution Analysis (see Excel file named: Distributions 1995 to 2017 Actuals v7.xlsx).

- Purdue's Notes Receivable schedule of historical activity (see Excel file named: PRALP-PPLP Notes Receivable Historical Activity through 7.31.2019v2.xlsx).

- Rhodes's Internal Distribution Analysis (see Excel files below):

  o Coventry History – Cash Flow Statement_since inception 2018 Revised_05202019.xlsx.

  o Coventry Tax Distributions LTD 2008 – 2018.xlsx.

**4. Financial Statements**

- Purdue's audited financial statements for the years ended December 31, 2008 through December 31, 2017, and unaudited financial statements for the year ended December 31, 2018.[1]

- Purdue and Rhodes's combined audited financial statements for the years ended December 31, 2014 through 2015.

- Rhode's audited financial statements for the year ended December 31, 2016.

- Internal financial statements, reports and/or SAP accounting records for PPLP, Rhodes, PPI, PLP Associates Holdings Inc. and other Affiliated Entities whose books and records are maintained in the same SAP accounting system as Purdue's.

---

[1] For the year ended December 31, 2018, aud t fieldwork has largely been completed, but the audited financial statements have not been finalized due to the pending court appointment of Ernst & Young LLP as Purdue's auditors.

**AlixPartners**

# Appendix A — Detailed List of Sources Relied Upon

**5. Purdue's Accounting and Approval Documentation**

  – Treasury department's records with transaction information and other accounting records.

  – Wire instructions, bank statements, weekly bank transaction reports and bank account check clearing reconciliations.

  – Written Consents and other documents from the general partners authorizing distributions.

  – Other accounting records and approval documentation available in the SAP accounting system.

  – Tax calculations by Purdue's Tax Department (now TXP).

  – Information obtained from discussions and communications with Purdue and TXP employees.

**6. State Complaints**

  – Complaints filed by various states against Purdue and/or the Sackler Family members:

| State | Original/Amended | Date of Complaint |
|---|---|---|
| Connecticut | Amended | May 6, 2019 |
| Indiana | Original | May 21, 2019 |
| Iowa | Original | May 16, 2019 |
| Kansas | Original | May 16, 2019 |
| Maryland | Original | May 16, 2019 |
| Massachusetts | Amended | January 31, 2019 |
| New Jersey | Original | May 30, 2019 |
| New York | Amended | March 28, 2019 |
| Oklahoma | Original | June 30, 2017 |
| Oregon | Original | September 18, 2018 |
| Pennsylvania | Original | May 15, 2019 |
| West Virginia | Original | May 16, 2019 |
| Wisconsin | Original | May 16, 2019 |

**AlixPartners**

# Appendix A – Detailed List of Sources Relied Upon

**7. Payroll Records**

  – Purdue payroll report detail.

**8. Legal Expense Reports Prepared by Purdue's Legal Operations Department**

  – File provided by Legal Operations containing expenses paid to law firms that represent Sackler Family members under the Corporate Indemnity Policy.  These reports listed the name of each law firm paid and the amounts invoiced to Purdue and did not include any detail as to the work performed.

  – File describing all of Purdue's corporate policies and requirements related to legal invoice processing.

  – Copy of the Directors and Officers liability insurance policy.

  – Minutes from the November 19, 2004 Board of Directors meeting of PPI, at which time the Corporate Indemnity Policy was adopted.  The full text of the Corporate Indemnity Policy is incorporated into the minutes from that meeting.

**9. Pension Records**

  – Pension Benefit Calculation Worksheets prepared by Deloitte.

  – Purdue's Pension Plan Document.

# Appendix A − Detailed List of Sources Relied Upon

## 10. Purdue Expense Reports

- Purdue's T&E reports from Databasics from April 2011 through December 31, 2018, including individual line-items from expense reports and available supporting documentation.

- Purdue's SAP account payable detail and available supporting documentation related to expense reimbursements from January 1, 2008 through December 31, 2018.

