UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

PURDUE PHARMA L.P., *et al.*,

Debtors.[1]

Chapter 11

Case No. 19-23649 (RDD)

(Jointly Administered)

### NOTICE TO UNSEAL CONFIDENTIAL INFORMATION

**PLEASE TAKE NOTICE** that PJT Partners LP ("**PJT**"), proposed investment banker to Purdue Pharma L.P. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully submits this *Notice to Unseal Confidential Information* in connection with the *Order Authorizing PJT Partners LP to File Under Seal Certain Confidential Information Related to PJT Partners LP's Retention Application* [Docket No. 637] (the "**Sealing Order**") and the *Supplemental Declaration of Timothy Coleman in Support of the Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 590].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph 2 of the Sealing Order, PJT hereby authorizes the unsealing of the Confidential Client Information and waives the right to the sealing thereof. Accordingly, attached hereto as **Exhibit A** is an unredacted *Amended Supplemental Declaration of Timothy Coleman in Support of the Debtors' Application to Employ*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date*.

Dated: December 17, 2019
New York, New York

/s/ *Elisha D. Graff*
**SIMPSON THACHER & BARTLETT LLP**
Elisha D. Graff
Jamie J. Fell
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile:  (212) 455-2502
Email: egraff@stblaw.com
         jamie.fell@stblaw.com

*Counsel for PJT Partners LP*