DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## AGENDA FOR DECEMBER 19, 2019 OMNIBUS HEARING

| | |
|---|---|
| Time and Date of Hearing: | December 19, 2019 at 2:00 p.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Robert D. Drain<br>United States Bankruptcy Court for the Southern District of New York<br>300 Quarropas Street<br>White Plains, New York 10601 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**I.    UNCONTESTED MATTERS:**

1.  *Assumption/Rejection Deadline Extension Motion.*  Motion of Debtors for Entry of an Order Extending the Deadline To Assume or Reject Unexpired Leases of Nonresidential Real Property [ECF No. 599]

    Objection Deadline: December 16 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward on an uncontested basis.

2.  *Removal Deadline Extension Motion.*  Motion of Debtors to Extend the Time to File Notices of Removal of Civil Actions [ECF No. 600]

    Objection Deadline: December 16 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward on an uncontested basis.

3.  *Jones Day Retention Application.*  Application of the Debtors for an Order Authorizing Them to Retain and Employ Jones Day as Special Counsel, Nunc Pro Tunc to the Petition Date [ECF No. 601]

    Objection Deadline: December 16 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents:

    A.  Declaration of John J. Normile in Support of the Application of the Debtors for an Order Authorizing Them to Retain and Employ Jones Day as Special Counsel, Nunc Pro Tunc to the Petition Date [ECF No. 603]

    Status: This matter is going forward on an uncontested basis.

4.  *Arnold & Porter Kaye Scholer LLP Retention Application.*  Application of the Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors Nunc Pro Tunc to the Petition Date [ECF No. 602**]**

    Objection Deadline: December 16 at 4:00 p.m. (prevailing Eastern Time).

        Responses Received: None.

        Related Documents: None.

        Status: This matter is going forward on an uncontested basis.

II.    **CONTESTED MATTERS:**

    5.    *PJT Partners Retention Application.*  Debtors' Application for Authority to Retain and Employ AlixPartners, LLP as Financial Advisor Nunc Pro Tunc to the Petition Date [ECF No. 430]

        Objection Deadline: December 12 at 4:00 p.m. (prevailing Eastern Time).

        Responses Received:

        A. Objection Of The United States Trustee To Entry Of Order Approving The Retention Of PJT Partners LP As Investment Banker For The Debtors [ECF No. 471]

        B. The United States Trustee's (i) Supplemental Objection to the Retention of PJT Partners LP as Investment Banker for the Debtors (ii) Objection to PJT's Motion to Seal and (iii) Request to Unseal PJT's Client Information [ECF No. 646]

        Reply:

        A. PJT Partners LP's Reply to the United States Trustee's (I) Initial and Supplemental Objections to the Retention of PJT Partners LP as Investment Banker for the Debtors, (II) Objection to PJT's Motion to Seal and (III) Request to Unseal PJT's Client Information [ECF No. 656]

        Related Documents:

        A. Notice of Adjournment of Hearing Regarding Debtors' Application to Employ PJT Partners LP as Investment Banker Nunc Pro Tunc to the Petition Date [ECF No. 464]

        B. PJT Partners LP's Motion for Entry of an Order Authorizing Certain Confidential Information Related to PJT Partners LP's Retention Application to be Filed Under Seal [ECF No. 589]

        C. Supplemental Declaration of Timothy Coleman in Support of the Debtors' Application to Employ PJT Partners LP as Investment Banker Nunc Pro Tunc to the Petition Date [ECF No. 590]

    D. Order Authorizing Certain Confidential Information Related to PJT Partners LP's Retention Application to be Filed Under Seal [ECF No. 637]

    E. Notice of Adjournment of Hearing Regarding Debtors' Application to Employ PJT Partners LP as Investment Banker Nunc Pro Tunc to the Petition Date [ECF No. 650]

    F. Notice to Unseal Confidential Information [ECF No. 657]

Status: This matter is going forward on a contested basis.

6. ***Ernst & Young Retention Application.*** Debtors' Application to Employ Ernst & Young as Its Auditors, Nunc Pro Tunc to the Petition Date [ECF No. 432]

Objection Deadline: November 15, 2019 at 4:00 pm (prevailing Eastern Time).

Responses Received:

    A. Objection of the United States Trustee to Entry of Order Approving the Retention of Ernst & Young LLP as the Auditor for the Debtors [ECF No. 485].

Reply:

    A. Reply of Debtors in Support of Debtors' Application to Employ Ernst & Young as its Auditor, Nunc Pro Nunc to the Petition Date [ECF No. 500].

Related Documents:

    A. Supplemental Declaration of Devon M. Brady in Further Support of Debtor's Application for Order Authorizing Retention and Employment of Ernst & Young LLP as its Auditor, Nunc Pro Tunc to the Petition Date [ECF No. 499]

    B. Notice of Adjournment of Hearing Regarding Debtors' Application to Employ Ernst & Young as its Auditor, Nunc Pro Tunc to the Petition Date [ECF No. 515]

Status: This matter is going forward on a contested basis. The hearing with respect to this matter shall be an evidentiary hearing.

*[Remainder of Page Intentionally Left Blank]*

Dated: December 17, 2019
       New York, New York

                          DAVIS POLK & WARDWELL LLP

                          By: /s/ *Eli J. Vonnegut*

                          450 Lexington Avenue
                          New York, New York 10017
                          Telephone: (212) 450-4000
                          Facsimile: (212) 701-5800
                          Marshall S. Huebner
                          Benjamin S. Kaminetzky
                          Timothy Graulich
                          Eli J. Vonnegut
                          Christopher S. Robertson

                          *Counsel to the Debtors*
                          *and Debtors in Possession*