|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date: December 19, 2019<br>Hearing Time: 2:00 pm |

------------------------------------------------------- x
: 
In re                                                                  :    Chapter 11
                                                                           :
PURDUE PHARMA L.P., *et al.*,                        :    Case No. 19-23649 (RDD)
                                                                           :
                                        Debtors.         :    Jointly Administered
                                                                           :
------------------------------------------------------- x

**NOTICE OF WITHDRAWAL WITH RESPECT TO THE
UNITED STATES TRUSTEE'S (i) OBJECTION AND
SUPPLEMENTAL OBJECTION TO THE RETENTION OF PJT
PARTNERS LP AS INVESTMENT BANKER FOR THE
DEBTORS AND (ii) OBJECTION TO PJT's MOTION TO SEAL**

TO:    **THE HONORABLE ROBERT D. DRAIN,
            UNITED STATES BANKRUPTCY JUDGE:**

Based upon the Notice to Unseal Confidential Information (ECF No. 657), William K. Harrington, the United States Trustee for Region 2, hereby submits this Notice of Withdrawal with respect to his (i) Objection (ECF No. 471) and Supplemental Objection (ECF No. 646) to the Application of the Debtors for Authority to Employ PJT Partners LP ("PJT") as Investment Banker for the Debtors (ECF No. 430) and (ii) Objection (ECF No. 646) to PJT's Motion to Seal Client Information (ECF No. 589).

Dated:  New York, New York
            December 18, 2019

                                                            Respectfully submitted,

                                                            WILLIAM K. HARRINGTON
                                                            UNITED STATES TRUSTEE, Region 2

                                                            By: */s/ Brian S. Masumoto*
                                                            Brian S. Masumoto
                                                            Trial Attorney
                                                            201 Varick Street, Room 1006
                                                            New York, New York 10014
                                                            Tel. (212) 510-0500