Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 54

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

*Edwin Moreno I was Affected by Oxycotin*

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17  P 2: 54

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Albert gonzalez

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 54

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Brad Nizwantowski

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17  P 2: 54

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

JAMES WOOD
*James Wood*

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 54

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Joseph Conti

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 54

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Deborah O'Brien
Deborah O'Brien

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17  P 2: 54

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Jose Gonzales

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 54

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)


Dear Judge Drain:


I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Darin Johnson

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT
2019 DEC 17 P 2: 54
S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Richard O'Connor

*Bart Hesson.*

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other
attorneys general across the country who are opposing Purdue Pharma's proposed settlement
and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation
wrought by Purdue Pharma. The Sackler family has destroyed average families for decades
through their pursuit of wealth with no regard for the consequences faced by the average
population. Purdue made and makes Oxycontin and pushed doctors to hand out more
prescriptions fully knowing how addictive their substance was. Their greed has reached to
corners of our society previously untouched by addiction. The Sackler family needs to be held
accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue
Pharma. I am asking you to help us hold Purdue accountable for their actions. No company
should get away with profiting off of lives lost. Help us put people over profit and give meaning
to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after
Purdue and the Sacklers to pay back the billions they have pocketed from the sales of
Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you
serve.

*Bart Hesson*

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 ☐ 2: 54

S.D. ☐☐☐☐ ☐☐

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Daniel Sullivan

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT
2019 DEC 17 P 2: 55
S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

JEFF DONAHUE

*Jeff Donahue*

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 55

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other
attorneys general across the country who are opposing Purdue Pharma's proposed settlement
and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation
wrought by Purdue Pharma. The Sackler family has destroyed average families for decades
through their pursuit of wealth with no regard for the consequences faced by the average
population. Purdue made and makes Oxycontin and pushed doctors to hand out more
prescriptions fully knowing how addictive their substance was. Their greed has reached to
corners of our society previously untouched by addiction. The Sackler family needs to be held
accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue
Pharma. I am asking you to help us hold Purdue accountable for their actions. No company
should get away with profiting off of lives lost. Help us put people over profit and give meaning
to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after
Purdue and the Sacklers to pay back the billions they have pocketed from the sales of
Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you
serve.

John Borgosano

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

**FILED**
**U.S. BANKRUPTCY COURT**

2019 DEC 17  P 2: 55

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other
attorneys general across the country who are opposing Purdue Pharma's proposed settlement
and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation
wrought by Purdue Pharma. The Sackler family has destroyed average families for decades
through their pursuit of wealth with no regard for the consequences faced by the average
population. Purdue made and makes Oxycontin and pushed doctors to hand out more
prescriptions fully knowing how addictive their substance was. Their greed has reached to
corners of our society previously untouched by addiction. The Sackler family needs to be held
accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue
Pharma. I am asking you to help us hold Purdue accountable for their actions. No company
should get away with profiting off of lives lost. Help us put people over profit and give meaning
to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after
Purdue and the Sacklers to pay back the billions they have pocketed from the sales of
Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you
serve.

Michael  Haley

Michael Haley

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT
2019 DEC 17 P 2: 55
S.D.N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other
attorneys general across the country who are opposing Purdue Pharma's proposed settlement
and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation
wrought by Purdue Pharma. The Sackler family has destroyed average families for decades
through their pursuit of wealth with no regard for the consequences faced by the average
population. Purdue made and makes Oxycontin and pushed doctors to hand out more
prescriptions fully knowing how addictive their substance was. Their greed has reached to
corners of our society previously untouched by addiction. The Sackler family needs to be held
accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue
Pharma. I am asking you to help us hold Purdue accountable for their actions. No company
should get away with profiting off of lives lost. Help us put people over profit and give meaning
to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after
Purdue and the Sacklers to pay back the billions they have pocketed from the sales of
Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you
serve.

Hector Lopez

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 55

S. D. 25 N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Daniel Moser

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

**FILED**
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 55

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Armand Coleman

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 55

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)·

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Pat clark

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 56

S.D. OF N.Y

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Raymond C

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

**FILED**
**U.S. BANKRUPTCY COURT**

2019 DEC 17  P 2: 56

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Alejandro Ortiz

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 56

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other
attorneys general across the country who are opposing Purdue Pharma's proposed settlement
and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation
wrought by Purdue Pharma. The Sackler family has destroyed average families for decades
through their pursuit of wealth with no regard for the consequences faced by the average
population. Purdue made and makes Oxycontin and pushed doctors to hand out more
prescriptions fully knowing how addictive their substance was. Their greed has reached to
corners of our society previously untouched by addiction. The Sackler family needs to be held
accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue
Pharma. I am asking you to help us hold Purdue accountable for their actions. No company
should get away with profiting off of lives lost. Help us put people over profit and give meaning
to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after
Purdue and the Sacklers to pay back the billions they have pocketed from the sales of
Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you
serve.

