The names of the parties that sent letters on 12-17019 in support of Massachusetts Attorney General Maura Healey

Edwin Moreno,

Albert Gonzalez,

Brad Nizwantowski,

James Wood,

Joseph Conti,

Deborah O'Brien,

Jose Gonzalez,

Darin Johnson,

Richard O'Connor,

Bart Hesson,

Daniel Sullivan,

Jeff Donahue,

John Borgosano,

Michael Haley,

Hector Lopez,

Daniel Moser,

Armand Coleman,

Pat Clark,

Jonathan Owen,

Raymond Castillo,

Deanna Sharpe,

Alejandro Ortiz,

Alfred Jones,

Paul Violanto,

Shannon Lundin,

Jennifer Adamson,

Michael Simoett,

James Lyons,

Luis Aponte,

Thomas Cowrolly,

Kevin O'Connell,

Michael Cain,

Edely Tavares

Nicole Ubaldi,

Sou Fiyane Kardady,

Kevin O'Brien,

Katie Oleary,

Jeane Isles,

Cartun Gillespie,

Virginia Celata,

Quinlan Sallican,

Christian Stallworth,

Jonathan Lightbody,

Joseph Marcangelo

Patricia M Maguire,

Anthony Hudron,

Carol A. Hudson,

James A Martin,

Amy Schembechler,

Susan M. Martin,

Lois Sasso,

Patricia A. Skinner,

Connie Casali, Steve Dombrowski, and

Stacey Wipanshi.