UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

AFFIDAVIT AND DISCLOSURE STATEMENT OF  Richard A. Mincer  ,

ON BEHALF OF  Hirst Applegate, LLP

STATE OF Wyoming   )
                   ) s.s.:
COUNTY OF Laramie )

Richard A. Mincer, being duly sworn, upon his oath, deposes and says as follows:

1. I am a  partner  of  Hirst Applegate, LLP  , located at  1720 Carey Avenue, Suite 400, Cheyenne, WY 82001  (the "**Firm**").

2. Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide services to the Debtors, and the Firm has consented to provide such services (the "**Services**"). We have been asked by Purdue Pharma, L.P. to represent them and their entities in a lawsuit filed against it by the Wyoming Attorney General's Office. The State of Wyoming alleges Purdue Pharma L.P. and its entities deceptively marked opiods in Wyoning violating the Consumer Protection and Medicaid False Claims Act.

3. The Services include, but are not limited to, the following: See attached invoice 194160 and invoice 194164.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

#92634797v5

4. The Firm performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

#92634797v5

19-23649-shl   Doc 670   Filed 12/18/19   Entered 12/18/19 17:52:43   Main Document
Pg 3 of 11

7. As of the commencement of this chapter 11 case, the Debtors owed the Firm $ 308.50 in respect of prepetition services rendered to the Debtors.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on 12/17, 2019, at 11:55 a.m.

_____
Affiant Name

SWORN TO AND SUBSCRIBED before
Me this 17 day of December, 2019

*Norma J. Hubka*
Notary Public

NORMA J. HUBKA - NOTARY PUBLIC
COUNTY OF LARAMIE
STATE OF WYOMING
MY COMMISSION EXPIRES FEB 14, 2023

3

#92634797v5

HIRST APPLEGATE, LLP
P O BOX 1083
CHEYENNE WY 82003-1083
FIRM TELEPHONE NUMBER: (307) 632-0541
FIRM FAX NUMBER: (307) 632-4999

09/20/2019 SLB - invoice 194160 submitted electronically through Colloborati ebilling system.

SLB    SEP 2 0 2019

Purdue Pharma L.P.

Page: 1
09/15/2019
ACCOUNT NO:    84388-00M
INVOICE NO.    194160

Purdue Pharma L.P., State of Wyoming v.
26-4165569
20180002085
$285/180/105 - Monthly

|  |  |  |  |  | RATE | HOURS |  |
|---|---|---|---|---|---|---|---|
| 09/14/2019 |  |  |  |  |  |  |  |
|  | RAM | L210 | A107 | Communicate (other outside counsel) - emails with counsel re: potential bankruptcy filing next week | 285.00 | 0.20 | 57.00 |
|  |  |  |  | TOTAL CURRENT FEES |  | 0.20 | 57.00 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| RICHARD A MINCER | PARTNER | 0.20 | $285.00 | $57.00 |

TOTAL FEES & EXPENSES BILLED THIS STATEMENT    57.00

BALANCE DUE    $57.00

Billing History

|  | FEES | EXPENSES | FINANCE CHARGE |  | PAYMENTS |
|---|---|---|---|---|---|
|  | 17,293.50 | 322.77 | 0.00 | 0.00 | 17,165.63 |
| Write Off | 393.64 | 0.00 | 0.00 | 0.00 |  |

Task Code Summary

|  |  | FEES | EXPENSES |
|---|---|---|---|
| L210 | Pleadings | 57.00 | 0.00 |
| L200 | Summary of Pre-Trial Pleadings and Motions | 57.00 | 0.00 |

**HIRST APPLEGATE, LLP**
P O BOX 1083
CHEYENNE WY 82003-1083
FIRM TELEPHONE NUMBER: (307) 632-0541
FIRM FAX NUMBER: (307) 632-4999

09/20/2019 SLB - invoice 1914164 submitted electronically through Colloborati ebilling system.

SLB    SEP 2 0 2019

Purdue Pharma L.P.

