**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**SUPPLEMENTAL DECLARATION OF**
**JESSE DELCONTE OF ALIXPARTNERS, LLP**

Pursuant to 28 U.S.C. § 1746, I, JESSE DELCONTE, state under penalty of perjury, that:

1. I am a Director of AlixPartners, LLP ("AlixPartners"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I am filing this supplemental declaration to supplement the information included in the original declaration of Lisa Donahue dated November 5, 2019 (the "Declaration") [ECF No. 429] and supplemental declaration of Lisa Donahue dated December 3, 2019 (the "Supplemental Declaration" and together with the Declaration, the "Declarations") [ECF No. 578].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

4.     As this Court is aware, AlixPartners is retained by Purdue Pharma Inc., as debtor and debtor-in-possession to provide financial advisory services (the "Purdue Engagement"). Separately, AlixPartners provides professional services on behalf of Mallinckrodt, LLC and its subsidiaries and affiliates in matters unrelated to this case (the "Mallinckrodt Engagement" and together with the Purdue Engagement, the "Engagements"). AlixPartners has taken steps to ensure that there is no communication or exchange of information regarding the Engagements between any member of the Mallinckrodt Engagement team and any member of the Purdue Engagement team. To that end, prior to the date of the filing of the Chapter 11 petition in this case, AlixPartners created an information barrier between the Purdue Engagement team and the Mallinckrodt Engagement team (the "Information Barrier"). Attached hereto is a copy of the pertinent sections of an internal memo describing the Information Barrier program.

5.     If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: December 17, 2019          AlixPartners, LLP
New York, New York


                                  */s/ Jesse DelConte*
                                  Jesse DelConte
                                  Director