**EXHIBIT A**

**Amendment**



**Purdue Pharma L.P.**

*One Stamford Forum*
*Stamford, CT 06901-3431*
*www.purduepharma.com*

December 17, 2019

Ernst & Young LLP
300 First Stamford Place
Stamford, CT 06902-6765

Ladies and Gentlemen:

Reference is hereby made to that certain Engagement Letter dated November 7, 2018 (the "Engagement Letter") by and between Purdue Pharma L.P. ("PPLP") and Ernst & Young LLP ("EY"). Capitalized terms used herein but not herein defined shall have the meanings ascribed to them in the Engagement Letter.

Pursuant to the Engagement Letter, EY has agreed to perform the Audit Services and the Plan Services for the Companies, and PPLP has agreed to pay fees for the Audit Services and the Plan Services as outlined in Exhibit B to the Engagement Letter. Since the Audit Services and Plan Services have not been completed as of the date hereof, PPLP and EY hereby agree Exhibit B to the Engagement Letter is amended to include $75,000 in additional fees payable to EY for the Audit Services (the "Additional Fee"). EY acknowledges and agrees that no additional fees are required for the Plan Services. The audit opinion for the Plans will be issued, and the Additional Fee shall be due and payable, upon approval of EY as a retained professional for the Companies by the United States Bankruptcy Court for the Southern District of New York in connection with the voluntary petitions for relief under chapter 11 of title 11 of the United States Code filed by PPLP and its subsidiaries on September 15, 2019.

Please countersign and return a copy of this notice signifying your agreement with the terms herein.

Very truly yours,

PURDUE PHARMA L.P.

By: _____
   Name:
   Title:

AGREED TO:

ERNST & YOUNG LLP

By: _____
   Name:   Devon Brady
   Title:   Partner