ATTORNEY GENERAL OF WASHINGTON
Robert W. Ferguson, Attorney General
Dina L. Yunker, Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 389-2198
Fax (206) 587-5150

*Counsel for Washington State Department of Revenue*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE**
**FOR STATE OF WASHINGTON DEPARTMENT OF REVENUE**
**AND REQUEST FOR SPECIAL NOTICE**

Pursuant to Bankruptcy Rule 2002, the Washington State Department of Revenue ("DOR") appears

in this action by Dina L. Yunker, Assistant Attorney General, to protect DOR's interest as a tax

creditor in the above-captioned bankruptcy case.[2] DOR requests notice of all matters for which

notice is given to creditors, any creditors' committee, or any other party in interest herein,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] For the avoidance of doubt, DOR's appearance herein is separate and distinct from the appearances of attorneys Matthew J. Gold and his law firm, Kleinberg, Kaplan, Wolff & Cohen, P.C. and Robert W. Ferguson, Attorney General of Washington and Laura Clinton, Assistant Attorney General, who have previously appeared herein and in adversary proceeding number 19-08289 for and on behalf of the people of the State of Washington.

including all schedules, amended schedules, motions, applications, plans of reorganization, disclosure statements, orders and other documents and pleadings. Notice to the Washington State Department of Revenue of documents and pleadings as requested herein shall not serve as notice to any other Washington state agency, including any state agency that has filed or may file a proof of claim in this proceeding.

**The undersigned further requests that the following address be added to the Court's master mailing matrix**:

Dina L. Yunker
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 200
Seattle, WA 98104-3188

This request is a limited appearance and does not constitute acceptance of service of process in any manner inconsistent with pertinent rules and statutes.

DATED this 30th day of October 2019.

ROBERT W. FERGUSON
Attorney General

/s/ Dina L. Yunker
DINA L. YUNKER, WSBA No. 16889
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 389-2198
dina.yunker@atg.wa.gov

*Counsel for Washington State Department of Revenue*