Jasmine Ball
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorney for Beacon Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER PURSUANT TO SECTION 107(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9018 AUTHORIZING THE FILING UNDER SEAL OF CERTAIN PARTS OF THE PRESENTATION TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE** that on December 20, 2019. The Beacon Company filed the *Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 Authorizing the Filing Under Seal of Certain Parts of the Presentation to the Official Committee of Unsecured Creditors* [Docket No. 693] (the "**Motion to Seal**").

PLEASE TAKE FURTHER NOTICE that the Beacon Company hereby withdraw the Motion to Seal.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated:   New York, New York
           December 20, 2019

By:    */s/ Jasmine Ball*
       DEBEVOISE & PLIMPTON LLP
       Jasmine Ball
       919 Third Avenue
       New York, New York  10022
       Telephone:  (212) 909-6000
       Facsimile:  (212) 909-6836
       Email:  jball@debevoise.com

       *Attorney for Beacon Company*

1005817031v1