Gerard Uzzi, Esq.
Alexander B. Lees, Esq.
Eric K. Stodola, Esq.
MILBANK LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile:  (212) 530-5219

Gregory P. Joseph, Esq.
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone: (212) 407-1200
Facsimile: (212) 407-1280

*Counsel for the Raymond Sackler Family*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                                         :
:                    Chapter 11
:
PURDUE PHARMA L.P., *et al.*,                                  :    Case No. 19-23649 (RDD)
:
:                    Jointly Administered
Debtors.[1]                                                    :
:
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF NOTICE OF FILING OF REDACTED VERSION OF THE RAYMOND SACKLER FAMILY'S PRESENTATION OF DECEMBER 6, 2019**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

- 1 -

**PLEASE TAKE NOTICE** that the Raymond Sackler family (the "Family")[2] hereby withdraws its Notice of Filing of Redacted Version of the Raymond Sackler Family's Presentation of December 6, 2019, dated December 20, 2019 [D.I. 682].

Dated:   December 20, 2019
         New York, New York

/s/ Gerard Uzzi
Gerard Uzzi, Esq.
Alexander B. Lees, Esq.
Eric K. Stodola, Esq.
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:   (212) 530-5000
Facsimile:   (212) 530-5219

/s/ Gregory P. Joseph
Gregory P. Joseph, Esq.
**JOSEPH HAGE AARONSON LLC**
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone: (212) 407-1200
Facsimile:  (212) 407-1280

*Counsel for the Raymond Sackler Family*

---

[2] The Raymond Sackler family includes Richard Sackler, Jonathan Sackler, David Sackler, and the estate of the late Beverly Sackler.