**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**PURDUE PHARMA L.P.,** *et al.,*<br><br>    **Debtors.[1]** | **Chapter**<br>**11**<br><br>**Case No. 19-23649 (RDD)**<br><br>**(Jointly Administered)** |

### AFFIDAVIT AND DISCLOSURE STATEMENT OF ELISABETH M.

### MCOMBER, ON BEHALF OF SNELL & WILMER L.L.P.

STATE OF UTAH           )
                        ) ss:
COUNTY OF SALT LAKE)

<u>Elisabeth M. McOmber</u>, being duly sworn, upon his oath, deposes and says as follows:

1.   I am a Partner of Snell & Wilmer L.L.P, located at 15 W. South Temple Street, Suite 1200, Salt Lake City, UT 84101 (the "**Firm**").

2.   Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.   The Services include, but are not limited to, the following: legal services in ongoing opioid litigation.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford

Forum, 201 Tresser Boulevard, Stamford, CT 06901.

4.  The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.  Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.  Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7.  As of the commencement of this chapter 11 case, the Debtors owed the Firm $107,612.36 in respect of prepetition services rendered to the Debtors.

8.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct, and that this Affidavit and

Disclosure Statement was executed on December 23, 2019, at Salt Lake City, Utah.

_____
Elisabeth M. McOmber


SWORN TO AND SUBSCRIBED before
Me this 23 day of December , 2019

_____
Notary Public

**CHIHIRO CHUGG**
Notary Public  State of Utah
My Commission Expires on:
November 8, 2023
Comm. Number: 709182

4825-0981-8286

3

UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[4] | **(Jointly Administered)** |

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**").

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of professional:   Elisabeth M. McOmber, Snell & Wilmer L.L.P., 15 W. South Temple, Suite 1200, Salt Lake City, UT 84101

2.    Date of retention:

      August 2, 2018

3.    Type of services to be provided:

      Legal services

4.    Brief description of services to be provided:

      Legal services related to ongoing opioid litigation in Utah

---

[4] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

5.    Arrangements for compensation (hourly, contingent, etc.):

Hourly fees and costs

(a)    Average hourly rate (if applicable):

Blended hourly rate $308.

(b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$25,000

6.    Prepetition claims against the Debtors held by the company:

Amount of claim: $107,612.36

Date claim arose:  July 2019 – September 15, 2019

Nature of claim:  Outstanding amount owed for legal services related to pending opioid cases in Utah.

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name:  N/A to the best of my knowledge.

Status:  N/A to the best of my knowledge.

Amount of claim: $  N/A to the best of my knowledge.

Date claim arose:  N/A to the best of my knowledge.

Nature of claim:  N/A to the best of my knowledge.

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None identified based on information provided.

9.    Disclose whether the professional currently represents any of the Debtors' existing shareholders, including trusts, beneficiaries, companies, affiliates, family members and any similar related parties (together, the "**Shareholder Parties**"), and/or any

entity owned or controlled by any Shareholder Party (in each case other than any Debtor), and whether any Shareholder Party or any entity owned or controlled by any Shareholder Party (other than any Debtor) accounted for more than 1% of the professionals' annual revenue for any of the last five years. If so, describe what ethical walls or other protections are in place with regard to the concurrent representations.

Based on currently known information made available through the bankruptcy proceedings to it, Snell & Wilmer LLP does not currently represent any identified Shareholder Party. Snell & Wilmer reserves the right to amend or supplement this response if and as necessary should further information that affects is response become known to it.

10.    Name and title of individual completing this form:

Elisabeth M. McOmber, Partner

Dated:  December 23, 2019

4816-7148-1774