December 16th, 2019

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarro Pas St
White Plains, NY
           10601-4140

Case No. 19-23649 (RDD)

   Dear Judge Drain!

   I am writing in support of the twenty-five Attorney Generals who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction.
   Attached please find the letter written to A.G. Barr

          Respectfully yours,
          Leona Nuss

          Leona Nuss

FILED
U.S. BANKRUPTCY COURT
2019 DEC 23  P 3: 44
S.D. OF N.Y.

December 16th, 2019

U.S. Department of Justice
C/o William Barr
950 Pennsylvania Ave N.W.
Washington, DC.
20530-0001

On August 14th, 1984 and after many years I gave birth to a beautiful baby boy. Randall Matthew Nuss. The only child my husband Randall and I had together.

Randall was a very happy loving child with a love for boxing.

Upon graduating from High School my son was preparing to go to college. Tuition was paid the date was set. My son died before his college days began.

My son was not an addict. He worked, saving his money while talking of his future.

There were two things Randall asked me to do for him. #1.) To take this picture of him and his Pop Pop, who was very sick at the time. #2) To make sure I booked our trip to Disney. Neither of which my son would ever get to see and do.

Just as everyone remembers, birthdays and anniverseries, my husband and I would remember the

day my Son died. May 1st, 2003.
The Remembrance of my Sons
beautiful smile, his black hair.
Of the white rose Given to me
on our last Mother's day Together.
The Remembrance of a funeral.
AFTER TAKING AN Oxy Contin
Pill my Son Never woke up.
During an Internet Search
on Oxy Contin I came upon a Support
Group administered by Edward
Bisch. I learned of a Group Known
As R. A. P. P. (Relatives Against
Perdue Pharma) The Stories
were heart wrenching of love ones
lost. Mr. Bisch Founded R.A.P.P.
And we a very Good Friends, Till
Today.
I joined Protest after Protest.
My child nor Anyone else loved one
Should not have died in Vien.
In 2003 I along with Mr. Bisch
and many others stood in the Rain
At the Royale Caribbe in Orlando, Fl.
Jeb Bush was hosting a drug
Symposium with the Sacklers Representativ
on the panel. We stood holding
Pictures of our loved ones. Banners
made. We needed to be there. Our
Voices Needed to be heard. Instead
The Sprinklers were Turned on us.
We would not back down.

In 2007 I spoke at the Perdue Pharma trial held in Abingdon Virginia. As I turned my back facing the three Purdue lawyers. Pointing my sons urn at each one clearly stating this is what's left of my son from your so called miracle drug Oxy Contin. This in legal genocide. His blood along with many others are now on your hands.

In May 2009 I spoke in front of the FDA in Silver Springs. Md. It was on that day I knew that the F.D.A. and the United States of America failed our country and it's citizens. How Jeb Bush and many others made millions from the Pharmaceutical Companies How in 2007 a settlement was made with Perdue and that until this day it has not been abided by. Where is the criminal investigation? A drug dealer can be put in jail This is where the Sackler family need to be.

Many years have passed I did not get to see how my sons life would turn out. Would he have gotten married had children of his own. Instead I looked at my sons urn sitting upon my mantle. I watched my husband

CRY EVERYDAY OVER THE LOSS OF OUR SON. I HAVE THE STRENGTH TO CARRY ON KNOWING THAT MY SON AND HUSBAND ARE NOW TOGETHER AT THEIR FINAL RESTING PLACE CAPE CANAVERAL NATIONAL CEMETARY.

MY SON WAS ROBBED OF HIS TIME ON EARTH, WHILE THE SACKLER FAMILY MADE MILLIONS.

A.G. BARR THE SACKLERS NEED TO BE TRIED AND SENT TO PRISON. NOT ONLY FOR MY SON BUT, FOR THE ONES THAT PASSED BEFORE HIM AND THE THOUSANDS THAT CAME AFTER. THIS EPIDEMIC HAS GONE ON FAR TO LONG.

RESPECTFULLY YOURS,

LEONA NUSS

*Leona Nuss*