December 17, 2019

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York, 10601-4140

FILED
U.S. BANKRUPTCY COURT
2019 DEC 23 P 3: 29
S.D. OF N.Y.

Dear Judge Drain:

I am writing to convey my opposition to the imposition of a nationwide injunction that would stay lawsuits against Purdue Pharma and the Sackler family, and my support for Attorney General Healey's decision, along with those of 24 other state attorney generals, to reject the settlement offer. In 2007, Purdue settled a case based on similar claims that they misled the public about OxyContin's addictiveness. A decade later, they were still peddling the same falsehoods. A settlement and injunction that would allow Purdue and the Sacklers to avoid trials and escape accountability for a second time is not what this country stands for, not in the public interest-- and more simply put, a travesty of justice.

Personally, I am a close friend of a family that lost their only son in 2001 after he took an OxyContin at a party with his friends. Now almost 20 years later, countless other families (literally!) have experienced this same unbearable heartache that they live with each and every day. However, those same families, as well as the public are finally understanding the truth about the knowingly false advertising and misleading marketing approach of Purdue Pharma and the Sackler family.

Recently unsealed documents provide the sad but true story of how the national opioid crisis started, and even worse, how it was allowed to continue growing year after year into the epidemic and national crisis it has become through the orchestration of Purdue Pharma. As such, Purdue Pharma and the Sacklers are responsible for much of this crisis, and the resulting devastation, heartbreak and staggering economic implications across our country—all the while continuing to line their pockets from cartel-like profits that one could argue are any combination of illicit, immoral and illegal, yet with little to no accountability for their actions.

Even more absurd, at an October conference in Italy, Mundipharma (an international Purdue Pharma affiliate), aggressively marketed naloxone under the slogan *"Be prepared. Get naloxone. Save a life."*—Think about that for a second, as the company that essentially orchestrated the 20+ year opioid epidemic and significantly contributed to hundreds of thousands of lives lost, is now coming in to save the day and "save a life". Perhaps if they "save" a few hundred thousand more lives we should call it even? And lest we forget, in "saving" these lives they will disgustingly profit even more handsomely in doing so. This is an absolute disgrace and has to stop!

Our communities and more broadly our nation will spend billions of dollars in the coming year alone to fight the opioid epidemic and the toll it has taken. The time is now for those directly involved in fueling this public health crisis to take responsibility and be held accountable for their intentional misleading actions, and the resulting negative impact on society.

Sincerely,

Mike Sacca