**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the motion of Ironshore Specialty Insurance Company, formerly known as TIG Specialty Insurance Company ("TIG"), any objections thereto, and after a hearing on January 23, 2020 at 10:00 a.m., and the Court having found that: (a) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, notice of the motion and the hearing was sufficient under the circumstances, and (d) cause exists to grant relief from the automatic stay pursuant to 11 U.S.C. § 362(d); and good and sufficient cause appearing;

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**IT IS HEREBY ORDERED THAT:**

1. TIG's Motion is Granted;

2. The automatic stay in effect, if and as it applies to the arbitration commenced by TIG against the Debtor, pursuant to 11 U.S.C. § 362(a), is hereby terminated pursuant to 11 U.S.C. § 362(d) for cause.

3. This Order shall be immediately effective and enforceable upon its entry.

Dated: White Plains, New York  
January 23, 2020                                     _____  
                                                                    HONORABLE ROBERT D. DRAIN  
                                                                    UNITED STATES BANKRUPTCY JUDGE