AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel:  (212) 872-1000
Fax:  (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, Delaware 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Justin R. Alberto (admitted *pro hac vice*)
Erin R. Fay (admitted *pro hac vice*)
Daniel N. Brogan (admitted *pro hac vice*)

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**NOTICE OF PROFESSIONAL FEE HOURLY RATES**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE NOTICE** that, on November 21, 2019, the Court approved the retention of Bayard, P.A. ("Bayard") as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") [ECF No. 523] (the "Bayard Retention Order").

**PLEASE TAKE FURTHER NOTICE** that, effective January 1, 2020 or, if later, ten business days after the date of this Notice, the hourly rates of Bayard as efficiency counsel to the Committee will be as follows:

| Name of Professional | Title | Rate Effective as of January 1, 2020 |
|---|---|---|
| Justin R. Alberto | Director | $625 per hour |
| Erin R. Fay | Director | $575 per hour |
| Daniel N. Brogan | Associate | $500 per hour |
| Gregory J. Flasser | Associate | $425 per hour |
| Sophie E. Macon | Associate | $400 per hour |
| Larry Morton | Paralegal | $295 per hour |
| Erin Hendry | Paralegal | $265 per hour |

**PLEASE TAKE FURTHER NOTICE** that, the rates above reflect the firm's standard 2020 rates, as applied to the particular skills and experience levels of the professionals and paraprofessionals involved with Bayard's work for the Committee and is based on the customary compensation charged by comparably skilled practitioners. The Committee has consented to the increased rates.

[*Remainder of page intentionally left blank.*]

Dated: New York, New York  
December 31, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ *Arik Preis*  
Ira S. Dizengoff  
Arik Preis  
Mitchell Hurley  
Sara L. Brauner  
One Bryant Park  
New York, New York 10036  
Tel: (212) 872-1000  
Fax: (212) 872-1002  
idizengoff@akingump.com  
apreis@akingump.com  
mhurley@akingump.com  
sbrauner@akingump.com

-and-

**BAYARD, P.A.**  
Justin R. Alberto (admitted *pro hac vice*)  
Erin R. Fay (admitted *pro hac vice*)  
Daniel N. Brogan (admitted *pro hac vice*)  
600 North King Street, Suite 400  
Wilmington, Delaware 19801  
Tel: (302) 655-5000  
Fax: (302) 658-6395  
jalberto@bayardlaw.com  
efay@bayardlaw.com  
dbrogan@bayardlaw.com

*Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.