UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649-rdd |

ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of George R. Calhoun, V to be admitted *pro hac vice* to represent Ironshore Specialty Insurance Company (formerly known as TIG Specialty Insurance Company) in the above-referenced cases, and upon the movant's certification that he is a member in good standing of the bars of the State of Maryland and the District of Columbia, it is hereby

**ORDERED** that George R. Calhoun, V, Esq. is admitted to practice *pro hac vice* in the above referenced cases to represent Ironshore Specialty Insurance Company (formerly known as TIG Specialty Insurance Company), in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: December 30, 2019
White Plains, New York

/s/ Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.