**EXHIBIT B - CABLE NETWORKS AND TERRESTRIAL RADIO**

|   | **Network** | **Language** |
|---|---|---|
| 1 | Fox News | English |
| 2 | CNN | English |
| 3 | History Channel | English |
| 4 | HGTV | English |
| 5 | Galavision | Spanish |

Actual selections may vary based on availability at the time of media buy.

|   | **Radio Network** | **Duration** | **Markets** | **Stations** | **Language** |
|---|---|---|---|---|---|
| 1 | Westwood One | 4 Weeks | 200+ | 4,000+ | English |
| 2 | Univision | 4 Weeks | 70+ | 200+ | Spanish |

Actual selections may vary based on availability at the time of media buy.