**EXHIBIT C - STATE NEWSPAPERS**

|  | State | Newspaper Name |
|---|---|---|
| 1 | Alabama | *The Birmingham News* |
| 2 | Alabama | *Mobile Press-Register* |
| 3 | Alabama | *Huntsville Times* |
| 4 | Alabama | *Montgomery Advertiser* |
| 5 | Alabama | *Dothan Eagle* |
| 6 | Alabama | *The Times Daily* |
| 7 | Alabama | *Tuscaloosa News* |
| 8 | Alabama | *Anniston Star* |
| 9 | Alabama | *Decatur Daily* |
| 10 | Alabama | *Gadsden Times* |
| 11 | Alabama | *The Times-Daily* |
| 12 | Arkansas | *Times Record* |
| 13 | Arkansas | *Sentinel Record* |
| 14 | Arkansas | *Baxter Bulletin* |
| 15 | Kentucky | *Courier-Journal* |
| 16 | Kentucky | *Lexington Herald-Leader* |
| 17 | Kentucky | *Messenger-Inquirer* |
| 18 | Kentucky | *Paducah Sun* |
| 19 | Kentucky | *Bowling Green Daily News* |
| 20 | Kentucky | *Advocate Messenger* |
| 21 | Kentucky | *Kentucky New Era* |
| 22 | Kentucky | *Elizabethtown News Enterprise* |
| 23 | Kentucky | *Commonwealth Journal* |
| 24 | Kentucky | *Glasgow Daily Times* |
| 25 | Kentucky | *Floyd County Times* |
| 26 | Kentucky | *Manchester Enterprise* |
| 27 | Kentucky | *The Daily Independent* |
| 28 | Kentucky | *Leslie County News* |
| 29 | Kentucky | *Grayson Journal-Enquirer* |
| 30 | Kentucky | *The Hazard Herald* |
| 31 | Kentucky | *Breathitt County Times-Voice* |
| 32 | Kentucky | *Middlesboro Daily News* |
| 33 | Kentucky | *Paintsville Herald* |
| 34 | Kentucky | *Appalachian News Express* |
| 35 | Kentucky | *Beattyville Enterprise* |
| 36 | Louisiana | *Baton Rouge Advocate* |
| 37 | Louisiana | *New Orleans Advocate* |
| 38 | Louisiana | *Lafayette Daily Advertiser* |
| 39 | Mississippi | *Northeast Daily Journal* |
| 40 | Mississippi | *Meridian Star* |
| 41 | Mississippi | *Natchez Democrat* |
| 42 | Mississippi | *Hattiesburg American* |

**EXHIBIT D - STATE NEWSPAPERS**

| | State | Newspaper Name |
|---|---|---|
| 43 | Oklahoma | *Tulsa World* |
| 44 | Oklahoma | *Lawton Constitution* |
| 45 | Oklahoma | *Daily Ardmoreipe* |
| 46 | Oklahoma | *Norman Transcript* |
| 47 | Oklahoma | *Duncan Banner* |
| 48 | Oklahoma | *Ada News* |
| 49 | Tennessee | *The Tennessean* |
| 50 | Tennessee | *Knoxville News-Sentinel* |
| 51 | Tennessee | *Chattanooga Times Free Press* |
| 52 | Tennessee | *The Commercial Appeal* |
| 53 | Tennessee | *Kingsport Times-News* |
| 54 | Tennessee | *Johnson City Press* |
| 55 | Tennessee | *Citizen Tribune* |
| 56 | Tennessee | *The Daily Times* |
| 57 | Tennessee | *Greeneville Sun* |
| 58 | Tennessee | *Cleveland Daily Banner* |
| 59 | Tennessee | *The News leader* |
| 60 | Tennessee | *Fentress Courier* |
| 61 | Tennessee | *Claiborne Progress* |
| 62 | Tennessee | *Citizen Tribune* |
| 63 | West Virginia | *Dominion Post* |
| 64 | West Virginia | *Charleston Gazette-Mail* |
| 65 | West Virginia | *Herald Dispatch* |
| 66 | West Virginia | *Parkersburg News & Sentinel* |
| 67 | West Virginia | *Register Herald* |
| 68 | West Virginia | *Times West Virginian* |
| 69 | West Virginia | *Bluefield Daily Telegraph* |
| 70 | West Virginia | *Clarksburg Exponent Telegram* |
| 71 | West Virginia | *Greenbrier Valley Ranger* |
| 72 | West Virginia | *Elkins Inter-Mountain* |
| 73 | New Hampshire | *New Hampshire Sunday News* |
| 74 | New Hampshire | *The Telegraph* |
| 75 | New Hampshire | *Laconia Daily Sun* |
| 76 | Ohio | *Cincinnati Enquirer* |
| 77 | Ohio | *Columbus Dispatch* |
| 78 | Ohio | *Martins Ferry Times Leader* |
| 79 | Pennsylvania | *Pittsburgh Post-Gazette* |
| 80 | Pennsylvania | *Times-Leader* |
| 81 | Pennsylvania | *Tribune Democrat* |