# EXHIBIT D - NATIVE AMERICAN NEWSPAPERS

| | Newspaper Name |
|---|---|
| 1 | *Ak-Chin O'odham Runner* |
| 2 | *O'odham Action News* |
| 3 | *Bois Forte News* |
| 4 | *Char-Koosta News* |
| 5 | *Cherokee One Feather* |
| 6 | *Cherokee Phoenix* |
| 7 | *Cheyenne & Arapaho Tribal Tribune* |
| 8 | *Chickasaw Times* |
| 9 | *Colville Tribe Tribal Tribune* |
| 10 | *Comanche Nation News* |
| 11 | *Confederated Umatilla Journal* |
| 12 | *Council Fires* |
| 13 | *DeBahJiMon* |
| 14 | *Fort Apache Scout* |
| 15 | *Gah'nahvah/Ya Ti'* |
| 16 | *Gallup Independent* |
| 17 | *Gila River Indian News* |
| 18 | *Grand Traverse Band News* |
| 19 | *Hocak Worak* |
| 20 | *HowNiKan* |
| 21 | *Indian Journal* |
| 22 | *Indian Time* |
| 23 | *Indian Voices* |
| 24 | *Kalihwisaks News* |
| 25 | *Kukadze'eta Towncrier* |
| 26 | *Lakota Country Times* |
| 27 | *Menominee Nation News* |
| 28 | *MHA Times* |
| 29 | *Muscogee Nation News* |
| 30 | *Native Sun* |
| 31 | *Navajo Times* |
| 32 | *Navajo-Hopi Observer* |

## EXHIBIT E - NATIVE AMERICAN NEWSPAPERS

|     | Newspaper Name |
| --- | --- |
| 33  | *Osage News* |
| 34  | *Poarch Creek News* |
| 35  | *Rawhide Press* |
| 36  | *San Carlos Apache Moccasin* |
| 37  | *Seminole Producer* |
| 38  | *Seminole Tribune* |
| 39  | *Sho-Pai News* |
| 40  | *Sho-Ban News* |
| 41  | *Smoke Signals* |
| 42  | *Sota Iya Ye Yapi* |
| 43  | *Southern Ute Drum* |
| 44  | *Spilyay Tymoo* |
| 45  | *NIMIIPUU* |
| 46  | *The Konawa Leader* |
| 47  | *The Wewoka Times* |
| 48  | *Tohono O'odham Nation Runner* |
| 49  | *Tribal Observer* |
| 50  | *Turtle Mountain Times* |
| 51  | *Two Rivers Tribune* |
| 52  | *Ute Bulletin* |
| 53  | *Whispering Wind* |
| 54  | *White Mountain Apache Independent* |
| 55  | *Wiikwedong Dazhi-Ojibwe* |
| 56  | *Win Awenen Nisitotung* |
| 57  | *Wind River News* |