## EXHIBIT E - TERRITORY MEDIA

### TERRITORY NEWSPAPER

| Title | Location | Language | Circulation | Insertions |
|---|---|---|---|---|
| *Samoa News* | American Samoa | 1x Samoan; 1x English | 7,000 | 2 |
| *Samoa Observer* | American Samoa | 1x Samoan; 1x English | 23,000 | 2 |
| *Pacific Daily News* | Guam | English | 20,116 | 2 |
| *Marianas Variety* | Mariana Islands | English | 25,000 | 2 |
| *Saipan Tribune* | Mariana Islands | English | 8,000 | 2 |
| *El Nuevo dia* | Puerto Rico | Spanish | 250,000 | 2 |
| *El Vocero* | Puerto Rico | Spanish | 167,000 | 2 |
| *Primera Hora* | Puerto Rico | Spanish | 187,000 | 2 |
| *San Juan Daily Star* | Puerto Rico | English | 62,500 | 2 |
| *St. Croix Avis* | U.S. Virgin Islands | English | 14,000 | 2 |
| *Love City Trader (St. John)* | U.S. Virgin Islands | English | 6,000 | 2 |
| *Virgin Island Daily News* | U.S. Virgin Islands | English | 19,000 | 2 |
| | | | **788,616** | **24** |

### TERRITORY DIGITAL

| Site | Geo targeting | URL |
|---|---|---|
| *El Nuevo Dia* | Puerto Rico | elnuevodia.com |
| *Primera Hora* | Puerto Rico | primerahora.com |
| *Univision* | Puerto Rico | univision.com |
| *ESPN Desportes* | Puerto Rico | espndeportes.espn.com |
| *CNN.com* | Guam | Cnn.com |
| *FoxNews.com* | Guam | foxnews.com |
| *Pacific Daily News* | Guam | guampdn.com |
| *Saipan Tribune* | Mariana Islands | saipantribune.com |
| *Cnn.com* | Samoa | cnn.com |
| *Samoa News* | Samoa | samoannews.com |
| *news.com.au* | Samoa | news.com.au |
| *bbc.com* | Samoa | bbc.com |
| *Cnn.com* | Samoa | Cnn.com |
| *Cnn.com* | US Virgin Islands | Cnn.com |
| *bbc.com* | US Virgin Islands | bbc.com |
| *NYTimes.com* | US Virgin Islands | NYTimes.com |
| *Facebook/Instagram* | All Islands | Facebook.com |

Actual selections may vary based on availability at the time of media buy.

# EXHIBIT G - TERRITORY MEDIA

## TERRITORY TELEVISION

| Networks | Location | Duration | Language |
|---|---|---|---|
| WKAQ (Telemundo) | Puerto Rico | 2 weeks | Spanish |
| WAPA (#1 LOCAL TV ) | Puerto Rico | 2 weeks | Spanish |
| WLII (Univision) | Puerto Rico | 2 weeks | Spanish |
| FOX | Puerto Rico | 2 weeks | Spanish |
| ABC 7 | Guam and Saipan | 2 weeks | English |
| FOX 6  KEQI | Guam and Saipan | 2 weeks | English |
| PNC News First | Guam and Saipan | 2 weeks | English |
| WVGN-NBC | US VIRGIN ISLANDS | 2 weeks | English |
| WVXF  - FOX | US VIRGIN ISLANDS | 2 weeks | English |

## TERRITORY RADIO

| Networks | Location | Duration | Language |
|---|---|---|---|
| 93KHJ | American Samoa | 2 weeks | English |
| V103 | American Samoa | 2 weeks | English & Samoan |
| Power 98 | Guam | 2 weeks | English |
| NewsTalk K57 | Guam | 2 weeks | English |
| KAT FM | Guam | 2 weeks | English |
| Power 99 | Northern Mariana Islands | 2 weeks | English |
| La Nueva 94 FM | Puerto Rico | 2 weeks | Spanish |
| Mega 106.9 FM | Puerto Rico | 2 weeks | Spanish |
| Z 93 | Puerto Rico | 2 weeks | Spanish |
| 105 JAMZ | US Virgin Islands | 2 weeks | English |
| KISS 96.1 FM | US Virgin Islands | 2 weeks | English |
| Pirate Radio WIVI 102.1 | US Virgin Islands | 2 weeks | English |
| Radio One AM 1000 | US Virgin Islands | 2 weeks | English |

Actual selections may vary based on availability at the time of media buy.