Media Outreach

| Category | Outlets/Contact |
|---|---|
| General | 802 |
| Hispanic | 328 |
| Native American | 225 |
| Opioid/Substance Abuse | 70 |
| Parenting | 434 |
| Veteran | 49 |
| **Total Contacts/Outlets** | **1,908** |