UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Arnold A. Jaglal, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 3, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of Chapter 11 Bankruptcy Case [Docket No. 198]

Dated: January 7, 2020

Arnold A. Jaglal

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 7, 2020, by Arnold A. Jaglal, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**<u>Exhibit A</u>**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6188862 | ABRAMSON, LISA PAIGE | ADDRESS ON FILE | | | | |
| 6190211 | ADAIR, TIMOTHY ALLAN | ADDRESS ON FILE | | | | |
| 6195646 | AHMED, OMAR | ADDRESS ON FILE | | | | |
| 6198165 | ALABDULKARIM, MOAYAD SALEH | ADDRESS ON FILE | | | | |
| 6201352 | ALI, MUNSIF | ADDRESS ON FILE | | | | |
| 6202042 | ALLAK, AMIR | ADDRESS ON FILE | | | | |
| 6206742 | AMIN, DIMPLE AX | ADDRESS ON FILE | | | | |
| 6207035 | AMIRI-DAVANI, NOOSHA CATHERINE | ADDRESS ON FILE | | | | |
| 6208482 | ANDERSON, BROCK ALLEN | ADDRESS ON FILE | | | | |
| 6210467 | ANDOLINA, KARYL LOUISE | ADDRESS ON FILE | | | | |
| 6211200 | ANDRISEVIC, EMILY MARGARET | ADDRESS ON FILE | | | | |
| 6211321 | ANEJA, BEENU | ADDRESS ON FILE | | | | |
| 6211370 | ANG, CHRISTOPHER RYAN | ADDRESS ON FILE | | | | |
| 6212365 | ANSELMETTI, MONICA MARIA | ADDRESS ON FILE | | | | |
| 6213234 | AOKI, CHRISTOPHER ALLEN | ADDRESS ON FILE | | | | |
| 6223155 | AYYAR, SUBRAMANYAM MANNY | ADDRESS ON FILE | | | | |
| 6240497 | BAY, WILLIAM HO | ADDRESS ON FILE | | | | |
| 6246637 | BENAVIDES, MARTHA ELENA | ADDRESS ON FILE | | | | |
| 6248377 | BENSON, DANIEL ROLFE | ADDRESS ON FILE | | | | |
| 6249883 | BERGER-CHEN, SLOANE W. | ADDRESS ON FILE | | | | |
| 6252834 | BERZON, DAVID MICHAEL | ADDRESS ON FILE | | | | |
| 6265844 | BOND, WILLIAM FRANKLIN | ADDRESS ON FILE | | | | |
| 6265901 | BONDS, CALE WALTER | ADDRESS ON FILE | | | | |
| 6267274 | BORDEN, MARK ETHAN | ADDRESS ON FILE | | | | |
| 6268424 | BOSIS, DANIEL DAVIS | ADDRESS ON FILE | | | | |
| 6268487 | BOSQUE, JOSE ROBERTO | ADDRESS ON FILE | | | | |
| 6272045 | BRABENDER, REBECCA R. | ADDRESS ON FILE | | | | |
| 6272251 | BRADBURY, DAVID ROBERT | ADDRESS ON FILE | | | | |
| 6276694 | BREWER, JEFFREY L. | ADDRESS ON FILE | | | | |
| 6283633 | BROWNING, NICHOLAS DEAN | ADDRESS ON FILE | | | | |
| 6284930 | BRUSO, JESSICA ROSE | ADDRESS ON FILE | | | | |
| 6295751 | CALAFI, ARASH | ADDRESS ON FILE | | | | |
| 6298220 | CAMPBELL, HILLARY | ADDRESS ON FILE | | | | |
| 6305250 | CARTER, HERBERT B. | ADDRESS ON FILE | | | | |
| 6307672 | CASTILLO, GREGG CENIZA | ADDRESS ON FILE | | | | |

In re: Purdue Pharma L.P., *et al.*
Case No. 19-23649 (RDD)

