**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| In re:<br><br>*Purdue Pharma L.P., et al*.<br><br>Debtors[1]. | Chapter 11<br><br>Case No. 19-23649-rdd<br><br>(Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE,**
***PRO HAC VIC,* WITH PROPOSED ORDER**

I, Eleanor M. Mullen, Special Counsel, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent the State of Connecticut, by its Attorney General, William Tong, a creditor in the above-captioned Chapter 11 cases in the Debtors' Chapter 11 cases and any related adversary proceedings. ***I certify that I am a member in good standing*** of the bar in the State of Connecticut, and the bar of the U.S. District Court for the District of Connecticut.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 8, 2020

                                              Respectfully submitted,

                                              WILLIAM TONG
                                              Attorney General
                                              State of Connecticut

                                              */s/ Eleanor M. Mullen*
                                              Eleanor M. Mullen
                                              Special Counsel
                                              Federal Bar No. 22430
                                              State of Connecticut
                                              Office of the Attorney General
                                              165 Capital Avenue, Hartford, CT 06106
                                              Tel: 860-808-5318
                                              eleanor.mullen@ct.gov

                                              ATTORNEYS FOR THE STATE OF
                                              CONNECTICUT

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: <br><br> *Purdue Pharma L.P., et al*. <br><br> Debtors[1]. | Chapter 11 <br><br> Case No. 19-23649-rdd <br><br> (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Eleanor Mullen, to be admitted, ***pro hac vice***, to represent the State of Connecticut by its Attorney General, William Tong ("Connecticut" or "Client"), a creditor in the above-captioned Chapter 11 cases in the above referenced chapter 11 cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Connecticut and, the bar of the U.S. District Court for the District of Connecticut, it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**ORDERED**, that Eleanor Mullen, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____ , 2020

_____, New York

_____
HON. ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

# State of Connecticut
# Supreme Court

I, **Carolyn C. Ziogas**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

*Do hereby certify*, that, in the Superior Court at **Hartford** on the **9th** day of **October, 1979**

**Eleanor May Mullen**

of

**Farmington, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.

*In Testimony Whereof*, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **November 29, 2019**



Carolyn C. Ziogas
*Chief Clerk*