**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY  10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
                                       :

In re:                           :    Chapter 11
                                    :

PURDUE PHARMA L.P., *et al.*,     :    Case No. 19-23649 (RDD)
                                    :

              Debtors[1].      :    (Jointly Administered)
                                    :

-----------------------------------------------------------------X

**SECOND MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
<u>**FOR THE PERIOD OF NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant: | Brown Rudnick LLP |
|---|---|
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | November 1, 2019 through November 30, 2019 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $144,196.00 |
| **Current Fee Request** | $115,356.80 (80% of $144,196.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $581.23 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $115,938.03 |
| **Total Fees and Expenses Inclusive of Holdback** | $144,777.23 |
| **This is a(n):**   _X_ Monthly Application   ___Interim Application   ___Final Application | |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Second Monthly Fee Statement (the "Fee Statement") for the period of November 1, 2019 through and including November 30, 2019 (the "Statement Period").

## Itemization of Services Rendered and Disbursements Incurred

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories.  As reflected in Exhibit A, Brown Rudnick incurred $144,196.00 in fees during the Statement Period.  Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $115,356.80.

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,149.91.  The blended hourly rate of all paraprofessionals is $395.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $581.23 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "Allocation Fees").  To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application.   Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

3

## Notice

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated:  January 10, 2020

Respectfully submitted,

BROWN RUDNICK LLP

/s/ *Steven D.Pohl*
David J. Molton
Steven D. Pohl (admitted *pro hac vice*)
Seven Times Square
New York, New York 10019
Telephone:     (212) 209-4800
Facsimile:     (212) 209-4801
E-mail: dmolton@brownrudnick.com
            spohl@brownrudnick.com

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

## EXHIBIT A

### SERVICES RENDERED BY
### BROWN RUDNICK LLP

### COMMENCING NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

### Summary of Fees Task Code

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 3.8 | $4,336.50 |
| 003 Assumption and Rejection of Leases | 56.4 | $65,189.50 |
| 004 Business Operations | 2.6 | $2,392.00 |
| 005 Case Administration | 13.1 | $8,161.00 |
| 007 Claims Analysis | 11.1 | $13,741.50 |
| 008 Employment and Fee Applications | 2.7 | $1,755.00 |
| 009 Emergency Financing | 5.0 | $6,700.00 |
| 010 Litigation – Contested Matters, Adversary Proceedings and Automatic Stay | 8.7 | $11,374.50 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 22.7 | $25,697.00 |
| 012 Non-Working Travel (billed @50%) | 3.0 | $1,852.50 |
| 014 Plan and Disclosure Statement | 2.6 | $2,996.50 |
| **Total** | **131.7** | **$144,196.00** |
| | | |
| 20% Fee Holdback | | $28,839.20 |
| 80% of Fees | | $115,356.80 |
| Plus Expenses | | $581.23 |
| Requested Amount | | $144,777.23 |

**EXHIBIT B**

**SERVICES RENDERED BY
BROWN RUDNICK LLP**

**COMMENCING NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Molton | Partner 1983 Bankruptcy & Corporate Restructuring | $1,340.00 | 49.1 | $65,794.00 |
| Steven D. Pohl | Partner 1989 Bankruptcy & Corporate Restructuring | $1,235.00 | 47.5 | $56,810.00 |
| Kenneth Aulet | Partner 2012 Bankruptcy & Corporate Restructuring | $825.00 | 7.0 | $5,775.00 |
| Gerard T. Cicero | Associate 2015 Bankruptcy & Corporate Restructuring | $650.00 | 18.1 | $260.00 |
| Jessica N. Meyers | Associate 2015 Commercial Litigation | $650.00 | 0.4 | $11,765.00 |
| Alexandra M. Deering | Paralegal Bankruptcy & Corporate Restructuring | $395.00 | 9.6 | $3,792.00 |
| **Total Fees Requested** | | | **131.7** | **$144,196.00** |

## EXHIBIT C

### ACTUAL AND NECESSARY COSTS INCURRED BY
### BROWN RUDNICK LLP

### COMMENCING NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

| EXPENSE | AMOUNT |
|---|---|
| | |
| Copies (Color & B&W @ 10 cents per page) | $6.30 |
| Hotel | $338.21 |
| In-Flight Internet | $50.76 |
| Meals | $9.96 |
| Train Travel | $176.00 |
| **Total Expenses** | **$581.23** |

# brownrudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6889407 |
| ATTN: DAVID MOLTON | Date | Dec 23, 2019 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS

## INVOICE

For professional services rendered in connection with the above captioned matter
through November 30, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0001 | COSTS | 0.00 | 581.23 | 581.23 |
| | **Total** | **0.00** | **581.23** | **581.23** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $581.23 |
| **Total Invoice** | **$581.23** |

