**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PURDUE PHARMA, L.P., *et al.*, | ) ) | Case No. 19-23649 (RDD) |
| Debtors. | ) ) ) ) | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Thomas M. Beshere to be admitted **pro hac vice** to represent the Commonwealth of Virginia, *ex rel.* Mark R. Herring, Attorney General, in the above referenced cases and related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Virginia and the bars of the United States District Court for the Eastern District of Virginia and the United States District Court for the Western District of Virginia, it is hereby

**ORDERED**, that Thomas M. Beshere, Esq. is admitted to practice, *pro hac vice*, in the above referenced cases and related adversary proceedings to represent the Commonwealth of Virginia in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 10, 2020  
      White Plains, New York

/s/ Robert D. Drain  
Honorable Robert D. Drain  
United States Bankruptcy Judge