Kami E. Quinn
Gilbert LLP
1100 New York Avenue, NW
7th Floor
Washington, DC 20005
Tele: 202.772.2200
Fax: 202.772.3333
Email: quinnk@gotofirm.com

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re:* | : | |
| | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | |
| | : | Case No. 19-23649 (RDD) |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**SECOND MONTHLY FEE STATEMENT OF GILBERT LLP, FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS CO-COUNSEL TO THE AD HOC COMMITTEE OF
GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS
FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant: | Gilbert LLP |
|---|---|
| Authorized to provide professional services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 (Docket #553) |
| Period for which compensation and reimbursement is sought: | November 1, 2019 through November 30, 2019 |
| Amount of compensation sought as actual, reasonable, and necessary: | $122,921.60 (80% of $153,652.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $116.17 (100%) |
| This is a: | Monthly Fee Statement |

Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* entered by this Court on December 2, 2019 [Docket #553] (the "**Reimbursement Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket #529] (the "**Procedures Order**"), the law firm of Gilbert LLP ("**Gilbert LLP**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**AHC**"), hereby submits this second monthly fee statement (the "**Monthly Fee Statement**") for legal services rendered and reimbursement for expenses incurred for the period commencing November 1, 2019 through November 30, 2019 (the "**Application Period**").

### Itemization of Services Rendered and Expenses Incurred

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Application Period by project category.  As reflected on Exhibit A, Gilbert LLP incurred $153,642.00 in fees during

the Application Period.  Pursuant to this Monthly Fee Statement, Gilbert LLP seeks

reimbursement of 80% of such fees, totaling $122,921.60.

2.      Annexed hereto as **Exhibit B** is a chart of Gilbert LLP's professionals and

paraprofessionals, including title, hourly rate, number of hours billed, and total fees of each

attorney and paraprofessional who rendered services to the AHC in connection with these

chapter 11 proceedings during the Application Period.  The blended hourly rate of the attorneys

during the Application Period is $1,135.83.  The blended hourly rate of paraprofessionals during

the Application Period is $275.00.

3.      Annexed hereto as **Exhibit C** is the summary of reasonable and necessary

expenses incurred during the Application Period.  As reflected on Exhibit C, Gilbert LLP

incurred $116.17 in expenses during the Application Period.  Pursuant to this Monthly Fee

Statement, Gilbert LLP seeks reimbursement of 100% of such expenses, totaling $116.17.

4.      Annexed hereto as **Exhibit D** are the time records of Gilbert LLP for the

Application Period, organized by project category with a daily log detailing the time spent by

each professional and an itemization of expenses.

5.      Pursuant to the Reimbursement Order, Gilbert LLP has separately recorded

services performed relating to allocation of value among the Debtors' creditors, and to the best of

Gilbert LLP's knowledge, has not included time relating to intercreditor allocation in this

Monthly Fee Statement.

## FILING AND SERVICE

6.      This Monthly Fee Statement will be filed and served in accordance with the

directives in the Procedures Order.

7.      Pursuant to the Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Monthly Fee Statement, serve via email, to the Notice Parties (as defined in the Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue.

8.      If an objection is timely served pursuant to the Procedures Order, the Debtors shall be authorized and directed to pay Gilbert LLP the amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue.  It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Gilbert LLP respectfully requests compensation in the amount of $122,921.60 (80% of $153,652.00) and reimbursement of reasonable and necessary expenses incurred in the amount of $116.17 (100%), for a total amount of $123,037.77, for the Application Period.

Dated:  January 13, 2020
            Washington, DC

Respectfully submitted,

**GILBERT LLP**

 */s/ Kami E. Quinn*
Kami E. Quinn
1100 New York Avenue, NW
7th Floor
Washington, DC 20005
Tele: 202.772.2200
Fax: 202.772.3333
Email: quinnk@gotofirm.com

