Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

-------------------------------------------------------- x

**SECOND MONTHLY FEE STATEMENT OF OTTERBOURG P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE
PERIOD OF NOVEMBER 1, 2019 THROUGH AND INCLUDING NOVEMBER 30, 2019**

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Period for Which Compensation is Sought: | November 1, 2019 – November 30, 2019 |
|---|---|
| Total Amount of Fees Incurred: | $133,482.50 |
| Total Fees Requested (80%): | $106,786.00 |
| Total Reimbursement of Expenses Incurred: | $110.80 |
| Total Reimbursement of Expenses Requested (100%): | $110.80 |
| Total compensation and Reimbursement Requested in this Statement: | $106,896.80 |
| This is Applicant's: | Second Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Second Monthly Fee Statement (the "Fee Statement") for the period of November 1, 2019 through and including November 30, 2019 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $133,482.50 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $106,786.00

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,103.60[2]. The Blended hourly rate of all paraprofessionals is $305.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $110.80 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors (the "Allocation Fees"). Pursuant to the Fee Assumption Order, Applicant may request Allocation Fees through a separate application at a later date.

<u>**Notice**</u>

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests

---

[2]      The blended hourly billing rate of $1,103.60 is derived by dividing the total fees for attorneys of $131,439.00 by the total hours of 119.1.

[3]      The Blended hourly billing rate of $305.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $2,043.50 by the total hours of 6.7.

(i) compensation in the amount of $106,786.00 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $133,482.50) and (ii) payment of $110.80 for the actual, necessary expenses that Applicant incurred in connection with such services during the Statement Period.

Dated: January 13, 2020
New York, New York

OTTERBOURG P.C.

By:    /s/ *Melanie L. Cyganowski*
Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

## EXHIBIT A

**Fees By Project Category**

**SUMMARY OF COMPENSATION BY PROJECT CODE
FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU01 | Asset Analysis and Recovery | 9.7 | $10,616.50 |
| PU02 | Assumption & Rejection of Leases and Contract | 57.0 | $56,439.50 |
| PU04 | Case Administration | 8.1 | $8,977.50 |
| PU05 | Claims Analysis | 3.8 | $2,790.50 |
| PU06 | Employment and Fee Applications | 1.5 | $1,275.00 |
| PU07 | Emergency Financing | 3.0 | $3,247.50 |
| PU08 | Litigation: Contested Matters, Adversary | 10.1 | $11,777.50 |
| PU09 | Meetings and Communications w/ AHC | 21.8 | $24,621.50 |
| PU10 | Non-Working Travel (billed at 50%) | 5.5 | $6,767.50 |
| PU11 | Plan and Disclosure Statement | 5.3 | $6,969.50 |
|  | **TOTALS:** | **125.8** | **$133,482.50** |

1

## EXHIBIT B

**Professional and Paraprofessional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1315.00 | 66.6 | $87,579.00 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $850.00 | 50.7 | $43,095.00 |
| Michael R. Maizel ("MRM") Associate | 2017 | $425.00 | 1.8 | $2,043.50 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $305.00 | 6.7 | $765.00 |
| | **TOTAL** | | **125.8** | **$133,482.50** |

# EXHIBIT C

**Time Detail**

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

January 3, 2020
BILL NO. 207026

Client/Matter No.:    20186/0002
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL

For Services Rendered Through November 30, 2019:

---

Phase: PU01                              ASSET ANALYSIS AND RECOVERY

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/04/19 MLC | Analyze Documents<br>Review of discovery and protocol issues | 1.40 | 1,841.00 |
| 11/05/19 JSF | Examine Documents<br>Current Draft of Proposed Protective Order | .40 | 340.00 |
| 11/07/19 JSF | Examine Documents<br>Redline of Protective Order | .40 | 340.00 |
| 11/11/19 JSF | Examine Documents<br>Review Draft of E-Mail to Non-Supporting States re: Sharing of Financial Information | .30 | 255.00 |
| 11/11/19 MLC | Correspondence<br>Correspondence with AHC counsel re: protocol for sharing disclosure information | .80 | 1,052.00 |
| 11/12/19 JSF | Examine Documents<br>Proposal to Non-Consenting States for Information Sharing and Revisions | .30 | 255.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                   January 3, 2020
Page 2                                                        BILL NO. 207026

