**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | **Case No. 19-23649 (RDD)** |
| Debtors. | **(Jointly Administered)** |

**FIRST MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM SEPTEMBER 16, 2019 THROUGH SEPTEMBER 30, 2019**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | September 16, 2019 through September 30, 2019 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---:|
| Total Compensation Incurred | $51,236.29[2] |
| Less 20% Holdback | $10,247.26 |
| Total Reimbursement Requested | $0 |
| Total Compensation and Reimbursement Requested in this Statement | $40,989.03 |

**This is a(n):    X** Monthly Application    __    Interim Application __    Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from September 16, 2019 Through September 30, 2019* (this "**Fee Statement**").[3]    By this Fee Statement, A&P seeks (i) compensation in the amount of

---

[2]  This amount reflects a reduction in fees in the amount of $9,041.71 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3] The period from September 16, 2019, through and including September 30, 2019, is referred to herein as the "**Fee Period**."

$40,989.03 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $51,236.29) and (ii) payment of $0 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, counsel, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $51,236.29 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $40,989.03.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $842.70.[4]

3.      A&P did not incur or disburse any expenses during the Fee Period.

4.      Attached hereto as **Exhibit C** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

---

[4] This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

- 3 -

**<u>Notice</u>**

5.      A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A&P submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $40,989.03, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $51,236.29) and (ii) payment of $0 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

January14, 2020                                                     Respectfully submitted,


                                                                    By:   /s/ Rory Greiss
                                                                    **ARNOLD & PORTER KAYE
                                                                    SCHOLER LLP**
                                                                    Rory Greiss
                                                                    250 West 55th Street
                                                                    New York, New York 10019
                                                                    rory.greiss@arnoldporter.com

                                                                          **- AND-**

                                                                    Rosa J. Evergreen
                                                                    601 Massachusetts Ave, NW
                                                                    Washington, DC 2001-3743
                                                                    rosa.evergreen@arnoldporter.com

                                                                    *Special Counsel to the Debtors*

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous - General Advice | 14.80 | 10,795.85 |
| Amneal Pharmaceuticals, LLC | 6.60 | 6,223.27 |
| Harm Reduction Therapeutics | 27.50 | 25,614.75 |
| Rhodes Technologies | 1.50 | 1,422.90 |
| Project Artic | 3.50 | 2,275.02 |
| Project Windshield | 3.70 | 2,565.30 |
| Amendment to Shionogi Collaboration | 3.20 | 2,339.20 |
| **Total[5]** | **60.80** | **$51,236.29** |

---

[5] This amount reflects a reduction in fees in the amount of $9,041.71 on account of voluntary discounts on fees as described in the Retention Application.

## **Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Wallace, William | Partner | 1980 | 1,080.00 | 18.2 | 19,656.00 |
| Abramowitz, Laurie | Partner | 1988 | 1,125.00 | 0.8 | 900.00 |
| Greiss, Rory | Partner | 1981 | 1,125.00 | 22.1 | 24,862.50 |
| Kosaras, Andras | Counsel | 2002 | 845.00 | 0.6 | 507.00 |
| Rothman, Eric | Counsel | 2008 | 860.00 | 4.8 | 4,128.00 |
| Conway, Tyler | Associate | 2015 | 715.00 | 9.5 | 6,792.50 |
| Rosato, Danielle | Associate | 2015 | 715.00 | 4.8 | 3,432.00 |
| **Total** | | | | **60.80** | **60,278.00** |
| Less 15% Discount | | | | | (9,041.71) |
| Discounted Total | | | | | 51,236.29 |
| Less 20% Holdback | | | | | (10,247.26) |
| **Total Amount Requested Herein** | | | | | **$40,989.03** |

**<u>Exhibit C</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**
**Philip C. Strassburger, Esq.**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

October 2, 2019
Invoice # 30106031
EIN 53-0208605

**Client/Matter # 1049218.00001**

Miscellaneous

1000000570

| | | |
|---|---|---|
| **For Legal Services Rendered through September 30, 2019** | $ | 12,701.00 |
| Less Discount: | | <u>-1,905.15</u> |
| **Fee Total** | | **10,795.85** |
| **Total Amount Due** | $ | <u>10,795.85</u> |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**      Arnold & Porter Kaye Scholer LLP
                       P.O. Box 759451
                       Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 2, 2019                                                                              Invoice # 30106031

