**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**SECOND MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | October 1, 2019 through October 31, 2019 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---:|
| Total Compensation Incurred | $188,638.39[2] |
| Less 20% Holdback | $37,727.68 |
| Total Reimbursement Requested | $279.65 |
| Total Compensation and Reimbursement Requested in this Statement | $151,190.36 |

**This is a(n):** **X** Monthly Application ___ Interim Application ___ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from October 1, 2019 Through October 31, 2019* (this "**Fee Statement**").[3]    By this Fee Statement, A&P seeks (i) compensation in the amount of

---

[2] This amount reflects a reduction in fees in the amount of $33,289.11 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3] The period from October 1, 2019, through and including October 31, 2019, is referred to herein as the "**Fee Period.**"

$151,190.36 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $188,638.39) and (ii) payment of $279.65 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### **Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, counsel, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $188,638.39 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $150,910.71.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $810.99.[4]

3.      Attached hereto as **Exhibit C** is a chart of expenses that A&P incurred or disbursed in the amount of $279.65 in connection with providing professional services to the Debtors during the Fee Period.

---

[4] This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

4.        Attached hereto as **<u>Exhibit D</u>** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### <u>Notice</u>

5.        A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A&P submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $151,190.36, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $188,638.39) and (ii) payment of $279.65 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

January 14, 2020

Respectfully submitted,

By:   /s/ Rory Greiss

**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

*Special Counsel to the Debtors*

**Exhibit A**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous - General Advice | 18.00 | 17,005.95 |
| Mundipharma | 1.50 | 1,396.13 |
| Commercial Contracts Advice | 9.40 | 6,176.53 |
| Harm Reduction Therapeutics | 73.10 | 68,417.78 |
| Project Artic | 7.70 | 6,018.85 |
| Project Windshield | 98.50 | 72,363.48 |
| Mundipharma EDO | 8.30 | 5,586.62 |
| Amendment to Shionogi Collaboration | 1.20 | 877.20 |
| Praxis | 14.90 | 10,795.85 |
| **Total**[5] | **232.60** | **$188,638.39** |

---

[5] This amount reflects a reduction in fees in the amount of $33,289.11 on account of voluntary discounts on fees as described in the Retention Application.

**<u>Exhibit B</u>**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Abramowitz, Laurie | Partner | 1988 | 1,125.00 | 2 | 2,250.00 |
| Barr, David K. | Partner | 1984 | 1,105.00 | 15.3 | 16,906.50 |
| Chung, Jinha | Associate | 2017 | 605.00 | 3.1 | 1,875.50 |
| Conway, Tyler | Associate | 2015 | 715.00 | 3.9 | 2,788.50 |
| Coutu, Stephanie W. | Partner | 1997 | 850.00 | 11.3 | 9,605.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,330.00 | 0.2 | 266.00 |
| Greiss, Rory | Partner | 1981 | 1,125.00 | 68 | 76,500.00 |
| Habtemariam, Abeba | Associate | 2011 | 815.00 | 0.60 | 489.00 |
| Horton, Matthew H. | Associate | 2012 | 745.00 | 20.9 | 15,570.50 |
| Kosaras, Andras | Counsel | 2002 | 845.00 | 1.4 | 1,183.00 |
| Rosato, Danielle | Associate | 2015 | 715.00 | 30 | 21,450.00 |
| Rothman, Eric | Counsel | 2008 | 860.00 | 23.6 | 20,296.00 |
| Wallace, William | Partner | 1980 | 1,080.00 | 38.2 | 41,256.00 |
| Williamson, Tara | Associate | 2011 | 815.00 | 14.1 | 11,491.50 |
| **Total** | | | | **232.60** | **221,927.50** |
| Less 15% Discount | | | | | (33,289.11) |
| Discounted Total | | | | | 188,638.39 |
| Less 20% Holdback | | | | | (37,727.68) |
| **Total Amount Requested Herein** | | | | | **$150,910.71** |

## Exhibit C

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| Color copies | 264.75 |
| Duplicating | 14.90 |
| **Total Expenses** | **$279.65** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

Purdue Pharma L.P.                                      November 5, 2019
Philip C. Strassburger, Esq.                       Invoice # 30106032
One Stamford Forum                                  EIN 53-0208605
Dept. VN: 1008442
Stamford, CT  06901-3431

