ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., et al.,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | November 1, 2019 through November 30, 2019 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | **Case No. 19-23649 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**FIRST MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | November 1, 2019 through November 30, 2019 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $148,178.40[2] |
| Less 20% Holdback | $29,635.68 |
| Total Reimbursement Requested | $24.60 |
| Total Compensation and Reimbursement Requested in this Statement | $118,567.32 |

**This is a(n):** **X** Monthly Application ___ Interim Application ___ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from November 1, 2019 Through November 30, 2019* (this "**Fee Statement**").[3]  By this Fee Statement, A&P seeks (i) compensation in the amount of

---

[2]  This amount reflects a reduction in fees in the amount of $26,149.10 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]  The period from November 1, 2019, through and including November 30, 2019, is referred to herein as the "**Fee Period**."

$118,567.32 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $148,178.40) and (ii) payment of $24.60 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.    Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, counsel, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $148,178.40 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $118,542.72.

2.    Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $836.69.[4]

3.    Attached hereto as **Exhibit C** is a chart of expenses that A&P incurred or disbursed in the amount of $24.60 in connection with providing professional services to the Debtors during the Fee Period.

---

[4] This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

<u>**Notice**</u>

5.      A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  A&P submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $118,567.32, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $148,178.40) and (ii) payment of $24.60 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

January 14, 2020                                        Respectfully submitted,


                                        By:  /s/ Rory Greiss
                                             **ARNOLD & PORTER KAYE
                                             SCHOLER LLP**
                                             Rory Greiss
                                             250 West 55th Street
                                             New York, New York 10019
                                             rory.greiss@arnoldporter.com

                                                    **-AND-**

                                             Rosa J. Evergreen
                                             601 Massachusetts Ave, NW
                                             Washington, DC 2001-3743
                                             rosa.evergreen@arnoldporter.com

                                             ***Special Counsel to the Debtors***

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous - General Advice | 36.80 | 34,195.50 |
| Mundipharma | 0.50 | 478.13 |
| Harm Reduction Therapeutics | 53.20 | 50,134.28 |
| TetraGenetics License and Collaboration Agreement | 7.50 | 5,403.88 |
| Project Artic | 19.80 | 13,711.35 |
| Project Windshield | 43.50 | 32,103.23 |
| Amendment to Shionogi Collaboration | 3.50 | 2,558.50 |
| Praxis | 6.60 | 4,768.50 |
| Retention and Fee Applications | 5.70 | 4,825.03 |
| **Total[5]** | **177.10** | **$148,178.40** |

---

[5] This amount reflects a reduction in fees in the amount of $26,149.10 on account of voluntary discounts on fees as described in the Retention Application.

**<u>Exhibit B</u>**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Abramowitz, Laurie | Partner | 1988 | 1,125.00 | 2.9 | 3,262.50 |
| Barr, David K. | Partner | 1984 | 1,105.00 | 1.7 | 1,878.50 |
| Coutu, Stephanie W. | Partner | 1997 | 850.00 | 6.6 | 5,610.00 |
| Evergreen, Rosa J. | Partner | 2005 | 895.00 | 3.2 | 2,864.00 |
| Greiss, Rory | Partner | 1981 | 1,125.00 | 74.1 | 83,362.50 |
| Wallace, William | Partner | 1980 | 1,080.00 | 34.7 | 37,476.00 |
| Rothman, Eric | Counsel | 2008 | 860.00 | 14.1 | 12,126.00 |
| Mody, Pari R. | Associate | 2014 | 715.00 | 3.6 | 2,574.00 |
| Rosato, Danielle | Associate | 2015 | 715.00 | 24.6 | 17,589.00 |
| Soloveichik, Sarah | Associate | 2011 | 815.00 | 2.7 | 2,200.50 |
| Zausner, Ethan | Associate | 2017 | 605.00 | 8.9 | 5,384.50 |
| **Total** | | | | **177.10** | **174,327.50** |
| Less 15% Discount | | | | | (26,149.10) |
| Discounted Total | | | | | 148,178.40 |
| Less 20% Holdback | | | | | (29,635.68) |
| **Total Amount Requested Herein** | | | | | **$118,542.72** |

