| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Kenneth H. Eckstein<br>David E. Blabey Jr.<br>Rachael Ringer<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100 | GILBERT LLP<br>Scott D. Gilbert (admitted *pro hac vice*)<br>Craig Litherland (admitted *pro hac vice*)<br>Kami E. Quinn (admitted *pro hac vice*)<br>100 New York Ave, NW, Suite 700<br>Washington, D.C. 20005<br>Telephone: (202) 772-2200 |
| BROWN RUDNICK LLP<br>David J. Molton<br>Steven D. Pohl (admitted *pro hac vice*)<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800 | OTTERBOURG P.C.<br>Melanie L. Cyganowski<br>Jennifer S. Feeney<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: (212) 661-9100 |

*Attorneys for the Ad Hoc Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
In re:                                              :   Chapter 11
                                                    :
PURDUE PHARMA L.P., *et al.*,                       :   Case No. 19-23649 (RDD)
                                                    :
                              Debtors.              :   (Jointly Administered)
                                                    :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         :
                          : ss
COUNTY OF NEW YORK        :

I, Benjamin Minerva, being duly sworn, deposes and says:

1.  I am over the age of eighteen years and employed by Kramer Levin Naftalis & Frankel LLP and I am not a party to the above-captioned action.

2.  On January 17, 2020, I served a true and correct copy of the following document via email and/or First Class Mail upon the parties set forth in the Master Service List as of January 3, 2020:

- *Ad Hoc Committee's Statement in Support of Debtors' Objection to TIG's Motion for Relief From the Automatic Stay [Docket No. 757]*

_____
Benjamin E. Minerva

_____
Notary Public

Notary Public, State of New York
WENDY H. KANE
NO. 01KA6377080
Qualified in New York County
Commission Expires June 25, 2022