IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRIC OF NEW YORK

| | |
|---|---|
| In re<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>                Debtors. 1 | Chapter 11<br><br>Case Nos. 19-23649-RDD<br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAV VICE*

I, **Celeste Brustowicz,** request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent **Kara Trainor Brucato**, a creditor, in the above referenced cases. I certify that I am a member in good standing of the bar in the State of Louisiana, and am also admitted to practice before, among other courts, the United States District Court for the Eastern District of Louisiana, the United States District Court for the Western District of Louisiana, the United States District Court for the Middle District of Louisiana, and the Louisiana Supreme Court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 21, 2020, New Orleans, Louisiana

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7884), Purdue Pharma, Inc. (7486), Purdue Transdermal Technologies, L.P. (1868), Purdue Pharma Manufacturing, L.P. (3821), Purdue Pharmaceuticals, L.P. (0034), Imbrium Therapeutics, L.P. (8810), Adlon Therapeutics, L.P. (6745), Greenfield Bio Ventures, L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3952), Avrio Health, L.P. (4140), Purdue Pharmaceutical Products, L.P (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience, Inc. (7805), Button L and L.P. (7502), Rhodes Associates, L.P. (N/A), Paul Land, Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF, L.P. (0495), SVC Pharma, L.P. (5717) and SVC Pharma, Inc. (4014). The debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

/s/ Celeste Brustowicz
Celeste Brustowicz, Esq.
COOPER LAW FIRM, LLC
1525 Religious Street
New Orleans, Louisiana 70130
Telephone (504) 399-0099
Fax: (504) 309-6989
cbrustowicz@clfnola.com

Attorney for Kara Trainor Brucato