IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRIC OF NEW YORK

| | |
|---|---|
| In re<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors. 1 | Chapter 11<br><br>Case Nos. 19-23649-RDD<br>(Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAV VICE*

Upon the motion of Celeste Brustowicz ("the Movant"), to be admitted, *pro hac vice*, to represent creditor Kara Trainor Brucato and upon Movant's certification that the Movant is a member in good standing with the bar in the State of Louisiana, and is also admitted to practice before the United States District Court for the Eastern District of Louisiana, the United States District Court for the Western District of Louisiana, the United States District Court for the Middle District of Louisiana, and the Louisiana Supreme Court, it is hereby:

ORDERED, that Celeste Brustowicz is admitted to practice pro hac vice in the above reference case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Date: _____, 2020, White Plains, New York

_____
UNITED STATES BANKRUPTCY JUDGE

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7884), Purdue Pharma, Inc. (7486), Purdue Transdermal Technologies, L.P. (1868), Purdue Pharma Manufacturing, L.P. (3821), Purdue Pharmaceuticals, L.P. (0034), Imbrium Therapeutics, L.P. (8810), Adlon Therapeutics, L.P. (6745), Greenfield Bio Ventures, L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3952), Avrio Health, L.P. (4140), Purdue Pharmaceutical Products, L.P (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience, Inc. (7805), Button L and L.P. (7502), Rhodes Associates, L.P. (N/A), Paul Land, Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF, L.P. (0495), SVC Pharma, L.P. (5717) and SVC Pharma, Inc. (4014). The debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.