IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRIC OF NEW YORK

| | |
|---|---|
| In re<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors. 1 | Chapter 11<br><br>Case Nos. 19-23649-RDD<br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE THAT CELESTE BRUSTOWICZ (Pro Hac Vice pending) appears as counsel in the above-captioned cases on behalf of Kara Trainor Brucato, a creditor therein. Kara Trainor Brucato requests under Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and other applicable law, that an entry be made on the court matrix and that all notices and papers filed and/or served in these cases be served upon:

Celeste Brustowicz
Jessica Detty
Lisa Richardson

Cooper Law Firm, LLC
1525 Religious Street
New Orleans, Louisiana 70130
Telephone (504) 399-0099
Fax: (504) 309-6989
cbrustowicz@clfnola.com
jdetty@clfnola.com
lrichardson@clfnola.com

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7884), Purdue Pharma, Inc. (7486), Purdue Transdermal Technologies, L.P. (1868), Purdue Pharma Manufacturing, L.P. (3821), Purdue Pharmaceuticals, L.P. (0034), Imbrium Therapeutics, L.P. (8810), Adlon Therapeutics, L.P. (6745), Greenfield Bio Ventures, L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3952), Avrio Health, L.P. (4140), Purdue Pharmaceutical Products, L.P (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience, Inc. (7805), Button L and L.P. (7502), Rhodes Associates, L.P. (N/A), Paul Land, Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF, L.P. (0495), SVC Pharma, L.P. (5717) and SVC Pharma, Inc. (4014). The debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

PLEASE TAKE FURTHER NOITCE that this Notice of Appearance shall not be deemed to be a waiver of rights of the above-named parties-in-interest (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoff or recoupments to which **Kara Trainor Brucato** is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments are hereby reserved.

Date: January 21, 2020

/s/ Celeste Brustowicz
Celeste Brustowicz
COOPER LAW FIRM, LLC
1525 Religious Street
New Orleans, Louisiana 70130
Telephone (504) 399-0099
Fax: (504) 309-6989
cbrustowicz@clfnola.com
Attorney for Kara Trainor Brucato

## CERTIFICATE OF SERVICE

This is to certify that on January 21, 2020, I served a true and accurate copy of the following: NOTICE OF APPEARANCE AND REQUEST FOR NOTICE; AND CERTIFICATE OF SERVICE; electronically with the Clerk of Court via the CM/ECF system which sent electronic notification of this filing to all registered counsel of record via email.

/s/ Celeste Brustowicz
Celeste Brustowicz, Esq.