1-1-2020

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SACKLER FAMILY DEFENDANTS OWNERS
CASE NO. 19-23649       CHAPTER 11
                  23649
DEBTOR: PURDUE PHARMA;
PURDUE V. PHARMA LLC — DEFENDANTS

PLAINTIFF: RONALD GEORGE DANDAR
DEAR MADAM/SIR:
PLEASE SEND ME THE BELOW:
A) CLAIM FILE FORM — PURDUE V. PHARMA
DOCKET NUMBER: PURDUE PHARMA —
B) MASTER PROOF OF SERVICE;
C) DOCKET ENTRIES;
D) ANY AND ALL DOCUMENTS COURT ORDERS
FILINGS, RESPONSES ANSWERS
E) ANY AND ALL COMPUTER PRINT-OUTS
F) COPY — PRINT OUT OF UNITED STATES
DISTRICT FEDERAL COURT AND BANKRUPTCY
COURTS IN THE UNITED STATES.
G) PRIOR PRESENT - FUTURE DOCUMENTS
H) PLEASE ADD MY ADDRESS & NAME TO
MASTER PROOF OF SERVICE  RESPECTFULLY SUBMITTED:
                                         X Ron Dandar
RONALD DANDAR — PLAINTIFF
KQ7780
C/O LEGAL MAIL DEPARTMENT
50 OVERLOOK DRIVE
LABELLE, PENNA 15450

**Inmate Communications/PA106**

Name: Ron Dawdar
DOC Box #: 38 Overlook
St. Petersburg PA 16063

c/o Legal Mail Department (LaBelle)
Prisoner # BD5450

To the office of the clerk
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

INMATE MAIL-PA
Department of Corrections

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 15450 $ 000.50⁰
02 4W
0000354482 JAN 14 2020

INMATE MAIL DEPARTMENT OF CORRECTIONS

SDNY