George R. Calhoun V (pro hac vice)
IFRAH PLLC
1717 Pennsylvania Avenue NW
Suite 650
Washington, DC 20006-2004
(202) 524-4140 – Tel.
(202) 524-4141 – Fax
george@ifrahlaw.com

Counsel for Ironshore Specialty Insurance Company,
formerly known as TIG Specialty Insurance Company

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>PURDUE PHARMA L.P., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>**Case No. 19-23649-rdd**<br><br>**(Jointly Administered)** |

### AFFIDAVIT OF SERVICE

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

I, George Calhoun, depose and say that I am a member of Ifrah PLLC ("Ifrah Law"), and counsel to Ironshore Specialty Insurance Company, interested party in the above-captioned chapter 11 cases.

On January 22, 2020, at my direction and under my supervision, employees of Ifrah Law caused the following documents to be served via First Class Mail on the Master Service List attached hereto as **Exhibit A**:

- Consolidated Reply in Support of Ironshore Specialty Insurance Company, Formerly Known As TIG Insurance Company's Motion for Relief From The Automatic Stay [Docket No. 765]

Dated January 22, 2020

George R. Calhoun, V

District of Columbia: SS

Subscribed and sworn to (or affirmed) before me on January 22, 2020, by George R. Calhoun, V, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Tracy C. Smith_

TRACY C. SMITH
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 1, 2023

## Exhibit A

Exhibit A

Master Service List

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-------------|-----------|-----------|------|-------|-----|
| Air Liquide Industrial U.S. LP | Attn: President or General Counsel | 9811 Katy Freeway | Suite 100 300 | Houston | TX | 77024 |
| Chambers of Honorable Robert D. Drain | Purdue Pharma L.P. - Chambers Copy | US Bankruptcy Court SDNY | Quarropas Street, Room 248 | White Plains | NY | 10601 |
| Commonwealth of Puerto Rico | Attn: Bankruptcy Department | Apartado 9020192 | | San Juan | PR | 00902-0192 |
| Ikon Financial Services | Attn: President or General Counsel | 1738 Bass Rd | | Macon | GA | 31210-1043 |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 |
| State of Alabama Attorney General | Attn: Bankruptcy Department | P.O. Box 300152 Ralph L. Carr | | Montgomery | AL | 36130-0152 |
| State of Colorado Attorney General | Attn: Bankruptcy Department | Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| State of Florida Attorney General | Attn: Bankruptcy Department | The Capitol, PL 01 40 Capital | | Tallahassee | FL | 32399-1050 |
| State of Georgia Attorney General | Attn: Bankruptcy Department | Square, SW | | Atlanta | GA | 30334-1300 |
| State of Idaho Attorney | Attn: Bankruptcy Department | 700 W. Jefferson | P.O. Box | Boise | ID | 83720-1000 |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| General | | Street | 83720 | | | |
| State of Indiana Attorney General | Attn: Bankruptcy Department | Indiana Government Center South | 302 W. Washington St., 5th Floor | Indianapolis | IN | 46204 |
| State of Iowa Attorney General | Attn: Bankruptcy Department | 1305 E. Walnut Street | | Des Moines | IA | 50319 |
| State of Kansas Attorney General | Attn: Bankruptcy Department | 120 SW 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| State of Kentucky Attorney General | Attn: Bankruptcy Department | 700 Capitol Avenue, Suite 118 | | Frankfort | KY | 40601 |
| State of Mississippi Attorney General | Attn: Bankruptcy Department | Walter Sillers Building | 550 High Street, Suite 1200, P.O. Box 220 | Jackson | MS | 39201 |
| State of Nevada Attorney General | Attn: Bankruptcy Department | 100 North Carson Street | | Carson City | NV | 89701 |
| State of New Mexico Attorney General | Attn: Bankruptcy Department | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| State of Ohio Attorney General | Attn: Bankruptcy Department | 30 E. Broad St., 14th Floor | | Columbus | OH | 43215 |
| State of Oklahoma Attorney General | Attn: Bankruptcy Department | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| State of Pennsylvania Attorney General | Attn: Bankruptcy Department | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 |
| State of Rhode Island Attorney General | Attn: Bankruptcy Department | 150 South Main Street | | Providence | RI | 02903 |

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-------------|-----------|-----------|------|-------|-----|
| State of South Carolina Attorney General | Attn: Bankruptcy Department | P.O. Box 11549 | | Columbia | SC | 29211-1549 |
| State of Wisconsin Attorney General | Attn: Bankruptcy Department | Wisconsin Department of Justice 123 Capitol Building | State Capitol, Room 114 East, P.O. Box 7857 | Madison | WI | 53707-7857 |
| State of Wyoming Attorney General | Attn: Bankruptcy Department | 1310 Madrid Street | 200 W. 24th Street | Cheyenne | WY | 82002 |
| U.S. Bank Equipment Finance | Attn: President or General Counsel | 950 Pennsylvania Avenue, NW | | Marshall | MN | 56258 |
| U.S. Department of Justice | Attn: Legal Department | 300 Quarropas Street, Room 248 | | Washington | DC | 20530-0001 |
| United States Attorney's Office Washington DC | Attn: U.S. Attorney | 441 4th Street, NW | | White Plains | NY | 10601-4150 |
| Attorney General | Attn: Bankruptcy Department | | | Washington | DC | 20001 |

In re: Purdue Pharma L.P., *et al.*
Case No. 19-23649 (RDD)