| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | GILBERT LLP |
| Kenneth H. Eckstein | Scott D. Gilbert (admitted *pro hac vice*) |
| David E. Blabey Jr. | Craig Litherland (admitted *pro hac vice*) |
| Rachael Ringer | Kami E. Quinn (admitted *pro hac vice*) |
| 1177 Avenue of the Americas | 100 New York Ave, NW, Suite 700 |
| New York, NY 10036 | Washington, D.C. 20005 |
| Telephone: (212) 715-9100 | Telephone: (202) 772-2200 |
| | |
| BROWN RUDNICK LLP | OTTERBOURG P.C. |
| David J. Molton | Melanie L. Cyganowski |
| Steven D. Pohl (admitted *pro hac vice*) | Jennifer S. Feeney |
| 7 Times Square | 230 Park Avenue |
| New York, NY 10036 | New York, NY 10169 |
| Telephone: (212) 209-4800 | Telephone: (212) 661-9100 |

*Attorneys for the Ad Hoc Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
: 
In re: : Chapter 11
: 
PURDUE PHARMA L.P., *et al.*, : Case No. 19-23649 (RDD)
: 
Debtors. : (Jointly Administered)
: 
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     :
                      : ss
COUNTY OF NEW YORK    :

I, Benjamin Minerva, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed by Kramer Levin Naftalis & Frankel LLP and I am not a party to the above-captioned action.

2. On January 22, 2020, I served a true and correct copy of the following document via electronic mail upon the parties set forth in the Master Service List as of January 21, 2020:

- *Ad Hoc Committee's Statement and Reservation of Rights in Response to Debtors' Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and Procedures*

*Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof* [Docket No. 772]

3. On January 23, 2020, I served a true and correct copy of the following document via First Class Mail upon the parties set forth in the Master Service List as of January 21, 2020:

- *Ad Hoc Committee's Statement and Reservation of Rights in Response to Debtors' Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof* [Docket No. 772]

Benjamin E. Minerva
Paralegal

Notary Public

SAMUEL JACOB BECK
Notary Public, State of New York
NO: 01BE6398441
Qualified in New York County
Commission Expires September 30, 20 23