DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
James I. McClammy
Eli J. Vonnegut

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

### NOTICE OF FILING OF REVISED PROPOSED ORDER
### (I) ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM AND
### PROCEDURES RELATING THERETO, (II) APPROVING THE PROOF OF CLAIM
### FORMS, AND (III) APPROVING THE FORM AND MANNER OF NOTICE THEREOF

   **PLEASE TAKE NOTICE** that on January 3, 2020, the above-captioned debtors and

debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of an*

*Order (I) Establishing Deadlines for Filing Proofs of Claim and Procedures Relating Thereto,*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*(II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof* [Docket No. 717] (the "**Motion**"), together with the proposed order and the accompanying exhibits annexed thereto as Exhibit A [Docket No. 717-1, Exhibit A] (the "**Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that the deadline for parties to object or file responses was **January 17, 2020, at 4:00 p.m. (prevailing Eastern Time)** for all parties other than the Official Committee of Unsecured Creditors, the Ad Hoc Committee, the Ad Hoc Group of Non-Consenting States, the Multi-States Governmental Entities Group, the Ad Hoc Group of Hospitals and the United States Department of Justice, with respect to whom the objection deadline was extended to **January 21, 2020, at various times on or before 6:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors received informal comments on the Proposed Order from the Ad Hoc Group of Non-Consenting States, the Multi-States Governmental Entities Group, the Ad Hoc Group of Hospitals and the United States Department of Justice.

**PLEASE TAKE FURTHER NOTICE** that statements and reservations of rights were filed by the Official Committee of Unsecured Creditors [Docket No. 763], the Ad Hoc Committee [Docket No. 772], and the Ad Hoc Committee of NAS Babies [Docket No. 754].

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised Proposed Order and accompanying exhibits attached hereto as **Exhibit A** (the "**Revised Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that a comparison between the Revised Proposed Order and the Proposed Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors understand that the changes reflected in the Revised Proposed Order resolve the comments from the Ad Hoc Group of Non-Consenting States, the Multi-States Governmental Entities Group, the Ad Hoc Group of Hospitals and the United States Department of Justice.

**PLEASE TAKE FURTHER NOTICE** that the Debtors understand that the changes reflected in the Revised Proposed Order resolve in principle the comments from the Official Committee of Unsecured Creditors, the Ad Hoc Committee, and the Ad Hoc Committee of NAS Babies.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek entry of the Revised Proposed Order at the hearing on the Motion scheduled for **January 24, 2020, at 10:00 a.m. (prevailing Eastern Time)** (the "**Hearing**") before the Honorable Judge Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"), or at such other time as the Bankruptcy Court may determine.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma/.    You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:    January 23, 2020
       New York, New York

DAVIS POLK & WARDWELL LLP

By:    */s/ James I. McClammy*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
James I. McClammy
Eli J. Vonnegut

*Counsel to the Debtors
and Debtors in Possession*