**EXHIBIT A**

**Revised Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**ORDER ESTABLISHING (I) DEADLINES FOR FILING PROOFS OF CLAIM AND PROCEDURES RELATING THERETO, (II) APPROVING THE PROOF OF CLAIM FORMS, AND (III) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

Upon the motion (the "**Motion**") of Purdue Pharma, L.P. ("**PPLP**") and its affiliates that are debtors and debtors in possession in these proceedings (collectively, the "**Debtors**," the "**Company**," or "**Purdue**"), for an order, pursuant to Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") 2002, 3003(c)(3), and 9008 fixing deadlines and establishing procedures for filing proofs of claim and approving the form and manner of service thereof;[2] and it appearing that the relief requested is in the best interests of the Debtors, their estates, and creditors; and that adequate notice has been given and that no further notice is necessary; and after due deliberation and good and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

1.      The Motion is granted as set forth herein.

2.      The Bar Date Notice and the Governmental Opioid Claimant Proof of Claim
Form, the Personal Injury Claimant Proof of Claim Form, the General Opioid Claimant Proof of
Claim Form, (together, the "**Opioid Proof of Claim Forms**"), and the Non-Opioid Claimant
Proof of Claim Form (together, with the Opioid Proof of Claim Forms, the "**Proof of Claim
Forms**"), in substantially the forms annexed hereto as Exhibits 1, 2, 3, 4, and 5, respectively, and
the manner of providing notice of the Bar Dates proposed in the Motion, are approved in all
respects pursuant to Bankruptcy Rules 2002(a)(7) and 2002(l).  The form and manner of notice
of the Bar Dates approved herein are deemed to fulfill the notice requirements of the Bankruptcy
Rules and the Local Rules for the Court, and notice of the Bar Dates in the form and manner as
proposed by the Debtors herein is fair and reasonable and will provide good, sufficient, and due
notice to all creditors of their rights and obligations in connection with claims they may assert
against the Debtors' estates in these chapter 11 cases.  Accordingly, the Debtors are authorized
and directed to serve and/or publish the notice of the Bar Date as set forth below.

3.      Except as otherwise provided in paragraphs 10 and 11 of this Order, all persons
and entities (including, without limitation, individuals, partnerships, corporations, joint ventures,
trusts, governmental units, and Native American Tribes) holding a pre-petition claim, as defined
in Section 101(5) of the Bankruptcy Code, against the Debtors which arose on or prior to the
filing of the chapter 11 petitions on September 15, 2019 (the "**Petition Date**"), must file a proof
of claim in writing or electronically in accordance with the procedures below so that it is
received **on or before 5:00 p.m. (Prevailing Eastern Time) on June 30, 2020** (the "**General
Bar Date**").  All persons and entities holding an opioid-related claim against the Debtors that

arose after the Petition Date may also file a proof of claim using the forms described herein.  The

General Bar Date shall be identified in the Bar Date Notice.

    4.    For the purposes of determining the timeliness of the filing of a proof of claim

and for determining whether a claimant should use the Opioid Proof of Claim Forms, the

following procedures for the filing of proofs of claim shall apply:

    a.  **Governmental Opioid Claimant Proof of Claim Forms** must (i) be completed by any governmental unit or Native American Tribe, alleging a claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of the following **Brand Name Medications**: OxyContin®, Hysingla ER®, Butrans®, Dilaudid®, Ryzolt, MS Contin®, MSIR®, Palladone®, DHC Plus®, OxyIR®, or OxyFast®; or the following **Generic Medications:** oxycodone extended-release tablets, hydrocodone extended-release tablets, buprenorphine transdermal system, hydromorphone immediate-release tablets, hydromorphone injectable solution, hydromorphone oral solution, tramadol extended-release tablets, morphine extended-release tablets, morphine immediate-release tablets, hydromorphone extended-release capsules, dihydrocodeine acetaminophen and caffeine tablets, oxycodone immediate-release tablets, oxycodone and acetaminophen tablets (generic to Percocet®), oxycodone solution, or hydrocodone and acetaminophen tablets (generic to Vicodin®) (a "**Purdue Opioid**" or "**Purdue Opioids**"); and (ii) conform substantially to the proof of claim form attached hereto as Exhibit 2.

    b.  **Personal Injury Claimant Proof of Claim Forms** must (i) be completed by any claimant seeking damages based on personal injury to the claimant or another individual related to the taking of Purdue Opioids; and/or the taking of another opioid for which the claimant believes Purdue is responsible for their damages; and (ii) conform substantially to the proof of claim form attached hereto as Exhibit 3;

    c.  **General Opioid Claimant Proof of Claim Forms** must (i) be completed by any individual or entity, other than a governmental unit or Native American Tribe, alleging a claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids, excluding claims for personal injury; and (ii) conform substantially to the proof of claim form attached hereto as Exhibit 4;

    d.  **Non-Opioid Claimant Proof of Claim Form** must (i) be completed by any person or entity alleging claims against the Debtors based on non-opioid-related injuries or harm; and (ii) conform substantially to the proof of claim

3

form attached hereto as Exhibit 5. Non-Opioid Claimant Proof of Claim Forms must specify by name and case number the Debtor against which the claim is filed. If the holder asserts a claim for non-opioid related injuries or harm against more than one Debtor or has such claims against different Debtors, a separate proof of claim form must be filed with respect to each Debtor;

e. For the avoidance of doubt, holders asserting claims on any of the Opioid Proof of Claim Forms and the Federal Government (as defined herein) are not required to file separate proofs of claim against each Debtor with respect to which any such holder has or may have a claim or specify by name the Debtor against which the claim is filed or the case number of such Debtor's bankruptcy case. All Opioid Proof of Claim Forms, as well as claims filed by the Federal Government, will be docketed against the lead case, *In re Purdue Pharma L.P., et al.,* No. 19-23649 (RDD), without the need for further designation by a holder, and shall be deemed filed as against each of the Debtors in each of the Debtors' chapter 11 cases and in any of their successor cases;

f. Proofs of claim must be filed either (i) electronically through Prime Clerk's proof of claim website for these cases at https://restructuring.primeclerk.com/purduepharma/ (the "**Case Website**") by following instructions for filing proofs of claim electronically; (ii) by mailing the original proof of claim by First-Class mail to Prime Clerk's Claim Processing Center for the Debtors at Purdue Pharma Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4850, New York, NY 10163-4850; (iii) by mailing the original proof of claim by overnight mail to Prime Clerk's Claim Processing Center for the Debtors at Purdue Pharma Claims Processing Center, c/o Prime Clerk LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; or (iv) by delivering the original proof of claim by hand to (x) the United States Bankruptcy Court for the Southern District of New York at One Bowling Green, Room 614, New York, NY 10004-1408 or (y) Prime Clerk's Claims Processing Center for the Debtors at Purdue Pharma Claims Processing Center, c/o Prime Clerk LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232;

g. Proofs of claim will be deemed filed only when **received** by the Clerk of the Bankruptcy Court or by Prime Clerk on or before the General Bar Date;

h. Proofs of claim must (i) be signed; (ii) be in the English language; and (iii) be denominated in United States currency;

i. If a claimant is unable to answer certain questions or elects not to supplement their proof of claim by attaching supporting documentation at the time of filing a claim, the absence of an answer or supporting documentation, by itself, will not result in the denial of the claim, though the claimant may be asked or required to provide additional information or supporting

documentation at a later date.  A claimant may also amend or supplement a claim after it is filed, including, for the avoidance of doubt, after the applicable bar date;

j.  Timely filed claims that satisfy the requirements of the Bankruptcy Code, the Bankruptcy Rules, and/or this Order shall not be disallowed solely by reason of a lack of detail or specificity in response to questions asked in the forms approved by this Order; and

k.  Proofs of claim sent by facsimile, telecopy, or electronic mail transmission **will not** be accepted.

5.  All Personal Injury Claimant Proof of Claim Forms and any supporting documentation submitted with the forms, shall remain confidential and shall not be made available to the public.  For the avoidance of doubt, only the claim number, claim amount, and the total number of the personal injury claims, including any subcategories thereof (such as claims on behalf of minors with Neonatal Abstinence Syndrome), will be made publicly available on the Case Website and only such information will be included in the publicly available Claims Register.  Copies of Personal Injury Claimant Proof of Claim Forms and supporting documentation shall be treated as Confidential and, as applicable, as Information Protected Pursuant to the Health Insurance Portability and Accountability Act of 1996 as set forth in the Protective Order to be submitted for entry by the Court, and made available only to the Court and to those that agree to be bound by the Protective Order.

6.  All claim forms that are <u>not</u> Personal Injury Claimant Proof of Claim Forms will be made publicly available on the Case Website in their entirety (unless Prime Clerk, in its discretion, determines that a personal injury claimant mistakenly filled out a different proof of claim form).  For the avoidance of doubt, the Governmental Opioid Claimant Proof of Claim Forms, the General Opioid Proof of Claim Forms, and the Non-Opioid Proof of Claim Forms will be made publicly available on the Case Website in their entirety.  Prime Clerk shall be

exculpated from liability for, and shall be under no obligation or duty to advise claimants and/or make determinations as to whether the appropriate Proof of Claim Form was used; *provided however*, to the extent that a claimant seeks such advice, Prime Clerk shall refer the claimant to the instructions detailing the Proof of Claim Forms in the Bar Date Notice and to Prime Clerk's proof of claim website for these cases at   https://restructuring.primeclerk.com/purduepharma/; *further provided however*, that in no event shall Prime Clerk be exculpated in the case of its own bad faith, self-dealing, breach of fiduciary duty (if any), gross negligence or willful misconduct.

