~~by the Hearing Examiner, and I wish to appeal that decision on the following grounds:~~ (date)

<u>~~Check~~ Area(s) Involved</u>

☒ a. the procedures employed were ~~contrary to law, Department directives, or regulations;~~
☐ ~~b. the punishment is disproportionate to the offense; and/or~~
☒ ~~c.~~ the findings of fact were insufficient to support ~~the decision.~~

1-6-2020

CHAPTER 11

Below is a brief statement of the facts relevant to my claims(s). It includes the identity of all persons who may have information that may be helpful in resolving this matter.

TO JUDGE ROBERT DRAIN:
FIRST OF ALL, I AM A QUALIFIED HANDICAP AN AMPUTEE IN A WHEEL CHAIR SECONDLY PLEASE PUT ME DOWN TO RECEIVE THE BELOW ITEMS ADDRESSES FOR THE BANKRUPTCY CASE # PURDUE PHARMA 19-23649 DEBTOR = SACKLERS PLAINTIFF RONALD GEORGE DANDAR

A) CLAIM FORMS; B) MASTER PROOF OF SERVICE; C) PLEASE ADD MY NAME & ADDRESS RONALD GEORGES DANDAR 50 OVER LOOK DRIVE KQ7780 - C/O LEGAL MAIL DEPARTMENT
D) ANY AND ALL PRINT-OUT COMPUTER CLAIMS PRIOR - PRESENT - FUTURE ORIGINAL CLAIMS
E) ANY AND ALL DOCKET ENTRIES; COURT ORDERS ANSWERS RESPONSES LAW SUITS FILED
F) ORIGINAL COPIES OF DOCUMENTS FILED
H) PLEASE PUT ME ON ANY AND ALL MAILING LIST

PLAINTIFF
~~Inmate~~'s Signature X Ron Dandar     Date 1-6-2020

White - ~~DC-15~~     ~~Yellow - Inmate~~     ~~Revised 2/07~~

RONALD DANDAR KQ7780
C/O LEGAL MAIL DEPARTMENT
50 OVER LOOK DRIVE LABelle, Penna 15450
(over)

Please Send me a Copy For a Yr

JURISDICTION FOR

A) Bankruptcy LAW Suit — Chapter 11 —

B) RULES BookLets —

C/6 Bankruptcy FORMS

D) United States District Court Federal addresses + Bankruptcy United States Federal addresses

E) ANY Pro Bono REQUEST

