**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**FOURTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | December 1, 2019 through December 31, 2019 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

US 167294467v2

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $115,195.83[2] |
| Less 20% Holdback | $23,039.17 |
| Total Reimbursement Requested | $0 |
| Total Compensation and Reimbursement Requested in this Statement | $92,156.66 |

**This is a(n):**    **X** Monthly Application    __    Interim Application __    Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from December 1, 2019 Through December 31, 2019* (this "**Fee Statement**").[3]   By this Fee Statement, A&P seeks (i) compensation in the amount of

---

[2]  This amount reflects a reduction in fees in the amount of $20,328.67 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]  The period from December 1, 2019, through and including December 31, 2019, is referred to herein as the "**Fee Period**."

$92,156.66 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $115,195.83) and (ii) payment of $0 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.    Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, counsel, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $115,195.83 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $92,156.66.

2.    Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $799.13.[4]  The blended hourly billing rate of all paraprofessionals is $331.50.[5]

3.    A&P did not incur or disburse any expenses during the Fee Period.

4.    Attached hereto as **Exhibit C** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

---

[4] This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5] This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

## **Notice**

5.      A&P will provide notice of this Fee Statement in accordance with the Interim

Compensation Order. A&P submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

US 167294467v2

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $92,156.66, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $115,195.83) and (ii) payment of $0 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

January 28, 2020                                      Respectfully submitted,


                                      By:    /s/Rory Greiss
                                      **ARNOLD & PORTER KAYE
                                      SCHOLER LLP**
                                      Rory Greiss
                                      250 West 55th Street
                                      New York, New York 10019
                                      rory.greiss@arnoldporter.com

                                            **- AND-**

                                      Rosa J. Evergreen
                                      601 Massachusetts Ave, NW
                                      Washington, DC 2001-3743
                                      rosa.evergreen@arnoldporter.com

                                      ***Special Counsel to the Debtors***

US 167294467v2

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous - General Advice | 12.80 | 9,316.00 |
| Mundipharma | 21.00 | 19,981.80 |
| Commercial Contracts Advice | 4.70 | 2,903.18 |
| Harm Reduction Therapeutics | 6.90 | 6,460.42 |
| Project Spiny Monster | 3.00 | 1,823.25 |
| TetraGenetics License and Collaboration Agreement | 5.90 | 4,233.00 |
| Alivio Therapeutics | 1.60 | 972.40 |
| Project Artic | 38.50 | 30,159.28 |
| Mundipharma EDO | 21.60 | 16,070.52 |
| Praxis | 11.50 | 8,308.75 |
| Project A Patch | 9.90 | 9,325.35 |
| Retention and Fee Applications | 8.80 | 5,641.88 |
| **Total[6]** | **146.20** | **$115,195.83** |

---

[6] This amount reflects a reduction in fees in the amount of $20,328.67 on account of voluntary discounts on fees as described in the Retention Application.

- 7 -

## Exhibit B

**Professional and Paraprofessional Fees**

US 167294467v2

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Coutu, Stephanie W. | Partner | 1997 | 850.00 | 11.5 | 9,775.00 |
| Dickinson, Richard | Partner | 1996 | 1,045.00 | 1.3 | 1,358.50 |
| Evergreen, Rosa J. | Partner | 2005 | 895.00 | 3 | 2,685.00 |
| Greiss, Rory | Partner | 1981 | 1,125.00 | 54.3 | 61,087.50 |
| Wallace, William | Partner | 1980 | 1,080.00 | 17 | 18,360.00 |
| Danias, Peter | Counsel | 1983 | 870.00 | 4.6 | 4,002.00 |
| Rothman, Eric | Counsel | 2008 | 860.00 | 5.9 | 5,074.00 |
| Conway, Tyler | Associate | 2015 | 715.00 | 9.8 | 7,007.00 |
| Rosato, Danielle | Associate | 2015 | 715.00 | 31.4 | 22,451.00 |
| Walkinshaw, Zoe | Associate | 2016 | 605.00 | 3.4 | 2,057.00 |
| Zausner, Ethan | Associate | 2017 | 605.00 | 0.5 | 302.50 |
| Reddix, Darrell | Legal Assistant | N/A | 390.00 | 3.5 | 1,365.00 |
| **Total** | | | | **146.20** | **135,524.50** |
| Less 15% Discount | | | | | (20,328.67) |
| Discounted Total | | | | | 115,195.83 |
| Less 20% Holdback | | | | | (23,039.17) |
| **Total Amount Requested Herein** | | | | | **$92,156.66** |

