**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

## NOTICE OF FIRST MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 15, 2019 THROUGH NOVEMBER 30, 2019

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | September 15, 2019 through November 30, 2019 |
| **Amount of Compensation Requested (after 10% discount):** | $637,371.00 |
| **Less 20% Holdback** | $127,474.20 |
| **Net of Holdback:** | $509,896.80 |
| **Amount of Expense Reimbursement Requested:** | $2,345.06 |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Total Compensation (Net of Holdback) and Expense Reimbursement Requested:**    $512,241.86

**This is a**    <u>X</u>  Monthly  _____Interim  ___ Final Fee Statement

*[The remainder of this page has been intentionally left blank]*

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this first monthly fee statement (the "First Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from September 15, 2019 through November 30, 2019 (the "First Monthly Fee Period"). By this First Monthly Fee Statement, and after taking into account certain substantial voluntary discounts and reductions,[3] Jones Day seeks payment in the amount of $512,241.86, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the First Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.     Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the First Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]     The total amount sought for fees reflects (a) voluntary write offs in the amount of $14,347.50 and (b) application of a subsequent 10% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $70,819.00 for the First Monthly Fee Period), for an overall voluntary reduction of approximately 12%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2019, Jones Day used 2018 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 12% reduction.

Jones Day professional, and (e) year of bar admission for each attorney. The blended hourly billing rate of Jones Day timekeepers during the First Monthly Fee Period is approximately $734.62.[4]

2.  Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the First Monthly Fee Period.

3.  Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the First Monthly Fee Period.

4.  Attached hereto as **Exhibit D** are copies of Jones Day invoices for the First Monthly Fee Period.

## NOTICE AND OBJECTION PROCEDURES

5.  Notice of this First Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801, Attn: Justin R. Alberto and Daniel N. Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; and (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov.

---

[4]   The blended rate is comprised of all Jones Day timekeepers who provided services during the First Monthly Fee Period.

6.     Objections to this First Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Anna Kordas (akordas@jonesday.com) no later than February 12, 2020 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

7.     If no objections to this First Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this First Monthly Fee Statement.

8.     To the extent that an objection to this First Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this First Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

9.      No prior request for the relief sought in this First Monthly Fee Statement has been

made to this or any other court.

Dated:  January 29, 2020                          _/s/  Anna Kordas_____
            New York, NY                           JONES DAY
                                   John J. Normile
                                   Anna Kordas
                                   250 Vesey Street
                                   New York, NY 10281
                                   Telephone:      (212) 326-3939
                                   Facsimile:      (212) 755-7306
                                   Email:            jjnormile@jonesday.com
                                                     akordas@jonesday.com

                                   *Special Counsel to the Debtors and*
                                   *Debtors in Possession*

## EXHIBIT A

**COMPENSATION BY PROFESSIONAL PERSON**

## JONES DAY
### PROFESSIONAL PERSON SUMMARY
### SEPTEMBER 15, 2019 THROUGH NOVEMBER 30, 2019

| NAME | YEAR OF ADMISSION | 2018 RATE | WITH 10% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Gregory A. Castanias | 1990 | $1,050.00 | $945.00 | 0.50 | $525.00 |
| Christian B. Fulda | 2002 | $775.00 | $697.50 | 0.40 | $310.00 |
| Pablo D. Hendler | 1995 | $1,050.00 | $945.00 | 84.50 | $88,725.00 |
| Gasper J. LaRosa | 2002 | $975.00 | $877.50 | 16.90 | $16,477.50 |
| Christopher M. Morrison | 2002 | $875.00 | $787.50 | 0.20 | $175.00 |
| Dan T. Moss | 2007 | $950.00 | $855.00 | 17.10 | $16,245.00 |
| John J. Normile | 1989 | $1,150.00 | $1,035.00 | 237.10 | $272,665.00 |
| Kevyn D. Orr | 1984 | $1,275.00 | $1,147.50 | 17.20 | $21,930.00 |
| Ansgar C. Rempp | 1991 | $1,050.00 | $945.00 | 9.80 | $10,290.00 |
| Jennifer L. Swize | 2002 | $975.00 | $877.50 | 5.10 | $4,972.50 |
| **TOTAL PARTNER:** | | | | 388.80 | $432,315.00 |
| **OF COUNSEL** | | | | | |
| Olaf Benning | 1998 | $775.00 | $697.50 | 49.60 | $38,440.00 |
| Thomas C. Mahlich | 1988 | $900.00 | $810.00 | 8.30 | $8,715.00 |
| Kelsey I. Nix | 1989 | $1,050.00 | $945.00 | 16.90 | $15,210.00 |
| **TOTAL OF COUNSEL:** | | | | 74.80 | $62,365.00 |
| **ASSOCIATE** | | | | | |
| Ashtyn M. Hemendinger | 2018 | $475.00 | $427.50 | 40.20 | $19,095.00 |
| Jakob Hübert | 2011 | $475.00 | $427.50 | 11.50 | $5,462.50 |
| Anna Kordas | 2014 | $650.00 | $585.00 | 23.80 | $15,470.00 |
| Kevin V. McCarthy | 2016 | $550.00 | $495.00 | 28.70 | $15,785.00 |
| Adam M. Nicolais | 2017 | $500.00 | $450.00 | 89.60 | $44,800.00 |
| Isel M. Perez | 2016 | $425.00 | $382.50 | 25.40 | $10,795.00 |
| Ryan Sims | 2016 | $500.00 | $450.00 | 0.20 | $100.00 |
| Robert N. Stander | 2011 | $775.00 | $697.50 | 4.80 | $3,720.00 |
| **TOTAL ASSOCIATE:** | | | | 224.20 | $115,227.50 |
| **STAFF ATTORNEY** | | | | | |
| Lynne Fischer | 1996 | $500.00 | $450.00 | 158.70 | $79,350.00 |
| **TOTAL STAFF ATTORNEY:** | | | | 158.70 | $79,350.00 |
| **LAW CLERK** | | | | | |
| Edward Kim | N/A | $475.00 | $427.50 | 12.60 | $5,985.00 |
| **TOTAL LAW CLERK:** | | | | 12.60 | $5,985.00 |
| **PARALEGAL** | | | | | |
| Jason J. Darensbourg | N/A | $300.00 | $270.00 | 0.50 | $150.00 |
| Andrew R. James | N/A | $275.00 | $247.5 | 2.50 | $687.50 |
| Steven T. Johnson | N/A | $350.00 | $315.00 | 34.60 | $12,110.00 |
| **TOTAL LEGAL SUPPORT:** | | | | 37.60 | $12,947.50 |
| **TOTAL:** | | | | **896.7** | **$708,190.00** |

**<u>EXHIBIT B</u>**

**COMPENSATION BY PROJECT CATEGORY**

**JONES DAY**
**PROJECT CATEGORY SUMMARY**
**SEPTEMBER 15, 2019 – NOVEMBER 30, 2019**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Amneal Appeal | 16.70 | $14,275.00 |
| Collegium Pharmaceuticals | 36.50 | $34,660.00 |
| Intellipharmaceutics Corp. | 189.20 | $158,495.00 |
| Collegium Pharmaceuticals (919) | 21.20 | $10,600.00 |
| Collegium 961 PGR | 48.20 | $38,037.50 |
| IPC II | 16.50 | $12,985.00 |
| Strategic Corporate Advice | 331.40 | $308,977.50 |
| Retention Matters | 237.00 | $130,160.00 |
| **TOTAL** | **896.70** | **$708,190.00** |
| **10% DISCOUNT** | | **$70,819.00** |
| **TOTAL FEES** | | **$637,371.00** |

## EXHIBIT C

**EXPENSE SUMMARY**
**SEPTEMBER 15, 2019 – NOVEMBER 30, 2019**

| Expense Category | Total Expenses |
|---|---|
| Overnight Courier | $23.26 |
| Consultant Fees | $2,250.00 |
| Printing Charges | $71.80 |
| **TOTAL** | **$2,345.06** |

## **EXHIBIT D**

**TIME DETAIL**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                                    305158-600516

Invoice: 33344884

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2019:

| | | |
|---|---|---|
| Amneal IPR Appeal (376 patent) | USD | 6,492.50 |
| Less 10% Fee Discount | | (649.25) |
| | USD | 5,843.25 |
| **TOTAL** | **USD** | **5,843.25** |

Please remit payment to:

**ACH Transfer (preferred)**             **Wire Transfer**
Citibank, N.A.                          Citibank, N.A.
New York, NY                            New York, NY
Account Name: Jones Day                 Account Name: Jones Day
Account No: 37026407                    Account No: 37026407
ABA No: 021000089                       ABA No: 021000089
                                        Swift Code: CITIUS33

PLEASE REFERENCE 305158-600516/33344884 WITH YOUR PAYMENT

**JONES DAY**

305158-600516

Amneal IPR Appeal (376 patent)

Page 2
January 21, 2020
Invoice: 33344884

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 0.50 | 1,150.00 | 575.00 |
| J L SWIZE | 4.40 | 975.00 | 4,290.00 |
| ASSOCIATE |  |  |  |
| R N STANDER | 2.10 | 775.00 | 1,627.50 |
| **TOTAL** | **7.00** | **USD** | **6,492.50** |

**JONES DAY**

305158-600516

Page 3
January 21, 2020
Invoice: 33344884

Amneal IPR Appeal (376 patent)

### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 09/23/19 | J L SWIZE | 1.30 |

Research effect of bankruptcy filing on potential Supreme Court certiorari petition.

| 09/24/19 | R N STANDER | 1.80 |

Research issues regarding effect of automatic bankruptcy stay on filing of petition for certiorari.

| 09/24/19 | J L SWIZE | 2.90 |

Discuss research project with R. Stander regarding effect of bankruptcy filing on potential Supreme Court certiorari petition (1.00); confer with D. Moss regarding same (.40); draft summary of effect of bankruptcy filing (1.50).

| 09/25/19 | J J NORMILE | 0.50 |

Review memorandum regarding impact of Chapter 11 filing on continued appeal of 376 IPR.

| 09/25/19 | R N STANDER | 0.30 |

Review electronic communications regarding analysis of bankruptcy stay on filing of petition for certiorari.

| 09/25/19 | J L SWIZE | 0.20 |

Advise team regarding potential next steps for appeal in light of bankruptcy filing.

**TOTAL**                                                                     **7.00**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020

305158-610005

Invoice: 33344894

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2019:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 7,080.00 |
| Less 10% Fee Discount | | (708.00) |
| | USD | 6,372.00 |
| **TOTAL** | **USD** | **6,372.00** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610005/33344894 WITH YOUR PAYMENT

**JONES DAY**

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 2.30 | 1,050.00 | 2,415.00 |
| C M MORRISON | 0.20 | 875.00 | 175.00 |
| J J NORMILE | 1.00 | 1,150.00 | 1,150.00 |
| OF COUNSEL |  |  |  |
| K I NIX | 0.60 | 1,050.00 | 630.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 4.10 | 550.00 | 2,255.00 |
| PARALEGAL |  |  |  |
| S T JOHNSON | 1.30 | 350.00 | 455.00 |
| **TOTAL** | **9.50** | **USD** | **7,080.00** |

# JONES DAY

305158-610005

Page 3
January 21, 2020
Invoice: 33344894

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 09/16/19 | K MCCARTHY | 1.00 |

Finalize and coordinate ECF filing of joint stipulation and proposed order (.40); communicate with J. Normile and Robbins Kaplan (opposing counsel) regarding stipulation and related covenant not to sue (.30); draft/revise Purdue weekly litigation status updates (.30).

| | | |
|---|---|---|
| 09/16/19 | C M MORRISON | 0.20 |

Review and file stipulation.

| | | |
|---|---|---|
| 09/16/19 | J J NORMILE | 1.00 |

Coordinate filing Stipulation and CNTS including various office and teleconference with P. Strasbourg, K. McCarthy and C. Morrison regarding effect of Chapter 11 filing on same.

| | | |
|---|---|---|
| 09/17/19 | P D HENDLER | 0.80 |

Draft/revise presentation regarding status of action.

| | | |
|---|---|---|
| 09/17/19 | K MCCARTHY | 0.10 |

Communicate with J. Normile and B. Koch regarding covenant not to sue.

| | | |
|---|---|---|
| 09/18/19 | P D HENDLER | 1.50 |

Revise notices of bankruptcy to be filed in the Collegium and IPC case.

| | | |
|---|---|---|
| 09/18/19 | S T JOHNSON | 0.50 |

Review and format recent case pleadings and correspondence for reference by attorneys.

| | | |
|---|---|---|
| 09/18/19 | K MCCARTHY | 0.50 |

Draft/revise Suggestion of Bankruptcy and Imposition of Automatic Stay notice (.30); communicate internally and with client regarding Suggestion of Bankruptcy notice (.10); finalize and coordinate ECF filing of Suggestion of Bankruptcy notice (.10).

| | | |
|---|---|---|
| 09/19/19 | S T JOHNSON | 0.50 |

Review and format case pleadings and correspondence for reference by attorneys.

| | | |
|---|---|---|
| 09/20/19 | S T JOHNSON | 0.30 |

Review and format case pleadings and correspondence for reference by attorneys.

| | | |
|---|---|---|
| 09/20/19 | K I NIX | 0.60 |

Reviewed Court's order staying case (.50); conferred with J. Normile regarding same (.10).

| | | |
|---|---|---|
| 09/25/19 | K MCCARTHY | 1.50 |

Review Purdue patent portfolio and communicate with J. Normile regarding same.

| | | |
|---|---|---|
| 09/27/19 | K MCCARTHY | 1.00 |

Review Purdue patent portfolio and communicate with J. Normile regarding same.

**TOTAL**                                                                      9.50

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                                          305158-610013

                                                                         Invoice: 33344908

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2019:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 111,632.50 |
| Less 10% Fee Discount | | (11,163.25) |
| | USD | 100,469.25 |

## DISBURSEMENTS & CHARGES

| | |
|---|---|
| Document Reproduction Charges | 71.80 |
| | 71.80 |

**TOTAL**                                              **USD**      **100,541.05**

Please remit payment to:

**ACH Transfer (preferred)**           **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name: Jones Day               Account Name: Jones Day
Account No: 37026407                  Account No: 37026407
ABA No: 021000089                     ABA No: 021000089
                                      Swift Code: CITIUS33

PLEASE REFERENCE 305158-610013/33344908 WITH YOUR PAYMENT

**JONES DAY**
Pg 20 of 97

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 32.20 | 1,050.00 | 33,810.00 |
| G J LAROSA | 0.50 | 975.00 | 487.50 |
| J J NORMILE | 35.80 | 1,150.00 | 41,170.00 |
| OF COUNSEL |  |  |  |
| K I NIX | 4.30 | 1,050.00 | 4,515.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 15.90 | 550.00 | 8,745.00 |
| A M NICOLAIS | 31.60 | 500.00 | 15,800.00 |
| PARALEGAL |  |  |  |
| S T JOHNSON | 20.30 | 350.00 | 7,105.00 |
| **TOTAL** | **140.60** | **USD** | **111,632.50** |

JONES DAY

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**09/16/19    P D HENDLER    7.30**
Prepare for and participate in weekly teleconference with client (.50); consideration of strategy in view of bankruptcy filing including attention to IPC's proposal regarding schedule (3.00); review IPC document production (2.00); preparation for meeting with Davis Polk (1.80).

**09/16/19    S T JOHNSON    5.50**
Select and assemble materials for reference binder regarding Mediation.

**09/16/19    G J LAROSA    0.50**
Communicate with B. Koch (Purdue) regarding case status and strategy.

**09/16/19    K MCCARTHY    2.50**
Internal meeting with J. Normile, P. Hendler and G. La Rosa regarding presentation to client and Davis Polk regarding status of ongoing litigations (.50); participate in weekly client call regarding litigation status updates (1.00); draft/revise presentation regarding status of ongoing litigations (1.00).

