UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Arnold A. Jaglal, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 28, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of Chapter 11 Bankruptcy Case [Docket No. 198]

Dated: January 29, 2020

Arnold A. Jaglal

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 29, 2020, by Arnold A. Jaglal, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *[signature]*

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018 22

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 6187992 | ABKES, BRUCE ALAN | ADDRESS ON FILE | | | | | |
| 6226532 | BAILEY, JAMES ST | ADDRESS ON FILE | | | | | |
| 6230101 | BALLARIN FELDMAN, PIAMARIE | ADDRESS ON FILE | | | | | |
| 6245607 | BELL, REUBEN PAUL | ADDRESS ON FILE | | | | | |
| 6254357 | BHARGAVA, MONICA | ADDRESS ON FILE | | | | | |
| 6275228 | BRAZIL, JAMES LAWRENCE | ADDRESS ON FILE | | | | | |
| 6281922 | BROWN, JON ROBERT | ADDRESS ON FILE | | | | | |
| 6286060 | BUCHER, ROBERT LAWRENCE | ADDRESS ON FILE | | | | | |
| 6299751 | CANNON, VIRGINIA RUTH | ADDRESS ON FILE | | | | | |
| 6308212 | CASWELL, JENNIFER LYNNE | ADDRESS ON FILE | | | | | |
| 6338867 | CONNORS, CARA CHLOE | ADDRESS ON FILE | | | | | |
| 6350403 | CRUMBACHER, JAMES LEE | ADDRESS ON FILE | | | | | |
| 6353832 | CUYEGKENG, THOMAS XAVIER | ADDRESS ON FILE | | | | | |
| 6372676 | DESILVA, RANIL NISHAN | ADDRESS ON FILE | | | | | |
| 6380440 | DOAK, SCOTT ALAN | ADDRESS ON FILE | | | | | |
| 6382173 | DOMINGO, JUAN C. | ADDRESS ON FILE | | | | | |
| 6406237 | ESPOSITO, DONNAMARIE A. | ADDRESS ON FILE | | | | | |
| 6409079 | FABER, KATE COLLINS | ADDRESS ON FILE | | | | | |
| 6419728 | FILLIPO, DREW CRAIG | ADDRESS ON FILE | | | | | |
| 6424901 | FLORENCE, ISAIAH ME | ADDRESS ON FILE | | | | | |
| 6458927 | GLUHOVSKY, MAXIM Y. | ADDRESS ON FILE | | | | | |
| 6476026 | GRIFFITH, CHRIS NOLAN | ADDRESS ON FILE | | | | | |
| 6478330 | GROVE, CHRISTOPHER ALLEN | ADDRESS ON FILE | | | | | |
| 6481709 | GUPTA, ARTI | ADDRESS ON FILE | | | | | |
| 6489136 | HALLOUM, JIHAD | ADDRESS ON FILE | | | | | |
| 6500148 | HARVEY, JESSE JAMES | ADDRESS ON FILE | | | | | |
| 6506598 | HEINBACH, ROBERT ALLEN | ADDRESS ON FILE | | | | | |
| 6513431 | HEWETT, KATHRYN MEGHAN | ADDRESS ON FILE | | | | | |
| 6532051 | HUGHES, CHRISTOPHER RAYMOND | ADDRESS ON FILE | | | | | |
| 6541998 | IWUJI, KELECHI UZOMA | ADDRESS ON FILE | | | | | |
| 6547660 | JANOUT, MARTIN | ADDRESS ON FILE | | | | | |
| 6566210 | KALYAN, APARNA | ADDRESS ON FILE | | | | | |
| 6573665 | KAWACHI, MILDRED MI | ADDRESS ON FILE | | | | | |
| 6578662 | KENNEDY, KATHLEEN ANNE | ADDRESS ON FILE | | | | | |
| 6597685 | KOLIA, BASIRMOHMAD FAKIRBHAI | ADDRESS ON FILE | | | | | |
| 6690945 | MCLEMORE, AARON DAVID | ADDRESS ON FILE | | | | | |
| 6695976 | MELAHOURES, HOLLY | ADDRESS ON FILE | | | | | |

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 6703458 | MIKHAIL MORCOS, MOURAD RAMZI | ADDRESS ON FILE | | | | | |
| 6705047 | MILLER, DEANNE L. | ADDRESS ON FILE | | | | | |
| 6705197 | MILLER, EDWARD BL | ADDRESS ON FILE | | | | | |
| 6749136 | NORDBERG, HELLA | ADDRESS ON FILE | | | | | |
| 6754150 | OCONNELL, ANNE | ADDRESS ON FILE | | | | | |
| 7077664 | PETER B BOTTINI | 420 DECEMBER LN | | | MORGANTOWN | WV | 26508-4245 |
| 6917947 | SMITH, RICHARD H. | ADDRESS ON FILE | | | | | |
| 6918415 | SMITH, STACY MARIE | ADDRESS ON FILE | | | | | |
| 6926255 | SPECTOR, LAURA A. | ADDRESS ON FILE | | | | | |
| 6931997 | STASIAK, AUSTEN LU | ADDRESS ON FILE | | | | | |
| 6946870 | SUSSKIND, KARIN NICOLE | ADDRESS ON FILE | | | | | |
| 7095189 | WILLIAMS COUNTY | ATTN: CHAIRMAN AND BOARD OF COMMISSIONERS | 205 E BORADWAY | 600 COOPER AVENUE | WILLIDTON | ND | 58801-6123 |