**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY  10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
                                                                  :
In re:                                                            :    Chapter 11
                                                                  :
PURDUE PHARMA L.P., *et al.*,                                     :    Case No. 19-23649 (RDD)
                                                                  :
                                    Debtors[1].                   :    (Jointly Administered)
                                                                  :
----------------------------------------------------------------- X

**THIRD MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Brown Rudnick LLP |
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | December 1, 2019 through December 31, 2019 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $222,835.50 |
| **Current Fee Request** | $178,268.40 (80% of $222,835.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $1,921.04 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $180,198.44 |
| **Total Fees and Expenses Inclusive of Holdback** | $224,756.54 |
| **This is a(n):**   _X_ Monthly Application    ___Interim Application    ___Final Application | |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Third Monthly Fee Statement (the "Fee Statement") for the period of December 1, 2019 through and including December 31, 2019 (the "Statement Period").

### Itemization of Services Rendered and Disbursements Incurred

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories.  As reflected in Exhibit A, Brown Rudnick incurred $222,835.50 in fees during the Statement Period.  Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $178,268.40.

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,085.68.  The blended hourly rate of all paraprofessionals is $395.00.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $1,921.04 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "Allocation Fees").  To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application.   Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

3

## Notice

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated:  January 30, 2020

Respectfully submitted,

BROWN RUDNICK LLP

/s/ *David J. Molton*
David J. Molton
Steven D. Pohl (admitted *pro hac vice*)
Seven Times Square
New York, New York 10019
Telephone:     (212) 209-4800
Facsimile:      (212) 209-4801
E-mail: dmolton@brownrudnick.com
            spohl@brownrudnick.com

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

## EXHIBIT A

### SERVICES RENDERED BY
### BROWN RUDNICK LLP

### COMMENCING DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019[‡]

### Summary of Fees Task Code

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 6.4 | $6,132.50 |
| 004 Business Operations | 15.6 | $15,225.00 |
| 005 Case Administration | 9.6 | $10,246.00 |
| 007 Claims Analysis | 9.8 | $11,950.00 |
| 008 Employment and Fee Applications | 24.7 | $12,414.50 |
| 009 Emergency Financing | 32.7 | $30,289.50 |
| 010 Litigation – Contested Matters, Adversary Proceedings and Automatic Stay | 17.9 | $23,629.00 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 79.6 | $95,608.50 |
| 012 Non-Working Travel (billed @50%) | 6.6 | $4,285.50 |
| 014 Plan and Disclosure Statement | 14.5 | $13,055.00 |
| **Total** | **217.4** | **$222,835.50** |
| | | |
| 20% Fee Holdback | | $44,567.10 |
| 80% of Fees | | $178,268.40 |
| Plus Expenses | | $1,921.04 |
| Requested Amount | | $224,756.54 |

## EXHIBIT B

### SERVICES RENDERED BY
### BROWN RUDNICK LLP

### COMMENCING DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

### Summary of Hours and Fees by Professional

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Molton | Partner 1983 Bankruptcy & Corporate Restructuring | $1,340.00 | 95.2 | $123,816.00 |
| Steven D. Pohl | Partner 1989 Bankruptcy & Corporate Restructuring | $1,235.00 | 43.6 | $52,240.50 |
| Vincent J. Guglielmotti | Partner, 2005 Corporate & Capital Markets | $940.00 | 0.3 | $282.00 |
| Kenneth Aulet | Partner 2012 Bankruptcy & Corporate Restructuring | $825.00 | 2.7 | $2,227.50 |
| Gerard T. Cicero | Associate 2015 Bankruptcy & Corporate Restructuring | $650.00 | 56.5 | $36,725.00 |
| Harriet Cohen | Paralegal Bankruptcy & Corporate Restructuring | $395.00 | 0.9 | $355.50 |
| Alexandra M. Deering | Paralegal Bankruptcy & Corporate Restructuring | $395.00 | 18.2 | $7,189.00 |
| **Total Fees Requested** | | | **217.4** | **$222,835.50** |

# EXHIBIT C

### ACTUAL AND NECESSARY COSTS INCURRED BY
### BROWN RUDNICK LLP

### COMMENCING DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| EXPENSE | AMOUNT |
|---|---|
| | |
| Copies (Color & B&W @ 10 cents per page) | $164.00 |
| Hotel | $1,121.09 |
| Filing Fee | ($70.00) |
| Meals | $164.17 |
| Parking | $22.50 |
| Taxi | $61.46 |
| Teleconferencing | $38.70 |
| Train Travel | $404.12 |
| Travel Agent Fee | $15.00 |
| **Total Expenses** | **$1,921.04** |

**brown**rudnick

| | |
|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice 6890702 |
| ATTN: DAVID MOLTON | Date Jan 16, 2020 |
| BROWN RUDNICK | Client 035843 |
| 7 TIMES SQUARE | |
| NEW YORK, NY 10036 | |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through December 31, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0001 | COSTS | 0.00 | 1,921.04 | 1,921.04 |
| | **Total** | **0.00** | **1,921.04** | **1,921.04** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $1,921.04 |
| **Total Invoice** | **$1,921.04** |

