**Tate Grossman Kelly & Iaccarino**
1248 Montauk Highway
West Islip, NY 11795
Telephone (631) 352-0146
*Mark A. Tate, Esq.*
*David Grossman, Esq.*
*Dennis Kelly, Esq.*
*Riccardo Iaccarino, Esq.*

**Counsel for** Village of Amityville, NY; Town of Babylon, NY; Village of Babylon, NY; Bacon County, GA; City of Bayonne, NJ; Village of Bellport, NY; City of Blackshear, GA; Town of Brookhaven, NY; City of Brunswick, GA; Chatham County, GA; Town of Clarkstown, NY; City of Clifton, NJ; Town of Clinton, NJ; Dade County, GA; City of Demorest, GA; East Hampton Village, NY; Incorporated Village of East Rockaway NY; City of Elizabeth, NJ; Incorporated Village of Farmingdale, NY; Incorporated Village of Floral Park, NY; Incorporated Village of Garden City, NY; Village of Greenport, NY; Town of Haverstraw, NY; Town of Hempstead, NY; Village of Hempstead, NY; Town of Huntington, NY; Incorporated Village of Island Park, NY; Incorporated Village of Islandia, NY; Town of Islip, NY; Incorporated Village of Lake Grove NY; Incorporated Village of Lawrence, NY; Incorporated Village of Lindenhurst, NY; Incorporated Village of Lloyd Harbor, NY; City of Long Beach, NY; Incorporated Village of Lynbrook, NY; Incorporated Village of Massapequa Park, NY; Incorporated Village of Mill Neck, NY; Village of Millerton, NY; Incorporated Village of New Hyde Park, NY; Incorporated Village of Nissequogue, NY; Town of North Hempstead, NY; Incorporated Village of Northport, NY; Incorporated Village of Old Westbury, NY; Town of Orangetown, NY; Town of Oyster Bay, NY; Borough of Paramus, NJ; Incorporated Village of Patchogue, NY; Pierce County, GA; City of Pooler, GA; Incorporated Village of Poquott, NY; Village of Port Washington North, NY; City of Richmond Hill, GA; City of Alma, GA; Town of Riverhead, NY; Village of Saltaire, NY; Town of Smithtown, NY; Town of Southampton, NY; Town of Southold, NY; Village of Stewart Manor, NY; Village of Suffern, NY; Incorporated Village of Valley Stream, NY; Village of the Branch, NY; Town of Wappinger, NY; Village of Wappinger Falls, NY. Incorporated Village of West Hampton Dunes, NY; Village of West Haverstraw, NY; & Incorporated Village of Westbury, NY; Town of Ramapo, NY; Town of Stony Point, NY.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA, L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | |

**<u>OBJECTION PURSUANT TO FIFTH AMENDED ORDER PURSUANT TO 11 U.S.C. §105(a) GRANTING MOTION FOR A PRELIMINARY INJUNCTION</u>**

1

COMES NOW Plaintiffs herein and notify the court of their objection to the courts Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) enjoining commencement of litigation against Purdue Pharma, L.P., *et al*.

Dated: Suffolk County, New York
January 31, 2020

                                            TATE, GROSSMAN, KELLY & IACCARINO

                                            */s/ Mark A. Tate*
                                            Mark A. Tate, Esq.
                                            Georgia Bar No. 698820
                                            David Grossman, Esq.
                                            New York Bar No. 2693919
                                            Dennis Kelly, Esq.
                                            New York Bar No. 2205151
                                            Riccardo Iaccarino, Esq.
                                            New York Bar No. 2314557

                                            1248 Montauk Highway
                                            West Islip, NY 11795
                                            Telephone (631) 352-0146
                                            Fax (631) 352-0147
                                            dgrossman@kellyandgrossman.com
                                            dkelly@kellyandgrossman.com
                                            marktate@tatelawgroup.com
                                            riaccarino@bislawfirm.com

                                            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objection Pursuant to Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of records in this case.

Dated: Suffolk County, New York
January 31, 2020

                                                  TATE, GROSSMAN, KELLY & IACCARINO

                                                 */s/ Mark A. Tate*
Mark A. Tate, Esq.
Georgia Bar No. 698820
David Grossman, Esq.
New York Bar No. 2693919
Dennis Kelly, Esq.
New York Bar No. 2205151
Riccardo Iaccarino, Esq.
New York Bar No. 2314557

1248 Montauk Highway
West Islip, NY 11795
Telephone (631) 352-0146
Fax (631) 352-0147
dgrossman@kellyandgrossman.com
dkelly@kellyandgrossman.com
marktate@tatelawgroup.com
riaccarino@bislawfirm.com

*Attorneys for Plaintiffs*

3