JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:     (212) 326-3939
Facsimile:     (212) 755-7306
Email:         jjnormile@jonesday.com
               akordas@jonesday.com

*Special Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**AFFIDAVIT OF SERVICE**

STATE OF OHIO           )
                        ) SS:
COUNTY OF CUYAHOGA )

    Monika T. Barrios, being duly sworn, deposes and says:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1.  I am employed by Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190. I am over eighteen years of age, and am not a party to the above-captioned proceeding.

2.  On January 29, 2020, I caused to be served a true and correct copy of the following document:

- *First Monthly Fee Statement of Jones Day For Compensation For Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors For the Period From September 15, 2019 Through November 30, 2019* [Docket No. 788]

via the Court's electronic case filing and noticing system, as well as by e-mail, and by United States First Class mail, as detailed on Exhibit A, attached hereto.
.

/s/ Monika T. Barrios
Monika T. Barrios

SWORN TO AND SUBSCRIBED before
me this 31st day of January, 2020

/s/ Mark Walters
Mark Walters, Notary Public

Notary Public, State of Ohio
Qualified in Cuyahoga County
Commission Expires August 26, 2020

2

# Exhibit A

By e-mail upon the following:

| | |
|---|---|
| Jon Lowne | Jon.Lowne@pharma.com |
| Christopher Robertson | christopher. robertson@davispolk.com |
| Dylan Consla | dylan.consla@ davispolk.com |
| Arik Preis | apreis@akingump.com |
| Sara L. Brauner | sbrauner@ akingump.com |
| Justin R. Alberto | jalberto@ bayardlaw.com |
| Daniel N. Brogan | dbrogan@bayardlaw.com |
| Paul K. Schwartzberg | Paul.Schwartzberg@usdoj.gov |

By First Class U.S. Postage-Paid Mail:

| | |
|---|---|
| Purdue Pharma L.P.<br>Attn: Jon Lowne<br>201 Tresser Blvd<br>Stamford, CT 06901 | Davis Polk & Wardwell LLP<br>Attn: Christopher Robertson, Esq.<br>      Dylan Consla, Esq.<br>450 Lexington Avenue<br>New York, New York 10017 |
| Akin Gump Strauss Hauer & Feld LLP<br>Attn: Arik Preis, Esq.<br>      Sara L. Brauner, Esq.<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 | Bayard, P.A.<br>Attn: Justin R. Alberto, Esq.<br>      Daniel N. Brogan, Esq.<br>600 N. King Street<br>Suite 400<br>Wilmington, DE 19801 |
| Office of the United States Trustee<br>Attn: Paul K. Schwartzberg<br>U.S. Federal Office<br>Building, 201 Varick Street<br>Suite 1006<br>New York, New York 10014 | |