Kami E. Quinn
Gilbert LLP
1100 New York Avenue, NW
7th Floor
Washington, DC 20005
Tele: 202.772.2200
Fax: 202.772.3333
Email: quinnk@gotofirm.com

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  | : |  |
|---|---|---|
| *In re:* | : |  |
|  | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : |  |
|  | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**THIRD MONTHLY FEE STATEMENT OF GILBERT LLP, FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS CO-COUNSEL TO THE AD HOC COMMITTEE OF
GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS
<u>FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019</u>**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant: | Gilbert LLP |
|---|---|
| Authorized to provide professional services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 (Docket #553) |
| Period for which compensation and reimbursement is sought: | December 1, 2019 through December 31, 2019 |
| Amount of compensation sought as actual, reasonable, and necessary: | $88,959.40 (80% of $111,199.25) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $9,828.20 (100%) |
| This is a: | Monthly Fee Statement |

Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 365 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement*

*Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* entered by

this Court on December 2, 2019 [Docket #553] (the "**Reimbursement Order**"), and the *Order*

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained*

*Professionals* [Docket #529] (the "**Procedures Order**"), the law firm of Gilbert LLP ("**Gilbert**

**LLP**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation

Claimants (the "**AHC**"), hereby submits this third monthly fee statement (the "**Monthly Fee**

**Statement**") for legal services rendered and reimbursement for expenses incurred for the period

commencing December 1, 2019 through December 31, 2019 (the "**Application Period**").

### Itemization of Services Rendered and Expenses Incurred

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours

expended and fees incurred by professionals and paraprofessionals during the Application Period

by project category.  As reflected on Exhibit A, Gilbert LLP incurred $111,199.25 in fees during

the Application Period.  Pursuant to this Monthly Fee Statement, Gilbert LLP seeks

reimbursement of 80% of such fees, totaling $88,959.40.

2.      Annexed hereto as **Exhibit B** is a chart of Gilbert LLP's professionals and

paraprofessionals, including title, hourly rate, number of hours billed, and total fees of each

attorney and paraprofessional who rendered services to the AHC in connection with these

chapter 11 proceedings during the Application Period.  The blended hourly rate of the attorneys

during the Application Period is $913.66.  The blended hourly rate of paraprofessionals during

the Application Period is $238.20.

3.      Annexed hereto as **Exhibit C** is the summary of reasonable and necessary

expenses incurred during the Application Period.  As reflected on Exhibit C, Gilbert LLP

incurred $9,828.20 in expenses during the Application Period.  Pursuant to this Monthly Fee

Statement, Gilbert LLP seeks reimbursement of 100% of such expenses, totaling $9,828.20.

4.      Annexed hereto as **Exhibit D** are the time records of Gilbert LLP for the

Application Period, organized by project category with a daily log detailing the time spent by

each professional and an itemization of expenses.

5.      Pursuant to the Reimbursement Order, Gilbert LLP has separately recorded

services performed relating to allocation of value among the Debtors' creditors, and to the best of

Gilbert LLP's knowledge, has not included time relating to intercreditor allocation in this

Monthly Fee Statement.

## FILING AND SERVICE

6.      This Monthly Fee Statement will be filed and served in accordance with the

directives in the Procedures Order.

7.      Pursuant to the Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Monthly Fee Statement, serve via email, to the Notice Parties (as defined in the Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue.

8.      If an objection is timely served pursuant to the Procedures Order, the Debtors shall be authorized and directed to pay Gilbert LLP the amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue.  It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Gilbert LLP respectfully requests compensation in the amount of $88,959.40 (80% of $111,199.25) and reimbursement of reasonable and necessary expenses incurred in the amount of $9,828.20 (100%), for a total amount of $98,787.60, for the Application Period.

