Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

-------------------------------------------------------- x

**THIRD MONTHLY FEE STATEMENT OF OTTERBOURG P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE**
**PERIOD OF DECEMBER 1, 2019 THROUGH AND INCLUDING DECEMBER 31, 2019**

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Period for Which Compensation is Sought: | December 1, 2019 – December 31, 2019 |
| Total Amount of Fees Incurred: | $82,248.00 |
| Total Fees Requested (80%): | $65,798.40 |
| Total Reimbursement of Expenses Incurred: | $240.92 |
| Total Reimbursement of Expenses Requested (100%): | $240.92 |
| Total compensation and Reimbursement Requested in this Statement: | $66,039.32 |
| This is Applicant's: | Third Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Third Monthly Fee Statement (the "Fee Statement") for the period of December 1, 2019 through and including December 31, 2019 (the "Statement Period").

### Itemization of Services Rendered and Disbursements Incurred

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $82,248.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $65,798.40.

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,061.12[2]. The Blended hourly rate of all paraprofessionals is $305.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $240.92 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors (the "Allocation Fees"). Pursuant to the Fee Assumption Order, Applicant may request Allocation Fees through a separate application at a later date.

<u>**Notice**</u>

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests

---

[2]      The blended hourly billing rate of $1,061.12 is derived by dividing the total fees for attorneys of $80,327.00 by the total hours of 75.7.

[3]      The Blended hourly billing rate of $305.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $1921.50 by the total hours of 6.3.

(i) compensation in the amount of $66,039.32 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $82,248.00) and (ii) payment of $240.92 for the actual, necessary expenses that Applicant incurred in connection with such services during the Statement Period.

Dated: February 5, 2020
New York, New York

OTTERBOURG P.C.

By:     /s/ *Melanie L. Cyganowski*
        Melanie L. Cyganowski, Esq.
        Jennifer S. Feeney, Esq.
        230 Park Avenue
        New York, New York 10169
        Telephone:    (212) 661-9100
        Facsimile:    (212) 682-6104

        Co-*Counsel to the Ad Hoc Committee of*
        *Governmental and Other Contingent*
        *Litigation Claimants*

## EXHIBIT A

**Fees By Project Category**

**SUMMARY OF COMPENSATION BY PROJECT CODE
FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU01 | Asset Analysis and Recovery | 6.5 | $7,292.00 |
| PU03 | Business Operations | 6.6 | $7,842.00 |
| PU04 | Case Administration | 4.1 | $3,722.50 |
| PU05 | Claims Analysis | 2.6 | $1,870.00 |
| PU06 | Employment and Fee Applications | 7.3 | $3,371.00 |
| PU07 | Emergency Financing | 24.8 | $27,915.50 |
| PU08 | Litigation: Contested Matters, Adversary | 6.7 | $5,695.00 |
| PU09 | Meetings and Communications w/ AHC | 22.9 | $24,115.00 |
| PU10 | Non-Working Travel (billed at 50%) | .5 | $425.00 |
| | **TOTALS:** | **82.0** | **$82,248.00** |

1

# **EXHIBIT B**

## **Professional and Paraprofessional Fees**

## SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS FOR THE STATEMENT PERIOD

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1315.00 | 35.1 | $46,156.50 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $850.00 | 39.8 | $33,830.00 |
| Michael R. Maizel ("MRM") Associate | 2017 | $425.00 | .8 | $340.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $305.00 | 6.3 | $1,921.50 |
| | **TOTAL** | | **82.0** | **$82,248.00** |

# EXHIBIT C

**Time Detail**

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

January 15, 2020
BILL NO. 207307

Client/Matter No.:   20186/0002
Matter Name:         CHAPTER 11
Billing Partner:     RL STEHL

For Services Rendered Through December 31, 2019:

---

Phase: PU01                          ASSET ANALYSIS AND RECOVERY

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/03/19 JSF | Examine Documents Preliminary Diligence from Sackler Family | .40 | 340.00 |
| 12/05/19 JSF | Examine Documents Preliminary Due Diligence Materials from Sacklers | .40 | 340.00 |
| 12/05/19 JSF | Examine Documents Update from FTI re: Due Diligence Areas of Focus for AHC | .20 | 170.00 |
| 12/10/19 MLC | Review/analyze Review of draft protective order | 1.30 | 1,709.50 |
| 12/11/19 JSF | Examine Documents Revised Protective Order from Debtors | .30 | 255.00 |
| 12/11/19 JSF | Examine Documents Review of Preliminary FTI Reports for AHC | .60 | 510.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                    January 15, 2020
Page 2                                                          BILL NO. 207307

