**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

### NOTICE OF SECOND MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | December 1, 2019 through December 31, 2019 |
| **Amount of Compensation Requested (after 10% discount):** | $185,395.50 |
| **Less 20% Holdback** | $37,079.10 |
| **Net of Holdback**: | $148,316.40 |
| **Amount of Expense Reimbursement Requested:** | $1,500.00 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $149,816.40 |

**This is a**          <u>X</u>  Monthly  _____Interim  ___ Final Fee Statement

*[The remainder of this page has been intentionally left blank]*

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this second monthly fee statement (the "Second Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from December 1, 2019 through December 31, 2019 (the "Second Monthly Fee Period").  By this Second Monthly Fee Statement, and after taking into account certain substantial voluntary discounts and reductions,[3] Jones Day seeks payment in the amount of $149,816.40, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Second Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Second Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney.  The blended hourly

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]      The total amount sought for fees reflects (a) voluntary write offs in the amount of $3,405.00 and (b) application of a subsequent 10% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $20,599.50 for the Second Monthly Fee Period), for an overall voluntary reduction of approximately 11.5%.  In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2019, Jones Day used 2018 billable rates in calculating amounts due for legal services performed).  The additional value attributable to application of the prior year's billable rates is not reflected in the 11.5% reduction.

billing rate of Jones Day timekeepers during the Second Monthly Fee Period is approximately $722.58.[4]

2.       Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Second Monthly Fee Period.

3.       Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Second Monthly Fee Period.

4.       Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Second Monthly Fee Period.

## NOTICE AND OBJECTION PROCEDURES

5.       Notice of this Second Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801, Attn: Justin R. Alberto and Daniel N. Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; and (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov.

---

[4]       The blended rate is comprised of all Jones Day timekeepers who provided services during the Second Monthly Fee Period.

6.     Objections to this Second Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Anna Kordas (akordas@jonesday.com) no later than February 20, 2020 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

7.     If no objections to this Second Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Second Monthly Fee Statement.

8.     To the extent that an objection to this Second Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Second Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

9.      No prior request for the relief sought in this Second Monthly Fee Statement has

been made to this or any other court.

Dated: February 6, 2020                          /s/  Anna Kordas
      New York, NY                          JONES DAY
                                   John J. Normile
                                   Anna Kordas
                                   250 Vesey Street
                                   New York, NY 10281
                                   Telephone:      (212) 326-3939
                                   Facsimile:      (212) 755-7306
                                   Email:            jjnormile@jonesday.com
                                                        akordas@jonesday.com

                                   *Special Counsel to the Debtors and*
                                   *Debtors in Possession*

## EXHIBIT A

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**DECEMBER 1, 2019 – DECEMBER 31, 2019**

| NAME | YEAR OF ADMISSION | 2018 RATE | WITH 10% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Pablo D. Hendler | 1995 | $1,050.00 | $945.00 | 54 | $56,700.00 |
| Matthew W. Johnson | 2007 | $700 | $630.00 | 0.8 | $560.00 |
| Gasper J. LaRosa | 2002 | $975.00 | $877.50 | 1.5 | $1,462.50 |
| Dan T. Moss | 2007 | $950.00 | $855.00 | 1.0 | $950.00 |
| Warren L. Nachlis | 1998 | $1,100.00 | $990.00 | 0.8 | $880.00 |
| John J. Normile | 1989 | $1,150.00 | $1,035.00 | 94.3 | $108,445.00 |
| Ansgar C. Rempp | 1991 | $1,050.00 | $945.00 | 0.3 | $315.00 |
| **TOTAL PARTNER:** | | | | **152.7** | **$169,312.50** |
| **OF COUNSEL** | | | | | |
| Olaf Benning | 1998 | $775.00 | $697.50 | 1.0 | $775.00 |
| **TOTAL OF COUNSEL:** | | | | **1.0** | **$775.00** |
| **ASSOCIATE** | | | | | |
| Ashtyn M. Hemendinger | 2018 | $475.00 | $427.50 | 3.6 | $1,710.00 |
| Anna Kordas | 2014 | $650.00 | $585.00 | 10.4 | $6,760.00 |
| Robert T.S. Latta | 2011 | $700.00 | $630.00 | 7.8 | $5,460.00 |
| Adam M. Nicolais | 2017 | $500.00 | $450.00 | 19.3 | $9,650.00 |
| **TOTAL ASSOCIATE:** | | | | **41.1** | **$23,580.00** |
| **LAW CLERK** | | | | | |
| Edward Kim | N/A | $475.00 | $427.50 | 9.9 | $4,702.50 |
| Micah Telegen | N/A | $475.00 | $427.50 | 4.0 | $1,900.00 |
| **TOTAL LAW CLERK:** | | | | **13.9** | **$6,602.50** |
| **PARALEGAL** | | | | | |
| Kristina Horn | N/A | $325.00 | $247.5 | 2.0 | $650.00 |
| Steven T. Johnson | N/A | $350.00 | $292.50 | 14.5 | $5,075.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **16.5** | **$5,725.00** |
| **TOTAL:** | | | | **225.2** | **$205,995.00** |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**

