UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re: Purdue Pharma L.P., et al.

                                       Debtor

Case No.: 19-23649
Chapter 11

---------------------------------------------------------x
Anne Alexander, et al. Individual Creditors

                                       Plaintiff

v.

Purdue Pharma L.P., et al.

                                       Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lowell W. Finson, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Anne Alexander, et al. Individual Personal Injury Creditors in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 2/6/2020
Playa Vista, California

*Mailing Address*:
Finson Law Firm
12777 W. Jefferson Blvd., Bldg D., 3rd Fl
Playa Vista, CA 90066
*E-mail address*: lowell@finsonlawfirm.com
Telephone number: (   ) (424) 289-2627