UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.**, *et al.*,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 19-23649<br><br>(Jointly Administered) |

## DECHERT LLP'S THIRD SUPPLEMENTAL DECLARATION
## PURSUANT TO BANKRUPTCY RULE 2014(A)

I, Shmuel Vasser, hereby declare that the following statements are true and

correct to the best of my knowledge after due inquiry as described herein:

1.      I am a partner of the law firm of Dechert LLP ("**Dechert**"), which maintains

offices at 1095 Avenue of the Americas, New York, New York 10036.  I submit this declaration

(the "**Third Supplemental Declaration**") to provide additional disclosure required under Rule

2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") of Dechert's

connections with potential parties-in-interest in the Debtors' chapter 11 cases (the "**Chapter 11**

**Cases**").

2.      This Third Supplemental Declaration supplements the disclosures provided in

*Dechert LLP's Second Supplemental Declaration Pursuant to Bankruptcy Rule 2014(A)* [Docket

No. 683] (the "**Second Supplemental Declaration**"), *Dechert LLP's First Supplemental*

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Declaration Pursuant to Bankruptcy Rule 2014(A)* [Docket No. 488] (the "**First Supplemental Declaration**" and together with the Second Supplemental Declaration the "**Supplemental Declarations**"), and Hayden Coleman's declaration [Docket No. 424-2] filed contemporaneously with the *Application of Debtors for Authority to Retain and Employ Dechert LLP as Special Counsel to the Debtors* Nunc Pro Tunc *to the Petition Date* [Docket No. 424] (the "**Retention Application**").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

3.      Dechert and certain of its partners, counsel, and associates have recently been engaged to represent an entity listed as a vendor on the conflict check list provided by the Debtors to Dechert, in a confidential regulatory inquiry.  Dechert's representation of this entity is not related to Dechert's representation of the Debtors in the matters for which Dechert was retained in the Chapter 11 Cases.

4.      Based upon the information available to me, Dechert neither represents nor holds an interest adverse to the interests of the Debtors or their estates with respect to the matters on which Dechert is to be employed.

*[Remainder of the page left intentionally blank]*

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Retention Application.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

_____
Shmuel Vasser

Sworn before me on this
10 day of February, 2020.

_____
Notary Public

AMANDA DONOHUE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DO6324294
Qualified in Suffolk County
Commission Expires May 4, 2023

*[Signature page for the Third Supplemental Declaration of Shmuel Vasser pursuant to Bankruptcy Rule 2014(a)]*