**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, NY  10110
(212) 986-6000
Counsel for State of Washington

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | |
| **PURDUE PHARMA L.P.,** *et al.*, | Chapter 11 |
| **Debtors.** | Case No. 19-23649 (RDD) |
| | **(Jointly Administered)** |
| **PURDUE PHARMA L.P.,** *et al.*, | |
| **Plaintiffs,** | Adversary Proceeding No. 19-08289 (RDD) |
| **v.** | |
| **COMMONWEALTH OF MASSACHUSETTS,** *et al.*, | |
| **Defendants.** | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Kleinberg, Kaplan, Wolff & Cohen, P.C. has relocated its office. The new address is:

Kleinberg, Kaplan, Wolff & Cohen, P.C.
500 Fifth Avenue
New York, New York 10110

The telephone and fax numbers and all email addresses remain the same.

421318.1 - 02/04/20

Copies of all mailed notices and other documents should be delivered to our new address.

Dated:  February 10, 2020

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

By: _____/s/ Matthew J. Gold_____
Matthew J. Gold
Robert M. Tuchman

500 Fifth Avenue
New York, New York 10110
Telephone:  (212) 986-6000
Facsimile:   (212) 986-8866
E-mail:        MGold@kkwc.com
                   RTuchman@kkwc.com

*Attorneys for State of Washington*