UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:

Purdue Pharma L.P., et al.

                                     Debtors

-------------------------------------------------------------x

Case No.: 19-23649 (RDD)

Chapter 11
(Jointly Administered)

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of __Lowell W. Finson, Esq.__, to be admitted, ***pro hac vice***, to represent __Anne Alexander, et al .__[1] (the "Clients") in the above referenced ✓ cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of __California__ and the bar of the U.S. District Court for the Central District of California, it is hereby

**ORDERED**, that __Lowell W. Finson__, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ cases ☐ adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York

      February 10, 2020

                                   __/s/ Robert D. Drain__

                                 United States Bankruptcy Judge

---

[1] Counsel is not relieved by this Order of the requirements of Fed. R. Bankr. P. 2019.