**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|     Debtors. | : | |
| | : | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Thomas C. Albus ("the Movant") to be admitted, *pro hac vice,* to represent the State of Missouri in these cases; and upon Movant's certification that the Movant is a member in good standing with the bar in the State of Missouri and is also admitted to practice before the United States District Court for the Eastern District of Missouri, it is hereby

**ORDERED,** that Thomas C. Albus is admitted to practice ***pro hac vice*** in the above referenced cases in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: February 13, 2020
       White Plains, New York

                                              */s/Robert D. Drain*_____
                                              THE HONORABLE ROBERT D. DRAIN
                                              UNITED STATES BANKRUPTCY JUDGE