KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Scott Davidson

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF PROFESSIONAL FEE HOURLY
RATES FOR KING & SPALDING LLP, AS SPECIAL COUNSEL
TO THE DEBTORS AND DEBTORS IN POSSESSION**

**PLEASE TAKE NOTICE** that, on November 25, 2019, the Court approved the retention of King & Spalding LLP ("**K&S**") [ECF No. 543] as special counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**").

**PLEASE TAKE FURTHER NOTICE** that, effective ten business days after the date of this Notice, the hourly billing rates for K&S professionals expected to spend significant time on the K&S Services (as defined in the K&S retention application [ECF No. 427]) for matters other than the DOJ/NJ/ME Discovery Matter (K&S Matter No. 190003) will range from $837 to $1,080

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

for partners, $616.50 to $1,093.50 for associates and counsel, and $292.50 for paralegals. All of the aforementioned hourly billing rates reflect a voluntary discount. The Debtors have consented to the increased rates. The above rates do not reflect other agreed discounts that are applied to the K&S Services. K&S has agreed with the Debtors to not change its rates through December 2020 with respect to the DOJ/NJ/ME Discovery Matter (K&S Matter No. 190003).

Dated: February 19, 2020
New York, New York

          **KING & SPALDING LLP**

          */s/ Scott Davidson*
          Scott Davidson
          1185 Avenue of the Americas
          New York, New York  10036-2601
          Telephone: (212) 556-2100
          Facsimile:  (212) 556-2222

          *Special Counsel to the Debtors and Debtors in Possession*