WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al.*,** | **Case No. 19-23649 (RDD)** |
| **Debtors.[1]** | |

**SECOND MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| | |
|---|---|
| **Name of Applicant** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | December 1, 2019 through December 31, 2019 |

---

[1]         The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $40,511.34[2]<br>(80% of $50,639.17) |
| Total reimbursement of expenses requested in this statement | $161.18 |
| Total compensation and reimbursement requested in this statement | $40,672.52 |
| **This is a(n):**   _X Monthly Application    __ Interim Application   __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States

Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order*

*Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as*

*Special Counsel  for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019

[Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21,

2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale

and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in

possession (collectively, the "**Debtors**"), submits this *Second Monthly Fee Statement for*

*Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period*

*from December 1, 2019 Through December 31, 2019* (this "**Fee Statement**").[3]  By this Fee

Statement, WilmerHale seeks (i) compensation in the amount of $40,511.34 which is equal to

80% of the total amount of reasonable compensation for actual, necessary legal services that

---

[2]        This amount reflects an agreed reduction in fees in the amount of $8,936.33.

[3]        The period from December 1, 2019, through and including December 31, 2019, is referred to herein as the "**Fee Period**."

WilmerHale incurred in connection with such services during the Fee Period (i.e., $50,639.17) and (ii) payment of $161.18 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursement Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories WilmerHale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, WilmerHale incurred $59,575.50 in fees during the Fee Period and, pursuant to its agreement with Purdue Pharma, L.P., reduced that amount to $50,639.17.  Pursuant to this Fee Statement, WilmerHale seeks compensation for 80% of such fees, totaling $40,511.34.

2.      Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $687.50.[4]  The blended hourly billing rate of all paraprofessionals is  $345.68.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or disbursed in the amount of $161.18 in connection with providing professional services to the Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.

---

[4]      The blended hourly billing rate of $687.50 for attorneys is derived by dividing the total fees for attorneys of $46,612.50 by the total hours of 67.80.

[5]      The blended hourly billing rate of $345.68 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $12,963.00 by the total hours of 37.50.

Only the clients for whom the services are actually used are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.       Attached hereto as **Exhibit D** is the related invoice showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.       WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Debtors submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $40,511.34 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $50,639.17) and (ii) payment of $161.18 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: February 19, 2020
       New York, New York

By:    /s/ George W. Shuster, Jr.
       WILMER CUTLER PICKERING HALE
        AND DORR LLP

       George W. Shuster, Jr.
       7 World Trade Center
       New York, NY  10007
       Telephone:  (212) 937-7518
       Facsimile:  (212) 230-8888

       Reginald Brown
       Alyssa DaCunha
       1875 Pennsylvania Avenue, N.W.
       Washington, D.C. 20006
       Telephone:  (202) 663-6000
       Facsimile:  (202) 663-6363

       *Special Counsel to the Debtors and Debtors
       in Possession*

**<u>Exhibit A</u>**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **Fee/Employment Applications (B160)** | 36.20 | 20,653.00 |
| **Congressional Investigation (L400)** | 69.10 | 38,922.50 |
| **Total** | **105.30** | **$59,575.50** |
| **Less Agreed Reduction** | | **-8,936.33** |
| **GRAND TOTAL** | | **$50,639.17** |

**<u>Exhibit B</u>**

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,355.00 | 0.90 | 1,219.50 |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 850.00 | 17.70 | 15,045.00 |
| George W. Shuster, Jr. | Partner; joined firm in 1999; admitted to MA Bar since 2001 and NY Bar since 2010; Bankruptcy & Financial Restructuring. | 1,060.00 | 0.30 | 318.00 |
| **Partners Total** | | | **18.90** | **$16,582.50** |
| **Counsels** | | | | |
| John T. Byrnes | Counsel; joined firm in 2013; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 775.00 | 5.40 | 4,185.00 |
| Isley Markman Gostin | Counsel; joined firm in 2009; admitted to NY and IL Bars since 2011 and DC Bar since 2012; Bankruptcy & Financial Restructuring. | 850.00 | 0.50 | 425.00 |
| Nancy L. Manzer | Special Counsel; joined firm in 1987; admitted to NY and DC Bar since 1989 and VA Bar since 2002; Bankruptcy & Financial Restructuring. | 990.00 | 8.80 | 8,712.00 |
| **Counsels Total** | | | **14.70** | **$13,322.00** |

