ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | **Case No. 19-23649 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**FIFTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | January 1, 2020 through January 31, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
| --- | --- |
| Total Compensation Incurred | $167,950.21[2] |
| Less 20% Holdback | $33,590.04 |
| Total Reimbursement Requested | $0 |
| Total Compensation and Reimbursement Requested in this Statement | $134,360.17 |

**This is a(n):**   **X** Monthly Application   __   Interim Application __   Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from January 1, 2020 Through January 31, 2020* (this "**Fee Statement**").[3]   By this Fee Statement, A&P seeks (i) compensation in the amount of

---

[2] This amount reflects a reduction in fees in the amount of $29,638.29 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3] The period from January 1, 2020, through and including January 31, 2020, is referred to herein as the "**Fee Period**."

$134,360.17 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $167,950.21) and (ii) payment of $0 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, counsel, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $167,950.21 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $134,360.17.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $853.31.[4]  The blended hourly billing rate of all paraprofessionals is $335.75.[5]

3.      A&P did not incur or disburse any expenses during the Fee Period.

4.      Attached hereto as **Exhibit C** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

---

[4] This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5] This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

### Notice

5.      A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A&P submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $134,360.17, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $167,950.21) and (ii) payment of $0 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

February 20, 2020                                      Respectfully submitted,


By:   /s/ Rory Greiss

**ARNOLD & PORTER KAYE
SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| ORF:EUR:Grunenthal Obligations - 2100000 | 10.40 | 10,431.20 |
| Mundipharma | 15.20 | 15,245.60 |
| Commercial Contracts Advice | 39.70 | 27,681.95 |
| Harm Reduction Therapeutics | 11.00 | 11,033.00 |
| Project Artic | 91.20 | 77,245.87 |
| Project Windshield | 0.70 | 538.47 |
| Mundipharma EDO | 4.30 | 3,172.20 |
| Project A Patch | 5.80 | 5,817.40 |
| Retention and Fee Applications | 21.10 | 8,499.57 |
| Prodrug License | 8.40 | 8,284.95 |
| **Total[6]** | **207.80** | **167,950.21** |

---

[6] This amount reflects a reduction in fees in the amount of $29,638.29 on account of voluntary discounts on fees as described in the Retention Application.

## **Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 950.00 | 3.00 | 2,850.00 |
| Greiss, Rory | Partner | 1981 | 1,180.00 | 98.90 | 116,702.00 |
| Rothman, Eric | Counsel | 2008 | 905.00 | 46.50 | 42,082.50 |
| Conway, Tyler | Associate | 2015 | 795.00 | 2.70 | 2,146.50 |
| Fiorenzo, John | Associate | 2019 | 500.00 | 13.80 | 6,900.00 |
| Rosato, Danielle | Associate | 2015 | 795.00 | 24.20 | 19,239.00 |
| Soloveichik, Sarah | Associate | 2011 | 865.00 | 0.60 | 519.00 |
| Reddix, Darrell | Legal Assistant | N/A | 395.00 | 18.10 | 7,149.50 |
| **Total** | | | | **207.80** | **197,588.50** |
| Less 15% Discount | | | | | (29,638.29) |
| Discounted Total | | | | | 167,950.21 |
| Less 20% Holdback | | | | | (33,590.04) |
| **Total Amount Requested Herein** | | | | | **134,360.17** |

## **Exhibit C**

**Detailed Time Records and Expenses**

# Arnold&Porter

| | |
|---|---|
| **Purdue Pharma L.P.** | February 5, 2020 |
| **Attn: Philip C Strassburger** | Invoice # 30107680 |
| **Vice President & General Counsel** | EIN 53-0208605 |
| **One Stamford Forum** | |
| **Stamford, CT  06901-3431** | |

Client/Matter # 1049218.00067

ORF:EUR:Grunenthal Obligations - 2100000

21000008537

| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2020** | $ | 12,272.00 |
| Discount: | | -1,840.80 |
| **Fee Total** | | **10,431.20** |
| **Total Amount Due** | $ | 10,431.20 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| Or Remit To: | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 5, 2020                                                                  Invoice # 30107680

