UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: PURDUE PHARMA L.P., et al.,
Debtors

Case No.: 19-23649 (RDD)
Reporting Period January 1, 2020 to January 31, 2020

## CORPORATE MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1a | Yes | - |
| Bank Account Balances | MOR-1b | Yes | - |
| Consolidated Statement of Operations | MOR-2 | Yes | - |
| Consolidated Balance Sheet | MOR-3 | Yes | - |
| Schedule of Post-petition Taxes | MOR-4 | - | Yes |
| Schedule of Payments to Insiders and Restructuring Professional Fees | MOR-5 | Yes | - |
| Debtor Questionnaire | MOR-6 | Yes | - |

This Monthly Operating Report has been prepared solely for the purposes of complying with the monthly reporting requirements applicable in these chapter 11 cases and is in a format that the Debtors believe is acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with GAAP.

I declare under penalty of perjury that this report and the attached documents are true and correct to the best of my knowledge and belief.

_J. R. Lowne_ (signature)
Signature of Authorized Individual*

2/20/2020
Date

JON LOWNE
Printed Name of Authorized Individual

2/20/2020
Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation.

| In re: PURDUE PHARMA L.P., et al., | Case No.: 19-23649 (RDD) |
|---|---|
| Debtors | Reporting Period January 1, 2020 to January 31, 2020 |

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS ($)

| Case No. | Debtor Entity Name: | Net Receipts [2] | Net Disbursements [1] |
|---|---|---:|---:|
| 19-23648 | PURDUE PHARMA INC. | - | $ 1,570,010 |
| 19-23649 | PURDUE PHARMA L.P. | 97,539,218 | $ 86,549,935 |
| 19-23650 | PURDUE TRANSDERMAL TECHNOLOGIES, L.P. | - | $ - |
| 19-23651 | PURDUE PHARMA MANUFACTURING L.P. | - | $ 240,757 |
| 19-23652 | PURDUE PHARMACEUTICALS L.P. | - | $ 5,291,518 |
| 19-23653 | IMBRIUM THERAPEUTICS L.P. | - | $ 1,480,348 |
| 19-23654 | ADLON THERAPEUTICS L.P. | - | $ 4,000,695 |
| 19-23655 | GREENFIELD BIO VENTURES L.P. | - | $ 73,926 |
| 19-23656 | SEVEN SEAS HILL CORP. | - | $ - |
| 19-23657 | OPHIR GREEN CORP. | - | $ - |
| 19-23658 | PURDUE PHARMA OF PUERTO RICO | - | $ 2,088 |
| 19-23659 | AVRIO HEALTH L.P. | 19,917 | $ 3,636,476 |
| 19-23660 | PURDUE PHARMACEUTICAL PRODUCTS L.P. | - | $ - |
| 19-23661 | PURDUE NEUROSCIENCE COMPANY | - | $ - |
| 19-23662 | NAYATT COVE LIFESCIENCE INC. | - | $ 231,554 |
| 19-23663 | BUTTON LAND L.P. | - | $ 181 |
| 19-23664 | PAUL LAND INC. | - | $ - |
| 19-23665 | QUIDNICK LAND L.P. | - | $ 215 |
| 19-23666 | RHODES ASSOCIATES L.P. | - | $ - |
| 19-23667 | RHODES PHARMACEUTICALS L.P. | 11,250,097 | $ 10,973,996 |
| 19-23668 | RHODES TECHNOLOGIES | 1,545,956 | $ 4,271,029 |
| 19-23669 | UDF LP | - | $ - |
| 19-23670 | SVC PHARMA LP | - | $ 261,329 |
| 19-23671 | SVC PHARMA INC. | - | $ - |
| **Totals:** | | **$ 110,355,188** | **$ 118,584,058** |

**Footnotes**

1) The Net Disbursements exclude intercompany transactions among Debtors

2) The Net Receipts exclude intercompany transactions among Debtors

| In re: PURDUE PHARMA L.P., et al., | | | | Case No.: 19-23649 (RDD) |
|---|---|---|---|---|
| Debtors | | | | January 31, 2020 |

