DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## AMENDED[2] AGENDA FOR FEBRUARY 21, 2020 OMNIBUS HEARING

Time and Date of Hearing:    February 21, 2020 at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:    The Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at
http://www.nysb.uscourts.gov and the website of the Debtors'
notice and claims agent, Prime Clerk LLC at
https://restructuring.primeclerk.com/purduepharma.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Amended items appear in bold text.

## I.    UNCONTESTED MATTERS:

1.    ***Headquarters Lease Motion.***    Motion of Debtors for Entry of an Order (I) Authorizing the Rejection of Commercial Lease, (II) Authorizing Entry into New Headquarters Lease, (III) Authorizing the Assumption of Commercial Leases, and (IV) Granting Related Relief  [ECF No. 796]

> Objection Deadline: February 14, 2020 at 4:00 p.m. (prevailing Eastern Time) (for all parties other than the Official Committee of Unsecured Creditors with respect to whom the Objection Deadline was extended to February 17, 2020 at 12:00 pm (prevailing Eastern Time)).

> Related Documents:

>> A.    Statement of the Official Committee of Unsecured Creditors with respect to the Motion of Debtors for Entry of an Order (I) Authorizing the Rejection of Commercial Lease, (II) Authorizing Entry into New Headquarters Lease, (III) Authorizing the Assumption of Commercial Leases and (IV) Granting Related Relief [ECF No. 839]

>> B.    Response of Debtors to Statement of the Official Committee of Unsecured Creditors with Respect to the Motion of Debtors for Entry of an Order (I) Authorizing the Rejection of Commercial Lease, (II) Authorizing Entry into New Headquarters Lease, (III) Authorizing the Assumption of Commercial Leases and (IV) Granting Related Relief [ECF No. 846]

>> **C.    Notice of Filing of Revised Proposed Order (I) Authorizing the Rejection of Commercial, (II) Authorizing Entry into New Headquarters Lease and (III) Granting Related Relief [ECF No. 857]**

> Status: This matter is going forward on an uncontested basis.

2.    ***Motion to Shorten.***    Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Debtors' Motion for Authorization to Enter into Development Agreement [ECF No. 824]

> Objection Deadline: February 20, 2020 at 12:00 p.m. (prevailing Eastern Time).

> Responses Received: None

> Related Documents:

>> A.    Notice of Hearing on Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Debtors' Motion for

Authorization to Enter into Development Agreement [ECF No. 832]

Status: This matter is going forward on an uncontested basis.

3.   ***Development Agreement Motion.***   Debtors' Motion for Authorization to Enter into Development Agreement [ECF No. 826]

Objection Deadline: February 20, 2020 at 12:00 p.m. (prevailing Eastern Time).

Responses Received: None

Related Documents:

A.   Debtors' Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information and Exhibits Under Seal in Connection with the Debtors' Motion for Authorization to Enter into Development Agreement [ECF No. 825]

B.   Declaration of Jon Lowne in Support of Debtors' Motion for Authorization to Enter into Development Agreement [ECF No. 827]

C.   Order Granting Debtors' Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information under Seal in Connection with the Debtors' Motion for Authorization to Enter into Development Agreement [ECF No. 828]

D.   **Statement of the Official Committee of Unsecured Creditors with Respect to the Debtors' Motion for Authorization to Enter into Development Agreement [ECF No. 849]**

E.   **The Non-Consenting States' Statement with Respect to Purdue's Motion for Authorization to Enter into Development Agreement [ECF No. 850]**

F.   **Notice of Filing of Revised Proposed Order Authorizing Entry into Development Agreement [ECF No. 858]**

Status: This matter is going forward on an uncontested basis.

4.   ***KPMG Retention Application.***   Application for Order Authorizing Employment and Retention of KPMG LLP as Tax Consultants to the Debtors and the Official Committee of Unsecured Creditors Nunc Pro Tunc to December 23, 2019 [ECF No. 815]

<u>Objection Deadline</u>: February 18, 2020 at 4:00 p.m. (prevailing Eastern Time) (for all parties other than the Ad Hoc Committee with respect to whom the Objection Deadline was extended to February 20, 2020 at 12:00 p.m. (prevailing Eastern Time)).

<u>Responses Received</u>: The Debtors received informal comments from the U.S. Trustee.

<u>Related Documents</u>: None

<u>Status</u>: This matter is going forward on an uncontested basis.

Dated:   February 21, 2020
         New York, New York

DAVIS POLK & WARDWELL LLP

By:   /s/ *Eli J. Vonnegut*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

4