UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | Jointly Administered |

**SUPPLEMENTAL DECLARATION OF LEON SZLEZINGER IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF JEFFERIES LLC AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO OCTOBER 4, 2019**

I, Leon Szlezinger, hereby declare under penalty of perjury that, to the best of my knowledge and belief, and after reasonable inquiry, the following is true and correct:

1. I am a Managing Director and Joint Global Head of Restructuring & Recapitalization at Jefferies LLC ("Jefferies"), an investment banking and financial advisory firm with principal offices located at 520 Madison Avenue, New York, New York 10022, as well as at other locations worldwide.

2. I submit this supplemental declaration in support of the application of the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P., *et al.* (collectively, the "Debtors") for entry of an order authorizing the Committee to retain and employ Jefferies as its investment banker *nunc pro tunc* to October 4, 2019 pursuant to the terms of that certain

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

engagement letter between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Application").[2]

3. In connection with the Application, I submitted an initial declaration (the "Initial Declaration") describing Jefferies' connections with the Debtors and other Potential Parties in Interest. The Initial Declaration was attached to the Application as Exhibit C.

4. Since filing the Initial Declaration, it has come to my attention that Jefferies currently is engaged by the Pension Benefit Guaranty Corporation, a creditor of one or more of the Debtors, in connection with a matter unrelated to the Debtors and these cases.

[SIGNATURE PAGE FOLLOWS]

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Application.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2020  
       New York, New York

**JEFFERIES LLC**

*/s/ Leon Szlezinger*  
Leon Szlezinger  
Managing Director

3