**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## AFFIDAVIT OF SERVICE

I, Herb Baer, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

Unless otherwise defined herein, capitalized terms used herein have the meanings assigned to them in the "*Order Establishing (I) Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof Of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof*" [Docket No. 800].

On February 6, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Notice of Deadline Requiring Filing of Proofs of Claim to All Persons (Including Legal Guardians of Children and Persons Claiming on Behalf of Deceased Persons) and Entities with Claims Against Any of the Debtor Entities, a copy of which is attached hereto as **Exhibit B** (the "***Bar Date Notice***")

- Non-Opioid Claimant Proof of Claim form, a blank copy of which is attached hereto as **Exhibit C** (the "***Non-Opioid Proof of Claim Form***")

- General Opioid Claimant Proof of Claim form, a blank copy of which is attached hereto as **Exhibit D** (the "***General Opioid Proof of Claim Form***")

- Personal Injury Claimant Proof of Claim form, a blank copy of which is attached hereto as **Exhibit E** (the "***Personal Injury Proof of Claim Form***")

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

- Governmental Opioid Claimant Proof of Claim form, a blank copy of which is attached hereto as **Exhibit F** (the "***Governmental Opioid Proof of Claim Form***")

At my direction and under my supervision, employees of Prime Clerk caused the Bar Date Notice and:

(1) the Non-Opioid Proof of Claim Form, the General Opioid Proof of Claim Form, the Personal Injury Proof of Claim Form, and the Governmental Opioid Proof of Claim Form, each customized to include the name and address of the party, to be served via First Class Mail on the Master Mailing Individual and Governmental Service List attached hereto as **Exhibit G**, on February 14, 2020

(2) the Non-Opioid Proof of Claim Form, the General Opioid Proof of Claim Form, and the Personal Injury Proof of Claim Form, each customized to include the name and address of the party, to be served via First Class Mail on the Master Mailing Individual Service List attached hereto as **Exhibit H**, on February 18, 2020

(3) the Non-Opioid Proof of Claim Form, and the General Opioid Proof of Claim Form, each customized to include the name and address of the party, to be served via First Class Mail on the Master Mailing Non-Individual Service List attached hereto as **Exhibit I**, on February 18, 2020

(4) the Non-Opioid Proof of Claim Form, and the Governmental Opioid Proof of Claim Form, each customized to include the name and address of the party, to be served via First Class Mail on the Master Mailing Governmental Service List attached hereto as **Exhibit J**, on February 18, 2020

(5) the Non-Opioid Proof of Claim Form, customized to include the name and address of the party, and the debtor, amount, nature and classification of the schedule claim, the General Opioid Proof of Claim Form, and the Personal Injury Proof of Claim Form, each customized to include the name and address of the party, to be served via First Class Mail on the parties listed on the Schedule DEF Individual Parties Service List attached hereto as **Exhibit K**, on February 14, 2020

(6) the Non-Opioid Proof of Claim Form, customized to include the name and address of the party, and the debtor, amount, nature and classification of the schedule claim, and the General Opioid Proof of Claim Form, customized to include the name and address of the party, to be served via First Class Mail on the parties listed on the Schedule DEF Non-Individual Parties Service List attached hereto as **Exhibit L**, on February 18, 2020

(7) the Non-Opioid Proof of Claim Form, customized to include the name and address of the party, and the debtor, amount, nature and classification of the schedule claim, and the Governmental Opioid Proof of Claim Form, customized to include the name and address of the party, to be served via First Class Mail on the parties listed on the Schedule DEF Governmental Parties Service List attached hereto as **Exhibit M**, on February 18, 2020

(8) the Non-Opioid Proof of Claim Form, customized to include the name and address of the party and an indication that the party appears on Schedule G, the General Opioid Proof of Claim Form, and the Personal Injury Proof of Claim Form, each customized to include the name and address of the party, to be served via First Class Mail on parties listed on the Schedule G Individual Parties Service List attached hereto as **Exhibit N**, on February 14, 2020

(9) the Non-Opioid Proof of Claim Form, customized to include the name and address of the party and an indication that the party appears on Schedule G, and the General Opioid Proof of Claim Form customized to include the name and address of the party, to be served via First Class Mail on parties listed on the Schedule G Non-Individual Parties Service List attached hereto as **Exhibit O**, on February 18, 2020

On February 18, 2020, at my direction and under my supervision, employees of Prime Clerk caused a plain-language one-page notice, a copy of which is attached hereto as **Exhibit P** (the "*Summary Flyer*"), to be served by First Class Mail on the Hospital and Pharmacy Service List attached hereto as **Exhibit Q**.

At my direction and under my supervision, employees of Prime Clerk caused the Bar Date Notice, the Summary Flyer, and:

(1) the Non-Opioid Proof of Claim Form, the General Opioid Proof of Claim Form, and the Personal Injury Proof of Claim Form, each customized to include the name and address of the party, to be served via First Class Mail on the Prescribers Individual Parties Service List attached hereto as **Exhibit R**, on or before February 18, 2020

(2) the Non-Opioid Proof of Claim Form, and the General Opioid Proof of Claim Form, each customized to include the name and address of the party, to be served via First Class Mail on the Prescribers Non-Individual Parties Service List attached hereto as **Exhibit S**, on February 18, 2020

On February 11, 2020 and February 12, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Summary Flyer to be mailed to 81,584 community outreach parties as part of the Supplemental Notice Plan.

Dated: February 24, 2020

_Herb Baer_
Herb Baer

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 24, 2020, by Herb Baer, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

3

SRF 39250