KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah H. Bryan

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.* | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |

--------------------------------------------------------------x

**FIRST MONTHLY FEE STATEMENT OF KURTZMAN CARSON**
**CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED**
**AND EXPENSES INCURRED AS INFORMATION AGENT FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD NOVEMBER 1, 2019 THROUGH AND NOVEMBER 30, 2019**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| **General Information** | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |
| **Summary of Fees and Expenses Sought in the Fee Application** | |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | November 1, 2019 through November 30, 2019 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $5,390.21 (80% of $6,737.76) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $8,177.69 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $13,567.90 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its first monthly fee statement (the "Monthly Fee Statement") for the period beginning November 1, 2019 through and including November 30, 2019 (the "Fee Period"). During the Fee Period, the fees and expenses incurred by KCC were $15,075.69.[2]

---

[2]    This includes $160.24 in sales and use tax.

Pursuant to the Interim Compensation *Procedures* Order, KCC seeks payment of $13,567.90, which represents 80% of KCC's total fees for reasonable and necessary professional services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**. A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**. A schedule of expenses incurred by category.

c. **Exhibit C**. KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801, Attn: Justin R. Alberto and Daniel N. Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; and the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245, Attn: Sarah H. Bryan, Email: sbryan@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on March 9, 2020** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated:  February 25, 2020
       El Segundo, California

/s/ Sarah H. Bryan
**KURTZMAN CARSON CONSULTANTS LLC**
Sarah H. Bryan
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

## CERTIFICATION

I, Sarah H. Bryan, pursuant to 28 U.S.C. § 1746, state as follows:

      a)      I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

      b)      I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Debtors.

      c)      I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  February 25, 2020
      El Segundo, California


                                          _____
                                          Sarah H. Bryan

## Exhibit A

## Summary of Compensation by Individual

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| AOP | Alfredo Pastor | Consultant | 1.1 | $166.00 | $182.60 |
| ATE | Ana Arias | Consultant | 1.3 | $166.00 | $215.80 |
| BSR | Brian Schauer | Consultant | 0.6 | $128.50 | $77.10 |
| BSZ | Bobbie Szlembarska | Consultant | 0.2 | $128.50 | $25.70 |
| CHD | Christopher Do | Senior Consultant | 2.4 | $171.00 | $410.40 |
| DAK | Dayna Kosinski | Consultant | 0.4 | $128.50 | $51.40 |
| DIP | Diego Paranhos | Clerk | 0.2 | $44.50 | $8.90 |
| EJG | Evan Gershbein | Senior Managing Consultant | 11.9 | $191.35 | $2,277.07 |
| FGZ | Francisco Gonzalez | Clerk | 0.2 | $44.50 | $8.90 |
| FRO | Francisco Rodriquez | Consultant | 0.1 | $128.50 | $12.85 |
| FTA | Frank Taylor | Clerk | 0.1 | $44.50 | $4.45 |
| HUM | Hugo Morales | Consultant | 0.1 | $141.40 | $14.14 |
| JBU | Joseph Bunning | Senior Consultant | 1.5 | $171.00 | $256.50 |
| JDG | Jennifer Grageda | Consultant | 0.3 | $123.50 | $37.05 |
| JKS | Jake Sulpice | Clerk | 0.2 | $44.50 | $8.90 |
| KDT | Keith Taylor | Clerk | 0.6 | $44.50 | $26.70 |
| LUG | Luis Gonzales | Clerk | 0.2 | $44.50 | $8.90 |
| MAP | Manuel Pastor | Consultant | 3.6 | $166.00 | $597.60 |
| MDO | Matthew Orr | Consultant | 2.7 | $166.00 | $448.20 |
| MFM | Melissa Membrino | Senior Managing Consultant | 0.5 | $173.50 | $86.75 |
| RIO | Rosemary Ibarra | Clerk | 0.3 | $44.50 | $13.35 |
| SYU | Susan Yu | Consultant | 8.8 | $168.00 | $1,478.40 |
| TDC | Tavius Clark | Clerk | 0.8 | $44.50 | $35.60 |
| TRI | Thomas Richmond | Consultant | 1 | $118.50 | $118.50 |
| VTM | Vien Marquez | Consultant | 2 | $166.00 | $332.00 |
| | | | | | |
| | **TOTAL:** | | **41.1** | | **$6,737.76** |

