UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Joudeleen C. Frans, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 21, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on the Application Recipients Service List attached hereto as **Exhibit A**:

- Third Monthly Fee Statement of Skadden, Arps, Slate, Meagher & Flom LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from December 1, 2019 through December 31, 2019 [Docket No 861]

Dated: February 26, 2020

_____
Joudeleen C. Frans

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 26, 2020, by Joudeleen C. Frans, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20__

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

SRF 40062

**Exhibit A**

Exhibit A

Application Recipients Service List

Served via Email

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, Sara L. Brauner, & Edan Lisovicz | One Bryant Park | | New York | NY | 10036 | idizengoff@akingump.com; apreis@akingump.com; mhurley@akingump.com; sbrauner@akingump.com; elisovicz@akingump.com |
| Bayard, P.A. | Attn: Justin R. Alberto, Erin R. Fay and Daniel N. Brogan | 600 North King Street, Suite 400 | | Wilmington | DE | 19801 | jalberto@bayardlaw.com; efay@bayardlaw.com; dbrogan@bayardlaw.com |
| Davis Polk & Wardwell LLP | Attn: Christopher Robertson and Dylan Consla | 450 Lexington Avenue | | New York | NY | 10017 | christopher.robertson@davispolk.com; dylan.consla@davispolk.com |
| Office of The United States Trustee | Attn: Paul K. Schwartzberg | U.S. Federal Office Building | 201 Varick Street, Suite 1006 | New York | NY | 10014 | paul.schwartzberg@usdoj.gov |
| Purdue Pharma L.P. | Attn: Jon Lowne | One Stamford Forum, 201 Tresser Boulevard | | Stamford | CT | 06901 | Jon.Lowne@pharma.com |