UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re:                           :       Chapter 11

                                 :

PURDUE PHARMA L.P., *et al.*,     :       Case No. 19-23649 (RDD)

                                 :

                    Debtors.[1]   :       (Jointly Administered)

                                 :

------------------------------------------------------------ x

## STATEMENT OF FEES AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF JANUARY 1, 2020 THROUGH JANUARY 31, 2020

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of January 1, 2020 through January 31, 2020 (the "Second Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

## I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.   On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.   On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.   On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT *nunc pro tunc* to the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Compensation and Reimbursement of Out-of-Pocket Expenses

5.   For the Second Compensation Period, PJT (a) (i) earned monthly fees in the aggregate amount of $225,000.00, and (ii) is entitled to the reimbursement of out-of-pocket expenses incurred in the amount of $8,064.54, and (b) in accordance with Procedures Order, seeks payment in the amount of $188,064.54 (representing 80% of the total amount of PJT's earned monthly fees, and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Second Compensation Period). Although every effort has been made to include all expenses incurred during the Second Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting

2

and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such expenses incurred during the Second Compensation Period but not included herein.

6.   An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Second Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned and out-of-pocket expenses incurred during the Second Compensation Period is outlined below:

| Second Compensation Period | Monthly Fee | Holdbacks @ 20% | Monthly Fee, Less Holdback | Out-Of-Pocket Expenses | Amount Due |
|---|---|---|---|---|---|
| January 1 – 31, 2020 | $225,000.00 | ($45,000.00) | $180,000.00 | $8,064.54 | **$188,064.54** |

7.   The amount of compensation and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 654.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Second Compensation Period are provided in <u>Appendix B</u>.

8. A summary of the total amount of hours expended by PJT professionals is provided below:

| Hours Expenses By Professional | |
|---|---|
| **Professional** | **January 2020** |
| Tim Coleman | 21.5 |
| Jamie O'Connell | 49.0 |
| Joe Turner | 116.5 |
| Rafael Schnitzler | 110.0 |
| Tom Melvin | 94.5 |
| Jade Wang | 89.5 |
| Gerald Sim | 84.0 |
| Aakriti Suri | 89.0 |
| **Total Hours** | **654.0** |

## III. <u>Requested Relief</u>

9. Pursuant to the Retention Order and the Procedures Order, with respect to: (a) PJT's monthly fees in the amount of $225,000.00, and (b) the reimbursement of PJT's out-of-pocket expenses in the amount of $8,064.54, in each case earned or incurred during the Second Compensation Period, PJT hereby requests that the Debtors make the following payments to PJT:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-Of-Pocket Expenses | 8,064.54 |
| **Total Amount Due** | **$188,064.54** |

Dated: February 27, 2020                    PJT PARTNERS LP

By: /s/ John James O'Connell III
       John James O'Connell III
       Partner
       280 Park Avenue
       New York, NY 10017
       (212) 364-7800

**APPENDIX A**

## PJT Partners

PJT

February 19, 2020

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | | |
|---|---|---|---|
| Monthly Fee for the period of January 1, 2020 through January 31, 2020: | | $ | 225,000.00 |
| Less: Holdback @ 20% | | | (45,000.00) |

Out-of-pocket expenses processed through February 11, 2020:[1]

| | | | |
|---|---|---|---|
| Airfare | $ | 5,688.45 | |
| Ground Transportation | | 1,495.23 | |
| Communications | | 62.89 | |
| Meals | | 817.97 | 8,064.54 |
| **Total Amount Due** | | **$** | **188,064.54** |

**Please wire transfer funds to:**

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020
ABA# 321 081 669
Credit Account: PJT Partners LP | PJT RSSG Account
Account # 80008146369

**Invoice No. 10011905**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

| | GL Detail Feb-20 | Total Expenses |
|---|---|---|
| Airfare | $ 5,688.45 | $ 5,688.45 |
| Ground Transportation | 1,495.23 | 1,495.23 |
| Communications | 62.89 | 62.89 |
| Employee Meals | 817.97 | 817.97 |
| **Total Expenses** | **$ 8,064.54** | **$ 8,064.54** |

| | | |
|---|---|---|
| **Airfare** | | $ 5,688.45 |
| **Ground Transportation** | | 1,495.23 |
| **Communications** | | 62.89 |
| **Meals** | | 817.97 |
| **Total Expenses** | | **$ 8,064.54** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through February 11, 2020**
**Invoice No.**

**Airfare**

| | | |
|---|---|---|
| Turner (travel agency booking fee for flight to London, UK from Queens, NY on 01/12/20) | 01/07/20 | 50.00 |
| Turner (travel agency booking fee for flight to Queens, NY from Hong Kong, HK on 01/21/20) | 01/07/20 | 50.00 |
| Turner (one-way coach class flight to London, UK from Queens, NY) | 01/12/20 | 1,406.00 |
| Turner (travel agency booking fee for flight to Hong Kong, HK from London, UK on 01/16/20) | 01/13/20 | 50.00 |
| Turner (one-way coach class flight to Hong Kong, HK from London, UK) | 01/16/20 | 1,521.30 |
| Turner (one-way coach class flight to Queens, NY from Hong Kong, HK) | 01/21/20 | 2,611.15 |
| | **Subtotal - Airfare** | **$      5,688.45** |

**Ground Transportation**

| | | |
|---|---|---|
| Coleman (car service to client meeting in New York, NY) | 10/31/19 | 155.34 |
| Coleman (car service home from court hearing in White Plains, NY) | 10/11/19 | 200.39 |
| Coleman (car service to court hearing in White Plains, NY from home) | 10/11/19 | 200.39 |
| Melvin (weeknight taxi home from office) | 09/16/19 | 26.56 |
| Melvin (taxi to office from court hearing in White Plains, NY) | 09/17/19 | 50.16 |
| Melvin (taxi to court hearing in White Plains, NY from home) | 09/17/19 | 146.11 |
| Melvin (weeknight taxi home from office) | 09/17/19 | 26.95 |
| Melvin (weeknight taxi home from office) | 10/28/19 | 27.20 |
| O'Connell (car service to court hearing in White Plains, NY from home) | 11/19/19 | 163.03 |
| Sim (weeknight taxi home from office) | 11/19/19 | 9.58 |
| Turner (weekend taxi to office from home) | 10/26/19 | 24.96 |
| Turner (weekend taxi home from office) | 10/26/19 | 20.98 |
| Turner (weekend taxi home from office) | 10/27/19 | 16.15 |
| Turner (taxi to client meeting in Stamford, CT from office) | 10/29/19 | 121.59 |
| Turner (taxi to office from client meeting in Stamford, CT) | 10/29/19 | 115.23 |
| Turner (taxi to client meeting in New York, NY from home) | 10/31/19 | 34.66 |
| Turner (taxi to client meeting in New York, NY from home) | 11/22/19 | 16.56 |
| Turner (taxi to office from client meeting in New York, NY) | 11/22/19 | 24.38 |
| Turner (taxi to client meeting in New York, NY from office) | 11/22/19 | 24.96 |
| Turner (taxi to JFK Airport in Queens, NY from home) | 01/12/20 | 90.05 |
| | **Subtotal - Ground Transportation** | **1,495.23** |

