DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
James I. McClammy
Eli J. Vonnegut

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF FILING OF
REVISED PROPOSED ORDER APPOINTING MEDIATORS**

     **PLEASE TAKE NOTICE** that on February 20, 2020, the above-captioned debtors and

debtors in possession (collectively, the "**Debtors**")[2]  filed the *Debtors' Motion for Entry of an*

*Order Appointing Mediators* [Docket No. 855] (the "**Motion**"), together with the proposed order

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

annexed thereto as Exhibit A [Dkt. No. 855-1, Ex. A] (the "**Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that the deadline for all parties to object or file responses was **February 28, 2020, at 12:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors received informal comments on the Proposed Order from the Mediation Parties regarding the outstanding issue referenced in paragraph 11 of the Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised Proposed Order attached hereto as **Exhibit A** (the "**Revised Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that a comparison between the Revised Proposed Order and the Proposed Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors understand that the changes reflected in the Revised Proposed Order resolve the outstanding issue referenced in paragraph 11 of the Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have filed the *Notice of Telephonic Hearing Scheduled for March 2, 2020, at 10:00 a.m. (Prevailing Eastern Time)* contemporaneously herewith, notifying parties that the hearing scheduled for **March 2, 2020, at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Robert D. Drain of the United States Bankruptcy Court for the Southern District of New York will now be a telephonic hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma/.    You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   February 28, 2020
         New York, New York

DAVIS POLK & WARDWELL LLP

By:  */s/ James I. McClammy*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
James I. McClammy
Eli J. Vonnegut

*Counsel to the Debtors*
*and Debtors in Possession*