DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.***,** | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## AGENDA FOR MARCH 2, 2020 HEARING

| | |
|---|---|
| Time and Date of Hearing: | March 2, 2020 at 10:00 a.m. (prevailing Eastern Time) |
| | The Honorable Judge Robert D. Drain<br>**Will conduct this hearing telephonically<br>Please contact CourtCall at 1-888-862-6878** |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**UNCONTESTED MATTERS:**

*Mediators Motion.* Debtors' Motion for Entry of an Order Appointing Mediators [ECF No. 855]

    Objection Deadline: February 28, 2020 at 12:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Reply: None

    Related Documents:

        A. Declaration of Kenneth R. Feinberg in Connection with the Debtors' Motion for Entry of an Order Appointing Mediators [ECF No. 882]

        B. Declaration of Layn R. Phillips in Connection with the Debtors' Motion for Entry of an Order Appointing Mediators [ECF No. 883]

        C. Notice of Telephonic Hearing Scheduled for March 2, 2020 at 10:00 a.m. (Prevailing Eastern Time) [ECF No. 886]

        D. Notice of Filing of Revised Proposed Order Appointing Mediators [ECF No. 887]

    Status: This matter is going forward on an uncontested basis.

Dated: February 28, 2020
New York, New York

DAVIS POLK & WARDWELL LLP

By: /s/ *James I. McClammy*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
James I. McClammy
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*