WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | |

**THIRD MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE
AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Name of Applicant | Wilmer Cutler Pickering Hale and Dorr LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | January 1, 2020 through January 31, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $99,240.06[2] (80% of $124,050.08) |
| Total reimbursement of expenses requested in this statement | $2,949.23 |
| Total compensation and reimbursement requested in this statement | $102,189.29 |
| **This is a(n):**   _X Monthly Application  __ Interim Application  __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 25, 2019 [Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Third Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2020 Through January 31, 2020* (this "**Fee Statement**").[3] By this Fee Statement, WilmerHale seeks (i) compensation in the amount of $99,240.06 which is 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale

---

[2]    This amount reflects an agreed reduction in fees in the amount of $17,830.92 and 50% reduction of non-working travel time in the amount of $6,710.00 for a total reduction in the aggregate amount of $24,540.92.

[3]    The period from January 1, 2020, through and including January 31, 2020, is referred to herein as the "**Fee Period**."

incurred in connection with such services during the Fee Period (i.e., $130,760.08), less 50% of time expended on non-working travel (i.e. $6,710.00), which equals $124,050.08,[4] and (ii) payment of $2,949.23 for the actual, necessary expenses that WilmerHale incurred in connection with rendering such services during the Fee Period.

### Itemization of Services Rendered and Disbursement Incurred

1.    Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories WilmerHale established in accordance with its internal billing procedures. As reflected in **Exhibit A**, WilmerHale incurred $148,591.00 in fees during the Fee Period and, pursuant to its agreement with Purdue Pharma, L.P., reduced that amount to $130,760.08. WilmerHale further reduced that amount to $124,050.08 to comply with the U.S. Trustee Guidelines regarding time expended on non-working travel. Pursuant to this Fee Statement, WilmerHale seeks compensation for 80% of such fees, totaling $99,240.06.

2.    Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $837.81.[5] The blended hourly billing rate of all paraprofessionals is $368.31.[6]

---

[4]    During the Fee Period, fees for legal services rendered by WilmerHale included non-working travel time in the aggregate amount of $13,420.00. In accordance with the U.S. Trustee's Guidelines, WilmerHale deducted 50% of the respective professionals' hourly rates from this Fee Statement.

[5]    The blended hourly billing rate of $837.81 for attorneys is derived by dividing the total fees for attorneys of $134,300.50 by the total hours of 160.30.

[6]    The blended hourly billing rate of $368.31 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $14,290.50 by the total hours of 38.80.

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or disbursed in the amount of $2,949.23 in connection with providing professional services to the Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates. Only the clients for whom the services are actually used are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.      Attached hereto as **Exhibit D** is the related invoice showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.      WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $99,240.06 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $130,760.08), less 50% of time expended on non-working travel (i.e. $6,710.00), which equals $124,050.08 and (ii) payment of $2,949.23 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: March 11, 2020
      New York, New York

By:   /s/ George W. Shuster
WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors
in Possession*

## Exhibit A

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (B160) | 16.50 | 10,093.50 |
| Congressional Investigation (L400) | 182.60 | 138,497.50 |
| **Total** | **199.10** | **$148,591.00** |
| **Less Agreed Reduction** | | **-17,830.92** |
| **Less 50% Non-Working Travel**[1] | | **-6,710.00** |
| **GRAND TOTAL** | **199.10** | **$124,050.08** |

---

[1]     During the Fee Period, fees for legal services rendered by WilmerHale included non-working travel time in the aggregate amount of $13,420.00.  In accordance with the U.S. Trustee's Guidelines, WilmerHale deducted 50% of the respective professionals' hourly rates from this Fee Statement

## Exhibit B

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 12.00 | 18,600.00 |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 965.00 | 71.30 | 68,804.50 |
| **Partners Total** | | | **83.30** | **$87,404.50** |
| **Counsels** | | | | |
| John T. Byrnes | Counsel; joined firm in 2013; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 940.00 | 5.30 | 4,982.00 |
| **Counsels Total** | | | **5.30** | **$4,982.00** |
| **Associates and Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 525.00 | 17.60 | 9,240.00 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 815.00 | 13.30 | 10,839.50 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 30.00 | 16,500.00 |

---

[1] WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 595.00 | 7.10 | 4,224.50 |
| Phoebe Stroede | Sr. Discovery Attorney; joined firm in 2013; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 3.70 | 1,110.00 |
| | | | 71.70 | $41,914.00 |
| **Paraprofessionals** | | | | |
| Clara Cabrera | Research & Reference Supervisor; joined firm in 2009; Library and Research Services. | 505.00 | 0.40 | 202.00 |
| Truong Chau | Litigation Support Coordinator; joined firm in 2010; Litigation Support. | 480.00 | 4.60 | 2,208.00 |
| Eric Robert Dolce | Project Assistant; joined firm in 2019; Litigation / Controversy. | 310.00 | 0.90 | 279.00 |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 385.00 | 8.90 | 3,426.50 |
| Allyson Lazarre | Co-op Student; joined firm in 2020; Litigation Support. | 155.00 | 0.40 | 62.00 |
| Aaron P. Murphy | Research and Reference Specialist; joined firm in 2019; Library and Research Services. | 415.00 | 0.70 | 290.50 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 10.40 | 2,860.00 |
| Tamir Shemesh | Project Assistant; joined firm in 2018; Securities Litigation & Enforcement. | 275.00 | 4.00 | 1,100.00 |

