

## ADMINISTRATIVE ORDER

Pursuant to the authority vested in me, at the direction of the Honorable Lawrence K. Marks, Chief Administrative Judge, and in further consultation with the Honorable Jerry Gargulio, the following matters shall hereby be adjourned as the trial court shall direct:

*County of Suffolk v. Purdue Pharma L.P.,*
*County of Nassau v. Purdue Pharma L.P.,*
*People of the State of New York v. Purdue Pharma L.P.,*

**Index Nos. 400001/2017, 400008/2017, 4000016/2018**

Deputy Chief Administrative Judge

Dated: March 10, 2020

AO/064/2020

OFFICE OF COURT
ADMINISTRATION

AGENCY BUILDING 4
20TH FLOOR
EMPIRE STATE PLAZA
ALBANY, NEW YORK 12223