UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 19-23649 (RDD)<br>)<br>) (Jointly Administered)<br>)<br>)<br>) |

**NOTICE OF HEARING ON DEFENDANTS'
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that on March 11, 2020, Defendants[2] filed a *Motion for Relief from the Automatic Stay* [Docket No. 909] (the "Lift Stay Motion"), along with an accompanying motion to shorten notice and schedule an expedited hearing on the Lift Stay Motion [Docket No. 910].

**PLEASE TAKE FURTHER NOTICE** that on March 12, 2020, the United States Bankruptcy Court for the Southern District of New York (the "Court") ordered that a hearing (the "Hearing") on the relief requested in the Lift Stay Motion be held in front of the Honorable

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Allergan Finance, LLC, AmerisourceBergen Drug Corporation, Bellco Drug Corp., American Medical Distributors, Inc., Anda, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil- Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Cephalon Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., Actavis Pharma, Inc., Actavis LLC, CVS Pharmacy, Inc., Cardinal Health, Inc., Kinray, LLC, Walmart Inc., McKesson Corp., PSS World Medical, Inc., Walgreen Co., Walgreen Eastern Co., Rite Aid of Maryland, Inc. and Rite Aid of New York, Inc.

2

Robert D. Drain, United States Bankruptcy Judge, on **April 8, 2020, at 10:00 a.m. (prevailing Eastern Time)**, at 300 Quarropas Street, White Plains, New York 10601.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Lift Stay Motion must be filed with the Court on or before **April 1, 2020, at 4:00 a.m. (prevailing Eastern Time)**, unless the Court orders otherwise.

**PLEASE TAKE FURTHER NOTICE** that copies of the Lift Stay Motion may be obtained free of charge by accessing the website of the Debtors' claims and noticing agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/purduepharma/, or at the Court's website at www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank.*]

Date: March 12, 2020

Respectfully Submitted:

/s/ Claudia Springer
Claudia Springer
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, Pennsylvania 19103
(215) 851-8100
CSpringer@ReedSmith.com

/s/ G. Robert Gage, Jr.
G. Robert Gage, Jr.
Gage Spencer & Fleming LLP
410 Park Avenue
New York, New York 10022
Tel: 212-768-4900
Fax: 212-768-3629
grgage@gagespencer.com

Paul E. Asfendis
GIBBONS P.C.
One Pennsylvania Plaza
New York, New York 10119
(212) 613-2000
pasfendis@gibbonslaw.com

*Attorneys for Allergan Finance, LLC*

/s/ Rachel E. Kramer
Rachel E. Kramer
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
(212) 338-3545
rkramer@foley.com

*Attorneys for Defendants AmerisourceBergen Drug Corporation, Bellco Drug Corp., and American Medical Distributors, Inc.*

James W. Matthews
Ana M. Francisco
Katy E. Koski
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000
jmatthews@foley.com
afrancisco@foley.com
kkoski@foley.com

/s/ Martha A. Leibell
Martha A. Leibell
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131
(305) 415-3000
martha.leibell@morganlewis.com

Harvey Bartle IV (pro hac vice forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000
harvey.bartle@morganlewis.com

*Counsel for Defendant Anda, Inc.*

Nancy L. Patterson (pro hac vice forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
(713) 890-5195

/s/ Nathaniel Asher
Nathaniel Asher
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
(212) 326-2000
nasher@omm.com

nancy.patterson@morganlewis.com

Pamela C. Holly
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
(212) 309-6000
pamela.holly@morganlewis.com

*Counsel for Defendants Cephalon Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., Actavis Pharma, Inc., and Actavis LLC*


/s/ Steven M. Pyser
Enu Mainigi
Steven M. Pyser
Ashley W. Hardin
Bradley D. Masters
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
emainigi@wc.com
spyser@wc.com
ahardin@wc.com
bmasters@wc.com

*Attorneys for Defendants Cardinal Health, Inc. and Kinray, LLC*


*/s/ Michael T. Ferruggia*
Michael T. Ferruggia
JONES DAY
250 Vesey Street
New York, NY 10281-1047
(212) 326-3939
Fax: (212) 755-7306
mferruggia@jonesday.com


Christopher Lovrien
Sarah G. Conway
JONES DAY
555 S. Flower St., 50th Floor

*Attorneys for Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*


/s/ Shawn P. Naunton
Shawn P. Naunton
Devon Galloway
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 10th Floor
New York, NY 10022
(212) 704-9600
Fax: (917) 261-5864
snaunton@zuckerman.com
dgalloway@zuckerman.com

William J. Murphy
100 East Pratt Street, Suite 2240
Baltimore, MD 21202
(410) 332-0444
Fax: (410) 659-0436
wmurphy@zuckerman.com

Adam L. Fotiades
Anthony M. Ruiz
Graeme W. Bush
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1800
Fax: (202) 822-8106
afotiades@zuckerman.com
aruiz@zuckerman.com
gbush@zuckerman.com

*Counsel for CVS Pharmacy, Inc.*


*/s/ Paul W. Schmidt*
Paul W. Schmidt
David A. Luttinger, Jr.
Shailee Diwanji Sharma
Alexander Setzepfandt
COVINGTON & BURLING LLP

2

| | |
|---|---|
| Los Angeles, CA 90071<br>(213) 243-2629<br>Fax: (213) 243-2539<br>cjlovrien@jonesday.com<br>sgconway@jonesday.com<br><br>*Counsel for Walmart Inc.* | The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>(212) 841-1000<br>pschmidt@cov.com<br>dluttinger@cov.com<br>ssharma@cov.com<br>asetzepfandt@cov.com |
| /s/ Carolyn Silane<br>Carolyn Silane<br>101 Park Avenue<br>New York, NY 10178<br>(212)-309-6612<br>Fax: (212) 309-6001<br>Carolyn.silane@morganlewis.com | *Attorneys for Defendant McKesson Corp. and PSS World Medical, Inc.*<br><br>/s/ Joseph D. Frank<br>Joseph D. Frank (IL Bar No. 6216085<br>Jeremy C. Kleinman (IL Bar No. 6270080)<br>FRANKGECKER LLP |
| John P. Lavelle, Jr.*<br>Coleen M. Meehan*<br>1701 Market Street<br>Philadelphia, PA 19103<br>(215) 963-4824<br>Fax: (215) 963-5001<br>John.lavelle@morganlewis.com<br>Coleen.meehan@morganlewis.com<br><br>*Counsel for Rite Aid of Maryland, Inc. and Rite Aid of New York, Inc.*<br><br>* counsel who will seek pro hac vice admission | 1327 W. Washington Blvd., Suite 5 G-H<br>Chicago, Illinois 60607<br>Telephone: (312) 276-1400<br>Facsimile:  (312) 276-0035<br>Email: jfrank@fgllp.com<br>Email: jkleinman@fgllp.com<br><br>*Counsel for Defendants Walgreen Co., and Walgreen Eastern Co.* |

3