AKIN GUMP STRAUSS HAUER & FELD LLP
Ira Dizengoff
Arik Preis
Mitchell Hurley
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
apreis@akingump.com
mhurley@akingump.com

*Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

SOPHIA LEVY

1.   I am employed in the County of New York, New York. I am over the age of 18 and not a party to the within action; my business address is: One Bryant Park, New York, New York, 10036.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.       I certify that on February 7, 2020 I caused a true and correct copy of the *Second Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period of November 1, 2019 through November 30, 2019* [Docket No. 812]; *Second Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2019 through November 30, 2019* [Docket No. 813]; *Second Monthly Fee and Expense Statement of Province, Inc., Financial Advisor to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al., for the Period from November 1, 2019 through November 30, 2019* [Docket No. 814] to be served via email on the parties listed on the annexed **Exhibit A.**

New York, New York
Dated: March 12, 2020

                                                          /s/ Sophia Levy
                                                          Sophia Levy

# EXHIBIT A

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Purdue Pharma, L.P. | Attn: Jon Lowne | Jon.Lowne@pharma.com |
| Davis Polk & Wardwell LLP | Attn: Christopher Robertson<br>Dylan Consla | Christopher.Robertson@davispolk.com<br>Dylan.Consla@davispolk.com |
| United States Trustee | Attn: Paul K. Schwartzberg<br>Brian S. Masumoto | Paul.Schwartzberg@usdoj.gov<br>Brian.Masumoto@usdoj.gov |