Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

--------------------------------------------------------- x

**FOURTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE
PERIOD OF JANUARY 1, 2020 THROUGH AND INCLUDING JANUARY 31, 2020**

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Period for Which Compensation is Sought: | January 1, 2020 – January 31, 2020 |
|---|---|
| Total Amount of Fees Incurred: | $87,994.00 |
| Total Fees Requested (80%): | $70,395.20 |
| Total Reimbursement of Expenses Incurred: | $1,170.72 |
| Total Reimbursement of Expenses Requested (100%): | $1,170.72 |
| Total compensation and Reimbursement Requested in this Statement: | $71,565.92 |
| This is Applicant's: | Fourth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Fourth Monthly Fee Statement (the "Fee Statement") for the period of January 1, 2020 through and including January 31, 2020 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $87,994.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $70,395.20.

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,111.75[2]. The Blended hourly rate of all paraprofessionals is $305.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $1,170.72 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors (the "Allocation Fees"). Pursuant to the Fee Assumption Order, Applicant may request Allocation Fees through a separate application at a later date.

<u>**Notice**</u>

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests

---

[2]      The blended hourly billing rate of $1,111.23 is derived by dividing the total fees for attorneys of $87,231.50 by the total hours of 78.5.

[3]      The Blended hourly billing rate of $305.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $762.50 by the total hours of 2.5.

(i) compensation in the amount of $70,395.20 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $87,994.00) and (ii) payment of $1,170.72 for the actual, necessary expenses that Applicant incurred in connection with such services during the Statement Period.

Dated:  March 12, 2020
          New York, New York

OTTERBOURG P.C.

By:    /s/ *Melanie L. Cyganowski*
          Melanie L. Cyganowski, Esq.
          Jennifer S. Feeney, Esq.
          230 Park Avenue
          New York, New York 10169
          Telephone:    (212) 661-9100
          Facsimile:    (212) 682-6104

          Co-*Counsel to the Ad Hoc Committee of*
          *Governmental and Other Contingent*
          *Litigation Claimants*

# **EXHIBIT A**

## **Fees By Project Category**

**SUMMARY OF COMPENSATION BY PROJECT CODE
FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU01 | Asset Analysis and Recovery | 8.9 | $10,866.50 |
| PU03 | Business Operations | 6.8 | $5,671.00 |
| PU04 | Case Administration | 4.6 | $4,683.00 |
| PU05 | Claims Analysis | 4.5 | $5,127.00 |
| PU06 | Employment and Fee Applications | 2.9 | $1,647.50 |
| PU07 | Emergency Financing | 37.0 | $42,656.50 |
| PU09 | Meetings and Communications w/ AHC | 13.3 | $14,234.50 |
| PU10 | Non-Working Travel (billed at 50%) | 1.0 | $850.00 |
| PU11 | Plan and Disclosure Statement | 2.0 | $2,258.00 |
| | **TOTALS:** | **81.0** | **$87,994.00** |

1

# **EXHIBIT B**

## **Professional and Paraprofessional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1315.00 | 44.1 | $57,991.50 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $850.00 | 34.4 | $29,240.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $305.00 | 2.5 | $762.50 |
| | **TOTAL** | | **81.0** | **$87,994.00** |

# EXHIBIT C

**Time Detail**

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

March 2, 2020
BILL NO. 208620

Client/Matter No.:    20186/0002
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL

For Services Rendered Through January 31, 2020:

---

Phase: PU01                                    ASSET ANALYSIS AND RECOVERY

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/07/20 JSF | Examine Documents Revised Protective Order | .30 | 255.00 |
| 01/08/20 JSF | Examine Documents MundiPharma Presentation Materials | .30 | 255.00 |
| 01/08/20 JSF | Examine Documents Revised Protective Order Draft | .20 | 170.00 |
| 01/08/20 MLC | Review/analyze Review and analysis of information presented by DLA in connection with IAC compliance | 1.50 | 1,972.50 |
| 01/09/20 JSF | Examine Documents FTI Presentation for AHC Meeting | .30 | 255.00 |
| 01/15/20 MLC | Conference Out of Office Meeting at Debevoise with counsel for Sackler Family and other parties in interest re description of Sackler Family assets and interests | 3.50 | 4,602.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:    20186/0002                                      March 2, 2020
Page 2                                                       BILL NO. 208620

