**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF SECOND MONTHLY FEE STATEMENT OF
JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | December 1, 2019 through December 31, 2019 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $7,323.23 |

This is a(n):   monthly  x    interim  __    final application  __

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**SECOND MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
December 1, 2019 through December 31, 2019

### Jefferies LLC
### Summary of Hours by Category

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 0.5 |
| 2 | Sale Process | 10.0 |
| 3 | Creditor Communication | 76.5 |
| 4 | Debtor Communication | - |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence | 239.5 |
| 10 | Business Plan | - |
| 11 | Case Strategy | 27.5 |
| **Total** | | **354.0** |

### Jefferies LLC
### Summary of Hours by Professional

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-head/Managing Director, Debt Advisory & Restructuring | 45.5 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 18.0 |
| Jaspinder Kanwal | Vice President, Debt Advisory & Restructuring | 21.0 |
| Patrick Topper | Vice President, Debt Advisory & Restructuring | 69.5 |
| Kevin Chen | Analyst, Debt Advisory & Restructuring | 75.5 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 41.0 |
| Dung Nguyen | Managing Director, Global Healthcare Investment Banking | 14.0 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 21.0 |
| William Maselli | Associate, Global Healthcare Investment Banking | 14.5 |
| Connor Hattersley | Analyst, Global Healthcare Investment Banking | 34.0 |
| **Total** | | **354.0** |

**SECOND MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**December 1, 2019 through December 31, 2019**

| **Category** | **December 2019** |
|---|---:|
| Meals | $45.38 |
| Transportation | 286.58 |
| Travel | - |
| Presentation Services | 1,629.00 |
| Printing Services | 1,402.27 |
| Legal | 3,960.00 |
| General | - |
| **Total Expenses** | **$7,323.23** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**SECOND MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from December 1, 2019 through December 31, 2019 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $7,323.23. In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2.     On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.     On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4.     On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2] A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5.     On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Retention Application.

Jefferies in accordance with the terms and conditions of the Engagement Letter as modified by the Retention Order.

6. On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7. By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00; representing the Monthly Fee for the period from December 1, 2019 through December 31, 2019; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $7,323.23.

3

8. All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as Exhibit A.

9. The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

**Actual and Necessary Expenses**

10. Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order. As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $7,323.23, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from December 1, 2019 through December 31, 2019; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $7,323.23.

Dated:  March 13, 2020           Respectfully submitted,
        New York, New York

                                 */s/ Leon Szlezinger*
                                 Leon Szlezinger
                                 Managing Director and Joint Global Head of
                                 Debt Advisory & Restructuring
                                 JEFFERIES LLC

## Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | **December 1, 2019 - December 31, 2019 Hours for Case Administration / General** | | **0.5** | |
| 12/14/19 | Kevin Chen | Prepare Payment / Wire Instructions for Purdue Pharma | 0.5 | 1 |
| | **December 1, 2019 - December 31, 2019 Hours for Sale Process** | | **10.0** | |
| 12/10/19 | Leon Szlezinger | Call with IAC financial advisor re: IAC Sale Process and IAC financial advisor mandate | 0.5 | 2 |
| 12/10/19 | Leon Szlezinger | Review Notes from Call with IAC financial advisor re: IAC Sale Process and IAC financial advisor mandate | 1.0 | 2 |
| 12/10/19 | Robert White | Call with IAC financial advisor re: IAC Sale Process and IAC financial advisor mandate | 0.5 | 2 |
| 12/10/19 | Jaspinder Kanwal | Call with IAC financial advisor re: IAC Sale Process and IAC financial advisor mandate | 0.5 | 2 |
| 12/10/19 | Jaspinder Kanwal | Review Notes from Call with IAC financial advisor re: IAC Sale Process and IAC financial advisor mandate | 0.5 | 2 |
| 12/10/19 | Patrick Topper | Call with IAC financial advisor re: IAC Sale Process and IAC financial advisor mandate | 0.5 | 2 |
| 12/10/19 | Kevin Chen | Call with IAC financial advisor re: IAC Sale Process and IAC financial advisor mandate | 0.5 | 2 |
| 12/10/19 | Kevin Sheridan | Call with IAC financial advisor re: IAC Sale Process and IAC financial advisor mandate | 0.5 | 2 |
| 12/10/19 | Kevin Sheridan | Review notes from IAC financial advisor call | 1.0 | 2 |
| 12/10/19 | Kevin Sheridan | Review IAC financial advisor mandate and research on IAC financial advisor's Healthcare team | 1.0 | 2 |
| 12/10/19 | Dung Nguyen | Call with IAC financial advisor re: IAC Sale Process and IAC financial advisor mandate | 0.5 | 2 |
| 12/10/19 | James Wiltshire | Call with IAC financial advisor re: IAC Sale Process and IAC financial advisor mandate | 0.5 | 2 |
| 12/10/19 | William Maselli | Call with IAC financial advisor re: IAC Sale Process and IAC financial advisor mandate | 0.5 | 2 |
| 12/10/19 | William Maselli | Research re: IAC financial advisor Healthcare team | 1.0 | 2 |
| 12/10/19 | Connor Hattersley | Call with IAC financial advisor re: IAC Sale Process and IAC financial advisor mandate | 0.5 | 2 |
| 12/10/19 | Kevin Chen | Prepare and Organize Notes from Call with IAC financial advisor re: IAC Sale Process and IAC financial advisor mandate | 0.5 | 2 |
| | **December 1, 2019 - December 31, 2019 Hours for Creditor Communication** | | **76.5** | |
| 12/02/19 | Leon Szlezinger | UCC Weekly Update Call | 1.0 | 3 |
| 12/02/19 | Leon Szlezinger | Review and Edit Draft Outline of IAC presentation to UCC | 1.5 | 3 |
| 12/02/19 | Robert White | UCC Weekly Update Call | 1.0 | 3 |
| 12/02/19 | Jaspinder Kanwal | UCC Weekly Update Call | 1.0 | 3 |
| 12/02/19 | Patrick Topper | Review agenda for weekly UCC call | 0.5 | 3 |
| 12/02/19 | Patrick Topper | UCC Weekly Update Call | 1.0 | 3 |
| 12/02/19 | Patrick Topper | Review DLA Piper Call Notes | 0.5 | 3 |
| 12/02/19 | Kevin Chen | Internal Discussion re: IAC / PHI Presentation to UCC | 0.5 | 3 |
| 12/02/19 | Kevin Chen | UCC Weekly Update Call | 1.0 | 3 |
| 12/02/19 | Kevin Chen | Review Draft Outline of IAC Presentation to UCC | 0.5 | 3 |
| 12/02/19 | Kevin Sheridan | Prepare for UCC Weekly Update Call | 0.5 | 3 |
| 12/02/19 | Kevin Sheridan | UCC Weekly Update Call | 1.0 | 3 |
| 12/02/19 | Dung Nguyen | UCC Weekly Update Call | 1.0 | 3 |
| 12/02/19 | James Wiltshire | UCC Weekly Update Call | 1.0 | 3 |
| 12/02/19 | William Maselli | UCC Weekly Update Call | 1.0 | 3 |
| 12/02/19 | Connor Hattersley | UCC Weekly Update Call | 1.0 | 3 |
| 12/04/19 | Jaspinder Kanwal | Review Draft Outline of IAC Presentation to UCC | 0.5 | 3 |
| 12/05/19 | Leon Szlezinger | Prepare for UCC Weekly Update Call | 0.5 | 3 |
| 12/05/19 | Leon Szlezinger | UCC Weekly Update Call | 1.0 | 3 |
| 12/05/19 | Robert White | UCC Weekly Update Call | 1.0 | 3 |
| 12/05/19 | Jaspinder Kanwal | UCC Weekly Update Call | 1.0 | 3 |
| 12/05/19 | Patrick Topper | UCC Weekly Update Call | 1.0 | 3 |
| 12/05/19 | Kevin Chen | UCC Weekly Update Call | 1.0 | 3 |
| 12/05/19 | Kevin Sheridan | UCC Weekly Update Call | 1.0 | 3 |
| 12/05/19 | Dung Nguyen | UCC Weekly Update Call | 1.0 | 3 |
| 12/05/19 | James Wiltshire | UCC Weekly Update Call | 1.0 | 3 |
| 12/05/19 | William Maselli | UCC Weekly Update Call | 1.0 | 3 |
| 12/05/19 | Connor Hattersley | UCC Weekly Update Call | 1.0 | 3 |
| 12/09/19 | Kevin Chen | Review Province Draft Outline of PHI Presentation to UCC | 1.0 | 3 |
| 12/11/19 | Leon Szlezinger | Review and Edit Draft Outline of PHI Presentation to UCC | 1.0 | 3 |
| 12/11/19 | Kevin Chen | Prepare Materials for IAC Presentation to UCC | 1.0 | 3 |
| 12/12/19 | Leon Szlezinger | Prepare for UCC Weekly Update Call | 0.5 | 3 |
| 12/12/19 | Leon Szlezinger | UCC Weekly Update Call | 1.0 | 3 |
| 12/12/19 | Robert White | UCC Weekly Update Call | 1.0 | 3 |
| 12/12/19 | Jaspinder Kanwal | UCC Weekly Update Call | 1.0 | 3 |
| 12/12/19 | Patrick Topper | Review agenda for weekly UCC call | 0.5 | 3 |
| 12/12/19 | Patrick Topper | UCC Weekly Update Call | 1.0 | 3 |
| 12/12/19 | Patrick Topper | Review PPLP business plan | 2.0 | 3 |
| 12/12/19 | Kevin Chen | UCC Weekly Update Call | 1.0 | 3 |
| 12/12/19 | Kevin Sheridan | Prepare for UCC Weekly Update Call | 0.5 | 3 |
| 12/12/19 | Kevin Sheridan | UCC Weekly Update Call | 1.0 | 3 |
| 12/12/19 | Dung Nguyen | UCC Weekly Update Call | 1.0 | 3 |
| 12/12/19 | James Wiltshire | UCC Weekly Update Call | 1.0 | 3 |
| 12/12/19 | William Maselli | UCC Weekly Update Call | 1.0 | 3 |
| 12/12/19 | Connor Hattersley | UCC Weekly Update Call | 1.0 | 3 |
| 12/15/19 | Robert White | Review Province Draft Outline of PHI Presentation to UCC | 1.5 | 3 |
| 12/15/19 | James Wiltshire | Review Outline of PHI presentation to committee | 1.0 | 3 |
| 12/16/19 | Kevin Chen | Prepare Outline for PHI Presentation to Committee | 0.5 | 3 |
| 12/17/19 | Leon Szlezinger | Review and Edit Draft Outline of PHI Presentation to UCC | 0.5 | 3 |
| 12/17/19 | Connor Hattersley | Prepare Outline for PHI Presentation to UCC | 1.0 | 3 |
| 12/18/19 | Leon Szlezinger | UCC Weekly Update Call | 1.0 | 3 |
| 12/18/19 | Robert White | UCC Weekly Update Call | 1.0 | 3 |
| 12/18/19 | Jaspinder Kanwal | UCC Weekly Update Call | 1.0 | 3 |
| 12/18/19 | Patrick Topper | Review agenda for weekly UCC call | 0.5 | 3 |
| 12/18/19 | Patrick Topper | UCC Weekly Update Call | 1.0 | 3 |
| 12/18/19 | Kevin Chen | UCC Weekly Update Call | 1.0 | 3 |
| 12/18/19 | Kevin Sheridan | Prepare for UCC Weekly Update Call | 0.5 | 3 |
| 12/18/19 | Kevin Sheridan | UCC Weekly Update Call | 1.0 | 3 |

