**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF THIRD MONTHLY FEE STATEMENT OF
JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | January 1, 2020 through January 31, 2020 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $36,599.76 |

This is a(n):   monthly  _x_   interim  ___   final application  ___

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**THIRD MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
**January 1, 2020 through January 31, 2020**

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 25.5 |
| 2 | Sale Process | 7.5 |
| 3 | Creditor Communication | 157.0 |
| 4 | Debtor Communication | - |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence | 258.0 |
| 10 | Business Plan | - |
| 11 | Case Strategy | 22.0 |
| **Total** | | **470.0** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-head/Managing Director, Debt Advisory & Restructuring | 76.0 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 22.5 |
| Jaspinder Kanwal | Vice President, Debt Advisory & Restructuring | 65.0 |
| Patrick Topper | Vice President, Debt Advisory & Restructuring | 66.5 |
| Kevin Chen | Analyst, Debt Advisory & Restructuring | 106.0 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 46.0 |
| Dung Nguyen | Managing Director, Global Healthcare Investment Banking | 14.5 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 29.0 |
| William Maselli | Associate, Global Healthcare Investment Banking | 16.0 |
| Connor Hattersley | Analyst, Global Healthcare Investment Banking | 28.5 |
| **Total** | | **470.0** |

**THIRD MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**January 1, 2020 through January 31, 2020**

| Category | January 2020 |
|---|---|
| Meals | $706.77 |
| Transportation | 1,520.61 |
| Travel | 22,063.15 |
| Presentation Services | 588.00 |
| Printing Services | 373.24 |
| Legal | 5,601.75 |
| Hotel & Accommodations | 5,724.29 |
| General | 21.95 |
| **Total Expenses** | **$36,599.76** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured

creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in

possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement")

requesting (a) interim allowance of compensation for professional services rendered on behalf of

the Committee during the period from January 1, 2020 through January 31, 2020 (the

"Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00,

which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and

(c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the

Compensation Period in connection with its services to the Committee in the amount of

$36,599.76.  In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable
jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal
Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034),
Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven
Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P.
(4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove
Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick
Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC
Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford
Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2.     On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.     On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131].  Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4.     On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2]  A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5.     On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order").  Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Retention Application.

2

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6.      On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases.  The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement").  Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline").  At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7.      By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from January 1, 2020 through January 31, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $36,599.76.

3

8.      All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee.  Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order.  Such time records are attached hereto as Exhibit A.

9.      The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters.  Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

### Actual and Necessary Expenses

10.      Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order.  As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $36,599.76, including outside counsel fees as permitted under the Retention Order.

4

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from January 1, 2020 through January 31, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $36,599.76.

Dated:  March 13, 2020                    Respectfully submitted,
        New York, New York

                                          */s/ Leon Szlezinger*
                                          Leon Szlezinger
                                          Managing Director and Joint Global Head of
                                          Debt Advisory & Restructuring
                                          JEFFERIES LLC

## Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | | **January 1, 2020 - January 31, 2020 Hours for Case Administration / General** | **25.5** | |
| 01/07/20 | Leon Szlezinger | Internal Workstream Discussion | 1.0 | 1 |
| 01/07/20 | Robert White | Internal Workstream Discussion | 1.0 | 1 |
| 01/07/20 | Robert White | Review notes from internal workstreams discussion | 0.5 | 1 |
| 01/07/20 | Jaspinder Kanwal | Internal Workstream Discussion | 1.0 | 1 |
| 01/07/20 | Patrick Topper | Internal Workstream Discussion | 1.0 | 1 |
