KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah H. Bryan

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :        Chapter 11
                                                               :
PURDUE PHARMA L.P., *et al.*                                   :        Case No. 19-23649 (RDD)
                                                               :
                     Debtors.[1]                               :        (Jointly Administered)
---------------------------------------------------------------x

**SECOND COMBINED MONTHLY FEE STATEMENT OF KURTZMAN CARSON**
**CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED**
**AND EXPENSES INCURRED AS INFORMATION AGENT FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD DECEMBER 1, 2019 THROUGH JANUARY 31, 2020**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| General Information | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |

| Summary of Fees and Expenses Sought in the Fee Application | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | December 1, 2019 through January 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $3,193.17 (80% of $3,991.46) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $6,813.85 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $10,007.02 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its second monthly fee statement (the "Monthly Fee Statement") for the period beginning December 1, 2019 through and including January 31, 2020 (the "Fee Period"). During the Fee Period, the fees and expenses incurred by KCC were $11,005.31.[2]

---

[2] This includes $160.24 in sales and use tax.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $10,072.02, which represents 80% of KCC's total fees for reasonable and necessary professional services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**. A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**. A schedule of expenses incurred by category.

c. **Exhibit C**. KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801, Attn: Justin R. Alberto and Daniel N. Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; and the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245, Attn: Sarah H. Bryan, Email: sbryan@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on March 27, 2020** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated:  March 13, 2020
      El Segundo, California

/s/ *Sarah H. Bryan*
**KURTZMAN CARSON CONSULTANTS LLC**
Sarah H. Bryan
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

## CERTIFICATION

I, Sarah H. Bryan, pursuant to 28 U.S.C. § 1746, state as follows:

      a)      I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

      b)      I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

      c)      I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  March 13, 2020
      El Segundo, California


                                            _____

                                            Sarah H. Bryan

**Exhibit A**

**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| AOP | Alfredo Pastor | Consultant | 1.1 | $166.00 | $182.60 |
| BSR | Brian Schauer | Consultant | 0.3 | $128.50 | $38.55 |
| BSZ | Bobbie Szlembarska | Consultant | 0.1 | $128.50 | $12.85 |
| CET | Christopher Estes | Consultant | 5.4 | $184.80 | $997.92 |
| CHD | Christopher Do | Senior Consultant | 0.6 | $171.00 | $102.60 |
| EGA | Ellis Gatlin | Clerk | 0.1 | $49.00 | $4.90 |
| EJG | Evan Gershbein | Senior Managing Consultant | 1.6 | $191.36 | $306.17 |
| FRO | Francisco Rodriquez | Consultant | 0.1 | $128.50 | $12.85 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.2 | $130.35 | $26.07 |
| JKS | Jake Sulpice | Clerk | 0.4 | $46.73 | $18.69 |
| LRA | Luis Rios | Consultant | 2.5 | $182.60 | $456.50 |
| LUG | Luis Gonzales | Clerk | 0.1 | $49.00 | $4.90 |
| MDO | Matthew Orr | Consultant | 1 | $166.00 | $166.00 |
| MFM | Melissa Membrino | Senior Managing Consultant | 0.5 | $180.42 | $90.21 |
| MVZ | Michael Valadez | Consultant | 0.7 | $182.60 | $127.82 |
| RIO | Rosemary Ibarra | Clerk | 0.1 | $49.00 | $4.90 |
| SYU | Susan Yu | Consultant | 5.7 | $170.65 | $972.72 |
| TDC | Tavius Clark | Clerk | 0.3 | $48.93 | $14.68 |
| TPE | Thomas Peterson | Consultant | 0.3 | $182.60 | $54.78 |
| TRI | Thomas Richmond | Consultant | 0.3 | $118.50 | $35.55 |
| VTM | Vien Marquez | Consultant | 0.5 | $166.00 | $83.00 |
| YSL | Yun Lee | Consultant | 1.5 | $184.80 | $277.20 |
| | | | | | |
| | **TOTAL:** | | **23.4** | | **$3,991.46** |

