**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Adv. Pro. No. 19-08289 (RDD)** |
| Plaintiffs, | |
| v. | |
| **COMMONWEALTH OF MASSACHUSETTS,** *et al.*, | |
| Defendants. | |

**NOTICE OF TELEPHONIC HEARING SCHEDULED FOR**
**MARCH 18, 2020, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that as to the motions that are scheduled to be heard at the hearing on **March 18, 2020, at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Robert D. Drain of the United States Bankruptcy Court for the Southern District of New York, in light of the fact that no objections were timely filed with respect to motions for which evidence was submitted by the movant, and no disputed evidence has been proffered where objections were timely filed, as well as present COVID19 health recommendations, such hearing will now be conducted only telephonically (the "**Telephonic Hearing**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Telephonic Hearing must make arrangements through CourtCall by telephone at 1-888-882-6878.

Dated:  White Plains, New York
          March 16, 2020

*/s/Robert D. Drain*
Honorable Robert D. Drain
United States Bankruptcy Judge