**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**NOTICE OF THIRD MONTHLY FEE STATEMENT OF JONES DAY FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | January 1, 2020 through January 31, 2020 |
| **Amount of Compensation Requested (after 13% discount):** | $244,745.96 |
| **Less 20% Holdback** | $48,949.19 |
| **Net of Holdback**: | $195,796.77 |
| **Amount of Expense Reimbursement Requested:** | $8,156.50 |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Total Compensation (Net of Holdback) and Expense Reimbursement Requested:**     $203,953.27

**This is a**          <u>X</u>   Monthly _____Interim ___ Final Fee Statement


*[The remainder of this page has been intentionally left blank]*

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this third monthly fee statement (the "Third Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from January 1, 2020 through January 31, 2020 (the "Third Monthly Fee Period"). By this Third Monthly Fee Statement, and after taking into account certain substantial voluntary discounts and reductions,[3] Jones Day seeks payment in the amount of $203,953.27, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Third Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Third Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]      The total amount sought for fees reflects (a) voluntary write offs in the amount of $8,512.50 and (b) application of a subsequent 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $45,083.74 for the Third Monthly Fee Period), for an overall voluntary reduction of approximately 16%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2020, Jones Day is using 2019 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 16% reduction.

Jones Day professional, and (e) year of bar admission for each attorney.  The blended hourly billing rate of Jones Day timekeepers during the Third Monthly Fee Period is approximately $751.22.[4]

2.    Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Third Monthly Fee Period.

3.    Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Third Monthly Fee Period.

4.    Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Third Monthly Fee Period.[5]

## NOTICE AND OBJECTION PROCEDURES

5.    Notice of this Third Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801, Attn: Justin R. Alberto and Daniel N. Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; and (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov.

---

[4]    The blended rate is comprised of all Jones Day timekeepers who provided services during the Third Monthly Fee Period.

[5]    The time records included in **Exhibit D** have been minimally redacted to protect privileged information.

6.      Objections to this Third Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Anna Kordas (akordas@jonesday.com) no later than March 30, 2020 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

7.      If no objections to this Third Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Third Monthly Fee Statement.

8.      To the extent that an objection to this Third Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Third Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Third Monthly Fee Statement has been

made to this or any other court.

Dated: March 16, 2020              _/s/  Anna Kordas_____
        New York, NY                JONES DAY
                                    John J. Normile
                                    Anna Kordas
                                    250 Vesey Street
                                    New York, NY 10281
                                    Telephone:      (212) 326-3939
                                    Facsimile:      (212) 755-7306
                                    Email:          jjnormile@jonesday.com
                                                    akordas@jonesday.com


                                    *Special Counsel to the Debtors and
                                    Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**JANUARY 1, 2020 – JANUARY 31, 2020**

| NAME | YEAR OF ADMISSION | 2020 RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Pablo D. Hendler | 1995 | $1,125.00 | $978.75 | 6 | $6,750.00 |
| John J. Normile | 1989 | $1,225.00 | $1,065.75 | 131.5 | $161,087.50 |
| Jennifer L. Swize | 2002 | $1,025.00 | $891.75 | 2.1 | $2,152.50 |
| **TOTAL PARTNER:** | | | | **139.6** | **$169,990.00** |
| **OF COUNSEL** | | | | | |
| Kelsey I. Nix | 1988 | $1,125.00 | $978.75 | 17.9 | $20,137.50 |
| **TOTAL OF COUNSEL:** | | | | **17.9** | **$20,137.50** |
| **ASSOCIATE** | | | | | |
| Marlee R. Hartenstein | 2018 | $425.00 | $369.75 | 44.7 | $18,997.50 |
| Ashtyn M. Hemendinger | 2018 | $550.00 | $478.50 | 0.7 | $385.00 |
| Anna Kordas | 2014 | $750.00 | $652.50 | 12.4 | $9,300.00 |
| Kevin V. McCarthy | | $605.00 | $526.35 | 38.1 | $23,050.50 |
| Adam M. Nicolais | 2017 | $550.00 | $478.50 | 36.5 | $20,075.00 |
| Robert N. Stander | 2011 | $852.00 | $741.24 | 4.6 | $3,919.20 |
| **TOTAL ASSOCIATE:** | | | | **137** | **$75,727.20** |
| **LAW CLERK** | | | | | |
| Nathanael D. Andrews | N/A | $475.00 | $413.25 | 13.4 | $6,365.00 |
| Serena Stein | N/A | $525.00 | $456.75 | 15.8 | $8,295.00 |
| Micah Telegen | N/A | $525.00 | $456.75 | 0.1 | $52.50 |
| **TOTAL LAW CLERK:** | | | | **29.3** | **$14,712.50** |
| **PARALEGAL** | | | | | |
| Steven T. Johnson | N/A | $375.00 | $326.25 | 2.00 | $750.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **2.00** | **$750.00** |
| **TOTAL:** | | | | **325.8** | **$281,317.20** |

## EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**

**JONES DAY**
**PROJECT CATEGORY SUMMARY**
<u>**JANUARY 1, 2020 – JANUARY 31, 2020**</u>

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Amneal Appeal | 20.1 | $12,436.70 |
| Collegium Pharmaceuticals | 3.3 | $4,012.50 |
| Intellipharmaceutics Corp. | 120.6 | $108,761.00 |
| Strategic Corporate Advice | 91.8 | $89,839.50 |
| Project Alpha | 73.8 | $52,855.00 |
| Retention Matters | 16.2 | $13,412.50 |
| **TOTAL** | **325.8** | **$281,317.20** |
| **13% DISCOUNT** | | **$36,571.24** |
| **TOTAL FEES** | | **$244,745.96** |

## EXHIBIT C

**EXPENSE SUMMARY**
**JANUARY 1, 2020 – JANUARY 31, 2020**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $7,255.89 |
| Travel - Food | $13.40 |
| Travel - Hotel | $202.27 |
| Travel - Taxi | $111.40 |
| Travel – Train | $551.00 |
| Mailing Charges | $22.54 |
| **TOTAL** | **$8,156.50** |

**<u>EXHIBIT D</u>**

**TIME DETAIL**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street

New York, NY 10281-1047

**(212) 326-3939**

Federal Identification Number: 34-0319085

March 16, 2020                                                     305158-600516

Invoice: 33357028

PURDUE PHARMA L.P.

Attention: Philip C. Strassburger, Esq.

Vice President, General Counsel

One Stamford Forum

Stamford, CT 06901

For legal services rendered for the period through January 31, 2020:

| | | |
|---|---|---|
| Amneal IPR Appeal (376 patent) | USD | 12,436.70 |
| Less 13% Fee Discount | | (1,616.77) |
| | USD | 10,819.93 |
| **TOTAL** | **USD** | **10,819.93** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-600516/33357028 WITH YOUR PAYMENT

**JONES DAY**

305158-600516

Amneal IPR Appeal (376 patent)

Page 2
March 16, 2020
Invoice:  33357028

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| J L SWIZE | 2.10 | 1,025.00 | 2,152.50 |
| ASSOCIATE | | | |
| R N STANDER | 4.60 | 852.00 | 3,919.20 |
| LAW CLERK | | | |
| N D ANDREWS | 13.40 | 475.00 | 6,365.00 |
| **TOTAL** | **20.10** | **USD** | **12,436.70** |

JONES DAY

305158-600516

Amneal IPR Appeal (376 patent)

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 01/06/20 | J L SWIZE | 0.30 |
| | Attention to potential cert petition, including call with client (B. Koch). | |
| 01/07/20 | R N STANDER | 1.30 |
| | Analyze timing for submission and ruling on petition for certiorari (.70); prepare electronic communication summarizing possible timelines for decision (.60). | |
| 01/08/20 | N D ANDREWS | 6.50 |
| | Analyze timing of Federal Circuit petitions and consideration In re Arthrex and Polaris (1.50); research, summarize forfeiture of Arthrex issue in other Federal Circuit cases and analyze merits arguments for appeal (5.00). | |
| 01/08/20 | J L SWIZE | 0.50 |
| | Attention to potential issues for cert petition and handling of Arthrex/Appointments Clause issues and discuss Arthrex research with N. Andrews. | |
| 01/09/20 | N D ANDREWS | 0.50 |
| | Analyze merits arguments for appeal and communicate summary of developments of Appointments Clause waiver issue to R. Stander. | |
| 01/09/20 | R N STANDER | 1.00 |
| | Research certiorari petitions to assist with drafting a petition for certiorari. | |
| 01/09/20 | J L SWIZE | 1.00 |
| | Attention to strategy for potential cert petition, including timing in light of ongoing Arthrex/Appointments Clause issues (.25); advise R. Stander and N. Andrews on next steps (.25); review research from N. Andrews regarding Arthrex/Appointments Clause challenges (.50). | |
| 01/10/20 | N D ANDREWS | 3.50 |
| | Analyze, review merits arguments for appeal. | |
| 01/13/20 | J L SWIZE | 0.30 |
| | Review Appointments Clause-related matters, including arguments raised in other cases. | |
| 01/16/20 | N D ANDREWS | 2.90 |
| | Research, analyze Appointments Clause waiver issue in re Arthrex. | |
| 01/16/20 | R N STANDER | 2.30 |
| | Review Arthrex decision and analyze potential avenues for obtaining relief at the certiorari stage based on Arthrex. | |
| **TOTAL** | | **20.10** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 16, 2020                                                    305158-610005

Invoice: 33357030

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 4,012.50 |
| Less 13% Fee Discount | | (521.62) |
| | USD | 3,490.88 |
| **TOTAL** | **USD** | **3,490.88** |

Please remit payment to:

**ACH Transfer (preferred)**       **Wire Transfer**
Citibank, N.A.                     Citibank, N.A.
New York, NY                       New York, NY
Account Name: Jones Day            Account Name: Jones Day
Account No: 37026407               Account No: 37026407
ABA No: 021000089                  ABA No: 021000089
                                   Swift Code: CITIUS33

PLEASE REFERENCE 305158-610005/33357030 WITH YOUR PAYMENT

**JONES DAY**

305158-610005

Page 2
March 16, 2020
Invoice:  33357030

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P D HENDLER | 0.30 | 1,125.00 | 337.50 |
| J J NORMILE | 3.00 | 1,225.00 | 3,675.00 |
| **TOTAL** | **3.30** | **USD** | **4,012.50** |

**JONES DAY**

305158-610005                                                               Page 3
                                                                 March 16, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals        Invoice:  33357030


SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 01/21/20 | J J NORMILE | 1.50 |

Review of legal research regarding strategy regarding status of litigation.

| 01/22/20 | J J NORMILE | 1.50 |

Continued review of legal research regarding strategy regarding status of litigation.

| 01/28/20 | P D HENDLER | 0.30 |

Preparation for, participation in and attention to teleconference with client, including B. Koch and R. Inz, regarding status of matter and strategy regarding status of litigation.

