George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald J. Brown
Alyssa DaCunha
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.***,** | **Case No. 19-23649 (RDD)** |
| **Debtors.[1]** | |

**SUMMARY SHEET FOR FIRST INTERIM FEE APPLICATION OF**
**WILMER CUTLER PICKERING HALE AND DORR LLP**

| | |
|---|---|
| **Name of Applicant:** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Applicant's Role in Case:** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | November 25, 2019 *nunc pro tunc* to September 15, 2019 |
| **Application Period:** | September 16, 2019 through January 31, 2020 |
| **Total Fees Requested:** | **$448,644.25**[2] |
| **Total Expenses Requested:** | **$3,529.30** |
| **Total Fee and Expenses Requested:** | **$452,173.55** |
| **Prior Applications:** | None |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

[2]     This amount reflects a reduction in fees in the aggregate amount of $81,822.25 on account of an agreed reduction in the aggregate amount of $75,112.25 and 50% reduction of non-working travel time in the amount of $6,710.00.

## COMPENSATION BY PROFESSIONAL

### (SEPTEMBER 16, 2019 – DECEMBER 31, 2019)[3]

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald J. Brown | Partner; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,355.00 | 10.10 | 13,685.50 |
| Alyssa DaCunha | Partner; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 850.00 | 86.00 | 73,100.00 |
| George W. Shuster, Jr. | Partner; admitted to MA Bar since 2001 and NY Bar since 2010; Bankruptcy & Financial Restructuring ("BFR"). | 1,060.00 | 3.10 | 3,286.00 |
| **Partners Total** | | | **99.20** | **$90,071.50** |
| **Counsel** | | | | |
| John T. Byrnes | Counsel; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 775.00 | 48.40 | 37,510.00 |
| Sean A. Hayes | Counsel; admitted to DC Bar since 2006; Regulatory and Government Affairs. | 825.00 | 3.10 | 2,557.50 |
| Isley Markman Gostin | Counsel; admitted to NY and IL Bars since 2011 and DC Bar since 2012; BFR. | 850.00 | 0.50 | 425.00 |
| Nancy L. Manzer | Special Counsel; admitted to NY and DC Bar since 1989 and VA Bar since 2002; BFR. | 990.00 | 34.70 | 34,353.00 |
| **Counsel Total** | | | **86.70** | **$74,845.50** |

---

[3]     WilmerHale's standard billing rates changed during the Interim Fee Period.  WilmerHale increased its standard billing rates effective as of January 1, 2020.  The rates reflected in this chart are for 2019 only.

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Associates and Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 475.00 | 88.50 | 42,037.50 |
| Sheila E. Menz | Sr. Associate; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 590.00 | 153.30 | 90,447.00 |
| Meredith Moriarty | Discovery Attorney; admitted to OH Bar since 2010; Discovery Solutions. | 90.00 | 4.60 | 414.00 |
| Elena M. Satten-Lopez | Associate; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 495.00 | 35.80 | 17,721.00 |
| Phoebe Stroede | Sr. Discovery Attorney; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 53.40 | 16,020.00 |
| **Associates and Attorneys Total** | | | **335.60** | **$166,639.50** |
| **Paraprofessionals** | | | | |
| Jeremiah Chandler | Co-op Student; Discovery Solutions. | 135.00 | 1.60 | 216.00 |
| William E. Lannon | Paralegal; Litigation / Controversy. | 280.00 | 11.40 | 3,192.00 |
| Kevin Le | Sr. Litigation Support Coordinator; Discovery Solutions. | 430.00 | 2.90 | 1,247.00 |
| Paul J. Maher | Sr. Research and Reference Specialist; Library and Research Services. | 455.00 | 0.20 | 91.00 |
| Aaron P. Murphy | Research and Reference Specialist; Library and Research Services. | 375.00 | 1.40 | 525.00 |
| Elizabeth W. Rockett | Legislative Assistant; Regulatory and Government Affairs. | 245.00 | 42.40 | 10,388.00 |
| Tamir Shemesh | Project Assistant; Securities Litigation & Enforcement. | 245.00 | 44.50 | 10,902.50 |

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Yolande Thompson | Sr. Paralegal; BFR. | 425.00 | 55.90 | 23,757.50 |
| **Paraprofessionals Total** | | | **160.30** | **$50,319.00** |
| **2019 TOTAL** | | | **681.80** | **$381,875.50** |
| **Less Agreed Reduction** | | | | **-57,281.33** |
| **2019 GRAND TOTAL** | | | **681.80** | **$324,594.17** |

## COMPENSATION BY PROFESSIONAL

## (JANUARY 1, 2020 - JANUARY 31, 2020)

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[4] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald J. Brown | Partner; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 12.00 | 18,600.00 |
| Alyssa DaCunha | Partner; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 965.00 | 71.30 | 68,804.50 |
| **Partners Total** | | | **83.30** | **$87,404.50** |
| **Counsel** | | | | |
| John T. Byrnes | Counsel; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 940.00 | 5.30 | 4,982.00 |
| **Counsel Total** | | | **5.30** | **$4,982.00** |
| **Associates and Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 525.00 | 17.60 | 9,240.00 |
| Sheila E. Menz | Sr. Associate; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 815.00 | 13.30 | 10,839.50 |
| Elena M. Satten-Lopez | Associate; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 30.00 | 16,500.00 |
| Allyson M. Pierce | Associate; admitted to CA Bar in 2019; BFR. | 595.00 | 7.10 | 4,224.50 |

---

[4]    WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[4] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Phoebe Stroede | Sr. Discovery Attorney; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 3.70 | 1,110.00 |
| **Associates and Attorneys Total** | | | **71.70** | **$41,914.00** |
| **Paraprofessionals** | | | | |
| Clara Cabrera | Research & Reference Supervisor; Library and Research Services. | 505.00 | 0.40 | 202.00 |
| Truong Chau | Litigation Support Coordinator; Litigation Support. | 480.00 | 4.60 | 2,208.00 |
| Eric Robert Dolce | Project Assistant; Litigation / Controversy. | 310.00 | 0.90 | 279.00 |
| William E. Lannon | Paralegal; Litigation / Controversy. | 385.00 | 8.90 | 3,426.50 |
| Allyson Lazarre | Co-op Student; Litigation Support. | 155.00 | 0.40 | 62.00 |
| Aaron P. Murphy | Research and Reference Specialist; Library and Research Services. | 415.00 | 0.70 | 290.50 |
| Elizabeth W. Rockett | Legislative Assistant; Regulatory and Government Affairs. | 275.00 | 10.40 | 2,860.00 |
| Tamir Shemesh | Project Assistant; Securities Litigation & Enforcement. | 275.00 | 4.00 | 1,100.00 |
| Yolande Thompson | Sr. Paralegal; BFR. | 545.00 | 5.00 | 2,725.00 |
| Saige Wenik | Sr. Project Assistant; Litigation / Controversy. | 325.00 | 3.50 | 1,137.50 |
| **Paraprofessionals Total** | | | **38.80** | **$14,290.50** |
| **2020 TOTAL** | | | **199.10** | **$148,591.00** |
| **Less Agreed Reduction** | | | | **-17,830.92** |
| **Less 50% Non-Working Travel[5]** | | | | **-6,710.00** |
| **2020 GRAND TOTAL** | | | **199.10** | **$124,050.08** |

---

[5]    During the Interim Fee Period, fees for legal services rendered by WilmerHale included non-working travel time in the aggregate amount of $13,420.00.  In accordance with the U.S. Trustee's Guidelines, WilmerHale deducted 50% of the respective professionals' hourly rates from the respective Fee Statement.

| TOTAL FOR INTERIM FEE PERIOD | 880.90 | $530,466.50 |
|---|---|---|
| LESS REDUCTION FOR 2019 & 2020 | | -$81,822.25[6] |
| GRAND TOTAL FOR INTERIM FEE PERIOD | 880.90 | $448,644.25 |

**Total Attorney Hours for Interim Fee Period:**       **681.80**

**Total Attorney Compensation for Interim Fee Period:**       **$465,857.00**

**Attorney Blended Hourly Rate for Interim Fee Period:**       **$683.28**

**Total Paraprofessional Hours for Interim Fee Period:**       **$199.10**

**Total Paraprofessional Compensation for Interim Fee Period:**       **$64,609.50**

**Paraprofessional Blended Hourly Rate for Interim Fee Period:**       **$324.51**

---

[6]     This amount reflects an agreed reduction in fees in the aggregate amount of $75,112.25 and 50% reduction of non-working travel time in the amount of $6,710.00.

## SUMMARY OF MONTHLY FEE STATEMENTS FOR INTERIM FEE PERIOD

| Period | Fees | Expenses | Status |
|---|---|---|---|
| 09/16/2019 – 11/30/2019 [Docket Nos. 730 & 739] | $273,955.00[7] | $418.89 | Pending. WilmerHale has not received any payment on account of fees or expenses incurred during this period. |
| 12/1/2019 – 12/31/2019 [Docket No. 844] | $50,639.17[8] | $161.18 | Pending. WilmerHale has not received any payment on account of fees or expenses incurred during this period. |
| 01/01/2020 – 01/31/2020 [Docket No. 907] | $124,050.08[9] | $2,949.23 | Pending. WilmerHale has not received any payment on account of fees or expenses incurred during this period. |
| **TOTAL** | **$448,644.25** | **$3,529.30** | |

---

[7]    This amount reflects an agreed reduction in fees in the amount of $48,345.00.

[8]    This amount reflects an agreed reduction in fees in the amount of $8,936.33.

[9]    This amount reflects an agreed reduction in fees in the amount of $17,830.92 and 50% reduction of non-working travel time in the amount of $6,710.00 for a total reduction in the aggregate amount of $24,540.92.

George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald J. Brown
Alyssa DaCunha
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

## FIRST INTERIM FEE APPLICATION OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the

above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby

respectfully submits this first interim fee application (the "**Application**") for the period from

September 16, 2019 through January 31, 2020 (the "**Interim Fee Period**") pursuant to 11 U.S.C.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

§§ 330 and 331 for interim allowance of compensation for professional services rendered and for reimbursement of expenses incurred in connection therewith and respectfully represents:

## PRELIMINARY STATEMENT

1.      This Application has been prepared in accordance with the guidelines and applicable requirements established by the Office of the United States Trustee (as amended, the "**UST Guidelines**"), the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, adopted by the Court in General Order M-447 on January 29, 2013 (the "**Local Guidelines**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**").

2.      By this Application, WilmerHale seeks allowance of interim compensation for legal services rendered on behalf of the Debtors during the Interim Fee Period in the aggregate amount of **$448,644.25** and for reimbursement of actual and necessary expenses incurred in connection with rendering such services in the aggregate amount of **$3,529.30**, including all holdbacks, pursuant to sections 330 and 331 of the Bankruptcy Code.  During the Interim Fee Period, WilmerHale attorneys and paraprofessionals expended a total of **880.90** hours for which compensation is sought.

3.      The fees charged by WilmerHale in these cases are billed in accordance with its agreed-upon billing rates and procedures in effect during the Interim Fee Period. The rates charged by WilmerHale for the services rendered in these chapter 11 cases do not (and will not) exceed the rates WilmerHale customarily charges for services rendered in comparable matters. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable assignments in a competitive national legal market.

4.     Pursuant to the UST Guidelines, annexed to the summary section preceding this Application is a schedule setting forth all WilmerHale professionals and paraprofessionals who have performed services during the Interim Fee Period, the capacities in which each such individual is employed by WilmerHale, the department in which each individual practices, the hourly billing rate charged by WilmerHale for services performed by such individual, the year in which each professional was licensed to practice law, if applicable, and the aggregate number of hours expended in this matter and fees billed therefor.

5.     Pursuant to the Local Guidelines, a certification regarding compliance with the same is annexed hereto as Exhibit A.

6.     Annexed hereto as Exhibit B is a summary of the expenses incurred by WilmerHale during the Interim Fee Period.

7.     Pursuant to the UST Guidelines, annexed hereto as Exhibit C is a summary of the number of hours and amounts billed by WilmerHale during the Interim Fee Period, organized by project categories as hereinafter described.

## JURISDICTION

8.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are sections 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rule 2016-1 and the UST Guidelines.

## BACKGROUND

9.     On September 15, 2019 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are

continuing to operate their business and manage their properties as debtors in possession

pursuant to sections 1007(a) and 1108 of the Bankruptcy Code.

10.     On September 27, 2019, the Office of the United States Trustee appointed an

Official Committee of Unsecured Creditors (the "**Creditors Committee**") [Docket No. 131]. No

trustee or examiner has been appointed.

11.     On November 5, 2019, the *Debtors filed the Application of Debtors for Authority

to Retain and Employ Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel to the

Debtors Nunc Pro Tunc to the Petition Date*, [Docket No. 428], which was granted by order

entered on November 25, 2019 [Docket No. 544].

12.     Pursuant to the Interim Compensation Order, retained professionals are authorized

to submit monthly fee statements. Provided that no objection to a monthly fee statement is timely

filed, the Debtors are authorized to pay such professional an amount equal to eighty percent

(80%) of the fees and one-hundred percent (100%) of the expenses requested in such monthly

fee statement. The Interim Compensation Order further directs professionals to submit an

application requesting interim allowance of the compensation and reimbursement of expenses

sought in the monthly statements, including any holdback, pursuant to sections 330 and 331 of

the Bankruptcy Code.

13.     On January 10, 2020, WilmerHale requested allowance of compensation in the

amount of **$219,164.00**[2] (80% of the actual fees incurred in the amount of **$273,955.00)** and

reimbursement of expenses in the amount of **$418.89** incurred in connection with the actual,

reasonable and necessary professional services rendered during the period commencing on

September 16, 2019 through and including November 30, 2019 [Docket Nos. 730, 739] (the

---

[2]      This amount reflects an agreed reduction in fees in the amount of $48,345.00.

"**First Fee Statement**"). As of the date of this Application, WilmerHale has not received any payment on account of the fees and expenses sought in the First Fee Statement.

14.    On February 19, 2020, WilmerHale requested allowance of compensation in the amount of **$40,511.34**[3] (80% of the actual fees incurred in the amount of **$50,639.17**) and reimbursement of expenses in the amount of **$161.18** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on December 1, 2019 through and including December 31, 2019 [Docket No. 844] (the "**Second Fee Statement**"). As of the date of this Application, WilmerHale has not received any payment on account of the fees and expenses sought in the Second Fee Statement.

15.    On March 11, 2020, WilmerHale requested allowance of compensation in the amount of **$99,240.06**[4] (80% of the actual fees incurred in the amount of **$124,050.08**) and reimbursement of expenses in the amount of **$2,949.23** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on January 1, 2020 through and including January 31, 2020 [Docket No. 907] (the "**Third Fee Statement**"). As of the date of this Application, WilmerHale has not received any payment on account of the fees and expenses sought in the Third Fee Statement.

16.    During the Interim Fee Period, other than pursuant to the Interim Compensation Order, WilmerHale has received no payment and no promises of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between WilmerHale and

---

[3]    This amount reflects an agreed reduction in fees in the amount of $8,936.33.

[4]    This amount reflects an agreed reduction in fees in the amount of $17,830.92 and 50% reduction of non-working travel time in the amount of $6,710.00 for a total reduction in the aggregate amount of $24,540.92.

any other person, other than partners of the firm, for the sharing of compensation to be received for services rendered in these cases.

17.     Pursuant to the Interim Compensation Order, during the Interim Fee Period, WilmerHale sent the Debtors, the U.S. Trustee, and the Creditors Committee monthly fee statements setting forth WilmerHale's fees for professional services rendered and expenses incurred during the Interim Fee Period. In connection with preparing each of the monthly statements and this Application, WilmerHale has adjusted its fees and expenses in favor of the estates. Specifically, WilmerHale has reduced its fees and expenses by **$81,822.25** pursuant to its agreement with Purdue Pharma, L.P. and to comply with the UST Guidelines. No party has objected to any of WilmerHale's monthly statements filed during the Interim Fee Period.

## SUMMARY OF SERVICES RENDERED

18.     This Application requests interim allowance of the compensation for and reimbursement of expenses sought in the First, Second, and Third Fee Statements (collectively, the "**Monthly Statements**"), annexed hereto as Exhibits D-F, including all holdbacks, pursuant to sections 330 and 331 of the Bankruptcy Code.

19.     During the Interim Fee Period, a total of **880.90** hours were incurred by all timekeepers, with the fees totaling **$530,466.50**[5] for a blended rate of **$683.28** per hour for attorneys and **$324.51** for paraprofessionals. WilmerHale believes that these rates are reasonable and fair in light of the complexity of these cases.

20.     The services performed during the Interim Fee Period generally include the following categories, as summarized below, but is not intended to be a detailed description of the

---

[5]     This amount was further reduced to $448,644.25 to reflect a reduction in fees in the aggregate amount of $81,822.25 on account of an agreed reduction in the aggregate amount of $75,112.25 and 50% reduction of non-working travel time in the amount of $6,710.00

work performed. Rather, it is merely an attempt to highlight certain of those areas in which services were rendered to the Debtors. A more detailed description of WilmerHale's services are reflected in the Monthly Statements.

### A. Fee/Employment Applications (B160)

21.    During the Interim Fee Period, WilmerHale professionals spent time preparing retention and fee applications, supplemental disclosures, and other documents related to WilmerHale's retention as special counsel to the Debtors.

22.    WilmerHale expended **121.60** hours with a value of **$77,944.50** in this category during the Interim Fee Period.

### B. Congressional Investigation (L400)

23.    During the Interim Fee Period, WilmerHale professionals spent time preparing materials relevant to continuing to advise Purdue Pharma LP in connection with certain inquiries by Congressional committees into opioid product sales and marketing practices as set forth in the retention application.

24.    WilmerHale expended **759.30** hours with a value of **$452,522.00** in this category during the Interim Fee Period.

### ALLOWANCE OF COMPENSATION

25.    The allowance of interim compensation for services rendered and reimbursement of expenses in bankruptcy cases is expressly provided for in section 331 of the Bankruptcy Code:

> [A]ny professional person employed under section 327 . . . may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered . . . as is provided under section 330 of this title.

11 U.S.C. § 331. Moreover, this Court has authorized the filing of this Application in the Interim Compensation Order.

26.     With respect to the level of compensation, section 330 of the Bankruptcy Code provides, in pertinent part, that the Court may award to a professional person "reasonable compensation for actual, necessary services rendered . . . ." 11 U.S.C. § 330(a)(1)(A). Furthermore, section 330(a)(3) provides that

> In determining the amount of reasonable compensation to be awarded to . . . [a] professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

27.     The total time spent by WilmerHale attorneys and paraprofessionals during the Interim Fee Period was **880.90** hours with the fees totaling **$530,466.50**[6]. The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. As shown by this Application and supporting documents, WilmerHale spent its time economically and without unnecessary duplication of time.

---

[6]     This amount was further reduced to $448,644.25 to reflect a reduction in fees in the aggregate amount of $81,822.25 on account of an agreed reduction in the aggregate amount of $75,112.25 and 50% reduction of non-working travel time in the amount of $6,710.00

28.    The fees charged by WilmerHale in these cases are billed in accordance with its agreed-upon billing rates and procedures in effect during the Interim Fee Period.

29.    The professional services rendered by WilmerHale required a high degree of professional competence and expertise so that the numerous issues requiring evaluation and determination by the Debtors could be addressed with skill and dispatch. The professional services have, therefore, required WilmerHale to expend substantial time and effort. It is respectfully submitted that the services rendered to the Debtors were necessary and beneficial to the administration of the chapter 11 cases, and were performed efficiently, effectively and economically.

30.    Most of the services performed by partners, counsel, and associates at WilmerHale were rendered by WilmerHale's regulatory and government affairs group. WilmerHale has a prominent practice in this area. Due to the facts and circumstances of the Debtors' chapter 11 cases, attorneys from WilmerHale's litigation and bankruptcy & financial restructuring practice groups have also been involved with WilmerHale's representation of the Debtors. Like the regulatory and government affairs group, the litigation and bankruptcy & financial restructuring practice groups enjoy national and international reputations for their expertise. Overall, WilmerHale brings to these chapter 11 cases a particularly high level of skill and knowledge, which inured to the benefit of the Debtors and their estates.

31.    WilmerHale charges for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date such services are rendered, subject to sections 328(a), 1103(a) and 330 of the Bankruptcy Code. The hourly rates are subject to periodic adjustments in order to reflect economic and other conditions. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

32.     Pursuant to the Interim Compensation Order, WilmerHale's monthly fees are subject to a 20% "holdback." However, WilmerHale respectfully requests that the Court not "hold back" any portion of the allowed fees. The amount of WilmerHale's holdback for the three monthly fee statements filed during the Interim Fee Period ending January 31, 2020 is **$89,728.85**. WilmerHale requests that all of its fees and expenses, including any holdback amount, be approved for payment, and suggests that there is no need for a continuing holdback of fees sought for the Interim Fee Period.

33.     WilmerHale incurred actual out-of-pocket expenses in connection with the rendition of the professional services to the Debtors in the aggregate amount of **$3,529.30** for which WilmerHale respectfully requests reimbursement in full. The disbursements and expenses have been incurred in accordance with WilmerHale's normal practice of charging clients for expenses clearly related to and required by particular matters. WilmerHale has endeavored to minimize these expenses to the fullest extent possible.

34.     For the purpose of setting billing rates, WilmerHale does not include charges for photocopying, document printing, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage, and certain other office services, because the needs of each client for such services differ. Instead, to the extent such expenses are incurred, WilmerHale itemizes the related charges. WilmerHale believes that it is fairest to charge each client only for the services actually used in performing services for it. In these proceedings, WilmerHale charges $0.10 per page for internal document printing and photocopying. The actual expenses incurred in providing professional services to the Debtors were absolutely necessary, reasonable, and justified under the circumstances to serve the needs of the Debtors.

35.    In summary, the services rendered by WilmerHale were necessary and beneficial

to the Debtors and their estates, and were consistently performed in a timely manner

commensurate with the complexity, importance, novelty and nature of the issues involved.

Accordingly, WilmerHale respectfully submits that approval and allowance of the compensation

and expense reimbursement sought herein is warranted.

36.    No prior application has been made in this Court or in any other court for the

relief requested herein for the Interim Fee Period.

**WHEREFORE**, WilmerHale respectfully requests that this Court enter an order:

(a)    approving the allowance of **$448,644.25** for compensation for professional

services rendered to the Debtors during the Interim Fee Period;

(b)    approving the reimbursement of WilmerHale's necessary and actual out-

of-pocket expenses incurred in connection with the rendering of such services during the Interim

Fee Period in the amount of **$3,529.30**;

(c)    authorizing and directing the Debtors to pay the fees and expenses

awarded, including but not limited to any holdback; and

(d)    granting to WilmerHale such other and further relief as this Court may

deem just and proper.

