# Exhibit C

## Professional and Paraprofessional Fees for Fee Period

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Bauer, David R. | Partner; joined partnership in 2018; admitted 2008 | Intellectual Property | $1,445 | 42.0 | $60,690.00 |
| | | | $1,530 | 7.0 | $10,710.00 |
| Bivens, Frances E. | Partner; joined partnership in 2001; admitted 1993 | Litigation | $1,645 | 113.6 | $186,872.00 |
| | | | $1,685 | 18.7 | $31,509.50 |
| Conway, Mary | Partner; joined partnership in 2007; admitted 1986 | Tax | $1,685 | 0.4 | $674.00 |
| Crandall, Jeffrey P. | Partner; joined partnership in 2011; admitted 1983 | Employment | $1,645 | 28.4 | $46,718.00 |
| | | | $1,685 | 8.0 | $13,480.00 |
| Curran, William A. | Partner; joined partnership in 2017; admitted 2010 | Tax | $1,445 | 17.5 | $25,287.50 |
| | | | $1,655 | 26.8 | $44,354.00 |
| Duggan, Charles S. | Partner; joined partnership in 2002; admitted 1997 | Litigation | $1,645 | 169.4 | $278,663.00 |
| | | | $1,685 | 73.0 | $123,005.00 |
| Graulich, Timothy | Partner; joined partnership in 2009; admitted 1994 | Restructuring | $1,645 | 480.2 | $789,929.00 |
| | | | $1,685 | 100.6 | $169,511.00 |
| Huebner, Marshall S. | Partner; joined partnership in 2002; admitted 1994 | Restructuring | $1,645 | 873.7 | $1,437,236.50 |
| | | | $1,685 | 220.2 | $371,037.00 |
| Kaminetzky, Benjamin S. | Partner; joined partnership in 2003; admitted 1995 | Litigation | $1,645 | 460.3 | $757,193.50 |
| | | | $1,685 | 83.7 | $141,034.50 |
| McClammy, James I. | Partner; joined partnership in 2015; admitted 1998 | Litigation | $1,585 | 376.5 | $596,752.50 |
| | | | $1,655 | 141.2 | $233,686.00 |
| Rishty, Michael J. | Partner; joined partnership in 2015; admitted 2002 | Real Estate | $1,645 | 1.4 | $2,303.00 |

---

[1] The Application includes a customary annual rate increase for all time keepers which occurred on January 1, 2020 as disclosed in a supplemental declaration filed on the Court docket at ECF No. 703. The hourly billing rates prior to and subsequent to the increase (and the hours and amounts billed under each rate) are each provided here.

C-1

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Schwartz, Jeffrey N. | Partner; joined partnership in 2000; admitted 1992 | Trusts and Estates | $1,645 | 4.8 | $7,896.00 |
| | | | $1,685 | 8.1 | $13,648.50 |
| Taylor, William L. | Partner; joined partnership in 1995; admitted 1991 | Mergers and Acquisitions | $1,645 | 19.0 | $31,255.00 |
| | | | $1,685 | 12.8 | $21,568.00 |
| Verdolini, Mario J. | Partner; joined partnership in 1997; admitted 1992 | Tax | $1,685 | 2.7 | $4,549.50 |
| Vonnegut, Eli J. | Partner; joined partnership in 2015; admitted 2009 | Restructuring | $1,585 | 499.3 | $791,390.50 |
| | | | $1,655 | 66.3 | $109,726.50 |
| **Partner Total:** | | | | 3,855.6 | **$6,300,680.00** |
| **Counsel** | | | | | |
| Altus, Leslie J. | Counsel; joined Davis Polk 1985; admitted 1984 | Tax | $1,225 | 26.6 | $32,585.00 |
| | | | $1,295 | 44.3 | $57,368.50 |
| Brecher, Stephen I. | Counsel; joined Davis Polk 2018; admitted 2000 | Employment | $1,225 | 217.1 | $265,947.50 |
| | | | $1,295 | 27.4 | $35,483.00 |
| Chen, Bonnie | Counsel; joined Davis Polk in 2015; admitted 2012 | Intellectual Property | $1,225 | 38.7 | $47,407.50 |
| | | | $1,295 | 6.3 | $8,158.50 |
| Chiu, Ning | Counsel: joined Davis Polk 2007; admitted 1996 | Securities Distribution | $1,225 | 0.4 | $490.00 |
| | | | $1,295 | 0.7 | $906.50 |
| Forester, Daniel F.[2] | Counsel; joined Davis Polk 2017; admitted 2012 | Intellectual Property | $1,075 | 51.6 | $55,470.00 |
| | | | $1,225 | 30.4 | $37,240.00 |
| | | | $1,295 | 18.5 | $23,957.50 |
| Huber, Betty Moy | Counsel: joined Davis Polk 1996; admitted 1997 | Environmental | $1,225 | 2.5 | $3,062.50 |
| | | | $1,295 | 0.8 | $1,036.00 |
| Kennedy, Susan D. | Counsel; joined Davis Polk 1985; admitted 1984 | Real Estate | $1,225 | 0.9 | $1,102.50 |

