# Exhibit D

## Fees by Project Category for Fee Period

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Acquisitions/Dispositions | 12 | $14,702.00 |
| Automatic Stay/Preliminary Injunction/Litigation/DOJ | 6226.6 | $6,049,607.50 |
| Bar Date/Estimation/Claims Allowance Issues | 2459.6 | $2,473,219.00 |
| Corporate Governance, Board Matters and Communications | 637.3 | $706,563.00 |
| Creditor/UCC/AHC Issues | 2712.1 | $3,059,624.50 |
| Cross-Border/International Issues | 84 | $102,496.00 |
| Equityholder/IAC Issues | 126.7 | $183,456.80 |
| Customer/Vendor/Lease/Contract Issues | 487.3 | $534,322.50 |
| Employee/Pension Issues | 1475.1 | $1,675,023.50 |
| General Case Administration | 2337.9 | $2,022,144.50 |
| Non-DPW Retention and Fee Issues | 353.3 | $351,895.00 |
| Non-Working Travel Time (50%) | 118.8 | $84,549.00 |
| Support Agreement/Plan/Disclosure Statement | 898.4 | $893,685.00 |
| DPW Retention/Preparation of Fee Statements/Applications Budget | 713.9 | $457,952.00 |
| IP, Regulatory and Tax | 671.1 | $750,057.00 |
| Special Committee/Investigations Issues | 5596.1 | $4,699,496.00 |
| **Total** | **24,910.2** | **$24,058,793.30[1]** |

---

[1] This amount reflects a reduction in fees in the amount of $108,466.00 on account of the following: (a) $86,929.50 from a 50% reduction of Non-Working Travel Time; and (b) $21,536.50 of voluntary write-offs.