**Exhibit F**

**Expense Summary**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Business Meals | *N/A* | **$4,473.92** |
| Chapter 11 Petition Filing Fees | *N/A* | **$10,302.00** |
| Computer Research | *LexisNexis and Westlaw* | **$119,768.66** |
| Court and Related Fees | *Court related* | **$22,858.39** |
| Duplication | *N/A* | **$39,902.41** |
| Litigation Support | *Davis Polk* | **$154.51** |
| Meals | *See Meal Detail provided in Davis Polk's Monthly Fee Statements* | **$19,204.34** |
| Miscellaneous Disbursements | *N/A* | **$2,812.79** |
| Office charges | *N/A* | **$1,819.10** |
| Off-site Hearing Preparation | *N/A* | **$5,375.40** |
| Outside Documents & Research | *LexisNexis* | **$7,471.47** |
| Postage, Courier & Freight | *N/A* | **$4,546.09** |
| Travel | *See Meal Detail provided in Davis Polk's Monthly Fee Statements* | **$19,396.10** |
| Travel Hotel | *N/A* | **$3,832.97** |
| UCC Formation Meeting Venue Fee | *N/A* | **$27,803.55** |
| **TOTAL** | | **$289,721.70** |