## Exhibit G

**Customary and Comparable Compensation Disclosures for the Fee period**

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE | |
| --- | --- | --- |
| | **Professionals at the New York Office of Davis Polk & Wardwell LLP for a 12-Month Period Ending on January 31, 2020, Excluding Bankruptcy Matters[1]** | **Purdue Application** |
| Partner | $1,405.80 | $1,634.16 |
| Counsel | $1,144.07 | $1,201.19 |
| Other Attorneys[2] | $776.53 | $839.61 |
| Paraprofessionals | $384.95 | $395.24 |
| **All Timekeepers Aggregated** | **$877.01** | **$965.82** |

---

[1] This blended hourly rate is adjusted to exclude hours and compensation billed to certain clients with special billing arrangements.

[2] This category includes Law Clerks.

G-1