Hearing Date: **April 22, 2020 at 10:00 a.m., E.T.**
Objection Deadline: **April 15, 2020 at 5:00 p.m., E.T.**

JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

*Special Counsel to the Debtors*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

## SUMMARY OF JONES DAY'S FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING RETENTION PERIOD FROM PETITION DATE TO JANUARY 31, 2020

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services as: | Special Counsel |
| Date of Appointment: | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| Date of Order Approving Appointment: | December 20, 2019 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought: | September 15, 2019 through and including January 31, 2020 |
| Amount of Compensation Requested for this Period: | $1,067,512.46 (after agreed upon discount) |
| Amount of Expense Reimbursement Requested for this Period: | $12,001.56 |
| Total Amount of Compensation and Expense Reimbursement Sought for this Period: | $1,079,514.02 |
| Total Amount of Compensation Sought for this Period Already Paid Pursuant to Monthly Fee Statements: | $662,058.26 |
| Blended Rate in This Application for all Partners, Of Counsel, and Associates: | $908.53 |
| Blended Rate in This Application for all Timekeepers: | $825.79 |
| Number of Timekeepers Included in this Application: | 33 |
| Number of Timekeepers Billing Fewer Than 15 Hours: | 14 |
| This is a | __ Monthly   _X_ Interim   ___ Final Fee Application |

**Fee Summary for the Period from September 15, 2019
through and including January 31, 2020**

| NAME | YEAR OF ADMISSION | 2019 RATE[1] | 2020 RATE[2] | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Gregory A. Castanias | 1990 | $945.00 | - | 0.50 | $525.00 |
| Christian B. Fulda | 2002 | $697.50 | - | 0.40 | $310.00 |
| Pablo D. Hendler | 1995 | $945.00 | $978.75 | 144.50 | $152,175.00 |
| Matthew Johnson | 2007 | $630.00 | - | 0.80 | $560.00 |
| Gasper J. LaRosa | 2002 | $877.50 | - | 18.40 | $17,940.00 |
| Christopher M. Morrison | 2002 | $787.50 | | 0.20 | $175.00 |
| Dan T. Moss | 2007 | $855.00 | - | 18.10 | $17,195.00 |
| Warren L. Nachlis | 1998 | $990.00 | - | 0.80 | $880.00 |
| John J. Normile | 1989 | $1,035.00 | $1,065.75 | 462.90 | $542,197.50 |
| Kevyn D. Orr | 1984 | $1,147.50 | | 17.20 | $21,930.00 |
| Ansgar C. Rempp | 1991 | $945.00 | - | 10.10 | $10,605.00 |
| Jennifer L. Swize | 2002 | $ 877.50 | $891.75 | 7.20 | $7,125.00 |
| **TOTAL PARTNER:** | | | | **681** | **$771,617.50** |
| **OF COUNSEL** | | | | | |
| Olaf Benning | 1998 | $697.50 | - | 50.60 | $39,215.00 |
| Kelsey I. Nix | 1988 | $945.00 | $978.75 | 26.20 | $28,852.50 |
| Thomas C. Mahlich | 1989 | $810.00 | - | 16.90 | $15,210.00 |
| **TOTAL OF COUNSEL:** | | | | **93.70** | **$83,277.50** |
| **ASSOCIATE** | | | | | |
| Marlee R. Hartenstein | 2019 | - | $369.75 | 44.70 | $18,997.50 |
| Ashtyn M. Hemendinger | 2018 | $427.50 | $478.50 | 44.50 | $21,190.00 |
| Anna Kordas | 2014 | $585.00 | $652.50 | 46.60 | $31,530.00 |
| Robert Latta | 2011 | $630.00 | - | 7.80 | $5,460.00 |
| Kevin V. McCarthy | 2016 | $495.00 | $526.35 | 66.80 | $38,835.50 |
| Adam M. Nicolais | 2017 | $450.00 | $478.50 | 145.40 | $74,525.00 |
| Isel M. Perez | 2016 | $382.50 | - | 25.40 | $10,795.00 |
| Ryan Sims | 2016 | $450.00 | - | 0.20 | $100.00 |
| Robert N. Stander | 2011 | $697.50 | $741.24 | 9.40 | $7,639.20 |
| **TOTAL ASSOCIATE:** | | | | **402.30** | **$214,534.70** |
| **LAW CLERK** | | | | | |
| Lynne Fischer | N/A | $450.00 | - | 158.70 | $79,350.00 |
| Nathanael Andrews | N/A | - | $413.25 | 13.40 | $6,365.00 |
| Edward Kim | N/A | $427.50 | - | 22.50 | $10,687.50 |
| Serena Stein | N/A | - | $456.75 | 15.80 | $8,295.00 |
| Micah Telegen | N/A | $ 427.50 | $456.75 | 4.10 | $1,952.50 |
| **TOTAL LAW CLERK:** | | | | **214.50** | **$106,650.00** |

---

[1]  This rate reflects the agreed upon discounted fee arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2019, Jones Day used 2018 billable rates in calculating amounts due for legal services performed), and the rates were also subject to a ten percent (10%) discount.

[2]  This rate reflects the agreed upon discounted fee arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2020, Jones Day used 2019 billable rates in calculating amounts due for legal services performed), and the current rates are also subject to a thirteen percent (13%) discount.

19-23649-shl    Doc 948    Filed 03/16/20    Entered 03/16/20 19:06:57    Main Document
Pg 4 of 167

| NAME | YEAR OF ADMISSION | 2019 RATE[1] | 2020 RATE[2] | HOURS | AMOUNT |
|------|-------------------|-------------|--------------|-------|--------|
| **PARALEGAL** | | | | | |
| Jason Darensbourg | N/A | $270.00 | - | 0.50 | $150.00 |
| Andrew R. James | N/A | $247.50 | - | 2.50 | $687.50 |
| Steven T. Johnson | N/A | $315.00 | $326.25 | 51.10 | $17,935.00 |
| Kristina Horn | N/A | $292.50 | - | 2.00 | $650.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **56.10** | **$19,422.50** |
| | | | **TOTAL:** | **1,447.70** | **$1,195,502.20** |
| | | | **AFTER DISCOUNT:** | | **$1,067,512.46** |

NAI-1511717343v4                          -2-

### <u>Summary of Disbursements and Expenses for the Period from September 15, 2019 through and including January 31, 2020</u>

| **Expenses** | **Amount** |
|---|---|
| Overnight Courier | $23.26 |
| Consultant Fees | $11,005.89 |
| Printing Charges | $71.80 |
| Travel - Food | $13.40 |
| Travel - Hotel | $202.27 |
| Travel - Taxi | $111.40 |
| Travel - Train | $551.00 |
| Mailing Charges | $22.54 |
| **Total:** | **$12,001.56** |

**Blended Rate of Professionals – Total (Before Discount)**

| Category of Timekeepers | Blended Rate | Total Hours | Total Compensation |
|---|---|---|---|
| Partners & Counsel | $1,103.38 | 774.80 | $854,895.00 |
| Associates | $533.27 | 402.30 | $214,534.70 |
| Law Clerks | $497.20 | 214.50 | $106,650.00 |
| Legal Support | $346.21 | 56.10 | $19,422.50 |
| **TOTAL** | **$825.79** | **1,447.70** | **$1,195,502.20** |

**Comparable and Customary Compensation Disclosure**

| Category of Timekeepers | Blended Rate[1] Comparable Non-Bankruptcy Invoices[2] | Blended Rate This Compensation Period[3] |
|---|---|---|
| Partners & Counsel | $936 | $1,103.38 |
| Associates | $560 | $533.27 |
| Law Clerks | $456 | $497.20 |
| Legal Support | $310 | $346.21 |
| **TOTAL** | **$709** | **$825.79** |

---

[1]   Pursuant to ¶ C.3.a.i.b of the Guidelines, "Comparable Non-Bankruptcy Invoices Issued in 2019" provides the blended hourly rate for the aggregate of "[a]ll timekeepers in each of [Jones Day's] domestic offices in which timekeepers collectively billed at least 10% of the hours to the bankruptcy case during the [Compensation Period]."  During the Compensation Period, no office other than New York office billed at least 10% of the hours to the bankruptcy case.

[2]   Jones Day calculated the average hourly rate for Comparable Non-Bankruptcy Invoices by dividing the total dollar amount billed by each class of timekeepers during the applicable period by the total amount of hours billed by such timekeepers during the Compensation Period (excluding all data from timekeepers practicing primarily in a bankruptcy group or section).

[3]   Jones Day calculated the average hourly rate for timekeepers who billed the Debtors by dividing the total dollar amount billed by each class of timekeepers by the total number of hours billed by such timekeepers during the Compensation Period.

**Monthly Fee Statements/Interim Fee Applications (Filed)**

| Date and ECF No. | Fee Period | Fees Incurred | Fees Requested | Expenses Requested | Allowed Fees | Allowed Expenses | Total Fees/ Expenses Paid | Balance Remaining |
|---|---|---|---|---|---|---|---|---|
| January 29, 2020 ECF No. 788 | September 15, 2019 – November 30, 2019 | $637,371.00 | $509,896.80 (80%) | $2,345.06 | $509,896.80 (80%) | $2,345.06 (100%) | $512,241.86 | $127,474.20 |
| February 6, 2020 ECF No. 808 | December 1, 2019 – December 31, 2019 | $185,395.50 | $148,316.40 (80%) | $1,500.00 | $148,316.40 (80%) | $1,500.00 (100%) | $149,816.40 | $37,079.10 |
| March 16, 2020 ECF No. 938 | January 1, 2020 – January 31, 2020 | $244,745.96 | $195,796.77 (80%) | $8,156.50 | $195,796.77 (80%) | $8,156.50 (100%) | N/A | $252,902.46 |
| **TOTAL** | | **$1,067,512.46** | **$854,009.97** | **$12,001.56** | **$854,009.97** | **$12,001.56** | **$662,058.26** | **$417,455.76** |

JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : Case No. 19-23649 (RDD) |
| Debtors.[1] | : (Jointly Administered) |

**JONES DAY'S FIRST INTERIM APPLICATION FOR
ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES INCURRED DURING RETENTION
PERIOD FROM SEPTEMBER 15, 2019 TO JANUARY 31, 2020**

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Jones Day, special counsel to the above-captioned debtors and debtors in possession

(the "Debtors"), hereby files its first interim application (this "Application"), pursuant to sections

330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

NAI-1511717343v4

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-1 of the Local

Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local

Bankruptcy Rules"), for (i) allowance of compensation in the amount of $1,067,512.46 (as

discounted from $1,195,502.20) for professional services rendered for the Debtors and

(ii) reimbursement of actual and necessary expenses incurred in the amount of $12,001.56, for the

period of September 15, 2019 through and including January 31, 2020 (the "Compensation

Period"). In support of this Application, Jones Day respectfully represents as follows:

**Background**

***General Background***

   1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a

voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are authorized

to continue to manage and operate their businesses as debtors in possession pursuant to sections

1107 and 1108 of the Bankruptcy Code. No trustee has been appointed in the Debtors' chapter 11

cases (the "Chapter 11 Cases") as of the date hereof.

   2. Background information regarding the Debtors and these Chapter 11 Cases,

including the Debtors' business operations, corporate structure, financial condition and the events

leading up to these Chapter 11 Cases, is set forth in the *Debtors' Informational Brief* filed on

September 16, 2019 [ECF No. 17].

   3. On December 5, 2019, the Debtors filed an *Application of the Debtors for*

*an Order Authorizing them to Retain and Employ Jones Day as Special Counsel Nunc Pro Tunc*

*to the Petition Date* [ECF No. 601].

   4. On December 20, 2019, this Court entered an *Order Authorizing the*

*Debtors to Retain and Employ Jones Day as Special Counsel Nunc Pro Tunc to the Petition Date*

[ECF No. 690].

5.      Jones Day has been representing the Debtors since 2004 in connection with intellectual property prosecution and litigation, including Hatch-Waxman patent litigation and related matters.  Additionally, over the years Jones Day has provided the Debtors with general intellectual property related counseling and opinion work.  Over the course of the engagement, Jones Day attorneys have worked closely with the Debtors' management and in-house counsel and, as a result, have acquired extensive knowledge of the Debtors' history, intellectual property portfolio, litigation needs and related matters.

6.      During the Compensation Period, Jones Day has continued providing the Debtors with targeted advice on discrete matters of patent and intellectual property law. Additionally, Jones Day continued representing the Debtors in connection with several active patent litigation matters, to the extent not stayed as a result of these Chapter 11 Cases.  Jones Day now seeks compensation for services rendered and reimbursement of expenses incurred in connection with the aforementioned representation.

## Statements by Jones Day

7.      Jones Day makes the following statements consistent with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (the "U.S. Trustee Guidelines") and the *General Order M-447, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases* (the "Local Guidelines").

### Statements by Jones Day Pursuant to Section C(5) of the U.S. Trustee Guidelines – Certain Fee and Rate Matters

8.      Consistent with the pre-petition practice, Jones Day agreed to charge the Debtors lower billing rates than the standard rates customarily billed by the firm.  For 2019, Jones

Day agreed to charge the Debtors previous year's billable rates (*i.e.*, Jones Day used 2018 standard billable rates in calculating amounts due for legal services performed), and the rates were also subject to a ten percent (10%) discount.  For 2020, Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, Jones Day used 2019 billable rates in calculating amounts due for legal services performed), and the current rates are also subject to a thirteen percent (13%) discount.

9.      None of the hourly rates of Jones Day's professionals and paralegals included in this Application have been varied based on the geographic location of these Chapter 11 Cases.

10.     This Application does not include time or fees related to reviewing time records to ensure the protection of any privileged or other confidential information and revising invoices that are separate from the reasonable fees incurred for preparing the Monthly Fee Statements (as defined below) or this Application.

11.     This Application does include standard annual hourly rate increases occurring during the Compensation Period.  However, as explained above, the 2020 hourly rates are subject to a discounted rate arrangement agreed to between the Debtors and Jones Day.

### Statements by Jones Day Pursuant to Section C(6) of the U.S. Trustee Guidelines — Information About Budget and Staffing Plans

12.     As previously disclosed in the Retention Application, Jones Day discussed the use of a project-based budget and staffing plan with the Debtors for the duration of the Chapter 11 Cases.  The fees sought in this Application are in line with the budget discussed with and approved by the Debtors.

**Jurisdiction and Venue**

13.     The Court has subject matter jurisdiction to consider this matter pursuant to

28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested and Reasons Therefore**

*Authority for Relief*

14.     Jones Day makes this Application (a) pursuant to sections 330(a) and 331

of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1; and

(b) consistent with (i) the U.S. Trustee Guidelines, (ii) Local Guidelines and (iii) the *Order

(I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Retained Professionals and (II) Granting Related Relief* [ECF No. 529] (the "Interim

Compensation Procedures Order" and, collectively with the U.S. Trustee Guidelines and the Local

Guidelines, the "Guidelines").

*Request for Interim Allowance of
Compensation and Reimbursement of Expenses*

15.     Jones Day hereby seeks  interim (i) allowance of compensation in the

amount of $1,067,512.46 (as discounted from $1,195,502.20) for professional services rendered

for the Debtors and (ii) reimbursement of actual and necessary expenses incurred in the amount of

$12,001.56 for the Compensation Period.  This is the first application for reimbursement of fees

and expenses filed by Jones Day in connection with the Debtors' Chapter 11 Cases.

16.     Pursuant to Local Bankruptcy Rule 2016-1, section A(3) of the Local

Guidelines and Section C of the U.S. Trustee Guidelines, prefixed to this Application and

incorporated herein are the following:

(a)     a cover sheet summarizing the contents of this Application;

(b)     a schedule identifying all Jones Day professionals and legal support staff who performed services in these Chapter 11 Cases during the Compensation Period, including, with respect to each professional or paraprofessional, as applicable, his or her title or position, date of first admission, number of hours and fees billed, current and initial billing rate and the number of rate increases (if any) since the commencement of these Chapter 11 Cases;

(c)     a summary of actual and necessary expenses that Jones Day incurred during the Compensation Period in connection with the performance of professional services for the Debtors, and for which it seeks reimbursement herein;

(d)     computation of blended hourly rate for persons who billed time during the Compensation Period; and

(e)     a summary of total compensation and expenses previously awarded by the court.

17.     In addition, (a) the certification of John J. Normile with respect to the Application in accordance with the Local Guidelines is attached hereto as <u>Exhibit A</u>; (b) a table identifying, by project category, the number of hours and amount of fees requested by each Jones Day timekeeper is attached hereto as <u>Exhibit B</u>; (c) a summary of the expenses incurred by Jones Day during the Compensation Period in performing professional services to the Debtors and the bankruptcy estate is attached hereto as <u>Exhibit C</u>; (d) a table identifying, by project category, the number of hours worked and amount of fees requested is attached hereto as <u>Exhibit D</u>; and (e) detailed time records for the Compensation Period are attached hereto as <u>Exhibit E</u>.

***Prior Payments to Jones Day***

18.     In accordance with the Interim Compensation Procedures Order, Jones Day filed the following monthly fee statements (the "<u>Monthly Fee Statements</u>"):

a.     On January 29, 2020, Jones Day filed the *First Monthly Fee Statement Of Jones Day For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Special Counsel To The Debtors For The Period From September 15, 2019 Through November 30, 2019* [ECF No. 788], seeking allowance of $637,371.00 (after application or agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement

of $2,345.06 in expenses incurred in connection with the services provided for the Debtors.

b.  On February 6, 2020, Jones Day filed and served the *Second Monthly Fee Statement Of Jones Day For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Special Counsel To The Debtors For The Period From December 1, 2019 Through December 30, 2019* [ECF No. 808], seeking allowance of $185,395.50 (after application or agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $1,500.00 in expenses incurred in connection with the services provided for the Debtors.

c.  On March 16, 2020, Jones Day filed and served the *Third Monthly Fee Statement Of Jones Day For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Special Counsel To The Debtors For The Period From January 1, 2020 Through January 31, 2020* [ECF No. 938], seeking allowance of $244,745.96 (after application or agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $8,156.50 in expenses incurred in connection with the services provided for the Debtors.

19.    To date, Jones Day has received $662,058.26 on account of the aforementioned Monthly Fee Statements.

***Services Provided by Jones Day by Project Category***

20.    The following is a brief description of the principal activities of Jones Day's professionals during the Compensation Period for each project category, consistent with the requirements of the Interim Compensation Procedures Order, section C(8)(c) of the U.S. Trustee Guidelines and section A(4)(iii) of the Local Guidelines.  For each project category, the narrative summary provides a description of the project, its necessity and benefit to the estate and its status, including any pending litigation for which compensation and reimbursement are requested. Exhibits D and E provide the remaining information required by the Interim Compensation Procedures Order, section C(8)(c) of the U.S. Trustee Guidelines and section A(4)(iii) of the Local Guidelines, including, for each project category, (a) the identity of each person providing services

on the project, (b) a statement of the number of hours spent and the amount of compensation requested for each timekeeper on the project, and (c) a detailed description of each individual's activities.

### (1)    *Amneal IPR Appeal (376 patent) (36.8 hours)*

21.    During the Compensation Period, Jones Day professionals considered and advised the Debtors as to the effect of the Debtors' bankruptcy filing on a potential Supreme Court certiorari petition and filed an application for an extension of time to bring a petition for certiorari. Further, Jones Day professionals researched merit arguments in connection with a potential petition for certiorari.

### (2)    *Purdue Pharma L.P., et al v Collegium Pharmaceuticals (39.8 hours)*

22.    During the Compensation Period, Jones Day professionals advised the Debtors on implications of the bankruptcy filing with respect to the pending litigation and prepared notice of bankruptcy and to be filed in the case. Further, Jones Day professionals considered and provided advice with respect to post-stay proceedings in the matter.

### (3)    *Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. (430.80 hours)*

23.    During the Compensation Period, Jones Day professionals advised the Debtors on implications of the bankruptcy filing on the pending litigation and mediation, and spent significant time on preparing the joint status report to the court. In connection with same, Jones Day attorneys participated in numerous teleconferences with opposing counsel, the Debtors, the experts engaged on the matter and internally. Further, Jones Day professionals advised the Debtors with respect to post-stay proceedings in the matter.

### (4) *Collegium Pharmaceuticals (919) (21.1 hours)*

24.    During the Compensation Period, Jones Day professionals continued to give attention to this pending matter and also considered strategy in view of the Debtors' bankruptcy filing.

### (5) *IPC II (16.5 hours)*

25.    During the Compensation Period, Jones Day professionals continued to give attention to this pending matter and also considered strategy in view of the Debtors' bankruptcy filing.

### (6) *Collegium 961 PGR (50.50 hours)*

26.    During the Compensation Period, Jones Day professionals prepared and filed the Notice of Bankruptcy Filing and Imposition of Automatic Stay, and performed legal research in connection with same.  Further, Jones Day professionals prepared for and attended meetings with the board of directors regarding same.  Finally, Jones Day professionals advised the Debtors on implications of a recent Federal Circuit decision affecting the matter and changes in composition of the panel reviewing the case.

### (7) *Strategic Corporate Advice (484.10 hours)*

27.    During the Compensation Period, Jones Day professionals dedicated time to preparing for meetings with the Debtors and their primary counsel regarding the Chapter 11 Cases and addressed inquires by the Official Committee of Unsecured Creditors appointed in these Chapter 11 Cases regarding status of various litigation matters.  Further, Jones Day professionals negotiated and drafted a common interest agreement between the Debtors and certain third parties. Jones Day also analyzed various settlement statistics in Hatch Waxman cases as applicable to the Debtors and reviewed issues relating to certain patent license agreements.  Finally, Jones Day attorneys dedicated significant time to reviewing and analyzing an asset purchase agreement and

relevant ancillary documents between CellAct and Purdue Pharma and developing strategy to address CellAct's purported breach of contract.  In connection with same, Jones Day attorneys in the U.S. and Germany also considered and analyzed German-law and cross-border aspects relevant to the breach and the impact of the U.S. bankruptcy filing.

**(8)    *Project Alpha (73.8 hours)*[2]**

28.    During the Compensation Period, Jones Day professionals evaluated strategy with respect to a new confidential matter and provided advice to the Debtors in connection with same.

**(9)    *Retention Matters (280 hours)***

29.    During the Compensation Period, Jones Day professionals prepared Jones Day's retention application and the supporting documents.  Jones Day also spent time reviewing voluminous conflict reports and addressing disclosure matters in connection with Jones Day's retention as special counsel.  Finally, Jones Day professionals prepared and submitted the Monthly Fee Statements in these Chapter 11 Cases.

**(10)    *Non-Adversarial Ex Parte Counseling (14.2 hours)***

30.    During the Compensation Period, Jones Day professionals performed work in connection with a patent term extension of an Australian patent.

***The Requested Fees Are Reasonable***

31.    The amount of fees sought by Jones Day is appropriate given the issues presented by the Debtors' Chapter 11 Cases.  In addition, these fees are commensurate with fees that other attorneys of comparable experience and expertise have charged and been awarded in similar chapter 11 cases.  Jones Day's work on the aforementioned active litigation matters,

---

[2]    The time records for this matter included in <u>Exhibit E</u> have been minimally redacted to protect privileged information.

including advising the Debtors with respect to preservation of rights in pending litigation matters in light of the bankruptcy proceedings, is beneficial to the Debtors, the Debtors' estates and other parties in interest and furthers the Debtors' ultimate goal of maximizing the value of the estates for the benefit of all parties in interest.

**Expenses Incurred By Jones Day**

32.     Section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by professionals employed in a chapter 11 case.  11 U.S.C. § 330. Accordingly, Jones Day seeks interim allowance of reimbursement of expenses incurred during the Compensation Period, in the amount of $12,001.56.  The expenses for which Jones Day seeks reimbursement are reasonable, actual and necessary, and are of the kind customarily billed to non-bankruptcy clients.

33.     Consistent with section C(13) of the U.S. Trustee Guidelines and sections A(4)(vi) and A(5)(iii) of the Local Guidelines, the expense details attached as Exhibits C and E hereto identify the expenses sought to be reimbursed herein in chronological order, including for each expense (a) the amount, (b) a description and pertinent detail, (c) the date(s) incurred, (d) the Jones Day professional or paralegal that incurred the expense (if relevant) and (e) the reason for the expense (to the extent not obvious from the description).

34.     In accordance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Guidelines, Jones Day maintains the following policies with respect to expenses for which reimbursement is sought herein:

> (a)     No amortization of the cost of any investment, equipment or capital outlay is included in the expenses.  In addition, for those items or services that Jones Day purchased or contracted from a third party (such as consultants), Jones Day seeks reimbursement only for the exact amount billed to Jones Day by the third party vendor and paid by Jones Day to the third party vendor.

(b)    Photocopying by Jones Day, to the extent charged, was charged at 10 cents per page. To the extent practicable, Jones Day utilized less expensive outside copying services.

(c)    The time pressures associated with the services rendered by Jones Day frequently required Jones Day's professionals and paralegals to devote substantial amounts of time during the evenings and on weekends. Jones Day has not charged the Debtors for secretarial and other staff overtime expense.

35.    Jones Day believes that this Application reflects all expenses incurred during the Compensation Period. To the extent any such expenses have not yet been billed as of the date of filing of this Application, however, due to, for example, delays in the applicable billing cycle, Jones Day reserves the right to supplement this Application to include such expenses at or prior to the hearing thereon or to seek reimbursement of such expenses in connection with the next interim compensation period.

### Adjustment to Fees and Expenses

36.    Consistent with its own internal policies and to comply with the "reasonableness" requirements of section 330 of the Bankruptcy Code, Jones Day has reviewed the service descriptions and expense detail associated with the Compensation Period and has determined that certain fees should not be charged to the Debtors. This Application reflects these adjustments. The adjustments made by Jones Day result from, among other things: (a) the reduction (or elimination) of fees where the time charged for the particular services exceeded the amount of time that, in Jones Day's estimation, it should have taken the lawyer or the paraprofessional to render the services; (b) the deletion of charges for duplicative or nonproductive services; and (c) other adjustments considered appropriate by Jones Day or required by applicable rules.

## **The Requested Compensation Should Be Allowed**

37.    Section 330(a)(1) of the Bankruptcy Code provides that the Court may

award a professional person employed under section 327 or 1103 of the Bankruptcy Code:

> (A)    reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B)    reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).  Section 330(a)(3)(A) further provides the following standards for the

Court's review of a fee application:

> In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> 1.    the time spent on such services;
>
> 2.    the rates charged for such services;
>
> 3.    whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
>
> 4.    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> 5.    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> 6.    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A).

38.    Jones Day respectfully submits that it has satisfied the requirements for the

allowance of the compensation and reimbursement of expenses sought herein.  The services

described above were necessary to the administration of the Debtors' Chapter 11 Cases and were beneficial to the Debtors and parties in interest. Jones Day's services were often performed in a minimum amount of time and commensurate with the complexity of the matters facing the Debtors. Further, the compensation sought by Jones Day is reasonable because it is based on the customary compensation charged by comparably skilled practitioners outside of bankruptcy.

### Review by the Debtors

39.     The Debtors and the U.S. Trustee have received copies of the Monthly Fee Statements filed in these Chapter 11 Cases and had the opportunity to review the invoices for the Compensation Period.

### Notice

40.     Notice of this Application has been provided in accordance with procedures set forth in the Interim Compensation Procedures Order and the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* [ECF No. 498]. Jones Day respectfully submits that no other or further notice need be provided.

WHEREFORE, Jones Day respectfully requests that the Court enter an order: (i) granting this Application; (ii) allowing on an interim basis compensation in the amount of $1,067,512.46 for professional services rendered by Jones Day during the Compensation Period; (iii) allowing on an interim basis reimbursement of expenses of $12,001.56 incurred by Jones Day during the Compensation Period; (iv) authorizing and directing the Debtors to pay the approved fees and expenses to Jones Day; and (v) granting such other and further relief to Jones Day as is just and proper.

