# EXHIBIT A

# TIME DETAIL

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Savell,Roger B | Partner/Principal | 9/15/2019 | Reviewing 2018 draft financial statements and workpapers and updating footnotes to address settlement details | Bankruptcy | 1.0 |
| Hartman,Bryan A | Manager | 9/16/2019 | Actuarial pension audit of the 2018 plan year - review of select sample participants of The Purdue Pharma L. P. Pension Plan lump sums and annuity benefit payments provided for completeness and accuracy | Employee Benefit Plan Audit | 1.0 |
| Yuan,Helen | Senior | 9/16/2019 | Accounting Standards Codification 960 interest rate review | Employee Benefit Plan Audit | 0.5 |
| Hartman,Bryan A | Manager | 9/16/2019 | Actuarial pension audit of the 2018 plan year - research of the plan document of The Purdue Pharma L. P. Pension Plan to understand the nature of promises made to select sample participants | Employee Benefit Plan Audit | 1.5 |
| Zee,Ena | Executive Director | 9/16/2019 | retirement plan interest rate review | Employee Benefit Plan Audit | 0.3 |
| Yuan,Helen | Senior | 9/16/2019 | Benefit calculation review | Employee Benefit Plan Audit | 1.8 |
| Yuan,Helen | Senior | 9/16/2019 | Benefit calculation review with Bryan Hartman | Employee Benefit Plan Audit | 0.2 |
| Brady,Devon M | Partner/Principal | 9/16/2019 | Monday after Purdue filed for bankruptcy - met with Keith and Jon Lowne to discuss the path forward through bankruptcy and the need for connections checks, petitions to the court, and affidavit creation. | Bankruptcy | 1.2 |
| Fleurinord,Erlain Dervinsky | Staff/Assistant | 9/16/2019 | | Planning Activities | 3.0 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Furtado,Justin V | Senior | 9/16/2019 | Corresponding with the Company's investment specialists regarding the development of return on assets rate | Employee Benefit Plan Audit | 1.8 |
| Ostling,Danita K | Partner/Principal | 9/16/2019 | | Quality Review | 2.0 |
| Savell,Roger B | Partner/Principal | 9/16/2019 | Reviewing 2018 draft financial statements and workpapers and updating footnotes to address settlement details. | Bankruptcy | 1.0 |
| Brady,Devon M | Partner/Principal | 9/17/2019 | meeting with Keith Darragh and Jon Lowne from Purdue regarding open items on the 2018 audit, legal contingency footnote, and the $3B recorded accrual for product liability litigation | Bankruptcy | 0.7 |
| Fleurinord,Erlain Dervinsky | Staff/Assistant | 9/17/2019 | Processed cash disbursement support | Planning Activities | 1.0 |
| Fleurinord,Erlain Dervinsky | Staff/Assistant | 9/17/2019 | Work through Subsequent event selections support and making new selections upon the new listing. and other procedures | Year-End Substantive Testing | 5.0 |
| Furtado,Justin V | Senior | 9/17/2019 | Drafting of 2019 Purdue Pharma engagement letter | Bankruptcy | 1.3 |
| Negron,Aitzarelys | Senior | 9/17/2019 | Research around bankruptcy engagement letter and drafting/editing FY2019 engagement letter. | Bankruptcy | 1.5 |
| Ostling,Danita K | Partner/Principal | 9/17/2019 | | Quality Review | 2.0 |
| Savell,Roger B | Partner/Principal | 9/17/2019 | Reviewing 2018 draft financial statements and workpapers and updating footnotes to address settlement details | Bankruptcy | 2.0 |
| Chun,Sung Hwan | Staff/Assistant | 9/18/2019 | People Advisory Services - expected return on assets analysis | Employee Benefit Plan Audit | 1.5 |
| Fleurinord,Erlain Dervinsky | Staff/Assistant | 9/18/2019 | Process cash receipts support and make new selections | Year-End Substantive Testing | 4.0 |
| Fleurinord,Erlain Dervinsky | Staff/Assistant | 9/18/2019 | Processing Cash disbursement support | Year-End Substantive Testing | 1.0 |
| Furtado,Justin V | Senior | 9/18/2019 | Review of Cash Flow tie out | Year-End Substantive Testing | 4.0 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Brady,Devon M | Partner/Principal | 9/19/2019 | internal meeting with Jessica Seennarie, Justin Furtado, and Aitza Negron to discuss the open items for the 2018 audit and to assign responsibilities for open items to each team member - this includes memo, workpapers, follow-ups, and review | Bankruptcy | 0.6 |
| Fleurinord,Erlain Dervinsky | Staff/Assistant | 9/19/2019 | | Year-End Substantive Testing | 3.0 |
| Furtado,Justin V | Senior | 9/19/2019 | Purdue bankruptcy status call with D. Brady and J. Seenarraine | Bankruptcy | 1.0 |
| Fleurinord,Erlain Dervinsky | Staff/Assistant | 9/20/2019 | Process subsequent event support | Year-End Substantive Testing | 1.0 |
| Furtado,Justin V | Senior | 9/20/2019 | Drafting EY Retention summary affidavit | Bankruptcy | 4.0 |
| Furtado,Justin V | Senior | 9/20/2019 | Conference call with D. Brady, J. Seenarraine, M. Hosbach to discuss bankruptcy proceedings | Bankruptcy | 1.0 |
| Furtado,Justin V | Senior | 9/20/2019 | Review of Pension Benefits calculations for Purdue Pharma Pension Plan | Employee Benefit Plan Audit | 1.0 |
| Yuan,Helen | Senior | 9/23/2019 | Accounting Standards Codification 960 interest rate review | Employee Benefit Plan Audit | 0.5 |
| Savell,Roger B | Partner/Principal | 9/23/2019 | Discussions regarding post C11 emerging accounting | Bankruptcy | 1.0 |
| Yuan,Helen | Senior | 9/24/2019 | Benefit calculation review | Employee Benefit Plan Audit | 0.5 |
| Hartman,Bryan A | Manager | 9/24/2019 | Actuarial pension audit of the 2018 plan year - incorporating follow-up responses from the entity regarding selected sample participants of The Purdue Pharma L. P. Pension Plan provided lump sums and annuity payments | Employee Benefit Plan Audit | 0.5 |
| Savell,Roger B | Partner/Principal | 9/24/2019 | Discussions regarding post C11 emerging accounting | Bankruptcy | 2.0 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Brady,Devon M | Partner/Principal | 9/25/2019 | Review of the Chapter 11 engagement letter to be attached to the retention affidavit - questions to EY General Counsel's Office about contents of the engagement letter | Bankruptcy | 1.2 |
