**EXHIBIT B**

**OUTSIDE COUNSEL FEES**

| Date | Name | Description | Hours | Fees | Rate | Narrative |
|---|---|---|---|---|---|---|
| 09/16/2019 | Riela, Michael J. | PARTNER | 0.6 | $363.00 | $605.00 | Telephone conference and emails with M. Hosbach regarding retention issues and next steps with respect to same. |
| 09/17/2019 | Riela, Michael J. | PARTNER | 1.0 | $605.00 | $605.00 | Telephone conference and emails with M. Hosbach regarding next steps with respect to retention (0.5); format parties in interest list (0.5). |
| 09/24/2019 | Riela, Michael J. | PARTNER | 0.8 | $484.00 | $605.00 | Telephone conference and emails with M. Hosbach regarding retention and next steps with respect to same. |
| 09/26/2019 | Riela, Michael J. | PARTNER | 0.4 | $242.00 | $605.00 | Email exchanges with M. Hosbach regarding nest steps with respect to retention. |
| 10/01/2019 | Riela, Michael J. | PARTNER | 2.2 | $1,331.00 | $605.00 | Numerous telephone conferences and emails with M. Hosbach and engagement term regarding work performed by EY member firms for Sackler-related entities and regarding timing issues with respect to audit reports (1.7); detailed email to Davis Polk regarding timing issue with respect to audit report (0.5). |
| 10/02/2019 | Riela, Michael J. | PARTNER | 0.8 | $484.00 | $605.00 | Email exchanges with Davis Polk and with M. Hosbach regarding timing issues with respect to retention application (0.3); emails with respect to work being performed for Sackler-related non-debtor entities (0.5). |
| 10/03/2019 | Riela, Michael J. | PARTNER | 1.1 | $665.50 | $605.00 | Prepare draft disclosure paragraphs for inclusion in retention declaration regarding services performed for non-debtor entities (0.8); emails with M. Hosbach regarding same (0.3). |
| 10/05/2019 | Riela, Michael J. | PARTNER | 0.4 | $242.00 | $605.00 | Detailed email to Davis Polk regarding obtaining consent from non-debtor entities to include disclosure of work in retention declaration. |
| 10/08/2019 | Riela, Michael J. | PARTNER | 0.8 | $484.00 | $605.00 | Email exchanges with M. Hosbach and with Sackler family counsel regarding draft disclosures regarding services for Sackler-affiliated entities and trusts. |
| 10/09/2019 | Riela, Michael J. | PARTNER | 0.7 | $423.50 | $605.00 | Email exchanges with Davis Polk and M. Hosbach regarding non-debtor disclosures in EY retention application. |

