**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |
| **PURDUE PHARMA L.P.,** *et al.*, | |
| Plaintiffs, | Adv. Pro. No. 19-08289 (RDD) |
| v. | |
| **COMMONWEALTH OF MASSACHUSETTS,** *et al.*, | |
| Defendants. | |

## AGENDA FOR MARCH 18, 2020 OMNIBUS HEARING

Time and Date of Hearing:   March 18, 2020 at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:   Telephonic hearing before The Honorable Judge Robert D. Drain

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.

### I.   UNCONTESTED MATTERS:

1.   ***Supply Agreement Motion.***   Debtors' Motion for Authorization to Enter into Supply Agreement [ECF No. 879]

   Objection Deadline: March 11, 2020 at 4:00 p.m. (prevailing Eastern Time)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Responses Received: None

Related Documents:

A. Debtors' Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information and Exhibits under Seal in Connection with the Debtors' Motion for Authorization to Enter into Supply Agreement [ECF No. 878]

B. Declaration of Jon Lowne in Support of Debtors' Motion for Authorization to Enter into Supply Agreement [ECF No. 880]

C. Order Granting Debtors' Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information and Exhibits under Seal in Connection with the Debtors' Motion for Authorization to Enter into Supply Agreement [ECF No. 894]

D. Certificate of No Objection under 28 U.S.C. § 1746 Regarding Notice of Hearing on Debtors' Motion for Authorization to Enter into Supply Agreement [ECF No. 921]

Status: This matter is going forward on an uncontested basis.

2. ***Lease Assumption Motion.*** Motion of Debtors for Entry of an Order (I) Authorizing the Assumption of a Certain Unexpired Lease and (II) Further Extending the Debtors' Deadline to Assume or Reject Certain Unexpired Leases with the Prior Written Consent of the Lessors under such Leases [ECF No. 898]

Objection Deadline: March 13, 2020 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Related Documents:

A. Declaration of Jon Lowne in Support of Motion of Debtors for Entry of an Order (I) Authorizing the Assumption of a Certain Unexpired Lease and (II) Further Extending the Debtors' Deadline to Assume or Reject Certain Unexpired Leases with the Prior Written Consent of the Lessors under such Leases [ECF No. 899]

B. Certificate of no Objection under 28 U.S.C. § 1746 Regarding Motion of Debtors for Entry of an Order (I) Authorizing the Assumption of a Certain Unexpired Lease and (II) Further Extending the Debtors' Deadline to Assume or Reject Certain Unexpired Leases with the Prior Written Consent of the Lessors under such Leases [ECF No. 928]

2

Status: This matter is going forward on an uncontested basis.

**II.    ADVERSARY PROCEEDING MATTERS:**

3.   *Preliminary Injunction Extension Motion.* Motion to Extend the Preliminary Injunction [ECF No. 146]

Objection Deadline: March 13, 2020 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. The Non-Consenting States' Voluntary Commitment and Limited Opposition in Response to Purdue's Motion to Extend the Preliminary Injunction [ECF No. 150]

B. Restatement of Limited Objection and Response of Tennessee Public Officials to Extend the Preliminary Injunction for Richard Sackler [ECF No. 152]

Reply:

A. Reply Memorandum of Law in Support of Motion to Extend Preliminary Injunction [ECF No. 156]

Related Documents:

A. Memorandum of Law in Support of Motion to Extend the Preliminary Injunction [ECF No. 147]

B. Declaration of Benjamin S. Kaminetzky in Support of Debtors' Motion for Preliminary Injunction [ECF No. 148]

C. Official Committee of Unsecured Creditors' Amended Statement in Support of Debtors' Motion to Extend the Preliminary Injunction [ECF No. 922] (19-23649)

D. Official Committee of Unsecured Creditors' Amended Statement in Support of Debtors' Motion to Extend the Preliminary Injunction [ECF No. 929] (19-23649) [amended]

E. Notice with Respect to Omnibus Hearing Scheduled for March 18, 2020, at 10:00 a.m. (Prevailing Eastern Time) [ECF No. 151]

F. Reply of the Raymond Sackler Family to the Objection of the Non-Consenting States to the Debtors' Motion to Extend the Preliminary Injunction [ECF No. 154]

G.  Notice of Telephonic Hearing Scheduled for March 18, 2020 at 10:00 a.m. (Prevailing Eastern Time) [ECF No. 155]

H.  Reply of the Doctor Mortimer Sackler Family Former Directors to the Objection of the Non-Consenting States to the Debtors' Motion to Extend the Preliminary Injunction [ECF No. 157]

I.  Ad Hoc Committee's Statement in Response to Debtors' Motion to Extend the Preliminary Injunction [ECF No. 158]

J.  Official Committee of Unsecured Creditors Amended Statement in Support of Debtors' Motion to Extend the Preliminary Injunction [ECF No. 159]

K.  Official Committee of Unsecured Creditors' Response to the Non-Consenting States' Voluntary Commitment and Limited Opposition in Response to Purdue's Motion to Extend the Preliminary Injunction [ECF No. 160]

Status: This matter is going forward on a contested basis.

Dated:  March 17, 2020
        New York, New York

                            DAVIS POLK & WARDWELL LLP

                            By:  /s/ *Eli J. Vonnegut*

                            450 Lexington Avenue
                            New York, New York 10017
                            Telephone: (212) 450-4000
                            Facsimile:  (212) 701-5800
                            Marshall S. Huebner
                            Benjamin S. Kaminetzky
                            Timothy Graulich
                            Eli J. Vonnegut
                            Christopher S. Robertson

                            *Counsel to the Debtors
                            and Debtors in Possession*