**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

**DECHERT LLP'S FIRST NOTICE OF INCREASE IN
HOURLY RATES FOR PATENT SERVICES**

On November 21, the Court approved the retention of Dechert LLP ("**Dechert**") as Special Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 525] (the "**Retention Order**")[2]. In accordance with the Retention Order, Dechert hereby gives notice that, following negotiations with the Debtors it has been agreed that effective February 1, 2020, Dechert's hourly rates for the Dechert Patent Services completed for the Debtors will increase and the applicable rates shall be as follows:

| Title | 2020 Rates |
|---|---|
| Partners | $740-$940 |
| Counsel | $710 |
| Associates | $740 |
| Paraprofessionals | $150-$385 |
| Patent Agents | $375-$585 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Application of Debtors for Authority to Retain and Employ Dechert LLP as Special Counsel to the Debtors* Nunc Pro Tunc *to the Petition Date* (the "**Retention Application**") [Docket No. 424].

5502235.2

The rates reflect a voluntary discount of 10% to 28% for partners, 19% for counsel, 22% for associates, 0% to 18% for paraprofessionals, and 7% to 10% for patent agents. In addition to the rates listed above, Dechert gives further notice that the voluntary discount based on aggregate amounts invoiced in the calendar year for Patent Services will increase from 5% to 8%, and will apply to all timekeepers, including Samuel Abrams, whose fees were not previously subject to the aggregate discount.

Dated: March 19, 2020

Respectfully submitted,

*/s/ Shmuel Vasser*
Shmuel Vasser
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599

*Special Counsel for Debtors and Debtors in Possession*