Please note you will be receiving several letters over the next few days.

**LeeRae Conn B 7-30-1971 D 6-29-2018**

LeeRae had the the best sense of humor. One that would make people literally pause and think about what she said. She had a heart of gold. LeeRae was pretty, sexy, funny and smart. LeeRae was blind and didn't want others helping her.

The night I met LeeRae She beat me at pool the night . We were together from minute one. For the first year we lived separate. When I would be at her house I would see her nod out. I thought she had narcolepsy. It wasn't until after she moved in that I realized she was addicted. Dr. K***** had her on Soma, Tylenol 800, nuerotin and Gabapentin. The Soma would make her nod out. The first night that I saved her life, she was passed out in the bathtub. I forced her into rehab, out patient. She quit taking the Soma. But Dr k****** decided that she needed Xanax as a replacement. He also got her mother addicted to Xanax. Donnah, LeeRae's mother was hospitalized several times because of Xanax. She's willing to testify. By the end, LeeRae found a "pain management" Doctor. Dr. H******. The day she started seeing him, he prescribed oxycontine and oxycodone. The MAPS system obviously didn't catch that she was taking these other pills prescribed by K*****. Now she's dead. I'm angry, hurt and confused. Local, county and state law enforcement and prosecutors REFUSE to investigate. My only hope at justice is through LARA. Since LeeRae passed I have gotten custody of her daughter, been awarded Representative of her Estate and hired an attorney to go after these two doctors. Dr. K****** could have listened to me when I tried to warn him. He refused. His staff would tell me Dr./patient confidentiality. I tried to find him on Facebook. I couldn't find him. I did find his wife. I sent her a private message. Dr. K*****'s response was to ban me from his property and tell LeeRae that she needs to leave me. He said this while writing her a prescription for Xanax, again.

On 1-10-2019 I spoke with the undercover officer that was handling the Methadone part of her case. This "Professional" tried telling what was in LeeRae's system by "reading the toxicology report. I, a novice, had to interrupt him because he was reading what they tested for, not what they found. I, a novice, would have believed him had I not received the report 4 months earlier. Then I would have been wondering she got all these drugs. Local, County and State law enforcement refuse to investigate these cases. I am hearing this all around the country. Too much work? Do they just want to "Close the book" on people they deem as beneath them?

I have created a Facebook page to help get the word of the letter drops out.. I call this Opioid Watchdogs Letter Drops. I have email every single State level legislator from Michigan, more than once.

https://www.facebook.com/pg/OpioidWatchdogLetterDrops/about/?ref=page_internal

I realize the addict has to take some responsibility for their part in addiction. My addict paid with her life. Those legalized DR.ug dealers that get and keep people addicted, all in the name of money, should be held responsible to the same degree.

I lost my best friend, lover, wife, and Mother of my child.

Tim Kramer

64 Exmoor Rd. Waterford, MI. 48328

248-343-1043 Detroit1701@gmail.com