# APPENDIX B

**PJT Partners**

March 23, 2020

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---:|---:|
| Monthly Fee pro-rated for the period of September 15, 2019 through September 30, 2019:[1] | $ | 120,000.00 |
| Monthly Fee for the period of October 1, 2019 through October 31, 2019: | | 225,000.00 |
| Monthly Fee for the period of November 1, 2019 through November 30, 2019: | | 225,000.00 |
| Monthly Fee for the period of December 1, 2019 through December 31, 2019: | | 225,000.00 |
| Less: Pre-Petition Monthly Fee Credit | | (120,000.00) |
| Out-of-pocket expenses processed through January 17, 2020:[2] | | |

| | | |
|---|---:|---:|
| Ground Transportation | $ 1,510.66 | |
| Meals | 1,158.50 | |
| Lodging | 479.23 | |
| Legal Services | 74,986.50 | |
| Document Production | 257.00 | 78,391.89 |
| **Total Amount Due** | | **$ 753,391.89** |

**Please wire transfer funds to:**

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020
ABA# 321 081 669
Credit Account: PJT Partners LP | PJT RSSG Account
Account # 80008146369

**Invoice No. 10011728**

---

[1] Pro-rated *Monthly Fee* calculated as follows: 16 days out of 30 days multiplied by $225,000.00.
[2] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Jan-20 | Total Expenses |
|---|---:|---:|
| Ground Transportation | $ 1,510.66 | $ 1,510.66 |
| Meals with Clients | 156.09 | 156.09 |
| Employee Meals | 1,002.41 | 1,002.41 |
| Lodging | 479.23 | 479.23 |
| Legal Services | 74,986.50 | 74,986.50 |
| Document Production | 257.00 | 257.00 |
| **Total Expenses** | $ **78,391.89** | $ **78,391.89** |

| | |
|---|---:|
| **Ground Transportation** | $ 1,510.66 |
| **Meals** | 1,158.50 |
| **Lodging** | 479.23 |
| **Legal Services** | 74,986.50 |
| **Document Production** | 257.00 |
| **Total Expenses** | $ 78,391.89 |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through January 17, 2020**
**Invoice No. 10011728**

### Ground Transportation

| Description | Date | Amount |
|---|---|---|
| Melvin (weeknight taxi home from office) | 10/30/19 | 28.21 |
| Melvin (weeknight taxi home from office) | 11/20/19 | 28.56 |
| O'Connell (car service to client meeting in Westchester County, NY) | 10/11/19 | 107.54 |
| Schnitzler (taxi home from client meeting in Stamford, CT) | 10/17/19 | 187.64 |
| Sim (weeknight taxi home from office after working late) | 10/23/19 | 10.76 |
| Suri (weeknight taxi home from office) | 11/01/19 | 23.37 |
| Suri (weeknight taxi home from office) | 11/05/19 | 25.28 |
| Suri (weeknight taxi home from office) | 11/07/19 | 22.05 |
| Suri (weekend taxi home from office) | 11/09/19 | 28.40 |
| Suri (weeknight taxi home from office) | 11/11/19 | 18.51 |
| Suri (weeknight taxi home from office) | 11/12/19 | 18.64 |
| Suri (weeknight taxi home from office) | 11/13/19 | 18.51 |
| Suri (weeknight taxi home from office) | 11/26/19 | 21.24 |
| Turner (weekend taxi home from office) | 10/06/19 | 29.01 |
| Turner (weeknight taxi home from office) | 10/25/19 | 16.56 |
| Turner (weekend taxi to office from home) | 10/27/19 | 32.13 |
| Turner (taxi to client meeting from home) | 12/06/19 | 40.02 |
| Turner (taxi to office from client meeting) | 12/06/19 | 22.99 |
| Wang (weeknight taxi home from office) | 10/24/19 | 72.54 |
| Wang (weeknight taxi home from office) | 10/25/19 | 80.79 |
| Wang (taxi to client meeting in Stamford, CT from office) | 10/29/19 | 174.03 |
| Wang (taxi home from client meeting in Stamford, CT) | 10/29/19 | 217.72 |
| Wang (weeknight taxi home from office) | 10/30/19 | 69.92 |
| Wang (weeknight taxi home from office) | 11/04/19 | 77.61 |
| Wang (weeknight taxi home from office) | 11/11/19 | 66.54 |
| Wang (weeknight taxi home from office) | 11/12/19 | 72.09 |
| **Subtotal - Ground Transportation** | | **1,510.66** |

