AKIN GUMP STRAUSS HAUER & FELD LLP
Ira Dizengoff
Arik Preis
Mitchell Hurley
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
apreis@akingump.com
mhurley@akingump.com

*Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

BRENDA KEMP

    1.    I am employed in the County of Dallas, State of Texas. I am over the age of 18 and not a party to the within action. My business address is: 2300 N. Field Street, Suite 1800, Dallas, Texas 75201.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2. I certify that on March 13, 2020, I caused a true and correct copy of the following documents to be served via email on the parties listed on the annexed **Exhibit A:**

a. Second Monthly Fee Statement of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for The Official Committee of Unsecured Creditors for the Period from December 1, 2019 through December 31, 2019 [Docket No. 923];

b. Third Monthly Fee Statement of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for The Official Committee of Unsecured Creditors for the Period from January 1, 2020 through January 31, 2020 [Docket No. 924];

c. Fourth Monthly Fee Statement of Province, Inc., Financial Advisor to The Official Committee of Unsecured Creditors of Purdue Pharma L.P., Et Al., for the Period from January 1, 2020 through January 31, 2020 [Docket No. 925];

d. Fourth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Counsel to The Official Committee Of Unsecured Creditors for the Period of January 1, 2020 through January 31, 2020 [Docket No. 926]; and

e. Second Combined Monthly Fee Statement of Kurtzman Carson Consultants LLC for Compensation for Services Rendered and Expenses Incurred as Information Agent for The Official Committee of Unsecured Creditors for the Period December 1, 2019 through January 31, 2020 [Docket No. 927].

Dallas, Texas
Dated: March 24, 2020

                                                            /s/ Brenda Kemp
                                                            Brenda Kemp

**EXHIBIT A**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Purdue Pharma, L.P. | Attn: Jon Lowne | Jon.Lowne@pharma.com |
| Davis Polk & Wardwell LLP | Attn: Christopher Robertson<br>Dylan Consla | Christopher.Robertson@davispolk.com<br>Dylan.Consla@davispolk.com |
| United States Trustee | Attn: Paul K. Schwartzberg<br>Brian S. Masumoto | Paul.Schwartzberg@usdoj.gov<br>Brian.Masumoto@usdoj.gov |