**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No.: 19-23649 (RDD) |
| **Purdue Pharma L.P.**, *et al*. | Chapter 11 |
| Debtors[1] | (Jointly Administered) |

---

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Ira A. Burnim, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent The Kennedy Forum, National Alliance on Mental Illness, Mental Health America, American Foundation for Suicide Prevention, National Council for Behavioral Health, National Association for Behavioral Healthcare, Jed Foundation, Association of Addiction Treatment Providers, Depression and Bipolar Support Alliance, Well Being Trust, and Scattergood Foundation, which are seeking leave to file an *Amici Curiae* brief in the above-referenced case.

***I certify that I am a member in good standing*** of the bar of the District of Columbia, the U.S. District Court for the District of Columbia, U.S. Courts of Appeals for the Second and D.C. Circuits, and the other courts listed in Attachment A.

I am submitting a filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: March, 24, 2020.

District of Columbia

                                                                                                       /s/
                                                                      Ira A. Burnim
                                                                      *Mailing Address*:
                                                                      Judge Bazelon Center for Mental Health Law
                                                                      1090 Vermont Ave. NW. Suite 220
                                                                      Washington, DC 20005

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).

*E-mail address*:  irab@bazelon.org
*Telephone number*: (202 ) 467-5730 x1320