**Ira Burnim     Bar Admissions**

*Washington, D.C*
| | |
|---|---|
| D.C. Court of Appeals, Bar No. 406154 | 12/28/1986 |
| U.S. District Court, District of Columbia | 09/09/1996 |

*Alabama*
| | |
|---|---|
| Alabama Supreme Court, Bar No. 7007-M74I (inactive) | 04/25/1980 |
| Middle District of Alabama, U.S. District Court | 07/13/1979 |
| Northern District of Alabama, U.S. District Court (lapsed) | 08/21/1980 |

*Illinois*
| | |
|---|---|
| Illinois Supreme Court (inactive) | 11/03/1978 |
| Northern District of Illinois (inactive), U.S. District Court | 12/14/1978 |

*U.S. Appellate Courts*
| | |
|---|---|
| United States Supreme Court | 01/07/1985 |
| U.S. Court of Appeals for the DC Circuit | 12/10/1996 |
| U.S. Court of Appeals for the First Circuit (#116074) | 10/5/2018 |
| U.S. Court of Appeals for the Second Circuit | 05/24/2010 |
| U.S. Court of Appeals for the Fourth Circuit | 05/10/1999 |
| U.S. Court of Appeals for the Fifth Circuit (lapsed) | 10/01/1981 |
| U.S. Court of Appeals for the Tenth Circuit | 04/02/1997 |
| U.S. Court of Appeals for the Eleventh Circuit | 10/01/1981 |