**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:                                                                                     Case No.: 19-23649 (RDD)

**Purdue Pharma L.P.**, *et al*.                                          Chapter 11

                **Debtors**[1]                                                         **(Jointly Administered)**

---

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon motion of Ira A. Burnim to be admitted ***pro hac vice*** to represent The Kennedy Forum, National Alliance on Mental Illness, Mental Health America, American Foundation for Suicide Prevention, National Council for Behavioral Health, National Association for Behavioral Healthcare, Jed Foundation, Association of Addiction Treatment Providers, Depression and Bipolar Support Alliance, Well Being Trust, and Scattergood Foundation ("the Client"), which are seeking leave to file an *Amici Curiae* brief in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the District of Columbia, the U.S. District Court for the District of Columbia, U.S. Courts of Appeals for the D.C, Second, and other Circuits, and the U.S. Supreme Court, it is

**ORDERED,** that Ira A. Burnim, Esquire, is admitted to practice *pro hac vice* in the above referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2020.

White Plains, NY

                                                         /s/_____
                                                         United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).