**Exhibit B**

**Declaration of Disinterestedness of David M. Klauder**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

### DECLARATION OF DISINTERESTEDNESS
### BY DAVID M. KLAUDER

I, David M. Klauder, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I am a member of the law firm of Bielli & Klauder, LLC ("B&K"), which maintains offices at 1204 N. King Street, Wilmington, Delaware 19801. I am a member in good standing of the bars of the States of Delaware, Pennsylvania, and Virginia.

2. I submit this Declaration to establish that I am a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) in connection with my appointment as the independent Fee Examiner in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of Purdue Pharma, L.P. and its affiliated debtors (collectively, the "Debtors").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

#93026956v2

3. Except as otherwise indicated, I have personal knowledge of the facts set forth herein.

4. With respect to my "disinterestedness" under section 101(14) of the Bankruptcy Code, I provide the following information:

(a) Neither B&K nor I am, or have been, during the pendency of these chapter 11 cases, a creditor, equity security holder or insider of any of the Debtors.

(b) No attorney at B&K nor I am, and have not been, a director, officer or employee of any of the Debtors.

(c) Neither B&K nor I have an interest materially adverse to the interests of these bankruptcy estates or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with or interest in any of the Debtors, or for any other reason.

(d) No attorney at B&K nor I am a relative of any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, the U.S. Trustee (Region 2) or any person employed by the U.S. Trustee (Region 2).

(e) Neither B&K nor I represent or have represented in the past any of the Debtors or any of their affiliates.

(f) Except as indicated on Schedule I, neither B&K nor I represent or have represented in the past any party in interest in connection with the Debtors' chapter 11 cases.

(g) Except as indicated on Schedule I, neither B&K nor I have any connection with any of the creditors or other parties in interest or their respective attorneys, financial consultants and accountants that are included on the list of parties in interest provided by the Debtors' counsel except (i) we have in the past, currently and may in the future represent some of such entities in connection with matters unrelated to the Chapter 11 Cases, (ii) may hire the financial consultants or accountants included on the list as

2

experts or consultants on behalf of one of our clients or (iii) may represent a client in a matter in which such entities represent an adverse party or serve as an expert or consultant for an adverse party. B&K has not represented such entities or any other entities in connection with the Chapter 11 Cases and, if I am appointed the Fee Examiner, will not represent any other entity in connection with the Debtors' cases.

(h) Prior to being employed with B&K, I worked as a trial attorney at the U.S. Trustee from approximately 2002 to November 2012, whereby I worked with a number of current U.S. Trustee personnel.

5. As required by Section 504 of the Bankruptcy Code, I will not share any compensation or reimbursement received in connection with the Chapter 11 Cases with another person except pursuant to the partnership agreement of B&K.

6. If I discover any facts bearing on the matters described herein, I will supplement the information contained in this Declaration.

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: March 19, 2020
Wilmington, Delaware

BIELLI & KLAUDER, LLC

David M. Klauder

3

## Schedule I

Parties (or affiliates thereof) who are current or past clients of B&K, or with whom B&K has a professional relationship in matters unrelated to the Debtors, whose names include the following:

- AmerisourceBergen
- McKesson Corporation
- American Express
- Lowenstein Sandler PC
- Martzell Bickford & Centola