# **CERTIFICATE OF SERVICE**

I, Andrew M. Troop, hereby certify that, on March 26, 2020, I caused true and correct copies of the foregoing document to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System to all parties who are deemed to have consented to electronic service; and (ii) by email upon the parties set forth in the Master Service List maintained by the Debtors in respect of these chapter 11 cases.

/s/ *Andrew M. Troop*
Andrew M. Troop