- Purdue's Travel Policy and Procedures in effect during the years 2008 through 2018.

- Transaction detail related to Purdue's cellular phone plan costs.

- Transaction detail related to Purdue's fleet vehicle costs, personal service employees expenses and the reimbursements of such.

## 11. Meetings with employees of Purdue, PPI, Rhodes, TXP and One Stamford Realty

| Title | Company | Category |
|---|---|---|
| Associate General Counsel | PPLP | Compensation, Legal, and Pension |
| Sr. Manager, Payroll Services | PPLP | Compensation |
| Controller | PPLP | Cash Distributions and Travel & Expense |
| Assistant Manager of Corporate Travel | PPLP | Travel & Expense |
| Director of Law Department Operations | PPLP | Legal |
| Director, Benefits and HRIS | PPLP | Pension |
| Associate Director, SG&A Finance | PPLP | Travel & Expense |
| Senior Vice President and Chief Financial Officer | PPLP and PPI | Cash Distributions, Compensation, Legal and Pension |
| Senior Legal Analyst | PPLP | Legal |
| Associate General Counsel | PPLP | Legal |
| Treasurer & Director Business Development Finance | PPLP | Cash Distributions |
| Vice President Finance | Rhodes | Cash Distributions |
| Associate Treasury Analyst | TXP | Fringe Benefits |
| Transactions and Compliance Manager | TXP | Cash Distributions |
| Director, Finance and Accounting | TXP | Cash Distributions, Compensation and Travel & Expense |
| Vice President of Finance for PRALP | TXP | Fringe Benefits |
| Associate Director, Tax | TXP | Cash Distributions |
| Accounting Services, Manager | TXP | Travel & Expense |
| Associate Director | One Stamford Realty | Fringe Benefits |

**Alix**Partners

# Appendix B - List of the Sackler Family Members

## Appendix B - List of Sackler Family Members

| Name | Purdue Director Begin Date | Purdue Director End Date |
|------|---------------------------|--------------------------|
| Jonathan D. Sackler | 10/2/1990 | 12/8/2018 |
| Ilene Sackler Lefcourt | 10/2/1990 | 10/9/2018 |
| Kathe A. Sackler | 10/2/1990 | 9/27/2018 |
| Richard S. Sackler | 10/2/1990 | 7/24/2018 |
| Raymond R. Sackler | 10/2/1990 | 7/17/2017 |
| Mortimer D. Sackler | 10/2/1990 | 3/24/2010 |
| Mortimer D.A. Sackler | 1/15/1993 | 1/16/2019 |
| Theresa E. Sackler | 1/15/1993 | 9/7/2018 |
| Beverly Sackler | 1/15/1993 | 10/17/2017 |
| Samantha (Sackler) Hunt | 1/15/1993 | 3/8/2003 |
| David A. Sackler | 7/19/2012 | 8/14/2018 |

| Family Member | Relationship | Title at Purdue (if applicable) |
|---------------|--------------|--------------------------------|
| Mark Sackler | | Delphian Sales Manager |
| Karen Lefcourt-Taylor | | Consultant |
| Jeffrey Lefcourt | | Consultant |
| Marianna Sackler | Daughter of Richard S. Sackler | Consultant |
| Henry Sackler | | |
| Miles Sackler | | Summer Intern |
| Rebecca Sackler | Daughter of Richard S. Sackler | Consultant |
| Benjamin Shack-Sackler | Son of Kathe A. Sackler | Summer Intern |
| Julia Shack-Sackler | Daughter of Kathe A. Sackler | Summer Intern |
| Muriel Sackler | Wife of Mortimer D. Sackler | |
| Susan Sackler | Wife of Kathe A. Sackler | |
| Ben Taylor | Husband of Karen Lefcourt-Taylor | |
| Beth Sackler | Ex-wife of Richard S. Sackler | |