Alfred Jones

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 56

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

PAUL Violanto

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17  P 2: 56

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Shannon Lundin

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

**FILED**
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 56

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Jennifer Adamson
Jennifer Adamson

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

**FILED**
**U.S. BANKRUPTCY COURT**

2019 DEC 17  P 2: 56

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

James Lyons

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 56

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Luis Aponte

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17  P 2: 56

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Thomas Connolly

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 56

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

S.D. OF N.Y.

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Kevin O'Connell

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

**FILED**
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 53

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

To whom it may concern,

As an individual in long term sobriety, I speak from experience when I say that my son was never educated when prescribed oxycontin. As a result, (after his sports injury) he was never tapered off. To relieve his pain, he used heroin. The first time he overdosed.... "He Died!" Purdue Pharma bears most of the responsibility for my son's death!

Michael Cain

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

**FILED**
**U.S. BANKRUPTCY COURT**

2019 DEC 17  P 2: 53

Re: *In re Purdue Pharma L.P., et al. Case No. 19-23649 (RDD)*

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Nicole Ubaldi

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

**FILED**
**U.S. BANKRUPTCY COURT**

2019 DEC 17  P 2: 53

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al,* Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Sou Fiyane
Karbady

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 53

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Kevin O'Brien

Oxycontin absolutely ruined my life The Sackler family should be held responsible for ruining everyone's life. I moved on to heroin and it continued downhill from there. Thank God I turned my life around before I died like many of my friends and family.

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 53

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al,* Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

I absolutely agree, the oxycontin phase is what triggered the skyrocket effect in opiate addiction and we have lost so many people, as an addict, I am held accountable for all my actions, what's fair is fair.

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

U.S. BANKRUPTCY COURT
FILED
2019 DEC 17 P 2: 53
S.D.N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Oxycontin Ruined my life, my sister's life, my parents lives and also a great deal of my friends lives. Unfortunately, most of them are dead and not able to fill this letter out on their own.

Thank you for making this a priority as heroin and now fentanyl addiction have taken off since oxycontin hit the market. Too many families have been destroyed by this potent little pill.

Katie O'Leary

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 53

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

My family has been severly affected by the prescribing of Oxycontin to my Grandson. He has overdosed two times so far and if not for the cameras in the MBTA elevators, he might not be here now. His addiction to this drug kept him isolated from our family and his friends as well. He is currently in treatment, but has relapsed countless times in his 25yrs. At times he has been missing which continues to affect our whole family not knowing where he is, or if he has overdosed again. To me, rewarding "bad" or at least "questionable" behavior should not even be an option.

Thank you,
Jeane Isles

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

I have personal experience having been prescribed Oxycontin for seven years. My addiction grew and I lost everything in my life, my job, my daughter, my apartment, my self. We were totally misled and paid tragically.

Thank you for your time,

Virginia Celata

Virginia Celata

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other
attorneys general across the country who are opposing Purdue Pharma's proposed settlement
and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation
wrought by Purdue Pharma. The Sackler family has destroyed average families for decades
through their pursuit of wealth with no regard for the consequences faced by the average
population. Purdue made and makes Oxycontin and pushed doctors to hand out more
prescriptions fully knowing how addictive their substance was. Their greed has reached to
corners of our society previously untouched by addiction. The Sackler family needs to be held
accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue
Pharma. I am asking you to help us hold Purdue accountable for their actions. No company
should get away with profiting off of lives lost. Help us put people over profit and give meaning
to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after
Purdue and the Sacklers to pay back the billions they have pocketed from the sales of
Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you
serve.

Patricia M Mazure
110 Broad St.
Unit 802
Boston, Ma. 02110

S.D. OF N.Y.
2019 DEC 17 P 2: 52
FILED
U.S. BANKRUPTCY COURT

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

I have personal experience using Oxycontin back from 2003-2007. My addiction grew tremendously after my introduction to Oxycontin 80's and I ended up losing everything in my life and graduated to heroin.

Thank you for your time —
Caitlin Gillespie

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

**FILED**
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 53

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al,* Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

*Eddy Jones*

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

**FILED**
**U.S. BANKRUPTCY COURT**

2019 DEC 17  P 2: 56

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other
attorneys general across the country who are opposing Purdue Pharma's proposed settlement
and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation
wrought by Purdue Pharma. The Sackler family has destroyed average families for decades
through their pursuit of wealth with no regard for the consequences faced by the average
population. Purdue made and makes Oxycontin and pushed doctors to hand out more
prescriptions fully knowing how addictive their substance was. Their greed has reached to
corners of our society previously untouched by addiction. The Sackler family needs to be held
accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue
Pharma. I am asking you to help us hold Purdue accountable for their actions. No company
should get away with profiting off of lives lost. Help us put people over profit and give meaning
to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after
Purdue and the Sacklers to pay back the billions they have pocketed from the sales of
Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you
serve.