Page: 1
09/16/2019
ACCOUNT NO:   84388-00M
INVOICE NO.    194164

Purdue Pharma L.P., State of Wyoming v.
26-4165569
20180002085
$285/180/105 - Monthly

| 09/16/2019 | | | | RATE | HOURS | |
|---|---|---|---|---|---|---|
| RAM | L210 | A107 | Communicate (other outside counsel) - review Notice of BR pleading rec'd from Dechert, emails re: same, finalize and file. | 285.00 | 0.60 | 171.00 |
| NJH | L210 | A103 | Draft/revise - Review and revise the Notice/Suggestion of Bankruptcy and Automatic Stay of Proceedings. | 105.00 | 0.50 | 52.50 |
| NJH | L210 | A107 | Communicate (other outside counsel) - Draft/revise an email to counsel and to the Judge sending a file-stamped copy of the Notice/Suggestion of Bankruptcy and Automatic Stay of Proceedings. | 105.00 | 0.10 | 10.50 |
| | | | TOTAL CURRENT FEES | | 1.20 | 234.00 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| RICHARD A MINCER | PARTNER | 0.60 | $285.00 | $171.00 |
| NORMA J HUBKA | PARALEGAL | 0.60 | 105.00 | 63.00 |

| 09/16/2019 | L120 | E108 | Postage - September 2019 | 3.50 |
| 09/16/2019 | L320 | E101 | Copying - September 2019 | 11.30 |

|  |  |
|---|---|
| Purdue Pharma L.P. | Page: 2 |
|  | 09/16/2019 |
|  | ACCOUNT NO: 84388-00M |
|  | INVOICE NO. 194164 |
| Purdue Pharma L.P., State of Wyoming v. | |
| 26-4165569 | |
| 20180002085 | |
| $285/180/105 - Monthly | |

|  |  |
|---|---|
| TOTAL CURRENT EXPENSES | 14.80 |
| TOTAL FEES & EXPENSES BILLED THIS STATEMENT | 248.80 |
| BALANCE DUE | $248.80 |

Billing History

|  | FEES | EXPENSES | FINANCE CHARGE | PAYMENTS |
|---|---|---|---|---|
|  | 17,527.50 | 337.57 | 0.00 | 0.00 | 17,165.63 |
| Write Off | 393.64 | 0.00 | 0.00 | 0.00 | |

Task Code Summary

|  |  | FEES | EXPENSES |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.00 | 3.50 |
| L100 | Summary of Case Assessment, Development and Administration | 0.00 | 3.50 |
| L210 | Pleadings | 234.00 | 0.00 |
| L200 | Summary of Pre-Trial Pleadings and Motions | 234.00 | 0.00 |
| L320 | Document Production | 0.00 | 11.30 |
| L300 | Summary of Discovery | 0.00 | 11.30 |

# Exhibit 5

## Retention Questionnaire

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

PURDUE PHARMA L.P., *et al.*,

Debtors.[4]

Chapter 11

Case No. 19-23649 (RDD)

(Jointly Administered)

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**").

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.  Name and address of professional:

    Hirst Applegate, LLP, 1720 Carey Avenue, Suite 400, Cheyenne, WY 82001

2.  Date of retention: October 16, 2019

3.  Type of services to be provided:

---

[4] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

#92634797v5

Legal services.

4. Brief description of services to be provided:

We have been asked by Purdue Pharma, L.P. to represent them and their entities in a lawsuit against it by the Wyoming Attorney General's Office. The State of Wyoming alleges Purdue Pharma, L.P. and its entities deceptively marketed opioids in Wyoming violating the Consumer Protection and Medicaid False Claims Act.

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly

(a) Average hourly rate (if applicable):

$285/180/105

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $ 305.80

Date claim arose: September 15, 2019

Nature of claim: Unpaid invoices for legal services.

3

#92634797v5

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

   Name: _____

   Status: _____

   Amount of claim: $ _____

   Date claim arose: _____

   Nature of claim: _____

   _____

   _____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

   None known.

   _____

   _____

9. Disclose whether the professional currently represents any of the Debtors' existing shareholders, including trusts, beneficiaries, companies, affiliates, family members and any similar related parties (together, the "**Shareholder Parties**"), and/or any entity owned or controlled by any Shareholder Party (in each case other than any Debtor), and whether any Shareholder Party or any entity owned or controlled by any Shareholder Party (other than any Debtor) accounted for more than 1% of the professionals' annual revenue for any of the last five years. If so, describe what ethical walls or other protections are in place with regard to the concurrent representations.

   None known.

#92634797v5

_____

_____

_____

10.  Name and title of individual completing this form:

   _Sherrie Beardsley, Accounting Specialist_____

Dated: _December 16_____, 2019

#92634797v5