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6312420 | CHAN, YVONNE YUHRU | ADDRESS ON FILE | | | | |
| 6312953 | CHANDRASEKAR, DIVYA | ADDRESS ON FILE | | | | |
| 6313932 | CHANG, SUYI | ADDRESS ON FILE | | | | |
| 6320891 | CHIN, DANIEL W. | ADDRESS ON FILE | | | | |
| 6322625 | CHOI, JUNGHAE | ADDRESS ON FILE | | | | |
| 6322897 | CHOMA, JOSEPH DAVID | ADDRESS ON FILE | | | | |
| 6323027 | CHONG, MEERA | ADDRESS ON FILE | | | | |
| 6323313 | CHOU, JOSEPH SHENGYU | ADDRESS ON FILE | | | | |
| 6326656 | CIARLONE, ANDREW P. | ADDRESS ON FILE | | | | |
| 6333858 | COHN, HOWARD LEWIS | ADDRESS ON FILE | | | | |
| 6343006 | CORNETT, CRYSTAL M. | ADDRESS ON FILE | | | | |
| 6343798 | COSCIA, MICHAEL FRANKLIN | ADDRESS ON FILE | | | | |
| 6344587 | COTTON, DALE MICHEAL | ADDRESS ON FILE | | | | |
| 6345737 | COWEN, KIMBERLY TENNILLE | ADDRESS ON FILE | | | | |
| 6346469 | COYLE, TARA-SHAR | ADDRESS ON FILE | | | | |
| 6349662 | CROSS, RICHARD JOHN | ADDRESS ON FILE | | | | |
| 7079111 | Cullinan, Catherine A. | ADDRESS ON FILE | | | | |
| 6358059 | DAPA | ADDRESS ON FILE | | | | |
| 6358821 | DARSEY, REBECCA LYNNE | ADDRESS ON FILE | | | | |
| 6361963 | DAVIS, JULIAN REED | ADDRESS ON FILE | | | | |
| 6366088 | DECRUZ, SHARON JESY | ADDRESS ON FILE | | | | |
| 6368584 | DELIUS, RALPH ERNEST | ADDRESS ON FILE | | | | |
| 6379930 | DIXON, JAMES RI | ADDRESS ON FILE | | | | |
| 6380938 | DODD, ANDREW ROGER | ADDRESS ON FILE | | | | |
| 6390905 | DUNLAP, WILLIAM JAMES | ADDRESS ON FILE | | | | |
| 6392393 | DURUDOGAN, IBRAHIM HA | ADDRESS ON FILE | | | | |
| 6401672 | ELTERMAN, JOEL B. | ADDRESS ON FILE | | | | |
| 6403245 | ENGLISH, DAVID KI | ADDRESS ON FILE | | | | |
| 6414594 | FEILER, MICHAEL JUSTIN | ADDRESS ON FILE | | | | |
| 6417500 | FERNEY, BRANDON JAMES | ADDRESS ON FILE | | | | |
| 6428916 | FOSTER, ERINA NOJIRI | ADDRESS ON FILE | | | | |
| 6430062 | FOX, JAMES MATTHEW | ADDRESS ON FILE | | | | |
| 6433637 | FREEMYER, HAROLD PAUL | ADDRESS ON FILE | | | | |
| 6436049 | FROMM, HANS CHRISTIAN | ADDRESS ON FILE | | | | |
| 6436596 | FU, ANTHONY MING | ADDRESS ON FILE | | | | |

In re: Purdue Pharma L.P., *et al.*
Case No. 19-23649 (RDD)