**BR**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6889407
RE: COSTS                                                                                                      Page 2
December 23, 2019

| | C O S T   D E T A I L | |
|---|---|---|

| Date | Description | Value |
|---|---|---|
| 11/13/19 | TRAIN TRAVEL - 11/07-11/08/19; STEVEN D. POHL; INVOICE#: 111319-1; DATE: 11/13/2019 | 88.00 |
| 11/13/19 | TRAIN TRAVEL - 11/07-11/08/19; STEVEN D. POHL; INVOICE#: 111319-1; DATE: 11/13/2019 | 88.00 |
| 11/13/19 | HOTEL - 11/07-11/08/19; STEVEN D. POHL; INVOICE#: 111319-1; DATE: 11/13/2019 | 338.21 |
| 11/13/19 | IN-FLIGHT INTERNET - 11/07-11/08/19;  STEVEN D. POHL; INVOICE#: 111319-1; DATE: 11/13/2019 | 21.78 |
| 11/13/19 | MEALS - 11/07-11/08/19; STEVEN D. POHL; INVOICE#: 111319-1; DATE: 11/13/2019 | 9.96 |
| 11/18/19 | IN-FLIGHT INTERNET - 11/15/19; DAVID MOLTON; INVOICE#: 111819-1; DATE: 11/18/2019 | 15.99 |
| 11/18/19 | IN-FLIGHT INTERNET - 11/17/19; DAVID MOLTON; INVOICE#: 111819-1; DATE: 11/18/2019 | 12.99 |
| 11/22/19 | COLOR COPIES | 3.60 |
| 11/22/19 | COLOR COPIES | 1.80 |
| 11/25/19 | COPIES | 0.90 |
| | **Total Costs** | **581.23** |

| | C O S T   S U M M A R Y | |
|---|---|---|

| Description | | Value |
|---|---|---|
| COLOR COPIES | | 5.40 |
| COPIES | | 0.90 |
| HOTEL | | 338.21 |
| IN-FLIGHT INTERNET | | 50.76 |
| MEALS | | 9.96 |
| TRAIN TRAVEL | | 176.00 |
| | **Total Costs** | **581.23** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6889407 |
| ATTN: DAVID MOLTON | Date | Dec 23, 2019 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS



Remittance remit

**Balance Due: $581.23**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
399 Park Avenue
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  6792734594

## <u>EXHIBIT D</u>

**Time Entries for Each Professional By Task Code (Invoice)**

63594262 v1

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6889406 |
| ATTN: DAVID MOLTON | Date | Dec 23, 2019 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES

### I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0002 | ASSET ANALYSIS AND RECOVERY | 4,336.50 | 0.00 | 4,336.50 |
| 035843.0003 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 65,189.50 | 0.00 | 65,189.50 |
| 035843.0004 | BUSINESS OPERATIONS | 2,392.00 | 0.00 | 2,392.00 |
| 035843.0005 | CASE ADMINISTRATION | 8,161.00 | 0.00 | 8,161.00 |
| 035843.0007 | CLAIMS ANALYSIS | 13,741.50 | 0.00 | 13,741.50 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 1,755.00 | 0.00 | 1,755.00 |
| 035843.0009 | EMERGENCY FINANCING | 6,700.00 | 0.00 | 6,700.00 |
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 11,374.50 | 0.00 | 11,374.50 |
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 25,697.00 | 0.00 | 25,697.00 |
| 035843.0012 | NON-WORKING TRAVEL | 3,705.00 | 0.00 | 3,705.00 |
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 2,996.50 | 0.00 | 2,996.50 |
| | **Total** | **146,048.50** | **0.00** | **146,048.50** |

| | |
|---|---:|
| CURRENT FEES | $146,048.50 |
| Less 50% Non-Working Travel Reduction | (1,852.50) |
| Total Current Fees | $144,196.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$144,196.00** |

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| Invoice | 6889406 |
| Date | Dec 23, 2019 |
| Client | 035843 |

RE: ASSET ANALYSIS AND RECOVERY

## INVOICE

For professional services rendered in connection with the above captioned matter
through November 30, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0002 | ASSET ANALYSIS AND RECOVERY | 4,336.50 | 0.00 | 4,336.50 |
| | **Total** | **4,336.50** | **0.00** | **4,336.50** |

| | |
|---|---|
| Total Current Fees | $4,336.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$4,336.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                Invoice 6889406
December 23, 2019                                                                        Page 3