*Counsel for the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants.*

**<u>Exhibit A</u>**

**<u>Summary of Services by Category</u>**

## SUMMARY OF SERVICES BY PROJECT CATEGORIES

| Project Code | Project Category | Hours Billed in Period | Fees for Period |
|---|---|---|---|
| A001 | Asset Analysis & Recovery | 27.8 | $16,247.50 |
| A002 | Assumption / Rejection of Leases & Contracts | 57.9 | $76,137.00 |
| A004 | Case Administration | 12.5 | $15,574.00 |
| A005 | Claims Analysis | 7.5 | $8,211.00 |
| A006 | Employment / Fee Applications | 6.7 | $2,247.50 |
| A008 | Litigation: Contested Matters / Adversary Proceedings / Automatic Stay | 1.9 | $1,805.00 |
| A009 | Meetings / Communications with AHC & Creditors | 21.6 | $30,430.00 |
| A015 | Non-Working Travel Time (Billed @ 50%) | 4.0 | $3,000.00 |
| | | **139.9** | **$153,652.00** |

**Exhibit B**

**Summary of Compensation by Professional**

## SUMMARY OF COMPENSATION BY PROFESSIONAL

| Name of Professional | Position / Year Admitted to Practice | Hourly Billing Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| Scott D. Gilbert | Partner / District of Columbia - 1979 | $1,500.00 | 66.3 | $99,450.00 |
| | U.S. Court of Appeals for the District of Columbia - 1980 | $750.00 | 4.0 | $3,000.00 |
| | U.S. Court of International Trade - 1984 | | | |
| | U.S. Supreme Court - 1987 | | | |
| | U.S. District Court for the District of Columbia - 2008 | | | |
| Craig J. Litherland | Partner / State of Texas – 1983 | $1,250.00 | 8.7 | $10,875.00 |
| | Supreme Court of Texas – 1983 | | | |
| | U.S. Court of Appeals Fifth Circuit – 1984 | | | |
| | U.S. District Court for the Southern District of Texas – 1985 | | | |
| | U.S. Federal Court for the Eastern District of Michigan – 1995 | | | |
| | District of Columbia - 2001 | | | |
| | U.S. District Court for the Western District of Texas – 2008 | | | |
| Kami E. Quinn | Partner / Virginia – 2000 | $950.00 | 20.9 | $19,855.00 |
| | District of Columbia – 2006 | | | |
| | U.S. Court of Appeals for the Third Circuit – 2009 | | | |
| Jenna Hudson | Partner / Maryland – 2010 | $675.00 | 7.7 | $5,197.50 |
| | Massachusetts – 2010 | | | |
| | District of Columbia - 2011 | | | |
| | U.S. District Court for the District of Maryland – 2011 | | | |
| | U.S. Court of Appeals for the First Circuit – 2015 | | | |
| | U.S. Supreme Court - 2016 | | | |
| | Cherokee Nation – 2017 | | | |
| | U.S. District Court for the District of Columbia - 2019 | | | |
| Adam Farra | Associate / Maryland – 2011 | $570.00 | 7.1 | $4,047.00 |
| | District of Columbia – 2015 | | | |
| | U.S. Court of Appeals for the Second Circuit – 2017 | | | |
| Benjamin Massarsky | Associate / New York – 2011 | $500.00 | 19.1 | $9,550.00 |
| | District of Columbia – 2012 | | | |
| | U.S. District Court for the District of Columbia – 2012 | | | |
| | Maryland - 2016 | | | |
| Peggy Holland | Litigation Specialist – Joined firm in 2002 | $275.00 | 6.1 | $1,677.50 |
| | **Totals** | | 139.9 | **$153,652.00** |
| | **Attorney Blended Rate** | **$1,135.83** | | |
| | **Paraprofessional Blended Rate** | **$275.00** | | |

**<u>Exhibit C</u>**

**<u>Summary of Expenses Incurred</u>**

**SUMMARY OF EXPENSES INCURRED**

| DESCRIPTION | Total Expenses for Period |
|---|---|
| Pacer | $21.20 |
| Westlaw | $94.97 |
| | **$116.17** |

**<u>Exhibit D</u>**

**<u>Time and Expense Detail</u>**



1100 New York Avenue, NW
Suite 700
Washington, DC 20005
O 202.772.2200
F 202.772.3333

GilbertLegal.com

January 13, 2020

Ad Hoc Committee
c/o Marshall S. Huebner
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

| | |
|---|---|
| Invoice Number: | 11318549 |
| Client Number: | 1599 |
| Tax ID: | 52-2283869 |