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/13/19 JSF | Examine Documents<br>Proposed Information Sharing Protocol with Municipalities and Non-Supporting States | .30 | 255.00 |
| 11/16/19 JSF | Telephone Call(s)<br>Call with Paul Singer, Jenni Peacock and Rachael Ringer re: States' Comments to NDA | .70 | 595.00 |
| 11/16/19 JSF | Examine Documents<br>Revised NDA from Debtors | .30 | 255.00 |
| 11/17/19 JSF | Examine Documents<br>AHC Mark-Up of NDA | .20 | 170.00 |
| 11/18/19 JSF | Examine Documents<br>Revised Proposed Stipulation with UCC and Debtors | .40 | 340.00 |
| 11/18/19 JSF | Examine Documents<br>Revised Proposed Protective Order with AHC Comments | .40 | 340.00 |
| 11/21/19 MLC | Correspondence<br>Correspondence re AHC next meeting, including potential meeting with Sacklers and other parties | .70 | 920.50 |
| 11/22/19 JSF | Examine Documents<br>Purdue updates re: Committee Meeting and States' Only Meeting | .20 | 170.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                    January 3, 2020
Page 3                                                         BILL NO. 207026

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/25/19 JSF | Examine Documents<br>Revised Protective Order | .40 | 340.00 |
| 11/25/19 MLC | Conference call(s)<br>Conference call with AHC counsel and AHC committee members re protective order issues | .70 | 920.50 |
| 11/25/19 MLC | Review/analyze<br>Review and analylsis of proposed protective order | .70 | 920.50 |
| 11/26/19 JSF | Examine Documents<br>Further Revised/Updated Protective Order | .30 | 255.00 |
| 11/26/19 MLC | Conference call(s)<br>Conference call with AHC counsel and Paul Singer re protective order issues | .80 | 1,052.00 |
| TOTAL PHASE PU01 | | 9.70 | $10,616.50 |

Phase: PU02                        ASSUMPTION & REJECTN OF LEASES & CONTRCT

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/08/19 MLC | Conference call(s)<br>Conference call with UST re motion to assume executory contract | .40 | 526.00 |

## OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                    January 3, 2020
Page 4                                                         BILL NO. 207026

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/08/19 MLC | Conference Out of Office<br>Meeting with debtors' counsel re motion to assume executory contract | .70 | 920.50 |
| 11/09/19 JSF | Examine Documents<br>Updates re: Recent Meetings and Support for Fee Letter | .80 | 680.00 |
| 11/11/19 JSF | Telephone Call(s)<br>Conference Call with Professionals re: Preparation for Hearing on Fee Letter Assumption Motion | .70 | 595.00 |
| 11/11/19 JSF | Examine Documents<br>Outline of Evidence for Fee Motion Hearing | .40 | 340.00 |
| 11/11/19 JSF | Telephone Call(s)<br>Call with R. Ringer and MLC re: Catch Up on Conference Calls and Fee Motion | .30 | 255.00 |
| 11/11/19 MLC | Conference call(s)<br>Telcon with R. Ringer re: fee agreement motion | .30 | 394.50 |
| 11/12/19 JSF | Telephone Call(s)<br>Call with Office of UST re: AHC Fee Reimbursement Motion | .50 | 425.00 |
| 11/12/19 JSF | Telephone Call(s)<br>Call with Debtors' Counsel re: Fee Reimbursement Motion and Objections | .30 | 255.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                   January 3, 2020
Page 5                                                        BILL NO. 207026

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/12/19 JSF | Examine Documents Review UCC Objection to Fee Reimbursement Motion | .80 | 680.00 |
| 11/12/19 MLC | Telephone Call(s) Telcon with UST re motion to assume executory agreement | .40 | 526.00 |
| 11/12/19 MLC | Conference call(s) Conference call with AHC counsel concerning motion to assume executory agreement | 1.00 | 1,315.00 |
| 11/13/19 JSF | Examine Documents Draft Pleadings in Support of Fee Reimbursement Letter | .30 | 255.00 |
| 11/13/19 JSF | Examine Documents Additional Objections to Fee Reimbursement Letter | 1.20 | 1,020.00 |
| 11/13/19 JSF | Telephone Call(s) Call with Debtors' Counsel and Kramer Levin to Prepare for Hearing on Assumption of Fee Letter | .50 | 425.00 |
| 11/13/19 JSF | Examine Documents Draft Pleading of States in Support of Assumption of Fee Letter | .30 | 255.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                          January 3, 2020
Page 6                                                BILL NO. 207026