**(1049218.00001)**
**Miscellaneous**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Tyler Conway | 09/16/19 | 6.50 | Review of termination provisions in license and distribution agreements; prepared summaries relating to the same |
| Tyler Conway | 09/18/19 | 2.20 | Review of termination provisions in license and distribution agreements |
| Rory Greiss | 09/19/19 | 1.10 | Review and comment on memo re: termination provisions of DSA and PLA's drafted by T. Conway. |
| William E. Wallace | 09/19/19 | 0.80 | Review memo re: Terminal Dates. |
| Rory Greiss | 09/20/19 | 1.50 | Continued work re: memo on termination of DSA and PLAs with T. Conway and B. Wallace; send draft of memo to R. Kreppel. |
| William E. Wallace | 09/20/19 | 0.40 | Review termination data chart and revisions. |
| Tyler Conway | 09/20/19 | 0.80 | Revised summary of termination provisions of Patent License and Settlement Agreements |
| Rory Greiss | 09/23/19 | 1.50 | Work re: memo on terminations of DSA and PLAs. |
| **Total Hours** | | **14.80** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 4.10 | 1,125.00 | 4,612.50 |
| William E. Wallace | 1.20 | 1,080.00 | 1,296.00 |
| Tyler Conway | 9.50 | 715.00 | 6,792.50 |
| **TOTAL** | **14.80** | | **12,701.00** |

**Total Current Amount Due**                                                    **$10,795.85**

Page 1

# Arnold&Porter

Purdue Pharma L.P.                                                    October 2, 2019
Philip C. Strassburger, Esq.                                   Invoice # 30101997
One Stamford Forum                                               EIN 53-0208605
Dept. VN: 1008442
Stamford, CT  06901-3431

Client/Matter # 1049218.00127

Amneal Pharmaceuticals, LLC

20180001638

| | | |
|---|---|---|
| For Legal Services Rendered through September 30, 2019 | $ | 7,321.50 |
| Discount | | -1,098.23 |
| Total Amount Due | $ | 6,223.27 |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                          Arnold & Porter Kaye Scholer LLP
                                             P.O. Box 759451
                                             Baltimore, MD  21275-9451

Please include invoice number on all remittances

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

October 2, 2019                                                                     Invoice # 30101997


(1049218.00127)
Amneal Pharmaceuticals, LLC


Legal Services:


| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 09/18/19 | 2.80 | Conference call with R. Kreppel and B. Wallace; review Kashiv DSA and Settlement Agreement; begin drafting agreement for Kashiv to appoint Amneal as sub-distributor. |
| William E. Wallace | 09/18/19 | 1.00 | Call from Kreppel; review Kashiv Distribution Agreement; discussion with Greiss. |
| Rory Greiss | 09/19/19 | 1.50 | Continued work re: Kashiv/Amneal subdistributor agreement; finalize draft with B. Wallace and send to Purdue team; review comments from R. Inz, etc. |
| William E. Wallace | 09/19/19 | 1.30 | Reviewing / revising Kashiv/ Amneal agreement; discussion with Greiss. |
| Total Hours | | 6.60 | |


Legal Services-Attorney Summary

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 4.30 | 1,125.00 | 4,837.50 |
| William E. Wallace | 2.30 | 1,080.00 | 2,484.00 |
| TOTAL | 6.60 | | 7,321.50 |


Total Current Amount Due                                                           $6,223.27

# Arnold&Porter

Purdue Pharma L.P.                                                                October 2, 2019
Attn: Maria Barton                                                           Invoice # 30101998
General Counsel                                                                 EIN 53-0208605
One Stamford Forum
Dept. VN:  1008442
Stamford, CT  06901-3431


Client/Matter # 1049218.00128

Harm Reduction Therapeutics

20180001766


| | | |
|---|---|---|
| For Legal Services Rendered through September 30, 2019 | $ | 30,135.00 |
| Discount | | -4,520.25 |
| Total Amount Due | $ | 25,614.75 |


Wire Transfer Instructions:

|  | Account Name: | Arnold & Porter Kaye Scholer LLP |
|---|---|---|
|  | Bank Info: | Wells Fargo Bank NA |
|  |  | 420 Montgomery Street |
|  |  | San Francisco, CA  94104 |
|  | Account Number: | 4127865475 |
|  | ABA Number: | 121000248 |
|  | Swift Code: | WFBIUS6S |
| Or Remit To: |  | Arnold & Porter Kaye Scholer LLP |
|  |  | P.O. Box 759451 |
|  |  | Baltimore, MD  21275-9451 |