Client/Matter # 1049218.00001

Miscellaneous

1000000570

| | | |
|---|---|---|
| **For Legal Services Rendered through October 31, 2019** | $ | 20,007.00 |
| Discount: | | -3,001.05 |
| **Fee Total** | | **17,005.95** |
| **Disbursements Recorded through October 31, 2019** | | 264.75 |
| **Total Amount Due** | $ | 17,270.70 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:          Arnold & Porter Kaye Scholer LLP
                      P.O. Box 759451
                      Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

November 5, 2019                                                          Invoice # 30106032


**(1049218.00001)**
Miscellaneous


Legal Services:


| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 10/01/19 | 0.80 | Review executed agreements and send a copy of complete version to K. Shrum replacing copy that was missing a page; correspondence with P. Strassburger. |
| Rory Greiss | 10/02/19 | 2.30 | Review D. Kyle correspondence in preparation for conference call; conference call with P. Strassburger, R. Inz, B. Wallace re: potential supplement to OSU Kappa agreement; begin drafting explanation of current agreement and proposed changes to be shared with Purdue business people. |
| William E. Wallace | 10/02/19 | 1.40 | (OSU) Call from Strassburger and Inz; revising agreement. |
| Rory Greiss | 10/03/19 | 1.50 | Finalize draft of explanation of executed agreement and proposal for supplementing and send to P.S. and R. Inz. |
| William E. Wallace | 10/24/19 | 0.70 | Review slides re: amending agreement; discussion with Greiss. |
| Rory Greiss | 10/29/19 | 1.80 | Review executed OSU BCAT agreement; conference call with D. Kyle, P. Strassburger, R. Inz, R. Kreppel and B. Wallace re: provisions to go into amendment to BCAT Agreement; review slides and D. Kyle's comments to our summary of existing agreement and amendment to be drafted. |
| William E. Wallace | 10/29/19 | 1.30 | Call with Kyle, Kreppel, Strassburger and Inz; preparing new molecules agreement. |
| Rory Greiss | 10/30/19 | 5.10 | Draft Amendment to BCAT Agreement; discuss with B.W.; revise and send to Purdue for review. |
| William E. Wallace | 10/30/19 | 1.30 | Review draft of inventory agreement; discussion with Greiss. |
| Rory Greiss | 10/31/19 | 1.10 | Continued work re: OSU amendment. |
| William E. Wallace | 10/31/19 | 0.70 | Review comments from Inz to inventory agreement; review email comments. |

**Total Hours**                        **18.00**

Page 1

November 5, 2019                                                                                    Invoice # 30106032

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 12.60 | 1,125.00 | 14,175.00 |
| William E. Wallace | 5.40 | 1,080.00 | 5,832.00 |
| **TOTAL** | **18.00** | | **20,007.00** |

**Disbursements:**

| Category | Amount |
|---|---|
| Color copies | 264.75 |

**Total Disbursements**                                                                                264.75

**Total Current Amount Due**                                                                   **$17,270.70**

# Arnold&Porter

## Statement of Account

Purdue Pharma L.P.                                   November 5, 2019
Philip C. Strassburger, Esq.                    Invoice # 30106032
One Stamford Forum                               EIN 53-0208605
Dept. VN: 1008442
Stamford, CT  06901-3431

**Client/Matter # 1049218.00001**
Miscellaneous

Statement of Account as of : January 3, 2020

| Invoice | Date | Amount | Unpaid Balance |
|---------|------|--------|----------------|
| **Current Charges** | | | <u>17,270.70</u> |
| **Grand Total Due** | | | 17,270.70 |

If payment has been submitted recently, please disregard this notice.

Please reference our client/matter number with your payment or wire transfer.