## Exhibit C

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| Duplicating | 24.60 |
| Total Expenses | $24.60 |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

Purdue Pharma L.P.                                December 10, 2019
Philip C. Strassburger, Esq.                      Invoice # 30105408
One Stamford Forum                                EIN 53-0208605
Dept. VN: 1008442
Stamford, CT  06901-3431

Client/Matter # 1049218.00001

Miscellaneous

1000000570

| | | |
|---|---|---|
| **For Legal Services Rendered through November 30, 2019** | $ | 40,230.00 |
| Discount: | | -6,034.50 |
| **Fee Total** | | 34,195.50 |
| | | |
| **Disbursements Recorded through November 30, 2019** | | 24.60 |
| | | |
| **Total Amount Due** | $ | 34,220.10 |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 759451
                          Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 10, 2019                                                                                    Invoice # 30105408

**(1049218.00001)**
Miscellaneous

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/01/19 | 1.50 | Continued work re: draft and Amendment to BCAT Agreement (1.0); correspondence with Purdue Team. (.50) |
| William E. Wallace | 11/01/19 | 1.80 | Revising agreement; discussion with Strassburger (.5); review Inz comments (.25); discussion with Greiss. (.25) |
| William E. Wallace | 11/03/19 | 0.30 | Review Kyle comments. |
| Rory Greiss | 11/04/19 | 2.80 | Prepare initial draft of Amendment No. 1 to BCAT Agreement (2.0); discuss draft with B. Wallace (.5); send to P.S., R. I., R.K. and D. Kyle for review and comment. (.3) |
| William E. Wallace | 11/05/19 | 0.80 | Review Strassburger email (.5); review Kyle comments.(.3) |
| Rory Greiss | 11/06/19 | 1.50 | Teleconference R. Kreppel re: her discussion with OSU's counsel re: Amendment No. 1 to BCAT Agreement and discuss revisions to be made (.5); begin to mark up document.(1.0) |
| William E. Wallace | 11/06/19 | 1.30 | Review current draft; comments from Kreppel (.5); discussion with Greiss (.3); revise agreement. (.5) |
| Rory Greiss | 11/07/19 | 1.20 | Revise OSU Amendment and send to R. Kreppel for comment. |
| William E. Wallace | 11/07/19 | 1.20 | Discussion with Greiss re: possible options (.8); revise Supplement to Agreement. (.4) |
| Rory Greiss | 11/08/19 | 3.20 | Conference calls with R. Kreppel, D. Kyle, P. Strassburger (1.0); revise and distribute new draft of Supplement No. 1. (2.2) |
| William E. Wallace | 11/08/19 | 1.30 | Review RK Comments; call with Kreppel and Kyle (.5); revise agreement. (.8) |
| Rory Greiss | 11/11/19 | 2.60 | Continued work re: OSU supplement; review Anabios agreement and Shionogi agreement to determine if consents will be necessary (.6); correspondence with R. Kreppel, D. Kyle, P. Strassburger, re: same (.4); teleconference K. McCarthy (.6); retrieve memo re: AG launch; review and send to P. Strassburger. (1.0) |
| William E. Wallace | 11/11/19 | 0.90 | Discussion with Greiss re: consent to molecule transfer. |
| Eric Rothman | 11/11/19 | 1.20 | TC with Karen McCarthy and Rory Greiss to discuss Shionogi and Anabios. |
| Rory Greiss | 11/12/19 | 2.10 | Draft consent letter for Shionogi re: transfer of compounds to OSU and distribute (1.5); conference call with D. Kyle, K. McCarthy and B. Wallace and E.R. re: Shionogi, Anabios, Kyle's presentation to Portfolio Committee, etc.(.6) |
| William E. Wallace | 11/12/19 | 1.30 | Review consent; call with Kyle et al (.8); discussion with Greiss.(.5) |
| Eric Rothman | 11/12/19 | 0.60 | TC with Karen McCarthy and Rory Greiss to discuss Shionogi and Anabios in relation to OSU. |
| William E. Wallace | 11/14/19 | 2.10 | Call from Kreppel (.6); review status of patent license agreements. (1.5) |
| William E. Wallace | 11/15/19 | 1.50 | Drafting memo/chart re: status of patent license agreements. |
| Rory Greiss | 11/18/19 | 1.30 | Work re: finalizing Supplement No. 1 to BCAT Agreement (1.0); correspondence with Purdue to B. Wallace. (.3) |