7.      Notwithstanding anything to the contrary in this Order, the Motion, any provision of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York, the Guidelines, any other order of this Court, any proof of claim form or notice of a bar date, for administrative purposes, (i) any member of the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (other than the PEC[3]) (the "**Ad Hoc Committee**") or the ad hoc groups delineated in this Order, specifically the Ad Hoc Group of Hospitals,[4] the Ad Hoc Group of Non-Consenting States (the "**Non-Consenting States**"), and the Multi-State Governmental Entities Group (each, an "**Ad Hoc Group**") that have filed a verified statement pursuant to Bankruptcy Rule 2019 as of the date of this Order (as such statement may be amended, modified or supplemented from time to time, each, a "**Rule 2019 Statement**") in these cases (as such member may change from time to time, each, a "**Member**" and, collectively the "**Members**"), and (ii) any state, federal district, territory, city, county, other

---

[3] The PEC or Plaintiffs' Executive Committee is the sixteen-member court-appointed committee in *In re National Prescription Opiate Litigation*, Case No. 17-md-02804, MDL No. 2804.

[4] "Ad Hoc Group of Hospitals" shall have the meaning set forth in the *Verified Statement of the Ad Hoc Group of Hospitals Pursuant to Bankruptcy Rule 2019* [Docket No. 577] (as the same may be amended, modified or supplemented from time to time).

municipality, or Native American Tribe that provides requisite authorization to counsel for the Ad Hoc Committee and any state or territory that provides requisite authorization to counsel for the Non-Consenting States—provided such authorization is reasonably acceptable to the Debtors and the Creditors' Committee (each, a "**Consenting Claimant**" and, collectively, the "**Consenting Claimants**")—is authorized and entitled, but not required, to file, amend, modify and/or supplement one or more consolidated proof(s) of claim, including, in each case, through counsel or other authorized agent (together with any amendments, modifications or supplements thereto, each a "**Consolidated Claim**" and, collectively, the "**Consolidated Claims**"), using the appropriate Opioid Proof of Claim Form,[5] on behalf of each and every Member of the applicable Ad Hoc Group or Ad Hoc Committee and Consenting Claimant, or any subgroup thereof, that elects to be included in the applicable Consolidated Claim for any and all claims such applicable Members and/or Consenting Claimants have or may have against any or all of the Debtors, which Consolidated Claim(s) shall have the same effect as if each Member of the applicable Ad Hoc Group or Ad Hoc Committee or Consenting Claimant had individually filed its own proof of claim against each of the Debtors in each of the Debtors' chapter 11 cases and in any of their successor cases.    In the case of states, federal districts, or territories that are Members or Consenting Claimants, nothing shall preclude counsel for the Ad Hoc Committee and/or counsel for the Non-Consenting States from filing a Consolidated Claim on behalf of all such states, federal districts, and territories, and such counsel is hereby authorized to file a Consolidated Claim (subject to receiving the requisite authority from the Members and/or Consenting Claimants).    No Consolidated Claim shall be disallowed, reduced or expunged solely on the basis

---

[5] For the avoidance of doubt, the Members of the Ad Hoc Group of Hospitals are authorized and entitled, but not required, to file, amend, modify and/or supplement a Consolidated Claim using the General Opioid Claimant Proof of Claim Form for any and all claims the Members of the Ad Hoc Group of Hospitals have or may have against any or all of the Debtors.

that such Consolidated Claim is filed collectively by the Members and/or Consenting Claimants, rather than by each Member or Consenting Claimant individually. By filing a Consolidated Claim, the Members and Consenting Claimants are deemed to have satisfied the applicable Bankruptcy Rules, including, without limitation, Bankruptcy Rule 3001. Filing of Consolidated Claims in this manner is intended solely for the purpose of administrative convenience. Absent further order of the Court, Consolidated Claims shall not be construed, submitted, or allowed as class proofs of claim (or as motions to approve class proofs of claim), nor shall the allowance of the filing of the Consolidated Claims be construed in any way as a determination that any claims in these chapter 11 cases may be submitted as class claims, the rights of all parties being reserved in that regard.

8.     Notwithstanding anything to the contrary in this Order, the Motion, any other order of this Court, any proof of claim form or notice of a bar date, the federal government of the United States, including any agency, department, or instrumentality of the federal government (the "**Federal Government**"), is authorized to file, amend, modify and/or supplement proofs of claim using the Non-Opioid Claimant Proof of Claim Form, instead of the Governmental Opioid Claimant Proof of Claim Form, for any and all claims the Federal Government has or may have against any of the Debtors, including claims against the Debtors based on the Debtors' marketing and sale of Purdue Opioids. Claims filed by the Federal Government shall not be disallowed, reduced or expunged solely on the basis that the claim is filed on the Non-Opioid Claimant Proof of Claim Form instead of the Governmental Opioid Claimant Proof of Claim Form.

9.     Notwithstanding and in addition to any prior agreements by the Debtors to indemnify the Indemnified Parties (as defined below), the Debtors shall indemnify, defend and hold Prime Clerk and its members, directors, officers, employees, representatives, affiliates,

consultants, subcontractors, and agents (collectively, the "**Indemnified Parties**") from and against any and all losses, claims, damages, judgments, liabilities, and expenses, whether direct or indirect (including, without limitation, counsel fees and expenses) (collectively, "**Losses**") resulting from, arising out of or related to information made publicly available on the Case Website; *provided however*, that in no event shall Prime Clerk be indemnified in the case of its own bad faith, self-dealing, breach of fiduciary duty (if any), gross negligence or willful misconduct.  Without limiting the generality of the foregoing, Losses include any liabilities resulting from claims by any third parties against any Indemnified Party.

10.    Any person or entity that holds a claim that arises from the rejection of an executory contract or unexpired lease pursuant to Section 365 of the Bankruptcy Code, must file a proof of claim based on such rejection on or before the later of the (i) General Bar Date; and (ii) thirty (30) days after entry of any order authorizing the rejection of such executory contract or unexpired lease (together, the "**Rejection Damages Bar Date**").

11.    If the Debtors amend or supplement their Schedules subsequent to the date hereof, the Debtors shall give notice of such amendment or supplement to the holders of claims affected thereby, and such holders must file amended or original claims to take into account such amendment(s) to the Schedules on or before the later of: (i) the General Bar Date; and (ii) thirty (30) days after the date such holders of affected claims are served with notice that the Debtors amended their Schedules to identify, reduce, delete, or change the amount, priority, classification, or other status of such a claim (together, the "**Amended Schedules Bar Date**").

12.    Nothing in this Order shall prejudice the right of the Debtors or any other party in interest to dispute or assert offsets or defenses to any claim reflected in the Schedules.

13.    The following persons or entities need not file a proof of claim on or prior to the

applicable Bar Date:

    a.  the Office of the United States Trustee for the Southern District of New York on account of claims for fees and applicable interests payable pursuant to 28 U.S.C. § 1930;

    b.  any person or entity alleging a claim against the Debtors that has already filed a proof of claim in the above-captioned case in a form substantially similar to Official Bankruptcy Form 410;

    c.  any person or entity whose claim is listed on the Schedules filed by the Debtors, provided that (i) the claim is <u>not</u> scheduled as "disputed," "contingent," or "unliquidated;" <u>and</u> (ii) the claimant does not disagree with the amount, nature, and priority of the claim as set forth in the Schedules;

    d.  any holder of a claim that heretofore has been allowed by Order of this Court entered on or before the applicable Bar Date;

    e.  any person or entity whose claim has been paid in full by any of the Debtors;

    f.  any holder of a claim for which a separate deadline has been fixed by this Court;

    g.  any party that is exempt from filing a proof of claim pursuant to an order of the Court in these chapter 11 cases;

    h.  any Debtor having a claim against another Debtor;

    i.  any holder of a claim allowable under § 503(b) and § 507(a)(2) of the Bankruptcy Code as an expense of administration (other than any claim allowable under section 503(b)(9) of the Bankruptcy Code), including any professionals retained pursuant to orders of the Court who assert administrative claims for fees and expenses subject to the Court's approval pursuant to sections 330 and 331 of the Bankruptcy Code;

    j.  current or former employees of the Debtors and current or former officers and directors of the Debtors that are not parties to currently pending litigation arising from or related to the Debtors' marketing and sale of Purdue Opioids who assert claims for indemnification and/or contribution arising as a result of such individuals' services to the Debtors; and

    k.  a current or former employee of the Debtors, if an order of this Court authorized the Debtors to honor such claim in the ordinary course of business as a wage, commission or benefit, including any order of this Court approving the *Motion of Debtors for Entry of an Order Authorizing (I) Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation*

> *and (B) Maintain Employee Benefits Programs and Pay Related
> Administrative Obligations, (II) Employees and Retirees to Proceed with
> Outstanding Workers' Compensation Claims and (III) Financial Institutions
> to Honor and Process Related Checks and Transfers* [D.I. 6]; *provided* that a
> current or former employee must submit a Proof of Claim by the General Bar
> Date for all other claims arising on or before the Petition Date, including
> claims for benefits not provided for pursuant to an order of the Court,
> wrongful termination, discrimination, harassment, hostile work environment,
> and/or retaliation.

14.     Pursuant to Bankruptcy Rule 3003(c)(2), all holders of claims that fail to comply
with this Order by timely filing a proof of claim in appropriate form shall (i) be forever barred,
estopped, and enjoined form asserting such claims against the Debtors, their property, or their
estates (or submitting a proof of claim with respect thereto) and (ii) not treated as a creditor with
respect to such claim for the purposes of voting and distribution with respect to any chapter 11
plan or plans of reorganization that may be filed in these cases.