US 167294467v2

## **Exhibit C**

**Detailed Time Records and Expenses**

US 167294467v2

# Arnold&Porter

Purdue Pharma L.P.
Philip C. Strassburger, Esq.
One Stamford Forum
Dept. VN: 1008442
Stamford, CT  06901-3431

January 8, 2020
Invoice # 30106486
EIN 53-0208605

Client/Matter # 1049218.00001

Miscellaneous

1000000570

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2019** | $ | 10,960.00 |
| Discount: | | -1,644.00 |
| **Fee Total** | | 9,316.00 |
| **Total Amount Due** | $ | 9,316.00 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| Or Remit To: | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

January 8, 2020                                                                                           Invoice # 30106486

**(1049218.00001)**
Miscellaneous

**Legal Services:**

| Name | Date | Hours | Narrative |
|---|---|---|---|
| William E. Wallace | 12/02/19 | 0.30 | Review OSU agreement. |
| William E. Wallace | 12/06/19 | 0.80 | Review collaboration agreement with LTS (.8). |
| William E. Wallace | 12/09/19 | 1.10 | Review of revised agreement with Mundipharma (.5); review issue re: cognitive agreement (.3). |
| William E. Wallace | 12/17/19 | 0.80 | Call with Purdue and Rhodes re: LTS agreement. |
| Danielle Rosato | 12/18/19 | 0.40 | Conference with E. Rothman. |
| Peter Danias | 12/20/19 | 2.20 | Drafted an HSR memo and circulated for comments. |
| Peter Danias | 12/23/19 | 0.90 | Worked on HSR memo. |
| Peter Danias | 12/24/19 | 1.50 | Revised memo and distributed to Roxana Aleali. |
| Danielle Rosato | 12/26/19 | 4.00 | Reviewed Purdue's Agreements for assignment and sublicensing rights. |
| Danielle Rosato | 12/30/19 | 0.80 | Finalized comparison chart for assignment and sublicensing rights. |
| **Total Hours** | | **12.80** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| William E. Wallace | 3.00 | 1,080.00 | 3,240.00 |
| Peter Danias | 4.60 | 870.00 | 4,002.00 |
| Danielle Rosato | 5.20 | 715.00 | 3,718.00 |
| **TOTAL** | **12.80** | | **10,960.00** |

**Total Current Amount Due**                                                             **$9,316.00**

# Arnold&Porter

Purdue Pharma L.P.                                    January 8, 2020
One Stamford Forum                              Invoice # 30106487
Stamford, CT  06901-3431                          EIN 53-0208605
Attn: Philip C Strassburger
Vice President & General Counsel

Client/Matter # 1049218.00083

Mundipharma

20180002013

| | | |
|---|---|---|
| For Legal Services Rendered through December 31, 2019 | $ | 23,508.00 |
| Discount: | | -3,526.20 |
| Fee Total | | 19,981.80 |
| Total Amount Due | $ | 19,981.80 |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 8, 2020                                                                    Invoice # 30106487