**09/16/19    A M NICOLAIS    8.70**
Team meeting with P. Hendler regarding IPC (.50); drafting IPC status update presentation (5.20); communication with J. Normile and P. Hendler regarding same (.70); review relevant documents (.80); reviewing/summarizing IPC document production (1.50).

**09/16/19    K I NIX    1.50**
Reviewed new documents produced by defendant (.70); review/analyze Purdue's mediation statement (.80).

**09/16/19    J J NORMILE    5.00**
Preparation for and participation in weekly team teleconference to discuss pending matters including P. Strassburger, B. Koch, R. Kreppel, R. Inz and R. Silbert (1.00); review Judge Fallon's Order regarding request for joint report on effect of Chapter 11 filing on Mediation and various office and teleconferences with P. Hendler and A. Nicolais regarding same (1.50); various office and teleconferences with P. Hendler and A. Nicolais regarding upcoming meeting with Davis Polk to discuss pending patent cases including slide presentation (2.50).

**09/17/19    P D HENDLER    2.80**
Consideration of schedule and impact of bankruptcy (1.00); draft letter to Magistrate Judge Fallon regarding mediation and automatic stay (1.30); confer with J. Normile and A. Nicolais regarding same (.50).

**09/17/19    S T JOHNSON    3.50**
Manage scheduling and drafting of deposition errata from expert depositions (.70); format document productions from opposing counsel for review by attorneys (2.60); review and format case pleadings and correspondence for reference by attorneys (.20).

**09/17/19    K MCCARTHY    0.40**
Draft/revise presentation regarding status of ongoing litigations (.30); communicate with J. Normile regarding same (.10).

**09/17/19    A M NICOLAIS    4.70**
Draft/revise IPC slide deck presentation (2.70); meeting with P. Hendler and J. Normile regarding same (.50); research and docket review regarding same (1.50).

**09/17/19    K I NIX    0.40**
Conferred with P. Hendler regarding strategy in light of bankruptcy filing.

**09/17/19    J J NORMILE    1.50**
Various office and teleconferences with P. Hendler and A. Nicolais regarding IPC document production and letter to IPC regarding redactions.

JONES DAY

305158-610013

Page 4
January 21, 2020
Invoice: 33344908

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**09/18/19    P D HENDLER    1.50**
Consideration of strategy for, and preparation of, joint submission to Magistrate Fallon regarding mediation in view of bankruptcy (1.00); confer with J. Normile and A. Nicolais regarding same (.30); teleconference with P. Strassburger (Purdue) regarding same (.20).

**09/18/19    S T JOHNSON    2.70**
Manage scheduling and drafting of errata from expert depositions (.30); format and correct images of deposition exhibits for reference by attorneys (2.40).

**09/18/19    K MCCARTHY    2.00**
Draft/revise Suggestion of Bankruptcy and Imposition of Automatic Stay notice (1.00); communicate with B. Koch regarding Suggestion of Bankruptcy notice, letter to MJ Fallon, and upcoming mediation (.30); finalize and coordinate ECF filing of Suggestion of Bankruptcy notice (.20); review/analyze IPC's recent document production and correspondence with opposing counsel regarding same (.50).

**09/18/19    K I NIX    0.40**
Reviewed notice of bankruptcy (.20); conferred with team (J.Normile, P. Hendler)(.20).

**09/18/19    J J NORMILE    3.00**
Various office and teleconferences with P. Hendler regarding proposed new Case Management schedules and review of background materials regarding same (1.50); review/revise draft letter to Judge Fallon including proposed Term Sheet (1.50).

**09/19/19    P D HENDLER    7.00**
Review of Judge Fallon's order regarding mediation (.50); preparation of status report to Court and consideration and preparation of same (6.50).

**09/19/19    S T JOHNSON    2.50**
Format and correct images of deposition exhibits for reference by attorneys (2.30); review and format case pleadings and correspondence for reference by attorneys (.20).

**09/19/19    A M NICOLAIS    2.60**
Review Bley supplemental deposition transcript (1.50); drafting errata regarding same (1.10).

**09/19/19    K I NIX    0.50**
Reviewed Judge Andrews request for joint statement regarding impact of bankruptcy (.30); reviewed correspondence with Y. Tang (opposing counsel) (.20).

**09/19/19    J J NORMILE    5.50**
Various office and teleconferences with P. Hendler, K. McCarthy, A. Nicolais and B. Koch relating to Judge Fallon's Order canceling Mediation Session (1.50); various office and teleconferences with P. Hendler, K. McCarthy, A. Nicolais and B. Koch regarding Judge Andrew's Order for a joint statement regarding impact of Chapter 11 filing on district court action (1.50); preparation of various position papers to address stay of proceedings and modification of Case Management Orders (2.50).

**09/20/19    P D HENDLER    2.50**
Draft/revise drafts of joint status report under various scenarios.

**09/20/19    S T JOHNSON    2.20**
Manage aspects of expert deposition transcript errata (.20); format and correct images of deposition exhibits for reference by attorneys (1.90); review and format case pleadings and correspondence for reference by attorneys (.10).

**09/20/19    K MCCARTHY    0.50**
Communicate with P. Strassburger (Purdue) regarding Notice of Bankruptcy filing (.10); draft/revise Purdue weekly litigation status updates and communicate with J. Normile re: same (.40).

**JONES DAY**

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

09/20/19    A M NICOLAIS    4.70
Review/analyze Bley transcript (.50); drafting errata regarding same (.50); review/analyze Wuest transcript (.50); drafting errata regarding same (.50); edits/revisions to joint status letter to court regarding effect of bankruptcy stay (1.50); communication with J. Normile and P. Hendler regarding same (.30); research caselaw regarding same (.90).

09/20/19    J J NORMILE    3.50
Prepare Stipulation to extend due date on joint status report to Judge Andrews (1.00); prepare position papers on stay request on modification of case management schedules (1.00); related teleconference with P. Hendler, A. Nicolais and B. Koch (.80); teleconference with P. Strassburger, K. Orr, D. Moss and R. Kreppel regarding IPC proceedings (.70).

09/23/19    P D HENDLER    2.50
Review/revise draft letters to Court regarding bankruptcy (2.00); teleconference with P. Strassburger (Purdue) regarding status (.50).

09/23/19    S T JOHNSON    0.50
Review and format case pleadings and correspondence and calendar due dates for reference by attorneys (.20); format deposition exhibits for reference by attorneys (.30).

09/23/19    K MCCARTHY    1.50
Draft/revise Wuest deposition errata (.40); draft/revise Purdue weekly litigation status updates (.30); participate in weekly client teleconference re: litigation status updates (.80).

09/23/19    J J NORMILE    2.50
Preparation for and participation in weekly team teleconference with P. Strassburger, B. Koch, R. Kreppel, R. Silbert, R. Inz, P. Hendler and K. McCarthy regarding pending matters (1.00); various office and teleconferences with P. Hendler regarding various draft proposals for the Court (1.50).

09/24/19    S T JOHNSON    0.50
Review and format recent case pleadings and correspondence and calendar due dates for reference by attorneys.

09/24/19    A M NICOLAIS    1.30
Drafting Wuest errata.

09/24/19    J J NORMILE    1.00
Review Judge Andrew's Order regarding stipulation (.50); related office and teleconferences with P. Hendler (.50).

09/25/19    P D HENDLER    1.00
Consideration of Judge Fallon's Order and impact of bankruptcy on case, including research regarding 30-month stay.

09/25/19    S T JOHNSON    1.20
Format improved images of deposition exhibits and expert report exhibits for reference by attorneys.

09/25/19    J J NORMILE    3.00
Review and revision of Purdue's portion of joint letter to Judge Andrews regarding impact of Chapter 11 filing (2.00); including various office conferences with P. Hendler and A. Nicolais and teleconferences with B. Koch and P. Strassburger regarding same (1.00).

09/26/19    P D HENDLER    2.50
Draft Joint Status report (.90); communications with client including P. Strassburger, R. Kreppel and B. Koch regarding same (.80); confer with J. Normile and team regarding same (.80).

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

09/26/19    K MCCARTHY    3.50
Internal call with J. Normile and P. Hendler re: litigation status in view of bankruptcy filing (.50); perform legal research re: bankruptcy appeals (.50); draft/revise Wuest deposition errata (.70); communicate with J. Normile and P. Hendler and with expert witness Dr. Wuest re: Wuest deposition errata (.30); draft/revise Purdue's portion of the joint status letter to Court (.80); perform legal research in support of joint status letter (.70).

09/26/19    A M NICOLAIS    9.60
Drafting joint-status letter regarding automatic stay (3.10); meeting with J. Normile and P. Hendler regarding same (.20); drafting exhibits regarding same (.80); communication with J. Normile and P. Hendler regarding same (.50); research regarding same (1.50); drafting Wuest errata (1.50); review various patent documents (2.00).

09/26/19    K I NIX    0.50
Reviewed correspondence with Y. Tang (opposing counsel).

09/26/19    J J NORMILE    5.30
Review and revision of Purdue's portion of joint letter to Judge Andrews regarding impact of Chapter 11 filing including various office conferences with P. Hendler and A. Nicolais and teleconferences with B. Koch and R. Inz (2.50); review comments to same from B. Koch and R. Inz (1.00); office conference with P. Hendler, K. McCarthy and A. Nicolais regarding IPC position (.80); teleconference with J. Cwik regarding IPC position (.20); teleconference with P. Strassburger, R. Kreppel, R. Inz, B. Koch, P. Hendler and A. Nicolais regarding draft letter to the Court (.80).

09/27/19    P D HENDLER    4.30
Prepare and finalize Joint Status report, including attention to IPC's insert to the report (3.60); communications with B. Koch, R. Inz, Grunenthal counsel, Davis Polk and Morris Nichols regarding same (.80); confer with J. Normile and A. Nicolais regarding same (.80).

09/27/19    S T JOHNSON    1.70
Manage finalization of errata for depositions transcripts and serve on opposing counsel with copy to court reporter (.90); review and format case pleadings and correspondence and calendar due dates for reference by attorneys (.60).

09/27/19    K MCCARTHY    5.00
Draft/revise Wuest deposition errata(.90); communicate with P. Hendler and with J. Wuest re: Wuest deposition errata (.40); finalize Wuest deposition errata for service (.20); draft/revise Purdue's portion of the joint status letter to Court (1.00); communicate with M. Luneak (co-counsel) and R. Smith (local counsel) re: joint status letter (.50); perform legal research in support of joint status letter (1.00); review various patent documents (1.00).

09/27/19    K I NIX    1.00
Review/analyze status report.

09/27/19    J J NORMILE    3.50
Finalizing Purdue's portion of joint statement to the Court regarding Chapter 11 filing (2.00); various office and teleconferences with P. Hendler, A. Nicolais and B. Koch regarding same (1.00); review comments from Davis Polk regarding same (.30); teleconference with E. Vonnegut regarding same (.20).

09/30/19    P D HENDLER    0.80
Review redacted version of joint status report.

09/30/19    K MCCARTHY    0.50
Draft/revise proposed redactions for joint status letter and communicate with P. Hendler re: same (.40); communicate with external testing labs re: invoices (.10).

09/30/19    J J NORMILE    2.00
Preparation of action items for pretrial matters in the event trial proceeds (1.00); review of Pretrial Order from previously rescheduled trial (1.00).

**JONES DAY**

305158-610013

January 21, 2020

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Invoice:  33344908

**TOTAL**                                                              140.60

**JONES DAY**

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **DUPLICATION CHARGES** | | | | |
| 09/19/19 | NYC ACCOUNTING | NYC | 71.80 | |
| | Duplication charges - Photocopying on 09/16/2019 718 black & white copies @ $0.10 each (Billback batch: 3541). | | | |
| | **Duplication charges Subtotal** | | | **71.80** |
| **TOTAL** | | | **USD** | **71.80** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street

New York, NY 10281-1047

**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                                 305158-610016

Invoice: 33344910

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2019:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al v. Collegium Pharmaceuticals (Collegium 919) | USD | 10,600.00 |
| Less 10% Fee Discount | | (1,060.00) |
| | USD | 9,540.00 |
| **TOTAL** | **USD** | **9,540.00** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                              Citibank, N.A.
New York, NY                              New York, NY
Account Name: Jones Day          Account Name: Jones Day
Account No: 37026407              Account No: 37026407
ABA No: 021000089                    ABA No: 021000089
Swift Code: CITIUS33

PLEASE REFERENCE 305158-610016/33344910 WITH YOUR PAYMENT

305158-610016

Purdue Pharma L.P. et al v. Collegium Pharmaceuticals

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| ASSOCIATE | | | |
| A M NICOLAIS | 21.20 | 500.00 | 10,600.00 |
| **TOTAL** | **21.20** | **USD** | **10,600.00** |

305158-610016

Purdue Pharma L.P. et al v. Collegium Pharmaceuticals

Page 3
January 21, 2020
Invoice:  33344910

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 09/25/19 | A M NICOLAIS | 9.10 |

Reviewing infringement analysis of various products (6.40); review/analyze Collegium NDA regarding same (1.00); meeting with K. McCarthy regarding same (.50); edits/revisions to Purdue joint status letter (1.00); communication with J. Normile and P. Hendler regarding same (.20).

| | | |
|---|---|---|
| 09/27/19 | A M NICOLAIS | 11.60 |

Edits/revisions to Purdue joint status letter regarding bankruptcy automatic stay (6.60); teleconference with J. Normile, P. Hendler and B. Koch (Purdue) regarding same (.50); communication with J. Normile and P. Hendler regarding same (2.00); research caselaw regarding same (1.50); preparing exhibits/filing regarding same (1.00).

| | | |
|---|---|---|
| 09/30/19 | A M NICOLAIS | 0.50 |

Review/revise joint status letter regarding proposed redactions (.40); communication with P. Hendler regarding same (.10).

**TOTAL**                                                                                        **21.20**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020

305158-610025

Invoice: 33344947

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2019:

| | | |
|---|---|---|
| IPC II | USD | 12,495.00 |
| Less 10% Fee Discount | | (1,249.50) |
| | USD | 11,245.50 |
| **TOTAL** | **USD** | **11,245.50** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                                  Citibank, N.A.
New York, NY                                  New York, NY
Account Name: Jones Day            Account Name: Jones Day
Account No: 37026407                  Account No: 37026407
ABA No: 021000089                      ABA No: 021000089
                                                        Swift Code: CITIUS33

PLEASE REFERENCE 305158-610025/33344947 WITH YOUR PAYMENT

**JONES DAY**

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P D HENDLER | 10.30 | 1,050.00 | 10,815.00 |
| PARALEGAL | | | |
| S T JOHNSON | 4.80 | 350.00 | 1,680.00 |
| **TOTAL** | **15.10** | **USD** | **12,495.00** |

**JONES DAY**

305158-610025                                                                      Page 3
                                                                         January 21, 2020
IPC II                                                                Invoice:  33344947

### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 09/16/19 | S T JOHNSON | 2.50 |

Select and assemble materials for reference binder regarding Mediation.

| 09/17/19 | S T JOHNSON | 1.00 |

Format document productions from opposing counsel for review by attorneys (.80); review and format case pleadings and correspondence for reference by attorneys (.20).

| 09/18/19 | S T JOHNSON | 0.80 |

Format document productions from opposing counsel for review by attorneys.

| 09/19/19 | S T JOHNSON | 0.50 |

Review and format case pleadings and correspondence for reference by attorneys.

| 09/20/19 | P D HENDLER | 2.50 |

Prepare drafts of joint status report under various scenarios.

| 09/25/19 | P D HENDLER | 1.00 |

Review/analyze Judge Fallon's order and impact of bankruptcy on case, including research regarding 30-month stay.

| 09/26/19 | P D HENDLER | 2.50 |

Preparation of Joint Status report, including communications with B. Koch (Purdue) (2.00); confer with J. Normile regarding same (.50).

| 09/27/19 | P D HENDLER | 4.30 |

Preparing and finalizing Joint Status report, including attention to IPC's insert to the report (2.80); communications with B. Koch (Purdue), M. Luneak (Finnegan Henderson), K. Robertson (Davis Polk) and M. Dellinger (Morris Nichols) regarding same (1.00); confer with J. Normile regarding same (.50).