**BR**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
RE: COSTS
January 16, 2020

Invoice 6890702
Page 2

## C O S T   D E T A I L

| Date | Description | Value |
|------|-------------|-------|
| 11/16/19 | FILING FEE - 11/04/19; VENDOR: AMERICAN EXPRESS; INVOICE#: 111619CE; DATE: 11/16/2019 | (70.00) |
| 11/25/19 | TELECONFERENCING | 10.31 |
| 12/03/19 | TELECONFERENCING | 25.24 |
| 12/04/19 | COPIES | 13.00 |
| 12/04/19 | COPIES | 2.30 |
| 12/04/19 | COPIES | 25.70 |
| 12/04/19 | COPIES | 2.10 |
| 12/04/19 | COPIES | 10.80 |
| 12/04/19 | COPIES | 1.00 |
| 12/04/19 | COPIES | 0.90 |
| 12/04/19 | COPIES | 0.20 |
| 12/04/19 | COPIES | 0.10 |
| 12/04/19 | COPIES | 0.30 |
| 12/09/19 | COPIES | 2.00 |
| 12/09/19 | COPIES | 1.70 |
| 12/09/19 | COPIES | 0.40 |
| 12/09/19 | COLOR COPIES | 0.20 |
| 12/09/19 | COLOR COPIES | 7.40 |
| 12/09/19 | COLOR COPIES | 0.90 |
| 12/09/19 | COLOR COPIES | 0.40 |
| 12/09/19 | TELECONFERENCING | 3.15 |
| 12/10/19 | COLOR COPIES | 9.00 |
| 12/10/19 | COLOR COPIES | 0.10 |
| 12/10/19 | COLOR COPIES | 9.00 |
| 12/10/19 | COLOR COPIES | 9.00 |
| 12/11/19 | COLOR COPIES | 0.10 |
| 12/11/19 | COLOR COPIES | 7.80 |
| 12/11/19 | COLOR COPIES | 0.20 |
| 12/11/19 | COLOR COPIES | 8.70 |
| 12/11/19 | COLOR COPIES | 17.40 |
| 12/13/19 | HOTEL - 12/10-12/12/19; VENDOR: STEVEN D. POHL; INVOICE#: 121319; DATE: 12/13/2019 | 208.39 |
| 12/13/19 | MEALS - 12/10-12/12/19; VENDOR: STEVEN D. POHL; INVOICE#: 121319; DATE: 12/13/2019 | 5.01 |
| 12/13/19 | HOTEL - 12/10-12/12/19; VENDOR: STEVEN D. POHL; INVOICE#: 121319; | 194.26 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
RE: COSTS
January 16, 2020

Invoice 6890702
Page 3

| Date | Description | Value |
|------|-------------|-------|
| | DATE: 12/13/2019 | |
| 12/13/19 | TRAIN TRAVEL - 12/10-12/12/19; VENDOR: STEVEN D. POHL; INVOICE#: 121319; DATE: 12/13/2019 | 196.00 |
| 12/13/19 | TRAVEL AGENT FEE - 12/10-12/12/19; VENDOR: STEVEN D. POHL; INVOICE#: 121319; DATE: 12/13/2019 | 15.00 |
| 12/13/19 | MEALS - 12/12/19; VENDOR: STEVEN D. POHL; INVOICE#: 121319; DATE: 12/13/2019 | 3.80 |
| 12/13/19 | PARKING AND TOLLS - 12/10/19; VENDOR: STEVEN D. POHL; INVOICE#: 121319; DATE: 12/13/2019 | 22.50 |
| 12/13/19 | HOTEL - 12/05/19; VENDOR: STEVEN D. POHL; INVOICE#: 121319-1; DATE: 12/13/2019 | 359.22 |
| 12/13/19 | HOTEL - 12/05/19; VENDOR: STEVEN D. POHL; INVOICE#: 121319-1; DATE: 12/13/2019 | 359.22 |
| 12/13/19 | TRAIN TRAVEL - 12/04/19; VENDOR: STEVEN D. POHL; INVOICE#: 121319-1; DATE: 12/13/2019 | 87.50 |
| 12/13/19 | TRAIN TRAVEL - 12/04/19; VENDOR: STEVEN D. POHL; INVOICE#: 121319-1; DATE: 12/13/2019 | 115.50 |
| 12/13/19 | MEALS - 12/04/19; VENDOR: STEVEN D. POHL; INVOICE#: 121319-1; DATE: 12/13/2019 | 4.98 |
| 12/13/19 | TAXI - 11/14/19; VENDOR: STEVEN D. POHL; INVOICE#: 121319-1; DATE: 12/13/2019 | 12.55 |
| 12/13/19 | TRAIN TRAVEL - 12/04/19; VENDOR: STEVEN D. POHL; INVOICE#: 121319-1; DATE: 12/13/2019 | 5.12 |
| 12/16/19 | COLOR COPIES | 1.60 |
| 12/16/19 | COLOR COPIES | 0.10 |
| 12/18/19 | COPIES | 0.20 |
| 12/18/19 | COPIES | 0.10 |
| 12/18/19 | COPIES | 0.50 |
| 12/18/19 | COPIES | 0.20 |
| 12/18/19 | COPIES | 0.50 |
| 12/18/19 | COPIES | 1.00 |
| 12/18/19 | MEALS - 12/10/19; VENDOR: DAVID MOLTON; INVOICE#: 121819-4; DATE: 12/18/2019 | 150.38 |
| 12/19/19 | COPIES | 0.30 |
| 12/19/19 | COPIES | 25.60 |
| 12/19/19 | COPIES | 0.20 |
| 12/19/19 | COPIES | 0.10 |
| 12/19/19 | COPIES | 0.60 |
| 12/19/19 | COPIES | 0.20 |
| 12/20/19 | COPIES | 0.60 |
| 12/20/19 | COPIES | 1.50 |
| 12/31/19 | TAXI - 12/05/19; VENDOR: ALEXANDRA DEERING; INVOICE#: 123119; DATE: | 48.91 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6890702
RE: COSTS                                                                 Page 4
January 16, 2020

| Date | Description | Value |
|------|-------------|-------|
|      | 12/31/2019  |       |
|      | **Total Costs** | **1,921.04** |

## C O S T   S U M M A R Y

| Description | Value |
|-------------|-------|
| COLOR COPIES | 71.90 |
| COPIES | 92.10 |
| FILING FEE | (70.00) |
| HOTEL | 1,121.09 |
| MEALS | 164.17 |
| PARKING AND TOLLS | 22.50 |
| TAXI | 61.46 |
| TELECONFERENCING | 38.70 |
| TRAIN TRAVEL | 404.12 |
| TRAVEL AGENT FEE | 15.00 |
| **Total Costs** | **1,921.04** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6890702 |
| ATTN: DAVID MOLTON | Date | Jan 16, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS



Remittance

---

**Balance Due: $1,921.04**

---

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
399 Park Avenue
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 6792734594

## <u>EXHIBIT D</u>

**Time Entries for Each Professional By Task Code (Invoice)**

63612825 v2

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6890886 |
| Date | Jan 16, 2020 |
| Client | 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 31, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0002 | ASSET ANALYSIS AND RECOVERY | 6,132.50 | 0.00 | 6,132.50 |
| 035843.0004 | BUSINESS OPERATIONS | 15,225.00 | 0.00 | 15,225.00 |
| 035843.0005 | CASE ADMINISTRATION | 10,246.00 | 0.00 | 10,246.00 |
| 035843.0007 | CLAIMS ANALYSIS | 11,950.00 | 0.00 | 11,950.00 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 12,414.50 | 0.00 | 12,414.50 |
| 035843.0009 | EMERGENCY FINANCING | 30,289.50 | 0.00 | 30,289.50 |
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 23,629.00 | 0.00 | 23,629.00 |
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 95,608.50 | 0.00 | 95,608.50 |
| 035843.0012 | NON-WORKING TRAVEL | 8,571.01 | 0.00 | 8,571.01 |
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 13,055.00 | 0.00 | 13,055.00 |
| | **Total** | **227,121.01** | **0.00** | **227,121.01** |

| | |
|---|---:|
| CURRENT FEES | $227,121.01 |
| Less 50% Non-Working Travel Reduction | (4,285.51) |
| Total Current Fees | $222,835.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$222,835.50** |

# brown rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6890886 |
| Date | Jan 16, 2020 |
| Client | 035843 |

RE: ASSET ANALYSIS AND RECOVERY

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 31, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0002 | ASSET ANALYSIS AND RECOVERY | 6,132.50 | 0.00 | 6,132.50 |
| | **Total** | **6,132.50** | **0.00** | **6,132.50** |

| | |
|---|---|
| Total Current Fees | $6,132.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$6,132.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6890886
January 16, 2020                                                                    Page 3

RE: ASSET ANALYSIS AND RECOVERY

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/02/19 | CICERO | REVIEW WAGES SETTLEMENT AND COMMENTS TO SAME | 0.50 | 325.00 |
| 12/03/19 | CICERO | ATTEND DLA PIPER CALL ON MUNDIPHARMA IAC COMPLIANCE ISSUES | 1.30 | 845.00 |
| 12/05/19 | CICERO | REVIEW AND ANALYZE DILIGENCE ITEMS IDENTIFIED BY FTI RE: BUSINESS PLAN AND IAC | 1.40 | 910.00 |
| 12/11/19 | MOLTON | REVIEW FTI DECKS RE MUNDIPHARMA AND COMPANY | 1.80 | 2,412.00 |
| 12/18/19 | POHL | TAX CALL WITH KL TEAM AND RELATED FOLLOW-UP | 0.70 | 864.50 |
| 12/19/19 | POHL | REVIEW TAX MATTERS | 0.40 | 494.00 |
| 12/20/19 | GUGLIELMOTTI | REVIEW OF INCOMING CORRESPONDENCE RE: TRUST DOCUMENTATION; REVIEW OF APPLICABLE TAX PROVISION; PREPARATION OF OUTGOING CORRESPONDENCE IN RESPONSE | 0.30 | 282.00 |
| | **Total Hours and Fees** | | **6.40** | **6,132.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|------|------|-------|
| STEVEN POHL | 1.10 | hours at | 1,235.00 | 1,358.50 |
| DAVID J. MOLTON | 1.80 | hours at | 1,340.00 | 2,412.00 |
| VINCENT J. GUGLIELMOTTI | 0.30 | hours at | 940.00 | 282.00 |
| GERARD T. CICERO | 3.20 | hours at | 650.00 | 2,080.00 |
| **Total Fees** | | | | **6,132.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# **brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6890886 |
| ATTN: DAVID MOLTON | Date | Jan 16, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: BUSINESS OPERATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through December 31, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0004 | BUSINESS OPERATIONS | 15,225.00 | 0.00 | 15,225.00 |
| | **Total** | **15,225.00** | **0.00** | **15,225.00** |

| | |
|---|---|
| Total Current Fees | $15,225.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$15,225.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                Invoice 6890886
January 16, 2020                                                                    Page 5

RE: BUSINESS OPERATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/04/19 | CICERO | ATTEND HEARING ON REMAINING WAGE ISSUES AND STRATEGY WITH D. MOLTON THEREAFTER | 3.10 | 2,015.00 |
| 12/16/19 | MOLTON | PER DIRECTION OF AHC, ANALYZE MONITOR SELECTION | 0.90 | 1,206.00 |
| 12/17/19 | MOLTON | PREPARE FOR INTERVIEW WITH MONITOR CANDIDATES SCHEDULED FOR 18 DECEMBER | 0.80 | 1,072.00 |
| 12/18/19 | CICERO | ATTEND AND REDUCE TO NOTES FOR AHC THE MONITOR INTERVIEWS | 3.20 | 2,080.00 |
| 12/18/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN INTERVIEWS OF MONITOR CANDIDATES | 4.50 | 6,030.00 |
| 12/19/19 | CICERO | DRAFT NOTES TO AHC MEMBERS RE: MONITOR SELECTION AND ANALYSIS RE: SAME | 1.90 | 1,235.00 |
| 12/19/19 | POHL | REVIEW MATERIAL RE: MONITOR SELECTION/INTERVIEWS | 0.20 | 247.00 |
| 12/20/19 | MOLTON | REVIEW MONITOR SELECTION (.2); PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH DEBTOR, UCC AND NON-CONSENTING STATE GROUP RE MONITOR SELECTION (.8) | 1.00 | 1,340.00 |
| **Total Hours and Fees** | | | **15.60** | **15,225.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 0.20 | hours at | 1,235.00 | 247.00 |
| DAVID J. MOLTON | 7.20 | hours at | 1,340.00 | 9,648.00 |
| GERARD T. CICERO | 8.20 | hours at | 650.00 | 5,330.00 |
| **Total Fees** | | | | **15,225.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brown rudnick

| | |
|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice 6890886 |
| ATTN: DAVID MOLTON | Date Jan 16, 2020 |
| BROWN RUDNICK | Client 035843 |
| 7 TIMES SQUARE | |
| NEW YORK, NY 10036 | |