Dated:  February 5, 2020
          Washington, DC

Respectfully submitted,

**GILBERT LLP**


*/s/ Kami E. Quinn*
Kami E. Quinn
1100 New York Avenue, NW
7th Floor
Washington, DC 20005
Tele: 202.772.2200
Fax: 202.772.3333
Email: quinnk@gotofirm.com

*Counsel for the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants.*

**<u>Exhibit A</u>**

**<u>Summary of Services by Category</u>**

**SUMMARY OF SERVICES BY PROJECT CATEGORIES**

| Project Code | Project Category | Hours Billed in Period | Fees for Period |
|---|---|---|---|
| A001 | Asset Analysis & Recovery | 58.5 | $48,056.00 |
| A003 | Business Operations | 0.9 | $855.00 |
| A004 | Case Administration | 22.7 | $5,013.50 |
| A005 | Claims Analysis | 1.9 | $1,805.00 |
| A006 | Employment / Fee Applications | 4.4 | $1,210.00 |
| A007 | Emergency Relief Fund | 4.3 | $3,515.00 |
| A009 | Meetings / Communications with AHC & Creditors | 25.4 | $29,501.00 |
| A015 | Non-Working Travel Time (Billed @ 50%) | 18.3 | $11,538.75 |
| A019 | Plan of Reorganization / Disclosure Statement | 10.0 | $9,705.00 |
| | | **146.4** | **$111,199.25** |

**Exhibit B**

**Summary of Compensation by Professional**

**SUMMARY OF COMPENSATION BY PROFESSIONAL**

| Name of Professional | Position / Year Admitted to Practice | Hourly Billing Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| Scott D. Gilbert | Partner / District of Columbia - 1979 U.S. Court of Appeals for the District of Columbia – 1980 U.S. Court of International Trade - 1984 U.S. Supreme Court - 1987 U.S. District Court for the District of Columbia – 2008 Cherokee Nation - 2017 U.S. Court of Federal Claims - 2019 | $1,500.00 $750.00 | 28.9 11.5 | $43,350.00 $8,625.00 |
| Kami E. Quinn | Partner / Commonwealth of Virginia – 2000 District of Columbia – 2006 U.S. Court of Appeals for the Third Circuit – 2009 | $950.00 $475.00 | 26.0 4.5 | $24,700.00 $2,137.50 |
| Jenna Hudson | Partner / State of Maryland – 2010 State of Massachusetts – 2010 District of Columbia - 2011 U.S. District Court for the District of Maryland – 2011 U.S. Court of Appeals for the First Circuit – 2015 U.S. Supreme Court - 2016 Cherokee Nation – 2017 U.S. District Court for the District of Columbia - 2019 | $675.00 $337.50 | 11.3 2.3 | $7,627.50 $776.25 |
| Monique Abrishami | Of Counsel / State of Florida – 2009 District of Columbia - 2019 | $640.00 | 0.5 | $320.00 |
| Emily Grim | Associate / Commonwealth of Pennsylvania – 2010 State of Illinois – 2010 District of Columbia – 2012 U.S. District Court for the District of Columbia - 2016 U.S. Court of Federal Claims – 2020 | $600.00 | 0.2 | $120.00 |
| Daniel Wolf | Associate / State of New York – 2011 District of Columbia – 2013 Southern District of New York – 2011 U.S. Court of Appeals for the Ninth Circuit – 2012 | $600.00 | 13.3 | $7,980.00 |
| Adam Farra | Associate / State of Maryland – 2011 District of Columbia – 2015 U.S. Court of Appeals for the Second Circuit – 2017 | $570.00 | 5.1 | $2,907.00 |
| Benjamin Massarsky | Associate / State of New York – 2011 District of Columbia – 2012 U.S. District Court for the District of Columbia – 2012 State of Maryland - 2016 | $500.00 | 9.4 | $4,700.00 |
| Christian Carey | Law Clerk – Joined firm in 2019 | $325.00 | 4.6 | $1,495.00 |
| Lauren Fastenau | Paralegal – Joined firm in 2019 | $300.00 | 1.2 | $360.00 |
| Alyssa Bonesteel | Paralegal – Joined firm in 2018 | $225.00 | 2.4 | $540.00 |
| Katherine Johnson | Paralegal – Joined firm in 2018 | $225.00 | 9.5 | $2,137.50 |

| Name of Professional | Position / Year Admitted to Practice | Hourly Billing Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| Sherley Martinez | Paralegal – Joined firm in 2017 | $225.00 | 1.9 | $427.50 |
| Gabriella Foster | Project Assistant – Joined firm in 2019 | $190.00 | 9.4 | $1,786.00 |
| Peggy Holland | Litigation Specialist – Joined firm in 2002 | $275.00 | 4.4 | $1,210.00 |
| | Totals | | 146.4 | $111,199.25 |
| | Attorney Blended Rate | $913.66 | | |
| | Paraprofessional Blended Rate | $238.20 | | |