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/11/19 MLC | Review/analyze<br>Review of draft protective order as revised by debtors | 1.10 | 1,446.50 |
| 12/13/19 MLC | Conference call(s)<br>Conference call re protective order issues | .60 | 789.00 |
| 12/19/19 JSF | Telephone Call(s)<br>Call with Counsel for Debtors, Sacklers, UCC, Certain States re: Protective Order | .50 | 425.00 |
| 12/19/19 JSF | Examine Documents<br>Review Protective Order | .30 | 255.00 |
| 12/19/19 MLC | Analysis of Memorandum<br>Analysis of proposed changes to draft protective order | .80 | 1,052.00 |
| TOTAL PHASE PU01 | | 6.50 | $7,292.00 |

Phase: PU03                                          BUSINESS OPERATIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/02/19 JSF | Examine Documents<br>Update re: Wages Motion | .30 | 255.00 |

# OTTERBOURG P.C.

## 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:    20186/0002                                    January 15, 2020
Page 3                                                          BILL NO. 207307

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/04/19<br>MLC | Conference call(s)<br>Court call on hearing re: issue of wages and bonuses | 3.30 | 4,339.50 |
| 12/19/19<br>JSF | Telephone Call(s)<br>Listen Via Conference Call to Court Hearing | 1.50 | 1,275.00 |
| 12/19/19<br>MLC | Attendance at Hearing<br>Attended court hearing by court call | 1.50 | 1,972.50 |
| TOTAL PHASE PU03 | | 6.60 | $7,842.00 |

Phase: PU04                                          CASE ADMINISTRATION

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/03/19<br>JKH | Review/analyze<br>Review calendar deadlines | .50 | 152.50 |
| 12/05/19<br>JKH | Correspondence<br>Review of email communications re: fee statements | .20 | 61.00 |
| 12/13/19<br>JKH | Diary & Docket<br>Review of scheduling order and calendaring omnibus hearings | .20 | 61.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                      January 15, 2020
Page 4                                                           BILL NO. 207307

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/20/19 JKH | Diary & Docket review of emails and calendar meetings/call dates | .20 | 61.00 |
| 12/23/19 JSF | Telephone Call(s) Call with AHC and Debtors' Professionals - Catch Up Call | 1.20 | 1,020.00 |
| 12/23/19 MLC | Conference call(s) Conference call with AHC professionals in connection with various open items including ERF | 1.10 | 1,446.50 |
| 12/23/19 MLC | Telephone Call(s) Telcon with Rachael Ringer re status of various scheduling of meetings and related issues | .70 | 920.50 |
| TOTAL PHASE PU04 | | 4.10 | $3,722.50 |

| Phase: PU05 | | | CLAIMS ANALYSIS |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/02/19 JSF | Examine Documents Update re: Bar Date Motion | .30 | 255.00 |
| 12/02/19 JSF | Examine Documents Bar Date Motion Materials from Debtor | .40 | 340.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                January 15, 2020
Page 5                                                     BILL NO. 207307

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/13/19 MRM | Telephone Call(s) Participate in conf. call with state committee counsel re: bar date | .80 | 340.00 |
| 12/20/19 JSF | Examine Documents Bar Date Materials | .40 | 340.00 |
| 12/31/19 JSF | Examine Documents Bar Date and POC Forms | .30 | 255.00 |
| 12/31/19 JSF | Telephone Call(s) Call with Debtors and Reps of Other Committees re: Bar Date Motion | .40 | 340.00 |
| TOTAL PHASE PU05 | | 2.60 | $1,870.00 |

Phase: PU06                              EMPLOYMENT & FEE APPLICATIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/02/19 JSF | Examine Documents Purdue Monthly Time Detail | .40 | 340.00 |
| 12/02/19 JKH | Prepare Legal Papers Prepare first monthly statement | 1.50 | 457.50 |
| 12/03/19 JSF | Examine Documents Review Draft Monthly Statement | .50 | 425.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          January 15, 2020
Page 6                                                               BILL NO. 207307