**JONES DAY**
**PROJECT CATEGORY SUMMARY**
**DECEMBER 1, 2019 – DECEMBER 31, 2019**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Intellipharmaceutics Corp. | 121 | $115,312.50 |
| Collegium 961 PGR | 2.3 | $2,285.00 |
| Strategic Corporate Advice | 60.9 | $52,752.50 |
| Retention Matters | 26.8 | $19,645.00 |
| Miscellaneous | 14.2 | $16,000.00 |
| **TOTAL** | 225.2 | $205,995.00 |
| **10% DISCOUNT** | | **$20,599.50** |
| **TOTAL FEES** | | **$185,395.50** |

## EXHIBIT C

**EXPENSE SUMMARY**
**DECEMBER 1, 2019 – DECEMBER 31, 2019**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $1,500.00 |
| **TOTAL** | **$1,500.00** |

## EXHIBIT D

**TIME DETAIL**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 30, 2020                                                   305158-999007

                                                             Invoice: 33348992

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2019:

| | | |
|---|---|---|
| Retention Matters | USD | 19,645.00 |
| Less 10% Fee Discount | | (1,964.50) |
| | USD | 17,680.50 |
| **TOTAL** | **USD** | **17,680.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33348992 WITH YOUR PAYMENT

JONES DAY

305158-999007

Retention Matters

### TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| J J NORMILE | 7.50 | 1,150.00 | 8,625.00 |
| **ASSOCIATE** | | | |
| A M HEMENDINGER | 3.60 | 475.00 | 1,710.00 |
| A KORDAS | 10.40 | 650.00 | 6,760.00 |
| A M NICOLAIS | 1.30 | 500.00 | 650.00 |
| **LAW CLERK** | | | |
| M I TELEGEN | 4.00 | 475.00 | 1,900.00 |
| **TOTAL** | **26.80** | **USD** | **19,645.00** |

JONES DAY

305158-999007

Retention Matters

Page 3
January 30, 2020
Invoice:  33348992

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/02/19 | A KORDAS | 0.70 |

Draft/revise retention application.

| 12/03/19 | A KORDAS | 2.90 |

Several rounds of revisions to the retention application (1.80); confer with J. Normile regarding matter (.30); draft/revise engagement letter (.40); coordinate signatures (.30); circulate draft to D. Consla (DPW) (.10).

| 12/03/19 | A M NICOLAIS | 1.30 |

Edits/revisions to retention application for special litigation counsel.

| 12/03/19 | J J NORMILE | 2.00 |

Review retention application materials including Declarations of Normile and Kesselman, as well as various correspondence from A. Kordas (Jones Day)  and D. Consla (DPW).

| 12/04/19 | J J NORMILE | 1.00 |

Review retention application materials including Declarations of Normile and Kesselman, as well as various correspondence from A. Kordas (Jones Day) and D. Consla (DPW).

| 12/05/19 | A KORDAS | 0.80 |

Finalize retention application for filing (.50); coordinate filing with D. Consla (DPW) (.30).

| 12/05/19 | J J NORMILE | 1.50 |

Attention to finalizing retention application and supporting documents.

| 12/16/19 | A KORDAS | 0.20 |

Review docket in connection with retention application (.10); correspond with D. Consla (DPW) regarding same (.10).

| 12/16/19 | J J NORMILE | 1.50 |

Review/revise Purdue Retention Application (1.00); various emails to/from A. Kordas and D. Consla regarding same (.50).

| 12/18/19 | J J NORMILE | 0.50 |

Review correspondence from Ms. Consla to the Court regarding Retention Procedures.