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Associates and Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 475.00 | 0.40 | 190.00 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 590.00 | 3.30 | 1,947.00 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 495.00 | 27.80 | 13,761.00 |
| Phoebe Stroede | Sr. Discovery Attorney; joined firm in 2013; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 2.70 | 810.00 |
| **Associates and Attorneys Total** | | | **34.20** | **16,708.00** |
| **Paraprofessionals** | | | | |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 280.00 | 8.90 | 2,492.00 |
| Paul J. Maher | Sr. Research and Reference Specialist; joined firm in 2018; Library and Research Services. | 455.00 | 0.20 | 91.00 |
| Aaron P. Murphy | Research and Reference Specialist; joined firm in 2019; Library and Research Services. | 375.00 | 1.40 | 525.00 |
| Elizabeth W. Rockett | Legislative Assistant/ Specialist; joined firm in 2015; Regulatory and Government Affairs. | 245.00 | 9.00 | 2,205.00 |

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 425.00 | 18.00 | 7,650.00 |
| **Paraprofessionals Total** | | | **37.50** | **12,963.00** |
| **TOTAL** | | | **105.30** | **$59,575.50** |
| **Less Agreed Reduction** | | | | **-8,936.33** |
| **GRAND TOTAL** | | | | **$50,639.17** |

## **Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| Data Hosting | 57.60 |
| Federal Express | 19.91 |
| Travel | 83.67 |
| **TOTAL** | **$161.18** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# WILMERHALE  |W|H|

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. 04-1409810
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 02/18/20 |
| Invoice No. | 2579291 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through December 31, 2019 in connection with the Post
Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 59,575.50 |
| Less 15% Discount | | -8,936.33 |
| Total Disbursements | | 161.18 |
| **Total Amount Due** | **$** | **50,800.35** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ▉▉▉▉