**(1049218.00067)**
ORF:EUR:Grunenthal Obligations - 2100000

Legal Services:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/17/20 | 2.80 | Review correspondence from R. Kreppel re: potential amendment to Patent License Agreement (.5); review provisions of current license agreement and potential revisions (.75); conference call with RK (.5); begin to outline new amendment (1.0) |
| Rory Greiss | 01/22/20 | 3.50 | Begin drafting Amendment No. 15 to Patent License Agreement and send draft to R. Kreppel for review and comment. |
| Rory Greiss | 01/30/20 | 2.00 | Review comments from R. Kreppel and R. Inz re: draft of 15th Amendment (1.5); review executed 14th Amendment. |
| Rory Greiss | 01/31/20 | 2.10 | Conference call with Purdue team and revisions to 15th Amendment based on comments. |
| **Total Hours** | | **10.40** | |

Legal Services-Attorney Summary

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 10.40 | 1,180.00 | 12,272.00 |
| **TOTAL** | **10.40** | | **12,272.00** |

**Total Current Amount Due**                                        **$10,431.20**

Page 1

# Arnold&Porter

**Purdue Pharma L.P.**                                                 February 5, 2020
**One Stamford Forum**                                          Invoice # 30107681
**Stamford, CT  06901-3431**                                 EIN 53-0208605
**Attn: Philip C Strassburger**
**Vice President & General Counsel**

**Client/Matter # 1049218.00083**

Mundipharma

20180002013

| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2020** | $ | 17,936.00 |
| Discount: | | -2,690.40 |
| **Fee Total** | | 15,245.60 |
| **Total Amount Due** | $ | 15,245.60 |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                        Arnold & Porter Kaye Scholer LLP
                                             P.O. Box 759451
                                             Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 5, 2020                                                                    Invoice # 30107681

**(1049218.00083)**
Mundipharma


**Legal Services:**


| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/06/20 | 0.80 | Review P. Strassburger's intital comments to draft agreement on Cognitive Development. |
| Rory Greiss | 01/07/20 | 4.30 | Review draft of Cognitive Development Agreement in advance of call with P. Strassburger (.5); call with P.S. to discuss comments to draft (1.2); Begin to revise draft in accordance with comments (2.6). |
| Rory Greiss | 01/08/20 | 2.50 | Work on revisions to cognitive development agreement and send to P. Strassburger for review. |
| Rory Greiss | 01/09/20 | 1.50 | Review comments from K. McCarthy and P. Strassburger on cognitive development agreement. |
| Rory Greiss | 01/10/20 | 4.50 | Revise and distribute revised cognition development agreement; correspondence with K. McCarthy and P. Strassburger. |
| Rory Greiss | 01/23/20 | 0.80 | Review K.M. comments to Cognitive Agreement. |
| Rory Greiss | 01/24/20 | 0.80 | Continued work re: cognition agreement; distribute revised versions to Purdue team. |

**Total Hours**                      **15.20**


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 15.20 | 1,180.00 | 17,936.00 |
| TOTAL | 15.20 | | 17,936.00 |


**Total Current Amount Due**                                              **$15,245.60**

# Arnold&Porter

Purdue Pharma L.P.                                February 5, 2020
Attn: Maria Barton                          Invoice # 30107682
General Counsel                                EIN 53-0208605
One Stamford Forum
Stamford, CT  06901

Client/Matter # 1049218.00117

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| For Legal Services Rendered through January 31, 2020 | $ | 32,567.00 |
| Discount: | | -4,885.05 |
| Fee Total | | 27,681.95 |
| Total Amount Due | $ | 27,681.95 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                Arnold & Porter Kaye Scholer LLP
                            P.O. Box 759451
                            Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 5, 2020                                                                 Invoice # 30107682