## BANK ACCOUNT BALANCES ($)

| Debtor | Bank | Account Number | Description | Balance as of Month End |
|---|---|---|---|---:|
| Purdue Pharma L.P. | American Express National Bank (Restricted Cash) | xxxxxxx65041 | CD | 750,000 |
| Purdue Pharma L.P. | Wells Fargo (Restricted Cash) | xxxx2400 | Escrow | 10,827,373 |
| Purdue Pharma L.P. | Wells Fargo (Restricted Cash) | xxxx3900 | Escrow | - |
| Purdue Pharma L.P. | East West Bank | xxxxxx9773 | LOC/Collateral | 10,010,351 |
| Purdue Pharma L.P. | East West Bank | xxxxxx9808 | LOC/Collateral | 3,503,594 |
| Purdue Pharma L.P. | East West Bank | xxxxxx9836 | LOC/Collateral | 1,661,758 |
| Purdue Pharma L.P. | East West Bank | xxxxxx9136 | Account | 201,138,644 |
| Purdue Pharma L.P. | Metropolitan Commercial Bank | xxxxxx4813 | Account | 100,276,877 |
| Purdue Pharma L.P. | Bank of Oklahoma | xxxxx8720 | Account | 100,119,098 |
| Purdue Pharma L.P. | JPMorgan/Dreyfus Funds #761 | xxxx7720 | Money Market Fund | - |
| Purdue Pharma L.P. | Goldman Sachs #520 | xxxx8266 | Money Market Fund | 53,690,147 |
| Purdue Pharma L.P. | Goldman Sachs #506 | xxxx0462 | Money Market Fund | 638,966,824 |
| Purdue Pharma L.P. | JP Morgan Chase | xxxxx5837 | Operating | - |
| Purdue Pharma L.P. | East West Bank | xxxxxx9129 | Operating | 15,692,374 |
| Purdue Pharma L.P. | JP Morgan Chase | xxxxxxxx8509 | Operating | - |
| Purdue Pharma L.P. | JP Morgan Chase | xxxxx8921 | Operating | - |
| Purdue Pharma L.P. | JP Morgan Chase | xxxxx2890 | Operating | - |
| Purdue Pharma L.P. | East West Bank | xxxxxx9388 | ERISA | 230,325 |
| Purdue Pharma L.P. | East West Bank | xxxxxx9549 | Operating | 350,663 |
| Purdue Pharma L.P. | East West Bank (Restricted Cash) | xxxxxx9304 | Restricted Account | - |
| Purdue Pharma L.P. | Wells Fargo (Restricted Cash) | xxxx1100 | Trust | 10,235,848 |
| Purdue Pharma L.P. | Wells Fargo (Restricted Cash) | xxxx6600 | Trust | 58,964,466 |
| Purdue Pharma L.P. | Metropolitan Commercial Bank (Restricted Cash) | xxxxxx6077 | Trust | 12,012,571 |
| Purdue Pharma L.P. | Metropolitan Commercial Bank (Restricted Cash) | xxxxxx4767 | Trust | 125,309,380 |
| Purdue Pharma L.P. | Wells Fargo (Restricted Cash) | xxxx0300 | Trust | 10,355,539 |
| Purdue Pharma L.P. | Bank of Oklahoma | xxxxx4018 | Trust | 25,061,316 |
| Purdue Pharma Inc. | East West Bank | xxxxx9213 | Operating | 165,353 |
| Purdue Pharma Inc. | JP Morgan Chase | xxxxx2866 | Operating | - |
| Purdue Pharmaceuticals L.P. | Wells Fargo (Restricted Cash) | xxxx5300 | Trust | 125,474 |
| Imbrium Therapeutics L.P. | JP Morgan Chase | xxxxx1191 | Operating | - |
| Imbrium Therapeutics L.P. | East West Bank | xxxxxx9241 | Operating | - |
| Adlon Therapeutics L.P. | East West Bank | xxxxxx9248 | Operating | - |
| Adlon Therapeutics L.P. | JP Morgan Chase | xxxxx5999 | Operating | - |
| Greenfield BioVentures L.P. | JP Morgan Chase | xxxxx1118 | Operating | - |
| Greenfield BioVentures L.P. | East West Bank | xxxxxx9234 | Operating | - |
| Purdue Pharma of Puerto Rico | East West Bank | xxxxxx9185 | Operating | - |
| Purdue Pharma of Puerto Rico | JP Morgan Chase | xxxxx5485 | Operating | - |
| Avrio Health L.P. | East West Bank | xxxxxx9199 | Operating | - |
| Avrio Health L.P. | JP Morgan Chase | xxxxx9278 | Operating | - |
| Purdue Neuroscience Company | East West Bank | xxxxxx9227 | Operating | - |
| Purdue Neuroscience Company | JP Morgan Chase | xxxxx6535 | Operating | - |
| Nayatt Cove Lifescience Inc. | JP Morgan Chase | xxxxx8162 | Operating | - |
| Nayatt Cove Lifescience Inc. | East West Bank | xxxxxx9220 | Operating | - |
| Button Land L.P. | East West Bank | xxxxxx9297 | Operating | - |
| Button Land L.P. | JP Morgan Chase | xxxxx1875 | Operating | - |
| Paul Land Inc. | East West Bank | xxxxxx9290 | Operating | - |
| Paul Land Inc. | JP Morgan Chase | xxxxx1859 | Operating | - |
| Quidnick Land L.P. | JP Morgan Chase | xxxxx1891 | Operating | - |
| Quidnick Land L.P. | East West Bank | xxxxxx9304 | Operating | - |
| Rhodes Pharmaceuticals L.P. | JPMorgan/Dreyfus Funds #761 | xxxx3154 | Money Market Fund | - |
| Rhodes Pharmaceuticals L.P. | East West Bank | xxxxxx9269 | Operating | - |
| Rhodes Pharmaceuticals L.P. | JP Morgan Chase | xxxxx6220 | Operating | - |
| Rhodes Technologies | JPMorgan/Dreyfus Funds #761 | xxxx3153 | Money Market Fund | - |