**Exhibit B**

**Summary of Expenses by Category**

| Category | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $    712.74 |
| Electronic Imaging | 28,747 | $0.10 | $  2,874.70 |
| Photocopies | | | $        5.10 |
| Case Related Phone Costs | | | $      10.35 |
| Printing and Mailing Expenses | | | $  4,574.80 |
| | | | |
| **TOTAL** | | | **$8,177.69** |

**Exhibit C**

**Invoice**



February 10, 2020

Purdue Pharma L.P. (Creditors' Committee)
Brendan Stuhan
Blue Cross and Blue Shield Association
1310 G Street NW
Washington DC 20005

      Re: Purdue Pharma L.P. (Creditors' Committee)
         USBC Case No.

Dear Brendan Stuhan:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period November 1, 2019 to November 30, 2019 in the amount of $15,075.69 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or EGershbein@kccllc.com.

Sincerely,
Kurtzman Carson Consultants LLC

Evan Gershbein
EVP Restructuring

Enclosures



February 10, 2020

<u>Copy Parties</u>

Ira S. Dizengoff, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

# *Kurtzman Carson Consultants LLC*

| Account Number | 70789KCC | Invoice Date | February 10, 2020 |
|---|---|---|---|
| Invoice Number | US_KCC1779450 | Due Date | Due upon receipt |

**Purdue Pharma L.P. (Creditors' Committee)**
*Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $6,737.76 |
| *Total of Hourly Fees* | $6,737.76 |
| | |
| **Expenses** | |
| Expenses | $8,177.69 |
| *Total Expenses* | $8,177.69 |
| | |
| *Invoice Subtotal* | **$14,915.45** |
| Sales and Use Tax | 160.24 |
| *Total Invoice* | **$15,075.69** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 70789KCC |
|---|---|
| Invoice Number | US_KCC1779450 |
| Total Amount Due | $15,075.69 |
| Amount Paid | $ |

**Check Payments to:**

Kurtzman Carson Consultants LLC
Dept CH 16639
Palatine, IL 60055-6639

**Wire Payments to:**

Kurtzman Carson Consultants LLC
HSBC Bank, NA
452 Fifth Avenue, New York, NY 10018
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020

# Kurtzman Carson Consultants LLC

11/01/2019 - 11/30/2019

## Total Hourly Fees by Employee

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| AOP | Alfredo Pastor | CL | 1.10 | $166.00 | $182.60 |
| ATE | Ana Arias | CON | 1.30 | $166.00 | $215.80 |
| BSR | Brian Schauer | CON | 0.60 | $128.50 | $77.10 |
| BSZ | Bobbie Szlembarska | CON | 0.20 | $128.50 | $25.70 |
| CHD | Christopher Do | SC | 2.40 | $171.00 | $410.40 |
| DAK | Dayna Kosinski | CON | 0.40 | $128.50 | $51.40 |
| DIP | Diego Paranhos | CL | 0.20 | $44.50 | $8.90 |
| EJG | Evan Gershbein | SMC | 11.90 | $191.35 | $2,277.07 |
| FGZ | Francisco Gonzalez | CL | 0.20 | $44.50 | $8.90 |
| FRO | Francisco Rodriquez | CON | 0.10 | $128.50 | $12.85 |
| FTA | Frank Taylor | CL | 0.10 | $44.50 | $4.45 |
| HUM | Hugo Morales | CL | 0.10 | $141.40 | $14.14 |
| JBU | Joseph Bunning | SC | 1.50 | $171.00 | $256.50 |
| JDG | Jennifer Grageda | CON | 0.30 | $123.50 | $37.05 |
| JKS | Jake Sulpice | CL | 0.20 | $44.50 | $8.90 |
| KDT | Keith Taylor | CL | 0.40 | $44.50 | $17.80 |
| KDT | Keith Taylor | CON | 0.20 | $44.50 | $8.90 |
| LUG | Luis Gonzales | CL | 0.20 | $44.50 | $8.90 |
| MAP | Manuel Pastor | CON | 3.60 | $166.00 | $597.60 |
| MDO | Matthew Orr | CON | 2.70 | $166.00 | $448.20 |
| MFM | Melissa Membrino | SMC | 0.50 | $173.50 | $86.75 |
| RIO | Rosemary Ibarra | CL | 0.30 | $44.50 | $13.35 |
| SYU | Susan Yu | CON | 8.80 | $168.00 | $1,478.40 |
| TDC | Tavius Clark | CON | 0.80 | $44.50 | $35.60 |
| TRI | Thomas Richmond | CON | 1.00 | $118.50 | $118.50 |
| VTM | Vien Marquez | CON | 2.00 | $166.00 | $332.00 |