**Communications**

| | | |
|---|---|---|
| Melvin (wi-fi access while traveling) | 11/26/19 | 22.99 |
| Turner (wi-fi access while traveling) | 01/16/20 | 19.95 |
| Turner (wi-fi access while traveling) | 01/21/20 | 19.95 |
| | **Subtotal - Communications** | **62.89** |

**Employee Meals**

| | | |
|---|---|---|
| Coleman (working meal in White Plains, NY) | 10/11/19 | 12.00 |
| Coleman (working dinner meal with J. O'Connell in White Plains, NY) | 10/11/19 | 146.30 |
| Melvin (weeknight working dinner meal @ office) | 09/16/19 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 09/17/19 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 09/18/19 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 09/26/19 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 10/28/19 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 12/02/19 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 12/10/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/04/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/05/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/07/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/11/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/12/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/13/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/14/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/18/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/19/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/26/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 01/08/20 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 01/10/20 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 01/13/20 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 01/14/20 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 01/15/20 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 01/21/20 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 01/23/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 10/30/19 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 10/31/19 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 11/19/19 | 19.67 |
| Turner (weeknight working dinner meal @ office) | 01/06/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 01/07/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 01/08/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 01/09/20 | 20.00 |
| Turner (working breakfast meal JFK Airport in Queens, NY) | 01/12/20 | 20.00 |
| Turner (working lunch meal @ JFK Airport in Queens, NY) | 01/12/20 | 20.00 |
| | **Subtotal - Employee Meals** | **817.97** |