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 545.00 | 5.00 | 2,725.00 |
| Saige Wenik | Sr. Project Assistant; joined firm in 2017; Litigation / Controversy. | 325.00 | 3.50 | 1,137.50 |
| **Paraprofessionals Total** | | | **38.80** | **$14,290.50** |
| **TOTAL** | | | **199.10** | **$148,591.00** |
| **Less Agreed Reduction** | | | | **-17,830.92** |
| **Less 50% Non-Working Travel[2]** | | | | **-6,710.00** |
| **GRAND TOTAL** | | | **199.10** | **$124,050.08** |

---

[2]      During the Fee Period, fees for legal services rendered by WilmerHale included non-working travel time in the aggregate amount of $13,420.00. In accordance with the U.S. Trustee's Guidelines, WilmerHale deducted 50% of the respective professionals' hourly rates from this Fee Statement.

## Exhibit C

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| Document Printing | 25.20 |
| Meals-Out of Town | 60.95 |
| Out of Town Lodging | 368.58 |
| Transcript | 900.00 |
| Travel | 1,594.50 |
| **TOTAL** | **$2,949.23** |

## Exhibit D

**Detailed Time Records and Expenses**

# WILMERHALE WH

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ████████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 03/10/20 |
| Invoice No. | 2582301 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through January 31, 2020 in connection with the Post Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 148,591.00 |
| Less 12% Volume Discount | | -17,830.92 |
| Total Disbursements | | 2,949.23 |
| **Total Amount Due** | **$** | **133,709.31** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ████████