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/21/20 JSF | Telephone Call(s) Call with FTI re: Due Diligence Update | .70 | 595.00 |
| 01/21/20 MLC | Conference call(s) Conference call with FTI and HL re London conference re Mundipharma | .80 | 1,052.00 |
| 01/21/20 MLC | Analysis of Memorandum Review and analysis of information provided by FTI and HL re Mundipharma | 1.30 | 1,709.50 |
| TOTAL PHASE PU01 | | 8.90 | $10,866.50 |

Phase: PU03                                             BUSINESS OPERATIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/03/20 JSF | Examine Documents Report from FTI on Overview of Potential Business Transactions Proposed by the Debtors | .30 | 255.00 |
| 01/08/20 JKH | Prepare Legal Papers Prepare documents related to Mundipharma meeting | .20 | 61.00 |
| 01/24/20 JSF | Court Appearance - General Attendance at Court Hearing | 4.60 | 3,910.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002
Page 3

March 2, 2020
BILL NO. 208620

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/24/20 JSF | Examine Documents<br>Prepare for Court – Agenda Items and Status | .30 | 255.00 |
| 01/31/20 JSF | Telephone Call(s)<br>Conference Call with Debtors'<br>Professionals, UCC and Financial Advisors<br>re: Auto Injector Development Agreement | 1.40 | 1,190.00 |
| TOTAL PHASE PU03 | | 6.80 | $5,671.00 |

Phase: PU04                                           CASE ADMINISTRATION

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/07/20 MLC | Telephone Call(s)<br>Telcon with S. Tirschwell re: status of<br>pending matters | .50 | 657.50 |
| 01/07/20 JKH | Diary & Docket<br>Review of email and calendar upcoming<br>meetings | .10 | 30.50 |
| 01/09/20 JSF | Examine Documents<br>Subcommittee Assignments | .20 | 170.00 |
| 01/10/20 JSF | Examine Documents<br>Upcoming Meetings and Agenda Topics with<br>Various Constituencies | .20 | 170.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                    March 2, 2020
Page 4                                                         BILL NO. 208620

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/13/20 JSF | Examine Documents<br>Upcoming Meeting Schedule and Agendas | .50 | 425.00 |
| 01/14/20 JKH | Diary & Docket<br>Calendar additional meeting | .10 | 30.50 |
| 01/16/20 MLC | Telephone Call(s)<br>Telcon with R. Ringer re: upcoming matters | .30 | 394.50 |
| 01/23/20 JKH | Review/analyze<br>Review agenda re: omnibus hearing | .20 | 61.00 |
| 01/24/20 JSF | Conference(s) in Office<br>Update with MLC re: Status of Meetings with<br>Debtors and UCC Re: Court Hearing and ERF | .30 | 255.00 |
| 01/24/20 MLC | Analysis of Memorandum<br>Review of memo re court hearing held today | .60 | 789.00 |
| 01/27/20 JKH | Diary & Docket<br>Update calendar re: meetings | .10 | 30.50 |
| 01/28/20 JKH | Diary & Docket<br>Review order re: exclusivity and calendar<br>deadlines | .30 | 91.50 |
| 01/30/20 MLC | Review/analyze<br>Review and analysis of debtor proposed<br>motion to hire company advisor | .80 | 1,052.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:    20186/0002                                              March 2, 2020
Page 5                                                                    BILL NO. 208620

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/31/20 MLC | Correspondence<br>Correspondence re potential mediators | .40 | 526.00 |
| TOTAL PHASE PU04 | | 4.60 | $4,683.00 |

---

Phase: PU05                                                              CLAIMS ANALYSIS

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/09/20 JSF | Examine Documents<br>Bar Date Materials and POC Form | .30 | 255.00 |
| 01/16/20 MLC | Correspondence<br>Correspondence with P. Singer re: Bar date order status | .30 | 394.50 |
| 01/22/20 JSF | Examine Documents<br>Statement re: Bar Date Motion | .30 | 255.00 |
| 01/22/20 JSF | Examine Documents<br>Bar Date Motion and Revisions | .30 | 255.00 |
| 01/22/20 MLC | Draft/revise<br>Reviewed and revised draft of statement to AHC concerning pending motion for bar date and proposed changes by debtors in response to AHC concerns | .80 | 1,052.00 |

## OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 2, 2020
Page 6                                                         BILL NO. 208620