19-23649-shl    Doc 923    Filed 03/13/20    Entered 03/13/20 18:18:37    Main Document
Pg 11 of 17

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/18/19 | Dung Nguyen | UCC Weekly Update Call | 1.0 | 3 |
| 12/18/19 | William Maselli | UCC Weekly Update Call | 1.0 | 3 |
| 12/18/19 | Connor Hattersley | UCC Weekly Update Call | 1.0 | 3 |
| 12/19/19 | Leon Szlezinger | Review Draft Outlines for IAC and PHI presentations to UCC | 1.5 | 3 |
| 12/19/19 | Kevin Chen | Prepare IAC Presentation to Committee | 2.0 | 3 |
| 12/20/19 | Jaspinder Kanwal | Review Draft IAC Presentation to UCC | 1.5 | 3 |
| 12/21/19 | Kevin Chen | Prepare IAC Presentation to Committee | 1.5 | 3 |
| 12/23/19 | Leon Szlezinger | Prepare for UCC Weekly Update Call | 0.5 | 3 |
| 12/23/19 | Leon Szlezinger | UCC Weekly Update Call | 1.0 | 3 |
| 12/23/19 | Robert White | UCC Weekly Update Call | 1.0 | 3 |
| 12/23/19 | Jaspinder Kanwal | UCC Weekly Update Call | 1.0 | 3 |
| 12/23/19 | Patrick Topper | UCC Weekly Update Call | 1.0 | 3 |
| 12/23/19 | Kevin Chen | UCC Weekly Update Call | 1.0 | 3 |
| 12/23/19 | Kevin Sheridan | Prepare for UCC Weekly Update Call | 0.5 | 3 |
| 12/23/19 | Kevin Sheridan | UCC Weekly Update Call | 1.0 | 3 |
| 12/23/19 | Dung Nguyen | UCC Weekly Update Call | 1.0 | 3 |
| 12/23/19 | James Wiltshire | UCC Weekly Update Call | 1.0 | 3 |
| 12/23/19 | William Maselli | UCC Weekly Update Call | 1.0 | 3 |
| 12/23/19 | Connor Hattersley | UCC Weekly Update Call | 1.0 | 3 |
| 12/30/19 | Leon Szlezinger | Review and Edit Draft IAC Presentation to UCC | 2.0 | 3 |
| 12/30/19 | Kevin Chen | Prepare IAC Presentation to Committee | 1.0 | 3 |
| | **December 1, 2019 - December 31, 2019 Hours for Due Diligence** | | **239.5** | |
| 12/02/19 | Kevin Chen | Review IAC Dataroom | 1.5 | 9 |
| 12/03/19 | Leon Szlezinger | Call with DLA Piper re: IACs | 1.0 | 9 |
| 12/03/19 | Leon Szlezinger | Review notes from Call with DLA Piper re: IACs | 1.0 | 9 |
| 12/03/19 | Leon Szlezinger | Call with Philippe Mazas (CIO) re: IAC Diligence | 2.0 | 9 |
| 12/03/19 | Robert White | Call with DLA Piper re: IACs | 1.0 | 9 |
| 12/03/19 | Jaspinder Kanwal | Call with DLA Piper re: IACs | 1.0 | 9 |
| 12/03/19 | Patrick Topper | Call with DLA Piper re: IACs | 1.0 | 9 |
| 12/03/19 | Patrick Topper | Call with Philippe Mazas (CIO) re: IAC Diligence | 2.0 | 9 |
| 12/03/19 | Kevin Chen | Call with DLA Piper re: IACs | 1.0 | 9 |
| 12/03/19 | Kevin Chen | Review Purdue Pharma Dataroom | 1.0 | 9 |
| 12/03/19 | Kevin Chen | Call with Philippe Mazas (CIO) re: IAC Diligence | 2.0 | 9 |
| 12/03/19 | Kevin Chen | Prepare and Organize Notes from Call with Philippe Mazas (CIO) re: IAC Diligence | 1.0 | 9 |
| 12/03/19 | Kevin Sheridan | Call with DLA Piper re: IACs | 1.0 | 9 |
| 12/03/19 | Kevin Sheridan | Review notes from DLA Piper call | 1.0 | 9 |
| 12/03/19 | Kevin Sheridan | Call with Philippe Mazas (CIO) re: IAC Diligence | 2.0 | 9 |
| 12/03/19 | Dung Nguyen | Call with DLA Piper re: IACs | 1.0 | 9 |
| 12/03/19 | Dung Nguyen | Call with Philippe Mazas (CIO) re: IAC Diligence | 2.0 | 9 |
| 12/03/19 | James Wiltshire | Review notes from DLA Piper call | 1.0 | 9 |
| 12/03/19 | James Wiltshire | Call with Philippe Mazas (CIO) re: IAC Diligence | 2.0 | 9 |
| 12/03/19 | Connor Hattersley | Call with DLA Piper re: IACs | 1.0 | 9 |
| 12/03/19 | Connor Hattersley | Call with Philippe Mazas (CIO) re: IAC Diligence | 2.0 | 9 |
| 12/04/19 | Patrick Topper | Update PPLP diligence tracker | 2.0 | 9 |
| 12/04/19 | Patrick Topper | Review docket | 0.5 | 9 |
| 12/04/19 | Patrick Topper | Prepare IAC presentation | 2.0 | 9 |
| 12/04/19 | Patrick Topper | Review industry reports | 1.0 | 9 |
| 12/04/19 | Kevin Chen | Review Purdue Pharma Dataroom | 1.0 | 9 |
| 12/04/19 | Kevin Chen | Review IAC Dataroom | 0.5 | 9 |
| 12/04/19 | Connor Hattersley | Download documents from Purdue Pharma dataroom | 0.5 | 9 |