| 01/07/20 | Kevin Chen | Internal Workstream Discussion | 1.0 | 1 |
| 01/07/20 | Kevin Sheridan | Prepare for Internal Workstream Discussion | 0.5 | 1 |
| 01/07/20 | Kevin Sheridan | Internal Workstream Discussion | 1.0 | 1 |
| 01/07/20 | Dung Nguyen | Internal Workstream Discussion | 1.0 | 1 |
| 01/07/20 | James Wiltshire | Internal Workstream Discussion | 1.0 | 1 |
| 01/07/20 | James Wiltshire | Organize notes from internal workstreams discussion | 0.5 | 1 |
| 01/07/20 | William Maselli | Internal Workstream Discussion | 1.0 | 1 |
| 01/07/20 | Connor Hattersley | Internal Workstream Discussion | 1.0 | 1 |
| 01/07/20 | Connor Hattersley | Prepare notes from internal workstreams discussion | 0.5 | 1 |
| 01/15/20 | Kevin Chen | Prepare Jefferies' First Monthly Fee Statement (Doc # 790) | 3.0 | 1 |
| 01/15/20 | Kevin Chen | Continue to prepare Jefferies' First Monthly Fee Statement (Doc # 790) | 3.0 | 1 |
| 01/20/20 | Leon Szlezinger | Review Jefferies' First Monthly Fee Statement (Doc #790) | 0.5 | 1 |
| 01/23/20 | Kevin Chen | Continue to prepare Jefferies' First Monthly Fee Statement (Doc # 790) | 2.0 | 1 |
| 01/27/20 | Leon Szlezinger | Review Jefferies' First Monthly Fee Statement (Doc #790) | 0.5 | 1 |
| 01/27/20 | Kevin Chen | Continue to prepare Jefferies' First Monthly Fee Statement (Doc # 790) | 1.0 | 1 |
| 01/27/20 | Kevin Chen | Continue to prepare Jefferies' First Monthly Fee Statement (Doc # 790) | 2.0 | 1 |
| 01/27/20 | Kevin Chen | Update Jefferies' working group list for distribution to IAC Advisors | 0.5 | 1 |
| 01/29/20 | Kevin Chen | Continue to prepare Jefferies' First Monthly Fee Statement (Doc # 790) | 1.0 | 1 |
| | | **January 1, 2020 - January 31, 2020 Hours for Sale Process** | **7.5** | |
| 01/06/20 | Leon Szlezinger | Tax Call with KPMG re: IAC Tax Diligence Status | 0.5 | 2 |
| 01/06/20 | Leon Szlezinger | Review KPMG tax call notes | 0.5 | 2 |
| 01/06/20 | Leon Szlezinger | Review draft preliminary financial analysis on tax implications of IAC sale | 1.5 | 2 |
| 01/06/20 | Robert White | Tax Call with KPMG re: IAC Tax Diligence Status | 0.5 | 2 |
| 01/06/20 | Robert White | Review notes from tax call with KPMG | 0.5 | 2 |
| 01/06/20 | Patrick Topper | Tax Call with KPMG re: IAC Tax Diligence Status | 0.5 | 2 |
| 01/06/20 | Kevin Chen | Tax Call with KPMG re: IAC Tax Diligence Status | 0.5 | 2 |
| 01/06/20 | Kevin Chen | Prepare and organize notes from Tax Call with KPMG re: IAC Tax Diligence Status | 0.5 | 2 |
| 01/06/20 | Kevin Sheridan | Tax Call with KPMG re: IAC Tax Diligence Status | 0.5 | 2 |
| 01/06/20 | Dung Nguyen | Tax Call with KPMG re: IAC Tax Diligence Status | 0.5 | 2 |
| 01/06/20 | James Wiltshire | Tax Call with KPMG re: IAC Tax Diligence Status | 0.5 | 2 |
| 01/06/20 | William Maselli | Tax Call with KPMG re: IAC Tax Diligence Status | 0.5 | 2 |
| 01/06/20 | Connor Hattersley | Tax Call with KPMG re: IAC Tax Diligence Status | 0.5 | 2 |
| | | **January 1, 2020 - January 31, 2020 Hours for Creditor Communication** | **157.0** | |
| 01/02/20 | Leon Szlezinger | UCC Weekly Update Call | 1.0 | 3 |
| 01/02/20 | Robert White | UCC Weekly Update Call | 1.0 | 3 |
| 01/02/20 | Jaspinder Kanwal | UCC Weekly Update Call | 1.0 | 3 |
| 01/02/20 | Patrick Topper | UCC Weekly Update Call | 1.0 | 3 |
| 01/02/20 | Kevin Chen | UCC Weekly Update Call | 1.0 | 3 |
| 01/02/20 | Kevin Sheridan | Prepare for UCC Weekly Update Call | 0.5 | 3 |
| 01/02/20 | Kevin Sheridan | UCC Weekly Update Call | 1.0 | 3 |
| 01/02/20 | Dung Nguyen | UCC Weekly Update Call | 1.0 | 3 |
| 01/02/20 | James Wiltshire | UCC Weekly Update Call | 1.0 | 3 |
| 01/02/20 | William Maselli | UCC Weekly Update Call | 1.0 | 3 |
| 01/02/20 | Connor Hattersley | UCC Weekly Update Call | 1.0 | 3 |
| 01/05/20 | Kevin Chen | Prepare Materials for IAC Presentation to UCC | 4.0 | 3 |
| 01/05/20 | Kevin Chen | Continue to Prepare Materials for IAC Presentation to UCC | 2.0 | 3 |
| 01/05/20 | Kevin Chen | Continue to Prepare Materials for IAC Presentation to UCC | 4.0 | 3 |
| 01/06/20 | Leon Szlezinger | UCC Weekly Update Call | 1.0 | 3 |
| 01/06/20 | Robert White | UCC Weekly Update Call | 1.0 | 3 |
| 01/06/20 | Jaspinder Kanwal | UCC Weekly Update Call | 1.0 | 3 |
| 01/06/20 | Jaspinder Kanwal | Review Draft IAC Presentation to UCC | 1.5 | 3 |
| 01/06/20 | Patrick Topper | UCC Weekly Update Call | 1.0 | 3 |
| 01/06/20 | Kevin Chen | UCC Weekly Update Call | 1.0 | 3 |
| 01/06/20 | Kevin Chen | Continue to Prepare Materials for IAC Presentation to UCC | 3.0 | 3 |
| 01/06/20 | Kevin Chen | Continue to Prepare Materials for IAC Presentation to UCC | 1.0 | 3 |
| 01/06/20 | Kevin Chen | Continue to Prepare Materials for IAC Presentation to UCC | 4.0 | 3 |
| 01/06/20 | Kevin Sheridan | Prepare for UCC Weekly Update Call | 0.5 | 3 |
| 01/06/20 | Kevin Sheridan | UCC Weekly Update Call | 1.0 | 3 |
| 01/06/20 | Kevin Sheridan | Review draft IAC Presentation to UCC | 1.0 | 3 |
| 01/06/20 | Dung Nguyen | UCC Weekly Update Call | 1.0 | 3 |
| 01/06/20 | James Wiltshire | UCC Weekly Update Call | 1.0 | 3 |
| 01/06/20 | William Maselli | UCC Weekly Update Call | 1.0 | 3 |
| 01/06/20 | Connor Hattersley | UCC Weekly Update Call | 1.0 | 3 |
| 01/07/20 | Leon Szlezinger | Review Draft IAC presentation to UCC | 1.5 | 3 |
| 01/07/20 | Kevin Chen | Prepare Materials for IAC Presentation to UCC | 2.0 | 3 |
| 01/07/20 | Kevin Chen | Continue to Prepare Materials for IAC Presentation to UCC | 2.0 | 3 |
| 01/07/20 | Kevin Sheridan | Review draft IAC Presentation to UCC | 2.0 | 3 |
| 01/07/20 | James Wiltshire | Review draft IAC presentation to UCC | 2.0 | 3 |
| 01/07/20 | William Maselli | Review draft IAC presentation to UCC | 0.5 | 3 |
| 01/07/20 | Connor Hattersley | Review draft IAC presentation to UCC | 1.5 | 3 |