## Exhibit B

## Summary of Expenses by Category

| Category | Units | Rate | Amount |
|----------|-------|------|--------|
| First Class Mail | | | $798.21 |
| Electronic Imaging | 3,002 | $0.10 | $2,874.70 |
| Electronic Imaging | 4 | $0.11 | $0.44 |
| Photocopies | 30 | $0.11 | $3.30 |
| Printing and Mailing Expenses | | | $5,699.70 |
| Storage Rental | | | $12.00 |
| | | | |
| **TOTAL** | | | **$6,813.85** |

## **Exhibit C**

### **Invoice**

# *Kurtzman Carson Consultants LLC*

| Account Number | 70789KCC | Invoice Date | January 24, 2020 |
|---|---|---|---|
| Invoice Number | US_KCC1767562 | Due Date | Due upon receipt |

### Purdue Pharma L.P. (Creditors' Committee)
### *Summary*

| Description | Amount |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $1,723.47 |
| *Total of Hourly Fees* | $1,723.47 |
| | |
| **Expenses** | |
| Expenses | $304.20 |
| *Total Expenses* | $304.20 |
| | |
| *Invoice Subtotal* | **$2,027.67** |
| Sales and Use Tax | 0.00 |
| *Total Invoice* | **$2,027.67** |

---

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 70789KCC |
|---|---|
| Invoice Number | US_KCC1767562 |
| Total Amount Due | $2,027.67 |
| Amount Paid | $ |

**Check Payments to:**

Kurtzman Carson Consultants LLC
Dept CH 16639
Palatine, IL 60055-6639

**Wire Payments to:**

Kurtzman Carson Consultants LLC
HSBC Bank, NA
452 Fifth Avenue, New York, NY 10018
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020

# *Kurtzman Carson Consultants LLC*

12/01/2019 - 12/31/2019

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| CET | Christopher Estes | CON | 5.40 | $184.80 | $997.92 |
| JKS | Jake Sulpice | CL | 0.20 | $48.95 | $9.79 |
| LRA | Luis Rios | CON | 2.50 | $182.60 | $456.50 |
| MFM | Melissa Membrino | SMC | 0.20 | $190.80 | $38.16 |
| SYU | Susan Yu | CON | 0.90 | $184.80 | $166.32 |
| TPE | Thomas Peterson | CON | 0.30 | $182.60 | $54.78 |

*Total*          *$1,723.47*

## *Kurtzman Carson Consultants LLC*

### 12/01/2019 - 12/31/2019

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 12/2/2019 | MFM | Assist with Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.10 |
| 12/2/2019 | SYU | Review mail report for Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] | CON | Noticing | 0.10 |
| | | | *Total for 12/2/2019* | | *0.20* |
| 12/4/2019 | SYU | Update the Master Service List re Notice of Appearance | CON | Noticing | 0.10 |
| | | | *Total for 12/4/2019* | | *0.10* |
| 12/6/2019 | SYU | Update the Master Service List re Notices of Appearance | CON | Noticing | 0.20 |
| | | | *Total for 12/6/2019* | | *0.20* |
| 12/9/2019 | MFM | Organize and file general case documents to maintain integrity of original document tracking system | SMC | Document Processing | 0.10 |
| | | | *Total for 12/9/2019* | | *0.10* |
| 12/11/2019 | TPE | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | CON | Document Processing | 0.30 |
| 12/11/2019 | SYU | Update the public access website | CON | Maintenance of Public Access Website | 0.30 |
| | | | *Total for 12/11/2019* | | *0.60* |
| 12/16/2019 | SYU | Update the Master Service List re filed Notice of Appearance | CON | Noticing | 0.10 |
| | | | *Total for 12/16/2019* | | *0.10* |
| 12/19/2019 | SYU | Update the Master Service List re filed Notice of Appearance | CON | Noticing | 0.10 |
| | | | *Total for 12/19/2019* | | *0.10* |
| 12/24/2019 | CET | Administrative review of pleadings input into KCC CaseView | CON | Document Processing | 1.10 |
| | | | *Total for 12/24/2019* | | *1.10* |
| 12/26/2019 | CET | Administrative review of pleadings input into KCC CaseView | CON | Document Processing | 2.30 |
| | | | *Total for 12/26/2019* | | *2.30* |
| 12/27/2019 | CET | Administrative review of pleadings input into KCC CaseView | CON | Document Processing | 0.80 |
| | | | *Total for 12/27/2019* | | *0.80* |
| 12/30/2019 | CET | Administrative review of pleadings input into KCC CaseView | CON | Document Processing | 1.20 |
| 12/30/2019 | JKS | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| | | | *Total for 12/30/2019* | | *1.40* |
| 12/31/2019 | LRA | Administrative review of pleadings input into KCC CaseView | CON | Document Processing | 2.50 |