**TOTAL**                                                                  **3.30**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 16, 2020                                               305158-610027

Invoice: 33357114

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2020:

| | | |
|---|---|---|
| Project Alpha | USD | 52,855.00 |
| Less 13% Fee Discount | | (6,871.15) |
| | USD | 45,983.85 |
| **TOTAL** | **USD** | **45,983.85** |

Please remit payment to:

**ACH Transfer (preferred)**            **Wire Transfer**
Citibank, N.A.                          Citibank, N.A.
New York, NY                            New York, NY
Account Name: Jones Day                 Account Name: Jones Day
Account No: 37026407                    Account No: 37026407
ABA No: 021000089                       ABA No: 021000089
                                        Swift Code: CITIUS33

PLEASE REFERENCE 305158-610027/33357114 WITH YOUR PAYMENT

# JONES DAY

305158-610027

Project Alpha

Page 2
March 16, 2020
Invoice: 33357114

### TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| J J NORMILE | 11.20 | 1,225.00 | 13,720.00 |
| **OF COUNSEL** | | | |
| K I NIX | 17.90 | 1,125.00 | 20,137.50 |
| **ASSOCIATE** | | | |
| M R HARTENSTEIN | 44.70 | 425.00 | 18,997.50 |
| **TOTAL** | **73.80** | **USD** | **52,855.00** |

# JONES DAY

305158-610027

Page 3
March 16, 2020

Project Alpha

Invoice: 33357114

## SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**01/05/20    K I NIX    0.80**
Prepared email to J. Normile regarding various procedural issues relating ███████████
███████

**01/06/20    J J NORMILE    2.20**
Review background materials relating to Project Alpha including relevant factual and legal research (2.0);
review correspondence from B. Koch regarding same (.20).

**01/08/20    M R HARTENSTEIN    2.00**
Research case law regarding regarding various procedural issues re███████████████
███████ to assess likelihood of success.

**01/08/20    K I NIX    1.20**
Conferred with J. Normile and M. Hartenstein regarding██████████████████
██████

**01/09/20    M R HARTENSTEIN    5.00**
Research case law regarding ████████████████████ (.70); research standard for
motions in bankruptcy court in relevant jurisdictions (3.50); prepare correspondence to K. Nix outlining
same (.80).

**01/09/20    K I NIX    1.00**
Work regarding ████████████████ and conferred with M.
Hartenstein regarding same.

**01/10/20    M R HARTENSTEIN    6.20**
Research case law regarding ██████████████████ (3.20); research
case law regarding ███████████ (2.10); prepare
correspondence to K. Nix outlining same (.90).

**01/10/20    K I NIX    2.20**
Work regarding ████████████████████, including conferred with M.
Hartenstein.

**01/13/20    M R HARTENSTEIN    6.40**
Research case law regarding ██████████████████████ (1.50);
research case law regarding ██████
(2.90); research discovery rules in bankruptcy court (1.30); prepare correspondence to K. Nix outlining
same (.70).

**01/13/20    K I NIX    2.00**
Work regarding ████████████████ and studied cases from M.
Hartenstein.

**01/14/20    K I NIX    2.80**
Studied cases and conferred with M. Hartenstein (1.00); outlined summary of research and conclusions
(1.80).

**01/15/20    M R HARTENSTEIN    5.20**
Draft memorandum analyzing ████████ ██████ ████████████████
██████

**01/15/20    K I NIX    2.00**
Conferred with M. Hartenstein regarding████████████████████ and
studied cases and worked on draft summary memo regarding same.

# JONES DAY

305158-610027                                                                    Page 4
                                                                    March 16, 2020
Project Alpha                                                      Invoice: 33357114

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 01/16/20 | M R HARTENSTEIN | 3.50 |

Revise memorandum analyzing ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

| 01/16/20 | K I NIX | 2.30 |

Conferred with M. Hartenstein regarding ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮ draft summary memo regarding same (2.00); conferred with J. Normile (.30).

| 01/17/20 | K I NIX | 1.40 |

Worked on summary and email to J. Normile regarding ▮▮▮▮▮▮▮▮ ▮ ▮▮▮▮
▮▮▮

| 01/17/20 | J J NORMILE | 1.50 |

Review results of legal research regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| 01/21/20 | K I NIX | 1.20 |

Conferred with J. Normile regarding ▮▮▮▮▮▮▮▮▮.

| 01/22/20 | J J NORMILE | 2.50 |

Review of various background materials relating to ▮▮▮▮▮▮▮▮▮▮▮▮▮

| 01/24/20 | K I NIX | 1.00 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| 01/24/20 | J J NORMILE | 1.50 |

Review of various background materials relating to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮

| 01/29/20 | M R HARTENSTEIN | 5.60 |

Research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (2.30); research
recent cases in the Federal Circuit ▮▮▮▮▮▮ (1.50); research recent cases to
▮▮▮▮▮▮▮▮ (1.80).

| 01/29/20 | J J NORMILE | 2.00 |

Attention to ▮▮▮▮▮▮▮ on various procedural issues.

| 01/30/20 | M R HARTENSTEIN | 3.90 |

Legal research regarding various venue issues.

| 01/31/20 | M R HARTENSTEIN | 6.90 |

Draft memorandum analyzing current venue standards for patent infringement cases and applicability of
TC Heartland to cases that pre-date the decision.

| 01/31/20 | J J NORMILE | 1.50 |

Continued review of legal analysis on ▮▮▮▮▮▮▮ motions.