Dated: March 16, 2020
        New York, New York

By:    /s/ George W. Shuster, Jr.
        George W. Shuster, Jr.
        WILMER CUTLER PICKERING HALE
          AND DORR LLP
        7 World Trade Center
        New York, NY  10007
        Telephone:  (212) 937-7518
        Facsimile:  (212) 230-8888

11

Reginald J. Brown
Alyssa DaCunha
WILMER CUTLER PICKERING HALE
 AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors
in Possession*

# <u>EXHIBIT A</u>

## Certification

George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald J. Brown
Alyssa DaCunha
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**CERTIFICATION IN RESPECT OF FIRST INTERIM FEE APPLICATION OF
WILMER CUTLER PICKERING HALE AND DORR LLP FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Reginald J. Brown, hereby certify as follows:

1.        I am a partner with the applicant firm, Wilmer Cutler Pickering Hale and Dorr

LLP ("**WilmerHale**"), with responsibility for the representation of the above-captioned debtors

and debtors in possession. I submit this Certification in compliance with the *Order Establishing*

---

[1]        The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

*Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), General Order M-447 of the Bankruptcy Court for the Southern District of New York (the "**Local Guidelines**"), and applicable requirements established by the Office of the United States Trustee (as amended, the "**UST Guidelines**").

2.       This certification is made in respect of the *First Interim Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and Reimbursement of Expenses* (the "**Application**"), for the period commencing September 16, 2019 through and including January 31, 2020 in accordance with the Local Guidelines.

3.       With respect to section B.1 of the Local Guidelines, I certify that:

  a.       I have read the Application;

  b.       to the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Local Guidelines and UST Guidelines;

  c.       except to the extent that fees or disbursements are prohibited by the Local Guidelines or the UST Guidelines, the fees and expense reimbursements sought are billed at rates customarily employed by WilmerHale in bankruptcy matters of this type and generally accepted by WilmerHale's clients in such matters; and

  d.       in providing a reimbursable service, WilmerHale does not make a profit on that service, whether the service is performed by WilmerHale in-house or through a third party.

2

4.      With respect to section B.2 of the Local Guidelines, I certify that, in accordance with the terms of the Interim Compensation Order, the Debtors, the United States Trustee, and the Official Committee of Unsecured Creditors (the "**Creditors Committee**") have been provided with a statement of the fees and disbursements accrued during such month containing a list of professionals and paraprofessionals providing services, their billing rates, the aggregate hours spent by each professional and paraprofessional, a general description of the services rendered, and a reasonably detailed breakdown of the disbursements incurred for each month.

5.      With respect to section B.3 of the Local Guidelines, I certify that the Debtors, the United States Trustee, and the Creditors Committee are each being provided with a copy of this Application.

Dated: March 13, 2020
       Washington, DC

Reginald J. Brown
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

# EXHIBIT B

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| Data Hosting | 172.80 |
| Document Printing | 183.30 |
| Federal Express | 19.91 |
| Local Transportation | 92.04 |
| Meals-Out of Town | 60.95 |
| Out of Town Lodging | 368.58 |
| Photocopying | 16.30 |
| Transcript | 900.00 |
| Travel | 1,715.42 |
| **TOTAL** | **$3,529.30** |

# **EXHIBIT C**

## **Summary by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee/Employment Applications (B160) | 121.60 | 77,944.50 |
| Congressional Investigation (L400) | 759.30 | 452,522.00 |
| **Total** | **880.90** | **$530,466.50** |
| **Less Agreed Reduction** | | **-75,112.25** |
| **Less 50% Non-Working Travel**[1] | | **-6,710.00** |
| **GRAND TOTAL** | **880.90** | **$448,644.25** |

---

[1]     During the Fee Period, fees for legal services rendered by WilmerHale included non-working travel time in the aggregate amount of $13,420.00.  In accordance with the U.S. Trustee's Guidelines, WilmerHale deducted 50% of the respective professionals' hourly rates from the respective Fee Statement.

# **EXHIBIT D**

## **First Monthly Fee Statement**

WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**FIRST MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE
AND DORR LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION FOR THE PERIOD FROM
SEPTEMBER 16, 2019 THROUGH NOVEMBER 30, 2019**

| | |
|---|---|
| **Name of Applicant** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | September 16, 2019 through November 30, 2019 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | **$219,164.00**[2] **(80% of $273,955.00)** |
| Total reimbursement requested in this statement | **$418.89** |
| Total compensation and reimbursement requested in this statement | **$219,582.89** |
| **This is a(n):** _X Monthly Application  __ Interim Application  __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States

Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order*

*Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as*

*Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019

[Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21,

2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale

and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in

possession (collectively, the "**Debtors**"), submits this *First Monthly Fee Statement for*

*Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period*

*from September 16, 2019 Through November 30, 2019* (this "**Fee Statement**").[3] By this Fee

Statement, WilmerHale seeks (i) compensation in the amount of $219,164.00 which is equal to

80% of the total amount of reasonable compensation for actual, necessary legal services that

---

[2]    This amount reflects an agreed reduction in fees in the amount of $48,345.00.

[3]    The period from September 16, 2019, through and including November 30, 2019, is referred to herein as the "**Fee Period**."

WilmerHale incurred in connection with such services during the Fee Period (i.e., $273,955.00)
and (ii) payment of $418.89 for the actual, necessary expenses that WilmerHale incurred in
connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursement Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees
incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and
paraprofessionals during the Fee Period with respect to each of the project categories
WilmerHale established in accordance with its internal billing procedures.  As reflected in
**Exhibit A**, WilmerHale incurred $322,300.00 in fees during the Fee Period and, pursuant to its
agreement with Purdue Pharma, L.P., reduced that amount to $273,955.00.  Pursuant to this Fee
Statement, WilmerHale seeks compensation for 80% of such fees, totaling  $219,164.00.

2.      Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and
paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who
rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period
and the title, hourly rate, aggregate hours worked and the amount of fees earned by each
professional.  The blended hourly billing rate of attorneys for all services provided during the
Fee Period is $628.04.[4]  The blended hourly billing rate of all paraprofessionals is  $304.20.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or
disbursed in the amount of $418.89 in connection with providing professional services to the
Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's
direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.

---

[4]      The blended hourly billing rate of $628.04 for attorneys is derived by dividing the total fees for attorneys of
$284,944.00 by the total hours of 453.70.

[5]      The blended hourly billing rate of $304.20 for paraprofessionals is similarly derived by dividing the total
fees for paraprofessionals of $37,356.00 by the total hours of 122.80.

3

Only the clients for whom the services are actually used are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.      Attached hereto as **Exhibit D** are the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

## Notice

5.      WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $219,164.00 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $273,955.00) and (ii) payment of $418.89 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

4

Dated: January 10, 2020
     New York, New York

By:    /s/ George W. Shuster, Jr.
     WILMER CUTLER PICKERING HALE
      AND DORR LLP

     George W. Shuster, Jr.
     7 World Trade Center
     New York, NY 10007
     Telephone: (212) 937-7518
     Facsimile: (212) 230-8888

     Reginald Brown
     Alyssa DaCunha
     1875 Pennsylvania Avenue, N.W.
     Washington, D.C. 20006
     Telephone: (202) 663-6000
     Facsimile: (202) 663-6363

     *Special Counsel to the Debtors and Debtors
     in Possession*

19-23649-rbl    Doc 733    Filed 03/13/20    Entered 03/13/20 09:34:21    Main Document
Pg 35 of 171

## Exhibit A

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **Fee/Employment Applications (B160)** | 68.90 | 47,198.00 |
| **Congressional Investigation (L400)** | 507.60 | 275,102.00 |
| **Total** | **576.50** | **$322,300.00** |
| **Less Agreed Reduction** | | **-$48,345.00** |
| **GRAND TOTAL** | | **$273,955.00** |

Exhibit A-1

19-23649-rdd   Doc 733   Filed 01/13/20   Entered 01/13/20 09:34:21   Main Document
Pg 37 of 171

## Exhibit B

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,355.00 | 9.20 | 12,466.00 |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 850.00 | 68.30 | 58,055.00 |
| George W. Shuster, Jr. | Partner; joined firm in 1999; admitted to MA Bar since 2001 and NY Bar since 2010; Bankruptcy & Financial Restructuring. | 1,060.00 | 2.80 | 2,968.00 |
| **Partner Total** | | | **80.30** | **$73,489.00** |
| **Counsels** | | | | |
| John T. Byrnes | Counsel; joined firm in 2013; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 775.00 | 43.00 | 33,325.00 |
| Sean A. Hayes | Counsel; joined firm in 2018; admitted to DC Bar since 2006; Regulatory and Government Affairs. | 825.00 | 3.10 | 2,557.50 |
| Nancy L. Manzer | Special Counsel; joined firm in 1987; admitted to NY and DC Bar since 1989 and VA Bar since 2002; Bankruptcy & Financial Restructuring. | 990.00 | 25.90 | 25,641.00 |
| **Counsels Total** | | | **72.00** | **$61,523.50** |

Exhibit B-1

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Associates and Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 475.00 | 88.10 | 41,847.50 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 590.00 | 150.00 | 88,500.00 |
| Meredith Moriarty | Discovery Attorney; joined firm in 2017; admitted to OH Bar since 2010; Discovery Solutions. | 90.00 | 4.60 | 414.00 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admission to DC Bar *pending*; Regulatory and Government Affairs. | 495.00 | 8.00 | 3,960.00 |
| Phoebe Stroede | Sr. Discovery Attorney; joined firm in 2013; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 50.70 | 15,210.00 |
| **Associates and Attorneys Total** | | | **301.40** | **$149,931.50** |
| **Paraprofessionals** | | | | |
| Jeremiah Chandler | Co-op Student; joined firm in 2019; Discovery Solutions. | 135.00 | 1.60 | 216.00 |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 280.00 | 2.50 | 700.00 |
| Kevin Le | Sr. Lit. Support Coordinator; joined firm in 2009; Discovery Solutions. | 430.00 | 2.90 | 1,247.00 |

Exhibit B-1

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 245.00 | 33.40 | 8,183.00 |
| Tamir Shemesh | Project Assistant; joined firm in 2018; Securities Litigation & Enforcement. | 245.00 | 44.50 | 10,902.50 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 425.00 | 37.90 | 16,107.50 |
| **Paraprofessionals Total** | | | **122.80** | **$37,356.00** |
| **TOTAL** | | | **576.50** | **$322,300.00** |
| **Less Agreed Reduction** | | | | **-$48,345.00** |
| **GRAND TOTAL** | | | | **$273,955.00** |

Exhibit B-1

## Exhibit C

**Summary of Actual and Necessary Expenses**

Exhibit C-1

| Expense Category | Total Expenses |
|---|---:|
| Data Hosting | 115.20 |
| Document Printing Color | 158.10 |
| Local Transportation | 92.04 |
| Photocopying | 16.30 |
| Travel | 37.25 |
| **TOTAL** | **$418.89** |

Exhibit C-1

## Exhibit D-1

**Detailed Time Records and Expenses**

**WILMERHALE** |WH|

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ▮▮▮▮▮▮
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 01/09/20 |
| Invoice No. | 2574293 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through November 30, 2019 in connection with the Post
Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---:|
| Total Legal Services | $ | 322,300.00 |
| Less 15% Discount | | -48,345.00 |
| Total Disbursements | | 418.89 |
| **Total Amount Due** | **$** | **274,373.89** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number ▮▮▮▮▮

Routing Number ▮▮▮▮▮

Citibank NA 1101 Pennsylvania Avenue NW Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership. Our United Kingdom offices are operated under a separate Delaware limited liability partnership.

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| B160 - Fee/Employment Applications | | | |
| 10/01/19 | Manzer, Nancy L. | 0.30 | Finalize all attorney e-mail re: supplemental list of potential parties in interest |
| 10/01/19 | Manzer, Nancy L. | 0.10 | Teleconference with question re: supplemental list of potential parties in interest |
| 10/01/19 | Thompson, Yolande | 0.40 | Update spreadsheet re: responses received from lawyers concerning personal connections |
| 10/01/19 | Thompson, Yolande | 0.60 | Review responses received from lawyers re: personal connections to new parties in interest and update respective files accordingly |
| 10/01/19 | Thompson, Yolande | 0.20 | Review e-mails from Ms. Lemaster re: conflict search results for Current Directors and Officers, Secured Creditors, U.S. Trustees Office, Bankruptcy Judges, Additional Vendor, Additional Government Authority, and Unsecured Creditors |
| 10/01/19 | Thompson, Yolande | 2.50 | Review conflicts reports for Current Directors and Officers, Secured Creditors, U.S. Trustees Office, Bankruptcy Judges, Additional Vendor, and Additional Government Authority, and update spreadsheet accordingly |
| 10/02/19 | Thompson, Yolande | 0.20 | Update spreadsheet re: responses received from lawyers concerning personal connections |
| 10/02/19 | Thompson, Yolande | 1.40 | Review conflicts reports for |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | Secured and Unsecured Secured Creditors |
| 10/02/19 | Thompson, Yolande | 1.00 | Update conflicts clearance spreadsheet re: client relationships |
| 10/03/19 | Manzer, Nancy L. | 0.50 | Review spreadsheets re: reports from New Business (.4) Confer with Ms. Thompson re: reports from New Business (.1) |
| 10/03/19 | Manzer, Nancy L. | 0.60 | Phone calls to attorneys re: representations where Purdue identified |
| 10/03/19 | Manzer, Nancy L. | 0.20 | Review Shuster comments re: retention declaration |
| 10/03/19 | Manzer, Nancy L. | 0.20 | E-mails with Ms. Thompson re: status of NB conflicts check |
| 10/03/19 | Manzer, Nancy L. | 5.20 | Revise draft application and declaration |
| 10/03/19 | Shuster Jr., George W. | 0.90 | Review and edit draft section 327(e) papers |
| 10/03/19 | Thompson, Yolande | 0.20 | Compare petition and associated cases report to footnote in application to confirm names of debtor entities |
| 10/03/19 | Thompson, Yolande | 0.20 | Review bankruptcy docket, download petition, and associated cases report |
| 10/03/19 | Thompson, Yolande | 0.10 | Review draft retention application |
| 10/03/19 | Thompson, Yolande | 0.10 | E-mails with Ms. Manzer re: ensuring that debtors listed in footnote of draft retention application are accurate |
| 10/03/19 | Thompson, Yolande | 0.60 | Update spreadsheet with sheet re: additional e-mails to be sent to partners with respect to secured creditors, unsecured creditors, and additional government authority that are/were clients |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/03/19 | Thompson, Yolande | 0.20 | Teleconference with Ms. Manzer re: authorization to send additional e-mails to partners re: new parties in interest and previous e-mails sent to certain partners |
| 10/03/19 | Thompson, Yolande | 0.60 | E-mails to certain supervising and relationship partners re: client relationships with additional parties in interest |
| 10/03/19 | Thompson, Yolande | 0.30 | Update files with responses from supervising and relationship partners |
| 10/03/19 | Thompson, Yolande | 0.10 | Prepare redline of exhibit to retention application |
| 10/03/19 | Thompson, Yolande | 0.60 | Update exhibit to retention application to include secured creditors, unsecured creditors, and additional government authority that are/were clients |
| 10/03/19 | Thompson, Yolande | 0.20 | E-mails with Ms. Manzer re: updated spreadsheets and exhibit to retention application |
| 10/04/19 | Manzer, Nancy L. | 0.40 | Review Appendix 2 to declaration (.2) Confer with Ms. Thompson re: Appendix 2 (.2) |
| 10/04/19 | Manzer, Nancy L. | 1.30 | Revise appendix |
| 10/04/19 | Manzer, Nancy L. | 0.20 | E-mail to Ms. DaCunha re: retainer |
| 10/04/19 | Manzer, Nancy L. | 3.40 | Revise declaration and application |
| 10/04/19 | Manzer, Nancy L. | 0.40 | Draft e-mail to Mr. Brown re: retention application and declaration |
| 10/04/19 | Manzer, Nancy L. | 0.30 | Review payment information |
| 10/04/19 | Manzer, Nancy L. | 0.20 | Confer with Mr. Shuster re: declaration |
| 10/04/19 | Shuster Jr., George W. | 0.60 | Review and edit section 327(e) application |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/04/19 | Thompson, Yolande | 0.10 | Prepare redline showing changes made to exhibit to retention application |
| 10/04/19 | Thompson, Yolande | 1.10 | Revise exhibit to retention application |
| 10/04/19 | Thompson, Yolande | 0.20 | Confer with Ms. Manzer re: revising exhibit to retention application |
| 10/04/19 | Thompson, Yolande | 0.70 | Review parties-in-interest list |
| 10/06/19 | Manzer, Nancy L. | 0.20 | Review e-mails from Ms. DaCunha and Mr. Shuster re: retention declaration |
| 10/06/19 | Shuster Jr., George W. | 0.30 | E-mails with Ms. DaCunha and Mr. Brown regarding section 327(e) application |
| 10/07/19 | Manzer, Nancy L. | 0.30 | E-mails with Mr. Shuster and Ms. DaCunha re: retention papers |
| 10/07/19 | Manzer, Nancy L. | 0.20 | E-mail to accounting re: rates/amounts paid |
| 10/07/19 | Manzer, Nancy L. | 0.90 | Revise retention papers based on comments |
| 10/07/19 | Manzer, Nancy L. | 0.30 | E-mails confirming disclosures |
| 10/07/19 | Manzer, Nancy L. | 0.20 | Confer with Ms. DaCunha re: retention papers |
| 10/07/19 | Manzer, Nancy L. | 0.20 | E-mail to Ms. Thompson re: Appendix 2 |
| 10/07/19 | Thompson, Yolande | 0.60 | Revise Appendix 2 to retention application |
| 10/07/19 | Thompson, Yolande | 0.10 | E-mails with Ms. Manzer re: reviewing Appendix 2 to ensure that information is accurate |
| 10/07/19 | Thompson, Yolande | 1.30 | Compare latest version of exhibit to retention application to final list provided by debtors' counsel, revise exhibit accordingly |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/08/19 | Manzer, Nancy L. | 0.80 | Review retention application and forward draft to Davis Polk |
| 10/08/19 | Manzer, Nancy L. | 0.10 | E-mail with Ms. DaCunha re: retention application |
| 10/08/19 | Manzer, Nancy L. | 0.30 | Confer with Ms. Kennedy re: rates for past year |
| 10/08/19 | Shuster Jr., George W. | 0.30 | Review final draft of Section 327(e) application and declaration |
| 10/09/19 | Manzer, Nancy L. | 0.30 | Draft e-mail to Ms. DaCunha re: bankruptcy billing procedures |
| 10/15/19 | Manzer, Nancy L. | 0.20 | Review revised list of interested parties and e-mail to Ms. Thompson |
| 10/15/19 | Thompson, Yolande | 0.20 | Review redline pages of parties in interest list |
| 10/15/19 | Thompson, Yolande | 0.70 | Update conflicts clearance spreadsheet with new parties in interest |
| 10/15/19 | Thompson, Yolande | 0.10 | E-mails with New Business re: performing searches for new parties in interest |
| 10/15/19 | Thompson, Yolande | 0.10 | E-mails with Ms. Manzer re: updated parties in interest list and coordinating with New Business to perform additional searches |
| 10/16/19 | Manzer, Nancy L. | 0.40 | Review e-mails from Debtor counsel re: additional parties-in-interest |
| 10/16/19 | Manzer, Nancy L. | 0.60 | Finalize all-attorney e-mail re: additional potential parties in interest |
| 10/16/19 | Manzer, Nancy L. | 0.20 | E-mails with Ms. DaCunha re: outstanding invoices |
| 10/16/19 | Manzer, Nancy L. | 0.10 | Confer with Ms. Thompson re: conflicts review and timeline for filing retention application |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/16/19 | Manzer, Nancy L. | 0.20 | E-mails with Ms. Thompson, Ms. DaCunha and Mr. Shuster re: additional parties-in-interest |
| 10/16/19 | Thompson, Yolande | 1.60 | Review addendum, update conflicts clearance spreadsheet with new vendors, utilities, insurers, landlords, and taxing authorities |
| 10/16/19 | Thompson, Yolande | 0.10 | E-mails with New Business re: performing searches for new parties in interest listed in Addendum |
| 10/16/19 | Thompson, Yolande | 0.10 | Teleconference with Ms. Manzer re: e-mail to all lawyers distribution list and status of conflicts clearance |
| 10/16/19 | Thompson, Yolande | 0.30 | Prepare draft e-mail to all lawyers distribution list with list of additional new parties in interest |
| 10/16/19 | Thompson, Yolande | 0.10 | E-mails with Ms. Manzer re: preparing draft e-mail to all lawyers distribution list concerning new parties in interest |
| 10/16/19 | Thompson, Yolande | 0.10 | E-mails with Ms. Manzer re: addendum of additional parties in interest list provided by Davis Polk |
| 10/16/19 | Thompson, Yolande | 0.60 | Update spreadsheet re responses received from lawyers re: personal connections |
| 10/16/19 | Thompson, Yolande | 0.60 | Review responses received from lawyers re personal connections to new parties in interest and update respective files accordingly |
| 10/17/19 | Manzer, Nancy L. | 0.40 | Finalize declaration and arrange for Mr. Brown to execute same |
| 10/17/19 | Manzer, Nancy L. | 0.30 | E-mails with Ms. DaCunha and Mr. Shuster re: changes to retention papers |
| 10/17/19 | Manzer, Nancy L. | 0.20 | Review e-mail from Davis Polk re: changes to retention papers |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/17/19 | Shuster Jr., George W. | 0.20 | E-mails regarding finalization of Section 327(e) application |
| 10/17/19 | Thompson, Yolande | 0.60 | Review responses received from lawyers re: personal connections to new parties in interest and update respective files accordingly |
| 10/17/19 | Thompson, Yolande | 0.60 | Update spreadsheet with responses from attorneys re: personal connections |
| 10/18/19 | Thompson, Yolande | 0.60 | Update conflicts clearance spreadsheet with results from Creditor Committee Professionals report |
| 10/18/19 | Thompson, Yolande | 0.60 | Review report for Creditor Committee Professionals |
| 10/18/19 | Thompson, Yolande | 0.10 | Review e-mail from New Business enclosing report for Creditor Committee Professionals |
| 10/18/19 | Thompson, Yolande | 0.30 | Update spreadsheet with responses from attorneys re: personal connections |
| 10/18/19 | Thompson, Yolande | 0.30 | Review responses received from lawyers re: personal connections to new parties in interest and update respective files accordingly |
| 10/21/19 | Manzer, Nancy L. | 0.20 | E-mails with Ms. Thompson re: status of conflict review |
| 10/21/19 | Thompson, Yolande | 0.10 | Review responses received from lawyers re: personal connections to new parties in interest and update respective files accordingly |
| 10/21/19 | Thompson, Yolande | 2.70 | Update conflicts clearance spreadsheet with results from additional Vendors, Utilities, Insurers, and Landlords |
| 10/21/19 | Thompson, Yolande | 0.20 | E-mails with Ms. Manzer re: status of conflicts clearance for additional |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | parties in interest and timing for filing retention application |
| 10/21/19 | Thompson, Yolande | 0.20 | Review e-mails from New Business enclosing report for additional Vendors, Utilities, Insurers, Landlords, and Taxing Authorities |
| 10/21/19 | Thompson, Yolande | 0.20 | Update spreadsheet with responses from attorneys re: personal connections |
| 10/21/19 | Thompson, Yolande | 4.50 | Review reports for additional Vendors, Utilities, Insurers, and Landlords |
| 10/22/19 | Thompson, Yolande | 0.70 | Revise files with responses from supervising and relationship partners re: client relationships with parties in interest |
| 10/22/19 | Thompson, Yolande | 0.80 | Update conflicts clearance spreadsheet |
| 10/22/19 | Thompson, Yolande | 0.80 | Update appendix to retention application to include additional government secured parties who are clients |
| 10/22/19 | Thompson, Yolande | 0.20 | E-mails with Ms. Manzer re: updated spreadsheets, updated appendix, and status of sending additional e-mails to partners |
| 10/22/19 | Thompson, Yolande | 2.90 | Review conflicts reports for Vendors and Taxing Authorities |
| 10/22/19 | Thompson, Yolande | 1.40 | Send e-mails to certain supervising and relationship partners re confirming that client relationships with additional parties in interest can be disclosed |
| 10/23/19 | Manzer, Nancy L. | 0.50 | Finalize declaration and appendices, email to Mr. Shuster and Ms. DaCunha re: same |
| 10/23/19 | Manzer, Nancy L. | 0.10 | Confer with Ms. Thompson re: |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | declaration |
| 10/23/19 | Manzer, Nancy L. | 0.30 | Review revised appendices to declaration |
| 10/23/19 | Manzer, Nancy L. | 0.70 | Review reports re: conflict reviews for supplemental potential parties in interest |
| 10/23/19 | Thompson, Yolande | 0.20 | Prepare final version of Appendix 1 to retention application |
| 10/23/19 | Thompson, Yolande | 0.10 | E-mails with Ms. Manzer re: preparing final parties in interest list as Appendix 1 to retention application |
| 10/23/19 | Thompson, Yolande | 0.30 | Update appendix to retention application |
| 10/23/19 | Thompson, Yolande | 0.10 | Confer with Ms. Manzer re: updating appendix to retention application |
| 10/23/19 | Thompson, Yolande | 0.30 | Revise files with responses from supervising and relationship partners confirming that client relationships can be disclosed |
| 10/23/19 | Thompson, Yolande | 0.10 | E-mails with Ms. Manzer re: signed Declaration and final Appendix 2 to retention application |
| 10/28/19 | Manzer, Nancy L. | 0.10 | E-mails with Mr. Robertson re: timing of filing retention applications |
| 10/29/19 | Manzer, Nancy L. | 0.20 | Review email from Mr. Robertson re Trustee comments on retention application |
| 10/30/19 | Manzer, Nancy L. | 0.40 | E-mail to Davis Polk re: revised retention papers |
| 10/30/19 | Manzer, Nancy L. | 0.30 | E-mails with Mr. Shuster and Ms. DaCunha re: Trustee comments on retention papers |
| 10/30/19 | Manzer, Nancy L. | 1.60 | Review e-mail re: Trustee |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | comments on retention papers |
| 11/01/19 | Manzer, Nancy L. | 0.10 | Review email from Debtors' counsel re filing retention applications |
| 11/01/19 | Manzer, Nancy L. | 0.40 | Finalize Brown declaration and appendices and forward to Debtors' counsel |
| 11/05/19 | Manzer, Nancy L. | 0.10 | Review email from Davis Polk re retention declaration |
| 11/05/19 | Manzer, Nancy L. | 0.20 | Emails with Davis Polk re retention application |
| 11/05/19 | Manzer, Nancy L. | 0.50 | Revise retention application and arrange for execution by Mr. Brown |
| 11/11/19 | Brown, Reginald | 0.50 | Call with Akin re 327e retention |
| 11/11/19 | Brown, Reginald | 0.80 | Prepare for call with Akin re 327e retention |
| 11/11/19 | DaCunha, Alyssa | 0.50 | Participate in telecon with Mr. Brown, Mr. Vonnegut re congressional investigation |
| 11/11/19 | Menz, Sheila E. | 0.50 | Participate in call with Akin Gump, DPW, Mr. Brown, Ms. DaCunha re scope of services, retention agreement |
| 11/14/19 | Manzer, Nancy L. | 0.30 | Review email from Debtors re additional parties in interest and emails with Ms. Thompson re coordinating with New Business re same |
| 11/15/19 | Manzer, Nancy L. | 0.20 | Review trustee objection to retention application and emails with Mr. Shuster re same |
| 11/15/19 | Shuster Jr., George W. | 0.50 | Emails with Ms. Manzer regarding 327(e) application; review UST objection to 327(e) application |
| 11/15/19 | Thompson, Yolande | 0.10 | Download, update files with U.S. Trustee's objection to retention |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00136               Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | applications |
| 11/15/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re coordinating with New Business to perform searches for recently identified additional parties in interest and results of same |
| 11/15/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re retrieving U.S. Trustee's objection to WilmerHale's retention application |
| 11/15/19 | Thompson, Yolande | 0.10 | Review Purdue bankruptcy docket for U.S. Trustee's objection |
| 11/15/19 | Thompson, Yolande | 0.20 | Emails and telephone conference with Ms. Lemaster in New Business/Conflicts department re performing conflicts searches for additional parties in interest and results of same |
| 11/15/19 | Thompson, Yolande | 0.10 | Update files with WilmerHale filed retention application |
| 11/15/19 | Thompson, Yolande | 0.10 | Update conflicts clearance spreadsheet with results for additional parties in interest |
| | | **68.90** | |