---

[2] For the months of September, October and November 2019, this professional held the position of Associate. For the months of December 2019 and January 2020, this professional held the position of Counsel.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Lele, Ajay B. | Counsel; joined Davis Polk 2000; admitted 2001 | Mergers and Acquisitions | $1,225 | 84.4 | $103,390.00 |
| | | | $1,295 | 35.3 | $45,713.50 |
| Millerman, James M. | Counsel; joined Davis Polk 2009; admitted 2000 | Restructuring | $1,225 | 106.7 | $130,707.50 |
| | | | $1,295 | 44.6 | $57,757.00 |
| Robertson, Christopher S.[3] | Counsel; joined Davis Polk 2011; admitted 2013 | Restructuring | $1,075 | 541.9 | $582,542.50 |
| | | | $1,225 | 176.9 | $216,702.50 |
| | | | $1,295 | 193.1 | $250,064.50 |
| Shi, Charles | Counsel; joined Davis Polk 2009; admitted 2009 | Employment | $1,225 | 0.4 | $490.00 |
| Tobak, Marc J. | Counsel; joined Davis Polk 2009; admitted 2009 | Litigation | $1,225 | 544.0 | $666,400.00 |
| | | | $1,295 | 115.3 | $149,313.50 |
| **Counsel Total:** | | | | **2,308.80** | **$2,773,296.00** |
| **Associates, Law Clerks and Legal Assistants** | | | | | |
| Adler, Michelle | Associate; joined Davis Polk 2017; admitted 2018 | Litigation | $735 | 19.5 | $14,332.50 |
| Baratta, Christopher A. | Associate; joined Davis Polk 2013; admitted 2014 | Tax | $1,095 | 0.2 | $219.00 |
| Benedict, Kathryn S. | Associate; joined Davis Polk 2017; admitted 2015 | Litigation | $1,040 | 984.0 | $1,023,380.80 |
| | | | $1,095 | 246.3 | $269,698.50 |
| Boehm, Korey | Associate; joined Davis Polk 2018; admitted 2019 | Litigation | $645 | 433.5 | $279,607.50 |
| | | | $785 | 60.6 | $47,571.00 |
| Brown, Joseph S. | Associate; joined Davis Polk 2017; admitted 2016 | Employment | $1,010 | 8.4 | $8,484.00 |
| | | | $1,080 | 2.8 | $3,024.00 |
| Cardillo, Garrett | Associate; joined Davis Polk 2017; admitted 2017 | Litigation | $930 | 554.0 | $515,220.00 |
| | | | $1,065 | 47.4 | $50,481.00 |