Dated: March 16, 2020
       New York, New York

Respectfully submitted,

/s/ Anna Kordas
John J. Normile
Anna Kordas
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone: 212.326.3939
Facsimile:  212.755.7306
Email:      jnormile@jonesday.com
            akordas@jonesday.com

*Special Counsel to the Debtors*

## <u>EXHIBIT A</u>

**Certification of John J. Normile**

JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:     212.326.3939
Facsimile:     212.755.7306

*Special Counsel to the Debtors*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

## CERTIFICATION OF JOHN J. NORMILE

I, John J. Normile, hereby certify as follows:

1.     I am a partner in the law firm of Jones Day.  I submit this certification with respect to *Jones Day's First Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from September 15, 2019 to January 31, 2020* (the "<u>Application</u>").[2]

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]     All capitalized terms used but not defined herein have the meanings given to them in the Application.

2.      I make this certification in accordance with the Local Guidelines and the U.S. Trustee Guidelines.

3.      In connection therewith, I hereby certify that:

(a)      I have read the Application;

(b)      To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Local Guidelines and the U.S. Trustee Guidelines;

(c)      Except to the extent that fees or disbursements are prohibited by the Local Guidelines or the U.S. Trustee Guidelines, the disbursements sought are billed at rates customarily employed by Jones Day and generally accepted by Jones Day's clients;

(d)      The fees sought are billed at the rates lower than the rates customarily employed by Jones Day and generally accepted by Jones Day's clients as an accommodation to the Debtors and upon mutual agreement;

(e)      In providing a reimbursable service included in its expense reimbursement request, Jones Day does not make a profit on that service, whether the service is performed by Jones Day in-house or through a third party;

(f)      With respect to B.2 of the Local Guidelines, I certify that Jones Day has previously provided monthly statements of Jones Day's fees and disbursements in accordance with section B.2 of the Local Guidelines by filing and serving monthly statements in accordance with the Interim Compensation Procedures Order; and

(g)      With respect to section B.3 of the Local Guidelines, I certify that the Debtors and the U.S. Trustee have received copies of the Monthly Fee Statements filed in these Chapter 11 Cases.

<u>Statements by Jones Day Pursuant to Section C.5 of the U.S. Trustee Guidelines</u>

        4.     The following statement is provided pursuant to section C.5 of the U.S. Trustee

Guidelines:

    (a)    **Question:**  Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?

              **Answer:**  Prior to the Petition Date, the Debtors and Jones Day agreed to a discounted fee arrangement. Jones Day and the Debtors agreed to maintain this discounted fee arrangement following the Petition Date.

    (b)    **Question:**  If the fees sought in the fee application as compared to the fees budgeted for the time period covered by the fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

              **Answer:**  The fees sought in this Application do not exceed the budget contemplated during the Compensation Period discussed with and approved by the Debtors prior to the Petition Date.

    (c)    **Question:**  Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

              **Answer:**  No.

    (d)    **Question:**  Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices other than reasonable fees for preparing fee applications?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.

              **Answer:**  No.

    (e)    **Question:**  Does the fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

              **Answer:**  No.

    (f)    **Question:**  If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or

              

terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

**Answer:**  This Compensation Period includes customary annual rate increases for Jones Day's professionals' fees, subject to reduction as agreed to by the Debtors and Jones Day as described above.  The Debtors reviewed and approved those rate increases in advance.

Dated:  March 16, 2020
      New York, New York

Respectfully submitted,

*/s/ John J. Normile*
John J. Normile
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone: 212.326.3939
Facsimile:  212.755.7306
Email:      jnormile@jonesday.com

*Special Counsel to the Debtors*

## EXHIBIT B

**Summary of Professionals for Compensation Period**

## SUMMARY OF PROFESSIONALS/STAFF FOR COMPENSATION PERIOD

| NAME | YEAR OF ADMISSION | 2019 RATE[1] | 2020 RATE[2] | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Gregory A. Castanias | 1990 | $945.00 | - | 0.50 | $525.00 |
| Christian B. Fulda | 2002 | $697.50 | - | 0.40 | $310.00 |
| Pablo D. Hendler | 1995 | $945.00 | $978.75 | 144.50 | $152,175.00 |
| Matthew Johnson | 2007 | $630.00 | - | 0.80 | $560.00 |
| Gasper J. LaRosa | 2002 | $877.50 | - | 18.40 | $17,940.00 |
| Christopher M. Morrison | 2002 | $787.50 | - | 0.20 | $175.00 |
| Dan T. Moss | 2007 | $855.00 | - | 18.10 | $17,195.00 |
| Warren L. Nachlis | 1998 | $990.00 | - | 0.80 | $880.00 |
| John J. Normile | 1989 | $1,035.00 | $1,065.75 | 462.90 | $542,197.50 |
| Kevyn D. Orr | 1984 | $1,147.50 | | 17.20 | $21,930.00 |
| Ansgar C. Rempp | 1991 | $945.00 | - | 10.10 | $10,605.00 |
| Jennifer L. Swize | 2002 | $ 877.50 | $891.75 | 7.20 | $7,125.00 |
| **TOTAL PARTNER:** | | | | **681** | **$771,617.50** |
| **OF COUNSEL** | | | | | |
| Olaf Benning | 1998 | $697.50 | - | 50.60 | $39,215.00 |
| Kelsey I. Nix | 1988 | $945.00 | $978.75 | 26.20 | $28,852.50 |
| Thomas C. Mahlich | 1989 | $810.00 | - | 16.90 | $15,210.00 |
| **TOTAL OF COUNSEL:** | | | | **93.70** | **$83,277.50** |
| **ASSOCIATE** | | | | | |
| Marlee R. Hartenstein | 2019 | - | $369.75 | 44.70 | $18,997.50 |
| Ashtyn M. Hemendinger | 2018 | $427.50 | $478.50 | 44.50 | $21,190.00 |
| Anna Kordas | 2014 | $585.00 | $652.50 | 46.60 | $31,530.00 |
| Robert Latta | 2011 | $630.00 | - | 7.80 | $5,460.00 |
| Kevin V. McCarthy | 2016 | $495.00 | $526.35 | 66.80 | $38,835.50 |
| Adam M. Nicolais | 2017 | $450.00 | $478.50 | 145.40 | $74,525.00 |
| Isel M. Perez | 2016 | $382.50 | - | 25.40 | $10,795.00 |
| Ryan Sims | 2016 | $450.00 | - | 0.20 | $100.00 |
| Robert N. Stander | 2011 | $697.50 | $741.24 | 9.40 | $7,639.20 |
| **TOTAL ASSOCIATE:** | | | | **402.30** | **$214,534.70** |
| **LAW CLERK** | | | | | |
| Lynne Fischer | N/A | $450.00 | - | 158.70 | $79,350.00 |
| Nathanael Andrews | N/A | - | $413.25 | 13.40 | $6,365.00 |
| Edward Kim | N/A | $427.50 | - | 22.50 | $10,687.50 |
| Serena Stein | N/A | - | $456.75 | 15.80 | $8,295.00 |
| Micah Telegen | N/A | $ 427.50 | $456.75 | 4.10 | $1,952.50 |
| **TOTAL LAW CLERK:** | | | | **214.50** | **$106,650.00** |

[1]  This rate reflects the agreed upon discounted fee arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2019, Jones Day used 2018 billable rates in calculating amounts due for legal services performed), and the rates were also subject to a ten percent (10%) discount.

[2]  This rate reflects the agreed upon discounted fee arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2020, Jones Day used 2019 billable rates in calculating amounts due for legal services performed), and the current rates are also subject to a thirteen percent (13%) discount.

| NAME | YEAR OF ADMISSION | 2019 RATE[1] | 2020 RATE[2] | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARALEGAL** | | | | | |
| Jason Darensbourg | N/A | $270.00 | - | 0.50 | $150.00 |
| Andrew R. James | N/A | $247.50 | - | 2.50 | $687.50 |
| Steven T. Johnson | N/A | $315.00 | $326.25 | 51.10 | $17,935.00 |
| Kristina Horn | N/A | $292.50 | - | 2.00 | $650.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **56.10** | **$19,422.50** |
| **TOTAL:** | | | | 1,447.70 | $1,195,502.20 |
| **AFTER DISCOUNT:** | | | | | **$1,067,512.46** |

## <u>EXHIBIT C</u>

**Summary of Disbursements and Expenses for Compensation Period**

## SUMMARY OF DISBURSEMENTS AND EXPENSES FOR COMPENSATION PERIOD

| Expenses | Amount |
|---|---|
| Overnight Courier | $23.26 |
| Consultant Fees | $11,005.89 |
| Printing Charges | $71.80 |
| Travel - Food | $13.40 |
| Travel - Hotel | $202.27 |
| Travel - Taxi | $111.40 |
| Travel - Train | $551.00 |
| Mailing Charges | $22.54 |
| **Total:** | **$12,001.56** |

## EXHIBIT D

**Summary of Compensation Requested by Project Category**

NAI-1511717343v4

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Matter | Hours Billed This Compensation Period | Fees Incurred This Compensation Period | Total Fees Incurred Since the Petition Date |
|---|---|---|---|
| Amneal Appeal | 36.80 | $26,711.70 | $26,711.70 |
| Collegium Pharmaceuticals | 39.80 | $38,672.50 | $38,672.50 |
| Intellipharmaceutics Corp. | 430.80 | $382,568.50 | $382,568.50 |
| Collegium Pharmaceuticals (919) | 21.20 | $10,600.00 | $10,600.00 |
| Collegium 961 PGR | 50.50 | $40,322.50 | $40,322.50 |
| IPC II | 16.50 | $12,985.00 | $12,985.00 |
| Strategic Corporate Advice | 484.10 | $451,569.50 | $451,569.50 |
| Project Alpha | 73.80 | $52,855.00 | $52,855.00 |
| Retention Matters | 280.00 | $163,217.50 | $163,217.50 |
| Non-Adversarial Ex Parte Counseling | 14.20 | $16,000.00 | $16,000.00 |
| **Total:** | **1,447.70** | **$1,195,502.20** | **$1,195,502.20** |

## EXHIBIT E

**Time Detail for September 15, 2019 through January 31, 2020**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                      305158-600516

Invoice: 33344884

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2019:

| | | |
|---|---|---|
| Amneal IPR Appeal (376 patent) | USD | 6,492.50 |
| Less 10% Fee Discount | | (649.25) |
| | USD | 5,843.25 |
| **TOTAL** | **USD** | **5,843.25** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-600516/33344884 WITH YOUR PAYMENT

305158-600516

Amneal IPR Appeal (376 patent)

Page 2
January 21, 2020
Invoice: 33344884

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 0.50 | 1,150.00 | 575.00 |
| J L SWIZE | 4.40 | 975.00 | 4,290.00 |
| ASSOCIATE |  |  |  |
| R N STANDER | 2.10 | 775.00 | 1,627.50 |
| **TOTAL** | **7.00** | **USD** | **6,492.50** |

305158-600516                                                              Page 3
                                                                   January 21, 2020
Amneal IPR Appeal (376 patent)                                  Invoice:  33344884


## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 09/23/19 | J L SWIZE | 1.30 |
| | Research effect of bankruptcy filing on potential Supreme Court certiorari petition. | |
| 09/24/19 | R N STANDER | 1.80 |
| | Research issues regarding effect of automatic bankruptcy stay on filing of petition for certiorari. | |
| 09/24/19 | J L SWIZE | 2.90 |
| | Discuss research project with R. Stander regarding effect of bankruptcy filing on potential Supreme Court certiorari petition (1.00); confer with D. Moss regarding same (.40); draft summary of effect of bankruptcy filing (1.50). | |
| 09/25/19 | J J NORMILE | 0.50 |
| | Review memorandum regarding impact of Chapter 11 filing on continued appeal of 376 IPR. | |
| 09/25/19 | R N STANDER | 0.30 |
| | Review electronic communications regarding analysis of bankruptcy stay on filing of petition for certiorari. | |
| 09/25/19 | J L SWIZE | 0.20 |
| | Advise team regarding potential next steps for appeal in light of bankruptcy filing. | |
| **TOTAL** | | **7.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020

305158-610005

Invoice: 33344894

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2019:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 7,080.00 |
| Less 10% Fee Discount | | (708.00) |
| | USD | 6,372.00 |
| **TOTAL** | **USD** | **6,372.00** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name: Jones Day
Account No: 37026407
ABA No: 021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name: Jones Day
Account No: 37026407
ABA No: 021000089
Swift Code: CITIUS33

PLEASE REFERENCE 305158-610005/33344894 WITH YOUR PAYMENT

19-23649-rdd   Doc 748   Filed 03/16/20   Entered 03/16/20 19:06:57   Main Document
Pg 40 of 167

**JONES DAY**

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 2
January 21, 2020
Invoice:  33344894

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P D HENDLER | 2.30 | 1,050.00 | 2,415.00 |
| C M MORRISON | 0.20 | 875.00 | 175.00 |
| J J NORMILE | 1.00 | 1,150.00 | 1,150.00 |
| OF COUNSEL | | | |
| K I NIX | 0.60 | 1,050.00 | 630.00 |
| ASSOCIATE | | | |
| K MCCARTHY | 4.10 | 550.00 | 2,255.00 |
| PARALEGAL | | | |
| S T JOHNSON | 1.30 | 350.00 | 455.00 |
| **TOTAL** | **9.50** | **USD** | **7,080.00** |

305158-610005

Page 3
January 21, 2020
Invoice: 33344894

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 09/16/19 | K MCCARTHY | 1.00 |

Finalize and coordinate ECF filing of joint stipulation and proposed order (.40); communicate with J. Normile and Robbins Kaplan (opposing counsel) regarding stipulation and related covenant not to sue (.30); draft/revise Purdue weekly litigation status updates (.30).

| 09/16/19 | C M MORRISON | 0.20 |
|---|---|---|

Review and file stipulation.

| 09/16/19 | J J NORMILE | 1.00 |
|---|---|---|

Coordinate filing Stipulation and CNTS including various office and teleconference with P. Strasbourg, K. McCarthy and C. Morrison regarding effect of Chapter 11 filing on same.

| 09/17/19 | P D HENDLER | 0.80 |
|---|---|---|

Draft/revise presentation regarding status of action.

| 09/17/19 | K MCCARTHY | 0.10 |
|---|---|---|

Communicate with J. Normile and B. Koch regarding covenant not to sue.

| 09/18/19 | P D HENDLER | 1.50 |
|---|---|---|

Revise notices of bankruptcy to be filed in the Collegium and IPC case.

| 09/18/19 | S T JOHNSON | 0.50 |
|---|---|---|

Review and format recent case pleadings and correspondence for reference by attorneys.

| 09/18/19 | K MCCARTHY | 0.50 |
|---|---|---|

Draft/revise Suggestion of Bankruptcy and Imposition of Automatic Stay notice (.30); communicate internally and with client regarding Suggestion of Bankruptcy notice (.10); finalize and coordinate ECF filing of Suggestion of Bankruptcy notice (.10).

| 09/19/19 | S T JOHNSON | 0.50 |
|---|---|---|

Review and format case pleadings and correspondence for reference by attorneys.

| 09/20/19 | S T JOHNSON | 0.30 |
|---|---|---|

Review and format case pleadings and correspondence for reference by attorneys.

| 09/20/19 | K I NIX | 0.60 |
|---|---|---|

Reviewed Court's order staying case (.50); conferred with J. Normile regarding same (.10).

| 09/25/19 | K MCCARTHY | 1.50 |
|---|---|---|

Review Purdue patent portfolio and communicate with J. Normile regarding same.

| 09/27/19 | K MCCARTHY | 1.00 |
|---|---|---|

Review Purdue patent portfolio and communicate with J. Normile regarding same.

**TOTAL**                                                              9.50

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                                305158-610013

Invoice: 33344908

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2019:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 111,632.50 |
| Less 10% Fee Discount | | (11,163.25) |
| | USD | 100,469.25 |

## DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Document Reproduction Charges | 71.80 | |
| | | 71.80 |
| **TOTAL** | **USD** | **100,541.05** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                                Citibank, N.A.
New York, NY                               New York, NY
Account Name: Jones Day          Account Name: Jones Day
Account No: 37026407               Account No: 37026407
ABA No: 021000089                  ABA No: 021000089
Swift Code: CITIUS33

PLEASE REFERENCE 305158-610013/33344908 WITH YOUR PAYMENT

19-23649-rdd    Doc 788    Filed 01/29/20    Entered 01/29/20 15:37:13    Main Document
JONES DAY
Pg 28 of 97

305158-610013

Page 2

January 21, 2020

Invoice:  33344908

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P D HENDLER | 32.20 | 1,050.00 | 33,810.00 |
| G J LAROSA | 0.50 | 975.00 | 487.50 |
| J J NORMILE | 35.80 | 1,150.00 | 41,170.00 |
| OF COUNSEL | | | |
| K I NIX | 4.30 | 1,050.00 | 4,515.00 |
| ASSOCIATE | | | |
| K MCCARTHY | 15.90 | 550.00 | 8,745.00 |
| A M NICOLAIS | 31.60 | 500.00 | 15,800.00 |
| PARALEGAL | | | |
| S T JOHNSON | 20.30 | 350.00 | 7,105.00 |
| **TOTAL** | **140.60** | **USD** | **111,632.50** |

305158-610013

Page 3<br>
January 21, 2020<br>
Invoice:  33344908

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 09/16/19 | P D HENDLER | 7.30 |

Prepare for and participate in weekly teleconference with client (.50); consideration of strategy in view of bankruptcy filing including attention to IPC's proposal regarding schedule (3.00); review IPC document production (2.00); preparation for meeting with Davis Polk (1.80).

| | | |
|---|---|---|
| 09/16/19 | S T JOHNSON | 5.50 |

Select and assemble materials for reference binder regarding Mediation.

| | | |
|---|---|---|
| 09/16/19 | G J LAROSA | 0.50 |

Communicate with B. Koch (Purdue) regarding case status and strategy.

| | | |
|---|---|---|
| 09/16/19 | K MCCARTHY | 2.50 |

Internal meeting with J. Normile, P. Hendler and G. La Rosa regarding presentation to client and Davis Polk regarding status of ongoing litigations (.50); participate in weekly client call regarding litigation status updates (1.00); draft/revise presentation regarding status of ongoing litigations (1.00).

| | | |
|---|---|---|
| 09/16/19 | A M NICOLAIS | 8.70 |

Team meeting with P. Hendler regarding IPC (.50); drafting IPC status update presentation (5.20); communication with J. Normile and P. Hendler regarding same (.70); review relevant documents (.80); reviewing/summarizing IPC document production (1.50).

| | | |
|---|---|---|
| 09/16/19 | K I NIX | 1.50 |

Reviewed new documents produced by defendant (.70); review/analyze Purdue's mediation statement (.80).

| | | |
|---|---|---|
| 09/16/19 | J J NORMILE | 5.00 |

Preparation for and participation in weekly team teleconference to discuss pending matters including P. Strassburger, B. Koch, R. Kreppel, R. Inz and R. Silbert (1.00); review Judge Fallon's Order regarding request for joint report on effect of Chapter 11 filing on Mediation and various office and teleconferences with P. Hendler and A. Nicolais regarding same (1.50); various office and teleconferences with P. Hendler and A. Nicolais regarding upcoming meeting with Davis Polk to discuss pending patent cases including slide presentation (2.50).

| | | |
|---|---|---|
| 09/17/19 | P D HENDLER | 2.80 |

Consideration of schedule and impact of bankruptcy (1.00); draft letter to Magistrate Judge Fallon regarding mediation and automatic stay (1.30); confer with J. Normile and A. Nicolais regarding same (.50).

| | | |
|---|---|---|
| 09/17/19 | S T JOHNSON | 3.50 |

Manage scheduling and drafting of deposition errata from expert depositions (.70); format document productions from opposing counsel for review by attorneys (2.60); review and format case pleadings and correspondence for reference by attorneys (.20).

| | | |
|---|---|---|
| 09/17/19 | K MCCARTHY | 0.40 |

Draft/revise presentation regarding status of ongoing litigations (.30); communicate with J. Normile regarding same (.10).

| | | |
|---|---|---|
| 09/17/19 | A M NICOLAIS | 4.70 |

Draft/revise IPC slide deck presentation (2.70); meeting with P. Hendler and J. Normile regarding same (.50); research and docket review regarding same (1.50).

| | | |
|---|---|---|
| 09/17/19 | K I NIX | 0.40 |

Conferred with P. Hendler regarding strategy in light of bankruptcy filing.

| | | |
|---|---|---|
| 09/17/19 | J J NORMILE | 1.50 |

Various office and teleconferences with P. Hendler and A. Nicolais regarding IPC document production and letter to IPC regarding redactions.

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

09/18/19    P D HENDLER      1.50
Consideration of strategy for, and preparation of, joint submission to Magistrate Fallon regarding mediation in view of bankruptcy (1.00); confer with J. Normile and A. Nicolais regarding same (.30); teleconference with P. Strassburger (Purdue) regarding same (.20).

09/18/19    S T JOHNSON      2.70
Manage scheduling and drafting of errata from expert depositions (.30); format and correct images of deposition exhibits for reference by attorneys (2.40).

09/18/19    K MCCARTHY      2.00
Draft/revise Suggestion of Bankruptcy and Imposition of Automatic Stay notice (1.00); communicate with B. Koch regarding Suggestion of Bankruptcy notice, letter to MJ Fallon, and upcoming mediation (.30); finalize and coordinate ECF filing of Suggestion of Bankruptcy notice (.20); review/analyze IPC's recent document production and correspondence with opposing counsel regarding same (.50).

09/18/19    K I NIX      0.40
Reviewed notice of bankruptcy (.20); conferred with team (J.Normile, P. Hendler)(.20).

09/18/19    J J NORMILE      3.00
Various office and teleconferences with P. Hendler regarding proposed new Case Management schedules and review of background materials regarding same (1.50); review/revise draft letter to Judge Fallon including proposed Term Sheet (1.50).

09/19/19    P D HENDLER      7.00
Review of Judge Fallon's order regarding mediation (.50); preparation of status report to Court and consideration and preparation of same (6.50).

09/19/19    S T JOHNSON      2.50
Format and correct images of deposition exhibits for reference by attorneys (2.30); review and format case pleadings and correspondence for reference by attorneys (.20).

09/19/19    A M NICOLAIS      2.60
Review Bley supplemental deposition transcript (1.50); drafting errata regarding same (1.10).

09/19/19    K I NIX      0.50
Reviewed Judge Andrews request for joint statement regarding impact of bankruptcy (.30); reviewed correspondence with Y. Tang (opposing counsel) (.20).

09/19/19    J J NORMILE      5.50
Various office and teleconferences with P. Hendler, K. McCarthy, A. Nicolais and B. Koch relating to Judge Fallon's Order canceling Mediation Session (1.50); various office and teleconferences with P. Hendler, K. McCarthy, A. Nicolais and B. Koch regarding Judge Andrew's Order for a joint statement regarding impact of Chapter 11 filing on district court action (1.50); preparation of various position papers to address stay of proceedings and modification of Case Management Orders (2.50).

09/20/19    P D HENDLER      2.50
Draft/revise drafts of joint status report under various scenarios.

09/20/19    S T JOHNSON      2.20
Manage aspects of expert deposition transcript errata (.20); format and correct images of deposition exhibits for reference by attorneys (1.90); review and format case pleadings and correspondence for reference by attorneys (.10).

09/20/19    K MCCARTHY      0.50
Communicate with P. Strassburger (Purdue) regarding Notice of Bankruptcy filing (.10); draft/revise Purdue weekly litigation status updates and communicate with J. Normile re: same (.40).

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

09/20/19    A M NICOLAIS    4.70
Review/analyze Bley transcript (.50); drafting errata regarding same (.50); review/analyze Wuest transcript (.50); drafting errata regarding same (.50); edits/revisions to joint status letter to court regarding effect of bankruptcy stay (1.50); communication with J. Normile and P. Hendler regarding same (.30); research caselaw regarding same (.90).

09/20/19    J J NORMILE    3.50
Prepare Stipulation to extend due date on joint status report to Judge Andrews (1.00); prepare position papers on stay request on modification of case management schedules (1.00); related teleconference with P. Hendler, A. Nicolais and B. Koch (.80); teleconference with P. Strassburger, K. Orr, D. Moss and R. Kreppel regarding IPC proceedings (.70).

09/23/19    P D HENDLER    2.50
Review/revise draft letters to Court regarding bankruptcy (2.00); teleconference with P. Strassburger (Purdue) regarding status (.50).

09/23/19    S T JOHNSON    0.50
Review and format case pleadings and correspondence and calendar due dates for reference by attorneys (.20); format deposition exhibits for reference by attorneys (.30).

09/23/19    K MCCARTHY    1.50
Draft/revise Wuest deposition errata (.40); draft/revise Purdue weekly litigation status updates (.30); participate in weekly client teleconference re: litigation status updates (.80).

09/23/19    J J NORMILE    2.50
Preparation for and participation in weekly team teleconference with P. Strassburger, B. Koch, R. Kreppel, R. Silbert, R. Inz, P. Hendler and K. McCarthy regarding pending matters (1.00); various office and teleconferences with P. Hendler regarding various draft proposals for the Court (1.50).

09/24/19    S T JOHNSON    0.50
Review and format recent case pleadings and correspondence and calendar due dates for reference by attorneys.

09/24/19    A M NICOLAIS    1.30
Drafting Wuest errata.

09/24/19    J J NORMILE    1.00
Review Judge Andrew's Order regarding stipulation (.50); related office and teleconferences with P. Hendler (.50).

09/25/19    P D HENDLER    1.00
Consideration of Judge Fallon's Order and impact of bankruptcy on case, including research regarding 30-month stay.

09/25/19    S T JOHNSON    1.20
Format improved images of deposition exhibits and expert report exhibits for reference by attorneys.

09/25/19    J J NORMILE    3.00
Review and revision of Purdue's portion of joint letter to Judge Andrews regarding impact of Chapter 11 filing (2.00); including various office conferences with P. Hendler and A. Nicolais and teleconferences with B. Koch and P. Strassburger regarding same (1.00).

09/26/19    P D HENDLER    2.50
Draft Joint Status report (.90); communications with client including P. Strassburger, R. Kreppel and B. Koch regarding same (.80); confer with J. Normile and team regarding same (.80).

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

09/26/19   K MCCARTHY   3.50
Internal call with J. Normile and P. Hendler re: litigation status in view of bankruptcy filing (.50); perform legal research re: bankruptcy appeals (.50); draft/revise Wuest deposition errata (.70); communicate with J. Normile and P. Hendler and with expert witness Dr. Wuest re: Wuest deposition errata (.30); draft/revise Purdue's portion of the joint status letter to Court (.80); perform legal research in support of joint status letter (.70).

09/26/19   A M NICOLAIS   9.60
Drafting joint-status letter regarding automatic stay (3.10); meeting with J. Normile and P. Hendler regarding same (.20); drafting exhibits regarding same (.80); communication with J. Normile and P. Hendler regarding same (.50); research regarding same (1.50); drafting Wuest errata (1.50); review various patent documents (2.00).

09/26/19   K I NIX   0.50
Reviewed correspondence with Y. Tang (opposing counsel).

09/26/19   J J NORMILE   5.30
Review and revision of Purdue's portion of joint letter to Judge Andrews regarding impact of Chapter 11 filing including various office conferences with P. Hendler and A. Nicolais and teleconferences with B. Koch and R. Inz (2.50); review comments to same from B. Koch and R. Inz (1.00); office conference with P. Hendler, K. McCarthy and A. Nicolais regarding IPC position (.80); teleconference with J. Cwik regarding IPC position (.20); teleconference with P. Strassburger, R. Kreppel, R. Inz, B. Koch, P. Hendler and A. Nicolais regarding draft letter to the Court (.80).