| Chun,Sung Hwan | Staff/Assistant | 9/25/2019 | People Advisory Services -  benefit calculation excel input | Employee Benefit Plan Audit | 1.4 |
| Chun,Sung Hwan | Staff/Assistant | 9/25/2019 | People Advisory Services - scoping document update | Employee Benefit Plan Audit | 0.4 |
| Brady,Devon M | Partner/Principal | 9/26/2019 | Review of the One Stamford Realty planning book - to be presented to the audit committee on the following Monday | Bankruptcy | 0.5 |
| Chun,Sung Hwan | Staff/Assistant | 9/26/2019 | People Advisory Services - expected return on assets analysis (updated analysis) | Employee Benefit Plan Audit | 2.2 |
| Yuan,Helen | Senior | 9/26/2019 | Accounting Standards Codification 960 interest rate review | Employee Benefit Plan Audit | 1.0 |
| Ostling,Danita K | Partner/Principal | 9/26/2019 | | Quality Review | 1.0 |
| Furtado,Justin V | Senior | 9/27/2019 | conference call with J. Seenaraine to discuss late issuance memo | Bankruptcy | 0.2 |
| Ostling,Danita K | Partner/Principal | 9/27/2019 | | Quality Review | 0.5 |
| Fleurinord,Erlain Dervinsky | Staff/Assistant | 9/30/2019 | Drafting of One Stamford Realty Engagement letter | Planning Activities | 1.0 |
| Fleurinord,Erlain Dervinsky | Staff/Assistant | 9/30/2019 | creating Provided by Client list for One Stamford Realty | Planning Activities | 3.0 |
| Fleurinord,Erlain Dervinsky | Staff/Assistant | 9/30/2019 | Work through Subsequent event selections support and making new selections upon the new listing received as of 9/27/2019 | Year-End Substantive Testing | 4.0 |
| Furtado,Justin V | Senior | 9/30/2019 | Completion of independence update procedures | Independence Procedures | 0.2 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Furtado,Justin V | Senior | 9/30/2019 | Review of client request list for One Stamford Realty 2019 audit | Planning Activities | 0.3 |
| Furtado,Justin V | Senior | 9/30/2019 | Review of time charged to engagement code for compliance with Bankruptcy court specifications | Bankruptcy | 0.7 |
| Furtado,Justin V | Senior | 9/30/2019 | Drafting delayed issuance concurrence memorandum for submission to Professional Practice group | Bankruptcy | 1.9 |
| Chun,Sung Hwan | Staff/Assistant | 10/1/2019 | People Advisory Services - audit tools | Employee Benefit Plan Audit | 1.0 |
| Yuan,Helen | Senior | 10/1/2019 | Response to question re whether prior plan documents are needed | Employee Benefit Plan Audit | 1.5 |
| Fleurinord,Erlain Dervinsky | Staff/Assistant | 10/1/2019 | Review of hours charge to complete independence engagement team inquiries | Independence Procedures | 4.5 |
| Furtado,Justin V | Manager | 10/1/2019 | conf call with D. Brady and J. Seenarraine on legal affidavit | Bankruptcy | 0.4 |
| Furtado,Justin V | Manager | 10/1/2019 | Conference call, D. Brady, J. Seenarraine, Outside counsel to discuss treatment of non-US services performed for affiliated companies | Bankruptcy | 2.5 |
| Furtado,Justin V | Manager | 10/1/2019 | e-mailing E. Nowakowski related to receipt of wire transfer to EY for invoice | Year-End Substantive Testing | 0.1 |
| Furtado,Justin V | Manager | 10/1/2019 | Updating independence procedures including review of service grid and completing engagement team inquiries | Independence Procedures | 0.4 |
| Hartman,Bryan A | Manager | 10/2/2019 | Actuarial pension audit for the 2018 plan year - reviewing long-term asset return assumptions used in the development of the Accounting Standards Codification 960 interest rate assumption | Employee Benefit Plan Audit | 0.5 |
| Fleurinord,Erlain Dervinsky | Staff/Assistant | 10/2/2019 | Completing independence update procedures | Independence Procedures | |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| | | | | | 8.0 |
| Furtado,Justin V | Manager | 10/2/2019 | Planning tasks and assignments for One Stamford Realty 2019 audit | Planning Activities | 0.9 |
| Furtado,Justin V | Manager | 10/2/2019 | Reviewing services grid to determine scope of services provided by non-US EY Member Firms to associated entities | Bankruptcy | 0.8 |
| Furtado,Justin V | Manager | 10/2/2019 | conference call with J. Seenarraine to discuss 2019 staffing and timeline of field work | Planning Activities | 0.3 |
| Fleurinord,Erlain Dervinsky | Staff/Assistant | 10/3/2019 | Cleaning up the completing independence update procedures. | Independence Procedures | 2.5 |
| Yuan,Helen | Senior | 10/7/2019 | Accounting Standards Codification 960 interest rate review | Employee Benefit Plan Audit | 0.8 |
| Furtado,Justin V | Manager | 10/7/2019 | Review of hours charged for compliance with bankruptcy court requirements | Bankruptcy | 1.0 |
| Furtado,Justin V | Manager | 10/7/2019 | Identifying application controls to be tested by EY Financial Audit Information Technology team | Planning Activities | 0.8 |
| Furtado,Justin V | Manager | 10/7/2019 | Sending requests to the client for further detail on pension benefit calculations | Employee Benefit Plan Audit | 0.3 |
| Furtado,Justin V | Manager | 10/7/2019 | Reviewing time charged for compliance with EY regulations | Bankruptcy | 0.4 |
| Furtado,Justin V | Manager | 10/7/2019 | Status call with J. Seenarraine | Bankruptcy | 0.3 |
| Furtado,Justin V | Manager | 10/7/2019 | Creating One Stamford Realty Provided by Client list and task matrix | Planning Activities | 1.7 |
| Redmond,Robert L. | Manager | 10/7/2019 | preparation of IT Environment memo for in scope applications for IT audit. | Risk Assurance/IT Activities | 1.0 |
| Redmond,Robert L. | Manager | 10/7/2019 | Preparation of IT planning document for scoping of IT audit | Risk Assurance/IT Activities | 1.0 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Redmond,Robert L. | Manager | 10/7/2019 | Planning meeting with Purdue Employees J. Narlis, D. Inaparthy to discuss IT Scope changes, FY19 IT Audit planning, Information Technology General Controls testing procedures, scope changes, prior year deficiencies. 1 hours meeting via conference calls where scope and procedures were agreed for the audit. | Risk Assurance/IT Activities | 1.0 |