| Date | Name | Description | Hours | Fees | Rate | Narrative |
|---|---|---|---|---|---|---|
| 10/10/2019 | Riela, Michael J. | PARTNER | 0.9 | $544.50 | $605.00 | Detailed emails to Debevoise and Milbank regarding draft disclosure regarding EY work for Sackler-related entities and trusts (0.5); review and comment on Chapter 11 audit engagement letter (0.4). |
| 10/11/2019 | Riela, Michael J. | PARTNER | 0.7 | $423.50 | $605.00 | Review draft of audit engagement letters (0.4); emails with engagement team regarding comments to same (0.3). |
| 10/16/2019 | Riela, Michael J. | PARTNER | 0.6 | $363.00 | $605.00 | Telephone conference with M. Hosbach regarding next steps with respect to retention (0.3); format updated parties in interest list (0.3). |
| 10/18/2019 | Riela, Michael J. | PARTNER | 0.3 | $181.50 | $605.00 | Emails with Sackler counsel regarding affiliate services language for retention declaration. |
| 10/22/2019 | Riela, Michael J. | PARTNER | 1.2 | $726.00 | $605.00 | Emails and telephone conference with M. Hosbach regarding non-debtor affiliate work (0.5); telephone conference with Debevoise re Sackler work (0.3); telephone conference with M. Hosbach re outcome of same and next steps (0.4). |
| 10/23/2019 | Riela, Michael J. | PARTNER | 1.5 | $907.50 | $605.00 | Revise retention declaration and retention order (1.1), telephone conference and emails with M. Hosbach regarding Sackler work (0.4). |
| 10/24/2019 | Riela, Michael J. | PARTNER | 0.9 | $544.50 | $605.00 | Revise draft of retention declaration and proposed order (0.4); emails with EY regarding status of connections check (0.3); emails with EY and with Davis Polk regarding status of engagement letter (0.2). |
| 10/25/2019 | Riela, Michael J. | PARTNER | 0.6 | $363.00 | $605.00 | Update retention declaration (0.4); emails with EY and with Davis Polk regarding same (0.2). |
| 10/28/2019 | Riela, Michael J. | PARTNER | 0.6 | $363.00 | $605.00 | Email exchanges with M. Hosbach and D. Brady regarding engagement letter and retention declaration. |
| 10/29/2019 | Riela, Michael J. | PARTNER | 0.7 | $423.50 | $605.00 | Review US Trustee's questions and comments regarding retention (0.4); detailed email to M. Hosbach regarding same (0.3). |
| 10/30/2019 | Riela, Michael J. | PARTNER | 0.9 | $544.50 | $605.00 | Email exchanges with engagement team and M. Hosbach regarding US Trustee's questions and comments regarding retention (0.4); update retention application and order accordingly (0.5). |

| Date | Name | Description | Hours | Fees | Rate | Narrative |
|---|---|---|---|---|---|---|
| 10/31/2019 | Riela, Michael J. | PARTNER | 1.3 | $786.50 | $605.00 | Revise retention declaration per client's comments and per list of additional professional firms (0.5); emails with Davis Polk regarding EY's responses so far to US Trustee questions (0.5); emails with EY and Davis Polk regarding EY feedback to DP's engagement letter comments (0.3). |
| 11/01/2019 | Riela, Michael J. | PARTNER | 1.3 | $786.50 | $605.00 | Update and finalize retention declaration (0.5); Detailed email to US Trustee regarding work for Sackler-related entities (0.3); telephone conferences and emails with M. Hosbach and engagement team regarding next steps with respect to retention (0.5). |
| 11/04/2019 | Riela, Michael J. | PARTNER | 2.0 | $1,210.00 | $605.00 | Email exchanges with EY and with Davis Polk regarding retention papers and next steps with respect to retention (0.8); emails and telephone conference with M. Hosbach regarding US Trustee feedback regarding Sackler-related work (0.8); emails and telephone calls to Debevoise and Milbank re same (0.4). |
| 11/05/2019 | Riela, Michael J. | PARTNER | 0.7 | $423.50 | $605.00 | Email exchanges with engagement team, M. Hosbach and Davis Polk regarding retention papers and next steps with respect to retention process. |
| 11/06/2019 | Riela, Michael J. | PARTNER | 0.4 | $242.00 | $605.00 | Email exchanges with engagement team and M. Hosbach regarding the filing of retention application and next steps with respect to same. |
| 11/07/2019 | Riela, Michael J. | PARTNER | 1.1 | $665.50 | $605.00 | Telephone conference and email to Debevoise regarding Sackler consent to additional disclosures (0.4); emails with telephone conference with EY regarding same (0.3); emails to Davis Polk and to US Trustee regarding additional disclosure regarding EY Sackler work (0.4). |
| 11/08/2019 | Riela, Michael J. | PARTNER | 0.6 | $363.00 | $605.00 | Email exchanges with Davis Polk and with M. Hosbach regarding UCC's questions regarding retention application. |
| 11/11/2019 | Riela, Michael J. | PARTNER | 2.1 | $1,270.50 | $605.00 | Email exchanges with Davis Polk regarding UCC's questions about EY's retention (0.4); numerous emails exchanges with EY regarding same and regarding connections check and regarding separation of teams (1.7). |
| 11/12/2019 | Riela, Michael J. | PARTNER | 1.9 | $1,149.50 | $605.00 | Numerous telephone conferences and emails with engagement partner and with M. Hosbach regarding US Trustee and UCC questions regarding retention. |