### Meals with Clients

| Description | Date | Amount |
|---|---|---|
| Corporate Services (catered meal for 15 people during meeting held @ PJT) | 11/01/19 | 156.09 |
| **Subtotal - Meals with Clients** | | **156.09** |

### Employee Meals

| Description | Date | Amount |
|---|---|---|
| Melvin (weeknight working dinner meal @ office) | 10/30/19 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 10/31/19 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 11/18/19 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 11/19/19 | 20.00 |
| O'Connell (working meal @ hotel in White Plains, NY) | 10/11/19 | 47.48 |
| Sim (weeknight working dinner meal @ office) | 10/16/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 10/17/19 | 20.00 |
| Sim (weekend working dinner meal @ office) | 10/20/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 10/22/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 10/23/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 10/24/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 10/25/19 | 20.00 |
| Sim (weekend working dinner meal @ office) | 10/26/19 | 20.00 |
| Sim (weekend working dinner meal @ office) | 10/27/19 | 18.93 |
| Sim (weeknight working dinner meal @ office) | 10/28/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 10/29/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 10/30/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 10/31/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/01/19 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 10/28/19 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 11/05/19 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 11/07/19 | 20.00 |
| Suri (weekend working dinner meal @ office) | 11/10/19 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 11/13/19 | 10.57 |
| Suri (weeknight working dinner meal @ office) | 11/14/19 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 11/15/19 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 11/18/19 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 09/17/19 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 09/18/19 | 20.00 |
| Turner (working meal while in Belfast, NIR) | 09/23/19 | 20.00 |
| Turner (working meal while in Belfast, NIR) | 09/24/19 | 20.00 |
| Turner (weekend working lunch meal @ office) | 10/06/19 | 19.40 |
| Turner (weekend working dinner meal @ office) | 10/06/19 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 10/23/19 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 10/25/19 | 20.00 |
| Turner (weekend working breakfast meal @ office) | 10/26/19 | 8.88 |
| Turner (weekend working lunch meal @ office) | 10/26/19 | 17.34 |
| Turner (weekend working dinner meal @ office) | 10/26/19 | 20.00 |
| Turner (weekend working lunch meal @ office) | 10/27/19 | 19.81 |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through January 17, 2020**
**Invoice No. 10011728**

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Turner (weekend working dinner meal @ office) | 10/27/19 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 10/28/19 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 10/29/19 | 20.00 | |
| Turner (working meal whil in Stamford, CT) | 10/29/19 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 11/26/19 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 12/03/19 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 12/04/19 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 12/05/19 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 12/06/19 | 20.00 | |
| Wang (weeknight working dinner meal @ office) | 11/07/19 | 20.00 | |
| Wang (weeknight working dinner meal @ office) | 11/11/19 | 20.00 | |
| **Subtotal - Employee Meals** | | | **1,002.41** |

**Lodging**

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (1 day hotel stay in White Plains, NY) | 10/10/19 - 10/11/19 | 479.23 | |
| **Subtotal - Lodging** | | | **479.23** |

**Legal Services**

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Simpson Thacher (legal services) | 11/22/19 - 12/19/19 | 74,986.50 | |
| **Subtotal - Legal Services** | | | **74,986.50** |

**Document Production**

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Sim (1,188 color photocopies calculated @ a rate of $0.10 per page) | 10/05/19 | 118.80 | |
| Sim (1,382 color photocopies calculated @ a rate of $0.10 per page) | 11/07/19 | 138.20 | |
| **Subtotal - Document Production** | | | **257.00** |
| **Total Expenses** | | | **$ 78,391.89** |

Invoice No. 010530127

December 19, 2019

PJT PARTNERS LP RESTRUCTURING ADVISORY

Simpson Thacher & Bartlett LLP
425 LEXINGTON AVENUE, NEW YORK, NEW YORK 10017-3954

For all professional services rendered and recorded through December 19, 2019,
in connection with Purdue Pharma.                                       $74,986.50

**AMOUNT DUE**                                                          **$74,986.50**

| | |
|---|---|
| PLEASE SEND REMITTANCE TO: | SIMPSON THACHER & BARTLETT LLP |
| | P. O. BOX 29008 |
| | NEW YORK, NEW YORK 10087-9008 |
| OR WIRE REMITTANCE TO: | JPMORGAN CHASE, 270 PARK AVENUE, NEW YORK CITY |
| | |
| | FOR THE ACCOUNT OF |
| | SIMPSON THACHER & BARTLETT LLP |
| | ACCOUNT #127057338 |
| | ABA #021000021 |
| | SWIFT CODE : CHASUS33 |
| | PLEASE CONFIRM WIRE INSTRUCTIONS BY CALLING |
| | ACCOUNTS RECEIVABLE DEPARTMENT 212-455-2344 |