Source: Purdue's Legal Department

**Alix**Partners

# Appendix C - Purdue Organizational Charts and Ownership Structure

# Appendix C - Purdue Pharma L.P. Subsidiaries, January 1, 2008 through February 14, 2008



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

** The preferred stock has been characterized as Preferred Stock A and Preferred Stock B   Bulla S àr l holds 100% of Preferred Stock A and Lymit Holdings S à r l holds 100% of Preferred Stock B   The percentages represent the total preferred stock

Source: Purdue's Organizational Charts

**AlixPartners**    326

# Appendix C - Purdue Pharma L.P. Subsidiaries, February 15, 2008 through December 31, 2008



* General Partner has no equity interest in L.P, rather the General Partner receives a service fee for acting as General Partner

**Partner has no equity interest in LLP, rather the Partner receives a service fee for acting as a Partner

*** The preferred stock has been characterized as Preferred Stock A and Preferred Stock B   Bulla S àr l holds 100% of Preferred Stock A and Lymit Holdings S àr l holds 100% of Preferred Stock B   The percentages represent the total preferred stock

**** Effective as of January 1, 2008, New Suffolk Holdings LLP will invest up to €30 7 million as a silent partner in Mundipharma Vertriebsgesellschaft mbH & Co  KG   This silent partnership ends on December 31, 2030

Source: Purdue's Organizational Charts

# Appendix C - Purdue Pharma L.P. Subsidiaries, January 1, 2009 through April 29, 2010



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

**Partner has no equity interest in LLP, rather the Partner receives a service fee for acting as a Partner

*** The preferred stock has been characterized as Preferred Stock A and Preferred Stock B  Bulla S år 1 holds 100% of Preferred Stock A and Lymit Holdings S år 1 holds 100% of Preferred Stock B  The percentages represent the total preferred stock

**** Effective as of January 1, 2008, New Suffolk Holdings LLP will invest up to €30 7 million as a silent partner in Mundipharma Vertriebsgesellschaft mbH & Co  KG  This silent partnership ends on December 31, 2030

**AlixPartners**  328

# Appendix C - Purdue Pharma L.P. Subsidiaries, April 30, 2010 through April 8, 2013



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

Source: Purdue's Organizational Charts

# Appendix C - Purdue Pharma L.P. Subsidiaries, April 9, 2013 through July 8, 2014



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

# Appendix C - Purdue Pharma L.P. Subsidiaries, July 9, 2014 through September 1, 2014



\* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

Source: Purdue's Organizational Charts

# Appendix C - Purdue Pharma L.P. Subsidiaries, September 2, 2014 through December 17, 2015



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

Source: Purdue's Organizational Charts

**AlixPartners**    332

# Appendix C - Purdue Pharma L.P. Subsidiaries, December 18, 2015 through November 20, 2017



Source: Purdue's Organizational Charts

# Appendix C - Purdue Pharma L.P. Subsidiaries, November 21, 2017 through August 19, 2018



* General Partner has no equity interest in L.P., rather the General Partner receives a service fee for acting as General Partner

** Name changes effective December 28, 2017

Source: Purdue's Organizational Charts

# Appendix C - Purdue Pharma L.P. Subsidiaries, August 20, 2018 through September 10, 2018



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner
** Purdue Pharma Inc  replaces Purdue Manufacturing Inc  as general partner effective August 23, 2018

Source: Purdue's Organizational Charts

# Appendix C - Purdue Pharma L.P. Subsidiaries, September 11, 2018 through October 29, 2018



\* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

Source: Purdue's Organizational Charts

# Appendix C - Purdue Pharma L.P. Subsidiaries, October 30, 2018 through May 27, 2019



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

Source: Purdue's Organizational Charts

# Appendix C - Purdue Pharma L.P. Ownership and Subsidiaries, May 28, 2019 to Present



\*     General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

\*\*     Partner has no equity interest in LLP, rather the Partner receives a service fee for acting as a Partner

\*\*\*     BR Holdings Associates Inc  is the general partner of  Pharmaceutical Research Associates L P ; Purdue Pharma Inc  , PLP Associates Holdings Inc  and PLP Associates Holdings L P  are the limited partners of Pharmaceutical Research Associates L P