Michael Sizemore ++

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 56

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Deanna Sharpe

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

U.S. BANKRUPTCY COURT
FILED
2019 DEC 17 P 2: 55
S.D. N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other
attorneys general across the country who are opposing Purdue Pharma's proposed settlement
and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation
wrought by Purdue Pharma. The Sackler family has destroyed average families for decades
through their pursuit of wealth with no regard for the consequences faced by the average
population. Purdue made and makes Oxycontin and pushed doctors to hand out more
prescriptions fully knowing how addictive their substance was. Their greed has reached to
corners of our society previously untouched by addiction. The Sackler family needs to be held
accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue
Pharma. I am asking you to help us hold Purdue accountable for their actions. No company
should get away with profiting off of lives lost. Help us put people over profit and give meaning
to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after
Purdue and the Sacklers to pay back the billions they have pocketed from the sales of
Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you
serve.

Jonathan Owen

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

I have alot of people that were affected By OxyContin. and more then Half are Died Now. The Rest are still suffering. I was one that is still suffering. And my mother is still suffering from this Disease which is getting out of Jail in 9 days.

By Quinlan Sullivan

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Christian Stallworth

I like to drink an it is not good from it you can die from it or get very sick and can ruin your life

*Jonathan Lightbody*

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

They knowingly distributed Drugs knowing it would cause harm / Death - To line the pockets of the super wealthy.

U.S. BANKRUPTCY COURT
FILED
2019 DEC 17 P 2: 52
S.D. OF N.Y.

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649(RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

11-04-99 Joseph Marcangelo

when I was eighteen I got stabbed, I was given 4 presciptions of 80 percocet 54543 pills and was addicted by the time my prescriptions were through causing me at such a young age to seek them on the streets. It turned into a heroin addiction that ruined my life. I'm 41 with 20 months clean. Its been a life long struggle.

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Anthony Hudson
55 SULLIVAN STREET
REVERE, MA. 02151

FILED
U.S. BANKRUPTCY COURT
2019 DEC 17 P 2: 52
S.D. OF N.Y.

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 52

Re: *In re Purdue Pharma L.P., et al, Case No. 19-23649 (RDD)*

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Carol Q. Hudson
55 Sullivan St
Revere, Ma 02151

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 52

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al,* Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other
attorneys general across the country who are opposing Purdue Pharma's proposed settlement
and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation
wrought by Purdue Pharma. The Sackler family has destroyed average families for decades
through their pursuit of wealth with no regard for the consequences faced by the average
population. Purdue made and makes Oxycontin and pushed doctors to hand out more
prescriptions fully knowing how addictive their substance was. Their greed has reached to
corners of our society previously untouched by addiction. The Sackler family needs to be held
accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue
Pharma. I am asking you to help us hold Purdue accountable for their actions. No company
should get away with profiting off of lives lost. Help us put people over profit and give meaning
to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after
Purdue and the Sacklers to pay back the billions they have pocketed from the sales of
Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you
serve.

*James A Martin*
29 Lexington Street
Burlington, MA 01803

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

**FILED**
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 52

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al.*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Amy Schembechker
36 Parkhurst Street
Dunstable MA 01827-2314

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

**FILED**
**U.S. BANKRUPTCY COURT**

2019 DEC 17 P 2: 52

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

*Susan M. Martin*
29 Lexington St.
Burlington, MA 01803

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT
2019 DEC 17 P 2:52
S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Lori Sasso
7 Wildwood Drive
Peabody, Ma 01960

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 51

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

*Patricia A Skerule
19 Bush Hill Rd
Ipswich, Ma 01938*

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

**FILED**
U.S. BANKRUPTCY COURT

2019 DEC 17  P 2: 52

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

*Connie Casali*

Connie Casali
18 Tucker St.
Medford, MA 02155

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

FILED
U.S. BANKRUPTCY COURT

2019 DEC 17 P 2: 52

S.D. OF N.Y.

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD).

Dear Judge Drain:

I am writing in support of Massachusetts Attorney General Maura Healey and the 24 other attorneys general across the country who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.

I am writing to you as a citizen who, like many others, have seen firsthand the devastation wrought by Purdue Pharma. The Sackler family has destroyed average families for decades through their pursuit of wealth with no regard for the consequences faced by the average population. Purdue made and makes Oxycontin and pushed doctors to hand out more prescriptions fully knowing how addictive their substance was. Their greed has reached to corners of our society previously untouched by addiction. The Sackler family needs to be held accountable for the destruction they have caused and the lives they have ruined.

I support our Attorney General Maura Healey in her move for no settlement with Purdue Pharma. I am asking you to help us hold Purdue accountable for their actions. No company should get away with profiting off of lives lost. Help us put people over profit and give meaning to those whose lives cannot be reclaimed. Not only should we **not** settle, we should go after Purdue and the Sacklers to pay back the billions they have pocketed from the sales of Oxycontin! Thank you for taking this issue to the heart of the law and standing up for those you serve.

Stacey Wyzanski
53 Lancaster Ave
Revere Ma
staceywyzanski@comast.net