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6437001 | FUJIMOTO, CHRYSTIE | ADDRESS ON FILE | | | | |
| 6447636 | GE, NORMAN NENGHONG | ADDRESS ON FILE | | | | |
| 6451087 | GERSHOFF, LESLIE JILL | ADDRESS ON FILE | | | | |
| 6456986 | GITLIN, GRAHAM NEIL | ADDRESS ON FILE | | | | |
| 6460245 | GOHIL, SHRUTI KARSAN | ADDRESS ON FILE | | | | |
| 6470881 | GRATTON, SARAH BECKMAN | ADDRESS ON FILE | | | | |
| 6472495 | GREEN, JEFFREY PAUL | ADDRESS ON FILE | | | | |
| 6473485 | GREENE, CHRISTINA LEIGH | ADDRESS ON FILE | | | | |
| 6477615 | GROSS, DHIMITRI ELICIA | ADDRESS ON FILE | | | | |
| 6478348 | GROVE, JASON ROBERT | ADDRESS ON FILE | | | | |
| 6482054 | GUPTA, PIUSH | ADDRESS ON FILE | | | | |
| 6483642 | GUY, RICHARD MCNEILL | ADDRESS ON FILE | | | | |
| 6486140 | HAGGARD, COREY JA | ADDRESS ON FILE | | | | |
| 6494475 | HAR, UN HUI | ADDRESS ON FILE | | | | |
| 6500432 | HASAN, FARAH AKHTAR | ADDRESS ON FILE | | | | |
| 6503148 | HAWTHORNE, WENDY E. | ADDRESS ON FILE | | | | |
| 6505656 | HEDELMAN, ELIZABETH GRIFFIN | ADDRESS ON FILE | | | | |
| 6507308 | HELLENTHAL, NICHOLAS JOHN | ADDRESS ON FILE | | | | |
| 6525304 | HOPP, KAREN TEISBERG | ADDRESS ON FILE | | | | |
| 6527046 | HOSTIN, RICHARD ALAN | ADDRESS ON FILE | | | | |
| 6529512 | HSU, DAVID CHIHDAH | ADDRESS ON FILE | | | | |
| 6536476 | HUYNH, THAO NGUYEN | ADDRESS ON FILE | | | | |
| 6536869 | HYDE, RODERICK MICHAEL | ADDRESS ON FILE | | | | |
| 6537749 | IDACHABA, OMADA | ADDRESS ON FILE | | | | |
| 6543244 | JACKSON, LYLE THOMAS | ADDRESS ON FILE | | | | |
| 6543546 | JACKSON, TERESA LEOLA | ADDRESS ON FILE | | | | |
| 6553593 | JOHNSON, BRUCE GORDAHL | ADDRESS ON FILE | | | | |
| 6555516 | JOHNSON, MARJORIE C. | ADDRESS ON FILE | | | | |
| 6559075 | JONES, KARIN DANECE | ADDRESS ON FILE | | | | |
| 6564682 | KAHN, STEPHEN | ADDRESS ON FILE | | | | |
| 6566208 | KALYA, ANANTHARAM V. | ADDRESS ON FILE | | | | |
| 6570285 | KARMO, STEPHANIE RITA | ADDRESS ON FILE | | | | |
| 6575973 | KELLENBECK, ERICA SANDE | ADDRESS ON FILE | | | | |
| 6578240 | KENDLE, RYAN FRANCIS | ADDRESS ON FILE | | | | |
| 6578537 | KENNEDY, EMMALEE NICOLE | ADDRESS ON FILE | | | | |

In re: Purdue Pharma L.P., *et al.*
Case No. 19-23649 (RDD)

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6578608 | KENNEDY, JENNIFER RION | ADDRESS ON FILE | | | | |
| 6586671 | KIM, JANE C. | ADDRESS ON FILE | | | | |
| 6586876 | KIM, JOHN JIN | ADDRESS ON FILE | | | | |
| 6588409 | KINCADE, ROBERT CLINTON | ADDRESS ON FILE | | | | |
| 6591077 | KIRSHBOM, ISAAC | ADDRESS ON FILE | | | | |
| 6593780 | KLOPFENSTEIN, LEE ALAN | ADDRESS ON FILE | | | | |
| 6595055 | KNOPS, KAREN MARGARET | ADDRESS ON FILE | | | | |
| 6603153 | KRAVETZ, AMANDA JEAN | ADDRESS ON FILE | | | | |
| 6607868 | KUMRA, VIVEK | ADDRESS ON FILE | | | | |
| 6662439 | MALLEA, JORGE MARTIN | ADDRESS ON FILE | | | | |
| 6681195 | MC LEVY, JENNIFER DAWN | ADDRESS ON FILE | | | | |
| 6683797 | MCCLURE, NOAMI MICHELLE | ADDRESS ON FILE | | | | |
| 6693434 | MEALEY, FOREST HAWK | ADDRESS ON FILE | | | | |
| 6697770 | MENDOZA, M MARK | ADDRESS ON FILE | | | | |
| 6705822 | MILLER, JOELLE DE VORE | ADDRESS ON FILE | | | | |
| 6745999 | NICOLAI, RACHELLE LEE | ADDRESS ON FILE | | | | |
| 6749238 | NORDQUIST, MEGAN L. | ADDRESS ON FILE | | | | |
| 6751200 | NUESSLE, DONALD W. | ADDRESS ON FILE | | | | |
| 6751815 | NUTTER, HELEN THEODORA | ADDRESS ON FILE | | | | |
| 6752490 | O KEEFFE, GEMMA CATHERINE | ADDRESS ON FILE | | | | |
| 6752959 | OBEDIAN, EDWARD | ADDRESS ON FILE | | | | |
| 6753989 | OCHANEY, MAHESH S. | ADDRESS ON FILE | | | | |
| 6754494 | OCONNOR, ROBERT COREY | ADDRESS ON FILE | | | | |
| 6757208 | OKWARA, CHINONYEREM JANEFRANCE | ADDRESS ON FILE | | | | |
| 6759694 | OMAN, SVEN PETER | ADDRESS ON FILE | | | | |
| 6759989 | OMURA, AKIKO | ADDRESS ON FILE | | | | |
| 6763564 | OSIECKI, ERIN | ADDRESS ON FILE | | | | |
| 6765375 | OW, CATHY LE | ADDRESS ON FILE | | | | |
| 6767712 | PAGE, WILLIAM T. | ADDRESS ON FILE | | | | |
| 6769528 | PALOMINO, ADRIAN PAUL | ADDRESS ON FILE | | | | |
| 7090465 | Plaintiffs' Lead Counsel | Amy M. Carter | Simon Greenstone Panatier Bartlett | Dallas | TX | 75270-2126 |
| 6835006 | RIELAND, TRIS LEONARD | ADDRESS ON FILE | | | | |
| 6837054 | RITENOUR, PAUL ED | ADDRESS ON FILE | | | | |
| 6837110 | RITTENHOUSE, DIANE RAE | ADDRESS ON FILE | | | | |
| 6840492 | ROBILIO, PETER ANDREW | ADDRESS ON FILE | | | | |