RE: ASSET ANALYSIS AND RECOVERY

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/07/19 | AULET | PREPARE FOR AND MEET WITH PURDUE/SACKLERS RE: NDA. | 1.10 | 907.50 |
| 11/14/19 | POHL | REVIEW AND COMMENT ON FTI FLASH REPORT RE: DILIGENCE | 0.10 | 123.50 |
| 11/15/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH REIDAR MOGERMAN (CANADIAN PROCEEDINGS) RE: CANADIAN PROVINCES AND GOVERNMENT PARTICIPATING IN OUR DILIGENCE WITH FTI | 0.90 | 1,206.00 |
| 11/18/19 | POHL | REVIEW AND COMMENT ON CASE STIPULATION/ORDER RE: DISCOVERY (1.7) | 1.70 | 2,099.50 |
| | **Total Hours and Fees** | | **3.80** | **4,336.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 1.80 | hours at | 1,235.00 | 2,223.00 |
| DAVID J. MOLTON | 0.90 | hours at | 1,340.00 | 1,206.00 |
| KENNETH AULET | 1.10 | hours at | 825.00 | 907.50 |
| **Total Fees** | | | | **4,336.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6889406 |
| Date | Dec 23, 2019 |
| Client | 035843 |

RE: ASSUMPTION AND REJECTION OF LEASES AND
CONTRACTS

# I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0003 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 65,189.50 | 0.00 | 65,189.50 |
| | **Total** | **65,189.50** | **0.00** | **65,189.50** |

| | |
|---|---|
| Total Current Fees | $65,189.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$65,189.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6889406
December 23, 2019                                                          Page 5

RE: ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/04/19 | MOLTON | REVIEW TO FEE AGREEMENT MOTION ISSUES AND STRATEGY IN CONNECTION THEREWITH | 2.60 | 3,484.00 |
| 11/07/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH AHC COUNSEL RE STRATEGY FOR FEE AGREEMENT APPROVAL/ASSUMPTION MOTION | 1.80 | 2,412.00 |
| 11/11/19 | CICERO | ATTEND CALL WITH AHC PROFESSIONALS RE: FEE MOTION | 0.70 | 455.00 |
| 11/11/19 | POHL | COMMUNICATION AND CALL WITH DEBTORS RE FEE MOTION | 1.00 | 1,235.00 |
| 11/11/19 | POHL | COMMITTEE PROFESSIONALS  CALL RE FEE MOTION | 1.30 | 1,605.50 |
| 11/12/19 | POHL | CALL WITH DEBTOR COUNSEL RE: FEE LETTER HEARING | 1.10 | 1,358.50 |
| 11/12/19 | POHL | COMMITTEE PROFESSIONALS CALL RE: FEE LETTER MOTION, OBJECTIONS AND DEBTOR/US TRUSTEE  DISCUSSIONS | 1.00 | 1,235.00 |
| 11/12/19 | POHL | REVIEW AND COMMENT ON FEE LETTER FORM OF ORDER | 0.50 | 617.50 |
| 11/12/19 | POHL | REVIEW AND COMMENT ON DRAFTS OF FEE MOTION (0.6) | 0.60 | 741.00 |
| 11/12/19 | MOLTON | REVIEW TO DEVELOPING EVIDENTIARY MATERIALS REGARDING DEBTORS' PENDING MOTION TO APPROVE AHC'S ADVISORS' FEE REIMBURSEMENT MOTION | 1.20 | 1,608.00 |
| 11/12/19 | MOLTON | REVIEW TO FACTUAL MATERIALS FOR PEC ISSUES FOR AHC REPLY BRIEF REGARDING DEBTORS' PENDING MOTION TO APPROVE AHC'S ADVISORS' FEE REIMBURSEMENT MOTION | 2.20 | 2,948.00 |
| 11/13/19 | POHL | SEVERAL CALLS WITH CASE PROFESSIONALS RE: UPCOMING HEARING ON FEE LETTER AND HEARING PREP/STRATEGY WITH DEBTORS (2.0), AND WITH AHC PROFESSIONALS (1.1) | 3.10 | 3,828.50 |
| 11/13/19 | POHL | REVIEW FEE MOTION OBJECTIONS | 1.50 | 1,852.50 |
| 11/13/19 | POHL | REVIEW UST FEE LETTER OBJECTIONS | 0.20 | 247.00 |
| 11/13/19 | MOLTON | CONFERENCE CALL WITH PROFESSIONALS RE GOING FORWARD STRATEGY FOR MOTION TO ASSUME FEE AGREEMENT; REVIEW ARGUMENT/REPLY POINTS RE SAME | 1.50 | 2,010.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6889406
December 23, 2019                                                Page 6