---

**FOR PROFESSIONAL SERVICES RENDERED through November 30, 2019**

**Re:   Ad Hoc Committee (Purdue)**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Purdue Bankruptcy | 153,652.00 | 116.17 | 153,768.17 |
| **Total** | **153,652.00** | **116.17** | **153,768.17** |

|  |  |
|---|---|
| TOTAL FEES | $ 153,652.00 |
| TOTAL EXPENSES | $ 116.17 |
| **TOTAL FEES AND EXPENSES** | **$ 153,768.17** |



**FOR PROFESSIONAL SERVICES RENDERED through November 30, 2019**

**Purdue Bankruptcy**

**A001:  Asset Analysis and Recovery**

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Hudson, J. | 11/05/19 | Confer with A. Currin, N. Sochurek, V. Taylor, and B. Massarsky re analyzing additional policy evidence. | .20 | 135.00 |
| Massarsky, B. | 11/05/19 | Confer with J. Hudson and others re new policy evidence produced by Purdue. | .20 | 100.00 |
| Hudson, J. | 11/06/19 | Confer with B. Massarsky re reviewing coverage-related correspondence to determine impact on insurance asset. | .10 | 67.50 |
| Hudson, J. | 11/06/19 | Confer with KCIC team re prioritizing review of additional policies produced. | .60 | 405.00 |
| Hudson, J. | 11/06/19 | Communicate with S. Gilbert, K. Quinn, and C. Litherland re additional policy evidence received and timing for completion of analysis. | .10 | 67.50 |
| Massarsky, B. | 11/06/19 | Confer with KCIC re questions on additional policies. | .60 | 300.00 |
| Massarsky, B. | 11/06/19 | Research NAPP entity re connection to Purdue. | .20 | 100.00 |
| Massarsky, B. | 11/06/19 | Review latest memorandum on insurance coverage. | .20 | 100.00 |
| Massarsky, B. | 11/06/19 | Review newly produced correspondence between Debtor and its insurers. | 1.10 | 550.00 |
| Massarsky, B. | 11/06/19 | Communicate with J. Hudson re new policy evidence. | .10 | 50.00 |
| Hudson, J. | 11/07/19 | Communicate with B. Massarsky re Bermuda form coverage. | .10 | 67.50 |
| Massarsky, B. | 11/07/19 | Analyze newly produced correspondence between Purdue and its insurers re the Bermuda tower policies and claims. | 3.60 | 1,800.00 |
| Massarsky, B. | 11/07/19 | Communicate with A. Farra re connection of NAPP pharmaceuticals to Purdue re insurance policy analysis. | .10 | 50.00 |
| Hudson, J. | 11/08/19 | Confer with B. Massarsky and KCIC re correspondence between Purdue and insurers, initial results of review of new policies, and potential impact on asset. | .50 | 337.50 |
| Hudson, J. | 11/08/19 | Confer with A. Kramer re periods for which Purdue provided notice and evidence of correspondence with insurers. | .10 | 67.50 |