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/13/19<br>MLC | Conference call(s)<br>Conference call with AHC counsel<br>concerning pending fee agreement motion | .70 | 920.50 |
| 11/13/19<br>MLC | Conference call(s)<br>Conference call with AHC counsel and<br>Debtors' counsel re fee agreement | .80 | 1,052.00 |
| 11/14/19<br>JSF | Examine Documents<br>Statements in Support of Motion to Assume<br>Fee Agreement | .40 | 340.00 |
| 11/14/19<br>JSF | Telephone Call(s)<br>Call with AHC Professionals re:<br>Preparation for Hearing and Support for<br>Motion to Assume Fee Letter | .70 | 595.00 |
| 11/14/19<br>JSF | Examine Documents<br>Proposed Order re: Assumption of Fee Letter | .30 | 255.00 |
| 11/14/19<br>JSF | Examine Documents<br>Review AHC Statement in Support of Fee<br>Assumption Motion | 2.40 | 2,040.00 |
| 11/14/19<br>JSF | Telephone Call(s)<br>Follow-Up Call with AHC Professionals re:<br>Statement in Support of Fee Assumption<br>Motion | .30 | 255.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

Client/Matter: 20186/0002                                January 3, 2020
Page 7                                                   BILL NO. 207026

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/14/19<br>JSF | Prepare Legal Papers<br>Draft Declaration in Support by State of<br>Florida re: Fee Assumption Motion | 1.80 | 1,530.00 |
| 11/14/19<br>JSF | Prepare Legal Papers<br>Draft Statement in Support by Non-Member<br>County re: Fee Assumption Letter | .80 | 680.00 |
| 11/14/19<br>JSF | Examine Documents<br>Debtor's Declaration in Support of Fee<br>Assumption | .40 | 340.00 |
| 11/14/19<br>MLC | Review/analyze<br>Review and revise draft reply in support of<br>fee agreement | 1.70 | 2,235.50 |
| 11/14/19<br>MLC | Conference call(s)<br>Conference call with AHC Professionals re:<br>Fee Letter | .60 | 789.00 |
| 11/14/19<br>MLC | Review/analyze<br>Review of consenting states compilation of<br>joinders | .80 | 1,052.00 |
| 11/14/19<br>JKH | Review Documents<br>Review of AHC Fee Motion Objections | .80 | 244.00 |
| 11/14/19<br>JKH | Prepare Chart(s)<br>Prepare list of state joinders | .10 | 30.50 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                    January 3, 2020
Page 8                                                         BILL NO. 207026

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/15/19<br>JSF | Examine Documents<br>Ad Hoc Statement in Support of Motion to<br>Assume Fee Agreement | 1.80 | 1,530.00 |
| 11/15/19<br>JSF | Examine Documents<br>Debtors' Reply and Declaration re: Motion<br>to Assume Fee Agreement | 1.20 | 1,020.00 |
| 11/15/19<br>JSF | Prepare Legal Papers<br>Notice of Supporting States and<br>Territories' Statements in Support of Fee<br>Motion | .80 | 680.00 |
| 11/15/19<br>JSF | Examine Documents<br>Review and Assemble Supporting States and<br>Territories' Statements in Support of Fee<br>Motion | 2.20 | 1,870.00 |
| 11/15/19<br>JSF | Correspondence<br>Supporting States and Territories Re:<br>Statements in Support of Fee Motion | .20 | 170.00 |
| 11/15/19<br>JSF | Prepare Legal Papers<br>Revise Draft Statement in Support of Fee<br>Motion for Supporting County | .30 | 255.00 |
| 11/15/19<br>MLC | Review/analyze<br>Review and analysis of opposition to fee<br>agreement by Ad Hocs | 2.20 | 2,893.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:    20186/0002                            January 3, 2020
Page 9                                                  BILL NO. 207026