Please include invoice number on all remittances

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

October 2, 2019                                                                  Invoice # 30101998

(1049218.00128)
Harm Reduction Therapeutics

Legal Services:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 09/19/19 | 3.10 | Draft Development Agreement for $2.5 million funding for development of naloxone internasal spray product. |
| William E. Wallace | 09/19/19 | 1.20 | Revising development agreement; discussion with Greiss. |
| Rory Greiss | 09/20/19 | 1.50 | Continued work in connection with Development Agreement; correspondence and teleconference with Strassburger, etc. |
| William E. Wallace | 09/20/19 | 0.30 | Review comments re: development agreement. |
| Rory Greiss | 09/23/19 | 1.00 | Continued work re: finalization of funding agreement. |
| William E. Wallace | 09/23/19 | 2.50 | Revising Development Agreement; conference call with HRT; discussion with Greiss. |
| Laurie Abramowitz | 09/24/19 | 0.80 | Telephone conference with B. Wallace, A. Kosaras, R. Inz and S. DiFazio; reviewing revised Agreement. |
| Rory Greiss | 09/24/19 | 0.80 | Continued work re: agreement for funding development of naloxone intranasal spray product. |
| William E. Wallace | 09/24/19 | 2.30 | Review comments; conference call with Inz and Finetta; revising agreement. |
| Andras Kosaras | 09/24/19 | 0.60 | Review revised draft development agreement with HRT and provide comments to R. Greiss, L. Abramowitz and W. Wallace re same; phone call with P. Strassburger and Purdue team re same. |
| William E. Wallace | 09/25/19 | 1.80 | Follow up on open items; revising agreement, preparing summary. |
| Rory Greiss | 09/26/19 | 0.80 | Correspondence etc., re: funding agreement and future funding agreements, etc. |
| William E. Wallace | 09/26/19 | 1.70 | Revising HRT agreement; discussion with Greiss. |
| Rory Greiss | 09/27/19 | 4.80 | Draft next phase funding agreement; conference call with R. Inz and P. Strassburger re: next 3 HRT agreements with B. Wallace; revise draft of next phase agreement, etc. |
| William E. Wallace | 09/27/19 | 2.80 | Preparing further HRT agreements; call with Strassburger and Inz; discussion with Greiss. |
| William E. Wallace | 09/30/19 | 1.50 | Review comments from Inz and Strassburger; prepare riders for HRT agreement. |

Total Hours                      27.50

October 2, 2019                                                                                                     Invoice # 30101998

Legal Services-Attorney Summary

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Laurie Abramowitz | 0.80 | 1,125.00 | 900.00 |
| Rory Greiss | 12.00 | 1,125.00 | 13,500.00 |
| William E. Wallace | 14.10 | 1,080.00 | 15,228.00 |
| Andras Kosaras | 0.60 | 845.00 | 507.00 |
| TOTAL | 27.50 | | 30,135.00 |

Total Current Amount Due                                                                          $25,614.75

# Arnold&Porter

Purdue Pharma L.P.                                          October 2, 2019
Philip Strassburger, Esq.                              Invoice # 30102000
One Stamford Forum                                     EIN 53-0208605
Stamford, CT  06901-3431


Client/Matter # 1049218.00132

Rhodes Technologies

20180001916


For Legal Services Rendered through September 30, 2019        $        1,674.00

                                                                      -251.10

Total Amount Due                                             $        1,422.90


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

Please include invoice number on all remittances

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

October 2, 2019

Invoice # 30102000

(1049218.00132)
Rhodes Technologies

Legal Services:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| William E. Wallace | 09/16/19 | 0.30 | Review issues re: Butrans distribution agreement; discussion with Greiss. |
| Rory Greiss | 09/17/19 | 1.20 | Review distribution agreement between Purdue and Rhodes; correspondence with Strassburger, etc. |
| Total Hours | | 1.50 | |

Legal Services-Attorney Summary

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 1.20 | 1,125.00 | 1,350.00 |
| William E. Wallace | 0.30 | 1,080.00 | 324.00 |
| TOTAL | 1.50 | | 1,674.00 |