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                                    P.O. Box 759451
                                    Baltimore, MD  21275-9451

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

# Arnold&Porter

Purdue Pharma L.P.                                                    November 5, 2019
One Stamford Forum                                                   Invoice # 30106033
Stamford, CT  06901-3431                                              EIN 53-0208605
Attn: Philip C Strassburger
Vice President & General Counsel


Client/Matter # 1049218.00083

Mundipharma

20180002013


| | | |
|---|---|---|
| For Legal Services Rendered through October 31, 2019 | $ | 1,642.50 |
| Discount: | | -246.38 |
| Fee Total | | 1,396.13 |
| Total Amount Due | $ | 1,396.13 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                               P.O. Box 759451
                               Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

November 5, 2019                                              Invoice # 30106033

**(1049218.00083)**
Mundipharma

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 10/02/19 | 0.50 | Teleconference Strassburger and Kreppel with BW; revisions to binding term sheet. |
| William E. Wallace | 10/02/19 | 1.00 | Call from Strassburger and Kreppel; revise term sheet for cognitive therapy. |

**Total Hours**      **1.50**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 0.50 | 1,125.00 | 562.50 |
| William E. Wallace | 1.00 | 1,080.00 | 1,080.00 |
| **TOTAL** | **1.50** | | **1,642.50** |

**Total Current Amount Due**      **$1,396.13**

# Arnold&Porter

Purdue Pharma L.P.
Attn: Maria Barton
General Counsel
One Stamford Forum
Stamford, CT  06901

November 5, 2019
Invoice # 30106034
EIN 53-0208605

Client/Matter # 1049218.00117

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through October 31, 2019** | $ | 7,266.50 |
| Discount: | | <u>-1,089.97</u> |
| **Fee Total** | | 6,176.53 |
| **Total Amount Due** | $ | <u>6,176.53</u> |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

November 5, 2019                                                                      Invoice # 30106034

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 10/15/19 | 2.10 | reviewed and commented on Ts&Cs. |
| Eric Rothman | 10/24/19 | 1.10 | work on CDA. |
| Jinha Chung | 10/25/19 | 0.20 | Review and respond to correspondence relating to CDA. Discuss matter with E. Rothman. |
| Eric Rothman | 10/25/19 | 1.30 | work on CDA. |
| Abeba Habtemariam | 10/26/19 | 0.50 | Analyze regulatory questions; draft email re. same. |
| Abeba Habtemariam | 10/27/19 | 0.10 | Attention to emails re. regulatory questions. |
| Jinha Chung | 10/28/19 | 2.90 | Review and respond to correspondence relating to CDA. Review and edit CDA. |
| Eric Rothman | 10/28/19 | 1.20 | work on CDA. |
| **Total Hours** | | **9.40** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 5.70 | 860.00 | 4,902.00 |
| Abeba Habtemariam | 0.60 | 815.00 | 489.00 |
| Jinha Chung | 3.10 | 605.00 | 1,875.50 |
| **TOTAL** | **9.40** | | **7,266.50** |

**Total Current Amount Due**                                                  **$6,176.53**

Page 1

# Arnold&Porter

Purdue Pharma L.P.                                          November 5, 2019
Attn: Maria Barton                                         Invoice # 30103424
General Counsel                                            EIN 53-0208605
One Stamford Forum
Dept. VN:  1008442
Stamford, CT  06901-3431


Client/Matter # 1049218.00128

Harm Reduction Therapeutics

20180001766



| | | |
|---|---|---|
| For Legal Services Rendered through October 31, 2019 | $ | 80,491.50 |
| | | -12,073.72 |
| Total Amount Due | $ | 68,417.78 |



Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |
| Or Remit To: | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

Please include invoice number on all remittances

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

November 5, 2019                                                      Invoice # 30103424


(1049218.00128)
Harm Reduction Therapeutics


Legal Services:


| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 10/03/19 | 3.50 | Conference call with R. Inz and Strassburger re: $11.5 million follow on development agreement and subsequent funding agreements; revise 11.5 agreement and distribute and work with B. Wallace on funding provisions for Commercialization Readiness Agreement and Commercialization Support Agreement; review comments from R. Inz. |
| William E. Wallace | 10/03/19 | 3.00 | Call from Strassburger and Inz; revising Milestone Agreement and preparing follow on agreements; discussion with Greiss. |
| Rory Greiss | 10/04/19 | 2.50 | Continued work on financial assistance provisions of Commercialization Readiness Agreement and Commercialization Support Agreement and correspondence with R. Inz and P. Strassburger with B. Wallace. |
| William E. Wallace | 10/04/19 | 0.60 | Review status of agreements. |
| William E. Wallace | 10/07/19 | 0.60 | Review Inz comments on Commercial Readiness and Commercial Support Agreement. |
| Rory Greiss | 10/14/19 | 1.10 | Continued work on terms for agreements. |
| William E. Wallace | 10/14/19 | 1.50 | Review HRT agreements and comments; discussion with Greiss. |
| Deborah L. Feinstein | 10/14/19 | 0.20 | Review agreements. |
| Laurie Abramowitz | 10/15/19 | 1.50 | Reviewing agreements; correspondence re same; conference call with B. Wallace, Andras Kosaras; Purdue, K&S and HRT re status of IRS Ruling; teleconference with A. Kosaras; office conference with B. Wallace. |
| Rory Greiss | 10/15/19 | 3.90 | Continued work re: 3 HRT Agreements and discuss with W. Wallace, P. Strassburger and R. Inz. |
| William E. Wallace | 10/15/19 | 2.30 | Review revised agreements; discussion with Greiss; call with HRT and tax experts. |
| Andras Kosaras | 10/15/19 | 1.40 | Phone call with HRT team (with KL Gates lawyers), A&P team and Purdue team to discuss proposed IRS rejection of exemption application; phone call with L. Abramowitz to discuss the same; review revised grant agreement and provide comments to R. Greiss re same. |
| Laurie Abramowitz | 10/16/19 | 0.50 | Various correspondence; telephone conference with R. Greiss, R. Inz and P. Strassburger. |
| Rory Greiss | 10/16/19 | 4.80 | Conference call with Strassburger and Inz re: tax exempt status; conference call with Purdue and L. Abramowitz re: same; conference call with P.S. and R.I. with B. Wallace re: changes to HRT draft agreement re: development of Product, etc. |
| William E. Wallace | 10/16/19 | 2.50 | Revising development and commercialization agreements; calls with Strassburger and Inz; discussion with Greiss. |
| Rory Greiss | 10/17/19 | 1.80 | Continued work re: HRT Agreements. |

Page 1

November 5, 2019                                                                Invoice # 30103424

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| William E. Wallace | 10/17/19 | 4.80 | Revising HRT development and commercialization agreement, calls with Strassburger and Inz; preparing amendment for September Agreement. |
| Rory Greiss | 10/18/19 | 2.50 | Conference call re: organizational board meeting following annual meeting; review draft 8-k; review revised answers to questions for annual meeting preparation and correspondence relating to the foregoing. |
| Rory Greiss | 10/18/19 | 1.50 | Conference call with R. Inz. P. Strassburger to review HRT comments on funding agreement and discuss amendment to $2.5 million funding agreement, etc. |
| William E. Wallace | 10/18/19 | 3.30 | Review HRT comments; call with Strassburger, Inz and Greiss; revising HRT agreements. |
| Rory Greiss | 10/20/19 | 0.50 | Review email correspondence and discuss schedule for reviewing draft of funding agreement. |
| Rory Greiss | 10/21/19 | 1.50 | Review comments and correspondence from DPW, R. Aleali, etc.; conference call with R. Inz and P. Strassburger to discuss next steps. |
| William E. Wallace | 10/21/19 | 1.80 | Review revised draft of development agreement; review DP and Aleali comments. |
| Rory Greiss | 10/23/19 | 2.50 | Review correspondence from R. Inz and revise HRT agreements with B. Wallace; distribute revised agreements to Inz and Strassburger. |
| William E. Wallace | 10/23/19 | 2.00 | Revising development and purchase agreements; discussion with Greiss. |
| Rory Greiss | 10/24/19 | 3.10 | Continued work re: HRT agreements; conference call with R. Inz and P.S. with W. Wallace; revise agreements and distribute. |
| William E. Wallace | 10/24/19 | 2.30 | Revising HRT agreements; discussion with Greiss; call from Strassburger and Inz. |
| Rory Greiss | 10/25/19 | 2.50 | Revise draft of Development Agreement and Amended and Restated Agreement and distribute to Purdue team; review Inz's comments. |
| William E. Wallace | 10/25/19 | 1.30 | Review revised HRT agreements and comments on revisions. |
| Rory Greiss | 10/28/19 | 4.20 | Prepare new $14.0 million agreement based on correspondence from P. Strassburger over the weekend; discuss draft with W. Wallace and send to Purdue for review; draft statement of Intent and send to Purdue for comment. |
| William E. Wallace | 10/28/19 | 2.10 | Review/ revise HRT developmental/ funding agreement; review and revise statement of intent; discussion with Greiss. |
| Rory Greiss | 10/29/19 | 2.10 | Review P. Strassburger comments; conference call with P.S., R.I., J. Giordano and W. Wallace to discuss revisions to be made to $14 million agreement with W.W. |
| William E. Wallace | 10/29/19 | 1.80 | Call with Strassburger and Inz; revising agreement. |
| Rory Greiss | 10/30/19 | 0.50 | Review R. Inz comments on latest draft of HRT Agreement. |
| William E. Wallace | 10/30/19 | 1.10 | Review revised agreement. |