Page 1

December 10, 2019                                                    Invoice # 30105408

| Name | Date | Hours | Narrative |
|---|---|---|---|
| William E. Wallace | 11/18/19 | 0.50 | Call from Kreppel; revise agreement. |
| Rory Greiss | 11/20/19 | 0.80 | Review and comment on revised draft of OSU supplement circulated by R. Kreppel. |
| William E. Wallace | 11/20/19 | 0.80 | Review comments from Kreppel, Inz and Strassburger (.5); discussion with Greiss. (.3) |
| Rory Greiss | 11/22/19 | 0.80 | Review modifications to Supplement from R.K. and D. Kyle and incorporate into new version. |
| William E. Wallace | 11/22/19 | 1.10 | Revise/revise OSU agreement (.6); discussion with Greiss. (.5) |
| Rory Greiss | 11/26/19 | 1.80 | Work re: supplement to BCAT Agreement including teleconference with R. Kreppel re: Excluded compounds, etc. (.6); revise agreement and redistribute (1.2). |
| William E. Wallace | 11/26/19 | 0.50 | Review revised draft of OSU agreement; discussion with Greiss. |

**Total Hours**                          **36.80**


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 19.60 | 1,125.00 | 22,050.00 |
| Eric Rothman | 1.80 | 860.00 | 1,548.00 |
| William E. Wallace | 15.40 | 1,080.00 | 16,632.00 |
| **TOTAL** | **36.80** | | **40,230.00** |


**Disbursements:**

| Category | Amount |
|---|---|
| Duplicating | 24.60 |

**Total Disbursements**                                          24.60

**Total Current Amount Due**                              $34,220.10

# Arnold&Porter

Purdue Pharma L.P.                                       December 10, 2019
One Stamford Forum                                      Invoice # 30105409
Stamford, CT  06901-3431                                  EIN 53-0208605
Attn: Philip C Strassburger
Vice President & General Counsel


Client/Matter # 1049218.00083

Mundipharma

20180002013


| | | |
|---|---|---|
| **For Legal Services Rendered through November 30, 2019** | $ | 562.50 |
| Discount: | | -84.38 |
| **Fee Total** | | 478.13 |
| **Total Amount Due** | $ | 478.13 |


Wire Transfer Instructions:

|  | | |
|---|---|---|
| | Account Name: | Arnold & Porter Kaye Scholer LLP |
| | Bank Info: | Wells Fargo Bank NA |
| | | 420 Montgomery Street |
| | | San Francisco, CA  94104 |
| | Account Number: | 4127865475 |
| | ABA Number: | 121000248 |
| | Swift Code: | WFBIUS6S |
| Or Remit To: | | Arnold & Porter Kaye Scholer LLP |
| | | P.O. Box 759451 |
| | | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 10, 2019                                                                                      Invoice # 30105409

**(1049218.00083)**
Mundipharma

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/19/19 | 0.50 | Retrieve and forward latest version of Cognitive Development term sheet. |
| **Total Hours** | | **0.50** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 0.50 | 1,125.00 | 562.50 |
| **TOTAL** | **0.50** | | **562.50** |