15.     The Debtors shall cause to be mailed (i) the appropriate proof of claim form and
(ii) a copy of the Bar Date Notice substantially in the form attached hereto as Exhibit 1, which
shall be deemed adequate and sufficient if served by first-class mail no later than ten (10)
business days after the date of entry of this Order upon:

    a.  the U.S. Trustee;

    b.  counsel to the Creditors' Committee;

    c.  all persons or entities that have filed proofs of claim as of the Bar Date Order;

    d.  all creditors and other known holders of claims as of the date of the Bar Date
Order, including all persons or entities listed in the Schedules as holding
claims, at the addresses stated therein;

    e.  all counterparties to the Debtors' executory contracts and unexpired leases
listed on the Schedules at the addresses stated therein;

    f.  all current parties to litigation with the Debtors or their counsel (as of the date
of entry of the Bar Date Order);

g.  all regulatory authorities that regulate the Debtors' businesses;

h.  all (i) current employees of the Debtors, (ii) all former employees of the Debtors terminated on or after January 1, 2016, and (iii) all of the Debtors' retirees (to the extent that contact information for former employees and retirees is available in the Debtors' records);

i.  all parties known to the Debtors as having <u>potential</u> claims against the Debtors' estates (including: (i) prescribers of Purdue brand name medications; (ii) Purdue Opioid users who are included in an adverse event report or who have filed a product complaint and provided contact information; (iii) callers to Purdue who have threatened, but not filed, litigation and provided contact information; and (iv) entities and individuals, other than current, former, and retired employees, officers, and directors, that have requested indemnification);

j.  the Internal Revenue Service for the district in which the case is pending and, if required by Bankruptcy Rule 2002(j), the Securities and Exchange Commission and any other required governmental units (a list of such agencies is available from the Office of the Clerk of the Court);

k.  all other taxing authorities for the jurisdictions in which the Debtors maintain or conduct business or own property; and

l.  all parties who have requested notice pursuant to Bankruptcy Rule 2002.

16.   The Supplemental Notice Plan, as described in the declaration of Jeanne C. Finegan (the "**Finegan Declaration**"), is hereby approved and shall be deemed good, adequate, and sufficient publication notice of the Bar Dates and the procedures for filing proofs of claim in these chapter 11 cases.   The Debtors are authorized to implement the components of the Supplemental Notice Plan as set forth in the Motion, the Memorandum of Law in Support of Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof (the "**Memorandum of Law**"), and the Finegan Declaration.   Prime Clerk will provide weekly reports to the Debtors and the Creditors' Committee regarding the Supplemental Notice plan, outlining:  (i) website traffic; (ii) television

ads that have aired and to be aired (including proposed schedules, to the extent known); (iii) radio aids aired and to be aired (including proposed schedules, to the extent known); (iv) impressions served; (v) social impressions; (vi) engagement (e.g., shares, comments, likes); (vii) online display ads served; (viii) ads that have been published in print (including proposed schedules, to the extent known); (ix) out of home advertising that has run (including proposed schedules, to the extent known); (x) media contacts (including specific names, if known); (xi) bar date notices mailed; and (xii) claims filed and preliminarily processed.

17.     In addition to the other provisions of the Supplemental Notice Plan, and pursuant to Bankruptcy Rule 2002(l) and the Guidelines, the Debtors shall publish a summary of the Bar Date Notice (i) once in the national editions of each of *The Wall Street Journal*, *The New York Times*, and *USA Today*, and (ii) once in each of the following magazines:  *People Magazine*, *Sports Illustrated*, *People En Espanol*, *National Geographic*, *Men's Health*, *Good Housekeeping*, *Parents*, and *Parents Latina*.

18.     The Debtors shall publish a summary of the Bar Date Notice (i) once in the weekday and Saturday editions of *The Globe & Mail, National Post, and Le Journal de Montreal*; and (ii) once in the national publications of each of *Canadian Geographic*, *Canadian Living*, *Chatelaine* (English and French Editions), *Maclean's*, *Reader's Digest* (English and French Editions*), Coup de Pouce*, and *L'actualite*.

19.     Nothing contained in this Order, the Motion, the Memorandum of Law, or any proof of claim or notice of the Bar Dates is intended to be or shall be construed as an admission of the Debtors' liability, an admission as to the validity of any claim against the Debtors, or a waiver of the Debtors' or any appropriate party in interest's rights to dispute any claim.

20.     The Debtors and Prime Clerk are authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

21.     Entry of this Order is without prejudice to the right of the Debtors to seek a further order of this Court fixing a date by which holders of claims or interests not subject to the Bar Dates established herein must file such proofs of claim or interest or be barred from doing so.

22.     To the extent that the Debtors, with the consent of the Creditor's Committee, seek to extend the General Bar Date, the Debtors may do so upon notice including a statement that the relief requested therein may be granted, pursuant to Local Rule 9074-1, without a hearing if no objection is timely filed and served in accordance with the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*, entered on November 18, 2019 [Dkt. No. 498].

Dated:    _____, 2020
       White Plains, New York

_____
THE HONORABLE ROBERT D DRAIN
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

**Bar Date Notice**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF DEADLINES REQUIRING FILING OF PROOFS OF CLAIM

**TO ALL PERSONS (INCLUDING LEGAL GUARDIANS OF CHILDREN AND
PERSONS CLAIMING ON BEHALF OF DECEASED PERSONS) AND ENTITIES
WITH CLAIMS AGAINST ANY OF THE DEBTOR ENTITIES LISTED BELOW:**

| Name of Debtor | Case Number | Tax Identification Number |
|---|---|---|
| Purdue Pharma L.P. | 19-23649 | XX-XXX7484 |
| Purdue Pharma Inc. | 19-23648 | XX-XXX7486 |
| Purdue Transdermal Technologies L.P. | 19-23650 | XX-XXX1868 |
| Purdue Pharma Manufacturing L.P. | 19-23651 | XX-XXX3821 |
| Purdue Pharmaceuticals L.P. | 19-23652 | XX-XXX0034 |
| Imbrium Therapeutics L.P. | 19-23653 | XX-XXX8810 |
| Adlon Therapeutics L.P. | 19-23654 | XX-XXX6745 |
| Greenfield BioVentures L.P. | 19-23655 | XX-XXX6150 |
| Seven Seas Hill Corp. | 19-23656 | XX-XXX4591 |
| Ophir Green Corp. | 19-23657 | XX-XXX4594 |
| Purdue Pharma of Puerto Rico | 19-23658 | XX-XXX3925 |
| Avrio Health L.P. | 19-23659 | XX-XXX4140 |
| Purdue Pharmaceutical Products L.P. | 19-13660 | XX-XXX3902 |
| Purdue Neuroscience Company | 19-23661 | XX-XXX4712 |
| Nayatt Cove Lifescience Inc. | 19-23662 | XX-XXX7805 |
| Button Land L.P. | 19-23663 | XX-XXX7502 |
| Rhodes Associates L.P. | 19-23666 | N/A |

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Paul Land Inc. | 19-23664 | XX-XXX7425 |
| Quicknick Land L.P. | 19-23665 | XX-XXX7584 |
| Rhodes Pharmaceuticals L.P. | 19-23667 | XX-XXX6166 |
| Rhodes Technologies | 19-23668 | XX-XXX7143 |
| UDF LP | 19-23669 | XX-XXX0495 |
| SVC Pharma LP | 19-23670 | XX-XXX5717 |
| SVC Pharma Inc. | 19-23671 | XX-XXX4014 |

The United States Bankruptcy Court for the Southern District of New York has entered an Order establishing 5:00 p.m. (**Prevailing Eastern Time**) on **June 30, 2020** (the "**General Bar Date**") as the last date for each person or entity (including individuals (which includes legal guardians of children and persons claiming on behalf of deceased persons), partnerships, corporations, joint ventures, trusts, governmental units, and Native American Tribes) to file a proof of claim against any of the Debtors listed above (the "**Debtors**").

The General Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose prior to September 15, 2019 (in other words, for claims that arise from an action that the Debtors took prior to September 15, 2019, but you may claim for damages suffered by any person or entity both prior to and after that date), the date on which the Debtors commenced cases under chapter 11 of the United States Bankruptcy Code (the "**Petition Date**"), except for claims listed in Section 4 below that are specifically excluded from the General Bar Date filing requirement.

## 1. WHO MUST FILE A PROOF OF CLAIM

Unless you hold a type of claim described in Section 4(c) below or the Court orders otherwise, you MUST file a proof of claim to vote on any chapter 11 plan filed in these cases. In addition, failure to file a proof of claim may prevent you from sharing in distributions from the Debtors' bankruptcy estates if you have a claim that arose prior to Petition Date, and is not one of the type of claims described in Section 4 below. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or prior to the General Bar Date, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before the Petition Date.

Under Section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means:  (a) **a right to payment**, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) **a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment**, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors.  The fact that you have received this Notice does not mean that you have a claim or that the Debtors or the Court believe that you have a claim against the Debtors.**

## 2.  WHICH FORM TO FILE

Your filed proof of claim must conform substantially to the appropriate case-specific proof of claim form that accompanies this Notice.

For the purpose of this Notice and the accompanying proof of claim forms, "**Purdue Opioid**" means (i) the following **Brand Name Medications**:  OxyContin®, Hysingla ER®, Butrans®, Dilaudid®, Ryzolt, MS Contin®, MSIR®, Palladone®, DHC Plus®, OxyIR®, or OxyFast®; and (ii) the following **Generic Medications:**  oxycodone extended-release tablets, hydrocodone extended-release tablets, buprenorphine transdermal system, hydromorphone immediate-release tablets, hydromorphone injectable solution, hydromorphone oral solution, tramadol extended-release tablets, morphine extended-release tablets, morphine immediate-release tablets, hydromorphone extended-release capsules, dihydrocodeine acetaminophen and caffeine tablets, oxycodone immediate-release tablets, oxycodone and acetaminophen tablets (generic to Percocet®), oxycodone solution, or hydrocodone and acetaminophen tablets (generic to Vicodin®).