**(1049218.00083)**
Mundipharma


**Legal Services:**


| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| William E. Wallace | 12/02/19 | 0.60 | Review Cognition term sheet comments. |
| Rory Greiss | 12/07/19 | 2.00 | Review Neil Trueman comments to Cognitive Development Term Sheet and those from P. Strassburger (.8); revise into Cognitive Development Agreement (1.2). |
| Rory Greiss | 12/08/19 | 1.50 | Review and incorporate R. Inz comments to Cognitive Development Agreement and redistribute to Purdue team. |
| Rory Greiss | 12/09/19 | 0.80 | Continued work on Cognitive Development Agreement - make revisions and send out revised draft. |
| Rory Greiss | 12/17/19 | 0.80 | Correspondence re: Cognitive Development term sheet/agreement with Purdue team. |
| Rory Greiss | 12/19/19 | 0.80 | Conference call re: Cognitive Development term sheet agreement. |
| Rory Greiss | 12/20/19 | 1.00 | Review RK's comments to Cognitive Development term sheet; correspondence with P. Danias and E. Rothman re: HSR memo. |
| William E. Wallace | 12/20/19 | 1.30 | Call with Strassburger re: CDA; review emails from Strassburger, Inz and Kreppel. |
| Rory Greiss | 12/23/19 | 0.80 | Teleconference B. Wallace re: issues to be covered in Mundipharma/Purdue agreement assigning patent applications and other IP to Purdue. |
| Rory Greiss | 12/24/19 | 4.10 | Begin turning term sheet for assignment of patent applications and other IP from Mundipharma to Purdue into formal agreement; review memo re: HSR filing requirements prepared by P. Danias and revise (.9). |
| Rory Greiss | 12/26/19 | 5.20 | Complete initial draft of Cognitive Development Agreement (4.0); proof and revise draft (1.2). |
| Rory Greiss | 12/27/19 | 1.40 | Finalize draft of Cognitive Development Agreement and send to P. Strassburger. |
| William E. Wallace | 12/27/19 | 0.70 | Review Cognitive Development Agreement. |

**Total Hours**                              **21.00**

January 8, 2020                                                                    Invoice # 30106487

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 18.40 | 1,125.00 | 20,700.00 |
| William E. Wallace | 2.60 | 1,080.00 | 2,808.00 |
| **TOTAL** | **21.00** | | **23,508.00** |

**Total Current Amount Due**                                          **$19,981.80**

# Arnold&Porter

| | |
|---|---|
| **Purdue Pharma L.P.**<br>**Attn: Maria Barton**<br>**General Counsel**<br>**One Stamford Forum**<br>**Stamford, CT  06901** | January 8, 2020<br>Invoice # 30106488<br>EIN 53-0208605 |

Client/Matter # 1049218.00117

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2019** | $ | 3,415.50 |
| Discount: | | -512.32 |
| **Fee Total** | | **2,903.18** |
| **Total Amount Due** | $ | **2,903.18** |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                      Arnold & Porter Kaye Scholer LLP
                                          P.O. Box 759451
                                          Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 8, 2020

Invoice # 30106488

## (1049218.00117)
**Commercial Contracts Advice**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Richard Dickinson | 12/03/19 | 0.80 | Advice on GDPR issues |
| Zoe Walkinshaw | 12/03/19 | 3.40 | Reviewing contractual documentation with MyData Trust; email with comments to Karen McCarthy. |
| Richard Dickinson | 12/18/19 | 0.50 | Call with client on GDPR |
| **Total Hours** | | **4.70** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Richard Dickinson | 1.30 | 1,045.00 | 1,358.50 |
| Zoe Walkinshaw | 3.40 | 605.00 | 2,057.00 |
| **TOTAL** | **4.70** | | **3,415.50** |

**Total Current Amount Due**        **$2,903.18**

# Arnold&Porter

Purdue Pharma L.P.                                            January 8, 2020
Attn: Maria Barton                                     Invoice # 30106489
General Counsel                                              EIN 53-0208605
One Stamford Forum
Dept. VN:  1008442
Stamford, CT  06901-3431


Client/Matter # 1049218.00128

Harm Reduction Therapeutics

20180001766


| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2019** | $ | 7,600.50 |
| Discount: | | -1,140.08 |
| **Fee Total** | | 6,460.42 |
| **Total Amount Due** | $ | 6,460.42 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                        Arnold & Porter Kaye Scholer LLP
                                     P.O. Box 759451
                                     Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