**TOTAL**                                                                     **15.10**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                                 305158-610022

                                                                Invoice: 33344952

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2019:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 16,500.00 |
| Less 10% Fee Discount | | (1,650.00) |
| | USD | 14,850.00 |
| **TOTAL** | **USD** | **14,850.00** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                          Citibank, N.A.
New York, NY                            New York, NY
Account Name: Jones Day                 Account Name: Jones Day
Account No: 37026407                    Account No: 37026407
ABA No: 021000089                       ABA No: 021000089
                                        Swift Code: CITIUS33

PLEASE REFERENCE 305158-610022/33344952 WITH YOUR PAYMENT

**JONES DAY**

305158-610022

Collegium 961 PGR

Page 2
January 21, 2020
Invoice:  33344952

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 1.80 | 1,050.00 | 1,890.00 |
| G J LAROSA | 8.00 | 975.00 | 7,800.00 |
| J J NORMILE | 4.50 | 1,150.00 | 5,175.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 2.00 | 550.00 | 1,100.00 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 0.50 | 300.00 | 150.00 |
| S T JOHNSON | 1.10 | 350.00 | 385.00 |
| **TOTAL** | **17.90** | **USD** | **16,500.00** |

305158-610022

Collegium 961 PGR

Page 3<br>January 21, 2020<br>Invoice: 33344952

### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**09/23/19    P D HENDLER    1.00**
Review/analyze impact due to bankruptcy and research regarding same (.70); review/analyze draft notice of bankruptcy (.30).

**09/23/19    G J LAROSA    2.40**
Communicate with client P. Strassburger (Purdue) regarding affect of automatic stay on IPR (1.00); reviewed results of related legal research (1.00); conferred with J. Normile and P. Hendler regarding same (.40).

**09/23/19    K MCCARTHY    1.00**
Draft/revise Patent Owners' Notice of Bankruptcy Filing and Imposition of Automatic Stay (.50); communicate with J. Normile and B. Koch (Purdue) regarding same (.10); perform legal research regarding application of automatic stay to PTAB proceedings in support of same (.40).

**09/24/19    J J DARENSBOURG    0.50**
Manage/file/serve Patent Owners' Notice of Bankruptcy Filing and Imposition of Automatic Stay.

**09/24/19    P D HENDLER    0.80**
Review of various emails regarding bankruptcy impact on pendency of PGR proceedings.

**09/24/19    S T JOHNSON    0.50**
Review and format recent case pleadings and correspondence for reference by attorneys.

**09/24/19    G J LAROSA    2.60**
Communicate with B. Koch (Purdue) and J. Normile regarding IPR bankruptcy filing (1.00); reviewed related legal research (.60); draft/revise suggestion of bankruptcy and attention to related filing (1.00).

**09/24/19    K MCCARTHY    0.50**
Draft/revise Patent Owners' Notice of Bankruptcy Filing and Imposition of Automatic Stay and finalize for filing.

**09/24/19    J J NORMILE    2.00**
Various office and teleconferences with B. Koch and G. LaRosa relating to filing of Suggestion of Bankruptcy and PTAB Order for teleconference (1.00); review recent background materials and Mylan precedent (1.00).

**09/25/19    S T JOHNSON    0.30**
Review and format recent case correspondence and calendar due dates for reference by attorneys.

**09/25/19    G J LAROSA    1.00**
Communicate with B. Koch (Purdue), A. Lutchen and C. Roberston of Davis Polk (bankruptcy counsel) and J. Normile regarding status of PGR and conference with the Board.

**09/25/19    J J NORMILE    1.50**
Communicate with the PTAB to arrange teleconference regarding impact of Chapter 11 filing (.50); preparation for and participation in teleconference with A. Lutchen and C. Robertson of Davis Polk regarding PGR proceeding (1.00).

**09/27/19    S T JOHNSON    0.30**
Review and format recent case pleadings and correspondence for reference by attorneys.

**09/27/19    G J LAROSA    2.00**
Appear for/attend hearing with the Board (.50); reviewed related legal research (1.00) and conferred with J. Normile and P. Hendler regarding same (.50).

**09/27/19    K MCCARTHY    0.50**
Plan and prepare for Board call re: notice of bankruptcy filing (.10); participate in Board call (.30); communicate with client (B. Koch) regarding Board call (.10).

JONES DAY

305158-610022                                                                  Page 4
                                                                     January 21, 2020
Collegium 961 PGR                                             Invoice:  33344952


| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 09/27/19 | J J NORMILE | 1.00 |
| | Preparation for and participate in teleconference with PTAB panel regarding impact of Chapter 11 filing. | |

**TOTAL**                                                              **17.90**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020 305158-640002

Invoice: 33344959

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2019:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 92,775.00 |
| Less 10% Fee Discount | | (9,277.50) |
| | USD | 83,497.50 |
| **TOTAL** | **USD** | **83,497.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33344959 WITH YOUR PAYMENT

**JONES DAY**

305158-640002

Strategic Corporate Advice

Page 2
January 21, 2020
Invoice:  33344959

### TIMEKEEPER DETAIL SCHEDULE

| | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER | | | |
| C FULDA | 0.40 | 775.00 | 310.00 |
| P D HENDLER | 3.50 | 1,050.00 | 3,675.00 |
| G J LAROSA | 2.60 | 975.00 | 2,535.00 |
| D T MOSS | 6.90 | 950.00 | 6,555.00 |
| J J NORMILE | 12.40 | 1,150.00 | 14,260.00 |
| K D ORR | 7.50 | 1,275.00 | 9,562.50 |
| A C REMPP | 7.50 | 1,050.00 | 7,875.00 |
| OF COUNSEL | | | |
| O BENNING | 31.30 | 775.00 | 24,257.50 |
| T C MAHLICH | 16.30 | 900.00 | 14,670.00 |
| ASSOCIATE | | | |
| J HUEBERT | 11.50 | 475.00 | 5,462.50 |
| I M PEREZ | 8.50 | 425.00 | 3,612.50 |
| **TOTAL** | **108.40** | **USD** | **92,775.00** |

**JONES DAY**

305158-640002

Strategic Corporate Advice

Page 3
January 21, 2020
Invoice:  33344959

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

09/16/19      O BENNING      4.00
E-mail correspondence with C. Fulda, T. Mahlich (both Jones Day) on Notice of Breach dated September 3, 2019, response letter APA and legal review of same (1.00); legal review of Purdue APA and of Mundipharma APA (2.70); conference call with A. Rempp, T. Mahlich (all Jones Day) on Notice of Breach and next steps (.30).

09/16/19      C FULDA      0.30
Communicate with O. Benning regarding response to breach notice.

09/16/19      T C MAHLICH      4.50
Review and analyze CellAct's September 3 claims letter.

09/16/19      A C REMPP      1.50
Telephone discussion with O. Benning and T. Mahlich (both Jones Day) regarding status, timing, next steps and open issues/questions (.30); follow up with O. Benning regarding status, timing, next steps and open issues/questions (.10); review and analyze claims letter and APA (.10); e-mail exchange with T. Mahlich (Jones Day) regarding claims letter and APA and open issues/questions (.10).

09/17/19      O BENNING      5.00
E-mail correspondence with P. Strassburger (Purdue), T. Mahlich, A. Rempp, J. Normile, K. Orr, D. Moss (all Jones Day) on Notice of Breach and additional legal analysis regarding same (3.40); conference call with A. Rempp, T. Mahlich, J. Hübert (all Jones Day) on Notice of Breach, open issues under U.S. bankruptcy law and next steps (.60); legal review of APA (1.00).

09/17/19      C FULDA      0.10
Communicate with A. Rempp (Jones Day) regarding review.

09/17/19      P D HENDLER      3.50
Prepare for meeting with Purdue and Davis Polk, including attention to draft presentation.

09/17/19      J HUEBERT      4.20
Review Asset Purchase Agreement between CellAct and Purdue Pharma and compare to precedent.

09/17/19      T C MAHLICH      6.00
Draft comprehensive set of questions regarding factual background of dispute with CellAct (3.00) review contractual documentation (2.00); teleconferences with D. Moss and O. Benning to discuss strategy (1.00).

09/17/19      D T MOSS      0.50
Communicate with J. Normile regarding automatic stay matters and applicability to patent matters (.30); review correspondence from T. Mahlich and O. Benning regarding the same (.20).

09/17/19      J J NORMILE      3.00
Continued preparation for meeting with Davis Polk regarding pending cases including review and revision of Agenda and slides.

09/17/19      A C REMPP      1.50
Conference calls with O. Benning, T. Mahlich, J. Hübert (all Jones Day) on Notice of Breach, relevant facts and circumstances, open issues under U.S. bankruptcy law and next steps (.60), telephone discussions and e-mail exchange with O. Benning, C. Fulda and T. Mahlich (all Jones Day) regarding strategy (.30); review and analyze background materials (.60).

09/18/19      O BENNING      4.80
E-mail correspondence with P. Strassburger (Purdue Pharma L.P.), T. Mahlich, A. Rempp, J. Hübert, J. Normile, K. Orr, D. Moss, G. LaRosa (all Jones Day) on Notice of Breach and draft list of questions (1.50); drafting list of questions regarding outstanding issues (2.50); conference call with A. Rempp, T. Mahlich, J. Hübert, D. Moss, K. Orr, J. Normile (all Jones Day) on Notice of Breach and open issues under U.S. bankruptcy law, next steps (.80).

JONES DAY

305158-640002

Strategic Corporate Advice

Page 4
January 21, 2020
Invoice:  33344959

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 09/18/19 | J HUEBERT | 3.00 |

Review of questions prepared by T. Mahlich (2.00); call with D. Moss, K. Orr and J. Normile on factual questions (1.00).

| 09/18/19 | G J LAROSA | 1.60 |

Review/analyze background materials (.80); conferred with J. Normile regarding same (.20); attention to revisions to fact investigation questions (.60).

| 09/18/19 | T C MAHLICH | 3.10 |

Amend questions to client and review additional bankruptcy questions (2.30); teleconference with K. Orr, D. Moss, J. Normile, G. LaRosa, A. Rempp and O. Benning (all Jones Day) regarding US bankruptcy issues (.80).

| 09/18/19 | D T MOSS | 1.50 |

Communicate with I.M. Perez regarding research related to considerations for German rep/warranty argument (.50); communicate with A. Rempp, O. Benning, J. Normile, and K. Orr regarding status, recommendation, and arguments against rep/warranty breach (1.00).

| 09/18/19 | J J NORMILE | 4.30 |

Preparation and filing of Suggestion of Bankruptcy in Delaware and Massachusetts cases (1.50); various office and teleconferences with D. Moss, A. Rempp, O. Benning and K. Orr regarding preparation of 327(e) motion (1.00); review and revision of questionnaire to gather relevant information to prepare response letter in CellAct matter (1.00); teleconference with A. Rempp, O. Benning, K. Orr and D. Moss regarding same (.80).

| 09/18/19 | K D ORR | 2.50 |

Review research related to filing (1.70); communicate with D. Moss, J. Normile, A. Rempp and O. Benning regarding status, recommendations, and arguments against rep/warranty breach (.80).

| 09/18/19 | I M PEREZ | 4.50 |

Communicate with D. Moss regarding CellAct Dispute (.20); research requirements for good faith filings in the Second and Third Circuits (3.00); draft diligence questions for client (.80); draft summary of research findings (.50).

| 09/18/19 | A C REMPP | 2.50 |

Conference call and e-mail exchange with O. Benning, T. Mahlich, J. Hübert, J. Normile, D. Moss and K. Orr (all Jones Day) regarding fact finding, legal analysis and timing (1.20); comment on list of factual questions (1.30).

| 09/19/19 | O BENNING | 6.50 |

E-mail correspondence with T. Mahlich, A. Rempp (both Jones Day) and P. Strassburger (Purdue Pharma L.P.) regarding substantive response to Notice of Breach, next steps (1.00); e-mail to K. Orr, D. Moss (both Jones Day) regarding same and relevant legal analysis (1.70); drafting revised list of questions regarding outstanding issues (2.30); legal review of APA (1.50).

| 09/19/19 | J HUEBERT | 1.30 |

Internal discussion with O. Benning and T. Mahlich on further steps (.80); review email communication regarding further procedure (.50).

| 09/19/19 | T C MAHLICH | 1.20 |

Revise draft questions for client.

| 09/19/19 | D T MOSS | 1.90 |

Review correspondence from O. Benning and T. Mahlich regarding CellAct (.40); review I.M. Perez diligence questions and research and revise same (.60); communicate with K. Orr regarding next steps (.50); communicate with J. Normile regarding automatic stay in IP litigation matters (.40).

| 09/19/19 | J J NORMILE | 1.00 |

Various communications with K. Orr, D. Moss and O. Benning relating to preparation of response to CellAct regarding alleged breach of contract.

**JONES DAY**

305158-640002

Strategic Corporate Advice

Page 5
January 21, 2020
Invoice: 33344959

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 09/19/19 | K D ORR | 1.50 |

Review CellAct and diligence questions (1.00); communicate with D. Moss regarding next steps (.50).

| 09/19/19 | I M PEREZ | 4.00 |
|---|---|---|

Research case law on good faith bankruptcy filings in the Second and Third Circuits (3.20); revise memo overview to include new cases (.80).

| 09/19/19 | A C REMPP | 0.50 |
|---|---|---|

Telephone discussions and e-mail correspondence with O. Benning, T. Mahlich and J. Hübert (all Jones Day) regarding Notice of Breach, next steps and open issues.

| 09/20/19 | O BENNING | 4.50 |
|---|---|---|

Drafting final list of questions regarding outstanding response letter (1.70); e-mail to D. Moss, K. Orr, J. Normile (all Jones Day) on draft list, e-mail to P. Strassburger (Purdue Pharma L.P.) on final list (1.00); e-mail correspondence with D. Moss, K. Orr, J. Normile, G. LaRosa (all Jones Day) on draft list of questions regarding substantive response to be sent to CellAct's lawyers (1.20); e-mail correspondence with P. Strassburger, R. Inz (both Purdue Pharma L.P.) on final list of questions regarding substantive response to be sent to CellAct's lawyers, legal analysis regarding same (.60).

| 09/20/19 | J HUEBERT | 2.50 |
|---|---|---|

Review document prepared by D. Moss, K. Orr and J. Normile on good faith filing of Chapter 11 proceedings (1.00); review list of questions for client (1.50).

| 09/20/19 | G J LAROSA | 1.00 |
|---|---|---|

Communicate with J. Normile regarding CellAct matter and related analysis.

| 09/20/19 | T C MAHLICH | 1.50 |
|---|---|---|

Finalize questions to client (1.00); conferences with O. Benning regarding the same (.50).

| 09/20/19 | D T MOSS | 1.20 |
|---|---|---|

Finalize memo to O. Benning and A. Rempp regarding CellAct strategy and next steps (.20); communicate with P. Strassburger (Purdue) regarding automatic stay and next steps (1.00).

| 09/20/19 | K D ORR | 2.00 |
|---|---|---|

Draft/revise memo to O. Benning and A. Rempp regarding CellAct strategy (1.50); communicate with P. Strassburger (Purdue) regarding automatic stay and next steps (.50).

| 09/20/19 | A C REMPP | 0.50 |
|---|---|---|

Fill in missing information (.40); e-mail exchange with T. Mahlich (Jones Day) regarding missing information and timing/next steps (.10).

| 09/21/19 | J J NORMILE | 0.80 |
|---|---|---|

Review recent correspondence from O. Benning regarding preparation of response to CellAct.

| 09/23/19 | O BENNING | 2.50 |
|---|---|---|

E-mail correspondence with T. Mahlich, A. Rempp (both Jones Day), P. Strassburger, R. Inz (both Purdue Pharma L.P.) regarding response letter, automatic stay, open issues, next steps from Purdue and Mundipharma, legal analysis of various options available and German-law issues.

| 09/23/19 | K D ORR | 1.00 |
|---|---|---|

Review email from O. Benning regarding CellAct and list of Questions, Automatic Stay and its Relevance for Response to Claims Letter.

| 09/23/19 | A C REMPP | 0.50 |
|---|---|---|

Review/analyze Chapter 11 response letter (.40); e-mail exchange with O. Benning regarding Chapter 11 response letter (.10).

| 09/24/19 | D T MOSS | 1.30 |
|---|---|---|

Communicate with J. Swize regarding scope of automatic stay for certain patent appellate matters and considerations regarding next steps (.60); review and revise Swize memo regarding same (.70).