RE: CASE ADMINISTRATION

## INVOICE

For professional services rendered in connection with the above captioned matter through December 31, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 10,246.00 | 0.00 | 10,246.00 |
| | **Total** | **10,246.00** | **0.00** | **10,246.00** |

| | |
|---|---|
| Total Current Fees | $10,246.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$10,246.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6890886
January 16, 2020                                                                                    Page 7

RE: CASE ADMINISTRATION

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/04/19 | DEERING | CIRCULATE PLEADINGS FILED ON 12.4.19 | 0.50 | 197.50 |
| 12/04/19 | DEERING | DRAFT SERVICE LIST FOR FEE NOTICE PARTIES | 0.50 | 197.50 |
| 12/06/19 | POHL | ADVISOR UPDATE COMMUNICATION ON NEXT STEPS | 0.30 | 370.50 |
| 12/11/19 | POHL | REVIEW UCC/NON-CONSENTING STATUS STIPULATION | 0.50 | 617.50 |
| 12/18/19 | AULET | RESOLVING PROTECTIVE ORDER ISSUES. | 0.70 | 577.50 |
| 12/19/19 | MOLTON | PREPARE FOR AND ATTEND HEARING BEFORE DRAIN J. RE VARIOUS MOTIONS AND STATUS CONFERENCE | 5.80 | 7,772.00 |
| 12/20/19 | DEERING | COORDINATE TRANSCRIPT REQUEST FROM 12/19/19 HEARING | 0.30 | 118.50 |
| 12/27/19 | DEERING | CIRCULATE PLEADINGS FILED ON 12.27.19 | 0.50 | 197.50 |
| 12/31/19 | DEERING | CIRCULATE PLEADINGS FILED ON 12.31.19 | 0.50 | 197.50 |
| | **Total Hours and Fees** | | **9.60** | **10,246.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 0.80 | hours at | 1,235.00 | 988.00 |
| DAVID J. MOLTON | 5.80 | hours at | 1,340.00 | 7,772.00 |
| KENNETH AULET | 0.70 | hours at | 825.00 | 577.50 |
| ALEXANDRA M. DEERING | 2.30 | hours at | 395.00 | 908.50 |
| **Total Fees** | | | | **10,246.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brown rudnick

| | |
|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice 6890886 |
| ATTN: DAVID MOLTON | Date Jan 16, 2020 |
| BROWN RUDNICK | Client 035843 |
| 7 TIMES SQUARE | |
| NEW YORK, NY 10036 | |

RE: CLAIMS ANALYSIS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through December 31, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0007 | CLAIMS ANALYSIS | 11,950.00 | 0.00 | 11,950.00 |
| | **Total** | **11,950.00** | **0.00** | **11,950.00** |

| | |
|---|---|
| Total Current Fees | $11,950.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$11,950.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6890886
January 16, 2020                                                                                                 Page 9

RE: CLAIMS ANALYSIS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/02/19 | MOLTON | ANALYZE BAR DATE ISSUES | 0.80 | 1,072.00 |
| 12/02/19 | CICERO | COMMENTS TO BAR DATE ISSUES | 0.60 | 390.00 |
| 12/13/19 | POHL | ATTEND BAR DATE CALL | 0.70 | 864.50 |
| 12/13/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH DEBTORS, NON-CONSENTING STATES AND AHC MEMBERS RE BAR DATE POSITIONS AND ISSUES | 1.20 | 1,608.00 |
| 12/30/19 | CICERO | REVIEW PROOF OF CLAIM FORMS AND LIST OF ISSUES AND CHANGES FOR AHC MEMBERS | 0.90 | 585.00 |
| 12/30/19 | MOLTON | REVIEW BAR DATE ISSUES, INCLUDING CLAIM FORM FINALIZATION | 2.40 | 3,216.00 |
| 12/31/19 | POHL | ATTEND BAR DATE CALLS | 0.70 | 864.50 |
| 12/31/19 | MOLTON | REVIEW CLAIM FORM DRAFTS AND LATEST ITERATION THEREOF; PARTICIPATE IN SEVERAL AHC CONFERENCE CALLS RE BAR DATE ISSUES AND CALL WITH DEBTOR, COMMITTEE, AHC AND NON-CONSENTING STATES RE SAME | 2.50 | 3,350.00 |
| | **Total Hours and Fees** | | **9.80** | **11,950.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|------|------|-------|
| STEVEN POHL | 1.40 | hours at | 1,235.00 | 1,729.00 |
| DAVID J. MOLTON | 6.90 | hours at | 1,340.00 | 9,246.00 |
| GERARD T. CICERO | 1.50 | hours at | 650.00 | 975.00 |
| **Total Fees** | | | | **11,950.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6890886 |
| ATTN: DAVID MOLTON | Date | Jan 16, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 31, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 12,414.50 | 0.00 | 12,414.50 |
| | **Total** | **12,414.50** | **0.00** | **12,414.50** |

| | |
|---|---|
| Total Current Fees | $12,414.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$12,414.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES    Invoice 6890886
January 16, 2020    Page 11