**Exhibit C**

**Summary of Expenses Incurred**

## SUMMARY OF EXPENSES INCURRED

| DESCRIPTION | Total Expenses for Period |
|---|---|
| Contracted Professional Fees – Litigation Support Vendor | $620.10 |
| Pacer | $33.90 |
| Westlaw | $82.19 |
| Travel – Airfare (Coach Fare) | $1,955.05 |
| Travel – Lodging (Standard Room Rate) | $5,320.76 |
| Travel – Meals | $135.88 |
| Travel – Taxi Fare | $18.32 |
| Travel – Train Fare (Coach Fare) | $1,662.00 |
| | **$9,828.20** |

**Exhibit D**

**Time and Expense Detail**

# GILBERT LLP

1100 New York Avenue, NW
Suite 700
Washington, DC 20005
O 202.772.2200
F 202.772.3333

GilbertLegal.com

February 5, 2020

Ad Hoc Committee
c/o Marshall S. Huebner
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

Invoice Number:    11318805
Client Number:           1599
Tax ID:          52-2283869

---

**FOR PROFESSIONAL SERVICES RENDERED through December 31, 2019**

**Re:   Ad Hoc Committee (Purdue)**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Purdue Bankruptcy | 111,199.25 | 9,828.20 | 121,027.45 |
| **Total** | **111,199.25** | **9,828.20** | **121,027.45** |

| | |
|---|---|
| TOTAL FEES | $ 111,199.25 |
| TOTAL EXPENSES | $ 9,828.20 |
| **TOTAL FEES AND EXPENSES** | **$ 121,027.45** |



**FOR PROFESSIONAL SERVICES RENDERED through December 31, 2019**

**Purdue Bankruptcy**

**A001: Asset Analysis & Recovery**

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 12/02/19 | Confer with S. Birnbaum and others re insurance. | .80 | 1,200.00 |
| Hudson, J. | 12/02/19 | Confer with S. Gilbert re next steps on insurance analysis. | .20 | 135.00 |
| Hudson, J. | 12/02/19 | Confer with S. Birnbaum, D. Gentin Stock, A. Kramer, and S. Gilbert re insurance asset. | .80 | 540.00 |
| Hudson, J. | 12/02/19 | Review and update summary of insurance analysis in advance of call with S. Birnbaum, D. Gentin Stock, A. Kramer, and S. Gilbert re insurance asset. | .80 | 540.00 |
| Massarsky, B. | 12/02/19 | Confer with KCIC re outstanding issues/questions with Purdue policy analysis. | .20 | 100.00 |
| Gilbert, S. | 12/03/19 | Confer with K. Quinn re strategy. | .40 | 600.00 |
| Gilbert, S. | 12/06/19 | Attend Sackler presentation. | 8.00 | 12,000.00 |
| Hudson, J. | 12/08/19 | Revise strategy memorandum; draft template notice letters; communicate with S. Gilbert re status. | 1.80 | 1,215.00 |
| Hudson, J. | 12/09/19 | Revise strategy memorandum and prepare for strategy meeting with S. Birnbaum, D. Gentin Stock, A. Kramer, C. Ricarte, and S. Gilbert. | 2.20 | 1,485.00 |
| Gilbert, S. | 12/10/19 | Meet with S. Birnbaum and others re insurance. | 2.00 | 3,000.00 |
| Hudson, J. | 12/10/19 | Prepare for meeting with S. Birnbaum, D. Gentin Stock, A. Kramer, C. Ricarte, and S. Gilbert re insurance asset. | .40 | 270.00 |
| Hudson, J. | 12/10/19 | Meet with S. Birnbaum, D. Gentin Stock, A. Kramer, C. Ricarte, and S. Gilbert re insurance asset. | 1.60 | 1,080.00 |
| Gilbert, S. | 12/11/19 | Meet with S. Birnbaum re strategy. | 1.00 | 1,500.00 |
| Hudson, J. | 12/12/19 | Confer with A. Kramer, A. Currin, and KCIC re additional D&O policies produced by Purdue. | .20 | 135.00 |
| Gilbert, S. | 12/13/19 | Confer with J. Uzzi. | .50 | 750.00 |
| Hudson, J. | 12/13/19 | Confer with KCIC and B. Massarsky re policy productions. | .20 | 135.00 |
| Massarsky, B. | 12/13/19 | Confer with KCIC and J. Hudson re status of policy review. | .20 | 100.00 |
| Hudson, J. | 12/14/19 | Confer with KCIC and Gilbert team re updating and fleshing out analysis of Directors' and Officers' coverage and insolvency issues. | 1.10 | 742.50 |