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/03/19<br>JKH | Fee/Employment Applications<br>Preparing first monthly fee statement | 1.80 | 549.00 |
| 12/03/19<br>JKH | Prepare Chart(s)<br>Preparing exhibit charts for first monthly<br>statement | 1.60 | 488.00 |
| 12/09/19<br>JSF | Prepare Legal Papers<br>Finalize and File First Monthly Fee<br>Statement | .60 | 510.00 |
| 12/27/19<br>JKH | Prepare Legal Papers<br>Prepare draft second monthly statement | .30 | 91.50 |
| 12/28/19<br>JSF | Prepare Legal Papers<br>Second Monthly Fee Statement | .60 | 510.00 |
| TOTAL PHASE PU06 | | 7.30 | $3,371.00 |

| Phase: PU07 | | | EMERGENCY FINANCING |
|---|---|---|---|

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/01/19<br>MLC | Correspondence<br>Correspondence with AHC counsel and<br>members re ERF and next steps | .60 | 789.00 |

### OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    January 15, 2020
Page 7                                                         BILL NO. 207307

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/03/19 JSF | Examine Documents ERF Proposals and Comments From Certain States | 1.40 | 1,190.00 |
| 12/03/19 JSF | Telephone Call(s) Conference Call with AHC Subcommittee re: ERF | .90 | 765.00 |
| 12/03/19 JSF | Telephone Call(s) Conference Call with AHC Members and Non-Consenting States re: ERF Proposal | .80 | 680.00 |
| 12/03/19 MLC | Conference call(s) Conference call with consenting states subcommittee on ERF | .90 | 1,183.50 |
| 12/03/19 MLC | Conference call(s) Conference call with non-consenting states subcommittee on ERF | .80 | 1,052.00 |
| 12/03/19 MLC | Review/analyze Review and analysis of ERF proposals | 2.10 | 2,761.50 |
| 12/03/19 MLC | Correspondence Correspondence with consenting states subcommittee re: ERF and next steps | .70 | 920.50 |
| 12/04/19 MLC | Correspondence Review of correspondence from non-consenting states concerning statement of continuing harm | 1.40 | 1,841.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                              January 15, 2020
Page 8                                                   BILL NO. 207307

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/05/19<br>JSF | Examine Documents<br>Draft of Non-Supporting States' Public<br>Health Statement Filing | .40 | 340.00 |
| 12/09/19<br>MLC | Correspondence<br>Correspondence re: ERF | .60 | 789.00 |
| 12/10/19<br>JSF | Telephone Call(s)<br>Conference Call with Working Group of<br>States (Consenting and Non-Consenting) re:<br>ERF Proposal | .70 | 595.00 |
| 12/10/19<br>JSF | Examine Documents<br>Proposal from State for Emergency Relief<br>Fund | .40 | 340.00 |
| 12/10/19<br>MLC | Conference call(s)<br>Telcon with states (consenting and<br>non-consenting)re: ERF | 1.10 | 1,446.50 |
| 12/11/19<br>MLC | Conference(s) in Office<br>Meeting with consenting states re: ERF and<br>related issues | 1.80 | 2,367.00 |
| 12/12/19<br>JSF | Conference out of Office<br>Meeting with Ad Hoc Committee and<br>Non-Consenting States re: ERF | .50 | 425.00 |
| 12/12/19<br>JSF | Examine Documents<br>Proposed ERF and Proposed Modifications | .60 | 510.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:    20186/0002                                    January 15, 2020
Page 9                                                          BILL NO. 207307

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/12/19 MLC | Conference out of Office<br>Meeting with states (consenting and non-consenting) re: ERF | 2.00 | 2,630.00 |
| 12/15/19 MLC | Conference call(s)<br>Conference call with consenting states' representatives re ERF proposal | 1.10 | 1,446.50 |
| 12/18/19 JSF | Examine Documents<br>Recent Drafts of ERF Proposal | 1.40 | 1,190.00 |
| 12/18/19 JSF | Telephone Call(s)<br>Call with Certain Municipalities and States and Trib re: ERF Proposal | .60 | 510.00 |
| 12/18/19 MLC | Conference call(s)<br>Conference call with consenting states' reps re ERF proposal | 1.00 | 1,315.00 |
| 12/19/19 JSF | Telephone Call(s)<br>Call with Anne Infinger (Georgia) re: ERF Proposal | .30 | 255.00 |
| 12/19/19 JSF | Examine Documents<br>Correspondence re: Status of ERF Proposal | .30 | 255.00 |
| 12/19/19 JSF | Examine Documents<br>Review of ERF Proposal | .50 | 425.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:    20186/0002                                   January 15, 2020
Page 10                                                        BILL NO. 207307