| 12/19/19 | A M HEMENDINGER | 2.00 |

Review interim compensation procedures and create calendar of fee deadlines (1.00); draft fee statement for September to November (1.00).

| 12/19/19 | A KORDAS | 0.40 |

Communicate with A. Hemendinger and J. Normile regarding monthly fee statement (.30); review docket in connection with same (.20).

| 12/20/19 | A M HEMENDINGER | 1.20 |

Communicate with M. Telegen regarding fee statement (.50); draft and revise fee statement (.60).

| 12/20/19 | A KORDAS | 1.20 |

Meet with J. Normile regarding monthly fee statement (.30); review UST guidelines in connection with same (.40); review invoices in connection with same (.50).

| 12/20/19 | J J NORMILE | 1.00 |

Preparation for and participation in office conference with A. Kordas regarding Retention Application including review of background materials.

| 12/20/19 | M I TELEGEN | 0.60 |

Communicate with A. Hemendinger regarding Purdue Pharma Fee Statement.

| 12/22/19 | A KORDAS | 2.00 |

Revise invoices to conform to UST guidelines.

**JONES DAY**

305158-999007

Retention Matters

Page 4

January 30, 2020

Invoice: 33348992

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/23/19 | A M HEMENDINGER | 0.40 |
| | Review fee statement excel sheet. | |
| 12/23/19 | A KORDAS | 2.20 |
| | Review/revise invoices in connection with monthly fee statement (1.70); confer with J. Normile and J. McCarthy regarding same (.30); confer with A. Hemendinger regarding matter (.20). | |
| 12/23/19 | M I TELEGEN | 3.40 |
| | Communicate with A. Hemendinger regarding fee statement (.30); draft fee statement (3.10). | |
| **TOTAL** | | **26.80** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street

New York, NY 10281-1047

**(212) 326-3939**

Federal Identification Number: 34-0319085

January 30, 2020

305158-600032

Invoice: 33348980

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2019:

| | | |
|---|---|---|
| Non-Adversarial Ex Parte Counseling | USD | 16,000.00 |
| Less 10% Fee Discount | | (1,600.00) |
| | USD | 14,400.00 |
| **TOTAL** | **USD** | **14,400.00** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-600032/33348980 WITH YOUR PAYMENT

**JONES DAY**

305158-600032

Non-Adversarial Ex Parte Counseling

Page 2
January 30, 2020
Invoice:  33348980

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 2.90 | 1,050.00 | 3,045.00 |
| W L NACHLIS | 0.80 | 1,100.00 | 880.00 |
| J J NORMILE | 10.50 | 1,150.00 | 12,075.00 |
| **TOTAL** | **14.20** | **USD** | **16,000.00** |

**JONES DAY**

305158-600032

Non-Adversarial Ex Parte Counseling

Page 3
January 30, 2020
Invoice: 33348980

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/09/19 | P D HENDLER | 2.50 |

Work in connection with patent term extension of Australian patent including consideration of 8a test data from prior litigations and communications with Purdue's Australian counsel (Linda Govenlock) and client (R. Inz) regarding same.

| | | |
|---|---|---|
| 12/13/19 | P D HENDLER | 0.40 |

Work in connection with patent term extension of Australian patent including consideration of 8a test data from prior litigations and communications with Purdue's Australian counsel (Linda Govenlock) and client (R. Inz) regarding same.

| | | |
|---|---|---|
| 12/17/19 | J J NORMILE | 2.50 |

Teleconference with P. Strassburger and B. Koch (Purdue) regarding relationship between PPLP and various third parties and ownership of data and IP including review of materials from P. Strassburger.

| | | |
|---|---|---|
| 12/18/19 | J J NORMILE | 2.50 |

Teleconference with P. Strassburger and B. Koch regarding relationship between PPLP and various third parties and ownership of data and IP including review of materials from P. Strassburger; related office conference with W. Nachlis.

| | | |
|---|---|---|
| 12/19/19 | J J NORMILE | 3.00 |

Continued factual and legal research regarding PPLP relationship and ownership of underlying data.

| | | |
|---|---|---|
| 12/20/19 | W L NACHLIS | 0.80 |

Review/analyze issues related to ownership of results of sponsored research (.50); conference with J. Normile regarding same (.30).

| | | |
|---|---|---|
| 12/20/19 | J J NORMILE | 2.50 |

Continued factual and legal research regarding PPLP relationship and ownership of underlying data (1.50); related teleconference with G. Lanier and office conference with W. Nachlis (1.00).