Routing Number: ▉▉▉▉

Citibank NA 1101 Pennsylvania Avenue NW Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                         Purdue Pharma, L.P.
Matter No. 1653300-00136                   Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| **B160 - Fee/Employment Applications** | | | |
| 12/04/19 | Gostin, Isley Markman | 0.20 | Discuss fee applications with Mr. Shuster, Ms. Manzer |
| 12/04/19 | Manzer, Nancy L. | 0.40 | Begin drafting fee statement |
| 12/04/19 | Manzer, Nancy L. | 0.90 | Draft email to Ms. DaCunha re WilmerHale retention order and order re procedures for interim compensation |
| 12/04/19 | Manzer, Nancy L. | 1.10 | Review proformas for compliance with bankruptcy requirements |
| 12/04/19 | Manzer, Nancy L. | 0.20 | Emails with Ms. DaCunha and Accounting regarding proformas |
| 12/04/19 | Manzer, Nancy L. | 0.20 | Emails with Mr. Shuster and Ms. DaCunha re fee statements and applications |
| 12/05/19 | Gostin, Isley Markman | 0.10 | Discuss fee applications with Ms. Manzer |
| 12/05/19 | Manzer, Nancy L. | 0.20 | Draft fee statement |
| 12/05/19 | Manzer, Nancy L. | 0.20 | Emails to Ms. Kennedy re revising proforma to apply task codes |
| 12/05/19 | Manzer, Nancy L. | 0.20 | Review and respond to emails from Ms. DaCunha re Fee Statement |
| 12/06/19 | Manzer, Nancy L. | 0.20 | Confer with Ms. Kennedy re revising proforma |
| 12/09/19 | Manzer, Nancy L. | 0.20 | Review and respond to emails from Ms. DaCunha and Accounting regarding proformas and rate increases |
| 12/10/19 | Manzer, Nancy L. | 0.20 | Email to Ms. Kennedy re revised proforma to comply with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | bankruptcy requirements |
| 12/12/19 | Manzer, Nancy L. | 0.20 | Confer with Accounting re revised proforma |
| 12/12/19 | Manzer, Nancy L. | 0.30 | Review revised bill and emails with Accounting re same |
| 12/12/19 | Manzer, Nancy L. | 0.10 | Email to Accounting re revised statement |
| 12/12/19 | Manzer, Nancy L. | 0.10 | Revise fee statement |
| 12/12/19 | Thompson, Yolande | 1.20 | Prepare Exhibit B to fee application listing professional and paraprofessional rates, hours billed, fees, and bar admission where applicable |
| 12/12/19 | Thompson, Yolande | 0.60 | Review proforma for September 16, 2019 through November 30, 2019 |
| 12/12/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re preparing Exhibit B to draft First Fee Application |
| 12/12/19 | Thompson, Yolande | 0.10 | Telephone conference with Ms. Manzer re confirming certain information to be included in Exhibit B to Fee Application |
| 12/13/19 | Gostin, Isley Markman | 0.20 | Discuss fee applications with Ms. Manzer |
| 12/13/19 | Manzer, Nancy L. | 0.20 | Email to Ms. DaCunha re redactions |
| 12/13/19 | Manzer, Nancy L. | 0.30 | Review draft Exhibit for fee application and email to Ms. Thompson re same |
| 12/13/19 | Manzer, Nancy L. | 0.20 | Confer with Accounting re revised proforma |
| 12/13/19 | Thompson, Yolande | 0.40 | Revise Exhibit B to fee application |
| 12/13/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re revisions to Exhibit B to draft Monthly Fee Application |
| 12/16/19 | Manzer, Nancy L. | 0.20 | Emails with Ms. Thompson re filing |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | and service notice of rate increase |
| 12/16/19 | Manzer, Nancy L. | 0.30 | Emails with Mr. Shuster and Ms. DaCunha re notice of rate increase |
| 12/16/19 | Manzer, Nancy L. | 0.10 | Revise fee notice |
| 12/16/19 | Manzer, Nancy L. | 0.20 | Review revised invoice |
| 12/16/19 | Manzer, Nancy L. | 0.80 | Draft notice of rate increase |
| 12/16/19 | Manzer, Nancy L. | 0.20 | Emails with Ms. DaCunha and Ms. Thompson re revised invoice |
| 12/16/19 | Shuster Jr., George W. | 0.30 | Attention to fee application issues |
| 12/16/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re service of rate increase Notice |
| 12/16/19 | Thompson, Yolande | 0.20 | Review master service list to determine parties and method of service for Notice of rate increase |
| 12/16/19 | Thompson, Yolande | 0.20 | Revise Notice of Increase in Hourly Rates to include suggested edits |
| 12/16/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re reviewing Notice of 2020 Rate Increase to ensure that information is accurate |
| 12/16/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re updating fee application |
| 12/16/19 | Thompson, Yolande | 0.10 | Serve First Notice of Increase in Hourly Rates via email |
| 12/16/19 | Thompson, Yolande | 0.20 | E-file First Notice of Increase in Hourly Rates |
| 12/16/19 | Thompson, Yolande | 0.10 | Review emails from Mr. Shuster, Ms. Manzer and Ms. DaCunha re authorization to file Notice |
| 12/16/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re e-filing Notice upon authorization by Ms. DaCunha using Mr. Shuster's ECF credentials |
| 12/16/19 | Thompson, Yolande | 0.10 | Review, finalize Notice for rate |