**(1049218.00117)**
**Commercial Contracts Advice**


**Legal Services:**


| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 01/03/20 | 1.30 | Discussion and review of API Supply Agreement Terms with counterparty M. |
| Rory Greiss | 01/06/20 | 0.40 | Office conference E. Rothman re: Nalmefene supply agreement. |
| John R. Fiorenzo | 01/06/20 | 0.70 | Conversation with E. Rothman regarding Purchase Agreement; edits to Agreement. |
| Eric Rothman | 01/06/20 | 1.20 | Discussion and review of API Supply Agreement Terms with counterparty M. |
| John R. Fiorenzo | 01/07/20 | 0.90 | Revisions to purchase agreement. |
| Eric Rothman | 01/07/20 | 1.60 | review of documents and work on PPLP-Purdue Canada Supply Agreement |
| Rory Greiss | 01/08/20 | 0.80 | Office conference E. Rothman re: Supply agreement to be prepared. |
| John R. Fiorenzo | 01/08/20 | 3.60 | Revisions to purchase agreement. |
| Eric Rothman | 01/08/20 | 1.30 | Discussion and review of API Supply Agreement Terms with counterparty M. |
| Rory Greiss | 01/09/20 | 1.30 | Conference call with Purdue team re: Supply Agreement with Purdue Canada; follow-up with E. Rothman. |
| Eric Rothman | 01/09/20 | 1.80 | TC to discuss Supply Agreement with Purdue Pharma (Canada (1.1) and work on same (0.7). |
| Rory Greiss | 01/10/20 | 1.10 | Purdue (Canada) Supply Agreement; teleconference E. Rothman (.6); locate and send bankruptcy approval language for inclusions in draft (.5). |
| Eric Rothman | 01/10/20 | 2.80 | TC to discuss Supply Agreement with Purdue Pharma (Canada (.6) and work on same (2.2). |
| Rory Greiss | 01/13/20 | 2.50 | Review latest draft of non-exclusive supply and Distribution Agreement with Purdue (Canada); conference call with Purdue team and E. Rothman; review revise Rothman's revisions to draft. |
| John R. Fiorenzo | 01/13/20 | 2.30 | Finalize comments to supply agreement and send internally. |
| Eric Rothman | 01/13/20 | 2.30 | TC to discuss Supply Agreement with Purdue Pharma (Canada (1.1) and work on same (1.2). |
| John R. Fiorenzo | 01/14/20 | 1.70 | Revisions to the Manufacturing and Supply Agreement for Mallinckrodt. |
| Eric Rothman | 01/14/20 | 2.10 | work on API Supply Agreement Terms with counterparty M. |
| Rory Greiss | 01/15/20 | 1.50 | Continued work re:Mallinckrodt Supply Agreement with E. Rothman. |
| John R. Fiorenzo | 01/15/20 | 1.70 | Finalize draft of the Manufacture and Supply Agreement. |
| Eric Rothman | 01/15/20 | 1.20 | work on API Supply Agreement Terms with counterparty M. |
| Rory Greiss | 01/21/20 | 0.50 | Begin review of revised Supply Agreement. |
| John R. Fiorenzo | 01/21/20 | 2.00 | Revisions to Manufacturing and Supply Agreement. |
| Eric Rothman | 01/21/20 | 1.10 | work on API Supply Agreement Terms with counterparty M. |
| John R. Fiorenzo | 01/23/20 | 0.90 | Final revisions to supply agreement. |
| Eric Rothman | 01/23/20 | 1.10 | work on API Supply Agreement Terms with counterparty M. |


**Total Hours**                        **39.70**

February 5, 2020                                                                 Invoice # 30107682

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 8.10 | 1,180.00 | 9,558.00 |
| Eric Rothman | 17.80 | 905.00 | 16,109.00 |
| John R. Fiorenzo | 13.80 | 500.00 | 6,900.00 |
| **TOTAL** | **39.70** | | **32,567.00** |

**Total Current Amount Due**                                        **$27,681.95**

# Arnold&Porter

Purdue Pharma L.P.                                                February 5, 2020
Attn: Maria Barton                                            Invoice # 30107683
General Counsel                                                  EIN 53-0208605
One Stamford Forum
Dept. VN:  1008442
Stamford, CT  06901-3431


**Client/Matter # 1049218.00128**

Harm Reduction Therapeutics

20180001766


| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2020** | $ | 12,980.00 |
| Discount: | | -1,947.00 |
| **Fee Total** | | 11,033.00 |
| **Total Amount Due** | $ | 11,033.00 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| Or Remit To: | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