In re: PURDUE PHARMA L.P., et al.,  Case No.: 19-23649 (RDD)
Debtors  January 31, 2020

**BANK ACCOUNT BALANCES** ($)

| Debtor | Bank | Account Number | Description | Balance as of Month End |
|---|---|---|---|---|
| Rhodes Technologies | JP Morgan Chase | xxxxxxxxx2509 | Operating | - |
| Rhodes Technologies | JP Morgan Chase | xxxxx6362 | Operating | - |
| Rhodes Technologies | East West Bank | xxxxxx9262 | Operating | - |
| SVC Pharma LP | JP Morgan Chase | xxxxx9855 | Operating | - |
| SVC Pharma LP | East West Bank | xxxxxx9276 | Operating | - |
| SVC Pharma Inc. | JP Morgan Chase | xxxxx9863 | Operating | - |
| SVC Pharma Inc. | East West Bank | xxxxxx9283 | Operating | - |
| **Total** | | | | **1,379,447,976** |

| In re: | PURDUE PHARMA L.P., et al., | | Case No.: 19-23649 (RDD) |
| --- | --- | --- | --- |
| | Debtors | | Reporting Period January 1, 2020 to January 31, 2020 |

**CONSOLIDATED STATEMENT OF OPERATIONS** ($M) [1,2]
**Consolidated Results of Purdue Pharma, L.P. and all Debtors except Purdue Pharma, Inc.**