**Total**     **$6,737.76**

# Kurtzman Carson Consultants LLC

### 11/01/2019 - 11/30/2019

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/2/2019 | EJG | Attention to new matter, including setting up case in various KCC systems | SMC | Case Administration / Maintenance | 1.10 |
| 11/2/2019 | EJG | Set up, prepare and update secured public access website, including email communication with S Brauner re same | SMC | Maintenance of Public Access Website | 2.60 |
| 11/2/2019 | JBU | Assign and setup call center phone line and voicemail | SC | Communications / Call Center | 1.50 |
| | | | | **Total for 11/2/2019** | **5.20** |
| 11/3/2019 | EJG | Review and update public access website, including coordinating further updates re attorney contact information layout and email communication with E Lisovicz re same | SMC | Maintenance of Public Access Website | 0.90 |
| | | | | **Total for 11/3/2019** | **0.90** |
| 11/4/2019 | EJG | Complete and review modifications to attorneys addresses section, including email communication with S Brauner and E Lisovicz re same | SMC | Maintenance of Public Access Website | 0.70 |
| | | | | **Total for 11/4/2019** | **0.70** |
| 11/5/2019 | EJG | Prepare and review customized attorney and Court address sections on public access website, including activating website and email communication with E Lisovicz and S Brauner re same | SMC | Maintenance of Public Access Website | 0.90 |
| 11/5/2019 | EJG | Retrieve Master Service List from claims agent website and coordinate review and updates re notices of appearance re same | SMC | Noticing | 0.80 |
| 11/5/2019 | EJG | Coordinate and generate Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications [DNs 421-423, 425, 426] mailings, including email communication with S Brauner re same | SMC | Noticing | 1.30 |
| 11/5/2019 | VTM | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications [DNs 421-423, 425, 426] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.40 |
| 11/5/2019 | MDO | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications [DNs 421-423, 425, 426] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/5/2019 | MDO | Correspond with Case team re mailing deadline | CON | Noticing | 0.30 |
| 11/5/2019 | BSR | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications [DNs 421-423, 425, 426] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.40 |
| 11/5/2019 | TRI | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications [DNs 421-423, 425, 426] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.60 |
| 11/5/2019 | CHD | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications [DNs 421-423, 425, 426] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SC | Noticing | 0.30 |
| 11/5/2019 | CHD | Correspond with case team re mailing deadline | SC | Noticing | 0.30 |
| 11/5/2019 | TDC | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications [DNs 421-423, 425, 426] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/5/2019 | SYU | Update the Master Service List re filed Notice of Appearance | CON | Noticing | 0.60 |
| 11/5/2019 | SYU | Coordinate and generate Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications [DNs 421-423, 425, 426] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.80 |
| 11/5/2019 | SYU | Electronically process, generate bar codes, scan and index pleadings into KCC CaseView | CON | Document Processing | 0.60 |