| | | |
|---|---|---|
| | **Total Expenses** | **$      8,064.54** |

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Title | Hours |
|---|---|---|
| Tim Coleman | Partner | 21.5 |
| Jamie O'Connell | Partner | 49.0 |
| Joe Turner | Vice President | 116.5 |
| Rafael Schnitzler | Director | 110.0 |
| Tom Melvin | Associate | 94.5 |
| Jade Wang | Associate | 89.5 |
| Gerald Sim | Analyst | 84.0 |
| Aakriti Suri | Analyst | 89.0 |
| | **Total** | **654.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tim Coleman | 01/06/20 | 0.5 | Team meeting/call re various matters |
| Tim Coleman | 01/07/19 | 0.5 | Conference call with debtor advisors regarding various matters |
| Tim Coleman | 01/07/19 | 0.5 | Follow-up internal meeting |
| Tim Coleman | 01/16/20 | 0.5 | Weekly update call |
| Tim Coleman | 01/17/20 | 0.5 | Emails regarding various matters |
| Tim Coleman | 01/21/20 | 1.5 | Conference call with management and counsel regarding meeting materials |
| Tim Coleman | 01/24/20 | 3.5 | Listening to hearing |
| Tim Coleman | 01/27/20 | 4.0 | Prep meeting with counsel regarding financial analysis presentation |
| Tim Coleman | 01/28/20 | 5.0 | Preparation for and meeting on financial analysis presentation |
| Tim Coleman | 01/29/20 | 5.0 | Meeting (and advisor pre-meeting) on financial analysis presentation |
| | | **21.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 01/06/20 | 0.5 | Discussion with J. Turner re various matters |
| Jamie O'Connell | 01/06/20 | 0.5 | Team meeting/call re various matters |
| Jamie O'Connell | 01/06/20 | 0.5 | Meeting with team re financial analysis |
| Jamie O'Connell | 01/07/20 | 0.5 | Conference call with debtor advisors regarding various matters |
| Jamie O'Connell | 01/07/20 | 0.5 | Follow-up internal meeting |
| Jamie O'Connell | 01/07/20 | 0.5 | Internal team meeting regarding financial analysis |
| Jamie O'Connell | 01/08/20 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 01/09/20 | 0.5 | Internal team meeting regarding financial analysis |
| Jamie O'Connell | 01/09/20 | 5.0 | Meeting with counsel regarding various matters |
| Jamie O'Connell | 01/10/20 | 0.5 | Review of financial analysis |
| Jamie O'Connell | 01/10/20 | 0.5 | Internal team meeting regarding various matters |
| Jamie O'Connell | 01/13/20 | 0.5 | Review and comment on financial analysis |
| Jamie O'Connell | 01/13/20 | 0.5 | Conference call with counsel regarding financial analysis |
| Jamie O'Connell | 01/13/20 | 0.5 | Internal meeting regarding various matters |
| Jamie O'Connell | 01/13/20 | 0.5 | Call with creditor advisor regarding various matters |
| Jamie O'Connell | 01/14/20 | 0.5 | Review and comment on financial analysis |
| Jamie O'Connell | 01/14/20 | 0.5 | Meeting with J. Wang regarding financial analysis |
| Jamie O'Connell | 01/15/20 | 4.0 | Presentation of Sackler financial information |
| Jamie O'Connell | 01/16/20 | 0.5 | Weekly update call with Company and debtor advisors |
| Jamie O'Connell | 01/17/20 | 0.5 | Emails regarding various matters |
| Jamie O'Connell | 01/21/20 | 1.5 | Conference call with management and counsel regarding meeting materials |
| Jamie O'Connell | 01/21/20 | 0.5 | Follow-up call with R. Schnitzler regarding meeting materials |
| Jamie O'Connell | 01/22/20 | 1.0 | Internal meeting regarding presentation materials |
| Jamie O'Connell | 01/23/20 | 0.5 | Weekly update call with Company and debtor advisors |
| Jamie O'Connell | 01/24/20 | 1.5 | Dialed into court hearing (not for entire hearing) |
| Jamie O'Connell | 01/26/20 | 1.0 | Review of materials in advance of meeting |
| Jamie O'Connell | 01/26/20 | 0.5 | Internal team call regarding financial analysis to be presented |
| Jamie O'Connell | 01/27/20 | 1.5 | Review of materials in advance of meeting |
| Jamie O'Connell | 01/27/20 | 4.0 | Prep meeting with counsel regarding financial analysis presentation |
| Jamie O'Connell | 01/28/20 | 1.0 | Review of materials in advance of meeting |
| Jamie O'Connell | 01/28/20 | 5.0 | Preparation for and meeting on financial analysis presentation |
| Jamie O'Connell | 01/29/20 | 5.0 | Meeting (and advisor pre-meeting) on financial analysis presentation |
| Jamie O'Connell | 01/30/20 | 7.0 | Attend board meeting |
| Jamie O'Connell | 01/31/20 | 1.0 | Internal discussions with J. Turner on various matters |
| | | **49.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 01/02/20 | 1.0 | BOD Call |
| Joe Turner | 01/03/20 | 0.5 | Call with UCC re BD opportunity |
| Joe Turner | 01/04/20 | 1.0 | Scheduling (discussions and planning) for London IAC diligence trip |
| Joe Turner | 01/06/20 | 0.5 | Discussion with J. O'Connell re various matters |
| Joe Turner | 01/06/20 | 0.5 | Team meeting/call re various matters |
| Joe Turner | 01/06/20 | 0.5 | Call with FTI re various matters |
| Joe Turner | 01/06/20 | 0.5 | Call with Alix Partners re IAC diligence |
| Joe Turner | 01/06/20 | 0.5 | Drafting/redrafting agenda for advisor call |
| Joe Turner | 01/06/20 | 0.5 | Call with UCC and KPMG re IAC tax analysis |
| Joe Turner | 01/06/20 | 0.5 | Call with potential buyer of assets (incoming via DPW) |
| Joe Turner | 01/06/20 | 0.5 | Meeting with team re financial analysis |
| Joe Turner | 01/07/19 | 0.5 | Conference call with debtor advisors regarding various matters |
| Joe Turner | 01/07/19 | 0.5 | Follow-up internal meeting |
| Joe Turner | 01/07/19 | 0.5 | Internal team meeting regarding financial analysis |
| Joe Turner | 01/07/19 | 2.5 | Review of various IAC related diligence ahead of London meetings |
| Joe Turner | 01/07/19 | 0.5 | Call with management re financial analysis |
| Joe Turner | 01/08/19 | 0.5 | Call with committee advisors re business plan modelling |
| Joe Turner | 01/08/19 | 0.5 | Call with company re certain assets |
| Joe Turner | 01/08/19 | 2.0 | Review of various IAC related diligence ahead of London meetings |
| Joe Turner | 01/08/19 | 2.0 | Meeting at DLA Piper re IACs |
| Joe Turner | 01/08/20 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 01/09/20 | 0.5 | Internal team meeting regarding financial analysis |