Routing Number: ████████

Citibank NA 1101 Pennsylvania Avenue NW Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| **B160 - Fee/Employment Applications** | | | |
| 01/02/20 | DaCunha, Alyssa | 1.50 | Revise invoices for bankruptcy court filing |
| 01/08/20 | Pierce, Ally M. | 0.30 | Teleconference with Mr. Shuster re: fee application process |
| 01/09/20 | Pierce, Ally M. | 0.40 | Format draft of supplemental declaration |
| 01/09/20 | Pierce, Ally M. | 0.10 | Revise supplemental declaration per comments from Mr. Shuster |
| 01/09/20 | Pierce, Ally M. | 0.30 | Compose e-mail to Mr. Shuster re: supplemental declaration |
| 01/09/20 | Pierce, Ally M. | 0.50 | Review retention application |
| 01/09/20 | Pierce, Ally M. | 0.40 | Revise supplemental declaration per Mr. Shuster's comments |
| 01/09/20 | Pierce, Ally M. | 0.20 | Respond to Mr. Shuster's comments on supplemental declaration |
| 01/09/20 | Pierce, Ally M. | 1.90 | Draft supplemental declaration re: representation of potential parties in interest |
| 01/09/20 | Pierce, Ally M. | 0.10 | Compose e-mail to Mr. Shuster re: changes to supplemental declaration |
| 01/09/20 | Thompson, Yolande | 0.10 | Review e-mails between Mr. Shuster and Ms. DaCunha re: supplemental declaration |
| 01/09/20 | Thompson, Yolande | 0.10 | Confer with Ms. Pierce re: fee statement |
| 01/09/20 | Thompson, Yolande | 0.10 | Update date in Fee Statement |
| 01/09/20 | Thompson, Yolande | 0.10 | E-mails with Ms. DaCunha re: updating fee statement for filing and status of redacted invoice |
| 01/09/20 | Thompson, Yolande | 0.10 | Update dates in Certificate of Service |
| 01/10/20 | DaCunha, Alyssa | 0.50 | E-mails with Ms. Pierce, Mr. Lannon re: supplemental declaration, fee petition filing |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/10/20 | DaCunha, Alyssa | 0.50 | Revise supplemental bankruptcy court declaration |
| 01/10/20 | Lannon, William E. | 1.90 | Redact materials for filing |
| 01/10/20 | Pierce, Ally M. | 0.20 | Incorporate final edits and circulate final draft of supplemental declaration |
| 01/10/20 | Pierce, Ally M. | 0.30 | Research signature requirements for SDNY bankruptcy filings |
| 01/10/20 | Pierce, Ally M. | 0.40 | Compose e-mail to Ms. DaCunha re: supplemental declaration |
| 01/10/20 | Thompson, Yolande | 0.10 | Prepare redline of fee statement |
| 01/10/20 | Thompson, Yolande | 0.20 | Finalize Certificate of Service for filing |
| 01/10/20 | Thompson, Yolande | 0.60 | Update amounts in Fee Statement |
| 01/10/20 | Thompson, Yolande | 0.20 | Prepare spreadsheet recalculating amounts to be included in fee statement |
| 01/10/20 | Thompson, Yolande | 0.20 | E-file Certificate of Service |
| 01/10/20 | Thompson, Yolande | 0.10 | E-mail filed fee statement to Ms. DaCunha |
| 01/10/20 | Thompson, Yolande | 0.10 | E-mails with Ms. DaCunha re: approval of and authorization to e-file fee statement |
| 01/10/20 | Thompson, Yolande | 0.10 | Confer with Ms. Pierce re: e-filing supplemental declaration |
| 01/10/20 | Thompson, Yolande | 0.20 | E-file fee statement |
| 01/10/20 | Thompson, Yolande | 0.20 | E-file supplemental declaration |
| 01/10/20 | Thompson, Yolande | 0.20 | Finalize Supplemental Declaration in support of retention application for filing |
| 01/10/20 | Thompson, Yolande | 0.40 | Prepare service materials, serve Fee Statement and Supplemental Declaration via e-mail and first class mail |
| 01/10/20 | Thompson, Yolande | 0.20 | Finalize Fee statement and exhibits for filing |
| 01/10/20 | Thompson, Yolande | 0.30 | Review redacted invoice |
| 01/10/20 | Thompson, Yolande | 0.10 | E-mail finalized fee statement to attorneys for approval |
| 01/10/20 | Thompson, Yolande | 0.10 | Update files with Supplemental Declaration |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/10/20 | Thompson, Yolande | 0.10 | E-mails with Ms. DaCunha re: redacted invoice and prepare fee statement for filing |
| 01/10/20 | Thompson, Yolande | 0.10 | Update files with filed fee statement |
| 01/10/20 | Thompson, Yolande | 0.10 | Send courtesy copies of filed Fee Statement, Declaration, and Certificate of Service to Judge Drain via FedEx |
| 01/13/20 | Thompson, Yolande | 0.20 | E-file Corrected First Fee Statement |
| 01/13/20 | Thompson, Yolande | 0.10 | E-mails with Mr. Shuster re: filed fee statement |
| 01/13/20 | Thompson, Yolande | 0.10 | Redact account number from fee statement |
| 01/14/20 | Pierce, Ally M. | 0.60 | Review order establishing procedures for fee statements and applications |
| 01/15/20 | Pierce, Ally M. | 0.10 | Compose e-mail to Mr. Shuster re: filing deadlines |
| 01/16/20 | Pierce, Ally M. | 0.20 | Calendar upcoming deadlines for fee statements and applications |
| 01/16/20 | Thompson, Yolande | 0.10 | Teleconference with Ms. Pierce re response to client's request for unbilled fees and expenses |
| 01/16/20 | Thompson, Yolande | 0.10 | E-mails with Ms. Pierce re: calendar invites for deadlines to file monthly and interim fee applications |
| 01/16/20 | Thompson, Yolande | 0.10 | Review e-mails from Accounting, Ms. DaCunha and Ms. Pierce re: response to client's request for unbilled fees and expenses |
| 01/23/20 | Pierce, Ally M. | 0.20 | Respond to Ms. DaCunha's e-mail re: fee statements |
| 01/23/20 | Pierce, Ally M. | 0.10 | Respond to e-mail from Ms. DaCunha re: billing information sent to Purdue |
| 01/27/20 | Pierce, Ally M. | 0.20 | Reply to e-mail from Ms. DaCunha re: December fee statement |
| 01/27/20 | Pierce, Ally M. | 0.40 | E-mail Ms. DaCunha re: December fee statement and rate increase |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31. 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/27/20 | Pierce. Ally M. | 0.20 | Discuss procedure for upcoming fee statement with Ms. Thompson |
| 01/27/20 | Thompson. Yolande | 0.10 | Teleconference with Ms. Pierce re: process for completing December 2019 Fee Statement |
| 01/27/20 | Thompson. Yolande | 0.10 | Review e-mails from Ms. Pierce and Ms. DaCunha re: timing for finalizing invoice and completing December 2019 Fee Statement |