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/22/20 MLC | Analysis of Memorandum<br>Review and analysis of black line changes made with respect to bar date order | .70 | 920.50 |
| 01/23/20 JSF | Examine Documents<br>Debtors' Revised Bar Date Documents and Form POCs for Filing | .60 | 510.00 |
| 01/23/20 MLC | Telephone Call(s)<br>Telcon with Andrew Troop and Arik Preis re proof of claim process | .20 | 263.00 |
| 01/30/20 JSF | Review Involuntary Petition<br>Updated Bar Date Order and Claims | .20 | 170.00 |
| 01/31/20 MLC | Review/analyze<br>Review of proposed bar date order | .80 | 1,052.00 |
| TOTAL PHASE PU05 | | 4.50 | $5,127.00 |

Phase: PU06                                    EMPLOYMENT & FEE APPLICATIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/03/20 JSF | Examine Documents<br>November Monthly Statement to Send to Committee | .30 | 255.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 2, 2020
Page 7                                                         BILL NO. 208620

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/03/20 JKH | Prepare Legal Papers<br>Prepare second monthly statement | .40 | 122.00 |
| 01/10/20 JSF | Examine Documents<br>Monthly Fee Statement | .70 | 595.00 |
| 01/10/20 JKH | Fee/Employment Applications<br>Prepare final version for filing of Second Monthly Statement | .20 | 61.00 |
| 01/11/20 JSF | Examine Documents<br>Time Detail for December Monthly Statement | .40 | 340.00 |
| 01/16/20 JKH | Prepare Legal Papers<br>Preparing third monthly statement | .70 | 213.50 |
| 01/16/20 JKH | Prepare Legal Papers<br>Preparing final draft of third monthly fee statement | .20 | 61.00 |

TOTAL PHASE PU06                                        2.90        $1,647.50

Phase: PU07                                            EMERGENCY FINANCING

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 2, 2020
Page 8                                                         BILL NO. 208620

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/05/20 MLC | Analysis of Memorandum Review of revisions to draft ERF proposal by consenting states | 1.10 | 1,446.50 |
| 01/06/20 MLC | Conference call(s) Correspondence with states reps re: ERF proposal | .80 | 1,052.00 |
| 01/07/20 JSF | Telephone Call(s) Call with States' Representatives re: ERF Proposal | 1.20 | 1,020.00 |
| 01/07/20 JSF | Examine Documents Revised ERF Proposal from Municipalities | .40 | 340.00 |
| 01/07/20 MLC | Correspondence Correspondence re: ERF and latest draft proposals | .20 | 263.00 |
| 01/07/20 MLC | Review/analyze Review and analysis of recent changes to ERF draft | .80 | 1,052.00 |
| 01/07/20 MLC | Conference call(s) Correspondence with consenting states re: ERF | 1.10 | 1,446.50 |
| 01/08/20 JSF | Telephone Call(s) Call with Andrew Troop re: ERF Proposal | .40 | 340.00 |

## OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                            March 2, 2020
Page 9                                                                BILL NO. 208620

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/08/20 JSF | Examine Documents Current Draft of ERF and Status of Sharing with Municipalities | .40 | 340.00 |
| 01/08/20 MLC | Correspondence Follow-up correspondence re redraft of ERF and next steps | .50 | 657.50 |
| 01/08/20 MLC | Conference call(s) Conference call with A. Troop and R. Ringer re ERF and Protective Order | .50 | 657.50 |
| 01/09/20 JSF | Examine Documents Status Update on ERF Proposal from Anne Infinger | .10 | 85.00 |
| 01/09/20 MLC | Correspondence Correspondence re: revisions to ERF draft | .60 | 789.00 |
| 01/10/20 MLC | Correspondence Correspondence with states re: status of various pending matters, including ERF and claims process | .60 | 789.00 |
| 01/13/20 JSF | Examine Documents Current ERF Proposal | .40 | 340.00 |
| 01/13/20 JSF | Correspondence Anne Infinger and Christine Hom E-Mails re: Status of ERF Presentation | .20 | 170.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 2, 2020
Page 10                                                        BILL NO. 208620