| 12/04/19 | Connor Hattersley | Review and update diligence tracker | 1.0 | 9 |
| 12/05/19 | Kevin Chen | Review Purdue Pharma Dataroom | 1.0 | 9 |
| 12/06/19 | Patrick Topper | Review IAC budget materials | 2.0 | 9 |
| 12/06/19 | Patrick Topper | Continue to review IAC budget materials | 1.5 | 9 |
| 12/06/19 | Patrick Topper | Prepare questions re: IAC projections | 2.0 | 9 |
| 12/06/19 | Kevin Chen | Review Purdue October Monthly Report | 0.5 | 9 |
| 12/06/19 | Kevin Chen | Review Purdue Pharma Chapter 11 Docket | 0.5 | 9 |
| 12/06/19 | Kevin Chen | Review China IAC Budget Books re: Opioid Trends in China | 3.5 | 9 |
| 12/06/19 | Connor Hattersley | Research on China Pharmaceutical Industry | 3.0 | 9 |
| 12/06/19 | Connor Hattersley | Research on Opioid trends in China | 2.0 | 9 |
| 12/07/19 | Jaspinder Kanwal | Review Purdue Pharma Dataroom Uploads | 2.0 | 9 |
| 12/07/19 | Kevin Chen | Continue to Review China IAC Budget Books re: Opioid Trends in China | 1.5 | 9 |
| 12/07/19 | Kevin Chen | Prepare Financial Analysis on China IACs | 2.0 | 9 |
| 12/07/19 | Kevin Sheridan | Research on China pharmaceutical industry; related opioid trends | 1.5 | 9 |
| 12/07/19 | James Wiltshire | Prepare research on Opioid trends in China | 2.0 | 9 |
| 12/07/19 | Connor Hattersley | Prepare China IAC financial analysis | 2.0 | 9 |
| 12/07/19 | Connor Hattersley | Continue to prepare China IAC financial analysis | 2.0 | 9 |
| 12/08/19 | Leon Szlezinger | Review China IAC Budget Books | 1.0 | 9 |
| 12/08/19 | Leon Szlezinger | Research re: Pharmaceutical industry in China and Opioid trends | 1.5 | 9 |
| 12/08/19 | Kevin Chen | Continue to Prepare Financial Analysis on China IACs | 3.5 | 9 |
| 12/08/19 | James Wiltshire | Review Financial Analysis on China IACs | 1.0 | 9 |
| 12/08/19 | William Maselli | Review and edit China IAC financial analysis | 1.5 | 9 |
| 12/09/19 | Leon Szlezinger | Call with Neil Trueman (Chief IP Counsel) re: IAC Diligence | 2.0 | 9 |
| 12/09/19 | Robert White | Call with Neil Trueman (Chief IP Counsel) re: IAC Diligence | 2.0 | 9 |
| 12/09/19 | Jaspinder Kanwal | Review Financial Analysis on China IACs | 1.5 | 9 |
| 12/09/19 | Jaspinder Kanwal | Call with Neil Trueman (Chief IP Counsel) re: IAC Diligence | 2.0 | 9 |
| 12/09/19 | Patrick Topper | Prepare questions for IP discussion | 1.5 | 9 |
| 12/09/19 | Patrick Topper | Call with Neil Trueman (Chief IP Counsel) re: IAC Diligence | 2.0 | 9 |
| 12/09/19 | Kevin Chen | Call with Neil Trueman (Chief IP Counsel) re: IAC Diligence | 2.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/09/19 | Kevin Chen | Prepare and Organize Notes from Call with Neil Trueman (Chief IP Counsel) re: IAC Diligence | 1.0 | 9 |
| 12/09/19 | Kevin Chen | Review Purdue Pharma Dataroom | 1.0 | 9 |
| 12/09/19 | Kevin Sheridan | Call with Neil Trueman (Chief IP Counsel) re: IAC Diligence | 2.0 | 9 |
| 12/09/19 | Kevin Sheridan | Review notes from Neil Trueman Call | 1.5 | 9 |
| 12/09/19 | Kevin Sheridan | Review IP presentations from IACs | 1.5 | 9 |
| 12/09/19 | Dung Nguyen | Call with Neil Trueman (Chief IP Counsel) re: IAC Diligence | 2.0 | 9 |
| 12/09/19 | James Wiltshire | Call with Neil Trueman (Chief IP Counsel) re: IAC Diligence | 2.0 | 9 |
| 12/09/19 | William Maselli | Call with Neil Trueman (Chief IP Counsel) re: IAC Diligence | 2.0 | 9 |
| 12/09/19 | Connor Hattersley | Call with Neil Trueman (Chief IP Counsel) re: IAC Diligence | 2.0 | 9 |
| 12/10/19 | Leon Szlezinger | Review China IAC Financial Analysis | 0.5 | 9 |
| 12/10/19 | Leon Szlezinger | Review China IAC financial analysis | 1.0 | 9 |
| 12/10/19 | Patrick Topper | Update IAC diligence tracker | 1.5 | 9 |
| 12/10/19 | Patrick Topper | Prepare IAC presentation | 2.0 | 9 |
| 12/10/19 | Connor Hattersley | Review and update diligence tracker | 1.0 | 9 |
| 12/11/19 | Patrick Topper | Review industry research | 2.0 | 9 |