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 01/08/20 | Robert White | *Review Draft IAC Presentation to UCC* | 1.0 | 3 |
| 01/08/20 | Kevin Chen | *Prepare Materials for IAC Presentation to UCC* | 1.5 | 3 |
| 01/09/20 | Jaspinder Kanwal | *Review draft IAC Presentation to UCC* | 2.5 | 3 |
| 01/09/20 | Leon Szlezinger | *Review draft IAC presentation to UCC* | 1.0 | 3 |
| 01/10/20 | Leon Szlezinger | *Prepare for UCC Weekly Update Call* | 0.5 | 3 |
| 01/10/20 | Leon Szlezinger | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/10/20 | Robert White | *Prepare for UCC weekly update call* | 0.5 | 3 |
| 01/10/20 | Robert White | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/10/20 | Jaspinder Kanwal | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/10/20 | Patrick Topper | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/10/20 | Kevin Chen | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/10/20 | Kevin Sheridan | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/10/20 | Dung Nguyen | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/10/20 | James Wiltshire | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/10/20 | Connor Hattersley | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/13/20 | Leon Szlezinger | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/13/20 | Robert White | *Prepare for UCC weekly update call* | 0.5 | 3 |
| 01/13/20 | Robert White | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/13/20 | Jaspinder Kanwal | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/13/20 | Patrick Topper | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/13/20 | Kevin Chen | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/13/20 | Kevin Sheridan | *Prepare for UCC Weekly Update Call* | 0.5 | 3 |
| 01/13/20 | Kevin Sheridan | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/13/20 | Dung Nguyen | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/13/20 | Connor Hattersley | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/17/20 | Leon Szlezinger | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/17/20 | Robert White | *Prepare for UCC weekly update call* | 0.5 | 3 |
| 01/17/20 | Robert White | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/17/20 | Jaspinder Kanwal | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/17/20 | Patrick Topper | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/17/20 | Kevin Chen | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/17/20 | Kevin Sheridan | *Prepare for UCC Weekly Update Call* | 0.5 | 3 |
| 01/17/20 | Kevin Sheridan | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/17/20 | Dung Nguyen | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/17/20 | James Wiltshire | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/17/20 | William Maselli | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/17/20 | Connor Hattersley | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/21/20 | Leon Szlezinger | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/21/20 | Robert White | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/21/20 | Jaspinder Kanwal | *Prepare for UCC Weekly Update Call* | 0.5 | 3 |
| 01/21/20 | Jaspinder Kanwal | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/21/20 | Patrick Topper | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/21/20 | Kevin Chen | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/21/20 | Kevin Sheridan | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/21/20 | Dung Nguyen | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/21/20 | James Wiltshire | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/21/20 | William Maselli | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/21/20 | Connor Hattersley | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/23/20 | Leon Szlezinger | *Prepare for UCC Weekly Update Call* | 0.5 | 3 |
| 01/23/20 | Leon Szlezinger | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/23/20 | Robert White | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/23/20 | Jaspinder Kanwal | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/23/20 | Patrick Topper | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/23/20 | Kevin Chen | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/23/20 | Kevin Chen | *Prepare IAC preliminary status update presentation to UCC* | 3.5 | 3 |
| 01/23/20 | Kevin Sheridan | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/23/20 | Dung Nguyen | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/23/20 | James Wiltshire | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/23/20 | William Maselli | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/23/20 | Connor Hattersley | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/24/20 | Kevin Chen | *Continue to prepare IAC preliminary status update presentation to UCC* | 2.0 | 3 |
| 01/24/20 | Kevin Chen | *Continue to prepare IAC preliminary status update presentation to UCC* | 3.0 | 3 |
| 01/25/20 | Kevin Chen | *Continue to prepare IAC preliminary status update presentation to UCC* | 3.5 | 3 |
| 01/25/20 | Kevin Chen | *Continue to prepare IAC preliminary status update presentation to UCC* | 2.0 | 3 |
| 01/26/20 | Kevin Chen | *Continue to prepare IAC preliminary status update presentation to UCC* | 4.0 | 3 |
| 01/26/20 | Kevin Chen | *Continue to prepare IAC preliminary status update presentation to UCC* | 2.0 | 3 |
| 01/26/20 | Kevin Chen | *Continue to prepare IAC preliminary status update presentation to UCC* | 2.0 | 3 |
| 01/27/20 | Leon Szlezinger | *Prepare for UCC Weekly Update Call and Preliminary IAC Status Update Presentation to UCC* | 1.5 | 3 |
| 01/27/20 | Leon Szlezinger | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/27/20 | Robert White | *Review IAC preliminary status update presentation to UCC* | 1.5 | 3 |
| 01/27/20 | Robert White | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/27/20 | Jaspinder Kanwal | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/27/20 | Patrick Topper | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/27/20 | Kevin Chen | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/27/20 | Kevin Sheridan | *Review IAC preliminary status update presentation to UCC* | 1.5 | 3 |
| 01/27/20 | Kevin Sheridan | *Prepare for UCC Weekly Update Call and Preliminary IAC Status Update Presentation to UCC* | 1.5 | 3 |
| 01/27/20 | Kevin Sheridan | *Prepare for UCC Weekly Update Call* | 0.5 | 3 |
| 01/27/20 | Kevin Sheridan | *UCC Weekly Update Call* | 1.0 | 3 |