## *Kurtzman Carson Consultants LLC*

12/01/2019 - 12/31/2019

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | *Total for 12/31/2019* | | *2.50* |
| | | | ***Total Hours*** | | ***9.50*** |

# Kurtzman Carson Consultants LLC

12/01/2019 - 12/31/2019

## *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| Electronic imaging | 3,002 | $0.10 | $300.20 |
| Storage Rental | | | $4.00 |
| | | *Total Expenses* | *$304.20* |

# *Kurtzman Carson Consultants LLC*

| Account Number | 70789KCC | Invoice Date | February 28, 2020 |
|---|---|---|---|
| Invoice Number | US_KCC1779451 | Due Date | Due upon receipt |

### Purdue Pharma L.P. (Creditors' Committee)
### *Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $2,267.99 |
| ***Total of Hourly Fees*** | $2,267.99 |
| | |
| **Expenses** | |
| Expenses | $6,509.65 |
| ***Total Expenses*** | $6,509.65 |
| | |
| ***Invoice Subtotal*** | **$8,777.64** |
| Sales and Use Tax | 200.00 |
| ***Total Invoice*** | **$8,977.64** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| | | Check Payments to: | Wire Payments to: |
|---|---|---|---|
| Account Number | 70789KCC | | |
| Invoice Number | US_KCC1779451 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $8,977.64 | Dept CH 16639 | HSBC Bank, NA |
| | | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| Amount Paid | $ | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

# *Kurtzman Carson Consultants LLC*

01/01/2020 - 01/31/2020

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| AOP | Alfredo Pastor | CON | 1.10 | $166.00 | $182.60 |
| BSR | Brian Schauer | CON | 0.30 | $128.50 | $38.55 |
| BSZ | Bobbie Szlembarska | CON | 0.10 | $128.50 | $12.85 |
| CHD | Christopher Do | SC | 0.60 | $171.00 | $102.60 |
| EGA | Ellis Gatlin | CL | 0.10 | $49.00 | $4.90 |
| EJG | Evan Gershbein | SMC | 1.60 | $191.36 | $306.17 |
| FRO | Francisco Rodriquez | CON | 0.10 | $128.50 | $12.85 |
| IRJ | Ivan Rios Jimenez | CON | 0.20 | $130.35 | $26.07 |
| JKS | Jake Sulpice | CL | 0.20 | $44.50 | $8.90 |
| LUG | Luis Gonzales | CL | 0.10 | $49.00 | $4.90 |
| MDO | Matthew Orr | CON | 1.00 | $166.00 | $166.00 |
| MFM | Melissa Membrino | SMC | 0.30 | $173.50 | $52.05 |
| MVZ | Michael Valadez | CON | 0.70 | $182.60 | $127.82 |
| RIO | Rosemary Ibarra | CL | 0.10 | $49.00 | $4.90 |
| SYU | Susan Yu | CON | 4.80 | $168.00 | $806.40 |
| TDC | Tavius Clark | CL | 0.30 | $48.93 | $14.68 |
| TRI | Thomas Richmond | CON | 0.30 | $118.50 | $35.55 |
| VTM | Vien Marquez | CON | 0.50 | $166.00 | $83.00 |
| YSL | Yun Lee | CON | 1.50 | $184.80 | $277.20 |