**TOTAL**                                                              **73.80**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 16, 2020                                                            305158-640002

Invoice: 33357115

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 89,839.50 |
| Less 13% Fee Discount | | (11,679.13) |
| | USD | 78,160.37 |
| **TOTAL** | **USD** | **78,160.37** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33357115 WITH YOUR PAYMENT

**JONES DAY**

305158-640002

Strategic Corporate Advice

Page 2

March 16, 2020

Invoice: 33357115

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 57.00 | 1,225.00 | 69,825.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 15.90 | 605.00 | 9,619.50 |
| A M NICOLAIS | 18.90 | 550.00 | 10,395.00 |
| **TOTAL** | **91.80** | **USD** | **89,839.50** |

JONES DAY

305158-640002

Strategic Corporate Advice

Page 3
March 16, 2020
Invoice: 33357115

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 01/04/20 | J J NORMILE | 4.00 |

Review of materials forwarded by P. Strassburger and R. Inz regarding various corporate assets including patents, patent applications and assignments (3.00); review background materials regarding potential motion (1.00).

| 01/05/20 | J J NORMILE | 2.00 |
|---|---|---|

Continued review of materials relating to patents and clinical data trials relating to various corporate assets.

| 01/06/20 | A M NICOLAIS | 4.30 |
|---|---|---|

Edits/revisions to weekly calendar update (.50); communication with J. Normile re same (.25); reviewing appeal's court docket re same (.50); Purdue weekly teleconference (.75); drafting AdCom meeting anticipated issues summary (2.30).

| 01/07/20 | J J NORMILE | 3.00 |
|---|---|---|

Preparation for and participation in teleconference with P. Strassburger, B. Koch, R. Kreppel (all Purdue), E. Vonnegut and C. Robertson (both DPW) regarding various licensing issues (2.00); review background materials and prepare correspondence regarding same (.50); review correspondence regarding Kashiv letter regarding paragraph IV certification (.50).

| 01/08/20 | J J NORMILE | 2.50 |
|---|---|---|

Continued review of various licensing issues regarding various assets including OxyContin and Hysingla.

| 01/09/20 | J J NORMILE | 3.00 |
|---|---|---|

Attention to various issues relating to ownership and assignment of various patents relating to OxyContin including review of background materials.

| 01/10/20 | J J NORMILE | 3.50 |
|---|---|---|

Attention to various issues relating to ownership and assignment of various patents relating to OxyContin including review of background materials.

| 01/12/20 | K MCCARTHY | 5.00 |
|---|---|---|

Review materials related to various agreements and communicate internally with J. Normile and A. Nicolais regarding same (3.50); draft/revise summary of key agreements (1.00); perform legal research re: same (.50).

| 01/12/20 | A M NICOLAIS | 2.70 |
|---|---|---|

Communication in firm with K. McCarthy regarding Purdue know how (.50); review/analyze assignments and agreements regarding same (2.20).

| 01/12/20 | J J NORMILE | 5.50 |
|---|---|---|

Review background materials relating to development of various corporate products (4.00); various teleconferences with P. Strassburger, K. McCarthy and A. Nicolais regarding same (1.50).

| 01/13/20 | K MCCARTHY | 7.90 |
|---|---|---|

Review materials related to various agreements and communicate internally with J. Normile and A. Nicolais regarding same (2.90); draft/revise memorandum regarding Purdue's potential ownership rights and communicate internally with J. Normile and A. Nicolais regarding same (4.60); perform legal research re: implied licenses (.40).

| 01/13/20 | A M NICOLAIS | 9.70 |
|---|---|---|

Continue review/analysis of various Purdue agreements (3.20); communication in firm with J. Normile and K. McCarthy re same (2.00); drafting memorandum regarding same (4.00); weekly Purdue status call (.50).

| 01/13/20 | J J NORMILE | 7.50 |
|---|---|---|

Review background materials relating to development of various corporate assets and review correspondence from R. Inz (including attachments) regarding same (5.00); various teleconferences with P. Strassburger, K. McCarthy and A. Nicolais regarding same (1.50); office conferences with K. McCarthy and A. Nicolais regarding same (1.00).

**JONES DAY**

305158-640002                                                                      Page 4
                                                                         March 16, 2020
Strategic Corporate Advice                                          Invoice:  33357115

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

01/14/20      K MCCARTHY                                                  1.00
Communicate internally with J. Normile and A. Nicolais re: memorandum concerning Purdue's potential ownership rights of certain know how (.50); draft/revise proposed list of questions concerning various corporate assets and communicate internally with J. Normile and A. Nicolais re: same (.50).