L400 - Congressional Investigation

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/16/19 | Byrnes, John T. | 0.10 | Review ████████████ |
| 09/16/19 | Byrnes, John T. | 0.90 | Review ████████ |
| 09/16/19 | Byrnes, John T. | 4.20 | Review ████████ |
| 09/16/19 | DaCunha, Alyssa | 0.30 | E-mails with ████████████ |
| 09/16/19 | DaCunha, Alyssa | 0.30 | Discuss ████████████ |

19-23649-rbl   Doc 735   Filed 03/13/20   Entered 03/13/20 09:34:21   Main Document
Pg 56 of 172

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/16/19 | Hromada, Patricia | 0.30 | Confer with |
| 09/16/19 | Hromada, Patricia | 2.60 | Review and stage |
| 09/16/19 | Hromada, Patricia | 0.90 | Revise |
| 09/16/19 | Hromada, Patricia | 0.40 | Communicate with |
| 09/16/19 | Hromada, Patricia | 0.70 | Analyze |
| 09/16/19 | Lannon, William E. | 0.70 | File |
| 09/16/19 | Menz, Sheila E. | 0.90 | Continue reviewing |
| 09/16/19 | Menz, Sheila E. | 0.20 | Multiple communications with |
| 09/16/19 | Menz, Sheila E. | 0.20 | Prepare |
| 09/16/19 | Menz, Sheila E. | 2.80 | Draft |
| 09/16/19 | Menz, Sheila E. | 0.90 | Review |
| 09/16/19 | Menz, Sheila E. | 1.40 | Review |
| 09/16/19 | Menz, Sheila E. | 0.10 | Communicate with |
| 09/16/19 | Menz, Sheila E. | 1.30 | Multiple communications with |
| 09/16/19 | Menz, Sheila E. | 0.50 | Implement |
| 09/16/19 | Rockett, Elizabeth W | 0.50 | Conduct |

19-23649-rdd    Doc 739    Filed 03/13/20    Entered 03/13/20 09:34:21    Main Document
Pg 2 of 172

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma. L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30. 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/16/19 | Shemesh. Tamir | 5.80 | Prepare ████████████ |
| 09/16/19 | Stroede, Phoebe | 0.60 | Provide ████████████ |
| 09/16/19 | Stroede, Phoebe | 0.60 | Execute ████████████ |
| 09/17/19 | Byrnes, John T. | 0.30 | Review ████████████ |
| 09/17/19 | Byrnes, John T. | 0.20 | Revise ████████████ |
| 09/17/19 | DaCunha, Alyssa | 0.30 | Discuss ████ |
| 09/17/19 | Hromada, Patricia | 1.60 | Review and stage ████████ |
| 09/17/19 | Hromada, Patricia | 0.90 | Analyze ████████████ |
| 09/17/19 | Menz, Sheila E. | 0.30 | Teleconference with ████████ |
| 09/17/19 | Menz, Sheila E. | 0.30 | Communicate with ████████ |
| 09/17/19 | Menz, Sheila E. | 0.20 | Draft ████████████ |
| 09/17/19 | Menz, Sheila E. | 0.20 | Analyze ████ |
| 09/17/19 | Menz, Sheila E. | 3.70 | Continue ████████████ |
| 09/17/19 | Menz, Sheila E. | 0.50 | Review ████████ |
| 09/17/19 | Rockett, Elizabeth W | 0.50 | Complete ████████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
| --- | --- | --- | --- |
| 09/17/19 | Stroede, Phoebe | 0.50 | Apply |
| 09/18/19 | Byrnes, John T. | 0.50 | Teleconference with |
| 09/18/19 | DaCunha, Alyssa | 0.50 | Discuss |
| 09/18/19 | DaCunha, Alyssa | 0.20 | E-mails with |
| 09/18/19 | DaCunha, Alyssa | 1.50 | Review |
| 09/18/19 | DaCunha, Alyssa | 0.50 | Participate |
| 09/18/19 | Hromada, Patricia | 1.80 | Review and stage |
| 09/18/19 | Lannon, William E. | 0.60 | File |
| 09/18/19 | Menz, Sheila E. | 2.50 | Draft |
| 09/18/19 | Menz, Sheila E. | 0.50 | Multiple communications with |
| 09/18/19 | Menz, Sheila E. | 2.60 | Begin reviewing |
| 09/18/19 | Menz, Sheila E. | 0.20 | Communicate with |
| 09/18/19 | Menz, Sheila E. | 3.20 | Finish reviewing |
| 09/18/19 | Stroede, Phoebe | 1.30 | Apply |
| 09/19/19 | DaCunha, Alyssa | 0.40 | Confer with |
| 09/19/19 | Hromada, Patricia | 1.60 | Review and stage |

19-23649-rdd   Doc 944   Filed 03/16/20   Entered 03/16/20 18:16:58   Main Document
Pg 59 of 172

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/19/19 | Menz, Sheila E. | 0.20 | Review █████████████ |
| 09/19/19 | Menz, Sheila E. | 1.70 | Begin drafting ████████ |
| 09/19/19 | Menz, Sheila E. | 0.30 | Review ████████ |
| 09/19/19 | Menz, Sheila E. | 2.90 | Continue reviewing █████ |
| 09/19/19 | Menz, Sheila E. | 2.90 | Finish reviewing ████ |
| 09/19/19 | Menz, Sheila E. | 0.50 | Multiple communications with █ |
| 09/19/19 | Shemesh, Tamir | 3.00 | Prepare ████████ |
| 09/19/19 | Stroede, Phoebe | 1.20 | Apply ████████ |
| 09/19/19 | Stroede, Phoebe | 0.80 | Identify ███████ |
| 09/20/19 | Byrnes, John T. | 1.10 | Review ██████ |
| 09/20/19 | DaCunha, Alyssa | 0.40 | Confer with ██████ |
| 09/20/19 | DaCunha, Alyssa | 1.60 | Review ███████ |
| 09/20/19 | DaCunha, Alyssa | 0.50 | Revise ███████ |
| 09/20/19 | Hromada, Patricia | 2.20 | Conduct ███████ |
| 09/20/19 | Menz, Sheila E. | 0.40 | Review ███████ |
| 09/20/19 | Menz, Sheila E. | 3.70 | Finalize ███████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/20/19 | Menz, Sheila E. | 0.80 | Multiple communications with █ |
| 09/20/19 | Menz, Sheila E. | 0.40 | Revise █ |
| 09/20/19 | Menz, Sheila E. | 0.80 | Review █ |
| 09/20/19 | Menz, Sheila E. | 1.00 | Analyze █ |
| 09/20/19 | Shemesh, Tamir | 5.50 | Prepare █ |
| 09/20/19 | Stroede, Phoebe | 1.20 | Apply █ |
| 09/20/19 | Stroede, Phoebe | 0.40 | Identify █ |
| 09/22/19 | Brown, Reginald | 0.10 | Confer with █ |
| 09/22/19 | Brown, Reginald | 0.50 | Review █ |
| 09/22/19 | Brown, Reginald | 0.50 | █ call |
| 09/22/19 | DaCunha, Alyssa | 1.00 | Teleconference █ |
| 09/22/19 | DaCunha, Alyssa | 0.90 | Review █ |
| 09/22/19 | DaCunha, Alyssa | 0.70 | Confer with █ |
| 09/22/19 | Menz, Sheila E. | 1.90 | Continue █ |
| 09/23/19 | Brown, Reginald | 0.40 | Teleconference with █ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/23/19 | Byrnes, John T. | 0.70 | Review █████████████ |
| 09/23/19 | Byrnes, John T. | 0.30 | Review ███████████████ |
| 09/23/19 | Byrnes, John T. | 0.80 | Teleconference with ███████████████ |
| 09/23/19 | Byrnes, John T. | 1.00 | Follow up with ███████████████ |
| 09/23/19 | Byrnes, John T. | 0.20 | Teleconference with ██████████ |
| 09/23/19 | Byrnes, John T. | 0.20 | Teleconference with ██████████ |
| 09/23/19 | Byrnes, John T. | 0.20 | Follow up with ████████████ |
| 09/23/19 | DaCunha, Alyssa | 1.00 | Teleconference with ███████████████ |
| 09/23/19 | DaCunha, Alyssa | 1.90 | Review ████████████ |
| 09/23/19 | DaCunha, Alyssa | 1.30 | Confer with ████████████ |
| 09/23/19 | DaCunha, Alyssa | 0.50 | Teleconference with ████████████ |
| 09/23/19 | Hromada, Patricia | 2.40 | Review and stage ████████████ |
| 09/23/19 | Le, Kevin | 0.50 | Prepare ████████████ |
| 09/23/19 | Menz, Sheila E. | 0.20 | Teleconference with ███████████████ |

19-23649-rbl    Doc 733    Filed 01/13/20    Entered 01/13/20 09:34:21    Main Document
Pg 39 of 72

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma. L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/23/19 | Menz, Sheila E. | 0.50 | Revise |
| 09/23/19 | Menz, Sheila E. | 0.50 | Review |
| 09/23/19 | Menz, Sheila E. | 2.70 | Review |
| 09/23/19 | Menz, Sheila E. | 0.40 | Multiple communications with |
| 09/23/19 | Menz, Sheila E. | 0.80 | Analyze |
| 09/23/19 | Menz, Sheila E. | 0.10 | Draft |
| 09/23/19 | Menz, Sheila E. | 0.50 | Draft |
| 09/23/19 | Menz, Sheila E. | 0.80 | Multiple communications with |
| 09/23/19 | Menz, Sheila E. | 0.70 | Teleconference with |
| 09/23/19 | Menz, Sheila E. | 0.60 | Prep for call with |
| 09/23/19 | Menz, Sheila E. | 0.20 | Review |
| 09/23/19 | Menz, Sheila E. | 0.50 | Confer with |
| 09/23/19 | Menz, Sheila E. | 0.40 | Send |

19-23649-rbl    Doc 739    Filed 01/13/20    Entered 01/13/20 09:34:21    Main Document
Pg 63 of 171

Client No. 1653300                    Purdue Pharma. L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/23/19 | Menz, Sheila E. | 0.70 | Summarize ▇ |
| 09/23/19 | Menz, Sheila E. | 0.20 | Distribute ▇ |
| 09/23/19 | Menz, Sheila E. | 0.20 | E-mail ▇ |
| 09/23/19 | Menz, Sheila E. | 0.40 | Draft ▇ for discussion with House O&R |
| 09/23/19 | Menz, Sheila E. | 0.70 | Multiple communications with ▇ |
| 09/23/19 | Menz, Sheila E. | 0.20 | Circulate ▇ |
| 09/23/19 | Rockett, Elizabeth W | 0.50 | Complete ▇ |
| 09/23/19 | Shemesh, Tamir | 1.00 | Prepare ▇ |
| 09/23/19 | Shemesh, Tamir | 1.50 | Prepare ▇ |
| 09/23/19 | Stroede, Phoebe | 0.20 | Provide ▇ |
| 09/23/19 | Stroede, Phoebe | 3.90 | Apply ▇ |
| 09/24/19 | Brown, Reginald | 0.50 | Participate ▇ |
| 09/24/19 | Byrnes, John T. | 1.90 | Review ▇ |
| 09/24/19 | DaCunha, Alyssa | 0.30 | Revise ▇ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/24/19 | DaCunha, Alyssa | 0.40 | Multiple communications with █████ |
| 09/24/19 | DaCunha, Alyssa | 0.30 | Teleconference with ████ |
| 09/24/19 | DaCunha, Alyssa | 0.60 | Review ███████████ |
| 09/24/19 | Hromada, Patricia | 4.80 | Review and stage ████████ |
| 09/24/19 | Hromada, Patricia | 0.90 | Conduct ██████████ |
| 09/24/19 | Hromada, Patricia | 0.60 | Analyze █████████ |
| 09/24/19 | Menz, Sheila E. | 1.90 | Conduct ████████ |
| 09/24/19 | Menz, Sheila E. | 2.20 | Conduct ███████████ |
| 09/24/19 | Menz, Sheila E. | 0.20 | Multiple communications with ███████████ |
| 09/24/19 | Menz, Sheila E. | 1.40 | Conduct ████████████ |
| 09/24/19 | Menz, Sheila E. | 0.70 | Complete ████████ |
| 09/24/19 | Menz, Sheila E. | 0.50 | Analyze ██████ |
| 09/24/19 | Menz, Sheila E. | 0.80 | Analyze ████████ |
| 09/24/19 | Menz, Sheila E. | 0.40 | Correspondence with ██████████ |

19-23649-rdd    Doc 733    Filed 01/13/20    Entered 01/13/20 09:34:21    Main Document
Pg 8 of 172

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma. L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/24/19 | Menz, Sheila E. | 0.40 | Teleconference with |
| 09/24/19 | Menz, Sheila E. | 0.30 | Prep |
| 09/24/19 | Menz, Sheila E. | 0.50 | Draft |
| 09/24/19 | Rockett, Elizabeth W | 0.50 | Complete |
| 09/24/19 | Shemesh, Tamir | 1.50 | Prepare |
| 09/25/19 | Brown, Reginald | 0.80 | Review |
| 09/25/19 | Byrnes, John T. | 0.60 | Review |
| 09/25/19 | Byrnes, John T. | 0.40 | Meet with |
| 09/25/19 | Byrnes, John T. | 0.20 | Review |
| 09/25/19 | Byrnes, John T. | 0.60 | Teleconference with |
| 09/25/19 | Byrnes, John T. | 0.50 | Draft |
| 09/25/19 | DaCunha, Alyssa | 0.50 | Confer |
| 09/25/19 | DaCunha, Alyssa | 1.10 | Review |
| 09/25/19 | DaCunha, Alyssa | 0.20 | Teleconference with |
| 09/25/19 | Hromada, Patricia | 6.20 | Review and stage |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/25/19 | Hromada, Patricia | 1.70 | Communicate with █████ |
| 09/25/19 | Menz, Sheila E. | 1.30 | Review █████ |
| 09/25/19 | Menz, Sheila E. | 2.40 | Analyze █████ |
| 09/25/19 | Menz, Sheila E. | 3.20 | Analyze, summarize █████ |
| 09/25/19 | Menz, Sheila E. | 0.30 | Multiple communications with █████ |
| 09/25/19 | Menz, Sheila E. | 0.50 | Draft █████ |
| 09/25/19 | Menz, Sheila E. | 0.40 | Meet with █████ |
| 09/25/19 | Menz, Sheila E. | 0.20 | Prep █████ |
| 09/25/19 | Menz, Sheila E. | 0.70 | Analyze █████ |
| 09/25/19 | Menz, Sheila E. | 0.60 | Multiple communications with █████ |
| 09/25/19 | Rockett, Elizabeth W | 0.50 | Complete █████ |
| 09/25/19 | Shemesh, Tamir | 1.00 | Prepare █████ |
| 09/25/19 | Stroede, Phoebe | 0.50 | Remove █████ |
| 09/25/19 | Stroede, Phoebe | 1.70 | Confirm █████ |

19-23649-rdd    Doc 739    Filed 01/13/20    Entered 01/13/20 09:34:21    Main Document
Pg 39 of 74

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma. L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/25/19 | Stroede, Phoebe | 0.70 | Stage █████████████ |
| 09/25/19 | Stroede, Phoebe | 0.40 | Update █████████████ |
| 09/25/19 | Stroede, Phoebe | 1.30 | Conduct ███████████ |
| 09/26/19 | Byrnes, John T. | 1.00 | Review ████████████ |
| 09/26/19 | Byrnes, John T. | 0.20 | Review █████ |
| 09/26/19 | Byrnes, John T. | 0.20 | Draft ██████████ |
| 09/26/19 | Byrnes, John T. | 0.40 | Call ██████████ |
| 09/26/19 | DaCunha, Alyssa | 0.80 | Review ██████ |
| 09/26/19 | DaCunha, Alyssa | 0.30 | Teleconference with ██████████ |
| 09/26/19 | DaCunha, Alyssa | 0.90 | Multiple communications with ████ |
| 09/26/19 | Hromada, Patricia | 3.60 | Review and stage █████████████ |
| 09/26/19 | Hromada, Patricia | 1.80 | Conduct ██████████████ |
| 09/26/19 | Hromada, Patricia | 0.90 | Communicate with ██████ |
| 09/26/19 | Menz, Sheila E. | 2.10 | Apply █████████ |
| 09/26/19 | Menz, Sheila E. | 1.00 | Multiple e-mail communications with ██████████████ |