---

[3] For the months of September, October and November 2019, this professional held the position of Associate. For the months of December 2019 and January 2020, this professional held the position of Counsel.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Chao, Daniel | Associate; joined Davis Polk 2017; admitted 2019 | Securities Distribution | $645 | 38.0 | $24,510.00 |
| Chen, Yifu | Associate; joined Davis Polk 2017; admitted 2018 | Intellectual Property | $735 | 16.7 | $12,274.50 |
|  |  |  | $990 | 3.8 | $3,762.00 |
| Cheung, Chui-Lai | Associate; joined Davis Polk 2017; admitted 2018 | Litigation | $735 | 73.2 | $53,802.00 |
| Clarens, Margarita | Associate; joined Davis Polk 2008; admitted 2009 | Litigation | $1,075 | 317.7 | $341,527.50 |
|  |  |  | $1,095 | 98.9 | $108,295.50 |
| Consla, Dylan A. | Associate; joined Davis Polk 2015; admitted 2015 | Restructuring | $1,040 | 655.9 | $682,136.00 |
|  |  |  | $1,095 | 202.0 | $221,190.00 |
| D'Angelo, Nicholas | Associate; joined Davis Polk 2017; admitted 2017 | Litigation | $735 | 109.4 | $80,409.00 |
|  |  |  | $990 | 19.6 | $19,404.00 |
| Diggs, Elizabeth R. | Associate; joined Davis Polk 2017; admitted 2018 | Mergers and Acquisitions | $735 | 87.6 | $64,386.00 |
|  |  |  | $990 | 48.0 | $47,520.00 |
| DiMarco, Nicholas | Associate; joined Davis Polk 2017; admitted 2019 | Litigation | $645 | 120.5 | $77,722.50 |
|  |  |  | $785 | 23.3 | $18,290.50 |
| Frankel, Jay | Associate; joined Davis Polk 2016; admitted 2017 | Intellectual Property | $930 | 46.8 | $43,524.00 |
|  |  |  | $1,065 | 4.8 | $5,112.00 |
| Garg, Paavani | Associate; joined Davis Polk 2019; admitted 2019 | Restructuring | $645 | 23.7 | $15,286.50 |
| Ginder, Kathleen | Associate; joined Davis Polk 2017; admitted 2011 | Employment | $735 | 6.5 | $4,777.50 |
| Goldmintz, Gene | Associate; joined Davis Polk 2019; admitted 2016 | Restructuring | $1,010 | 53.8 | $54,338.00 |
|  |  |  | $1,080 | 75.2 | $81,216.00 |
| Hendin, Alexander J. | Associate; joined Davis Polk 2016; admitted 2017 | Tax | $930 | 26.0 | $24,180.00 |
|  |  |  | $1,065 | 37.6 | $40,044.00 |
| Holland-Stergar, Brianne | Associate; joined Davis Polk 2019; admitted 2019 | Litigation | $645 | 85.5 | $55,147.50 |
|  |  |  | $785 | 25.8 | $20,253.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Horley, Tim | Associate; joined Davis Polk 2018; admitted 2019 | Litigation | $645 | 541.7 | $349,396.50 |
| | | | $785 | 127.0 | $99,695.00 |
| Katz, Jaclyn | Associate; joined Davis Polk 2017; admitted 2018 | Real Estate | $735 | 7.5 | $5,512.50 |
| Kaufman, Zachary A. | Associate; joined Davis Polk 2018; admitted 2017 | Litigation | $930 | 403.9 | $375,627.00 |
| | | | $1,065 | 130.6 | $139,089.00 |
| Kearney, Daniel P. | Associate; joined Davis Polk 2018; admitted 2019 | Intellectual Property | $645 | 6.5 | $4,192.50 |
| Kiechel, Julia | Associate; joined Davis Polk 2009; admitted 2010 | Litigation | $1,075 | 44.8 | $48,160.00 |
| Kim, Clara Y. | Associate; joined Davis Polk 2017; admitted 2018 | Litigation | $735 | 55.6 | $40,866.00 |
| Kim, Eric M. | Associate; joined Davis Polk 2017; admitted 2017 | Litigation | $930 | 522.6 | $486,018.00 |
| | | | $1,065 | 96.5 | $102,772.50 |
| Knudson, Jacquelyn Swanner | Associate; joined Davis Polk 2017; admitted 2015 | Litigation | $1,010 | 643.2 | $649,632.00 |
| | | | $1,080 | 212.6 | $229,608.00 |
| Levine, Zachary | Associate; joined Davis Polk 2017; admitted 2018 | Restructuring | $735 | 550.8 | $404,838.00 |