09/27/19   P D HENDLER   4.30
Prepare and finalize Joint Status report, including attention to IPC's insert to the report (3.60); communications with B. Koch, R. Inz, Grunenthal counsel, Davis Polk and Morris Nichols regarding same (.80); confer with J. Normile and A. Nicolais regarding same (.80).

09/27/19   S T JOHNSON   1.70
Manage finalization of errata for depositions transcripts and serve on opposing counsel with copy to court reporter (.90); review and format case pleadings and correspondence and calendar due dates for reference by attorneys (.60).

09/27/19   K MCCARTHY   5.00
Draft/revise Wuest deposition errata(.90); communicate with P. Hendler and with J. Wuest re: Wuest deposition errata (.40); finalize Wuest deposition errata for service (.20); draft/revise Purdue's portion of the joint status letter to Court (1.00); communicate with M. Luneak (co-counsel) and R. Smith (local counsel) re: joint status letter (.50); perform legal research in support of joint status letter (1.00); review various patent documents (1.00).

09/27/19   K I NIX   1.00
Review/analyze status report.

09/27/19   J J NORMILE   3.50
Finalizing Purdue's portion of joint statement to the Court regarding Chapter 11 filing (2.00); various office and teleconferences with P. Hendler, A. Nicolais and B. Koch regarding same (1.00); review comments from Davis Polk regarding same (.30); teleconference with E. Vonnegut regarding same (.20).

09/30/19   P D HENDLER   0.80
Review redacted version of joint status report.

09/30/19   K MCCARTHY   0.50
Draft/revise proposed redactions for joint status letter and communicate with P. Hendler re: same (.40); communicate with external testing labs re: invoices (.10).

09/30/19   J J NORMILE   2.00
Preparation of action items for pretrial matters in the event trial proceeds (1.00); review of Pretrial Order from previously rescheduled trial (1.00).

19-23649-rdd    Doc 748    Filed 01/29/20    Entered 01/29/20 19:06:57    Main Document
JONES DAY

305158-610013                                                                    Page 7
                                                                          January 21, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.              Invoice: 33344908

**TOTAL**                                              140.60

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|

**DUPLICATION CHARGES**

| 09/19/19 | NYC ACCOUNTING | NYC | 71.80 | |

Duplication charges - Photocopying on 09/16/2019 718 black & white copies @ $0.10 each (Billback batch: 3541).

**Duplication charges Subtotal**                                        **71.80**

**TOTAL**                                               **USD**      **71.80**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                      305158-610016

Invoice: 33344910

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2019:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al v. Collegium Pharmaceuticals (Collegium 919) | USD | 10,600.00 |
| Less 10% Fee Discount | | (1,060.00) |
| | USD | 9,540.00 |
| **TOTAL** | **USD** | **9,540.00** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610016/33344910 WITH YOUR PAYMENT

305158-610016                                                                      Page 2
                                                                          January 21, 2020

Purdue Pharma L.P. et al v. Collegium Pharmaceuticals                    Invoice:  33344910


                          TIMEKEEPER DETAIL SCHEDULE

|                    | Hours | Rate   | Amount    |
|--------------------|-------|--------|-----------|
| ASSOCIATE          |       |        |           |
| A M NICOLAIS       | 21.20 | 500.00 | 10,600.00 |
| **TOTAL**          | **21.20** | **USD** | **10,600.00** |

305158-610016                                                                        Page 3
                                                                         January 21, 2020
Purdue Pharma L.P. et al v. Collegium Pharmaceuticals              Invoice:  33344910


                              SERVICES DETAIL SCHEDULE

*Date of Service*     *Timekeeper Name*                          *Hours*

09/25/19        A M NICOLAIS                            9.10
        Reviewing infringement analysis of various products (6.40); review/analyze Collegium NDA regarding same
        (1.00); meeting with K. McCarthy regarding same (.50); edits/revisions to Purdue joint status letter (1.00);
        communication with J. Normile and P. Hendler regarding same (.20).

09/27/19        A M NICOLAIS                            11.60
        Edits/revisions to Purdue joint status letter regarding bankruptcy automatic stay (6.60); teleconference with
        J. Normile, P. Hendler and B. Koch (Purdue) regarding same (.50); communication with J. Normile and P.
        Hendler regarding same (2.00); research caselaw regarding same (1.50); preparing exhibits/filing regarding
        same (1.00).

09/30/19        A M NICOLAIS                            0.50
        Review/revise joint status letter regarding proposed redactions (.40); communication with P. Hendler
        regarding same (.10).

   **TOTAL**                                          **21.20**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street

New York, NY 10281-1047

**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                                              305158-610025

Invoice: 33344947

PURDUE PHARMA L.P.

Attention: Philip C. Strassburger, Esq.

Vice President, General Counsel

One Stamford Forum

Stamford, CT 06901

For legal services rendered for the period through September 30, 2019:

| | | |
|---|---|---|
| IPC II | USD | 12,495.00 |
| Less 10% Fee Discount | | (1,249.50) |
| | USD | 11,245.50 |
| **TOTAL** | **USD** | **11,245.50** |

Please remit payment to:

**ACH Transfer (preferred)**        **Wire Transfer**
Citibank, N.A.                              Citibank, N.A.
New York, NY                             New York, NY
Account Name: Jones Day          Account Name: Jones Day
Account No: 37026407               Account No: 37026407
ABA No: 021000089                   ABA No: 021000089
                                                 Swift Code: CITIUS33

PLEASE REFERENCE 305158-610025/33344947 WITH YOUR PAYMENT

19-23649-rdd   Doc 748   Filed 03/16/20   Entered 03/16/20 19:06:57   Main Document
Pg 54 of 167

305158-610025

Page 2

January 21, 2020

Invoice:  33344947

IPC II

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| P D HENDLER | 10.30 | 1,050.00 | 10,815.00 |
| **PARALEGAL** | | | |
| S T JOHNSON | 4.80 | 350.00 | 1,680.00 |
| **TOTAL** | **15.10** | **USD** | **12,495.00** |

305158-610025                                                                          Page 3
                                                                              January 21, 2020
IPC II                                                                   Invoice: 33344947


                              SERVICES DETAIL SCHEDULE


*Date of Service*      *Timekeeper Name*                              *Hours*

09/16/19      S T JOHNSON                                              2.50
        Select and assemble materials for reference binder regarding Mediation.

09/17/19      S T JOHNSON                                              1.00
        Format document productions from opposing counsel for review by attorneys (.80); review and format case
        pleadings and correspondence for reference by attorneys (.20).

09/18/19      S T JOHNSON                                              0.80
        Format document productions from opposing counsel for review by attorneys.

09/19/19      S T JOHNSON                                              0.50
        Review and format case pleadings and correspondence for reference by attorneys.

09/20/19      P D HENDLER                                              2.50
        Prepare drafts of joint status report under various scenarios.

09/25/19      P D HENDLER                                              1.00
        Review/analyze Judge Fallon's order and impact of bankruptcy on case, including research regarding 30-
        month stay.

09/26/19      P D HENDLER                                              2.50
        Preparation of Joint Status report, including communications with B. Koch (Purdue) (2.00); confer with J.
        Normile regarding same (.50).

09/27/19      P D HENDLER                                              4.30
        Preparing and finalizing Joint Status report, including attention to IPC's insert to the report (2.80);
        communications with B. Koch (Purdue), M. Luneak (Finnegan Henderson), K. Robertson (Davis Polk) and
        M. Dellinger (Morris Nichols) regarding same (1.00); confer with J. Normile regarding same (.50).

**TOTAL**                                                            **15.10**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                                                          305158-610022

Invoice: 33344952

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2019:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 16,500.00 |
| Less 10% Fee Discount | | (1,650.00) |
| | USD | 14,850.00 |
| **TOTAL** | **USD** | **14,850.00** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                              Citibank, N.A.
New York, NY                              New York, NY
Account Name: Jones Day          Account Name: Jones Day
Account No: 37026407              Account No: 37026407
ABA No: 021000089                  ABA No: 021000089
                                               Swift Code: CITIUS33

PLEASE REFERENCE 305158-610022/33344952 WITH YOUR PAYMENT

305158-610022

Page 2
January 21, 2020
Invoice: 33344952

Collegium 961 PGR

### TIMEKEEPER DETAIL SCHEDULE

|                  | Hours | Rate     | Amount    |
|------------------|------:|---------:|----------:|
| PARTNER          |       |          |           |
| P D HENDLER      | 1.80  | 1,050.00 | 1,890.00  |
| G J LAROSA       | 8.00  | 975.00   | 7,800.00  |
| J J NORMILE      | 4.50  | 1,150.00 | 5,175.00  |
| ASSOCIATE        |       |          |           |
| K MCCARTHY       | 2.00  | 550.00   | 1,100.00  |
| PARALEGAL        |       |          |           |
| J J DARENSBOURG  | 0.50  | 300.00   | 150.00    |
| S T JOHNSON      | 1.10  | 350.00   | 385.00    |
| **TOTAL**        | 17.90 | USD      | 16,500.00 |

19-23649-rdd    Doc 788    Filed 03/16/20    Entered 03/16/20 19:06:57    Main Document
Pg 58 of 167

305158-610022                                                                    Page 3
                                                                        January 21, 2020
Collegium 961 PGR                                                   Invoice:  33344952


                          SERVICES DETAIL SCHEDULE


*Date of Service*     *Timekeeper Name*                                    *Hours*

09/23/19        P D HENDLER                                            1.00
          Review/analyze impact due to bankruptcy and research regarding same (.70); review/analyze draft notice of
          bankruptcy (.30).

09/23/19        G J LAROSA                                            2.40
          Communicate with client P. Strassburger (Purdue) regarding affect of automatic stay on IPR (1.00);
          reviewed results of related legal research (1.00); conferred with J. Normile and P. Hendler regarding same
          (.40).

09/23/19        K MCCARTHY                                           1.00
          Draft/revise Patent Owners' Notice of Bankruptcy Filing and Imposition of Automatic Stay (.50);
          communicate with J. Normile and B. Koch (Purdue) regarding same (.10); perform legal research regarding
          application of automatic stay to PTAB proceedings in support of same (.40).

09/24/19        J J DARENSBOURG                                      0.50
          Manage/file/serve Patent Owners' Notice of Bankruptcy Filing and Imposition of Automatic Stay.

09/24/19        P D HENDLER                                          0.80
          Review of various emails regarding bankruptcy impact on pendency of PGR proceedings.

09/24/19        S T JOHNSON                                          0.50
          Review and format recent case pleadings and correspondence for reference by attorneys.

09/24/19        G J LAROSA                                           2.60
          Communicate with B. Koch (Purdue) and J. Normile regarding IPR bankruptcy filing (1.00); reviewed
          related legal research (.60); draft/revise suggestion of bankruptcy and attention to related filing (1.00).

09/24/19        K MCCARTHY                                           0.50
          Draft/revise Patent Owners' Notice of Bankruptcy Filing and Imposition of Automatic Stay and finalize
          for filing.

09/24/19        J J NORMILE                                          2.00
          Various office and teleconferences with B. Koch and G. LaRosa relating to filing of Suggestion of
          Bankruptcy and PTAB Order for teleconference (1.00); review recent background materials and Mylan
          precedent (1.00).

09/25/19        S T JOHNSON                                          0.30
          Review and format recent case correspondence and calendar due dates for reference by attorneys.

09/25/19        G J LAROSA                                           1.00
          Communicate with B. Koch (Purdue), A. Lutchen and C. Roberston of Davis Polk (bankruptcy counsel)
          and J. Normile regarding status of PGR and conference with the Board.

09/25/19        J J NORMILE                                          1.50
          Communicate with the PTAB to arrange teleconference regarding impact of Chapter 11 filing (.50);
          preparation for and participation in teleconference with A. Lutchen and C. Robertson of Davis Polk
          regarding PGR proceeding (1.00).

09/27/19        S T JOHNSON                                          0.30
          Review and format recent case pleadings and correspondence for reference by attorneys.

09/27/19        G J LAROSA                                           2.00
          Appear for/attend hearing with the Board (.50); reviewed related legal research (1.00) and conferred with J.
          Normile and P. Hendler regarding same (.50).

09/27/19        K MCCARTHY                                           0.50
          Plan and prepare for Board call re: notice of bankruptcy filing (.10); participate in Board call (.30);
          communicate with client (B. Koch) regarding Board call (.10).

305158-610022

Collegium 961 PGR

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 09/27/19 | J J NORMILE | 1.00 |

Preparation for and participate in teleconference with PTAB panel regarding impact of Chapter 11 filing.

**TOTAL**                                                          **17.90**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047

**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                                    305158-640002

Invoice: 33344959

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2019:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 92,775.00 |
| Less 10% Fee Discount | | (9,277.50) |
| | USD | 83,497.50 |
| **TOTAL** | **USD** | **83,497.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33344959 WITH YOUR PAYMENT

305158-640002                                                           Page 2
                                                               January 21, 2020
Strategic Corporate Advice                                  Invoice:  33344959

                          TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| C FULDA | 0.40 | 775.00 | 310.00 |
| P D HENDLER | 3.50 | 1,050.00 | 3,675.00 |
| G J LAROSA | 2.60 | 975.00 | 2,535.00 |
| D T MOSS | 6.90 | 950.00 | 6,555.00 |
| J J NORMILE | 12.40 | 1,150.00 | 14,260.00 |
| K D ORR | 7.50 | 1,275.00 | 9,562.50 |
| A C REMPP | 7.50 | 1,050.00 | 7,875.00 |
| OF COUNSEL |  |  |  |
| O BENNING | 31.30 | 775.00 | 24,257.50 |
| T C MAHLICH | 16.30 | 900.00 | 14,670.00 |
| ASSOCIATE |  |  |  |
| J HUEBERT | 11.50 | 475.00 | 5,462.50 |
| I M PEREZ | 8.50 | 425.00 | 3,612.50 |
| **TOTAL** | **108.40** | **USD** | **92,775.00** |

19-23649-rdd    Doc 748    Filed 03/16/20    Entered 03/16/20 15:37:53    Main Document
Pg 39 of 97

305158-640002                                                                                          Page 3
                                                                                              January 21, 2020
Strategic Corporate Advice                                                                Invoice:  33344959

                                        SERVICES DETAIL SCHEDULE

*Date of Service*      *Timekeeper Name*                                                      *Hours*

09/16/19      O BENNING                                                                        4.00
              E-mail correspondence with C. Fulda, T. Mahlich (both Jones Day) on Notice of Breach dated September
              3, 2019, response letter APA and legal review of same (1.00); legal review of Purdue APA and of
              Mundipharma APA (2.70); conference call with A. Rempp, T. Mahlich (all Jones Day) on Notice of Breach
              and next steps (.30).

09/16/19      C FULDA                                                                          0.30
              Communicate with O. Benning regarding response to breach notice.

09/16/19      T C MAHLICH                                                                      4.50
              Review and analyze CellAct's September 3 claims letter.

09/16/19      A C REMPP                                                                        1.50
              Telephone discussion with O. Benning and T. Mahlich (both Jones Day) regarding status, timing, next steps
              and open issues/questions (.30); follow up with O. Benning regarding status, timing, next steps and open
              issues/questions (.10); review and analyze claims letter and APA (.10); e-mail exchange with T. Mahlich
              (Jones Day) regarding claims letter and APA and open issues/questions (.10).

09/17/19      O BENNING                                                                        5.00
              E-mail correspondence with P. Strassburger (Purdue), T. Mahlich, A. Rempp, J. Normile, K. Orr, D. Moss
              (all Jones Day) on Notice of Breach and additional legal analysis regarding same (3.40); conference call with
              A. Rempp, T. Mahlich, J. Hübert (all Jones Day) on Notice of Breach, open issues under U.S. bankruptcy
              law and next steps (.60); legal review of APA (1.00).

09/17/19      C FULDA                                                                          0.10
              Communicate with A. Rempp (Jones Day) regarding review.

09/17/19      P D HENDLER                                                                      3.50
              Prepare for meeting with Purdue and Davis Polk, including attention to draft presentation.

09/17/19      J HUEBERT                                                                        4.20
              Review Asset Purchase Agreement between CellAct and Purdue Pharma and compare to precedent.

09/17/19      T C MAHLICH                                                                      6.00
              Draft comprehensive set of questions regarding factual background of dispute with CellAct (3.00) review
              contractual documentation (2.00); teleconferences with D. Moss and O. Benning to discuss strategy (1.00).

09/17/19      D T MOSS                                                                         0.50
              Communicate with J. Normile regarding automatic stay matters and applicability to patent matters (.30);
              review correspondence from T. Mahlich and O. Benning regarding the same (.20).

09/17/19      J J NORMILE                                                                      3.00
              Continued preparation for meeting with Davis Polk regarding pending cases including review and revision
              of Agenda and slides.

09/17/19      A C REMPP                                                                        1.50
              Conference calls with O. Benning, T. Mahlich, J. Hübert (all Jones Day) on Notice of Breach, relevant facts
              and circumstances, open issues under U.S. bankruptcy law and next steps (.60), telephone discussions and
              e-mail exchange with O. Benning, C. Fulda and T. Mahlich (all Jones Day) regarding strategy (.30); review
              and analyze background materials (.60).

09/18/19      O BENNING                                                                        4.80
              E-mail correspondence with P. Strassburger (Purdue Pharma L.P.), T. Mahlich, A. Rempp, J. Hübert, J.
              Normile, K. Orr, D. Moss, G. LaRosa (all Jones Day) on Notice of Breach and draft list of questions (1.50);
              drafting list of questions regarding outstanding issues (2.50); conference call with A. Rempp, T. Mahlich, J.
              Hübert, D. Moss, K. Orr, J. Normile (all Jones Day) on Notice of Breach and open issues under U.S.
              bankruptcy law, next steps (.80).

305158-640002                                                                    Page 4
                                                                        January 21, 2020
Strategic Corporate Advice                                          Invoice:  33344959

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 09/18/19 | J HUEBERT | 3.00 |

Review of questions prepared by T. Mahlich (2.00); call with D. Moss, K. Orr and J. Normile on factual questions (1.00).

| 09/18/19 | G J LAROSA | 1.60 |

Review/analyze background materials (.80); conferred with J. Normile regarding same (.20); attention to revisions to fact investigation questions (.60).

| 09/18/19 | T C MAHLICH | 3.10 |

Amend questions to client and review additional bankruptcy questions (2.30); teleconference with K. Orr, D. Moss, J. Normile, G. LaRosa, A. Rempp and O. Benning (all Jones Day) regarding US bankruptcy issues (.80).

| 09/18/19 | D T MOSS | 1.50 |

Communicate with I.M. Perez regarding research related to considerations for German rep/warranty argument (.50); communicate with A. Rempp, O. Benning, J. Normile, and K. Orr regarding status, recommendation, and arguments against rep/warranty breach (1.00).

| 09/18/19 | J J NORMILE | 4.30 |

Preparation and filing of Suggestion of Bankruptcy in Delaware and Massachusetts cases (1.50); various office and teleconferences with D. Moss, A. Rempp, O. Benning and K. Orr regarding preparation of 327(e) motion (1.00); review and revision of questionnaire to gather relevant information to prepare response letter in CellAct matter (1.00); teleconference with A. Rempp, O. Benning, K. Orr and D. Moss regarding same (.80).

| 09/18/19 | K D ORR | 2.50 |

Review research related to filing (1.70); communicate with D. Moss, J. Normile, A. Rempp and O. Benning regarding status, recommendations, and arguments against rep/warranty breach (.80).

| 09/18/19 | I M PEREZ | 4.50 |

Communicate with D. Moss regarding CellAct Dispute (.20); research requirements for good faith filings in the Second and Third Circuits (3.00); draft diligence questions for client (.80); draft summary of research findings (.50).

| 09/18/19 | A C REMPP | 2.50 |

Conference call and e-mail exchange with O. Benning, T. Mahlich, J. Hübert, J. Normile, D. Moss and K. Orr (all Jones Day) regarding fact finding, legal analysis and timing (1.20); comment on list of factual questions (1.30).

| 09/19/19 | O BENNING | 6.50 |

E-mail correspondence with T. Mahlich, A. Rempp (both Jones Day) and P. Strassburger (Purdue Pharma L.P.) regarding substantive response to Notice of Breach, next steps (1.00); e-mail to K. Orr, D. Moss (both Jones Day) regarding same and relevant legal analysis (1.70); drafting revised list of questions regarding outstanding issues (2.30); legal review of APA (1.50).

| 09/19/19 | J HUEBERT | 1.30 |

Internal discussion with O. Benning and T. Mahlich on further steps (.80); review email communication regarding further procedure (.50).

| 09/19/19 | T C MAHLICH | 1.20 |

Revise draft questions for client.

| 09/19/19 | D T MOSS | 1.90 |

Review correspondence from O. Benning and T. Mahlich regarding CellAct (.40); review I.M. Perez diligence questions and research and revise same (.60); communicate with K. Orr regarding next steps (.50); communicate with J. Normile regarding automatic stay in IP litigation matters (.40).

| 09/19/19 | J J NORMILE | 1.00 |

Various communications with K. Orr, D. Moss and O. Benning relating to preparation of response to CellAct regarding alleged breach of contract.

19-23649-rdd   Doc 743   Filed 03/16/20   Entered 03/16/20 19:06:53   Main Document
Pg 41 of 57

305158-640002                                                            Page 5
                                                                January 21, 2020
Strategic Corporate Advice                                      Invoice:  33344959

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**09/19/19  K D ORR**  1.50
Review CellAct and diligence questions (1.00); communicate with D. Moss regarding next steps (.50).

**09/19/19  I M PEREZ**  4.00
Research case law on good faith bankruptcy filings in the Second and Third Circuits (3.20); revise memo overview to include new cases (.80).

**09/19/19  A C REMPP**  0.50
Telephone discussions and e-mail correspondence with O. Benning, T. Mahlich and J. Hübert (all Jones Day) regarding Notice of Breach, next steps and open issues.

**09/20/19  O BENNING**  4.50
Drafting final list of questions regarding outstanding response letter (1.70); e-mail to D. Moss, K. Orr, J. Normile (all Jones Day) on draft list, e-mail to P. Strassburger (Purdue Pharma L.P.) on final list (1.00); e-mail correspondence with D. Moss, K. Orr, J. Normile, G. LaRosa (all Jones Day) on draft list of questions regarding substantive response to be sent to CellAct's lawyers (1.20); e-mail correspondence with P. Strassburger, R. Inz (both Purdue Pharma L.P.) on final list of questions regarding substantive response to be sent to CellAct's lawyers, legal analysis regarding same (.60).

**09/20/19  J HUEBERT**  2.50
Review document prepared by D. Moss, K. Orr and J. Normile on good faith filing of Chapter 11 proceedings (1.00); review list of questions for client (1.50).

**09/20/19  G J LAROSA**  1.00
Communicate with J. Normile regarding CellAct matter and related analysis.

**09/20/19  T C MAHLICH**  1.50
Finalize questions to client (1.00); conferences with O. Benning regarding the same (.50).

**09/20/19  D T MOSS**  1.20
Finalize memo to O. Benning and A. Rempp regarding CellAct strategy and next steps (.20); communicate with P. Strassburger (Purdue) regarding automatic stay and next steps (1.00).

**09/20/19  K D ORR**  2.00
Draft/revise memo to O. Benning and A. Rempp regarding CellAct strategy (1.50); communicate with P. Strassburger (Purdue) regarding automatic stay and next steps (.50).

**09/20/19  A C REMPP**  0.50
Fill in missing information (.40); e-mail exchange with T. Mahlich (Jones Day) regarding missing information and timing/next steps (.10).

**09/21/19  J J NORMILE**  0.80
Review recent correspondence from O. Benning regarding preparation of response to CellAct.

**09/23/19  O BENNING**  2.50
E-mail correspondence with T. Mahlich, A. Rempp (both Jones Day), P. Strassburger, R. Inz (both Purdue Pharma L.P.) regarding response letter, automatic stay, open issues, next steps from Purdue and Mundipharma, legal analysis of various options available and German-law issues.

**09/23/19  K D ORR**  1.00
Review email from O. Benning regarding CellAct and list of Questions, Automatic Stay and its Relevance for Response to Claims Letter.

**09/23/19  A C REMPP**  0.50
Review/analyze Chapter 11 response letter (.40); e-mail exchange with O. Benning regarding Chapter 11 response letter (.10).

**09/24/19  D T MOSS**  1.30
Communicate with J. Swize regarding scope of automatic stay for certain patent appellate matters and considerations regarding next steps (.60); review and revise Swize memo regarding same (.70).

19-23649-rbl    Doc 768    Filed 01/29/20    Entered 01/29/20 15:37:53    Main Document
Pg 42 of 57

305158-640002                                                            Page 6
                                                                  January 21, 2020
Strategic Corporate Advice                                   Invoice:  33344959

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

09/24/19    A C REMPP                                                    0.30
Review latest compilation of missing information and open issues (.20); e-mail exchange with O. Benning (Jones Day) regarding latest compilation of missing information and open issues (.10).

09/25/19    D T MOSS                                                     0.50
Review and revise updated J. Swize memo regarding automatic stay for appellate matters on patent issues.

09/25/19    K D ORR                                                      0.50
Review J. Swize memo regarding automatic stay for appellate matters.

09/26/19    O BENNING                                                    1.50
Drafting outline for substantive response to be regarding CellAct's Notice of Breach including review of relevant transaction-related documents.

09/27/19    O BENNING                                                    0.50
E-mail correspondence with T. Mahlich, A. Rempp, K. Orr, D. Moss (all Jones Day), P. Strassburger and R. Inz (both Purdue Pharma L.P.) regarding response letter (.30); coordinating next steps from Purdue and Mundipharma (.20).

09/27/19    J HUEBERT                                                    0.50
Review email from O. Benning regarding further steps.

09/28/19    A C REMPP                                                    0.20
Review correspondence from O. Benning regarding next steps.

09/30/19    O BENNING                                                    2.00
Review and summarize Exhibits to Purdue APA in connection with Notice of Breach.

09/30/19    J J NORMILE                                                  3.30
Preparation for upcoming teleconference with D. Moss, K. Orr, O Benning and A. Rempp to coordinate Purdue's response to CellAct's Notice of Breach including review of underlying agreements and due diligence questionnaire (3.00); review related correspondence from P. Strassburger and R. Inz (.30).

**TOTAL**                                                            **108.40**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street

New York, NY 10281-1047

**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                                    305158-999007

Invoice: 33344961

PURDUE PHARMA L.P.

Attention: Philip C. Strassburger, Esq.