| Yuan,Helen | Senior | 10/8/2019 | Accounting Standards Codification 960 interest rate review | Employee Benefit Plan Audit | 0.5 |
| Furtado,Justin V | Manager | 10/8/2019 | correspondence with EY Financial Audit Information Technology to identify and design test of application controls | Planning Activities | 0.3 |
| Furtado,Justin V | Manager | 10/8/2019 | Reviewing Pension Plan Participant Data Testing | Planning Activities | 2.4 |
| Furtado,Justin V | Manager | 10/8/2019 | Conference call with N. D'Alessandro and A. Negron to discuss data analytics plan for 2019 audit | Planning Activities | 0.8 |
| Furtado,Justin V | Manager | 10/8/2019 | drafting data analytics data extraction memo to send to client | Planning Activities | 0.2 |
| Negron,Aitzarelys | Senior | 10/8/2019 | Assisting the Purdue Audit Team and data analytics coach with an understanding of the data analytic tools used in the prior year, issues identified and suggestions for the team as the move forward in the FY19 audit engagement. | Year-End Substantive Testing | 0.6 |
| Zeng,Qinglai | Senior | 10/8/2019 | Pension plan, Expected Return on Assets review with Liability driven investment strategy | Employee Benefit Plan Audit | 1.9 |
| Fleurinord,Erlain Dervinsky | Staff/Assistant | 10/9/2019 | Documented support received from client to complete Subsequent Event procedures. | Year-End Substantive Testing | 1.0 |
| Furtado,Justin V | Manager | 10/9/2019 | Completing updates to family tree for independence | Independence Procedures | 0.5 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Furtado,Justin V | Manager | 10/9/2019 | Correspondence with Plan Trustee regarding contributions to Employee Benefit Plan | Employee Benefit Plan Audit | 0.5 |
| Furtado,Justin V | Manager | 10/10/2019 | Drafting presentation deck for audit committee meeting | Planning Activities | 0.8 |
| Zeng,Qinglai | Senior | 10/10/2019 | Pension plan, Expected Return on Assets review with Liability driven investment strategy | Employee Benefit Plan Audit | 0.5 |
| Brady,Devon M | Partner/Principal | 10/11/2019 | Review and preparation of audit committee materials to be presented at the audit committee meeting the following Thursday at Purdue- materials discuss the status of the 2018 audit and 2019 retention activities | Bankruptcy | 0.7 |
| D'Alessandro,Nicholas A | Senior | 10/11/2019 | Meeting to identify 2019 Accounts Payableplication controls in the Accounts Payable process | Walkthroughs/Test of Controls | 0.6 |
| Furtado,Justin V | Manager | 10/11/2019 | Drafting audit committee materials | Planning Activities | 0.7 |
| Furtado,Justin V | Manager | 10/11/2019 | meeting with B. Redmond, N. D'Alessandro to identify 2019 Accounts Payable application controls in Accounts Payable Process | Planning Activities | 0.6 |
| Mridul Jain | Staff/Assistant | 10/11/2019 | Senior Deepankar Nayyar; Updating client portal requests | Planning Activities | 3.0 |
| Zeng,Qinglai | Senior | 10/11/2019 | Pension plan, Expected Return on Assets review with Liability driven investment strategy | Employee Benefit Plan Audit | 0.2 |
| Bellinzoni,Christopher W | Senior Manager | 10/14/2019 | time spent reviewing IT planning workpapers | Risk Assurance/IT Activities | 0.5 |
| Connors,Ryan Thomas | Senior | 10/14/2019 | Inspected audit evidence provided and created list of follow ups for Manage Access testing | Risk Assurance/IT Activities | 1.0 |
| Connors,Ryan Thomas | Senior | 10/14/2019 | Inspected audit evidence provided, selected testing samples, and created list of follow ups for change management testing | Risk Assurance/IT Activities | 5.0 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Connors,Ryan Thomas | Senior | 10/14/2019 | Reviewed Common SAP Manage Access walkthrough | Risk Assurance/IT Activities | 3.0 |
| Zee,Ena | Executive Director | 10/14/2019 | retirement plan Employee Benefit Plan - review of asset allocation for the interest rate assumption and discussions related to retirement benefit calculations | Employee Benefit Plan Audit | 0.4 |
| Hartman,Bryan A | Manager | 10/14/2019 | Internal People Advisory Services discussion relating to Accounting Standards Codification 960 interest rate review | Employee Benefit Plan Audit | 0.8 |
| Yuan,Helen | Senior | 10/14/2019 | Updating the tool to review the Accounting Standards Codification 960 interest rate assumption | Employee Benefit Plan Audit | 0.5 |
| Fox,Nicholas K. | Manager | 10/14/2019 | review of Accounting Standards Codification 960 discount rate for the Purdue defined benefit plan. includes analysis of Liability Driven Investment hedge ratio and its effect on the reasonable range of discount rates for plan year 2018 | Employee Benefit Plan Audit | 6.0 |
| Yuan,Helen | Senior | 10/14/2019 | Discuss to discuss next steps on the Accounting Standards Codification 960 interest rate review with Bryan Hartman and Ena Zee | Employee Benefit Plan Audit | 0.5 |
| Furtado,Justin V | Manager | 10/14/2019 | Updating family tree and completing independence engagement inquiries | Independence Procedures | 0.5 |
| Furtado,Justin V | Manager | 10/14/2019 | Completing independence update procedures | Independence Procedures | 0.8 |
| Furtado,Justin V | Manager | 10/14/2019 | Review of hours charged to Purdue code for compliance with requirements | Bankruptcy | 0.6 |
| Nguyen,Jessica | Staff/Assistant | 10/14/2019 | Created common manage access walkthrough Documented Common Manage Access Walkthrough including, new/modified user process and password settings. | Risk Assurance/IT Activities | 9.0 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Zeng,Qinglai | Senior | 10/14/2019 | Pension Estimated Return on Plan Assets assumption input review | Employee Benefit Plan Audit | 1.1 |
| Connors,Ryan Thomas | Senior | 10/15/2019 | Inspected audit evidence provided and created list of follow ups for SAP workplans | Risk Assurance/IT Activities | 1.0 |
| Connors,Ryan Thomas | Senior | 10/15/2019 | Reviewed Common SAP Manage Access walkthrough | Risk Assurance/IT Activities | 3.0 |