| Date | Name | Description | Hours | Fees | Rate | Narrative |
|---|---|---|---|---|---|---|
| 11/13/2019 | Riela, Michael J. | PARTNER | 2.3 | $1,391.50 | $605.00 | Prepare supplemental declaration of D. Brady in further support of EY's retention (0.9); numerous emails with EY regarding same and regarding UCC and US Trustee comments on retention (1.0); emails and telephone conference with Davis Polk re same (0.4). |
| 11/14/2019 | Riela, Michael J. | PARTNER | 1.9 | $1,149.50 | $605.00 | Update retention declaration (0.6); numerous emails and telephone conferences with EY regarding next steps with respect to retention (0.9); emails and telephone conference with Davis Polk re same (0.4). |
| 11/15/2019 | Riela, Michael J. | PARTNER | 2.4 | $1,452.00 | $605.00 | Review US Trustee objection to EY's retention (0.5); Numerous emails and telephone conference with EY regarding objection and next steps with respect to same (1.3); emails and telephone conference with Davis Polk re same (0.6). |
| 11/16/2019 | Riela, Michael J. | PARTNER | 2.1 | $1,270.50 | $605.00 | Numerous emails with M. Hosbach and with Davis Polk regarding next steps with respect to retention. |
| 11/16/2019 | Riela, Michael J. | PARTNER | 3.0 | $1,815.00 | $605.00 | Review and edit two drafts of Davis Polk's draft reply re Purdue (1.1); numerous emails and telephone calls with EY audit team and M. Hosbach re same (1.6); email exchanges with Davis Polk re same (0.3). |
| 11/18/2019 | Riela, Michael J. | PARTNER | 1.1 | $665.50 | $605.00 | Telephone conferences and emails with M. Hosbach regarding the status of retention and next steps. |
| 11/18/2019 | Riela, Michael J. | PARTNER | 1.9 | $1,149.50 | $605.00 | Telephone conferences and U.S. Emails with M. Hosbach and Davis Polk regarding tomorrow's hearing and adjournment thereof. |
| 11/19/2019 | Riela, Michael J. | PARTNER | 1.1 | $665.50 | $605.00 | Email exchanges with M Hosbach and Davis Polk regarding hearing adjournment. |
| 11/20/2019 | Riela, Michael J. | PARTNER | 0.4 | $242.00 | $605.00 | Telephone conference with Davis Polk regarding retention application and next steps with respect to same. |
| 12/02/2019 | Riela, Michael J. | PARTNER | 1.1 | $665.50 | $605.00 | Email exchanges with M. Hosbach regarding retention issues and next steps. |
| 12/05/2019 | Riela, Michael J. | PARTNER | 0.3 | $181.50 | $605.00 | Emails with M. Hosbach regarding draft email to Davis Polk regarding preparation for 12/19 retention hearing. |
| 12/09/2019 | Riela, Michael J. | PARTNER | 0.4 | $242.00 | $605.00 | Email exchanges with M. Hosbach regarding engagement letter and regarding 12/19/19 retention hearing. |

| Date | Name | Description | Hours | Fees | Rate | Narrative |
|---|---|---|---|---|---|---|
| 12/10/2019 | Riela, Michael J. | PARTNER | 0.3 | $181.50 | $605.00 | Email exchanges with M. Hosbach regarding status of retention process and US Trustee's objection. |
| 12/11/2019 | Riela, Michael J. | PARTNER | 0.4 | $242.00 | $605.00 | Email exchanges with M. Hosbach regarding trial preparation for 12/19/19 retention hearing. |
| 12/16/2019 | Riela, Michael J. | PARTNER | 0.4 | $242.00 | $605.00 | Email exchanges and telephone conference with M. Hosbach regarding upcoming retention hearing. |
| | | | **48.2** | **$29,161.00** | | |