PLEASE MAKE REFERENCE TO THE INVOICE NUMBER ABOVE WITH YOUR REMITTANCE
TAX IDENTIFICATION NUMBER:        13-5395280

CLIENT:    002467    PJT PARTNERS LP RESTRUCTURING ADVISORY
MATTER:    0029       PURDUE PHARMA

| Timekeeper Name | Hours |
|---|---|
| Graff, Elisha D. | 29.40 |
| **PARTNER** | **29.40** |
| | |
| Fell, Jamie | 29.90 |
| **ASSOCIATE** | **29.90** |
| | |
| Welman, Timothy | 0.30 |
| **PARALEGAL** | **0.30** |
| | |
| **TOTAL:** | **59.60** |

CLIENT:      002467        PJT PARTNERS LP RESTRUCTURING ADVISORY
MATTER:      0029          PURDUE PHARMA

| Timekeeper Name | Date | Description | Hours |
|---|---|---|---|
| Graff, Elisha D. | 11/22/19 | t/cs w/ G South and J O'Connel re: potential new matter | 0.50 |
| Graff, Elisha D. | 11/23/19 | Analysis of seal issues and review of retention docs and UST objection and correspondence. | 1.30 |
| Graff, Elisha D. | 11/25/19 | Analysis of seal issues, review of precedent re: same and o/c w/ J Fell re: same. | 2.00 |
| Fell, Jamie | 11/26/19 | Meet w/ E. Graff re: motion to seal and review of background material. | 0.50 |
| Graff, Elisha D. | 11/26/19 | Conf call w/ client and DPW re: retention issues and disclosure, etc. and follow up emails re: same. | 1.40 |
| Fell, Jamie | 11/27/19 | Call w/ PJT re: motion to seal. | 0.50 |
| Graff, Elisha D. | 11/27/19 | Emails w/ DPW re: 107 motion. | 0.20 |
| Welman, Timothy | 11/29/19 | Converting PDFs to Word documents for Jamie Fell | 0.30 |
| Fell, Jamie | 11/30/19 | Review retention materials and draft motion to seal. | 3.20 |
| Fell, Jamie | 12/01/19 | Draft/revise motion to seal and draft supplemental declaration. | 3.30 |
| Graff, Elisha D. | 12/01/19 | Review and mark comments to 107 motion and supporting declaration; multiple emails w/ J Fell re: same. | 1.80 |
| Fell, Jamie | 12/02/19 | Draft/revise motion to seal and supplemental declaration and corr. with PJT team re: same. | 1.70 |
| Graff, Elisha D. | 12/02/19 | Review and comment on multiple drafts of 107 motion and supporting declarations, multiple emails w/ client and J Fell re: same. | 1.90 |
| Fell, Jamie | 12/03/19 | Draft/revise motion to seal and supplemental retention declaration and corr. with Davis Polk and PJT re: same. | 1.00 |
| Graff, Elisha D. | 12/03/19 | Review multiple drafts of motion and decl. and emails w/ client and J Fell re: same. | 1.40 |
| Fell, Jamie | 12/04/19 | Draft/revise/prepare motion to seal, declaration and ancillary documents, including corr.. w/ Davis Polk and corr. w/ clerk's office, review of local rules and procedure. | 2.50 |
| Graff, Elisha D. | 12/04/19 | Review drafts of 107 motion and decl.; emails and t/cs w/ J fell re: same and emails w/ client re: same. | 1.10 |
| Fell, Jamie | 12/05/19 | Revise, redact, finalize and file motion to seal, declaration and accompanying documents and serve Chambers/Clerk per local and judge rules. | 2.60 |
| Graff, Elisha D. | 12/05/19 | Review filing versions of pleadings. | 0.40 |
| Fell, Jamie | 12/06/19 | Draft and file notices of appearance. | 1.40 |
| Graff, Elisha D. | 12/07/19 | `Review NOAs and emails w/ J Fell re: same. | 0.20 |
| Graff, Elisha D. | 12/09/19 | T/c w/ DPW, J Fell and client re: seal issues. | 0.50 |
| Fell, Jamie | 12/10/19 | Draft/revise confidentiality stipulation with DPW and Akin and t/cs re: same; review Order, t/c with court clerk and PJT re: same; emails to UST and DPW re: Order. | 3.10 |
| Graff, Elisha D. | 12/10/19 | T/c w/ J Fell and DPW re: disclosure issues. | 0.20 |
| Graff, Elisha D. | 12/10/19 | Multiple emails and t/cs w/ client and J Fell re: confi and seal issues, review multiple drafts of confi stip and revisions to same. | 2.60 |
| Fell, Jamie | 12/11/19 | T/cs and emails w/ DPW and UST re: Order/Motion to Seal. | 1.00 |
| Graff, Elisha D. | 12/11/19 | Multiple t/cs w/ client, J Fell, DPW and Akin re: retention and disclosure issues. | 1.50 |
| Graff, Elisha D. | 12/12/19 | Multiple emails and t/cs w/ client and J Fell re: disclosures and objection status. | 1.00 |