# Appendix C – Current Purdue Pharma L.P. Ownership and Subsidiaries



*     General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

**     Partner has no equity interest in LLP, rather the Partner receives a service fee for acting as a Partner

***     BR Holdings Associates Inc is the general partner of Pharmaceutical Research Associates L P ; Purdue Pharma Inc , PLP Associates Holdings Inc and PLP Associates Holdings L P are the limited partners of Pharmaceutical Research Associates L P

**Alix**Partners

# Appendix D — Purdue Company Names and SAP Account Information

# Appendix D - Cash Distribution Testing Selections — Purdue's SAP Company Names

| Company Number | Company Name | Description |
|---|---|---|
| 208 | Purdue Pharma L.P. | |
| 301 | Purdue Pharma Inc. | General Partner of Purdue Pharma L.P. |
| 401 | PLP Associates Holdings L.P. | Limited Partner of Purdue Holdings L.P. (name changed in 2018 to PRA L.P.) |
| 402 | PLP Associates Holdings Inc. | General Partner of Purdue Holdings L.P. (name changed in 2018 to PRA L.P.) |
| 408 | RSJ Company L.P. | Limited Partner of Mudipharma KK (Japan) |
| 413 | BR Holdings Associates L.P. | Limited Partner of PLP Associates Holdings L.P. |
| 414 | BR Holdings Associates Inc. | General Partner of BR Holdings Associates L.P. |
| 416 | Purdue Holdings L.P. (name changed in 2018 to PRA L.P.) | Limited Partner of Purdue Pharma L.P. |
| NA | Rosebay Medical Company L.P. | Limited Partner of BR Holdings Associates L.P. (50%) |
| NA | Beacon Company | Limited Partner of BR Holdings Associates L.P. (50%) |
| NA | Mexcus Corporation | Affiliated Entity (Ex-US) |
| NA | Maltus Corporation | Affiliated Entity (Ex-US) |
| NA | Mundipharma KK | Affiliated Entity (Ex-US) |
| NA | Clovio Corp. | Affiliated Entity (Ex-US) |
| NA | Lucien Holdings S.ar.l. | Affiliated Entity (Ex-US) |

**Note:** The books and records for these entities are not maintained in the same SAP accounting system as Purdue.

For a complete listing of company numbers and names maintained in the same SAP accounting system as Purdue refer to the excel file named Financial Tables.xlsx.

**AlixPartners**

# Appendix D - Cash Distribution Testing Selections — Purdue's SAP Account Descriptions

| SAP Number | Account Type | SAP "Short Text" |
|---|---|---|
| 100010 | Asset - Cash | Cash Concentration |
| 102208 | Due from Associated Company | Purdue Pharma L.P. |
| 102301 | Due from Associated Company | Purdue Pharma Inc. |
| 102401 | Due from Associated Company | PLP Assoc Holdings |
| 102413 | Due from Associated Company | BR Holdings Assoc L.P. |
| 102416 | Due from Associated Company | Purdue Holdings L.P. |
| 107401 | Long Term Asset | Invest. PLP Asc. Hold |
| 107204 | Long Term Asset | Invest - Purdue |
| 107408 | Long Term Asset | Invest. RSJ Com LLC |
| 107416 | Long Term Asset | Invest – PH L.P. |

For a complete listing of account numbers and names maintained in the same SAP accounting system as Purdue refer to the excel file named Financial Tables.xlsx.