In re: Purdue Pharma L.P., *et al.*

Case No. 19-23649 (RDD)

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6842161 | ROCKFORD, RACHEL ELISABETH | ADDRESS ON FILE | | | | |
| 6880712 | SCHUTZ, LUSANA | ADDRESS ON FILE | | | | |
| 6911712 | SKLAR, MARVIN J. | ADDRESS ON FILE | | | | |
| 6913861 | SMILEY, SARAH | ADDRESS ON FILE | | | | |
| 6919504 | SMUDE, BRADLEY WILLIAM | ADDRESS ON FILE | | | | |
| 6920826 | SOAVE, MARISA ANTONIA | ADDRESS ON FILE | | | | |
| 6926015 | SPAW, JEFF N. | ADDRESS ON FILE | | | | |
| 6938644 | STOLLE, LOREN CL | ADDRESS ON FILE | | | | |
| 6940048 | STRACK, JESSICA RA | ADDRESS ON FILE | | | | |
| 6941955 | STRUM, DANIEL MICHAEL | ADDRESS ON FILE | | | | |
| 6942703 | STURGILL, PAMELA JANE | ADDRESS ON FILE | | | | |
| 6943442 | SUBRAMANIAN, VINODHINI MALLEESWAR | ADDRESS ON FILE | | | | |
| 6945551 | SUMMERS, SCOTT MATTHEW | ADDRESS ON FILE | | | | |
| 6947149 | SUTKER, WILLIAM LEVIN | ADDRESS ON FILE | | | | |
| 6950738 | SZYCH, CLAUDIA R P | ADDRESS ON FILE | | | | |
| 6954233 | TANSINDA, JAMES NG | ADDRESS ON FILE | | | | |
| 6955267 | TATE, JAMES RANDOLPH | ADDRESS ON FILE | | | | |
| 6958531 | TENDULKAR, NIKHIL | ADDRESS ON FILE | | | | |
| 6958700 | TENNISON, GARY ADAM | ADDRESS ON FILE | | | | |
| 7095984 | the Commonwealth of Kentucky | Attn: Mayor and City Clerk | City Hall | West Liberty | KY | 41472 |
| 7011885 | WEISER, THOMAS GEOGHEGAN | ADDRESS ON FILE | | | | |
| 7011886 | WEISER, THOMAS MARTIN | ADDRESS ON FILE | | | | |
| 7012694 | WEITZENBERG, TODD WESTON | ADDRESS ON FILE | | | | |
| 7019516 | WHITTIER, FREDERICK C. | ADDRESS ON FILE | | | | |
| 7020740 | WIGLEY, JERRY MA | ADDRESS ON FILE | | | | |
| 7023539 | WILLIAMS, JASON RAY | ADDRESS ON FILE | | | | |
| 7024259 | WILLIAMS, MEREDITH K. | ADDRESS ON FILE | | | | |
| 7026528 | WILSON, GEORGE SAMUEL | ADDRESS ON FILE | | | | |
| 7027502 | WILSON, SHANDRA SHEPPARD | ADDRESS ON FILE | | | | |
| 7027508 | WILSON, SHARON RENEE | ADDRESS ON FILE | | | | |

In re: Purdue Pharma L.P., *et al.*
Case No. 19-23649 (RDD)