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/14/19 | POHL | REVIEW AND COMMENT ON AHC FEE LETTER MOTION FILLING (3.5); SEVERAL CALLS RE: SAME (1.0); REVIEW DEBTOR PLEADINGS RE: SAME (1.0) | 5.50 | 6,792.50 |
| 11/14/19 | AULET | REVIEWING AND REVISING FEE LETTER REPLY (3.1); DISCUSSIONS WITH TEAM RE: REPLY (1.5) | 4.60 | 3,795.00 |
| 11/15/19 | POHL | REVIEW AND COMMENT ON AD HOC COMMITTEE SUPPORT FILING | 0.70 | 864.50 |
| 11/18/19 | POHL | REVIEW MATERIAL TO PREPARE FOR FEE LETTER HEARING | 1.20 | 1,482.00 |
| 11/18/19 | DEERING | REVIEW AND REVISE NOTICE OF FILING OF STATEMENTS IN SUPPORT BY SUPPORTING COUNTIES TO MOTION TO ASSUME REIMBURSEMENT AGREEMENT AND RELATED EXHIBITS (1.0) AND PREPARE EMAIL SUMMARIZING SAME (.5) | 1.50 | 592.50 |
| 11/19/19 | CICERO | PREPARE FOR HEARING BY PREPPING D. MOLTON AND AHC TEAM WITH JOINDERS (1.1); ATTEND AHC HEARING (3.9) | 5.00 | 3,250.00 |
| 11/19/19 | POHL | TELEPHONIC ATTENDANCE AT HEARING ON FEE REIMBURSEMENT LETTER (4.6); POST-HEARING FOLLOW-UP WITH AHC PROFESSIONALS(.5) | 5.10 | 6,298.50 |
| 11/19/19 | MOLTON | PREPARE FOR AND ATTEND HEARING BEFORE DRAIN J. RE AHC FEE AGREEMENT APPROVAL HEARING | 7.70 | 10,318.00 |
| 11/20/19 | POHL | REVIEW AND COMMENT ON REVISED FEE LETTER ORDER AND RELATED CORRESPONDENCE | 0.40 | 494.00 |
| 11/22/19 | POHL | REVIEW AND COMMENT ON FEE ORDER | 0.40 | 494.00 |
| 11/22/19 | MOLTON | REVIEW FEE ORDER DRAFT AND REVISIONS THERETO | 0.80 | 1,072.00 |
| 11/25/19 | POHL | REVIEW SEVERAL DRAFTS OF FEE ORDER, PROVIDE COMMENTS AND CALL RE: SAME | 1.10 | 1,358.50 |
| 11/25/19 | MOLTON | REVIEW REVISION OF AHC FEE AGREEMENT APPROVAL ORDER; COMMUNICATE WITH AHC RE SAME | 1.40 | 1,876.00 |
| 11/26/19 | POHL | REVIEW AND COMMENT ON FEE ORDER | 0.70 | 864.50 |
| | **Total Hours and Fees** | | **56.40** | **65,189.50** |

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                Invoice 6889406
December 23, 2019                                                                                    Page 7

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| STEVEN POHL | 25.40 | hours at | 1,235.00 | 31,369.00 |
| DAVID J. MOLTON | 19.20 | hours at | 1,340.00 | 25,728.00 |
| GERARD T. CICERO | 5.70 | hours at | 650.00 | 3,705.00 |
| KENNETH AULET | 4.60 | hours at | 825.00 | 3,795.00 |
| ALEXANDRA M. DEERING | 1.50 | hours at | 395.00 | 592.50 |
| **Total Fees** | | | | **65,189.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6889406 |
| ATTN: DAVID MOLTON | Date | Dec 23, 2019 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: BUSINESS OPERATIONS

**INVOICE**

For professional services rendered in connection with the above captioned matter through November 30, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0004 | BUSINESS OPERATIONS | 2,392.00 | 0.00 | 2,392.00 |
| | **Total** | **2,392.00** | **0.00** | **2,392.00** |

| | |
|---|---|
| Total Current Fees | $2,392.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$2,392.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
December 23, 2019

Invoice 6889406
Page 9

RE: BUSINESS OPERATIONS

## T I M E  D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/05/19 | POHL | CALL WITH ADVISORS RE: WAGES/BONUSES MOTION | 1.20 | 1,482.00 |
| 11/11/19 | CICERO | WORK ON WAGES ISSUES AND OCP MOTION ISSUES | 1.40 | 910.00 |
| | **Total Hours and Fees** | | **2.60** | **2,392.00** |

## T I M E  S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 1.20 | hours at | 1,235.00 | 1,482.00 |
| GERARD T. CICERO | 1.40 | hours at | 650.00 | 910.00 |
| **Total Fees** | | | | **2,392.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brownrudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6889406 |
| ATTN: DAVID MOLTON | Date | Dec 23, 2019 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 8,161.00 | 0.00 | 8,161.00 |
| | **Total** | **8,161.00** | **0.00** | **8,161.00** |

| | |
|---|---|
| Total Current Fees | $8,161.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$8,161.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6889406
December 23, 2019                                                                                        Page 11