1

Invoice Number: 11318549
January 13, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Massarsky, B. | 11/08/19 | Review KCIC's initial analysis on additional policies recently produced. | .40 | 200.00 |
| Massarsky, B. | 11/08/19 | Analyze newly produced correspondence between Purdue and its insurers re coverage under various D&O policies. | 4.60 | 2,300.00 |
| Massarsky, B. | 11/08/19 | Meet with KCIC and J. Hudson re analysis on correspondence between Purdue and its insurers. | .50 | 250.00 |
| Massarsky, B. | 11/09/19 | Analyze newly produced correspondence between Purdue and its insurers re coverage under various D&O policies. | 1.30 | 650.00 |
| Hudson, J. | 11/12/19 | Communicate with B. Massarsky re missing policy correspondence. | .10 | 67.50 |
| Massarsky, B. | 11/12/19 | Analyze Purdue 2018 Beazley D&O policy re definitions applicable to excluded actions. | 1.10 | 550.00 |
| Massarsky, B. | 11/12/19 | Analyze Purdue policy correspondence to document examples of missing correspondence from Reed Smith / Marsh / Purdue to insurers. | 1.50 | 750.00 |
| Massarsky, B. | 11/15/19 | Confer with KCIC re progress on analyzing new policies. | .10 | 50.00 |
| Massarsky, B. | 11/18/19 | Review KCIC analysis re additional policies. | .20 | 100.00 |
| Massarsky, B. | 11/19/19 | Confer with KCIC re coding CGL policies with product exclusions. | .20 | 100.00 |
| Massarsky, B. | 11/19/19 | Draft request to Reed Smith for additional Purdue policy correspondence. | .80 | 400.00 |
| Hudson, J. | 11/20/19 | Communicate with B. Massarsky re potential applicability of CGL and cyber coverage. | .10 | 67.50 |
| Hudson, J. | 11/20/19 | Confer with A. Kramer re missing correspondence with insurers. | .30 | 202.50 |
| Hudson, J. | 11/20/19 | Confer with KCIC re summary of policy types, years, etc. | .40 | 270.00 |
| Gilbert, S. | 11/21/19 | Confer with S. Birnbaum re insurance strategy. | 1.00 | 1,500.00 |
| Hudson, J. | 11/21/19 | Analyze and summarize analysis of additional insurance materials provided by Purdue. | 4.10 | 2,767.50 |
| Hudson, J. | 11/21/19 | Confer with S. Birnbaum and S. Gilbert re coordinating on insurance asset. | .50 | 337.50 |
| Massarsky, B. | 11/21/19 | Review comments from J. Hudson re KCIC analysis of recent disclosed policies. | .50 | 250.00 |
| Hudson, J. | 11/22/19 | Confer with A. Kramer re history of correspondence with insurers. | .50 | 337.50 |
| Massarsky, B. | 11/22/19 | Confer with KCIC re analysis of D&O policies. | .30 | 150.00 |

Invoice Number: 11318549
January 13, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Massarsky, B. | 11/25/19 | Confer with KCIC re XL D&O policy re specific insured endorsement. | .40 | 200.00 |
| Massarsky, B. | 11/25/19 | Analyze cyber policy re applicability to opioid claims. | 1.10 | 550.00 |
| | | **Project Total:** | **27.80** | **$ 16,247.50** |

### A002:  Assumption / Rejection of Leases & Contracts

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 11/08/19 | Review materials for upcoming hearing. | 5.00 | 7,500.00 |
| Gilbert, S. | 11/11/19 | Confer re strategy re motions. | .50 | 750.00 |
| Quinn, K. | 11/11/19 | Confer re assumption of fee letter issues. | .30 | 285.00 |
| Quinn, K. | 11/11/19 | Review settlement proposal re fee assumption motion. | .50 | 475.00 |
| Litherland, C. | 11/11/19 | Communicate with AHC counsel re possible evidence to support assumption motion. | .40 | 500.00 |
| Litherland, C. | 11/11/19 | Telephone conference with AHC counsel re preparations for assumption motion hearing; communications with S. Gilbert re same. | .70 | 875.00 |
| Farra, A. | 11/11/19 | Telephone call with Ad Hoc Committee professionals re fee motion. | .70 | 399.00 |
| Gilbert, S. | 11/12/19 | Confer with Ad Hoc Committee counsel re strategy and US Trsutee proposal. | .90 | 1,350.00 |
| Gilbert, S. | 11/12/19 | Confer with M. Huebner and K. Eckstein re hearing and settlement. | 1.00 | 1,500.00 |
| Quinn, K. | 11/12/19 | Confer with co-counsel and C. Litherland re proposed US Trustee compromises. | .50 | 475.00 |
| Quinn, K. | 11/12/19 | Review objections to assumption of fee letter and FTI sharing agreement. | 1.00 | 950.00 |
| Quinn, K. | 11/12/19 | Confer with S. Gilbert re potential testimony in favor of fee letter assumption. | .50 | 475.00 |
| Litherland, C. | 11/12/19 | Communicate with S. Gilbert and K. Quinn re possible agreements related to assumption of fee agreement and preparations for related hearing. | .70 | 875.00 |
| Litherland, C. | 11/12/19 | Communicate with AHC counsel re assumption of fee agreement and possible resolution of US Trustee objection. | 1.80 | 2,250.00 |
| Litherland, C. | 11/12/19 | Telephone conference with counsel to discuss options. | .90 | 1,125.00 |
| Farra, A. | 11/12/19 | Telephone call re Ad Hoc Committee professionals meeting (partial); telephone call with Ad Hoc Committee professionals and Davis Polk. | .80 | 456.00 |