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/15/19 JKH | Filing Papers in Court<br>Filing statement in support of AHC motion, including multiple exhibits via ECF | .60 | 183.00 |
| 11/15/19 JKH | Prepare Legal Papers<br>Reviewing each supporting states' declarations in support to prepare for filing | 1.70 | 518.50 |
| 11/15/19 JKH | Prepare Legal Papers<br>Preparing separate exhibits for each state's declaration in support of AHC motion for filing | 1.60 | 488.00 |
| 11/15/19 JKH | Review/analyze<br>Reviewing each state exhibit for any corrections | .70 | 213.50 |
| 11/15/19 JKH | Review Documents<br>Receiving and reviewing emails with attached state statements in support of AHC motion; updating list re: receipt of same | .40 | 122.00 |
| 11/16/19 MLC | Review/analyze<br>Review of UCC papers in opposition to AHC fee agreement | 2.20 | 2,893.00 |
| 11/18/19 JSF | Prepare Legal Papers<br>Prepare Supplemental Notice in Support of Fee Motion (Statement in support of Puerto Rico) | .30 | 255.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                         January 3, 2020
Page 10                                                             BILL NO. 207026

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/18/19 JSF | Examine Documents<br>Puerto Rico Statement in Support of Fee Motion | .20 | 170.00 |
| 11/18/19 JSF | Examine Documents<br>Prepare for Hearing on Assumption of Fee Letter - Declarations in Support and Objections | .80 | 680.00 |
| 11/18/19 MLC | Filing Papers in Court<br>Preparation for fee agreement hearing | 2.40 | 3,156.00 |
| 11/18/19 MLC | Conference call(s)<br>Telcon with DPW re: fee agreement | .40 | 526.00 |
| 11/18/19 MLC | Conference call(s)<br>Telcon with K. Eckstein in preparation for fee hearing | .50 | 657.50 |
| 11/18/19 MLC | Review/analyze<br>Review of proposed revisions to proposed fee agreement order | 1.40 | 1,841.00 |
| 11/18/19 JKH | Prepare Legal Papers<br>Preparing and filing certificate of service re: consenting states' support of AHC fee motion | .40 | 122.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                January 3, 2020
Page 11                                                    BILL NO. 207026

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/18/19<br>JKH | Filing Papers in Court<br>Preparing and filing supplemental<br>statement re: consenting states' support<br>of AHC fee motion | .20 | 61.00 |
| 11/19/19<br>JSF | Conference out of Office<br>Attendance at Hearing re: Assumption of Fee<br>Agreement | 4.50 | 3,825.00 |
| 11/19/19<br>MLC | Attendance at Hearing<br>Re: approval of AHC fee agreement | 4.50 | 5,917.50 |
| 11/19/19<br>MLC | Preparation for Court<br>Re: fee agreement hearing | 1.50 | 1,972.50 |
| 11/20/19<br>MLC | Review/analyze<br>Review of proposed order allowing AHC fee<br>agreement | 1.10 | 1,446.50 |
| 11/22/19<br>JSF | Examine Documents<br>Status of Entry of Fee Letter Assumption<br>Order | .20 | 170.00 |
| 11/25/19<br>MLC | Conference call(s)<br>Telcon with Eckstein re: proposed orders | .40 | 526.00 |
| 11/25/19<br>MLC | Review/analyze<br>Review and analysis of proposed changes to<br>fee agreement | .80 | 1,052.00 |
| TOTAL PHASE PU02 | | 57.00 | $56,439.50 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                           January 3, 2020
Page 12                                               BILL NO. 207026