Total Current Amount Due                    $1,422.90

Page 1

# Arnold&Porter

Purdue Pharma L.P.
Attn: Phillip C. Strassburger
Vice President & General Counsel
One Stramford Forum
Stramford, CT  06901

October 2, 2019
Invoice # 30106035
EIN 53-0208605

Client/Matter # 1049218.00135

Project Artic

20190002247

| | | |
|---|---|---|
| **For Legal Services Rendered through September 30, 2019** | $ | 2,676.50 |
| Discount: | | <u>-401.48</u> |
| **Fee Total** | | 2,275.02 |
| **Total Amount Due** | $ | <u>2,275.02</u> |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:          Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 2, 2019

**(1049218.00135)**
Project Artic

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Danielle Rosato | 09/27/19 | 0.70 | Reviewed revised draft Development Agreement Artic. |
| Danielle Rosato | 09/30/19 | 1.60 | Conference with Purdue team re: revised draft; email correspondence re: the same; de-brief with E. Rothman re: the same. |
| Eric Rothman | 09/30/19 | 1.20 | TC with Purdue to discuss Artic draft. |
| **Total Hours** | | **3.50** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 1.20 | 860.00 | 1,032.00 |
| Danielle Rosato | 2.30 | 715.00 | 1,644.50 |
| **TOTAL** | **3.50** | | **2,676.50** |

**Total Current Amount Due** $2,275.02

# Arnold&Porter

Purdue Pharma L.P.                                          October 2, 2019
Attn: Phillip C. Strassburger                          Invoice # 30106037
Vice President & General Counsel                        EIN 53-0208605
One Stramford Forum
Stramford, CT  06901


Client/Matter # 1049218.00140

Project Windshield

20190002276


| For Legal Services Rendered through September 30, 2019 | $ | 3,018.00 |
|---|---|---|
| Discount: | | -452.70 |
| Fee Total | | 2,565.30 |
| Total Amount Due | $ | 2,565.30 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                         Arnold & Porter Kaye Scholer LLP
                                     P.O. Box 759451
                                     Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 2, 2019                                                                                   Invoice # 30106037

**(1049218.00140)**
Project Windshield

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 09/19/19 | 0.50 | Review K.M.'s revised term sheet. |
| William E. Wallace | 09/26/19 | 0.30 | Discussion with Rothman re: various issues. |
| Danielle Rosato | 09/30/19 | 2.50 | Reviewed executed term sheet; began drafting Development Agreement. |
| Eric Rothman | 09/30/19 | 0.40 | TC with Purdue to discuss Windshield Term Sheet. |
| **Total Hours** | | **3.70** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 0.50 | 1,125.00 | 562.50 |
| Eric Rothman | 0.40 | 860.00 | 344.00 |
| William E. Wallace | 0.30 | 1,080.00 | 324.00 |
| Danielle Rosato | 2.50 | 715.00 | 1,787.50 |
| **TOTAL** | **3.70** | | **3,018.00** |

**Total Current Amount Due**                                                           **$2,565.30**

# Arnold&Porter

Purdue Pharma L.P.                                           November 5, 2019
Attn: Phillip C. Strassburger                          Invoice # 30106741
Vice President & General Counsel                       EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00144

Amendment to Shionogi Collaboration

20190002605


| | | |
|---|---|---|
| **For Legal Services Rendered through September 30, 2019** | $ | 2,752.00 |
| Discount: | | <u>-412.80</u> |
| **Fee Total** | | 2,339.20 |
| **Total Amount Due** | $ | <u>2,339.20</u> |


Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:              Arnold & Porter Kaye Scholer LLP
                          P.O. Box 759451
                          Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  <u>Invoice@arnoldporter.com</u>

November 5, 2019                                                                 Invoice # 30106741

**(1049218.00144)**
Amendment to Shionogi Collaboration

**Legal Services:**

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Eric Rothman | 09/25/19 | 3.20 | drafted 6th Amendment to Shionogi Agreement for autism spectrum field of use. |
| **Total Hours** | | **3.20** | |

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Counsel** | | | | |
| Eric Rothman | | 3.20 | 860.00 | 2,752.00 |
| | Subtotal: | **3.20** | | **2,752.00** |
| **TOTAL** | | **3.20** | | **2,752.00** |

**Total Current Amount Due**                                              $2,339.20