**Total Hours**                      73.10

November 5, 2019                                                                    Invoice # 30103424

Legal Services-Attorney Summary

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Laurie Abramowitz | 2.00 | 1,125.00 | 2,250.00 |
| Deborah L. Feinstein | 0.20 | 1,330.00 | 266.00 |
| Rory Greiss | 38.50 | 1,125.00 | 43,312.50 |
| William E. Wallace | 31.00 | 1,080.00 | 33,480.00 |
| Andras Kosaras | 1.40 | 845.00 | 1,183.00 |
| TOTAL | 73.10 | | 80,491.50 |

Total Current Amount Due                                                          $68,417.78

# Arnold&Porter

Purdue Pharma L.P.                                    November 5, 2019
Attn: Phillip C. Strassburger                         Invoice # 30106036
Vice President & General Counsel                      EIN 53-0208605
One Stramford Forum
Stramford, CT  06901


Client/Matter # 1049218.00135

Project Artic

20190002247


| For Legal Services Rendered through October 31, 2019 | $ | 7,081.00 |
|---|---|---|
| Discount: | | -1,062.15 |
| Fee Total | | 6,018.85 |
| Total Amount Due | $ | 6,018.85 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                     Arnold & Porter Kaye Scholer LLP
                                 P.O. Box 759451
                                 Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

November 5, 2019

**(1049218.00135)**
Project Artic

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 10/01/19 | 2.10 | Work on development agreement. |
| Danielle Rosato | 10/04/19 | 1.00 | Revised draft Development Agreement. |
| Danielle Rosato | 10/08/19 | 0.70 | Prepared issues list and open items for discussion with Purdue. |
| Danielle Rosato | 10/09/19 | 0.40 | Revised issues list per comments from E. Rothman. |
| Rory Greiss | 10/10/19 | 1.60 | Review Artic comments to Development Agreement and issues list produced by D. Rosato. |
| Rory Greiss | 10/11/19 | 1.50 | Continued work re: Artic Development Agreement. |
| Danielle Rosato | 10/14/19 | 0.40 | Incorporated DPW's bankruptcy comments into working draft Development Agreement. |

**Total Hours**     **7.70**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 3.10 | 1,125.00 | 3,487.50 |
| Eric Rothman | 2.10 | 860.00 | 1,806.00 |
| Danielle Rosato | 2.50 | 715.00 | 1,787.50 |
| **TOTAL** | **7.70** | | **7,081.00** |

**Total Current Amount Due**     **$6,018.85**

Page 1

# Arnold&Porter

Purdue Pharma L.P.                                              November 5, 2019
Attn: Phillip C. Strassburger                            Invoice # 30106038
Vice President & General Counsel                    EIN 53-0208605
One Stramford Forum
Stramford, CT  06901

Client/Matter # 1049218.00140

Project Windshield

20190002276

| | | |
|---|---|---|
| For Legal Services Rendered through October 31, 2019 | $ | 85,133.50 |
| Discount: | | -12,770.02 |
| Fee Total | | 72,363.48 |
| Disbursements Recorded through October 31, 2019 | | 14.90 |
| Total Amount Due | $ | 72,378.38 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                          Arnold & Porter Kaye Scholer LLP
                                                  P.O. Box 759451
                                                  Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