**Total Current Amount Due**                                                                         **$478.13**

# Arnold&Porter

Purdue Pharma L.P.                                          December 10, 2019
Attn: Maria Barton                                          Invoice # 30105410
General Counsel                                             EIN 53-0208605
One Stamford Forum
Dept. VN:  1008442
Stamford, CT  06901-3431


**Client/Matter # 1049218.00128**

Harm Reduction Therapeutics

20180001766


**For Legal Services Rendered through November 30, 2019**          $          58,981.50

 Discount:                                                                    -8,847.22

**Fee Total**                                                                 50,134.28


**Total Amount Due**                                              $          50,134.28


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                     Arnold & Porter Kaye Scholer LLP
                                 P.O. Box 759451
                                 Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

December 10, 2019                                                                Invoice # 30105410

**(1049218.00128)**
Harm Reduction Therapeutics

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/01/19 | 1.70 | Continued work re: Statement of Intent and Amended and Restated Agreement, etc. |
| Rory Greiss | 11/04/19 | 2.30 | Continued work re: HRT Agreement. |
| William E. Wallace | 11/04/19 | 2.10 | Revising agreement (1.5); call with Strassburger and Inz (.3); discussion with Greiss. (.3) |
| Rory Greiss | 11/05/19 | 3.50 | Continued work re: Amended and Restated Agreement. |
| William E. Wallace | 11/05/19 | 1.30 | Review revised agreement (.5); discussion with Greiss (.3); review email comments (.25); review Inz comments. (.25) |
| Rory Greiss | 11/08/19 | 2.80 | Continued work re: Amendment and Restated Agreement, etc; teleconference P. Strassburger, R. Inz, B. Wallace. |
| William E. Wallace | 11/08/19 | 1.50 | Review revised agreement (.5); calls from Strassburger and Inz (.5); revising agreement. (.5) |
| Laurie Abramowitz | 11/11/19 | 0.80 | Reviewing HRT Agreement (.4); correspondence regarding same. (.4) |
| Rory Greiss | 11/11/19 | 1.50 | Begin review of HRT mark-ups (1.0); correspondence with P. Strassburger, R. Inz, B. Wallace, etc. (.5) |
| William E. Wallace | 11/11/19 | 0.70 | Review KL Gates drafts (.4); discussion with Greiss. (.3) |
| Laurie Abramowitz | 11/12/19 | 0.80 | Reviewing HRT Agreement (.5); correspondence regarding same.(.3) |
| Rory Greiss | 11/12/19 | 2.80 | Complete review of HRT's mark-ups of funding agreement (.5); discussion with B. Wallace (.3); conference call with R. Inz, P. Strassburger, B. Wallace and begin to revise (1.3); teleconference H. Abramowitz re: excise taxes, etc. (.5) |
| William E. Wallace | 11/12/19 | 1.80 | Review KL Gates alternative drafts (1.0); discussion with Greiss (.5); call with Strassburger. (.3) |
| Rory Greiss | 11/13/19 | 3.00 | Conference call with HRT (1.1); revise draft agreement and send to Purdue team for review (1.7). |
| William E. Wallace | 11/13/19 | 2.00 | Review KL Gates comments; all with KL Gates; revising draft agreement; discussion with Greiss. |
| Rory Greiss | 11/14/19 | 1.80 | Continued work re: Amended and Restated Agreeemnt; review R. Aleali's comments (.75) and others  and revise draft (1.0). |
| William E. Wallace | 11/14/19 | 0.80 | Review Aleali comments (.4); review Inz comments. (.4) |
| Laurie Abramowitz | 11/15/19 | 1.00 | Reviewing HRT Agreement (.5); correspondence regarding same (.25); telephone conference with R. Inz, P. Strassburger, and B. Wallace. (.25) |
| William E. Wallace | 11/15/19 | 1.50 | Review comments (.5); call with Strassburger and Inz (.5); revising agreement. (.5) |
| Rory Greiss | 11/18/19 | 1.20 | Continued work to finalize Amended and Restated Agreement (.8); office conference B. Wallace, etc.(.4) |
| William E. Wallace | 11/18/19 | 1.00 | Comments from HRT; call with Strassburger; revise agreement. |
| Rory Greiss | 11/19/19 | 0.50 | Work in connection with execution of Amended and Restated Agreement. |
| William E. Wallace | 11/19/19 | 0.40 | Review execution copies of agreement. |