<u>Personal Injury Claimant Proof of Claim Form:</u>

If you have a claim against the Debtors based on your own personal injury or another person's personal injury (for example, you are filing on behalf of a deceased or incapacitated individual or a minor) related to the taking of a Purdue Opioid and/or the taking of another opioid for which you believe Purdue is responsible for your damages, you must file a proof of claim form that is substantially similar to (or is) the Personal Injury Claimant Proof of Claim Form.

For example, individuals seeking damages for death, addiction or dependence, lost wages, loss of consortium, or Neonatal Abstinence Syndrome ("**NAS**"), regardless of the legal cause of action (fraud, negligence, misrepresentation, conspiracy, etc.), must file the Personal Injury Claimant Proof of Claim Form.

If you have a claim against the Debtors based on the Debtors' sale and marketing of Purdue Opioids, in addition to your claim based on personal injury as a result of taking a Purdue Opioid or another opioid, you may include those claims on the Personal Injury Claimant Proof of Claim Form by completing Part 5 of the Personal Injury Claimant Proof of Claim Form.

**Confidentiality of Forms:**  All Personal Injury Claimant Proof of Claim Forms and any supporting documentation submitted with the forms, shall remain confidential and shall not be made available to the public.  For the avoidance of doubt, only the claim number, claim amount, and the total number of the personal injury claims, including any subcategories thereof (such as claims on behalf of minors with NAS) will be made publicly available on the Debtors' case website hosted by Prime Clerk (the "**Case Website**") and only such information will be included in the publicly available Claims Register.  Copies of Personal Injury Claimant Proof of Claim Forms and supporting documentation shall be treated as Confidential and, as applicable, as Information Protected Pursuant to the Health Insurance Portability and Accountability Act of 1996 as set forth in the Protective Order to be submitted for entry by the Court, and made available only to the Court and to those that agree to be bound by the Protective Order.

<u>Governmental Opioid Claimant Proof of Claim Form:</u>

If you are a governmental unit or a Native American Tribe, and you have a claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids, you must file a proof of claim form that is substantially similar to (or is) the Governmental Opioid Claimant Proof of Claim Form.

<u>General Opioid Claimant Proof of Claim Form:</u>

If you are a person or entity, other than a governmental unit or Native American Tribe, and you have a claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids, excluding claims for personal injury, you must file a proof of claim form that is substantially similar to (or is) the General Opioid Claimant Proof of Claim Form.

For example, hospitals, insurers, third-party payors, or insureds seeking damages for an injury other than a personal injury—a financial or economic injury, for instance—must file the General Opioid Claimant Proof of Claim Form.

If you have a claim against the Debtors based on non-opioid-related injuries or harm, in addition to your claim based on the Debtors' production, marketing and sale of Purdue Opioids, you may include those claims on the General Opioid Claimant Proof of Claim Form by filling out Part 4 on the General Opioid Claimant Proof of Claim Form.

<u>Non-Opioid Claimant Proof of Claim Form (Official Form 410):</u>

If you are a person or entity and you have a claim against the Debtors based on non-opioid related injuries or harm, you must file a proof of claim form that is substantially similar to (or is) the Non-Opioid Claimant Proof of Claim Form (Official Form 410).

For example, trade creditors seeking outstanding payments or governmental units asserting tax claims must file the Non-Opioid Claimant Proof of Claim Form.

Any holder of a claim against more than one Debtor for non-opioid related injuries or harm must file a separate proof of claim with respect to each such Debtor, and all holders of such claims must identify on their proof of claim the specific Debtor against which their claim is asserted and the case number of that Debtor's bankruptcy case.  A list of the names of the Debtors and their case numbers is set forth in the table on the first page of this Notice.

<u>Applicable to All Proof of Claim Forms:</u>

The Debtors are enclosing the appropriate proof of claim form for use in these cases; if your claim is scheduled by the Debtors, the form also sets forth the amount of your claim as scheduled by the Debtors, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as disputed, contingent, or unliquidated.  You will receive a different proof of claim form for each claim scheduled in your name by the Debtors.  Additional proof of

claim forms may be obtained at the website established by Prime Clerk, located at https://restructuring.primeclerk.com/purduepharma/.

All proof of claim forms must be **signed** by the claimant or such individual authorized to act on behalf of the claimant.  If the claimant is not an individual, an authorized agent of the claimant (such as the claimant's lawyer) must sign the claim form.  It must be written in English and be denominated in United States currency.

**You may attach to your completed proof of claim any documents on which the claim is based (if voluminous, a summary may be attached) if you would like, but you are not required to do so, and failure to attach any such documents will not affect your ability to submit a proof of claim.  You may be required, in the future, to provide supporting documents for your claim.**

Your proof of claim form must **not** contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials), or a financial account number (only the last four digits of such financial account).

All proof of claim forms that are <u>not</u> Personal Injury Claimant Proof of Claim Forms will be made publicly available on the Case Website in their entirety.  For the avoidance of doubt, the Governmental Opioid Claimant Proof of Claim Forms, the General Opioid Proof of Claim Forms, and the Non-Opioid Proof of Claim Forms will be made publically available on the Case Website in their entirety.

### 3.   WHEN AND WHERE TO FILE

All proofs of claim must be filed so as to be received on or before **June 30, 2020, at 5:00 p.m. (Prevailing Eastern Time)** as follows:

<u>IF BY U.S. POSTAL SERVICE MAIL:</u>

Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

<u>IF BY OVERNIGHT MAIL</u>

Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

<u>IF DELIVERED BY HAND</u>

Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232 <u>OR</u>

United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 614
New York, NY 10004-1408

<u>IF ELECTRONICALLY</u>

The website established by Prime Clerk, via the link entitled "Submit a
Claim" on such website located at
https://restructuring.primeclerk.com/purduepharma/ and following the
instructions provided.

Proofs of claim will be deemed filed only when <u>received</u> at the addresses listed above or
filed electronically on or before the General Bar Date.  Proofs of claim may not be delivered by
facsimile, telecopy, or electronic mail transmission.

**4.  CLAIMS FOR WHICH PROOFS OF CLAIM NEED NOT BE FILED**

You do **<u>not</u>** need to file a proof of claim on behalf of a claim on or prior to the General
Bar Date if the claim falls into one of the following categories:

a.  the Office of the United States Trustee for the Southern District of New York on
account of claims for fees and applicable interests payable pursuant to 28 U.S.C. §
1930;

b.  any person or entity alleging a claim against the Debtors  that has already filed a
proof of claim in the above-captioned case in a form substantially similar to Official
Bankruptcy Form 410 (unless you wish to assert the claim against a Debtor not
mentioned in the prior proof of claim, in which case an additional proof of claim must
be filed);

c.  any person or entity whose claim is listed on the Schedules filed by the Debtors,
provided that (i) the claim is <u>not</u> scheduled as "disputed", "contingent", or

7

"unliquidated"; <u>and</u> (ii) the claimant does not disagree with the amount, nature and priority of the claim as set forth in the Schedules;

d.  any holder of a claim that heretofore has been allowed by Order of this Court;

e.  any person or entity whose claim has been paid in full by any of the Debtors;

f.  any holder of a claim for which specific deadlines have previously been fixed by this Court;

g.  any party that is exempt from filing a proof of claim pursuant to an order of the Court in these chapter 11 cases;

h.  any Debtor having a claim against another Debtor;

i.  any holder of a claim allowable under § 503(b) and § 507(a)(2) of the Bankruptcy Code as an expense of administration (other than any claim allowable under section 503(b)(9) of the Bankruptcy Code), including any professionals retained by the Debtors pursuant to orders of the Court who assert administrative claims for fees and expenses subject to the Court's approval pursuant to sections 330 and 331 of the Bankruptcy Code;

j.  current or former employees of the Debtors who assert claims for indemnification and/or contribution arising as a result of such individuals' services to the Debtors; and

k.  a current or former employee of the Debtors, if an order of this Court authorized the Debtors to honor such claim in the ordinary course of business as a wage, commission or benefit, including any order of this Court approving the *Motion of Debtors for Entry of an Order Authorizing (I) Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers* [D.I. 6]; *provided* that a current or former employee must submit a Proof of Claim by the General Bar Date for all other claims arising on or before the Petition Date, including claims for benefits not provided for pursuant to an order of the Court, wrongful termination, discrimination, harassment, hostile work environment, and/or retaliation.

## 5.  EXECUTORY CONTRACTS AND UNEXPIRED LEASES

The Bankruptcy Code provides that the Debtors may, at any time before a plan of reorganization or liquidation is confirmed by the Court, choose to reject certain executory contracts or unexpired leases.  If your contract or lease is rejected, you may have a claim resulting from that rejection.  The deadline to file a Proof of Claim for damages relating to the rejection of the contract or lease is **the later of (i) the General Bar Date and (ii) thirty (30) days after entry of any order authorizing the rejection of the contract or lease**.

8

## 6.  CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THIS ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

## 7.  THE DEBTORS' SCHEDULES AND ACCESS THERETO

You may be listed as the holder of a claim against one or more of the Debtors in the Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contract and Unexpired Leases (collectively, the "**Schedules**").