January 8, 2020                                                                    Invoice # 30106489

**(1049218.00128)**
**Harm Reduction Therapeutics**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 12/03/19 | 1.30 | Review O. Green mark-up of Funding Agreement (.4); call with HRT and Purdue to discuss comments to Funding Agreement (.9). |
| William E. Wallace | 12/03/19 | 1.20 | Review KLG comments; call with HRT and Purdue; review revised draft. |
| Rory Greiss | 12/04/19 | 1.20 | Revise Funding Agreement in accordance with Tuesday conference call with R. Inz comments (.8); discuss with B. Wallace and distribute (.4). |
| William E. Wallace | 12/04/19 | 0.80 | Review revised funding agreement; discussion with Greiss. |
| Rory Greiss | 12/05/19 | 0.80 | Review M. Hufford correspondence and new milestone dates, etc. (.4); discuss with Bill Wallace (.4). |
| William E. Wallace | 12/05/19 | 0.50 | Review HRT milestone chart; discussion with Greiss. |
| William E. Wallace | 12/06/19 | 1.10 | Review Hufford milestone changes (.4); discuss with Greiss re: milestone changes (.3). |

**Total Hours**                              **6.90**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 3.30 | 1,125.00 | 3,712.51 |
| William E. Wallace | 3.60 | 1,080.00 | 3,887.99 |
| **TOTAL** | **6.90** | | **7,600.50** |

**Total Current Amount Due**                                          **$6,460.42**

# Arnold&Porter

Purdue Pharma L.P.
Attn: Edward G. Angelini
Associate General Counsel
One Stamford Forum
Stamford, CT  06901-3431

January 8, 2020
Invoice # 30106497
EIN 53-0208605

Client/Matter # 1049218.00129

Project Spiny Monster

20180001843

| For Legal Services Rendered through December 31, 2019 | $ | 2,145.00 |
|---|---|---|
| Discount: | | -321.75 |
| Fee Total | | 1,823.25 |
| Total Amount Due | $ | 1,823.25 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 8, 2020

Invoice # 30106497

**(1049218.00129)**
Project Spiny Monster

**Legal Services:**

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Danielle Rosato | 12/23/19 | 3.00 | Reviewed Purdue's Agreement with SpineThera for assignment and sublicensing rights. |
| **Total Hours** | | **3.00** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Danielle Rosato | 3.00 | 715.00 | 2,145.00 |
| **TOTAL** | **3.00** | | **2,145.00** |

**Total Current Amount Due** $1,823.25

# Arnold&Porter

Purdue Pharma L.P.
Attn: Phillip C. Strassburger
Vice President & General Counsel
Purdue Pharma L.P.
One Stramford Forum
Stramford, CT  06901

January 8, 2020
Invoice # 30106490
EIN 53-0208605

**Client/Matter # 1049218.00133**

TetraGenetics License and Collaboration Agreement

20180002127

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2019** | $ | 4,980.00 |
| Discount: | | -747.00 |
| **Fee Total** | | 4,233.00 |
| **Total Amount Due** | $ | 4,233.00 |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

January 8, 2020                                                    Invoice # 30106490

**(1049218.00133)**
**TetraGenetics License and Collaboration Agreement**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 12/03/19 | 1.10 | TC with Purdue to discuss contractual rights. |
| Ethan Zausner | 12/03/19 | 0.50 | Call with client to discuss termination/pause options |
| Danielle Rosato | 12/17/19 | 2.50 | Reviewed Imbrium's Agreements with Tetragenetics and Alivio for assignment and sublicensing rights. |
| William E. Wallace | 12/18/19 | 1.40 | Discussion with Rothman re: Leopold list of studies (.4); call with Purdue re: agreement with Mundipharma (.6). |
| William E. Wallace | 12/24/19 | 0.40 | Review EDO summary. |
| **Total Hours** | | **5.90** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 1.10 | 860.00 | 946.00 |
| William E. Wallace | 1.80 | 1,080.00 | 1,944.00 |
| Danielle Rosato | 2.50 | 715.00 | 1,787.50 |
| Ethan Zausner | 0.50 | 605.00 | 302.50 |
| **TOTAL** | **5.90** | | **4,980.00** |