JONES DAY

305158-640002

Strategic Corporate Advice

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 09/24/19 | A C REMPP | 0.30 |

Review latest compilation of missing information and open issues (.20); e-mail exchange with O. Benning (Jones Day) regarding latest compilation of missing information and open issues (.10).

| 09/25/19 | D T MOSS | 0.50 |

Review and revise updated J. Swize memo regarding automatic stay for appellate matters on patent issues.

| 09/25/19 | K D ORR | 0.50 |

Review J. Swize memo regarding automatic stay for appellate matters.

| 09/26/19 | O BENNING | 1.50 |

Drafting outline for substantive response to be regarding CellAct's Notice of Breach including review of relevant transaction-related documents.

| 09/27/19 | O BENNING | 0.50 |

E-mail correspondence with T. Mahlich, A. Rempp, K. Orr, D. Moss (all Jones Day), P. Strassburger and R. Inz (both Purdue Pharma L.P.) regarding response letter (.30); coordinating next steps from Purdue and Mundipharma (.20).

| 09/27/19 | J HUEBERT | 0.50 |

Review email from O. Benning regarding further steps.

| 09/28/19 | A C REMPP | 0.20 |

Review correspondence from O. Benning regarding next steps.

| 09/30/19 | O BENNING | 2.00 |

Review and summarize Exhibits to Purdue APA in connection with Notice of Breach.

| 09/30/19 | J J NORMILE | 3.30 |

Preparation for upcoming teleconference with D. Moss, K. Orr, O Benning and A. Rempp to coordinate Purdue's response to CellAct's Notice of Breach including review of underlying agreements and due diligence questionnaire (3.00); review related correspondence from P. Strassburger and R. Inz (.30).

**TOTAL**                                                                 **108.40**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                             305158-999007

                                                   Invoice: 33344961

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2019:

| | | |
|---|---|---|
| Retention Matters | USD | 15,072.50 |
| Less 10% Fee Discount | | (1,507.25) |
| | USD | 13,565.25 |
| **TOTAL** | **USD** | **13,565.25** |

Please remit payment to:

**ACH Transfer (preferred)**           **Wire Transfer**
Citibank, N.A.                          Citibank, N.A.
New York, NY                            New York, NY
Account Name: Jones Day                 Account Name: Jones Day
Account No: 37026407                    Account No: 37026407
ABA No: 021000089                       ABA No: 021000089
                                        Swift Code: CITIUS33

PLEASE REFERENCE 305158-999007/33344961 WITH YOUR PAYMENT

**JONES DAY**

305158-999007

Retention Matters

Page 2

January 21, 2020

Invoice:  33344961

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| D T MOSS | 0.30 | 950.00 | 285.00 |
| ASSOCIATE | | | |
| A M HEMENDINGER | 9.30 | 475.00 | 4,417.50 |
| A KORDAS | 8.80 | 650.00 | 5,720.00 |
| STAFF ATTY | | | |
| L C FISCHER | 9.30 | 500.00 | 4,650.00 |
| **TOTAL** | **27.70** | **USD** | **15,072.50** |

**JONES DAY**

### SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 09/20/19 | A M HEMENDINGER | 0.50 |

Correspond with A. Kordas regarding retention application.

| | | |
|---|---|---|
| 09/20/19 | A KORDAS | 3.50 |

Research regarding OCP caps (.50); confer with A. Hemendinger regarding same (.30); confer with D. Moss and J. Normile regarding matter (.50); confer with C. Robertson (DPW) regarding matter (.30); research regarding special litigation counsel retention (1.50); review conflicts list and correspond with L. Fisher regarding same (.50).

| | | |
|---|---|---|
| 09/20/19 | D T MOSS | 0.30 |

Coordinate with Kordas regarding retention and related items.

| | | |
|---|---|---|
| 09/21/19 | A M HEMENDINGER | 2.00 |

Research precedent OCP motions and orders.

| | | |
|---|---|---|
| 09/22/19 | A M HEMENDINGER | 4.00 |

Research OCP related question.

| | | |
|---|---|---|
| 09/23/19 | A KORDAS | 1.80 |

Research precedent in connection with JD retention application (1.50); correspond with L. Fischer and A. Hemendinger regarding matter (.30).

| | | |
|---|---|---|
| 09/24/19 | A KORDAS | 2.00 |

Confer with D. Moss (JD) and C. Peterson (DPW) regarding retention (.50); draft/revise billing memo (.50); research regarding billing logistics in patent litigation retention matters (1.00).

| | | |
|---|---|---|
| 09/25/19 | A KORDAS | 1.50 |

Draft/revise billing memorandum (.50); review UST guidelines in connection with retention (1.00); confer with J. Normile regarding same (.10).

| | | |
|---|---|---|
| 09/26/19 | L C FISCHER | 2.50 |

Review and format list of interested parties received from debtors' counsel for new retention as Special Litigation counsel.

| | | |
|---|---|---|
| 09/27/19 | L C FISCHER | 3.50 |

Review and conform list of interested parties for use in running conflict inquiry reports (3.00); email communication with A. Kordas (JD) regarding same (.50).

| | | |
|---|---|---|
| 09/27/19 | L C FISCHER | 3.30 |

Review and analyze conflict inquiry reports for all interested parties in conjunction with preparing the Firm's disclosure as special litigation counsel to the debtors.

| | | |
|---|---|---|
| 09/30/19 | A M HEMENDINGER | 2.80 |

Draft retention application.

| | | |
|---|---|---|
| **TOTAL** | | **27.70** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020

305158-610005

Invoice: 33344969

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2019:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 14,735.00 |
| Less 10% Fee Discount | | (1,473.50) |
| | USD | 13,261.50 |
| **TOTAL** | **USD** | **13,261.50** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name: Jones Day
Account No: 37026407
ABA No: 021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name: Jones Day
Account No: 37026407
ABA No: 021000089
Swift Code: CITIUS33

PLEASE REFERENCE 305158-610005/33344969 WITH YOUR PAYMENT

305158-610005

Page 2
January 21, 2020
Invoice:  33344969

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| P D HENDLER | 13.00 | 1,050.00 | 13,650.00 |
| **OF COUNSEL** | | | |
| K I NIX | 0.50 | 1,050.00 | 525.00 |
| **PARALEGAL** | | | |
| S T JOHNSON | 1.60 | 350.00 | 560.00 |
| **TOTAL** | **15.10** | **USD** | **14,735.00** |

JONES DAY

305158-610005                                                                                Page 3
                                                                                   January 21, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                 Invoice: 33344969

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/01/19 | P D HENDLER | 1.40 |

Preparation for and participation in teleconference with client, including B. Koch, concerning the status of the litigation (.30); research concerning various patent issues and communications with B. Koch and R. Inz regarding same (1.10).

| 10/01/19 | K I NIX | 0.50 |

Teleconference with client (P. Strassburger, R. Silbert) and trial team (J. Normile, G. LaRosa) regarding status and strategy in light of bankruptcy filing and stay order.

| 10/02/19 | P D HENDLER | 0.30 |

Review/analyze PTAB orders regarding stay.

| 10/03/19 | P D HENDLER | 2.20 |

Research concerning various patent issues.

| 10/07/19 | P D HENDLER | 2.40 |

Teleconference with client (R. Inz and B. Koch) regarding status of pending patent litigation and advise regarding same and impact of bankruptcy proceedings on such patent litigation (.40); consideration of impact of stay, and potential schedule and action items post-stay (2.00).

| 10/08/19 | P D HENDLER | 0.20 |

Consideration of potential schedule and action items post-stay and communications with client (B. Koch) regarding same.

| 10/09/19 | P D HENDLER | 0.50 |

Review potential schedule and action items post-stay (.20); communications and teleconference with client (B. Koch) regarding same (.30).

| 10/10/19 | P D HENDLER | 1.50 |

Consideration of potential schedule and action items post-stay (1.00); communications with client (B. Koch) regarding same (.50).

| 10/14/19 | P D HENDLER | 0.40 |

Teleconference with client (R. Silbert, R. Inz, B. Koch and R. Kreppel) regarding status of pending patent litigation and advice regarding same, including impact of bankruptcy proceedings on the patent cases and potential patent litigation.

| 10/15/19 | P D HENDLER | 2.30 |

Review/analyze submissions in various Collegium matters.

| 10/15/19 | S T JOHNSON | 1.60 |

Review docket of related case and select and assemble reference set for attorneys of relevant orders, pleadings, declarations and exhibits regarding claim construction.

| 10/16/19 | P D HENDLER | 1.50 |

Attention to related docket regarding filings in that action.

| 10/21/19 | P D HENDLER | 0.30 |

Teleconference with client including P. Strassburger regarding status.

**TOTAL**                                                                          **15.10**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                              305158-610013

Invoice: 33344974

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2019:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 32,427.50 |
| Less 10% Fee Discount | | (3,242.75) |
| | USD | 29,184.75 |

### DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Consultants and Agents Fees | 750.00 | |
| | | 750.00 |
| **TOTAL** | **USD** | **29,934.75** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610013/33344974 WITH YOUR PAYMENT

**JONES DAY**

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P D HENDLER | 6.40 | 1,050.00 | 6,720.00 |
| G J LAROSA | 1.50 | 975.00 | 1,462.50 |
| J J NORMILE | 16.00 | 1,150.00 | 18,400.00 |
| OF COUNSEL | | | |
| K I NIX | 1.40 | 1,050.00 | 1,470.00 |
| ASSOCIATE | | | |
| K MCCARTHY | 3.70 | 550.00 | 2,035.00 |
| A M NICOLAIS | 3.00 | 500.00 | 1,500.00 |
| PARALEGAL | | | |
| S T JOHNSON | 2.40 | 350.00 | 840.00 |
| **TOTAL** | **34.40** | **USD** | **32,427.50** |

JONES DAY

305158-610013

Page 3
January 21, 2020
Invoice: 33344974

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**10/01/19    P D HENDLER                                                      1.70**
Preparation for and participation in teleconference with client, including B. Koch, concerning the status of the litigation (.30); review corrections to deposition transcript of Dr. Bley (.50); review potential redactions of confidential information with respect to the parties' joint status report to the Court (.90).

**10/01/19    S T JOHNSON                                                      1.20**
Manage finalization of errata for depositions transcripts and serve on opposing counsel with copy to court reporter (.90); review and format case pleadings and correspondence for reference by attorneys (.30).

**10/01/19    G J LAROSA                                                       0.50**
Communicate with client (B. Koch) regarding case status and strategy.

**10/01/19    K MCCARTHY                                                       1.50**
Draft/revise Purdue weekly litigation status updates (.20); call with B. Koch (Purdue) regarding weekly litigation status updates (.50); draft/revise patent analysis (.30); internal meeting regarding same (.50).

**10/01/19    A M NICOLAIS                                                     3.00**
Drafting Bley deposition errata (1.00); researching case-law regarding various patent law issues (2.00).

**10/01/19    J J NORMILE                                                      2.50**
Various office and teleconferences with P. Hendler regarding status of proceedings and impact of Chapter 11 filing (1.00); review research regarding impact of same (.50); preparation for and participation in weekly team teleconference with P. Strassburger, B. Koch, R. Kreppel, R. Inz, P. Hendler and K. McCarthy (1.00).

**10/02/19    S T JOHNSON                                                      0.30**
Review and format recent case pleadings and correspondence and calendar due dates for reference by attorneys.

**10/03/19    P D HENDLER                                                      0.50**
Consideration of supplemental submission regarding potential stay (.30); review Court's Order staying actions (.20).

**10/03/19    S T JOHNSON                                                      0.90**
Review and format case pleadings and correspondence and calendar due dates for reference by attorneys.

**10/03/19    K MCCARTHY                                                       0.20**
Coordinate updates to team calendar in view of Court's oral order staying case with S. Johnson (.10); call with co-counsel M. Luneak (Finnegan Henderson) regarding service of written discovery in view of Court's oral order vacating all case deadlines (.10).

**10/03/19    K I NIX                                                          0.30**
Review/analyze orders from Judge Andrews staying cases and regarding 30-month stay.

**10/03/19    J J NORMILE                                                      1.50**
Review Court Order staying proceedings in view of Chapter 11 filing (.50); related office and teleconferences with P. Hendler and B. Koch (1.00).

**10/04/19    P D HENDLER                                                      0.50**
Attention to stay order and communications with experts regarding same.

**10/04/19    K MCCARTHY                                                       0.50**
Communicate with experts David Bugay and James Wuest regarding Court's oral order staying case and vacating case deadlines (.20); draft/revise Purdue weekly litigation status updates and communicate internally regarding draft updates (.30).

**10/04/19    K I NIX                                                          0.80**
Review status report (.50); emails with commercial success expert, E. Gaier, regarding stay entered in case (.30).