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/02/19 | CICERO | WORK ON AND DRAFT FEE APPLICATION | 1.90 | 1,235.00 |
| 12/03/19 | DEERING | DRAFT FIRST MONTHLY FEE STATEMENT | 2.50 | 987.50 |
| 12/03/19 | COHEN | STRATEGIZE REGARDING MONTHLY FEE STATEMENT AND REQUIREMENTS FOR SAME | 0.20 | 79.00 |
| 12/04/19 | COHEN | STRATEGIZE REGARDING MONTHLY FEE STATEMENT AND REQUIREMENTS FOR SAME AND EDIT PRO FORMAS | 0.40 | 158.00 |
| 12/05/19 | DEERING | MULTIPLE CONFERENCES WITH G. CICERO AND H. COHEN RE FIRST FEE STATEMENT | 0.50 | 197.50 |
| 12/05/19 | DEERING | REVIEW AND REVISE FIRST MONTHLY FEE STATEMENT | 1.50 | 592.50 |
| 12/05/19 | COHEN | STRATEGIZE REGARDING MONTHLY FEE STATEMENT | 0.30 | 118.50 |
| 12/05/19 | DEERING | FURTHER REVISIONS TO OCT MONTHLY FEE STATEMENT, TIME RECORDS AND COST DETAILS | 1.50 | 592.50 |
| 12/06/19 | DEERING | REVIEW AND REVISE OCT 2019 MONTHLY FEE STATEMENT | 3.50 | 1,382.50 |
| 12/06/19 | DEERING | EMAILS WITH G. CICIERO RE REVISIONS TO OCT 2019 MONTHLY STATEMENT | 0.20 | 79.00 |
| 12/09/19 | CICERO | REVIEW BR AND GILBERT FEE APPLICATIONS AND PREPARATION | 3.20 | 2,080.00 |
| 12/09/19 | DEERING | REVISE BR OCT 2019 MONTHLY FEE STATEMENT | 0.90 | 355.50 |
| 12/09/19 | DEERING | PREPARE, FILE AND SERVICE BROWN RUDNICK AND GILBERT MONTHLY FEE STATEMENT FOR OCT 2019 | 0.70 | 276.50 |
| 12/09/19 | CICERO | PREPARE BR MONTHLY FEE APPLICATION | 0.60 | 390.00 |
| 12/10/19 | DEERING | SERVE OCT MONTHLY FEE STATEMENT | 0.30 | 118.50 |
| 12/16/19 | CICERO | PREPARE SECOND MONTHLY FEE APPLICATION | 1.10 | 715.00 |
| 12/19/19 | POHL | REVIEW RECENTLY FILED DEBTOR PROFESSIONAL RETENTION DECLARATIONS | 0.30 | 370.50 |
| 12/20/19 | POHL | CALL WITH K. ECKSTEIN RE: AHC PROPOSED FEES | 0.80 | 988.00 |
| 12/23/19 | DEERING | DRAFT SECOND MONTHLY FEE STATEMENT | 0.60 | 237.00 |
| 12/27/19 | DEERING | DRAFT SECOND MONTLY FEE APPLICATION | 2.60 | 1,027.00 |
| 12/30/19 | DEERING | REVISE SECOND MONTHLY FEE STATEMENT | 1.10 | 434.50 |
| **Total Hours and Fees** | | | **24.70** | **12,414.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| STEVEN POHL | 1.10 | hours at | 1,235.00 | 1,358.50 |
| GERARD T. CICERO | 6.80 | hours at | 650.00 | 4,420.00 |
| HARRIET E. COHEN | 0.90 | hours at | 395.00 | 355.50 |
| ALEXANDRA M. DEERING | 15.90 | hours at | 395.00 | 6,280.50 |
| **Total Fees** | | | | **12,414.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6890886 |
| ATTN: DAVID MOLTON | Date | Jan 16, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: EMERGENCY FINANCING

**I N V O I C E**

For professional services rendered in connection with the above captioned matter through December 31, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0009 | EMERGENCY FINANCING | 30,289.50 | 0.00 | 30,289.50 |
| | **Total** | **30,289.50** | **0.00** | **30,289.50** |

| | |
|---|---:|
| Total Current Fees | $30,289.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$30,289.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6890886
January 16, 2020                                                                                          Page 14

RE: EMERGENCY FINANCING

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 11/12/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN INTERNAL AHC CALL REGARDING STRATEGY AND PLANNING FOR EMERGENCY FUND PROPOSAL BY UCC | 1.10 | 1,474.00 |
| 12/13/19 | CICERO | PREPARE FOR AND ATTEND CALL WITH NON-STATEMEMBERS RE: ERF PROPOSAL AND MARKUP; (1.0); WORK ON IMPLEMENTING MARK-UP CHANGES AND CIRCULATION OF SAME TO FULL AHC (1.2) | 2.40 | 1,560.00 |
| 12/13/19 | POHL | REVIEW ERF DRAFT | 0.20 | 247.00 |
| 12/13/19 | MOLTON | REVIEW COMMENTS TO AND REVISION OF ERF ADDRESSING NON-CONSENTING STATE AND NON-STATE COMMENTS | 1.80 | 2,412.00 |
| 12/14/19 | CICERO | DRAFT AND REVISE CUMMULATIVE MARK-UPS OF NON-STATE AHC MEMBERS MARK-UP AS WELL AS NON-CONSENTING STATE GROUP'S MARKUP | 2.50 | 1,625.00 |
| 12/15/19 | CICERO | WORK ON ERF COMMENTS WITH NON-STATEMENT AHC MEMBERS. | 1.70 | 1,105.00 |
| 12/16/19 | CICERO | COMMUNICATIONS WITH NON-STATE MEMBERS RE: MARK-UPS TO ERF AND COUNTERPROPOSALS WITH NON-CONSENTING STATE GROUPS (.8); COMMUNICATIONS WITH D. SIMON RE: TRIBE ISSUES AND COMMENTS FROM STATE MEMBERS (.3) | 1.10 | 715.00 |
| 12/16/19 | MOLTON | COMMUNICATIONS WITH NON-STATE MEMBERS RE ERF PROGRESS | 0.80 | 1,072.00 |
| 12/16/19 | MOLTON | REVIEW ERF REVISIONS | 1.20 | 1,608.00 |
| 12/17/19 | CICERO | PREPARE UPDATES FOR AHC ERF CALL (.6); ATTEND AND LEAD AHC NON-STATES MEMBERS AHC CALL RE: ERF (.8) | 1.40 | 910.00 |
| 12/17/19 | MOLTON | NUMEROUS COMMUNICATIONS WITH AHC MEMBERS AND NON-CONSENTING STATES COUNSEL RE ERF PROPOSAL AND REVISIONS; REVIEW LATEST MARK-UPS; COORDINATE REVIEW AND ISSUES | 3.60 | 4,824.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6890886
January 16, 2020                                                                    Page 15