Invoice Number: 11318805
February 5, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Carey, C. | 12/14/19 | Communicate with J. Hudson, D. Wolf and B. Massarsky re analyzing potential coverage and D&O policy. | .30 | 97.50 |
| Hudson, J. | 12/15/19 | Draft template for confirmatory notice letters to insurers. | 1.80 | 1,215.00 |
| Carey, C. | 12/15/19 | Communicate with J. Hudson, D. Wolf and B. Massarsky re coverage charts priority, revision, and access to Box and Ligado. | .30 | 97.50 |
| Gilbert, S. | 12/16/19 | Confer with D. Molton; confer with J. Uzzi. | .80 | 1,200.00 |
| Hudson, J. | 12/16/19 | Revise letter re Bermuda arbitration. | .10 | 67.50 |
| Wolf, D. | 12/16/19 | Review potential D&O coverage. | 3.40 | 2,040.00 |
| Massarsky, B. | 12/16/19 | Confer with KCIC and A. Currin re status of Purdue document productions. | .70 | 350.00 |
| Farra, A. | 12/16/19 | Revise letter to Purdue re insurance arbitration. | .80 | 456.00 |
| Carey, C. | 12/16/19 | Confer with D. Wolf re Bermuda tower insurers. | .20 | 65.00 |
| Carey, C. | 12/16/19 | Confer with S. Martinez re claims analysis and payment. | .20 | 65.00 |
| Carey, C. | 12/16/19 | Communicate with D. Wolf re Bermuda tower insurers. | .30 | 97.50 |
| Carey, C. | 12/16/19 | Communicate with KCIC, D. Wolf, and B. Massarsky re project coordination and next steps. | .30 | 97.50 |
| Carey, C. | 12/16/19 | Communicate with KCIC, D. Wolf, and B. Massarsky re coverage-chart analyses. | .60 | 195.00 |
| Gilbert, S. | 12/17/19 | Confer re Sackler liability. | 1.20 | 1,800.00 |
| Gilbert, S. | 12/17/19 | Confer re investment banker. | 1.00 | 1,500.00 |
| Wolf, D. | 12/17/19 | Review potential D&O coverage. | 2.60 | 1,560.00 |
| Martinez, S. | 12/17/19 | Research re Bermuda towers review. | 1.90 | 427.50 |
| Massarsky, B. | 12/17/19 | Confer with D. Wolf re D&O policy analysis. | .80 | 400.00 |
| Massarsky, B. | 12/17/19 | Confer with KCIC and A. Currin re Purdue D&O policy analysis. | .70 | 350.00 |
| Massarsky, B. | 12/17/19 | Confer with counsel for Purdue re policies; correspond with D&O insurers. | .40 | 200.00 |
| Carey, C. | 12/17/19 | Communicate with KCIC and team re analysis of key D&O policy provisions. | .40 | 130.00 |
| Carey, C. | 12/17/19 | Communicate with D. Wolf and S. Martinez re Bermuda insurers. | .30 | 97.50 |
| Carey, C. | 12/17/19 | Preliminary review of certain insurance-related documents. | 1.40 | 455.00 |
| Hudson, J. | 12/18/19 | Finalize demand for access to Bermuda arbitration. | .10 | 67.50 |
| Wolf, D. | 12/18/19 | Research potential D&O coverage; draft memorandum re same. | 2.80 | 1,680.00 |