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/20/19 MLC | Conference call(s) Conference call with consenting states' reps re ERF proposal | .60 | 789.00 |
| 12/23/19 JSF | Examine Documents Review Correspondence re: Update on Status of ERF | .60 | 510.00 |
| 12/23/19 JSF | Examine Documents ERF Proposal – Current Draft | .70 | 595.00 |
| TOTAL PHASE PU07 | | 24.80 | $27,915.50 |

Phase: PU08                         LITIGATION: CONTESTED MATTERS, ADVERSARY

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/06/19 JSF | Conference out of Office Meeting with Sacklers Counsel to Review Presentations and Overview of Litigation Positions | 6.70 | 5,695.00 |
| TOTAL PHASE PU08 | | 6.70 | $5,695.00 |

Phase: PU09                         MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    January 15, 2020
Page 11                                                        BILL NO. 207307

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/03/19 JSF | Examine Documents Update to AHC re: Bar Date, Monitor and Investigation Updates | .50 | 425.00 |
| 12/05/19 JSF | Telephone Call(s) Weekly Conference Call with AHC | 1.10 | 935.00 |
| 12/09/19 JSF | Examine Documents Agenda for AHC Meeting | .20 | 170.00 |
| 12/09/19 JSF | Telephone Call(s) Rachael Ringer re: Upcoming Meetings | .20 | 170.00 |
| 12/09/19 MLC | Conference call(s) Telcon with R. Ringer re: recent meetings and follow-up | .50 | 657.50 |
| 12/10/19 JSF | Telephone Call(s) Conference Call with Professionals to Prepare for AHC Meeting | 1.50 | 1,275.00 |
| 12/11/19 JSF | Conference(s) in Office Pre-Meeting with States re: Preview of Agenda for Full AHC Meeting and ERF | 1.60 | 1,360.00 |
| 12/12/19 JSF | Conference out of Office Meeting with Ad Hoc Committee | 6.20 | 5,270.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:    20186/0002                                          January 15, 2020
Page 12                                                               BILL NO. 207307

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/12/19<br>MLC | Conference out of Office<br>Meeting with AHC members at Kramer Levin<br>re: protective order and ERF | 5.50 | 7,232.50 |
| 12/13/19<br>MLC | Conference Out of Office<br>Meeting with States at Pillsbury,<br>including consenting and non-consenting | 3.50 | 4,602.50 |
| 12/17/19<br>MLC | Conference call(s)<br>Conference call with AHC counsel to prepare<br>for follow-up meetings with AHC re ERF and<br>related issues | .50 | 657.50 |
| 12/18/19<br>JSF | Telephone Call(s)<br>Weekly Call with AHC | 1.30 | 1,105.00 |
| 12/20/19<br>JSF | Examine Documents<br>AHC Updates | .30 | 255.00 |
| TOTAL PHASE PU09 | | 22.90 | $24,115.00 |

Phase: PU10                                              NON-WORKING TRAVEL

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/06/19<br>JSF | Conference out of Office<br>Non-Working Travel to and From Milbank<br>(Billed at Half) | .50 | 425.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:    20186/0002                                          January 15, 2020
Page 13                                                               BILL NO. 207307

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| TOTAL PHASE PU10 | | .50 | $425.00 |
| | TOTAL FOR SERVICES | | $82,248.00 |

## <u>EXHIBIT D</u>

**Summary of Actual and Necessary Expenses**

**SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE
STATEMENT PERIOD**

| Expense Category | Total Expenses |
|---|---|
| Air Freight | $15.41 |
| Conference Call(s) | $109.57 |
| Food Service – Conference | $65.69 |
| Laser Copies ($.10 per page) | $14.50 |
| Taxis | $10.25 |
| Transportation | $25.50 |
| **TOTAL:** | **$240.92** |

# EXHIBIT E

**Expense Detail**

## OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    January 15, 2020
Page 14                                                        BILL NO. 207307

DISBURSEMENTS FOR YOUR ACCOUNT

Laser Copies                                                              14.50

Conference Call(s)                                                       109.57

Air Freight                                                               15.41

Transportation                                                            25.50

Taxis                                                                     10.25

Food Service - Conference                                                 65.69

                                        TOTAL DISBURSEMENTS               240.92