**TOTAL**                                                      **14.20**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 30, 2020

305158-640002

Invoice: 33348949

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2019:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 52,752.50 |
| Less 10% Fee Discount | | (5,275.25) |
| | USD | 47,477.25 |

### DISBURSEMENTS & CHARGES

| | |
|---|---|
| Travel - Taxi Charges | 147.52 |
| | 147.52 |

| **TOTAL** | **USD** | **47,624.77** |
|---|---|---|

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33348949 WITH YOUR PAYMENT

**JONES DAY**

Strategic Corporate Advice

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P D HENDLER | 1.00 | 1,050.00 | 1,050.00 |
| D T MOSS | 1.00 | 950.00 | 950.00 |
| J J NORMILE | 31.30 | 1,150.00 | 35,995.00 |
| A C REMPP | 0.30 | 1,050.00 | 315.00 |
| OF COUNSEL | | | |
| O BENNING | 1.00 | 775.00 | 775.00 |
| ASSOCIATE | | | |
| R T LATTA | 7.80 | 700.00 | 5,460.00 |
| A M NICOLAIS | 3.30 | 500.00 | 1,650.00 |
| LAW CLERK | | | |
| E J KIM | 9.90 | 475.00 | 4,702.50 |
| PARALEGAL | | | |
| S T JOHNSON | 5.30 | 350.00 | 1,855.00 |
| **TOTAL** | **60.90** | **USD** | **52,752.50** |

**JONES DAY**

305158-640002

Strategic Corporate Advice

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/05/19 | J J NORMILE | 1.50 |

Preparation for upcoming status call with C. Robertson of DPW including review of background materials.

| 12/09/19 | S T JOHNSON | 0.50 |

Search for, assemble and format key documents and exhibits from previous patent infringement litigations deemed relevant to current patent prosecutions, for reference by attorneys.

| 12/11/19 | R T LATTA | 0.50 |

Review prior common interest agreements provided by J. Normile.

| 12/12/19 | R T LATTA | 6.00 |

Discuss Common Interest Agreement between Purdue and various third parties with J. Normile (.50); prepare Common Interest Agreement (5.50).

| 12/12/19 | J J NORMILE | 1.00 |

Review correspondence from K. Barrett (DPW) regarding proposed Cell Act-Mundipharma meeting and related background materials.

| 12/13/19 | O BENNING | 1.00 |

E-mail correspondence with K. Benedict (Davis Polk) on mark-up to Waiver of Statute of Limitation Agreement with CellAct Pharma GmbH, relevant time period, German-law issues, providing revised wording (.50); telephone conversation with A. Brandi-Dohrn (the von Boetticher law firm) on background for changes proposed by CellAct Pharma GmbH re. draft Waiver of Statute of Limitation Agreement, non-qualified waiver of limitation vs. waiver of limitation related to non-litigation of claims, next steps (.50).

| 12/13/19 | S T JOHNSON | 0.30 |

Format recent correspondence with foreign patent agent regarding proposed elements of patent claims.

| 12/13/19 | J J NORMILE | 3.50 |

Review correspondence from/to O. Benning and K. Barrett (DPW) regarding Cell Act/Mundipharma meeting (1.00); review R. Inz (Purdue) comments to PDLP Common Interest Agreement and revise same (2.00); teleconference with R. Kreppel (Purdue) regarding legal research regarding litigation settlement rates for various third parties in Hatch Waxman cases (.30); research regarding same (1.20).

| 12/13/19 | A C REMPP | 0.30 |

Review revised waiver language; e-mail exchange regarding revised waiver language.

| 12/14/19 | E J KIM | 4.20 |

Gather and analyze data regarding settlement statistics (3.80); communicate with J. Normile regarding the same (.20); communicate with Docket Navigator customer service for recommendations on detailed search parameters related to the research (.20).

| 12/14/19 | J J NORMILE | 3.00 |

Review statistical analysis of settlements for various third parties in Hatch Waxman cases and relevant background regarding same (2.00); various emails with E. Kim regarding same (1.00).

| 12/15/19 | E J KIM | 3.40 |

Update previously gathered data with new search criteria for settlement statistics on various third parties and analyze the updated data (2.80); communicate with J. Normile regarding the same (.20); communicate with Docket Navigator statistician regarding detailed parameters the tool provides in order to further tailor the data to the research (.40).

| 12/15/19 | J J NORMILE | 2.50 |

Review statistical analysis of settlements for various third parties in Hatch Waxman cases and relevant background regarding same (2.00); various emails with E. Kim regarding same (1.00).