Client No. 1653300                  Purdue Pharma, L.P.
Matter No. 1653300-00136            Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | increase for filing |
| 12/16/19 | Thompson, Yolande | 0.20 | Review, compare Notice of Increase in Hourly Rates to rate sheet provided by Ms. Manzer |
| 12/16/19 | Thompson, Yolande | 0.10 | Review Order Authorizing Retention of WilmerHale |
| 12/16/19 | Thompson, Yolande | 0.10 | Review emails between Ms. Manzer, Mr. Shuster, and Ms. DaCunha re revision to Notice re rates |
| 12/17/19 | DaCunha, Alyssa | 0.50 | Revise bankruptcy filings |
| 12/17/19 | Manzer, Nancy L. | 0.80 | Review and revise invoice for first fee statement |
| 12/17/19 | Manzer, Nancy L. | 0.30 | Emails with Ms. DaCunha, Ms. Thompson and Accounting re invoice for first fee statement |
| 12/17/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re checking bankruptcy docket for certain filings |
| 12/17/19 | Thompson, Yolande | 0.60 | Review draft fee application prepared by Ms. Manzer |
| 12/17/19 | Thompson, Yolande | 0.30 | Review bankruptcy docket for certain filings |
| 12/17/19 | Thompson, Yolande | 0.50 | Compile information to be included in fee application re each professional and paraprofessional |
| 12/17/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re confirming rates to be included in fee application |
| 12/17/19 | Thompson, Yolande | 1.10 | Update fee application |
| 12/17/19 | Thompson, Yolande | 0.10 | Review email from Ms. DaCunha re additional edits to invoice |
| 12/17/19 | Thompson, Yolande | 0.30 | Review docket for adversary proceeding for certain filings |
| 12/17/19 | Thompson, Yolande | 0.20 | Emails and telephone conferences |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | with Accounting re revisions to invoice |
| 12/17/19 | Thompson, Yolande | 0.60 | Review invoice for First Monthly Fee Application |
| 12/17/19 | Thompson, Yolande | 0.30 | Review, update files with potentially relevant documents from docket for adversary proceeding |
| 12/17/19 | Thompson, Yolande | 0.10 | Review email from Ms. Manzer re additional edits to invoice |
| 12/19/19 | DaCunha, Alyssa | 0.30 | Review invoices for redaction prior to filing in bankruptcy court |
| 12/19/19 | Lannon, William E. | 1.60 | Redact materials for filing |
| 12/19/19 | Manzer, Nancy L. | 0.20 | Emails with Ms. DaCunha re redactions on invoice |
| 12/19/19 | Manzer, Nancy L. | 0.30 | Emails re finalizing invoice |
| 12/19/19 | Thompson, Yolande | 0.20 | Emails and telephone conference with Accounting re revisions to invoice |
| 12/19/19 | Thompson, Yolande | 1.20 | Update fee application |
| 12/19/19 | Thompson, Yolande | 0.60 | Review updated invoice for First Monthly Fee Application |
| 12/19/19 | Thompson, Yolande | 0.20 | Emails and telephone conference with Ms. Manzer re discrepancy between invoice and fee application |
| 12/20/19 | Lannon, William E. | 0.80 | Redact materials for filing |
| 12/20/19 | Thompson, Yolande | 0.10 | Telephone conference with Ms. Manzer re revisions to fee application and status of filing same |
| 12/20/19 | Thompson, Yolande | 0.20 | Emails with Accounting re revisions to invoice |
| 12/20/19 | Thompson, Yolande | 1.40 | Update, finalize draft fee application |
| 12/20/19 | Thompson, Yolande | 0.10 | Email finalized draft fee application, redline, and invoice to |

Client No. 1653300                              Purdue Pharma, L.P.
Matter No. 1653300-00136                        Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | Ms. Manzer for review |
| 12/20/19 | Thompson, Yolande | 0.60 | Review updated invoice for First Monthly Fee Application |
| 12/20/19 | Thompson, Yolande | 0.10 | Prepare, review redline of fee application |
| 12/23/19 | DaCunha, Alyssa | 0.50 | Review revised bills, multiple communications with Mr. Lannon, Ms. Manzer re same |
| 12/23/19 | DaCunha, Alyssa | 0.20 | Multiple communications with Mr. Shuster re bankruptcy declaration |
| 12/23/19 | Lannon, William E. | 3.40 | Redact materials for filing |
| 12/23/19 | Thompson, Yolande | 0.10 | Review email from Ms. Gostin re redacted invoice |
| 12/23/19 | Thompson, Yolande | 0.10 | Review email from Ms. DaCunha re redacted invoice |
| 12/24/19 | Lannon, William E. | 0.80 | Redact materials for filing |
| 12/24/19 | Thompson, Yolande | 0.20 | Emails with Accounting re detailed expenses |
| 12/24/19 | Thompson, Yolande | 0.20 | Prepare draft Certificate of Service for First Monthly Fee Application |
| 12/24/19 | Thompson, Yolande | 0.10 | Email finalized fee application to attorneys for approval |
| 12/24/19 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re approval of fee statement |
| 12/24/19 | Thompson, Yolande | 0.10 | Review email from and telephone conference with Mr. Lannon re redacted invoice |
| 12/24/19 | Thompson, Yolande | 0.20 | Review Interim Compensation Order to determine service parties |
| 12/24/19 | Thompson, Yolande | 0.20 | Review Davis Polk's First Fee Statement to confirm documents needed to finalize WH fee statement |
| 12/24/19 | Thompson, Yolande | 0.60 | Finalize Fee Application and exhibits for filing |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/24/19 | Thompson, Yolande | 0.60 | Review redacted invoice |
| 12/24/19 | Thompson, Yolande | 0.80 | Update Exhibit D for filing |
| 12/26/19 | Thompson, Yolande | 0.10 | Email finalized Fee Statement and Certificate of Service to Ms. DaCunha for approval |
| 12/26/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re status of filing fee statement |
| 12/26/19 | Thompson, Yolande | 0.20 | Update, finalize Fee Application and exhibits for filing |
| 12/26/19 | Thompson, Yolande | 0.10 | Update, finalize Certificate of Service for filing |
| 12/27/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re status of response from Ms. DaCunha regarding fee statement |
| 12/30/19 | Thompson, Yolande | 0.10 | Review emails from Ms. Manzer and Ms. DaCunha re approval of final version of fee statement |
| 12/30/19 | Thompson, Yolande | 0.10 | Telephone conference with Ms. Manzer re receipt of response from Ms. DaCunha and next steps |
| 12/30/19 | Thompson, Yolande | 0.10 | Review Interim Compensation Order to confirm deadline for filing Monthly Fee Statements |
| 12/31/19 | DaCunha, Alyssa | 0.50 | Multiple communications with Mr. Brown, Ms. Manzer, Mr. Shuster re fee petition filing |
| 12/31/19 | Thompson, Yolande | 0.10 | Update Fee Application with current date for filing |
| 12/31/19 | Thompson, Yolande | 0.10 | Review emails from Ms. DaCunha re status of approving/finalizing of fee statement |
| 12/31/19 | Thompson, Yolande | 0.10 | Review emails between Ms. DaCunha and Mr. Shuster re redactions |
| 12/31/19 | Thompson, Yolande | 0.10 | Update Certificate of Service with |