February 5, 2020

Invoice # 30107683

**(1049218.00128)**
**Harm Reduction Therapeutics**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/21/20 | 0.50 | Correspondence re: Funding Agreement and schedule for call to discuss. |
| Rory Greiss | 01/22/20 | 2.00 | Review latest draft of Funding Agreement in preparation for conference call (.8); conference call with P. Strassburger and R. Inz re: latest draft and milestones issues (.7); send draft and milestone chart to HRT with correspondence (.5). |
| Rory Greiss | 01/23/20 | 0.80 | Continued work re: Funding Agreement. |
| Rory Greiss | 01/24/20 | 1.50 | Revise Agreement and distribute to Purdue. |
| Rory Greiss | 01/28/20 | 1.10 | Revisions to "final draft" and send revised agreement to Purdue team (.8); correspondence with P. team (.3). |
| Rory Greiss | 01/29/20 | 1.50 | Continued work in connection with Funding Agreement. |
| Rory Greiss | 01/30/20 | 0.80 | Continued work in connection with finalizing Funding Agreement. |
| Rory Greiss | 01/31/20 | 2.80 | Work on Funding Agreement including revisions (1.5); teleconference P. Strassburger re: NYAG action in Emergent and review Assurance of Discontinuance (1.0); correspondence with D. Feinstein re: anticompetitive concerns. |

**Total Hours**                            **11.00**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 11.00 | 1,180.00 | 12,980.00 |
| **TOTAL** | **11.00** | | **12,980.00** |

**Total Current Amount Due**                                **$11,033.00**

# Arnold&Porter

Purdue Pharma L.P.                                        February 5, 2020
Attn: Phillip C. Strassburger                         Invoice # 30107684
Vice President & General Counsel                  EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00135

Project Arctic

20190002247


| | | |
|---|---|---|
| For Legal Services Rendered through January 31, 2020 | $ | 90,877.50 |
| Discount: | | -13,631.63 |
| Fee Total | | 77,245.87 |
| Total Amount Due | $ | 77,245.87 |


Wire Transfer Instructions:

| | | |
|---|---|---|
| | Account Name: | Arnold & Porter Kaye Scholer LLP |
| | Bank Info: | Wells Fargo Bank NA |
| | | 420 Montgomery Street |
| | | San Francisco, CA  94104 |
| | Account Number: | 4127865475 |
| | ABA Number: | 121000248 |
| | Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                       P.O. Box 759451
                                       Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 5, 2020                                                                                    Invoice # 30107684


**(1049218.00135)**
Project Arctic


**Legal Services:**


| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Danielle Rosato | 01/03/20 | 0.40 | Conference with E. Rothman re: analysis of certain transfer provisions; updated analysis for distribution to K. McCarthy. |
| Rory Greiss | 01/09/20 | 0.50 | Correspondence with Purdue team re: latest contracts with Arctic. |
| Rory Greiss | 01/14/20 | 0.80 | Correspondence with Purdue team re: redactions to Development Agreement, etc. |
| Rory Greiss | 01/15/20 | 1.20 | Conference call with Purdue team and DPW re: redactions to Development Agreement for purposes of public filing (.7); continued work on agreement (.5). |
| Danielle Rosato | 01/15/20 | 0.60 | Conference with Purdue team and DPW re: redacting competitively sensitive provisions of the Development Agreement. |
| Rory Greiss | 01/21/20 | 0.50 | Correspondence with A&P team re: revised draft of Development Agreement. |
| Danielle Rosato | 01/21/20 | 0.40 | High-level review of revised draft Development Agreement from Arctic. |
| Eric Rothman | 01/21/20 | 2.10 | work on draft of the Arctic Development Agreement (1.2). emails related to same (0.9). |
| Rory Greiss | 01/22/20 | 2.10 | Review mark-up sent by Arctic (1.2); discuss with E. Rothman (.7); correspondence with Purdue term re: schedule to discuss (.2). |
| Danielle Rosato | 01/22/20 | 2.20 | Reviewed revised draft Development Detail in greater detail; prepared for page flip with Purdue. |
| Rory Greiss | 01/23/20 | 5.50 | Office conference D. Rosato, E. Rothman re: revised draft of Development Agreement (1.5); conference call with Purdue team re: open issues (3.5); work re: price increases/decreases and issues list (.5). |
| Danielle Rosato | 01/23/20 | 4.40 | Conference with the Purdue team; revised draft Development Agreement; drafted issues list. |
| Eric Rothman | 01/23/20 | 4.60 | Negotiation session on Project Arctic (3.2) and work on same (1.4) |
| Sarah Soloveichik | 01/23/20 | 0.60 | Review Development Agreement. |
| Rory Greiss | 01/24/20 | 6.30 | Continued work re: Development Agreement; conference call's with Purdue team (1.75); conference call with Purdue team and Arctic (3.5); conference with A&P team re: revisions to be made (1.0). |
| Danielle Rosato | 01/24/20 | 7.70 | Conferences with the Purdue team and negotiation call with the Arctic Team to resolve open issues with respect to Development Agreement; revised Development Agreement to reflect the same. |
| Eric Rothman | 01/24/20 | 4.20 | Negotiation session on Project Arctic (2.8) and work on same (1.4) |
| Rory Greiss | 01/25/20 | 2.50 | Review & comment on revised draft of Development Agreement (2.0); review Rothman comments and correspondence and A&P team (.5). |