| | Current Month | 2020 Year to Date | 2019 Cumulative [3] |
| --- | ---: | ---: | ---: |
| Net Sales | $90 | $90 | $401 |
| | | | |
| Cost of Goods Sold | 159 | 159 | (21) |
| Royalty Expense | 41 | 41 | (3) |
| Shipping and Warehousing | 9 | 9 | (1) |
| Cost of Goods Sold | (25) | (25) | (125) |
| | | | |
| Gross Profit | 65 | 65 | 275 |
| | | | |
| Sales and Promotion | (11) | (11) | (49) |
| Research and Development | (9) | (9) | (43) |
| General and Administrative | (9) | (9) | (49) |
| Legal Fees - Ordinary Course | (1) | (1) | (4) |
| Medical Affairs | (3) | (3) | (14) |
| Milestones & Alliances | - | - | (1) |
| Health Care Reform Fee | (1) | (1) | (5) |
| Other US | - | - | (1) |
| Incentive Bonus | (3) | (3) | (19) |
| Insurance Income | - | - | - |
| Settlement Expense | - | - | - |
| Total Operating Expenses | (37) | (37) | (185) |
| | | | |
| Operating Profit | 28 | 28 | 91 |
| | | | |
| Legal Fees - Non-Recurring | (20) | (20) | (117) |
| Other | - | - | (7) |
| Total Non-Operating Expenses | (20) | (20) | (124) |
| | | | |
| Profit | 8.0 | 8.0 | ($33) |

**Footnotes**

1) The numbers reflected in the Consolidated Statement of Operations are shown in MILLIONS.

2) The financial statements and supplemental information contained herein are limited in scope and cover a limited time period. Moreover, such information is preliminary and unaudited. The financial position and results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and as a result, may not reflect the consolidated financial position and results of operations of the Debtors in the future.

3) Cumulative results for 2019 are beginning September 1, 2019 as operating results for the partial month from the filing date of September 15, 2019 to September 30, 2019 are not available.

| In re: PURDUE PHARMA L.P., et al., | Case No.: 19-23649 (RDD) |
|---|---|
| Debtors | Reporting Period January 1, 2020 to January 31, 2020 |

**PURDUE PHARMA, INC. STATEMENT OF OPERATIONS** ($000) [1,2]

|  | **Current Month** | **2020 Year to Date** | **2019 Cumulative** [3] |
|---|---:|---:|---:|
| Management Fee Income | $29 | $29 | $144 |
| General and Administrative Expenses | (14) | (14) | (43) |
| Operating Income | 15 | 15 | 101 |
| Other income: | - | - | - |
| Income from Unconsolidated Associated Companies | 59 | 59 | (77) |
| Interest income - associated companies | - | - | - |
| Total Other Income | 59 | 59 | (77) |
| Pre-Tax Income | 74 | 74 | 24 |
| Income Tax Provision | (20) | (20) | (52) |
| Net Income | $54 | $54 | ($29) |

**Footnotes**

1) The numbers reflected in the Statement of Operations are shown in THOUSANDS.

2) The financial statements and supplemental information contained herein are limited in scope and cover a limited time period. Moreover, such information is preliminary and unaudited. The financial position and results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and as a result, may not reflect the consolidated financial position and results of operations of the Debtors in the future.

3) Cumulative results for 2019 are beginning September 1, 2019 as operating results for the partial month from the filing date of September 15, 2019 to September 30, 2019 are not available.

In re: PURDUE PHARMA L.P., et al.,     Case No.: 19-23649 (RDD)
Debtors     January 31, 2020

### CONSOLIDATED BALANCE SHEET ($M) [1,2]
**Consolidated Results of Purdue Pharma, L.P. and all Debtors except Purdue Pharma, Inc.**

| | Book Value |
|---|---:|
| **ASSETS** | |
| **CURRENT ASSETS** | |
| Cash & Cash Equivalents | $1,109 |
| Available For Sale Investments | 1 |
| Accounts Receivable, Net | 115 |
| Due From Associated Companies | 11 |
| Other Receivables | 2 |
| Inventories, Net | 82 |
| Prepaid Expenses & Other Current Assets | 81 |
| Restricted Cash | 13 |
| **TOTAL CURRENT ASSETS** | **1,414** |
| | |
| Property and Equipment, net | 141 |
| Investments at Cost | 29 |
| Investments in Associated Companies | - |
| Restricted Cash - Long-Term | 256 |
| Intangible Assets, Net | 102 |
| Other Assets | 17 |
| **TOTAL ASSETS** | **$1,959** |
| | |
| **LIABILITIES AND EQUITY** | |
| **CURRENT LIABILITIES** | |
| Accounts Payable | $54 |
| Accrued Expenses | 385 |
| Due to Associated Companies | 1 |
| **TOTAL CURRENT LIABILITIES** | **440** |
| | |
| Other Liabilities | 109 |
| Due to Associated Companies | 11 |
| Liabilities Subject to Compromise [3] | 3,017 |
| **TOTAL LIABILITIES** | **3,577** |
| | |
| **EQUITY** | |
| Retained Earnings & Partners' Capital | (1,572) |
| Accumulated Other Comprehensive Loss | (46) |
| **TOTAL EQUITY** | **(1,618)** |
| | |
| **TOTAL LIABILITIES AND EQUITY** | **$1,959** |