# *Kurtzman Carson Consultants LLC*

### 11/01/2019 - 11/30/2019

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/5/2019 | AOP | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications [DNs 421-423, 425, 426] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 1.10 |
| | | | *Total for 11/5/2019* | | *9.40* |
| 11/6/2019 | ATE | Administrative review of pleadings input into KCC CaseView | CON | Document Processing | 1.30 |
| 11/6/2019 | SYU | Prepare Affidavit of Service re Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications [DNs 421-423, 425, 426] mailing | CON | Noticing | 0.80 |
| | | | *Total for 11/6/2019* | | *2.10* |
| 11/7/2019 | SYU | Electronically file Affidavit of Service with the court | CON | Noticing | 0.10 |
| | | | *Total for 11/7/2019* | | *0.10* |
| 11/8/2019 | SYU | Update the Master Service List re filed Notice of Appearance | CON | Noticing | 0.10 |
| | | | *Total for 11/8/2019* | | *0.10* |
| 11/11/2019 | MFM | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications [DNs 421-423, 425, 426] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.10 |
| | | | *Total for 11/11/2019* | | *0.10* |
| 11/12/2019 | EJG | Attention to Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] mailings, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 11/12/2019 | FTA | Assist with Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 11/12/2019 | KDT | Assist with Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.40 |
| 11/12/2019 | LUG | Assist with Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 11/12/2019 | VTM | Assist with Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.60 |
| 11/12/2019 | MDO | Assist with Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/12/2019 | DAK | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 11/12/2019 | BSZ | Assist with Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 11/12/2019 | CHD | Assist with Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SC | Noticing | 0.30 |

# *Kurtzman Carson Consultants LLC*

### 11/01/2019 - 11/30/2019

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/12/2019 | MAP | Assist with Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.10 |
| 11/12/2019 | RIO | Assist with Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 11/12/2019 | FRO | Assist with Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 11/12/2019 | SYU | Update the Master Service List re filed Notice of Appearance | CON | Noticing | 0.10 |
| 11/12/2019 | SYU | Coordinate and generate Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.80 |
| | | | *Total for 11/12/2019* | | *5.10* |
| 11/13/2019 | SYU | Prepare Affidavit of Service re Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] mailing | CON | Noticing | 0.70 |
| | | | *Total for 11/13/2019* | | *0.70* |
| 11/14/2019 | EJG | Attention to Unredacted Objection, Unredacted Preis Declaration & Notice of Filing [DNs 472-474] mailings, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 11/14/2019 | VTM | Assist with Unredacted Objection, Unredacted Preis Declaration & Notice of Filing [DNs 472-474] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.40 |
| 11/14/2019 | MDO | Assist with Unredacted Objection, Unredacted Preis Declaration & Notice of Filing [DNs 472-474] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/14/2019 | BSR | Assist with Unredacted Objection, Unredacted Preis Declaration & Notice of Filing [DNs 472-474] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 11/14/2019 | TRI | Assist with Unredacted Objection, Unredacted Preis Declaration & Notice of Filing [DNs 472-474] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.40 |
| 11/14/2019 | CHD | Assist with Unredacted Objection, Unredacted Preis Declaration & Notice of Filing [DNs 472-474] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SC | Noticing | 0.40 |
| 11/14/2019 | TDC | Assist with Unredacted Objection, Unredacted Preis Declaration & Notice of Filing [DNs 472-474] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 11/14/2019 | MAP | Assist with Unredacted Objection, Unredacted Preis Declaration & Notice of Filing [DNs 472-474] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.80 |
| 11/14/2019 | SYU | Correspond with counsel re service of Unredacted Objection, Unredacted Preis Declaration & Notice of Filing | CON | Noticing | 0.10 |
| 11/14/2019 | SYU | Coordinate and generate Unredacted Objection, Unredacted Preis Declaration & Notice of Filing [DNs 472-474] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 11/14/2019 | SYU | Electronically file Affidavit of Service with the court | CON | Noticing | 0.10 |
| | | | *Total for 11/14/2019* | | *4.40* |