| Joe Turner | 01/09/20 | 1.0 | Call with company, then internal meeting re business plan model |
| Joe Turner | 01/09/20 | 0.5 | Weekly update call with company and advisors |
| Joe Turner | 01/09/20 | 1.5 | Review of various IAC related diligence ahead of London meetings |
| Joe Turner | 01/09/20 | 1.0 | Re-review of DLA Piper compliance materials, following meeting |
| Joe Turner | 01/07/19 | 1.0 | Review of certain financial analysis materials |
| Joe Turner | 01/10/20 | 0.5 | Internal team meeting regarding various matters |
| Joe Turner | 01/10/20 | 2.0 | Review of various IAC related diligence ahead of London meetings |
| Joe Turner | 01/10/20 | 0.5 | Internal team meeting (#2) regarding various matters |
| Joe Turner | 01/12/20 | 2.0 | Review of various IAC related diligence ahead of London meetings |
| Joe Turner | 01/12/20 | 8.0 | Travel time from home to JFK to LHR to hotel |
| Joe Turner | 01/13/20 | 0.5 | Travel time to/from IAC meetings |
| Joe Turner | 01/13/20 | 8.0 | IAC diligence meetings |
| Joe Turner | 01/13/20 | 1.0 | Editing day's notes from meetings |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 01/14/20 | 8.0 | IAC diligence meetings |
| Joe Turner | 01/14/20 | 1.0 | Editing day's notes from meetings |
| Joe Turner | 01/15/20 | 8.0 | IAC diligence meetings |
| Joe Turner | 01/15/20 | 1.0 | Editing day's notes from meetings |
| Joe Turner | 01/16/20 | 3.0 | Compilation of diligence meeting notes |
| Joe Turner | 01/22/20 | 2.5 | Review and comments to next steps / workplan re IAC diligence |
| Joe Turner | 01/22/20 | 0.5 | Emails regarding certain assets and business plan |
| Joe Turner | 01/22/20 | 2.5 | Review and comments to financial analysis deck |
| Joe Turner | 01/22/20 | 2.5 | Review and comments to financial analysis deck |
| Joe Turner | 01/22/20 | 1.0 | Internal meeting regarding presentation materials |
| Joe Turner | 01/22/20 | 0.5 | Meeting with J. Wang regarding presentation materials |
| Joe Turner | 01/23/20 | 0.5 | Weekly update call with Company and debtor advisors |
| Joe Turner | 01/24/20 | 3.5 | Listening to hearing |
| Joe Turner | 01/24/20 | 1.0 | Financial analysis meeting prep call |
| Joe Turner | 01/25/20 | 2.0 | Review of Kramer Levin materials |
| Joe Turner | 01/25/20 | 2.0 | Review of certain DPW materials |
| Joe Turner | 01/25/20 | 1.0 | Review of financial analysis deck |
| Joe Turner | 01/27/20 | 5.0 | Prep meeting with counsel regarding financial analysis presentation |
| Joe Turner | 01/28/20 | 7.0 | Preparation for and meeting on financial analysis presentation |
| Joe Turner | 01/29/20 | 5.0 | Meeting (and advisor pre-meeting) on financial analysis presentation |
| Joe Turner | 01/29/20 | 1.0 | Compilation of meeting notes |
| Joe Turner | 01/29/20 | 0.5 | Calls re IAC diligence logistics |
| Joe Turner | 01/29/20 | 1.0 | Review of PHI related BD item |
| Joe Turner | 01/30/20 | 4.5 | BOD meeting |
| Joe Turner | 01/30/20 | 0.5 | Call with AHC advisors re BD opportunity |
| Joe Turner | 01/30/20 | 0.5 | Call with Company re BD opportunity |
| Joe Turner | 01/30/20 | 1.5 | Worked on AHC Committee deck with management |
| Joe Turner | 01/31/20 | 1.5 | Call with AHC and UCC re BD opportunity |
| Joe Turner | 01/31/20 | 0.5 | Call with Company re Avrio |
| Joe Turner | 01/31/20 | 0.5 | Internal discussions with R. Schnitzler on various matters |
| Joe Turner | 01/31/20 | 1.0 | Internal discussions with J. O'Connell on various matters |
| Joe Turner | 01/31/20 | 0.5 | Review of various Avrio related materials |
| Joe Turner | 01/31/20 | 1.0 | Review of various BD opportunity related materials |
| | | **116.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 01/01/20 | 2.0 | Review of materials for financial analysis deck |
| Rafael Schnitzler | 01/02/20 | 1.0 | BOD Call |
| Rafael Schnitzler | 01/03/20 | 1.5 | Review of materials for financial analysis deck |
| Rafael Schnitzler | 01/03/20 | 0.5 | Call with UCC re BD opportunity |
| Rafael Schnitzler | 01/06/20 | 0.5 | Team meeting/call re various matters |
| Rafael Schnitzler | 01/06/20 | 0.5 | Call with potential buyer of assets (incoming via DPW) |
| Rafael Schnitzler | 01/06/20 | 0.5 | Meeting with team re financial analysis |
| Rafael Schnitzler | 01/07/19 | 0.5 | Conference call with debtor advisors regarding various matters |
| Rafael Schnitzler | 01/07/19 | 0.5 | Follow-up internal meeting |
| Rafael Schnitzler | 01/07/19 | 0.5 | Internal team meeting regarding financial analysis |
| Rafael Schnitzler | 01/08/20 | 4.0 | Review of materials for financial analysis presentation |
| Rafael Schnitzler | 01/09/20 | 0.5 | Internal team meeting regarding financial analysis |
| Rafael Schnitzler | 01/09/20 | 0.5 | Call with company counsel |
| Rafael Schnitzler | 01/10/20 | 0.5 | Internal team meeting regarding various matters |
| Rafael Schnitzler | 01/10/20 | 2.5 | Review of materials for financial analysis presentation |
| Rafael Schnitzler | 01/13/20 | 3.0 | Review of materials for financial analysis presentation |
| Rafael Schnitzler | 01/13/20 | 0.5 | Conference call with counsel regarding financial analysis |
| Rafael Schnitzler | 01/14/20 | 1.0 | Review of materials for financial analysis presentation |
| Rafael Schnitzler | 01/14/20 | 8.0 | Travel time from home to ORD to LHR to hotel |
| Rafael Schnitzler | 01/15/20 | 8.0 | IAC diligence meetings |
| Rafael Schnitzler | 01/15/20 | 1.0 | Editing day's notes from meetings |
| Rafael Schnitzler | 01/16/20 | 8.0 | IAC diligence meetings |
| Rafael Schnitzler | 01/16/20 | 1.0 | Call with Company |
| Rafael Schnitzler | 01/16/20 | 1.0 | Review of materials for financial analysis presentation |
| Rafael Schnitzler | 01/17/20 | 7.0 | IAC diligence meetings |
| Rafael Schnitzler | 01/17/20 | 2.0 | Review of materials for financial analysis presentation |
| Rafael Schnitzler | 01/18/20 | 9.0 | Travel time from home to LHR to JFK |
| Rafael Schnitzler | 01/20/20 | 0.5 | Call with Company |
| Rafael Schnitzler | 01/21/20 | 1.5 | Conference call with management and counsel regarding meeting materials |