16.50

**L400 - Congressional Investigation**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | Rockett. Elizabeth W | 0.80 | Complete |
| 01/03/20 | DaCunha, Alyssa | 1.20 | Review |
| 01/03/20 | DaCunha, Alyssa | 0.30 | Multiple communications with |
| 01/03/20 | Rockett. Elizabeth W | 0.60 | Complete |
| 01/06/20 | Rockett. Elizabeth W | 0.80 | Complete |
| 01/07/20 | DaCunha, Alyssa | 0.20 | Confer with |
| 01/07/20 | DaCunha, Alyssa | 0.10 | E-mail to |
| 01/07/20 | DaCunha, Alyssa | 2.50 | Review |
| 01/07/20 | DaCunha, Alyssa | 0.30 | Multiple communications with |
| 01/07/20 | Rockett. Elizabeth W | 0.60 | Complete |
| 01/08/20 | DaCunha, Alyssa | 0.50 | Confer with |
| 01/08/20 | DaCunha, Alyssa | 3.50 | Travel to |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/08/20 | Rockett, Elizabeth W | 0.60 | Complete █████████ |
| 01/09/20 | Brown, Reginald | 6.00 | Participate in ██████████ |
| 01/09/20 | Brown, Reginald | 4.30 | Travel to ████████ |
| 01/09/20 | DaCunha, Alyssa | 4.00 | Travel ███████ |
| 01/09/20 | DaCunha, Alyssa | 6.00 | Participate in ████ |
| 01/09/20 | DaCunha, Alyssa | 1.80 | Prepare for ███ |
| 01/09/20 | DaCunha, Alyssa | 0.40 | Multiple communications with ██████ |
| 01/09/20 | Rockett, Elizabeth W | 0.60 | Complete █████████ |
| 01/10/20 | DaCunha, Alyssa | 0.80 | Review █████ |
| 01/10/20 | DaCunha, Alyssa | 0.50 | Review ████ |
| 01/10/20 | Lannon, William E. | 1.30 | Review ██████ |
| 01/10/20 | Lannon, William E. | 0.80 | File ██████ |
| 01/10/20 | Rockett, Elizabeth W | 0.60 | Complete █████████ |
| 01/10/20 | Satten-Lopez, Elena M. | 1.60 | Analyze █████ |
| 01/13/20 | Byrnes, John T. | 0.60 | Meet with ██████████ |
| 01/13/20 | Cabrera, Clara | 0.00 | Research ███████ |
| 01/13/20 | DaCunha, Alyssa | 1.60 | Multiple communications with █████ |
| 01/13/20 | DaCunha, Alyssa | 2.50 | Research ██████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/13/20 | DaCunha, Alyssa | 0.40 | Review |
| 01/13/20 | DaCunha, Alyssa | 0.60 | Confer with |
| 01/13/20 | DaCunha, Alyssa | 0.80 | Research |
| 01/13/20 | Hromada, Patricia | 1.60 | Analyze |
| 01/13/20 | Menz, Sheila E. | 0.30 | Analyze |
| 01/13/20 | Menz, Sheila E. | 0.50 | Analyze |
| 01/13/20 | Menz, Sheila E. | 0.60 | Team |
| 01/13/20 | Menz, Sheila E. | 0.10 | Revise |
| 01/13/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 01/13/20 | Rockett, Elizabeth W | 0.20 | Confer |
| 01/13/20 | Satten-Lopez, Elena M. | 0.60 | Review |
| 01/13/20 | Satten-Lopez, Elena M. | 0.20 | Confer with |
| 01/13/20 | Satten-Lopez, Elena M. | 0.70 | Confer with |
| 01/13/20 | Satten-Lopez, Elena M. | 0.20 | Research |
| 01/13/20 | Shemesh, Tamir | 0.50 | Prepare |
| 01/14/20 | Byrnes, John T. | 0.20 | Review |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/14/20 | DaCunha, Alyssa | 1.00 | Multiple communications with ▮▮▮▮ |
| 01/14/20 | DaCunha, Alyssa | 1.00 | Participate in ▮▮▮▮ |
| 01/14/20 | DaCunha, Alyssa | 0.70 | Take notes ▮▮▮▮ |
| 01/14/20 | DaCunha, Alyssa | 1.80 | Multiple communications with ▮▮▮▮ |
| 01/14/20 | DaCunha, Alyssa | 0.50 | Revise ▮▮▮▮ |
| 01/14/20 | Hromada, Patricia | 1.30 | Analyze ▮▮▮▮ |
| 01/14/20 | Hromada, Patricia | 0.40 | Revise ▮▮▮▮ |