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/13/20<br>MLC | Correspondence<br>Correspondence with Georgia AG counsel re status of changes to ERF proposal | .30 | 394.50 |
| 01/13/20<br>MLC | Analysis of Memorandum<br>Reviewed changes to ERF proposal by consenting states | 1.10 | 1,446.50 |
| 01/14/20<br>JSF | Examine Documents<br>Current Draft ERF Proposal | .30 | 255.00 |
| 01/14/20<br>JSF | Conference(s) in Office<br>Meeting with Certain States re: ERF Proposal and Upcoming Meetings, etc. | 3.00 | 2,550.00 |
| 01/14/20<br>JSF | Conference(s) in Office<br>Gill Geldreich re: ERF and Othe State Issues | .30 | 255.00 |
| 01/14/20<br>MLC | Conference(s) in Office<br>Meeting with working group of states to finalize changes to ERF proposal with local governments | 4.20 | 5,523.00 |
| 01/15/20<br>JSF | Examine Documents<br>Revised ERF Proposal | .30 | 255.00 |
| 01/15/20<br>MLC | Conference(s) in Office<br>Conference at Otterbourg with consenting states subcommittee re ERF proposed changes and related matters | 5.20 | 6,838.00 |

## OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 2, 2020
Page 11                                                        BILL NO. 208620

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/16/20 MLC | Correspondence<br>Correspondence re: ERF and status of drafts with non-consenting states and AHC | .30 | 394.50 |
| 01/21/20 JSF | Telephone Call(s)<br>Call with States and Municipalities re: ERF Proposal | 1.10 | 935.00 |
| 01/21/20 JSF | Examine Documents<br>Revised ERF Proposal | .40 | 340.00 |
| 01/21/20 MLC | Analysis of Memorandum<br>Review of proposed changes by non-State Group to ERF proposal | .70 | 920.50 |
| 01/21/20 MLC | Conference call(s)<br>Conference call with non-states and states on AHC re proposed changes to ERF by non-states | 1.10 | 1,446.50 |
| 01/22/20 JSF | Examine Documents<br>AHC ERF Proposal and Debtor/UCC Proposal | .70 | 595.00 |
| 01/22/20 MLC | Conference call(s)<br>Conference call with AHC counsel and debtors' counsel re status of ERF and next steps | .40 | 526.00 |
| 01/22/20 MLC | Telephone Call(s)<br>Telcon with David Molton re ERF and status with non-consenting states | .20 | 263.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 2, 2020
Page 12                                                        BILL NO. 208620

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/23/20 JSF | Examine Documents ERF Proposals by AHC and UCC and Analysis of Issues Related Thereto and Differences | 1.30 | 1,105.00 |
| 01/23/20 JSF | Telephone Call(s) Call with AHC Professionals re: ERF Proposals | .30 | 255.00 |
| 01/24/20 JSF | Examine Documents Notes re: Benefits of AHC ERF Proposal | .40 | 340.00 |
| 01/26/20 JSF | Examine Documents Outline of Issues re: ERF for Debtors' Consideration | .30 | 255.00 |
| 01/26/20 MLC | Draft/revise Reviewed and revised draft of email to Committee/Debtor re joint ERF proposal | 1.30 | 1,709.50 |
| 01/27/20 JSF | Telephone Call(s) Call with AHC Professionals re: ERF | .30 | 255.00 |
| 01/27/20 JSF | Examine Documents Updated Bullet Points to Debtors re: Advantages of AHC ERF | .30 | 255.00 |
| 01/27/20 MLC | Conference call(s) Conference call with John Guard and other reps re recent discussions with non-consenting States | .60 | 789.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:    20186/0002                                          March 2, 2020
Page 13                                                               BILL NO. 208620

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/27/20<br>MLC | Correspondence<br>Reviewed and revised email to subcommittee<br>members re ERF proposal | .80 | 1,052.00 |
| 01/28/20<br>JSF | Telephone Call(s)<br>Conference Call with Working Group of<br>States re: ERF | .80 | 680.00 |
| 01/29/20<br>MLC | Telephone Call(s)<br>Telcon with Molton re next steps for ERF<br>reconciliation | .60 | 789.00 |
| 01/30/20<br>MLC | Telephone Call(s)<br>Telcon with Eckstein re ERF and related<br>issues | 1.10 | 1,446.50 |

TOTAL PHASE PU07                                                37.00        $42,656.50

Phase: PU09                                  MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/03/20<br>JSF | Examine Documents<br>Update on Open Items with Debtors and<br>Issues to Address with AHC | .50 | 425.00 |
| 01/06/20<br>JSF | Telephone Call(s)<br>Ad Hoc Committee Professionals Catch-Up<br>Call | 1.00 | 850.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                    March 2, 2020
Page 14                                                        BILL NO. 208620