| 12/11/19 | Patrick Topper | Revise IAC presentation | 1.5 | 9 |
| 12/11/19 | Patrick Topper | Review responses to IAC diligence questions | 2.5 | 9 |
| 12/11/19 | Kevin Chen | Review IAC EU & LAM Budget Books | 0.5 | 9 |
| 12/11/19 | Kevin Sheridan | Review PHI Overview Presentation from Debtors | 1.0 | 9 |
| 12/11/19 | Kevin Sheridan | Review outline for Draft PHI presentation to UCC | 1.0 | 9 |
| 12/12/19 | Kevin Chen | Review Purdue Pharma Dataroom | 0.5 | 9 |
| 12/13/19 | Leon Szlezinger | Review IAC budget books for LAM and Consumer Health divisions | 2.0 | 9 |
| 12/13/19 | Patrick Topper | Call with Province re: IAC EY Report | 0.5 | 9 |
| 12/13/19 | Kevin Chen | Review Purdue Pharma Dataroom | 1.0 | 9 |
| 12/13/19 | Kevin Chen | Review IAC Dataroom | 1.5 | 9 |
| 12/13/19 | Kevin Chen | Call with Province re: IAC EY Report | 0.5 | 9 |
| 12/13/19 | Connor Hattersley | Download documents from Purdue Pharma dataroom | 0.5 | 9 |
| 12/13/19 | Connor Hattersley | Download documents from IAC dataroom | 0.5 | 9 |
| 12/14/19 | Leon Szlezinger | Review IAC budget books for EU region | 2.5 | 9 |
| 12/14/19 | Patrick Topper | Review PHI overview | 1.5 | 9 |
| 12/14/19 | Patrick Topper | Review industry research | 1.0 | 9 |
| 12/14/19 | Patrick Topper | Review docket | 0.5 | 9 |
| 12/14/19 | Patrick Topper | Prepare IAC analysis | 2.0 | 9 |
| 12/14/19 | Kevin Chen | Review Debtor's PHI Overview | 1.0 | 9 |
| 12/15/19 | Patrick Topper | Review PPLP diligence tracker | 1.0 | 9 |
| 12/15/19 | Patrick Topper | Review IAC diligence tracker | 0.5 | 9 |
| 12/15/19 | Patrick Topper | Prepare PHI initiative analysis | 2.5 | 9 |
| 12/15/19 | Kevin Chen | Review IAC LAM and Consumer Health Budget Books | 1.5 | 9 |
| 12/15/19 | Kevin Sheridan | Review IAC budget books | 3.0 | 9 |
| 12/15/19 | Kevin Sheridan | Continue to review IAC budget books | 2.0 | 9 |
| 12/15/19 | Connor Hattersley | Review PHI Overview Presentation | 1.5 | 9 |
| 12/16/19 | Kevin Chen | Reviewed Purdue Pharma Dataroom | 0.5 | 9 |
| 12/17/19 | Patrick Topper | Review docket | 0.5 | 9 |
| 12/17/19 | Patrick Topper | Review data room additions | 1.0 | 9 |
| 12/17/19 | Patrick Topper | Continue to prepare PHI analysis | 1.5 | 9 |
| 12/17/19 | Patrick Topper | Review IAC budget materials | 2.0 | 9 |
| 12/17/19 | Kevin Chen | Review IAC Dataroom | 1.0 | 9 |
| 12/17/19 | Kevin Chen | Reviewed Purdue Pharma Dataroom | 1.0 | 9 |
| 12/18/19 | Patrick Topper | Continue to prepare IAC presentation | 2.0 | 9 |
| 12/18/19 | Patrick Topper | Revise PPLP diligence tracker | 1.0 | 9 |
| 12/18/19 | Patrick Topper | Revise PPLP diligence tracker | 1.5 | 9 |
| 12/18/19 | Kevin Chen | Review Purdue Pharma Dataroom | 1.0 | 9 |
| 12/19/19 | Patrick Topper | Review data room additions | 1.5 | 9 |
| 12/19/19 | Patrick Topper | Review IAC presentation | 1.0 | 9 |
| 12/19/19 | Kevin Chen | Review IAC Dataroom | 1.0 | 9 |
| 12/19/19 | Connor Hattersley | Review and update diligence tracker | 1.0 | 9 |
| 12/20/19 | Leon Szlezinger | Call with Brian Sheehan and James Leighton-Scott (R&D / Medical Affairs) re: IAC Diligence | 1.5 | 9 |
| 12/20/19 | Robert White | Call with Brian Sheehan and James Leighton-Scott (R&D / Medical Affairs) re: IAC Diligence | 1.5 | 9 |
| 12/20/19 | Jaspinder Kanwal | Call with Brian Sheehan and James Leighton-Scott (R&D / Medical Affairs) re: IAC Diligence | 1.5 | 9 |
| 12/20/19 | Patrick Topper | Call with Brian Sheehan and James Leighton-Scott (R&D / Medical Affairs) re: IAC Diligence | 1.5 | 9 |
| 12/20/19 | Kevin Chen | Prepare for Call with Brian Sheehan and James Leighton-Scott (R&D / Medical Affairs) re: IAC Diligence | 0.5 | 9 |
| 12/20/19 | Kevin Chen | Call with Brian Sheehan and James Leighton-Scott (R&D / Medical Affairs) re: IAC Diligence | 1.5 | 9 |
| 12/20/19 | Kevin Chen | Prepared and Organized Notes from Call with Brian Sheehan and James Leighton-Scott (R&D / Medical Affairs) re: IAC Diligence | 1.0 | 9 |