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 01/27/20 | Dung Nguyen | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/27/20 | James Wiltshire | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/27/20 | William Maselli | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/27/20 | Connor Hattersley | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/30/20 | Leon Szlezinger | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/30/20 | Robert White | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/30/20 | Jaspinder Kanwal | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/30/20 | Patrick Topper | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/30/20 | Kevin Chen | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/30/20 | Kevin Sheridan | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/30/20 | Dung Nguyen | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/30/20 | William Maselli | *UCC Weekly Update Call* | 1.0 | 3 |
| 01/30/20 | Connor Hattersley | *UCC Weekly Update Call* | 1.0 | 3 |
| | | **January 1, 2020 - January 31, 2020 Hours for Due Diligence** | **258.0** | |
| 01/01/20 | Kevin Chen | *Review Purdue Pharma data room* | 0.5 | 9 |
| 01/03/20 | Leon Szlezinger | *Call with Rhodes Pharma re: licensing Transaction* | 0.5 | 9 |
| 01/03/20 | Robert White | *Review notes from licensing Transaction call with Rhodes Pharma* | 0.5 | 9 |
| 01/03/20 | Patrick Topper | *Review Debtor materials re: licensing transaction* | 2.0 | 9 |
| 01/03/20 | Patrick Topper | *Call with Rhodes Pharma re: licensing Transaction* | 0.5 | 9 |
| 01/03/20 | Kevin Chen | *Call with Rhodes Pharma re: licensing Transaction* | 0.5 | 9 |
| 01/03/20 | Kevin Chen | *Prepare and organize notes from call with Rhodes Pharma re: licensing Transaction* | 0.5 | 9 |
| 01/03/20 | Kevin Sheridan | *Call with Rhodes Pharma re: licensing Transaction* | 0.5 | 9 |
| 01/03/20 | Kevin Sheridan | *Review note from licensing Transaction call with Rhodes Pharma* | 0.5 | 9 |
| 01/03/20 | Dung Nguyen | *Call with Rhodes Pharma re: licensing Transaction* | 0.5 | 9 |
| 01/03/20 | James Wiltshire | *Call with Rhodes Pharma re: licensing Transaction* | 0.5 | 9 |
| 01/03/20 | James Wiltshire | *Review call notes from call with Rhodes Pharma re: licensing Transaction* | 0.5 | 9 |
| 01/03/20 | William Maselli | *Call with Rhodes Pharma re: licensing Transaction* | 0.5 | 9 |
| 01/03/20 | Connor Hattersley | *Call with Rhodes Pharma re: licensing Transaction* | 0.5 | 9 |
| 01/03/20 | Connor Hattersley | *Prepare notes from Rhodes Pharma call re: licensing Transaction* | 0.5 | 9 |
| 01/04/20 | Leon Szlezinger | *Review licensing Transaction materials and notes re: case implications* | 1.0 | 9 |
| 01/04/20 | Kevin Chen | *Review licensing Transaction materials* | 0.5 | 9 |
| 01/04/20 | Kevin Chen | *Review Purdue Pharma data room* | 0.5 | 9 |
| 01/04/20 | Kevin Chen | *Review IAC data room* | 0.5 | 9 |
| 01/04/20 | Kevin Sheridan | *Research on licensing* | 1.0 | 9 |
| 01/04/20 | Kevin Sheridan | *Review of licensing transaction terms and analysis of transaction benefits* | 1.0 | 9 |
| 01/04/20 | Connor Hattersley | *Review and update diligence tracker* | 1.0 | 9 |
| 01/05/20 | Kevin Sheridan | *Review PPLP business plan* | 0.5 | 9 |
| 01/05/20 | Kevin Sheridan | *Continue to review PPLP business plan* | 1.5 | 9 |
| 01/05/20 | William Maselli | *Review notes from licensing Transaction call with Rhodes Pharma* | 0.5 | 9 |
| 01/05/20 | Connor Hattersley | *Review and download materials from Purdue Pharma data room* | 1.0 | 9 |
| 01/06/20 | Kevin Chen | *Review Purdue Pharma data room* | 0.5 | 9 |
| 01/08/20 | Kevin Sheridan | *Review IAC budget books* | 2.0 | 9 |
| 01/08/20 | Kevin Sheridan | *Continue to review IAC budget books* | 1.0 | 9 |
| 01/09/20 | James Wiltshire | *Review PPLP business plan* | 1.0 | 9 |
| 01/10/20 | Kevin Chen | *Prepare PIB for IAC diligence meeting* | 1.0 | 9 |
| 01/10/20 | Connor Hattersley | *Coordinate schedules for diligence meetings* | 1.0 | 9 |
| 01/11/20 | Jaspinder Kanwal | *Review PIB for Diligence Meetings* | 1.5 | 9 |
| 01/11/20 | Kevin Chen | *Review IAC data room* | 0.5 | 9 |
| 01/11/20 | Kevin Sheridan | *Prepare diligence questions for meeting* | 1.0 | 9 |
| 01/12/20 | Leon Szlezinger | *Review diligence meeting PIB* | 1.5 | 9 |
| 01/12/20 | Leon Szlezinger | *Prepare diligence questions for diligence meeting* | 1.5 | 9 |
| 01/12/20 | Patrick Topper | *Review IAC diligence materials* | 3.0 | 9 |
| 01/12/20 | Patrick Topper | *Continue to review IAC diligence materials* | 2.0 | 9 |
| 01/12/20 | Kevin Chen | *Review Purdue Pharma data room* | 0.5 | 9 |
| 01/12/20 | Kevin Chen | *Review IAC data room* | 0.5 | 9 |
| 01/13/20 | Leon Szlezinger | *Meeting with Bryan Lea (General Counsel)* | 2.0 | 9 |
| 01/13/20 | Leon Szlezinger | *Meeting with Salvador Lopez (Switzerland & Austria Director)* | 2.0 | 9 |
| 01/13/20 | Leon Szlezinger | *Meeting with Philippe Mazas (IT Director)* | 1.5 | 9 |
| 01/13/20 | Leon Szlezinger | *Meeting with Neil Trueman (IP Director)* | 1.5 | 9 |
| 01/13/20 | Jaspinder Kanwal | *Meeting with Bryan Lea (General Counsel)* | 2.0 | 9 |
| 01/13/20 | Jaspinder Kanwal | *Meeting with Salvador Lopez (Switzerland & Austria Director)* | 2.0 | 9 |
| 01/13/20 | Jaspinder Kanwal | *Meeting with Philippe Mazas (IT Director)* | 1.5 | 9 |
| 01/13/20 | Jaspinder Kanwal | *Meeting with Neil Trueman (IP Director)* | 1.5 | 9 |
| 01/13/20 | Patrick Topper | *Meeting with Bryan Lea (General Counsel)* | 2.0 | 9 |
| 01/13/20 | Patrick Topper | *Meeting with Salvador Lopez (Switzerland & Austria Director)* | 2.0 | 9 |
| 01/13/20 | Patrick Topper | *Meeting with Philippe Mazas (IT Director)* | 1.5 | 9 |
| 01/13/20 | Patrick Topper | *Meeting with Neil Trueman (IP Director)* | 1.5 | 9 |
| 01/14/20 | Leon Szlezinger | *Meeting with Steve Jamieson (Management Revision)* | 9.0 | 9 |
| 01/14/20 | Jaspinder Kanwal | *Meeting with Steve Jamieson (Management Revision)* | 9.0 | 9 |
| 01/14/20 | Patrick Topper | *Meeting with Steve Jamieson (Management Revision)* | 9.0 | 9 |
| 01/14/20 | Kevin Chen | *Review IAC data room* | 0.5 | 9 |
| 01/14/20 | Connor Hattersley | *Review and download materials from Purdue Pharma data room* | 1.0 | 9 |
| 01/14/20 | Connor Hattersley | *Review and download materials from IAC data room* | 1.0 | 9 |
| 01/15/20 | Leon Szlezinger | *Meeting with Floris Bongenaar (Netherlands and Belgium Director)* | 2.0 | 9 |
| 01/15/20 | Leon Szlezinger | *Meeting with Dan Bell (Global Head of Quality)* | 2.0 | 9 |
| 01/15/20 | Leon Szlezinger | *Meeting with Sabrina Cremascoli (Italy Director)* | 2.0 | 9 |
| 01/15/20 | Leon Szlezinger | *Meeting with Javier Alvarado (Spain Director)* | 2.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 01/15/20 | Jaspinder Kanwal | *Meeting with Floris Bongenaar (Netherlands and Belgium Director)* | 2.0 | 9 |
| 01/15/20 | Jaspinder Kanwal | *Meeting with Dan Bell (Global Head of Quality)* | 2.0 | 9 |
| 01/15/20 | Jaspinder Kanwal | *Meeting with Sabrina Cremascoli (Italy Director)* | 2.0 | 9 |