*Total* **$2,267.99**

# *Kurtzman Carson Consultants LLC*

### 01/01/2020 - 01/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 1/2/2020 | MFM | Organize and file general case documents to maintain integrity of original document tracking system | SMC | Document Processing | 0.10 |
| | | | | *Total for 1/2/2020* | *0.10* |
| 1/14/2020 | YSL | Allocate Pacer charges for quarter ending 12/31/19 | CON | Document Processing | 0.20 |
| | | | | *Total for 1/14/2020* | *0.20* |
| 1/15/2020 | YSL | Allocate Pacer charges for quarter ending 12/31/19 | CON | Document Processing | 0.20 |
| | | | | *Total for 1/15/2020* | *0.20* |
| 1/16/2020 | YSL | Allocate Pacer charges for quarter ending 12/31/19 | CON | Document Processing | 0.40 |
| | | | | *Total for 1/16/2020* | *0.40* |
| 1/17/2020 | EJG | Attention to correspondence between counsel and case team, including review of same | SMC | Case Administration / Maintenance | 0.40 |
| 1/17/2020 | EJG | Attention to Objection to the Motion of Ironshore Specialty Insurance [DN 756] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 1/17/2020 | MDO | Assist with Objection to the Motion of Ironshore Specialty Insurance [DN 756] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 1/17/2020 | BSR | Assist with Objection to the Motion of Ironshore Specialty Insurance [DN 756] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 1/17/2020 | TRI | Assist with Objection to the Motion of Ironshore Specialty Insurance [DN 756] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 1/17/2020 | CHD | Assist with Objection to the Motion of Ironshore Specialty Insurance [DN 756] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SC | Noticing | 0.30 |
| 1/17/2020 | TDC | Assist with Objection to the Motion of Ironshore Specialty Insurance [DN 756] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.30 |
| 1/17/2020 | SYU | Correspond with counsel re service of Objection to the Motion of Ironshore Specialty Insurance | CON | Noticing | 0.10 |
| 1/17/2020 | SYU | Coordinate and generate Objection to the Motion of Ironshore Specialty Insurance [DN 756] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 1/17/2020 | YSL | Allocate Pacer charges for quarter ending 12/31/19 | CON | Document Processing | 0.40 |
| 1/17/2020 | MVZ | Assist with Objection to the Motion of Ironshore Specialty Insurance [DN 756] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.70 |
| | | | | *Total for 1/17/2020* | *4.50* |
| 1/21/2020 | EJG | Attention to correspondence between counsel and case team, including review of same | SMC | Case Administration / Maintenance | 0.10 |
| 1/21/2020 | EJG | Attention to Statement & Reservation of Rights [DN 763] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 1/21/2020 | LUG | Assist with Statement & Reservation of Rights [DN 763] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |

## *Kurtzman Carson Consultants LLC*

*01/01/2020 - 01/31/2020*

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 1/21/2020 | VTM | Assist with Statement & Reservation of Rights [DN 763] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 1/21/2020 | MDO | Assist with Statement & Reservation of Rights [DN 763] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 1/21/2020 | BSZ | Assist with Statement & Reservation of Rights [DN 763] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 1/21/2020 | IRJ | Assist with Statement & Reservation of Rights [DN 763] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 1/21/2020 | CHD | Assist with Statement & Reservation of Rights [DN 763] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SC | Noticing | 0.30 |
| 1/21/2020 | EGA | Assist with Statement & Reservation of Rights [DN 763] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 1/21/2020 | RIO | Assist with Statement & Reservation of Rights [DN 763] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 1/21/2020 | FRO | Assist with Statement & Reservation of Rights [DN 763] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 1/21/2020 | SYU | Correspond with counsel re service of Statement & Reservation of Rights | CON | Noticing | 0.10 |
| 1/21/2020 | SYU | Coordinate and generate Order Extending Claims Objection Deadline [DN 586] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.90 |
| 1/21/2020 | AOP | Assist with Statement & Reservation of Rights [DN 763] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.90 |
| 1/21/2020 | JKS | Manage and review tracking of undeliverable mail re Objection to the Motion of Ironshore Specialty Insurance [DN 756] | CL | Undeliverable Mail Processing | 0.10 |
| | | | *Total for 1/21/2020* | | *4.70* |
| 1/22/2020 | MFM | Assist with Objection to the Motion of Ironshore Specialty Insurance [DN 756] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.10 |
| 1/22/2020 | SYU | Prepare Affidavit of Service re Objection to the Motion of Ironshore Specialty Insurance [DN 756] mailing | CON | Noticing | 0.80 |
| 1/22/2020 | SYU | Prepare Affidavit of Service re Statement & Reservation of Rights [DN 763] mailing | CON | Noticing | 0.80 |
| 1/22/2020 | SYU | Update Core2002 Service List re filed Notice of Appearance | CON | Noticing | 0.10 |
| 1/22/2020 | SYU | Electronically file 2 Affidavits of Service with the court | CON | Noticing | 0.20 |
| | | | *Total for 1/22/2020* | | *2.00* |
| 1/23/2020 | YSL | Allocate Pacer charges for quarter ending 12/31/19 | CON | Document Processing | 0.20 |
| 1/23/2020 | JKS | Manage and review tracking of undeliverable mail re Statement & Reservation of Rights [DN 763] | CL | Undeliverable Mail Processing | 0.10 |
| | | | *Total for 1/23/2020* | | *0.30* |
| 1/24/2020 | YSL | Allocate Pacer charges for quarter ending 12/31/19 | CON | Document Processing | 0.10 |
| | | | *Total for 1/24/2020* | | *0.10* |
| 1/27/2020 | SYU | Review mail report for Objection to the Motion of Ironshore Specialty Insurance [DN 756] | CON | Noticing | 0.10 |
| | | | *Total for 1/27/2020* | | *0.10* |

## *Kurtzman Carson Consultants LLC*

01/01/2020 - 01/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 1/28/2020 | SYU | Update the public access website with important dates and calendar from counsel | CON | Maintenance of Public Access Website | 0.70 |
| 1/28/2020 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement & Reservation of Rights [DN 763] | CON | Noticing | 0.20 |
| | | | | *Total for 1/28/2020* | *0.90* |
| 1/30/2020 | MFM | Assist with Statement & Reservation of Rights [DN 763] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.10 |
| | | | | *Total for 1/30/2020* | *0.10* |
| 1/31/2020 | SYU | Review Proposed Bar Date Order | CON | Noticing | 0.30 |
| | | | | *Total for 1/31/2020* | *0.30* |
| | | | | *Total Hours* | *13.90* |

# *Kurtzman Carson Consultants LLC*

01/01/2020 - 01/31/2020

## *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| Electronic imaging | 4 | $0.11 | $0.44 |
| Photocopies | 30 | $0.11 | $3.30 |
| Storage Rental | | | $8.00 |
| First Class Mail | | | $798.21 |
| Printing and Mailing Expenses (See Exhibit) | | | $5,699.70 |
| | | *Total Expenses* | *$6,509.65* |