01/14/20      A M NICOLAIS                                                1.80
Drafting inquiries regarding various corporate assets (1.30); meeting with J. Normile re same (.50).

01/14/20      J J NORMILE                                                 1.50
Review of due diligence sheet regarding ownership of various Purdue assets including related review of background materials.

01/15/20      A M NICOLAIS                                                0.40
Edits/revisions to Purdue patents-in-suit sheet regarding patent ownership.

01/16/20      J J NORMILE                                                 5.00
Preparation for and participation in teleconference with D. Forrester (DPW), R. Inz (Purdue) and B. Koch (Purdue) regarding various OxyContin patent assets including review of various background materials (2.00) preparation for and participation in teleconferences with P. Strassburger (Purdue), R. Kreppel (Purdue) and DPW regarding various OxyContin licensing matters and review of background materials regarding same (3.00).

01/17/20      J J NORMILE                                                 1.50
Review email from D. Forester (DPW) regarding various Purdue employment agreements and impact on various corporate assets.

01/20/20      J J NORMILE                                                 0.70
Review email from P. Strassburger regarding CP petition to FDA on complex drugs (.50); review emails from R. Inz regarding Special Committee meeting (.20).

01/21/20      J J NORMILE                                                 2.00
Continued review of various agreements relating to OxyContin (1.50); related teleconference with R. Inz (Purdue) (.50).

01/22/20      J J NORMILE                                                 2.80
Continued review of various agreements relating to OxyContin (1.50); related teleconference with R. Inz (Purdue) (.50); review emails from R. Inz regarding Confidential Information Agreements (.80).

01/24/20      J J NORMILE                                                 2.00
Review and revise draft memo relating to various licensing considerations including review of background materials and office conference with K. McCarthy (JD).

01/26/20      K MCCARTHY                                                  0.50
Revise memorandum re: various procedural issues and communicate internally re: follow-up legal research.

01/26/20      J J NORMILE                                                 2.50
Review recent correspondence relating to various corporate assets and ownership status of same and background materials (1.50); review correspondence regarding amendment to various Purdue OxyContin license agreements (1.00).

01/27/20      K MCCARTHY                                                  1.50
Review legal research re: various standing issues (.70), revise memorandum re: same (.80).

01/27/20      J J NORMILE                                                 3.00
Review and revision of draft legal memorandum relating to various Purdue license agreements covering OxyContin and potential amendment of same (2.50); review recent correspondence regarding same (.50).

01/30/20      J J NORMILE                                                 2.00
Review of proposed amendments to various Purdue OxyContin license agreements including comments by R. Kreppel and R. Inz including review of relevant background materials.

305158-640002                                                                    Page 5
                                                                          March 16, 2020
Strategic Corporate Advice                                          Invoice:  33357115


| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 01/31/20 | J J NORMILE | 3.00 |

Preparation for and participation in multiple teleconferences with P. Strassburger, R. Kreppel, R. Inz and R. Geise regarding various amendments to Purdue's OxyContin license agreements and review of various comments regarding same and related background materials.

**TOTAL**                                                             **91.80**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047

**(212) 326-3939**

Federal Identification Number: 34-0319085

March 16, 2020                                                   305158-999007

Invoice: 33357117

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 13,412.50 |
| Less 13% Fee Discount | | (1,743.62) |
| | USD | 11,668.88 |
| **TOTAL** | **USD** | **11,668.88** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                         Citibank, N.A.
New York, NY                           New York, NY
Account Name: Jones Day                Account Name: Jones Day
Account No: 37026407                   Account No: 37026407
ABA No: 021000089                      ABA No: 021000089
                                       Swift Code: CITIUS33

PLEASE REFERENCE 305158-999007/33357117 WITH YOUR PAYMENT

**JONES DAY**

305158-999007

Page 2

March 16, 2020

Invoice:  33357117

Retention Matters

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 3.00 | 1,225.00 | 3,675.00 |
| ASSOCIATE |  |  |  |
| A M HEMENDINGER | 0.70 | 550.00 | 385.00 |
| A KORDAS | 12.40 | 750.00 | 9,300.00 |
| M I TELEGEN | 0.10 | 525.00 | 52.50 |
| **TOTAL** | **16.20** | **USD** | **13,412.50** |

**JONES DAY**

305158-999007

Retention Matters

Page 3
March 16, 2020
Invoice: 33357117

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 01/07/20 | J J NORMILE | 1.00 |

Attention to fee retention issues including invoices for September-November 2019.

| 01/08/20 | A M HEMENDINGER | 0.70 |

Draft/revise fee statement.

| 01/08/20 | A KORDAS | 0.70 |

Confer with J. Normile regarding fee statement (.30); confer with A. Hemendinger regarding same (.10); review draft statement (.30).

| 01/08/20 | M I TELEGEN | 0.10 |

Communicate w. A Hemendinger regarding fee statement.

| 01/20/20 | A KORDAS | 1.80 |

Draft/revise monthly fee statement.

| 01/23/20 | A KORDAS | 3.20 |

Draft/revise monthly fee statement (1.40); prepare fee statement worksheet in connection with same (1.80).

| 01/23/20 | J J NORMILE | 1.00 |

Attention to preparation of Jones Day Fee Statement for 9/15/19 to 11/30/19.