19-23649-rdd    Doc 733    Filed 01/13/20    Entered 01/13/20 09:34:21    Main Document
Pg 89 of 72

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma. L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/26/19 | Menz, Sheila E. | 0.50 | Multiple e-mail communications with ▬ |
| 09/26/19 | Menz, Sheila E. | 0.30 | Teleconference with ▬ |
| 09/26/19 | Menz, Sheila E. | 0.50 | Analyze ▬ |
| 09/26/19 | Menz, Sheila E. | 0.10 | Revise ▬ |
| 09/26/19 | Menz, Sheila E. | 0.20 | Respond ▬ |
| 09/26/19 | Rockett, Elizabeth W | 0.50 | Complete ▬ |
| 09/26/19 | Stroede, Phoebe | 1.70 | Conduct ▬ |
| 09/26/19 | Stroede, Phoebe | 0.60 | Multiple communications with ▬ |
| 09/27/19 | Byrnes, John T. | 0.10 | Review ▬ |
| 09/27/19 | Byrnes, John T. | 1.40 | Review ▬ |
| 09/27/19 | Chandler, Jeremiah | 0.80 | Create ▬ |
| 09/27/19 | DaCunha, Alyssa | 1.30 | Join ▬ |
| 09/27/19 | DaCunha, Alyssa | 0.80 | Multiple communications with ▬ |
| 09/27/19 | Hromada, Patricia | 0.70 | Conduct ▬ |
| 09/27/19 | Hromada, Patricia | 1.60 | Communicate with ▬ |
| 09/27/19 | Hromada, Patricia | 2.70 | Review and stage ▬ |

19-23649-rdd   Doc 944   Filed 03/16/20   Entered 03/16/20 09:34:21   Main Document
Pg 69 of 172

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | |
| 09/27/19 | Hromada, Patricia | 1.50 | Analyze █████████ |
| 09/27/19 | Le, Kevin | 1.10 | Review ████████ |
| 09/27/19 | Menz, Sheila E. | 0.50 | Summarize ████████ |
| 09/27/19 | Menz, Sheila E. | 0.10 | Multiple e-mail communications with ████████ |
| 09/27/19 | Menz, Sheila E. | 0.10 | E-mail ████████ |
| 09/27/19 | Menz, Sheila E. | 0.60 | Multiple communications with ████████ |
| 09/27/19 | Menz, Sheila E. | 0.10 | Finalize ████████ |
| 09/27/19 | Menz, Sheila E. | 0.10 | E-mail ████████ |
| 09/27/19 | Menz, Sheila E. | 0.20 | Teleconference with ████████ |
| 09/27/19 | Menz, Sheila E. | 0.20 | Analyze ████████ |
| 09/27/19 | Menz, Sheila E. | 0.10 | Draft ████████ |
| 09/27/19 | Menz, Sheila E. | 0.30 | Multiple communications with ████ |
| 09/27/19 | Moriarty, Meredith | 4.60 | Conduct ████████ |
| 09/27/19 | Rockett, Elizabeth W | 0.50 | Complete ████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/27/19 | Shemesh, Tamir | 1.00 | Prepare ████████ |
| 09/27/19 | Shemesh, Tamir | 1.00 | Deliver ████████ |
| 09/27/19 | Stroede, Phoebe | 1.00 | Conduct ████████ |
| 09/30/19 | Byrnes, John T. | 4.70 | Review ████████ |
| 09/30/19 | Byrnes, John T. | 0.20 | Teleconference with ████████ |
| 09/30/19 | DaCunha, Alyssa | 0.80 | Multiple communications with ████████ |
| 09/30/19 | DaCunha, Alyssa | 1.00 | Review ████████ |
| 09/30/19 | Hromada, Patricia | 1.20 | Review and stage ████████ |
| 09/30/19 | Hromada, Patricia | 0.80 | Analyze ████████ |
| 09/30/19 | Menz, Sheila E. | 0.40 | Prepare ████████ |
| 09/30/19 | Menz, Sheila E. | 0.40 | Multiple communications with ████████ |
| 09/30/19 | Menz, Sheila E. | 0.40 | Teleconference with ████████ |
| 09/30/19 | Menz, Sheila E. | 0.20 | Teleconference with ████████ |
| 09/30/19 | Menz, Sheila E. | 0.50 | Multiple communications with ████████ |
| 09/30/19 | Menz, Sheila E. | 0.20 | Send ████████ |
| 09/30/19 | Menz, Sheila E. | 0.10 | E-mail ████████ |

19-23649-rbl  Doc 739  Filed 03/13/20  Entered 03/13/20 09:34:21  Main Document
Pg 42 of 74

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/30/19 | Menz, Sheila E. | 0.10 | Prep |
| 09/30/19 | Rockett, Elizabeth W | 0.50 | Complete |
| 09/30/19 | Shemesh, Tamir | 1.00 | Deliver |
| 09/30/19 | Shemesh, Tamir | 1.00 | Prepare |
| 09/30/19 | Shemesh, Tamir | 1.00 | Prepare |
| 09/30/19 | Shemesh, Tamir | 0.50 | Revise |
| 10/01/19 | Byrnes, John T. | 1.80 | Review |
| 10/01/19 | Byrnes, John T. | 0.50 | Teleconference with |
| 10/01/19 | DaCunha, Alyssa | 2.20 | Review |
| 10/01/19 | DaCunha, Alyssa | 0.50 | Teleconference with |
| 10/01/19 | DaCunha, Alyssa | 0.40 | Teleconference with |
| 10/01/19 | Hayes, Sean A. | 0.40 | Emails with |
| 10/01/19 | Hayes, Sean A. | 2.00 | Draft |
| 10/01/19 | Hromada, Patricia | 0.50 | Analyze |
| 10/01/19 | Menz, Sheila E. | 0.60 | Teleconference with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma. L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| | | | ███████ |
| 10/01/19 | Menz, Sheila E. | 0.20 | Multiple communications with ███ |
| 10/01/19 | Menz, Sheila E. | 2.40 | Draft ████████ |
| 10/01/19 | Menz, Sheila E. | 0.10 | Circulate ████ |
| 10/01/19 | Menz, Sheila E. | 0.10 | Follow-up ████ |
| 10/01/19 | Rockett, Elizabeth W | 0.50 | Complete ██████ |
| 10/01/19 | Shemesh, Tamir | 3.00 | Prepare ████ |
| 10/02/19 | Byrnes, John T. | 0.10 | Teleconference with ████ |
| 10/02/19 | DaCunha, Alyssa | 1.60 | Analyz ████ |
| 10/02/19 | DaCunha, Alyssa | 0.90 | Review ████ |
| 10/02/19 | DaCunha, Alyssa | 0.70 | Draft ████ |
| 10/02/19 | Hayes, Sean A. | 0.70 | Emails with ██████ |
| 10/02/19 | Lannon, William E. | 0.70 | File ██████ |
| 10/02/19 | Menz, Sheila E. | 0.30 | Revise ████ |
| 10/02/19 | Menz, Sheila E. | 0.70 | Summarize ████ |

19-23649-rdd    Doc 739    Filed 01/13/20    Entered 01/13/20 09:34:21    Main Document
Pg 30 of 44

Client No. 1653300                     Purdue Pharma. L.P.
Matter No. 1653300-00136               Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/02/19 | Menz, Sheila E. | 0.50 | Multiple communications with ███ ████████████████ |
| 10/02/19 | Menz, Sheila E. | 0.10 | Communicate with ██████ |
| 10/02/19 | Rockett, Elizabeth W | 0.50 | Complete ███████████ |
| 10/03/19 | Byrnes, John T. | 0.50 | Teleconference with █████████ |
| 10/03/19 | Byrnes, John T. | 0.10 | Review ████ |
| 10/03/19 | Byrnes, John T. | 0.20 | Review ███ |
| 10/03/19 | DaCunha, Alyssa | 1.20 | Participat ██ |
| 10/03/19 | DaCunha, Alyssa | 0.50 | Teleconference with ████████ |
| 10/03/19 | DaCunha, Alyssa | 0.50 | Teleconference with █████ |
| 10/03/19 | DaCunha, Alyssa | 0.30 | Discuss ███ |
| 10/03/19 | Hromada, Patricia | 0.20 | Communicate with ██████████ |
| 10/03/19 | Menz, Sheila E. | 0.60 | Draft ████████ |
| 10/03/19 | Menz, Sheila E. | 3.70 | Finish ██████ |
| 10/03/19 | Menz, Sheila E. | 0.50 | Teleconference with █████ |
| 10/03/19 | Menz, Sheila E. | 0.30 | Teleconference with ██████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/03/19 | Menz, Sheila E. | 0.50 | Revise █████████ |
| 10/03/19 | Rockett, Elizabeth W | 0.50 | Complete ████████████ |
| 10/03/19 | Stroede, Phoebe | 0.20 | Communicate ███████ |
| 10/03/19 | Stroede, Phoebe | 0.60 | Execute █████████████ |
| 10/04/19 | DaCunha, Alyssa | 0.30 | Multiple communications with ██ |
| 10/04/19 | DaCunha, Alyssa | 0.70 | Participate ████ |
| 10/04/19 | Rockett, Elizabeth W | 0.50 | Complete ████████████ |
| 10/07/19 | Byrnes, John T. | 0.20 | Review ██████ |
| 10/07/19 | Byrnes, John T. | 0.30 | Review ██████ |
| 10/07/19 | Menz, Sheila E. | 0.10 | Analyze █████ |
| 10/07/19 | Menz, Sheila E. | 0.20 | Communicate with █████ |
| 10/07/19 | Rockett, Elizabeth W | 0.60 | Complet ███████████ |
| 10/07/19 | Stroede, Phoebe | 0.60 | Search ██████ |
| 10/08/19 | Menz, Sheila E. | 0.20 | Follow ██████████ |
| 10/08/19 | Menz, Sheila E. | 0.10 | Communicate with ████████ |
| 10/08/19 | Menz, Sheila E. | 0.20 | Multiple communications with █ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/08/19 | Menz, Sheila E. | 0.40 | Assess █ |
| 10/08/19 | Rockett, Elizabeth W | 0.60 | Complete █ |
| 10/09/19 | Byrnes, John T. | 0.20 | Teleconference with █ |
| 10/09/19 | Byrnes, John T. | 0.30 | Review █ |
| 10/09/19 | DaCunha, Alyssa | 0.50 | Multiple communications with █ |
| 10/09/19 | DaCunha, Alyssa | 0.40 | Review █ |
| 10/09/19 | Hromada, Patricia | 0.60 | Analyze █ |
| 10/09/19 | Menz, Sheila E. | 0.20 | Teleconference with █ |
| 10/09/19 | Menz, Sheila E. | 0.10 | Follow-up communication with █ |
| 10/09/19 | Menz, Sheila E. | 0.20 | Begin revising █ |
| 10/09/19 | Menz, Sheila E. | 0.10 | Draft █ |
| 10/09/19 | Menz, Sheila E. | 0.50 | Analyze █ |
| 10/09/19 | Menz, Sheila E. | 0.50 | Draft █ |
| 10/09/19 | Rockett, Elizabeth W | 0.60 | Complete █ |

19-23649-rdd    Doc 739    Filed 03/13/20    Entered 03/13/20 09:34:21    Main Document
Pg 41 of 71

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 10/09/19 | Stroede, Phoebe | 0.60 | Execute ███████████ |
| 10/10/19 | Byrnes, John T. | 0.70 | Teleconference with ████████ |
| 10/10/19 | Byrnes, John T. | 0.40 | Review ████████████ |
| 10/10/19 | DaCunha, Alyssa | 0.30 | Discuss ████████ |
| 10/10/19 | DaCunha, Alyssa | 0.50 | Teleconference with ████████ |
| 10/10/19 | Menz, Sheila E. | 0.10 | Transmit █████████████ |
| 10/10/19 | Menz, Sheila E. | 0.10 | Communicate with ██████████ |
| 10/10/19 | Menz, Sheila E. | 0.40 | Multiple communications with ████████ |
| 10/10/19 | Menz, Sheila E. | 0.20 | Prep █████████ |
| 10/10/19 | Menz, Sheila E. | 0.50 | Teleconference with ████████ |
| 10/10/19 | Rockett, Elizabeth W | 0.60 | Complete ████████████ |
| 10/11/19 | Byrnes, John T. | 0.70 | Review ███████████ |
| 10/11/19 | Rockett, Elizabeth W | 0.60 | Complete ████████████ |
| 10/13/19 | Menz, Sheila E. | 2.10 | Revise █████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | ██████████████████ |
| 10/13/19 | Menz, Sheila E. | 0.20 | Revise ███████████ |
| 10/13/19 | Menz, Sheila E. | 1.30 | Draft █████████ |
| 10/14/19 | Menz, Sheila E. | 0.90 | Revise ████████ |
| 10/14/19 | Rockett, Elizabeth W | 0.60 | Complete ██████████ |
| 10/15/19 | Rockett, Elizabeth W | 0.60 | Complete ██████████ |
| 10/16/19 | Hromada, Patricia | 0.90 | Analyze ███████████ |
| 10/16/19 | Rockett, Elizabeth W | 0.60 | Complet ██████████ |
| 10/17/19 | Byrnes, John T. | 4.80 | Review ████████ |
| 10/17/19 | DaCunha, Alyssa | 2.30 | Participate ███████ |
| 10/17/19 | DaCunha, Alyssa | 0.60 | Teleconference with ████ |
| 10/17/19 | Hromada, Patricia | 1.10 | Analyze █████████ |
| 10/17/19 | Hromada, Patricia | 0.80 | Analyze ███████████ |
| 10/17/19 | Rockett, Elizabeth W | 0.60 | Complete ██████████ |
| 10/18/19 | Byrnes, John T. | 0.10 | Draft ████████ |
| 10/18/19 | Hromada, Patricia | 1.50 | Analyze ████████ |
| 10/18/19 | Rockett, Elizabeth W | 0.60 | Complete ██████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/19/19 | Menz, Sheila E. | 4.60 | Draft |
| 10/20/19 | Menz, Sheila E. | 2.90 | Finalize |
| 10/21/19 | Menz, Sheila E. | 0.20 | Review |
| 10/21/19 | Rockett, Elizabeth W | 0.60 | Complete |
| 10/22/19 | Byrnes, John T. | 0.30 | Review |
| 10/22/19 | DaCunha, Alyssa | 0.50 | Multiple communications with |
| 10/22/19 | Hromada, Patricia | 1.60 | Analyze, stage |
| 10/22/19 | Hromada, Patricia | 1.40 | Conduct |
| 10/22/19 | Lannon, William E. | 0.50 | Analyze |
| 10/22/19 | Le, Kevin | 0.50 | Coordinate |
| 10/22/19 | Menz, Sheila E. | 0.20 | Draft |
| 10/22/19 | Menz, Sheila E. | 0.50 | Communicate with |
| 10/22/19 | Menz, Sheila E. | 1.20 | Analyze |
| 10/22/19 | Rockett, Elizabeth W | 0.60 | Complete |
| 10/23/19 | Byrnes, John T. | 0.10 | Review |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/23/19 | Hromada, Patricia | 0.70 | Analyze, stage |
| 10/23/19 | Rockett, Elizabeth W | 0.60 | Complete |
| 10/24/19 | Byrnes, John T. | 0.20 | Review |
| 10/24/19 | DaCunha, Alyssa | 0.60 | Multiple communications with |
| 10/24/19 | DaCunha, Alyssa | 0.80 | Review |
| 10/24/19 | Hromada, Patricia | 1.50 | Analyze, stage |
| 10/24/19 | Menz, Sheila E. | 1.00 | Analyze |
| 10/24/19 | Rockett, Elizabeth W | 0.60 | Complete |
| 10/25/19 | DaCunha, Alyssa | 0.70 | Multiple communications with |
| 10/25/19 | DaCunha, Alyssa | 0.60 | Review |
| 10/25/19 | DaCunha, Alyssa | 0.50 | Research |
| 10/25/19 | DaCunha, Alyssa | 0.70 | Multiple communications with |
| 10/25/19 | Hromada, Patricia | 1.70 | Analyze, stage |
| 10/25/19 | Hromada, Patricia | 0.50 | Confer with |

19-23649-rdd    Doc 739    Filed 01/13/20    Entered 01/13/20 09:34:21    Main Document
Pg 51 of 72

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00136               Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/25/19 | Menz, Sheila E. | 0.30 | Communicate with ███████ |
| 10/25/19 | Menz, Sheila E. | 0.10 | Assess ███████ |
| 10/25/19 | Rockett, Elizabeth W | 0.60 | Complete ███████ |
| 10/25/19 | Rockett, Elizabeth W | 1.40 | Review ███████ |
| 10/25/19 | Stroede, Phoebe | 0.30 | Teleconference with ███████ |
| 10/25/19 | Stroede, Phoebe | 0.40 | Teleconference with ███████ |
| 10/25/19 | Stroede, Phoebe | 0.20 | Identify ███████ |
| 10/28/19 | Byrnes, John T. | 3.80 | Review ███████ |
| 10/28/19 | DaCunha, Alyssa | 0.70 | Discuss ███████ |
| 10/28/19 | Hromada, Patricia | 1.70 | Analyze, stage ███████ |
| 10/28/19 | Menz, Sheila E. | 0.10 | Correspond with ███████ |
| 10/28/19 | Rockett, Elizabeth W | 0.60 | Complete ███████ |
| 10/28/19 | Stroede, Phoebe | 5.60 | Conduct ███████ |
| 10/29/19 | Byrnes, John T. | 0.70 | Review ███████ |
| 10/29/19 | DaCunha, Alyssa | 0.30 | Discuss ███████ |

19-23649-rdd    Doc 733    Filed 01/13/20    Entered 01/13/20 09:34:21    Main Document
Pg 52 of 72

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/29/19 | DaCunha, Alyssa | 0.50 | Multiple communications with ██ |
| 10/29/19 | Hromada, Patricia | 1.40 | Analyze, stage ██ |
| 10/29/19 | Hromada, Patricia | 0.50 | Revise ██ |
| 10/29/19 | Menz, Sheila E. | 3.00 | Review ██ |
| 10/29/19 | Menz, Sheila E. | 0.20 | Multiple communications with ██ |
| 10/29/19 | Menz, Sheila E. | 1.00 | Draft ██ |
| 10/29/19 | Rockett, Elizabeth W | 0.60 | Complete ██ |
| 10/29/19 | Stroede, Phoebe | 0.10 | Communicate with ██ |
| 10/29/19 | Stroede, Phoebe | 0.60 | Confirm ██ |
| 10/29/19 | Stroede, Phoebe | 0.60 | Conduct ██ |
| 10/30/19 | DaCunha, Alyssa | 0.60 | Teleconference with ██ |
| 10/30/19 | DaCunha, Alyssa | 0.80 | Multiple communications with ██ |
| 10/30/19 | DaCunha, Alyssa | 0.50 | Research ██ |
| 10/30/19 | Hromada, Patricia | 1.30 | Conduct ██ |

19-23649-rdd    Doc 739    Filed 01/13/20    Entered 01/13/20 09:34:21    Main Document
Pg 39 of 72