| | | | $990 | 156.0 | $154,440.00 |
| Lojac, Dylan H. | Associate; joined Davis Polk 2019; admitted 2020 | Mergers and Acquisitions | $525 | 97.0 | $50,925.00 |
| | | | $690 | 42.4 | $29,256.00 |
| Lutchen, Alexa B. | Associate; joined Davis Polk 2014; admitted 2015 | Litigation | $1,040 | 367.0 | $381,680.00 |
| | | | $1,095 | 64.7 | $70,846.50 |
| Matlock, Tracy L. | Associate; joined Davis Polk 2011; admitted 2013 | Tax | $1,075 | 30.1 | $32,357.50 |
| | | | $1,095 | 51.8 | $56,721.00 |
| Mazer, Deborah S. | Associate; joined Davis Polk 2018; admitted 2018 | Litigation | $735 | 413.6 | $303,996.00 |
| | | | $990 | 134.2 | $132,858.00 |
| McCarthy, Gerard | Associate; joined Davis Polk 2012; admitted 2012 | Litigation | $1,075 | 230.8 | $248,110.00 |
| | | | $1,095 | 58.9 | $64,495.50 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| McCartney, Ryan | Associate; joined Davis Polk 2015; admitted 2015 | Litigation | $1,040 | 227.5 | $236,600.00 |
| | | | $1,095 | 48.5 | $53,107.50 |
| McMillian, Chautney R. | Associate; joined Davis Polk 2015; admitted 2016 | Litigation | $1,010 | 126.6 | $127,866.00 |
| | | | $1,080 | 84.7 | $91,476.00 |
| Meyer, Corey M. | Associate; joined Davis Polk 2019; admitted 2020 | Litigation | $525 | 249.4 | $130,935.00 |
| | | | $690 | 15.9 | $10,971.00 |
| Obasaju, Victor | Associate; joined Davis Polk 2017; admitted 2018 | Litigation | $735 | 98.1 | $72,103.50 |
| | | | $990 | 10.9 | $10,791.00 |
| Peck, Dan | Associate; joined Davis Polk 2017; admitted 2018 | Litigation | $735 | 82.9 | $60,931.50 |
| | | | $990 | 11.0 | $10,890.00 |
| Pera, Michael | Associate; joined Davis Polk 2016; admitted 2017 | Restructuring | $930 | 416.8 | $387,624.00 |
| | | | $1,065 | 107.5 | $114,487.50 |
| Rarrick, Mohini P.B. | Associate; joined Davis Polk 2019; admitted 2019 | Restructuring | $645 | 10.3 | $6,643.50 |
| | | | $785 | 25.4 | $19,939.00 |
| Reck, Nick | Associate; joined Davis Polk 2018; admitted 2018 | Litigation | $930 | 175.7 | $163,401.00 |
| | | | $1,065 | 13.3 | $14,164.50 |
| Rubin, Dylan S. | Associate; joined Davis Polk 2016; admitted 2017 | Litigation | $930 | 364.2 | $338,706.00 |
| | | | $1,065 | 48.6 | $51,759.00 |
| Rudewicz, Daniel | Associate; joined Davis Polk 2019; admitted 2016 | Restructuring | $1,010 | 6.6 | $6,666.00 |
| Shimamura, Alexander K.B. | Associate; joined Davis Polk 2018; admitted 2019 | Finance | $645 | 31.0 | $19,995.00 |
| Sieben, Brian Gregory | Associate; joined Davis Polk 2015; admitted 2016 | Trusts and Estates | $1,010 | 11.8 | $11,918.00 |
| | | | $1,080 | 14.6 | $15,768.00 |
| Stefanik, Sean | Associate; joined Davis Polk 2016; admitted 2018 | Litigation | $930 | 131.7 | $122,481.00 |
| | | | $1,065 | 11.2 | $11,928.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Steinberg, Richard J. | Associate; joined Davis Polk 2019; admitted 2019 | Restructuring | $645 | 145.9 | $94,105.50 |
| | | | $785 | 33.0 | $25,905.00 |
| Strauss, Steven | Associate; joined Davis Polk 2018; admitted 2019 | Litigation | $645 | 120.4 | $77,658.00 |
| | | | $785 | 12.2 | $9,577.00 |
| Theodora, Brooke | Associate; joined Davis Polk 2017; admitted 2018 | Litigation | $735 | 5.6 | $4,116.00 |
| Townes, Esther C. | Associate; joined Davis Polk 2018; admitted New York 2018 | Litigation | $735 | 535.8 | $393,813.00 |
| | | | $990 | 118.5 | $117,315.00 |