Vice President, General Counsel

One Stamford Forum

Stamford, CT 06901

For legal services rendered for the period through September 30, 2019:

| | | |
|---|---|---|
| Retention Matters | USD | 15,072.50 |
| Less 10% Fee Discount | | (1,507.25) |
| | USD | 13,565.25 |
| **TOTAL** | **USD** | **13,565.25** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33344961 WITH YOUR PAYMENT

305158-999007                                                                    Page 2
                                                                           January 21, 2020
Retention Matters                                                      Invoice:  33344961


                              TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| **PARTNER** | | | |
| D T MOSS | 0.30 | 950.00 | 285.00 |
| **ASSOCIATE** | | | |
| A M HEMENDINGER | 9.30 | 475.00 | 4,417.50 |
| A KORDAS | 8.80 | 650.00 | 5,720.00 |
| **STAFF ATTY** | | | |
| L C FISCHER | 9.30 | 500.00 | 4,650.00 |
| **TOTAL** | **27.70** | **USD** | **15,072.50** |

305158-999007                                                                    Page 3
                                                                          January 21, 2020

Retention Matters                                                      Invoice:  33344961


### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 09/20/19 | A M HEMENDINGER | 0.50 |

Correspond with A. Kordas regarding retention application.

| 09/20/19 | A KORDAS | 3.50 |
|---|---|---|

Research regarding OCP caps (.50); confer with A. Hemendinger regarding same (.30); confer with D. Moss and J. Normile regarding matter (.50); confer with C. Robertson (DPW) regarding matter (.30); research regarding special litigation counsel retention (1.50); review conflicts list and correspond with L. Fisher regarding same (.50).

| 09/20/19 | D T MOSS | 0.30 |
|---|---|---|

Coordinate with Kordas regarding retention and related items.

| 09/21/19 | A M HEMENDINGER | 2.00 |
|---|---|---|

Research precedent OCP motions and orders.

| 09/22/19 | A M HEMENDINGER | 4.00 |
|---|---|---|

Research OCP related question.

| 09/23/19 | A KORDAS | 1.80 |
|---|---|---|

Research precedent in connection with JD retention application (1.50); correspond with L. Fischer and A. Hemendinger regarding matter (.30).

| 09/24/19 | A KORDAS | 2.00 |
|---|---|---|

Confer with D. Moss (JD) and C. Peterson (DPW) regarding retention (.50); draft/revise billing memo (.50); research regarding billing logistics in patent litigation retention matters (1.00).

| 09/25/19 | A KORDAS | 1.50 |
|---|---|---|

Draft/revise billing memorandum (.50); review UST guidelines in connection with retention (1.00); confer with J. Normile regarding same (.10).

| 09/26/19 | L C FISCHER | 2.50 |
|---|---|---|

Review and format list of interested parties received from debtors' counsel for new retention as Special Litigation counsel.

| 09/27/19 | L C FISCHER | 3.50 |
|---|---|---|

Review and conform list of interested parties for use in running conflict inquiry reports (3.00); email communication with A. Kordas (JD) regarding same (.50).

| 09/27/19 | L C FISCHER | 3.30 |
|---|---|---|

Review and analyze conflict inquiry reports for all interested parties in conjunction with preparing the Firm's disclosure as special litigation counsel to the debtors.

| 09/30/19 | A M HEMENDINGER | 2.80 |
|---|---|---|

Draft retention application.

**TOTAL**                                                                    27.70

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020

305158-610005

Invoice: 33344969

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2019:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 14,735.00 |
| Less 10% Fee Discount | | (1,473.50) |
| | USD | 13,261.50 |
| **TOTAL** | **USD** | **13,261.50** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name: Jones Day
Account No: 37026407
ABA No: 021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name: Jones Day
Account No: 37026407
ABA No: 021000089
Swift Code: CITIUS33

PLEASE REFERENCE 305158-610005/33344969 WITH YOUR PAYMENT

19-23649-rdd    Doc 788    Filed 03/16/20    Entered 03/16/20 15:35:13    Main Document
Pg 70 of 167

305158-610005

Page 2
January 21, 2020
Invoice:  33344969

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P D HENDLER | 13.00 | 1,050.00 | 13,650.00 |
| OF COUNSEL | | | |
| K I NIX | 0.50 | 1,050.00 | 525.00 |
| PARALEGAL | | | |
| S T JOHNSON | 1.60 | 350.00 | 560.00 |
| **TOTAL** | **15.10** | **USD** | **14,735.00** |

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/01/19 | P D HENDLER | 1.40 |

Preparation for and participation in teleconference with client, including B. Koch, concerning the status of the litigation (.30); research concerning various patent issues and communications with B. Koch and R. Inz regarding same (1.10).

| 10/01/19 | K I NIX | 0.50 |

Teleconference with client (P. Strassburger, R. Silbert) and trial team (J. Normile, G. LaRosa) regarding status and strategy in light of bankruptcy filing and stay order.

| 10/02/19 | P D HENDLER | 0.30 |

Review/analyze PTAB orders regarding stay.

| 10/03/19 | P D HENDLER | 2.20 |

Research concerning various patent issues.

| 10/07/19 | P D HENDLER | 2.40 |

Teleconference with client (R. Inz and B. Koch) regarding status of pending patent litigation and advise regarding same and impact of bankruptcy proceedings on such patent litigation (.40); consideration of impact of stay, and potential schedule and action items post-stay (2.00).

| 10/08/19 | P D HENDLER | 0.20 |

Consideration of potential schedule and action items post-stay and communications with client (B. Koch) regarding same.

| 10/09/19 | P D HENDLER | 0.50 |

Review potential schedule and action items post-stay (.20); communications and teleconference with client (B. Koch) regarding same (.30).

| 10/10/19 | P D HENDLER | 1.50 |

Consideration of potential schedule and action items post-stay (1.00); communications with client (B. Koch) regarding same (.50).

| 10/14/19 | P D HENDLER | 0.40 |

Teleconference with client (R. Silbert, R. Inz, B. Koch and R. Kreppel) regarding status of pending patent litigation and advice regarding same, including impact of bankruptcy proceedings on the patent cases and potential patent litigation.

| 10/15/19 | P D HENDLER | 2.30 |

Review/analyze submissions in various Collegium matters.

| 10/15/19 | S T JOHNSON | 1.60 |

Review docket of related case and select and assemble reference set for attorneys of relevant orders, pleadings, declarations and exhibits regarding claim construction.

| 10/16/19 | P D HENDLER | 1.50 |

Attention to related docket regarding filings in that action.

| 10/21/19 | P D HENDLER | 0.30 |

Teleconference with client including P. Strassburger regarding status.

**TOTAL**                                                                                      **15.10**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                                                  305158-610013

Invoice: 33344974

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2019:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 32,427.50 |
| Less 10% Fee Discount | | (3,242.75) |
| | USD | 29,184.75 |

DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Consultants and Agents Fees | 750.00 | |
| | | 750.00 |
| **TOTAL** | **USD** | **29,934.75** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610013/33344974 WITH YOUR PAYMENT

19-23649-rbl   Doc 788   Filed 01/29/20   Entered 01/29/20 15:37:13   Main Document
                              Pg 59 of 97

305158-610013                                                    Page 2
                                                         January 21, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.   Invoice:  33344974

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| P D HENDLER | 6.40 | 1,050.00 | 6,720.00 |
| G J LAROSA | 1.50 | 975.00 | 1,462.50 |
| J J NORMILE | 16.00 | 1,150.00 | 18,400.00 |
| **OF COUNSEL** | | | |
| K I NIX | 1.40 | 1,050.00 | 1,470.00 |
| **ASSOCIATE** | | | |
| K MCCARTHY | 3.70 | 550.00 | 2,035.00 |
| A M NICOLAIS | 3.00 | 500.00 | 1,500.00 |
| **PARALEGAL** | | | |
| S T JOHNSON | 2.40 | 350.00 | 840.00 |
| **TOTAL** | **34.40** | **USD** | **32,427.50** |

305158-610013

Page 3
January 21, 2020
Invoice: 33344974

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

SERVICES DETAIL SCHEDULE

*Date of Service*    *Timekeeper Name*                                                    *Hours*

10/01/19     P D HENDLER                                                          1.70
Preparation for and participation in teleconference with client, including B. Koch, concerning the status of
the litigation (.30); review corrections to deposition transcript of Dr. Bley (.50); review potential redactions
of confidential information with respect to the parties' joint status report to the Court (.90).

10/01/19     S T JOHNSON                                                          1.20
Manage finalization of errata for depositions transcripts and serve on opposing counsel with copy to court
reporter (.90); review and format case pleadings and correspondence for reference by attorneys (.30).

10/01/19     G J LAROSA                                                           0.50
Communicate with client (B. Koch) regarding case status and strategy.

10/01/19     K MCCARTHY                                                           1.50
Draft/revise Purdue weekly litigation status updates (.20); call with B. Koch (Purdue) regarding weekly
litigation status updates (.50); draft/revise patent analysis (.30); internal meeting regarding same (.50).

10/01/19     A M NICOLAIS                                                         3.00
Drafting Bley deposition errata (1.00); researching case-law regarding various patent law issues (2.00).

10/01/19     J J NORMILE                                                          2.50
Various office and teleconferences with P. Hendler regarding status of proceedings and impact of Chapter
11 filing (1.00); review research regarding impact of same (.50); preparation for and participation in weekly
team teleconference with P. Strassburger, B. Koch, R. Kreppel, R. Inz, P. Hendler and K. McCarthy (1.00).

10/02/19     S T JOHNSON                                                          0.30
Review and format recent case pleadings and correspondence and calendar due dates for reference by
attorneys.

10/03/19     P D HENDLER                                                          0.50
Consideration of supplemental submission regarding potential stay (.30); review Court's Order staying
actions (.20).

10/03/19     S T JOHNSON                                                          0.90
Review and format case pleadings and correspondence and calendar due dates for reference by attorneys.

10/03/19     K MCCARTHY                                                           0.20
Coordinate updates to team calendar in view of Court's oral order staying case with S. Johnson (.10); call
with co-counsel M. Luneak (Finnegan Henderson) regarding service of written discovery in view of Court's
oral order vacating all case deadlines (.10).

10/03/19     K I NIX                                                              0.30
Review/analyze orders from Judge Andrews staying cases and regarding 30-month stay.

10/03/19     J J NORMILE                                                          1.50
Review Court Order staying proceedings in view of Chapter 11 filing (.50); related office and
teleconferences with P. Hendler and B. Koch (1.00).

10/04/19     P D HENDLER                                                          0.50
Attention to stay order and communications with experts regarding same.

10/04/19     K MCCARTHY                                                           0.50
Communicate with experts David Bugay and James Wuest regarding Court's oral order staying case and
vacating case deadlines (.20); draft/revise Purdue weekly litigation status updates and communicate
internally regarding draft updates (.30).

10/04/19     K I NIX                                                              0.80
Review status report (.50); emails with commercial success expert, E. Gaier, regarding stay entered in case
(.30).

305158-610013                                                                                    Page 4
                                                                                      January 21, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                       Invoice:  33344974

| Date of Service | Timekeeper Name | Hours |
| --- | --- | --- |

10/07/19       P D HENDLER                                                               2.30
          Teleconference with client (R. Inz and B. Koch) regarding status of pending patent litigation and advise
          regarding same and impact of bankruptcy proceedings on such patent litigation (.20); consideration of
          impact of stay, and potential schedule and action items post-stay (2.10).

10/07/19       G J LAROSA                                                                 0.50
          Communicate with client (R. Inz and B. Koch) regarding case status and strategy.

10/07/19       K MCCARTHY                                                                 0.50
          Draft/revise Purdue weekly litigation status updates and send to client (.30); conference call with client in-
          house legal team (B. Koch, R. Kreppel, R. Inz) and Jones Day team (J. Normile, P. Hendler, G. Larosa, K.
          Nix) regarding weekly litigation status updates (.20).

10/07/19       K I NIX                                                                    0.30
          Teleconference with client (P. Strassburger, R. Silbert) regarding status and strategy.

10/07/19       J J NORMILE                                                               2.00
          Teleconference with P. Mathers of Kleinfeld Kaplan (FDA counsel), regarding status of district court and
          PTO proceedings (.50); review background materials (.50); preparation for and participation in weekly
          status call including P. Strassburger, B. Koch, R. Kreppel, R. Silbert, P. Hendler and K. McCarthy (1.00).

10/08/19       P D HENDLER                                                               0.20
          Consideration of potential schedule and action items post-stay and communications with client (B. Koch)
          regarding same.

10/09/19       P D HENDLER                                                               0.50
          Consideration of potential schedule and action items post-stay, communications and teleconference with
          client (B. Koch) regarding same.

10/14/19       P D HENDLER                                                               0.40
          Teleconference with client (R. Silbert, R. Inz, B. Koch and R. Kreppel) regarding status of pending patent
          litigation and advise regarding same, including impact of bankruptcy proceedings on the patent cases and
          potential patent litigation.

10/14/19       J J NORMILE                                                               2.50
          Preparation for and participation in teleconference with P. Strassburger regarding outstanding district court
          case issues (1.00); preparation for and participation in weekly team status teleconference with P.
          Strassburger, R. Kreppel, R. Silbert, R. Inz, B. Koch to discuss bankruptcy proceedings and impact on
          pending cases (1.50).

10/15/19       J J NORMILE                                                               1.50
          Review correspondence from P. Strassburger (Purdue) regarding pending suit, including various pleadings
          and correspondence with the court.

10/21/19       P D HENDLER                                                               0.30
          Teleconference with client including P. Strassburger (Purdue) regarding case status.

10/21/19       K MCCARTHY                                                                0.50
          Client conference call with J. Normile, P. Hendler, and K. Nix regarding litigation status updates.

10/21/19       J J NORMILE                                                               1.50
          Preparation for and participation in weekly team teleconference with P. Strassburger, R. Kreppel, B. Koch,
          R. Silbert and R. Inz regarding outstanding district court and bankruptcy court proceedings.

10/24/19       J J NORMILE                                                               1.50
          Review correspondence and IPC press release relating to FDA directive to resume Advisory Committee
          meetings for individual opioid products (1.00); related teleconferences with B. Koch (.20); review
          background materials (.30).

305158-610013                                                          Page 5
                                                                January 21, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.        Invoice:  33344974

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/25/19 | J J NORMILE | 2.00 |

Review correspondence and IPC production documents relating to FDA directive to resume Advisory Committee meetings for individual opioid products (1.50); review background materials (.50).

| 10/28/19 | G J LAROSA | 0.50 |

Communicate with client (B. Koch) regarding case status and strategy.

| 10/28/19 | K MCCARTHY | 0.50 |

Client conference call with J. Normile and G. LaRosa regarding litigation status updates.

| 10/28/19 | J J NORMILE | 1.00 |

Preparation for and participation in weekly team status teleconference with P. Strassburger, B. Koch, R. Kreppel, R. Inz and R. Silbert (.50); review background materials regarding same (.50).

**TOTAL**                                                              **34.40**

305158-610013                                                                    Page 6
                                                                         January 21, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.         Invoice:  33344974


DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|

**CONSULTANTS FEES**

10/10/19    NYC ACCOUNTING                         NYC        750.00
            Experts fees - EMERSON RESOURCES, INC. for Document Hosting/Storage - September 2019
            (1/2 balance due for storage 9/16/19 - 9/30/19).
                    **Consultants fees Subtotal**                                      **750.00**

            **TOTAL**                                          **USD**          **750.00**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                             305158-610022

                                                        Invoice: 33344980

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2019:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 4,007.50 |
| Less 10% Fee Discount | | (400.75) |
| | USD | 3,606.75 |
| **TOTAL** | **USD** | **3,606.75** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610022/33344980 WITH YOUR PAYMENT

19-23649-rbl    Doc 788    Filed 01/29/20    Entered 01/29/20 15:37:13    Main Document
Pg 79 of 167

305158-610022                                                            Page 2
                                                               January 21, 2020
Collegium 961 PGR                                          Invoice: 33344980


                        TIMEKEEPER DETAIL SCHEDULE

                                        *Hours*        *Rate*        *Amount*

        PARTNER
          G J LAROSA                      0.50        975.00          487.50
          J J NORMILE                     3.00      1,150.00        3,450.00
        PARALEGAL
          S T JOHNSON                     0.20        350.00           70.00

        **TOTAL**                         **3.70**     **USD**      **4,007.50**

305158-610022                                                            Page 3
                                                            January 21, 2020

Collegium 961 PGR                                     Invoice: 33344980


                        SERVICES DETAIL SCHEDULE


*Date of Service*      *Timekeeper Name*                              *Hours*

10/02/19       S T JOHNSON                                             0.20
        Review and format recent case pleadings and correspondence and calendar due dates for reference by
        attorneys.

10/02/19       G J LAROSA                                             0.50
        Communicate with client (B. Koch) regarding Order regarding motion to stay (.30) and conferred with J.
        Normile and P. Hendler regarding same (.20).

10/02/19       J J NORMILE                                           1.50
        Review of PTO decisions granting a stay of proceedings (1.00); related office and teleconferences with P.
        Hendler, G. LaRosa and B. Koch (.50).

10/03/19       J J NORMILE                                           1.50
        Various office and teleconferences with G. LaRosa and P. Hendler regarding PTO stay decisions and need
        to bring to Judge Andrew's attention (1.00); communicate with R. Smith of Morris Nichols (local counsel)
        regarding same (.50).

**TOTAL**                                                            **3.70**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                                        305158-610025

                                                                       Invoice: 33344981

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2019:

| | | |
|---|---|---|
| IPC II | USD | 490.00 |
| Less 10% Fee Discount | | (49.00) |
| | USD | 441.00 |
| **TOTAL** | **USD** | **441.00** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                          Citibank, N.A.
New York, NY                            New York, NY
Account Name: Jones Day                 Account Name: Jones Day
Account No: 37026407                    Account No: 37026407
ABA No: 021000089                       ABA No: 021000089
                                        Swift Code: CITIUS33

PLEASE REFERENCE 305158-610025/33344981 WITH YOUR PAYMENT

305158-610025

Page 2<br>January 21, 2020<br>Invoice:  33344981

IPC II

## TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARALEGAL |  |  |  |
| S T JOHNSON | 1.40 | 350.00 | 490.00 |
| **TOTAL** | **1.40** | **USD** | **490.00** |

19-23649-rdd    Doc 748    Filed 03/16/20    Entered 03/16/20 19:06:53    Main Document
Pg 83 of 167

305158-610025                                                    Page 3
                                                        January 21, 2020
IPC II                                                  Invoice:  33344981


                        SERVICES DETAIL SCHEDULE


| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/01/19 | S T JOHNSON | 0.80 |
| | Review and format case pleadings and correspondence for reference by attorneys. | |
| 10/03/19 | S T JOHNSON | 0.60 |
| | Review and format case pleadings and correspondence and calendar due dates for reference by attorneys. | |
| **TOTAL** | | **1.40** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                                305158-640002

Invoice: 33344984

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2019:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 97,382.50 |
| Less 10% Fee Discount | | (9,738.25) |
| | USD | 87,644.25 |
| **TOTAL** | **USD** | **87,644.25** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33344984 WITH YOUR PAYMENT

19-23649-rdd    Doc 783    Filed 01/29/20    Entered 01/29/20 15:37:13    Main Document
JONES DAY
Pg 52 of 67

305158-640002                                                      Page 2
                                                            January 21, 2020
Strategic Corporate Advice                               Invoice:  33344984

### TIMEKEEPER DETAIL SCHEDULE

|                  | Hours | Rate     | Amount     |
|------------------|-------|----------|------------|
| PARTNER          |       |          |            |
| P D HENDLER      | 1.00  | 1,050.00 | 1,050.00   |
| G J LAROSA       | 0.80  | 975.00   | 780.00     |
| D T MOSS         | 3.90  | 950.00   | 3,705.00   |
| J J NORMILE      | 59.60 | 1,150.00 | 68,540.00  |
| K D ORR          | 5.50  | 1,275.00 | 7,012.50   |
| A C REMPP        | 1.10  | 1,050.00 | 1,155.00   |
| OF COUNSEL       |       |          |            |
| O BENNING        | 16.00 | 775.00   | 12,400.00  |
| T C MAHLICH      | 0.60  | 900.00   | 540.00     |
| ASSOCIATE        |       |          |            |
| A M NICOLAIS     | 4.20  | 500.00   | 2,100.00   |
| R SIMS           | 0.20  | 500.00   | 100.00     |
| **TOTAL**        | **92.90** | **USD** | **97,382.50** |

305158-640002                                                                                    Page 3
                                                                                    January 21, 2020
Strategic Corporate Advice                                                          Invoice: 33344984

SERVICES DETAIL SCHEDULE

*Date of Service*      *Timekeeper Name*                                                  *Hours*

10/01/19       O BENNING                                                                    1.50
        Conference call with P. Strassburger, R. Inz (both Purdue Pharma L.P.), P. Bivens (Davis Polk), K. Orr, D.
        Moss, T. Mahlich (all Jones Day) on Notice of Breach, response letter and strategy going forward (.70);
        preparing conference call with client (.30), telephone conversation with J. Normile regarding same (.10);
        legal analysis of agreements concluded with CellAct with CellAct Pharma GmbH (.40).

10/01/19       G J LAROSA                                                                   0.80
        Communicate with J. Normile regarding analysis of CellAct correspondence and related allegations.

10/01/19       T C MAHLICH                                                                  0.60
        Attend teleconference with client (P. Strassburger, B. Koch and R. Inz) and other outside counsel (DPW)
        to discuss strategy in responding to CellAct's claims letter.

10/01/19       D T MOSS                                                                     0.70
        Call with R. Inz, P. Strassburger (both Purdue), P. Bevins (Davis Polk), O. Benning, D. Moss, K. Orr, A.
        Rempp and T. Mahlich regarding default notice in Germany and strategy for next steps.

10/01/19       J J NORMILE                                                                  2.50
        Preparation for and participation in teleconference with R. Inz, P. Strassburger, O. Benning, P. Bevins, D.
        Moss, K. Orr, A. Rempp and T. Mahlich regarding status of matter and action items (1.50); participation in
        teleconference with P. Strassburger regarding same (.50); review background materials and recent
        correspondence (.50).

10/01/19       K D ORR                                                                      1.50
        Prepare for and attend call with R. Inz, P. Strassburger, O. Benning, P. Bevins, D. Moss, K. Orr, A. Rempp
        and T. Mahlich regarding default notice in Germany.

10/02/19       J J NORMILE                                                                  1.00
        Review correspondence from O. Benning regarding Cross Relation Agreements and possible stay in claims
        against Mundipharma.

10/03/19       D T MOSS                                                                     0.50
        Communicate with K. Orr and J. Normile regarding IPC (.20); review memo to Purdue (.30).

10/03/19       J J NORMILE                                                                  1.50
        Analyze impact of Chapter 11 filing on pending district court and PTO proceedings (1.00); teleconference
        with K. Orr and D. Moss regarding same (.50).

10/03/19       K D ORR                                                                      0.50
        Communicate with D. Moss and J. Normile regarding IPC.

10/04/19       J J NORMILE                                                                  2.50
        Research regarding impact of Chapter 11 filing on district court and PTO proceedings (2.00); review
        correspondence from P. Strassburger regarding CellAct and Mundipharma (.50).

10/07/19       J J NORMILE                                                                  1.00
        Review various emails from R. Inz (Purdue) and C. Atzler (Baker & McKenzie) regarding document
        production.

10/08/19       J J NORMILE                                                                  1.50
        Continued analyzing impact of Chapter 11 filing including impact on future ANDA files.

10/09/19       J J NORMILE                                                                  1.50
        Analysis regarding impact of Chapter 11 filing including impact on future ANDA files (.50); review Purdue
        request for a 270-day injunction and impact of same on district court and PTO proceedings (1.00).

10/10/19       O BENNING                                                                    2.00
        Legal review of documents provided by R. Inz (Purdue Pharma L.P.).

305158-640002

Page 4
January 21, 2020
Invoice: 33344984

Strategic Corporate Advice

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**10/10/19    A M NICOLAIS    0.60**
Communication in firm with P. Hendler re Collegium litigation status (.20); reviewing case docket re same (.30).

**10/10/19    J J NORMILE    2.00**
Various office and teleconferences with P. Hendler and B. Koch (Purdue) regarding upcoming hearing on Purdue Motion for a 270-day preliminary injunction and impact of same on 30-month stays (1.50); review email from R. Inz regarding information in response to O. Benning questions (.50).

**10/11/19    J J NORMILE    2.50**
Continued review and analysis of various license agreements.

**10/14/19    J J NORMILE    2.00**
Continued review and analysis of various license agreements.

**10/15/19    J J NORMILE    2.00**
Review of recent correspondence relating to dispute with CellAct including correspondence from R. Inz regarding 1782 actions.

**10/16/19    O BENNING    0.80**
Conference call with P. Strassburger, R. Inz (both Purdue Pharma L.P.), F. Bivens, C. Robertson (both Davis Polk), and K. McCarthy, J. Normile (both Jones Day) on status regarding automatic stay, open issues, next steps.

**10/16/19    J J NORMILE    5.00**
Review draft response letter to CellAct, review materials relating to termination letter and review materials relating to joint defense agreement between Purdue and Mundipharma (2.00); continued review and analysis of license agreements (3.00).

**10/16/19    A C REMPP    0.30**
Review latest correspondence (.30); e-mail exchange with O. Benning (Jones Day) regarding latest correspondence (.10).

**10/17/19    O BENNING    4.60**
Telephone conversation with T. Mahlich (Jones Day) on legal issues regarding automatic stay (.10); telephone conversation with A. Brandi-Dohrn (von Boetticher firm) on Notice of Breach, outstanding response on issues of substance, preparing call (.50); drafting summary of telephone conversation with A. Brandi-Dohrn (von Boetticher firm) on Notice of Breach (1.50); legal analysis of German-law aspects regarding Notice of Breach, cross-border issues (2.50).

**10/17/19    J J NORMILE    4.00**
Review and revision of memoranda regarding license agreements (1.00); consider various matters relating to extension of automatic bankruptcy stay to non-debtors (1.50); consider various matters regarding German liability questions relating to CellAct dispute (1.50).

**10/17/19    A C REMPP    0.20**
Review summary of call with opposing counsel (.10); e-mail exchange regarding summary of call with opposing counsel (.10).

**10/18/19    O BENNING    4.80**
E-mail to P. Strassburger, R. Inz (both Purdue Pharma L.P.), F. Bivens (Davis Polk) on summary of telephone conversation with A. Brandi-Dohrn (von Boetticher firm) on Notice of Breach (1.00); e-mail correspondence with K. Orr, D. Moss (both Jones Day) on outcome of conference call with Purdue Pharma L.P. team and Davis Polk team on status re. automatic stay, open issues, envisaged steps (1.20); telephone conversation with D. Moss (Jones Day) on status regarding automatic stay, Purdue APA and Mundipharma APA, next steps, legal analysis regarding same (.80); drafting mark-up to draft letter regarding Notice of Breach sent by CellAct GmbH (.80).

305158-640002                                                                    Page 5
                                                                    January 21, 2020
Strategic Corporate Advice                                          Invoice:  33344984

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

10/18/19    D T MOSS                                                      1.00
Review correspondence from O. Benning and A. Rempp regarding bankruptcy code automatic stay
implication with potential German litigation (.30); communicate with O. Benning and A. Rempp regarding
expanded automatic stay and recognition of same by German courts (.70).

10/18/19    J J NORMILE                                                   3.50
Review and revision of memoranda regarding license agreements (1.00); consider various matters relating to
extension of automatic bankruptcy stay to non-debtors (1.50); consider various matters regarding German
liability questions relating to CellAct dispute (1.50).

10/18/19    K D ORR                                                       1.50
Review of CellAct analysis.

10/18/19    A C REMPP                                                     0.30
E-mail exchange regarding discussions with and request from opposing counsel.

10/18/19    R SIMS                                                        0.20
Call with D. Moss regarding application of automatic stay to German proceeding.

10/21/19    O BENNING                                                     0.30
E-mail to P. Strassburger and R. Inz (both Purdue Pharma L.P.) on mark-up to draft letter regarding Notice of
Breach sent by CellAct GmbH.

10/21/19    J J NORMILE                                                   4.50
Review various correspondence and comments to response letter to CellAct including emails from O.
Benning and R. Inz (1.50); continued review and vetting of conflicts matters in conjunction with Chapter
11 filing (3.00).

10/22/19    D T MOSS                                                      0.40
Review correspondence regarding automatic stay strategy and German law implications (.30); communicate
with K. Orr regarding same (.10).

10/22/19    J J NORMILE                                                   3.50
Review various correspondence regarding conflicts review and filings in light of Chapter 11 bankruptcy
(2.50); review various correspondence and background materials regarding bankruptcy court permission to
file Hatch-Waxman case in the ordinary course of business (1.00).