| Connors,Ryan Thomas | Senior | 10/15/2019 | Inspected audit evidence provided, selected testing samples, and created list of follow ups for Firefighter usage testing | Risk Assurance/IT Activities | 2.0 |
| Connors,Ryan Thomas | Senior | 10/15/2019 | Call with Joe Shibu Raj A regarding new user control testing | Risk Assurance/IT Activities | 0.5 |
| Connors,Ryan Thomas | Senior | 10/15/2019 | Inspected audit evidence provided, selected testing samples, and created list of follow ups for Manage Access testing | Risk Assurance/IT Activities | 2.5 |
| Furtado,Justin V | Manager | 10/15/2019 | Creation of client request list of data extraction for analytics testing | Planning Activities | 0.4 |
| Joe Shibu Raj A | Senior | 10/15/2019 | Status calls with Ryan Connors | Risk Assurance/IT Activities | 0.5 |
| Joe Shibu Raj A | Senior | 10/15/2019 | New user testing  inspection, Evidence posting and tracker preparation | Risk Assurance/IT Activities | 3.5 |
| Nguyen,Jessica | Staff/Assistant | 10/15/2019 | Documented necessary Follow up SAP Common Manage change walkthrough Change initiation, testing, approval | Risk Assurance/IT Activities | 4.5 |
| Nguyen,Jessica | Staff/Assistant | 10/15/2019 | Looked over terminated user documentation for SAP Common Manage Access walkthrough | Risk Assurance/IT Activities | 4.5 |
| Ostling,Danita K | Partner/Principal | 10/15/2019 | Discussion with Devon Brady, Roger Savell, Tom Sciametta, EY General Counsel's Office regarding preparation for upcoming audit committee meeting, completion of the 2018 audit and issuance of 2018 opinion. | Quality Review | 1.0 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Sciametta,Thomas Joseph | Partner/Principal | 10/15/2019 | Update on audit stakes | Bankruptcy | 1.0 |
| Brady,Devon M | Partner/Principal | 10/16/2019 | working on engagement letter - call with professional practice team regarding the upcoming audit committee meeting | Bankruptcy | 0.8 |
| Connors,Ryan Thomas | Senior | 10/16/2019 | Reviewed SAP workplan and testing documentation | Risk Assurance/IT Activities | 2.5 |
| Connors,Ryan Thomas | Senior | 10/16/2019 | Inspected audit evidence provided, selected testing samples, and created list of follow ups for manage change testing | Risk Assurance/IT Activities | 2.0 |
| Connors,Ryan Thomas | Senior | 10/16/2019 | Reviewed Common SAP Manage Change walkthrough | Risk Assurance/IT Activities | 2.0 |
| Connors,Ryan Thomas | Senior | 10/16/2019 | Call with Joe Shibu Raj A regarding SAP workplan documentation | Risk Assurance/IT Activities | 0.5 |
| Connors,Ryan Thomas | Senior | 10/16/2019 | Created IT application control request list which was necessary in order to obtain evidence for audit documentation | Risk Assurance/IT Activities | 2.0 |
| Zee,Ena | Executive Director | 10/16/2019 | 1/1/2018 retirement plan audit - call with core assurance re. interest rate issue and the lack of support for the assumptions, also review of benefit calculations and missing historical data | Employee Benefit Plan Audit | 0.7 |
| Yuan,Helen | Senior | 10/16/2019 | Discussion of next steps on the benefit calculation review with Bryan Hartman, Ena Zee, Justin Furtado, and Florence Benzel | Employee Benefit Plan Audit | 0.4 |
| Hartman,Bryan A | Manager | 10/16/2019 | Accounting Standards Codification 960 - talking thru issues with ben calcs, mortality, and interest rate review with core team | Employee Benefit Plan Audit | 0.7 |
| Yuan,Helen | Senior | 10/16/2019 | Discussion of next steps on the Accounting Standards Codification 960 interest rate review with Bryan Hartman, Ena Zee, Justin Furtado, and Florence Benzel | Employee Benefit Plan Audit | 0.4 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Joe Shibu Raj A | Senior | 10/16/2019 | Status calls with Ryan Connors | Risk Assurance/IT Activities | 0.5 |
| Joe Shibu Raj A | Senior | 10/16/2019 | Workplan 3 testing  inspection, Evidence posting and tracker preparation | Risk Assurance/IT Activities | 3.0 |
| Joe Shibu Raj A | Senior | 10/16/2019 | Workplan 2 testing  inspection, Evidence posting and tracker preparation | Risk Assurance/IT Activities | 3.0 |
| Joe Shibu Raj A | Senior | 10/16/2019 | Workplan 1 testing inspection, Evidence posting and tracker preparation | Risk Assurance/IT Activities | 3.0 |
| Nguyen,Jessica | Staff/Assistant | 10/16/2019 | Documented backup and restoration standard operating procedures in SAP Manage Access Walkthrough | Risk Assurance/IT Activities | 4.5 |
| Nguyen,Jessica | Staff/Assistant | 10/16/2019 | Documented Approver matrix in SAP Manage Access Walkthrough | Risk Assurance/IT Activities | 4.5 |
| Ostling,Danita K | Partner/Principal | 10/16/2019 | Discussion with Devon Brady, Roger Savell, Tom Sciametta, EY General Counsel's Office regarding preparation for upcoming audit committee meeting, completion of the 2018 audit and issuance of 2018 opinion. | Quality Review | 0.1 |
| Brady,Devon M | Partner/Principal | 10/17/2019 | Purdue audit committee meeting - Purdue executives plus audit committee present - including Roger Savell and Jessica Seenarraine of EY - discussed status of 2018 audit and accounting topics | Bankruptcy | 1.2 |
| Ostling,Danita K | Partner/Principal | 10/17/2019 | Discussion with Devon Brady, Roger Savell, Tom Sciametta, EY General Counsel's Office regarding preparation for upcoming audit committee meeting, completion of the 2018 audit and issuance of 2018 opinion. | Quality Review | 0.1 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Savell,Roger B | Partner/Principal | 10/17/2019 | Preparation, attendance including travel to on site Audit Committee meeting at Purdue (Stamford Corp Headquarters). Prep included meetings and calls with Devon Brady, Jessica Seenarriane, Danita Ostling and Tom Sciametta.  Meeting at Purdue included from EY – Savell, Brady and Seenarriane and from Purdue, CFO, Controller, General Counsel and Asst Council, as well as the full audit committee, including two new members, Buckfire and John Dubel | Bankruptcy | 3.5 |