| CLIENT: | 002467 | PJT PARTNERS LP RESTRUCTURING ADVISORY |
| MATTER: | 0029 | PURDUE PHARMA |

| Timekeeper Name | Date | Description | Hours |
|---|---|---|---|
| Fell, Jamie | 12/13/19 | Draft reply to UST objections and letter to Akin. | 3.40 |
| Graff, Elisha D. | 12/13/19 | Emails re: disclosures and file issues; review UST objection and t/c w/ J Fell re: same; emails re: outline of response to UST; t/c w/ client re: same. | 1.40 |
| Graff, Elisha D. | 12/14/19 | Review and mark comments on reply and letter to Committee counsel. | 0.70 |
| Fell, Jamie | 12/15/19 | Draft/revise reply and letter re: retention/sealing. | 0.90 |
| Graff, Elisha D. | 12/15/19 | Review comments on letter to Akin and emails w/ client and J Fell re: same; review comments re: reply and emails w/ J Fell re: same. | 0.60 |
| Graff, Elisha D. | 12/16/19 | Review and comment on drafts of reply and letter to Akin, t/cs and emails w/ G South and J fell re: same; multiple emails w/ client and DPW re: UCC disclosure issues. | 1.80 |
| Fell, Jamie | 12/17/19 | Draft/revise/file reply brief; draft to unseal and amended supplemental declaration; corr. w/ PJT and E. Graff re: same; corr. w/ court clerk, Davis Polk and Akin re: same. | 4.80 |
| Graff, Elisha D. | 12/17/19 | Review and comment on multiple drafts of supplemental decl., multiple t/cs and emails w/ debtor and committee counsel re: statements on record, multiple comm's w/ UST re: unredacted decl., review multiple drafts of same and multiple comm's with parties in interest re: same. | 4.40 |
| Graff, Elisha D. | 12/18/19 | Multiple emails w/ client, DPW and UST re: order and hearing issues. | 1.30 |
| Graff, Elisha D. | 12/19/19 | Emails re: retention hearing and attend same. | 1.20 |
| **TOTAL** | | | **59.60** |

**PJT Partners**

March 23, 2020

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | |
|---|---|
| Monthly Fee for the period of January 1, 2020 through January 31, 2020: | $ 225,000.00 |

Out-of-pocket expenses processed through February 11, 2020:[1]

| | | |
|---|---|---|
| Airfare | $ 5,688.45 | |
| Ground Transportation | 1,495.23 | |
| Communications | 62.89 | |
| Meals | 817.97 | 8,064.54 |
| **Total Amount Due** | | **$ 233,064.54** |

**Please wire transfer funds to:**

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020
ABA# 321 081 669
Credit Account: PJT Partners LP | PJT RSSG Account
Account # 80008146369

**Invoice No. 10011905**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Feb-20 |  | Total Expenses |
|---|---:|---|---:|
| Airfare | $ 5,688.45 | $ | **5,688.45** |
| Ground Transportation | 1,495.23 |  | **1,495.23** |
| Communications | 62.89 |  | **62.89** |
| Employee Meals | 817.97 |  | **817.97** |
| **Total Expenses** | $ 8,064.54 | $ | **8,064.54** |

| | |
|---|---:|
| **Airfare** | $ **5,688.45** |
| **Ground Transportation** | **1,495.23** |
| **Communications** | **62.89** |
| **Meals** | **817.97** |
| **Total Expenses** | $ **8,064.54** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through February 11, 2020**
**Invoice No. 10011905**