# Appendix D - Cash Distribution Testing Selections — Purdue's SAP Account Descriptions

| SAP Number | Account Type | SAP "Short Text" | Description |
|---|---|---|---|
| 302042 | Equity Account | Dist #42 PP Inc | Distribution to Purdue Pharma Inc. |
| 302045 | Equity Account | Dist #45 PH L.P. | Distribution to Purdue Holdings L.P. |
| 302044 | Equity Account | Dist #44 PLPAH L.P. | Distribution to PLP Associates Holdings Inc. |
| 302032 | Equity Account | Capital #32 Dist BR | Distribution to BR Holdings Associates L.P. |
| 1018449 | Vendor | BEACON TRUST COMPANY | SAP Number = Vendor Number |
| 1004240 | Vendor | UNITED STATES TREASURY | SAP Number = Vendor Number |
| 1032548 | Vendor | CLOVIO CORP | SAP Number = Vendor Number |
| 1019140 | Vendor | LUCIEN HOLDINGS SARL | SAP Number = Vendor Number |
| 1016497 | Vendor | ROSEBAY MEDICAL COMPANY LP | SAP Number = Vendor Number |
| 1029154 | Vendor | BEACON CO | SAP Number = Vendor Number |
| 1033027 | Vendor | MALTUS CORPORATION | SAP Number = Vendor Number |
| 1033026 | Vendor | MEXCUS CORPORATION | SAP Number = Vendor Number |

For a complete listing of account numbers and names maintained in the same SAP accounting system as Purdue refer to the excel file named Financial Tables.xlsx.

**AlixPartners**

# Appendix D – SAP Screenshot Guide for Purdue



**Document Date:** Date on which the original document (such as an invoice) was issued.

**Document Number:** Unique transaction identification number.

**Company Code:** Identifies the entity where the transaction is entered.

**Text:** Field where a description for the transaction can be provided (not required).

**Posting Date:** Date on which the entry was created.

**Account:** Identifies the general ledger accounts that are impacted by the transaction.

**Account:** Value of the transaction.

Source: SAP General Ledger detail

**AlixPartners**      344

**Alix**Partners

# Appendix E — Rhodes Organizational Charts and Ownership Structure

# Appendix E – Rhodes Ownership and Subsidiaries Effective January 1, 2008 through August 19, 2018



*General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

**Managing General Partner has no equity interest in G P , rather the Managing General Partner receives a service fee for acting as Managing General Partner

# Appendix E – Rhodes Ownership and Subsidiaries Effective August 20, 2018 through May 27, 2019



*General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

**Managing General Partner has no equity interest in G P , rather the Managing General Partner receives a service fee for acting as Managing General Partner

**AlixPartners**    347

# Appendix E – Rhodes Ownership and Subsidiaries Effective May 28, 2019 to Present



\*    General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

\*\*    Partner has no equity interest in LLP, rather the Partner receives a service fee for acting as a Partner

\*\*\*  BR Holdings Associates Inc  is the general partner of  Pharmaceutical Research Associates L P ; Purdue Pharma Inc , PLP Associates Holdings Inc  and PLP Associates Holdings L P  are the limited partners of Pharmaceutical Research Associates L P

**Alix**Partners

# Appendix F - Rhodes Company Names and SAP Account Information

# Appendix F - Rhodes Cash Distribution and Capital Contribution Testing Selections – SAP Company Names

| Company Number | Company Name | Description |
|---|---|---|
| 208 | Purdue Pharma L.P. | |
| 227 | Rhodes Technologies | |
| 230 | Coventry Technologies L.P. | |
| 250 | Rhodes Pharmaceuticals L.P. | |
| 301 | Purdue Pharma Inc. | General Partner of Purdue Pharma L.P. |
| 401 | PLP Associates Holdings L.P. | Limited Partner of Purdue Holdings L.P. (name changed in 2018 to PRA L.P.) |
| 402 | PLP Associates Holdings Inc. | General Partner of Purdue Holdings L.P. (name changed in 2018 to PRA L.P.) |
| 413 | BR Holdings Associates L.P. | Limited Partner of PLP Associates Holdings L.P. |
| 414 | BR Holdings Associates Inc. | General Partner of BR Holdings Associates L.P. |
| 416 | Purdue Holdings L.P. (name changed in 2018 to PRA L.P.) | Limited Partner of Purdue Pharma L.P. |
| NA | Rosebay Medical Company L.P. | Limited Partner of BR Holdings Associates L.P (50%) |
| NA | Beacon Company | Limited Partner of BR Holdings Associates L.P (50%) |

**Note:** The books and records for these entities are not maintained in the same SAP accounting system as Purdue and Rhodes.