RE: CASE ADMINISTRATION

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/01/19 | DEERING | CIRCULATE FILINGS FROM 11.1.19 | 0.50 | 197.50 |
| 11/04/19 | POHL | REVIEW CLIENT CORRESPONDENCE AND RECENT COURT FILINGS | 0.60 | 741.00 |
| 11/05/19 | DEERING | CIRCULATE FILINGS FROM 11.5.19 | 0.50 | 197.50 |
| 11/06/19 | DEERING | CIRCULATE ALL FILINGS FROM 11.6.19 | 0.60 | 237.00 |
| 11/07/19 | POHL | STRATEGY CALL WITH D. MOLTON RE: MEETINGS WITH AHC | 0.30 | 370.50 |
| 11/07/19 | DEERING | CIRCULATE FILINGS FROM 11.7.19 | 0.30 | 118.50 |
| 11/08/19 | DEERING | CIRCULATE FILINGS FROM 11.8.19 | 0.50 | 197.50 |
| 11/12/19 | DEERING | CIRCULATE FILINGS FROM 11.12.19 | 0.80 | 316.00 |
| 11/13/19 | DEERING | CIRCULATE PLEADINGS FILED 11.13.19 | 0.60 | 237.00 |
| 11/15/19 | DEERING | CIRCULATE FILINGS FROM 11.15.19 | 0.50 | 197.50 |
| 11/18/19 | DEERING | CIRCULATE PLEADINGS FILED ON 11.18.19 | 0.60 | 237.00 |
| 11/20/19 | DEERING | CIRCULATE PLEADINGS FILED ON 11.20.19 | 0.50 | 197.50 |
| 11/20/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN PROFESSIONALS CALL RE GOING FORWARD ISSUES FOLLOWING 19 DECEMBER HEARING BEFORE JUDGE DRAIN | 0.70 | 938.00 |
| 11/21/19 | POHL | REVIEWED CLIENT UPDATES AND TASK LISTS | 0.40 | 494.00 |
| 11/21/19 | DEERING | CIRCULATE PLEADINGS FILED ON 11.19.19 | 0.90 | 355.50 |
| 11/21/19 | DEERING | REVISE WORKING GROUP CONTACT LIST | 0.80 | 316.00 |
| 11/25/19 | CICERO | WORK ON INTERNAL AHC COORDINATION AND GOVERNANCE RE: CONTACT INFORMATION AND SUBCOMMITTEES | 1.60 | 1,040.00 |
| 11/25/19 | DEERING | CIRCULATE PLEADINGS FILED ON 11.25.19 | 0.50 | 197.50 |
| 11/25/19 | CICERO | PROVIDE COMMENTS ON PROTECTIVE ORDER ISSUES RE: MUNICIPALITY MEMBERS OF  AHC | 0.60 | 390.00 |
| 11/25/19 | POHL | CALL RE: PROTECTIVE ORDER | 0.50 | 617.50 |
| 11/26/19 | POHL | REVIEW AND COMMENT ON INFO SHARING PROTOCOL | 0.30 | 370.50 |
| 11/26/19 | DEERING | CIRCULATE PLEADINGS FILED ON 11.26.19 | 0.50 | 197.50 |
| | **Total Hours and Fees** | | **13.10** | **8,161.00** |

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES

Invoice 6889406

December 23, 2019

Page 12

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| STEVEN POHL | 2.10 | hours at | 1,235.00 | 2,593.50 |
| DAVID J. MOLTON | 0.70 | hours at | 1,340.00 | 938.00 |
| GERARD T. CICERO | 2.20 | hours at | 650.00 | 1,430.00 |
| ALEXANDRA M. DEERING | 7.60 | hours at | 395.00 | 3,002.00 |
| **Total Fees** | | | | **8,161.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6889406 |
| ATTN: DAVID MOLTON | Date | Dec 23, 2019 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: CLAIMS ANALYSIS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through November 30, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0007 | CLAIMS ANALYSIS | 13,741.50 | 0.00 | 13,741.50 |
| | **Total** | **13,741.50** | **0.00** | **13,741.50** |

| | |
|---|---:|
| Total Current Fees | $13,741.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$13,741.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6889406
December 23, 2019                                                          Page 14