Invoice Number: 11318549
January 13, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Gilbert, S. | 11/13/19 | Confer with M. Huebner re proposed order and settlement. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/13/19 | Confer with K. Eckstein, confer with Ad Hoc Committee counsel re proposed order and settlement. | 3.00 | 4,500.00 |
| Quinn, K. | 11/13/19 | Revise draft letter re joinders to motion to assume fee letter. | .50 | 475.00 |
| Farra, A. | 11/13/19 | Prepare materials re S. Gilbert testimony; meet with S. Gilbert re same. | 1.50 | 855.00 |
| Gilbert, S. | 11/14/19 | Review and revise pleadings; confer with Ad Hoc Committee counsel re same. | 4.50 | 6,750.00 |
| Gilbert, S. | 11/14/19 | Confer with M. Huebner and others re proposed order and pleadings. | 1.00 | 1,500.00 |
| Farra, A. | 11/14/19 | Telephone call with Ad Hoc Committee professionals re briefing. | .30 | 171.00 |
| Farra, A. | 11/14/19 | Correspond with Ad Hoc Committee professionals and members re multiple pleadings. | .30 | 171.00 |
| Gilbert, S. | 11/15/19 | Review and revise Ad Hoc Committee brief. | 3.00 | 4,500.00 |
| Gilbert, S. | 11/15/19 | Confer with J. Rice; confer with Ad Hoc Committee re revisions to brief and order. | 2.00 | 3,000.00 |
| Gilbert, S. | 11/15/19 | Confer with K. Eckstein and M. Huebner re order and hearing. | 1.00 | 1,500.00 |
| Quinn, K. | 11/15/19 | Confer with AHC re fee motion, settlement proposals and strategy. | 1.50 | 1,425.00 |
| Litherland, C. | 11/15/19 | Review communications re request for engagement letters; communicate with S. Gilbert re details of engagement process. | .10 | 125.00 |
| Gilbert, S. | 11/18/19 | Confer with Ad Hoc Committee re hearing. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/18/19 | Confer with counsel for Ad Hoc Committee re hearing. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/18/19 | Confer with S. Birnbaum re hearing. | .50 | 750.00 |
| Gilbert, S. | 11/18/19 | Review materials and prepare for hearing while traveling to Westchester, NY. | 4.00 | 6,000.00 |
| Gilbert, S. | 11/19/19 | Attend hearing. | 6.50 | 9,750.00 |
| Gilbert, S. | 11/19/19 | Confer with Florida re hearing. | 1.00 | 1,500.00 |
| Quinn, K. | 11/19/19 | Telephonic attendance at hearing to assume fee motion. | 6.00 | 5,700.00 |
| Quinn, K. | 11/19/19 | Telephone calls with AHC members re approval hearing results. | .50 | 475.00 |
| Gilbert, S. | 11/20/19 | Confer with Ad Hoc Committee re hearing. | 1.50 | 2,250.00 |
| | | **Project Total:** | **57.90** | **$ 76,137.00** |