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

---

Phase: PU04                                    CASE ADMINISTRATION

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/01/19 JSF | Examine Documents<br>List of Action Items | .60 | 510.00 |
| 11/01/19 MLC | Correspondence<br>Review of draft correspondence to DPW re:<br>AHC counsel | .60 | 789.00 |
| 11/05/19 MLC | Correspondence<br>Review of correspondence re: Friday<br>meeting with Sacklers | .60 | 789.00 |
| 11/06/19 JSF | Examine Documents<br>AHC Update and Agenda for Meeting | .80 | 680.00 |
| 11/07/19 MLC | Draft/revise<br>Revise draft email to DPW re: counsel to AHC | .80 | 1,052.00 |
| 11/11/19 MLC | Conference call(s)<br>Conference call with Markowitz and Neiger<br>re: their AHC | .50 | 657.50 |
| 11/11/19 MLC | Correspondence<br>Correspondence with UCC counsel | .40 | 526.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                   January 3, 2020
Page 13                                                       BILL NO. 207026

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/12/19 JSF | Research Re: Substantial Contribution Standard | .60 | 510.00 |
| 11/12/19 JSF | Telephone Call(s) Calls with Other AHC Professionals re: November 19th Hearing and Motion to Approve Fee Letter | .60 | 510.00 |
| 11/15/19 MLC | Conference call(s) Telcon with R. Ringer and K. Eckstein in preparatation for fee hearing | .60 | 789.00 |
| 11/20/19 JSF | Telephone Call(s) Conference Call with Professionals to Discuss Next AHC Meeting, Agenda and Next Steps with Debtors | 1.00 | 850.00 |
| 11/20/19 MLC | Conference call(s) Conference call with counsel for AHC to discuss next steps | 1.00 | 1,315.00 |
| TOTAL PHASE PU04 | | 8.10 | $8,977.50 |

Phase: PU05                                               CLAIMS ANALYSIS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                 January 3, 2020
Page 14                                                     BILL NO. 207026

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/24/19 MRM | Review of Documents<br>Review proposed ballots, notice presentation | 1.20 | 510.00 |
| 11/25/19 JSF | Examine Documents<br>Bar Date Motion Materials and Draft POC Forms | .50 | 425.00 |
| 11/25/19 JSF | Telephone Call(s)<br>Call with Co-Counsel re: Debtors' Bar Date Materials | .30 | 255.00 |
| 11/25/19 JSF | Telephone Call(s)<br>Call with Debtors re: Bar Date | .50 | 425.00 |
| 11/25/19 MLC | Conference call(s)<br>Conference call with AHC counsel re bar date motion | .70 | 920.50 |
| 11/25/19 MRM | Telephone Call(s)<br>Confer with JSF in prep. for conference call (.3); participate in conf. call re: proposed bar date and notice procedures (.3) | .60 | 255.00 |

TOTAL PHASE PU05                                             3.80        $2,790.50

Phase: PU06                                    EMPLOYMENT & FEE APPLICATIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

Client/Matter: 20186/0002
Page 15

January 3, 2020
BILL NO. 207026

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/28/19 JSF | Prepare Legal Papers<br>Begin Preparation of Monthly Fee Statement | 1.50 | 1,275.00 |
| TOTAL PHASE PU06 | | 1.50 | $1,275.00 |

Phase: PU07                                     EMERGENCY FINANCING

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/11/19 JSF | Telephone Call(s)<br>Call with Counsel (Ed Neiger and Others) to Committee of Individual Claimants Impacted by Opioids | .50 | 425.00 |
| 11/12/19 JSF | Telephone Call(s)<br>Pre-Call with Members of AHC re: Preparation for First Call to Discuss Emergency Relief Fund | .50 | 425.00 |
| 11/12/19 MLC | Conference call(s)<br>Conference call re ERF | .90 | 1,183.50 |
| 11/13/19 JSF | Telephone Call(s)<br>Call with Pamela Thurmond (City of Philadelphia) re: Emergency Relief Fund Meeting | .30 | 255.00 |
| 11/13/19 JSF | Correspondence<br>R. Ringer and M. Cyganowski re: Follow-Up on Emergency Relief Fund Call | .20 | 170.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    January 3, 2020
Page 16                                                        BILL NO. 207026

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/18/19 MLC | Conference call(s) Conference call with states members on AHC re: EFR | .60 | 789.00 |
| **TOTAL PHASE PU07** | | **3.00** | **$3,247.50** |