November 5, 2019

Invoice # 30106038

## (1049218.00140)
Project Windshield

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 10/01/19 | 1.00 | Correspondence with Purdue team re: drafting development agreement based on Artic model with certain changes; discuss with Rothman. |
| Danielle Rosato | 10/01/19 | 3.20 | Drafting Development Agreement. |
| Danielle Rosato | 10/02/19 | 1.10 | Drafting Development Agreement. |
| Danielle Rosato | 10/03/19 | 1.60 | Drafting Development Agreement. |
| Rory Greiss | 10/04/19 | 2.50 | Review draft Windgap Development Agreement and meeting with E. Rothman and D. Rosato to discuss comments and revisions. |
| Danielle Rosato | 10/04/19 | 1.50 | Conference with E. Rothman and R. Greiss re: Development Agreement; revised per the same. |
| Eric Rothman | 10/04/19 | 1.60 | Work on Development Agreement. |
| Rory Greiss | 10/10/19 | 3.20 | Review Purdue comments on development agreement and prepare for call on Friday; arrange for IP review of Windgap technology; teleconference and correspondence with D. Barr and M. Horton; Wei Yang of Purdue; Rothman and Rosato. |
| William E. Wallace | 10/10/19 | 0.30 | Discussion with Greiss re: status. |
| Danielle Rosato | 10/10/19 | 1.20 | Reviewed Purdue's team's comments on draft agreement; reviewed data room materials. |
| David K. Barr | 10/11/19 | 0.70 | Assist on patent due diligence and participate in client call. |
| Rory Greiss | 10/11/19 | 3.80 | Continued work re: Windshield Development Agreement with D. Rosato and E. Rothman; conference call with Saussey and McCarthy; review revisions to Agreement, etc. |
| William E. Wallace | 10/11/19 | 0.50 | Discussion with Greiss re: status of agreement. |
| Danielle Rosato | 10/11/19 | 5.40 | Conference re: Development Agreement with Purdue Team; conference with IP team re: IP due diligence; conference with B. Amon re: due diligence; reviewed data room materials; commented on B. Amon's contract summaries. |
| Eric Rothman | 10/11/19 | 3.20 | TC with Purdue to discuss Windshield Development Agreement and diligence; work on same. |
| Matthew H. Horton | 10/11/19 | 1.60 | Prepare for and attend teleconference call with client to discuss Windshield IP; and review cited patents. |
| Rory Greiss | 10/14/19 | 0.80 | Continued work re: revised agreement with D. Rosato. |
| Danielle Rosato | 10/14/19 | 0.50 | Revised Development Agreement to include bankruptcy provisions; conference with B. Amon re: diligence review. |
| Danielle Rosato | 10/15/19 | 2.60 | Revised Development Agreement per comments from K. McCarthy; reviewed data room materials. |
| Matthew H. Horton | 10/15/19 | 2.90 | Continue to review cited patents and compare against Windshield product; and prepare for and attend strategy teleconference. |
| David K. Barr | 10/16/19 | 2.00 | Due diligence on Windshield, including pre-call, IP diligence call, follow-up call with E. Rothman and M. Horton. |
| Rory Greiss | 10/16/19 | 1.50 | Teleconference re: IP issues, etc.; office conference D. Rosato, E. Rothman; correspondence with Horton and Barr. |
| Danielle Rosato | 10/16/19 | 3.50 | Reviewed Windshield data room materials. |