December 10, 2019                                                                      Invoice # 30105410

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/20/19 | 3.50 | Begin revised draft of additional funding Agreement to provide for $11.5 million of funding for development of the product (.3.0); office conference B. Wallace re: revisions. (.5) |
| William E. Wallace | 11/20/19 | 1.20 | Review draft of $11.5 million development agreement (.8); discussion with Greiss.(.4) |
| William E. Wallace | 11/21/19 | 1.30 | Review/revise draft development agreement; discussion with Greiss. |
| Rory Greiss | 11/25/19 | 2.70 | Review P.S. and R.I. comments to draft funding agreement (.5); conference call with P.S.,R.I. and B. Wallace to review their comments and P. Medeiros comments (1.0); begin revising draft (1.2). |
| William E. Wallace | 11/25/19 | 1.70 | Call from Strassburger and Inz (.5); revising agreement (.8); discussion with Greiss.(.5) |
| Rory Greiss | 11/26/19 | 2.20 | Finalize revised draft of funding agreement and distribute to Purdue team. |
| William E. Wallace | 11/26/19 | 0.80 | Review revised HRT agreement and Inz comments (.4); discussion with Greiss.(.4) |
| Rory Greiss | 11/27/19 | 1.80 | Revise Funding Agreement and send to Prudue team (1.3); reflect final R. Inz comments and redistribute (.5). |
| William E. Wallace | 11/27/19 | 1.20 | Review revised HRT agreement and comments from Inz (.5); discussion with Greiss. (.7) |

**Total Hours**                            **53.20**


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Laurie Abramowitz | 2.60 | 1,125.00 | 2,925.00 |
| Rory Greiss | 31.30 | 1,125.00 | 35,212.50 |
| William E. Wallace | 19.30 | 1,080.00 | 20,844.00 |
| **TOTAL** | **53.20** |  | **58,981.50** |


**Total Current Amount Due**                                              **$50,134.28**

# Arnold&Porter

Purdue Pharma L.P.                                    December 10, 2019
Attn: Phillip C. Strassburger                        Invoice # 30105411
Vice President & General Counsel                     EIN 53-0208605
One Stramford Forum
Stramford, CT  06901

Client/Matter # 1049218.00133

TetraGenetics License and Collaboration Agreement

20180002127

| | | |
|---|---|---|
| **For Legal Services Rendered through November 30, 2019** | $ | 6,357.50 |
| Discount: | | <u>-953.62</u> |
| **Fee Total** | | 5,403.88 |
| **Total Amount Due** | $ | <u>5,403.88</u> |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:            Arnold & Porter Kaye Scholer LLP
                        P.O. Box 759451
                        Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 10, 2019                                                          Invoice # 30105411

**(1049218.00133)**
**TetraGenetics License and Collaboration Agreement**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/25/19 | 2.30 | Review correspondence from K. McCarthy re: potentially terminating T. Agreement and asking for analysis (.3); office conference E. Rothman and E. Zausner re: review of agreement, etc. (.8); review E.Z's analysis of termination provisions and review Tetragenetics agreement (1.2). |
| Ethan Zausner | 11/25/19 | 3.50 | Review of Agreement (.25); drafting of termination/pause options (3.0); related correspondence (.25). |
| Rory Greiss | 11/27/19 | 1.20 | Review T agreement and E.Z. memo re: "pause" on termination (.7); conference call with E.R. and E.Z. to discuss (.5). |
| Ethan Zausner | 11/27/19 | 0.50 | Call with team on next steps for Tetragenetics agreement (.25); review of notes. (.25) |
| **Total Hours** | | **7.50** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 3.50 | 1,125.00 | 3,937.50 |
| Ethan Zausner | 4.00 | 605.00 | 2,420.00 |
| **TOTAL** | **7.50** | | **6,357.50** |