To determine if and how you are listed on the Schedules, please refer to the descriptions set forth on the enclosed proof of claim forms regarding the nature, amount, and status of your claim(s).  If you received post-petition payments (i.e., after September 15, 2019) from the Debtors (as authorized by the Court) on account of your claim, the enclosed proof of claim form will reflect the net amount of your claims.  If the Debtors believe that you hold claims against one or more than one Debtor, you will receive multiple proof of claim forms, each of which will reflect the nature and amount of your claims against one Debtor, as listed in the Schedules.

As set forth above, if you agree with the nature, amount, and status of your claim as listed in the Debtors' Schedules, and if you do not dispute that your claims is only against the Debtor specified by the Debtors, and if you clam is not described as "disputed," "contingent," or "unliquidated," you need not file a proof of claim.  Otherwise, or if you decide to file a proof of claim, you must do so before the General Bar Date in accordance with the procedures set forth in this Notice.

In the event that the Debtors amend or supplement their Schedules, the holder of claim affected by the Debtors' amendment(s) or supplement(s) shall have until **the later of (i) the General Bar Date and (ii) thirty (30) days after the holder of a claim is served with notice that the Debtors amended or supplemented their Schedules**.

Copies of Debtors' schedules are available for inspection on the Bankruptcy Court's electronic docket for the Debtors' chapter 11 cases, which is posted on (a) the website established by Prime Clerk for the Debtors at https://restructuring.primeclerk.com/purduepharma/ and (b) on the Courts website at http://nysb.uscourts.gov.  A login and password to the Court's Public access to Electronic Court Records ("**PACER**") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.gov.  Copies of the Schedules may also be examined between the hours of 9:00 a.m. and 4:30 p.m., Monday through Friday at the Office of the Clerk of the Bankruptcy Court, One Bowling Green, New York, NY 10004-1408.  Copies of the

Debtors' Schedules may also be obtained by request to Prime Clerk at the following address, telephone number, and email address:

Purdue Pharma L.P., Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232
Toll Free:  (844) 217-0912
Email:  purduepharmainfo@primeclerk.com

**Please note that Prime Clerk cannot provide legal advice, nor can it advise you as to whether you should file a proof of claim.  A holder of a possible claim against the Debtors should consult an attorney regarding any matters not covered by this Notice, such as whether the holder should file a proof of claim.**

Dated:_____, 2020                 **BY ORDER OF THE COURT**
        White Plains, New York

**EXHIBIT 2**

**Governmental Opioid Claimant Proof of Claim Form**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors. | **(Jointly Administered)** |

# Governmental Opioid Claimant Proof of Claim Form

**You may file your claim electronically at https://restructuring.primeclerk.com/purduepharma via the link entitled "Submit a Claim."**

**For questions regarding this Proof of Claim Form, please call Prime Clerk at (844) 217-0912 or visit https://restructuring.primeclerk.com/purduepharma.**

Read the instructions at the end of this document before filling out this form. This form is for governmental units and Native American Tribes to assert a general unsecured claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids.

**Do not** use this form to assert any other pre-petition claims, including secured claims or claims entitled to priority under 11 U.S.C. § 507(a). Secured claims, claims entitled to priority under 11 U.S.C. § 507(a) and non-opioid related claims should be filed on a Non-Opioid Claimant Proof of Claim (Form 410).

Creditor (also referred to as "You" throughout) shall provide information responsive to the questions set forth below. Instructions and Definitions are provided at the end of this document. You shall provide information reasonably available to You and are not excused from providing the requested information for failure to appropriately investigate Your claim. Creditor shall supplement its responses if it learns that they are incomplete or incorrect in any material respect.

For Part 3, governmental units that have filed litigation against the Debtor(s) that is part of the federal multidistrict litigation in Ohio, *In re National Opiate Litigation*, MDL No. 17-02804 (N.D. Ohio 2017) ("Ohio MDL"), and have submitted a Government Plaintiff Fact Sheet in connection with that proceeding, may rely on their Government Plaintiff Fact Sheet to complete the questions in Part 3. For the avoidance of doubt, only governmental units who have filed litigation that is part of the Ohio MDL, and not governmental units that are part of the negotiation class in the Ohio MDL but have not otherwise filed litigation that is part of the MDL, may rely on their Government Plaintiff Fact Sheet to complete the questions in Part 3.

**You must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, including the supporting documentation requested herein. **Do not send original documents** as they will not be returned, and they may be destroyed after scanning.

Fill in all the information about the claim as of September 15, 2019, the Petition Date. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form. This form should be completed to the best of Your ability with the information available to You. If You are unable to answer certain questions at this time, the absence of an answer, by itself, will not result in the denial of Your claim, though You may be asked or required to provide additional information at a later date. You may also amend or supplement Your claim after it is filed.

| **Part 1:** | **Identify the Claim** |

| 1. **Who is the current creditor?** | _____<br>Name of the entity to be paid for this claim.<br><br>Other names the creditor used with the Debtor(s): _____ |
| 2. **Has this claim been acquired from someone else or some other entity?** | ☐ No.<br>☐ Yes. From whom? _____ |

| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| | _____<br>Name | _____<br>Name |
| | _____<br>Number        Street | _____<br>Number        Street |
| | _____<br>City                State          ZIP Code | _____<br>City                State          ZIP Code |
| | Contact phone _____ | Contact phone _____ |
| | Contact email _____ | Contact email _____ |

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☐ No.<br>☐ Yes.  Claim number on court claims registry (if known)_____    Filed on _____<br>MM / DD / YYYY |
| 5. **Do You know if anyone else has filed a proof of claim for this claim?** | ☐ No.<br>☐ Yes. Who made the earlier filing?  _____ |

**Part 2:    Attorney Information (Optional)**

| | |
|---|---|
| 6. **Are you represented by an attorney in this matter?**<br><br>You do not need an attorney to file this form. | ☐ No.<br>☐ Yes. If yes, please provide the following information:<br><br>_____<br>Law Firm Name<br><br>_____<br>Attorney Name<br><br>_____<br>Address<br><br>_____<br>City                    State                    ZIP Code<br><br>Contact phone _____    Contact email _____ |

**Part 3:    Information as of September 15, 2019, the Petition Date, About Your Claim**

| | |
|---|---|
| 7. **When do You allege you were first injured as a result of the Debtors' alleged conduct?** | ___/___<br>Month        Year<br><br>☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, *In re National Opiate Litigation*, MDL No. 17-02804 (N.D. Ohio 2017) ("Ohio MDL"), and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>☐ If You believe that this question has been answered in a complaint that You have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |
| 8. **How much is the claim?** | $ _____ ;  or<br><br>☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>☐ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.<br><br>☐ Unknown. |
| 9. **Describe the citizens and entities that You represent in this claim:** | _____<br>_____<br>_____<br>_____<br>_____<br><br>☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>☐ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |

10. **Describe the conduct of the Debtors You allege resulted in injury or damages to You.**

Attach additional sheets if necessary.

☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

☐ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

11. **Describe all alleged causes of action, sources of damages, legal theories of recovery, etc. that You are asserting against the Debtors.**

Attach additional sheets if necessary.

☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

☐ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

12. **Based on information reasonably available to You, please identify each category of damages or monetary relief that You allege, and include the amount of damages you assert for each category, if known.**

Attach additional sheets if necessary.

☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

☐ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

| 13. Based on information reasonably available to You, provide the total number of opioid-related overdose deaths of Your residents each year for the later of (i) 2008, or (ii) the date on which the period for which You are seeking damages begins. | Year | Total number of opioid related overdose deaths, if available |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

❑ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

❑ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

**Part 4:    Supporting Documentation**

**14. Please provide the following supporting documentation if you would like (but You are not required) to supplement this proof of claim.**

▪ Provide any documents supporting Your claim, including but not limited to:  any Plaintiff Fact Sheets and accompanying documents submitted in the MDL proceeding in the Northern District of Ohio; any complaint, petition, information, or similar pleading filed in any civil or criminal proceeding involving the Debtors; and any records supporting Your claim for damages.

❑ In lieu of uploading or resubmitting the Government Plaintiff Fact Sheet that was submitted in the Ohio MDL, the creditor authorizes the Debtors to make the Government Plaintiff Fact Sheet, submitted on _____ in the Ohio MDL, available to Prime Clerk, the Court, and any party who agrees to be bound by the Protective Order to be submitted for entry by the Court for use in connection with this proof of claim and these chapter 11 cases.

❑ In lieu of uploading or submitting the complaint  filed against the Debtor(s), the creditor authorizes the Debtors to make the complaint filed on _____ with caption _____ available to Prime Clerk, the Court, and any party who agrees to be bound by the Protective Order to be submitted for entry by the Court for use in connection with this proof of claim and these chapter 11 cases.

| Part 5: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____ (mm/dd/yyyy)

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
      First name          Middle name          Last name

Title _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
        Number        Street

_____
City                          State      ZIP Code

# Instructions for Governmental Opioid Proof of Claim Form

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the bankruptcy case was filed, September 15, 2019. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**

  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because they will not be returned and may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

- **Each question in this proof of claim form should be construed independently, unless otherwise noted. No question should be construed by reference to any other question if the result is a limitation of the scope of the answer to such question.**

- **The questions herein do not seek the discovery of information protected by the attorney-client privilege.**

- **The words "and" and "or" should be construed as necessary to bring within the scope of the request all responses and information that might otherwise be construed to be outside its scope.**

- **After reviewing this form and any supporting documentation submitted with this form, additional information and documentation may be requested.**

- **Purdue Pharma (Canada) is not a debtor in this case. If Your claim is against only Purdue Pharma (Canada), You do not have a claim in this case and should not file and submit this form.**

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/purduepharma.

## Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Opioid Task Force:** Any group organized for the purpose of studying, evaluating, reporting about, investigating, making recommendations concerning, or otherwise considering the existence, origins, causes, responsible entities, effects, remedies, corrective measures for, or ways of combating the abuse, misuse, or addiction to opioids in Your geographical boundaries.

**Prescription Opioids:** FDA-approved pain-reducing medications consisting of natural, synthetic, or semisynthetic chemicals that bind to opioid receptors in a patient's brain or body to produce an analgesic effect, for the manufacture and sale of which You seek to hold the Debtors liable.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Purdue Opioid** means(i) the following **Brand Name Medications**: OxyContin®, Hysingla ER®, Butrans®, Dilaudid®, Ryzolt, MS Contin®, MSIR®, Palladone®, DHC Plus®, OxyIR®, and OxyFast®, and (ii) the following **Generic Medications**: oxycodone extended-release tablets, hydrocodone extended-release tablets, buprenorphine transdermal system, hydromorphone immediate-release tablets, hydromorphone injectable solution, hydromorphone oral solution, tramadol extended-release tablets, morphine extended-release tablets, morphine immediate-release tablets, hydromorphone extended-release capsules, dihydrocodeine acetaminophen and caffeine tablets, oxycodone immediate-release tablets, oxycodone and acetaminophen tablets (generic to Percocet®), oxycodone solution, and hydrocodone and acetaminophen tablets (generic to Vicodin®).

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also file your claim electronically at https://restructuring.primeclerk.com/purduepharma via the link entitled "Submit a Claim."**

---

**Do not file these instructions with your form**

**EXHIBIT 3**

**Personal Injury Claimant Proof of Claim Form**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors. | **(Jointly Administered)** |

# Personal Injury Claimant Proof of Claim Form
## (Including Parents and Guardians)

You may file your claim electronically at **https://restructuring.primeclerk.com/purduepharma** via the link entitled **"Submit a Claim."**

**For questions regarding this Proof of Claim Form, please call Prime Clerk at (844) 217-0912 or visit https://restructuring.primeclerk.com/purduepharma.**

**Read the instructions at the end of this document before filling out this form. This form is for individuals to assert an unsecured claim against the Debtors seeking damages based on actual or potential future personal injury to the claimant or another (for example, deceased, incapacitated, or minor family member) related to the taking of a Purdue Opioid and/or the taking of another opioid for which You believe Purdue is responsible for Your damages.**

<u>**Do not**</u> use this form to assert only a non-personal injury claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids. File such claims on a General Opioid Claimant Proof of Claim Form. However, if You have a claim against the Debtors based on or involving the production, marketing and sale of opioids, in addition to Your claim based on personal injury, You may include information related to that claim on the Personal Injury Claimant Proof of Claim Form by completing Part 5 of this form.

<u>**Do not**</u> use this form to assert any other pre-petition claims, including secured claims or claims entitled to priority under 11 U.S.C. § 507(a). Secured claims, claims entitled to priority under 11 U.S.C. § 507(a) and non-opioid related claims should be filed on a Non-Opioid Claimant Proof of Claim Form (Form 410).

Creditor (also referred to as "You" throughout) shall provide information responsive to the questions set forth below. Creditors may include parents, foster parents, and guardians submitting claims on behalf of minors with Neonatal Abstinence Syndrome ("NAS"). Instructions and definitions are provided at the end of this document. You shall provide information reasonably available to You and are not excused from providing the requested information for failure to appropriately investigate Your claim. You shall supplement Your responses if You learn that they are incomplete or incorrect in any material respect.

Personal Injury Claimant Proof of Claim Forms and any supporting documentation submitted with the form shall remain confidential and shall not be made available to the public. For the avoidance of doubt, all pages of the Personal Injury Claimant Proof of Claim Form and supporting documentation shall be treated as highly confidential and made available only to the Court and to those that agree to be bound by the Protective Order.

**Fill in all the information about the claim as of September 15, 2019, the Petition Date. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form. This form should be completed to the best of Your ability with the information available to You. If You are unable to answer certain questions at this time, the absence of an answer, by itself, will not result in the denial of Your claim, though You may be asked or required to provide additional information at a later date. You may also amend or supplement Your claim after it is filed.**

Please note that supporting documentation is requested in certain portions of the form. Please provide the requested information to the best of Your ability. At Your discretion, You may also provide additional information to supplement Your claim in any manner available to You.

<u>**Do not**</u> **send original documents**, as they will not be returned, and they may be destroyed after scanning.

| **Part 1:** | **Identify the Claim** |
|---|---|

**1. Who is the creditor?**

Name of the individual to be paid for this claim. If the creditor is a minor (under 18), please provide only the minor's initials.

Other names the creditor used with the debtor, including maiden or other names used:

If Your claim is based on personal injury to another (for example, a deceased, incapacitated, or minor family member), please provide the name of that other person (that is, the injured person). If the injured person is a minor (under 18), please provide only the minor's initials:

If You are submitting a claim on behalf of another person, please provide Your name and relationship to that person:

If you are submitting a claim on behalf of a minor, are You the Legal Guardian?

❑ No    ❑ Yes

| 2. | **What is the year of birth, gender, and last 4 digits of the social security number of the creditor (or injured person, if the claim is based on the personal injury of another)?** | Year of Birth: _____<br><br>Gender: ☐ Male        ☐ Female<br><br>Last 4 Digits of Social Security Number (if available):  XXX-XX-_____  _____  _____  _____ |
|---|---|---|

| 3. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>_____<br>Name<br><br>_____<br>Number        Street<br><br>_____<br>City                State        ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ | **Where should payments to the creditor be sent?** (if different)<br><br>_____<br>Name<br><br>_____<br>Number        Street<br><br>_____<br>City                State        ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
|---|---|---|---|

| 4. | **Does this claim amend one already filed?** | ☐ No.<br>☐ Yes. Claim number on court claims registry (if known)_____            Filed on _____<br>                                                                                     MM  / DD  / YYYY |
|---|---|---|

| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No.<br>☐ Yes. Who made the earlier filing? _____ |
|---|---|---|

| **Part 2:** | **Attorney Information (Optional)** |
|---|---|

| 6. | **Are You represented by an attorney in this matter?**<br><br>You do not need an attorney to file this form. | ☐ No.<br>☐ Yes. If yes, please provide the following information:<br><br>_____<br>Law Firm Name<br><br>_____<br>Attorney Name<br><br>_____<br>Address<br><br>_____<br>City                        State                        ZIP Code<br><br>Contact phone _____    Contact email _____ |
|---|---|---|

| **Part 3:** | **Information as of September 15, 2019, the Petition Date, About Your Claim** |
|---|---|

| 7. | **How much is the claim?** | $ _____ or<br>☐    Unknown. |
|---|---|---|

| 8. | **Select all that apply to You.** | ☐    Creditor has been injured by use of an opioid.<br><br>☐    Although Creditor is not currently aware of any injury, Creditor wants to file now to keep the ability to seek payment if Creditor has a future injury or harm due to use of an opioid.<br><br>☐    Creditor has a claim arising out of another person's use of an opioid. ***Please answer all questions in Part 4 as if that person (the injured person) is filling out the form.***<br><br>☐    Creditor is submitting a claim on behalf of a minor with NAS.  ***Please answer all questions in Part 4 as if the birth mother of the minor is filling out the form (to the extent such information is available to You).*** |
|---|---|---|

9. **Briefly describe the type of injury alleged from Your use or another person's use of an opioid. Select all that apply.**

   Attach additional sheets if necessary.

   ❑ Death

   ❑ Overdose

   ❑ Addiction/Dependence/Substance Use Disorder

   ❑ Lost Wages/Earning Capacity

   ❑ Loss of Consortium

   ❑ NAS-related

   　❑ Learning Disability

   　❑ Spina Bifida

   　❑ Developmental Disability

   　❑ Heart Defects

   　❑ Congenital Defects or Malformations

   ❑ Expenses for Treatment

   ❑ Other (describe): _____

   　_____

   　_____

10. **Describe the basis for Your claim, including all alleged causes of action, sources of damages, etc., You are asserting against the Debtors.**

    Attach additional sheets if necessary.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

11. **Please identify and quantify each category of damages or monetary relief that You allege, including all injunctive relief that You seek. Check as many boxes as are applicable.**

    ❑ Compensatory:  $_____   or  ❑ Unknown

    (for example, lost wages, pain and suffering, expenses not reimbursed, loss of consortium, etc.)

    Punitive: $_____   or  ❑ Unknown

    ❑ Other (describe): _____

    　_____

**12. Have You ever filed a lawsuit against any of the Debtors at any time?**

☐ No

☐ Yes. If yes, please provide the following information and attach supporting documentation:

Case Caption: _____

Court and Case/Docket Number: _____

Attorney Information:

_____
Law Firm Name

_____
Attorney Name

_____
Address

_____
City                              State                    ZIP Code

Contact phone _____  Contact email _____

---

**Part 4:    Information About Opioid Use**

If You have a claim arising out of another person's use of an opioid, please answer these questions as if the injured person is filling out the form.  If You are submitting a claim on behalf of a minor with NAS, please answer these questions as if the birth mother of the minor is filling out the form (to the extent such information is available to You).

**13. Were You prescribed or administered a Purdue brand name opioid by a healthcare professional?**

☐ Unknown (select if You were prescribed a prescription opioid but do not know the specific medication).

☐ No.