**Total Current Amount Due**                                      $4,233.00

# Arnold&Porter

Purdue Pharma L.P.
Attn: Phillip C. Strassburger
Vice President & General Counsel
One Stramford Forum
Stramford, CT  06901

January 8, 2020
Invoice # 30106496
EIN 53-0208605

**Client/Matter # 1049218.00134**

Alivio Therapeutics

20180002128

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2019** | $ | 1,144.00 |
| Discount: | | -171.60 |
| **Fee Total** | | 972.40 |
| **Total Amount Due** | $ | 972.40 |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 8, 2020

Invoice # 30106496

**(1049218.00134)**
Alivio Therapeutics

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Danielle Rosato | 12/19/19 | 1.60 | Reviewed Imbrium's Agreement with Alivio for assignment and sublicensing rights. |
| **Total Hours** | | **1.60** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Danielle Rosato | 1.60 | 715.00 | 1,144.00 |
| **TOTAL** | **1.60** | | **1,144.00** |

**Total Current Amount Due**                                              $972.40

# Arnold&Porter

Purdue Pharma L.P.                                         January 8, 2020
Attn: Phillip C. Strassburger                          Invoice # 30106491
Vice President & General Counsel                       EIN 53-0208605
One Stramford Forum
Stramford, CT  06901

Client/Matter # 1049218.00135

Project Artic

20190002247

| | | |
|---|---|---|
| For Legal Services Rendered through December 31, 2019 | $ | 35,481.50 |
| Discount: | | -5,322.22 |
| Fee Total | | 30,159.28 |
| Total Amount Due | $ | 30,159.28 |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                           Arnold & Porter Kaye Scholer LLP
                                       P.O. Box 759451
                                       Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 8, 2020                                                Invoice # 30106491

**(1049218.00135)**
Project Artic

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Danielle Rosato | 12/02/19 | 1.00 | Reviewed email correspondence and comments from DPW team. |
| Rory Greiss | 12/03/19 | 1.30 | Review Issues list, etc. in preparation for conference call with Purdue team (.5); participate in call in preparation for meeting on Monday with D. Rosato (.8). |
| Danielle Rosato | 12/03/19 | 1.60 | Conferences with E. Rothman and R. Greiss; conference with the Purdue team; revised issues list. |
| Rory Greiss | 12/04/19 | 0.80 | Review D.R.s revised issues list and comment (.3) and D. Saussey's cost model  (.5). |
| Danielle Rosato | 12/04/19 | 0.40 | Revised issues list; revised draft Development Agreement |
| Rory Greiss | 12/06/19 | 1.00 | Review materials in preparation for meeting re: Development Agreement on Monday. |
| Rory Greiss | 12/09/19 | 5.50 | Prepare for meeting with Purdue team and Arctic including review of issues list and most recent draft of development agreement (1.5); meeting with Purdue team and Arctic to discuss open issues on development agreement (4.0). |
| Danielle Rosato | 12/09/19 | 0.70 | Prepared for face-to-face meeting between Artic Team and Purdue Team. |
| Danielle Rosato | 12/09/19 | 4.20 | Face to face meeting between Arctic Team and Purdue Team. |
| Danielle Rosato | 12/09/19 | 1.30 | Revised draft Development Agreement per face to face meeting between Arctic Team and Purdue Team. |
| Rory Greiss | 12/10/19 | 2.80 | Review revised draft of development agreement (1.2); prepare comments and draft certain sections (.8); discuss revisions with D. Rosato (.8). |
| Danielle Rosato | 12/10/19 | 4.50 | Revised draft Development Agreement per face to face meeting between Arctic Team and Purdue Team. |
| Danielle Rosato | 12/10/19 | 0.50 | Conference with R. Greiss re: revised draft Development Agreement. |
| Rory Greiss | 12/11/19 | 1.20 | Continue work on open issues in draft Development Agreement. |
| Rory Greiss | 12/12/19 | 2.60 | Review revised draft of Development Agreement for distribution to Purdue and review with D. Rosato (.8); conference call with K. McCarthy and D. Saussy re: revisions (1.0) and work on further revisions (.8). |
| Danielle Rosato | 12/12/19 | 0.80 | Conference with Purdue Team and R. Greiss re: revised draft Development Agreement. |
| Danielle Rosato | 12/12/19 | 1.00 | Revised draft Development Agreement per comments from Purdue team. |
| Rory Greiss | 12/13/19 | 3.80 | Continued work to finalize revised draft of Development Agreement with D. Rosato for Distribution- review revised draft (1.3); office conference D. Rosato re: changes (.5); conference call with K. McCarthy and D. Saussy (1.0) and work on revisions with D. Rosato (1.0). |