305158-610013                                                                    Page 4
                                                                    January 21, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.            Invoice:  33344974

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/07/19 | P D HENDLER | 2.30 |

Teleconference with client (R. Inz and B. Koch) regarding status of pending patent litigation and advise regarding same and impact of bankruptcy proceedings on such patent litigation (.20); consideration of impact of stay, and potential schedule and action items post-stay (2.10).

| 10/07/19 | G J LAROSA | 0.50 |

Communicate with client (R. Inz and B. Koch) regarding case status and strategy.

| 10/07/19 | K MCCARTHY | 0.50 |

Draft/revise Purdue weekly litigation status updates and send to client (.30); conference call with client in-house legal team (B. Koch, R. Kreppel, R. Inz) and Jones Day team (J. Normile, P. Hendler, G. Larosa, K. Nix) regarding weekly litigation status updates (.20).

| 10/07/19 | K I NIX | 0.30 |

Teleconference with client (P. Strassburger, R. Silbert) regarding status and strategy.

| 10/07/19 | J J NORMILE | 2.00 |

Teleconference with P. Mathers of Kleinfeld Kaplan (FDA counsel), regarding status of district court and PTO proceedings (.50); review background materials (.50); preparation for and participation in weekly status call including P. Strassburger, B. Koch, R. Kreppel, R. Silbert, P. Hendler and K. McCarthy (1.00).

| 10/08/19 | P D HENDLER | 0.20 |

Consideration of potential schedule and action items post-stay and communications with client (B. Koch) regarding same.

| 10/09/19 | P D HENDLER | 0.50 |

Consideration of potential schedule and action items post-stay, communications and teleconference with client (B. Koch) regarding same.

| 10/14/19 | P D HENDLER | 0.40 |

Teleconference with client (R. Silbert, R. Inz, B. Koch and R. Kreppel) regarding status of pending patent litigation and advice regarding same, including impact of bankruptcy proceedings on the patent cases and potential patent litigation.

| 10/14/19 | J J NORMILE | 2.50 |

Preparation for and participation in teleconference with P. Strassburger regarding outstanding district court case issues (1.00); preparation for and participation in weekly team status teleconference with P. Strassburger, R. Kreppel, R. Silbert, R. Inz, B. Koch to discuss bankruptcy proceedings and impact on pending cases (1.50).

| 10/15/19 | J J NORMILE | 1.50 |

Review correspondence from P. Strassburger (Purdue) regarding pending suit, including various pleadings and correspondence with the court.

| 10/21/19 | P D HENDLER | 0.30 |

Teleconference with client including P. Strassburger (Purdue) regarding case status.

| 10/21/19 | K MCCARTHY | 0.50 |

Client conference call with J. Normile, P. Hendler, and K. Nix regarding litigation status updates.

| 10/21/19 | J J NORMILE | 1.50 |

Preparation for and participation in weekly team teleconference with P. Strassburger, R. Kreppel, B. Koch, R. Silbert and R. Inz regarding outstanding district court and bankruptcy court proceedings.

| 10/24/19 | J J NORMILE | 1.50 |

Review correspondence and IPC press release relating to FDA directive to resume Advisory Committee meetings for individual opioid products (1.00); related teleconferences with B. Koch (.20); review background materials (.30).

**JONES DAY**

305158-610013

Page 5
January 21, 2020
Invoice: 33344974

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/25/19 | J J NORMILE | 2.00 |

Review correspondence and IPC production documents relating to FDA directive to resume Advisory Committee meetings for individual opioid products (1.50); review background materials (.50).

| 10/28/19 | G J LAROSA | 0.50 |

Communicate with client (B. Koch) regarding case status and strategy.

| 10/28/19 | K MCCARTHY | 0.50 |

Client conference call with J. Normile and G. LaRosa regarding litigation status updates.

| 10/28/19 | J J NORMILE | 1.00 |

Preparation for and participation in weekly team status teleconference with P. Strassburger, B. Koch, R. Kreppel, R. Inz and R. Silbert (.50); review background materials regarding same (.50).

**TOTAL**                    **34.40**

**JONES DAY**

305158-610013

Page 6
January 21, 2020
Invoice: 33344974

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|

**CONSULTANTS FEES**

| 10/10/19 | NYC ACCOUNTING | NYC | 750.00 | |

Experts fees - EMERSON RESOURCES, INC. for Document Hosting/Storage - September 2019 (1/2 balance due for storage 9/16/19 - 9/30/19).

**Consultants fees Subtotal** — 750.00

**TOTAL** — **USD** **750.00**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                                          305158-610022

Invoice: 33344980

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2019:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 4,007.50 |
| Less 10% Fee Discount | | (400.75) |
| | USD | 3,606.75 |
| **TOTAL** | **USD** | **3,606.75** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                              Citibank, N.A.
New York, NY                              New York, NY
Account Name: Jones Day          Account Name: Jones Day
Account No: 37026407              Account No: 37026407
ABA No: 021000089                ABA No: 021000089
                                              Swift Code: CITIUS33

PLEASE REFERENCE 305158-610022/33344980 WITH YOUR PAYMENT

**JONES DAY**

305158-610022

Collegium 961 PGR

Page 2
January 21, 2020
Invoice:  33344980

### TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| G J LAROSA | 0.50 | 975.00 | 487.50 |
| J J NORMILE | 3.00 | 1,150.00 | 3,450.00 |
| PARALEGAL |  |  |  |
| S T JOHNSON | 0.20 | 350.00 | 70.00 |
| **TOTAL** | **3.70** | **USD** | **4,007.50** |

JONES DAY

305158-610022                                                         Page 3
                                                              January 21, 2020
Collegium 961 PGR                                         Invoice:  33344980

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/02/19 | S T JOHNSON | 0.20 |

Review and format recent case pleadings and correspondence and calendar due dates for reference by attorneys.

| | | |
|---|---|---|
| 10/02/19 | G J LAROSA | 0.50 |

Communicate with client (B. Koch) regarding Order regarding motion to stay (.30) and conferred with J. Normile and P. Hendler regarding same (.20).

| | | |
|---|---|---|
| 10/02/19 | J J NORMILE | 1.50 |

Review of PTO decisions granting a stay of proceedings (1.00); related office and teleconferences with P. Hendler, G. LaRosa and B. Koch (.50).

| | | |
|---|---|---|
| 10/03/19 | J J NORMILE | 1.50 |

Various office and teleconferences with G. LaRosa and P. Hendler regarding PTO stay decisions and need to bring to Judge Andrew's attention (1.00); communicate with R. Smith of Morris Nichols (local counsel) regarding same (.50).

**TOTAL**                                                            **3.70**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                              305158-610025

                                                             Invoice: 33344981

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2019:

| | | |
|---|---|---|
| IPC II | USD | 490.00 |
| Less 10% Fee Discount | | (49.00) |
| | USD | 441.00 |
| **TOTAL** | **USD** | **441.00** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610025/33344981 WITH YOUR PAYMENT

**JONES DAY**

305158-610025

IPC II

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARALEGAL | | | |
| S T JOHNSON | 1.40 | 350.00 | 490.00 |
| **TOTAL** | **1.40** | **USD** | **490.00** |

**JONES DAY**

305158-610025

IPC II

### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/01/19 | S T JOHNSON | 0.80 |
| | Review and format case pleadings and correspondence for reference by attorneys. | |
| 10/03/19 | S T JOHNSON | 0.60 |
| | Review and format case pleadings and correspondence and calendar due dates for reference by attorneys. | |
| **TOTAL** | | **1.40** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                                    305158-640002

Invoice: 33344984

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2019:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 97,382.50 |
| Less 10% Fee Discount | | (9,738.25) |
| | USD | 87,644.25 |
| **TOTAL** | **USD** | **87,644.25** |

Please remit payment to:

**ACH Transfer (preferred)**     **Wire Transfer**
Citibank, N.A.                              Citibank, N.A.
New York, NY                              New York, NY
Account Name: Jones Day         Account Name: Jones Day
Account No: 37026407              Account No: 37026407
ABA No: 021000089                  ABA No: 021000089
                                                 Swift Code: CITIUS33

PLEASE REFERENCE 305158-640002/33344984 WITH YOUR PAYMENT

**JONES DAY**

305158-640002

Strategic Corporate Advice

Page 2
January 21, 2020
Invoice:  33344984

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P D HENDLER | 1.00 | 1,050.00 | 1,050.00 |
| G J LAROSA | 0.80 | 975.00 | 780.00 |
| D T MOSS | 3.90 | 950.00 | 3,705.00 |
| J J NORMILE | 59.60 | 1,150.00 | 68,540.00 |
| K D ORR | 5.50 | 1,275.00 | 7,012.50 |
| A C REMPP | 1.10 | 1,050.00 | 1,155.00 |
| OF COUNSEL | | | |
| O BENNING | 16.00 | 775.00 | 12,400.00 |
| T C MAHLICH | 0.60 | 900.00 | 540.00 |
| ASSOCIATE | | | |
| A M NICOLAIS | 4.20 | 500.00 | 2,100.00 |
| R SIMS | 0.20 | 500.00 | 100.00 |
| **TOTAL** | **92.90** | **USD** | **97,382.50** |

**JONES DAY**

305158-640002

Strategic Corporate Advice

Page 3
January 21, 2020
Invoice:  33344984

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**10/01/19   O BENNING   1.50**
Conference call with P. Strassburger, R. Inz (both Purdue Pharma L.P.), P. Bivens (Davis Polk), K. Orr, D. Moss, T. Mahlich (all Jones Day) on Notice of Breach, response letter and strategy going forward (.70); preparing conference call with client (.30), telephone conversation with J. Normile regarding same (.10); legal analysis of agreements concluded with CellAct with CellAct Pharma GmbH (.40).

**10/01/19   G J LAROSA   0.80**
Communicate with J. Normile regarding analysis of CellAct correspondence and related allegations.

**10/01/19   T C MAHLICH   0.60**
Attend teleconference with client (P. Strassburger, B. Koch and R. Inz) and other outside counsel (DPW) to discuss strategy in responding to CellAct's claims letter.

**10/01/19   D T MOSS   0.70**
Call with R. Inz, P. Strassburger (both Purdue), P. Bevins (Davis Polk), O. Benning, D. Moss, K. Orr, A. Rempp and T. Mahlich regarding default notice in Germany and strategy for next steps.

**10/01/19   J J NORMILE   2.50**
Preparation for and participation in teleconference with R. Inz, P. Strassburger, O. Benning, P. Bevins, D. Moss, K. Orr, A. Rempp and T. Mahlich regarding status of matter and action items (1.50); participation in teleconference with P. Strassburger regarding same (.50); review background materials and recent correspondence (.50).

**10/01/19   K D ORR   1.50**
Prepare for and attend call with R. Inz, P. Strassburger, O. Benning, P. Bevins, D. Moss, K. Orr, A. Rempp and T. Mahlich regarding default notice in Germany.

**10/02/19   J J NORMILE   1.00**
Review correspondence from O. Benning regarding Cross Relation Agreements and possible stay in claims against Mundipharma.

**10/03/19   D T MOSS   0.50**
Communicate with K. Orr and J. Normile regarding IPC (.20); review memo to Purdue (.30).

**10/03/19   J J NORMILE   1.50**
Analyze impact of Chapter 11 filing on pending district court and PTO proceedings (1.00); teleconference with K. Orr and D. Moss regarding same (.50).

**10/03/19   K D ORR   0.50**
Communicate with D. Moss and J. Normile regarding IPC.

**10/04/19   J J NORMILE   2.50**
Research regarding impact of Chapter 11 filing on district court and PTO proceedings (2.00); review correspondence from P. Strassburger regarding CellAct and Mundipharma (.50).

**10/07/19   J J NORMILE   1.00**
Review various emails from R. Inz (Purdue) and C. Atzler (Baker & McKenzie) regarding document production.

**10/08/19   J J NORMILE   1.50**
Continued analyzing impact of Chapter 11 filing including impact on future ANDA files.

**10/09/19   J J NORMILE   1.50**
Analysis regarding impact of Chapter 11 filing including impact on future ANDA files (.50); review Purdue request for a 270-day injunction and impact of same on district court and PTO proceedings (1.00).

**10/10/19   O BENNING   2.00**
Legal review of documents provided by R. Inz (Purdue Pharma L.P.).

**JONES DAY**

305158-640002

Strategic Corporate Advice

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/10/19 | A M NICOLAIS | 0.60 |

Communication in firm with P. Hendler re Collegium litigation status (.20); reviewing case docket re same (.30).

| 10/10/19 | J J NORMILE | 2.00 |
|---|---|---|

Various office and teleconferences with P. Hendler and B. Koch (Purdue) regarding upcoming hearing on Purdue Motion for a 270-day preliminary injunction and impact of same on 30-month stays (1.50); review email from R. Inz regarding information in response to O. Benning questions (.50).

| 10/11/19 | J J NORMILE | 2.50 |
|---|---|---|

Continued review and analysis of various license agreements.

| 10/14/19 | J J NORMILE | 2.00 |
|---|---|---|

Continued review and analysis of various license agreements.

| 10/15/19 | J J NORMILE | 2.00 |
|---|---|---|

Review of recent correspondence relating to dispute with CellAct including correspondence from R. Inz regarding 1782 actions.

| 10/16/19 | O BENNING | 0.80 |
|---|---|---|

Conference call with P. Strassburger, R. Inz (both Purdue Pharma L.P.), F. Bivens, C. Robertson (both Davis Polk), and K. McCarthy, J. Normile (both Jones Day) on status regarding automatic stay, open issues, next steps.

| 10/16/19 | J J NORMILE | 5.00 |
|---|---|---|

Review draft response letter to CellAct, review materials relating to termination letter and review materials relating to joint defense agreement between Purdue and Mundipharma (2.00); continued review and analysis of license agreements (3.00).

| 10/16/19 | A C REMPP | 0.30 |
|---|---|---|

Review latest correspondence (.30); e-mail exchange with O. Benning (Jones Day) regarding latest correspondence (.10).

| 10/17/19 | O BENNING | 4.60 |
|---|---|---|

Telephone conversation with T. Mahlich (Jones Day) on legal issues regarding automatic stay (.10); telephone conversation with A. Brandi-Dohrn (von Boetticher firm) on Notice of Breach, outstanding response on issues of substance, preparing call (.50); drafting summary of telephone conversation with A. Brandi-Dohrn (von Boetticher firm) on Notice of Breach (1.50); legal analysis of German-law aspects regarding Notice of Breach, cross-border issues (2.50).

| 10/17/19 | J J NORMILE | 4.00 |
|---|---|---|

Review and revision of memoranda regarding license agreements (1.00); consider various matters relating to extension of automatic bankruptcy stay to non-debtors (1.50); consider various matters regarding German liability questions relating to CellAct dispute (1.50).

| 10/17/19 | A C REMPP | 0.20 |
|---|---|---|

Review summary of call with opposing counsel (.10); e-mail exchange regarding summary of call with opposing counsel (.10).

| 10/18/19 | O BENNING | 4.80 |
|---|---|---|

E-mail to P. Strassburger, R. Inz (both Purdue Pharma L.P.), F. Bivens (Davis Polk) on summary of telephone conversation with A. Brandi-Dohrn (von Boetticher firm) on Notice of Breach (1.00); e-mail correspondence with K. Orr, D. Moss (both Jones Day) on outcome of conference call with Purdue Pharma L.P. team and Davis Polk team on status re. automatic stay, open issues, envisaged steps (1.20); telephone conversation with D. Moss (Jones Day) on status regarding automatic stay, Purdue APA and Mundipharma APA, next steps, legal analysis regarding same (.80); drafting mark-up to draft letter regarding Notice of Breach sent by CellAct GmbH (.80).

JONES DAY

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**10/18/19    D T MOSS    1.00**
Review correspondence from O. Benning and A. Rempp regarding bankruptcy code automatic stay implication with potential German litigation (.30); communicate with O. Benning and A. Rempp regarding expanded automatic stay and recognition of same by German courts (.70).

**10/18/19    J J NORMILE    3.50**
Review and revision of memoranda regarding license agreements (1.00); consider various matters relating to extension of automatic bankruptcy stay to non-debtors (1.50); consider various matters regarding German liability questions relating to CellAct dispute (1.50).

**10/18/19    K D ORR    1.50**
Review of CellAct analysis.

**10/18/19    A C REMPP    0.30**
E-mail exchange regarding discussions with and request from opposing counsel.

**10/18/19    R SIMS    0.20**
Call with D. Moss regarding application of automatic stay to German proceeding.

**10/21/19    O BENNING    0.30**
E-mail to P. Strassburger, R. Inz (both Purdue Pharma L.P.) on mark-up to draft letter regarding Notice of Breach sent by CellAct GmbH.

**10/21/19    J J NORMILE    4.50**
Review various correspondence and comments to response letter to CellAct including emails from O. Benning and R. Inz (1.50); continued review and vetting of conflicts matters in conjunction with Chapter 11 filing (3.00).

**10/22/19    D T MOSS    0.40**
Review correspondence regarding automatic stay strategy and German law implications (.30); communicate with K. Orr regarding same (.10).