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/18/19 | CICERO | MULTIPLE CALLS WITH NON-STATE MEMBERS RE: ERF DRAFT COMMENTS (.9); CALL WITH JOINT SUB COMMITTEE ON ERF PROPOSAL (.8); COORDINATION EMAILS WITH SUB COMMITTEE ON TURNS OF DOCUMENT, COMMENTS AND TIMING (2.1); PARTICIPATE IN POST-AHC CALL DISCUSSION ON HOW TO MOVE ERF PROPOSAL FORWARD AND EMAILS TO PROFESSIONALS AND NON-STATE MEMBERS RE: SAME (.8) | 4.60 | 2,990.00 |
| 12/19/19 | CICERO | MULTIPLE CALLS WITH AHC MEMBERS RE: REVISIONS TO ERF PROPOSAL (.9); DRAFT LANGUAGE TO SATISFACTION OF CERTAIN AHC MEMBERS (.3); STRATEGY CALL WITH D. MOLTON RE: PROGRESSING ERF DISCUSSION INTRA-AHC (.3); EMAIL TO D. MOLTON RE: SAME (.4) | 1.90 | 1,235.00 |
| 12/19/19 | POHL | REVIEW LATEST ERF DRAFT | 0.50 | 617.50 |
| 12/20/19 | CICERO | ESTABLISH AND ATTEND ERF CALL WITH NON-STATE MEMBERS OF AHC | 1.40 | 910.00 |
| 12/20/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH AHC NON-STATE MEMBERS RE ERF PROGRESS; ATTENTION TO EDIT AND DRAFTING OF ERF PROPOSAL | 1.60 | 2,144.00 |
| 12/23/19 | CICERO | ESTABLISH AND ATTEND CALL RE: ERF SUBCOMMITTEE (1.8); CONTINUED WORK ON COORDINATING ERF RESPONSE (.7) | 2.50 | 1,625.00 |
| 12/31/19 | MOLTON | REVIEW STATUS AND PROGRESS OF ERF PROPOSAL AND STATUS OF AGREEMENT BETWEEN AHC STATE AND NON-STATE MEMBERS RE SAME | 2.40 | 3,216.00 |
| | **Total Hours and Fees** | | **32.70** | **30,289.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|--|------|-------|
| STEVEN POHL | 0.70 | hours at | 1,235.00 | 864.50 |
| DAVID J. MOLTON | 12.50 | hours at | 1,340.00 | 16,750.00 |
| GERARD T. CICERO | 19.50 | hours at | 650.00 | 12,675.00 |
| **Total Fees** | | | | **30,289.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6890886 |
| ATTN: DAVID MOLTON | Date | Jan 16, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY
PROCEEDINGS, AND AUTOMATIC STAY

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 31, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 23,629.00 | 0.00 | 23,629.00 |
| | **Total** | **23,629.00** | **0.00** | **23,629.00** |

|  |  |
|---|---|
| Total Current Fees | $23,629.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$23,629.00** |



RE: LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 10/10/19 | MOLTON | PREPARE FOR AND ATTEND HEARING BEFORE JUDGE DRAIN REGARDING SECOND DAY MOTIONS | 6.50 | 8,710.00 |
| 12/03/19 | POHL | REVIEW MATERIAL RE: UPCOMING HEARING | 0.20 | 247.00 |
| 12/04/19 | POHL | REVIEW DUE DILIGENCE MATTERS | 0.40 | 494.00 |
| 12/04/19 | POHL | TELEPHONIC HEARING PARTICIPATION | 1.30 | 1,605.50 |
| 12/04/19 | MOLTON | PREPARE FOR, TRAVEL TO AND ATTEND HEARING IN BANKRUPTCY COURT REGARDING WAGES MOTION; NUMEROUS COMMUNICATIONS WITH COUNSEL REGARDING CASE, CASE ISSUES AND STATUS | 8.00 | 10,720.00 |
| 12/19/19 | POHL | ATTEND TELEPHONIC HEARING | 1.50 | 1,852.50 |
| | **Total Hours and Fees** | | **17.90** | **23,629.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|-----|------|-------|
| STEVEN POHL | 3.40 | hours at | 1,235.00 | 4,199.00 |
| DAVID J. MOLTON | 14.50 | hours at | 1,340.00 | 19,430.00 |
| **Total Fees** | | | | **23,629.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6890886 |
| Date | Jan 16, 2020 |
| Client | 035843 |

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC
COMMITTEE & CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 31, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 95,608.50 | 0.00 | 95,608.50 |
| | **Total** | **95,608.50** | **0.00** | **95,608.50** |

| | |
|---|---|
| Total Current Fees | $95,608.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$95,608.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6890886
January 16, 2020                                                                                            Page 19