Invoice Number: 11318805
February 5, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 12/22/19 | Confer with K. Eckstein re strategy. | 1.00 | 1,500.00 |
| Wolf, D. | 12/24/19 | Review D&O coverage. | 3.00 | 1,800.00 |
| Wolf, D. | 12/26/19 | Continue to review potential D&O coverage; confer with M. Abrishami re same. | 1.20 | 720.00 |
| Abrishami, M. | 12/26/19 | Assess D&O policy application to claims against Purdue. | .50 | 320.00 |
| Wolf, D. | 12/27/19 | Continue review of potential D&O coverage. | .30 | 180.00 |
| Massarsky, B. | 12/27/19 | Analyze complaints against Purdue employees and directors re potential D&O coverage. | 3.70 | 1,850.00 |
| Massarsky, B. | 12/30/19 | Continue analyzing complaints against Purdue employees and directors. | 2.70 | 1,350.00 |
| Carey, C. | 12/31/19 | Communicate with KCIC, D. Wolf, and S. Martinez re documentation and further research re insurance coverage. | .30 | 97.50 |
| | | **Project Total:** | **58.50** | **$ 48,056.00** |

### A003:  Business Operations

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 12/19/19 | Listen to hearing (partial). | .70 | 665.00 |
| Quinn, K. | 12/19/19 | Review Kramer Levin summary of hearing. | .20 | 190.00 |
| | | **Project Total:** | **.90** | **$ 855.00** |

### A004:  Case Administration

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Johnson, K. | 12/05/19 | Update databases and calendar dates re incoming pleadings. | .50 | 112.50 |
| Quinn, K. | 12/10/19 | Review R. Ringer update. | .20 | 190.00 |
| Johnson, K. | 12/11/19 | Organize and assemble Sackler presentation documents and videos. | .50 | 112.50 |
| Johnson, K. | 12/12/19 | Update databases and calendar dates re incoming pleadings. | .70 | 157.50 |
| Johnson, K. | 12/16/19 | Update databases and calendar dates re incoming pleadings. | .80 | 180.00 |
| Foster, G. | 12/17/19 | Research cases re Sacklers and Purdue employees. | 1.70 | 323.00 |
| Foster, G. | 12/18/19 | Update tracking sheet re Sackler litigation. | 3.40 | 646.00 |
| Foster, G. | 12/18/19 | Create chart re Sackler litigation. | 1.50 | 285.00 |

Invoice Number: 11318805
February 5, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Johnson, K. | 12/19/19 | Update databases and calendar dates re incoming pleadings. | .70 | 157.50 |
| Foster, G. | 12/19/19 | Update and circulate chart re Sackler litigation. | 2.80 | 532.00 |
| Fastenau, L. | 12/19/19 | Review claims against the Sackler family and note relevant information. | 1.20 | 360.00 |
| Johnson, K. | 12/20/19 | Draft spreadsheet of claims brought against defendants in opioid related litigation. | 5.30 | 1,192.50 |
| Johnson, K. | 12/20/19 | Update databases and calendar dates re incoming pleadings. | .70 | 157.50 |
| Bonesteel, A. | 12/20/19 | Create chart of allegations against opioid defendants. | 2.40 | 540.00 |
| Johnson, K. | 12/30/19 | Update databases and calendar dates re incoming pleadings. | .30 | 67.50 |
| | | **Project Total:** | **22.70** | **$ 5,013.50** |

## A005:  Claims Analysis

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 12/02/19 | Review and revise draft communications with Committee re bar date motion. | .60 | 570.00 |
| Quinn, K. | 12/10/19 | Correspond with Brown Rudnick lawyers re proof of claim issues. | .30 | 285.00 |
| Quinn, K. | 12/10/19 | Communicate with Davis Polk re bar date discussion. | .10 | 95.00 |
| Quinn, K. | 12/10/19 | Review materials re bar date issues. | .40 | 380.00 |
| Quinn, K. | 12/13/19 | Confer with Debtors and others re bar date issues. | .50 | 475.00 |
| | | **Project Total:** | **1.90** | **$ 1,805.00** |

## A006:  Employment / Fee Applications

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Holland, P. | 12/03/19 | Review order entered by the Court allowing Debtors to pay AHC professionals (.5); revise fee statement per order and comments from C. Gange (1.9); communicate with K. Quinn re same (.2). | 2.60 | 715.00 |
| Holland, P. | 12/04/19 | Finalize 1st monthly fee statement; communicate with C. Gange and H. Blain re filing same. | .30 | 82.50 |
| Holland, P. | 12/05/19 | Communicate with co-counsel re first monthly fee statement. | .20 | 55.00 |