**JONES DAY**

305158-640002

Strategic Corporate Advice

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**12/16/19    S T JOHNSON    4.50**
Review production documents and trial exhibits from past litigations for information and data possibly relevant to current foreign patent prosecutions.

**12/16/19    E J KIM    2.30**
Research statistics regarding settled patent infringement actions over the last 5 years, focusing on District Court cases and Hatch-Waxman cases (.30); update and refine data gathered from Docket Navigator (.50); prepare a memo explaining our findings (.80); confer with J. Normile regarding the same (.20); confer with A. Nicolais regarding the same (.50).

**12/16/19    R T LATTA    1.30**
Revise Common Interest Agreements (1.00); draft email to Davis Polk regarding same (.30).

**12/16/19    A M NICOLAIS    3.00**
Research regarding third party pharma settlement statistics (1.80); communication with E. Kim regarding same (.50); edits/revisions to memorandum regarding same (.70).

**12/16/19    J J NORMILE    5.00**
Review statistical analysis of settlements for various third parties in Hatch Waxman cases and relevant background regarding same (2.00); office conference with E. Kim regarding same (.50); various emails to R. Kreppel and P. Strassburger (Purdue) regarding same (.50); various emails to/from P. Strassburger (Purdue) regarding Purdue License Agreements (1.00); related teleconference with K. Orr (JD) and D. Moss (JD) (.50); preparation of position Statement regarding Confidential Interest Agreement (.50).

**12/17/19    D T MOSS    1.00**
Communicate with K. Orr (JD) regarding IP issues (.50); call with P. Strassburger (Purdue), K. Orr, D. Moss and J. Normile re same (.50).

**12/17/19    J J NORMILE    3.00**
Preparation for and participation in teleconference with P. Strassburger, R. Kreppel, B. Koch and R. Inz (all Purdue) regarding Purdue licenses and review of background materials regarding same (2.00); related teleconference with P. Strassburger (Purdue), K. Orr (JD) and D. Moss (JD) (1.00).

**12/19/19    J J NORMILE    1.30**
Review correspondence from B. Koch (Purdue) regarding Purdue retention applications and office conference with A. Kordas (JD) regarding same (1.00); review D. Corsla (DPW) email to the Court regarding same (.30).

**12/20/19    J J NORMILE    2.50**
Teleconference with R. Inz (Purdue) regarding various agreements between PPLP and Euro Celtique including review of various background materials.

**12/21/19    J J NORMILE    1.00**
Review email and attachments from R. Inz (Purdue) regarding ECS-EDO Agreement.

**12/22/19    J J NORMILE    1.00**
Review correspondence and attached 2019 Q4 report prepared by S. Mahmoud (Purdue).

**12/23/19    J J NORMILE    1.00**
Review correspondence and attached report prepared by S. Mahmoud (Purdue).

**12/29/19    J J NORMILE    3.50**
Review correspondence and attachments from P. Strassburger (Purdue) regarding patents, data and know how relating to various development products and various agreements regarding same (2.50); related review of materials forwarded by R. Inz (Purdue) (1.00).

**12/30/19    A M NICOLAIS    0.30**
Draft/revise/circulate all Purdue litigation matters calendar tracker.

**JONES DAY**

305158-640002

Page 5

January 30, 2020

Invoice: 33348949

Strategic Corporate Advice

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/30/19 | J J NORMILE | 1.50 |

Review correspondence from P. Strassburger (Purdue) and C. Robertson (DPW) regarding various Purdue license agreements and related background materials.

| | | |
|---|---|---|
| 12/31/19 | P D HENDLER | 1.00 |

Review/analyze various OxyContin license agreements.