Client No. 1653300  
Matter No. 1653300-00136

Purdue Pharma, L.P.  
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291  
Invoice Date 02/18/20  
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | current date for filing |
| 12/31/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer and Ms. DaCunha re circulating certain fee statements |
| 12/31/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re reviewing docket to determine whether other firms have filed their fee statements |

**36.20**

**L400 - Congressional Investigation**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/02/19 | Brown, Reginald | 0.50 | Call with ███████████████ |
| 12/02/19 | DaCunha, Alyssa | 0.50 | Discuss ███████████████ |
| 12/02/19 | DaCunha, Alyssa | 1.00 | Participate in telecon with ████████ |
| 12/02/19 | DaCunha, Alyssa | 0.40 | Revise ███████████ |
| 12/02/19 | Menz, Sheila E. | 1.00 | Call with ██████████████ |
| 12/02/19 | Menz, Sheila E. | 0.20 | Consult with ████████ |
| 12/02/19 | Menz, Sheila E. | 0.10 | Analyze ████████████ |
| 12/02/19 | Rockett, Elizabeth W | 0.60 | Complete ████████ |
| 12/03/19 | DaCunha, Alyssa | 0.30 | Multiple communications with ██ |
| 12/03/19 | DaCunha, Alyssa | 0.50 | Multiple communications with ███ |
| 12/03/19 | Rockett, Elizabeth W | 0.60 | Complete ████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/04/19 | Rockett, Elizabeth W | 0.60 | Complete |
| 12/04/19 | Satten-Lopez, Elena M. | 2.60 | Create |
| 12/05/19 | Brown, Reginald | 0.40 | Confer with |
| 12/05/19 | DaCunha, Alyssa | 4.00 | Participate in |
| 12/05/19 | Menz, Sheila E. | 0.10 | Call with |
| 12/05/19 | Murphy, Aaron P. | 1.40 | Research |
| 12/05/19 | Rockett, Elizabeth W | 0.60 | Complete |
| 12/05/19 | Satten-Lopez, Elena M. | 0.50 | Finalize |
| 12/05/19 | Satten-Lopez, Elena M. | 0.60 | Revise |
| 12/06/19 | Rockett, Elizabeth W | 0.60 | Complete |
| 12/06/19 | Satten-Lopez, Elena M. | 3.20 | Summarize |
| 12/07/19 | DaCunha, Alyssa | 0.50 | Review |
| 12/09/19 | Rockett, Elizabeth W | 0.60 | Complete |
| 12/10/19 | DaCunha, Alyssa | 1.00 | Participate in |
| 12/10/19 | Rockett, Elizabeth W | 0.60 | Complete |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | ▮▮▮▮▮▮▮▮▮ |
| 12/11/19 | Hromada, Patricia | 0.40 | Communicate with ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 12/11/19 | Rockett, Elizabeth W | 0.60 | Complete ▮▮▮▮▮▮▮▮▮▮▮ |
| 12/11/19 | Stroede, Phoebe | 0.60 | Communicate via telephone with ▮▮▮▮▮▮▮▮▮ |
| 12/11/19 | Stroede, Phoebe | 0.80 | Search ▮▮▮▮▮▮▮▮▮▮ |
| 12/12/19 | DaCunha, Alyssa | 2.20 | Participate in call with ▮▮▮▮ |
| 12/12/19 | DaCunha, Alyssa | 0.30 | Draft ▮▮▮▮▮▮▮ |
| 12/12/19 | Rockett, Elizabeth W | 0.60 | Complete ▮▮▮▮▮▮▮▮ |
| 12/12/19 | Satten-Lopez, Elena M. | 1.40 | Summarize ▮▮▮▮▮▮▮ |
| 12/12/19 | Satten-Lopez, Elena M. | 0.30 | Revise ▮▮▮▮▮▮▮ |
| 12/13/19 | Byrnes, John T. | 0.10 | Call with ▮▮▮▮▮▮ |