Page 1

February 5, 2020

Invoice # 30107684

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Danielle Rosato | 01/25/20 | 0.70 | Reviewed comments from R. Greiss and E. Rothman; updated Development Agreement per the same. |
| Eric Rothman | 01/25/20 | 2.30 | work on draft of the Arctic Development Agreement (1.4). emails related to same (0.9). |
| Rory Greiss | 01/26/20 | 2.30 | Conference call with Purdue team re: revised draft of Development Agreement (1.0); work with Rothman and Rosato to finalize agreement to send to Arctic(1.3). |
| Danielle Rosato | 01/26/20 | 1.40 | Conference with the Purdue team re: revised Development Agreement; follow-up conference with the A&P team to debrief; revised the draft Development Agreement to reflect the same. |
| Eric Rothman | 01/26/20 | 2.70 | work on draft of the Arctic Development Agreement (1.6). emails related to same (1.1). |
| Rory Greiss | 01/27/20 | 6.50 | Prepare for conference call re: revised draft of Development Agreement (1.5); conference call with Purdue team prior to call with Arctic and revisions to Development Agreement (5.0). |
| Danielle Rosato | 01/27/20 | 4.50 | Conferences with the Purdue Team and Antares Team; revised draft Development Agreement per the same; prepared draft Enabling License between Purdue and Greenfield. |
| Eric Rothman | 01/27/20 | 5.10 | Negotiation session on Project Arctic (4.2) and work on same (0.9). |
| Rory Greiss | 01/28/20 | 4.50 | Review development agreement for terms to redact (1.0); review mark-ups done by E.R. and D.R. and correspondence re: same (1.5); Review and comment on enabling license drafted by D.R. and comments by E.R. (2.0). |
| Danielle Rosato | 01/28/20 | 1.60 | Reviewed Development Agreement for terms to be redacted; revised draft Enabling License between Purdue and Greenfield. |
| Eric Rothman | 01/28/20 | 2.10 | work on Arctic agreement - proposed redactions; work on enabling license. |
| Rory Greiss | 01/29/20 | 2.30 | Continued work in connection with finalizing development agreement. |
| Rory Greiss | 01/30/20 | 2.50 | Work to finalize execution version of Development Agreement including revisions; addition of development plan; correspondence with Purdue team and conference call. |
| Danielle Rosato | 01/30/20 | 0.30 | Correspondence with Antares re: execution and redactions. |
| Eric Rothman | 01/30/20 | 1.10 | email discussions with Purdue re Project Arctic. |
| Rory Greiss | 01/31/20 | 2.60 | Continued work in connection with approval of Development agreement. |
| Eric Rothman | 01/31/20 | 2.10 | email discussions with Purdue re Project Arctic. |
| **Total Hours** | | **91.20** | |

February 5, 2020                                                                    Invoice # 30107684

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 40.10 | 1,180.00 | 47,318.00 |
| Eric Rothman | 26.30 | 905.00 | 23,801.50 |
| Danielle Rosato | 24.20 | 795.00 | 19,239.00 |
| Sarah Soloveichik | 0.60 | 865.00 | 519.00 |
| **TOTAL** | **91.20** | | **90,877.50** |

**Total Current Amount Due**                                    **$77,245.87**

# Arnold&Porter

Purdue Pharma L.P.                                           February 5, 2020
Attn: Phillip C. Strassburger                            Invoice # 30107685
Vice President & General Counsel                        EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00140