**Footnotes**

1) The numbers reflected in the Consolidated Statement of Operations are shown in MILLIONS.

2) The financial statements and supplemental information contained herein are limited in scope and cover a limited time period.  Moreover, such information is preliminary, unaudited, and subject to change.

3) On September 15, 2019, the Company announced that it had reached an agreement in principle on a framework for settling the U.S. opioid litigation facing the Company with twenty-four (24) state attorneys general, analogous officials from five (5) U.S. territories, the Plaintiff's Executive Committee in the MDL, and co-lead counsel in the MDL. In connection with this agreement in principle, the shareholders of the Company are expected to contribute their ownership in the Company to a trust or other entity established for the benefit of claimants and the American people and a minimum of $3.0 billion, with the potential for substantial further monetary contributions from the sales of their ex-U.S. pharmaceutical businesses. The Company has concluded that for accounting purposes a loss has been incurred and has recorded a provision in the amount of $3.0 billion, in accordance with ASC 450, Accounting for Contingencies.  This accounting provision of $3.0 billion was recorded retroactively to December 31, 2018. The Company expects this amount to be paid by the shareholders of the Company. The Company will reclassify the liability associated with the cash settlement that is expected to be paid by the Company's shareholders to equity as a capital contribution if the settlement agreement is finalized and executed.

| In re: PURDUE PHARMA L.P., et al., | Case No.: 19-23649 (RDD) |
|---|---|
| Debtors | January 31, 2020 |

## PURDUE PHARMA, INC. BALANCE SHEET ($000) [1,2]

|  | Book Value |
|---|---:|
| **Assets** |  |
| Currents assets: |  |
|   Cash and cash equivalents | $165 |
|   Prepaid expenses | 70 |
| Due from Associated Companies | 948 |
| **Total current assets** | **1,183** |
|  |  |
|   Investments | 8,877 |
|   Deferred income taxes | 147 |
| **Total assets** | **$10,207** |
|  |  |
| **Liabilities and equity** |  |
| Current liabilities: |  |
|   Accounts payable | $845 |
| Due to Associated Companies | - |
| Accrued Expenses | 3 |
| **Total liabilites** | **848** |
|  |  |
|   Common stock | 1 |
|   Additional paid-in capital | 499 |
|   Retained earnings | 8,924 |
|   Accumulated other comprehensive loss | (65) |
| **Total equity** | **9,359** |
|  |  |
| **Total liabilites and equity** | **$10,207** |

**Footnotes**

1) The numbers reflected in the Statement of Operations are shown in THOUSANDS.

2) The financial statements and supplemental information contained herein are limited in scope and cover a limited time period. Moreover, such information is preliminary, unaudited, and subject to change.

| In re: PURDUE PHARMA L.P., et al., | Case No.: 19-23649 (RDD) |
|---|---|
| Debtors | Reporting Period January 1, 2020 to January 31, 2020 |

## SCHEDULE OF POST PETITION TAXES

Office of the U. S. Trustee

Re: Monthly Operating Report Attestation Regarding Post Petition Taxes

The Debtor, PURDUE PHARMA L.P. and its affiliate Debtors hereby submit this attestation regarding post petition taxes.

All post petition taxes, which are not subject to dispute or reconciliation, are current. There are no material disputes or reconciliations.