# *Kurtzman Carson Consultants LLC*

### 11/01/2019 - 11/30/2019

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/15/2019 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.20 |
| 11/15/2019 | SYU | Update the Core2002 List re Notice of Appearance | CON | Noticing | 0.10 |
| 11/15/2019 | SYU | Review mail report for Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications [DNs 421-423, 425, 426] | CON | Noticing | 0.10 |
| | | | | *Total for 11/15/2019* | *0.40* |
| 11/18/2019 | SYU | Electronically file Affidavit of Service with the court | CON | Noticing | 0.10 |
| 11/18/2019 | SYU | Prepare Affidavit of Service re Unredacted Objection, Unredacted Preis Declaration & Notice of Filing [DNs 472-474] mailing | CON | Noticing | 0.70 |
| 11/18/2019 | SYU | Update the Core2002 List re Notices of Appearance | CON | Noticing | 0.20 |
| | | | | *Total for 11/18/2019* | *1.00* |
| 11/19/2019 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications [DNs 421-423, 425, 426] | SC | Noticing | 0.20 |
| 11/19/2019 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] | SC | Noticing | 0.20 |
| 11/19/2019 | MFM | Assist with Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.10 |
| | | | | *Total for 11/19/2019* | *0.50* |
| 11/20/2019 | EJG | Update and review public access website with text, links and calendar dates, including email communication and telephone conference with E Lisovicz re same | SMC | Maintenance of Public Access Website | 1.90 |
| 11/20/2019 | MFM | Assist with Unredacted Objection, Unredacted Preis Declaration & Notice of Filing [DNs 472-474] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.10 |
| | | | | *Total for 11/20/2019* | *2.00* |
| 11/21/2019 | EJG | Attention to Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] mailings, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 11/21/2019 | KDT | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 11/21/2019 | LUG | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 11/21/2019 | VTM | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.60 |
| 11/21/2019 | MDO | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/21/2019 | DAK | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |

## *Kurtzman Carson Consultants LLC*

### 11/01/2019 - 11/30/2019

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/21/2019 | BSZ | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 11/21/2019 | HUM | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 11/21/2019 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] | SC | Noticing | 0.20 |
| 11/21/2019 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Unredacted Objection, Unredacted Preis Declaration & Notice of Filing [DNs 472-474] | SC | Noticing | 0.20 |
| 11/21/2019 | CHD | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SC | Noticing | 0.30 |
| 11/21/2019 | MAP | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |
| 11/21/2019 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] | CON | Noticing | 0.30 |
| 11/21/2019 | FGZ | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 11/21/2019 | RIO | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 11/21/2019 | SYU | Reach out to counsel re possible mailing service | CON | Noticing | 0.10 |
| 11/21/2019 | SYU | Coordinate and generate Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| | | | | **Total for 11/21/2019** | **5.60** |
| 11/22/2019 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 11/22/2019 | SYU | Update the Master Service List re Notice of Appearance | CON | Noticing | 0.10 |
| 11/22/2019 | SYU | Review mail report for Unredacted Objection, Unredacted Preis Declaration & Notice of Filing [DNs 472-474] | CON | Noticing | 0.10 |
| 11/22/2019 | JKS | Manage and review tracking of undeliverable mail re Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] | CL | Undeliverable Mail Processing | 0.10 |
| 11/22/2019 | JKS | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| | | | | **Total for 11/22/2019** | **0.50** |
| 11/23/2019 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] | CON | Noticing | 0.20 |
| | | | | **Total for 11/23/2019** | **0.20** |

# *Kurtzman Carson Consultants LLC*

11/01/2019 - 11/30/2019

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/25/2019 | MFM | Assist with Unredacted Objection, Unredacted Preis Declaration & Notice of Filing [DNs 472-474] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.10 |
| 11/25/2019 | MFM | Organize and file general case documents to maintain integrity of original document tracking system | SMC | Document Processing | 0.10 |
| 11/25/2019 | DIP | File general case documents to maintain integrity of original document tracking system | CL | Document Processing | 0.20 |
| 11/25/2019 | SYU | Update the Master Service List re Notice of Appearance | CON | Noticing | 0.10 |
| 11/25/2019 | SYU | Review mail report for Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] | CON | Noticing | 0.10 |
| | | | *Total for 11/25/2019* | | *0.60* |
| 11/26/2019 | SYU | Prepare Affidavit of Service re Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] mailing | CON | Noticing | 0.80 |
| 11/26/2019 | SYU | Electronically file Affidavit of Service with the court | CON | Noticing | 0.10 |
| | | | *Total for 11/26/2019* | | *0.90* |
| 11/29/2019 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] | CON | Noticing | 0.20 |
| 11/29/2019 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] | CON | Noticing | 0.40 |
| | | | *Total for 11/29/2019* | | *0.60* |
| | | | *Total Hours* | | *41.10* |