| Rafael Schnitzler | 01/21/20 | 0.5 | Follow-up call with J. O'Connell regarding meeting materials |
| Rafael Schnitzler | 01/22/20 | 5.0 | Review of materials for financial analysis presentation |
| Rafael Schnitzler | 01/22/20 | 1.0 | Internal meeting regarding presentation materials |
| Rafael Schnitzler | 01/23/20 | 0.5 | Weekly update call with Company and debtor advisors |
| Rafael Schnitzler | 01/24/20 | 0.5 | Internal team call regarding financial analysis to be presented |
| Rafael Schnitzler | 01/24/20 | 5.0 | Prep for and meeting with counsel regarding presentation |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 01/25/20 | 4.0 | Review of materials for financial analysis presentation |
| Rafael Schnitzler | 01/26/20 | 6.0 | Preparation for and meeting on financial analysis presentation |
| Rafael Schnitzler | 01/27/20 | 7.0 | Preparation for and meeting on financial analysis presentation |
| Rafael Schnitzler | 01/28/20 | 5.0 | Meeting (and advisor pre-meeting) on financial analysis presentation |
| Rafael Schnitzler | 01/29/20 | 0.5 | Review PHI materials |
| Rafael Schnitzler | 01/30/20 | 7.0 | Attend board meeting |
| Rafael Schnitzler | 01/31/20 | 0.5 | Internal discussions with J. Turner on various matters |
| | | **110.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 01/02/20 | 1.5 | Review of updated professional fee budget |
| Tom Melvin | 01/02/20 | 0.5 | Review of new diligence questions received from AHC advisors |
| Tom Melvin | 01/02/20 | 0.5 | E-mail correspondence internally and with AlixPartners and DPW regarding Rhodes business development opportunity |
| Tom Melvin | 01/02/20 | 0.5 | E-mail correspondence with DPW team regarding upcoming IAC diligence and allocation-related meetings |
| Tom Melvin | 01/02/20 | 0.5 | Review of details related to Rhodes business development opportunity |
| Tom Melvin | 01/03/19 | 0.5 | Conference call with Company, AlixPartners, and UCC, AHC financial advisors regarding Rhodes business development opportunity |
| Tom Melvin | 01/03/19 | 0.5 | Conference call with Company management regarding updated professional fee budget |
| Tom Melvin | 01/03/19 | 1.0 | Review of updated professional fee budget |
| Tom Melvin | 01/03/19 | 0.5 | E-mail correspondence with Company management regarding updated professional fee budget |
| Tom Melvin | 01/03/19 | 0.5 | Review of details related to Company strategic operating decision |
| Tom Melvin | 01/03/19 | 0.5 | Review of updated financial analysis |
| Tom Melvin | 01/03/19 | 0.5 | E-mail correspondence with DPW team regarding upcoming IAC diligence and allocation-related meetings |
| Tom Melvin | 01/03/19 | 1.0 | Review of voluntary injunction language |
| Tom Melvin | 01/04/19 | 0.5 | Review of updated financial analysis |
| Tom Melvin | 01/06/20 | 1 | Preparation of weekly advisor call agenda |
| Tom Melvin | 01/06/20 | 1 | Review of Company responses to UCC/AHC diligence requests |
| Tom Melvin | 01/06/20 | 0.5 | Team meeting/call re various matters |
| Tom Melvin | 01/06/20 | 0.5 | Conference call with UCC advisors regarding tax diligence |
| Tom Melvin | 01/06/20 | 0.5 | Conference call with AlixPartners team to discuss diligence process |
| Tom Melvin | 01/06/20 | 1.0 | Preparation and review of responses to UCC/AHC diligence requests |
| Tom Melvin | 01/06/20 | 0.5 | Review of internal team notes related to IAC diligence |
| Tom Melvin | 01/06/20 | 0.5 | Preparation and review of agenda for weekly advisor call |
| Tom Melvin | 01/07/19 | 0.5 | Conference call with debtor advisors regarding various matters |
| Tom Melvin | 01/07/19 | 0.5 | Follow-up internal meeting |
| Tom Melvin | 01/07/19 | 0.5 | Internal team meeting regarding financial analysis |
| Tom Melvin | 01/07/19 | 0.5 | E-mail correspondence with DPW team regarding upcoming allocation-related meetings |
| Tom Melvin | 01/07/19 | 0.5 | E-mail correspondence with Company management regarding response to diligence request from UCC/AHC advisors |
| Tom Melvin | 01/07/19 | 0.5 | Review of financial analysis related to diligence requests |
| Tom Melvin | 01/07/19 | 0.5 | Review of estimates related to professional fee budget |
| Tom Melvin | 01/08/19 | 2.0 | Meeting at DLA Piper re IACs |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 01/08/19 | 0.5 | Conference Call with Company management regarding insurance policies |
| Tom Melvin | 01/08/19 | 0.5 | Conference call with Company management regarding financial analysis related to UCC/AHC diligence request |
| Tom Melvin | 01/08/19 | 1 | Preparation and review of agenda for weekly advisor call |
| Tom Melvin | 01/08/19 | 0.5 | E-mail correspondence with AlixPartners regarding updated professional fee budget |
| Tom Melvin | 01/08/19 | 0.5 | E-mail correspondence internally regarding financial analysis |
| Tom Melvin | 01/09/19 | 1.0 | Weekly advisor and Company call |
| Tom Melvin | 01/09/19 | 1.0 | Conference call with Company management regarding updated long term business plan |
| Tom Melvin | 01/09/19 | 0.5 | Review of financial analysis related to diligence requests |
| Tom Melvin | 01/09/19 | 0.5 | Review of analysis related to insurance policies |
| Tom Melvin | 01/09/19 | 0.5 | E-mail correspondence with AlixPartners regarding IAC diligence |
| Tom Melvin | 01/10/20 | 0.5 | Internal team meeting regarding various matters |
| Tom Melvin | 01/10/20 | 0.5 | E-mail correspondence with AlixPartners team regarding follow up to recent meeting |
| Tom Melvin | 01/10/20 | 1.0 | Review of financial analysis related to diligence requests |
| Tom Melvin | 01/11/20 | 0.5 | E-mail correspondence internally and with DPW regarding upcoming diligence meetings |
| Tom Melvin | 01/11/20 | 1 | Review of diligence questions received from UCC/AHC advisors |
| Tom Melvin | 01/11/20 | 0.5 | E-mail correspondence with Company regarding diligence questions received from UCC/AHC advisors |
| Tom Melvin | 01/12/20 | 0.5 | E-mail correspondence regarding diligence questions received from UCC/AHC advisors |
| Tom Melvin | 01/12/20 | 0.5 | E-mail correspondence with and review of updated diligence questions received from UCC/AHC advisors |