| 01/14/20 | Lannon, William E. | 0.50 | File ▮▮▮▮ |
| 01/14/20 | Menz, Sheila E. | 0.80 | Analyze ▮▮▮▮ |
| 01/14/20 | Rockett, Elizabeth W | 0.20 | Request ▮▮▮▮ |
| 01/14/20 | Rockett, Elizabeth W | 0.60 | Complete ▮▮▮▮ |
| 01/14/20 | Satten-Lopez, Elena M. | 0.10 | Revise ▮▮▮▮ |
| 01/14/20 | Satten-Lopez, Elena M. | 2.70 | Monitor ▮▮▮▮ |
| 01/14/20 | Satten-Lopez, Elena M. | 4.80 | Draft ▮▮▮▮ |
| 01/14/20 | Satten-Lopez, Elena M. | 0.50 | Review ▮▮▮▮ |
| 01/14/20 | Shemesh, Tamir | 1.00 | Prepare ▮▮▮▮ |
| 01/15/20 | Byrnes, John T. | 0.40 | Review ▮▮▮▮ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/15/20 | Cabrera, Clara | 0.20 | Research |
| 01/15/20 | DaCunha, Alyssa | 0.80 | Multiple communications with |
| 01/15/20 | DaCunha, Alyssa | 0.50 | Multiple communications with |
| 01/15/20 | DaCunha, Alyssa | 1.20 | Review |
| 01/15/20 | DaCunha, Alyssa | 0.60 | Revise |
| 01/15/20 | DaCunha, Alyssa | 0.30 | Multiple communications with |
| 01/15/20 | Lannon, William E. | 0.80 | File |
| 01/15/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 01/15/20 | Satten-Lopez, Elena M. | 2.10 | Research |
| 01/15/20 | Satten-Lopez, Elena M. | 0.10 | Review |
| 01/16/20 | Cabrera, Clara | 0.20 | Research |
| 01/16/20 | DaCunha, Alyssa | 0.30 | Multiple communications with |
| 01/16/20 | DaCunha, Alyssa | 0.60 | Teleconference with |
| 01/16/20 | DaCunha, Alyssa | 0.30 | Teleconference with |
| 01/16/20 | Lannon, William E. | 0.50 | File |
| 01/16/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 01/16/20 | Satten-Lopez, Elena M. | 2.50 | Research |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/16/20 | Satten-Lopez, Elena M. | 0.70 | Perform |
| 01/17/20 | Byrnes, John T. | 0.20 | Revise |
| 01/17/20 | Byrnes, John T. | 1.00 | Teleconference with |
| 01/17/20 | DaCunha, Alyssa | 0.60 | Teleconference with |
| 01/17/20 | DaCunha, Alyssa | 0.80 | Review |
| 01/17/20 | DaCunha, Alyssa | 0.50 | Teleconference with |
| 01/17/20 | DaCunha, Alyssa | 0.30 | Teleconference with |
| 01/17/20 | DaCunha, Alyssa | 0.20 | E-mail to |
| 01/17/20 | DaCunha, Alyssa | 0.20 | Revise |
| 01/17/20 | DaCunha, Alyssa | 0.30 | Teleconference with |
| 01/17/20 | DaCunha, Alyssa | 0.70 | Multiple communications with |
| 01/17/20 | DaCunha, Alyssa | 0.40 | Confer with |
| 01/17/20 | Dolce, Eric Robert | 0.90 | Generate |
| 01/17/20 | Menz, Sheila E. | 0.60 | Revise |
| 01/17/20 | Menz, Sheila E. | 0.70 | Teleconference with |
| 01/17/20 | Menz, Sheila E. | 0.50 | Teleconference with |
| 01/17/20 | Menz, Sheila E. | 0.40 | Strategize with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/17/20 | Menz, Sheila E. | 0.50 | Meet with |
| 01/17/20 | Menz, Sheila E. | 0.30 | Analyze |
| 01/17/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 01/17/20 | Satten-Lopez, Elena M. | 0.70 | Compile |
| 01/17/20 | Satten-Lopez, Elena M. | 1.30 | Draft |
| 01/17/20 | Satten-Lopez, Elena M. | 0.80 | Revise |
| 01/17/20 | Satten-Lopez, Elena M. | 0.30 | Revise |
| 01/17/20 | Satten-Lopez, Elena M. | 1.00 | Confer with |
| 01/17/20 | Satten-Lopez, Elena M. | 0.90 | Confer with |
| 01/18/20 | Byrnes, John T. | 0.20 | Revise |
| 01/18/20 | DaCunha, Alyssa | 0.50 | Multiple communications with |