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/06/20 JSF | Examine Documents<br>Updates on Meetings and Bar Date to AHC | .40 | 340.00 |
| 01/06/20 MLC | Conference call(s)<br>Conference call with AHC counsel re:<br>division of tasks and next steps | 1.10 | 1,446.50 |
| 01/09/20 JSF | Telephone Call(s)<br>Agenda for AHC Meeting and Updates | .30 | 255.00 |
| 01/09/20 JSF | Telephone Call(s)<br>AHC Meeting | 1.50 | 1,275.00 |
| 01/09/20 MLC | Telephone Call(s)<br>AHC meeting (MLC Portion) | .80 | 1,052.00 |
| 01/10/20 JSF | Telephone Call(s)<br>Call with Certain Consenting and<br>Non-Consenting States re: Liability<br>Presentations to Debtors | .50 | 425.00 |
| 01/13/20 JSF | Telephone Call(s)<br>Call with Ken Eckstein and Rachael Ringer<br>re: Updates, ERF and Upcoming Meeting with<br>States and Other Groups | .70 | 595.00 |
| 01/13/20 MLC | Conference call(s)<br>Conference call with Kramer Levin in<br>preparation for meetings with Sacklers and<br>States | .70 | 920.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:    20186/0002                                    March 2, 2020
Page 15                                                         BILL NO. 208620

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/17/20 MLC | Conference call(s) Conference call re: RSA with AHC sub committee | .80 | 1,052.00 |
| 01/22/20 JSF | Telephone Call(s) Weekly Update Call with AHC | 1.30 | 1,105.00 |
| 01/22/20 JSF | Examine Documents Updates to AHC Committee | .30 | 255.00 |
| 01/23/20 JSF | Examine Documents Updates/Communications to AHC | .30 | 255.00 |
| 01/27/20 JSF | Examine Documents E-Mail to AHC re: February 3rd Agenda, Update from Court, ERF and Upcoming Meetings | .20 | 170.00 |
| 01/27/20 MLC | Draft/revise Reviewed and revised substantive email to AHC members prepared by KL | .70 | 920.50 |
| 01/29/20 MLC | Review/analyze Review of draft correspondence outlining outstanding issues for AHC members | .80 | 1,052.00 |
| 01/29/20 MLC | Conference call(s) Conference call meeting with AHC Re: Updates | 1.10 | 1,446.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 2, 2020
Page 16                                                        BILL NO. 208620

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/31/20 MLC | Correspondence Follow-up re various meetings and calls with AHC subcommittees | .30 | 394.50 |

TOTAL PHASE PU09                                13.30        $14,234.50

---

Phase: PU10                                          NON-WORKING TRAVEL

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/24/20 JSF | Court Appearance - General Non-Working Travel to and From Court (Billed at Half) | 1.00 | 850.00 |

TOTAL PHASE PU10                                 1.00          $850.00

---

Phase: PU11                                 PLAN & DISCLOSURE STATEMENT

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/03/20 JSF | Examine Documents Review Outline and Overview of Open RSA Issues | .80 | 680.00 |
| 01/03/20 MLC | Analysis of Memorandum Review and analysis of correspondence from KL concerning proposed revisions to RSA | 1.20 | 1,578.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 2, 2020
Page 17                                                        BILL NO. 208620


TOTAL PHASE PU11                              2.00              $2,258.00


                                    TOTAL FOR SERVICES          $87,994.00

# EXHIBIT D

**Summary of Actual and Necessary Expenses**

6045696.1

## SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE STATEMENT PERIOD

| Expense Category | Total Expenses |
|---|---|
| Conference Call(s) | $849.87 |
| Food Service – Conference | $244.95 |
| Laser Copies ($.10 per page) | $49.90 |
| Photocopies | .50 |
| Transportation | $25.50 |
| **TOTAL:** | **$1170.72** |

## <u>EXHIBIT E</u>

**Expense Detail**

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                          March 2, 2020
Page 18                                             BILL NO. 208620

DISBURSEMENTS FOR YOUR ACCOUNT

    Laser Copies                                          49.90

    Conference Call(s)                                   849.87

    Transportation                                        25.50

    Food Service - Conference                            244.95

    Photocopies                                             .50

                            TOTAL DISBURSEMENTS            1,170.72