| 12/20/19 | Kevin Chen | Review Original PPLP 2019 Budget Proposal | 0.5 | 9 |
| 12/20/19 | Kevin Sheridan | Call with Brian Sheehan and James Leighton-Scott (R&D / Medical Affairs) re: IAC Diligence | 1.5 | 9 |
| 12/20/19 | Kevin Sheridan | Review notes from R&D / Medical Affairs call | 1.0 | 9 |
| 12/20/19 | Dung Nguyen | Call with Brian Sheehan and James Leighton-Scott (R&D / Medical Affairs) re: IAC Diligence | 1.5 | 9 |
| 12/20/19 | James Wiltshire | Call with Brian Sheehan and James Leighton-Scott (R&D / Medical Affairs) re: IAC Diligence | 1.5 | 9 |
| 12/20/19 | William Maselli | Call with Brian Sheehan and James Leighton-Scott (R&D / Medical Affairs) re: IAC Diligence | 1.5 | 9 |
| 12/20/19 | William Maselli | Organize materials on IAC R&D pipeline | 1.0 | 9 |
| 12/20/19 | Connor Hattersley | Call with Brian Sheehan and James Leighton-Scott (R&D / Medical Affairs) re: IAC Diligence | 1.5 | 9 |
| 12/20/19 | Connor Hattersley | Prepare call notes from call with Brian Sheehan and James Leighton-Scott | 1.0 | 9 |
| 12/21/19 | Robert White | Review IAC diligence call notes | 2.5 | 9 |
| 12/21/19 | Kevin Sheridan | Review IAC pipeline | 2.0 | 9 |
| 12/22/19 | Kevin Chen | Review IAC Dataroom | 0.5 | 9 |
| 12/22/19 | Kevin Chen | Review Purdue Pharma Dataroom | 1.0 | 9 |
| 12/22/19 | Kevin Sheridan | Review Purdue Pharma business plan and R&D pipeline | 1.5 | 9 |
| 12/22/19 | Connor Hattersley | Download documents from IAC dataroom | 0.5 | 9 |
| 12/23/19 | Kevin Chen | Review Purdue Business Plan and Long Term Plan Model | 3.0 | 9 |
| 12/23/19 | Leon Szlezinger | Review EY VDD Report | 2.5 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/23/19 | Robert White | Review EY VDD Report | 2.0 | 9 |
| 12/23/19 | Jaspinder Kanwal | Review EY VDD Report | 3.0 | 9 |
| 12/23/19 | Patrick Topper | Review EY draft report | 2.5 | 9 |
| 12/23/19 | Kevin Chen | Review EY VDD Report | 2.0 | 9 |
| 12/26/19 | Leon Szlezinger | Review EY VDD Report | 2.5 | 9 |
| 12/26/19 | Leon Szlezinger | Review Purdue Pharma Business Plan | 1.5 | 9 |
| 12/26/19 | Kevin Chen | Review IAC Dataroom | 1.0 | 9 |
| 12/26/19 | Kevin Chen | Review Purdue Pharma Dataroom | 1.0 | 9 |
| 12/26/19 | Kevin Chen | Continue to Review EY VDD Report | 1.5 | 9 |
| 12/26/19 | Kevin Sheridan | Review EY VDD Report | 2.5 | 9 |
| 12/26/19 | James Wiltshire | Review EY's VDD report on IACs | 2.0 | 9 |
| 12/27/19 | Kevin Chen | Review Purdue Business Plan and Long Term Plan Model | 1.0 | 9 |
| 12/27/19 | Patrick Topper | Continue to review EY draft report | 2.0 | 9 |
| 12/27/19 | Kevin Chen | Continue to Review EY VDD Report | 1.5 | 9 |
| 12/27/19 | Kevin Chen | Review IAC Dataroom | 0.5 | 9 |
| 12/28/19 | Kevin Chen | Continue to Review Purdue Business Plan and Long Term Plan Model | 1.5 | 9 |
| 12/28/19 | Kevin Chen | Review Purdue Pharma Dataroom | 0.5 | 9 |
| 12/28/19 | Kevin Sheridan | Review IAC pipeline | 1.0 | 9 |
| 12/28/19 | Connor Hattersley | Download documents from Purdue Pharma dataroom | 0.5 | 9 |
| 12/29/19 | Leon Szlezinger | Review IAC diligence call notes | 1.0 | 9 |
| 12/29/19 | Leon Szlezinger | Review Licensing Transaction Deck | 1.5 | 9 |
| 12/29/19 | Leon Szlezinger | Review Licensing Agreement Outline | 1.0 | 9 |
| 12/29/19 | Kevin Chen | Review Licensing Transaction Materials | 1.5 | 9 |
| 12/30/19 | Leon Szlezinger | Review PHI overview materials from Debtors | 1.0 | 9 |
| 12/30/19 | Jaspinder Kanwal | Review Licensing Transaction Materials | 1.0 | 9 |
| 12/30/19 | Kevin Sheridan | Review Notes on Licensing Transaction agreements | 0.5 | 9 |
| 12/30/19 | James Wiltshire | Review Licensing Transaction materials from Debtors | 1.5 | 9 |
| 12/30/19 | William Maselli | Prepare notes on Licensing Transaction | 0.5 | 9 |
| 12/30/19 | Connor Hattersley | Prepare notes on Licensing Transaction | 1.5 | 9 |