| 01/15/20 | Jaspinder Kanwal | *Meeting with Javier Alvarado (Spain Director)* | 2.0 | 9 |
| 01/15/20 | Patrick Topper | *Meeting with Floris Bongenaar (Netherlands and Belgium Director)* | 2.0 | 9 |
| 01/15/20 | Patrick Topper | *Meeting with Dan Bell (Global Head of Quality)* | 2.0 | 9 |
| 01/15/20 | Patrick Topper | *Meeting with Sabrina Cremascoli (Italy Director)* | 2.0 | 9 |
| 01/15/20 | Patrick Topper | *Meeting with Javier Alvarado (Spain Director)* | 2.0 | 9 |
| 01/15/20 | Kevin Chen | *Review IAC data room* | 0.5 | 9 |
| 01/15/20 | Connor Hattersley | *Review and update diligence tracker* | 1.0 | 9 |
| 01/16/20 | Leon Sziezinger | *IAC manufacturing facility tour* | 1.5 | 9 |
| 01/16/20 | Leon Sziezinger | *Meeting with Birgit Kudlek and Gillea Rosetti (Technical Operations)* | 2.0 | 9 |
| 01/16/20 | Leon Sziezinger | *Meeting with Hywel day and Will Johnson (UK Directors)* | 2.0 | 9 |
| 01/16/20 | Leon Sziezinger | *Meeting with Anders Fogstrup (Germany Director)* | 2.0 | 9 |
| 01/16/20 | Jaspinder Kanwal | *IAC manufacturing facility tour* | 1.5 | 9 |
| 01/16/20 | Jaspinder Kanwal | *Meeting with Birgit Kudlek and Gillea Rosetti (Technical Operations)* | 2.0 | 9 |
| 01/16/20 | Jaspinder Kanwal | *Meeting with Hywel day and Will Johnson (UK Directors)* | 2.0 | 9 |
| 01/16/20 | Jaspinder Kanwal | *Meeting with Anders Fogstrup (Germany Director)* | 2.0 | 9 |
| 01/16/20 | Patrick Topper | *IAC manufacturing facility tour* | 1.5 | 9 |
| 01/16/20 | Patrick Topper | *Meeting with Birgit Kudlek and Gillea Rosetti (Technical Operations)* | 2.0 | 9 |
| 01/16/20 | Patrick Topper | *Meeting with Hywel day and Will Johnson (UK Directors)* | 2.0 | 9 |
| 01/16/20 | Patrick Topper | *Meeting with Anders Fogstrup (Germany Director)* | 2.0 | 9 |
| 01/16/20 | Kevin Chen | *Review Purdue Pharma data room* | 1.0 | 9 |
| 01/16/20 | James Wiltshire | *Review diligence tracker* | 1.0 | 9 |
| 01/17/20 | Leon Sziezinger | *Meeting with Alberto Martinez and Chris Surridge (EU Regional Director / SVP, Business and Strategy)* | 6.0 | 9 |
| 01/17/20 | Jaspinder Kanwal | *Meeting with Alberto Martinez and Chris Surridge (EU Regional Director / SVP, Business and Strategy)* | 6.0 | 9 |
| 01/17/20 | Patrick Topper | *Meeting with Alberto Martinez and Chris Surridge (EU Regional Director / SVP, Business and Strategy)* | 6.0 | 9 |
| 01/18/20 | Leon Sziezinger | *Review notes from diligence meetings* | 3.0 | 9 |
| 01/18/20 | Jaspinder Kanwal | *Review notes from diligence meetings* | 2.5 | 9 |
| 01/19/20 | Kevin Sheridan | *Review note from diligence meetings* | 3.0 | 9 |
| 01/20/20 | Jaspinder Kanwal | *Prepare draft financial analysis model of IAC entities* | 2.5 | 9 |
| 01/20/20 | Kevin Chen | *Prepare draft financial analysis model of IAC entities* | 3.5 | 9 |
| 01/20/20 | Kevin Chen | *Continue to prepare draft financial analysis model of IAC entities* | 2.5 | 9 |
| 01/20/20 | Kevin Chen | *Continue to prepare draft financial analysis model of IAC entities* | 3.0 | 9 |
| 01/20/20 | Kevin Sheridan | *Review IAC pipeline* | 1.0 | 9 |
| 01/20/20 | Kevin Sheridan | *Research on European biosimilars market* | 1.0 | 9 |
| 01/21/20 | Kevin Chen | *Continue to prepare draft financial analysis model of IAC entities* | 2.0 | 9 |
| 01/22/20 | Patrick Topper | *Prepare IAC update materials* | 3.0 | 9 |
| 01/22/20 | Kevin Chen | *Continue to prepare draft financial analysis model of IAC entities* | 3.0 | 9 |
| 01/22/20 | James Wiltshire | *Review PPLP Long-Term Plan model* | 1.0 | 9 |
| 01/23/20 | Patrick Topper | *Review industry research reports* | 2.0 | 9 |
| 01/23/20 | Kevin Sheridan | *Review draft financial model of the IACs* | 1.5 | 9 |
| 01/24/20 | Leon Sziezinger | *Call with Steve Jamieson (IAC, External Accountant) re: IAC Diligence* | 0.5 | 9 |
| 01/24/20 | Robert White | *Call with Steve Jamieson (IAC, External Accountant) re: IAC Diligence* | 0.5 | 9 |
| 01/24/20 | Jaspinder Kanwal | *Call with Steve Jamieson (IAC, External Accountant) re: IAC Diligence* | 0.5 | 9 |
| 01/24/20 | Jaspinder Kanwal | *Review note from call with Steve Jamieson* | 0.5 | 9 |
| 01/24/20 | Patrick Topper | *Review IAC data room additions* | 1.0 | 9 |
| 01/24/20 | Patrick Topper | *Call with Steve Jamieson (IAC, External Accountant) re: IAC Diligence* | 0.5 | 9 |
| 01/24/20 | Kevin Chen | *Call with Steve Jamieson (IAC, External Accountant) re: IAC Diligence* | 0.5 | 9 |
| 01/24/20 | Kevin Chen | *Prepare and organize notes from call with Steve Jamieson (IAC, External Accountant) re: IAC Diligence* | 0.5 | 9 |
| 01/24/20 | Kevin Chen | *Review notes from call with Steve Jamieson (IAC, External Accountant) re: IAC Diligence* | 1.0 | 9 |
| 01/24/20 | Kevin Sheridan | *Call with Steve Jamieson (IAC, External Accountant) re: IAC Diligence* | 0.5 | 9 |
| 01/24/20 | Kevin Sheridan | *Review IAC financials* | 2.0 | 9 |
| 01/24/20 | Dung Nguyen | *Call with Steve Jamieson (IAC, External Accountant) re: IAC Diligence* | 0.5 | 9 |
| 01/24/20 | James Wiltshire | *Review notes from call with Steve Jamieson* | 1.0 | 9 |
| 01/24/20 | William Maselli | *Call with Steve Jamieson (IAC, External Accountant) re: IAC Diligence* | 0.5 | 9 |
| 01/24/20 | Connor Hattersley | *Call with Steve Jamieson (IAC, External Accountant) re: IAC Diligence* | 0.5 | 9 |
| 01/24/20 | Connor Hattersley | *Review and update diligence tracker* | 1.0 | 9 |
| 01/25/20 | Jaspinder Kanwal | *Review Draft IAC financial analysis model* | 2.5 | 9 |
| 01/25/20 | James Wiltshire | *Review IAC financial analysis model* | 1.5 | 9 |
| 01/26/20 | Leon Sziezinger | *Review IAC preliminary status update presentation to UCC* | 1.0 | 9 |
| 01/26/20 | Kevin Chen | *Review Purdue Pharma data room* | 0.5 | 9 |
| 01/26/20 | James Wiltshire | *Review IAC budget books* | 2.0 | 9 |
| 01/27/20 | Leon Sziezinger | *Review IAC preliminary status update presentation to UCC* | 1.0 | 9 |
| 01/27/20 | Leon Sziezinger | *Review IAC EBITDA adjustments* | 1.0 | 9 |
| 01/27/20 | Kevin Chen | *Prepare analysis of IAC corporate structure and hierarchy* | 3.0 | 9 |
| 01/27/20 | Kevin Chen | *Continue to prepare analysis of IAC corporate structure and hierarchy* | 1.5 | 9 |
| 01/27/20 | Kevin Chen | *Review Steve Jamieson's EBITDA adjustments to IAC financials* | 0.5 | 9 |
| 01/28/20 | Leon Sziezinger | *Review IAC corporate structure* | 0.5 | 9 |
| 01/28/20 | Leon Sziezinger | *Review PHI materials* | 1.0 | 9 |
| 01/28/20 | Jaspinder Kanwal | *Review IAC corporate structure* | 1.0 | 9 |
| 01/28/20 | Kevin Chen | *Prepare and organize notes from call with FTI re: PHI research and analysis* | 0.5 | 9 |
| 01/28/20 | Kevin Chen | *Review IMS data re: opioid reversal drug market research* | 0.5 | 9 |
| 01/28/20 | Kevin Chen | *Review Purdue Pharma data room* | 0.5 | 9 |
| 01/28/20 | Kevin Sheridan | *Review PHI overview materials* | 1.0 | 9 |
| 01/28/20 | James Wiltshire | *Review PHI overview deck* | 0.5 | 9 |
| 01/28/20 | William Maselli | *Review and collect IMS data* | 1.0 | 9 |
| 01/28/20 | Connor Hattersley | *Collect IMS data* | 0.5 | 9 |