# *Kurtzman Carson Consultants LLC*

01/01/2020 - 01/31/2020

## *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 11/5/2019 | Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications [DNs 421-423, 425, 426] | 159 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 159 Recipients | $250.00 | $250.00 |
| | | 41 | First Class Mail | | |
| | | 21,771 | Image notice printing for 5 documents, including Purdue 421 Akin Gump Retention App.pdf, Purdue 422 Bayard Retention App.pdf, Purdue 423 Province Retention App.pdf, Purdue 425 Jefferies Retention App.pdf, Purdue 426 KCC Retention App.pdf | $0.10 | $2,177.10 |
| | | 41 | Labels | $0.10 | $4.10 |
| | | 41 | Non-Standard Envelopes | $0.30 | $12.30 |
| | | 1 | Notary | $15.00 | $15.00 |
| 11/12/2019 | Motion to Seal, Redacted UCC Objection & Redacted Preis Declaration [DNs 455, 459, 460] | 161 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 161 Recipients | $250.00 | $250.00 |
| | | 40 | First Class Mail | | |
| | | 2,624 | Image notice printing for 3 documents, including Purdue DN 455 - Motion to Seal Opposition to Debtors Motion to Assume AHC Reimbursement Agreement.pdf, Purdue DN 459 - Redacted UCC Objection to Motion to Assume Prepetition Reimbursement Agreement.pdf, Purdue DN 460 - Redacted Preis Declaration in Support of UCC Objection to Motion to Assume.pdf | $0.10 | $262.40 |
| | | 41 | Non-Standard Envelopes | $0.30 | $12.30 |
| | | 1 | Notary | $15.00 | $15.00 |
| 11/14/2019 | Unredacted Objection, Unredacted Preis Declaration & Notice of Filing [DNs 472-474] | 161 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 161 Recipients | $250.00 | $250.00 |
| | | 41 | First Class Mail | | |
| | | 5,160 | Image notice printing for 3 documents, including Purdue 472 - UCC Objection to Motion to Assume - Unredacted.pdf, Purdue 473 - UCC Preis Decl ISO UCC Objection to Motion to Assume - Unredacted.pdf, Purdue 474 - Notice of Filing Unredacted Objection and Declaration.pdf | $0.10 | $516.00 |
| | | 43 | Labels | $0.10 | $4.30 |
| | | 43 | Non-Standard Envelopes | $0.30 | $12.90 |
| | | 1 | Notary | $15.00 | $15.00 |
| 11/21/2019 | Akin Gump, Bayard, Province, Jefferies, KCC Retention Applications Orders [DNs 522-524, 526, 527] | 164 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 164 Recipients | $250.00 | $250.00 |
| | | 41 | First Class Mail | | |
| | | 1,008 | Image notice printing for 5 documents, including Purdue 522 - Akin Gump Retention Application.pdf, Purdue 523 - Bayard Retention Application.pdf, Purdue 524 - Province Retention Application.pdf, Purdue 526 - Jefferies Retention Application.pdf, Purdue 527 - Kurtzman Carson Consultants Retention Application.pdf | $0.10 | $100.80 |
| | | 42 | Non-Standard Envelopes | $0.30 | $12.60 |
| | | 1 | Notary | $15.00 | $15.00 |

| Date | Description | Qty | Item | Rate | Amount |
|---|---|---|---|---|---|
| 1/17/2020 | Objection to the Motion of Ironshore Specialty Insurance [DN 756] | 341 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 174 Recipients | $250.00 | $250.00 |
| | | 41 | First Class Mail | | |
| | | 546 | Image notice printing for 1 document, including Purdue 756 - Objection to the Motion of Ironshore Specialty Insurance.pdf | $0.11 | $60.06 |
| | | 42 | Labels | $0.10 | $4.20 |
| | | 42 | Non-Standard Envelopes | $0.30 | $12.60 |
| | | 1 | Notary | $15.00 | $15.00 |
| 1/21/2020 | Statement & Reservation of Rights [DN 763] | 177 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 177 Recipients | $250.00 | $250.00 |
| | | 1 | Email Service Setup to 177 Recipients | $250.00 | $250.00 |
| | | 41 | First Class Mail | | |
| | | 504 | Image notice printing for 1 document, including Purdue 763 - UCC Statement and RoR re Bar Date Motion.pdf | $0.11 | $55.44 |
| | | 42 | Non-Standard Envelopes | $0.30 | $12.60 |
| | | 1 | Notary | $15.00 | $15.00 |

**Total Printing and Mailing Expenses**                    **$5,699.70**