| 01/24/20 | A KORDAS | 1.60 |

Finalize draft of monthly fee statement (1.30); correspond with J. Normile and J. McCarthy regarding matter (.30).

| 01/29/20 | A KORDAS | 3.00 |

Finalize first monthly fee statement (.70); confer with J. Normile regarding same (.30); coordinate filing and service of same (.50); review/revise December invoices for UST guidelines compliance (1.30); confer with J. Normile and J. McCarthy regarding same (.20).

| 01/29/20 | J J NORMILE | 1.00 |

Various office and teleconferences with A. Kordas regarding Purdue's interim fee application for September-November 2019.

| 01/30/20 | A KORDAS | 2.10 |

Draft/revise December monthly fee statement and supporting worksheet (1.90); correspond with J. McCarthy and J. Normile regarding same (.20).

**TOTAL**                                                                      **16.20**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 16, 2020                                                              305158-610013

                                                                    Invoice: 33357202

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 108,761.00 |
| Less 13% Fee Discount | | (14,138.93) |
| | USD | 94,622.07 |

## DISBURSEMENTS & CHARGES

| | |
|---|---|
| Consultants and Agents Fees | 7,255.89 |
| Travel - Food and Beverage Expenses | 13.40 |
| Travel - Hotel Charges | 202.27 |
| Travel - Taxi Charges | 111.40 |
| Travel - Train Fare | 551.00 |
| United Parcel Service Charges | 22.54 |

                                                                    8,156.50   **

**TOTAL**                                             USD      **102,778.57**

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610013/33357202 WITH YOUR PAYMENT
** = Food, beverage and entertainment expense in accordance with I.R.C. Sect. 274(e)3, included in this amount is USD 13.40

**JONES DAY**

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 5.70 | 1,125.00 | 6,412.50 |
| J J NORMILE | 57.30 | 1,225.00 | 70,192.50 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 22.20 | 605.00 | 13,431.00 |
| A M NICOLAIS | 17.60 | 550.00 | 9,680.00 |
| LAW CLERK |  |  |  |
| S R STEIN | 15.80 | 525.00 | 8,295.00 |
| PARALEGAL |  |  |  |
| S T JOHNSON | 2.00 | 375.00 | 750.00 |
| **TOTAL** | **120.60** | **USD** | **108,761.00** |

# JONES DAY

305158-610013 | **Page 3**
---|---
| March 16, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | Invoice: 33357202

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 01/02/20 | J J NORMILE | 4.50 |

Preparation for and participation in teleconference with P. Strassburger and B. Koch regarding upcoming FDA AdCom meeting and preparation for same (1.50); attention to legal research regarding timeline for IPC I trial (.50); review background materials regarding potential amendment to Purdue OxyContin license (1.00); teleconference with P. Strassburger and B. Koch regarding timing of IPC and Collegium actions and review background materials regarding same (1.50).

| 01/03/20 | J J NORMILE | 4.00 |

Continued research regarding potential trial dates before Judge Andrews and impact of upcoming FDA AdCom meeting (1.50); attention to various issues regarding litigation strategy (2.50).

| 01/06/20 | K MCCARTHY | 0.50 |

Participate in client teleconference regarding weekly litigation status updates with J. Normile and A. Nicolais (0.50).

| 01/06/20 | J J NORMILE | 4.00 |

Preparation for and participation in weekly status teleconference with P. Strassburger, R. Kreppel, B. Koch, R. Inz, R. Silbert, K. McCarthy and A. Nicolais regarding various outstanding issues including IPC NDA and upcoming AdCom meeting (2.5); review background materials for AdCom meeting and emails from P. Mathers and R. Mannion (1.5).

| 01/07/20 | A M NICOLAIS | 2.70 |

Continue drafting AdCom meeting anticipated agenda (1.30); reviewing IPC re-submission NDA re same (1.40).

| 01/07/20 | J J NORMILE | 2.00 |

Review correspondence from R. Mannion, R. Fanelli and P. Strassburger regarding upcoming AdCom meeting (.50); review background materials regarding same (1.5).

| 01/08/20 | J J NORMILE | 2.50 |

Review various materials in preparation for upcoming AdCom meeting.

| 01/09/20 | K MCCARTHY | 0.50 |

Draft/revise summary of potential issues to be discussed at IPC's upcoming FDA Adcom Meeting and communicate internally with A. Nicolais and J. Normile regarding same (0.50).

| 01/09/20 | A M NICOLAIS | 2.20 |

Draft/revise summary of anticipated topics of IPC AdCom meeting for J. Normile (2.00); communication in firm with K. McCarthy re same (.20).

| 01/09/20 | J J NORMILE | 2.00 |

Continued review of relevant materials for upcoming IPC AdCom meeting.

| 01/10/20 | J J NORMILE | 2.50 |

Continued review of relevant materials for upcoming IPC AdCom meeting.

| 01/13/20 | P D HENDLER | 0.50 |

Preparation for, participation in and attention to teleconference with client (including P. Strassburger) regarding upcoming AdCom meeting.

| 01/13/20 | K MCCARTHY | 0.60 |

Client teleconference with J. Normile, P. Hendler, and A. Nicolais re: Purdue weekly litigation status updates and FDA briefing packet for upcoming IPC AdCom meeting.

| 01/13/20 | J J NORMILE | 2.50 |

Preparation for and participation in weekly call with P. Strassburger, R. Silbert, R. Inz, B. Koch, R. Kreppel, P. Hendler, K. McCarthy regarding status of proceedings (1.5); review AdCom materials (1.0).