Client No. 1653300                          Purdue Pharma. L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/30/19 | Hromada, Patricia | 1.20 | Analyze, stage █████████ |
| 10/30/19 | Hromada, Patricia | 1.20 | Analyze ██████████ |
| 10/30/19 | Menz. Sheila E. | 0.80 | Revise ████████ |
| 10/30/19 | Menz. Sheila E. | 0.10 | E-mail ██████ |
| 10/30/19 | Menz. Sheila E. | 0.20 | Assess ███████ |
| 10/30/19 | Menz. Sheila E. | 0.40 | Review █████ |
| 10/30/19 | Menz. Sheila E. | 0.50 | Teleconference with ██████ |
| 10/30/19 | Menz. Sheila E. | 0.10 | Circulate ██████ |
| 10/30/19 | Rockett. Elizabeth W | 0.60 | Complete ███████ |
| 10/30/19 | Shemesh, Tamir | 1.00 | Prepare ██████ |
| 10/30/19 | Stroede, Phoebe | 0.10 | E-mail communication with ████████ |
| 10/31/19 | DaCunha, Alyssa | 0.50 | Multiple communications with ██ |
| 10/31/19 | Hromada, Patricia | 0.80 | Analyze ████████ |
| 10/31/19 | Hromada, Patricia | 2.40 | Analyze, stage ██████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma. L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/31/19 | Hromada, Patricia | 1.00 | Revise |
| 10/31/19 | Hromada, Patricia | 1.10 | Analyze |
| 10/31/19 | Menz. Sheila E. | 0.30 | Multiple communications with |
| 10/31/19 | Menz. Sheila E. | 0.10 | Draft |
| 10/31/19 | Rockett, Elizabeth W | 0.60 | Complete |
| 10/31/19 | Stroede, Phoebe | 1.90 | Execute |
| 10/31/19 | Stroede, Phoebe | 0.70 | Apply |
| 10/31/19 | Stroede, Phoebe | 0.20 | E-mail communications with |
| 11/01/19 | Chandler. Jeremiah | 0.80 | Create |
| 11/01/19 | DaCunha, Alyssa | 0.30 | Review, revise |
| 11/01/19 | DaCunha, Alyssa | 0.50 | Multiple communications with |
| 11/01/19 | Hromada, Patricia | 1.50 | Analyze |
| 11/01/19 | Hromada, Patricia | 1.60 | Communicate with |
| 11/01/19 | Hromada, Patricia | 2.40 | Conduct |
| 11/01/19 | Le. Kevin | 0.80 | Create |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma. L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
|  |  |  | █████████ |
| 11/01/19 | Menz. Sheila E. | 1.20 | Multiple communications with ██ |
| 11/01/19 | Menz. Sheila E. | 0.10 | Distribute ███████████ |
| 11/01/19 | Rockett, Elizabeth W | 0.60 | Complete ████████████ |
| 11/01/19 | Shemesh. Tamir | 1.00 | Prepare ██████████ |
| 11/01/19 | Shemesh. Tamir | 0.70 | Deliver ██████ |
| 11/01/19 | Shemesh. Tamir | 1.00 | Prepare █████████ |
| 11/01/19 | Stroede, Phoebe | 1.50 | Conduct ██████████ |
| 11/01/19 | Stroede, Phoebe | 1.40 | Draft and execute ██████████████ |
| 11/02/19 | Menz, Sheila E. | 2.70 | Finalize ███████ |
| 11/03/19 | DaCunha, Alyssa | 0.80 | Review, revise ████████ |
| 11/03/19 | DaCunha, Alyssa | 0.40 | Multiple communications with ██ |
| 11/03/19 | Menz. Sheila E. | 3.50 | Begin drafting █████████ |
| 11/03/19 | Menz. Sheila E. | 0.40 | Revise ██████████ |
| 11/04/19 | Brown. Reginald | 0.40 | ███████████ |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | discussion with ███████ |
| 11/04/19 | Brown, Reginald | 0.40 | Call ███████████████ |
| 11/04/19 | Byrnes, John T. | 0.30 | Call with ██████ |
| 11/04/19 | Byrnes, John T. | 0.20 | Meet with ██████ |
| 11/04/19 | DaCunha, Alyssa | 0.30 | Telecon with █████████ |
| 11/04/19 | DaCunha, Alyssa | 0.30 | Participate in █████ |
| 11/04/19 | DaCunha, Alyssa | 0.50 | Prepare for █████████ |
| 11/04/19 | Hromada, Patricia | 0.70 | Edit █████████ |
| 11/04/19 | Hromada, Patricia | 2.50 | Conduct analysis ████ |
| 11/04/19 | Hromada, Patricia | 0.30 | Communicate with ██████ |
| 11/04/19 | Menz, Sheila E. | 0.70 | Revise ███████ |
| 11/04/19 | Menz, Sheila E. | 0.40 | Meet with ██████ |
| 11/04/19 | Menz, Sheila E. | 2.20 | Analyze █████████ |
| 11/04/19 | Menz, Sheila E. | 3.20 | Finalize ██████ |
| 11/04/19 | Menz, Sheila E. | 0.40 | Prep ██████████ |
| 11/04/19 | Menz, Sheila E. | 0.50 | Call with ████ |
| 11/04/19 | Rockett, Elizabeth W | 0.60 | Complete █████████ |
| 11/04/19 | Shemesh, Tamir | 2.50 | Prepare █████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/04/19 | Shemesh, Tamir | 1.00 | Prepare |
| 11/04/19 | Stroede, Phoebe | 3.20 | Draft and execute [redacted] with final production numbers |
| 11/04/19 | Stroede, Phoebe | 1.20 | Investigate |
| 11/05/19 | DaCunha, Alyssa | 1.50 | Revise |
| 11/05/19 | Hromada, Patricia | 0.60 | Review and analyze |
| 11/05/19 | Hromada, Patricia | 0.70 | Multiple communications with |
| 11/05/19 | Menz, Sheila E. | 0.80 | Update |
| 11/05/19 | Menz, Sheila E. | 0.60 | Incorporate |
| 11/05/19 | Menz, Sheila E. | 1.50 | Analyze |
| 11/05/19 | Menz, Sheila E. | 0.10 | Distribute |
| 11/05/19 | Rockett, Elizabeth W | 0.60 | Complete |
| 11/05/19 | Shemesh, Tamir | 2.50 | Prepare |
| 11/05/19 | Stroede, Phoebe | 0.90 | Multiple communications with |
| 11/05/19 | Stroede, Phoebe | 4.20 | Update |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
|  |  |  | ███████████ |
| 11/06/19 | DaCunha, Alyssa | 0.50 | Multiple communications with ████ |
| 11/06/19 | Hromada, Patricia | 1.50 | Draft and edit ███████ |
| 11/06/19 | Hromada, Patricia | 1.50 | Multiple communications with ████ |
| 11/06/19 | Rockett, Elizabeth W | 0.60 | Complete ███████ |
| 11/06/19 | Shemesh, Tamir | 5.50 | Prepare ████ |
| 11/06/19 | Stroede, Phoebe | 5.90 | Confirm ███████ |
| 11/06/19 | Stroede, Phoebe | 0.90 | Multiple communications with ████ |
| 11/07/19 | Brown, Reginald | 0.70 | Meeting ████ |
| 11/07/19 | Byrnes, John T. | 2.50 | Meet with ████ |
| 11/07/19 | Byrnes, John T. | 0.60 | Review ████ |
| 11/07/19 | DaCunha, Alyssa | 0.20 | Multiple communications with ████ |
| 11/07/19 | DaCunha, Alyssa | 3.80 | Prepare ████ |
| 11/07/19 | DaCunha, Alyssa | 1.10 | Participate ████ |
| 11/07/19 | DaCunha, Alyssa | 0.30 | Multiple communications with ████ |

Client No. 1653300                  Purdue Pharma, L.P.
Matter No. 1653300-00136            Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
|  |  |  | ▮▮▮▮▮▮▮▮ |
| 11/07/19 | Hromada, Patricia | 1.30 | Review, ▮▮▮▮▮▮ |
| 11/07/19 | Menz, Sheila E. | 1.20 | Prep ▮▮▮▮ |
| 11/07/19 | Menz, Sheila E. | 0.30 | Call with ▮▮▮▮ |
| 11/07/19 | Menz, Sheila E. | 2.20 | Participate ▮▮▮▮ |
| 11/07/19 | Menz, Sheila E. | 0.10 | Communicate with ▮▮▮ |
| 11/07/19 | Rockett, Elizabeth W | 0.60 | Complete ▮▮▮ |
| 11/07/19 | Rockett, Elizabeth W | 0.30 | Complete ▮▮▮ |
| 11/07/19 | Satten-Lopez, Elena M. | 2.20 | Participate ▮▮▮ |
| 11/07/19 | Shemesh, Tamir | 0.50 | Prepare ▮▮▮ |
| 11/08/19 | Hromada, Patricia | 1.10 | Draft and edit ▮▮▮ |
| 11/08/19 | Menz, Sheila E. | 0.10 | Review ▮▮▮ |
| 11/08/19 | Rockett, Elizabeth W | 0.60 | Complete ▮▮▮ |
| 11/08/19 | Rockett, Elizabeth W | 1.20 | Complete ▮▮▮ |
| 11/08/19 | Satten-Lopez, Elena M. | 0.80 | Draft ▮▮▮ |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/10/19 | DaCunha, Alyssa | 0.20 | Review |
| 11/11/19 | DaCunha, Alyssa | 0.70 | Multiple communications with |
| 11/11/19 | DaCunha, Alyssa | 0.50 | Draft |
| 11/11/19 | Hromada, Patricia | 0.50 | Review, analyze |
| 11/11/19 | Menz, Sheila E. | 0.60 | Analyze |
| 11/11/19 | Menz, Sheila E. | 0.80 | Multiple communications with |
| 11/11/19 | Menz, Sheila E. | 0.20 | Call with |
| 11/11/19 | Menz, Sheila E. | 0.30 | Draft |
| 11/11/19 | Rockett, Elizabeth W | 0.50 | Complete |
| 11/11/19 | Rockett, Elizabeth W | 0.60 | Complete |
| 11/11/19 | Rockett, Elizabeth W | 1.20 | Complete |
| 11/11/19 | Satten-Lopez, Elena M. | 0.70 | Draft |
| 11/11/19 | Shemesh, Tamir | 1.00 | Prepare |
| 11/12/19 | Hromada, Patricia | 0.70 | Edit |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/12/19 | Menz, Sheila E. | 1.90 | Continue drafting |
| 11/12/19 | Rockett, Elizabeth W | 0.60 | Complete |
| 11/13/19 | DaCunha, Alyssa | 0.80 | Review |
| 11/13/19 | DaCunha, Alyssa | 0.60 | Multiple communications with |
| 11/13/19 | DaCunha, Alyssa | 0.80 | Review |
| 11/13/19 | DaCunha, Alyssa | 0.70 | Review |
| 11/13/19 | DaCunha, Alyssa | 0.40 | Telecon with |
| 11/13/19 | Menz, Sheila E. | 1.30 | Complete |
| 11/13/19 | Menz, Sheila E. | 0.10 | Multiple communications with |
| 11/13/19 | Menz, Sheila E. | 0.10 | Email correspondence with |
| 11/13/19 | Rockett, Elizabeth W | 0.60 | Complete |
| 11/14/19 | Brown, Reginald | 1.50 | Attend |
| 11/14/19 | Rockett, Elizabeth W | 0.60 | Complete |
| 11/15/19 | Byrnes, John T. | 0.30 | Call with |
| 11/15/19 | DaCunha, Alyssa | 0.40 | Review |

19-23649-rbl    Doc 739    Filed 03/13/20    Entered 03/13/20 09:34:21    Main Document
Pg 91 of 171

Client No. 1653300                     Purdue Pharma. L.P.
Matter No. 1653300-00136               Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/15/19 | DaCunha, Alyssa | 0.40 | Telecon with █████████████ |
| 11/15/19 | Rockett, Elizabeth W | 0.60 | Complete ████████████████ |
| 11/18/19 | DaCunha, Alyssa | 0.40 | Multiple communications with █ |
| 11/18/19 | Menz, Sheila E. | 0.50 | Analyze ████████ |
| 11/18/19 | Menz, Sheila E. | 0.20 | Communicate with ████████████ |
| 11/18/19 | Menz, Sheila E. | 0.40 | Develop █████████ |
| 11/18/19 | Menz, Sheila E. | 0.10 | Confer with ██████ |
| 11/18/19 | Menz, Sheila E. | 0.40 | Call with ███████ |
| 11/18/19 | Menz, Sheila E. | 0.40 | Review ██████████ |
| 11/18/19 | Menz, Sheila E. | 0.30 | Call with ███████ |
| 11/18/19 | Menz, Sheila E. | 0.10 | Analyz ████████ |
| 11/18/19 | Menz, Sheila E. | 0.20 | Multiple communications with █ |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/18/19 | Rockett, Elizabeth W | 0.60 | Complete ██████████████ |
| 11/18/19 | Satten-Lopez, Elena M. | 3.70 | Read and summarize ████████████ |
| 11/19/19 | DaCunha, Alyssa | 0.50 | Multiple communications with ███████ |
| 11/19/19 | Menz, Sheila E. | 0.10 | Follow-up communications with ████████████ |
| 11/19/19 | Menz, Sheila E. | 0.50 | Further revise ████████ |
| 11/19/19 | Rockett, Elizabeth W | 0.60 | Complete ██████████ |
| 11/20/19 | DaCunha, Alyssa | 0.30 | Discuss ███████████ |
| 11/20/19 | DaCunha, Alyssa | 1.00 | Participate in ████████ |
| 11/20/19 | Menz, Sheila E. | 0.10 | Communicate wit ████████ |
| 11/20/19 | Rockett, Elizabeth W | 0.60 | Complete ██████████ |
| 11/21/19 | DaCunha, Alyssa | 0.30 | Discuss ███████████ |
| 11/21/19 | Hromada, Patricia | 0.50 | Conduct ████████ |
| 11/21/19 | Rockett, Elizabeth W | 0.60 | Complete ██████████ |
| 11/21/19 | Stroede, Phoebe | 0.20 | Provide ████████ |
| 11/22/19 | Brown, Reginald | 0.50 | Call with ██████████ |
| 11/22/19 | DaCunha, Alyssa | 0.50 | Participate in ████████ |

19-23649-rdd    Doc 739    Filed 01/15/20    Entered 01/15/20 09:34:21    Main Document
Pg 50 of 72

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | |
| 11/22/19 | DaCunha, Alyssa | 0.40 | Telecon with |
| 11/22/19 | DaCunha, Alyssa | 0.30 | Multiple communications with |
| 11/22/19 | Hromada, Patricia | 0.70 | Conduct |
| 11/22/19 | Rockett, Elizabeth W | 0.60 | Complete |
| 11/23/19 | DaCunha, Alyssa | 0.20 | Telecon with |
| 11/25/19 | Brown, Reginald | 0.60 | call with |
| 11/25/19 | DaCunha, Alyssa | 0.80 | Participate in |
| 11/25/19 | Menz, Sheila E. | 0.50 | Confer with |
| 11/25/19 | Menz, Sheila E. | 0.20 | Review |
| 11/25/19 | Rockett, Elizabeth W | 0.60 | Complete |
| 11/25/19 | Satten-Lopez, Elena M. | 0.60 | Confer with |
| 11/26/19 | Brown, Reginald | 1.00 | call |
| 11/26/19 | DaCunha, Alyssa | 1.00 | Participate in |
| 11/26/19 | DaCunha, Alyssa | 0.30 | Discuss |
| 11/26/19 | Menz, Sheila E. | 1.50 | Draft |

19-23649-rbl    Doc 733    Filed 01/13/20    Entered 01/13/20 09:34:21    Main Document
Pg 69 of 72

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/26/19 | Rockett, Elizabeth W | 0.60 | Complete ███████████████ |
| 11/27/19 | Rockett, Elizabeth W | 0.60 | Complete ███████████████ |
| | | **507.60** | |
| **Total** | | **576.50** | |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Cost | Description |
|---|---|---|
| 09/16/19 | 0.30 | DOCUMENT COLOR PRINTING - DC - FOR 16-Sep-2019 - 28198 |
| 09/16/19 | 27.25 | Taxi, Alyssa DaCunha, 09/12/19, INV: 3621293809161801; Taxi home from DCA |
| 09/16/19 | 10.00 | Rail, Alyssa DaCunha, 09/12/2019 to 09/12/2019, INV: 3621293809161801; Penalty for cancelation of Amtrak service to DC |
| 09/17/19 | 0.60 | DOCUMENT COLOR PRINTING - DC - FOR 17-Sep-2019 - 30824 Color Blowbacks CHARGED ON 10-SEP-2019 - 6 PAGE(S) |
| 09/19/19 | 1.10 | DOCUMENT COLOR PRINTING - DC - FOR 19-Sep-2019 - 28198 |
| 09/23/19 | 3.60 | DOCUMENT COLOR PRINTING - DC - FOR 23-Sep-2019 - 30824 |
| 09/23/19 | 12.90 | DOCUMENT COLOR PRINTING - DC - FOR 23-Sep-2019 - 30824 |
| 09/23/19 | 1.50 | DOCUMENT COLOR PRINTING - DC - FOR 23-Sep-2019 - 30824 |
| 09/23/19 | 0.20 | DOCUMENT COLOR PRINTING - DC - FOR 23-Sep-2019 - 28198 |
| 09/24/19 | 1.20 | DOCUMENT COLOR PRINTING - DC - FOR 24-Sep-2019 - 30824 Color Blowbacks CHARGED ON 17-SEP-2019 - 12 PAGE(S) |
| 09/26/19 | 8.70 | DOCUMENT COLOR PRINTING - NY - FOR 26-Sep-2019 - 21260 |
| 09/26/19 | 1.20 | DOCUMENT COLOR PRINTING - DC - FOR 26-Sep-2019 - 30824 Color Blowbacks CHARGED ON 20-SEP-2019 - 12 PAGE(S) |
| 09/27/19 | 1.00 | PHOTOCOPY - DC - FOR 27-Sep-2019 - 10 PAGE(S) - 30824 |
| 09/30/19 | 0.60 | DOCUMENT COLOR PRINTING - DC - FOR 30-Sep-2019 - 30824 |
| 10/01/19 | 57.60 | OTHER - DAY - Hosting Fee: 1.92 GB @ $30.00 ea |
| 10/01/19 | 4.80 | DOCUMENT COLOR PRINTING - DC - FOR 01-Oct-2019 - 05423 |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Cost | Description |
|---|---|---|
| 10/01/19 | 5.70 | DOCUMENT COLOR PRINTING - DC - FOR 01-Oct-2019 - 05423 |
| 10/02/19 | 17.88 | Yellow Cab Company of D.C. Inc.; Invoice# 03046 (Aug-31,2019); 8/9, JANE KIM - 1875 PENNSYLANIA AVE. WASHINGTON, DC 20006 TO RAYBURN HOUSE OFFICE BUILDING, WASHINGTON DC -- Mary Randolph |
| 10/02/19 | 22.59 | Yellow Cab Company of D.C. Inc.; Invoice# 03046 (Aug-31,2019); 8/9, JANE KIM - 45 INDEPENDENCE AVE, SE, WASHINGTON, DC TO 1875 PENNSYLVANIA AVE, NW, WASHINGTON, DC 20006 -- Mary Randolph |
| 10/02/19 | 2.40 | DOCUMENT COLOR PRINTING - DC - FOR 02-Oct-2019 - 30824 Color Blowbacks CHARGED ON 30-SEP-2019 - 24 PAGE(S) |
| 10/03/19 | 17.18 | Taxi, Tamir Shemesh, 09/27/19, INV: 3670624410031731; Deliver Purdue production to Hill |
| 10/03/19 | 11.08 | Taxi, Tamir Shemesh, 09/30/19, INV: 3670624410031731; Deliver Purdue production to Hill Merchant: Uber Technologies, Inc. Merchant:Uber Technologies, Inc. |
| 10/04/19 | 0.20 | PHOTOCOPY - DC - FOR 04-Oct-2019 - 2 PAGE(S) - 01285 |
| 10/09/19 | 0.10 | DOCUMENT COLOR PRINTING - DC - FOR 09-Oct-2019 - 28198 |
| 10/15/19 | 1.00 | DOCUMENT COLOR PRINTING - NY - FOR 15-Oct-2019 - 21260 |
| 10/19/19 | 0.80 | DOCUMENT COLOR PRINTING - DC - FOR 19-Oct-2019 - 28198 |
| 11/01/19 | 57.60 | OTHER - DAY - Hosting Fee: 1.92 GB @ $30.00 ea |
| 11/01/19 | 0.40 | PHOTOCOPY - DC - FOR 01-Nov-2019 - 4 PAGE(S) - 30824 |
| 11/01/19 | 0.20 | DOCUMENT COLOR PRINTING - DC - FOR 01-Nov-2019 - 30307 |
| 11/04/19 | 9.00 | DOCUMENT COLOR PRINTING - DC - FOR 04-Nov-2019 - 28198 |
| 11/04/19 | 7.50 | DOCUMENT COLOR PRINTING - DC - FOR 04-Nov-2019 - 28198 |
| 11/04/19 | 0.60 | DOCUMENT COLOR PRINTING - DC - FOR 04-Nov-2019 - 28198 |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Cost | Description |
|---|---|---|
| 11/04/19 | 1.50 | DOCUMENT COLOR PRINTING - DC - FOR 04-Nov-2019 - 28198 |
| 11/04/19 | 0.10 | DOCUMENT COLOR PRINTING - DC - FOR 04-Nov-2019 - 28198 |
| 11/04/19 | 0.60 | DOCUMENT COLOR PRINTING - DC - FOR 04-Nov-2019 - 28198 |
| 11/06/19 | 3.20 | DOCUMENT COLOR PRINTING - DC - FOR 06-Nov-2019 - 30824 |
| 11/07/19 | 14.70 | PHOTOCOPY - DC - FOR 07-Nov-2019 - 147 PAGE(S) - 23650 |
| 11/07/19 | 0.90 | DOCUMENT COLOR PRINTING - DC - FOR 07-Nov-2019 - 28198 |
| 11/07/19 | 0.70 | DOCUMENT COLOR PRINTING - DC - FOR 07-Nov-2019 - 28198 |
| 11/11/19 | 1.40 | DOCUMENT COLOR PRINTING - DC - FOR 11-Nov-2019 - 30824 Color Blowbacks CHARGED ON 04-NOV-2019 - 14 PAGE(S) |
| 11/11/19 | 0.20 | DOCUMENT COLOR PRINTING - DC - FOR 11-Nov-2019 - 28198 |
| 11/11/19 | 1.10 | DOCUMENT COLOR PRINTING - DC - FOR 11-Nov-2019 - 28198 |
| 11/15/19 | 0.30 | DOCUMENT COLOR PRINTING - DC - FOR 15-Nov-2019 - 28198 |
| 11/15/19 | 0.40 | DOCUMENT COLOR PRINTING - DC - FOR 15-Nov-2019 - 30824 Color Blowbacks CHARGED ON 07-NOV-2019 - 4 PAGE(S) |
| 11/15/19 | 83.40 | DOCUMENT COLOR PRINTING - DC - FOR 15-Nov-2019 - 30824 Color Blowbacks CHARGED ON 06-NOV-2019 - 834 PAGE(S) |
| 11/15/19 | 0.30 | DOCUMENT COLOR PRINTING - DC - FOR 15-Nov-2019 - 28198 |
| 11/18/19 | 12.27 | Taxi, Tamir Shemesh, 11/01/19, INV: 3785743111181836; Deliver Production to Hill Merchant: Uber Technologies, Inc. Merchant:Uber Technologies, Inc. |
| 11/18/19 | 11.04 | Taxi, Tamir Shemesh, 11/01/19, INV: 3785743111181836; Deliver Production to Hill Merchant: Uber Technologies, Inc. |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

| Date | Cost | Description |
|------|------|-------------|
|      |      | Merchant:Uber Technologies, Inc. |
| Total | **418.89** | |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 9.20 | 1,355.00 | 12,466.00 |
| Shuster Jr., George W. | 2.80 | 1,060.00 | 2,968.00 |
| Manzer, Nancy L. | 25.90 | 990.00 | 25,641.00 |
| DaCunha, Alyssa | 68.30 | 850.00 | 58,055.00 |
| Hayes, Sean A. | 3.10 | 825.00 | 2,557.50 |
| Byrnes, John T. | 43.00 | 775.00 | 33,325.00 |
| Menz, Sheila E. | 150.00 | 590.00 | 88,500.00 |
| Satten-Lopez, Elena M. | 8.00 | 495.00 | 3,960.00 |
| Hromada, Patricia | 88.10 | 475.00 | 41,847.50 |
| Le, Kevin | 2.90 | 430.00 | 1,247.00 |
| Thompson, Yolande | 37.90 | 425.00 | 16,107.50 |
| Stroede, Phoebe | 50.70 | 300.00 | 15,210.00 |
| Lannon, William E. | 2.50 | 280.00 | 700.00 |
| Shemesh, Tamir | 44.50 | 245.00 | 10,902.50 |
| Rockett, Elizabeth W | 33.40 | 245.00 | 8,183.00 |
| Chandler, Jeremiah | 1.60 | 135.00 | 216.00 |
| Moriarty, Meredith | 4.60 | 90.00 | 414.00 |
| **Total Legal Services** | **576.50** | | **$322,300.00** |

| Task | Description | Hours | Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 68.90 | 47,198.00 |
| L400 | Congressional Investigation | 507.60 | 275,102.00 |
| **Total Legal Services** | | **576.50** | **$322,300.00** |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2574293
Invoice Date 01/09/20
Legal Services through November 30, 2019

## DISBURSEMENTS

| Description | Total |
|---|---|
| WHDS DATA HOSTING - INGESTED DOCUMENTS DOCUMENT INSTANCE HOSTING | 115.20 |
| TRAVEL | 37.25 |
| PHOTOCOPY | 16.30 |
| LOCAL TRANSPORTATION | 92.04 |
| DOCUMENT PRINTING COLOR | 158.10 |
| **Total Disbursements** | **$418.89** |

# WILMERHALE  |WH|

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 01/09/20 |
| Invoice No. | 2574293 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through November 30, 2019 in connection with the Post
Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---:|
| Total Legal Services | $ | 322,300.00 |
| Less 15% Discount | | -48,345.00 |
| Total Disbursements | | 418.89 |
| **Total Amount Due** | $ | **274,373.89** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ███████

Routing Number: ███████

Citibank NA 1101 Pennsylvania Avenue NW Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership. Our United Kingdom offices are operated under a separate Delaware limited liability partnership

# EXHIBIT E

## Second Monthly Fee Statement

WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**SECOND MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE**
**AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE**
**DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM**
**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| | |
|---|---|
| **Name of Applicant** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | December 1, 2019 through December 31, 2019 |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total compensation requested in this statement** | $40,511.34[2]<br>**(80% of $50,639.17)** |
| **Total reimbursement of expenses requested in this statement** | **$161.18** |
| **Total compensation and reimbursement requested in this statement** | **$40,672.52** |
| **This is a(n):** _X Monthly Application __ Interim Application __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States

Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order*

*Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as*

*Special Counsel  for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019

[Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21,

2019 [Docket No. 529] (the "**Interim Compensation Order"**), Wilmer Cutler Pickering Hale

and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in

possession (collectively, the "**Debtors**"), submits this *Second Monthly Fee Statement for*

*Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period*

*from December 1, 2019 Through December 31, 2019* (this "**Fee Statement**").[3]  By this Fee

Statement, WilmerHale seeks (i) compensation in the amount of $40,511.34 which is equal to

80% of the total amount of reasonable compensation for actual, necessary legal services that

---

[2]     This amount reflects an agreed reduction in fees in the amount of $8,936.33.