| Vitiello, Sofia A. | Associate; joined Davis Polk 2018; admitted 2016 | Litigation | $1,010 | 77.0 | $77,770.00 |
| | | | $1,080 | 80.2 | $86,616.00 |
| Wasserman, Benjamin D. | Associate; joined Davis Polk 2018; admitted 2018 | Litigation | $735 | 109.4 | $80,409.00 |
| Williams, Nikolaus | Associate; joined Davis Polk 2014; admitted 2015 | Litigation | $1,040 | 324.8 | $337,792.00 |
| | | | $1,095 | 38.3 | $41,938.50 |
| Wolfgang, Katelyn Trionfetti | Associate; joined Davis Polk 2013; admitted 2012 | Litigation | $1,075 | 104.7 | $112,552.50 |
| Workman, Brett J. | Associate; joined Davis Polk 2018; admitted 2019 | Litigation | $645 | 98.8 | $63,726.00 |
| | | | $785 | 10.0 | $7,850.00 |
| Wu, Serena D. | Associate; joined Davis Polk 2016; admitted 2017 | Litigation | $930 | 112.5 | $104,625.00 |
| | | | $1,065 | 9.7 | $10,330.50 |
| Carvajal, Shanaye | Law Clerk; joined Davis Polk 2019 | Litigation | $645 | 156.2 | $100,749.00 |
| | | | $785 | 15.4 | $12,089.00 |
| Combs, Chris | Law Clerk; joined Davis Polk 2019 | Litigation | $525 | 170.7 | $89,617.50 |
| | | | $690 | 48.1 | $33,189.00 |
| Drinkwater, Emily | Law Clerk; joined Davis Polk 2019 | Litigation | $525 | 38.3 | $20,107.50 |
| Guo, Angela W. | Law Clerk; joined Davis Polk 2019 | Litigation | $645 | 92.8 | $59,856.00 |
| | | | $785 | 28.0 | $21,980.00 |
| Hamby, Aly | Law Clerk; joined Davis Polk | Litigation | $525 | 317.6 | $166,740.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
|  | 2019 |  | $690 | 17.5 | $12,075.00 |
| Harutian, Liana | Law Clerk; joined Davis Polk 2019 | Litigation | $525 | 97.6 | $51,240.00 |
| Hwang, Eric | Law Clerk; joined Davis Polk 2019 | Restructuring | $525 | 430.8 | $226,170.00 |
|  |  |  | $690 | 48.3 | $33,327.00 |
| Kratzer, David | Law Clerk; joined Davis Polk 2019 | Restructuring | $690 | 70.8 | $48,852.00 |
| Mazzoni, Gianluca | Law Clerk; joined Davis Polk 2019 | Tax | $645 | 10.5 | $6,772.50 |
|  |  |  | $785 | 75.5 | $59,267.50 |
| Mendelson, Alex S. | Law Clerk; joined Davis Polk 2019 | Litigation | $525 | 84.3 | $44,257.50 |
|  |  |  | $690 | 29.6 | $20,424.00 |
| Montgomery, Yasiman E. | Law Clerk; joined Davis Polk 2019 | Litigation | $525 | 48.2 | $25,305.00 |
| Romero-Wagner, Alex B. | Law Clerk; joined Davis Polk 2019 | Restructuring | $525 | 252.2 | $132,405.00 |
|  |  |  | $690 | 76.2 | $52,578.00 |
| Scheiner, Tyler | Law Clerk; joined Davis Polk 2019 | Tax | $525 | 6.7 | $3,517.50 |
| Smith, Elizabeth | Law Clerk; joined Davis Polk 2019 | Employment | $525 | 9.8 | $5,145.00 |
| Turay, Edna | Law Clerk; joined Davis Polk 2019 | Employment | $525 | 8.0 | $4,200.00 |
| Wasim, Roshaan | Law Clerk; joined Davis Polk 2019 | Litigation | $525 | 360.2 | $189,105.00 |
|  |  |  | $690 | 24.3 | $16,767.00 |
| Whisenant, Anna Lee | Law Clerk; joined Davis Polk 2019 | Litigation | $525 | 279.2 | $146,580.00 |
|  |  |  | $690 | 107.0 | $73,830.00 |
| Wohlberg, Charlie | Law Clerk; joined Davis Polk 2019 | Litigation | $525 | 427.2 | $224,280.00 |
| Bruney, Theresa | Legal Assistant; joined Davis Polk 2017 | Litigation | $425 | 2.1 | $892.50 |
| Fennelly, Colin | Legal Assistant; joined Davis Polk 2019 | Litigation | $305 | 22.1 | $6,740.50 |
| Giddens, Magali | Legal Assistant; joined Davis Polk 2019 | Restructuring | $425 | 330.9 | $140,632.50 |
|  |  |  | $450 | 105.4 | $47,430.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Halford, Edgar Bernard | Legal Assistant; joined Davis Polk 2003 | Litigation | $425 | 97.4 | $41,395.00 |