10/22/19    K D ORR                                                       1.50
Revise of CellAct proposed draft (.60); participation in CellAct breach letter conference call with J.
Normile, P. Strassburger, D. Moss, and R. Kreppel.

10/23/19    O BENNING                                                     2.00
Conference call with P. Strassburger, R. Inz, (both Purdue Pharma L.P.), F. Bivens, C. Robertson (both
Davis Polk), J. Normile, K. Orr, T. Mahlich, J. Hübert and K. McCarthy (all Jones Day) on status regarding
automatic stay, upcoming filing of motions for legal hearing in bankruptcy case (.30); legal analysis of
automatic stay, possible strategies from German-law perspective (1.60); telephone conversation with K. Orr
(Jones Day) on status regarding automatic stay, possible strategies going forward (.10).

10/23/19    J J NORMILE                                                   3.00
Review documents relating to CellAct dispute including Davis Polk draft letter regarding stay of
proceedings (2.00); review email correspondence from O. Benning, R. Inz and K. Orr regarding same
(1.00).

10/23/19    A C REMPP                                                     0.30
Review of Davis Polk letter (.20); e-mail exchange with O. Benning (Jones Day) regarding Davis Polk letter
(.10).

10/25/19    J J NORMILE                                                   1.50
Preparation for and participation in teleconferences with K. Orr and D. Moss regarding various patent
license agreements.

305158-640002

Strategic Corporate Advice

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/25/19 | K D ORR | 0.50 |

Analysis of company IP assets values with J. Normile and D. Moss; analysis of protection strategies for IP asset values.

| 10/28/19 | J J NORMILE | 1.50 |
|---|---|---|

Preparation for and participation in teleconference with R. Kreppel regarding various generic settlement agreements.

| 10/29/19 | D T MOSS | 0.80 |
|---|---|---|

Communicate with Purdue IP team, J. Normile, and K. Orr regarding various patent agreements.

| 10/29/19 | J J NORMILE | 4.50 |
|---|---|---|

Preparation for and participation in teleconference with K. Orr, D. Moss, P. Strassburger, R. Kreppel, R. Inz and R. Silbert regarding patent license agreements and review of same (3.00); review of correspondence from R. Kreppel regarding list of agreements and review of D. Moss revisions to same (1.50).

| 10/30/19 | D T MOSS | 0.50 |
|---|---|---|

Revise memo from client regarding patent license agreements.

| 10/30/19 | J J NORMILE | 3.50 |
|---|---|---|

Preparation for and participation in office and teleconference with K. Orr and D. Moss regarding patent license agreements and review of same (1.80); review of correspondence from R. Kreppel regarding list of agreements and review of underlying agreements (1.70).

| 10/31/19 | P D HENDLER | 1.00 |
|---|---|---|

Preparation for and participation in teleconference with J. Normile, P. Strassburger and R. Kreppel (Purdue), and C. Robertson, D. Bauer and D. Forester (Davis Polk).

| 10/31/19 | A M NICOLAIS | 3.60 |
|---|---|---|

Review and update current patents and plaintiffs in suit for meeting with bankruptcy counsel (.50); drafting summary regarding same for J. Normile (1.00); drafting updates to Purdue litigation status slide deck for same (2.00).

| 10/31/19 | J J NORMILE | 5.10 |
|---|---|---|

Review creditors committee inquiries relating to generic patent litigations (1.50); preparation for and participation in teleconference with P. Strassburger, R. Kreppel, P. Hendler, D. Forester, D. Bauer and C. Robertson regarding same (1.00); review background slides regarding the underlying district court and PTO proceedings, involved patents, Orange Book listings and status of proceedings (1.50); review correspondence from P. Strassburger regarding UCC questions to Mr. Lowne relating to various patent matters and related office and teleconferences (.10); review various correspondence relating to response letter from Purdue and Mundipharma to CellAct (1.00).

**TOTAL**                                                                 92.90

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street

New York, NY 10281-1047

**(212) 326-3939**

Federal Identification Number:  34-0319085

January 21, 2020                                                                 305158-999007

                                                                                 Invoice: 33345016

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2019:

| | | |
|---|---|---|
| Retention Matters | USD | 73,252.50 |
| Less 10% Fee Discount | | (7,325.25) |
| | USD | 65,927.25 |
| **TOTAL** | **USD** | **65,927.25** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-999007/33345016 WITH YOUR PAYMENT

19-23649-rbl    Doc 788    Filed 01/29/20    Entered 01/29/20 19:37:53    Main Document
Pg 108 of 167

305158-999007                                                    Page 2
                                                        January 21, 2020
Retention Matters                                       Invoice: 33345016


TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 9.30 | 1,150.00 | 10,695.00 |
| ASSOCIATE |  |  |  |
| A M HEMENDINGER | 4.90 | 475.00 | 2,327.50 |
| A KORDAS | 2.20 | 650.00 | 1,430.00 |
| STAFF ATTY |  |  |  |
| L C FISCHER | 117.60 | 500.00 | 58,800.00 |
| **TOTAL** | **134.00** | **USD** | **73,252.50** |

305158-999007

Retention Matters

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**10/01/19       L C FISCHER                                                                  5.50**
Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure.

**10/01/19       L C FISCHER                                                                  1.50**
Draft and revise Schedule 1 (List of Interested Parties) in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure.

**10/01/19       A M HEMENDINGER                                                        1.00**
Draft Purdue billing memorandum to be sent to relevant attorneys.

**10/01/19       A KORDAS                                                                     1.50**
Communicate with D. Moss and J. Normile regarding retention application (.50); draft/revise internal billing memorandum (1.00).

**10/01/19       J J NORMILE                                                                 1.00**
Various office and teleconferences with docketing staff regarding OCP retention and transition of Purdue files and dockets (.50); email to Ms. McCabe regarding same (.30); correspondence with A. Kordas regarding same (.20).

**10/02/19       L C FISCHER                                                                  5.50**
Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's retention application (4.50); draft and revise list of interested parties for same (1.00).

**10/02/19       A M HEMENDINGER                                                        0.10**
Correspond with J. McCarthy regarding billing question for Purdue.

**10/02/19       J J NORMILE                                                                 2.00**
Continued attention to impact of Chapter 11 filing on pending cases including retention and docketing issues (1.50); related communications with A. Kordas, A. Lewis and C. McCabe (.50).

**10/03/19       L C FISCHER                                                                  5.30**
Review and analyze conflict inquiry report covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's retention application.

**10/03/19       L C FISCHER                                                                  1.30**
Draft and revise list of interested parties in Purdue Pharma, et al. for use in preparing the Firm's retention application.

**10/03/19       A M HEMENDINGER                                                        0.80**
Draft retention application.

**10/03/19       J J NORMILE                                                                 1.00**
Review budget estimates and billing guidelines and Grunenthal estimates.

**10/04/19       A M HEMENDINGER                                                        1.50**
Circulate billing memorandum (.40); correspond with L. Fischer regarding conflicts check (.10); draft and revise retention documents (1.00).

**10/04/19       J J NORMILE                                                                 0.50**
Review budgets.

**10/07/19       L C FISCHER                                                                  5.00**
Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure.

305158-999007

Retention Matters

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/07/19 | L C FISCHER | 2.00 |

Draft and revise list of interested parties in the Purdue Pharma, et al. bankruptcy cases as part of the Firm's disclosure.

| 10/07/19 | J J NORMILE | 0.50 |
|---|---|---|

Attention to various budget issues.

| 10/08/19 | L C FISCHER | 3.30 |
|---|---|---|

Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure.

| 10/08/19 | L C FISCHER | 2.20 |
|---|---|---|

Draft and revise list of interested parties for use in preparing the Firm's disclosure documents.

| 10/08/19 | J J NORMILE | 1.00 |
|---|---|---|

Prepare 2020 budgets (.50); related office and teleconferences (.50).

| 10/09/19 | L C FISCHER | 4.50 |
|---|---|---|

Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure.

| 10/09/19 | L C FISCHER | 1.50 |
|---|---|---|

Draft and revise list of interested parties in Pharma Purdue, et al. for use in preparing the Firm's disclosure as special litigation counsel.

| 10/09/19 | J J NORMILE | 1.00 |
|---|---|---|

Prepare 2020 budgets (.50); related office and teleconferences (.20); teleconference with B. Koch and P. Hendler regarding same and additional budgets (.30).

| 10/10/19 | J J NORMILE | 0.50 |
|---|---|---|

Review various budget matters.

| 10/11/19 | L C FISCHER | 4.00 |
|---|---|---|

Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure.

| 10/11/19 | L C FISCHER | 2.00 |
|---|---|---|

Draft and revise list of interested parties for use in preparing the Firm's conflicts disclosure.

| 10/14/19 | L C FISCHER | 2.50 |
|---|---|---|

Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure.

| 10/15/19 | L C FISCHER | 3.30 |
|---|---|---|

Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure (3.00); email communication with A. Hemendinger (JD) regarding same (.30).

| 10/15/19 | A M HEMENDINGER | 0.30 |
|---|---|---|

Correspond with L. Fischer regarding conflicts report.

| 10/15/19 | J J NORMILE | 1.00 |
|---|---|---|

Continued review of comprehensive conflicts check pursuant to Chapter 11 filing.

| 10/16/19 | L C FISCHER | 6.20 |
|---|---|---|

Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure.

| 10/17/19 | L C FISCHER | 6.50 |
|---|---|---|

Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure.

305158-999007                                                                    Page 5
                                                                   January 21, 2020
Retention Matters                                        Invoice:  33345016

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

10/18/19        L C FISCHER                                              5.00
    Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in
    conjunction with preparing the Firm's disclosure.

10/18/19        L C FISCHER                                              2.00
    Draft and revise of interested parties in Purdue Pharma, et al. for use in preparing the Firm's disclosure.

10/21/19        L C FISCHER                                              4.00
    Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in
    conjunction with preparing the Firm's retention application.

10/21/19        A M HEMENDINGER                                          0.50
    Correspond with L. Fischer regarding new matter services and conflicts check.

10/22/19        L C FISCHER                                              9.00
    Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in
    conjunction with preparing the Firm's retention application.

10/23/19        L C FISCHER                                              6.50
    Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in
    conjunction with preparing the Firm's retention application.

10/23/19        L C FISCHER                                              2.00
    Draft and revise list of interested parties in Purdue Pharma, et al. for use in preparing the Firm's retention
    application.

10/24/19        L C FISCHER                                              4.00
    Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in
    conjunction with preparing the Firm's retention application.

10/24/19        L C FISCHER                                              1.50
    Draft and revise list of interested parties in Purdue Pharma, et al. for use in preparing the Firm's disclosure.

10/25/19        L C FISCHER                                              5.00
    Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in
    conjunction with preparing the Firm's disclosure.

10/25/19        L C FISCHER                                              1.00
    Draft and revise list of interested parties in Purdue Pharma, et al. for use in preparing the Firm's disclosure.

10/28/19        L C FISCHER                                              3.00
    Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in
    conjunction with preparing the Firm's disclosure.

10/28/19        A M HEMENDINGER                                          0.20
    Correspond with A. Kordas regarding IP billing specialist question.

10/28/19        A KORDAS                                                 0.20
    Communicate with J. Normile, L. Fischer and A. Hemendinger regarding fee applications.

10/28/19        J J NORMILE                                              0.80
    Various correspondence from A. Kordas regarding status of conflicts review in view of Chapter 11 filing.

10/29/19        L C FISCHER                                              7.00
    Draft and revise disclosure documents per review of conflict inquiry reports covering all interested parties
    in Purdue Pharma, et al. in conjunction with preparing the Firm's disclosure.

10/30/19        L C FISCHER                                              1.00
    Review and analyze conflict inquiry reports covering all interested parties in Purdue Pharma, et al. in
    conjunction with preparing the Firm's disclosure.

19-23649-rdd    Doc 788    Filed 03/16/20    Entered 03/16/20 19:06:57    Main Document
Pg 95 of 167

305158-999007                                                                    Page 6
                                                                     January 21, 2020

Retention Matters                                          Invoice:  33345016


| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/30/19 | A M HEMENDINGER | 0.50 |

Correspond with A. Kordas and L. Fischer regarding conflicts and retention.

| 10/31/19 | L C FISCHER | 4.50 |

Draft and revise disclosure document (Schedule 3) in conjunction with preparing the Firm's disclosure as Ordinary Course Professional/Litigation.

| 10/31/19 | A KORDAS | 0.50 |

Review/analyze financial statements (.40); correspond with J. Normile regarding same (.10).

**TOTAL**                                                        **134.00**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street

New York, NY 10281-1047

**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020

305158-600516

Invoice: 33345029

PURDUE PHARMA L.P.

Attention: Philip C. Strassburger, Esq.

Vice President, General Counsel

One Stamford Forum

Stamford, CT 06901

For legal services rendered for the period through November 30, 2019:

| | | |
|---|---|---|
| Amneal IPR Appeal (376 patent) | USD | 7,782.50 |
| Less 10% Fee Discount | | (778.25) |
| | USD | 7,004.25 |

### DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| United Parcel Service Charges | 23.26 | |
| | | 23.26 |
| **TOTAL** | **USD** | **7,027.51** |

Please remit payment to:

**ACH Transfer (preferred)**

Citibank, N.A.

New York, NY

Account Name: Jones Day

Account No: 37026407

ABA No: 021000089

**Wire Transfer**

Citibank, N.A.

New York, NY

Account Name: Jones Day

Account No: 37026407

ABA No: 021000089

Swift Code: CITIUS33

PLEASE REFERENCE 305158-600516/33345029 WITH YOUR PAYMENT

305158-600516

Amneal IPR Appeal (376 patent)

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| G A CASTANIAS | 0.50 | 1,050.00 | 525.00 |
| J J NORMILE | 3.30 | 1,150.00 | 3,795.00 |
| J L SWIZE | 0.70 | 975.00 | 682.50 |
| ASSOCIATE |  |  |  |
| R N STANDER | 2.70 | 775.00 | 2,092.50 |
| PARALEGAL |  |  |  |
| A R JAMES | 2.50 | 275.00 | 687.50 |
| **TOTAL** | **9.70** | **USD** | **7,782.50** |

305158-600516                                                                 Page 3
                                                              January 21, 2020
Amneal IPR Appeal (376 patent)                           Invoice:  33345029


                            SERVICES DETAIL SCHEDULE


*Date of Service*      *Timekeeper Name*                                    *Hours*

11/04/19       J J NORMILE                                               1.80
        Various office and teleconferences (J. Swize) regarding Federal Circuit Arthrex decision including review of
        background materials (1.00); participate in weekly status teleconference (.80).

11/20/19       G A CASTANIAS                                             0.50
        Review motions for extension of time in Supreme Court, including related teleconferences with J. Normile.

11/20/19       J J NORMILE                                               1.00
        Various office and teleconferences with G. Castanias and R. Stander regarding motion to extend time to file
        petition for certiorari.

11/20/19       R N STANDER                                              2.70
        Draft application for extension of time to file petition for certiorari.

11/20/19       J L SWIZE                                                 0.50
        Confer with R. Stander on drafting application for extension of time for filing a Supreme Court certiorari
        petition (.20); review draft application for extension of time for filing a Supreme Court certiorari petition
        and provide edits (.30).

11/21/19       A R JAMES                                                 2.50
        Finalize application for extension of time to file Supreme Court petition (1.00); file electronically and file
        hard copies at court (1.00); complete service requirements (.50).

11/21/19       J L SWIZE                                                 0.20
        Review near-final application for extension of time for seeking Supreme Court review and provide final
        edits to application for filing.

11/26/19       J J NORMILE                                               0.50
        Review of U.S. Supreme Court Order granting extension of time to file petition for certiorari including
        related correspondence.

        **TOTAL**                                                        **9.70**

JONES DAY

305158-600516

Amneal IPR Appeal (376 patent)

Page 4

January 21, 2020

Invoice: 33345029

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|

**UNITED PARCEL SERVICE CHARGES**

| | | | | |
|------|-----------------|----------|--------|-------|
| 11/21/19 | A R JAMES | WAS | 11.63 | |
| | United Parcel Services Charges, Noel J. Francisco, U.S. Department of Justice, 1Z2718740199163 0 | | | |
| 11/21/19 | A R JAMES | WAS | 11.63 | |
| | United Parcel Services Charges, Thomas W. Krause, U.S. Patent and Trademark Office, 1Z27187401 382488 | | | |
| | **United Parcel Service charges Subtotal** | | | **23.26** |
| | **TOTAL** | | **USD** | **23.26** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047

**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                                        305158-610005

Invoice: 33345031

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2019:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 12,845.00 |
| Less 10% Fee Discount | | (1,284.50) |
| | USD | 11,560.50 |
| **TOTAL** | **USD** | **11,560.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610005/33345031 WITH YOUR PAYMENT

19-23649-rdd   Doc 733   Filed 01/29/20   Entered 01/29/20 15:37:13   Main Document
Pg 102 of 167

305158-610005

Page 2
January 21, 2020
Invoice: 33345031

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** |  |  |  |
| P D HENDLER | 5.40 | 1,050.00 | 5,670.00 |
| J J NORMILE | 6.00 | 1,150.00 | 6,900.00 |
| **ASSOCIATE** |  |  |  |
| K MCCARTHY | 0.50 | 550.00 | 275.00 |
| **TOTAL** | **11.90** | **USD** | **12,845.00** |

305158-610005                                                          Page 3
                                                                January 21, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals         Invoice:  33345031

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 11/04/19 | P D HENDLER | 3.50 |

Review/analuze case strategy including plan for post stay (3.30); teleconference with B. Koch (Purdue) regarding status (.20).

| 11/05/19 | P D HENDLER | 1.00 |

Review presentation to Davis Polk concerning patent litigations in connection with preparation for meeting with unsecured creditors (.50); draft inserts concerning patent licenses (.50).

| 11/10/19 | K MCCARTHY | 0.50 |

Draft/revise updated summary chart of PTAB judge decision statistics and communicate internally regarding same.

| 11/18/19 | P D HENDLER | 0.50 |

Preparation for and participation in teleconference with P.Strassburger and B. Koch (Purdue) regarding status of matter including strategy regarding post-stay action.

| 11/24/19 | J J NORMILE | 2.00 |

Review of relevant materials relating to post stay proceedings.

| 11/25/19 | P D HENDLER | 0.40 |

Preparation for and participation in teleconference with client, including B. Koch, regarding status of matter.

| 11/26/19 | J J NORMILE | 2.00 |

Continued review of materials relating to post stay proceedings.

| 11/27/19 | J J NORMILE | 2.00 |

Continued review of materials relating to potential post stay proceedings.

**TOTAL**                                                              **11.90**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                            305158-610013

                                                           Invoice: 33345042

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2019:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 14,435.00 |
| Less 10% Fee Discount | | (1,443.50) |
| | USD | 12,991.50 |

### DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Consultants and Agents Fees | 1,500.00 | |
| | | 1,500.00 |
| **TOTAL** | **USD** | **14,491.50** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name: Jones Day               Account Name: Jones Day
Account No: 37026407                  Account No: 37026407
ABA No: 021000089                     ABA No: 021000089
                                      Swift Code: CITIUS33

PLEASE REFERENCE 305158-610013/33345042 WITH YOUR PAYMENT

19-23649-rdd   Doc 788   Filed 01/29/20   Entered 01/29/20 15:37:13   Main Document
Pg 9 of 97

305158-610013                                                           Page 2
                                                                January 21, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.          Invoice: 33345042

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 6.10 | 1,050.00 | 6,405.00 |
| G J LAROSA | 1.00 | 975.00 | 975.00 |
| J J NORMILE | 4.00 | 1,150.00 | 4,600.00 |
| OF COUNSEL |  |  |  |
| K I NIX | 1.50 | 1,050.00 | 1,575.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 1.60 | 550.00 | 880.00 |
| **TOTAL** | **14.20** | **USD** | **14,435.00** |

305158-610013                                                               Page 3
                                                                    January 21, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.           Invoice: 33345042

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 11/04/19 | P D HENDLER | 3.00 |

Consideration of case strategy including plan for post stay (2.80); teleconference with client (P. Strassburger, B. Koch and R. Inz) regarding status (.20).

| 11/04/19 | G J LAROSA | 0.50 |

Communicate with client (P. Strassburger, B. Koch and R. Inz) regarding case status and strategy.

| 11/04/19 | K MCCARTHY | 0.80 |

Draft/revise Purdue weekly litigation status updates (0.30); client call with J. Normile, G. LaRosa, P. Hendler, and K. Nix regarding litigation status updates (0.50).

| 11/04/19 | K I NIX | 1.50 |

Teleconference with client (P. Strassburger, R. Silbert) and team (J. Normile, P. Hendler, G. LaRosa) regarding status and strategy (1.50) review/analyze license agreements (.50); review/analyze Arthrex decision (.50).

| 11/05/19 | P D HENDLER | 1.00 |

Review/revise draft presentation to Davis Polk concerning patent litigations in connection with preparation for meeting with unsecured creditors (.50); draft inserts concerning patent licenses (.50).

| 11/11/19 | G J LAROSA | 0.50 |

Communicate with client (P. Strassburger, B. Koch and R. Inz) regarding case status and strategy.

| 11/11/19 | K MCCARTHY | 0.80 |

Draft/revise Purdue weekly litigation status updates (.20); client call with J. Normile and G. LaRosa regarding litigation status updates (.30); communicate with R. Inz, P. Hendler, and A. Nicolais regarding patent term extensions (.30).

| 11/18/19 | P D HENDLER | 0.50 |

Preparation for and participation in teleconference with client (P.Strassburger and B. Koch) regarding status of matter including strategy regarding post-stay action.

| 11/20/19 | J J NORMILE | 1.00 |

Various emails regarding request to IPC to produce FDA documents.

| 11/21/19 | P D HENDLER | 1.20 |

Review communications between FDA and IPC (.50) correspondence with IPC counsel regarding same (.70).

| 11/21/19 | J J NORMILE | 1.00 |

Various emails regarding request to IPC to produce FDA documents.

| 11/25/19 | P D HENDLER | 0.40 |

Preparation for and participation in teleconference with client, including Bruce Koch, regarding status of matter.

| 11/25/19 | J J NORMILE | 2.00 |

Preparation for and participation in weekly team teleconference with R. Silbert, R. Inz, B. Koch, R. Kreppel, P. Hendler, G. LaRosa and A. Nicolais (1.50); review recent correspondence relating to IPC's failure to produce relevant FDA documents including various office conferences (.50).

**TOTAL**                                                              **14.20**

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **CONSULTANTS FEES** | | | | |
| 11/12/19 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Experts fees - EMERSON RESOURCES, INC. for professional services rendered, October 2019 document hosting/storage. | | | |
| | **Consultants fees Subtotal** | | | 1,500.00 |
| **TOTAL** | | | **USD** | **1,500.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                              305158-610022

                                                             Invoice: 33345045

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2019:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 17,530.00 |
| Less 10% Fee Discount | | (1,753.00) |
| | USD | 15,777.00 |
| **TOTAL** | **USD** | **15,777.00** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610022/33345045 WITH YOUR PAYMENT

305158-610022

Collegium 961 PGR

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 2.00 | 1,050.00 | 2,100.00 |
| G J LAROSA | 1.00 | 975.00 | 975.00 |
| J J NORMILE | 4.50 | 1,150.00 | 5,175.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 0.90 | 550.00 | 495.00 |
| A M NICOLAIS | 5.60 | 500.00 | 2,800.00 |
| LAW CLERK |  |  |  |
| E J KIM | 12.60 | 475.00 | 5,985.00 |
| **TOTAL** | **26.60** | **USD** | **17,530.00** |

19-23649-rbl    Doc 733    Filed 01/29/20    Entered 01/29/20 15:37:13    Main Document
Pg 86 of 97

305158-610022                                                                    Page 3
                                                                      January 21, 2020
Collegium 961 PGR                                                   Invoice:  33345045


                            SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 11/01/19 | P D HENDLER | 1.00 |

Consideration of recent Federal Circuit decision relevant to matter, and impact on matter.

| | | |
|---|---|---|
| 11/04/19 | K MCCARTHY | 0.20 |

Communicate with E. Kim regarding research request issue.

| | | |
|---|---|---|
| 11/05/19 | E J KIM | 2.90 |

Research precedent regarding Administrative Patent Judges.

| | | |
|---|---|---|
| 11/06/19 | E J KIM | 6.20 |

Continued researching precedent regarding Administrative Patent Judges (6.00); confer with M. Johnson regarding same (.20).

| | | |
|---|---|---|
| 11/07/19 | E J KIM | 2.40 |

Update data from previous research with additional criteria (2.30); confer with K. McCarthy and G. LaRosa on findings (.10).

| | | |
|---|---|---|
| 11/07/19 | G J LAROSA | 0.50 |

Review/analyze data regarding PTAB IPR final written decision rates by assigned judges.

| | | |
|---|---|---|
| 11/07/19 | K MCCARTHY | 0.50 |

Draft/revise summary chart of PTAB judge decision statistics (.40); communicate with J. Normile regarding same (.10).

| | | |
|---|---|---|
| 11/07/19 | J J NORMILE | 1.00 |

Review results of legal research relating to statistics for existing PTAB panel and assessment of likelihood of success.

| | | |
|---|---|---|
| 11/11/19 | K MCCARTHY | 0.20 |

Draft/revise summary chart of PTAB judge decision statistics and communicate internally regarding same.

| | | |
|---|---|---|
| 11/11/19 | J J NORMILE | 2.00 |

Review of PTAB panel statistics and office conference with K. McCarthy regarding same (1.00); preparation for and participation in weekly team status teleconference with P. Strassburger, R. Silbert, R. Inz, R. Kreppel and B. Koch (1.00).

| | | |
|---|---|---|
| 11/25/19 | P D HENDLER | 1.00 |

Review/analyze PTAB order regarding change on panel including research regarding impact on PGR.

| | | |
|---|---|---|
| 11/25/19 | E J KIM | 1.10 |

Research and update statistics on the PTAB judges and confer with A. Nicolais regarding the same.

| | | |
|---|---|---|
| 11/25/19 | G J LAROSA | 0.50 |

Review/analyze Order and conferred with J. Normile, P. Hendler and A. Nicolais regarding same.

| | | |
|---|---|---|
| 11/25/19 | A M NICOLAIS | 5.60 |

Weekly Purdue conference meeting (.30); researching statistics regarding PTAB & Collegium PGR judges (2.50); collecting/drafting data chart (2.00); communication in firm with E. Kim regarding same (.80).

| | | |
|---|---|---|
| 11/25/19 | J J NORMILE | 1.50 |

Review of PTAB order regarding change in panel including various office and teleconferences and review of background materials on new judge.

**TOTAL**                                                                        26.60

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street

New York, NY 10281-1047

**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020

305158-640002

Invoice: 33345050

PURDUE PHARMA L.P.

Attention: Philip C. Strassburger, Esq.

Vice President, General Counsel

One Stamford Forum

Stamford, CT 06901

For legal services rendered for the period through November 30, 2019:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 118,820.00 |
| Less 10% Fee Discount | | (11,882.00) |
| | USD | 106,938.00 |
| **TOTAL** | **USD** | **106,938.00** |

Please remit payment to:

**ACH Transfer (preferred)**

Citibank, N.A.

New York, NY

Account Name: Jones Day

Account No: 37026407

ABA No: 021000089

**Wire Transfer**

Citibank, N.A.