| Seenarraine,Jessica | Senior Manager | 10/17/2019 | attend AC meeting with D. Brady, R. Savell to discuss Audit Results for 2018 audit | Bankruptcy | 2.8 |
| Furtado,Justin V | Manager | 10/21/2019 | call with J. Porrazzo, N. D'Alessandro, J. Kaufman, W. Sielert, T. Aznar, and A. Marinaccio to discuss data extraction for 2019 analytics-based audit procedures | Planning Activities | 0.5 |
| Furtado,Justin V | Manager | 10/21/2019 | monitoring time charged for compliance with bankruptcy regulations | Bankruptcy | 0.4 |
| Ostling,Danita K | Partner/Principal | 10/21/2019 | Discussion with Devon Brady, Roger Savell, Tom Sciametta, EY General Counsel's Office, Jessica Seenarraine to de-brief audit committee meeting and regarding completion of 2018 audit | Quality Review | 1.0 |
| Sciametta,Thomas Joseph | Partner/Principal | 10/21/2019 | Update on audit prices | Bankruptcy | 0.5 |
| Furtado,Justin V | Manager | 10/22/2019 | Updating reporting files (Summary Review Memorandum and late issuance memo) for changes in the status of ongoing litigation | Bankruptcy | 1.5 |
| Furtado,Justin V | Manager | 10/24/2019 | conference call: E. Zee, F. Benzel, B. Hartman to discuss Accounting Standards Codification 960 interest rate calculation | Employee Benefit Plan Audit | 1.2 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Hartman,Bryan A | Manager | 10/24/2019 | All parties (People Advisory Services and core assurance) to discuss Accounting Standards Codification 960 Interest Rate calculations | Employee Benefit Plan Audit | 1.2 |
| Benzel,Florence Gail | Senior Manager | 10/24/2019 | discuss Accounting Standards Codification 960 Interest Rate calculations | Employee Benefit Plan Audit | 1.2 |
| Zee,Ena | Executive Director | 10/24/2019 | retirement plan Employee Benefit Plan review - call with the client and fidelity actuary regarding the interest rate development, and subsequent internal discussion | Employee Benefit Plan Audit | 1.2 |
| Brady,Devon M | Partner/Principal | 10/25/2019 | Review of materials provided by Keith/Jon on the Accounting Standards Codification 450 accounting regarding the contribution of the Purdue business to settle the product liability litigation - fair value assessment | Bankruptcy | 1.1 |
| Barr,Justin | Executive Director | 10/28/2019 | Discussion with D. Ostling and J. Manbeck to discuss Purdue and the Quality Coaching plan. | Quality Review | 0.5 |
| Manbeck,Jennifer L. | Executive Director | 10/28/2019 | Call with D. Ostling, J. Barr and J. Manbeck to understand audit engagement background and scope of file review. | Quality Review | 0.5 |
| Zee,Ena | Executive Director | 10/28/2019 | retirement plan 1/1/18 plan audit - interest rate. reviewing Goldman sech's response and reevaluating the expected return on assets assumption analysis | Employee Benefit Plan Audit | 1.0 |
| Ostling,Danita K | Partner/Principal | 10/28/2019 | Discussion of scope of Quality Network review with Jenny Manbeck and Justin Barr | Quality Review | 0.5 |
| Seenarraine,Jessica | Senior Manager | 10/28/2019 | draft late issuance memo | Bankruptcy | 2.3 |
| Seenarraine,Jessica | Senior Manager | 10/28/2019 | draft summary review memo | Bankruptcy | 1.7 |
| Barr,Justin | Executive Director | 10/29/2019 | Discussion with J. Manbeck and D. Brady to discuss client background, audit status, Quality coaching, and the timeline. | Quality Review | 0.5 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Barr,Justin | Executive Director | 10/29/2019 | Reviewing Equity workpapers | Quality Review | 0.5 |
| Barr,Justin | Executive Director | 10/29/2019 | Discussion with R. Savell and J. Manbeck to discuss Quality coaching and Engagement Quality Review status. | Quality Review | 0.5 |
| Furtado,Justin V | Manager | 10/29/2019 | Drafting email to client regarding on site logistics | Planning Activities | 0.5 |
| Manbeck,Jennifer L. | Executive Director | 10/29/2019 | Call with D. Brady, J. Barr and J. Manbeck to understand scope of audit and areas of focus and to discuss timing of audit file review. | Quality Review | 0.5 |
| Manbeck,Jennifer L. | Executive Director | 10/29/2019 | Call with R. Savell, J. Barr and J. Manbeck to discuss Engagement Quality Review views on areas of focus and observations from his Engagement Quality Review. | Quality Review | 0.5 |
| Manbeck,Jennifer L. | Executive Director | 10/29/2019 | Review of audit planning files including engagement letters and audit committee communications. | Quality Review | 1.5 |
| Yuan,Helen | Senior | 10/29/2019 | Discussion with Ena Zee on the status of the review and updates to the Expected Return on Assets tool | Employee Benefit Plan Audit | 0.5 |
| Yuan,Helen | Senior | 10/29/2019 | Review of the Expected Return on Assets tool | Employee Benefit Plan Audit | 0.7 |
| Yuan,Helen | Senior | 10/29/2019 | Internal email to team asking questions about the updates to Expected Return on Assets tool | Employee Benefit Plan Audit | 0.3 |
| Zee,Ena | Executive Director | 10/29/2019 | retirement plan reevaluating the interest rate analysis with updated assumptions | Employee Benefit Plan Audit | 0.7 |
| Savell,Roger B | Partner/Principal | 10/29/2019 | workpaper review discussion for 2018 audit | Bankruptcy | 0.5 |
| Barr,Justin | Executive Director | 10/30/2019 | Discussion of coaching progress with J. Manbeck | Quality Review | 0.3 |
| Barr,Justin | Executive Director | 10/30/2019 | Reviewing Equity workpapers | Quality Review | 0.8 |
| Furtado,Justin V | Manager | 10/30/2019 | One Stamford Realty Planning Tasks | Planning Activities | |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| | | | | | 1.5 |
| Manbeck,Jennifer L. | Executive Director | 10/30/2019 | Can with J. Barr and J. Manbeck to discuss status of review and observations to date. | Quality Review | 0.4 |
| Manbeck,Jennifer L. | Executive Director | 10/30/2019 | Review of audit of audit planning documents including Audit Strategy Memo, Overall Analytical Review, Understand the Business Tremplate. | Quality Review | 2.0 |
| Yuan,Helen | Senior | 10/30/2019 | Discussion with Ena Zee on the Expected Return on Assets tool questions | Employee Benefit Plan Audit | 0.2 |