### Airfare

| Description | Date | Amount |
|---|---|---|
| Turner (travel agency booking fee for flight to London, UK from Queens, NY on 01/12/20) | 01/07/20 | 50.00 |
| Turner (travel agency booking fee for flight to Queens, NY from Hong Kong, HK on 01/21/20) | 01/07/20 | 50.00 |
| Turner (one-way coach class flight to London, UK from Queens, NY) | 01/12/20 | 1,406.00 |
| Turner (travel agency booking fee for flight to Hong Kong, HK from London, UK on 01/16/20) | 01/13/20 | 50.00 |
| Turner (one-way coach class flight to Hong Kong, HK from London, UK) | 01/16/20 | 1,521.30 |
| Turner (one-way coach class flight to Queens, NY from Hong Kong, HK) | 01/21/20 | 2,611.15 |
| **Subtotal - Airfare** | | **$ 5,688.45** |

### Ground Transportation

| Description | Date | Amount |
|---|---|---|
| Coleman (car service to client meeting in New York, NY) | 10/31/19 | 155.34 |
| Coleman (car service home from court hearing in White Plains, NY) | 10/11/19 | 200.39 |
| Coleman (car service to court hearing in White Plains, NY from home) | 10/11/19 | 200.39 |
| Melvin (weeknight taxi home from office) | 09/16/19 | 26.56 |
| Melvin (taxi to office from court hearing in White Plains, NY) | 09/17/19 | 50.16 |
| Melvin (taxi to court hearing in White Plains, NY from home) | 09/17/19 | 146.11 |
| Melvin (weeknight taxi home from office) | 09/17/19 | 26.95 |
| Melvin (weeknight taxi home from office) | 10/28/19 | 27.20 |
| O'Connell (car service to court hearing in White Plains, NY from home) | 11/19/19 | 163.03 |
| Sim (weeknight taxi home from office) | 11/19/19 | 9.58 |
| Turner (weekend taxi to office from home) | 10/26/19 | 24.96 |
| Turner (weekend taxi home from office) | 10/26/19 | 20.98 |
| Turner (weekend taxi home from office) | 10/27/19 | 16.15 |
| Turner (taxi to client meeting in Stamford, CT from office) | 10/29/19 | 121.59 |
| Turner (taxi to office from client meeting in Stamford, CT) | 10/29/19 | 115.23 |
| Turner (taxi to client meeting in New York, NY from home) | 10/31/19 | 34.66 |
| Turner (taxi to client meeting in New York, NY from home) | 11/22/19 | 16.56 |
| Turner (taxi to office from client meeting in New York, NY) | 11/22/19 | 24.38 |
| Turner (taxi to client meeting in New York, NY from office) | 11/22/19 | 24.96 |
| Turner (taxi to JFK Airport in Queens, NY from home) | 01/12/20 | 90.05 |
| **Subtotal - Ground Transportation** | | **1,495.23** |

### Communications

| Description | Date | Amount |
|---|---|---|
| Melvin (wi-fi access while traveling) | 11/26/19 | 22.99 |
| Turner (wi-fi access while traveling) | 01/16/20 | 19.95 |
| Turner (wi-fi access while traveling) | 01/21/20 | 19.95 |
| **Subtotal - Communications** | | **62.89** |

### Employee Meals

| Description | Date | Amount |
|---|---|---|
| Coleman (working meal in White Plains, NY) | 10/11/19 | 12.00 |
| Coleman (working dinner meal with J. O'Connell in White Plains, NY) | 10/11/19 | 146.30 |
| Melvin (weeknight working dinner meal @ office) | 09/16/19 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 09/17/19 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 09/18/19 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 09/26/19 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 10/28/19 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 12/02/19 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 12/10/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/04/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/05/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/07/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/11/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/12/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/13/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/14/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/18/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/19/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 11/26/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 01/08/20 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 01/10/20 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 01/13/20 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 01/14/20 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 01/15/20 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 01/21/20 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 01/23/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 10/30/19 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 10/31/19 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 11/19/19 | 19.67 |
| Turner (weeknight working dinner meal @ office) | 01/06/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 01/07/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 01/08/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 01/09/20 | 20.00 |
| Turner (working breakfast meal JFK Airport in Queens, NY) | 01/12/20 | 20.00 |
| Turner (working lunch meal @ JFK Airport in Queens, NY) | 01/12/20 | 20.00 |
| **Subtotal - Employee Meals** | | **817.97** |
| **Total Expenses** | | **$ 8,064.54** |