For a complete listing of company numbers and names maintained in the same SAP accounting system as Purdue and Rhodes refer to the excel file named Financial Tables.xlsx.

AlixPartners    350

# Appendix F - Rhodes Cash Distribution and Capital Contribution Testing Selections — SAP Account Descriptions

| SAP Number | Account Type | SAP "Short Text" |
|---|---|---|
| 100010 | Asset - Cash | Cash Concentration |
| 102208 | Due from Associated Company | Purdue Pharma L.P. |
| 102227 | Due from Associated Company | Rhodes Technologies |
| 102230 | Due from Associated Company | Coventry Technologies LLC |
| 102250 | Due from Associated Company | Rhodes Pharmaceuticals LP |
| 102301 | Due from Associated Company | Purdue Pharma Inc. |
| 102401 | Due from Associated Company | PLP Assoc Holdings |
| 102413 | Due from Associated Company | BR Holdings Assoc L.P. |
| 102416 | Due from Associated Company | Purdue Holdings L.P. |
| 107401 | Long Term Asset | Investment PLP Associates Holding LP |

For a complete listing of account numbers and names maintained in the same SAP accounting system as Purdue and Rhodes refer to the excel file named Financial Tables.xlsx.

**AlixPartners**

# Appendix F - Rhodes Cash Distribution and Capital Contribution Testing Selections — SAP Account Descriptions

| SAP Number | Account Type | SAP "Short Text" |
|---|---|---|
| 107204 | Long Term Asset | Investment Purdue |
| 107416 | Long Term Asset | Investment in Purdue Holdings LP |
| 301026 | Equity Account | Capital #26 Contribution Reigo Company |
| 301027 | Equity Account | Capital #27 Distribution Rosebay |
| 302026 | Equity Account | Capital #26 Distribution Beacon Company |
| 302042 | Equity Account | Distribution #42 Purdue Pharma Inc. |
| 302045 | Equity Account | Distribution #45Purdue Holdings LP |
| 302044 | Equity Account | Distribution #44 PLP Assoc. Holdings LP |
| 302032 | Equity Account | Capital #32 Distribution BR |
| 1016497 | Vendor | ROSEBAY MEDICAL COMPANY LP |
| 1029154 | Vendor | BEACON CO |

For a complete listing of account numbers and names maintained in the same SAP accounting system as Purdue and Rhodes refer to the excel file named Financial Tables.xlsx.

# Appendix F – SAP Screenshot Guide for Rhodes Technologies



**Document Number:** Unique transaction identification number.

**Document Date:** Date on which the original document (such as an invoice) was issued.

**Company Code:** Identifies the entity where the transaction is entered.

**Text:** Field where a description for the transaction can be provided (not required).

Doc.Type : SA ( G/L account document ) Normal document

| | | |
|---|---|---|
| Doc. Number | 100029607 | Company Code | 227 | Fiscal Year | 2011 |
| Doc. Date | 12/12/2011 | Posting Date | 12/08/2011 | Period | 12 |
| Calculate Tax | ☐ | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW 12062011 to 12082011 | | | | |

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 102230 | Coventry Tech. LLC | | GEN | | | 25,000,000.00 | FUNDING to COVENTRY TECHNOLOGIES LLC |
| 2 | 40 | 201150 | Payroll Suspense | | GEN | | | 802,328.85 | PAYROLL PAYMENT |
| 3 | 40 | 100040 | Chase Control ZBA | | GEN | | | 191,806.91 | CONTROL DISBURSEMENT ACCOUNT FUNDING |
| 4 | 40 | 100040 | Chase Control ZBA | | GEN | | | 106,816.54 | CONTROL DISBURSEMENT ACCOUNT FUNDING |
| 5 | 40 | 100040 | Chase Control ZBA | | GEN | | | 10,894.94 | CONTROL DISBURSEMENT ACCOUNT FUNDING |
| 6 | 40 | 100010 | Cash Concentration | | GEN | | | 357.09 | MISCELLANEOUS BANK DEPOSIT |
| 7 | 50 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00- | FUNDING to COVENTRY TECHNOLOGIES LLC |