RE: CLAIMS ANALYSIS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/21/19 | MOLTON | REVIEW BAR DATE CLAIM FORM ISSUES FOR PURPOSES OF LIAISING WITH DEBTORS RE SAME AS PER DEBTORS' REQUEST | 0.80 | 1,072.00 |
| 11/22/19 | POHL | REVIEW MATERIAL RE: BAR DATE AND CLAIMS NOTICE PROCESS | 0.50 | 617.50 |
| 11/22/19 | MOLTON | REVIEW BAR DATE MATERIALS SUPPLIED BY DPW | 1.50 | 2,010.00 |
| 11/25/19 | MEYERS | ATTEND CONFERENCE CALL TO DISCUSS BAR DATE ISSUES. | 0.40 | 260.00 |
| 11/25/19 | POHL | AD HOC PROFESSIONAL CALL RE: BAR DATE (.6); FOLLOW-UP CALL WITH COMPANY RE: SAME (.8) | 1.40 | 1,729.00 |
| 11/25/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN CALL WITH AHC RE BAR DATE AND CLAIM FORM ISSUES | 0.80 | 1,072.00 |
| 11/25/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN CALL WITH DPW RE BAR DATE AND CLAIM FORM ISSUES | 0.90 | 1,206.00 |
| 11/26/19 | MOLTON | REVIEW BAR DATE AND CLAIM FORM ISSUES IN PREPARATION OF CALL WITH DEBTORS SET FOR 27 NOVEMBER | 1.20 | 1,608.00 |
| 11/26/19 | CICERO | REVIEW AND STRATEGIZE REGARDING BAR DATE ISSUE | 0.80 | 520.00 |
| 11/27/19 | POHL | CALL WITH DEBTORS RE: BAR DATE SETTING | 1.00 | 1,235.00 |
| 11/27/19 | MOLTON | REVIEW BAR DATE DISCUSSION; CONFERENCE CALL RE SAME; AND CONFERENCE WITH COUNSEL IN AHC AND DEBTORS RE SAME | 1.80 | 2,412.00 |
| | **Total Hours and Fees** | | **11.10** | **13,741.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|------|------|-------|
| STEVEN POHL | 2.90 | hours at | 1,235.00 | 3,581.50 |
| DAVID J. MOLTON | 7.00 | hours at | 1,340.00 | 9,380.00 |
| GERARD T. CICERO | 0.80 | hours at | 650.00 | 520.00 |
| JESSICA N. MEYERS | 0.40 | hours at | 650.00 | 260.00 |
| **Total Fees** | | | | **13,741.50** |

# brownrudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL | Invoice | 6889406 |
| ENTITES | Date | Dec 23, 2019 |
| ATTN: DAVID MOLTON | Client | 035843 |
| BROWN RUDNICK | | |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 1,755.00 | 0.00 | 1,755.00 |
| | **Total** | **1,755.00** | **0.00** | **1,755.00** |

| | |
|---|---|
| Total Current Fees | $1,755.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,755.00** |

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
December 23, 2019

Invoice 6889406
Page 16

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 11/25/19 | CICERO | REVIEW FIRST MONTHLY REIMBURSEMENT APPLICATION | 0.80 | 520.00 |
| 11/26/19 | CICERO | REVIEW AND PREPARE FIRST MONTHLY FEE APPLICATION | 1.60 | 1,040.00 |
| 11/27/19 | CICERO | REVIEW EMPLOYMENT APPLICATION ISSUES WITH CO-COUNSEL | 0.30 | 195.00 |
| **Total Hours and Fees** | | | **2.70** | **1,755.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| GERARD T. CICERO | 2.70 | hours at | 650.00 | 1,755.00 |
| **Total Fees** | | | | **1,755.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brownrudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6889406 |
| ATTN: DAVID MOLTON | Date | Dec 23, 2019 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: EMERGENCY FINANCING

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0009 | EMERGENCY FINANCING | 6,700.00 | 0.00 | 6,700.00 |
| | **Total** | **6,700.00** | **0.00** | **6,700.00** |

| | |
|---|---:|
| Total Current Fees | $6,700.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$6,700.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
December 23, 2019

Invoice 6889406
Page 18

RE: EMERGENCY FINANCING

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/18/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN AHC RE ERF | 0.80 | 1,072.00 |
| 11/20/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN LUNCH MEETING WITH CO-CHAIR A. ANDREWS, A. TROOP AND M. CYGANOWSKI RE JUMP STARTING AND PROCESS SOLUTIONS RE SAME | 1.80 | 2,412.00 |
| 11/21/19 | MOLTON | COMMUNICATE WITH UCC COMMITTEE CO-CHAIR RE PROGRESSING ERF AND OTHER ISSUES | 0.80 | 1,072.00 |
| 11/26/19 | MOLTON | COMMUNICATE WITH COMMITTEE CO-CHAIR AND MC RE: PROGRESSING EMERGENCY RELIEF FUND MEETING CALL FOR 3 DECEMBER | 0.80 | 1,072.00 |
| 11/27/19 | MOLTON | COMMUNICATE WITH COMMITTEE CO-CHAIR AND AHC RE PROPOSED ERF GROUP MEETING ON 3 DECEMBER | 0.80 | 1,072.00 |
| | **Total Hours and Fees** | | **5.00** | **6,700.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| DAVID J. MOLTON | 5.00 | hours at | 1,340.00 | 6,700.00 |
| | **Total Fees** | | | **6,700.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brownrudnick

| | | |
|---|---|---|
PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6889406 |
| Date | Dec 23, 2019 |
| Client | 035843 |