Invoice Number: 11318549
January 13, 2020

## A004:  Case Administration

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 11/01/19 | Review confidentiality materials. | .10 | 95.00 |
| Quinn, K. | 11/02/19 | Review Committee's revised 2019 statement. | .40 | 380.00 |
| Quinn, K. | 11/06/19 | Review and consider R. Ringer correspondence re pending motions. | .30 | 285.00 |
| Quinn, K. | 11/08/19 | Review letter from law professor and R. Ringer correspondence re AHC request re same. | .30 | 285.00 |
| Farra, A. | 11/09/19 | Analyze correspondence with Ad Hoc Committee. | .20 | 114.00 |
| Litherland, C. | 11/18/19 | Communicate with R. Ringer re by-laws. | .10 | 125.00 |
| Quinn, K. | 11/19/19 | Review updates re confidentiality documents, stipulation and depositions. | .20 | 190.00 |
| Quinn, K. | 11/19/19 | Revise draft letter re joinders. | .20 | 190.00 |
| Quinn, K. | 11/20/19 | Review news reports and counsel correspondence re Mundipharma issues. | .50 | 475.00 |
| Quinn, K. | 11/23/19 | Confer re protective order revisions. | .20 | 190.00 |
| Gilbert, S. | 11/25/19 | Confer with counsel and correspondence re protective order; review and revise same. | 5.00 | 7,500.00 |
| Gilbert, S. | 11/26/19 | Confer M. Huebner and others re protective order. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/26/19 | Confer with Ad Hoc counsel re protective order. | 1.50 | 2,250.00 |
| Quinn, K. | 11/26/19 | Confer with AHC re open issues, including protective order changes. | 1.50 | 1,425.00 |
| Farra, A. | 11/26/19 | Telephone call re Ad Hoc Committee meeting; review correspondence re same. | 1.00 | 570.00 |
| | | **Project Total:** | **12.50** | **$ 15,574.00** |

## A005:  Claims Analysis

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 11/22/19 | Confer with C. Litherland and co-counsel re bar date motion; review materials from Davis Polk re same. | 1.00 | 950.00 |
| Quinn, K. | 11/23/19 | Correspond with C. Litherland re bar date motion. | .30 | 285.00 |
| Quinn, K. | 11/23/19 | Consider bar date issues. | .50 | 475.00 |
| Litherland, C. | 11/23/19 | Analyze issues related to bar date and use of resulting data and outline same for discussion with Debtor's counsel. | 1.60 | 2,000.00 |
| Quinn, K. | 11/25/19 | Confer with AHC counsel re bar date issues. | .30 | 285.00 |
| Litherland, C. | 11/25/19 | Telephone conference with AHC counsel re proposed bar date motion. | .30 | 375.00 |

Invoice Number: 11318549
January 13, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Litherland, C. | 11/25/19 | Telephone conference with Debtor's counsel and others re proposed bar date motion. | 1.00 | 1,250.00 |
| Farra, A. | 11/25/19 | Telephone call with Ad Hoc Committee professionals re bar date. | .30 | 171.00 |
| Quinn, K. | 11/27/19 | Participate in call with Debtors re bar date motion. | 1.10 | 1,045.00 |
| Litherland, C. | 11/27/19 | Telephone conference with Debtor's counsel re proposed bar date and connection to plan process. | 1.10 | 1,375.00 |
| | | **Project Total:** | **7.50** | **$ 8,211.00** |

### A006:  Employment / Fee Applications

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Quinn, K. | 11/20/19 | Participate in call re fee statement conventions. | .50 | 475.00 |
| Holland, P. | 11/22/19 | Review order establishing procedures for payment of professionals and proposed order authorizing the Debtors to pay the fees and expenses of the Ad Hoc Committee professionals in preparation for drafting first application for fees. | 1.20 | 330.00 |
| Holland, P. | 11/23/19 | Draft monthly fee statement and exhibits. | 3.20 | 880.00 |
| Holland, P. | 11/23/19 | Research requesting compensation and reimbursement of fees pursuant to 363(b) and 365. | 1.40 | 385.00 |
| Quinn, K. | 11/27/19 | Review and provide comments to first fee statement; communicate with P. Holland re same. | .10 | 95.00 |
| Holland, P. | 11/27/19 | Revise monthly fee statement; communications with C. Grange and H. Blain @ Kramer Levin re monthly fee statement. | .30 | 82.50 |
| | | **Project Total:** | **6.70** | **$ 2,247.50** |

### A008:  Litigation: Contested Matters / Adversary Proceedings / Automatic Stay

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Quinn, K. | 11/06/19 | Attend preliminary injunction hearing telephonically (partial) | 1.50 | 1,425.00 |
| Quinn, K. | 11/23/19 | Review Tennessee subdivisions motion for leave to appeal automatic stay. | .40 | 380.00 |
| | | **Project Total:** | **1.90** | **$ 1,805.00** |