---

Phase: PU08                          LITIGATION: CONTESTED MATTERS, ADVERSARY

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/01/19 MLC | Review/analyze Review of draft stipulation re: injunction by non-consenting states with company | 1.80 | 2,367.00 |
| 11/05/19 JSF | Examine Documents Revised UCC Stipulation and Injunction | .40 | 340.00 |
| 11/05/19 MLC | Review/analyze Review of stipulation with UCC | 1.10 | 1,446.50 |
| 11/06/19 JSF | Telephone Call(s) Listen by Teleconference to Injunction Hearing (partial) | 1.50 | 1,275.00 |
| 11/06/19 MLC | Attendance at Hearing Attended contested hearing in White Plains re preliminary injunction motion | 2.00 | 2,630.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                    January 3, 2020
Page 17                                                        BILL NO. 207026

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/06/19 MLC | Telephone Call(s) Telcon with Andrew Troop re preliminary injunction hearing and related issues | .60 | 789.00 |
| 11/06/19 MLC | Analysis of Memorandum Reviewed and analyzed memoranda filed in connection with injunction hearing | 1.60 | 2,104.00 |
| 11/06/19 JKH | Review Documents Review filed documents and agenda prepare same for injunction hearing | .20 | 61.00 |
| 11/07/19 JSF | Examine Documents Amended Case Stipulation with UCC | .40 | 340.00 |
| 11/14/19 JSF | Examine Documents Stipulation with UCC and Debtors | .50 | 425.00 |
| TOTAL PHASE PU08 | | 10.10 | $11,777.50 |

Phase: PU09                          MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/07/19 JSF | Telephone Call(s) Ad Hoc Committee Weekly Update Call | 1.40 | 1,190.00 |

## OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                        January 3, 2020
Page 18                                                            BILL NO. 207026

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/07/19<br>MLC | Conference call(s)<br>Conference call with AHC to update re: recent court hearing and other pending developments | 1.40 | 1,841.00 |
| 11/07/19<br>MLC | Conference(s) in Office<br>Conference with AHC Members in preparation for meeting with company and family | .60 | 789.00 |
| 11/07/19<br>MLC | Correspondence<br>Correspondence with Singer and Peacock in preparation for meeting with company and family | 1.30 | 1,709.50 |
| 11/12/19<br>JSF | Telephone Call(s)<br>Call with Consenting States re: Update on Bankruptcy Case and Injunction | .70 | 595.00 |
| 11/12/19<br>JSF | Examine Documents<br>Agenda for Update Call with Consenting States | .30 | 255.00 |
| 11/12/19<br>JSF | Telephone Call(s)<br>Call with Reps of Debors, UCC, Consenting AHC, and Non-Consenting States re: Emergency Relief Fund | .90 | 765.00 |
| 11/12/19<br>JSF | Correspondence<br>E-Mail to Assistant Attorney General for Georgia re: Emergency Relief Fund Call | .40 | 340.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                    January 3, 2020
Page 19                                                        BILL NO. 207026

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/12/19<br>JSF | Examine Documents<br>Recent Updates to AHC re: Preparation for<br>States Only Call | .60 | 510.00 |
| 11/13/19<br>JSF | Telephone Call(s)<br>Call with States Reps (FL, TN, TX) and<br>Kramer Levin re: Prep for November 19th<br>Hearing | .50 | 425.00 |
| 11/13/19<br>JSF | Telephone Call(s)<br>Weekly AHC Update Conference Call | 1.00 | 850.00 |
| 11/13/19<br>MLC | Conference call(s)<br>Conference call with supporting AHC states<br>re ERF and motion to assume executory<br>contract | .50 | 657.50 |
| 11/13/19<br>MLC | Conference call(s)<br>Conference call meeting with AHC counsel<br>and committee members re fee agreement and<br>ERF update | 1.10 | 1,446.50 |
| 11/14/19<br>JSF | Correspondence<br>Supporting States (Members and<br>Non-Members) re: Statements in Support of<br>Fee Letter Assumption | .40 | 340.00 |
| 11/14/19<br>JSF | Examine Documents<br>Updates to AHC Members | .40 | 340.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    January 3, 2020
Page 20                                                        BILL NO. 207026