November 5, 2019

Invoice # 30106038

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 10/16/19 | 0.60 | TC with D. Barr and M. Horton to discuss Windshield IP diligence. |
| Matthew H. Horton | 10/16/19 | 3.50 | Attend teleconference to discuss cited patents and differences between cited patents and Windshield product; and continue to review cited patents and compare against Windshield product. |
| David K. Barr | 10/17/19 | 0.80 | Review Windshield patent families and FTO findings and telephone conference with Wei Yang and M. Horton re FTO analysis. |
| Danielle Rosato | 10/17/19 | 4.50 | Reviewed Windshield data room materials; revised due diligence memo insert. |
| Matthew H. Horton | 10/17/19 | 0.80 | Attend teleconference with client to discuss differences between prior art and Windshield product. |
| Danielle Rosato | 10/18/19 | 2.40 | Revised draft diligence memo; conference with B. Amon re: the same. |
| Eric Rothman | 10/18/19 | 1.20 | work on Windshield due diligence memo. |
| David K. Barr | 10/22/19 | 2.40 | Review FTO analysis for Winshield, telephone conference with M. Horton to review analysis, telephone conference with Weiying Yang to discuss FTO analysis. |
| Matthew H. Horton | 10/22/19 | 6.20 | Continue to prepare draft patent diligence memo for client describing purported differences between cited "close" patents and Windshield product. |
| David K. Barr | 10/25/19 | 2.80 | Work on patent FTO diligence on Windshield, including telephone calls with client and Windshield and review of claims of FTO patents. |
| Matthew H. Horton | 10/25/19 | 2.90 | Continue to review cited patents and compare against Windshield product, and continue to prepare draft FTO memo regarding same; and attend follow up teleconference with Windshield to further discuss differences between Windshield product close prior art patents. |
| David K. Barr | 10/28/19 | 2.20 | Work on FTO analysis; review cited third party patents and non-infringement positions; review M. Horton's summary for Purdue and edit; telephone call with M. Horton to review memo and analysis. |
| David K. Barr | 10/28/19 | 0.50 | Email and telephone call with T. Williamson regarding legal research on res judicata/collateral estoppel effect of potential judgment in a first litigation on epipen product on a second litigation involving Purdue on the same device. |
| Matthew H. Horton | 10/28/19 | 3.00 | Continue to review cited patents and compare against Windshield product, and continue to prepare draft FTO memo regarding same. |
| Tara Williamson | 10/28/19 | 6.40 | Legal research, analysis of potential IP litigation issues for diligence report; telephone conference with D. Barr re same. |
| David K. Barr | 10/29/19 | 1.40 | Review research on collateral estoppel/res judicata issue and discuss with T. Williamson. |
| Tara Williamson | 10/29/19 | 4.10 | Continued legal research, analysis of potential IP litigation issues re claim and issue preclusion for diligence report; draft summary of findings re same; telephone conferences with D. Barr re same. |
| David K. Barr | 10/30/19 | 2.50 | Review T. Williamson's legal research on collateral estoppel/res judicata effect of potential adverse judgment against Windshield on device patents in Epi-pen litigation and telephone conference with discuss with Weiying Yang of Purdue re  analysis, follow-up telephone conference with R. Greiss. |

November 5, 2019                                                          Invoice # 30106038

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Tara Williamson | 10/30/19 | 3.60 | Continued legal research, analysis of potential IP litigation issues re claim and issue preclusion for diligence report; update summary of findings re same; telephone conferences with D. Barr re same. |
| Rory Greiss | 10/31/19 | 0.50 | Teleconference D. Barr re: IP diligence issues. |
| **Total Hours** | | **98.50** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| David K. Barr | 15.30 | 1,105.00 | 16,906.50 |
| Rory Greiss | 13.30 | 1,125.00 | 14,962.50 |
| Eric Rothman | 6.60 | 860.00 | 5,676.00 |
| William E. Wallace | 0.80 | 1,080.00 | 864.00 |
| Matthew H. Horton | 20.90 | 745.00 | 15,570.50 |
| Danielle Rosato | 27.50 | 715.00 | 19,662.50 |
| Tara Williamson | 14.10 | 815.00 | 11,491.50 |
| **TOTAL** | **98.50** | | **85,133.50** |

**Disbursements:**

| Category | Amount |
|----------|--------|
| Duplicating | 14.90 |

**Total Disbursements**                                                           14.90

**Total Current Amount Due**                                                  **$72,378.38**

# Arnold&Porter

Purdue Pharma L.P.                                    November 5, 2019
Attn: Roxana Aleali                               Invoice # 30106039
Associate General Counsel                           EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431


Client/Matter # 1049218.00143

Mundipharma EDO

20190002456


| | | |
|---|---|---|
| **For Legal Services Rendered through October 31, 2019** | $ | 6,572.50 |
| Discount: | | <u>-985.88</u> |
| **Fee Total** | | 5,586.62 |
| **Total Amount Due** | $ | <u>5,586.62</u> |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                     Arnold & Porter Kaye Scholer LLP
                                 P.O. Box 759451
                                 Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

November 5, 2019                                                              Invoice # 30106039

**(1049218.00143)**
Mundipharma EDO

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Tyler Conway | 10/18/19 | 0.40 | Call with Purdue re. Mundipharma and EDO assets |
| Eric Rothman | 10/18/19 | 0.60 | TC with Purdue to discuss status of Toni and Tino with Mundipharma. |
| Tyler Conway | 10/21/19 | 3.50 | Reviewed CellAct and Northlake documents to understand Purdue's rights and drafted summary relating to the same |
| Eric Rothman | 10/21/19 | 1.30 | reviewed Toni and Tino documentation and prepared email to Purdue regarding ex-US rights. |
| Eric Rothman | 10/23/19 | 1.30 | further review and email re Toni and Tino documentation and Purdue regarding ex-US rights. |
| Eric Rothman | 10/24/19 | 1.20 | TC with Purdue re Toni and Tino ex-US rights. |
| **Total Hours** | | **8.30** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 4.40 | 860.00 | 3,784.00 |
| Tyler Conway | 3.90 | 715.00 | 2,788.50 |
| **TOTAL** | **8.30** | | **6,572.50** |