**Total Current Amount Due**                                             **$5,403.88**

# Arnold&Porter

**Purdue Pharma L.P.**                                                    December 10, 2019
**Attn: Phillip C. Strassburger**                                         Invoice # 30105417
**Vice President & General Counsel**                                      EIN 53-0208605
**One Stramford Forum**
**Stramford, CT  06901**


**Client/Matter # 1049218.00135**

Project Artic

20190002247


| | | |
|---|---|---|
| **For Legal Services Rendered through November 30, 2019** | $ | 16,131.00 |
| Discount: | | -2,419.65 |
| **Fee Total** | | 13,711.35 |
| **Total Amount Due** | $ | 13,711.35 |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 759451
                          Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 10, 2019                                                                Invoice # 30105417

**(1049218.00135)**
Project Artic


**Legal Services:**


| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 11/12/19 | 2.30 | Review issues lists, DPW comments and last draft of Development agreement in preparation for call with P. re: reviving negotiation process (.1.0); conference call with D. Saussey, K. McCarthy, E. Rothman, D. Rosato and E. Zausner. (.7) |
| Danielle Rosato | 11/12/19 | 5.70 | Conference with Purdue team (.70); revised external issues list (1.0); reviewed and revised draft Development Agreement.(5.0) |
| Eric Rothman | 11/12/19 | 1.20 | TC with Purdue to discuss Antares draft. |
| Sarah Soloveichik | 11/12/19 | 0.10 | Review Development Agreement; discussion with D. Rosato re: same. |
| Ethan Zausner | 11/12/19 | 2.30 | Review of deal materials (1.0); call with Purdue. (.7) |
| Laurie Abramowitz | 11/13/19 | 0.30 | Reviewing Development Agreement. |
| Danielle Rosato | 11/13/19 | 1.00 | Revised external issues list per comments from R. Greiss (.25); revised draft Development Agreement (.5); conference with R. Greiss re: the same. (.25) |
| Sarah Soloveichik | 11/13/19 | 1.10 | Review and prepare tax comments to Development Agreement. |
| Rory Greiss | 11/14/19 | 1.50 | Discuss issues regarding bankruptcy approval process, etc., (.5); review new draft prepared by D. Rosato (1.0) |
| Ethan Zausner | 11/14/19 | 1.90 | Meeting with Danielle (.9); review of updated agreement/issue list (1.0). |
| Eric Rothman | 11/18/19 | 0.60 | TC with Purdue to discuss Antares draft. |
| Ethan Zausner | 11/18/19 | 0.30 | Call with client re: submitting unsigned contract and related communications |
| Ethan Zausner | 11/21/19 | 0.40 | Review of correspondence; checked filings for Antares agreement |
| Rory Greiss | 11/22/19 | 1.10 | Continued work re: open issues in Antares development agreement. |

**Total Hours**                              **19.80**

Page 1

December 10, 2019                                                                      Invoice # 30105417

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Laurie Abramowitz | 0.30 | 1,125.00 | 337.50 |
| Rory Greiss | 4.90 | 1,125.00 | 5,512.50 |
| Eric Rothman | 1.80 | 860.00 | 1,548.00 |
| Danielle Rosato | 6.70 | 715.00 | 4,790.50 |
| Sarah Soloveichik | 1.20 | 815.00 | 978.00 |
| Ethan Zausner | 4.90 | 605.00 | 2,964.50 |
| **TOTAL** | **19.80** | | **16,131.00** |

**Total Current Amount Due**                                                    **$13,711.35**

# Arnold&Porter

Purdue Pharma L.P.
Attn: Phillip C. Strassburger
Vice President & General Counsel
One Stramford Forum
Stramford, CT  06901