☐ Yes. If yes, please provide the following information to the extent reasonably available:
**Please identify the Purdue brand name opioid(s) that You were prescribed or administered by a healthcare professional.  Check as many medications as applicable.**

☐ Butrans®                              ☐ OxyContin®
☐ DHC Plus®                            ☐ OxyFast®
☐ Dilaudid®                             ☐ OxyIR®
☐ Hysingla ER®                        ☐ Palladone®
☐ MS Contin®                          ☐ Ryzolt
☐ MSIR®

**14. Were You ever prescribed or administered any opioid (other than a Purdue brand name opioid) by a healthcare professional?**

☐ Unknown (select if You were prescribed a prescription opioid but do not know the specific medication).

☐ No.

☐ Yes. If yes, please provide the following information to the extent reasonably available:

Brand Name Opioid, if known: _____

**Please identify the generic opioid(s) that You were prescribed or administered by a healthcare professional. Check as many medications as applicable.**

☐ Buprenorphine transdermal system            ☐ Morphine extended-release tablets
☐ Dihydrocodeine acetaminophen and caffeine tablets            ☐ Morphine immediate-release tablets
☐ Hydrocodone and acetaminophen tablets (generic to Vicodin®)            ☐ Oxycodone extended-release tablets
☐ Hydrocodone extended-release tablets            ☐ Oxycodone immediate-release tablets
☐ Hydromorphone extended-release capsules            ☐ Oxycodone and acetaminophen tablets (generic to Percocet®)
☐ Hydromorphone immediate-release tablets            ☐ Oxycodone solution
☐ Hydromorphone injectable solution            ☐ Tramadol extended-release tablets
☐ Hydromorphone oral solution

| **Part 5:** | **Other (Non-Personal Injury) Opioid-Related Claims** |
|---|---|

| 15. **Do You believe You have any other claims against the Debtors based on or involving the Debtors' production, marketing and sale of Purdue Opioids that are not based on a personal injury?** | ☐ No. <br><br> ☐ Yes. If yes, please describe the nature of the claim(s) (Attach additional sheets if necessary). <br><br> _____ <br> _____ <br> _____ <br> _____ <br> _____ <br> _____ |
|---|---|
| 16. **How much is the claim?** | $ _____ or <br><br> ☐    Unknown. |

| **Part 6:** | **Supporting Documentation** |
|---|---|

| 17. **Please provide the following supporting documentation if You would like (but You are not required) to supplement this proof of claim.** | ■    Provide any documents supporting Your claim, including but not limited to:  any complaint that You have filed against the Debtor(s), prescriptions, pharmacy records or statements showing prescriptions, or any records supporting Your claims of damages. |
|---|---|

| **Part 7:** | **Sign Below** |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐    I am the creditor.

☐    I am the creditor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized agent.

☐    Other (describe): _____

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____(mm/dd/yyyy)

_____
    Signature
**Print the name of the person who is completing and signing this claim:**

| Name | _____ |
|---|---|
| | First name                Middle name                Last name |
| Title | _____ |
| Company | _____ |
| Address | _____ |
| | Number        Street |
| | _____ |
| | City                                State        ZIP Code |
| Contact phone | _____    Email    _____ |

# Instructions for Personal Injury Claimant Proof of Claim Form

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the bankruptcy case was filed, September 15, 2019. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any available supporting documents to this form.** Attach copies of any documents that show that the debt exists, a lien secures the debt, or both.

  Also attach copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because they will not be returned and may be destroyed after scanning.**

- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **A parent, foster parent, or guardian may complete this form on behalf of a minor child if there is reason to believe that the birth mother may have taken opioid products.**

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

- **Each question in this proof of claim form should be construed independently, unless otherwise noted. No question should be construed by reference to any other question if the result is a limitation of the scope of the answer to such question.**

- **The questions herein do not seek the discovery of information protected by the attorney-client privilege.**

- **The words "and" and "or" should be construed as necessary to bring within the scope of the request all responses and information that might otherwise be construed to be outside its scope.**

- **After reviewing this form and any supporting documentation submitted with this form, additional information and documentation may be requested.**

- **Purdue Pharma (Canada) is not a debtor in this case. If Your claim is against only Purdue Pharma (Canada), You do not have a claim in this case and should not file and submit this form.**

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may also call Prime Clerk at (844) 217-0912, send an inquiry to purduepharmainfo@primeclerk.com, or submit an inquiry or live chat with Prime Clerk through the case website at https://restructuring.primeclerk.com/purduepharma.

## Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Purdue Opioid** means (i) the following **Brand Name Medications:** OxyContin®, Hysingla ER®, Butrans®, Dilaudid®, Ryzolt, MS Contin®, MSIR®, Palladone®, DHC Plus®, OxyIR®, and OxyFast®, and (ii) the following **Generic Medications:** oxycodone extended-release tablets, hydrocodone extended-release tablets, buprenorphine transdermal system, hydromorphone immediate-release tablets, hydromorphone injectable solution, hydromorphone oral solution, tramadol extended-release tablets, morphine extended-release tablets, morphine immediate-release tablets, hydromorphone extended-release capsules, dihydrocodeine acetaminophen and caffeine tablets, oxycodone immediate-release tablets, oxycodone and acetaminophen tablets (generic to Percocet®), oxycodone solution, and hydrocodone and acetaminophen tablets (generic to Vicodin®).

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also file your claim electronically at https://restructuring.primeclerk.com/purduepharma via the link entitled "Submit a Claim."**

| **Do not file these instructions with your form** |
| --- |

# EXHIBIT 4

## General Opioid Claimant Proof of Claim Form

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

# General Opioid Claimant Proof of Claim Form

**You may file your claim electronically at https://restructuring.primeclerk.com/purduepharma via the link entitled "Submit a Claim."**

**For questions regarding this Proof of Claim Form, please call Prime Clerk at (844) 217-0912 or visit https://restructuring.primeclerk.com/purduepharma.**

**Read the instructions at the end of this document before filling out this form. This form is for any person or entity, other than a governmental unit or Native American Tribe, to assert a general unsecured claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids, excluding claims for personal injury.**

**Do not** use this form to assert a claim against the Debtors seeking damages based on personal injury related to the taking of a Purdue Opioid and/or the taking of another opioid for which You believe Purdue is responsible for Your damages.  File such claims on a Personal Injury Claimant Proof of Claim Form.

**Do not** use this form to assert any other pre-petition claims, including secured claims or claims entitled to priority under 11 U.S.C. § 507(a). Secured claims, claims entitled to priority under 11 U.S.C. § 507(a), and non-opioid related claims should be filed on a Non-Opioid Claimant Proof of Claim Form (Form 410).  However, if You have a claim against the Debtors based on non-opioid-related injuries or harm, in addition to Your claim based on or involving the Debtors' production, marketing and sale of Purdue Opioids, You may include information related to that claim on the General Opioid Claimant Proof of Claim Form by completing Part 4 of this form.

Creditor (also referred to as "You" throughout) shall provide information responsive to the questions set forth below. Instructions and Definitions are provided at the end of this document. You shall provide information reasonably available to You and are not excused from providing the requested information for failure to appropriately investigate Your claim. Creditor shall supplement its responses if it learns that they are incomplete or incorrect in any material respect.

**You must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim. **Do not send original documents** as they will not be returned, and they may be destroyed after scanning.

**Fill in all the information about the claim as of September 15, 2019, the Petition Date.  You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form.  This form should be completed to the best of Your ability with the information available to You.  If You are unable to answer certain questions at this time, the absence of an answer, by itself, will not result in the denial of Your claim, though You may be asked or required to provide additional information at a later date.  You may also amend or supplement Your claim after it is filed.**

## Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. | **Who is the current creditor?** | Name of the individual or entity to be paid for this claim. If the creditor is a minor (under 18), please provide only the minor's initials. <br><br> Other names the creditor used with the debtor, including maiden, d/b/a/, or other names used: |
| 2. | **Describe the creditor making the claim.** | ☐ Individual  ☐ Retirement or Pension Fund Administrator <br> ☐ Hospital  ☐ Pharmacy Benefit Manager <br> ☐ Third Party Payor  ☐ Other (describe): _____ |
| 3. | **Has this claim been acquired from someone else or some other entity?** | ☐ No <br> ☐ Yes. From whom? _____ |
| 4. | **Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> Name _____ <br> Number  Street _____ <br> City  State  ZIP Code _____ <br> Contact phone _____ <br> Contact email _____ <br><br> **Where should payments to the creditor be sent?** (if different) <br><br> Name _____ <br> Number  Street _____ <br> City  State  ZIP Code _____ <br> Contact phone _____ <br> Contact email _____ |

| | |
|---|---|
| 5. **Does this claim amend one already filed?** | ☐ No<br>☐ Yes.  Claim number on court claims registry (if known)_____  Filed on _____<br><span style="margin-left:50%">MM  /  DD  /  YYYY</span> |
| 6. **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No<br>☐ Yes. Who made the earlier filing? _____ |

**Part 2:    Attorney Information (Optional)**

| | |
|---|---|
| 7. **Are you represented by an attorney in this matter?**<br><br>You do not need an attorney to file this form. | ☐ No.<br>☐ Yes. If yes, please provide the following information:<br><br>_____<br>Law Firm Name<br><br>_____<br>Attorney Name<br><br>_____<br>Address<br><br>_____<br>City                          State                          ZIP Code<br><br>Contact phone _____  Contact email _____ |

**Part 3:    Information as of September 15, 2019, the Petition Date, About Your Claim**

| | |
|---|---|
| 8. **Do you have any number you use to identify the debtor?** | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
| 9. **How much is the claim?** | $ _____ or<br>☐ Unknown. |
| 10. **When do You allege You were first injured as a result of the Debtors' alleged conduct?** | _____ / _____<br>Month          Year |
| 11. **Describe the conduct of the Debtors You allege resulted in injury or damages to You.**<br><br>Attach additional sheets if necessary. | _____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____ |