Page 1

January 8, 2020                                                        Invoice # 30106491

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Danielle Rosato | 12/13/19 | 3.10 | Conferences with the Purdue team and R. Greiss re: revised Development Agreement; further revised Development Agreement per the same. |
| Rory Greiss | 12/19/19 | 0.40 | Review correspondence re: latest status/discussions. |
| **Total Hours** | | **38.50** | |

### Legal Services-Attorney Summary

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 19.40 | 1,125.00 | 21,825.00 |
| Danielle Rosato | 19.10 | 715.00 | 13,656.50 |
| **TOTAL** | **38.50** | | **35,481.50** |

**Total Current Amount Due**                                          $30,159.28

# Arnold&Porter

Purdue Pharma L.P.
Attn: Roxana Aleali
Associate General Counsel
One Stamford Forum
Stamford, CT  06901-3431

January 8, 2020
Invoice # 30106492
EIN 53-0208605

Client/Matter # 1049218.00143

Mundipharma EDO

20190002456

| | | |
|---|---|---|
| For Legal Services Rendered through December 31, 2019 | $ | 18,906.50 |
| Discount: | | -2,835.98 |
| Fee Total | | 16,070.52 |
| Total Amount Due | $ | 16,070.52 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:        Arnold & Porter Kaye Scholer LLP
                    P.O. Box 759451
                    Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 8, 2020                                                                                        Invoice # 30106492

**(1049218.00143)**
Mundipharma EDO

**Legal Services:**

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Tyler Conway | 12/04/19 | 0.40 | Call with Karen McCarthy to discuss current status of discussions with Imbrium re. EDO assets and next steps |
| Eric Rothman | 12/04/19 | 0.60 | TC with Purdue re Toni and Tino ex-US rights. |
| Rory Greiss | 12/12/19 | 2.50 | Conference call with P. Strassburger, R. Inz and B. Wallace re: identifying and splitting up EDO assets (1.0); discuss EDo situation with E. Rothman (.5); conference call with R. Inz, P.S., K. McCarthy, Wei, E.R. and B.W. re: EDO Assets (1.0). |
| William E. Wallace | 12/12/19 | 1.40 | Call with Strassburger re: special project (.5); call with various Purdue re: special project (.6); discussion with Greiss re: special project (.3). |
| Eric Rothman | 12/12/19 | 0.60 | TC with Purdue re Toni and Tino ex-US rights. |
| William E. Wallace | 12/13/19 | 0.40 | Review EDO agreements. |
| Rory Greiss | 12/16/19 | 0.50 | Correspondence regarding next steps. |
| William E. Wallace | 12/16/19 | 0.50 | Review emails re: studies. |
| Tyler Conway | 12/18/19 | 1.90 | Call with Purdue to discuss EDO Data/Know-How and related due diligence; review of materials put together by Purdue team summarizing patents, data and know-how comprising the EDO assets |
| Eric Rothman | 12/18/19 | 1.40 | TC with Purdue re Toni and Tino ex-US rights. Work on same. |
| Tyler Conway | 12/19/19 | 1.30 | Review of materials put together by Purdue team summarizing patents, data and know-how comprising the EDO assets and prepared summary o the same |
| Rory Greiss | 12/20/19 | 0.50 | Correspondence with E. Rothman and T. Conway re: memo being prepared. |
| Tyler Conway | 12/20/19 | 0.30 | Review of materials put together by Purdue team summarizing patents, data and know-how comprising the EDO assets and prepared summary presentation of the same |
| Eric Rothman | 12/21/19 | 1.10 | emails with Purdue re Toni and Tino ex-US rights. Work on same. |
| Tyler Conway | 12/22/19 | 1.60 | Review of materials put together by Purdue team summarizing patents, data and know-how comprising the EDO assets and prepared summary presentation of the same |
| Tyler Conway | 12/23/19 | 2.50 | Review of materials put together by Purdue team summarizing patents, data and know-how comprising the EDO assets and prepared summary presentation of the same |
| Rory Greiss | 12/24/19 | 1.20 | Review memo prepared by T. Conway (.5); give comments and revise revised draft (.7). |
| Tyler Conway | 12/24/19 | 1.60 | Revised summary presentation of EDO assets |
| Tyler Conway | 12/24/19 | 0.20 | Reviewed and drafted correspondence |
| Eric Rothman | 12/24/19 | 1.10 | emails with Purdue re Toni and Tino ex-US rights. Work on same. |