**10/22/19    J J NORMILE    3.50**
Review various correspondence regarding conflicts review and filings in light of Chapter 11 bankruptcy (2.50); review various correspondence and background materials regarding bankruptcy court permission to file Hatch-Waxman case in the ordinary course of business (1.00).

**10/22/19    K D ORR    1.50**
Revise of CellAct proposed draft (.60); participation in CellAct breach letter conference call with J. Normile, P. Strassburger, D. Moss, and R. Kreppel.

**10/23/19    O BENNING    2.00**
Conference call with P. Strassburger, R. Inz, (both Purdue Pharma L.P.), F. Bivens, C. Robertson (both Davis Polk), J. Normile, K. Orr, T. Mahlich, J. Hübert and K. McCarthy (all Jones Day) on status regarding automatic stay, upcoming filing of motions for legal hearing in bankruptcy case (.30); legal analysis of automatic stay, possible strategies from German-law perspective (1.60); telephone conversation with K. Orr (Jones Day) on status regarding automatic stay, possible strategies going forward (.10).

**10/23/19    J J NORMILE    3.00**
Review documents relating to CellAct dispute including Davis Polk draft letter regarding stay of proceedings (2.00); review email correspondence from O. Benning, R. Inz and K. Orr regarding same (1.00).

**10/23/19    A C REMPP    0.30**
Review of Davis Polk letter (.20); e-mail exchange with O. Benning (Jones Day) regarding Davis Polk letter (.10).

**10/25/19    J J NORMILE    1.50**
Preparation for and participation in teleconferences with K. Orr and D. Moss regarding various patent license agreements.

305158-640002

Strategic Corporate Advice

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/25/19 | K D ORR | 0.50 |

Analysis of company IP assets values with J. Normile and D. Moss; analysis of protection strategies for IP asset values.

| | | |
|---|---|---|
| 10/28/19 | J J NORMILE | 1.50 |

Preparation for and participation in teleconference with R. Kreppel regarding various generic settlement agreements.

| | | |
|---|---|---|
| 10/29/19 | D T MOSS | 0.80 |

Communicate with Purdue IP team, J. Normile, and K. Orr regarding various patent agreements.

| | | |
|---|---|---|
| 10/29/19 | J J NORMILE | 4.50 |

Preparation for and participation in teleconference with K. Orr, D. Moss, P. Strassburger, R. Kreppel, R. Inz and R. Silbert regarding patent license agreements and review of same (3.00); review of correspondence from R. Kreppel regarding list of agreements and review of D. Moss revisions to same (1.50).

| | | |
|---|---|---|
| 10/30/19 | D T MOSS | 0.50 |

Revise memo from client regarding patent license agreements.

| | | |
|---|---|---|
| 10/30/19 | J J NORMILE | 3.50 |

Preparation for and participation in office and teleconference with K. Orr and D. Moss regarding patent license agreements and review of same (1.80); review of correspondence from R. Kreppel regarding list of agreements and review of underlying agreements (1.70).

| | | |
|---|---|---|
| 10/31/19 | P D HENDLER | 1.00 |

Preparation for and participation in teleconference with J. Normile, P. Strassburger and R. Kreppel (Purdue), and C. Robertson, D. Bauer and D. Forester (Davis Polk).

| | | |
|---|---|---|
| 10/31/19 | A M NICOLAIS | 3.60 |

Review and update current patents and plaintiffs in suit for meeting with bankruptcy counsel (.50); drafting summary regarding same for J. Normile (1.00); drafting updates to Purdue litigation status slide deck for same (2.00).

| | | |
|---|---|---|
| 10/31/19 | J J NORMILE | 5.10 |

Review creditors committee inquiries relating to generic patent litigations (1.50); preparation for and participation in teleconference with P. Strassburger, R. Kreppel, P. Hendler, D. Forester, D. Bauer and C. Robertson regarding same (1.00); review background slides regarding the underlying district court and PTO proceedings, involved patents, Orange Book listings and status of proceedings (1.50); review correspondence from P. Strassburger regarding UCC questions to Mr. Lowne relating to various patent matters and related office and teleconferences (.10); review various correspondence relating to response letter from Purdue and Mundipharma to CellAct (1.00).

**TOTAL**                                                                          92.90

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020

305158-999007

Invoice: 33345016

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2019:

| | | |
|---|---|---|
| Retention Matters | USD | 73,252.50 |
| Less 10% Fee Discount | | (7,325.25) |
| | USD | 65,927.25 |
| **TOTAL** | **USD** | **65,927.25** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name: Jones Day
Account No: 37026407
ABA No: 021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name: Jones Day
Account No: 37026407
ABA No: 021000089
Swift Code: CITIUS33

PLEASE REFERENCE 305158-999007/33345016 WITH YOUR PAYMENT

**JONES DAY**

305158-999007                                                           Page 2
                                                              January 21, 2020
Retention Matters                                         Invoice:  33345016

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 9.30 | 1,150.00 | 10,695.00 |
| ASSOCIATE |  |  |  |
| A M HEMENDINGER | 4.90 | 475.00 | 2,327.50 |
| A KORDAS | 2.20 | 650.00 | 1,430.00 |
| STAFF ATTY |  |  |  |
| L C FISCHER | 117.60 | 500.00 | 58,800.00 |
| **TOTAL** | **134.00** | **USD** | **73,252.50** |

305158-999007

Page 3
January 21, 2020
Invoice:  33345016

Retention Matters

### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**10/01/19    L C FISCHER    5.50**
Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. conjunction with preparing the Firm's disclosure.

**10/01/19    L C FISCHER    1.50**
Draft and revise Schedule 1 (List of Interested Parties) in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure.

**10/01/19    A M HEMENDINGER    1.00**
Draft Purdue billing memorandum to be sent to relevant attorneys.

**10/01/19    A KORDAS    1.50**
Communicate with D. Moss and J. Normile regarding retention application (.50); draft/revise internal billing memorandum (1.00).

**10/01/19    J J NORMILE    1.00**
Various office and teleconferences with docketing staff regarding OCP retention and transition of Purdue files and dockets (.50); email to Ms. McCabe regarding same (.30); correspondence with A. Kordas regarding same (.20).

**10/02/19    L C FISCHER    5.50**
Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's retention application (4.50); draft and revise list of interested parties for same (1.00).

**10/02/19    A M HEMENDINGER    0.10**
Correspond with J. McCarthy regarding billing question for Purdue.

**10/02/19    J J NORMILE    2.00**
Continued attention to impact of Chapter 11 filing on pending cases including retention and docketing issues (1.50); related communications with A. Kordas, A. Lewis and C. McCabe (.50).

**10/03/19    L C FISCHER    5.30**
Review and analyze conflict inquiry report covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's retention application.

**10/03/19    L C FISCHER    1.30**
Draft and revise list of interested parties in Purdue Pharma, et al. for use in preparing the Firm's retention application.

**10/03/19    A M HEMENDINGER    0.80**
Draft retention application.

**10/03/19    J J NORMILE    1.00**
Review budget estimates and billing guidelines and Grunenthal estimates.

**10/04/19    A M HEMENDINGER    1.50**
Circulate billing memorandum (.40); correspond with L. Fischer regarding conflicts check (.10); draft and revise retention documents (1.00).

**10/04/19    J J NORMILE    0.50**
Review budgets.

**10/07/19    L C FISCHER    5.00**
Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure.

**JONES DAY**
Pg 70 of 97

305158-999007

Retention Matters

Page 4
January 21, 2020
Invoice: 33345016

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/07/19 | L C FISCHER | 2.00 |

Draft and revise list of interested parties in the Purdue Pharma, et al. bankruptcy cases as part of the Firm's disclosure.

| 10/07/19 | J J NORMILE | 0.50 |
|---|---|---|

Attention to various budget issues.

| 10/08/19 | L C FISCHER | 3.30 |
|---|---|---|

Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure.

| 10/08/19 | L C FISCHER | 2.20 |
|---|---|---|

Draft and revise list of interested parties for use in preparing the Firm's disclosure documents.

| 10/08/19 | J J NORMILE | 1.00 |
|---|---|---|

Prepare 2020 budgets (.50); related office and teleconferences (.50).

| 10/09/19 | L C FISCHER | 4.50 |
|---|---|---|

Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure.

| 10/09/19 | L C FISCHER | 1.50 |
|---|---|---|

Draft and revise list of interested parties in Pharma Purdue, et al. for use in preparing the Firm's disclosure as special litigation counsel.

| 10/09/19 | J J NORMILE | 1.00 |
|---|---|---|

Prepare 2020 budgets (.50); related office and teleconferences (.20); teleconference with B. Koch and P. Hendler regarding same and additional budgets (.30).

| 10/10/19 | J J NORMILE | 0.50 |
|---|---|---|

Review various budget matters.

| 10/11/19 | L C FISCHER | 4.00 |
|---|---|---|

Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure.

| 10/11/19 | L C FISCHER | 2.00 |
|---|---|---|

Draft and revise list of interested parties for use in preparing the Firm's conflicts disclosure.

| 10/14/19 | L C FISCHER | 2.50 |
|---|---|---|

Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure.

| 10/15/19 | L C FISCHER | 3.30 |
|---|---|---|

Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure (3.00); email communication with A. Hemendinger (JD) regarding same (.30).

| 10/15/19 | A M HEMENDINGER | 0.30 |
|---|---|---|

Correspond with L. Fischer regarding conflicts report.

| 10/15/19 | J J NORMILE | 1.00 |
|---|---|---|

Continued review of comprehensive conflicts check pursuant to Chapter 11 filing.

| 10/16/19 | L C FISCHER | 6.20 |
|---|---|---|

Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure.

| 10/17/19 | L C FISCHER | 6.50 |
|---|---|---|

Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure.

**JONES DAY**

305158-999007

Retention Matters

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/18/19 | L C FISCHER | 5.00 |
| | Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure. | |
| 10/18/19 | L C FISCHER | 2.00 |
| | Draft and revise of interested parties in Purdue Pharma, et al. for use in preparing the Firm's disclosure. | |
| 10/21/19 | L C FISCHER | 4.00 |
| | Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's retention application. | |
| 10/21/19 | A M HEMENDINGER | 0.50 |
| | Correspond with L. Fischer regarding new matter services and conflicts check. | |
| 10/22/19 | L C FISCHER | 9.00 |
| | Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's retention application. | |
| 10/23/19 | L C FISCHER | 6.50 |
| | Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's retention application. | |
| 10/23/19 | L C FISCHER | 2.00 |
| | Draft and revise list of interested parties in Purdue Pharma, et al. for use in preparing the Firm's retention application. | |
| 10/24/19 | L C FISCHER | 4.00 |
| | Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's retention application. | |
| 10/24/19 | L C FISCHER | 1.50 |
| | Draft and revise list of interested parties in Purdue Pharma, et al. for use in preparing the Firm's disclosure. | |
| 10/25/19 | L C FISCHER | 5.00 |
| | Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure. | |
| 10/25/19 | L C FISCHER | 1.00 |
| | Draft and revise list of interested parties in Purdue Pharma, et al. for use in preparing the Firm's disclosure. | |
| 10/28/19 | L C FISCHER | 3.00 |
| | Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure. | |
| 10/28/19 | A M HEMENDINGER | 0.20 |
| | Correspond with A. Kordas regarding IP billing specialist question. | |
| 10/28/19 | A KORDAS | 0.20 |
| | Communicate with J. Normile, L. Fischer and A. Hemendinger regarding fee applications. | |
| 10/28/19 | J J NORMILE | 0.80 |
| | Various correspondence from A. Kordas regarding status of conflicts review in view of Chapter 11 filing. | |
| 10/29/19 | L C FISCHER | 7.00 |
| | Draft and revise disclosure documents per review of conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure. | |
| 10/30/19 | L C FISCHER | 1.00 |
| | Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure. | |

# JONES DAY

305158-999007

Retention Matters

Page 6

January 21, 2020

Invoice:  33345016

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/30/19 | A M HEMENDINGER | 0.50 |
| | Correspond with A. Kordas and L. Fischer regarding conflicts and retention. | |
| 10/31/19 | L C FISCHER | 4.50 |
| | Draft and revise disclosure document (Schedule 3) in conjunction with preparing the Firm's disclosure as Ordinary Course Professional/Litigation. | |
| 10/31/19 | A KORDAS | 0.50 |
| | Review/analyze financial statements (.40); correspond with J. Normile regarding same (.10). | |

**TOTAL**                                                                        **134.00**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                        305158-600516

                                                       Invoice: 33345029

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2019:

| | | |
|---|---|---|
| Amneal IPR Appeal (376 patent) | USD | 7,782.50 |
| Less 10% Fee Discount | | (778.25) |
| | USD | 7,004.25 |

## DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| United Parcel Service Charges | 23.26 | |
| | | 23.26 |
| **TOTAL** | **USD** | **7,027.51** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-600516/33345029 WITH YOUR PAYMENT

**JONES DAY**

305158-600516

Amneal IPR Appeal (376 patent)

Page 2
January 21, 2020
Invoice:  33345029

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| G A CASTANIAS | 0.50 | 1,050.00 | 525.00 |
| J J NORMILE | 3.30 | 1,150.00 | 3,795.00 |
| J L SWIZE | 0.70 | 975.00 | 682.50 |
| ASSOCIATE | | | |
| R N STANDER | 2.70 | 775.00 | 2,092.50 |
| PARALEGAL | | | |
| A R JAMES | 2.50 | 275.00 | 687.50 |
| **TOTAL** | **9.70** | **USD** | **7,782.50** |

**JONES DAY**

305158-600516

Amneal IPR Appeal (376 patent)

Page 3
January 21, 2020
Invoice: 33345029

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 11/04/19 | J J NORMILE | 1.80 |

Various office and teleconferences (J. Swize) regarding Federal Circuit Arthrex decision including review of background materials (1.00); participate in weekly status teleconference (.80).

| | | |
|---|---|---|
| 11/20/19 | G A CASTANIAS | 0.50 |

Review motions for extension of time in Supreme Court, including related teleconferences with J. Normile.

| | | |
|---|---|---|
| 11/20/19 | J J NORMILE | 1.00 |

Various office and teleconferences with G. Castanias and R. Stander regarding motion to extend time to file petition for certiorari.

| | | |
|---|---|---|
| 11/20/19 | R N STANDER | 2.70 |

Draft application for extension of time to file petition for certiorari.

| | | |
|---|---|---|
| 11/20/19 | J L SWIZE | 0.50 |

Confer with R. Stander on drafting application for extension of time for filing a Supreme Court certiorari petition (.20); review draft application for extension of time for filing a Supreme Court certiorari petition and provide edits (.30).

| | | |
|---|---|---|
| 11/21/19 | A R JAMES | 2.50 |

Finalize application for extension of time to file Supreme Court petition (1.00); file electronically and file hard copies at court (1.00); complete service requirements (.50).

| | | |
|---|---|---|
| 11/21/19 | J L SWIZE | 0.20 |

Review near-final application for extension of time for seeking Supreme Court review and provide final edits to application for filing.

| | | |
|---|---|---|
| 11/26/19 | J J NORMILE | 0.50 |

Review of U.S. Supreme Court Order granting extension of time to file petition for certiorari including related correspondence.