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 10/05/19 | MOLTON | NUMEROUS COMMUNICATIONS INTERNALLY WITH AHC AND WITH DPW RE NEGOTIATION AND FINALIZATION OF TERM SHEET | 7.50 | 10,050.00 |
| 12/02/19 | CICERO | DRAFT AGENDA FOR NON-STATE CALL | 0.30 | 195.00 |
| 12/03/19 | CICERO | PREPARE FOR AND ASSIST IN LEADING NON-STATE AHC CALL ON COMMITTEE AGENDA ITEMS, INCLUDING DISCUSSION OF UPCOMING ACTION ITEMS | 1.70 | 1,105.00 |
| 12/03/19 | POHL | GROUP CALL WITH CREDITORS GROUPS RE: CHINA INVESTIGATION ( 1.0) AND REVIEW OF MATERIAL RE: SAME IN ADVANCE OF CALL (1.0) | 2.00 | 2,470.00 |
| 12/03/19 | POHL | FOLLOW UP CALL WITH FTI TEAM RE: IAC ASSETS | 0.50 | 617.50 |
| 12/03/19 | POHL | ACH GROUP UPDATES ASK TASK DISCUSSIONS | 0.50 | 617.50 |
| 12/03/19 | POHL | WEEKLY UPDATE CALL WITH AHC "NON-STATE" MEMBERS | 0.80 | 988.00 |
| 12/03/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN ERF CALL WITH AHC | 1.10 | 1,474.00 |
| 12/03/19 | MOLTON | PREPARE FOR AND CONDUCT NON STATE BI WEEKLY UPDATE CALL | 0.90 | 1,206.00 |
| 12/03/19 | AULET | PREPARING FOR AND MEETING WITH NON-STATE AHC MEMBERS TO DISCUSS NDA ISSUES. | 1.00 | 825.00 |
| 12/04/19 | POHL | REVIEW MATERIAL RE: COMMITTEE UPDATES | 1.20 | 1,482.00 |
| 12/05/19 | CICERO | PREPARE FOR AND ATTEND FULL AHC CALL. | 1.40 | 910.00 |
| 12/05/19 | MOLTON | PARTICIPATE IN WEEKLY AHC CONFERENCE CALL | 0.50 | 670.00 |
| 12/05/19 | POHL | WEEKLY AD HOC COMMITTEE CALL | 1.20 | 1,482.00 |
| 12/06/19 | POHL | ATTEND IN PERSON MEETING WITH SACKLER FAMILIES FOR DEFENSE PRESENTATION | 5.00 | 6,175.00 |
| 12/06/19 | MOLTON | ATTEND MEETING AT MILBANK WITH DEBTORS, FAMILIES' COUNSEL, UCC, NON-CONSENTING STATES AND RHC RE FAMILIES' PRESENTATION AS TO STRENGTH, VIABILITY AND DEFENSES OF CLAIMS ASSIGNMENT FROM MEMBERS | 8.00 | 10,720.00 |



| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/09/19 | MOLTON | COMMUNICATE WITH SHEILA BIRNBAUM, CITY OF PHILADELPHIA, AND MASSACHUSETTS RE MONITOR SELECTION; REVIEW CV'S OF VARIOUS MONITOR CANDIDATES | 1.70 | 2,278.00 |
| 12/09/19 | POHL | REVIEW AND COMMENT ON AHC MEETING AGENDA | 0.20 | 247.00 |
| 12/10/19 | POHL | REVIEW FTI DILIGENCE DECKS IN PREPARATION FOR AD HOC COMMITTEE MEETINGS | 1.10 | 1,358.50 |
| 12/10/19 | POHL | AD HOC COMMITTEE MEETING TO PREPARE FOR NEXT DAY ALL HANDS MEETING WITH COMPANY | 3.30 | 4,075.50 |
| 12/10/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH AHC COUNSEL RE PREP FOR 12 DECEMBER MEETING AND ADDRESSING MATTERS AT HAND | 1.10 | 1,474.00 |
| 12/12/19 | CICERO | ATTEND AHC MEETING RE: DILIGENCE AND ERF | 7.60 | 4,940.00 |
| 12/12/19 | POHL | ATTEND AD HOC COMMITTEE MEETING COVERING FULL CASE AGENDA (INCLUDING SOME MEETING TIME WITH NON-CONSENTING STATES REPRESENTATIVES ON EMERGENCY RELIEF FUND) | 7.00 | 8,645.00 |
| 12/12/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN ALL DAY FULL AHC MEETING RE VARIOUS ISSUES, INCLUDING MONITOR, PRESENTATION BY FTI RE COMPANY AND FAMILY, ERF AND COOPERATION WITH NON-CONSENTING STATES RE ALL ISSUES | 8.70 | 11,658.00 |
| 12/13/19 | POHL | REVIEW CLIENT COMMUNICATIONS RE: UPDATES | 0.20 | 247.00 |
| 12/13/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH NON CONSENT STATE AHC MEMBERS | 1.50 | 2,010.00 |
| 12/17/19 | POHL | CALL WITH NON-STATES GROUP | 0.50 | 617.50 |
| 12/17/19 | POHL | ACH ADVISOR PRE-CALL ON CASE ISSUES | 0.50 | 617.50 |
| 12/17/19 | POHL | UCC, ACH, DEBTOR ADVISOR CALL ON | 0.90 | 1,111.50 |
| 12/18/19 | POHL | REVIEW MATERIAL TO PREPARE FOR CLIENT CALL | 0.60 | 741.00 |
| 12/18/19 | POHL | AHC WEEKLY CALL | 1.40 | 1,729.00 |
| 12/18/19 | MOLTON | COMMUNICATE WITH COUNSEL FOR AHC REGARDING VARIOUS ISSUES INCLUDING ERF | 0.80 | 1,072.00 |
| 12/18/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH NON-STATE MEMBERS REGARDING ERF PROGRESS AND ISSUES | 0.90 | 1,206.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
January 16, 2020