Invoice Number: 11318805
February 5, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Holland, P. | 12/12/19 | Draft November fee statement (1.2); communicate with K. Quinn re same (.1). | 1.30 | 357.50 |
| | | **Project Total:** | **4.40** | **$ 1,210.00** |

### A007: Emergency Relief Fund

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 12/10/19 | Begin review of Florida draft emergency fund proposal. | .60 | 570.00 |
| Quinn, K. | 12/13/19 | Participate in non-state call re ERF. | 1.20 | 1,140.00 |
| Farra, A. | 12/13/19 | Telephone call with non-state AHC members re emergency fund; review correspondence re same. | 1.00 | 570.00 |
| Quinn, K. | 12/14/19 | Review comments to ERF from AHC. | .50 | 475.00 |
| Quinn, K. | 12/17/19 | Review A. Farra notes re non-state call concerning ERF. | .20 | 190.00 |
| Farra, A. | 12/17/19 | Telephone call with non-state AHC members re emergency fund; correspond with K. Quinn re same. | .50 | 285.00 |
| Quinn, K. | 12/18/19 | Correspond re ERF issues. | .30 | 285.00 |
| | | **Project Total:** | **4.30** | **$ 3,515.00** |

### A009: Meetings / Communications with AHC & Creditors

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Farra, A. | 12/03/19 | Telephone call with AHC non-state members; draft notes re same. | 1.00 | 570.00 |
| Gilbert, S. | 12/04/19 | Telephone call with AHC. | 1.00 | 1,500.00 |
| Farra, A. | 12/05/19 | Telephone call with AHC; draft notes re same. | .50 | 285.00 |
| Quinn, K. | 12/10/19 | Participate in call with AHC co-counsel re case coordination and strategy. | 1.50 | 1,425.00 |
| Gilbert, S. | 12/12/19 | Meet with Ad Hoc Committee. | 7.70 | 11,550.00 |
| Quinn, K. | 12/12/19 | Participate in meeting with client re ERF, case strategy, FTI presentation and other issues; follow up meeting with non-consenting states; confer with PEC members. | 7.70 | 7,315.00 |
| Quinn, K. | 12/18/19 | Weekly call with client re strategy re upcoming case issues, ERF, etc; follow up call with D. Molton re same. | 1.70 | 1,615.00 |

Invoice Number: 11318805
February 5, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Farra, A. | 12/18/19 | Telephone call with AHC; draft notes re same. | 1.30 | 741.00 |
| Gilbert, S. | 12/23/19 | Meet with J. Rice re strategy. | 3.00 | 4,500.00 |
| | | **Project Total:** | **25.40** | **$ 29,501.00** |

### A015:  Non-Working Travel Time (Billed @ 50%)

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 12/06/19 | Travel from New York, NY to Miami, FL after Sackler presentation. | 6.50 | 4,875.00 |
| Hudson, J. | 12/09/19 | Travel to New York City, NY for strategy meeting with S. Birnbaum, D. Gentin Stock, A. Kramer, C. Ricarte, and S. Gilbert. | 2.30 | 776.25 |
| Gilbert, S. | 12/12/19 | Travel from New York, NY to Miami, FL after meeting with AHC. | 5.00 | 3,750.00 |
| Quinn, K. | 12/12/19 | Travel to Washington, DC from meeting with AHC. | 4.50 | 2,137.50 |
| | | **Project Total:** | **18.30** | **$ 11,538.75** |