**TOTAL**                                                                                    **60.90**

JONES DAY

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **LOCAL TAXI CHARGES** | | | | |
| 12/05/19 | J J NORMILE | NYC | 147.52 | |

Taxi charges - From New York City to Stamford, CT for meeting with client (P. Strassburger, R. Kreppel & B. Koch) in preparation for teleconference with Unsecured Creditors Committee and subsequent teleconference with UCC 15-Nov-2019

| | | | | |
|--|--|--|--|--|
| | **Local taxi charges Subtotal** | | | 147.52 |
| **TOTAL** | | | **USD** | **147.52** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 30, 2020                                        305158-610022

                                                         Invoice: 33348947

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2019:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 2,285.00 |
| Less 10% Fee Discount | | (228.50) |
| | USD | 2,056.50 |
| **TOTAL** | **USD** | **2,056.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610022/33348947 WITH YOUR PAYMENT

**JONES DAY**

305158-610022

Collegium 961 PGR

Page 2
January 30, 2020
Invoice:  33348947

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| M W JOHNSON | 0.80 | 700.00 | 560.00 |
| J J NORMILE | 1.50 | 1,150.00 | 1,725.00 |
| **TOTAL** | **2.30** | **USD** | **2,285.00** |

**JONES DAY**

305158-610022

Collegium 961 PGR

Page 3
January 30, 2020
Invoice: 33348947

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/02/19 | M W JOHNSON | 0.80 |

Research PTAB panel changes and possibility for new oral hearing (.30); discuss possible new oral hearing in view of PTAB panel change and Arthrex Federal Circuit developments with J. Normile and P. Hendler (Jones Day) (.50).

| | | |
|---|---|---|
| 12/02/19 | J J NORMILE | 1.50 |

Various office and teleconferences with P. Hendler and M. Johnson (both Jones Day) regarding Federal Circuit decision in Arthrex and applicability to pending matter (.50); review of background regarding same (1.00).

**TOTAL**                                                        **2.30**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 30, 2020                                            305158-610013

Invoice: 33348945

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2019:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 115,312.50 |
| Less 10% Fee Discount | | (11,531.25) |
| | USD | 103,781.25 |

### DISBURSEMENTS & CHARGES

| | |
|---|---|
| Consultants and Agents Fees | 1,500.00 |
| | 1,500.00 |

| **TOTAL** | **USD** | **105,281.25** |
|---|---|---|

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610013/33348945 WITH YOUR PAYMENT

**JONES DAY**

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

### TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| P D HENDLER | 50.10 | 1,050.00 | 52,605.00 |
| G J LAROSA | 1.50 | 975.00 | 1,462.50 |
| J J NORMILE | 43.50 | 1,150.00 | 50,025.00 |
| **ASSOCIATE** | | | |
| A M NICOLAIS | 14.70 | 500.00 | 7,350.00 |
| **PARALEGAL** | | | |
| S T JOHNSON | 9.20 | 350.00 | 3,220.00 |
| **LEGAL SUPPORT** | | | |
| K HORN | 2.00 | 325.00 | 650.00 |
| **TOTAL** | **121.00** | **USD** | **115,312.50** |

**JONES DAY**

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Page 3
January 30, 2020
Invoice: 33348945

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/02/19 | P D HENDLER | 7.00 |

Preparation for and participation in teleconference with P. Strassburger, B. Koch, R. Kreppel, R. Inz, R. Silbert, J. Normile and K. McCarthy (.40); consideration of strategy for joint status report and review of bankruptcy filings and case law for same (6.60).

| 12/02/19 | J J NORMILE | 4.00 |
|---|---|---|

Preparation for and participation in weekly status call with P. Strassburger, B. Koch, R. Kreppel, R. Inz, R. Silbert (all Purdue), P. Hendler and K. McCarthy (.40) review of background materials regarding same (1.10); various office and teleconferences with P. Hendler and A. Nicolais regarding preparation of Joint Status Report and review of various background materials (2.50).

| 12/03/19 | P D HENDLER | 5.60 |
|---|---|---|

Teleconferences with Purdue's FDA counsel (P. Mathers) regarding 30-month stay (.60); review of IPC's FDA communications concerning same (5.00).

| 12/03/19 | A M NICOLAIS | 6.80 |
|---|---|---|

Meeting with P. Hendler re joint status letter (.30); drafting joint status letter regarding 30-month stay (4.00); research regarding same (1.50); review IPC database re paragraph IV certification communications with the FDA (1.00).

| 12/03/19 | J J NORMILE | 2.00 |
|---|---|---|

Preparation for upcoming Joint Status Report including review of relevant materials relating to IPC NDA and related emails and background materials.

| 12/04/19 | P D HENDLER | 3.30 |
|---|---|---|

Preparation for joint status report, including review of IPC's FDA submissions.