| 12/13/19 | DaCunha, Alyssa | 0.50 | Emails with ▮▮▮▮▮▮▮ |
| 12/13/19 | DaCunha, Alyssa | 0.40 | Telecon with ▮▮▮▮▮ |
| 12/13/19 | Lannon, William E. | 1.60 | File ▮▮▮▮▮▮▮ |
| 12/13/19 | Rockett, Elizabeth W | 0.60 | Complete ▮▮▮▮▮▮ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/13/19 | Satten-Lopez, Elena M. | 0.30 | Analyze █████████ |
| 12/16/19 | DaCunha, Alyssa | 0.30 | Multiple communications with █████ |
| 12/16/19 | DaCunha, Alyssa | 0.80 | Multiple communications with █████ |
| 12/16/19 | Lannon, William E. | 0.70 | Prepare █████ |
| 12/16/19 | Maher, Paula J | 0.20 | Search █████ |
| 12/16/19 | Rockett, Elizabeth W | 0.60 | Complete █████ |
| 12/16/19 | Satten-Lopez, Elena M. | 2.10 | Draft █████ |
| 12/17/19 | Byrnes, John T. | 0.30 | Meet with █████ |
| 12/17/19 | DaCunha, Alyssa | 1.00 | Participate in █████ |
| 12/17/19 | DaCunha, Alyssa | 0.40 | Multiple communications with █████ |
| 12/17/19 | Menz, Sheila E. | 0.30 | Multiple communications with █████ |
| 12/17/19 | Menz, Sheila E. | 0.80 | Analyze █████ |
| 12/17/19 | Rockett, Elizabeth W | 0.60 | Complete █████ |
| 12/17/19 | Satten-Lopez, Elena M. | 0.60 | Incorporate █████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | ███████████ |
| 12/17/19 | Satten-Lopez, Elena M. | 1.60 | Finalize ████████ |
| 12/17/19 | Stroede, Phoebe | 0.30 | Telephone communication with ██ |
| 12/17/19 | Stroede, Phoebe | 1.00 | Conduct ████████ |
| 12/18/19 | DaCunha, Alyssa | 0.30 | Review ████████ |
| 12/18/19 | DaCunha, Alyssa | 0.30 | Multiple communications with ██ |
| 12/18/19 | Menz, Sheila E. | 0.40 | Confer with ████████ |
| 12/18/19 | Rockett, Elizabeth W | 0.60 | Complete ████████ |
| 12/18/19 | Satten-Lopez, Elena M. | 0.30 | Revise ████████ |
| 12/18/19 | Satten-Lopez, Elena M. | 0.60 | Confer with ████████ |
| 12/18/19 | Satten-Lopez, Elena M. | 1.40 | Revise ████████ |
| 12/19/19 | Byrnes, John T. | 0.90 | Draft ████████ |
| 12/19/19 | Menz, Sheila E. | 0.40 | Analyze ████████ |
| 12/19/19 | Rockett, Elizabeth W | 0.60 | Complete ████████ |
| 12/19/19 | Satten-Lopez, Elena M. | 2.60 | Summarize ████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 12/20/19 | Rockett, Elizabeth W | 0.60 | Complete ▮▮▮▮ |
| 12/23/19 | Byrnes, John T. | 2.80 | Draft ▮▮▮▮ |
| 12/23/19 | DaCunha, Alyssa | 0.50 | Review, revise ▮▮▮▮ |
| 12/23/19 | Satten-Lopez, Elena M. | 0.50 | Scope ▮▮▮▮ |
| 12/23/19 | Satten-Lopez, Elena M. | 1.00 | Summary ▮▮▮▮ |
| 12/26/19 | Satten-Lopez, Elena M. | 0.30 | Finalize ▮▮▮▮ |
| 12/27/19 | Byrnes, John T. | 1.20 | Revise ▮▮▮▮ |
| 12/28/19 | Byrnes, John T. | 0.10 | Revise ▮▮▮▮ |
| 12/29/19 | Satten-Lopez, Elena M. | 2.00 | Summarize ▮▮▮▮ |
| 12/30/19 | DaCunha, Alyssa | 0.50 | Revise ▮▮▮▮ |
| 12/30/19 | Satten-Lopez, Elena M. | 3.90 | Complete ▮▮▮▮ |
| 12/31/19 | Satten-Lopez, Elena M. | 2.00 | Draft ▮▮▮▮ |
| | | **69.10** | |