Project Windshield

20190002276


| | | |
|---|---|---|
| For Legal Services Rendered through January 31, 2020 | $ | 633.50 |
| Discount: | | -95.03 |
| Fee Total | | 538.47 |
| Total Amount Due | $ | 538.47 |


Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 5, 2020                                                          Invoice # 30107685

**(1049218.00140)**
**Project Windshield**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 01/10/20 | 0.70 | emails related to Windgap draft status. |
| **Total Hours** | | **0.70** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 0.70 | 905.00 | 633.50 |
| **TOTAL** | **0.70** | | **633.50** |

**Total Current Amount Due**                                     $538.47

Page 1

# Arnold&Porter

**Purdue Pharma L.P.**                                              February 5, 2020
**Attn: Roxana Aleali**                                           Invoice # 30107686
**Associate General Counsel**                                    EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00143**

Mundipharma EDO

20190002456

| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2020** | $ | 3,732.00 |
| Discount: | | -559.80 |
| **Fee Total** | | 3,172.20 |
| **Total Amount Due** | $ | 3,172.20 |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
                                    P.O. Box 759451
                                    Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 5, 2020                                                                    Invoice # 30107686

**(1049218.00143)**
**Mundipharma EDO**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Tyler Conway | 01/08/20 | 0.60 | Review of summary of EDO Agreements |
| Rory Greiss | 01/13/20 | 0.50 | Review T. Conway's revisions to memo re: EDO assets. |
| Tyler Conway | 01/13/20 | 2.10 | Revised summary presentation of EDO assets |
| Eric Rothman | 01/13/20 | 1.10 | emails with Purdue re Toni and Tino ex-US rights. Work on same. |

**Total Hours**                          **4.30**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 0.50 | 1,180.00 | 590.00 |
| Eric Rothman | 1.10 | 905.00 | 995.50 |
| Tyler Conway | 2.70 | 795.00 | 2,146.50 |
| **TOTAL** | **4.30** | | **3,732.00** |

**Total Current Amount Due**                                                   $3,172.20

# Arnold&Porter

| | |
|---|---|
| **Purdue Pharma L.P.** | February 5, 2020 |
| **Philip C. Strassburger, Esq.** | Invoice # 30107687 |
| **One Stamford Forum** | EIN 53-0208605 |
| **Dept. VN: 1008442** | |
| **Stamford, CT  06901-3431** | |

**Client/Matter # 1049218.00147**

Project A Patch

20190002711

| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2020** | $ | 6,844.00 |
| Discount: | | -1,026.60 |
| **Fee Total** | | 5,817.40 |
| **Total Amount Due** | $ | 5,817.40 |

**Wire Transfer Instructions:**

|  | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 5, 2020                                                                                      Invoice # 30107687

**(1049218.00147)**
Project A Patch

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/15/20 | 1.00 | Review term sheet sent by J. Doyle. |
| Rory Greiss | 01/16/20 | 1.50 | Continued work re: term sheet for development deal; review RK and PS comments (.7) and added comments to theirs (.8). |
| Rory Greiss | 01/17/20 | 1.50 | Review latest draft of Term Sheet and suggest revisions (.75); conference call with Purdue/Rhodes team re: term sheet (.75) |
| Rory Greiss | 01/20/20 | 0.80 | Review revised term sheet and comment. |
| Rory Greiss | 01/21/20 | 1.00 | Review RK comments to Term Sheet. |
| **Total Hours** | | **5.80** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 5.80 | 1,180.00 | 6,844.00 |
| **TOTAL** | **5.80** | | **6,844.00** |

**Total Current Amount Due**                                                                          **$5,817.40**

# Arnold&Porter

Purdue Pharma L.P.                                        February 5, 2020
Attn: Philip Strassburger                              Invoice # 30107688
Vice President and General Counsel                      EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431

Client/Matter # 1049218.00148

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| For Legal Services Rendered through January 31, 2020 | $ | 9,999.50 |
| Discount: | | -1,499.93 |
| Fee Total | | 8,499.57 |
| Total Amount Due | $ | 8,499.57 |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                Arnold & Porter Kaye Scholer LLP
                           P.O. Box 759451
                           Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 5, 2020                                                                                    Invoice # 30107688

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Darrell B. Reddix | 01/02/20 | 1.50 | Legal Assistant Services for R. Evergreen: Review invoices and create work product in preparation for filing of fee applications. |
| Rosa J. Evergreen | 01/03/20 | 0.40 | Work on fee statements. |
| Darrell B. Reddix | 01/03/20 | 2.70 | Legal Assistant Services for R. Evergreen: Review invoices and create work product in preparation for filing of fee applications. |
| Darrell B. Reddix | 01/06/20 | 4.30 | Legal Assistant Services for R. Evergreen: Review invoices and create work product in preparation for filing of fee applications. |
| Rosa J. Evergreen | 01/10/20 | 0.40 | Work on fee statements and follow-up on same. |
| Rosa J. Evergreen | 01/13/20 | 0.70 | Finalize monthly filings (.2); communicate with D. Reddix on same (.3); attention to notices and work on letter related to same (.2). |
| Darrell B. Reddix | 01/13/20 | 4.80 | Legal Assistant Services for R. Evergreen: Review invoices and data; create fee applications for filing. |
| Rosa J. Evergreen | 01/14/20 | 0.80 | Attention to finalizing and filing fee statements (.6); communicate with D. Consla and Prime Clerk related to same (.2). |
| Darrell B. Reddix | 01/14/20 | 3.80 | Legal Assistant Services for R. Evergreen: Review invoices and data; create exhibits and finalize fee statements for filing. Prepare executed materials for service. |
| Rosa J. Evergreen | 01/16/20 | 0.30 | Attention to retention order and rate letter. |
| Rosa J. Evergreen | 01/27/20 | 0.10 | Attention to fee statement. |
| Rosa J. Evergreen | 01/28/20 | 0.30 | Attention to December fee statement and finalizing same. |
| Darrell B. Reddix | 01/28/20 | 1.00 | Legal Assistant Services for R. Evergreen: Review invoices and data; create exhibits and finalize fee statements for filing. Prepare executed materials for service. |

**Total Hours**                               **21.10**

Page 1

February 5, 2020                                                              Invoice # 30107688

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 3.00 | 950.00 | 2,850.00 |
| Darrell B. Reddix | 18.10 | 395.00 | 7,149.50 |
| **TOTAL** | **21.10** | | **9,999.50** |

**Total Current Amount Due**                                                 **$8,499.57**

# Arnold&Porter

Purdue Pharma L.P.                                   February 5, 2020
Attn: Phillip C. Strassburger                        Invoice # 30107689
Vice President & General Counsel                     EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00149

Prodrug License


| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2020** | **$** | **9,747.00** |
| Discount: | | -1,462.05 |
| **Fee Total** | | **8,284.95** |
| **Total Amount Due** | **$** | **8,284.95** |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

|  |  |
|---|---|
| Or Remit To: | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact: **Invoice@arnoldporter.com**

February 5, 2020                                                                                      Invoice # 30107689

**(1049218.00149)**
Prodrug License

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/10/20 | 1.30 | Review correspondence from J. Doyle and review draft option agreement; teleconference J. Doyle re: Exclusive License deal for Prodrug ip. |
| Rory Greiss | 01/12/20 | 2.20 | Begin drafting outline of terms for exclusive license agreement. |
| Rory Greiss | 01/13/20 | 2.50 | Finalize draft of outline of Exclusive License Agreement (1.5); discuss various terms with Eric Rothman (.5); revise and send to R. Aleali and J. Royle (.5). |
| Rory Greiss | 01/21/20 | 0.30 | Correspondence re: revised outline. |
| Rory Greiss | 01/22/20 | 1.50 | Review revised outline of terms sent by J. Doyle (.7); conference call with J.D., E.R.; R. Aleali and K. McCarthy re: outline (.4); Mark-up and send comments (.4). |
| Eric Rothman | 01/22/20 | 0.60 | TC to discuss ProDrug License. |
| **Total Hours** | | **8.40** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 7.80 | 1,180.00 | 9,204.00 |
| Eric Rothman | 0.60 | 905.00 | 543.00 |
| **TOTAL** | **8.40** | | **9,747.00** |

**Total Current Amount Due**                                                                        $8,284.95