_____
Signature

In re: PURDUE PHARMA L.P., et al.,  
Debtors

Case No.: 19-23649 (RDD)  
Reporting Period January 1, 2020 to January 31, 2020

## SCHEDULE OF PAYMENTS TO INSIDERS ($)

| NAME | AMOUNT PAID DURING THE REPORTING PERIOD | CUMULATIVE [1] |
|---|---|---|
| *Compensation* | | |
| Chomiak, Caroline | 25,632 | 130,537 |
| Kesselman, Marc L [2] | 166,673 | 722,298 |
| Landau, Craig J | 250,484 | 1,026,195 |
| Lowne, Jonathan R | 83,566 | 356,913 |
| Lundie, David R | 66,665 | 293,885 |
| Mancinelli II, Vincent F | 40,935 | 180,567 |
| Mazzi, Christian [3] | 250,000 | 439,030 |
| Medeiros, Paul | 55,950 | 229,712 |
| Shamblen, Randy | 40,066 | 176,709 |
| Strassburger, Philip C | 78,249 | 320,990 |
| **Total Compensation** | **1,058,220** | **3,876,835** |
| | | |
| *Director Fees* | | |
| Boer, F Peter | 175,000 | 350,000 |
| Buckfire, Kenneth A | 175,000 | 350,000 |
| Cola, Michael | 175,000 | 350,000 |
| Collins, Michael J | - | 25,000 |
| Dubel, John | 175,000 | 350,000 |
| Miller, Robert S | 208,333 | 625,000 |
| Muhlhauser, Eckhard | - | 25,000 |
| Pickett, Cecil | 175,000 | 350,000 |
| **Total Director Fees** | **1,083,333** | **2,425,000** |
| | | |
| *T&E Reimbursements* | | |
| Boer, F Peter | - | 8,163 |
| Buckfire, Kenneth A | - | 1,179 |
| Chomiak, Caroline | 8,445 | 29,280 |
| Cola, Michael | 764 | 764 |
| Debone, Louis | - | 1,245 |
| Dubel, John | - | 3,747 |
| Kesselman, Marc L | 6,157 | 37,940 |
| Landau, Craig J | 11,926 | 42,465 |
| Lowne, Jonathan R | 187 | 788 |
| Lundie, David R | 1,238 | 19,673 |
| Mancinelli II, Vincent F | 15,315 | 38,530 |
| Mazzi, Christian | 89 | 3,734 |
| Medeiros, Paul | 1,463 | 20,815 |
| Miller, Robert S | 834 | 4,413 |
| Pickett, Cecil | - | 1,298 |
| Shamblen, Randy | 395 | 9,186 |
| Strassburger, Philip C | 3,653 | 11,283 |
| **Total T&E Reimbursements** | **50,465** | **234,502** |
| | | |
| *Housing Payments* | | |
| Kesselman, Marc L | 4,673 | 23,138 |
| **Total Housing Payments** | **4,673** | **23,138** |

| *Indemnification Payments* | | |
|---|---:|---:|
| Butcher, James A | - | 527 |
| Friedman, Michael | - | 25,424 |
| Landau, Craig J | 311,009 | 312,495 |
| Motahari, Saeed | 14,320 | 14,320 |
| Stewart, John | 18,913 | 18,913 |
| Timney, Mark | 519 | 1,508 |
| **Total Indemnification Payments** | **344,761** | **373,188** |
| | | |
| *Payments to Independent Associated Companies* | | |
| Mundibiopharma Ltd | - | 55,332 |
| Mundipharma IT Services LTD | 227,081 | 229,088 |
| Mundipharma Laboratories GmbH | 138,029 | 271,128 |
| One Stamford Realty L.P. | 742,072 | 3,222,342 |
| Purdue Pharma Canada | 235,670 | 1,357,101 |
| TXP Services Inc. [4] | 777,242 | 2,534,306 |
| **Total Payments to Independent Associated Companies** | **2,120,094** | **7,669,296** |
| | | |
| **Total Payments to Insiders** | **4,661,547** | **14,601,960** |

**Footnotes**

1) Represents payments made since the Commencement Date.

2) Automobile allowance for Marc L. Kesselman is partially received in cash and partially through personal usage of a company-owned vehicle.

3) Christian Mazzi also received an $8,392 reimbursement for foreign personal tax preparation services.

4) Payments to TXP include a monthly charge of approximately $58,333 for Anthony Roncalli's service as a Director for Purdue Pharma Inc.

| In re: PURDUE PHARMA L.P., et al., | Case No.: 19-23649 (RDD) |
|---|---|
| Debtors | Reporting Period January 1, 2020 to January 31, 2020 |

### SCHEDULE OF RETAINED RESTRUCTURING PROFESSIONAL FEES ($)

| NAME | AMOUNT PAID DURING THE REPORTING PERIOD | CUMULATIVE [1] |
|---|---:|---:|
| *Estate Professionals* | | |
| Davis Polk & Wardwell LLP | - | 12,096,909 |
| AlixPartners, LLP | - | 696,859 |
| PJT Partners LP | - | - |
| Prime Clerk LLC | - | 1,921,577 |
| **Total Estate Professionals** | **-** | **14,715,344** |
| | | |
| *Creditor Committee Professionals* | | |
| Akin Gump Strauss Hauer & Feld LLP | - | - |
| Bayard, P.A. | - | - |
| Jefferies LLC | - | - |
| Province, Inc. | - | - |
| Kurtzman Carson Consultants LLC | - | - |
| **Total Creditor Committee Professionals** | **-** | **-** |
| | | |
| *Ad Hoc Committee Professionals* | | |
| Kramer Levin Naftalis & Frankel LLP | - | 909,740 |
| Brown Rudnick LLP | 486,901 | 486,901 |
| Gilbert LLP | - | 355,480 |
| Otterbourg PC | - | 275,740 |
| FTI Consulting, Inc | - | 623,714 |
| Compass Lexecon | - | - |
| Coulter & Justice | - | - |
| **Total Ad Hoc Committee Professionals** | **486,901** | **2,651,575** |
| | | |
| *Special Counsel to the Debtors* | | |
| Dechert LLP | - | - |
| King & Spalding LLP | - | 2,142,346 |
| Skadden, Arps, Slate, Meagher & Flom LLP | - | 1,427,890 |
| Wilmer Cutler Pickering Hale and Door LLP | - | - |
| **Total Special Counsel Professionals** | **-** | **3,570,236** |
| | | |
| **Ernst & Young (Canada), Court Appointed Information Officer** | 142,079 | 142,079 |
| | | |
| **Total Retained Restructuring Professional Fees** | **628,981** | **21,079,234** |

**Footnotes**

1) Represents payments made since the Commencement Date

In re: PURDUE PHARMA L.P., et al.,  
Debtors

Case No.: 19-23649 (RDD)  
Reporting Period January 1, 2020 to January 31, 2020

**DEBTOR QUESTIONNAIRE**

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No | Comments |
|---|---|---|---|
| Have any assets been sold or transferred outside the normal course of business this reporting period? | | X | |
| Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X | |
| Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X | |
| Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X | |
| Is the Debtor delinquent in paying any insurance premium payment? | | X | |
| Have any payments been made on pre-petition liabilities this reporting period? | X | | Payments made pursuant to certain First Day Orders were made during the period. |
| Are any post petition receivables (accounts, notes or loans) due from related parties? | X | | Purdue Pharma, LP receives royalties from affiliated entities for foreign sales of certain products. |
| Are any post petition payroll taxes past due? | | X | |
| Are any post petition State or Federal income taxes past due? | | X | |
| Are any post petition real estate taxes past due? | | X | |
| Are any other post petition taxes past due? | | X | |
| Have any pre-petition taxes been paid during this reporting period? | X | | Payments have been made pursuant to the First Day Order authorizing the Debtors to pay certain prepetition taxes |
| Are any amounts owed to post petition creditors delinquent? | | X | |
| Are any wage payments past due? | | X | |
| Have any post petition loans been received by the Debtor from any party? | | X | |
| Is the Debtor delinquent in paying any U.S. Trustee fees? | | X | |
| Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X | |
| Have the owners or shareholders received any compensation outside of the normal course of business? | | X | |

MOR-6                                                                 Page 13 of 13