# *Kurtzman Carson Consultants LLC*

### *11/01/2019 - 11/30/2019*

## *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $712.74 |
| Electronic imaging | 28,747 | $0.10 | $2,874.70 |
| Photocopies | 51 | $0.10 | $5.10 |
| Reimbursement of case related phone costs | | | $10.35 |
| Printing and Mailing Expenses (See Exhibit) | | | $4,574.80 |
| | | *Total Expenses* | *$8,177.69* |

# *Kurtzman Carson Consultants LLC*

11/01/2019 - 11/30/2019

## *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 11/5/2019 | Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications [DNs 421-423, 425, 426] | 159 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 159 Recipients | $250.00 | $250.00 |
| | | 41 | First Class Mail | | |
| | | 21,771 | Image notice printing for 5 documents, including Purdue 421 Akin Gump Retention App.pdf, Purdue 422 Bayard Retention App.pdf, Purdue 423 Province Retention App.pdf, Purdue 425 Jefferies Retention App.pdf, Purdue 426 KCC Retention App.pdf | $0.10 | $2,177.10 |
| | | 41 | Labels | $0.10 | $4.10 |
| | | 41 | Non-Standard Envelopes | $0.30 | $12.30 |
| | | 1 | Notary | $15.00 | $15.00 |
| 11/12/2019 | Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] | 161 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 161 Recipients | $250.00 | $250.00 |
| | | 40 | First Class Mail | | |
| | | 2,624 | Image notice printing for 3 documents, including Purdue DN 455 - Motion to Seal Opposition to Debtors Motion to Assume AHC Reimbursement Agreement.pdf, Purdue DN 459 - Redacted UCC Objection to Motion to Assume Prepetition Reimbursement Agreement.pdf, Purdue DN 460 - Redacted Preis Declaration in Support of UCC Objection to Motion to Assume.pdf | $0.10 | $262.40 |
| | | 41 | Non-Standard Envelopes | $0.30 | $12.30 |
| | | 1 | Notary | $15.00 | $15.00 |
| 11/14/2019 | Unredacted Objection, Unredacted Preis Declaration & Notice of Filing [DNs 472-474] | 161 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 161 Recipients | $250.00 | $250.00 |
| | | 41 | First Class Mail | | |
| | | 5,160 | Image notice printing for 3 documents, including Purdue 472 - UCC Objection to Motion to Assume - Unredacted.pdf, Purdue 473 - UCC Preis Decl ISO UCC Objection to Motion to Assume - Unredacted.pdf, Purdue 474 - Notice of Filing Unredacted Objection and Declaration.pdf | $0.10 | $516.00 |
| | | 43 | Labels | $0.10 | $4.30 |
| | | 43 | Non-Standard Envelopes | $0.30 | $12.90 |
| | | 1 | Notary | $15.00 | $15.00 |
| 11/21/2019 | Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] | 164 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 164 Recipients | $250.00 | $250.00 |
| | | 41 | First Class Mail | | |
| | | 1,008 | Image notice printing for 5 documents, including Purdue 522 - Akin Gump Retention Application.pdf, Purdue 523 - Bayard Retention Application.pdf, Purdue 524 - Province Retention Application.pdf, Purdue 526 - Jefferies Retention Application.pdf, Purdue 527 - Kurtzman Carson Consultants Retention Application.pdf | $0.10 | $100.80 |
| | | 42 | Non-Standard Envelopes | $0.30 | $12.60 |
| | | 1 | Notary | $15.00 | $15.00 |

***Total Printing and Mailing Expenses***                    ***$4,574.80***