| Tom Melvin | 01/12/20 | 0.5 | Review of financial analysis related to diligence requests |
| Tom Melvin | 01/13/20 | 0.5 | Conference call with counsel regarding financial analysis |
| Tom Melvin | 01/13/20 | 0.5 | Internal meeting regarding various matters |
| Tom Melvin | 01/13/20 | 0.5 | Preparation of weekly advisor call agenda |
| Tom Melvin | 01/13/20 | 0.5 | E-mail correspondence with DPW team regarding transaction working group |
| Tom Melvin | 01/13/20 | 0.5 | E-mail correspondence with shareholder counsel regarding upcoming meeting |
| Tom Melvin | 01/14/20 | 0.5 | Call with Company management regarding transaction structuring working group |
| Tom Melvin | 01/14/20 | 0.5 | Review of financial analysis related to diligence requests |
| Tom Melvin | 01/14/20 | 1.0 | Preparation and review of agenda for weekly advisor call |
| Tom Melvin | 01/14/20 | 0.5 | Review of details from AlixPartners related to IAC diligence |
| Tom Melvin | 01/14/20 | 0.5 | E-mail correspondence with DPW team regarding updated professional fee budget |
| Tom Melvin | 01/14/20 | 0.5 | Review of updated business plan detail received from Company management |
| Tom Melvin | 01/15/20 | 4 | Presentation of Sackler financial information |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 01/15/20 | 1 | Call with Company management and AlixPartners, DPW teams regarding transaction structure working group/next steps |
| Tom Melvin | 01/15/20 | 0.5 | Preparation and review of agenda for weekly advisor call |
| Tom Melvin | 01/16/20 | 1.0 | Weekly advisors and Company call |
| Tom Melvin | 01/16/20 | 0.5 | Internal meeting to discuss financial analysis |
| Tom Melvin | 01/16/20 | 0.5 | E-mail correspondence internally and with DPW regarding upcoming meetings |
| Tom Melvin | 01/16/20 | 0.5 | Review of updated business plan detail received from Company management |
| Tom Melvin | 01/16/20 | 0.5 | E-mail correspondence internally to discuss business plan detail requested from Company management |
| Tom Melvin | 01/16/20 | 0.5 | E-mail correspondence with UCC/AHC advisors regarding IAC tax diligence |
| Tom Melvin | 01/17/20 | 0.5 | E-mail correspondence with UCC/AHC advisors regarding IAC tax diligence |
| Tom Melvin | 01/17/20 | 0.5 | E-mail correspondence with Company counsel regarding upcoming diligence response meetings |
| Tom Melvin | 01/17/20 | 0.5 | E-mail correspondence with Company management regarding UCC diligence request |
| Tom Melvin | 01/18/20 | 0.5 | Conference call with Company management regarding UCC diligence request |
| Tom Melvin | 01/18/20 | 0.5 | E-mail correspondence with UCC/AHC advisors regarding diligence requests |
| Tom Melvin | 01/18/20 | 0.5 | E-mail correspondence with Company management and AlixPartners, DPW teams regarding UCC diligence request |
| Tom Melvin | 01/19/20 | 0.5 | Aggregation and review of material received from Company management in response to UCC diligence request |
| Tom Melvin | 01/20/20 | 1.0 | E-mail correspondence with Company management and AlixPartners, DPW teams regarding UCC diligence request |
| Tom Melvin | 01/20/20 | 0.5 | Aggregation and review of material received from Company management in response to UCC diligence request |
| Tom Melvin | 01/21/20 | 1.5 | Conference call with management and counsel regarding meeting materials |
| Tom Melvin | 01/21/20 | 1.0 | Conference call with Company management, AlixPartners, DPW teams regarding UCC diligence request |
| Tom Melvin | 01/21/20 | 0.5 | Conference call with AlixPartners and UCC/AHC advisors regarding office leases |
| Tom Melvin | 01/21/20 | 0.5 | Aggregation and review of material received from Company management in response to UCC diligence request |
| Tom Melvin | 01/21/20 | 0.5 | Preparation and review of agenda for weekly advisor call |
| Tom Melvin | 01/21/20 | 1.0 | Review of business plan support presentation received from Company management |
| Tom Melvin | 01/22/20 | 1 | Internal discussion to catch up on preparation of updated business plan model |
| Tom Melvin | 01/22/20 | 1.0 | Review of business plan support presentation received from Company management |
| Tom Melvin | 01/22/20 | 0.5 | Preparation and review of agenda for weekly advisor call |
| Tom Melvin | 01/22/20 | 1.0 | Internal meeting regarding presentation materials |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 01/22/20 | 0.5 | E-mail correspondence with DPW regarding upcoming meetings |
| Tom Melvin | 01/23/20 | 1.5 | Review of Rhodes long term business plan presentation |
| Tom Melvin | 01/23/20 | 0.5 | Weekly update call with Company and debtor advisors |
| Tom Melvin | 01/23/20 | 0.5 | Call with management on updated long-term business plan |
| Tom Melvin | 01/23/20 | 0.5 | Contacted management for data request to construct updated business plan model |
| Tom Melvin | 01/24/20 | 0.5 | Call with AlixPartners team regarding Rhodes business plan presentation |
| Tom Melvin | 01/25/20 | 0.5 | Internal team discussion regarding review of financial analysis to be presented |
| Tom Melvin | 01/25/20 | 0.5 | Review of OTC and Rhodes business plan presentation materials |
| Tom Melvin | 01/26/20 | 1.5 | Review of OTC and Rhodes business plan presentation materials |
| Tom Melvin | 01/26/20 | 1.0 | Review of financial analysis to be presented and aggregation of potential questions |
| Tom Melvin | 01/26/20 | 0.5 | Internal team call regarding financial analysis to be presented |
| Tom Melvin | 01/27/20 | 5.0 | Prep meeting with counsel regarding presentation |
| Tom Melvin | 01/28/20 | 7.0 | Preparation for and meeting on financial analysis presentation |
| Tom Melvin | 01/29/20 | 5.0 | Meeting (and advisor pre-meeting) on financial analysis presentation |
| Tom Melvin | 01/29/20 | 2.0 | Preparation and review of presentation for upcoming meeting with Ad Hoc Committee |
| Tom Melvin | 01/29/20 | 0.5 | E-mail correspondence with Company management regarding responses to diligence requests. |
| Tom Melvin | 01/30/20 | 4.0 | Dialed in for PPI Board Meeting |
| Tom Melvin | 01/30/20 | 1.5 | Worked on AHC Committee deck with management |
| Tom Melvin | 01/31/20 | 1.0 | Autoinjector discussion call |
| | | **94.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jade Wang | 01/01/20 | 4.5 | Worked on financial analysis deck |
| Jade Wang | 01/02/20 | 2.0 | Worked on financial analysis deck |
| Jade Wang | 01/03/20 | 1.0 | Worked on financial analysis deck |
| Jade Wang | 01/06/20 | 0.5 | Team meeting/call re various matters |
| Jade Wang | 01/06/20 | 0.5 | Meeting with team re financial analysis |
| Jade Wang | 01/06/20 | 3.0 | Worked on financial analysis |
| Jade Wang | 01/07/20 | 0.5 | Internal team meeting regarding financial analysis |
| Jade Wang | 01/07/20 | 5.0 | Worked on financial analysis deck |
| Jade Wang | 01/08/20 | 3.0 | Worked on financial analysis deck |
| Jade Wang | 01/08/20 | 2.0 | Meeting at DLA Piper re IACs |
| Jade Wang | 01/09/20 | 1.0 | Call with company, then internal meeting re business plan model |
| Jade Wang | 01/09/20 | 0.5 | Internal team meeting regarding financial analysis |
| Jade Wang | 01/09/20 | 3.0 | Worked on financial analysis deck |
| Jade Wang | 01/09/20 | 0.5 | Weekly update call with company and advisors |
| Jade Wang | 01/10/20 | 3.0 | Worked on financial analysis deck |
| Jade Wang | 01/10/20 | 0.5 | Internal team meeting regarding various matters |
| Jade Wang | 01/13/20 | 4.5 | Worked on financial analysis deck |
| Jade Wang | 01/13/20 | 0.5 | Conference call with counsel regarding financial analysis |
| Jade Wang | 01/14/20 | 3.5 | Worked on financial analysis deck |
| Jade Wang | 01/14/20 | 0.5 | Meeting with J. O'Connell regarding financial analysis |
| Jade Wang | 01/15/20 | 4.0 | Worked on financial analysis deck |
| Jade Wang | 01/16/20 | 0.5 | Call w the management on financial analysis |
| Jade Wang | 01/16/20 | 4.0 | Worked on financial analysis deck |
| Jade Wang | 01/17/20 | 0.5 | Call w the company on Pipeline assets |
| Jade Wang | 01/17/20 | 4.5 | Worked on financial analysis deck |
| Jade Wang | 01/20/20 | 0.5 | Call w the company on Pipeline assets |
| Jade Wang | 01/20/20 | 0.5 | Call w the company on manufacturing facilities |
| Jade Wang | 01/20/20 | 1.0 | Worked on financial analysis deck |
| Jade Wang | 01/21/20 | 1.5 | Conference call with management and counsel regarding meeting materials |
| Jade Wang | 01/21/20 | 4.5 | Worked on financial analysis deck |
| Jade Wang | 01/22/20 | 1.0 | Internal meeting regarding presentation materials |
| Jade Wang | 01/22/20 | 0.5 | Meeting with J. Turner regarding presentation materials |
| Jade Wang | 01/22/20 | 3.0 | Worked on financial analysis deck |
| Jade Wang | 01/23/20 | 0.5 | Weekly update call with Company and debtor advisors |
| Jade Wang | 01/23/20 | 1.0 | Worked on cash projections analysis |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jade Wang | 01/26/20 | 0.5 | Internal team call regarding financial analysis to be presented |
| Jade Wang | 01/27/20 | 5.0 | Prep meeting with counsel regarding presentation |
| Jade Wang | 01/28/20 | 7.0 | Preparation for and meeting on financial analysis presentation |
| Jade Wang | 01/29/20 | 5.0 | Meeting (and advisor pre-meeting) on financial analysis presentation |
| Jade Wang | 01/30/20 | 0.5 | Call w the management on UCC request |
| Jade Wang | 01/31/20 | 3.5 | Worked on OTC Analysis |
| Jade Wang | 01/31/20 | 1.0 | Autoinjector discussion call |
| | | **89.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Gerald Sim | 01/03/20 | 0.5 | Slayback diligence questions |
| Gerald Sim | 01/03/20 | 0.5 | Call for updated estimate for advisor costs |
| Gerald Sim | 01/06/20 | 0.5 | Team meeting/call re various matters |
| Gerald Sim | 01/06/20 | 0.5 | Update weekly call agenda in preparation for Tuesday meeting |
| Gerald Sim | 01/06/20 | 0.5 | Update weekly call agenda in preparation for Tuesday meeting |
| Gerald Sim | 01/07/19 | 0.5 | Conference call with debtor advisors regarding various matters |
| Gerald Sim | 01/07/19 | 0.5 | Follow-up internal meeting |
| Gerald Sim | 01/07/19 | 0.5 | Internal team meeting regarding financial analysis |
| Gerald Sim | 01/08/19 | 2.5 | DLA Piper meeting / call |
| Gerald Sim | 01/08/19 | 0.5 | Update weekly call agenda in preparation for Thursday meeting |
| Gerald Sim | 01/09/19 | 0.5 | Weekly call with debtor advisors and company |
| Gerald Sim | 01/09/19 | 0.5 | Call with management on building of updated business plan model |
| Gerald Sim | 01/09/19 | 0.5 | Internal PJT meeting on building of updated business plan model |
| Gerald Sim | 01/10/19 | 3.0 | Work on building of updated business plan model |
| Gerald Sim | 01/10/19 | 2.0 | Work on financial analysis deck |
| Gerald Sim | 01/10/19 | 1.0 | Work on building of updated business plan model |
| Gerald Sim | 01/12/19 | 3.0 | Work on building of updated business plan model |
| Gerald Sim | 01/13/20 | 2.0 | Work on building of updated business plan model |
| Gerald Sim | 01/13/20 | 0.5 | Conference call with counsel regarding financial analysis |
| Gerald Sim | 01/13/20 | 0.5 | Internal meeting regarding various matters |
| Gerald Sim | 01/13/20 | 2.0 | Work on building of updated business plan model |
| Gerald Sim | 01/13/20 | 1.0 | Update weekly call agenda in preparation for Thursday meeting |
| Gerald Sim | 01/13/20 | 2.0 | Work on building of updated business plan model |
| Gerald Sim | 01/14/20 | 1.0 | Preparation of call agenda for call with management/debtor advisors |
| Gerald Sim | 01/14/20 | 2.0 | Work on building of updated business plan model |
| Gerald Sim | 01/14/20 | 1.0 | Preparation of call agenda for call with management/debtor advisors |
| Gerald Sim | 01/14/20 | 1.0 | Work on building of updated business plan model |
| Gerald Sim | 01/14/20 | 1.0 | Work on building of updated business plan model |
| Gerald Sim | 01/15/20 | 4.0 | Presentation of Sackler financial information |
| Gerald Sim | 01/15/20 | 1.0 | Call with DPW regarding Trust Structure |
| Gerald Sim | 01/15/20 | 2.0 | Work on building of updated business plan model |
| Gerald Sim | 01/16/20 | 0.5 | Weekly call with debtor advisors and company |
| Gerald Sim | 01/16/20 | 0.5 | Internal meeting on financial analysis deck |
| Gerald Sim | 01/16/20 | 1.0 | Work on building of updated business plan model |
| Gerald Sim | 01/17/20 | 2.0 | Work on building of updated business plan model |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Gerald Sim | 01/20/20 | 2.0 | Work on building of updated business plan model |
| Gerald Sim | 01/20/20 | 1.0 | Create tracker for updated business plan model |
| Gerald Sim | 01/21/20 | 1.0 | Work on building of updated business plan model |
| Gerald Sim | 01/21/20 | 0.5 | Update tracker for updated business plan model |
| Gerald Sim | 01/21/20 | 0.5 | Work on agenda for Thursday call with management and advisors |
| Gerald Sim | 01/21/20 | 1.5 | Conference call with management and counsel regarding meeting materials |
| Gerald Sim | 01/22/20 | 1.0 | internal catch up on progress of updated business plan model |
| Gerald Sim | 01/22/20 | 0.5 | Update tracker for updated business plan model |
| Gerald Sim | 01/23/20 | 0.5 | Weekly update call with Company and debtor advisors |
| Gerald Sim | 01/23/20 | 0.5 | Call with management on updated long-term business plan |
| Gerald Sim | 01/23/20 | 0.5 | Contacted management for data request to construct updated business plan model |
| Gerald Sim | 01/23/20 | 1.0 | Review of Rhodes long term business plan presentation |
| Gerald Sim | 01/23/20 | 1.0 | Compiled notes for London IAC meeting |
| Gerald Sim | 01/24/20 | 2.0 | Work on building of updated business plan model |
| Gerald Sim | 01/25/20 | 2.0 | Review of Avrio and Rhodes business plan board materials |
| Gerald Sim | 01/25/20 | 2.0 | Work on financial analysis deck |
| Gerald Sim | 01/26/20 | 0.5 | Internal team call regarding financial analysis to be presented |
| Gerald Sim | 01/27/20 | 5.0 | Prep meeting with counsel regarding presentation |
| Gerald Sim | 01/28/20 | 0.5 | Work on financial analysis deck |
| Gerald Sim | 01/28/20 | 7.0 | Preparation for and meeting on financial analysis deck |
| Gerald Sim | 01/29/20 | 5.0 | Meeting (and advisor pre-meeting) on financial analysis presentation |
| Gerald Sim | 01/30/20 | 1.0 | Dialed in for PPI Board Meeting |
| Gerald Sim | 01/30/20 | 1.5 | Worked on AHC Committee deck with management |
| Gerald Sim | 01/31/20 | 1.0 | Autoinjector discussion call |
| Gerald Sim | 01/31/20 | 0.5 | Emails to request new excel backups to build consolidated model |
| Gerald Sim | 01/31/20 | 2.0 | Work on consolidated model |
| | | **84.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Aakriti Suri | 01/06/20 | 0.5 | Team meeting/call re various matters |
| Aakriti Suri | 01/06/20 | 1.0 | Consolidated all Mundipharma call notes |
| Aakriti Suri | 01/06/20 | 1.0 | Revised financial analysis deck |
| Aakriti Suri | 01/06/20 | 2.0 | Updated and cleaned up the backup files for financial analysis deck |
| Aakriti Suri | 01/07/20 | 0.5 | Internal team meeting regarding financial analysis |
| Aakriti Suri | 01/06/20 | 0.5 | Team meeting/call re various matters |
| Aakriti Suri | 01/06/20 | 0.5 | Meeting with team re financial analysis |
| Aakriti Suri | 01/06/20 | 3.0 | Worked on financial analysis |
| Aakriti Suri | 01/07/20 | 0.5 | Internal team meeting regarding financial analysis |
| Aakriti Suri | 01/07/20 | 5.0 | Worked on financial analysis deck |
| Aakriti Suri | 01/08/20 | 3.0 | Worked on financial analysis deck |
| Aakriti Suri | 01/08/20 | 2.0 | Meeting at DLA Piper re IACs |
| Aakriti Suri | 01/09/20 | 1.0 | Call with company, then internal meeting re business plan model |
| Aakriti Suri | 01/09/20 | 0.5 | Internal team meeting regarding financial analysis |
| Aakriti Suri | 01/09/20 | 3.0 | Worked on financial analysis deck |
| Aakriti Suri | 01/09/20 | 0.5 | Weekly update call with company and advisors |
| Aakriti Suri | 01/10/20 | 3.0 | Worked on financial analysis deck |
| Aakriti Suri | 01/10/20 | 0.5 | Internal team meeting regarding various matters |
| Aakriti Suri | 01/13/20 | 4.5 | Worked on financial analysis deck |
| Aakriti Suri | 01/13/20 | 0.5 | Conference call with counsel regarding financial analysis |
| Aakriti Suri | 01/14/20 | 3.5 | Worked on financial analysis deck |
| Aakriti Suri | 01/15/20 | 4.0 | Worked on financial analysis deck |
| Aakriti Suri | 01/16/20 | 0.5 | Call w the management on financial analysis |
| Aakriti Suri | 01/16/20 | 4.0 | Worked on financial deck |
| Aakriti Suri | 01/17/20 | 0.5 | Call w the company on Pipeline assets |
| Aakriti Suri | 01/17/20 | 4.5 | Worked on financial deck |
| Aakriti Suri | 01/20/20 | 0.5 | Call w the company on Pipeline assets |
| Aakriti Suri | 01/20/20 | 0.5 | Call w the company on manufacturing facilities |
| Aakriti Suri | 01/20/20 | 1.0 | Worked on financial deck |
| Aakriti Suri | 01/21/20 | 1.5 | Conference call with management and counsel regarding meeting materials |
| Aakriti Suri | 01/21/20 | 4.5 | Worked on financial deck |
| Aakriti Suri | 01/22/20 | 1.0 | Internal meeting regarding presentation materials |
| Aakriti Suri | 01/22/20 | 3.0 | Worked on financial deck |
| Aakriti Suri | 01/22/20 | 1.0 | Internal meeting regarding presentation materials |
| Aakriti Suri | 01/23/20 | 0.5 | Weekly update call with Company and debtor advisors |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Aakriti Suri | 01/23/20 | 2.5 | Worked on cash projections analysis |
| Aakriti Suri | 01/24/20 | 3.0 | Worked on financial analysis for financial analysis deck |
| Aakriti Suri | 01/26/20 | 0.5 | Internal team call regarding financial analysis to be presented |
| Aakriti Suri | 01/27/20 | 0.5 | Internal call to discuss potential question list |
| Aakriti Suri | 01/27/20 | 2.0 | Back pocket materials for financial analysis deck |
| Aakriti Suri | 01/27/20 | 5.0 | Prep meeting with counsel regarding presentation |
| Aakriti Suri | 01/28/20 | 7.0 | Preparation for and meeting on financial analysis presentation |
| Aakriti Suri | 01/29/20 | 5.0 | Meeting (and advisor pre-meeting) on financial analysis presentation |
| | | **89.0** | |