| 01/18/20 | Menz, Sheila E. | 1.10 | Analyze |
| 01/19/20 | Byrnes, John T. | 0.40 | Revise |
| 01/20/20 | Byrnes, John T. | 0.20 | Teleconference with |
| 01/20/20 | DaCunha, Alyssa | 0.30 | Multiple communications |
| 01/20/20 | DaCunha, Alyssa | 0.30 | Teleconference with |
| 01/20/20 | DaCunha, Alyssa | 0.20 | E-mails re: |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/20/20 | DaCunha, Alyssa | 0.30 | Review |
| 01/20/20 | DaCunha, Alyssa | 1.50 | Revise |
| 01/21/20 | Brown, Reginald | 1.00 | Weekly |
| 01/21/20 | Byrnes, John T. | 0.30 | Confer with |
| 01/21/20 | DaCunha, Alyssa | 0.30 | Meeting with |
| 01/21/20 | DaCunha, Alyssa | 1.00 | Participate in |
| 01/21/20 | DaCunha, Alyssa | 0.30 | Review |
| 01/21/20 | DaCunha, Alyssa | 0.60 | Multiple communications with |
| 01/21/20 | Lannon, William E. | 1.30 | File |
| 01/21/20 | Menz, Sheila E. | 0.30 | Teleconference with |
| 01/21/20 | Murphy, Aaron P. | 0.70 | Research |
| 01/21/20 | Satten-Lopez, Elena M. | 1.70 | Revise |
| 01/21/20 | Satten-Lopez, Elena M. | 0.90 | Review |
| 01/21/20 | Satten-Lopez, Elena M. | 0.30 | Confer with |
| 01/21/20 | Wenik, Saige | 0.80 | Complete |
| 01/22/20 | Byrnes, John T. | 0.20 | Teleconference with |
| 01/22/20 | DaCunha, Alyssa | 0.20 | Teleconference with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/22/20 | DaCunha, Alyssa | 0.20 | Teleconference with |
| 01/22/20 | Menz, Sheila E. | 0.30 | Review |
| 01/22/20 | Satten-Lopez, Elena M. | 0.50 | Review |
| 01/22/20 | Wenik, Saige | 0.70 | Complete |
| 01/23/20 | Byrnes, John T. | 0.30 | Draft |
| 01/23/20 | DaCunha, Alyssa | 0.30 | Teleconference with |
| 01/23/20 | DaCunha, Alyssa | 0.20 | Multiple communications with |
| 01/23/20 | DaCunha, Alyssa | 0.20 | Multiple communications with |
| 01/23/20 | DaCunha, Alyssa | 0.30 | Multiple communications with |
| 01/23/20 | Hromada, Patricia | 0.50 | Analyze |
| 01/23/20 | Menz, Sheila E. | 0.40 | Teleconference with |
| 01/23/20 | Menz, Sheila E. | 0.40 | E-mail correspondence with |
| 01/23/20 | Menz, Sheila E. | 0.20 | Analyze |
| 01/23/20 | Wenik, Saige | 0.60 | Complete |
| 01/24/20 | Byrnes, John T. | 0.30 | Teleconference with |
| 01/24/20 | Byrnes, John T. | 1.00 | Draft |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/24/20 | DaCunha, Alyssa | 0.30 | Multiple communications with ▮▮▮▮▮ |
| 01/24/20 | DaCunha, Alyssa | 0.50 | Revise ▮▮▮▮▮ |
| 01/24/20 | Lannon, William E. | 0.50 | File ▮▮▮▮▮ |
| 01/24/20 | Menz, Sheila E. | 0.30 | Teleconference with ▮▮▮▮▮ |
| 01/24/20 | Wenik, Saige | 0.60 | Complete ▮▮▮▮▮ |
| 01/26/20 | DaCunha, Alyssa | 0.70 | Revise ▮▮▮▮▮ |
| 01/27/20 | DaCunha, Alyssa | 0.60 | Review ▮▮▮▮▮ |
| 01/27/20 | DaCunha, Alyssa | 0.40 | Revise ▮▮▮▮▮ |
| 01/27/20 | DaCunha, Alyssa | 0.50 | Multiple communications with ▮▮▮▮▮ |
| 01/27/20 | Hromada, Patricia | 0.90 | Multiple communications with ▮▮▮▮▮ |
| 01/27/20 | Hromada, Patricia | 1.70 | Analyze and stage ▮▮▮▮▮ |
| 01/27/20 | Satten-Lopez, Elena M. | 0.20 | Review ▮▮▮▮▮ |
| 01/27/20 | Shemesh, Tamir | 1.00 | Revise ▮▮▮▮▮ |
| 01/27/20 | Wenik, Saige | 0.80 | Complete ▮▮▮▮▮ |
| 01/28/20 | Brown, Reginald | 0.70 | Weekly ▮▮▮▮▮ |
| 01/28/20 | DaCunha, Alyssa | 0.80 | Review ▮▮▮▮▮ |
| 01/28/20 | DaCunha, Alyssa | 0.60 | Participate in ▮▮▮▮▮ |
| 01/28/20 | Menz, Sheila E. | 0.10 | Communicate with ▮▮▮▮▮ |
| 01/28/20 | Rockett, Elizabeth W | 0.60 | Complete ▮▮▮▮▮ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|------|-------------|
| 01/29/20 | Chau, Truong | 2.10 | Collect |
| 01/29/20 | DaCunha, Alyssa | 3.50 | Participate |
| 01/29/20 | DaCunha, Alyssa | 1.50 | Multiple communications with |
| 01/29/20 | DaCunha, Alyssa | 3.00 | Travel to |
| 01/29/20 | Hromada, Patricia | 2.20 | Conduct |
| 01/29/20 | Hromada, Patricia | 0.50 | Multiple communications with |
| 01/29/20 | Menz, Sheila E. | 0.50 | Teleconference with |
| 01/29/20 | Menz, Sheila E. | 0.30 | Multiple communications with |
| 01/29/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 01/29/20 | Satten-Lopez, Elena M. | 0.30 | Review |
| 01/29/20 | Satten-Lopez, Elena M. | 0.50 | Confer with |
| 01/29/20 | Satten-Lopez, Elena M. | 0.60 | Revise |
| 01/30/20 | Chau, Truong | 2.50 | Quality control |
| 01/30/20 | DaCunha, Alyssa | 0.50 | Multiple communications with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/30/20 | DaCunha, Alyssa | 3.00 | Travel back |
| 01/30/20 | DaCunha, Alyssa | 0.50 | Multiple communications with |
| 01/30/20 | DaCunha, Alyssa | 3.50 | Participate |
| 01/30/20 | Hromada, Patricia | 1.30 | Multiple communications with |
| 01/30/20 | Hromada, Patricia | 3.40 | Conduct          review of |
| 01/30/20 | Lannon, William E. | 0.50 | File |
| 01/30/20 | Lazarre, Allyson | 0.40 | Copy |
| 01/30/20 | Menz, Sheila E. | 0.10 | Call with |
| 01/30/20 | Menz, Sheila E. | 0.20 | Revise |
| 01/30/20 | Menz, Sheila E. | 0.50 | Analyze |
| 01/30/20 | Menz, Sheila E. | 0.30 | Analyze |
| 01/30/20 | Menz, Sheila E. | 0.20 | Multiple communications with |
| 01/30/20 | Menz, Sheila E. | 0.10 | Analyze |
| 01/30/20 | Menz, Sheila E. | 0.20 | Analyze |
| 01/30/20 | Menz, Sheila E. | 0.40 | Multiple revisions |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 01/30/20 | Menz, Sheila E. | 0.20 | Multiple communications with |
| 01/30/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 01/30/20 | Satten-Lopez, Elena M. | 0.10 | Research |
| 01/30/20 | Satten-Lopez, Elena M. | 0.30 | Review |
| 01/30/20 | Satten-Lopez, Elena M. | 0.10 | Confer with |
| 01/30/20 | Satten-Lopez, Elena M. | 0.40 | Draft |
| 01/30/20 | Satten-Lopez, Elena M. | 0.40 | Revise |
| 01/30/20 | Satten-Lopez, Elena M. | 0.20 | Identify |
| 01/30/20 | Satten-Lopez, Elena M. | 1.30 | Monitor |
| 01/30/20 | Shemesh, Tamir | 0.50 | Prepare |
| 01/30/20 | Stroede, Phoebe | 3.70 | Conduct |
| 01/31/20 | DaCunha, Alyssa | 0.60 | Multiple communications with |
| 01/31/20 | Hromada, Patricia | 2.90 | Conduct |
| 01/31/20 | Hromada, Patricia | 0.90 | Multiple communications with |
| 01/31/20 | Lannon, William E. | 0.80 | File |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/31/20 | Menz, Sheila E. | 0.60 | Analyze ▇▇▇▇ |
| 01/31/20 | Menz, Sheila E. | 1.10 | Finalize ▇▇▇▇ |
| 01/31/20 | Menz, Sheila E. | 0.20 | Revise ▇▇▇▇ |
| 01/31/20 | Rockett, Elizabeth W | 0.60 | Complete ▇▇▇▇ |
| 01/31/20 | Satten-Lopez, Elena M. | 0.40 | Confer ▇▇▇▇ |
| 01/31/20 | Shemesh, Tamir | 1.00 | Prepare ▇▇▇▇ |
| | | **182.60** | |

**Total**          **199.10**

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Cost | Description |
|------|------|-------------|
| 01/14/20 | 5.01 | Taxi, Alyssa DaCunha, 01/09/20, INV: 3922828301142024; Taxi home from DCA Merchant: Uber Technologies, Inc. UBER tip charge |
| 01/14/20 | 20.04 | Taxi, Alyssa DaCunha, 01/09/20, INV: 3922828301142024; Taxi home from DCA Merchant: Uber Technologies, Inc. Merchant:Uber Technologies, Inc. |
| 01/15/20 | 217.70 | Airfare, Alyssa DaCunha, 01/08/2020 to 01/09/2020, INV: 3921015101152105; Airfare from New York, NY to Washington, DC |
| 01/15/20 | 482.40 | Airfare, Alyssa DaCunha, 01/08/2020 to 01/08/2020, INV: 3921015101152105; Airfare from Washington, DC to New York, NY |
| 01/15/20 | 10.00 | Travel Fee, Alyssa DaCunha, 01/08/20, INV: 3921015101152105; Airfare from Washington, DC to New York, NY Ultramar service fee |
| 01/15/20 | 68.35 | Car Service, Alyssa DaCunha, 01/08/20, INV: 3921015101152105; Car service to DCA |
| 01/15/20 | 82.78 | Taxi, Alyssa DaCunha, 01/08/20, INV: 3921015101152105; Taxi from La Guardia |
| 01/15/20 | 33.52 | Airfare, Alyssa DaCunha, 01/09/2020 to 01/09/2020, INV: 3921015101152105; Extra legroom seat purchase |
| 01/15/20 | 25.20 | Airfare, Alyssa DaCunha, 01/09/2020 to 01/09/2020, INV: 3921015101152105; Extra legroom seat purchase |
| 01/16/20 | 102.18 | Car Service, Alyssa DaCunha, 01/09/20, INV: 3929285801161958; Car service to La Guardia |
| 01/30/20 | 10.00 | Travel Fee, Reginald Brown, 01/09/20, INV: 3886907901301944; Jan. 9, 2020. Travel agent fee. TRAVEL AGENCY SERVIC BOSTON MA |
| 01/30/20 | 88.92 | Car Service, Reginald Brown, 01/09/20, INV: 3886907901301944; Jan. 9, 2020. Car Service. SUNNYS EXECUTIVE SED GREAT FALLS VA |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Cost | Description |
|------|------|-------------|
| 01/30/20 | 448.40 | Airfare, Reginald Brown, 01/09/2020 to 01/09/2020, INV: 3886907901301944; Jan. 9, 2020. Airline ticket. |
| | **1,594.50** | |
| | | |
| 01/16/20 | 900.00 | FiscalNote, Inc. dba CQ Roll Call, Voter Voice; Invoice# 388402 (Jan-15,2020); Hearing Transcript -- Alyssa DaCunha |
| | **900.00** | |
| | | |
| 01/17/20 | 2.00 | DOCUMENT COLOR PRINTING - DC - FOR 17-Jan-2020 - 28198 |
| 01/23/20 | 23.20 | DOCUMENT COLOR PRINTING - DC - FOR 23-Jan-2020 - 31133 Color Blowbacks CHARGED ON 17-JAN-2020 - 232 PAGE(S) |
| | **25.20** | |
| | | |
| 01/15/20 | 368.58 | Lodging, Alyssa DaCunha, 01/08/2020 to 01/09/2020, INV: 3921015101152105; Hotel accommodation in NYC |
| | **368.58** | |
| | | |
| 01/15/20 | 31.75 | Breakfast, Alyssa DaCunha, 01/09/20, INV: 3921015101152105; Breakfast in NYC Alyssa DaCunha |
| 01/30/20 | 29.20 | Lunch, Reginald Brown, 01/09/20, INV: 3886907901301944; Jan. 9, 2020. Dinner. 6339123 - TAP AND PO FLUSHING NY Reginald Brown |
| | **60.95** | |

Total Disbursements     $    2,949.23

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 12.00 | 1,550.00 | 18,600.00 |
| DaCunha, Alyssa | 71.30 | 965.00 | 68,804.50 |
| Byrnes, John T. | 5.30 | 940.00 | 4,982.00 |
| Menz, Sheila E. | 13.30 | 815.00 | 10,839.50 |
| Pierce, Ally M. | 7.10 | 595.00 | 4,224.50 |
| Satten-Lopez, Elena M. | 30.00 | 550.00 | 16,500.00 |
| Thompson, Yolande | 5.00 | 545.00 | 2,725.00 |
| Hromada, Patricia | 17.60 | 525.00 | 9,240.00 |
| Cabrera, Clara | 0.40 | 505.00 | 202.00 |
| Chau, Truong | 4.60 | 480.00 | 2,208.00 |
| Murphy, Aaron P. | 0.70 | 415.00 | 290.50 |
| Lannon, William E. | 8.90 | 385.00 | 3,426.50 |
| Wenik, Saige | 3.50 | 325.00 | 1,137.50 |
| Dolce, Eric Robert | 0.90 | 310.00 | 279.00 |
| Stroede, Phoebe | 3.70 | 300.00 | 1,110.00 |
| Shemesh, Tamir | 4.00 | 275.00 | 1,100.00 |
| Rockett, Elizabeth W | 10.40 | 275.00 | 2,860.00 |
| Lazarre, Allyson | 0.40 | 155.00 | 62.00 |
| **Total Legal Services** | **199.10** | | **$148,591.00** |

| Task | Description | Hours | Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 16.50 | 10,093.50 |
| L400 | Congressional Investigation | 182.60 | 138,497.50 |
| **Total Legal Services** | | **199.10** | **$148,591.00** |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31. 2020

## DISBURSEMENTS

| Description | Total |
|---|---:|
| TRAVEL | 1,594.50 |
| TRANSCRIPT | 900.00 |
| OUT OF TOWN LODGING | 368.58 |
| MEALS-OUT OF TOWN | 60.95 |
| DOCUMENT PRINTING COLOR | 25.20 |
| **Total Disbursements** | **$2,949.23** |