| 12/31/19 | Kevin Chen | Review Purdue Pharma Dataroom | 1.0 | 9 |
| 12/31/19 | Kevin Sheridan | Review Licensing Transaction | 1.0 | 9 |
| 12/31/19 | Kevin Sheridan | Review Licensing Agreement | 1.0 | 9 |
| | | **December 1, 2019 - December 31, 2019 Hours for Case Strategy** | **27.5** | |
| 12/02/19 | Leon Szlezinger | Weekly FA Coordination Call | 0.5 | 11 |
| 12/02/19 | Leon Szlezinger | Internal Discussion re: IAC / PHI Presentation to UCC | 0.5 | 11 |
| 12/02/19 | Robert White | Weekly FA Coordination Call | 0.5 | 11 |
| 12/02/19 | Robert White | Internal Discussion re: IAC / PHI Presentation to UCC | 0.5 | 11 |
| 12/02/19 | Patrick Topper | Weekly FA Coordination Call | 0.5 | 11 |
| 12/02/19 | Patrick Topper | Internal Discussion re: IAC / PHI Presentation to UCC | 0.5 | 11 |
| 12/02/19 | Patrick Topper | Prepare outline for IAC discussion materials | 3.0 | 11 |
| 12/02/19 | Kevin Chen | Weekly FA Coordination Call | 0.5 | 11 |
| 12/02/19 | Kevin Sheridan | Weekly FA Coordination Call | 0.5 | 11 |
| 12/02/19 | Dung Nguyen | Weekly FA Coordination Call | 0.5 | 11 |
| 12/02/19 | James Wiltshire | Weekly FA Coordination Call | 0.5 | 11 |
| 12/02/19 | William Maselli | Weekly FA Coordination Call | 0.5 | 11 |
| 12/02/19 | Connor Hattersley | Weekly FA Coordination Call | 0.5 | 11 |
| 12/05/19 | Kevin Chen | Research re: China OxyContin / Opioid Sales | 1.5 | 11 |
| 12/16/19 | Leon Szlezinger | Prepare for Weekly FA Coordination Call | 0.5 | 11 |
| 12/16/19 | Leon Szlezinger | Weekly FA Coordination Call | 0.5 | 11 |
| 12/16/19 | Robert White | Weekly FA Coordination Call | 0.5 | 11 |
| 12/16/19 | Jaspinder Kanwal | Weekly FA Coordination Call | 0.5 | 11 |
| 12/16/19 | Patrick Topper | Weekly FA Coordination Call | 0.5 | 11 |
| 12/16/19 | Kevin Chen | Weekly FA Coordination Call | 0.5 | 11 |
| 12/16/19 | Kevin Sheridan | Weekly FA Coordination Call | 0.5 | 11 |
| 12/16/19 | Dung Nguyen | Weekly FA Coordination Call | 0.5 | 11 |
| 12/16/19 | James Wiltshire | Weekly FA Coordination Call | 0.5 | 11 |
| 12/16/19 | Connor Hattersley | Weekly FA Coordination Call | 0.5 | 11 |
| 12/19/19 | Leon Szlezinger | FA Coordination Call re: Tax and UCC Presentations | 0.5 | 11 |
| 12/19/19 | Robert White | FA Coordination Call re: Tax and UCC Presentations | 0.5 | 11 |
| 12/19/19 | Jaspinder Kanwal | FA Coordination Call re: Tax and UCC Presentations | 0.5 | 11 |
| 12/19/19 | Patrick Topper | FA Coordination Call re: Tax and UCC Presentations | 0.5 | 11 |
| 12/19/19 | Kevin Chen | FA Coordination Call re: Tax and UCC Presentations | 0.5 | 11 |
| 12/19/19 | Kevin Sheridan | FA Coordination Call re: Tax and UCC Presentations | 0.5 | 11 |
| 12/19/19 | Dung Nguyen | FA Coordination Call re: Tax and UCC Presentations | 0.5 | 11 |
| 12/19/19 | James Wiltshire | Review notes from FA Coordination call re: Tax and UCC Presentations | 1.0 | 11 |
| 12/19/19 | William Maselli | FA Coordination Call re: Tax and UCC Presentations | 0.5 | 11 |
| 12/19/19 | Connor Hattersley | FA Coordination Call re: Tax and UCC Presentations | 0.5 | 11 |
| 12/19/19 | Connor Hattersley | Prepare notes from Tax and UCC presentations call | 0.5 | 11 |
| 12/23/19 | Leon Szlezinger | Weekly FA Coordination Call | 0.5 | 11 |
| 12/23/19 | Leon Szlezinger | Review case docket re: engagement of other advisors | 1.0 | 11 |
| 12/23/19 | Patrick Topper | Weekly FA Coordination Call | 0.5 | 11 |
| 12/23/19 | Kevin Chen | Weekly FA Coordination Call | 0.5 | 11 |
| 12/23/19 | Kevin Sheridan | Weekly FA Coordination Call | 0.5 | 11 |
| 12/23/19 | Dung Nguyen | Weekly FA Coordination Call | 0.5 | 11 |
| 12/23/19 | James Wiltshire | Weekly FA Coordination Call | 0.5 | 11 |
| 12/23/19 | William Maselli | Weekly FA Coordination Call | 0.5 | 11 |
| 12/23/19 | Connor Hattersley | Weekly FA Coordination Call | 0.5 | 11 |
| 12/24/19 | Kevin Chen | Review Purdue Pharma Docket re: Other Advisor Engagements | 1.0 | 11 |

## Exhibit B

**Expenses**

| Professional | Amount ($) | Expense Date | Description |
|---|---:|---|---|
| Patrick Topper | 20.00 | 12/02/19 | Meals & Entertainment |
| Patrick Topper | 28.59 | 12/03/19 | Transportation |
| Kevin Chen | 321.16 | 12/03/19 | Printing Services |
| Kevin Chen | 236.36 | 12/03/19 | Printing Services |
| Patrick Topper | 30.01 | 12/04/19 | Transportation |
| Patrick Topper | 24.32 | 12/06/19 | Transportation |
| Kevin Chen | 99.00 | 12/06/19 | Presentation Services |
| Kevin Chen | 258.00 | 12/06/19 | Presentation Services |
| Kevin Chen | 678.00 | 12/06/19 | Presentation Services |
| Patrick Topper | 27.76 | 12/10/19 | Transportation |
| Patrick Topper | 23.13 | 12/11/19 | Transportation |
| Kevin Chen | 594.00 | 12/11/19 | Presentation Services |
| Patrick Topper | 21.48 | 12/12/19 | Transportation |
| Patrick Topper | 13.49 | 12/14/19 | Transportation |
| Patrick Topper | 34.00 | 12/14/19 | Transportation |
| Patrick Topper | 19.62 | 12/15/19 | Transportation |
| Patrick Topper | 15.26 | 12/17/19 | Transportation |
| Patrick Topper | 20.00 | 12/17/19 | Meals & Entertainment |
| Patrick Topper | 19.36 | 12/18/19 | Transportation |
| Patrick Topper | 29.56 | 12/19/19 | Transportation |
| Kevin Chen | 747.50 | 12/21/19 | Printing Services |
| Patrick Topper | 5.38 | 12/23/19 | Meals & Entertainment |
| Kevin Chen | 60.25 | 12/23/19 | Printing Services |
| Kevin Chen | 37.00 | 12/26/19 | Printing Services |
| Baker Botts LLP | 3,960.00 | 12/31/19 | Legal |

**BAKER BOTTS** L.L.P.

Austin        London
Beijing       Moscow
Brussels      New York
Dallas        Palo Alto
Dubai         Riyadh
Hong Kong     San Francisco
**Houston**   Washington

TAX ID 74-1195457

JEFFERIES LLC                          Invoice Number:   1681885
Suite 1000                             Invoice Date:     January 10, 2020
3 Allen Center                         Attorney:         R L Spigel
Houston, TX 77002

Total fees for services and expenses for the matter shown below through December 31, 2019.

**082383.0108**
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/02/19 | R L Spigel | 0.1 | Review interim comp order and email to L. Szlezinger and J. DeSpirito regarding same. |
| 12/06/19 | J R Herz | 2.6 | Review background materials related to first fee statement in Purdue (.2); begin to draft first monthly fee statement (2.2); email R. Spigel re fee statement for Purdue (.2) |
| 12/06/19 | R L Spigel | 0.1 | Email and office conference with J. Herz regarding first monthly fee application. |
| 12/09/19 | J R Herz | 1.4 | Continue to review and revise Purdue monthly fee application (.3); email R. Spigel re compliance with interim comp order (.2); revise fee statement based on R. Spigel's comments (.9) |
| 12/09/19 | R L Spigel | 0.3 | Review and edit monthly fee statement. |
| 12/11/19 | R L Spigel | 0.2 | Notes to monthly fee statement and email to L. Szlezinger and J. DeSpirito and team regarding same. |
| 12/18/19 | R L Spigel | 0.1 | Email with P. Topper regarding first monthly fee application. |

**Matter Hours**         4.80
**Matter Fees**          $3,960.00

# BAKER BOTTS LLP

JEFFERIES LLC  
Purdue Retention

Invoice No:     1681885  
Invoice Date:   January 10, 2020  
Matter:         082383.0108

**2019 Lawyer Summary**

| Timekeeper | HOURS | RATE | TOTAL |
|---|---|---|---|
| Herz, J R | 4.0 | 775.00 | 3,100.00 |
| Spigel, R L | 0.8 | 1,075.00 | 860.00 |
| | **4.8** | | **$3,960.00** |

| | |
|---|---|
| Total Current Fees | $3,960.00 |
| **Total Due This Invoice** | **$3,960.00** |

Page 2