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 01/29/20 | Leon Szlezinger | *Review draft IAC financial analysis model* | 2.0 | 9 |
| 01/29/20 | Leon Szlezinger | *Review IAC budget books and financials from Steve Jamieson* | 1.0 | 9 |
| 01/29/20 | Kevin Chen | *Review PHI development agreement with third party* | 0.5 | 9 |
| 01/29/20 | Kevin Sheridan | *Opioid reversal drug market research* | 1.0 | 9 |
| 01/29/20 | Kevin Sheridan | *Research on opioid reversal drug* | 1.0 | 9 |
| 01/29/20 | William Maselli | *Research on Opioid reversal drug market and competitors* | 1.0 | 9 |
| 01/29/20 | Connor Hattersley | *Summarize and analyze IMS data re: Opioid reversal drug market size* | 2.0 | 9 |
| 01/30/20 | Kevin Chen | *Continue to prepare analysis of IAC corporate structure and hierarchy* | 0.5 | 9 |
| 01/30/20 | Kevin Sheridan | *Review summary of IMS data* | 0.5 | 9 |
| 01/30/20 | James Wiltshire | *Review IMS data* | 1.5 | 9 |
| 01/30/20 | James Wiltshire | *Review analysis of IMS data and Opioid reversal drug market* | 1.5 | 9 |
| 01/30/20 | Connor Hattersley | *Review and update diligence tracker* | 1.0 | 9 |
| 01/31/20 | Leon Szlezinger | *Call with Debtors re: PHI development* | 1.0 | 9 |
| 01/31/20 | Leon Szlezinger | *Review PHI development terms with third party* | 1.0 | 9 |
| 01/31/20 | Robert White | *Call with Debtors re: PHI development* | 1.0 | 9 |
| 01/31/20 | Robert White | *Review notes from PHI development call with Debtors* | 0.5 | 9 |
| 01/31/20 | Jaspinder Kanwal | *Call with Debtors re: PHI development* | 1.0 | 9 |
| 01/31/20 | Jaspinder Kanwal | *Review notes from call with Debtors re: PHI development* | 1.0 | 9 |
| 01/31/20 | Patrick Topper | *Review Debtor materials re: PHI development* | 1.5 | 9 |
| 01/31/20 | Patrick Topper | *Call with Debtors re: PHI development* | 1.0 | 9 |
| 01/31/20 | Kevin Chen | *Call with Debtors re: PHI development* | 1.0 | 9 |
| 01/31/20 | Kevin Chen | *Prepare and organize notes from call with Debtors re: PHI development* | 1.0 | 9 |
| 01/31/20 | Kevin Chen | *Review notes from call with Debtors re: PHI development* | 1.0 | 9 |
| 01/31/20 | Kevin Sheridan | *Call with Debtors re: PHI development* | 1.0 | 9 |
| 01/31/20 | Kevin Sheridan | *Review PHI Development agreement with third party* | 1.0 | 9 |
| 01/31/20 | Kevin Sheridan | *Research on third party PHI developer* | 1.5 | 9 |
| 01/31/20 | Dung Nguyen | *Call with Debtors re: PHI development* | 1.0 | 9 |
| 01/31/20 | James Wiltshire | *Call with Debtors re: PHI development* | 1.0 | 9 |
| 01/31/20 | James Wiltshire | *Research on third party PHI developer* | 2.0 | 9 |
| 01/31/20 | William Maselli | *Call with Debtors re: PHI development* | 1.0 | 9 |
| 01/31/20 | William Maselli | *Review notes from PHI development call with Debtors* | 0.5 | 9 |
| 01/31/20 | Connor Hattersley | *Call with Debtors re: PHI development* | 1.0 | 9 |
| 01/31/20 | Connor Hattersley | *Summarize third party PHI development agreement* | 1.0 | 9 |
| | | **January 1, 2020 - January 31, 2020 Hours for Case Strategy** | **22.0** | |
| 01/06/20 | Leon Szlezinger | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/06/20 | Robert White | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/06/20 | Patrick Topper | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/06/20 | Kevin Chen | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/06/20 | Kevin Sheridan | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/06/20 | Dung Nguyen | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/06/20 | James Wiltshire | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/06/20 | William Maselli | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/06/20 | Connor Hattersley | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/20/20 | Leon Szlezinger | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/20/20 | Robert White | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/20/20 | Patrick Topper | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/20/20 | Kevin Chen | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/20/20 | Kevin Sheridan | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/20/20 | Dung Nguyen | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/20/20 | James Wiltshire | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/20/20 | William Maselli | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/20/20 | Connor Hattersley | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/23/20 | Robert White | *Review emails from Akin Gump re: case strategy* | 2.5 | 11 |
| 01/27/20 | Leon Szlezinger | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/27/20 | Robert White | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/27/20 | Patrick Topper | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/27/20 | Kevin Chen | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/27/20 | Kevin Sheridan | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/27/20 | Dung Nguyen | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/27/20 | James Wiltshire | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/27/20 | William Maselli | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/27/20 | Connor Hattersley | *Weekly FA Coordination Call* | 0.5 | 11 |
| 01/28/20 | Leon Szlezinger | *Call with FTI re: PHI research and analysis* | 0.5 | 11 |
| 01/28/20 | Leon Szlezinger | *Review notes from call with FTI re: PHI research and analysis* | 0.5 | 11 |
| 01/28/20 | Robert White | *Call with FTI re: PHI research and analysis* | 0.5 | 11 |
| 01/28/20 | Patrick Topper | *Call with FTI re: PHI research and analysis* | 0.5 | 11 |
| 01/28/20 | Kevin Chen | *Call with FTI re: PHI research and analysis* | 0.5 | 11 |
| 01/28/20 | Kevin Sheridan | *Call with FTI re: PHI research and analysis* | 0.5 | 11 |
| 01/28/20 | Dung Nguyen | *Call with FTI re: PHI research and analysis* | 0.5 | 11 |
| 01/28/20 | James Wiltshire | *Call with FTI re: PHI research and analysis* | 0.5 | 11 |
| 01/28/20 | James Wiltshire | *Review notes from FTI call re: PHI research and analysis* | 1.0 | 11 |
| 01/28/20 | William Maselli | *Call with FTI re: PHI research and analysis* | 0.5 | 11 |
| 01/28/20 | Connor Hattersley | *Call with FTI re: PHI research and analysis* | 0.5 | 11 |

**<u>Exhibit B</u>**

**Expenses**

| Professional | Amount ($) | Expense Date | Description |
|---|---|---|---|
| Patrick Topper | 5.89 | 01/02/20 | Meals & Entertainment |
| Patrick Topper | 7.60 | 01/03/20 | Transportation |
| Kevin Chen | 45.89 | 01/04/20 | Printing Services |
| Patrick Topper | 5.64 | 01/06/20 | Meals & Entertainment |
| Patrick Topper | 6.11 | 01/07/20 | Transportation |
| Kevin Chen | 69.00 | 01/07/20 | Presentation Services |
| Kevin Chen | 177.00 | 01/07/20 | Presentation Services |
| Connor Hattersley | 141.95 | 01/07/20 | Printing Services |
| Patrick Topper | 7.01 | 01/08/20 | Transportation |
| Patrick Topper | 5.63 | 01/08/20 | Meals & Entertainment |
| Patrick Topper | 6.00 | 01/09/20 | Meals & Entertainment |
| Patrick Topper | 6.57 | 01/09/20 | Transportation |
| Leon Szlezinger | 4,944.55 | 01/09/20 | Air Travel |
| Jaspinder S Kanwal | 5.58 | 01/09/20 | Transportation |
| Patrick Topper | 4,944.55 | 01/09/20 | Air Travel |
| Patrick Topper | 5.89 | 01/10/20 | Meals & Entertainment |
| Patrick Topper | 7.64 | 01/10/20 | Transportation |
| Kevin Chen | 185.40 | 01/10/20 | Printing Services |
| Jaspinder S Kanwal | 8,518.05 | 01/11/20 | Air Travel |
| Leon Szlezinger | 75.68 | 01/11/20 | Transportation |
| Leon Szlezinger | 374.00 | 01/12/20 | Hotel & Accommodations |
| Jaspinder S Kanwal | 21.95 | 01/12/20 | General |
| Jaspinder S Kanwal | 52.69 | 01/12/20 | Transportation |
| Patrick Topper | 5.01 | 01/12/20 | Meals & Entertainment |
| Patrick Topper | 20.00 | 01/12/20 | Meals & Entertainment |
| Patrick Topper | 5.01 | 01/12/20 | Meals & Entertainment |
| Patrick Topper | 20.00 | 01/12/20 | Meals & Entertainment |
| Patrick Topper | 5.01 | 01/12/20 | Meals & Entertainment |
| Patrick Topper | 399.61 | 01/12/20 | Hotel & Accommodations |
| Patrick Topper | 107.95 | 01/12/20 | Transportation |
| Jaspinder S Kanwal | 69.35 | 01/13/20 | Hotel & Accommodations |
| Jaspinder S Kanwal | 346.75 | 01/13/20 | Hotel & Accommodations |
| Leon Szlezinger | 400.80 | 01/13/20 | Hotel & Accommodations |
| Jaspinder S Kanwal | 20.00 | 01/13/20 | Meals & Entertainment |
| Jaspinder S Kanwal | 20.00 | 01/13/20 | Meals & Entertainment |
| Leon Szlezinger | 20.00 | 01/13/20 | Meals & Entertainment |
| Leon Szlezinger | 3.46 | 01/13/20 | Meals & Entertainment |
| Leon Szlezinger | 8.99 | 01/13/20 | Meals & Entertainment |
| Jaspinder S Kanwal | 17.85 | 01/13/20 | Transportation |
| Jaspinder S Kanwal | 17.64 | 01/13/20 | Transportation |
| Jaspinder S Kanwal | 42.68 | 01/13/20 | Transportation |
| Jaspinder S Kanwal | 13.96 | 01/13/20 | Transportation |
| Leon Szlezinger | 27.71 | 01/13/20 | Transportation |
| Leon Szlezinger | 15.33 | 01/13/20 | Transportation |
| Leon Szlezinger | 7.52 | 01/13/20 | Transportation |
| Leon Szlezinger | 12.08 | 01/13/20 | Transportation |
| Patrick Topper | 20.00 | 01/13/20 | Meals & Entertainment |
| Patrick Topper | 20.00 | 01/13/20 | Meals & Entertainment |
| Patrick Topper | 439.72 | 01/13/20 | Hotel & Accommodations |
| Patrick Topper | 29.97 | 01/13/20 | Transportation |
| Connor Hattersley | 12.50 | 01/14/20 | Meals & Entertainment |

| Professional | Amount ($) | Expense Date | Description |
|---|---|---|---|
| Connor Hattersley | 6.78 | 01/14/20 | Transportation |
| Jaspinder S Kanwal | 69.35 | 01/14/20 | Hotel & Accommodations |
| Jaspinder S Kanwal | 346.74 | 01/14/20 | Hotel & Accommodations |
| Leon Szlezinger | 400.81 | 01/14/20 | Hotel & Accommodations |
| Jaspinder S Kanwal | 20.00 | 01/14/20 | Meals & Entertainment |
| Leon Szlezinger | 10.13 | 01/14/20 | Meals & Entertainment |
| Jaspinder S Kanwal | 20.00 | 01/14/20 | Meals & Entertainment |
| Leon Szlezinger | 20.00 | 01/14/20 | Meals & Entertainment |
| Jaspinder S Kanwal | 16.57 | 01/14/20 | Transportation |
| Jaspinder S Kanwal | 8.78 | 01/14/20 | Transportation |
| Jaspinder S Kanwal | 16.53 | 01/14/20 | Transportation |
| Leon Szlezinger | 24.40 | 01/14/20 | Transportation |
| Leon Szlezinger | 148.93 | 01/14/20 | Transportation |
| Leon Szlezinger | 10.85 | 01/14/20 | Transportation |
| Patrick Topper | 20.00 | 01/14/20 | Meals & Entertainment |
| Patrick Topper | 20.00 | 01/14/20 | Meals & Entertainment |
| Patrick Topper | 439.71 | 01/14/20 | Hotel & Accommodations |
| Patrick Topper | 34.41 | 01/14/20 | Transportation |
| Jaspinder S Kanwal | 69.35 | 01/15/20 | Hotel & Accommodations |
| Jaspinder S Kanwal | 346.74 | 01/15/20 | Hotel & Accommodations |
| Jaspinder S Kanwal | 149.64 | 01/15/20 | Hotel & Accommodations |
| Jaspinder S Kanwal | 348.53 | 01/15/20 | Hotel & Accommodations |
| Leon Szlezinger | 400.81 | 01/15/20 | Hotel & Accommodations |
| Jaspinder S Kanwal | 20.00 | 01/15/20 | Meals & Entertainment |
| Jaspinder S Kanwal | 20.00 | 01/15/20 | Meals & Entertainment |
| Leon Szlezinger | 20.00 | 01/15/20 | Meals & Entertainment |
| Leon Szlezinger | 6.07 | 01/15/20 | Meals & Entertainment |
| Leon Szlezinger | 20.00 | 01/15/20 | Meals & Entertainment |
| Jaspinder S Kanwal | 8.16 | 01/15/20 | Transportation |
| Leon Szlezinger | 14.67 | 01/15/20 | Transportation |
| Leon Szlezinger | 30.42 | 01/15/20 | Transportation |
| Leon Szlezinger | 32.07 | 01/15/20 | Transportation |
| Patrick Topper | 13.00 | 01/15/20 | Meals & Entertainment |
| Patrick Topper | 20.00 | 01/15/20 | Meals & Entertainment |
| Patrick Topper | 360.59 | 01/15/20 | Hotel & Accommodations |
| Patrick Topper | 25.34 | 01/15/20 | Transportation |
| Patrick Topper | 10.05 | 01/15/20 | Transportation |
| Connor Hattersley | 7.08 | 01/16/20 | Transportation |
| Jaspinder S Kanwal | 45.80 | 01/16/20 | Hotel & Accommodations |
| Jaspinder S Kanwal | 229.00 | 01/16/20 | Hotel & Accommodations |
| Jaspinder S Kanwal | (495.62) | 01/16/20 | Hotel & Accommodations (Reimbursement) |
| Leon Szlezinger | 281.50 | 01/16/20 | Hotel & Accommodations |
| Jaspinder S Kanwal | 20.00 | 01/16/20 | Meals & Entertainment |
| Jaspinder S Kanwal | 3.28 | 01/16/20 | Meals & Entertainment |
| Leon Szlezinger | 20.00 | 01/16/20 | Meals & Entertainment |
| Leon Szlezinger | 3.75 | 01/16/20 | Meals & Entertainment |
| Jaspinder S Kanwal | 32.51 | 01/16/20 | Transportation |
| Jaspinder S Kanwal | 11.12 | 01/16/20 | Transportation |
| Jaspinder S Kanwal | 34.48 | 01/16/20 | Transportation |
| Leon Szlezinger | 19.24 | 01/16/20 | Transportation |
| Leon Szlezinger | 68.96 | 01/16/20 | Transportation |

| Professional | Amount ($) | Expense Date | Description |
|---|---:|---|---|
| Leon Szlezinger | 60.50 | 01/16/20 | Transportation |
| Leon Szlezinger | 8.82 | 01/16/20 | Transportation |
| Patrick Topper | 3,656.00 | 01/16/20 | Air Travel |
| Patrick Topper | 20.00 | 01/16/20 | Meals & Entertainment |
| Patrick Topper | 281.50 | 01/16/20 | Hotel & Accommodations |
| Patrick Topper | 13.75 | 01/16/20 | Transportation |
| Connor Hattersley | 7.38 | 01/17/20 | Transportation |
| Jaspinder S Kanwal | 69.94 | 01/17/20 | Hotel & Accommodations |
| Jaspinder S Kanwal | 349.67 | 01/17/20 | Hotel & Accommodations |
| Jaspinder S Kanwal | 19.68 | 01/17/20 | Meals & Entertainment |
| Jaspinder S Kanwal | 20.00 | 01/17/20 | Meals & Entertainment |
| Jaspinder S Kanwal | 11.76 | 01/17/20 | Meals & Entertainment |
| Leon Szlezinger | 10.62 | 01/17/20 | Meals & Entertainment |
| Jaspinder S Kanwal | 13.16 | 01/17/20 | Transportation |
| Jaspinder S Kanwal | 12.71 | 01/17/20 | Transportation |
| Jaspinder S Kanwal | 34.58 | 01/17/20 | Transportation |
| Leon Szlezinger | 16.89 | 01/17/20 | Transportation |
| Leon Szlezinger | 17.69 | 01/17/20 | Transportation |
| Patrick Topper | 34.58 | 01/17/20 | Transportation |
| Patrick Topper | 33.51 | 01/17/20 | Transportation |
| Patrick Topper | 13.81 | 01/17/20 | Transportation |
| Patrick Topper | 6.57 | 01/17/20 | Transportation |
| Jaspinder S Kanwal | 13.45 | 01/18/20 | Meals & Entertainment |
| Jaspinder S Kanwal | 20.00 | 01/18/20 | Meals & Entertainment |
| Jaspinder S Kanwal | 45.38 | 01/18/20 | Transportation |
| Jaspinder S Kanwal | 78.07 | 01/18/20 | Transportation |
| Leon Szlezinger | 49.28 | 01/18/20 | Transportation |
| Connor Hattersley | 12.50 | 01/20/20 | Meals & Entertainment |
| Connor Hattersley | 7.67 | 01/20/20 | Transportation |
| Jaspinder S Kanwal | 10.78 | 01/20/20 | Meals & Entertainment |
| Connor Hattersley | 7.07 | 01/21/20 | Transportation |
| Patrick Topper | 5.89 | 01/21/20 | Meals & Entertainment |
| Connor Hattersley | 219.00 | 01/21/20 | Presentation Services |
| Patrick Topper | 6.34 | 01/22/20 | Transportation |
| Patrick Topper | 5.10 | 01/22/20 | Meals & Entertainment |
| Patrick Topper | 6.00 | 01/23/20 | Meals & Entertainment |
| Patrick Topper | 6.16 | 01/23/20 | Transportation |
| Patrick Topper | 5.64 | 01/24/20 | Meals & Entertainment |
| Patrick Topper | 8.06 | 01/24/20 | Transportation |
| Patrick Topper | 7.86 | 01/25/20 | Transportation |
| Kevin Chen | 60.00 | 01/25/20 | Presentation Services |
| Kevin Chen | 12.00 | 01/25/20 | Presentation Services |
| Kevin Chen | 51.00 | 01/26/20 | Presentation Services |
| Leon Szlezinger | 20.00 | 01/27/20 | Meals & Entertainment |
| Jaspinder S Kanwal | 12.50 | 01/27/20 | Meals & Entertainment |
| Jaspinder S Kanwal | 11.25 | 01/29/20 | Meals & Entertainment |
| Patrick Topper | 5.89 | 01/30/20 | Meals & Entertainment |
| Patrick Topper | 7.85 | 01/31/20 | Transportation |
| Connor Hattersley | 10.45 | 01/31/20 | Meals & Entertainment |
| Baker Botts LLP | 5,601.75 | 01/31/20 | Legal |

# BAKER BOTTS L.L.P

| | |
|---|---|
| Austin | London |
| Beijing | Moscow |
| Brussels | New York |
| Dallas | Palo Alto |
| Dubai | Riyadh |
| Hong Kong | San Francisco |
| **Houston** | Washington |

TAX ID 74-1195457

JEFFERIES LLC
Suite 1000
3 Allen Center
Houston, TX 77002

Invoice Number:   1685542
Invoice Date:      February 13, 2020
Attorney:          R L Spigel

---

Total fees for services and expenses for the matter shown below through January 31, 2020.

**082383.0108**
Purdue Retention

---

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/06/20 | J R Herz | 0.7 | Draft second monthly fee statement  (.7) |
| 01/07/20 | J R Herz | 0.2 | Emails (x2) R. Spigel re: second monthly fee application (.2) |
| 01/07/20 | R L Spigel | 0.2 | Review draft 2d fee statement and email with J. Herz regarding same. |
| 01/14/20 | J R Herz | 0.2 | Email Jefferies team re: status of first monthly fee statement (.2) |
| 01/14/20 | R L Spigel | 0.2 | Office conference with J. Herz regarding fee applications; email with L. Szlezinger regarding same. |
| 01/27/20 | J R Herz | 1.2 | Review Purdue fee statements (.9); communications with K. Chen re: first fee statement (.2); correspondence with R. Spigel re:  fee statement (.1) |
| 01/27/20 | R L Spigel | 0.4 | Brief review of October/November fee application and office conference with J. Herz regarding same (.3); email with J. Herz regarding same (.1) |
| 01/28/20 | J R Herz | 0.7 | Review UST guidelines for reimbursement of expenses in relation to first interim fee application (.2); call with K. Chen re: comments to first fee statement (.3); follow up call with K. Chen re: expenses (.2) |
| 01/28/20 | R L Spigel | 0.4 | Review of first monthly fee application; office conferences with J. Herz regarding same. |
| 01/29/20 | J R Herz | 0.9 | Finalize first fee statement prior to filing (.7); office conference with R. Spigel regarding same (.2). |
| 01/29/20 | R L Spigel | 0.2 | Office conference with J. Herz regarding 1st fee statement. |

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 1685542 |
| Invoice Date: | February 13, 2020 |
| Matter: | 082383.0108 |

JEFFERIES LLC
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/30/20 | J R Herz | 0.6 | Review and revise Dec. 2019 fee statement (.2); email K. Chen re same (.1); email R. Spigel re same (.1); email K. Chen re: first fee statement (.2) |
| 01/31/20 | R L Spigel | 0.1 | Review December monthly fee statement. |

| | | |
|---|---|---|
| **Matter Hours** | **6.00** | |
| **Matter Fees** | **$5,601.75** | |

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 1685542 |
| Invoice Date: | February 13, 2020 |
| Matter: | 082383.0108 |

JEFFERIES LLC
Purdue Retention

## 2020 Lawyer Summary

| Timekeeper | HOURS | RATE | TOTAL |
|---|---|---|---|
| Herz, J R | 4.5 | 865.00 | 3,892.50 |
| Spigel, R L | 1.5 | 1,139.50 | 1,709.25 |
| | **6.0** | | **$5,601.75** |

| | |
|---|---|
| Total Current Fees | $5,601.75 |
| **Total Due This Invoice** | **$5,601.75** |