# JONES DAY

305158-610013                                                                                    Page 4
                                                                                      March 16, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                    Invoice:  33357202


| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**01/14/20    P D HENDLER    1.40**
Attention to various underlying factual issues and teleconferences with client (F. Hutchinson; B. Koch) regarding same.

**01/14/20    S T JOHNSON    0.50**
Search for and assemble relevant expert reports and supporting documents for reference by attorneys.

**01/14/20    J J NORMILE    7.00**
Review FDA and IPC briefing materials for upcoming AdCom meeting and related background materials (3.0); review memorandum and related materials regarding AdCom Committee (1.0); related conferences with P. Strassburger (Purdue) and B. Koch (Purdue) regarding same (1.0); travel to Silver Spring, MD regarding same (2.0).

**01/15/20    J J NORMILE    7.00**
Preparation for and attendance at FDA AdCom meeting on IPC's NDA including various emails from P. Strassburger (Purdue) and R. Fanelli (Purdue) with attached background materials from Pink Sheets (6.0); related conferences with Messrs. Strassburger, Koch and Inz (1.0).

**01/16/20    P D HENDLER    1.50**
Attention to various underlying factual issues.

**01/16/20    J J NORMILE    2.50**
Various office and teleconferences regarding results of IPC AdCom meeting with P. Strassburger, R. Silbert, R. Inz, R. Kreppel and B. Koch, including review of various press releases.

**01/17/20    P D HENDLER    1.50**
Attention to testimony for purposes of review regarding infringement claims.

**01/17/20    S T JOHNSON    1.50**
Search archives from past closed but relevant litigations for key expert materials for reference by attorneys.

**01/17/20    K MCCARTHY    2.00**
Review IPC AdCom meeting materials and communicate internally with J. Normile and A. Nicolais regarding IPC's AdCom meeting and follow-up legal research (1.00); perform legal research regarding results of AdCom meeting (1.00).

**01/17/20    A M NICOLAIS    2.10**
Meeting with J. Normile re IPC AdCom meeting (.20); legal research regarding various procedural issues (1.60); communication with K. McCarthy regarding same (.30).

**01/17/20    J J NORMILE    1.00**
Review correspondence and attached materials from P. Strassburger regarding AdCom meeting.

**01/18/20    A M NICOLAIS    4.00**
Research regarding various procedural issues (3.00): drafting summary regarding same (1.00).

**01/18/20    J J NORMILE    2.00**
Review legal research regarding procedural issues of pending litigation matters in view of AdCom meeting (1.5); review email from R. Mannion (technical expert).

**01/19/20    K MCCARTHY    0.60**
Review legal research and draft/revise internal email summary regarding various procedural issues.

**01/19/20    J J NORMILE    2.00**
Continued review of legal research regarding procedural issues impacting pending litigation in view of IPC AdCom meeting including various emails from K. McCarthy (JD).

**01/20/20    K MCCARTHY    3.00**
Review legal research and draft/revise memo regarding various procedural issues (2.50); communicate with J. Normile regarding follow-up legal research requests (.50).

**JONES DAY**
Pg 35 of 37

305158-610013                                                                                          Page 5
                                                                                          March 16, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                         Invoice:  33357202

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

01/20/20    A M NICOLAIS                                                          2.00
Draft/revise memo regarding various procedural issues.

01/20/20    J J NORMILE                                                          2.00
Preparation for and participation in weekly status teleconference with Purdue team (P. Strassburger, R. Silbert, R. Inz, R. Kreppel and B. Koch) (1.0); review legal research regarding various procedural issues in view of results of AdCom meeting (1.0).

01/20/20    S R STEIN                                                            5.00
Communicate with K. McCarthy regarding research for memo (.50); draft case law summaries dealing with various procedural issues and review and analyze regarding same (4.50).

01/21/20    K MCCARTHY                                                          0.50
Review legal research and updated memo re: various procedural issues and communicate with A. Nicolais re: same.

01/21/20    A M NICOLAIS                                                          2.20
Drafting memorandum regarding various procedural issues.

01/21/20    S R STEIN                                                            3.90
Review and analyze case law dealing with various procedural issues (2.00); draft summaries regarding same (.40).

01/22/20    K MCCARTHY                                                          4.50
Review legal research regarding various procedural issues and communicate internally with A. Nicolais and S. Stein re: same (1.50); review, revise, and provide comments to memorandum and communicate with A. Nicolais and S. Stein re: same (3.00).

01/22/20    A M NICOLAIS                                                          1.50
Team meeting re varius procedural issues memorandum (.50); edits/revisions to same (1.00).

01/22/20    S R STEIN                                                            2.40
Review and analyze draft of memorandum regarding various procedural issues (2.00); communicate with K. McCarthy and A. Nicolais regarding same (.40).

01/23/20    K MCCARTHY                                                          4.00
Draft/revise memorandum re: various procedural issues and communicate with A. Nicolais and S. Stein re: same (3.00); communicate with J. Normile re: comments to draft memorandum and required follow up research (.50); perform legal research re: same (.50).

01/23/20    J J NORMILE                                                          4.30
Review and revision of draft memorandum regarding various procedural issues relating to viability of IPC NDA product (3.00); related office conference with K. McCarthy (JD) (.50); review background materials (.80).

01/24/20    K MCCARTHY                                                          6.00
Perform legal research re: procedural issues, and communicate internally with J. Normile re: same (3.50); revise memorandum to incorporate new legal research and communicate internally with A. Nicolais and S. Stein re: same (2.50).

01/24/20    A M NICOLAIS                                                          0.90
Review/edit IPC procedural issues memorandum.

01/24/20    J J NORMILE                                                          3.00
Review and revision of draft memo relating to procedural issues relating to IPC's NDA in view of AdCom meeting including review of relevant Federal Circuit jurisprudence (2.0); related office and teleconferences with K. McCarthy (JD) (1.0).

01/24/20    S R STEIN                                                            0.80
Review and analyze cited cases and statutes in memorandum regarding jurisdictional issues (.50); communicate with K. McCarthy and A. Nicolais regarding same (.30).

JONES DAY

305158-610013

Page 6

March 16, 2020

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Invoice: 33357202

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 01/26/20 | S R STEIN | 2.70 |
| | Research regarding structuring issues and communicate with K. McCarthy regarding same. | |
| 01/27/20 | P D HENDLER | 0.50 |
| | Consideration of strategy regarding status of IPC's NDA and law regarding same. | |
| 01/27/20 | S R STEIN | 1.00 |
| | Review and analyze case law regarding structuring issues and revise memo regarding same. | |
| 01/28/20 | P D HENDLER | 0.30 |
| | Preparation for, participation in and attention to teleconference with client, including B. Koch and R. Inz, regarding status of matter and strategy regarding IPC's AdComm meeting and NDA. | |
| 01/28/20 | J J NORMILE | 2.50 |
| | Preparation for and participation in team teleconference with B. Koch and R. Inz regarding various outstanding litigation matters including Collegium and IPC (1.50); review research memoranda regarding same (1.00). | |

**TOTAL**                                                                    **120.60**

# JONES DAY

305158-610013

**Page 7**
March 16, 2020

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Invoice: 33357202

## DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|

**CONSULTANTS FEES**

| 01/14/20 | NYC ACCOUNTING | NYC | 1,500.00 | |

Consultants fees - EMERSON RESOURCES, INC. for December 2019 storage (Invoice 22725 12/31/2019).

| 01/29/20 | NYC ACCOUNTING | NYC | 5,755.89 | |

Consultants fees - MANNION CONSULTING LLC (Richard O. Mannion) for professional services rendered - January 2020 (Invoice 1061 2/02/2020).

|  | **Consultants fees Subtotal** | | | **7,255.89** |

**FOOD AND BEVERAGE EXPENSES**

| 01/23/20 | J J NORMILE | NYC | 3.86 | |

Food and beverage expenses other re: travel to Silver Spring, MD for FDA Advisory Committee Meeting 14-Jan-2020 John Normile

| 01/23/20 | J J NORMILE | NYC | 9.54 | |

Food and beverage expenses: breakfast re: travel to Silver Spring, MD for FDA Advisory Committee Meeting 15-Jan-2020

|  | **Food and beverage expenses Subtotal** | | | **13.40** |

**HOTEL CHARGES**

| 01/23/20 | J J NORMILE | NYC | 202.27 | |

Hotel charges - to attend FDA Advisory Committee Meeting in Silver Spring, MD on IPC's NDA 14-Jan-2020 to 15-Jan-2020 1 night

|  | **Hotel charges Subtotal** | | | **202.27** |

**TAXI FARE**

| 01/23/20 | J J NORMILE | NYC | 34.07 | |

Taxi fare - Union Station to Silver Spring, MD to attend FDA Advisory Committee Meeting in Silver Spring, MD on IPC's NDA 14-Jan-2020

| 01/23/20 | J J NORMILE | NYC | 43.39 | |

Taxi fare - FDA (Silver Spring) to Union Station re: travel to attend FDA Advisory Committee Meeting in Silver Spring, MD on IPC's NDA 15-Jan-2020

| 01/31/20 | J J NORMILE | NYC | 33.94 | |

Taxi Fare - DIAL CAR 1/14/2020 from office to train station (Vesey St NYC to 230 W 31 St NYC10001) re: travel to FDA Advisory Committee Meeting in Silver Spring, MD.

|  | **Taxi Fare Subtotal** | | | **111.40** |

**TRAIN FARE**

| 01/31/20 | J J NORMILE | NYC | 551.00 | |

Train Fare - to/from Washington, D.C. - New York Penn re: attendance at FDA AdCom Mtg. 15-Jan-2020.

|  | **Train Fare Subtotal** | | | **551.00** |

**UNITED PARCEL SERVICE CHARGES**

| 01/17/20 | J J NORMILE | NYC | 22.54 | |

United Parcel Services Charges, John Normile, Jones Day, 1Z10445E8496886469

|  | **United Parcel Service charges Subtotal** | | | **22.54** |

|  | **TOTAL** | | **USD** | **8,156.50** |