[3]     The period from December 1, 2019, through and including December 31, 2019, is referred to herein as the
"**Fee Period**."

WilmerHale incurred in connection with such services during the Fee Period (i.e., $50,639.17) and (ii) payment of $161.18 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursement Incurred

1. Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories WilmerHale established in accordance with its internal billing procedures. As reflected in **Exhibit A**, WilmerHale incurred $59,575.50 in fees during the Fee Period and, pursuant to its agreement with Purdue Pharma, L.P., reduced that amount to $50,639.17. Pursuant to this Fee Statement, WilmerHale seeks compensation for 80% of such fees, totaling $40,511.34.

2. Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $687.50.[4] The blended hourly billing rate of all paraprofessionals is $345.68.[5]

3. Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or disbursed in the amount of $161.18 in connection with providing professional services to the Debtors during the Fee Period. These expense amounts are intended to cover WilmerHale's direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.

---

[4]    The blended hourly billing rate of $687.50 for attorneys is derived by dividing the total fees for attorneys of $46,612.50 by the total hours of 67.80.

[5]    The blended hourly billing rate of $345.68 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $12,963.00 by the total hours of 37.50.

Only the clients for whom the services are actually used are separately charged for such services.

The effect of including such expenses as part of the hourly billing rates would unfairly impose

additional cost upon clients who do not require extensive photocopying, delivery and other

services.

4.    Attached hereto as **Exhibit D** is the related invoice showing the time records of

WilmerHale for the Fee Period organized by project category with a daily time log describing the

time spent by each attorney and other professional during the Fee Period as well as an

itemization of expenses.

### Notice

5.    WilmerHale will provide notice of this Fee Statement in accordance with the

Interim Compensation Order.  The Debtors submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the

Debtors, respectfully requests (i) compensation in the amount of $40,511.34 which is equal to

80% of the total amount of reasonable compensation for actual, necessary legal services that

WilmerHale incurred in connection with such services during the Fee Period (i.e., $50,639.17)

and (ii) payment of $161.18 for the actual, necessary expenses that WilmerHale incurred in

connection with such services during the Fee Period.

Dated: February 19, 2020
      New York, New York

By:     /s/ George W. Shuster, Jr.
      WILMER CUTLER PICKERING HALE
      AND DORR LLP

      George W. Shuster, Jr.
      7 World Trade Center
      New York, NY  10007
      Telephone:  (212) 937-7518
      Facsimile:  (212) 230-8888

      Reginald Brown
      Alyssa DaCunha
      1875 Pennsylvania Avenue, N.W.
      Washington, D.C. 20006
      Telephone:  (202) 663-6000
      Facsimile:  (202) 663-6363

      *Special Counsel to the Debtors and Debtors
      in Possession*

**Exhibit A**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **Fee/Employment Applications (B160)** | 36.20 | 20,653.00 |
| **Congressional Investigation (L400)** | 69.10 | 38,922.50 |
| **Total** | **105.30** | **$59,575.50** |
| **Less Agreed Reduction** | | **-8,936.33** |
| **GRAND TOTAL** | | **$50,639.17** |

**Exhibit B**

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,355.00 | 0.90 | 1,219.50 |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 850.00 | 17.70 | 15,045.00 |
| George W. Shuster, Jr. | Partner; joined firm in 1999; admitted to MA Bar since 2001 and NY Bar since 2010; Bankruptcy & Financial Restructuring. | 1,060.00 | 0.30 | 318.00 |
| **Partners Total** | | | **18.90** | **$16,582.50** |
| **Counsels** | | | | |
| John T. Byrnes | Counsel; joined firm in 2013; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 775.00 | 5.40 | 4,185.00 |
| Isley Markman Gostin | Counsel; joined firm in 2009; admitted to NY and IL Bars since 2011 and DC Bar since 2012; Bankruptcy & Financial Restructuring. | 850.00 | 0.50 | 425.00 |
| Nancy L. Manzer | Special Counsel; joined firm in 1987; admitted to NY and DC Bar since 1989 and VA Bar since 2002; Bankruptcy & Financial Restructuring. | 990.00 | 8.80 | 8,712.00 |
| **Counsels Total** | | | **14.70** | **$13,322.00** |

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Associates and Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 475.00 | 0.40 | 190.00 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 590.00 | 3.30 | 1,947.00 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 495.00 | 27.80 | 13,761.00 |
| Phoebe Stroede | Sr. Discovery Attorney; joined firm in 2013; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 2.70 | 810.00 |
| **Associates and Attorneys Total** | | | **34.20** | **16,708.00** |
| **Paraprofessionals** | | | | |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 280.00 | 8.90 | 2,492.00 |
| Paul J. Maher | Sr. Research and Reference Specialist; joined firm in 2018; Library and Research Services. | 455.00 | 0.20 | 91.00 |
| Aaron P. Murphy | Research and Reference Specialist; joined firm in 2019; Library and Research Services. | 375.00 | 1.40 | 525.00 |
| Elizabeth W. Rockett | Legislative Assistant/ Specialist; joined firm in 2015; Regulatory and Government Affairs. | 245.00 | 9.00 | 2,205.00 |

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 425.00 | 18.00 | 7,650.00 |
| **Paraprofessionals Total** | | | 37.50 | 12,963.00 |
| **TOTAL** | | | 105.30 | $59,575.50 |
| **Less Agreed Reduction** | | | | -8,936.33 |
| **GRAND TOTAL** | | | | $50,639.17 |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
| --- | --- |
| Data Hosting | 57.60 |
| Federal Express | 19.91 |
| Travel | 83.67 |
| **TOTAL** | **$161.18** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# WILMERHALE  [WH]

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No.
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 02/18/20 |
| Invoice No. | 2579291 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through December 31, 2019 in connection with the Post Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 59,575.50 |
| Less 15% Discount | | -8,936.33 |
| Total Disbursements | | 161.18 |
| **Total Amount Due** | **$** | **50,800.35** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number:

Routing Number:

Citibank NA 1101 Pennsylvania Avenue NW Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| **B160 - Fee/Employment Applications** | | | |
| 12/04/19 | Gostin, Isley Markman | 0.20 | Discuss fee applications with Mr. Shuster, Ms. Manzer |
| 12/04/19 | Manzer, Nancy L. | 0.40 | Begin drafting fee statement |
| 12/04/19 | Manzer, Nancy L. | 0.90 | Draft email to Ms. DaCunha re WilmerHale retention order and order re procedures for interim compensation |
| 12/04/19 | Manzer, Nancy L. | 1.10 | Review proformas for compliance with bankruptcy requirements |
| 12/04/19 | Manzer, Nancy L. | 0.20 | Emails with Ms. DaCunha and Accounting regarding proformas |
| 12/04/19 | Manzer, Nancy L. | 0.20 | Emails with Mr. Shuster and Ms. DaCunha re fee statements and applications |
| 12/05/19 | Gostin, Isley Markman | 0.10 | Discuss fee applications with Ms. Manzer |
| 12/05/19 | Manzer, Nancy L. | 0.20 | Draft fee statement |
| 12/05/19 | Manzer, Nancy L. | 0.20 | Emails to Ms. Kennedy re revising proforma to apply task codes |
| 12/05/19 | Manzer, Nancy L. | 0.20 | Review and respond to emails from Ms. DaCunha re Fee Statement |
| 12/06/19 | Manzer, Nancy L. | 0.20 | Confer with Ms. Kennedy re revising proforma |
| 12/09/19 | Manzer, Nancy L. | 0.20 | Review and respond to emails from Ms. DaCunha and Accounting regarding proformas and rate increases |
| 12/10/19 | Manzer, Nancy L. | 0.20 | Email to Ms. Kennedy re revised proforma to comply with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | bankruptcy requirements |
| 12/12/19 | Manzer, Nancy L. | 0.20 | Confer with Accounting re revised proforma |
| 12/12/19 | Manzer, Nancy L. | 0.30 | Review revised bill and emails with Accounting re same |
| 12/12/19 | Manzer, Nancy L. | 0.10 | Email to Accounting re revised statement |
| 12/12/19 | Manzer, Nancy L. | 0.10 | Revise fee statement |
| 12/12/19 | Thompson, Yolande | 1.20 | Prepare Exhibit B to fee application listing professional and paraprofessional rates, hours billed, fees, and bar admission where applicable |
| 12/12/19 | Thompson, Yolande | 0.60 | Review proforma for September 16, 2019 through November 30, 2019 |
| 12/12/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re preparing Exhibit B to draft First Fee Application |
| 12/12/19 | Thompson, Yolande | 0.10 | Telephone conference with Ms. Manzer re confirming certain information to be included in Exhibit B to Fee Application |
| 12/13/19 | Gostin, Isley Markman | 0.20 | Discuss fee applications with Ms. Manzer |
| 12/13/19 | Manzer, Nancy L. | 0.20 | Email to Ms. DaCunha re redactions |
| 12/13/19 | Manzer, Nancy L. | 0.30 | Review draft Exhibit for fee application and email to Ms. Thompson re same |
| 12/13/19 | Manzer, Nancy L. | 0.20 | Confer with Accounting re revised proforma |
| 12/13/19 | Thompson, Yolande | 0.40 | Revise Exhibit B to fee application |
| 12/13/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re revisions to Exhibit B to draft Monthly Fee Application |
| 12/16/19 | Manzer, Nancy L. | 0.20 | Emails with Ms. Thompson re filing |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | and service notice of rate increase |
| 12/16/19 | Manzer, Nancy L. | 0.30 | Emails with Mr. Shuster and Ms. DaCunha re notice of rate increase |
| 12/16/19 | Manzer, Nancy L. | 0.10 | Revise fee notice |
| 12/16/19 | Manzer, Nancy L. | 0.20 | Review revised invoice |
| 12/16/19 | Manzer, Nancy L. | 0.80 | Draft notice of rate increase |
| 12/16/19 | Manzer, Nancy L. | 0.20 | Emails with Ms. DaCunha and Ms. Thompson re revised invoice |
| 12/16/19 | Shuster Jr., George W. | 0.30 | Attention to fee application issues |
| 12/16/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re service of rate increase Notice |
| 12/16/19 | Thompson, Yolande | 0.20 | Review master service list to determine parties and method of service for Notice of rate increase |
| 12/16/19 | Thompson, Yolande | 0.20 | Revise Notice of Increase in Hourly Rates to include suggested edits |
| 12/16/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re reviewing Notice of 2020 Rate Increase to ensure that information is accurate |
| 12/16/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re updating fee application |
| 12/16/19 | Thompson, Yolande | 0.10 | Serve First Notice of Increase in Hourly Rates via email |
| 12/16/19 | Thompson, Yolande | 0.20 | E-file First Notice of Increase in Hourly Rates |
| 12/16/19 | Thompson, Yolande | 0.10 | Review emails from Mr. Shuster, Ms. Manzer and Ms. DaCunha re authorization to file Notice |
| 12/16/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re e-filing Notice upon authorization by Ms. DaCunha using Mr. Shuster's ECF credentials |
| 12/16/19 | Thompson, Yolande | 0.10 | Review, finalize Notice for rate |

Client No. 1653300                      Purdue Pharma, L.P.
Matter No. 1653300-00136                Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | increase for filing |
| 12/16/19 | Thompson, Yolande | 0.20 | Review, compare Notice of Increase in Hourly Rates to rate sheet provided by Ms. Manzer |
| 12/16/19 | Thompson, Yolande | 0.10 | Review Order Authorizing Retention of WilmerHale |
| 12/16/19 | Thompson, Yolande | 0.10 | Review emails between Ms. Manzer, Mr. Shuster, and Ms. DaCunha re revision to Notice re rates |
| 12/17/19 | DaCunha, Alyssa | 0.50 | Revise bankruptcy filings |
| 12/17/19 | Manzer, Nancy L. | 0.80 | Review and revise invoice for first fee statement |
| 12/17/19 | Manzer, Nancy L. | 0.30 | Emails with Ms. DaCunha, Ms. Thompson and Accounting re invoice for first fee statement |
| 12/17/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re checking bankruptcy docket for certain filings |
| 12/17/19 | Thompson, Yolande | 0.60 | Review draft fee application prepared by Ms. Manzer |
| 12/17/19 | Thompson, Yolande | 0.30 | Review bankruptcy docket for certain filings |
| 12/17/19 | Thompson, Yolande | 0.50 | Compile information to be included in fee application re each professional and paraprofessional |
| 12/17/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re confirming rates to be included in fee application |
| 12/17/19 | Thompson, Yolande | 1.10 | Update fee application |
| 12/17/19 | Thompson, Yolande | 0.10 | Review email from Ms. DaCunha re additional edits to invoice |
| 12/17/19 | Thompson, Yolande | 0.30 | Review docket for adversary proceeding for certain filings |
| 12/17/19 | Thompson, Yolande | 0.20 | Emails and telephone conferences |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | with Accounting re revisions to invoice |
| 12/17/19 | Thompson, Yolande | 0.60 | Review invoice for First Monthly Fee Application |
| 12/17/19 | Thompson, Yolande | 0.30 | Review, update files with potentially relevant documents from docket for adversary proceeding |
| 12/17/19 | Thompson, Yolande | 0.10 | Review email from Ms. Manzer re additional edits to invoice |
| 12/19/19 | DaCunha, Alyssa | 0.30 | Review invoices for redaction prior to filing in bankruptcy court |
| 12/19/19 | Lannon, William E. | 1.60 | Redact materials for filing |
| 12/19/19 | Manzer, Nancy L. | 0.20 | Emails with Ms. DaCunha re redactions on invoice |
| 12/19/19 | Manzer, Nancy L. | 0.30 | Emails re finalizing invoice |
| 12/19/19 | Thompson, Yolande | 0.20 | Emails and telephone conference with Accounting re revisions to invoice |
| 12/19/19 | Thompson, Yolande | 1.20 | Update fee application |
| 12/19/19 | Thompson, Yolande | 0.60 | Review updated invoice for First Monthly Fee Application |
| 12/19/19 | Thompson, Yolande | 0.20 | Emails and telephone conference with Ms. Manzer re discrepancy between invoice and fee application |
| 12/20/19 | Lannon, William E. | 0.80 | Redact materials for filing |
| 12/20/19 | Thompson, Yolande | 0.10 | Telephone conference with Ms. Manzer re revisions to fee application and status of filing same |
| 12/20/19 | Thompson, Yolande | 0.20 | Emails with Accounting re revisions to invoice |
| 12/20/19 | Thompson, Yolande | 1.40 | Update, finalize draft fee application |
| 12/20/19 | Thompson, Yolande | 0.10 | Email finalized draft fee application, redline, and invoice to |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | Ms. Manzer for review |
| 12/20/19 | Thompson, Yolande | 0.60 | Review updated invoice for First Monthly Fee Application |
| 12/20/19 | Thompson, Yolande | 0.10 | Prepare, review redline of fee application |
| 12/23/19 | DaCunha, Alyssa | 0.50 | Review revised bills, multiple communications with Mr. Lannon, Ms. Manzer re same |
| 12/23/19 | DaCunha, Alyssa | 0.20 | Multiple communications with Mr. Shuster re bankruptcy declaration |
| 12/23/19 | Lannon, William E. | 3.40 | Redact materials for filing |
| 12/23/19 | Thompson, Yolande | 0.10 | Review email from Ms. Gostin re redacted invoice |
| 12/23/19 | Thompson, Yolande | 0.10 | Review email from Ms. DaCunha re redacted invoice |
| 12/24/19 | Lannon, William E. | 0.80 | Redact materials for filing |
| 12/24/19 | Thompson, Yolande | 0.20 | Emails with Accounting re detailed expenses |
| 12/24/19 | Thompson, Yolande | 0.20 | Prepare draft Certificate of Service for First Monthly Fee Application |
| 12/24/19 | Thompson, Yolande | 0.10 | Email finalized fee application to attorneys for approval |
| 12/24/19 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re approval of fee statement |
| 12/24/19 | Thompson, Yolande | 0.10 | Review email from and telephone conference with Mr. Lannon re redacted invoice |
| 12/24/19 | Thompson, Yolande | 0.20 | Review Interim Compensation Order to determine service parties |
| 12/24/19 | Thompson, Yolande | 0.20 | Review Davis Polk's First Fee Statement to confirm documents needed to finalize WH fee statement |
| 12/24/19 | Thompson, Yolande | 0.60 | Finalize Fee Application and exhibits for filing |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/24/19 | Thompson, Yolande | 0.60 | Review redacted invoice |
| 12/24/19 | Thompson, Yolande | 0.80 | Update Exhibit D for filing |
| 12/26/19 | Thompson, Yolande | 0.10 | Email finalized Fee Statement and Certificate of Service to Ms. DaCunha for approval |
| 12/26/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re status of filing fee statement |
| 12/26/19 | Thompson, Yolande | 0.20 | Update, finalize Fee Application and exhibits for filing |
| 12/26/19 | Thompson, Yolande | 0.10 | Update, finalize Certificate of Service for filing |
| 12/27/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re status of response from Ms. DaCunha regarding fee statement |
| 12/30/19 | Thompson, Yolande | 0.10 | Review emails from Ms. Manzer and Ms. DaCunha re approval of final version of fee statement |
| 12/30/19 | Thompson, Yolande | 0.10 | Telephone conference with Ms. Manzer re receipt of response from Ms. DaCunha and next steps |
| 12/30/19 | Thompson, Yolande | 0.10 | Review Interim Compensation Order to confirm deadline for filing Monthly Fee Statements |
| 12/31/19 | DaCunha, Alyssa | 0.50 | Multiple communications with Mr. Brown, Ms. Manzer, Mr. Shuster re fee petition filing |
| 12/31/19 | Thompson, Yolande | 0.10 | Update Fee Application with current date for filing |
| 12/31/19 | Thompson, Yolande | 0.10 | Review emails from Ms. DaCunha re status of approving/finalizing of fee statement |
| 12/31/19 | Thompson, Yolande | 0.10 | Review emails between Ms. DaCunha and Mr. Shuster re redactions |
| 12/31/19 | Thompson, Yolande | 0.10 | Update Certificate of Service with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | current date for filing |
| 12/31/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer and Ms. DaCunha re circulating certain fee statements |
| 12/31/19 | Thompson, Yolande | 0.10 | Emails with Ms. Manzer re reviewing docket to determine whether other firms have filed their fee statements |
| | | **36.20** | |

L400 - Congressional Investigation

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/02/19 | Brown, Reginald | 0.50 | Call with ██████ |
| 12/02/19 | DaCunha, Alyssa | 0.50 | Discuss ██████ |
| 12/02/19 | DaCunha, Alyssa | 1.00 | Participate in telecon with ██████ |
| 12/02/19 | DaCunha, Alyssa | 0.40 | Revise ██████ |
| 12/02/19 | Menz, Sheila E. | 1.00 | Call with ██████ |
| 12/02/19 | Menz, Sheila E. | 0.20 | Consult with ██████ |
| 12/02/19 | Menz, Sheila E. | 0.10 | Analyze ██████ |
| 12/02/19 | Rockett, Elizabeth W | 0.60 | Complete ██████ |
| 12/03/19 | DaCunha, Alyssa | 0.30 | Multiple communications with ██████ |
| 12/03/19 | DaCunha, Alyssa | 0.50 | Multiple communications with ██████ |
| 12/03/19 | Rockett, Elizabeth W | 0.60 | Complete ██████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/04/19 | Rockett, Elizabeth W | 0.60 | Complete ▮ |
| 12/04/19 | Satten-Lopez, Elena M. | 2.60 | Create ▮ |
| 12/05/19 | Brown, Reginald | 0.40 | Confer with ▮ |
| 12/05/19 | DaCunha, Alyssa | 4.00 | Participate in ▮ |
| 12/05/19 | Menz, Sheila E. | 0.10 | Call with ▮ |
| 12/05/19 | Murphy, Aaron P. | 1.40 | Research ▮ |
| 12/05/19 | Rockett, Elizabeth W | 0.60 | Complete ▮ |
| 12/05/19 | Satten-Lopez, Elena M. | 0.50 | Finalize ▮ |
| 12/05/19 | Satten-Lopez, Elena M. | 0.60 | Revise ▮ |
| 12/06/19 | Rockett, Elizabeth W | 0.60 | Complete ▮ |
| 12/06/19 | Satten-Lopez, Elena M. | 3.20 | Summarize ▮ |
| 12/07/19 | DaCunha, Alyssa | 0.50 | Review ▮ |
| 12/09/19 | Rockett, Elizabeth W | 0.60 | Complete ▮ |
| 12/10/19 | DaCunha, Alyssa | 1.00 | Participate in ▮ |
| 12/10/19 | Rockett, Elizabeth W | 0.60 | Complete ▮ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/11/19 | Hromada, Patricia | 0.40 | Communicate with ███ |
| 12/11/19 | Rockett, Elizabeth W | 0.60 | Complete ███ |
| 12/11/19 | Stroede, Phoebe | 0.60 | Communicate via telephone with ███ |
| 12/11/19 | Stroede, Phoebe | 0.80 | Search ███ |
| 12/12/19 | DaCunha, Alyssa | 2.20 | Participate in call with ███ |
| 12/12/19 | DaCunha, Alyssa | 0.30 | Draft ███ |
| 12/12/19 | Rockett, Elizabeth W | 0.60 | Complete ███ |
| 12/12/19 | Satten-Lopez, Elena M. | 1.40 | Summarize ███ |
| 12/12/19 | Satten-Lopez, Elena M. | 0.30 | Revise ███ |
| 12/13/19 | Byrnes, John T. | 0.10 | Call with ███ |
| 12/13/19 | DaCunha, Alyssa | 0.50 | Emails with ███ |
| 12/13/19 | DaCunha, Alyssa | 0.40 | Telecon with ███ |
| 12/13/19 | Lannon, William E. | 1.60 | File ███ |
| 12/13/19 | Rockett, Elizabeth W | 0.60 | Complete ███ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/13/19 | Satten-Lopez, Elena M. | 0.30 | Analyze █████ |
| 12/16/19 | DaCunha, Alyssa | 0.30 | Multiple communications with █ |
| 12/16/19 | DaCunha, Alyssa | 0.80 | Multiple communications with █ |
| 12/16/19 | Lannon, William E. | 0.70 | Prepare █████ |
| 12/16/19 | Maher, Paula J | 0.20 | Search ████ |
| 12/16/19 | Rockett, Elizabeth W | 0.60 | Complete █████ |
| 12/16/19 | Satten-Lopez, Elena M. | 2.10 | Draft ████ |
| 12/17/19 | Byrnes, John T. | 0.30 | Meet with ████ |
| 12/17/19 | DaCunha, Alyssa | 1.00 | Participate in ███ |
| 12/17/19 | DaCunha, Alyssa | 0.40 | Multiple communications with █ |
| 12/17/19 | Menz, Sheila E. | 0.30 | Multiple communications with █ |
| 12/17/19 | Menz, Sheila E. | 0.80 | Analyze █████ |
| 12/17/19 | Rockett, Elizabeth W | 0.60 | Complete █████ |
| 12/17/19 | Satten-Lopez, Elena M. | 0.60 | Incorporate ███ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| | | | |
| 12/17/19 | Satten-Lopez, Elena M. | 1.60 | Finalize |
| 12/17/19 | Stroede, Phoebe | 0.30 | Telephone communication with |
| 12/17/19 | Stroede, Phoebe | 1.00 | Conduct |
| 12/18/19 | DaCunha, Alyssa | 0.30 | Review |
| 12/18/19 | DaCunha, Alyssa | 0.30 | Multiple communications with |
| 12/18/19 | Menz, Sheila E. | 0.40 | Confer with |
| 12/18/19 | Rockett, Elizabeth W | 0.60 | Complete |
| 12/18/19 | Satten-Lopez, Elena M. | 0.30 | Revise |
| 12/18/19 | Satten-Lopez, Elena M. | 0.60 | Confer with |
| 12/18/19 | Satten-Lopez, Elena M. | 1.40 | Revise |
| 12/19/19 | Byrnes, John T. | 0.90 | Draft |
| 12/19/19 | Menz, Sheila E. | 0.40 | Analyze |
| 12/19/19 | Rockett, Elizabeth W | 0.60 | Complete |
| 12/19/19 | Satten-Lopez, Elena M. | 2.60 | Summarize |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 12/20/19 | Rockett, Elizabeth W | 0.60 | Complete █████████████ |
| 12/23/19 | Byrnes, John T. | 2.80 | Draft ████████ |
| 12/23/19 | DaCunha, Alyssa | 0.50 | Review, revise ██████ |
| 12/23/19 | Satten-Lopez, Elena M. | 0.50 | Scope ████████ |
| 12/23/19 | Satten-Lopez, Elena M. | 1.00 | Summary ██████████ |
| 12/26/19 | Satten-Lopez, Elena M. | 0.30 | Finalize ████████ |
| 12/27/19 | Byrnes, John T. | 1.20 | Revise ████████ |
| 12/28/19 | Byrnes, John T. | 0.10 | Revise ██████ |
| 12/29/19 | Satten-Lopez, Elena M. | 2.00 | Summarize ██████ |
| 12/30/19 | DaCunha, Alyssa | 0.50 | Revise ██████ |
| 12/30/19 | Satten-Lopez, Elena M. | 3.90 | Complete ████████ |
| 12/31/19 | Satten-Lopez, Elena M. | 2.00 | Draft ██████████ |
| | | **69.10** | |

**Total**                    **105.30**

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

| Date | Cost | Description |
|------|------|-------------|
| 09/12/19 | 83.67 | Taxi, Alyssa DaCunha, 09/12/19, INV: 3621293809161801; Taxi in NYC |
| 12/01/19 | 57.60 | OTHER - DAY - Hosting Fee: 1.92 GB @ $30.00 ea |
| 12/05/19 | 19.91 | Federal Express Corp; Invoice# 683646323 (Nov-12,2019); Inv#683646323 780817326583 Shemesh, Tamir TO McGuire Woods John Adams RICHMOND VA -- Michelle Leonard |
| Total | **161.18** | |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 0.90 | 1,355.00 | 1,219.50 |
| Shuster Jr., George W. | 0.30 | 1,060.00 | 318.00 |
| Manzer, Nancy L. | 8.80 | 990.00 | 8,712.00 |
| DaCunha, Alyssa | 17.70 | 850.00 | 15,045.00 |
| Gostin, Isley Markman | 0.50 | 850.00 | 425.00 |
| Byrnes, John T. | 5.40 | 775.00 | 4,185.00 |
| Menz, Sheila E. | 3.30 | 590.00 | 1,947.00 |
| Satten-Lopez, Elena M. | 27.80 | 495.00 | 13,761.00 |
| Hromada, Patricia | 0.40 | 475.00 | 190.00 |
| Maher, Paula J | 0.20 | 455.00 | 91.00 |
| Thompson, Yolande | 18.00 | 425.00 | 7,650.00 |
| Murphy, Aaron P. | 1.40 | 375.00 | 525.00 |
| Stroede, Phoebe | 2.70 | 300.00 | 810.00 |
| Lannon, William E. | 8.90 | 280.00 | 2,492.00 |
| Rockett, Elizabeth W | 9.00 | 245.00 | 2,205.00 |
| **Total Legal Services** | **105.30** | | **$59,575.50** |

| Task | Description | Hours | Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 36.20 | 20,653.00 |
| L400 | Congressional Investigation | 69.10 | 38,922.50 |
| **Total Legal Services** | | **105.30** | **$59,575.50** |

Client No. 1653300                   Purdue Pharma, L.P.
Matter No. 1653300-00136             Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2579291
Invoice Date 02/18/20
Legal Services through December 31, 2019

**DISBURSEMENTS**

| Description | Total |
|---|---:|
| WHDS DATA HOSTING - INGESTED DOCUMENTS DOCUMENT INSTANCE HOSTING | 57.60 |
| TRAVEL | 83.67 |
| FEDERAL EXPRESS | 19.91 |
| **Total Disbursements** | **$161.18** |

# WILMERHALE |WH|

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 02/18/20 |
| Invoice No. | 2579291 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through December 31, 2019 in connection with the Post
Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---:|
| Total Legal Services | $ | 59,575.50 |
| Less 15% Discount | | -8,936.33 |
| Total Disbursements | | 161.18 |
| **Total Amount Due** | **$** | **50,800.35** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ███████

Routing Number: ███████

Citibank NA 1101 Pennsylvania Avenue NW Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

# **EXHIBIT F**

## **Third Monthly Fee Statement**

WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al.*,** | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | |

**THIRD MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE
AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| | |
|---|---|
| **Name of Applicant** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | January 1, 2020 through January 31, 2020 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $99,240.06[2] (80% of $124,050.08) |
| Total reimbursement of expenses requested in this statement | $2,949.23 |
| Total compensation and reimbursement requested in this statement | $102,189.29 |
| This is a(n): _X Monthly Application __ Interim Application __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019 [Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Third Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2020 Through January 31, 2020* (this "**Fee Statement**").[3] By this Fee Statement, WilmerHale seeks (i) compensation in the amount of $99,240.06 which is 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale

---

[2]    This amount reflects an agreed reduction in fees in the amount of $17,830.92 and 50% reduction of non-working travel time in the amount of $6,710.00 for a total reduction in the aggregate amount of $24,540.92.

[3]    The period from January 1, 2020, through and including January 31, 2020, is referred to herein as the "**Fee Period**."

incurred in connection with such services during the Fee Period (i.e., $130,760.08), less 50% of time expended on non-working travel (i.e. $6,710.00), which equals $124,050.08,[4] and (ii) payment of $2,949.23 for the actual, necessary expenses that WilmerHale incurred in connection with rendering such services during the Fee Period.

### Itemization of Services Rendered and Disbursement Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories WilmerHale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, WilmerHale incurred $148,591.00 in fees during the Fee Period and, pursuant to its agreement with Purdue Pharma, L.P., reduced that amount to  $130,760.08.  WilmerHale further reduced that amount to $124,050.08 to comply with the U.S. Trustee Guidelines regarding time expended on non-working travel.  Pursuant to this Fee Statement, WilmerHale seeks compensation for 80% of such fees, totaling $99,240.06.

2.      Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $837.81.[5]  The blended hourly billing rate of all paraprofessionals is $368.31.[6]

---

[4]      During the Fee Period, fees for legal services rendered by WilmerHale included non-working travel time in the aggregate amount of $13,420.00.  In accordance with the U.S. Trustee's Guidelines, WilmerHale deducted 50% of the respective professionals' hourly rates from this Fee Statement.

[5]      The blended hourly billing rate of $837.81 for attorneys is derived by dividing the total fees for attorneys of $134,300.50 by the total hours of 160.30.

[6]      The blended hourly billing rate of $368.31 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $14,290.50 by the total hours of 38.80.

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or disbursed in the amount of $2,949.23 in connection with providing professional services to the Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates. Only the clients for whom the services are actually used are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.      Attached hereto as **Exhibit D** is the related invoice showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.      WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $99,240.06 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $130,760.08), less 50% of time expended on non-working travel (i.e. $6,710.00), which equals $124,050.08 and (ii) payment of $2,949.23 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

4

Dated: March 11, 2020
       New York, New York

By:    /s/ George W. Shuster
       WILMER CUTLER PICKERING HALE
        AND DORR LLP

       George W. Shuster, Jr.
       7 World Trade Center
       New York, NY 10007
       Telephone: (212) 937-7518
       Facsimile: (212) 230-8888

       Reginald Brown
       Alyssa DaCunha
       1875 Pennsylvania Avenue, N.W.
       Washington, D.C. 20006
       Telephone: (202) 663-6000
       Facsimile: (202) 663-6363

       *Special Counsel to the Debtors and Debtors
       in Possession*

## Exhibit A

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Fee/Employment Applications (B160) | 16.50 | 10,093.50 |
| Congressional Investigation (L400) | 182.60 | 138,497.50 |
| **Total** | **199.10** | **$148,591.00** |
| **Less Agreed Reduction** | | **-17,830.92** |
| **Less 50% Non-Working Travel**[1] | | **-6,710.00** |
| **GRAND TOTAL** | **199.10** | **$124,050.08** |

---

[1]    During the Fee Period, fees for legal services rendered by WilmerHale included non-working travel time in the aggregate amount of $13,420.00.  In accordance with the U.S. Trustee's Guidelines, WilmerHale deducted 50% of the respective professionals' hourly rates from this Fee Statement

Exhibit B

Professional & Paraprofessional Fees

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 12.00 | 18,600.00 |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 965.00 | 71.30 | 68,804.50 |
| **Partners Total** | | | **83.30** | **$87,404.50** |
| **Counsels** | | | | |
| John T. Byrnes | Counsel; joined firm in 2013; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 940.00 | 5.30 | 4,982.00 |
| **Counsels Total** | | | **5.30** | **$4,982.00** |
| **Associates and Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 525.00 | 17.60 | 9,240.00 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 815.00 | 13.30 | 10,839.50 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 30.00 | 16,500.00 |

---

[1] WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 595.00 | 7.10 | 4,224.50 |
| Phoebe Stroede | Sr. Discovery Attorney; joined firm in 2013; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 3.70 | 1,110.00 |
| | | | 71.70 | $41,914.00 |
| **Paraprofessionals** | | | | |
| Clara Cabrera | Research & Reference Supervisor; joined firm in 2009; Library and Research Services. | 505.00 | 0.40 | 202.00 |
| Truong Chau | Litigation Support Coordinator; joined firm in 2010; Litigation Support. | 480.00 | 4.60 | 2,208.00 |
| Eric Robert Dolce | Project Assistant; joined firm in 2019; Litigation / Controversy. | 310.00 | 0.90 | 279.00 |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 385.00 | 8.90 | 3,426.50 |
| Allyson Lazarre | Co-op Student; joined firm in 2020; Litigation Support. | 155.00 | 0.40 | 62.00 |
| Aaron P. Murphy | Research and Reference Specialist; joined firm in 2019; Library and Research Services. | 415.00 | 0.70 | 290.50 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 10.40 | 2,860.00 |
| Tamir Shemesh | Project Assistant; joined firm in 2018; Securities Litigation & Enforcement. | 275.00 | 4.00 | 1,100.00 |

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 545.00 | 5.00 | 2,725.00 |
| Saige Wenik | Sr. Project Assistant; joined firm in 2017; Litigation / Controversy. | 325.00 | 3.50 | 1,137.50 |
| **Paraprofessionals Total** | | | **38.80** | **$14,290.50** |
| **TOTAL** | | | 199.10 | $148,591.00 |
| **Less Agreed Reduction** | | | | -17,830.92 |
| **Less 50% Non-Working Travel[2]** | | | | -6,710.00 |
| **GRAND TOTAL** | | | **199.10** | **$124,050.08** |

---

[2]    During the Fee Period, fees for legal services rendered by WilmerHale included non-working travel time in the aggregate amount of $13,420.00.  In accordance with the U.S. Trustee's Guidelines, WilmerHale deducted 50% of the respective professionals' hourly rates from this Fee Statement.

Exhibit C

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
| --- | --- |
| Document Printing | 25.20 |
| Meals-Out of Town | 60.95 |
| Out of Town Lodging | 368.58 |
| Transcript | 900.00 |
| Travel | 1,594.50 |
| **TOTAL** | **$2,949.23** |

## Exhibit D

**Detailed Time Records and Expenses**



1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ■■■■■■
(800) 526-6682(t)
(937) 395-2200(f)


Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 03/10/20 |
| Invoice No. | 2582301 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through January 31, 2020 in connection with the Post
Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 148,591.00 |
| Less 12% Volume Discount | | -17,830.92 |
| Total Disbursements | | 2,949.23 |
| **Total Amount Due** | $ | 133,709.31 |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ■■■■■

Routing Number: ■■■■■

Citibank NA 1101 Pennsylvania Avenue NW Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | |
| 01/02/20 | DaCunha, Alyssa | 1.50 | Revise invoices for bankruptcy court filing |
| 01/08/20 | Pierce, Ally M. | 0.30 | Teleconference with Mr. Shuster re: fee application process |
| 01/09/20 | Pierce, Ally M. | 0.40 | Format draft of supplemental declaration |
| 01/09/20 | Pierce, Ally M. | 0.10 | Revise supplemental declaration per comments from Mr. Shuster |
| 01/09/20 | Pierce, Ally M. | 0.30 | Compose e-mail to Mr. Shuster re: supplemental declaration |
| 01/09/20 | Pierce, Ally M. | 0.50 | Review retention application |
| 01/09/20 | Pierce, Ally M. | 0.40 | Revise supplemental declaration per Mr. Shuster's comments |
| 01/09/20 | Pierce, Ally M. | 0.20 | Respond to Mr. Shuster's comments on supplemental declaration |
| 01/09/20 | Pierce, Ally M. | 1.90 | Draft supplemental declaration re: representation of potential parties in interest |
| 01/09/20 | Pierce, Ally M. | 0.10 | Compose e-mail to Mr. Shuster re: changes to supplemental declaration |
| 01/09/20 | Thompson, Yolande | 0.10 | Review e-mails between Mr. Shuster and Ms. DaCunha re: supplemental declaration |
| 01/09/20 | Thompson, Yolande | 0.10 | Confer with Ms. Pierce re: fee statement |
| 01/09/20 | Thompson, Yolande | 0.10 | Update date in Fee Statement |
| 01/09/20 | Thompson, Yolande | 0.10 | E-mails with Ms. DaCunha re: updating fee statement for filing and status of redacted invoice |
| 01/09/20 | Thompson, Yolande | 0.10 | Update dates in Certificate of Service |
| 01/10/20 | DaCunha, Alyssa | 0.50 | E-mails with Ms. Pierce, Mr. Lannon re: supplemental declaration, fee petition filing |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/10/20 | DaCunha, Alyssa | 0.50 | Revise supplemental bankruptcy court declaration |
| 01/10/20 | Lannon, William E. | 1.90 | Redact materials for filing |
| 01/10/20 | Pierce, Ally M. | 0.20 | Incorporate final edits and circulate final draft of supplemental declaration |
| 01/10/20 | Pierce, Ally M. | 0.30 | Research signature requirements for SDNY bankruptcy filings |
| 01/10/20 | Pierce, Ally M. | 0.40 | Compose e-mail to Ms. DaCunha re: supplemental declaration |
| 01/10/20 | Thompson, Yolande | 0.10 | Prepare redline of fee statement |
| 01/10/20 | Thompson, Yolande | 0.20 | Finalize Certificate of Service for filing |
| 01/10/20 | Thompson, Yolande | 0.60 | Update amounts in Fee Statement |
| 01/10/20 | Thompson, Yolande | 0.20 | Prepare spreadsheet recalculating amounts to be included in fee statement |
| 01/10/20 | Thompson, Yolande | 0.20 | E-file Certificate of Service |
| 01/10/20 | Thompson, Yolande | 0.10 | E-mail filed fee statement to Ms. DaCunha |
| 01/10/20 | Thompson, Yolande | 0.10 | E-mails with Ms. DaCunha re: approval of and authorization to e-file fee statement |
| 01/10/20 | Thompson, Yolande | 0.10 | Confer with Ms. Pierce re: e-filing supplemental declaration |
| 01/10/20 | Thompson, Yolande | 0.20 | E-file fee statement |
| 01/10/20 | Thompson, Yolande | 0.20 | E-file supplemental declaration |
| 01/10/20 | Thompson, Yolande | 0.20 | Finalize Supplemental Declaration in support of retention application for filing |
| 01/10/20 | Thompson, Yolande | 0.40 | Prepare service materials, serve Fee Statement and Supplemental Declaration via e-mail and first class mail |
| 01/10/20 | Thompson, Yolande | 0.20 | Finalize Fee statement and exhibits for filing |
| 01/10/20 | Thompson, Yolande | 0.30 | Review redacted invoice |
| 01/10/20 | Thompson, Yolande | 0.10 | E-mail finalized fee statement to attorneys for approval |
| 01/10/20 | Thompson, Yolande | 0.10 | Update files with Supplemental Declaration |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/10/20 | Thompson, Yolande | 0.10 | E-mails with Ms. DaCunha re: redacted invoice and prepare fee statement for filing |
| 01/10/20 | Thompson, Yolande | 0.10 | Update files with filed fee statement |
| 01/10/20 | Thompson, Yolande | 0.10 | Send courtesy copies of filed Fee Statement, Declaration, and Certificate of Service to Judge Drain via FedEx |
| 01/13/20 | Thompson, Yolande | 0.20 | E-file Corrected First Fee Statement |
| 01/13/20 | Thompson, Yolande | 0.10 | E-mails with Mr. Shuster re: filed fee statement |
| 01/13/20 | Thompson, Yolande | 0.10 | Redact account number from fee statement |
| 01/14/20 | Pierce, Ally M. | 0.60 | Review order establishing procedures for fee statements and applications |
| 01/15/20 | Pierce, Ally M. | 0.10 | Compose e-mail to Mr. Shuster re: filing deadlines |
| 01/16/20 | Pierce, Ally M. | 0.20 | Calendar upcoming deadlines for fee statements and applications |
| 01/16/20 | Thompson, Yolande | 0.10 | Teleconference with Ms. Pierce re response to client's request for unbilled fees and expenses |
| 01/16/20 | Thompson, Yolande | 0.10 | E-mails with Ms. Pierce re: calendar invites for deadlines to file monthly and interim fee applications |
| 01/16/20 | Thompson, Yolande | 0.10 | Review e-mails from Accounting, Ms. DaCunha and Ms. Pierce re: response to client's request for unbilled fees and expenses |
| 01/23/20 | Pierce, Ally M. | 0.20 | Respond to Ms. DaCunha's e-mail re: fee statements |
| 01/23/20 | Pierce, Ally M. | 0.10 | Respond to e-mail from Ms. DaCunha re: billing information sent to Purdue |
| 01/27/20 | Pierce, Ally M. | 0.20 | Reply to e-mail from Ms. DaCunha re: December fee statement |
| 01/27/20 | Pierce, Ally M. | 0.40 | E-mail Ms. DaCunha re: December fee statement and rate increase |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31. 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/27/20 | Pierce. Ally M. | 0.20 | Discuss procedure for upcoming fee statement with Ms. Thompson |
| 01/27/20 | Thompson. Yolande | 0.10 | Teleconference with Ms. Pierce re: process for completing December 2019 Fee Statement |
| 01/27/20 | Thompson. Yolande | 0.10 | Review e-mails from Ms. Pierce and Ms. DaCunha re: timing for finalizing invoice and completing December 2019 Fee Statement |

**16.50**

### L400 - Congressional Investigation

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | Rockett. Elizabeth W | 0.80 | Complete █████████████ |
| 01/03/20 | DaCunha, Alyssa | 1.20 | Review █████████████ |
| 01/03/20 | DaCunha, Alyssa | 0.30 | Multiple communications with ████ |
| 01/03/20 | Rockett. Elizabeth W | 0.60 | Complete █████████████ |
| 01/06/20 | Rockett. Elizabeth W | 0.80 | Complete █████████████ |
| 01/07/20 | DaCunha, Alyssa | 0.20 | Confer with ████████ |
| 01/07/20 | DaCunha, Alyssa | 0.10 | E-mail to ████████ |
| 01/07/20 | DaCunha, Alyssa | 2.50 | Review █████████████ |
| 01/07/20 | DaCunha, Alyssa | 0.30 | Multiple communications with ████ |
| 01/07/20 | Rockett. Elizabeth W | 0.60 | Complete █████████████ |
| 01/08/20 | DaCunha, Alyssa | 0.50 | Confer with ████████ |
| 01/08/20 | DaCunha, Alyssa | 3.50 | Travel to █████████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/08/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 01/09/20 | Brown, Reginald | 6.00 | Participate in |
| 01/09/20 | Brown, Reginald | 4.30 | Travel to |
| 01/09/20 | DaCunha, Alyssa | 4.00 | Travel |
| 01/09/20 | DaCunha, Alyssa | 6.00 | Participate in |
| 01/09/20 | DaCunha, Alyssa | 1.80 | Prepare for |
| 01/09/20 | DaCunha, Alyssa | 0.40 | Multiple communications with |
| 01/09/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 01/10/20 | DaCunha, Alyssa | 0.80 | Review |
| 01/10/20 | DaCunha, Alyssa | 0.50 | Review |
| 01/10/20 | Lannon, William E. | 1.30 | Review |
| 01/10/20 | Lannon, William E. | 0.80 | File |
| 01/10/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 01/10/20 | Satten-Lopez, Elena M. | 1.60 | Analyze |
| 01/13/20 | Byrnes, John T. | 0.60 | Meet with |
| 01/13/20 | Cabrera, Clara | 0.00 | Research |
| 01/13/20 | DaCunha, Alyssa | 1.60 | Multiple communications with |
| 01/13/20 | DaCunha, Alyssa | 2.50 | Research |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/13/20 | DaCunha, Alyssa | 0.40 | Review |
| 01/13/20 | DaCunha, Alyssa | 0.60 | Confer with |
| 01/13/20 | DaCunha, Alyssa | 0.80 | Research |
| 01/13/20 | Hromada, Patricia | 1.60 | Analyze |
| 01/13/20 | Menz, Sheila E. | 0.30 | Analyze |
| 01/13/20 | Menz, Sheila E. | 0.50 | Analyze |
| 01/13/20 | Menz, Sheila E. | 0.60 | Team |
| 01/13/20 | Menz, Sheila E. | 0.10 | Revise |
| 01/13/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 01/13/20 | Rockett, Elizabeth W | 0.20 | Confer |
| 01/13/20 | Satten-Lopez, Elena M. | 0.60 | Review |
| 01/13/20 | Satten-Lopez, Elena M. | 0.20 | Confer with |
| 01/13/20 | Satten-Lopez, Elena M. | 0.70 | Confer with |
| 01/13/20 | Satten-Lopez, Elena M. | 0.20 | Research |
| 01/13/20 | Shemesh, Tamir | 0.50 | Prepare |
| 01/14/20 | Byrnes, John T. | 0.20 | Review |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00136               Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
| --- | --- | --- | --- |
| 01/14/20 | DaCunha, Alyssa | 1.00 | Multiple communications with ▓▓▓ |
| 01/14/20 | DaCunha, Alyssa | 1.00 | Participate in ▓▓▓ |
| 01/14/20 | DaCunha, Alyssa | 0.70 | Take notes ▓▓▓ |
| 01/14/20 | DaCunha, Alyssa | 1.80 | Multiple communications with ▓▓▓ |
| 01/14/20 | DaCunha, Alyssa | 0.50 | Revise ▓▓▓ |
| 01/14/20 | Hromada, Patricia | 1.30 | Analyze ▓▓▓ |
| 01/14/20 | Hromada, Patricia | 0.40 | Revise ▓▓▓ |
| 01/14/20 | Lannon, William E. | 0.50 | File ▓▓▓ |
| 01/14/20 | Menz, Sheila E. | 0.80 | Analyze ▓▓▓ |
| 01/14/20 | Rockett, Elizabeth W | 0.20 | Request ▓▓▓ |
| 01/14/20 | Rockett, Elizabeth W | 0.60 | Complete ▓▓▓ |
| 01/14/20 | Satten-Lopez, Elena M. | 0.10 | Revise ▓▓▓ |
| 01/14/20 | Satten-Lopez, Elena M. | 2.70 | Monitor ▓▓▓ |
| 01/14/20 | Satten-Lopez, Elena M. | 4.80 | Draft ▓▓▓ |
| 01/14/20 | Satten-Lopez, Elena M. | 0.50 | Review ▓▓▓ |
| 01/14/20 | Shemesh, Tamir | 1.00 | Prepare ▓▓▓ |
| 01/15/20 | Byrnes, John T. | 0.40 | Review ▓▓▓ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
| --- | --- | --- | --- |
| 01/15/20 | Cabrera, Clara | 0.20 | Research |
| 01/15/20 | DaCunha, Alyssa | 0.80 | Multiple communications with |
| 01/15/20 | DaCunha, Alyssa | 0.50 | Multiple communications with |
| 01/15/20 | DaCunha, Alyssa | 1.20 | Review |
| 01/15/20 | DaCunha, Alyssa | 0.60 | Revise |
| 01/15/20 | DaCunha, Alyssa | 0.30 | Multiple communications with |
| 01/15/20 | Lannon, William E. | 0.80 | File |
| 01/15/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 01/15/20 | Satten-Lopez, Elena M. | 2.10 | Research |
| 01/15/20 | Satten-Lopez, Elena M. | 0.10 | Review |
| 01/16/20 | Cabrera, Clara | 0.20 | Research |
| 01/16/20 | DaCunha, Alyssa | 0.30 | Multiple communications with |
| 01/16/20 | DaCunha, Alyssa | 0.60 | Teleconference with |
| 01/16/20 | DaCunha, Alyssa | 0.30 | Teleconference with |
| 01/16/20 | Lannon, William E. | 0.50 | File |
| 01/16/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 01/16/20 | Satten-Lopez, Elena M. | 2.50 | Research |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/16/20 | Satten-Lopez, Elena M. | 0.70 | Perform █████████████████████ |
| 01/17/20 | Byrnes, John T. | 0.20 | Revise ████████████ |
| 01/17/20 | Byrnes, John T. | 1.00 | Teleconference with ████████████ |
| 01/17/20 | DaCunha, Alyssa | 0.60 | Teleconference with ████████████ |
| 01/17/20 | DaCunha, Alyssa | 0.80 | Review ██████████████ |
| 01/17/20 | DaCunha, Alyssa | 0.50 | Teleconference with ██████████ |
| 01/17/20 | DaCunha, Alyssa | 0.30 | Teleconference with ████ |
| 01/17/20 | DaCunha, Alyssa | 0.20 | E-mail to ██████ |
| 01/17/20 | DaCunha, Alyssa | 0.20 | Revise ████████████ |
| 01/17/20 | DaCunha, Alyssa | 0.30 | Teleconference with ██████████ |
| 01/17/20 | DaCunha, Alyssa | 0.70 | Multiple communications with ████ |
| 01/17/20 | DaCunha, Alyssa | 0.40 | Confer with ██████████ |
| 01/17/20 | Dolce, Eric Robert | 0.90 | Generate ██████████ |
| 01/17/20 | Menz, Sheila E. | 0.60 | Revise ████████ |
| 01/17/20 | Menz, Sheila E. | 0.70 | Teleconference with ██████████ |
| 01/17/20 | Menz, Sheila E. | 0.50 | Teleconference with ██████████ |
| 01/17/20 | Menz, Sheila E. | 0.40 | Strategize with ████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/17/20 | Menz, Sheila E. | 0.50 | Meet with |
| 01/17/20 | Menz, Sheila E. | 0.30 | Analyze |
| 01/17/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 01/17/20 | Satten-Lopez, Elena M. | 0.70 | Compile |
| 01/17/20 | Satten-Lopez, Elena M. | 1.30 | Draft |
| 01/17/20 | Satten-Lopez, Elena M. | 0.80 | Revise |
| 01/17/20 | Satten-Lopez, Elena M. | 0.30 | Revise |
| 01/17/20 | Satten-Lopez, Elena M. | 1.00 | Confer with |
| 01/17/20 | Satten-Lopez, Elena M. | 0.90 | Confer with |
| 01/18/20 | Byrnes, John T. | 0.20 | Revise |
| 01/18/20 | DaCunha, Alyssa | 0.50 | Multiple communications with |
| 01/18/20 | Menz, Sheila E. | 1.10 | Analyze |
| 01/19/20 | Byrnes, John T. | 0.40 | Revise |
| 01/20/20 | Byrnes, John T. | 0.20 | Teleconference with |
| 01/20/20 | DaCunha, Alyssa | 0.30 | Multiple communications |
| 01/20/20 | DaCunha, Alyssa | 0.30 | Teleconference with |
| 01/20/20 | DaCunha, Alyssa | 0.20 | E-mails re: |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/20/20 | DaCunha, Alyssa | 0.30 | Review |
| 01/20/20 | DaCunha, Alyssa | 1.50 | Revise |
| 01/21/20 | Brown, Reginald | 1.00 | Weekly |
| 01/21/20 | Byrnes, John T. | 0.30 | Confer with |
| 01/21/20 | DaCunha, Alyssa | 0.30 | Meeting with |
| 01/21/20 | DaCunha, Alyssa | 1.00 | Participate in |
| 01/21/20 | DaCunha, Alyssa | 0.30 | Review |
| 01/21/20 | DaCunha, Alyssa | 0.60 | Multiple communications with |
| 01/21/20 | Lannon, William E. | 1.30 | File |
| 01/21/20 | Menz, Sheila E. | 0.30 | Teleconference with |
| 01/21/20 | Murphy, Aaron P. | 0.70 | Research |
| 01/21/20 | Satten-Lopez, Elena M. | 1.70 | Revise |
| 01/21/20 | Satten-Lopez, Elena M. | 0.90 | Review |
| 01/21/20 | Satten-Lopez, Elena M. | 0.30 | Confer with |
| 01/21/20 | Wenik, Saige | 0.80 | Complete |
| 01/22/20 | Byrnes, John T. | 0.20 | Teleconference with |
| 01/22/20 | DaCunha, Alyssa | 0.20 | Teleconference with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/22/20 | DaCunha, Alyssa | 0.20 | Teleconference with |
| 01/22/20 | Menz, Sheila E. | 0.30 | Review |
| 01/22/20 | Satten-Lopez, Elena M. | 0.50 | Review |
| 01/22/20 | Wenik, Saige | 0.70 | Complete |
| 01/23/20 | Byrnes, John T. | 0.30 | Draft |
| 01/23/20 | DaCunha, Alyssa | 0.30 | Teleconference with |
| 01/23/20 | DaCunha, Alyssa | 0.20 | Multiple communications with |
| 01/23/20 | DaCunha, Alyssa | 0.20 | Multiple communications with |
| 01/23/20 | DaCunha, Alyssa | 0.30 | Multiple communications with |
| 01/23/20 | Hromada, Patricia | 0.50 | Analyze |
| 01/23/20 | Menz, Sheila E. | 0.40 | Teleconference with |
| 01/23/20 | Menz, Sheila E. | 0.40 | E-mail correspondence with |
| 01/23/20 | Menz, Sheila E. | 0.20 | Analyze |
| 01/23/20 | Wenik, Saige | 0.60 | Complete |
| 01/24/20 | Byrnes, John T. | 0.30 | Teleconference with |
| 01/24/20 | Byrnes, John T. | 1.00 | Draft |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/24/20 | DaCunha, Alyssa | 0.30 | Multiple communications with █████████ |
| 01/24/20 | DaCunha, Alyssa | 0.50 | Revise ███████████████ |
| 01/24/20 | Lannon, William E. | 0.50 | File ██████████ |
| 01/24/20 | Menz, Sheila E. | 0.30 | Teleconference with █████████ |
| 01/24/20 | Wenik, Saige | 0.60 | Complete ████████ |
| 01/26/20 | DaCunha, Alyssa | 0.70 | Revise ███████████ |
| 01/27/20 | DaCunha, Alyssa | 0.60 | Review ████████████ |
| 01/27/20 | DaCunha, Alyssa | 0.40 | Revise ████████████ |
| 01/27/20 | DaCunha, Alyssa | 0.50 | Multiple communications with ████████ |
| 01/27/20 | Hromada, Patricia | 0.90 | Multiple communications with ████████ |
| 01/27/20 | Hromada, Patricia | 1.70 | Analyze and stage ████████ |
| 01/27/20 | Satten-Lopez, Elena M. | 0.20 | Review ██████████ |
| 01/27/20 | Shemesh, Tamir | 1.00 | Revise ████████ |
| 01/27/20 | Wenik, Saige | 0.80 | Complete ██████████ |
| 01/28/20 | Brown, Reginald | 0.70 | Weekly ████████ |
| 01/28/20 | DaCunha, Alyssa | 0.80 | Review ██████████ |
| 01/28/20 | DaCunha, Alyssa | 0.60 | Participate in █████████ |
| 01/28/20 | Menz, Sheila E. | 0.10 | Communicate with ██████████ |
| 01/28/20 | Rockett, Elizabeth W | 0.60 | Complete ████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/29/20 | Chau, Truong | 2.10 | Collect |
| 01/29/20 | DaCunha, Alyssa | 3.50 | Participate |
| 01/29/20 | DaCunha, Alyssa | 1.50 | Multiple communications with |
| 01/29/20 | DaCunha, Alyssa | 3.00 | Travel to |
| 01/29/20 | Hromada, Patricia | 2.20 | Conduct |
| 01/29/20 | Hromada, Patricia | 0.50 | Multiple communications with |
| 01/29/20 | Menz, Sheila E. | 0.50 | Teleconference with |
| 01/29/20 | Menz, Sheila E. | 0.30 | Multiple communications with |
| 01/29/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 01/29/20 | Satten-Lopez, Elena M. | 0.30 | Review |
| 01/29/20 | Satten-Lopez, Elena M. | 0.50 | Confer with |
| 01/29/20 | Satten-Lopez, Elena M. | 0.60 | Revise |
| 01/30/20 | Chau, Truong | 2.50 | Quality control |
| 01/30/20 | DaCunha, Alyssa | 0.50 | Multiple communications with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/30/20 | DaCunha, Alyssa | 3.00 | Travel back |
| 01/30/20 | DaCunha, Alyssa | 0.50 | Multiple communications with |
| 01/30/20 | DaCunha, Alyssa | 3.50 | Participate |
| 01/30/20 | Hromada, Patricia | 1.30 | Multiple communications with |
| 01/30/20 | Hromada, Patricia | 3.40 | Conduct            review of |
| 01/30/20 | Lannon, William E. | 0.50 | File |
| 01/30/20 | Lazarre, Allyson | 0.40 | Copy |
| 01/30/20 | Menz, Sheila E. | 0.10 | Call with |
| 01/30/20 | Menz, Sheila E. | 0.20 | Revise |
| 01/30/20 | Menz, Sheila E. | 0.50 | Analyze |
| 01/30/20 | Menz, Sheila E. | 0.30 | Analyze |
| 01/30/20 | Menz, Sheila E. | 0.20 | Multiple communications with |
| 01/30/20 | Menz, Sheila E. | 0.10 | Analyze |
| 01/30/20 | Menz, Sheila E. | 0.20 | Analyze |
| 01/30/20 | Menz, Sheila E. | 0.40 | Multiple revisions |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/30/20 | Menz, Sheila E. | 0.20 | Multiple communications with |
| 01/30/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 01/30/20 | Satten-Lopez, Elena M. | 0.10 | Research |
| 01/30/20 | Satten-Lopez, Elena M. | 0.30 | Review |
| 01/30/20 | Satten-Lopez, Elena M. | 0.10 | Confer with |
| 01/30/20 | Satten-Lopez, Elena M. | 0.40 | Draft |
| 01/30/20 | Satten-Lopez, Elena M. | 0.40 | Revise |
| 01/30/20 | Satten-Lopez, Elena M. | 0.20 | Identify |
| 01/30/20 | Satten-Lopez, Elena M. | 1.30 | Monitor |
| 01/30/20 | Shemesh, Tamir | 0.50 | Prepare |
| 01/30/20 | Stroede, Phoebe | 3.70 | Conduct |
| 01/31/20 | DaCunha, Alyssa | 0.60 | Multiple communications with |
| 01/31/20 | Hromada, Patricia | 2.90 | Conduct |
| 01/31/20 | Hromada, Patricia | 0.90 | Multiple communications with |
| 01/31/20 | Lannon, William E. | 0.80 | File |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/31/20 | Menz, Sheila E. | 0.60 | Analyze |
| 01/31/20 | Menz, Sheila E. | 1.10 | Finalize |
| 01/31/20 | Menz, Sheila E. | 0.20 | Revise |
| 01/31/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 01/31/20 | Satten-Lopez, Elena M. | 0.40 | Confer |
| 01/31/20 | Shemesh, Tamir | 1.00 | Prepare |
| | | **182.60** | |

**Total**                **199.10**

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Cost | Description |
|------|------|-------------|
| 01/14/20 | 5.01 | Taxi, Alyssa DaCunha, 01/09/20, INV: 3922828301142024; Taxi home from DCA Merchant: Uber Technologies, Inc. UBER tip charge |
| 01/14/20 | 20.04 | Taxi, Alyssa DaCunha, 01/09/20, INV: 3922828301142024; Taxi home from DCA Merchant: Uber Technologies, Inc. Merchant:Uber Technologies, Inc. |
| 01/15/20 | 217.70 | Airfare, Alyssa DaCunha, 01/08/2020 to 01/09/2020, INV: 3921015101152105; Airfare from New York, NY to Washington, DC |
| 01/15/20 | 482.40 | Airfare, Alyssa DaCunha, 01/08/2020 to 01/08/2020, INV: 3921015101152105; Airfare from Washington, DC to New York, NY |
| 01/15/20 | 10.00 | Travel Fee, Alyssa DaCunha, 01/08/20, INV: 3921015101152105; Airfare from Washington, DC to New York, NY Ultramar service fee |
| 01/15/20 | 68.35 | Car Service, Alyssa DaCunha, 01/08/20, INV: 3921015101152105; Car service to DCA |
| 01/15/20 | 82.78 | Taxi, Alyssa DaCunha, 01/08/20, INV: 3921015101152105; Taxi from La Guardia |
| 01/15/20 | 33.52 | Airfare, Alyssa DaCunha, 01/09/2020 to 01/09/2020, INV: 3921015101152105; Extra legroom seat purchase |
| 01/15/20 | 25.20 | Airfare, Alyssa DaCunha, 01/09/2020 to 01/09/2020, INV: 3921015101152105; Extra legroom seat purchase |
| 01/16/20 | 102.18 | Car Service, Alyssa DaCunha, 01/09/20, INV: 3929285801161958; Car service to La Guardia |
| 01/30/20 | 10.00 | Travel Fee, Reginald Brown, 01/09/20, INV: 3886907901301944; Jan. 9, 2020. Travel agent fee. TRAVEL AGENCY SERVIC BOSTON MA |
| 01/30/20 | 88.92 | Car Service, Reginald Brown, 01/09/20, INV: 3886907901301944; Jan. 9, 2020. Car Service. SUNNYS EXECUTIVE SED GREAT FALLS VA |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

| Date | Cost | Description |
|------|------|-------------|
| 01/30/20 | 448.40 | Airfare, Reginald Brown, 01/09/2020 to 01/09/2020, INV: 3886907901301944; Jan. 9, 2020. Airline ticket. |
| | **1,594.50** | |
| | | |
| 01/16/20 | 900.00 | FiscalNote, Inc. dba CQ Roll Call, Voter Voice; Invoice# 388402 (Jan-15.2020); Hearing Transcript -- Alyssa DaCunha |
| | **900.00** | |
| | | |
| 01/17/20 | 2.00 | DOCUMENT COLOR PRINTING - DC - FOR 17-Jan-2020 - 28198 |
| 01/23/20 | 23.20 | DOCUMENT COLOR PRINTING - DC - FOR 23-Jan-2020 - 31133 Color Blowbacks CHARGED ON 17-JAN-2020 - 232 PAGE(S) |
| | **25.20** | |
| | | |
| 01/15/20 | 368.58 | Lodging, Alyssa DaCunha, 01/08/2020 to 01/09/2020, INV: 3921015101152105; Hotel accommodation in NYC |
| | **368.58** | |
| | | |
| 01/15/20 | 31.75 | Breakfast, Alyssa DaCunha, 01/09/20, INV: 3921015101152105; Breakfast in NYC Alyssa DaCunha |
| 01/30/20 | 29.20 | Lunch, Reginald Brown, 01/09/20, INV: 3886907901301944; Jan. 9, 2020. Dinner. 6339123 - TAP AND PO FLUSHING NY Reginald Brown |
| | **60.95** | |

Total Disbursements    $    **2,949.23**

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 12.00 | 1,550.00 | 18,600.00 |
| DaCunha, Alyssa | 71.30 | 965.00 | 68,804.50 |
| Byrnes, John T. | 5.30 | 940.00 | 4,982.00 |
| Menz, Sheila E. | 13.30 | 815.00 | 10,839.50 |
| Pierce, Ally M. | 7.10 | 595.00 | 4,224.50 |
| Satten-Lopez, Elena M. | 30.00 | 550.00 | 16,500.00 |
| Thompson, Yolande | 5.00 | 545.00 | 2,725.00 |
| Hromada, Patricia | 17.60 | 525.00 | 9,240.00 |
| Cabrera, Clara | 0.40 | 505.00 | 202.00 |
| Chau, Truong | 4.60 | 480.00 | 2,208.00 |
| Murphy, Aaron P. | 0.70 | 415.00 | 290.50 |
| Lannon, William E. | 8.90 | 385.00 | 3,426.50 |
| Wenik, Saige | 3.50 | 325.00 | 1,137.50 |
| Dolce, Eric Robert | 0.90 | 310.00 | 279.00 |
| Stroede, Phoebe | 3.70 | 300.00 | 1,110.00 |
| Shemesh, Tamir | 4.00 | 275.00 | 1,100.00 |
| Rockett, Elizabeth W | 10.40 | 275.00 | 2,860.00 |
| Lazarre, Allyson | 0.40 | 155.00 | 62.00 |
| **Total Legal Services** | **199.10** | | **$148,591.00** |

| Task | Description | Hours | Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 16.50 | 10,093.50 |
| L400 | Congressional Investigation | 182.60 | 138,497.50 |
| **Total Legal Services** | | **199.10** | **$148,591.00** |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2582301
Invoice Date 03/10/20
Legal Services through January 31, 2020

### DISBURSEMENTS

| Description | Total |
| --- | ---: |
| TRAVEL | 1,594.50 |
| TRANSCRIPT | 900.00 |
| OUT OF TOWN LODGING | 368.58 |
| MEALS-OUT OF TOWN | 60.95 |
| DOCUMENT PRINTING COLOR | 25.20 |
| **Total Disbursements** | **$2,949.23** |