| | | | $450 | 9.4 | $4,230.00 |
| Hirakawa, Lisa | Legal Assistant; joined Davis Polk 2014 | Litigation | $425 | 2.8 | $1,190.00 |
| | | | $450 | 2.8 | $1,260.00 |
| Hug, Kayla | Legal Assistant; joined Davis Polk 2019 | Restructuring | $305 | 123.5 | $37,667.50 |
| | | | $325 | 9.9 | $3,217.50 |
| Ismail, Mohamed Ali | Legal Assistant; joined Davis Polk 1993 | Litigation | $425 | 25.0 | $10,625.00 |
| | | | $450 | 10.8 | $4,860.00 |
| Jannotta, Samantha | Legal Assistant; joined Davis Polk 2019 | Litigation | $305 | 5.4 | $1,647.00 |
| Jansen, Julia | Legal Assistant; joined Davis Polk 2019 | Employment | $305 | 8.3 | $2,531.50 |
| Kaletka, Erich J | Legal Assistant; joined Davis Polk 2018 | Litigation | $425 | 105.8 | $44,965.00 |
| | | | $450 | 11.4 | $5,130.00 |
| Milstein, Adi | Legal Assistant; joined Davis Polk 2018 | Litigation | $425 | 5.0 | $2,125.00 |
| Spock, Benjamin | Legal Assistant; joined Davis Polk 2016 | Litigation | $325 | 3.1 | $1,007.50 |
| Vanora, Maria F. | Legal Assistant; joined Davis Polk 2014 | Tax | $450 | 5.1 | $2,295.00 |
| Wulfe, Alison | Legal Assistant; joined Davis Polk 2018 | Employment | $425 | 5.4 | $2,295.00 |
| Young, Ryan | Legal Assistant; joined Davis Polk 2019 | Litigation | $305 | 185.9 | $56,699.50 |
| | | | $325 | 16.0 | $5,200.00 |
| Colchamiro, Emma J. | Court Clerk; joined Davis Polk 2019 | Managing Attorney's Office | $180 | 10.9 | $1,962.00 |
| Jackson Jr., Ahmad | Court Clerk; joined Davis Polk 2017 | Managing Attorney's Office | $180 | 3.0 | $540.00 |
| DiMola, Stephen V. | Docket Clerk; joined Davis Polk 2016 | Managing Attorney's Office | $250 | 11.6 | $2,900.00 |
| Smyth, Paul | Docket Clerk; joined Davis Polk 2018 | Managing Attorney's Office | $180 | 20.0 | $3,600.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Chau, Kin Man | Ediscovery Management Analyst; joined Davis Polk 2015 | eDiscovery Project Management | $380 | 42.0 | $15,960.00 |
| | | | $405 | 21.5 | $8,707.50 |
| Chen, Johnny W. | Ediscovery Management Analyst; joined Davis Polk 2008 | eDiscovery Project Management | $380 | 86.8 | $32,984.00 |
| | | | $405 | 26.7 | $10,813.50 |
| Hinton, Carla Nadine | Ediscovery Project Manager; joined Davis Polk 2000 | eDiscovery Project Management | $475 | 172.1 | $81,747.50 |
| | | | $505 | 59.6 | $30,098.00 |
| Pravda, Adam | Ediscovery Project Manager; joined Davis Polk 2007 | eDiscovery Project Management | $525 | 11.7 | $6,142.50 |
| Zaleck, Mark | Senior Legal Reference Librarian; joined Davis Polk 1995 | Library | $550 | 4.3 | $2,365.00 |
| Griffith, Danielle | Reference Librarian; joined Davis Polk 2017 | Library | $425 | 9.8 | $4,165.00 |
| Scala, Joanne | Reference Librarian; joined Davis Polk 2015 | Library | $490 | 2.5 | $1,225.00 |
| Gong, Raymond | Technical Support Supervisor; joined Davis Polk 1995 | Information Systems | $255 | 31.0 | $7,905.00 |
| **Associates, Law Clerks and Legal Assistants Total:** | | | | 18,745.80 | $15,025,046.80 |
| **TOTAL FEES** | | | | | $24,099,022.80 |
| (Less 50% Discount for Non-Working Travel Time) | | | | | ($40,229.50)[4] |
| **GRAND TOTAL** | | | | 24,910.20 | $24,058,793.30 |

---

[4] This amount reflects a 50% reduction of Non-Working Travel Time for the months of November 2019, December 2019, and January 2020. For the months of September 2019 and October 2019, the 50% reduction was applied directly to the total compensation amounts for each professional and paraprofessional.