New York, NY

Account Name: Jones Day

Account No: 37026407

ABA No: 021000089

Swift Code: CITIUS33

PLEASE REFERENCE 305158-640002/33345050 WITH YOUR PAYMENT

19-23649-rdd    Doc 748    Filed 03/16/20    Entered 03/16/20 19:06:53    Main Document
Pg 3 of 67

305158-640002

Strategic Corporate Advice

Page 2
January 21, 2020
Invoice:  33345050

TIMEKEEPER DETAIL SCHEDULE

|                | Hours   | Rate      | Amount      |
|----------------|---------|-----------|-------------|
| PARTNER        |         |           |             |
| P D HENDLER    | 0.50    | 1,050.00  | 525.00      |
| G J LAROSA     | 1.00    | 975.00    | 975.00      |
| D T MOSS       | 5.30    | 950.00    | 5,035.00    |
| J J NORMILE    | 73.20   | 1,150.00  | 84,180.00   |
| K D ORR        | 4.20    | 1,275.00  | 5,355.00    |
| A C REMPP      | 1.20    | 1,050.00  | 1,260.00    |
| OF COUNSEL     |         |           |             |
| O BENNING      | 2.30    | 775.00    | 1,782.50    |
| ASSOCIATE      |         |           |             |
| A M NICOLAIS   | 24.00   | 500.00    | 12,000.00   |
| I M PEREZ      | 16.90   | 425.00    | 7,182.50    |
| PARALEGAL      |         |           |             |
| S T JOHNSON    | 1.50    | 350.00    | 525.00      |
| **TOTAL**      | **130.10** | **USD** | **118,820.00** |

19-23649-rdd    Doc 788    Filed 01/29/20    Entered 01/29/20 15:07:13    Main Document
Pg 89 of 97

305158-640002

Strategic Corporate Advice

Page 3
January 21, 2020
Invoice: 33345050

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**11/01/19  J J NORMILE** — 4.00
Continued review of background materials related to Unsecured Creditors Committee inquiries including district court and USPTO proceedings (2.00); review related correspondence (.50); review and respond to various emails relating to dispute with CellAct (1.50).

**11/03/19  J J NORMILE** — 4.50
Review various emails from P. Strassburger, R. Inz (both Purdue) and P. Mathers (Kleinfeld Kaplan - FDA counsel) regarding various license agreements and related background materials (2.00); review and revise draft motion (1.00); review materials from Depomed matter regarding value of licensed IP (1.50).

**11/04/19  A M NICOLAIS** — 0.50
Review/analyze Purdue/Grunenthal patent license agreement.

**11/04/19  J J NORMILE** — 4.50
Preparation for upcoming Unsecured Creditors Committee teleconference including review of draft slides and materials from Depomed action (2.00); review Grunenthal License Agreement (1.00); review Grunenthal and LTS Agreements (1.50).

**11/05/19  O BENNING** — 0.30
Telephone conversation with P. Strassburger (Purdue Pharma L.P.) on status regarding automatic stay, interrelation between Purdue Asset Purchase Agreement and Mundipharma Asset Purchase Agreement, next steps.

**11/05/19  G J LAROSA** — 1.00
Draft/revise insert regarding LTS Agreement.

**11/05/19  D T MOSS** — 0.70
Communicate with K. Orr regarding patent contract issues (.20); communicate with P. Strassburger, R. Kreppel, K. Orr, and J. Normile regarding various patent license agreements (.50).

**11/05/19  A M NICOLAIS** — 3.40
Communication with J. Normile regarding next steps (.20); edits/revisions to Purdue Oxycontin litigation status presentation and Orange Book listed patent status chart for creditors meeting (3.20).

**11/05/19  J J NORMILE** — 7.50
Review background materials including various Purdue License Agreements (2.50); various emails to/from P. Strassburger and C. Robertson (DPW) regarding same (1.00); preparation for and participation in teleconferences with P. Strassburger, C. Robertson (DPW) and E. Vonnegut regarding same (1.00); review and revise slides for upcoming Unsecured Creditors Committee teleconference including office conferences with A. Nicolais and P. Strassburger, R. Kreppel and B. Koch (1.50); preparation for and participation in teleconference with P. Strassburger, R. Kreppel, D. Moss and K. Orr regarding patent license agreements (1.00); review and revise same (.50).

**11/05/19  K D ORR** — 1.00
Communicate with D. Moss regarding contract issues (.50); communicate with P. Strassburger, R. Kreppel, J. Normile and D. Moss regarding assumption related issues and strategy (.50).

**11/05/19  A C REMPP** — 0.50
Review latest correspondence (.40); e-mail exchange with O. Benning (Jones Day) regarding latest correspondence (.10).

**11/06/19  J J NORMILE** — 3.00
Preparation for and participation in teleconference with P. Strassburger, R. Kreppel and B. Koch regarding patent license agreements including review of background materials (1.50); review correspondence from R. Kreppel regarding Rule 64 of FRCP (1.00); review slides for upcoming Unsecured Creditors Committee teleconference (.50).

305158-640002                                                            Page 4
                                                                   January 21, 2020
Strategic Corporate Advice                                       Invoice: 33345050

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**11/07/19   J J NORMILE** — 1.50
Continued review of additional materials relating to Grunenthal and LTS patent license agreements.

**11/08/19   D T MOSS** — 0.50
Review patent license agreements (.20); communicate with J. Normile regarding the same (.30).

**11/08/19   J J NORMILE** — 3.50
Continued review of additional materials relating to Purdue patent license agreements (1.50); continued preparation of presentation for Unsecured Creditors Committee teleconference including review of background materials (2.00).

**11/08/19   K D ORR** — 1.50
Review/analyze patent license agreements.

**11/11/19   D T MOSS** — 0.40
Communicate with K. Orr and J. Normile regarding patent license agreements and overall next steps.

**11/11/19   A M NICOLAIS** — 8.00
Researching caselaw/statutes regarding Rule 64, Fed.R.Civ.P issues (6.50); communication with J. Normile regarding same (1.00); review low ABUK patent/OxyContin comparison analysis and collect supporting materials at request of R. Inz (.50).

**11/11/19   J J NORMILE** — 3.00
Attention to memo relating to various patent license agreements including D. Moss and K. Orr comments (1.50); review of results of research regarding Rule 64 (1.50).

**11/11/19   K D ORR** — 0.50
Communicate with J. Normile and D. Moss regarding memo relating to various patent license agreements.

**11/12/19   A M NICOLAIS** — 8.80
Continue review of low ABUK patent and collection of supporting materials at request of R. Inz regarding PTE (1.00); review/draft summary of remaining asserted claims of Purdue's patents-in-suit (1.00); reviewing all Purdue litigation dockets and drafting timeline summary of litigation and FDA events (6.80).

**11/12/19   J J NORMILE** — 3.00
Prepare for upcoming Unsecured Creditors Committee teleconference including review of background materials relating to pending cases, Orange Book listed patents and relevant timelines.

**11/13/19   P D HENDLER** — 0.50
Review draft memo regarding license agreements and revisions to same.

**11/13/19   S T JOHNSON** — 1.50
Search for, assemble and format key documents and exhibits from previous patent infringement litigations deemed relevant to current patent prosecutions, for reference by attorneys.

**11/13/19   A M NICOLAIS** — 3.30
Edits/revision to low ABUK patent comparison and supporting materials at request of R. Inz regarding PTE (1.50); reviewing supporting materials and use in past litigations regarding confidentiality for same (1.00); communication with P. Hendler regarding same (.80).

**11/13/19   J J NORMILE** — 3.00
Review suggested edits to memo relating to patent license agreements and related background materials relating to Grunenthal and LTS Agreements (2.00); review various timelines for Unsecured Creditors Committee presentation (1.00).

**11/13/19   K D ORR** — 0.50
Communicate with J. Normile regarding memo relating to patent license agreements.

**11/14/19   J J NORMILE** — 4.00
Review CellAct letter to Purdue regarding waiving the statute of limitations and related teleconferences (1.00); preparation for upcoming Unsecured Creditors Committee teleconference (3.00).

305158-640002                                                                    Page 5
                                                                    January 21, 2020

Strategic Corporate Advice                                          Invoice: 33345050

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 11/15/19 | O BENNING | 1.00 |

Legal analysis of request from CellAct Pharma GmbH for waiving limitation of claims defense, German-law issues and e-mail to P. Strassburger, R. Inz, K. McCarthy (all Purdue Pharma L.P.) regarding same (.50); conference call with P. Strassburger, R. Inz, K. McCarthy (all Purdue Pharma L.P.), F. Bivens, C. Robertson (both Davis Polk), J. Normile (Jones Day) on status regarding automatic stay, request from CellAct Pharma GmbH for waiving limitation of claims defense, German-law issues, relevance of bar date in Chapter 11 proceedings, next steps (.20); telephone conversations with A. Brandi-Dohrn (lawyer retained by CellAct Pharma GmbH) on request from CellAct Pharma GmbH for waiving limitation of claims defense, German-law issues, relevance of bar date in Chapter 11 proceedings, letter to be expected from Davis Polk as restructuring counsel (.30).

| 11/15/19 | J J NORMILE | 5.00 |

Preparation for and participation in Unsecured Creditors Committee teleconference including office conferences with P. Strassburger, R. Kreppel and B. Koch and review of background materials and slides (3.0); review correspondence regarding CellAct request to waive statute of limitations including O. Benning email (1.5); review K. Orr comments to memo relating to patent license agreements (.50).

| 11/15/19 | A C REMPP | 0.10 |

Correspondence with O. Benning and P. Strassburger regarding waiver request.

| 11/16/19 | J J NORMILE | 2.00 |

Review correspondence from P. Strassburger regarding procedural issues relating to Collegium case and review relevant law regarding same.

| 11/17/19 | J J NORMILE | 0.50 |

Review draft letter to CellAct German counsel regarding waiving statute of limitations.

| 11/18/19 | D T MOSS | 1.00 |

Review edits to revised memo relating to patent license agreements (.80); communicate with J. Normile regarding same (.20).

| 11/18/19 | J J NORMILE | 4.50 |

Review correspondence from Ms. Benedict regarding communications with CellAct (.50); participate in weekly status teleconference with P. Strassburger, R. Silbert, R. Inz, R. Kreppel and B. Koch and review litigation trackers (1.00); teleconference with P. Strassburger regarding procedural issue regarding Collegium case and review of background materials regarding same (3.00).

| 11/18/19 | A C REMPP | 0.10 |

Correspondence with K. Benedict, R. Aleali, P. Strassburger and O. Benning regarding waiver.

| 11/19/19 | O BENNING | 1.00 |

Legal analysis of response letter from Davis Polk on request from CellAct Pharma GmbH for waiving limitation of claims defense, German-law issues, e-mail to K. Benedict, E. Vonnegut (both Davis Polk) regarding same (.20); conference call with P. Strassburger, R. Inz, K. McCarthy (all Purdue Pharma L.P.), F. Bivens, C. Robertson (both Davis Polk), J. Normile (Jones Day) on status regarding automatic stay, request from CellAct Pharma GmbH for waiving limitation of claims defense, German-law issues, relevance of bar date in Chapter 11 proceedings, next steps (.40); telephone conversations with A. Brandi-Dohrn (lawyer retained by CellAct Pharma GmbH) on request from CellAct Pharma GmbH for waiving limitation of claims defense, German-law issues, relevance of bar date in Chapter 11 proceedings, letter to be expected from Davis Polk as restructuring counsel (.40).

| 11/19/19 | D T MOSS | 0.50 |

Review memo relating to patent license agreements (.40) and communicate with J. Normile regarding same (.10).

| 11/19/19 | J J NORMILE | 4.00 |

Correspondence with D. Moss and K. Orr regarding procedural issues in the Collegium case (1.00); review relevant background materials regarding same (2.00); review correspondence from O. Benning and K. Benedict regarding waiver of status of limitations in CellAct matter (1.00).

305158-640002                                                                    Page 6
                                                                        January 21, 2020
Strategic Corporate Advice                                         Invoice:  33345050

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**11/19/19     A C REMPP                                            0.30**
Review waiver letter comments and correspondence; e-mail exchange regarding waiver letter comments.

**11/20/19     D T MOSS                                             0.70**
Communicate with I. M. Perez regarding procedural issues in the Collegium case (.30); communicate with J. Normile regarding same (.10); communicate with R. Stander regarding appellate questions (.30).

**11/20/19     J J NORMILE                                          4.00**
Correspondence with D. Moss and K. Orr regarding Collegium case (1.00); review relevant background materials regarding same (2.00); review correspondence from O. Benning and K. Benedict regarding waiver of status of limitations on CellAct matter (1.00).

**11/20/19     I M PEREZ                                            4.70**
Communicate with D. Moss regarding research on procedural issues in the Collegium case (.20); research First and Second Circuit case law regarding same (4.50).

**11/21/19     D T MOSS                                             0.50**
Review I. M. Perez research (.40) and circulate same with comments to K. Orr and J. Normile (.10).

**11/21/19     J J NORMILE                                          4.00**
Review legal research regarding procedural issues in the Collegium case (2.00); related office and teleconferences (D. Moss) (1.00); review various emails regarding request for statute of limitations waiver language in CellAct matter (1.00).

**11/22/19     D T MOSS                                             1.00**
Communicate with J. Normile, K. Orr, and P. Strassburger regarding IP litigation strategy (.60); communicate with I.M. Perez regarding research (.40).

**11/22/19     J J NORMILE                                          4.50**
Preparation for and participation in teleconference with P. Strassburger, K. Orr and D. Moss regarding various procedural issues in the Collegium case (1.00); review background materials and relevant caselaw (1.50); review CellAct letter to Mundipharma and various correspondence regarding waiver language (1.00); review retention application and Purdue bankruptcy engagement letter (1.00).

**11/22/19     K D ORR                                              0.70**
Prepare for and communicate with D. Moss, J. Normile and P. Strassburger regarding IP litigation strategy.

**11/22/19     I M PEREZ                                            3.20**
Discuss further legal research with D. Moss (.20); research case law on adjudication of intellectual property issues (3.00).

**11/22/19     A C REMPP                                            0.20**
Review latest comments on and changes to draft waiver letter; e-mail exchange with working team regarding final comments and changes to draft waiver letter.

**11/23/19     J J NORMILE                                          3.00**
Review various correspondence including emails from P. Strassburger as well as background materials regarding DPW comments to memo on various patent license agreements (1.50); review various comments and correspondence relating to letter to unsecured creditors committee regarding Grunenthal and LTS license agreements including related background materials (1.00); review CellAct letter to Mundipharma and related emails (.50).

**11/24/19     I M PEREZ                                            2.00**
Research case law on various intellectual property issues.

**11/25/19     I M PEREZ                                            7.00**
Research case law regarding intellectual property issues (6.00); draft summary of research findings and analysis (1.00).

19-23649-rdd    Doc 788    Filed 03/16/20    Entered 03/16/20 15:37:13    Main Document
Pg 93 of 97

**JONES DAY**

305158-640002

Strategic Corporate Advice

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 11/26/19 | J J NORMILE | 0.20 |

Review of correspondence from R. Silbert regarding various criminal prosecutions relating to opioid distribution.

**TOTAL**                    **130.10**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 21, 2020                                            305158-999007

                                                            Invoice: 33345057

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2019:

| | | |
|---|---|---|
| Retention Matters | USD | 41,835.00 |
| Less 10% Fee Discount | | (4,183.50) |
| | USD | 37,651.50 |
| **TOTAL** | **USD** | **37,651.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33345057 WITH YOUR PAYMENT

305158-999007

Retention Matters

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| D T MOSS | 0.70 | 950.00 | 665.00 |
| J J NORMILE | 4.00 | 1,150.00 | 4,600.00 |
| ASSOCIATE |  |  |  |
| A M HEMENDINGER | 26.00 | 475.00 | 12,350.00 |
| A KORDAS | 12.80 | 650.00 | 8,320.00 |
| STAFF ATTY |  |  |  |
| L C FISCHER | 31.80 | 500.00 | 15,900.00 |
| **TOTAL** | **75.30** | **USD** | **41,835.00** |

305158-999007

Retention Matters

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 11/03/19 | L C FISCHER | 4.00 |

Review and analyze conflict inquiry reports for all interested parties in Purdue Pharma, L.P., et al. in conjunction with preparing the Firm's disclosure as ordinary course professionals/litigation.

| 11/04/19 | L C FISCHER | 4.00 |

Draft and revise disclosure document (Schedule 3) to the Firm's retention application.

| 11/04/19 | J J NORMILE | 1.00 |

Prepare updated budgets for duration of existing district court and USPTO proceedings.

| 11/05/19 | L C FISCHER | 9.00 |

Review and analyze conflict inquiry reports for all interested parties in Purdue Pharma, L.P., et al. in conjunction with preparing the Firm's disclosure (3.00); draft and revise disclosure document (Schedule 3) in connection with same (6.00).

| 11/06/19 | L C FISCHER | 9.00 |

Draft and revise disclosure document (Schedule 3) to the Firm's retention application.

| 11/07/19 | L C FISCHER | 5.30 |

Draft and revise disclosure documents in conjunction with preparing the Firm's disclosure (5.00); email communication with J. Normile, A. Kordas and A. Hemendinger regarding same (.30).

| 11/07/19 | A M HEMENDINGER | 3.30 |

Correspond with L. Fisher and A. Kordas regarding retention application (.20); correspond with J. McCarthy regarding October financials (.10); draft retention application (3.00).

| 11/07/19 | A KORDAS | 0.50 |

Review historical billing; correspond with J. Normile and D. Moss regarding same.

| 11/07/19 | J J NORMILE | 1.00 |

Various emails with A. Kordas regarding retention application issues.

| 11/08/19 | A M HEMENDINGER | 4.70 |

Draft Purdue special counsel retention application.

| 11/08/19 | J J NORMILE | 1.00 |

Various emails with A. Kordas regarding retention issues.

| 11/12/19 | A M HEMENDINGER | 0.70 |

Draft and revise Purdue Pharma special litigation counsel retention application.

| 11/13/19 | A M HEMENDINGER | 5.60 |

Correspond with L. Fischer regarding disclosure of interested parties (.30); draft and revise retention application (5.20).

| 11/13/19 | A KORDAS | 0.50 |

Correspond with A. Hemendinger regarding retention application (.20); correspond with C. Robertson (DPW) regarding same (.10); review docket in connection with matter (.20).

| 11/14/19 | A M HEMENDINGER | 1.80 |

Revise special counsel retention application (1.70); meet with A. Kordas regarding same (.10).

| 11/14/19 | A KORDAS | 2.00 |

Communicate with A. Hemendinger (JD) and D. Consla (DPW) regarding retention application (.50); review conflicts disclosure statement (.50); draft/revise retention application (1.00).

| 11/15/19 | A M HEMENDINGER | 0.40 |

Research retainer questions related to retention application.

305158-999007

Retention Matters

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 11/15/19 | A KORDAS | 0.50 |

Communicate with A. Hemendinger regarding retention application (.20); review research (.20); review docket in connection with same (.10).

| 11/17/19 | A M HEMENDINGER | 1.70 |
|---|---|---|

Research retainer precedent language for retention application.

| 11/18/19 | L C FISCHER | 0.50 |
|---|---|---|

Email communication with A. Hemendinger and A. Kordas regarding conflicts review for additional parties in connection with the Firm's retention disclosure (.30); initiate request for conflict inquiry reports for same (.20).

| 11/18/19 | A M HEMENDINGER | 2.50 |
|---|---|---|

Review and revise interested parties list.

| 11/19/19 | A M HEMENDINGER | 2.50 |
|---|---|---|

Research patent counsel retention application precedent.

| 11/19/19 | A KORDAS | 5.60 |
|---|---|---|

Draft/revise retention application and supporting declarations (3.60; revise conflict report (1.40); review objection regarding evergreen retainers (.30); correspond with J. Normile, D. Moss and A. Hemendinger regarding same (.30).

| 11/20/19 | A M HEMENDINGER | 1.80 |
|---|---|---|

Review and analyze retention application revisions (.60); review and summarize interim compensation application (1.20).

| 11/20/19 | A KORDAS | 0.50 |
|---|---|---|

Communicate with J. McCarthy, D. Moss and A. Hemendinger regarding fee application (.30); revise same (.20).

| 11/20/19 | D T MOSS | 0.50 |
|---|---|---|

Review JD retention application and related material.

| 11/20/19 | J J NORMILE | 1.00 |
|---|---|---|

Review/revise retention application.

| 11/22/19 | A M HEMENDINGER | 1.00 |
|---|---|---|

Communicate with A. Kordas regarding retention application (.20); research SDNY precedent (.50); review billing and financials from J. McCarthy (.30).

| 11/22/19 | A KORDAS | 3.20 |
|---|---|---|

Draft/revise retention application (1.50); revise disclosures schedule (1.00); correspond with J. Normile, D. Moss and A. Hemendinger regarding matter (.40); call with D. Moss regarding same (.10); correspond with D. Consla (DPW) regarding matter (.20).

| 11/22/19 | D T MOSS | 0.20 |
|---|---|---|

Communicate with A. Kordas regarding retention issues.

**TOTAL**        75.30

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 30, 2020                                                    305158-999007

                                                                Invoice: 33348992

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2019:

| | | |
|---|---|---|
| Retention Matters | USD | 19,645.00 |
| Less 10% Fee Discount | | (1,964.50) |
| | USD | 17,680.50 |
| **TOTAL** | **USD** | **17,680.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33348992 WITH YOUR PAYMENT

305158-999007

Retention Matters

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
|   J J NORMILE | 7.50 | 1,150.00 | 8,625.00 |
| ASSOCIATE |  |  |  |
|   A M HEMENDINGER | 3.60 | 475.00 | 1,710.00 |
|   A KORDAS | 10.40 | 650.00 | 6,760.00 |
|   A M NICOLAIS | 1.30 | 500.00 | 650.00 |
| LAW CLERK |  |  |  |
|   M I TELEGEN | 4.00 | 475.00 | 1,900.00 |
| **TOTAL** | **26.80** | **USD** | **19,645.00** |

19-23649-rdd    Doc 803    Filed 02/06/20    Entered 02/06/20 17:05:04    Main Document
Pg 128 of 194

305158-999007

Retention Matters

Page 3
January 30, 2020
Invoice:  33348992

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/02/19 | A KORDAS | 0.70 |

Draft/revise retention application.

| 12/03/19 | A KORDAS | 2.90 |

Several rounds of revisions to the retention application (1.80); confer with J. Normile regarding matter (.30); draft/revise engagement letter (.40); coordinate signatures (.30); circulate draft to D. Consla (DPW) (.10).

| 12/03/19 | A M NICOLAIS | 1.30 |

Edits/revisions to retention application for special litigation counsel.

| 12/03/19 | J J NORMILE | 2.00 |

Review retention application materials including Declarations of Normile and Kesselman, as well as various correspondence from A. Kordas (Jones Day)  and D. Consla (DPW).

| 12/04/19 | J J NORMILE | 1.00 |

Review retention application materials including Declarations of Normile and Kesselman, as well as various correspondence from A. Kordas (Jones Day) and D. Consla (DPW).

| 12/05/19 | A KORDAS | 0.80 |

Finalize retention application for filing (.50); coordinate filing with D. Consla (DPW) (.30).

| 12/05/19 | J J NORMILE | 1.50 |

Attention to finalizing retention application and supporting documents.

| 12/16/19 | A KORDAS | 0.20 |

Review docket in connection with retention application (.10); correspond with D. Consla (DPW) regarding same (.10).

| 12/16/19 | J J NORMILE | 1.50 |

Review/revise Purdue Retention Application (1.00); various emails to/from A. Kordas and D. Consla regarding same (.50).

| 12/18/19 | J J NORMILE | 0.50 |

Review correspondence from Ms. Consla to the Court regarding Retention Procedures.

| 12/19/19 | A M HEMENDINGER | 2.00 |

Review interim compensation procedures and create calendar of fee deadlines (1.00); draft fee statement for September to November (1.00).

| 12/19/19 | A KORDAS | 0.40 |

Communicate with A. Hemendinger and J. Normile regarding monthly fee statement (.30); review docket in connection with same (.20).

| 12/20/19 | A M HEMENDINGER | 1.20 |

Communicate with M. Telegen regarding fee statement (.50); draft and revise fee statement (.60).

| 12/20/19 | A KORDAS | 1.20 |

Meet with J. Normile regarding monthly fee statement (.30); review UST guidelines in connection with same (.40); review invoices in connection with same (.50).

| 12/20/19 | J J NORMILE | 1.00 |

Preparation for and participation in office conference with A. Kordas regarding Retention Application including review of background materials.

| 12/20/19 | M I TELEGEN | 0.60 |

Communicate with A. Hemendinger regarding Purdue Pharma Fee Statement.

| 12/22/19 | A KORDAS | 2.00 |

Revise invoices to conform to UST guidelines.

305158-999007                                                                                Page 4
                                                                                   January 30, 2020
Retention Matters                                                             Invoice:  33348992


| *Date of Service* | *Timekeeper Name* | *Hours* |
| --- | --- | --- |
| 12/23/19 | A M HEMENDINGER | 0.40 |
| | Review fee statement excel sheet. | |
| 12/23/19 | A KORDAS | 2.20 |
| | Review/revise invoices in connection with monthly fee statement (1.70); confer with J. Normile and J. McCarthy regarding same (.30); confer with A. Hemendinger regarding matter (.20). | |
| 12/23/19 | M I TELEGEN | 3.40 |
| | Communicate with A. Hemendinger regarding fee statement (.30); draft fee statement (3.10). | |
| **TOTAL** | | **26.80** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 30, 2020                                                      305158-600032

                                                                Invoice: 33348980

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2019:

| | | |
|---|---|---|
| Non-Adversarial Ex Parte Counseling | USD | 16,000.00 |
| Less 10% Fee Discount | | (1,600.00) |
| | USD | 14,400.00 |
| **TOTAL** | **USD** | **14,400.00** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-600032/33348980 WITH YOUR PAYMENT

19-23649-rbl    Doc 868    Filed 02/06/20    Entered 02/06/20 19:06:57    Main Document
Pg 126 of 167

305158-600032

Page 2
January 30, 2020
Invoice:  33348980

Non-Adversarial Ex Parte Counseling

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 2.90 | 1,050.00 | 3,045.00 |
| W L NACHLIS | 0.80 | 1,100.00 | 880.00 |
| J J NORMILE | 10.50 | 1,150.00 | 12,075.00 |
| **TOTAL** | **14.20** | **USD** | **16,000.00** |

305158-600032

Page 3
January 30, 2020
Invoice: 33348980

Non-Adversarial Ex Parte Counseling

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/09/19 | P D HENDLER | 2.50 |

Work in connection with patent term extension of Australian patent including consideration of 8a test data from prior litigations and communications with Purdue's Australian counsel (Linda Govenlock) and client (R. Inz) regarding same.

| 12/13/19 | P D HENDLER | 0.40 |

Work in connection with patent term extension of Australian patent including consideration of 8a test data from prior litigations and communications with Purdue's Australian counsel (Linda Govenlock) and client (R. Inz) regarding same.

| 12/17/19 | J J NORMILE | 2.50 |

Teleconference with P. Strassburger and B. Koch (Purdue) regarding relationship between PPLP and various third parties and ownership of data and IP including review of materials from P. Strassburger.

| 12/18/19 | J J NORMILE | 2.50 |

Teleconference with P. Strassburger and B. Koch regarding relationship between PPLP and various third parties and ownership of data and IP including review of materials from P. Strassburger; related office conference with W. Nachlis.

| 12/19/19 | J J NORMILE | 3.00 |

Continued factual and legal research regarding PPLP relationship and ownership of underlying data.

| 12/20/19 | W L NACHLIS | 0.80 |

Review/analyze issues related to ownership of results of sponsored research (.50); conference with J. Normile regarding same (.30).

| 12/20/19 | J J NORMILE | 2.50 |

Continued factual and legal research regarding PPLP relationship and ownership of underlying data (1.50); related teleconference with G. Lanier and office conference with W. Nachlis (1.00).

**TOTAL**　　　　　　　　　　　　　　　　　　**14.20**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 30, 2020                                                                305158-640002

Invoice: 33348949

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2019:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 52,752.50 |
| Less 10% Fee Discount | | (5,275.25) |
| | USD | 47,477.25 |

### DISBURSEMENTS & CHARGES

| | |
|---|---|
| Travel - Taxi Charges | 147.52 |
| | 147.52 |

**TOTAL**                                        **USD**            **47,624.77**

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33348949 WITH YOUR PAYMENT

305158-640002                                                    Page 2
                                                          January 30, 2020

Strategic Corporate Advice                          Invoice:  33348949

                    TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 1.00 | 1,050.00 | 1,050.00 |
| D T MOSS | 1.00 | 950.00 | 950.00 |
| J J NORMILE | 31.30 | 1,150.00 | 35,995.00 |
| A C REMPP | 0.30 | 1,050.00 | 315.00 |
| OF COUNSEL |  |  |  |
| O BENNING | 1.00 | 775.00 | 775.00 |
| ASSOCIATE |  |  |  |
| R T LATTA | 7.80 | 700.00 | 5,460.00 |
| A M NICOLAIS | 3.30 | 500.00 | 1,650.00 |
| LAW CLERK |  |  |  |
| E J KIM | 9.90 | 475.00 | 4,702.50 |
| PARALEGAL |  |  |  |
| S T JOHNSON | 5.30 | 350.00 | 1,855.00 |
| **TOTAL** | **60.90** | **USD** | **52,752.50** |

19-23649-rdd    Doc 848    Filed 02/16/20    Entered 02/16/20 17:05:04    Main Document
HANSEN REV
Pg 122 of 34

305158-640002                                                          Page 3
                                                                January 30, 2020
Strategic Corporate Advice                                   Invoice:  33348949

## SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**12/05/19    J J NORMILE**    1.50
Preparation for upcoming status call with C. Robertson of DPW including review of background materials.

**12/09/19    S T JOHNSON**    0.50
Search for, assemble and format key documents and exhibits from previous patent infringement litigations deemed relevant to current patent prosecutions, for reference by attorneys.

**12/11/19    R T LATTA**    0.50
Review prior common interest agreements provided by J. Normile.

**12/12/19    R T LATTA**    6.00
Discuss Common Interest Agreement between Purdue and various third parties with J. Normile (.50); prepare Common Interest Agreement (5.50).

**12/12/19    J J NORMILE**    1.00
Review correspondence from K. Barrett (DPW) regarding proposed Cell Act-Mundipharma meeting and related background materials.

**12/13/19    O BENNING**    1.00
E-mail correspondence with K. Benedict (Davis Polk) on mark-up to Waiver of Statute of Limitation Agreement with CellAct Pharma GmbH, relevant time period, German-law issues, providing revised wording (.50); telephone conversation with A. Brandi-Dohrn (the von Boetticher law firm) on background for changes proposed by CellAct Pharma GmbH re. draft Waiver of Statute of Limitation Agreement, non-qualified waiver of limitation vs. waiver of limitation related to non-litigation of claims, next steps (.50).

**12/13/19    S T JOHNSON**    0.30
Format recent correspondence with foreign patent agent regarding proposed elements of patent claims.

**12/13/19    J J NORMILE**    3.50
Review correspondence from/to O. Benning and K. Barrett (DPW) regarding Cell Act/Mundipharma meeting (1.00); review R. Inz (Purdue) comments to PDLP Common Interest Agreement and revise same (2.00); teleconference with R. Kreppel (Purdue) regarding legal research regarding litigation settlement rates for various third parties in Hatch Waxman cases (.30); research regarding same (1.20).

**12/13/19    A C REMPP**    0.30
Review revised waiver language; e-mail exchange regarding revised waiver language.

**12/14/19    E J KIM**    4.20
Gather and analyze data regarding settlement statistics (3.80); communicate with J. Normile regarding the same (.20); communicate with Docket Navigator customer service for recommendations on detailed search parameters related to the research (.20).

**12/14/19    J J NORMILE**    3.00
Review statistical analysis of settlements for various third parties in Hatch Waxman cases and relevant background regarding same (2.00); various emails with E. Kim regarding same (1.00).

**12/15/19    E J KIM**    3.40
Update previously gathered data with new search criteria for settlement statistics on various third parties and analyze the updated data (2.80); communicate with J. Normile regarding the same (.20); communicate with Docket Navigator statistician regarding detailed parameters the tool provides in order to further tailor the data to the research (.40).

**12/15/19    J J NORMILE**    2.50
Review statistical analysis of settlements for various third parties in Hatch Waxman cases and relevant background regarding same (2.00); various emails with E. Kim regarding same (1.00).

19-23649-rbl    Doc 808    Filed 02/06/20    Entered 02/06/20 17:03:04    Main Document
Pg 123 of 94

305158-640002                                                              Page 4
                                                                    January 30, 2020
Strategic Corporate Advice                                   Invoice:  33348949


| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**12/16/19    S T JOHNSON    4.50**
Review production documents and trial exhibits from past litigations for information and data possibly relevant to current foreign patent prosecutions.

**12/16/19    E J KIM    2.30**
Research statistics regarding settled patent infringement actions over the last 5 years, focusing on District Court cases and Hatch-Waxman cases (.30); update and refine data gathered from Docket Navigator (.50); prepare a memo explaining our findings (.80); confer with J. Normile regarding the same (.20); confer with A. Nicolais regarding the same (.50).

**12/16/19    R T LATTA    1.30**
Revise Common Interest Agreements (1.00); draft email to Davis Polk regarding same (.30).

**12/16/19    A M NICOLAIS    3.00**
Research regarding third party pharma settlement statistics (1.80); communication with E. Kim regarding same (.50); edits/revisions to memorandum regarding same (.70).

**12/16/19    J J NORMILE    5.00**
Review statistical analysis of settlements for various third parties in Hatch Waxman cases and relevant background regarding same (2.00); office conference with E. Kim regarding same (.50); various emails to R. Kreppel and P. Strassburger (Purdue) regarding same (.50); various emails to/from P. Strassburger (Purdue) regarding Purdue License Agreements (1.00); related teleconference with K. Orr (JD) and D. Moss (JD) (.50); preparation of position Statement regarding Confidential Interest Agreement (.50).

**12/17/19    D T MOSS    1.00**
Communicate with K. Orr (JD) regarding IP issues (.50); call with P. Strassburger (Purdue), K. Orr, D. Moss and J. Normile re same (.50).

**12/17/19    J J NORMILE    3.00**
Preparation for and participation in teleconference with P. Strassburger, R. Kreppel, B. Koch and R. Inz (all Purdue) regarding Purdue licenses and review of background materials regarding same (2.00); related teleconference with P. Strassburger (Purdue), K. Orr (JD) and D. Moss (JD) (1.00).

**12/19/19    J J NORMILE    1.30**
Review correspondence from B. Koch (Purdue) regarding Purdue retention applications and office conference with A. Kordas (JD) regarding same (1.00); review D. Corsla (DPW) email to the Court regarding same (.30).

**12/20/19    J J NORMILE    2.50**
Teleconference with R. Inz (Purdue) regarding various agreements between PPLP and Euro Celtique including review of various background materials.

**12/21/19    J J NORMILE    1.00**
Review email and attachments from R. Inz (Purdue) regarding ECS-EDO Agreement.

**12/22/19    J J NORMILE    1.00**
Review correspondence and attached 2019 Q4 report prepared by S. Mahmoud (Purdue).

**12/23/19    J J NORMILE    1.00**
Review correspondence and attached report prepared by S. Mahmoud (Purdue).

**12/29/19    J J NORMILE    3.50**
Review correspondence and attachments from P. Strassburger (Purdue) regarding patents, data and know how relating to various development products and various agreements regarding same (2.50); related review of materials forwarded by R. Inz (Purdue) (1.00).

**12/30/19    A M NICOLAIS    0.30**
Draft/revise/circulate all Purdue litigation matters calendar tracker.

305158-640002                                                            Page 5
                                                                   January 30, 2020
Strategic Corporate Advice                                    Invoice:  33348949


| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 12/30/19 | J J NORMILE | 1.50 |
| | Review correspondence from P. Strassburger (Purdue) and C. Robertson (DPW) regarding various Purdue license agreements and related background materials. | |
| 12/31/19 | P D HENDLER | 1.00 |
| | Review/analyze various OxyContin license agreements. | |
| **TOTAL** | | **60.90** |

19-23649-rbl   Doc 808   Filed 02/06/20   Entered 02/06/20 19:06:57   Main Document
Pg 25 of 34

305158-640002                                                                            Page 6
                                                                             January 30, 2020
Strategic Corporate Advice                                                Invoice:  33348949

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|

**LOCAL TAXI CHARGES**

| 12/05/19 | J J NORMILE | NYC | 147.52 | |

Taxi charges - From New York City to Stamford, CT for meeting with client (P. Strassburger, R. Kreppel & B. Koch) in preparation for teleconference with Unsecured Creditors Committee and subsequent teleconference with UCC 15-Nov-2019

| | **Local taxi charges Subtotal** | | | 147.52 |
| | **TOTAL** | | **USD** | 147.52 |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 30, 2020                                                            305158-610022

Invoice: 33348947

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2019:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 2,285.00 |
| Less 10% Fee Discount | | (228.50) |
| | USD | 2,056.50 |
| **TOTAL** | **USD** | **2,056.50** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                            Citibank, N.A.
New York, NY                             New York, NY
Account Name: Jones Day            Account Name: Jones Day
Account No: 37026407                 Account No: 37026407
ABA No: 021000089                     ABA No: 021000089
                                               Swift Code: CITIUS33

PLEASE REFERENCE 305158-610022/33348947 WITH YOUR PAYMENT

JONES DAY

305158-610022

Collegium 961 PGR

Page 2
January 30, 2020
Invoice: 33348947

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** |  |  |  |
| M W JOHNSON | 0.80 | 700.00 | 560.00 |
| J J NORMILE | 1.50 | 1,150.00 | 1,725.00 |
| **TOTAL** | **2.30** | **USD** | **2,285.00** |

19-23649-rdd    Doc 808    Filed 02/06/20    Entered 02/06/20 17:03:04    Main Document
Pg 28 of 34
JONES DAY

305158-610022                                                              Page 3
                                                                    January 30, 2020
Collegium 961 PGR                                              Invoice:  33348947


                            SERVICES DETAIL SCHEDULE

*Date of Service*    *Timekeeper Name*                              *Hours*

12/02/19    M W JOHNSON                                            0.80
            Research PTAB panel changes and possibility for new oral hearing (.30); discuss possible new oral hearing
            in view of PTAB panel change and Arthrex Federal Circuit developments with J. Normile and P. Hendler
            (Jones Day) (.50).

12/02/19    J J NORMILE                                           1.50
            Various office and teleconferences with P. Hendler and M. Johnson (both Jones Day) regarding Federal
            Circuit decision in Arthrex and applicability to pending matter (.50); review of background regarding same
            (1.00).

            **TOTAL**                                              **2.30**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

January 30, 2020                                              305158-610013

                                                             Invoice: 33348945

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2019:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 115,312.50 |
| Less 10% Fee Discount | | (11,531.25) |
| | USD | 103,781.25 |

### DISBURSEMENTS & CHARGES

| | |
|---|---|
| Consultants and Agents Fees | 1,500.00 |
| | 1,500.00 |

**TOTAL**                                      **USD**      **105,281.25**

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610013/33348945 WITH YOUR PAYMENT

19-23649-rdd    Doc 808    Filed 02/06/20    Entered 02/06/20 17:05:04    Main Document
Pg 30 of 94

305158-610013

Page 2
January 30, 2020
Invoice:  33348945

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P D HENDLER | 50.10 | 1,050.00 | 52,605.00 |
| G J LAROSA | 1.50 | 975.00 | 1,462.50 |
| J J NORMILE | 43.50 | 1,150.00 | 50,025.00 |
| ASSOCIATE | | | |
| A M NICOLAIS | 14.70 | 500.00 | 7,350.00 |
| PARALEGAL | | | |
| S T JOHNSON | 9.20 | 350.00 | 3,220.00 |
| LEGAL SUPPORT | | | |
| K HORN | 2.00 | 325.00 | 650.00 |
| **TOTAL** | **121.00** | **USD** | **115,312.50** |

305158-610013

Page 3

January 30, 2020

Invoice: 33348945

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/02/19 | P D HENDLER | 7.00 |

Preparation for and participation in teleconference with P. Strassburger, B. Koch, R. Kreppel, R. Inz, R. Silbert, J. Normile and K. McCarthy regarding status (.40); consideration of strategy for joint status report and review of bankruptcy filings and case law for same (6.60).

| 12/02/19 | J J NORMILE | 4.00 |
|---|---|---|

Preparation for and participation in weekly status call with P. Strassburger, B. Koch, R. Kreppel, R. Inz, R. Silbert (all Purdue), P. Hendler and K. McCarthy (.40) review of background materials regarding same (1.10); various office and teleconferences with P. Hendler and A. Nicolais regarding preparation of Joint Status Report and review of various background materials (2.50).

| 12/03/19 | P D HENDLER | 5.60 |
|---|---|---|

Teleconferences with Purdue's FDA counsel (P. Mathers) regarding 30-month stay (.60); review of IPC's FDA communications concerning same (5.00).

| 12/03/19 | A M NICOLAIS | 6.80 |
|---|---|---|

Meeting with P. Hendler re joint status letter (.30); drafting joint status letter regarding 30-month stay (4.00); research regarding same (1.50); review IPC database re paragraph IV certification communications with the FDA (1.00).

| 12/03/19 | J J NORMILE | 2.00 |
|---|---|---|

Preparation for upcoming Joint Status Report including review of relevant materials relating to IPC NDA and related emails and background materials.

| 12/04/19 | P D HENDLER | 3.30 |
|---|---|---|

Preparation for joint status report, including review of IPC's FDA submissions.

| 12/04/19 | K HORN | 2.00 |
|---|---|---|

Review Relativity database for certain communications between relevant parties per P. Hendler.

| 12/04/19 | S T JOHNSON | 2.50 |
|---|---|---|

Conduct searches for key production documents on review platform for reference by attorney in drafting correspondence to adversary.

| 12/04/19 | A M NICOLAIS | 3.30 |
|---|---|---|

Review IPC database regarding IPC communications to FDA re paragraph IV certification (2.00); continue drafting joint status report (1.30).

| 12/04/19 | J J NORMILE | 2.50 |
|---|---|---|

Various office and teleconferences with P. Hendler regarding preparation of Joint Status Report including review of prior Orders and relevant FDA materials.

| 12/05/19 | P D HENDLER | 4.50 |
|---|---|---|

Preparation of joint status report (1.00); research regarding law concerning 30-month stay and consideration of IPC's FDA submissions (3.50).

| 12/05/19 | S T JOHNSON | 1.50 |
|---|---|---|

Conduct searches for key production documents on review platform for reference by attorney in drafting correspondence to adversary.

| 12/05/19 | J J NORMILE | 3.00 |
|---|---|---|

Various office and teleconferences with P. Hendler regarding preparation of Joint Status Report (1.00) review of prior Orders, relevant FDA materials and procedural background of IPC NDA including announced AdCom meeting and related correspondence (2.00).

| 12/06/19 | P D HENDLER | 6.50 |
|---|---|---|

Draft joint status report (5.50); teleconference with Davis Polk (C. Robertson) (.50) and client (B. Koch) (.50) regarding same.

19-23649-rdd   Doc 803   Filed 02/06/20   Entered 02/06/20 17:05:04   Main Document
Pg 52 of 94

305158-610013

Page 4
January 30, 2020
Invoice: 33348945

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**12/06/19   J J NORMILE   3.50**
Various office and teleconferences with P. Hendler and A. Nicolais regarding preparation of Joint Status Report (1.00); teleconference with C. Robertson (DPW), B. Koch (Purdue) and P. Hendler regarding same (.50); review background materials (2.00).

**12/07/19   J J NORMILE   1.50**
Review and revision of draft Joint Status Report and review of correspondence regarding same.

**12/08/19   A M NICOLAIS   1.80**
Draft/revise December 13th Joint Status Report re bankruptcy update.

**12/08/19   J J NORMILE   1.50**
Review and revision of draft Joint Status Report and review of correspondence regarding same.

**12/09/19   P D HENDLER   4.50**
Teleconference with client (B. Koch) regarding status of matter (.30); draft joint status report (3.20); confer with J. Normile regarding same (.30); communications and teleconference with local counsel (R. Smith) regarding Court schedule (.20); teleconference with Purdue's FDA counsel (P. Mathers) regarding same (.50).

**12/09/19   A M NICOLAIS   1.30**
Research re 30-month stay for joint status letter (.80); drafting summary of research re same (.50).

**12/09/19   J J NORMILE   3.50**
Continued review and revision of draft Joint Status Report (1.50); various office and teleconferences with P. Hendler and R. Smith and review of relevant background materials (1.00); related teleconferences with P. Hendler and P. Mathers (1.00).

**12/10/19   P D HENDLER   7.00**
Draft joint status report, including communications with Purdue (P. Strassburger and B. Koch), Davis Polk (C. Robertson), and local counsel (R. Smith and M. Dellinger) regarding same.

**12/10/19   J J NORMILE   2.50**
Continued review and revision of draft Joint Status Report (2.00); various office and teleconferences with client (B. Koch) and local counsel (M. Dellinger) regarding same (.50).

**12/11/19   P D HENDLER   4.00**
Draft joint status report, including incorporating IPC revisions(2.00); review law regarding same (1.00); communications with local counsel (R. Smith and M. Dellinger), Grunenthal counsel (M. Luneak) and client (B. Koch and R. Kreppel) regarding same (1.00).

**12/11/19   S T JOHNSON   2.00**
Search for and format key documents produced by defendants for reference and citation by attorneys.

**12/11/19   A M NICOLAIS   1.20**
Draft/revise December 13th joint status letter.

**12/12/19   P D HENDLER   2.50**
Review/analyze IPC's draft part of the joint status report, including preparation of response to same (1.00); communications with client (P. Strassburger, B. Koch, and R. Inz), local counsel (R. Smith and M. Dellinger) and Grunenthal counsel (M. Luneak) regarding same (.50); review of prior orders and court submissions (1.00).

**12/12/19   S T JOHNSON   1.50**
Format key case documents for reference and citation by attorneys in correspondence with opposing counsel and in draft Joint Status Report.

305158-610013                                                                        Page 5
                                                                            January 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.              Invoice:  33348945

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

12/12/19      J J NORMILE                                              6.00
Review/revise draft Joint Status Report (2.00); various office conferences (P. Hendler) and teleconferences with client (B. Koch) and local counsel (M. Dellinger) regarding same (1.00); related email correspondence with B. Koch, M. Dellinger (local counsel), P. Hendler and counsel for IPC (1.00); review Judge Andrew's trial calendar for 1 Q 2020 (.50); related correspondence with Morris Nichols (.50); review correspondence regarding upcoming FDA Ad Com meeting on IPC NDA and various emails with P. Strassburger, B. Koch and P. Mathers regarding same (1.00).

12/13/19      P D HENDLER                                              4.60
Finalize draft joint status report, including incorporating revisions and IPC revisions (2.60); review law regarding same (1.00); communications with opposing counsel, local counsel (R. Smith and M. Dellinger), Grunenthal counsel (M. Luneak) and client (B. Koch) regarding same (1.00).

12/13/19      S T JOHNSON                                              1.20
Search for and provide key documents to attorneys for reference and citation in finalizing the Joint Status Report in conjunction with opposing counsel for filing in Court (1.00); format recent draft pleadings, final pleadings and correspondence for reference by attorneys (.20).

12/13/19      J J NORMILE                                              2.00
Finalizing Joint Status Report (1.50); review correspondence from M. Luneak (Finnegan) and office conferences with P. Hendler in connection with same (.50).

12/16/19      P D HENDLER                                              0.60
Preparation for and participation in status teleconference with P. Strassburger, B. Koch, R. Inz R. Kreppel and J. Normile.

12/16/19      G J LAROSA                                               0.50
Communicate with J. Normile regarding case status and strategy.

12/16/19      J J NORMILE                                              2.00
Attention to potential trial dates for IPCI (.50); preparation for and participation in status teleconference with P. Strassburger, B. Koch, R. Inz, R. Kreppel and P. Hendler (1.50).

12/17/19      J J NORMILE                                              1.50
Review Judge Andrew's Order continuing stay (.80); various teleconferences with P. Strassburger and B. Koch (Purdue) regarding same (.70).

12/18/19      J J NORMILE                                              1.00
Review redacted Joint Status Report (.50); office conference with P. Hendler regarding same (.50).

12/20/19      S T JOHNSON                                              0.50
Format recent pleadings and correspondence and calendars for reference by attorneys.

12/23/19      A M NICOLAIS                                             0.30
Draft/revise/circulate all Purdue matters calendar tracker.

12/23/19      J J NORMILE                                              3.50
Review weekly litigation tracker reports and related communication with A. Nicolais (.50); continued review of Judge Andrew's trial calendar to ascertain potential pretrial and trial dates (1.00); review background materials from IPCI NDA for upcoming Ad Com meeting at FDA (2.00).

12/30/19      G J LAROSA                                               1.00
Plan and prepare for lift of stay and related litigation activities.

12/30/19      J J NORMILE                                             3.50
Review weekly litigation tracker reports and related communications with A. Nicolais (.50); continued review of materials and results of prior Ad Com meetings on IPCI NDA (2.50); review P. Strassburger email regarding upcoming Ad Com and related background materials (.50).

**TOTAL**                                                            **121.00**

19-23649-rdd    Doc 808    Filed 02/06/20    Entered 02/06/20 17:03:04    Main Document
Pg 54 of 54

305158-610013

Page 6<br>
January 30, 2020<br>
Invoice: 33348945

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **CONSULTANTS FEES** | | | | |
| 12/12/19 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Experts Fees - EMERSON RESOURCES, INC. for professional services rendered re: storage November 2019 (Invoice 22617 11/30/2019). | | | |
| | **Consultants fees Subtotal** | | | **1,500.00** |
| **TOTAL** | | | **USD** | **1,500.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 16, 2020                                                                 305158-600516

                                                                                     Invoice: 33357028

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2020:

| | | |
|---|---|---|
| Amneal IPR Appeal (376 patent) | USD | 12,436.70 |
| Less 13% Fee Discount | | (1,616.77) |
| | USD | 10,819.93 |
| **TOTAL** | **USD** | **10,819.93** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-600516/33357028 WITH YOUR PAYMENT

**JONES DAY**

305158-600516

Amneal IPR Appeal (376 patent)

Page 2
March 16, 2020
Invoice:  33357028

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| J L SWIZE | 2.10 | 1,025.00 | 2,152.50 |
| ASSOCIATE |  |  |  |
| R N STANDER | 4.60 | 852.00 | 3,919.20 |
| LAW CLERK |  |  |  |
| N D ANDREWS | 13.40 | 475.00 | 6,365.00 |
| **TOTAL** | **20.10** | **USD** | **12,436.70** |

# JONES DAY

305158-600516                                                                        Page 3
                                                                            March 16, 2020
Amneal IPR Appeal (376 patent)                                      Invoice:  33357028


### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**01/06/20    J L SWIZE**    0.30
Attention to potential cert petition, including call with client (B. Koch).

**01/07/20    R N STANDER**    1.30
Analyze timing for submission and ruling on petition for certiorari (.70); prepare electronic communication summarizing possible timelines for decision (.60).

**01/08/20    N D ANDREWS**    6.50
Analyze timing of Federal Circuit petitions and consideration In re Arthrex and Polaris (1.50); research, summarize forfeiture of Arthrex issue in other Federal Circuit cases and analyze merits arguments for appeal (5.00).

**01/08/20    J L SWIZE**    0.50
Attention to potential issues for cert petition and handling of Arthrex/Appointments Clause issues and discuss Arthrex research with N. Andrews.

**01/09/20    N D ANDREWS**    0.50
Analyze merits arguments for appeal and communicate summary of developments of Appointments Clause waiver issue to R. Stander.

**01/09/20    R N STANDER**    1.00
Research certiorari petitions to assist with drafting a petition for certiorari.

**01/09/20    J L SWIZE**    1.00
Attention to strategy for potential cert petition, including timing in light of ongoing Arthrex/Appointments Clause issues (.25); advise R. Stander and N. Andrews on next steps (.25); review research from N. Andrews regarding Arthrex/Appointments Clause challenges (.50).

**01/10/20    N D ANDREWS**    3.50
Analyze, review merits arguments for appeal.

**01/13/20    J L SWIZE**    0.30
Review Appointments Clause-related matters, including arguments raised in other cases.

**01/16/20    N D ANDREWS**    2.90
Research, analyze Appointments Clause waiver issue in re Arthrex.

**01/16/20    R N STANDER**    2.30
Review Arthrex decision and analyze potential avenues for obtaining relief at the certiorari stage based on Arthrex.

**TOTAL**                                                                    20.10

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 16, 2020                                                   305158-610005

Invoice: 33357030

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 4,012.50 |
| Less 13% Fee Discount | | (521.62) |
| | USD | 3,490.88 |
| **TOTAL** | **USD** | **3,490.88** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610005/33357030 WITH YOUR PAYMENT

# JONES DAY

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 2

March 16, 2020

Invoice:  33357030

### TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P D HENDLER | 0.30 | 1,125.00 | 337.50 |
| J J NORMILE | 3.00 | 1,225.00 | 3,675.00 |
| **TOTAL** | **3.30** | **USD** | **4,012.50** |

**JONES DAY**

305158-610005
Page 3
March 16, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals
Invoice: 33357030

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 01/21/20 | J J NORMILE | 1.50 |
| | Review of legal research regarding strategy regarding status of litigation. | |
| 01/22/20 | J J NORMILE | 1.50 |
| | Continued review of legal research regarding strategy regarding status of litigation. | |
| 01/28/20 | P D HENDLER | 0.30 |
| | Preparation for, participation in and attention to teleconference with client, including B. Koch and R. Inz, regarding status of matter and strategy regarding status of litigation. | |
| **TOTAL** | | **3.30** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 16, 2020                                                   305158-610027

                                                                Invoice: 33357114

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2020:

| | | |
|---|---|---|
| Project Alpha | USD | 52,855.00 |
| Less 13% Fee Discount | | (6,871.15) |
| | USD | 45,983.85 |
| **TOTAL** | **USD** | **45,983.85** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610027/33357114 WITH YOUR PAYMENT

**JONES DAY**

305158-610027

Project Alpha

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 11.20 | 1,225.00 | 13,720.00 |
| OF COUNSEL | | | |
| K I NIX | 17.90 | 1,125.00 | 20,137.50 |
| ASSOCIATE | | | |
| M R HARTENSTEIN | 44.70 | 425.00 | 18,997.50 |
| **TOTAL** | **73.80** | **USD** | **52,855.00** |

# JONES DAY

305158-610027

Page 3
March 16, 2020

Project Alpha

Invoice: 33357114

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**01/05/20  K I NIX  0.80**
Prepared email to J. Normile regarding various procedural issues relating ███

**01/06/20  J J NORMILE  2.20**
Review background materials relating to Project Alpha including relevant factual and legal research (2.0); review correspondence from B. Koch regarding same (.20).

**01/08/20  M R HARTENSTEIN  2.00**
Research case law regarding regarding various procedural issues re███ to assess likelihood of success.

**01/08/20  K I NIX  1.20**
Conferred with J. Normile and M. Hartenstein regarding ███

**01/09/20  M R HARTENSTEIN  5.00**
Research case law regarding ███ (.70); research standard for motions in bankruptcy court in relevant jurisdictions (3.50); prepare correspondence to K. Nix outlining same (.80).

**01/09/20  K I NIX  1.00**
Work regarding ███ and conferred with M. Hartenstein regarding same.

**01/10/20  M R HARTENSTEIN  6.20**
Research case law regarding ███ (3.20); research case law regarding ███ (2.10); prepare correspondence to K. Nix outlining same (.90).

**01/10/20  K I NIX  2.20**
Work regarding ███, including conferred with M. Hartenstein.

**01/13/20  M R HARTENSTEIN  6.40**
Research case law regarding ███ (1.50); research case law regarding ███ (2.90); research discovery rules in bankruptcy court (1.30); prepare correspondence to K. Nix outlining same (.70).

**01/13/20  K I NIX  2.00**
Work regarding ███ and studied cases from M. Hartenstein.

**01/14/20  K I NIX  2.80**
Studied cases and conferred with M. Hartenstein (1.00); outlined summary of research and conclusions (1.80).

**01/15/20  M R HARTENSTEIN  5.20**
Draft memorandum analyzing ███

**01/15/20  K I NIX  2.00**
Conferred with M. Hartenstein regarding ███ and studied cases and worked on draft summary memo regarding same.

# JONES DAY

305158-610027                                                                Page 4
                                                                    March 16, 2020
Project Alpha                                                  Invoice: 33357114

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

01/16/20      M R HARTENSTEIN                                      3.50
      Revise memorandum analyzing ██████████████████████████████
      █████████████

01/16/20      K I NIX                                              2.30
      Conferred with M. Hartenstein regarding ████████████████████
      ████████ draft summary memo regarding same (2.00); conferred with J. Normile (.30).

01/17/20      K I NIX                                              1.40
      Worked on summary and email to J. Normile regarding ████████████ ██ ████████
      ████

01/17/20      J J NORMILE                                          1.50
      Review results of legal research regarding ██████████████████

01/21/20      K I NIX                                              1.20
      Conferred with J. Normile regarding ██████████████████████.

01/22/20      J J NORMILE                                          2.50
      Review of various background materials relating to ███████████████████

01/24/20      K I NIX                                              1.00
      ██████████████████████████████

01/24/20      J J NORMILE                                          1.50
      Review of various background materials relating to █████████████████████
      ███ ██

01/29/20      M R HARTENSTEIN                                      5.60
      Research ████████████████████████ (2.30); research
      recent cases in the Federal Circuit ████████████ (1.50); research recent cases to
      ████████████ (1.80).

01/29/20      J J NORMILE                                          2.00
      Attention to ████████████ on various procedural issues.

01/30/20      M R HARTENSTEIN                                      3.90
      Legal research regarding various venue issues.

01/31/20      M R HARTENSTEIN                                      6.90
      Draft memorandum analyzing current venue standards for patent infringement cases and applicability of
      TC Heartland to cases that pre-date the decision.

01/31/20      J J NORMILE                                          1.50
      Continued review of legal analysis on ████████████ motions.

      **TOTAL**                                                   **73.80**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street

New York, NY 10281-1047

**(212) 326-3939**

Federal Identification Number: 34-0319085

March 16, 2020                                                                                   305158-640002

Invoice: 33357115

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 89,839.50 |
| Less 13% Fee Discount | | (11,679.13) |
| | USD | 78,160.37 |
| **TOTAL** | **USD** | **78,160.37** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33357115 WITH YOUR PAYMENT

**JONES DAY**

305158-640002                                                                Page 2
                                                                     March 16, 2020
Strategic Corporate Advice                                  Invoice:  33357115

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 57.00 | 1,225.00 | 69,825.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 15.90 | 605.00 | 9,619.50 |
| A M NICOLAIS | 18.90 | 550.00 | 10,395.00 |
| **TOTAL** | **91.80** | **USD** | **89,839.50** |

JONES DAY
Pg 155 of 167

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 01/04/20 | J J NORMILE | 4.00 |

Review of materials forwarded by P. Strassburger and R. Inz regarding various corporate assets including patents, patent applications and assignments (3.00); review background materials regarding potential motion (1.00).

| 01/05/20 | J J NORMILE | 2.00 |

Continued review of materials relating to patents and clinical data trials relating to various corporate assets.

| 01/06/20 | A M NICOLAIS | 4.30 |

Edits/revisions to weekly calendar update (.50); communication with J. Normile re same (.25); reviewing appeal's court docket re same (.50); Purdue weekly teleconference (.75); drafting AdCom meeting anticipated issues summary (2.30).

| 01/07/20 | J J NORMILE | 3.00 |

Preparation for and participation in teleconference with P. Strassburger, B. Koch, R. Kreppel (all Purdue), E. Vonnegut and C. Robertson (both DPW) regarding various licensing issues (2.00); review background materials and prepare correspondence regarding same (.50); review correspondence regarding Kashiv letter regarding paragraph IV certification (.50).

| 01/08/20 | J J NORMILE | 2.50 |

Continued review of various licensing issues regarding various assets including OxyContin and Hysingla.

| 01/09/20 | J J NORMILE | 3.00 |

Attention to various issues relating to ownership and assignment of various patents relating to OxyContin including review of background materials.

| 01/10/20 | J J NORMILE | 3.50 |

Attention to various issues relating to ownership and assignment of various patents relating to OxyContin including review of background materials.

| 01/12/20 | K MCCARTHY | 5.00 |

Review materials related to various agreements and communicate internally with J. Normile and A. Nicolais regarding same (3.50); draft/revise summary of key agreements (1.00); perform legal research re: same (.50).

| 01/12/20 | A M NICOLAIS | 2.70 |

Communication in firm with K. McCarthy regarding Purdue know how (.50); review/analyze assignments and agreements regarding same (2.20).

| 01/12/20 | J J NORMILE | 5.50 |

Review background materials relating to development of various corporate products (4.00); various teleconferences with P. Strassburger, K. McCarthy and A. Nicolais regarding same (1.50).

| 01/13/20 | K MCCARTHY | 7.90 |

Review materials related to various agreements and communicate internally with J. Normile and A. Nicolais regarding same (2.90); draft/revise memorandum regarding Purdue's potential ownership rights and communicate internally with J. Normile and A. Nicolais regarding same (4.60); perform legal research re: implied licenses (.40).

| 01/13/20 | A M NICOLAIS | 9.70 |

Continue review/analysis of various Purdue agreements (3.20); communication in firm with J. Normile and K. McCarthy re same (2.00); drafting memorandum regarding same (4.00); weekly Purdue status call (.50).

| 01/13/20 | J J NORMILE | 7.50 |

Review background materials relating to development of various corporate assets and review correspondence from R. Inz (including attachments) regarding same (5.00); various teleconferences with P. Strassburger, K. McCarthy and A. Nicolais regarding same (1.50); office conferences with K. McCarthy and A. Nicolais regarding same (1.00).

# JONES DAY

305158-640002                                                                                  Page 4
                                                                                     March 16, 2020
Strategic Corporate Advice                                                     Invoice: 33357115


*Date of Service*      *Timekeeper Name*                                              *Hours*

01/14/20        K MCCARTHY                                                              1.00
    Communicate internally with J. Normile and A. Nicolais re: memorandum concerning Purdue's potential
    ownership rights of certain know how (.50); draft/revise proposed list of questions concerning various
    corporate assets and communicate internally with J. Normile and A. Nicolais re: same (.50).

01/14/20        A M NICOLAIS                                                            1.80
    Drafting inquiries regarding various corporate assets (1.30); meeting with J. Normile re same (.50).

01/14/20        J J NORMILE                                                             1.50
    Review of due diligence sheet regarding ownership of various Purdue assets including related review of
    background materials.

01/15/20        A M NICOLAIS                                                            0.40
    Edits/revisions to Purdue patents-in-suit sheet regarding patent ownership.

01/16/20        J J NORMILE                                                             5.00
    Preparation for and participation in teleconference with D. Forrester (DPW), R. Inz (Purdue) and B. Koch
    (Purdue) regarding various OxyContin patent assets including review of various background materials (2.00)
    preparation for and participation in teleconferences with P. Strassburger (Purdue), R. Kreppel (Purdue) and
    DPW regarding various OxyContin licensing matters and review of background materials regarding same
    (3.00).

01/17/20        J J NORMILE                                                             1.50
    Review email from D. Forester (DPW) regarding various Purdue employment agreements and impact on
    various corporate assets.

01/20/20        J J NORMILE                                                             0.70
    Review email from P. Strassburger regarding CP petition to FDA on complex drugs (.50); review emails
    from R. Inz regarding Special Committee meeting (.20).

01/21/20        J J NORMILE                                                             2.00
    Continued review of various agreements relating to OxyContin (1.50); related teleconference with R. Inz
    (Purdue) (.50).

01/22/20        J J NORMILE                                                             2.80
    Continued review of various agreements relating to OxyContin (1.50); related teleconference with R. Inz
    (Purdue) (.50); review emails from R. Inz regarding Confidential Information Agreements (.80).

01/24/20        J J NORMILE                                                             2.00
    Review and revise draft memo relating to various licensing considerations including review of background
    materials and office conference with K. McCarthy (JD).

01/26/20        K MCCARTHY                                                              0.50
    Revise memorandum re: various procedural issues and communicate internally re: follow-up legal research.

01/26/20        J J NORMILE                                                             2.50
    Review recent correspondence relating to various corporate assets and ownership status of same and
    background materials (1.50); review correspondence regarding amendment to various Purdue OxyContin
    license agreements (1.00).

01/27/20        K MCCARTHY                                                              1.50
    Review legal research re: various standing issues (.70), revise memorandum re: same (.80).

01/27/20        J J NORMILE                                                             3.00
    Review and revision of draft legal memorandum relating to various Purdue license agreements covering
    OxyContin and potential amendment of same (2.50); review recent correspondence regarding same (.50).

01/30/20        J J NORMILE                                                             2.00
    Review of proposed amendments to various Purdue OxyContin license agreements including comments by
    R. Kreppel and R. Inz including review of relevant background materials.

**JONES DAY**

305158-640002                                                                Page 5
                                                                   March 16, 2020
Strategic Corporate Advice                                  Invoice:  33357115


| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 01/31/20 | J J NORMILE | 3.00 |

Preparation for and participation in multiple teleconferences with P. Strassburger, R. Kreppel, R. Inz and R. Geise regarding various amendments to Purdue's OxyContin license agreements and review of various comments regarding same and related background materials.

**TOTAL**                                                        **91.80**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

March 16, 2020                                             305158-999007

                                                    Invoice: 33357117

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 13,412.50 |
| Less 13% Fee Discount | | (1,743.62) |
| | USD | 11,668.88 |
| **TOTAL** | **USD** | **11,668.88** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name:  Jones Day              Account Name:  Jones Day
Account No:  37026407                 Account No:  37026407
ABA No:  021000089                    ABA No:  021000089
                                      Swift Code:  CITIUS33

PLEASE REFERENCE 305158-999007/33357117 WITH YOUR PAYMENT

# JONES DAY

305158-999007

Retention Matters

Page 2
March 16, 2020
Invoice: 33357117

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 3.00 | 1,225.00 | 3,675.00 |
| ASSOCIATE |  |  |  |
| A M HEMENDINGER | 0.70 | 550.00 | 385.00 |
| A KORDAS | 12.40 | 750.00 | 9,300.00 |
| M I TELEGEN | 0.10 | 525.00 | 52.50 |
| **TOTAL** | **16.20** | **USD** | **13,412.50** |

JONES DAY

305158-999007                                                                          Page 3
                                                                            March 16, 2020
Retention Matters                                                  Invoice: 33357117

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 01/07/20 | J J NORMILE | 1.00 |

Attention to fee retention issues including invoices for September-November 2019.

| 01/08/20 | A M HEMENDINGER | 0.70 |

Draft/revise fee statement.

| 01/08/20 | A KORDAS | 0.70 |

Confer with J. Normile regarding fee statement (.30); confer with A. Hemendinger regarding same (.10); review draft statement (.30).

| 01/08/20 | M I TELEGEN | 0.10 |

Communicate w. A Hemendinger regarding fee statement.

| 01/20/20 | A KORDAS | 1.80 |

Draft/revise monthly fee statement.

| 01/23/20 | A KORDAS | 3.20 |

Draft/revise monthly fee statement (1.40); prepare fee statement worksheet in connection with same (1.80).

| 01/23/20 | J J NORMILE | 1.00 |

Attention to preparation of Jones Day Fee Statement for 9/15/19 to 11/30/19.

| 01/24/20 | A KORDAS | 1.60 |

Finalize draft of monthly fee statement (1.30); correspond with J. Normile and J. McCarthy regarding matter (.30).

| 01/29/20 | A KORDAS | 3.00 |

Finalize first monthly fee statement (.70); confer with J. Normile regarding same (.30); coordinate filing and service of same (.50); review/revise December invoices for UST guidelines compliance (1.30); confer with J. Normile and J. McCarthy regarding same (.20).

| 01/29/20 | J J NORMILE | 1.00 |

Various office and teleconferences with A. Kordas regarding Purdue's interim fee application for September-November 2019.

| 01/30/20 | A KORDAS | 2.10 |

Draft/revise December monthly fee statement and supporting worksheet (1.90); correspond with J. McCarthy and J. Normile regarding same (.20).

**TOTAL**                                                                  16.20

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 16, 2020                                                      305158-610013

Invoice: 33357202

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2020:

| | | |
|---|---|---:|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 108,761.00 |
| Less 13% Fee Discount | | (14,138.93) |
| | USD | 94,622.07 |

## DISBURSEMENTS & CHARGES

| | |
|---|---:|
| Consultants and Agents Fees | 7,255.89 |
| Travel - Food and Beverage Expenses | 13.40 |
| Travel - Hotel Charges | 202.27 |
| Travel - Taxi Charges | 111.40 |
| Travel - Train Fare | 551.00 |
| United Parcel Service Charges | 22.54 |

8,156.50 **

| | | |
|---|---|---:|
| **TOTAL** | **USD** | **102,778.57** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610013/33357202 WITH YOUR PAYMENT
** = Food, beverage and entertainment expense in accordance with I.R.C. Sect. 274(e)3, included in this amount is USD 13.40

**JONES DAY**

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Page 2
March 16, 2020
Invoice:  33357202

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 5.70 | 1,125.00 | 6,412.50 |
| J J NORMILE | 57.30 | 1,225.00 | 70,192.50 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 22.20 | 605.00 | 13,431.00 |
| A M NICOLAIS | 17.60 | 550.00 | 9,680.00 |
| LAW CLERK |  |  |  |
| S R STEIN | 15.80 | 525.00 | 8,295.00 |
| PARALEGAL |  |  |  |
| S T JOHNSON | 2.00 | 375.00 | 750.00 |
| **TOTAL** | **120.60** | **USD** | **108,761.00** |

# JONES DAY

305158-610013                                                                    **Page 3**
                                                                           March 16, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.            Invoice:  33357202

## SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

01/02/20        J J NORMILE                                                4.50
Preparation for and participation in teleconference with P. Strassburger and B. Koch regarding upcoming
FDA AdCom meeting and preparation for same (1.50); attention to legal research regarding timeline for
IPC I trial (.50); review background materials regarding potential amendment to Purdue OxyContin license
(1.00); teleconference with P. Strassburger and B. Koch regarding timing of IPC and Collegium actions and
review background materials regarding same (1.50).

01/03/20        J J NORMILE                                                4.00
Continued research regarding potential trial dates before Judge Andrews and impact of upcoming FDA
AdCom meeting (1.50); attention to various issues regarding litigation strategy (2.50).

01/06/20        K MCCARTHY                                                 0.50
Participate in client teleconference regarding weekly litigation status updates with J. Normile and A.
Nicolais (0.50).

01/06/20        J J NORMILE                                                4.00
Preparation for and participation in weekly status teleconference with P. Strassburger, R. Kreppel, B. Koch,
R. Inz, R. Silbert, K. McCarthy and A. Nicolais regarding various outstanding issues including IPC NDA
and upcoming AdCom meeting (2.5); review background materials for AdCom meeting and emails from P.
Mathers and R. Mannion (1.5).

01/07/20        A M NICOLAIS                                               2.70
Continue drafting AdCom meeting anticipated agenda (1.30); reviewing IPC re-submission NDA re same
(1.40).

01/07/20        J J NORMILE                                                2.00
Review correspondence from R. Mannion, R. Fanelli and P. Strassburger regarding upcoming AdCom
meeting (.50); review background materials regarding same (1.5).

01/08/20        J J NORMILE                                                2.50
Review various materials in preparation for upcoming AdCom meeting.

01/09/20        K MCCARTHY                                                 0.50
Draft/revise summary of potential issues to be discussed at IPC's upcoming FDA Adcom Meeting and
communicate internally with A. Nicolais and J. Normile regarding same (0.50).

01/09/20        A M NICOLAIS                                               2.20
Draft/revise summary of anticipated topics of IPC AdCom meeting for J. Normile (2.00); communication
in firm with K. McCarthy re same (.20).

01/09/20        J J NORMILE                                                2.00
Continued review of relevant materials for upcoming IPC AdCom meeting.

01/10/20        J J NORMILE                                                2.50
Continued review of relevant materials for upcoming IPC AdCom meeting.

01/13/20        P D HENDLER                                                0.50
Preparation for, participation in and attention to teleconference with client (including P. Strassburger)
regarding upcoming AdCom meeting.

01/13/20        K MCCARTHY                                                 0.60
Client teleconference with J. Normile, P. Hendler, and A. Nicolais re: Purdue weekly litigation status
updates and FDA briefing packet for upcoming IPC AdCom meeting.

01/13/20        J J NORMILE                                                2.50
Preparation for and participation in weekly call with P. Strassburger, R. Silbert, R. Inz, B. Koch, R. Kreppel,
P. Hendler, K. McCarthy regarding status of proceedings (1.5); review AdCom materials (1.0).

# JONES DAY

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Page 4
March 16, 2020
Invoice: 33357202

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 01/14/20 | P D HENDLER | 1.40 |

Attention to various underlying factual issues and teleconferences with client (F. Hutchinson; B. Koch) regarding same.

| 01/14/20 | S T JOHNSON | 0.50 |

Search for and assemble relevant expert reports and supporting documents for reference by attorneys.

| 01/14/20 | J J NORMILE | 7.00 |

Review FDA and IPC briefing materials for upcoming AdCom meeting and related background materials (3.0); review memorandum and related materials regarding AdCom Committee (1.0); related conferences with P. Strassburger (Purdue) and B. Koch (Purdue) regarding same (1.0); travel to Silver Spring, MD regarding same (2.0).

| 01/15/20 | J J NORMILE | 7.00 |

Preparation for and attendance at FDA AdCom meeting on IPC's NDA including various emails from P. Strassburger (Purdue) and R. Fanelli (Purdue) with attached background materials from Pink Sheets (6.0); related conferences with Messrs. Strassburger, Koch and Inz (1.0).

| 01/16/20 | P D HENDLER | 1.50 |

Attention to various underlying factual issues.

| 01/16/20 | J J NORMILE | 2.50 |

Various office and teleconferences regarding results of IPC AdCom meeting with P. Strassburger, R. Silbert, R. Inz, R. Kreppel and B. Koch, including review of various press releases.

| 01/17/20 | P D HENDLER | 1.50 |

Attention to testimony for purposes of review regarding infringement claims.

| 01/17/20 | S T JOHNSON | 1.50 |

Search archives from past closed but relevant litigations for key expert materials for reference by attorneys.

| 01/17/20 | K MCCARTHY | 2.00 |

Review IPC AdCom meeting materials and communicate internally with J. Normile and A. Nicolais regarding IPC's AdCom meeting and follow-up legal research (1.00); perform legal research regarding results of AdCom meeting (1.00).

| 01/17/20 | A M NICOLAIS | 2.10 |

Meeting with J. Normile re IPC AdCom meeting (.20); legal research regarding various procedural issues (1.60); communication with K. McCarthy regarding same (.30).

| 01/17/20 | J J NORMILE | 1.00 |

Review correspondence and attached materials from P. Strassburger regarding AdCom meeting.

| 01/18/20 | A M NICOLAIS | 4.00 |

Research regarding various procedural issues (3.00): drafting summary regarding same (1.00).

| 01/18/20 | J J NORMILE | 2.00 |

Review legal research regarding procedural issues of pending litigation matters in view of AdCom meeting (1.5); review email from R. Mannion (technical expert).

| 01/19/20 | K MCCARTHY | 0.60 |

Review legal research and draft/revise internal email summary regarding various procedural issues.

| 01/19/20 | J J NORMILE | 2.00 |

Continued review of legal research regarding procedural issues impacting pending litigation in view of IPC AdCom meeting including various emails from K. McCarthy (JD).

| 01/20/20 | K MCCARTHY | 3.00 |

Review legal research and draft/revise memo regarding various procedural issues (2.50); communicate with J. Normile regarding follow-up legal research requests (.50).

305158-610013                                                                        Page 5
                                                                              March 16, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.               Invoice:  33357202

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 01/20/20 | A M NICOLAIS | 2.00 |

Draft/revise memo regarding various procedural issues.

01/20/20    J J NORMILE                                                              2.00
Preparation for and participation in weekly status teleconference with Purdue team (P. Strassburger, R. Silbert, R. Inz, R. Kreppel and B. Koch) (1.0); review legal research regarding various procedural issues in view of results of AdCom meeting (1.0).

01/20/20    S R STEIN                                                                5.00
Communicate with K. McCarthy regarding research for memo (.50); draft case law summaries dealing with various procedural issues and review and analyze regarding same (4.50).

01/21/20    K MCCARTHY                                                               0.50
Review legal research and updated memo re: various procedural issues and communicate with A. Nicolais re: same.

01/21/20    A M NICOLAIS                                                             2.20
Drafting memorandum regarding various procedural issues.

01/21/20    S R STEIN                                                                3.90
Review and analyze case law dealing with various procedural issues (2.00); draft summaries regarding same (.40).

01/22/20    K MCCARTHY                                                               4.50
Review legal research regarding various procedural issues and communicate internally with A. Nicolais and S. Stein re: same (1.50); review, revise, and provide comments to memorandum and communicate with A. Nicolais and S. Stein re: same (3.00).

01/22/20    A M NICOLAIS                                                             1.50
Team meeting re varius procedural issues memorandum (.50); edits/revisions to same (1.00).

01/22/20    S R STEIN                                                                2.40
Review and analyze draft of memorandum regarding various procedural issues (2.00); communicate with K. McCarthy and A. Nicolais regarding same (.40).

01/23/20    K MCCARTHY                                                               4.00
Draft/revise memorandum re: various procedural issues and communicate with A. Nicolais and S. Stein re: same (3.00); communicate with J. Normile re: comments to draft memorandum and required follow up research (.50); perform legal research re: same (.50).

01/23/20    J J NORMILE                                                             4.30
Review and revision of draft memorandum regarding various procedural issues relating to viability of IPC NDA product (3.00); related office conference with K. McCarthy (JD) (.50); review background materials (.80).

01/24/20    K MCCARTHY                                                               6.00
Perform legal research re: procedural issues, and communicate internally with J. Normile re: same (3.50); revise memorandum to incorporate new legal research and communicate internally with A. Nicolais and S. Stein re: same (2.50).

01/24/20    A M NICOLAIS                                                             0.90
Review/edit IPC procedural issues memorandum.

01/24/20    J J NORMILE                                                             3.00
Review and revision of draft memo relating to procedural issues relating to IPC's NDA in view of AdCom meeting including review of relevant Federal Circuit jurisprudence (2.0); related office and teleconferences with K. McCarthy (JD) (1.0).

01/24/20    S R STEIN                                                                0.80
Review and analyze cited cases and statutes in memorandum regarding jurisdictional issues (.50); communicate with K. McCarthy and A. Nicolais regarding same (.30).

JONES DAY

305158-610013                                                              Page 6
                                                                  March 16, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.          Invoice: 33357202


| Date of Service | Timekeeper Name | Hours |
|---|---|---|

01/26/20    S R STEIN                                                    2.70
   Research regarding structuring issues and communicate with K. McCarthy regarding same.

01/27/20    P D HENDLER                                                  0.50
   Consideration of strategy regarding status of IPC's NDA and law regarding same.

01/27/20    S R STEIN                                                    1.00
   Review and analyze case law regarding structuring issues and revise memo regarding same.

01/28/20    P D HENDLER                                                  0.30
   Preparation for, participation in and attention to teleconference with client, including B. Koch and R. Inz, regarding status of matter and strategy regarding IPC's AdComm meeting and NDA.

01/28/20    J J NORMILE                                                  2.50
   Preparation for and participation in team teleconference with B. Koch and R. Inz regarding various outstanding litigation matters including Collegium and IPC (1.50); review research memoranda regarding same (1.00).

**TOTAL**                                                              **120.60**

# JONES DAY

305158-610013 | Page 7
---|---
| March 16, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | Invoice:  33357202

### DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|---|---|---|---|---|
| **CONSULTANTS FEES** | | | | |
| 01/14/20 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Consultants fees - EMERSON RESOURCES, INC. for December 2019 storage (Invoice 22725 12/31/2019). | | | |
| 01/29/20 | NYC ACCOUNTING | NYC | 5,755.89 | |
| | Consultants fees - MANNION CONSULTING LLC (Richard O. Mannion) for professional services rendered - January 2020 (Invoice 1061 2/02/2020). | | | |
| | **Consultants fees Subtotal** | | | **7,255.89** |
| **FOOD AND BEVERAGE EXPENSES** | | | | |
| 01/23/20 | J J NORMILE | NYC | 3.86 | |
| | Food and beverage expenses other re: travel to Silver Spring, MD for FDA Advisory Committee Meeting 14-Jan-2020 John Normile | | | |
| 01/23/20 | J J NORMILE | NYC | 9.54 | |
| | Food and beverage expenses: breakfast re: travel to Silver Spring, MD for FDA Advisory Committee Meeting 15-Jan-2020 | | | |
| | **Food and beverage expenses Subtotal** | | | **13.40** |
| **HOTEL CHARGES** | | | | |
| 01/23/20 | J J NORMILE | NYC | 202.27 | |
| | Hotel charges - to attend FDA Advisory Committee Meeting in Silver Spring, MD on IPC's NDA 14-Jan-2020 to 15-Jan-2020 1 night | | | |
| | **Hotel charges Subtotal** | | | **202.27** |
| **TAXI FARE** | | | | |
| 01/23/20 | J J NORMILE | NYC | 34.07 | |
| | Taxi fare - Union Station to Silver Spring, MD to attend FDA Advisory Committee Meeting in Silver Spring, MD on IPC's NDA 14-Jan-2020 | | | |
| 01/23/20 | J J NORMILE | NYC | 43.39 | |
| | Taxi fare - FDA (Silver Spring) to Union Station re: travel to attend FDA Advisory Committee Meeting in Silver Spring, MD on IPC's NDA 15-Jan-2020 | | | |
| 01/31/20 | J J NORMILE | NYC | 33.94 | |
| | Taxi Fare - DIAL CAR 1/14/2020 from office to train station (Vesey St NYC to 230 W 31 St NYC10001) re: travel to FDA Advisory Committee Meeting in Silver Spring, MD. | | | |
| | **Taxi Fare Subtotal** | | | **111.40** |
| **TRAIN FARE** | | | | |
| 01/31/20 | J J NORMILE | NYC | 551.00 | |
| | Train Fare - to/from Washington, D.C. - New York Penn re: attendance at FDA AdCom Mtg. 15-Jan-2020. | | | |
| | **Train Fare Subtotal** | | | **551.00** |
| **UNITED PARCEL SERVICE CHARGES** | | | | |
| 01/17/20 | J J NORMILE | NYC | 22.54 | |
| | United Parcel Services Charges, John Normile, Jones Day, 1Z10445E8496886469 | | | |
| | **United Parcel Service charges Subtotal** | | | **22.54** |
| | **TOTAL** | | **USD** | **8,156.50** |