| Zee,Ena | Executive Director | 10/30/2019 | retirement plan - revisions to our interest rate analysis. relooking at the time horizon and asset allocations within the custom Liability Driven Investment. | Employee Benefit Plan Audit | 0.5 |
| Chun,Sung Hwan | Staff/Assistant | 10/31/2019 | People Advisory Services - Scoping template update, data documentation | Employee Benefit Plan Audit | 0.2 |
| Furtado,Justin V | Manager | 10/31/2019 | Discussion with V. Pecchio to discuss One Stamford Realty audit procedures and onboard to the team | Planning Activities | 1.0 |
| Manbeck,Jennifer L. | Executive Director | 10/31/2019 | Workpaper review of revenue files. | Quality Review | 2.5 |
| Sneha Vasudevan | Staff/Assistant | 10/31/2019 | Frederick Purdue | Year-End Substantive Testing | 4.0 |
| Chun,Sung Hwan | Staff/Assistant | 11/1/2019 | People Advisory Services - memo template update | Employee Benefit Plan Audit | 2.0 |
| Furtado,Justin V | Manager | 11/1/2019 | meeting with J. Porrazzo to discuss One Stamford Realty Planning procedures | Planning Activities | 1.0 |
| Manbeck,Jennifer L. | Executive Director | 11/1/2019 | File review of revenue workpapers. | Quality Review | 4.2 |
| Yuan,Helen | Senior | 11/1/2019 | Internal email summarizing updates to the Expected Return on Assets tool | Employee Benefit Plan Audit | 0.5 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Zee,Ena | Executive Director | 11/1/2019 | retirement plan - review of interest rate for 1/1/18 plan liability and assessed the liability impact provided by the actuary for the update to the mortality assumption and related internal discussions | Employee Benefit Plan Audit | 0.7 |
| Manbeck,Jennifer L. | Executive Director | 11/4/2019 | Revenue audit workpaper quality review. | Quality Review | 4.5 |
| Furtado,Justin V | Manager | 11/5/2019 | Drafting engagement letter | Planning Activities | 0.4 |
| Furtado,Justin V | Manager | 11/5/2019 | reviewing independence update procedures | Independence Procedures | 1.0 |
| Sneha Vasudevan | Staff/Assistant | 11/5/2019 | First val Frederick perdue | Year-End Substantive Testing | 5.0 |
| Aznar,Tiffany | Staff/Assistant | 11/6/2019 | Worked on Payroll Test of Controls Forms | Walkthroughs/Test of Controls | 6.0 |
| Sneha Vasudevan | Staff/Assistant | 11/6/2019 | Frederick Purdue GLA reval memo | Year-End Substantive Testing | 8.0 |
| Aznar,Tiffany | Staff/Assistant | 11/7/2019 | Worked on Payroll Test of Controls Forms (238GL) WP reference, B04.00 series. | Walkthroughs/Test of Controls | 4.0 |
| Savell,Roger B | Partner/Principal | 11/15/2019 | Attendance by telephone at Purdue audit committee meeting | Bankruptcy | 1.0 |
| Ostling,Danita K | Partner/Principal | 11/17/2019 | review and provide comments on debtor's counsel reply to US Trustee object to EY's appointment as auditor) | Quality Review | 1.4 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Ostling,Danita K | Partner/Principal | 11/25/2019 | Discussion with D. Brady, T. Tracy, R. Savell, T. Sciametta, Molly Tucker-McCue regarding subsequent events procedures with respect to the 2018 audit | Quality Review | 0.5 |
| Sciametta,Thomas Joseph | Partner/Principal | 11/25/2019 | call discuss update on sub-credits and requirements to issue financial statements | Bankruptcy | 0.5 |
| Savell,Roger B | Partner/Principal | 12/10/2019 | worked on periodic 15min at a time | Bankruptcy | 4.0 |
| Brady,Devon M | Partner/Principal | 12/19/2019 | Bankruptcy hearing in white plains and prep session before the hearing | Bankruptcy | 2.2 |
| Hartley,Adrian | Senior Manager | 1/4/2020 | | Employee Benefit Plan Audit | 2.0 |
| Benzel,Florence Gail | Senior Manager | 1/6/2020 | Defined Contribution file review - reviewed and closed comments previously addressed, review contributions and rep letter, general review of the file to determine what needs to be completed to issue the report | Employee Benefit Plan Audit | 1.1 |
| Yuan,Helen | Senior | 1/6/2020 | Review of the work done so far for Purdue Defined Benefit | Employee Benefit Plan Audit | 1.0 |
| Benzel,Florence Gail | Senior Manager | 1/6/2020 | preparation of PPD consultation memo for delayed issuance of the two audit reports. | Employee Benefit Plan Audit | 1.6 |
| Chun,Sung Hwan | Staff/Assistant | 1/7/2020 | Reviewing key assumptions for Employee Benefit Plan Audit | Employee Benefit Plan Audit | 0.7 |
| Benzel,Florence Gail | Senior Manager | 1/7/2020 | correspondence with team senior, staff, and partner to formulate a plan for audit completion. | Employee Benefit Plan Audit | 0.4 |
| Benzel,Florence Gail | Senior Manager | 1/7/2020 | correspondence with actuaries re Defined Benefit Plan calculations | Employee Benefit Plan Audit | 0.5 |
| Benzel,Florence Gail | Senior Manager | 1/7/2020 | revise draft of PPD memo | Employee Benefit Plan Audit | 0.8 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Benzel,Florence Gail | Senior Manager | 1/7/2020 | Defined Contribution financial statements - modification to risk note | Employee Benefit Plan Audit | 0.2 |
| Benzel,Florence Gail | Senior Manager | 1/7/2020 | Defined Benefit plan tax review | Employee Benefit Plan Audit | 2.2 |
| Hartman,Bryan A | Manager | 1/7/2020 | Discussion of previously worked on benefit calcs review for Accounting Standards Codification 960 2018 plan year audit | Employee Benefit Plan Audit | 0.3 |
| Chun,Sung Hwan | Staff/Assistant | 1/8/2020 | People Advisory Services - specialist form | Employee Benefit Plan Audit | 0.5 |
| Chun,Sung Hwan | Staff/Assistant | 1/8/2020 | People Advisory Services - memo template | Employee Benefit Plan Audit | 1.1 |
| Chun,Sung Hwan | Staff/Assistant | 1/8/2020 | People Advisory Services - work papers | Employee Benefit Plan Audit | 1.5 |
| Chun,Sung Hwan | Staff/Assistant | 1/8/2020 | People Advisory Services - correspondence with core team | Employee Benefit Plan Audit | 0.3 |
| Yuan,Helen | Senior | 1/8/2020 | Summary of findings email review | Employee Benefit Plan Audit | 1.5 |
| Hartman,Bryan A | Manager | 1/8/2020 | Discussion of previously worked on benefit calcs review for Accounting Standards Codification 960 2018 plan year audit | Employee Benefit Plan Audit | 0.5 |
| Benzel,Florence Gail | Senior Manager | 1/8/2020 | follow up on various open items with team members | Employee Benefit Plan Audit | 0.3 |
| Benzel,Florence Gail | Senior Manager | 1/8/2020 | work on PPD consultation memo | Employee Benefit Plan Audit | 1.1 |
| Chun,Sung Hwan | Staff/Assistant | 1/9/2020 | People Advisory Services - memo template, Scoping update, work papers | Employee Benefit Plan Audit | 0.7 |
| Chun,Sung Hwan | Staff/Assistant | 1/9/2020 | People Advisory Services - core team outreach | Employee Benefit Plan Audit | 0.5 |
| Fleurinord,Erlain Dervinsky | Staff/Assistant | 1/9/2020 | Updating impendence workpapers. | Independence Procedures | 4.0 |
| Benzel,Florence Gail | Senior Manager | 1/9/2020 | continued preparation of PPD memo - addressing executive comments | Employee Benefit Plan Audit | 2.2 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Benzel,Florence Gail | Senior Manager | 1/9/2020 | review of open areas and accumulation of those areas to prepare for the client meeting on Friday | Employee Benefit Plan Audit | 4.1 |
| Yuan,Helen | Senior | 1/9/2020 | Meeting with Ena and Bryan on Purdue findings | Employee Benefit Plan Audit | 0.3 |
| Hartman,Bryan A | Manager | 1/9/2020 | Discussion of previously worked on benefit calcs review for Accounting Standards Codification 960 2018 plan year audit | Employee Benefit Plan Audit | 0.3 |
| Zee,Ena | Executive Director | 1/9/2020 | review of retirement benefit calculations for sample participants and related internal discussions re methods, assumptions. | Employee Benefit Plan Audit | 0.5 |
| Fleurinord,Erlain Dervinsky | Staff/Assistant | 1/10/2020 | Updated independence workpapers | Employee Benefit Plan Audit | 1.0 |
| Benzel,Florence Gail | Senior Manager | 1/10/2020 | PPD memo - share memo with PPD group, review memo per comments from PPD group, re-submit memo to group.   research contribution comment and update memo | Employee Benefit Plan Audit | 2.1 |
| Benzel,Florence Gail | Senior Manager | 1/10/2020 | tax package for Defined Benefit - obtain testing results, review/prepare Summary Review Memorandum and rep letter, contact tax team and forward them the package | Employee Benefit Plan Audit | 2.1 |
| Benzel,Florence Gail | Senior Manager | 1/12/2020 | prepare Defined Contribution file for executive review | Employee Benefit Plan Audit | 0.4 |
| Cannavina,Anthony | Executive Director | 1/13/2020 | Review of defined contribution plan Canvas audit workpapers; review of delayed issuance memo; review of defined contribution financial statements (including Generally Accepted Accounting Principles checklist); review of defined contribution draft management representation letter. | Employee Benefit Plan Audit | 6.6 |
| Fleurinord,Erlain Dervinsky | Staff/Assistant | 1/13/2020 | Set up staff 1 with independence grid | Employee Benefit Plan Audit | 1.0 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Benzel,Florence Gail | Senior Manager | 1/13/2020 | Defined Contribution plan Perform Other General Audit Procedures - review subsequent event including 2019 trust reports | Employee Benefit Plan Audit | 1.2 |
| Yuan,Helen | Senior | 1/13/2020 | Review of memo and work papers | Employee Benefit Plan Audit | 1.5 |
| Benzel,Florence Gail | Senior Manager | 1/13/2020 | call with engagement manager to review open items and audit status - both plans | Employee Benefit Plan Audit | 0.5 |
| Chun,Sung Hwan | Staff/Assistant | 1/14/2020 | People Advisory Services - work papers | Employee Benefit Plan Audit | 1.5 |
| Fleurinord,Erlain Dervinsky | Staff/Assistant | 1/14/2020 | updating independence workpapers | Employee Benefit Plan Audit | 1.0 |
| Yuan,Helen | Senior | 1/14/2020 | Review of memo and work papers | Employee Benefit Plan Audit | 4.3 |
| Benzel,Florence Gail | Senior Manager | 1/14/2020 | Defined Benefit financial statement review including review of tie out and 5500 | Employee Benefit Plan Audit | 2.4 |
| Benzel,Florence Gail | Senior Manager | 1/14/2020 | Defined Benefit plan testing review - benefit payments and participant data as well as adjusting documentation for these accounts. | Employee Benefit Plan Audit | 1.3 |
| Benzel,Florence Gail | Senior Manager | 1/14/2020 | call with client to review open items | Employee Benefit Plan Audit | 0.7 |
| Benzel,Florence Gail | Senior Manager | 1/14/2020 | supervise staff - Defined Benefit and Defined Contribution plans | Employee Benefit Plan Audit | 1.2 |
| Inneo,Mary | Staff/Assistant | 1/15/2020 | Worked on Financial Statement Tie-out. Went in and double checked tickmarks and reperformed calculations | Employee Benefit Plan Audit | 5.0 |
| Inneo,Mary | Staff/Assistant | 1/15/2020 | Completed 5500 Tie Out | Employee Benefit Plan Audit | 1.5 |
| Hartman,Bryan A | Manager | 1/15/2020 | Actuarial pension audit of the 2018 plan year - review of People Advisory Services team's memo on our opinion of assumptions and benefit calculations | Employee Benefit Plan Audit | 1.5 |
| Biedziak,Eliza Anna | Senior Manager | 1/16/2020 | Discussing scope for Govt. Pricing testing | Year-End Substantive Testing | 0.5 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Chun,Sung Hwan | Staff/Assistant | 1/16/2020 | People Advisory Services - work papers | Employee Benefit Plan Audit | 1.2 |
| Furtado,Justin V | Manager | 1/16/2020 | review of EY government pricing testing from prior year | Planning Activities | 0.3 |
| Furtado,Justin V | Manager | 1/16/2020 | call with D. Brady, E. Biedziak. K. Tran, S. Mutlu to discuss planning and scoping for EY Government Pricing testing | Planning Activities | 0.8 |
| Inneo,Mary | Staff/Assistant | 1/16/2020 | 1.5 hrs finishing the Financial Statement Tie Out 6 hrs spent clearing comments,removing SSN and Birthdates, getting ready for archive | Employee Benefit Plan Audit | 7.5 |
| Mutlu Tepe,Serpil | Manager | 1/16/2020 | Discussed scope for government pricing testing | Year-End Substantive Testing | 0.5 |
| Zee,Ena | Executive Director | 1/16/2020 | 2018 retirement plan review including the final work papers and memo | Employee Benefit Plan Audit | 2.0 |
| Yuan,Helen | Senior | 1/16/2020 | Finalizing memo and other deliverables | Employee Benefit Plan Audit | 0.5 |
| Tran,Loikevin | Manager | 1/16/2020 | Meeting with Devon Brady, Justin Furtado, Eliza Biedziak, Serpil Mutlu to discuss 2019 Government Pricing testing scope | Year-End Substantive Testing | 0.5 |
| Brady,Devon M | Partner/Principal | 1/17/2020 | Audit Committee meeting in Stamford - discussion of IA plan and tax structure upon emergence from CH11 - discussion of audit planning as well with Jon and Roxana | Bankruptcy | 1.3 |
| Inneo,Mary | Staff/Assistant | 1/17/2020 | received monthly statements with client contributions, withdrawal and transfer information. Calculated year totals for each. Waiting to gain understanding on large transfers during April & May | Employee Benefit Plan Audit | 1.0 |
| Inneo,Mary | Staff/Assistant | 1/17/2020 | Ran Document report in canvas to help prepare for archive. Went into documents still showing comments/highlights | Employee Benefit Plan Audit | 0.5 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Witte,Michael C | Senior Manager | 1/17/2020 | tax review - upper-level review and signoff (Pension Plan) | Employee Benefit Plan Audit | 1.5 |
| Benzel,Florence Gail | Senior Manager | 1/18/2020 | prepare file for archive | Employee Benefit Plan Audit | 0.2 |
| Benzel,Florence Gail | Senior Manager | 1/18/2020 | submit PPD memo to database | Employee Benefit Plan Audit | 0.2 |
| Benzel,Florence Gail | Senior Manager | 1/18/2020 | process financial statement comments to the Defined Benefit statements | Employee Benefit Plan Audit | 0.4 |
| Benzel,Florence Gail | Senior Manager | 1/18/2020 | process tax changes | Employee Benefit Plan Audit | 0.3 |
| Benzel,Florence Gail | Senior Manager | 1/19/2020 | call with Engagement Quality Review on status of engagements and addressing Defined Contribution Engagement Quality Review comments on the SRM | Employee Benefit Plan Audit | 0.6 |
| Yuan,Helen | Senior | 1/19/2020 | | Employee Benefit Plan Audit | 1.2 |
| Mutlu Tepe,Serpil | Manager | 1/20/2020 | Prepared scope document for the audit support work (Rhodes) | Year-End Substantive Testing | 0.3 |
| Mutlu Tepe,Serpil | Manager | 1/20/2020 | Prepared GP questionnaire for the audit support (Rhodes) | Year-End Substantive Testing | 0.3 |
| Ostling,Danita K | Partner/Principal | 1/20/2020 | Discussion with D. Brady about planning for and timing of 2018 and 2019 audits | Quality Review | 0.5 |
| Savell,Roger B | Partner/Principal | 1/20/2020 | | Employee Benefit Plan Audit | 3.5 |
| Benzel,Florence Gail | Senior Manager | 1/20/2020 | review support from client | Employee Benefit Plan Audit | 1.0 |
| Yuan,Helen | Senior | 1/20/2020 | | Employee Benefit Plan Audit | 0.5 |
| Savell,Roger B | Partner/Principal | 1/21/2020 | | Employee Benefit Plan Audit | 1.0 |
| Benzel,Florence Gail | Senior Manager | 1/21/2020 | correspondence with client | Employee Benefit Plan Audit | 0.5 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Brady,Devon M | Partner/Principal | 1/22/2020 | Call with Justin and Nick to plan for the 2019 audit.  Summary of Employee Benefit Plan open items and discussion with Justin and Florence - Sametime | Planning Activities | 1.3 |
| Furtado,Justin V | Manager | 1/22/2020 | Call with D. Brady and N. D'Alessandro to discuss 2019 Purdue audit scoping | Planning Activities | 0.7 |
| Cannavina,Anthony | Executive Director | 1/27/2020 | Review of defined benefit plan Canvas audit workpapers; review of defined benefit plan financial statements (including Generally Accepted Accounting Principles checklist); review of defined benefit plan draft management representation letter. | Employee Benefit Plan Audit | 7.8 |
| Benzel,Florence Gail | Senior Manager | 1/27/2020 | review emails from client for Defined Benefit audit Audited Financial Statements and reply | Employee Benefit Plan Audit | 0.6 |
| Furtado,Justin V | Manager | 1/28/2020 | Reviewing data validation results and providing question to B. Siebert | Planning Activities | 0.3 |
| Benzel,Florence Gail | Senior Manager | 1/28/2020 | circulate final draft Defined Contribution Audited Financial Statements, drop into canvas, review for any missing PPEDD sign offs in canvas. | Employee Benefit Plan Audit | 0.4 |
| Benzel,Florence Gail | Senior Manager | 1/29/2020 | review Defined Benefit file in preparation to finalize financial statements | Employee Benefit Plan Audit | 0.9 |
| Benzel,Florence Gail | Senior Manager | 1/30/2020 | review and return Defined Benefit financials to client | Employee Benefit Plan Audit | 0.4 |
| Brady,Devon M | Partner/Principal | 1/31/2020 | Call with Eric and Justine of Purdue - Discussion of 2019 audit timetable, start date, deliverables, scope, and EY portal.  EY employees included: Nick D, Justin F. John P. | Planning Activities | 1.2 |
| D'Alessandro,Nicholas A | Senior | 1/31/2020 | 2019 audit kick-off call with the client (Controller).  Devon Brady, Justin Furtado and John Porrazzo were also on the line. | Planning Activities | 0.5 |

| Employee Name | Title | Date of Service | Description | Project Category | Hours Charged |
|---|---|---|---|---|---|
| Furtado,Justin V | Manager | 1/31/2020 | Call with D. Brady, N. D'Alessandro, J. Porrazzo, E. Nowakowski, C. Lin to discuss audit timing and client request items | Planning Activities | 0.9 |
| Mutlu Tepe,Serpil | Manager | 1/31/2020 | Reviewed received Provided by Client, determined missing data and documents | Year-End Substantive Testing | 0.5 |
| Porrazzo,John M | Senior | 1/31/2020 | Kick off call for Purdue 2019 & 2018 Audit. Those who were on the call included Eric Nowakowski (Purdue), Xinyu Christina Lin (Purdue), Devon Brady (EY), Justin V Furtado (EY), Nicholas A D'Alessandro (EY) and John Porrazzo (EY) | Planning Activities | 0.5 |
| | | | **Total** | | **411.9** |