**Posting Date:** Date on which the entry was created.

**Account:** Identifies the general ledger accounts that are impacted by the transaction.

**Account:** Value of the transaction.

**Alix**Partners

# XII. Disclaimer and Statement of Limiting Conditions

# XII. Disclaimer and Statement of Limiting Conditions

This Cash Transfers of Value Report and the related analysis has been prepared at the direction of the Special Committee and Counsel. THIS CASH TRANSFERS OF VALUE REPORT IS NOT INTENDED TO BE RELIED UPON BY ANY PARTY OTHER THAN PURDUE, PPI, RHODES, THE SPECIAL COMMITTEE OR COUNSEL, OR INDUCE ACTION BY ANY PARTY.

The information contained herein is based upon financial and other data provided to AlixPartners by Counsel, the management and staff of Purdue, PPI, Rhodes, TXP and One Stamford Realty, and publicly available information, which was available and reviewed as of the date of this Cash Transfers of Value Report. The depth of the analyses may be limited in some respects due to the extent and sufficiency of available information. AlixPartners further relied on the assurance of Counsel and management and staff of Purdue, PPI, Rhodes, TXP and One Stamford Realty that they were unaware of any facts that would make the information provided to AlixPartners incomplete or misleading.  In preparing this Cash Transfers of Value Report, AlixPartners has assumed, without any independent verification, the accuracy and completeness of all information available from public sources, Counsel, Purdue, PPI, Rhodes, TXP and One Stamford Realty or which was otherwise provided to us.

AlixPartners has not subjected the information contained herein to an examination in accordance with generally accepted auditing or attestation standards. Had AlixPartners performed such an examination, certain matters might have come to our attention that may have caused us to report different findings and observations herein. Accordingly, AlixPartners cannot and does not express an opinion on the information and does not assume any responsibility for the accuracy or correctness of the underlying financial or other data, information and assessments upon which this Cash Transfers of Value Report is based. The analysis performed was on a "level-of-effort" basis; that is, the depth of our analyses and extent of our authentication of the information may be limited in some respects due to the extent and sufficiency of available information, time constraints dictated by the circumstances, and other factors. Additionally, AlixPartners is not licensed to provide legal advice. Accordingly, nothing in this Cash Transfers of Value Report should be construed as legal advice or opinion.

Many of the observations included in this Cash Transfers of Value Report are based upon representations, both written and verbal, made by Counsel and employees of Purdue, PPI, Rhodes, TXP and One Stamford Realty.  We give no assurances as to the accuracy of these representations and are not responsible whatsoever for misrepresentations made, if any.  Information in this Cash Transfers of Value Report is non-public and considered highly confidential by Counsel and Purdue. Amounts included throughout this Cash Transfers of Value Report represent approximates and may include rounding differences.

This Cash Transfers of Value Report is incomplete without AlixPartners's accompanying verbal presentation and is based on the information and documents reviewed as of the date of this Cash Transfers of Value Report, and review of any additional documents may change the information included herein. The information in this Cash Transfers of Value Report reflects conditions and the views of AlixPartners as of this date, all of which are subject to change. AlixPartners undertakes no obligation to update or provide any revisions to this Cash Transfers of Value Report to reflect events, circumstances or changes that occur after the date this Cash Transfers of Value Report was prepared. Neither this Cash Transfers of Value Report nor any of its contents may be copied, reproduced, disseminated, quoted or referred to in any presentation, agreement or document with or without attribution to AlixPartners.

AlixPartners

WHEN IT REALLY MATTERS.

©2019 AlixPartners, LLP.