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY
PROCEEDINGS, AND AUTOMATIC STAY

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 11,374.50 | 0.00 | 11,374.50 |
| | **Total** | **11,374.50** | **0.00** | **11,374.50** |

| | |
|---|---|
| Total Current Fees | $11,374.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$11,374.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6889406
December 23, 2019                                                                      Page 20

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 11/01/19 | MOLTON | COMMUNICATE WITH NON-CONSENTING STATE GROUP RE STATUS OF PROPOSED STIPULATION RESOLVING STAY MOTION | 0.40 | 536.00 |
| 11/01/19 | MOLTON | REVIEW LATEST ITERATION OF NON-CONSENTING STATES' STIPULATION WITH FAMILY AND DEBTORS WITH INVITATION FOR AHC TO JOIN | 0.40 | 536.00 |
| 11/06/19 | POHL | REVIEW REVISED/NEWLY FILED INJUNCTION | 0.60 | 741.00 |
| 11/06/19 | POHL | TELEPHONIC PARTICIPATION IN COURT HEARING RE: STAY ISSUES | 2.10 | 2,593.50 |
| 11/06/19 | MOLTON | PREPARE FOR AND ATTEND CONTINUED INJUNCTION HEARING RE THIRD PARTY LITIGATION AGAINST SACKLERS | 5.20 | 6,968.00 |
| | **Total Hours and Fees** | | **8.70** | **11,374.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|--|------|-------|
| STEVEN POHL | 2.70 | hours at | 1,235.00 | 3,334.50 |
| DAVID J. MOLTON | 6.00 | hours at | 1,340.00 | 8,040.00 |
| **Total Fees** | | | | **11,374.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6889406 |
| Date | Dec 23, 2019 |
| Client | 035843 |

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC
COMMITTEE & CREDITORS

# INVOICE

For professional services rendered in connection with the above captioned matter
through November 30, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 25,697.00 | 0.00 | 25,697.00 |
| | **Total** | **25,697.00** | **0.00** | **25,697.00** |

| | |
|---|---|
| Total Current Fees | $25,697.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$25,697.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6889406
December 23, 2019                                                                        Page 22

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 11/01/19 | POHL | REVIEW CLIENT CORRESPONDENCE AND RESPOND TO SAME | 0.50 | 617.50 |
| 11/01/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN AHC CALL RE STATUS UPDATES ON PRESSING ISSUES | 1.30 | 1,742.00 |
| 11/07/19 | CICERO | PREPARE FOR AHC COMMITTEE MEMBER MEETING (.2), ATTEND AHC COMMITTEE MEETING (1.2) | 1.40 | 910.00 |
| 11/07/19 | POHL | ATTEND COMMITTEE CALL REGARDING CASE UPDATES AND NEXT STEPS | 1.00 | 1,235.00 |
| 11/07/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN STATUS UPDATE MEETING WITH AHC | 1.20 | 1,608.00 |
| 11/11/19 | CICERO | ESTABLISH AHC NON-MEMBERS' CALL AND SET AGENDA FOR SAME | 0.60 | 390.00 |
| 11/12/19 | CICERO | PREPARE TO LEAD CALL WITH AHC MEMBERS RE: CASE STATUS, FEE MOTION STATUS, UPDATES ON VARIOUS WORK FLOWS (1.0):  ATTEND CALL RE: SAME (.8) | 1.80 | 1,170.00 |
| 11/12/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN AHC NON-STATE CALL RE GOING FORWARD ISSUES AND PLANNING | 1.60 | 2,144.00 |
| 11/13/19 | POHL | ATTEND AND PARTICIPATE IN AHC WEEKLY CALL | 1.00 | 1,235.00 |
| 11/13/19 | MOLTON | LIAISE WITH NON-STATE MEMBERS RE UPCOMING COURT PROCEEDINGS AND STRATEGIES IN CONNECTION THEREWITH | 1.10 | 1,474.00 |
| 11/15/19 | AULET | MEETING WITH AHC RE: FEE MOTION REPLY AND RELATED ISSUES. | 1.30 | 1,072.50 |
| 11/15/19 | MOLTON | COMMUNICATE WITH AHC RE OVERTURE FROM CANADIAN GOVERNMENT ENTITIES RE SHARING IN AHC DILIGENCE | 0.80 | 1,072.00 |
| 11/15/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN AHC CALL RE ERF ISSUES AND AHC RESPONSE THERETO | 0.80 | 1,072.00 |
| 11/15/19 | POHL | CALL WITH AD HOC COMMITTEE RE PENDING MOTIONS AND CASE MATTERS | 1.20 | 1,482.00 |
| 11/20/19 | CICERO | PREPARE FOR FULL AHC CALL WITH D. MOLTON (.2); ATTEND AHC CALL (.7) | 0.90 | 585.00 |
| 11/20/19 | POHL | REVIEW AND PROVIDE COMMENTS TO COMMITTEE UPDATES (.8); ATTEND AND PARTICIPATE IN COMMITTEE PROFESSIONALS CALL (1.0) | 1.80 | 2,223.00 |
| 11/20/19 | POHL | ATTEND AND PARTICIPATE IN WEEKLY AD HOC COMMITTEE CALL | 1.00 | 1,235.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
December 23, 2019

Invoice 6889406
Page 23

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/20/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN WEEKLY AHC CALL | 0.80 | 1,072.00 |
| 11/26/19 | POHL | AD HOC COMMITTEE WEEKLY CALL | 1.20 | 1,482.00 |
| 11/26/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN AHC CALL RE: NDA, EMERGENCY RELIEF FUND PROGRESS AND DILIGENCE ISSUES GOING FORWARD | 1.40 | 1,876.00 |
| | **Total Hours and Fees** | | **22.70** | **25,697.00** |

### TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 7.70 | hours at | 1,235.00 | 9,509.50 |
| DAVID J. MOLTON | 9.00 | hours at | 1,340.00 | 12,060.00 |
| GERARD T. CICERO | 4.70 | hours at | 650.00 | 3,055.00 |
| KENNETH AULET | 1.30 | hours at | 825.00 | 1,072.50 |
| **Total Fees** | | | | **25,697.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6889406 |
| Date | Dec 23, 2019 |
| Client | 035843 |

RE: NON-WORKING TRAVEL

## INVOICE

For professional services rendered in connection with the above captioned matter
through November 30, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0012 | NON-WORKING TRAVEL | 3,705.00 | 0.00 | 3,705.00 |
| | **Total** | **3,705.00** | **0.00** | **3,705.00** |

| | |
|---|---|
| CURRENT FEES | $3,705.00 |
| Less 50% Non-Working Travel Reduction | (1,852.50) |
| Total Current Fees | $1,852.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,852.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                      Invoice 6889406
December 23, 2019                                                                            Page 25

RE: NON-WORKING TRAVEL

| TIME DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Professional** | **Description** | **Hours** | **Value** |
| 11/07/19 | POHL | TRAVEL TO NYC FOR COMPANY/FAMILY MEETING | 1.00 | 1,235.00 |
| 11/08/19 | POHL | NON WORKING TRAVEL POST ALL HANDS MEETING | 2.00 | 2,470.00 |
| | **Total Hours and Fees** | | **3.00** | **3,705.00** |

| TIME SUMMARY | | | |
|---|---|---|---|
| **Professional** | **Hours** | **Rate** | **Value** |
| STEVEN POHL | 3.00   hours at | 1,235.00 | 3,705.00 |
| **Total Fees** | | | **3,705.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6889406 |
| Date | Dec 23, 2019 |
| Client | 035843 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 2,996.50 | 0.00 | 2,996.50 |
| | **Total** | **2,996.50** | **0.00** | **2,996.50** |

| | |
|---|---|
| Total Current Fees | $2,996.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$2,996.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6889406
December 23, 2019                                                                                          Page 27

RE: PLAN AND DISCLOSURE STATEMENT

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 11/12/19 | POHL | REVIEW AND COMMENT ON DRAFTS AND CORRESPONDENCE RE: SHARING PROTOCOL | 0.70 | 864.50 |
| 11/18/19 | MOLTON | REVIEW ISSUES AND DOCUMENTS REQUIRED FOR RSA | 1.30 | 1,742.00 |
| 11/27/19 | CICERO | ANALYZE MEMO ON MUNDIPHARMA OPIOID MARKETING ISSUES FOR IMPACT ON SETTLEMENT POISITION | 0.60 | 390.00 |
| | **Total Hours and Fees** | | **2.60** | **2,996.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| STEVEN POHL | 0.70 | hours at | 1,235.00 | 864.50 |
| DAVID J. MOLTON | 1.30 | hours at | 1,340.00 | 1,742.00 |
| GERARD T. CICERO | 0.60 | hours at | 650.00 | 390.00 |
| **Total Fees** | | | | **2,996.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6889406 |
| ATTN: DAVID MOLTON | Date | Dec 23, 2019 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES



Remittance

**Balance Due: $144,196.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
399 Park Avenue
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  6792734594