Invoice Number: 11318549
January 13, 2020

## A009:  Meetings / Communications with AHC & Creditors

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 11/04/19 | Confer with C. Litherland re strategy; confer with D. Molton re strategy. | 1.20 | 1,800.00 |
| Gilbert, S. | 11/06/19 | Review materials for meetings while traveling from Cleveland, OH to New York, NY. | 5.50 | 8,250.00 |
| Gilbert, S. | 11/07/19 | Meet with Ad Hoc Committee re strategy re Ad Hoc Committee organization. | 2.50 | 3,750.00 |
| Gilbert, S. | 11/07/19 | Meet with S. Birnbaum and Kesselman re status. | 2.00 | 3,000.00 |
| Gilbert, S. | 11/07/19 | Meet with J. Rice and others re strategy. | 1.20 | 1,800.00 |
| Gilbert, S. | 11/08/19 | Meet with Ad Hoc Committee counsel and Sackler reps. | 5.00 | 7,500.00 |
| Quinn, K. | 11/09/19 | Correspond with R. Ringer re AHC member representations. | .20 | 190.00 |
| Farra, A. | 11/12/19 | Telephone call re Ad Hoc Committee non-state members. | 1.00 | 570.00 |
| Gilbert, S. | 11/13/19 | Attend weekly call with Ad Hoc Committee. | 1.00 | 1,500.00 |
| Farra, A. | 11/13/19 | Telephone call with Ad Hoc Committee professionals. | 1.00 | 570.00 |
| Gilbert, S. | 11/21/19 | Confer with AHC counsel re strategy. | 1.00 | 1,500.00 |
| | | **Project Total:** | **21.60** | **$ 30,430.00** |

## A015:  Non-Working Travel Time (Billed @ 50%)

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 11/19/19 | Travel to Washington, DC after hearing. | 4.00 | 3,000.00 |
| | | **Project Total:** | **4.00** | **$ 3,000.00** |

|  | **TOTAL CHARGEABLE HOURS** | **139.90** | |
| | **TOTAL FEES** | | **$ 153,652.00** |

Invoice Number: 11318549
January 13, 2020

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Gilbert, S. | 4.00 | 750.00 | 3,000.00 |
| Gilbert, S. | 66.30 | 1,500.00 | 99,450.00 |
| Quinn, K. | 20.90 | 950.00 | 19,855.00 |
| Litherland, C. | 8.70 | 1,250.00 | 10,875.00 |
| Holland, P. | 6.10 | 275.00 | 1,677.50 |
| Hudson, J. | 7.70 | 675.00 | 5,197.50 |
| Massarsky, B. | 19.10 | 500.00 | 9,550.00 |
| Farra, A. | 7.10 | 570.00 | 4,047.00 |
| **TOTALS** | **139.90** | | **$ 153,652.00** |

## TASK SUMMARY

| Task | Description | Hours | Amount |
|---|---|---|---|
| A001 | Asset Analysis and Recovery | 27.80 | 16,247.50 |
| A002 | Assumption / Rejection of Leases & Contracts | 57.90 | 76,137.00 |
| A004 | Case Administration | 12.50 | 15,574.00 |
| A005 | Claims Analysis | 7.50 | 8,211.00 |
| A006 | Employment / Fee Applications | 6.70 | 2,247.50 |
| A008 | Litigation: Contested Matters / Adversary Proceedings / Automatic Stay | 1.90 | 1,805.00 |
| A009 | Meetings / Communications with AHC & Creditors | 21.60 | 30,430.00 |
| A015 | Non-Working Travel Time (Billed @ 50%) | 4.00 | 3,000.00 |

## EXPENSE DETAILS

E106 Online Research

| Date | Description | Task | Amount |
|---|---|---|---|
| 11/30/19 | Westlaw | E106 | 28.12 |
| 11/30/19 | Westlaw | E106 | 66.85 |
| 11/30/19 | PACER | E106 | 21.20 |
| | **TOTAL EXPENSES** | | **$ 116.17** |
| | **TOTAL FEES AND EXPENSES** | | **$ 153,768.17** |