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/15/19 JSF | Telephone Call(s) Conference Call with Ad Hoc Committee re: Stip with UCC and Motion to Assume Fee Letter | 1.50 | 1,275.00 |
| 11/15/19 JSF | Telephone Call(s) Christine Horn (Georgia) re: Statement in Support | .10 | 85.00 |
| 11/15/19 JSF | Telephone Call(s) Anne Haught re: Statement in Support | .10 | 85.00 |
| 11/15/19 MLC | Conference call(s) Conference call with AHC members and co-counsel (MLC portion) | 1.00 | 1,315.00 |
| 11/15/19 MLC | Conference call(s) Conference call with AHC co-counsel | .60 | 789.00 |
| 11/15/19 MLC | Correspondence Correspondence with state AHC members re: upcoming fee agreement hearing | .90 | 1,183.50 |
| 11/15/19 MLC | Correspondence Correspondece with FL re: position re: proposal by the AHC re: ERF | .30 | 394.50 |
| 11/16/19 MLC | Correspondence Correspondence with AHC in preparation for hearing | .90 | 1,183.50 |

# Otterbourg P.C.

### 230 Park Avenue
### New York, NY  10169-0075

Client/Matter:   20186/0002                                January 3, 2020
Page 21                                                     BILL NO. 207026

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/19/19 MLC | Conference(s) in Office Meeting with certain state representaive members on AHC re: fee agreement and next steps | .60 | 789.00 |
| 11/20/19 MLC | Conference(s) in Office Meeting with D. Molton and A. Troop | 1.00 | 1,315.00 |
| 11/20/19 MLC | Correspondence Correspondence with AHC members re: Nov. 19 hearing | .70 | 920.50 |
| 11/21/19 MLC | Correspondence Correspondence with States re coordinating meeting re ERF and related issues | .60 | 789.00 |
| 11/22/19 MLC | Correspondence Correspondence with States scheduling AHC meeting in NYC in December | .40 | 526.00 |
| 11/25/19 JSF | Telephone Call(s) Call with States' Representatives re: Protective Order | .40 | 340.00 |
| 11/25/19 MLC | Telephone Call(s) Telcon with AHC members re upcoming scheduling of meetings | .40 | 526.00 |
| 11/25/19 MLC | Correspondence Correspondence with AHC counsel re: various requests by UCC counsel | .80 | 1,052.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:    20186/0002                                    January 3, 2020
Page 22                                                         BILL NO. 207026

TOTAL PHASE PU09                              21.80            $24,621.50

Phase: PU10                                        NON-WORKING TRAVEL

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/06/19 MLC | Non-Working Travel<br>Travel to and from Courthouse in White Plains for injunction hearing (billed at half time) | 2.00 | 2,630.00 |
| 11/19/19 JSF | Conference out of Office<br>Travel to and From Court (Billed at Half) | 1.00 | 850.00 |
| 11/19/19 MLC | Travel Time<br>Travel (non-working) to and from court (billed at half time) | 2.50 | 3,287.50 |

TOTAL PHASE PU10                              5.50             $6,767.50

Phase: PU11                              PLAN & DISCLOSURE STATEMENT

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/08/19 MLC | Conference Out of Office<br>Attended settlement meeting at KL with Sackler and Debtor advisors | 4.50 | 5,917.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    January 3, 2020
Page 23                                                        BILL NO. 207026

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/08/19 MLC | Conference(s) in Office Pre-meeting with non-consenting states and AHC counsel in preparation for settlement meeting with Sackler and Debtor advisors | .80 | 1,052.00 |
| | | | |
| TOTAL PHASE PU11 | | 5.30 | $6,969.50 |
| | TOTAL FOR SERVICES | | $133,482.50 |

# **EXHIBIT D**

**Summary of Actual and Necessary Expenses**

## SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE STATEMENT PERIOD

| Expense Category | Total Expenses |
|---|---|
| Laser Copies ($.10 per page) | $91.30 |
| Transportation | $19.50 |
| **TOTAL:** | **$110.80** |

## __EXHIBIT E__

## Expense Detail

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    January 3, 2020
Page 24                                                        BILL NO. 207026

DISBURSEMENTS FOR YOUR ACCOUNT

    Laser Copies                                                    91.30

    Transportation                                                  19.50

                                      TOTAL DISBURSEMENTS           110.80