**Total Current Amount Due**                                                 $5,586.62

Page 1

# Arnold&Porter

Purdue Pharma L.P.                                            November 5, 2019
Attn: Phillip C. Strassburger                              Invoice # 30106040
Vice President & General Counsel                        EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00144

Amendment to Shionogi Collaboration

20190002605


| | | |
|---|---|---|
| For Legal Services Rendered through October 31, 2019 | $ | 1,032.00 |
| Discount: | | -154.80 |
| Fee Total | | 877.20 |
| Total Amount Due | $ | 877.20 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                       P.O. Box 759451
                                       Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

November 5, 2019                                                                     Invoice # 30106040

**(1049218.00144)**
Amendment to Shionogi Collaboration

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 10/01/19 | 1.20 | work on 6th Amendment to Shionogi Agreement for autism spectrum field of use. |
| **Total Hours** | | **1.20** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 1.20 | 860.00 | 1,032.00 |
| **TOTAL** | **1.20** | | **1,032.00** |

**Total Current Amount Due**                                                  **$877.20**

# Arnold&Porter

Purdue Pharma L.P.                                                       November 5, 2019
Attn: Roxana Aleali                                                     Invoice # 30103432
Associate General Counsel                                              EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431


Client/Matter # 1049218.00146

Praxis

20190002672


For Legal Services Rendered through October 31, 2019                          12,701.00

Discount                                                                        -1,905.15


Total Amount Due                                              $                10,795.85


Wire Transfer Instructions:

|  | Account Name: | Arnold & Porter Kaye Scholer LLP |
| --- | --- | --- |
|  | Bank Info: | Wells Fargo Bank NA |
|  |  | 420 Montgomery Street |
|  |  | San Francisco, CA  94104 |
|  | Account Number: | 4127865475 |
|  | ABA Number: | 121000248 |
|  | Swift Code: | WFBIUS6S |

Or Remit To:                     Arnold & Porter Kaye Scholer LLP
                                 P.O. Box 759451
                                 Baltimore, MD  21275-9451

Please include invoice number on all remittances

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

November 5, 2019

Invoice # 30103432

(1049218.00146)
Praxis

Legal Services:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Eric Rothman | 10/10/19 | 1.20 | review materials related to Praxis investment. |
| Stephanie W. Coutu | 10/10/19 | 0.50 | Email correspondence. |
| Eric Rothman | 10/11/19 | 1.20 | emails and review of documents related to Praxis investment. |
| Stephanie W. Coutu | 10/11/19 | 0.60 | Attention to email correspondence and financing documents. |
| Stephanie W. Coutu | 10/12/19 | 0.40 | Attention to email correspondence. |
| Stephanie W. Coutu | 10/13/19 | 3.90 | Review Series B and Series B-1 financing documents, license agreement, Series C term sheet, and board presentation materials. |
| Stephanie W. Coutu | 10/14/19 | 0.50 | Follow up re financing documents; email correspondence. |
| Eric Rothman | 10/15/19 | 1.20 | TC with Purdue to discuss Praxis investment. |
| Stephanie W. Coutu | 10/15/19 | 2.60 | Telephone conference with client; attention to financing documents; review management rights letter; email correspondence. |
| Stephanie W. Coutu | 10/17/19 | 1.60 | Attention to Series C financing documents; email correspondence. |
| Stephanie W. Coutu | 10/21/19 | 0.90 | Telephone conference with client re financing documents; prepare for same. |
| Stephanie W. Coutu | 10/22/19 | 0.30 | Follow up; email correspondence. |
| Total Hours | | 14.90 | |

Legal Services-Attorney Summary

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Stephanie W. Coutu | 11.30 | 850.00 | 9,605.00 |
| Eric Rothman | 3.60 | 860.00 | 3,096.00 |
| TOTAL | 14.90 | | 12,701.00 |

Total Current Amount Due                                              $10,795.85

Page 1