December 10, 2019
Invoice # 30105423
EIN 53-0208605

Client/Matter # 1049218.00140

Project Windshield

20190002276

| | | |
|---|---|---|
| **For Legal Services Rendered through November 30, 2019** | $ | 37,768.50 |
| Discount: | | -5,665.27 |
| **Fee Total** | | 32,103.23 |
| **Total Amount Due** | $ | 32,103.23 |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:
Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 10, 2019                                                                Invoice # 30105423

**(1049218.00140)**
Project Windshield

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/06/19 | 4.50 | Review Windgap mark-up of Development Agreement (2.1); discuss issues with E. Rothman and D. Rosato for DR to create issues list to send to P on Thursday. (2.4) |
| Danielle Rosato | 11/06/19 | 8.40 | Reviewed revised draft Development Agreement from Foley Hoag (4.0); conference with R. Greiss and E. Rothman re: the same (2.0); prepared issues list. (2.4) |
| Eric Rothman | 11/06/19 | 2.30 | review and comment on revised draft of Windgap Development Agreement. |
| David K. Barr | 11/07/19 | 1.70 | Review mark-up of Purdue/Windgap Development Agreement (.3); emails with W. Yang regarding agreement (.3); meeting with R. Griess, E. Rothman and D. Rosato regarding IP/Patent provisions of agreement. (.9) |
| Rory Greiss | 11/07/19 | 4.50 | review issues list and compare with agreement (2.5); give comments to E.R. and D.R.(1.0); review and comment on revised list.(1.0) |
| Danielle Rosato | 11/07/19 | 3.50 | Conference with D. Barr re: IP Provisions in revised Development Agreement (1.0); conferences with E. Rothman and R. Greiss re: issues list; revised issues list per the same. (1.0) |
| Eric Rothman | 11/07/19 | 1.80 | review and comment on revised draft of Windgap Development Agreement. |
| Rory Greiss | 11/08/19 | 1.20 | Conference call with Purdue team and work re: issues list re: Development Agreement with E. Rothman and D. Rosato. |
| Danielle Rosato | 11/08/19 | 2.40 | Conference with the Purdue team re: issues list (1.0); prepared external issues list and follow-up due diligence request list.(1.4) |
| Eric Rothman | 11/08/19 | 2.90 | TC with Purdue to discuss Windgap Issues List (1.0); work on same. (1.9) |
| Danielle Rosato | 11/11/19 | 3.30 | Revised draft Development Agreement. |
| Pari R. Mody | 11/11/19 | 2.80 | Review definitions and regulatory provisions of Windgap agreement. |
| Danielle Rosato | 11/12/19 | 0.30 | Revised draft per comments from P. Mody. |
| Sarah Soloveichik | 11/12/19 | 1.50 | Review and prepare tax comments to Development Agreement. |
| Pari R. Mody | 11/12/19 | 0.80 | Continue reviewing draft agreement. |
| Rory Greiss | 11/13/19 | 0.50 | Call with D. Barr re: IP due diligence questions. |
| Rory Greiss | 11/22/19 | 1.10 | Review D, PW comments to Windgap Agreement. |
| **Total Hours** | | **43.50** | |

Page 1

December 10, 2019                                                    Invoice # 30105423

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|------:|-----:|------:|
| David K. Barr | 1.70 | 1,105.00 | 1,878.50 |
| Rory Greiss | 11.80 | 1,125.00 | 13,275.00 |
| Eric Rothman | 7.00 | 860.00 | 6,020.00 |
| Pari R. Mody | 3.60 | 715.00 | 2,574.00 |
| Danielle Rosato | 17.90 | 715.00 | 12,798.50 |
| Sarah Soloveichik | 1.50 | 815.00 | 1,222.50 |
| **TOTAL** | **43.50** | | **37,768.50** |

**Total Current Amount Due**                                         $32,103.23

# Arnold&Porter

Purdue Pharma L.P.                                                December 10, 2019
Attn: Phillip C. Strassburger                                    Invoice # 30105424
Vice President & General Counsel                                 EIN 53-0208605
One Stramford Forum
Stramford, CT  06901


Client/Matter # 1049218.00144

Amendment to Shionogi Collaboration

20190002605


| | | |
|---|---|---|
| **For Legal Services Rendered through November 30, 2019** | $ | 3,010.00 |
| Discount: | | <u>-451.50</u> |
| **Fee Total** | | **2,558.50** |
| **Total Amount Due** | $ | <u>**2,558.50**</u> |


Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                     Arnold & Porter Kaye Scholer LLP
                                 P.O. Box 759451
                                 Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 10, 2019

Invoice # 30105424

**(1049218.00144)**
Amendment to Shionogi Collaboration

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 11/13/19 | 1.40 | TC with Karen McCarthy to discuss 6th Amendment. (.5); work on same. (.9) |
| Eric Rothman | 11/18/19 | 2.10 | work on 6th Amendment to Shionogi Agreement. |
| **Total Hours** | | **3.50** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 3.50 | 860.00 | 3,010.00 |
| **TOTAL** | **3.50** | | **3,010.00** |

**Total Current Amount Due**                                      $2,558.50

# Arnold&Porter

**Purdue Pharma L.P.**                                  December 10, 2019
**Attn: Roxana Aleali**                                  Invoice # 30105425
**Associate General Counsel**                            EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00146**

Praxis

20190002672


| | | |
|---|---|---|
| **For Legal Services Rendered through November 30, 2019** | $ | 5,610.00 |
| Discount: | | -841.50 |
| **Fee Total** | | 4,768.50 |
| **Total Amount Due** | $ | 4,768.50 |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                       Arnold & Porter Kaye Scholer LLP
                                        P.O. Box 759451
                                        Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 10, 2019                                                        Invoice # 30105425


**(1049218.00146)**
Praxis


**Legal Services:**


| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Stephanie W. Coutu | 11/14/19 | 2.40 | Review financing documents. |
| Stephanie W. Coutu | 11/15/19 | 3.10 | Review financing documents (1.0); telephone conference with client (1.0); follow up with company counsel (.6); review side letter. (.5) |
| Stephanie W. Coutu | 11/18/19 | 0.80 | Follow up re financing documents and closing. |
| Stephanie W. Coutu | 11/19/19 | 0.30 | Closing logistics. |
| **Total Hours** | | **6.60** | |


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Stephanie W. Coutu | 6.60 | 850.00 | 5,610.00 |
| **TOTAL** | **6.60** | | **5,610.00** |


**Total Current Amount Due**                                    $4,768.50

# Arnold&Porter

Purdue Pharma L.P.
Attn: Philip Strassburger
Vice President and General Counsel
One Stamford Forum
Stamford, CT  06901-3431

December 10, 2019
Invoice # 30105426
EIN 53-0208605

Client/Matter # 1049218.00148

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| For Legal Services Rendered through November 30, 2019 | $ | 5,676.50 |
| Discount: | | -851.47 |
| Fee Total | | 4,825.03 |
| Total Amount Due | $ | 4,825.03 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                      Arnold & Porter Kaye Scholer LLP
                                          P.O. Box 759451
                                          Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 10, 2019

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rosa J. Evergreen | 11/21/19 | 0.70 | Attention to retention application and work on same. |
| Rosa J. Evergreen | 11/22/19 | 1.00 | Work on retention issues (.6); follow-up with R. Greiss re same (.4). |
| Rory Greiss | 11/27/19 | 2.50 | Continued work on Purdue Retention Application. |
| Rosa J. Evergreen | 11/27/19 | 1.50 | Work on retention and disclosure tasks (1.2); communicate with R. Greiss on same (.3). |

**Total Hours**     **5.70**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 3.20 | 895.00 | 2,864.00 |
| Rory Greiss | 2.50 | 1,125.00 | 2,812.50 |
| **TOTAL** | **5.70** | | **5,676.50** |

**Total Current Amount Due**     **$4,825.03**