12. **Describe all alleged causes of action, sources of damages, legal theories of recovery, etc. that You are asserting against the Debtors.**

Attach additional sheets if necessary.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13. **Please identify and quantify each category of damages or monetary relief that You allege, including all injunctive relief that You seek (for example, actual damages, compensatory damages, punitive damages, and/or penalty damages).**

Please attach all supporting documentation including, but not limited to, any records supporting Your claims of damages, if You would like (but You are not required), to supplement this proof of claim. <u>Do not</u> include medical records.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

14. **Have you ever filed a lawsuit against any of the Debtors at any time?**

❑ No

❑ Yes. If yes, please provide the following information and attach supporting documentation:

Case Caption: _____

Court and Case/Docket Number: _____

Attorney Information:

_____
Law Firm Name

_____
Attorney Name

_____
Address

_____
City                          State                  ZIP Code

Contact phone _____  Contact email _____

| Part 4: | Non-Opioid-Related Claims |
|---|---|

| 15. **Do You believe You have any claims against the Debtors based on <u>non-opioid-related</u> claims or harm?** | ☐ No. |
| | ☐ Yes. If yes, please describe the nature of the claim(s) (Attach additional sheets if necessary). |
| | _____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |
| 16. **How much is the claim?** | $ _____   or |
| | ☐   Unknown. |

| Part 5: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐   I am the creditor.

☐   I am the creditor's attorney or authorized agent.

☐   I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐   I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   _____   (mm/dd/yyyy)

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | _____ |
| | First name               Middle name               Last name |
| Title | _____ |
| Company | _____ |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | _____ |
| | Number          Street |
| | _____ |
| | City                               State      ZIP Code |

# Instructions for General Opioid Proof of Claim Form

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the bankruptcy case was filed, September 15, 2019. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because they will not be returned and may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

- **Each question in this proof of claim form should be construed independently, unless otherwise noted. No question should be construed by reference to any other question if the result is a limitation of the scope of the answer to such question.**

- **The questions herein do not seek the discovery of information protected by the attorney-client privilege.**

- **The words "and" and "or" should be construed as necessary to bring within the scope of the request all responses and information that might otherwise be construed to be outside its scope.**

- **After reviewing this form and any supporting documentation submitted with this form, additional information and documentation may be requested.**

- **Purdue Pharma (Canada) is not a debtor in this case. If Your claim is against only Purdue Pharma (Canada), You do not have a claim in this case and should not file and submit this form.**

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/purduepharma.

## Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Purdue Opioid** means (i) the following **Brand Name Medications:** OxyContin®, Hysingla ER®, Butrans®, Dilaudid®, Ryzolt, MS Contin®, MSIR®, Palladone®, DHC Plus®, OxyIR®, and OxyFast®, and (ii) the following **Generic Medications:** oxycodone extended-release tablets, hydrocodone extended-release tablets, buprenorphine transdermal system, hydromorphone immediate-release tablets, hydromorphone injectable solution, hydromorphone oral solution, tramadol extended-release tablets, morphine extended-release tablets, morphine immediate-release tablets, hydromorphone extended-release capsules, dihydrocodeine acetaminophen and caffeine tablets, oxycodone immediate-release tablets, oxycodone and acetaminophen tablets (generic to Percocet®), oxycodone solution, and hydrocodone and acetaminophen tablets (generic to Vicodin®).

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also file your claim electronically at https://restructuring.primeclerk.com/purduepharma via the link entitled "Submit a Claim."**

---

**Do not file these instructions with your form**

## EXHIBIT 5

## Non-Opioid Claimant Proof of Claim Form

# UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| Fill in this information to identify the case (Select only one Debtor per claim form): | | |
|---|---|---|
| ☐ Purdue Pharma L.P. (Case No. 19-23649) | ☐ Seven Seas Hill Corp. (Case No. 19-23656) | ☐ Paul Land Inc. (Case No. 19-23664) |
| ☐ Purdue Pharma Inc. (Case No. 19-23648) | ☐ Ophir Green Corp. (Case No. 19-23657) | ☐ Quidnick Land L.P. (Case No. 19-23665) |
| ☐ Purdue Transdermal Technologies L.P.(Case No. 19-23650) | ☐ Purdue Pharma of Puerto Rico (Case No. 19-23658) | ☐ Rhodes Associates L.P. (Case No. 19-23666) |
| ☐ Purdue Pharma Manufacturing L.P. (Case No. 19-23651) | ☐ Avrio Health L.P. (Case No. 19-23659) | ☐ Rhodes Pharmaceuticals L.P. (Case No. 19-23667) |
| ☐ Purdue Pharmaceuticals L.P. (Case No. 19-23652) | ☐ Purdue Pharmaceutical Products L.P. (Case No. 19-23660) | ☐ Rhodes Technologies (Case No. 19-23668) |
| ☐ Imbrium Therapeutics L.P. (Case No. 19-23653) | ☐ Purdue Neuroscience Company (Case No. 19-23661) | ☐ UDF LP (Case No. 19-23669) |
| ☐ Adlon Therapeutics L.P. (Case No. 19-23654) | ☐ Nayatt Cove Lifescience Inc. (Case No. 19-23662) | ☐ SVC Pharma LP (Case No. 19-23670) |
| ☐ Greenfield BioVentures L.P. (Case No. 19-23655) | ☐ Button Land L.P. (Case No. 19-23663) | ☐ SVC Pharma Inc. (Case No. 19-23671) |

## Modified Form 410
# Non-Opioid Claimant Proof of Claim Form
04/19

**You may file your claim electronically at https://restructuring.primeclerk.com/purduepharma via the link entitled "Submit a Claim."**

**For questions regarding this Proof of Claim Form, please call Prime Clerk at (844) 217-0912 or visit https://restructuring.primeclerk.com/purduepharma.**

Read the instructions at the end of this document before filling out this form. This form is for making a claim for payment in a bankruptcy case.

<u>Do not</u> use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

<u>Do not</u> use this form to assert a claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids, or if you are seeking damages based on personal injury as a result of taking a Purdue Opioid. File such claims on either a General Opioid Claimant Proof of Claim Form, a Personal Injury Claimant Proof of Claim Form, or a Governmental Opioid Claimant Proof of Claim Form, as applicable.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. <u>Do not send original documents</u> as they will not be returned, and they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of September 15, 2019.**

| Part 1: | Identify the Claim |
|---|---|

| 1. Who is the current creditor? | _____<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
|---|---|
| 2. Has this claim been acquired from someone else? | ☐ No<br>☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Name _____<br><br>Number    Street<br><br>City         State         ZIP Code<br><br>Contact phone _____<br>Contact email _____<br><br>**Where should payments to the creditor be sent?** (if different)<br><br>Name _____<br><br>Number    Street<br><br>City         State         ZIP Code<br><br>Contact phone _____<br>Contact email _____ |

| | |
|---|---|
| **4. Does this claim amend one already filed?** | ☐ No<br>☐ Yes.  Claim number on court claims registry (if known)_____    Filed on _____<br>MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No<br>☐ Yes. Who made the earlier filing? _____ |

**Part 2:**  Give Information About the Claim as of the Date the Case Was Filed (September 15, 2019)

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  ____ ____ ____ ____ |
| **7. How much is the claim?** | $_____ . **Does this amount include interest or other charges?**<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| **9. Is all or part of the claim secured?** | ☐ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**   $_____<br><br>**Amount of the claim that is secured:**   $_____<br><br>**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**   $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |
| **10. Is this claim based on a lease?** | ☐ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____ |

| | |
|---|---|
| **11. Is this claim subject to a right of setoff?** | ☐ No<br><br>☐ Yes. Identify the property: _____ |

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☐ Yes. *Check one:*

|  | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

| | |
|---|---|
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No<br><br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.**    $_____ |

---

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    _____(mm/dd/yyyy)

_____
    Signature

**Print the name of the person who is completing and signing this claim:**

Name    _____
    First name            Middle name            Last name

Title    _____

Company    _____
    Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    _____
    Number        Street

    _____
    City                State        ZIP Code

Contact phone    _____    Email    _____

# Instructions for Non-Opioid Claimant Proof of Claim Form

United States Bankruptcy Court                                                                                   12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

---

| |
|---|
| **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157 and 3571. |

---

## How to fill out this form

- **Fill in all of the information about the claim as of the date the bankruptcy case was filed, September 15, 2019.**

- **Check the box for the debtor against whom you are filing a claim.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**

  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because they will not be returned and may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/purduepharma.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. § 503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Purdue Opioid** means (i) the following **Brand Name Medications:** OxyContin®, Hysingla ER®, Butrans®, Dilaudid®, Ryzolt, MS Contin®, MSIR®, Palladone®, DHC Plus®, OxyIR®, and OxyFast®, and (ii) the following **Generic Medications:** oxycodone extended-release tablets, hydrocodone extended-release tablets, buprenorphine transdermal system, hydromorphone immediate-release tablets, hydromorphone injectable solution, hydromorphone oral solution, tramadol extended-release tablets, morphine extended-release tablets, morphine immediate-release tablets, hydromorphone extended-release capsules, dihydrocodeine acetaminophen and caffeine tablets, oxycodone immediate-release tablets, oxycodone and acetaminophen tablets (generic to Percocet®), oxycodone solution, and hydrocodone and acetaminophen tablets (generic to Vicodin®).

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also file your claim electronically at**
**https://restructuring.primeclerk.com/purduepharma via**
**the link entitled "Submit a Claim."**

---

**Do not file these instructions with your form**

---