**Total Hours**                     **21.60**

Page 1

January 8, 2020                                                        Invoice # 30106492

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 4.70 | 1,125.00 | 5,287.50 |
| Eric Rothman | 4.80 | 860.00 | 4,128.00 |
| William E. Wallace | 2.30 | 1,080.00 | 2,484.00 |
| Tyler Conway | 9.80 | 715.00 | 7,007.00 |
| **TOTAL** | **21.60** | | **18,906.50** |

**Total Current Amount Due**                                           **$16,070.52**

# Arnold&Porter

**Purdue Pharma L.P.**
Attn: Roxana Aleali
**Associate General Counsel**
One Stamford Forum
Stamford, CT  06901-3431

January 8, 2020
Invoice # 30106493
EIN 53-0208605

**Client/Matter # 1049218.00146**

Praxis

20190002672

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2019** | $ | 9,775.00 |
| Discount: | | -1,466.25 |
| **Fee Total** | | 8,308.75 |
| **Total Amount Due** | $ | 8,308.75 |

**Wire Transfer Instructions:**

|   |   |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**    Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 8, 2020

Invoice # 30106493

**(1049218.00146)**
Praxis

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Stephanie W. Coutu | 12/02/19 | 0.90 | Attention to revised financing documents. |
| Stephanie W. Coutu | 12/03/19 | 2.90 | Review amended financing documents; telephone conference with client; telephone conference with company counsel. |
| Stephanie W. Coutu | 12/04/19 | 2.90 | Review revised financing documents; follow up with client and company counsel; review cap table. |
| Stephanie W. Coutu | 12/05/19 | 0.60 | Email correspondence; follow up re revisions to financing documents. |
| Stephanie W. Coutu | 12/09/19 | 2.30 | Attention to revised financing documents; follow up re open issues. |
| Stephanie W. Coutu | 12/10/19 | 1.40 | Open issues; email correspondence; review revised documents and cap issues. |
| Stephanie W. Coutu | 12/23/19 | 0.30 | Email correspondence re additional financing. |
| Stephanie W. Coutu | 12/27/19 | 0.20 | Email correspondence re additional financing. |
| **Total Hours** | | **11.50** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Stephanie W. Coutu | 11.50 | 850.00 | 9,775.00 |
| **TOTAL** | **11.50** | | **9,775.00** |

**Total Current Amount Due**                                            $8,308.75

# Arnold&Porter

Purdue Pharma L.P.
Philip C. Strassburger, Esq.
One Stamford Forum
Dept. VN: 1008442
Stamford, CT  06901-3431

January 8, 2020
Invoice # 30106494
EIN 53-0208605

**Client/Matter # 1049218.00147**

Project A Patch

20190002711

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2019** | $ | 10,971.00 |
| Discount: | | -1,645.65 |
| **Fee Total** | | 9,325.35 |
| **Total Amount Due** | $ | 9,325.35 |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:               Arnold & Porter Kaye Scholer LLP
                                 P.O. Box 759451
                                 Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 8, 2020                                                                  Invoice # 30106494

**(1049218.00147)**
Project A Patch

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 12/04/19 | 3.30 | Conference call with P. Strassburger and R. Kreppel re: new product development opportunity (1.3); begin drafting bullet point term sheet for matter. (2.0) |
| William E. Wallace | 12/04/19 | 1.50 | Call with Strassburger and Kreppel re: asenapine patch; review background re: same. |
| Rory Greiss | 12/05/19 | 1.10 | Finalize bullet point term sheet and send to Purdue team. |
| William E. Wallace | 12/05/19 | 1.10 | Review term sheet/bullet points for asenapine; discussion with Greiss. |
| Rory Greiss | 12/12/19 | 1.80 | Conference calls with P. Strassburger and R. Inz with B. Wallace re: A. Patch Term Sheet (.8); Revise Term Sheet and distribute (1.0). |
| William E. Wallace | 12/12/19 | 1.10 | Call with Strassburger re: Asenapine patch (.4); discussion with Greiss re: term sheet (.3). |

**Total Hours**                         **9.90**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 6.20 | 1,125.00 | 6,975.00 |
| William E. Wallace | 3.70 | 1,080.00 | 3,996.00 |
| **TOTAL** | **9.90** | | **10,971.00** |

**Total Current Amount Due**                                        **$9,325.35**

# Arnold&Porter

Purdue Pharma L.P.
Attn: Philip Strassburger
Vice President and General Counsel
One Stamford Forum
Stamford, CT  06901-3431

January 8, 2020
Invoice # 30106495
EIN 53-0208605

Client/Matter # 1049218.00148

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2019** | $ | 6,637.50 |
| Discount: | | -995.62 |
| **Fee Total** | | 5,641.88 |
| **Total Amount Due** | $ | 5,641.88 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                                 Arnold & Porter Kaye Scholer LLP
                                                     P.O. Box 759451
                                                     Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 8, 2020                                                                                        Invoice # 30106495

**(1049218.00148)**
Retention and Fee Applications

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rosa J. Evergreen | 12/02/19 | 0.80 | Attention to retention application and work on same. |
| Rory Greiss | 12/03/19 | 1.80 | Work on Purdue Retention Application with E. Rothman. |
| Rory Greiss | 12/05/19 | 0.50 | Correspondence with DPW re: revisions to retention application (.4); correspondence with R. Evergreen (.1). |
| Rosa J. Evergreen | 12/05/19 | 0.70 | Work on finalizing retention papers and review of orders in case related to retention. |
| Rosa J. Evergreen | 12/23/19 | 0.40 | Work on retention and fee applications. |
| Rosa J. Evergreen | 12/27/19 | 0.30 | Work on fee applications. |
| Rosa J. Evergreen | 12/30/19 | 0.80 | Work on fee statements (.5); communicate with D. Reddix on same (.3). |
| Darrell B. Reddix | 12/30/19 | 1.00 | Legal Assistant Services for R. Evergreen: Participate in teleconference with R. Evergreen to discuss project; review invoices in preparation for fee applications. |
| Darrell B. Reddix | 12/31/19 | 2.50 | Legal Assistant Services for R. Evergreen: Review invoices and create work product in preparation for filing of fee applications. |

**Total Hours**                                **8.80**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 3.00 | 895.00 | 2,685.00 |
| Rory Greiss | 2.30 | 1,125.00 | 2,587.50 |
| Darrell B. Reddix | 3.50 | 390.00 | 1,365.00 |
| **TOTAL** | **8.80** | | **6,637.50** |

**Total Current Amount Due**                                                              **$5,641.88**