**TOTAL**                                                        **9.70**

JONES DAY
Pg 76 of 97

305158-600516

Page 4
January 21, 2020
Invoice: 33345029

Amneal IPR Appeal (376 patent)

### DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|

**UNITED PARCEL SERVICE CHARGES**

11/21/19    A R JAMES                                      WAS          11.63
    United Parcel Services Charges, Noel J. Francisco, U.S. Department of Justice, 1Z2718740199163 0

11/21/19    A R JAMES                                      WAS          11.63
    United Parcel Services Charges, Thomas W. Krause, U.S. Patent and Trademark Office, 1Z27187401
    382488

        **United Parcel Service charges Subtotal**                                   **23.26**

**TOTAL**                                                          **USD**      **23.26**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                        305158-610005

                                                        Invoice: 33345031

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2019:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 12,845.00 |
| Less 10% Fee Discount | | (1,284.50) |
| | USD | 11,560.50 |
| **TOTAL** | **USD** | **11,560.50** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                      Citibank, N.A.
New York, NY                       New York, NY
Account Name: Jones Day             Account Name: Jones Day
Account No: 37026407                Account No: 37026407
ABA No: 021000089                   ABA No: 021000089
                                    Swift Code: CITIUS33

PLEASE REFERENCE 305158-610005/33345031 WITH YOUR PAYMENT

**JONES DAY**
Pg 78 of 97

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| P D HENDLER | 5.40 | 1,050.00 | 5,670.00 |
| J J NORMILE | 6.00 | 1,150.00 | 6,900.00 |
| **ASSOCIATE** | | | |
| K MCCARTHY | 0.50 | 550.00 | 275.00 |
| **TOTAL** | **11.90** | **USD** | **12,845.00** |

JONES DAY

305158-610005

Page 3
January 21, 2020
Invoice:  33345031

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 11/04/19 | P D HENDLER | 3.50 |

Review/analuze case strategy including plan for post stay (3.30); teleconference with B. Koch (Purdue) regarding status (.20).

| 11/05/19 | P D HENDLER | 1.00 |

Review presentation to Davis Polk concerning patent litigations in connection with preparation for meeting with unsecured creditors (.50); draft inserts concerning patent licenses (.50).

| 11/10/19 | K MCCARTHY | 0.50 |

Draft/revise updated summary chart of PTAB judge decision statistics and communicate internally regarding same.

| 11/18/19 | P D HENDLER | 0.50 |

Preparation for and participation in teleconference with P.Strassburger and B. Koch (Purdue) regarding status of matter including strategy regarding post-stay action.

| 11/24/19 | J J NORMILE | 2.00 |

Review of relevant materials relating to post stay proceedings.

| 11/25/19 | P D HENDLER | 0.40 |

Preparation for and participation in teleconference with client, including B. Koch, regarding status of matter.

| 11/26/19 | J J NORMILE | 2.00 |

Continued review of materials relating to post stay proceedings.

| 11/27/19 | J J NORMILE | 2.00 |

Continued review of materials relating to potential post stay proceedings.

**TOTAL**                                                                  **11.90**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street

New York, NY 10281-1047

**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020

305158-610013

Invoice: 33345042

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2019:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 14,435.00 |
| Less 10% Fee Discount | | (1,443.50) |
| | USD | 12,991.50 |

### DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Consultants and Agents Fees | 1,500.00 | |
| | | 1,500.00 |
| **TOTAL** | **USD** | **14,491.50** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name: Jones Day
Account No: 37026407
ABA No: 021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name: Jones Day
Account No: 37026407
ABA No: 021000089
Swift Code: CITIUS33

PLEASE REFERENCE 305158-610013/33345042 WITH YOUR PAYMENT

**JONES DAY**

305158-610013

Page 2
January 21, 2020
Invoice: 33345042

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P D HENDLER | 6.10 | 1,050.00 | 6,405.00 |
| G J LAROSA | 1.00 | 975.00 | 975.00 |
| J J NORMILE | 4.00 | 1,150.00 | 4,600.00 |
| OF COUNSEL | | | |
| K I NIX | 1.50 | 1,050.00 | 1,575.00 |
| ASSOCIATE | | | |
| K MCCARTHY | 1.60 | 550.00 | 880.00 |
| **TOTAL** | **14.20** | **USD** | **14,435.00** |

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**11/04/19    P D HENDLER**    3.00
Consideration of case strategy including plan for post stay (2.80); teleconference with client (P. Strassburger, B. Koch and R. Inz) regarding status (.20).

**11/04/19    G J LAROSA**    0.50
Communicate with client (P. Strassburger, B. Koch and R. Inz) regarding case status and strategy.

**11/04/19    K MCCARTHY**    0.80
Draft/revise Purdue weekly litigation status updates (0.30); client call with J. Normile, G. LaRosa, P. Hendler, and K. Nix regarding litigation status updates (0.50).

**11/04/19    K I NIX**    1.50
Teleconference with client (P. Strassburger, R. Silbert) and team (J. Normile, P. Hendler, G. LaRosa) regarding status and strategy (1.50) review/analyze license agreements (.50); review/analyze Arthrex decision (.50).

**11/05/19    P D HENDLER**    1.00
Review/revise draft presentation to Davis Polk concerning patent litigations in connection with preparation for meeting with unsecured creditors (.50); draft inserts concerning patent licenses (.50).

**11/11/19    G J LAROSA**    0.50
Communicate with client (P. Strassburger, B. Koch and R. Inz) regarding case status and strategy.

**11/11/19    K MCCARTHY**    0.80
Draft/revise Purdue weekly litigation status updates (.20); client call with J. Normile and G. LaRosa regarding litigation status updates (.30); communicate with R. Inz, P. Hendler, and A. Nicolais regarding patent term extensions (.30).

**11/18/19    P D HENDLER**    0.50
Preparation for and participation in teleconference with client (P.Strassburger and B. Koch) regarding status of matter including strategy regarding post-stay action.

**11/20/19    J J NORMILE**    1.00
Various emails regarding request to IPC to produce FDA documents.

**11/21/19    P D HENDLER**    1.20
Review communications between FDA and IPC (.50) correspondence with IPC counsel regarding same (.70).

**11/21/19    J J NORMILE**    1.00
Various emails regarding request to IPC to produce FDA documents.

**11/25/19    P D HENDLER**    0.40
Preparation for and participation in teleconference with client, including Bruce Koch, regarding status of matter.

**11/25/19    J J NORMILE**    2.00
Preparation for and participation in weekly team teleconference with R. Silbert, R. Inz, B. Koch, R. Kreppel, P. Hendler, G. LaRosa and A. Nicolais (1.50); review recent correspondence relating to IPC's failure to produce relevant FDA documents including various office conferences (.50).

**TOTAL**    **14.20**

**JONES DAY**

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|

**CONSULTANTS FEES**

| 11/12/19 | NYC ACCOUNTING | NYC | 1,500.00 | |

Experts fees - EMERSON RESOURCES, INC. for professional services rendered, October 2019 document hosting/storage.

**Consultants fees Subtotal** — 1,500.00

**TOTAL** USD **1,500.00**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street

New York, NY 10281-1047

**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                                    305158-610022

Invoice: 33345045

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2019:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 17,530.00 |
| Less 10% Fee Discount | | (1,753.00) |
| | USD | 15,777.00 |
| **TOTAL** | **USD** | **15,777.00** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610022/33345045 WITH YOUR PAYMENT

**JONES DAY**

305158-610022

Collegium 961 PGR

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P D HENDLER | 2.00 | 1,050.00 | 2,100.00 |
| G J LAROSA | 1.00 | 975.00 | 975.00 |
| J J NORMILE | 4.50 | 1,150.00 | 5,175.00 |
| ASSOCIATE | | | |
| K MCCARTHY | 0.90 | 550.00 | 495.00 |
| A M NICOLAIS | 5.60 | 500.00 | 2,800.00 |
| LAW CLERK | | | |
| E J KIM | 12.60 | 475.00 | 5,985.00 |
| **TOTAL** | **26.60** | **USD** | **17,530.00** |

JONES DAY

Collegium 961 PGR

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 11/01/19 | P D HENDLER | 1.00 |
| | Consideration of recent Federal Circuit decision relevant to matter, and impact on matter. | |
| 11/04/19 | K MCCARTHY | 0.20 |
| | Communicate with E. Kim regarding research request issue. | |
| 11/05/19 | E J KIM | 2.90 |
| | Research precedent regarding Administrative Patent Judges. | |
| 11/06/19 | E J KIM | 6.20 |
| | Continued researching precedent regarding Administrative Patent Judges (6.00); confer with M. Johnson regarding same (.20). | |
| 11/07/19 | E J KIM | 2.40 |
| | Update data from previous research with additional criteria (2.30); confer with K. McCarthy and G. LaRosa on findings (.10). | |
| 11/07/19 | G J LAROSA | 0.50 |
| | Review/analyze data regarding PTAB IPR final written decision rates by assigned judges. | |
| 11/07/19 | K MCCARTHY | 0.50 |
| | Draft/revise summary chart of PTAB judge decision statistics (.40); communicate with J. Normile regarding same (.10). | |
| 11/07/19 | J J NORMILE | 1.00 |
| | Review results of legal research relating to statistics for existing PTAB panel and assessment of likelihood of success. | |
| 11/11/19 | K MCCARTHY | 0.20 |
| | Draft/revise summary chart of PTAB judge decision statistics and communicate internally regarding same. | |
| 11/11/19 | J J NORMILE | 2.00 |
| | Review of PTAB panel statistics and office conference with K. McCarthy regarding same (1.00); preparation for and participation in weekly team status teleconference with P. Strassburger, R. Silbert, R. Inz, R. Kreppel and B. Koch (1.00). | |
| 11/25/19 | P D HENDLER | 1.00 |
| | Review/analyze PTAB order regarding change on panel including research regarding impact on PGR. | |
| 11/25/19 | E J KIM | 1.10 |
| | Research and update statistics on the PTAB judges and confer with A. Nicolais regarding the same. | |
| 11/25/19 | G J LAROSA | 0.50 |
| | Review/analyze Order and conferred with J. Normile, P. Hendler and A. Nicolais regarding same. | |
| 11/25/19 | A M NICOLAIS | 5.60 |
| | Weekly Purdue conference meeting (.30); researching statistics regarding PTAB & Collegium PGR judges (2.50); collecting/drafting data chart (2.00); communication in firm with E. Kim regarding same (.80). | |
| 11/25/19 | J J NORMILE | 1.50 |
| | Review of PTAB order regarding change in panel including various office and teleconferences and review of background materials on new judge. | |

**TOTAL**                                                                    26.60

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street

New York,  NY  10281-1047

**(212) 326-3939**

Federal Identification Number:  34-0319085

January 21, 2020

305158-640002

Invoice: 33345050

PURDUE PHARMA L.P.

Attention: Philip C. Strassburger, Esq.

Vice President, General Counsel

One Stamford Forum

Stamford, CT 06901

For legal services rendered for the period through November 30, 2019:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 118,820.00 |
| Less 10% Fee Discount | | (11,882.00) |
| | USD | 106,938.00 |
| **TOTAL** | **USD** | **106,938.00** |

Please remit payment to:

**ACH Transfer (preferred)**

Citibank, N.A.

New York, NY

Account Name:  Jones Day

Account No:  37026407

ABA No:  021000089

**Wire Transfer**

Citibank, N.A.

New York, NY

Account Name:  Jones Day

Account No:  37026407

ABA No:  021000089

Swift Code:  CITIUS33

PLEASE REFERENCE 305158-640002/33345050 WITH YOUR PAYMENT

**JONES DAY**

305158-640002

Strategic Corporate Advice

Page 2
January 21, 2020
Invoice: 33345050

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P D HENDLER | 0.50 | 1,050.00 | 525.00 |
| G J LAROSA | 1.00 | 975.00 | 975.00 |
| D T MOSS | 5.30 | 950.00 | 5,035.00 |
| J J NORMILE | 73.20 | 1,150.00 | 84,180.00 |
| K D ORR | 4.20 | 1,275.00 | 5,355.00 |
| A C REMPP | 1.20 | 1,050.00 | 1,260.00 |
| OF COUNSEL | | | |
| O BENNING | 2.30 | 775.00 | 1,782.50 |
| ASSOCIATE | | | |
| A M NICOLAIS | 24.00 | 500.00 | 12,000.00 |
| I M PEREZ | 16.90 | 425.00 | 7,182.50 |
| PARALEGAL | | | |
| S T JOHNSON | 1.50 | 350.00 | 525.00 |
| **TOTAL** | **130.10** | **USD** | **118,820.00** |

**JONES DAY**

305158-640002

Page 3
January 21, 2020
Invoice: 33345050

Strategic Corporate Advice

### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**11/01/19    J J NORMILE      4.00**
Continued review of background materials related to Unsecured Creditors Committee inquiries including district court and USPTO proceedings (2.00); review related correspondence (.50); review and respond to various emails relating to dispute with CellAct (1.50).

**11/03/19    J J NORMILE      4.50**
Review various emails from P. Strassburger, R. Inz (both Purdue) and P. Mathers (Kleinfeld Kaplan - FDA counsel) regarding various license agreements and related background materials (2.00); review and revise draft motion (1.00); review materials from Depomed matter regarding value of licensed IP (1.50).

**11/04/19    A M NICOLAIS      0.50**
Review/analyze Purdue/Grunenthal patent license agreement.

**11/04/19    J J NORMILE      4.50**
Preparation for upcoming Unsecured Creditors Committee teleconference including review of draft slides and materials from Depomed action (2.00); review Grunenthal License Agreement (1.00); review Grunenthal and LTS Agreements (1.50).

**11/05/19    O BENNING      0.30**
Telephone conversation with P. Strassburger (Purdue Pharma L.P.) on status regarding automatic stay, interrelation between Purdue Asset Purchase Agreement and Mundipharma Asset Purchase Agreement, next steps.

**11/05/19    G J LAROSA      1.00**
Draft/revise insert regarding LTS Agreement.

**11/05/19    D T MOSS      0.70**
Communicate with K. Orr regarding patent contract issues (.20); communicate with P. Strassburger, R. Kreppel, K. Orr, and J. Normile regarding various patent license agreements (.50).

**11/05/19    A M NICOLAIS      3.40**
Communication with J. Normile regarding next steps (.20); edits/revisions to Purdue Oxycontin litigation status presentation and Orange Book listed patent status chart for creditors meeting (3.20).

**11/05/19    J J NORMILE      7.50**
Review background materials including various Purdue License Agreements (2.50); various emails to/from P. Strassburger and C. Robertson (DPW) regarding same (1.00); preparation for and participation in teleconferences with P. Strassburger, C. Robertson (DPW) and E. Vonnegut regarding same (1.00); review and revise slides for upcoming Unsecured Creditors Committee teleconference including office conferences with A. Nicolais and P. Strassburger, R. Kreppel and B. Koch (1.50); preparation for and participation in teleconference with P. Strassburger, R. Kreppel, D. Moss and K. Orr regarding patent license agreements (1.00); review and revise same (.50).

**11/05/19    K D ORR      1.00**
Communicate with D. Moss regarding contract issues (.50); communicate with P. Strassburger, R. Kreppel, J. Normile and D. Moss regarding assumption related issues and strategy (.50).

**11/05/19    A C REMPP      0.50**
Review latest correspondence (.40); e-mail exchange with O. Benning (Jones Day) regarding latest correspondence (.10).

**11/06/19    J J NORMILE      3.00**
Preparation for and participation in teleconference with P. Strassburger, R. Kreppel and B. Koch regarding patent license agreements including review of background materials (1.50); review correspondence from R. Kreppel regarding Rule 64 of FRCP (1.00); review slides for upcoming Unsecured Creditors Committee teleconference (.50).

JONES DAY

305158-640002

Strategic Corporate Advice

Page 4
January 21, 2020
Invoice: 33345050

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 11/07/19 | J J NORMILE | 1.50 |

Continued review of additional materials relating to Grunenthal and LTS patent license agreements.

| 11/08/19 | D T MOSS | 0.50 |

Review patent license agreements (.20); communicate with J. Normile regarding the same (.30).

| 11/08/19 | J J NORMILE | 3.50 |

Continued review of additional materials relating to Purdue patent license agreements (1.50); continued preparation of presentation for Unsecured Creditors Committee teleconference including review of background materials (2.00).

| 11/08/19 | K D ORR | 1.50 |

Review/analyze patent license agreements.

| 11/11/19 | D T MOSS | 0.40 |

Communicate with K. Orr and J. Normile regarding patent license agreements and overall next steps.

| 11/11/19 | A M NICOLAIS | 8.00 |

Researching caselaw/statutes regarding Rule 64, Fed.R.Civ.P issues (6.50); communication with J. Normile regarding same (1.00); review low ABUK patent/OxyContin comparison analysis and collect supporting materials at request of R. Inz (.50).

| 11/11/19 | J J NORMILE | 3.00 |

Attention to memo relating to various patent license agreements including D. Moss and K. Orr comments (1.50); review of results of research regarding Rule 64 (1.50).

| 11/11/19 | K D ORR | 0.50 |

Communicate with J. Normile and D. Moss regarding memo relating to various patent license agreements.

| 11/12/19 | A M NICOLAIS | 8.80 |

Continue review of low ABUK patent and collection of supporting materials at request of R. Inz regarding PTE (1.00); review/draft summary of remaining asserted claims of Purdue's patents-in-suit (1.00); reviewing all Purdue litigation dockets and drafting timeline summary of litigation and FDA events (6.80).

| 11/12/19 | J J NORMILE | 3.00 |

Prepare for upcoming Unsecured Creditors Committee teleconference including review of background materials relating to pending cases, Orange Book listed patents and relevant timelines.

| 11/13/19 | P D HENDLER | 0.50 |

Review draft memo regarding license agreements and revisions to same.

| 11/13/19 | S T JOHNSON | 1.50 |

Search for, assemble and format key documents and exhibits from previous patent infringement litigations deemed relevant to current patent prosecutions, for reference by attorneys.

| 11/13/19 | A M NICOLAIS | 3.30 |

Edits/revision to low ABUK patent comparison and supporting materials at request of R. Inz regarding PTE (1.50); reviewing supporting materials and use in past litigations regarding confidentiality for same (1.00); communication with P. Hendler regarding same (.80).

| 11/13/19 | J J NORMILE | 3.00 |

Review suggested edits to memo relating to patent license agreements and related background materials relating to Grunenthal and LTS Agreements (2.00); review various timelines for Unsecured Creditors Committee presentation (1.00).

| 11/13/19 | K D ORR | 0.50 |

Communicate with J. Normile regarding memo relating to patent license agreements.

| 11/14/19 | J J NORMILE | 4.00 |

Review CellAct letter to Purdue regarding waiving the statute of limitations and related teleconferences (1.00); preparation for upcoming Unsecured Creditors Committee teleconference (3.00).

JONES DAY

Strategic Corporate Advice

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**11/15/19     O BENNING                                                                1.00**

Legal analysis of request from CellAct Pharma GmbH for waiving limitation of claims defense, German-law issues and e-mail to P. Strassburger, R. Inz, K. McCarthy (all Purdue Pharma L.P.) regarding same (.50); conference call with P. Strassburger, R. Inz, K. McCarthy (all Purdue Pharma L.P.), F. Bivens, C. Robertson (both Davis Polk), J. Normile (Jones Day) on status regarding automatic stay, request from CellAct Pharma GmbH for waiving limitation of claims defense, German-law issues, relevance of bar date in Chapter 11 proceedings, next steps (.20); telephone conversations with A. Brandi-Dohrn (lawyer retained by CellAct Pharma GmbH) on request from CellAct Pharma GmbH for waiving limitation of claims defense, German-law issues, relevance of bar date in Chapter 11 proceedings, letter to be expected from Davis Polk as restructuring counsel (.30).

**11/15/19     J J NORMILE                                                               5.00**

Preparation for and participation in Unsecured Creditors Committee teleconference including office conferences with P. Strassburger, R. Kreppel and B. Koch and review of background materials and slides (3.0); review correspondence regarding CellAct request to waive statute of limitations including O. Benning email (1.5); review K. Orr comments to memo relating to patent license agreements (.50).

**11/15/19     A C REMPP                                                                 0.10**

Correspondence with O. Benning and P. Strassburger regarding waiver request.

**11/16/19     J J NORMILE                                                               2.00**

Review correspondence from P. Strassburger regarding procedural issues relating to Collegium case and review relevant law regarding same.

**11/17/19     J J NORMILE                                                               0.50**

Review draft letter to CellAct German counsel regarding waiving statute of limitations.

**11/18/19     D T MOSS                                                                  1.00**

Review edits to revised memo relating to patent license agreements (.80); communicate with J. Normile regarding same (.20).

**11/18/19     J J NORMILE                                                               4.50**

Review correspondence from Ms. Benedict regarding communications with CellAct (.50); participate in weekly status teleconference with P. Strassburger, R. Silbert, R. Inz, R. Kreppel and B. Koch and review litigation trackers (1.00); teleconference with P. Strassburger regarding procedural issue regarding Collegium case and review of background materials regarding same (3.00).

**11/18/19     A C REMPP                                                                 0.10**

Correspondence with K. Benedict, R. Aleali, P. Strassburger and O. Benning regarding waiver.

**11/19/19     O BENNING                                                                1.00**

Legal analysis of response letter from Davis Polk on request from CellAct Pharma GmbH for waiving limitation of claims defense, German-law issues, e-mail to K. Benedict, E. Vonnegut (both Davis Polk) regarding same (.20); conference call with P. Strassburger, R. Inz, K. McCarthy (all Purdue Pharma L.P.), F. Bivens, C. Robertson (both Davis Polk), J. Normile (Jones Day) on status regarding automatic stay, request from CellAct Pharma GmbH for waiving limitation of claims defense, German-law issues, relevance of bar date in Chapter 11 proceedings, next steps (.40); telephone conversations with A. Brandi-Dohrn (lawyer retained by CellAct Pharma GmbH) on request from CellAct Pharma GmbH for waiving limitation of claims defense, German-law issues, relevance of bar date in Chapter 11 proceedings, letter to be expected from Davis Polk as restructuring counsel (.40).

**11/19/19     D T MOSS                                                                  0.50**

Review memo relating to patent license agreements (.40) and communicate with J. Normile regarding same (.10).

**11/19/19     J J NORMILE                                                               4.00**

Correspondence with D. Moss and K. Orr regarding procedural issues in the Collegium case (1.00); review relevant background materials regarding same (2.00); review correspondence from O. Benning and K. Benedict regarding waiver of status of limitations in CellAct matter (1.00).

**JONES DAY**

305158-640002

Strategic Corporate Advice

Page 6
January 21, 2020
Invoice: 33345050

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**11/19/19    A C REMPP    0.30**
Review waiver letter comments and correspondence; e-mail exchange regarding waiver letter comments.

**11/20/19    D T MOSS    0.70**
Communicate with I. M. Perez regarding procedural issues in the Collegium case (.30); communicate with J. Normile regarding same (.10); communicate with R. Stander regarding appellate questions (.30).

**11/20/19    J J NORMILE    4.00**
Correspondence with D. Moss and K. Orr regarding Collegium case (1.00); review relevant background materials regarding same (2.00); review correspondence from O. Benning and K. Benedict regarding waiver of status of limitations on CellAct matter (1.00).

**11/20/19    I M PEREZ    4.70**
Communicate with D. Moss regarding research on procedural issues in the Collegium case (.20); research First and Second Circuit case law regarding same (4.50).

**11/21/19    D T MOSS    0.50**
Review I. M. Perez research (.40) and circulate same with comments to K. Orr and J. Normile (.10).

**11/21/19    J J NORMILE    4.00**
Review legal research regarding procedural issues in the Collegium case (2.00); related office and teleconferences (D. Moss) (1.00); review various emails regarding request for statute of limitations waiver language in CellAct matter (1.00).

**11/22/19    D T MOSS    1.00**
Communicate with J. Normile, K. Orr, and P. Strassburger regarding IP litigation strategy (.60); communicate with I.M. Perez regarding research (.40).

**11/22/19    J J NORMILE    4.50**
Preparation for and participation in teleconference with P. Strassburger, K. Orr and D. Moss regarding various procedural issues in the Collegium case (1.00); review background materials and relevant caselaw (1.50); review CellAct letter to Mundipharma and various correspondence regarding waiver language (1.00); review retention application and Purdue bankruptcy engagement letter (1.00).

**11/22/19    K D ORR    0.70**
Prepare for and communicate with D. Moss, J. Normile and P. Strassburger regarding IP litigation strategy.

**11/22/19    I M PEREZ    3.20**
Discuss further legal research with D. Moss (.20); research case law on adjudication of intellectual property issues (3.00).

**11/22/19    A C REMPP    0.20**
Review latest comments on and changes to draft waiver letter; e-mail exchange with working team regarding final comments and changes to draft waiver letter.

**11/23/19    J J NORMILE    3.00**
Review various correspondence including emails from P. Strassburger as well as background materials regarding DPW comments to memo on various patent license agreements (1.50); review various comments and correspondence relating to letter to unsecured creditors committee regarding Grunenthal and LTS license agreements including related background materials (1.00); review CellAct letter to Mundipharma and related emails (.50).

**11/24/19    I M PEREZ    2.00**
Research case law on various intellectual property issues.

**11/25/19    I M PEREZ    7.00**
Research case law regarding intellectual property issues (6.00); draft summary of research findings and analysis (1.00).

**JONES DAY**
Pg 93 of 97

305158-640002

Page 7<br>
January 21, 2020<br>
Invoice: 33345050

Strategic Corporate Advice

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 11/26/19 | J J NORMILE | 0.20 |

Review of correspondence from R. Silbert regarding various criminal prosecutions relating to opioid distribution.

**TOTAL**                                                **130.10**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020

305158-999007

Invoice: 33345057

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2019:

| | | |
|---|---|---|
| Retention Matters | USD | 41,835.00 |
| Less 10% Fee Discount | | (4,183.50) |
| | USD | 37,651.50 |
| **TOTAL** | **USD** | **37,651.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33345057 WITH YOUR PAYMENT

JONES DAY

Retention Matters

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| D T MOSS | 0.70 | 950.00 | 665.00 |
| J J NORMILE | 4.00 | 1,150.00 | 4,600.00 |
| ASSOCIATE | | | |
| A M HEMENDINGER | 26.00 | 475.00 | 12,350.00 |
| A KORDAS | 12.80 | 650.00 | 8,320.00 |
| STAFF ATTY | | | |
| L C FISCHER | 31.80 | 500.00 | 15,900.00 |
| **TOTAL** | **75.30** | **USD** | **41,835.00** |

**JONES DAY**

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 11/03/19 | L C FISCHER | 4.00 |

Review and analyze conflict inquiry reports for all interested parties in Purdue Pharma, L.P., et al. in conjunction with preparing the Firm's disclosure as ordinary course professionals/litigation.

| 11/04/19 | L C FISCHER | 4.00 |

Draft and revise disclosure document (Schedule 3) to the Firm's retention application.

| 11/04/19 | J J NORMILE | 1.00 |

Prepare updated budgets for duration of existing district court and USPTO proceedings.

| 11/05/19 | L C FISCHER | 9.00 |

Review and analyze conflict inquiry reports for all interested parties in Purdue Pharma, L.P., et al. in conjunction with preparing the Firm's disclosure (3.00); draft and revise disclosure document (Schedule 3) in connection with same (6.00).

| 11/06/19 | L C FISCHER | 9.00 |

Draft and revise disclosure document (Schedule 3) to the Firm's retention application.

| 11/07/19 | L C FISCHER | 5.30 |

Draft and revise disclosure documents in conjunction with preparing the Firm's disclosure (5.00); email communication with J. Normile, A. Kordas and A. Hemendinger regarding same (.30).

| 11/07/19 | A M HEMENDINGER | 3.30 |

Correspond with L. Fisher and A. Kordas regarding retention application (.20); correspond with J. McCarthy regarding October financials (.10); draft retention application (3.00).

| 11/07/19 | A KORDAS | 0.50 |

Review historical billing; correspond with J. Normile and D. Moss regarding same.

| 11/07/19 | J J NORMILE | 1.00 |

Various emails with A. Kordas regarding retention application issues.

| 11/08/19 | A M HEMENDINGER | 4.70 |

Draft Purdue special counsel retention application.

| 11/08/19 | J J NORMILE | 1.00 |

Various emails with A. Kordas regarding retention issues.

| 11/12/19 | A M HEMENDINGER | 0.70 |

Draft and revise Purdue Pharma special litigation counsel retention application.

| 11/13/19 | A M HEMENDINGER | 5.60 |

Correspond with L. Fischer regarding disclosure of interested parties (.30); draft and revise retention application (5.20).

| 11/13/19 | A KORDAS | 0.50 |

Correspond with A. Hemendinger regarding retention application (.20); correspond with C. Robertson (DPW) regarding same (.10); review docket in connection with matter (.20).

| 11/14/19 | A M HEMENDINGER | 1.80 |

Revise special counsel retention application (1.70); meet with A. Kordas regarding same (.10).

| 11/14/19 | A KORDAS | 2.00 |

Communicate with A. Hemendinger (JD) and D. Consla (DPW) regarding retention application (.50); review conflicts disclosure statement (.50); draft/revise retention application (1.00).

| 11/15/19 | A M HEMENDINGER | 0.40 |

Research retainer questions related to retention application.

**JONES DAY**

305158-999007

Retention Matters

Page 4
January 21, 2020
Invoice: 33345057

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 11/15/19 | A KORDAS | 0.50 |

Communicate with A. Hemendinger regarding retention application (.20); review research (.20); review docket in connection with same (.10).

| 11/17/19 | A M HEMENDINGER | 1.70 |
|---|---|---|

Research retainer precedent language for retention application.

| 11/18/19 | L C FISCHER | 0.50 |
|---|---|---|

Email communication with A. Hemendinger and A. Kordas regarding conflicts review for additional parties in connection with the Firm's retention disclosure (.30); initiate request for conflict inquiry reports for same (.20).

| 11/18/19 | A M HEMENDINGER | 2.50 |
|---|---|---|

Review and revise interested parties list.

| 11/19/19 | A M HEMENDINGER | 2.50 |
|---|---|---|

Research patent counsel retention application precedent.

| 11/19/19 | A KORDAS | 5.60 |
|---|---|---|

Draft/revise retention application and supporting declarations (3.60; revise conflict report (1.40); review objection regarding evergreen retainers (.30); correspond with J. Normile, D. Moss and A. Hemendinger regarding same (.30).

| 11/20/19 | A M HEMENDINGER | 1.80 |
|---|---|---|

Review and analyze retention application revisions (.60); review and summarize interim compensation application (1.20).

| 11/20/19 | A KORDAS | 0.50 |
|---|---|---|

Communicate with J. McCarthy, D. Moss and A. Hemendinger regarding fee application (.30); revise same (.20).

| 11/20/19 | D T MOSS | 0.50 |
|---|---|---|

Review JD retention application and related material.

| 11/20/19 | J J NORMILE | 1.00 |
|---|---|---|

Review/revise retention application.

| 11/22/19 | A M HEMENDINGER | 1.00 |
|---|---|---|

Communicate with A. Kordas regarding retention application (.20); research SDNY precedent (.50); review billing and financials from J. McCarthy (.30).

| 11/22/19 | A KORDAS | 3.20 |
|---|---|---|

Draft/revise retention application (1.50); revise disclosures schedule (1.00); correspond with J. Normile, D. Moss and A. Hemendinger regarding matter (.40); call with D. Moss regarding same (.10); correspond with D. Consla (DPW) regarding matter (.20).

| 11/22/19 | D T MOSS | 0.20 |
|---|---|---|

Communicate with A. Kordas regarding retention issues.

**TOTAL**                                                                 **75.30**