Invoice 6890886
Page 21

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/18/19 | MOLTON | PREPARE FOR AND PARTICIPATE IN WEEKLY AHC CALL REGARDING NUMEROUS ISSUES | 1.20 | 1,608.00 |
| 12/18/19 | MOLTON | REVIEW, EDIT AND CIRCULATE PROPOSED POINTS REGARDING ERF PROGRESS FOR PRESENTATION TO JUDGE DRAIN AT 19 DECEMBER HEARING | 0.70 | 938.00 |
| 12/18/19 | MOLTON | COMMUNICATE WITH VARIOUS AHC STATE AND NON-STATE MEMBERS REGARDING ERF PROPOSAL PROGRESS AND ISSUES | 0.90 | 1,206.00 |
| 12/19/19 | MOLTON | NUMEROUS CONFERENCES AND COMMUNICATIONS WITH AHC MEMBERS AND NON-CONSENTING GROUP RE ERF NEGOTIATION AND PROGRESS AND MONITOR SELECTION | 2.60 | 3,484.00 |
| 12/20/19 | POHL | DRAFT CLIENT UPDATE TO AHC MEMBERS | 0.30 | 370.50 |
| 12/20/19 | MOLTON | NUMEROUS DISCUSSIONS WITH COMMITTEE MEMBERS AND COUNSEL RE VARIOUS AGENDA ITEMS FOR DISCUSSION WITH DEBTOR AND NON-CONSENTING STATE GROUPS | 1.40 | 1,876.00 |
| 12/24/19 | POHL | CALL WITH AHC PROFESSIONALS RE TASKS AND FOLLOW UP | 0.40 | 494.00 |
| 12/30/19 | POHL | REVIEW AND COMMENT IN SEVERAL CASE UPDATES | 0.50 | 617.50 |
| | **Total Hours and Fees** | | **79.60** | **95,608.50** |

## T I M E  S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 28.10 | hours at | 1,235.00 | 34,703.50 |
| DAVID J. MOLTON | 39.50 | hours at | 1,340.00 | 52,930.00 |
| GERARD T. CICERO | 11.00 | hours at | 650.00 | 7,150.00 |
| KENNETH AULET | 1.00 | hours at | 825.00 | 825.00 |
| **Total Fees** | | | | **95,608.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brown rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| Invoice | 6890886 |
| Date | Jan 16, 2020 |
| Client | 035843 |

RE: NON-WORKING TRAVEL

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 31, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0012 | NON-WORKING TRAVEL | 8,571.01 | 0.00 | 8,571.01 |
| | **Total** | **8,571.01** | **0.00** | **8,571.01** |

| | |
|---|---|
| CURRENT FEES | $8,571.01 |
| Less 50% Non-Working Travel Reduction | (4,285.51) |
| Total Current Fees | $4,285.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$4,285.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES

January 16, 2020

Invoice 6890886

Page 23

RE: NON-WORKING TRAVEL

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/06/19 | POHL | RETRUN TRAVEL FROM NYC TO POST POST MEETING | 1.00 | 1,235.00 |
| 12/10/19 | POHL | TRAVEL TO NYC FOR MEETINGS | 0.60 | 741.00 |
| 12/12/19 | POHL | RETURN TRAVEL (NY TO BOSTON) POST MEETINGS | 1.00 | 1,235.00 |
| 12/23/19 | MOLTON | TRAVEL TO/FROM CONFERENCE AT MOTLEY RICE IN WASHINGTON DC | 4.00 | 5,360.01 |
| **Total Hours and Fees** | | | **6.60** | **8,571.01** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 2.60 | hours at | 1,235.00 | 3,211.00 |
| DAVID J. MOLTON | 4.00 | hours at | 1,340.00 | 5,360.01 |
| **Total Fees** | | | | **8,571.01** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brown rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6890886 |
| Date | Jan 16, 2020 |
| Client | 035843 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 31, 2019:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 13,055.00 | 0.00 | 13,055.00 |
| | **Total** | **13,055.00** | **0.00** | **13,055.00** |

| | |
|---|---|
| Total Current Fees | $13,055.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$13,055.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6890886
January 16, 2020                                                          Page 25


RE: PLAN AND DISCLOSURE STATEMENT

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/04/19 | POHL | REVIEW FAMILY DISCLOSURES | 0.80 | 988.00 |
| 12/10/19 | CICERO | ATTEND PROFESSIONALS AHC MEETING RE: IACS AND DEAL PROGRESSION WITH FTI | 1.70 | 1,105.00 |
| 12/10/19 | POHL | AD HOC COMMITTEE PROFESSIONALS CASE/STRATEGY CALL RE: DEAL PROGRESSION | 1.80 | 2,223.00 |
| 12/17/19 | CICERO | REVIEW AND ANALYZE RSA/ PLAN OUTLINE AND COMPARE TO TERM SHEET, UCC STIP, INJUNCTION ORDER, AHC DRAFT STIP. (2.5); DRAFT INTERNAL NOTES AND COMMENTS TO THE SAME (2.1) | 4.60 | 2,990.00 |
| 12/17/19 | POHL | REVIEW RSA/DOCUMENTATION OUTLINE | 1.60 | 1,976.00 |
| 12/19/19 | AULET | STRATEGIZING REGARDING PLAN STRUCTURES. | 1.00 | 825.00 |
| 12/20/19 | MOLTON | PREPARE FOR MEETING WITH COMMITTEE MEMBERS ON 23 DECEMBER RE LEGAL ISSUES RE POTENTIAL RSA AND PLAN STRUCTURES | 2.20 | 2,948.00 |
| **Total Hours and Fees** | | | **13.70** | **13,055.00** |


## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| STEVEN POHL | 4.20 | hours at | 1,235.00 | 5,187.00 |
| DAVID J. MOLTON | 2.20 | hours at | 1,340.00 | 2,948.00 |
| GERARD T. CICERO | 6.30 | hours at | 650.00 | 4,095.00 |
| KENNETH AULET | 1.00 | hours at | 825.00 | 825.00 |
| **Total Fees** | | | | **13,055.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6890886 |
| ATTN: DAVID MOLTON | Date | Jan 16, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES



**Balance Due: $222,835.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
399 Park Avenue
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 6792734594