### A019:  Plan of Reorganization / Disclosure Statement

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 12/02/19 | Review Mundipharma memorandum re compliance. | .50 | 475.00 |
| Quinn, K. | 12/03/19 | Participate in call re diligence; follow up calls re same. | 2.50 | 2,375.00 |
| Quinn, K. | 12/04/19 | Review communications re non-disclosure agreement negotiations. | .20 | 190.00 |
| Quinn, K. | 12/06/19 | Participate telephonically in meeting re diligence (partial). | 5.00 | 4,750.00 |
| Quinn, K. | 12/16/19 | Communicate with E. Grim re research on injunction question. | .20 | 190.00 |
| Grim, E. | 12/16/19 | Confer with B. Massarasky re release issues. | .20 | 120.00 |
| Quinn, K. | 12/17/19 | Review draft transaction outline. | .50 | 475.00 |
| Quinn, K. | 12/18/19 | Confer with C. Gange re edits to settlement transaction document list. | .20 | 190.00 |
| Quinn, K. | 12/18/19 | Provide comments to transaction outline. | .20 | 190.00 |
| Gilbert, S. | 12/31/19 | Confer with D. Molton. | .50 | 750.00 |
| | | **Project Total:** | **10.00** | **$ 9,705.00** |
| | | **TOTAL CHARGEABLE HOURS** | **146.40** | |
| | | **TOTAL FEES** | | **$ 111,199.25** |

Invoice Number: 11318805
February 5, 2020

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Gilbert, S. | 11.50 | 750.00 | 8,625.00 |
| Gilbert, S. | 28.90 | 1,500.00 | 43,350.00 |
| Quinn, K. | 4.50 | 475.00 | 2,137.50 |
| Quinn, K. | 26.00 | 950.00 | 24,700.00 |
| Holland, P. | 4.40 | 275.00 | 1,210.00 |
| Hudson, J. | 2.30 | 337.50 | 776.25 |
| Hudson, J. | 11.30 | 675.00 | 7,627.50 |
| Grim, E. | .20 | 600.00 | 120.00 |
| Wolf, D. | 13.30 | 600.00 | 7,980.00 |
| Martinez, S. | 1.90 | 225.00 | 427.50 |
| Massarsky, B. | 9.40 | 500.00 | 4,700.00 |
| Johnson, K. | 9.50 | 225.00 | 2,137.50 |
| Abrishami, M. | .50 | 640.00 | 320.00 |
| Bonesteel, A. | 2.40 | 225.00 | 540.00 |
| Foster, G. | 9.40 | 190.00 | 1,786.00 |
| Fastenau, L. | 1.20 | 300.00 | 360.00 |
| Farra, A. | 5.10 | 570.00 | 2,907.00 |
| Carey, C. | 4.60 | 325.00 | 1,495.00 |
| **TOTALS** | **146.40** | | **$ 111,199.25** |

## TASK SUMMARY

| Task | Description | Hours | Amount |
|---|---|---|---|
| A001 | Asset Analysis & Recovery | 58.50 | 48,056.00 |
| A003 | Business Operations | .90 | 855.00 |
| A004 | Case Administration | 22.70 | 5,013.50 |
| A005 | Claims Analysis | 1.90 | 1,805.00 |
| A006 | Employment / Fee Applications | 4.40 | 1,210.00 |
| A007 | Emergency Financing | 4.30 | 3,515.00 |
| A009 | Meetings / Communications with AHC & Creditors | 25.40 | 29,501.00 |
| A015 | Non-Working Travel Time (Billed @ 50%) | 18.30 | 11,538.75 |
| A019 | Plan of Reorganization / Disclosure Statement | 10.00 | 9,705.00 |

## EXPENSE DETAILS

### E106:  Online Research

| Date | Description | Task | Amount |
|---|---|---|---|
| 12/31/19 | Westlaw | E106 | 82.19 |
| 12/31/19 | PACER | E106 | 33.90 |
| | **Sub-Total of Expenses:** | | **$ 116.09** |

Invoice Number: 11318805
February 5, 2020

**E110: Out-of-Town Travel**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 9/18/19 | Travel - Train Fare - Scott Gilbert / New York NY / Attend AHC Meetings / 9.18-19.19 (Coach Fare) | E110 | 234.00 |
| 9/19/19 | Travel - Airfare - Scott Gilbert / New York NY / Attend AHC Meetings / 9.18-19.19 (Coach Fare) | E110 | 443.40 |
| 9/19/19 | Travel - Lodging - Scott Gilbert / New York NY / Attend ACH Meetings / 9.18-19.19 | E110 | 560.07 |
| 9/25/19 | Travel - Lodging - Scott Gilbert / New York NY / Attend ACH Meetings / 09.23-26.19 | E110 | 1,680.21 |
| 10/07/19 | Travel - Train Fare - Scott Gilbert / New York NY / Attend Client Meetings / 10.06.19 (Coach Fare) | E110 | 315.00 |
| 10/08/19 | Travel - Lodging - Scott Gilbert / New York NY / Attend Client Meetings / 10.06.19 | E110 | 560.17 |
| 11/06/19 | Travel - Train Fare - Scott Gilbert / New York NY / Attend Client Meetings / 11.06-08.19 (Coach Fare) | E110 | 315.00 |
| 11/08/19 | Travel - Lodging - Scott Gilbert / New York NY / Attend Client Meetings / 11.06-08.19 | E110 | 1,120.14 |
| 11/19/19 | Travel - Airfare - Scott Gilbert / White Plains NY / Attend Hearing / 11.18-19.19 (Coach Fare) | E110 | 854.60 |
| 12/06/19 | Travel - Airfare - Scott Gilbert / New York NY / Attend Sackler Meeting / 12.05-06.19 (Coach Fare) | E110 | 443.40 |
| 12/06/19 | Travel - Train Fare - Scott Gilbert / New York NY / Attend Sackler Meeting / 12.05-06.19 (Coach Fare) | E110 | 215.00 |
| 12/06/19 | Travel - Lodging - Scott Gilbert / New York NY / Attend Sackler Meeting / 12.05-06.19 | E110 | 560.07 |
| 12/06/19 | Travel - Meals - Scott Gilbert / New York NY / Attend Sackler Meeting / 12.05-06.19 | E110 | 18.33 |
| 12/09/19 | Travel - Train Fare - Jenna Hudson / New York NY / Attend Insurance Strategy Meeting with S. Birnbaum, D. Gentin Stock, A. Kramer, C. Ricarte, and S. Gilbert re insurance asset / 12.9.19 (Coach Fare) | E110 | 268.00 |
| 12/09/19 | Travel - Lodging - Jenna Hudson / New York NY / Attend Insurance Strategy Meeting with S. Birnbaum, D. Gentin Stock, A. Kramer, and C. Ricarte re insurance asset / 12.9.19 | E110 | 280.03 |
| 12/09/19 | Travel - Taxi Fare - Jenna Hudson / New York NY / Attend Insurance Strategy Meeting with S. Birnbaum, D. Gentin Stock, A. Kramer, and C. Ricarte re insurance asset / 12.9.19 | E110 | 18.32 |
| 12/09/19 | Travel - Meals - Jenna Hudson / New York NY / Attend Insurance Strategy Meeting with S. Birnbaum, D. Gentin Stock, A. Kramer, and C. Ricarte re insurance asset / 12.9.19 | E110 | 19.55 |
| 12/12/19 | Travel - Airfare - Scott Gilbert / New York NY / Attend AHC meetings / 12.12.19 (Coach Fare) | E110 | 213.65 |
| 12/12/19 | Travel - Train Fare - Kami Quinn / New York, NY / Attend Client Meetings / 12/10-11/2019 (Coach Fare) | E110 | 315.00 |
| 12/12/19 | Travel - Lodging - Kami Quinn / New York, NY / Attend Client Meetings / 12/10-11/2019 | E110 | 560.07 |
| 12/12/19 | Travel - Meals - Kami Quinn / New York, NY / Attend Client Meetings / 12/10-11/2019 | E110 | 98.00 |
| | **Sub-Total of Expenses:** | | **$ 9,092.01** |

Invoice Number: 11318805
February 5, 2020

### E118:  Litigation Support Vendors

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 11/30/19 | Contracted Professional Fees - Aldebaran Group - Case Support - 10.01.2019 - 10.31.2019 | E118 | 620.10 |
| | **Sub-Total of Expenses:** | | **$ 620.10** |

| | | |
|---|---|---|
| **TOTAL EXPENSES** | | **$ 9,828.20** |

### EXPENSE SUMMARY

| Description | Amount |
|-------------|--------|
| Travel - Airfare | 1,955.05 |
| Travel - Train Fare | 1,662.00 |
| Travel - Lodging | 5,320.76 |
| Travel - Taxi Fare | 18.32 |
| Travel - Meals | 135.88 |
| Contracted Professional Fees | 620.10 |
| Westlaw | 82.19 |
| PACER | 33.90 |

| | |
|---|---|
| **TOTAL FEES AND EXPENSES** | **$ 121,027.45** |