| 12/04/19 | K HORN | 2.00 |
|---|---|---|

Review Relativity database for certain communications between relevant parties per P. Hendler.

| 12/04/19 | S T JOHNSON | 2.50 |
|---|---|---|

Conduct searches for key production documents on review platform for reference by attorney in drafting correspondence to adversary.

| 12/04/19 | A M NICOLAIS | 3.30 |
|---|---|---|

Review IPC database regarding IPC communications to FDA re paragraph IV certification (2.00); continue drafting joint status report (1.30).

| 12/04/19 | J J NORMILE | 2.50 |
|---|---|---|

Various office and teleconferences with P. Hendler regarding preparation of Joint Status Report including review of prior Orders and relevant FDA materials.

| 12/05/19 | P D HENDLER | 4.50 |
|---|---|---|

Preparation of joint status report (1.00); research regarding law concerning 30-month stay and consideration of IPC's FDA submissions (3.50).

| 12/05/19 | S T JOHNSON | 1.50 |
|---|---|---|

Conduct searches for key production documents on review platform for reference by attorney in drafting correspondence to adversary.

| 12/05/19 | J J NORMILE | 3.00 |
|---|---|---|

Various office and teleconferences with P. Hendler regarding preparation of Joint Status Report (1.00) review of prior Orders, relevant FDA materials and procedural background of IPC NDA including announced AdCom meeting and related correspondence (2.00).

| 12/06/19 | P D HENDLER | 6.50 |
|---|---|---|

Draft joint status report (5.50); teleconference with Davis Polk (C. Robertson) (.50) and client (B. Koch) (.50) regarding same.

**JONES DAY**

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Page 4
January 30, 2020
Invoice: 33348945

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**12/06/19    J J NORMILE                                                3.50**
Various office and teleconferences with P. Hendler and A. Nicolais regarding preparation of Joint Status Report (1.00); teleconference with C. Robertson (DPW), B. Koch (Purdue) and P. Hendler regarding same (.50); review background materials (2.00).

**12/07/19    J J NORMILE                                                1.50**
Review and revision of draft Joint Status Report and review of correspondence regarding same.

**12/08/19    A M NICOLAIS                                               1.80**
Draft/revise December 13th Joint Status Report re bankruptcy update.

**12/08/19    J J NORMILE                                                1.50**
Review and revision of draft Joint Status Report and review of correspondence regarding same.

**12/09/19    P D HENDLER                                                4.50**
Teleconference with client (B. Koch) regarding status of matter (.30); draft joint status report (3.20); confer with J. Normile regarding same (.30); communications and teleconference with local counsel (R. Smith) regarding Court schedule (.20); teleconference with Purdue's FDA counsel (P. Mathers) regarding same (.50).

**12/09/19    A M NICOLAIS                                               1.30**
Research re 30-month stay for joint status letter (.80); drafting summary of research re same (.50).

**12/09/19    J J NORMILE                                                3.50**
Continued review and revision of draft Joint Status Report (1.50); various office and teleconferences with P. Hendler and R. Smith and review of relevant background materials (1.00); related teleconferences with P. Hendler and P. Mathers (1.00).

**12/10/19    P D HENDLER                                                7.00**
Draft joint status report, including communications with Purdue (P. Strassburger and B. Koch), Davis Polk (C. Robertson), and local counsel (R. Smith and M. Dellinger) regarding same.

**12/10/19    J J NORMILE                                                2.50**
Continued review and revision of draft Joint Status Report (2.00); various office and teleconferences with client (B. Koch) and local counsel (M. Dellinger) regarding same (.50).

**12/11/19    P D HENDLER                                                4.00**
Draft joint status report, including incorporating IPC revisions(2.00); review law regarding same (1.00); communications with local counsel (R. Smith and M. Dellinger), Grunenthal counsel (M. Luneak) and client (B. Koch and R. Kreppel) regarding same (1.00).

**12/11/19    S T JOHNSON                                               2.00**
Search for and format key documents produced by defendants for reference and citation by attorneys.

**12/11/19    A M NICOLAIS                                              1.20**
Draft/revise December 13th joint status letter.

**12/12/19    P D HENDLER                                               2.50**
Review/analyze IPC's draft part of the joint status report, including preparation of response to same (1.00); communications with client (P. Strassburger, B. Koch, and R. Inz), local counsel (R. Smith and M. Dellinger) and Grunenthal counsel (M. Luneak) regarding same (.50); review of prior orders and court submissions (1.00).

**12/12/19    S T JOHNSON                                               1.50**
Format key case documents for reference and citation by attorneys in correspondence with opposing counsel and in draft Joint Status Report.

**JONES DAY**

305158-610013                                                                                          Page 5
                                                                                          January 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                        Invoice: 33348945

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**12/12/19    J J NORMILE                                                                6.00**
Review/revise draft Joint Status Report (2.00); various office conferences (P. Hendler) and teleconferences with client (B. Koch) and local counsel (M. Dellinger) regarding same (1.00); related email correspondence with B. Koch, M. Dellinger (local counsel), P. Hendler and counsel for IPC (1.00); review Judge Andrew's trial calendar for 1 Q 2020 (.50); related correspondence with Morris Nichols (.50); review correspondence regarding upcoming FDA Ad Com meeting on IPC NDA and various emails with P. Strassburger, B. Koch and P. Mathers regarding same (1.00).

**12/13/19    P D HENDLER                                                               4.60**
Finalize draft joint status report, including incorporating revisions and IPC revisions (2.60); review law regarding same (1.00); communications with opposing counsel, local counsel (R. Smith and M. Dellinger), Grunenthal counsel (M. Luneak) and client (B. Koch) regarding same (1.00).

**12/13/19    S T JOHNSON                                                               1.20**
Search for and provide key documents to attorneys for reference and citation in finalizing the Joint Status Report in conjunction with opposing counsel for filing in Court (1.00); format recent draft pleadings, final pleadings and correspondence for reference by attorneys (.20).

**12/13/19    J J NORMILE                                                               2.00**
Finalizing Joint Status Report (1.50); review correspondence from M. Luneak (Finnegan) and office conferences with P. Hendler in connection with same (.50).

**12/16/19    P D HENDLER                                                               0.60**
Preparation for and participation in status teleconference with P. Strassburger, B. Koch, R. Inz R. Kreppel and J. Normile.

**12/16/19    G J LAROSA                                                                0.50**
Communicate with J. Normile regarding case status and strategy.

**12/16/19    J J NORMILE                                                               2.00**
Attention to potential trial dates for IPCI (.50); preparation for and participation in status teleconference with P. Strassburger, B. Koch, R. Inz, R. Kreppel and P. Hendler (1.50).

**12/17/19    J J NORMILE                                                               1.50**
Review Judge Andrew's Order continuing stay (.80); various teleconferences with P. Strassburger and B. Koch (Purdue) regarding same (.70).

**12/18/19    J J NORMILE                                                               1.00**
Review redacted Joint Status Report (.50); office conference with P. Hendler regarding same (.50).

**12/20/19    S T JOHNSON                                                               0.50**
Format recent pleadings and correspondence and calendars for reference by attorneys.

**12/23/19    A M NICOLAIS                                                              0.30**
Draft/revise/circulate all Purdue matters calendar tracker.

**12/23/19    J J NORMILE                                                               3.50**
Review weekly litigation tracker reports and related communication with A. Nicolais (.50); continued review of Judge Andrew's trial calendar to ascertain potential pretrial and trial dates (1.00); review background materials from IPCI NDA for upcoming Ad Com meeting at FDA (2.00).

**12/30/19    G J LAROSA                                                                1.00**
Plan and prepare for lift of stay and related litigation activities.

**12/30/19    J J NORMILE                                                               3.50**
Review weekly litigation tracker reports and related communications with A. Nicolais (.50); continued review of materials and results of prior Ad Com meetings on IPCI NDA (2.50); review P. Strassburger email regarding upcoming Ad Com and related background materials (.50).

**TOTAL                                                                                 121.00**

**JONES DAY**

305158-610013                                                                    Page 6
                                                                         January 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.        Invoice:  33348945

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|------------------|----------|--------|-------|

**CONSULTANTS FEES**

| 12/12/19 | NYC ACCOUNTING | NYC | 1,500.00 | |

Experts Fees - EMERSON RESOURCES, INC. for professional services rendered re: storage
November 2019 (Invoice 22617 11/30/2019).

|  | **Consultants fees Subtotal** | | | **1,500.00** |
| **TOTAL** | | | **USD** | **1,500.00** |