**Total**    <u>**105.30**</u>

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Cost | Description |
|------|------|-------------|
| 09/12/19 | 83.67 | Taxi, Alyssa DaCunha, 09/12/19, INV: 3621293809161801; Taxi in NYC |
| 12/01/19 | 57.60 | OTHER - DAY - Hosting Fee: 1.92 GB @ $30.00 ea |
| 12/05/19 | 19.91 | Federal Express Corp; Invoice# 683646323 (Nov-12,2019); Inv#683646323 780817326583 Shemesh, Tamir TO McGuire Woods John Adams RICHMOND VA -- Michelle Leonard |
| Total | **161.18** | |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 0.90 | 1,355.00 | 1,219.50 |
| Shuster Jr., George W. | 0.30 | 1,060.00 | 318.00 |
| Manzer, Nancy L. | 8.80 | 990.00 | 8,712.00 |
| DaCunha, Alyssa | 17.70 | 850.00 | 15,045.00 |
| Gostin, Isley Markman | 0.50 | 850.00 | 425.00 |
| Byrnes, John T. | 5.40 | 775.00 | 4,185.00 |
| Menz, Sheila E. | 3.30 | 590.00 | 1,947.00 |
| Satten-Lopez, Elena M. | 27.80 | 495.00 | 13,761.00 |
| Hromada, Patricia | 0.40 | 475.00 | 190.00 |
| Maher, Paula J | 0.20 | 455.00 | 91.00 |
| Thompson, Yolande | 18.00 | 425.00 | 7,650.00 |
| Murphy, Aaron P. | 1.40 | 375.00 | 525.00 |
| Stroede, Phoebe | 2.70 | 300.00 | 810.00 |
| Lannon, William E. | 8.90 | 280.00 | 2,492.00 |
| Rockett, Elizabeth W | 9.00 | 245.00 | 2,205.00 |
| **Total Legal Services** | **105.30** | | **$59,575.50** |

| Task | Description | Hours | Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 36.20 | 20,653.00 |
| L400 | Congressional Investigation | 69.10 | 38,922.50 |
| **Total Legal Services** | | **105.30** | **$59,575.50** |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

**DISBURSEMENTS**

| Description | Total |
|---|---|
| WHDS DATA HOSTING - INGESTED DOCUMENTS DOCUMENT INSTANCE HOSTING | 57.60 |
| TRAVEL | 83.67 |
| FEDERAL EXPRESS | 19.91 |
| **Total Disbursements** | **$161.18** |

# WILMERHALE  [WH]

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. 04-1409810
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 02/18/20 |
| Invoice No. | 2579291 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through December 31, 2019 in connection with the Post
Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 59,575.50 |
| Less 15% Discount | | -8,936.33 |
| Total Disbursements | | 161.18 |
| **Total Amount Due** | **$** | **50,800.35** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ████████
Routing Number: ████████

Citibank NA 1101 Pennsylvania Avenue NW Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership