ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**SIXTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER**
**KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND**
**REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS**
**FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | February 1, 2020 through February 29, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---:|
| Total Compensation Incurred | $117,893.29[2] |
| Less 20% Holdback | $23,578.66 |
| Total Reimbursement Requested | $0 |
| Total Compensation and Reimbursement Requested in this Statement | $94,314.63 |

**This is a(n):**   **X** Monthly Application   __   Interim Application __   Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from February 1, 2020 Through February 29, 2020* (this "**Fee Statement**").[3]  By this Fee Statement, A&P seeks (i) compensation in the amount of $94,314.63

---

[2] This amount reflects a reduction in fees in the amount of $20,804.71 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3] The period from February 1, 2020, through and including February 29, 2020, is referred to herein as the "**Fee Period**."

which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $117,893.29) and (ii) payment of $0 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.    Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $117,893.29 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $94,314.63.

2.    Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is 943.73[4]  The blended hourly billing rate of all paraprofessionals is 335.75.[5]

3.    A&P did not incur or disburse any expenses during the Fee Period.

4.    Attached hereto as **Exhibit C** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

---

[4] This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5] This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

## **Notice**

5.      A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A&P submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $94,314.63, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $117,893.29) and (ii) payment of $0 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

March 30, 2020                                                    Respectfully submitted,


                                                  By:    /s/ Rory Greiss
                                                  **ARNOLD & PORTER KAYE
                                                  SCHOLER LLP**
                                                  Rory Greiss
                                                  250 West 55th Street
                                                  New York, New York 10019
                                                  rory.greiss@arnoldporter.com

                                                  **-AND-**

                                                  Rosa J. Evergreen
                                                  601 Massachusetts Ave, NW
                                                  Washington, DC 2001-3743
                                                  rosa.evergreen@arnoldporter.com

                                                  ***Special Counsel to the Debtors***

## **Exhibit A**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous - General Advice | 2.80 | 2,808.40 |
| ORF:EUR:Grunenthal Obligations - 2100000 | 5.60 | 5,616.80 |
| Cognitive Agreement | 9.60 | 9,628.80 |
| Commercial Contracts Advice | 4.10 | 3,340.92 |
| Regulatory Advice | 4.80 | 3,830.52 |
| Harm Reduction Therapeutics | 11.30 | 11,391.70 |
| Project Indigo | 8.00 | 8,024.00 |
| Project ATP | 42.60 | 39,922.80 |
| Praxis | 11.30 | 10,400.60 |
| Retention and Fee Applications | 7.40 | 3,897.25 |
| Project Pluto | 10.00 | 9,001.50 |
| Alcami MSLA | 10.00 | 10,030.00 |
| **Total[6]** | **127.50** | **117,893.29** |

---

[6] This amount reflects a reduction in fees in the amount of $20,804.71 on account of voluntary discounts on fees as described in the Retention Application.

## **Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Coutu, Stephanie W. | Partner | 1997 | 935.00 | 1.9 | 1,776.50 |
| Evergreen, Rosa J. | Partner | 2005 | 950.00 | 2.50 | 2,375.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,350.00 | 0.4 | 540.00 |
| Greiss, Rory | Partner | 1981 | 1,180.00 | 93.60 | 110,448.00 |
| Roussanov, Aleksander | Partner | 2010 | 940.00 | 3.70 | 3,478.00 |
| Perkins, Nancy L. | Counsel | 1988 | 935.00 | 1.10 | 1,028.50 |
| Rothman, Eric | Counsel | 2008 | 905.00 | 12.90 | 11,674.50 |
| Clements, Ginger | Associate | 2016 | 700.00 | 0.90 | 630.00 |
| Rosato, Danielle | Associate | 2015 | 795.00 | 6.50 | 5,167.50 |
| Reddix, Darrell | Legal Assistant | N/A | 395.00 | 4.00 | 1,580.00 |
| **Total** | | | | **127.50** | **138,698.00** |
| Less 15% Discount | | | | | (20,804.71) |
| **Discounted Total** | | | | | **117,893.29** |
| Less 20% Holdback | | | | | (23,578.66) |
| **Total Amount Requested Herein** | | | | | **$94,314.63** |

## **Exhibit C**

**Detailed Time Records and Expenses**

# Arnold&Porter

Purdue Pharma L.P.
Philip C. Strassburger, Esq.
One Stamford Forum
Dept. VN: 1008442
Stamford, CT  06901-3431

March 16, 2020
Invoice # 30109741
EIN 53-0208605

Client/Matter # 1049218.00001

Miscellaneous

1000000570

| | | |
|---|---|---|
| **For Legal Services Rendered through February 29, 2020** | $ | 3,304.00 |
| Discount: | | -495.60 |
| **Fee Total** | | **2,808.40** |
| **Total Amount Due** | $ | **2,808.40** |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:        Arnold & Porter Kaye Scholer LLP
                    P.O. Box 759451
                    Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

March 16, 2020                                                                    Invoice # 30109741

**(1049218.00001)**
Miscellaneous

Legal Services:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 02/27/20 | 2.80 | Review correspondence from P. Strassburger re: request re: confidentiality of settlement agreement (.5); review settlement documents (1.1); and draft letter (1.2). |

**Total Hours**                    **2.80**

Legal Services-Attorney Summary

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 2.80 | 1,180.00 | 3,304.00 |
| **TOTAL** | **2.80** | | **3,304.00** |

**Total Current Amount Due**                                              $2,808.40

# Arnold&Porter

Purdue Pharma L.P.                                          March 16, 2020
Attn: Philip C Strassburger                         Invoice # 30109742
Vice President & General Counsel                    EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431


Client/Matter # 1049218.00067

ORF:EUR:Grunenthal Obligations - 2100000

21000008537


| | | |
|---|---|---|
| For Legal Services Rendered through February 29, 2020 | $ | 6,608.00 |
| Discount: | | -991.20 |
| Fee Total | | 5,616.80 |
| Total Amount Due | $ | 5,616.80 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

March 16, 2020                                                                  Invoice # 30109742

**(1049218.00067)**
ORF:EUR:Grunenthal Obligations - 2100000

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 02/02/20 | 0.50 | Correspondence with J. Normile re: 15th Amendment. |
| Rory Greiss | 02/03/20 | 2.50 | Review comments on latest draft of Amendment No. 15 (1.5); revise same (.8); distribute same to Purdue team (.2). |
| Rory Greiss | 02/12/20 | 1.50 | Teleconference R. Kreppel (.8) and revise 15th Amendment and redistribute (.7). |
| Rory Greiss | 02/13/20 | 1.10 | Correspondence with R. Kreppel re: draft 15th Amendment to Patent License (.3); revise same (.8). |

**Total Hours**                 **5.60**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 5.60 | 1,180.00 | 6,608.00 |
| **TOTAL** | **5.60** | | **6,608.00** |

**Total Current Amount Due**                                        **$5,616.80**

Page 1

# Arnold&Porter

Purdue Pharma L.P.                                          March 16, 2020
One Stamford Forum                                   Invoice # 30109743
Stamford, CT  06901-3431                                EIN 53-0208605
Attn: Philip C Strassburger
Vice President & General Counsel


Client/Matter # 1049218.00083

Cognitive Agreement

20200002786


| | | |
|---|---|---|
| For Legal Services Rendered through February 29, 2020 | $ | 11,328.00 |
| Discount: | | -1,699.20 |
| Fee Total | | 9,628.80 |
| Total Amount Due | $ | 9,628.80 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                          Arnold & Porter Kaye Scholer LLP
                                      P.O. Box 759451
                                      Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

March 16, 2020                                                                 Invoice # 30109743

**(1049218.00083)**
Cognitive Agreement

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 02/05/20 | 1.20 | Continued work on Agreement for Assignment of IP. |
| Rory Greiss | 02/06/20 | 2.50 | Conference call with Purdue team re: comments on draft agreement (1.0); begin to revise (.5); review "chain of title" documents re: patent application (1.0). |
| Rory Greiss | 02/07/20 | 3.20 | Complete revisions to draft in accordance with comments (2.0); review patent application as filed and other documents sent by R.Inz (.5); correspondence with Purdue team and distribute revised version (.7). |
| Rory Greiss | 02/24/20 | 1.20 | Correspondence with K. McCarthy re: Cognition Agreement (.5); revise Cognition Agreement and send to KM and R. Inz (.5); teleconference with R. Inz (.2). |
| Rory Greiss | 02/25/20 | 1.50 | Draft assignments for "chain of title" on IP underlying cognitive transaction (1.2); send drafts to R. Inz, R. Kreppel and P. Strassburger (.3). |

**Total Hours**                          **9.60**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 9.60 | 1,180.00 | 11,328.00 |
| TOTAL | 9.60 | | 11,328.00 |

**Total Current Amount Due**                                             **$9,628.80**

Page 1

# Arnold&Porter

Purdue Pharma L.P.
Attn: Maria Barton
General Counsel
One Stamford Forum
Stamford, CT 06901

March 16, 2020
Invoice # 30109744
EIN 53-0208605

Client/Matter # 1049218.00117

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through February 29, 2020** | $ | 3,930.50 |
| Discount: | | -589.58 |
| **Fee Total** | | 3,340.92 |
| **Total Amount Due** | $ | 3,340.92 |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA 94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:
Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD 21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact: **Invoice@arnoldporter.com**

March 16, 2020

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 02/03/20 | 1.20 | Review and comment on revised draft of Supply Agreement with Purdue Pharma (Canada). |
| Eric Rothman | 02/25/20 | 2.10 | Review documents re royalty requirements (1.1); email with R. Greiss re: summary of royalty requirements (1.0). |
| Rory Greiss | 02/26/20 | 0.80 | Correspondence with E. Rothman re: advice on royalty issue. |
| **Total Hours** | | **4.10** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 0.80 | 1,180.00 | 944.00 |
| Eric Rothman | 3.30 | 905.00 | 2,986.50 |
| **TOTAL** | **4.10** | | **3,930.50** |

**Total Current Amount Due**                                          **$3,340.92**

# Arnold&Porter

Purdue Pharma L.P.
Attn: Maria Barton
General Counsel
One Stamford Forum
Stamford, CT  06901

March 16, 2020
Invoice # 30109745
EIN 53-0208605

Client/Matter # 1049218.00118

Regulatory Advice
20170001134

| | | |
|---|---|---|
| **For Legal Services Rendered through February 29, 2020** | $ | 4,506.50 |
| Discount: | | -675.98 |
| **Fee Total** | | 3,830.52 |
| **Total Amount Due** | $ | 3,830.52 |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |
| Or Remit To: | Arnold & Porter Kaye Scholer LLP |
|  | P.O. Box 759451 |
|  | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

March 16, 2020                                                                    Invoice # 30109745

**(1049218.00118)**
**Regulatory Advice**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Aleksander Roussanov | 02/10/20 | 2.50 | Review and propose revisions and advice related to renewal document |
| Nancy L. Perkins | 02/12/20 | 0.80 | Review draft SOW (.5); prepare edits pertaining to data privacy under US law (.3). |
| Aleksander Roussanov | 02/26/20 | 1.20 | Review and comment on counter party's position concerning the revisions to the Data Privacy Addendum |
| Nancy L. Perkins | 02/27/20 | 0.30 | Review counter party's responses to comments and questions on data privacy addendum to contract (.1); review A. Roussanov reactions to counter party's responses (.1); provide comments on same (.1). |

**Total Hours**                                    **4.80**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Aleksander Roussanov | 3.70 | 940.00 | 3,478.00 |
| Nancy L. Perkins | 1.10 | 935.00 | 1,028.50 |
| **TOTAL** | **4.80** | | **4,506.50** |

**Total Current Amount Due**                                                        **$3,830.52**

Page 1

# Arnold&Porter

Purdue Pharma L.P.                                                  March 16, 2020
Attn: Maria Barton                                          Invoice # 30109746
General Counsel                                              EIN 53-0208605
One Stamford Forum
Dept. VN:  1008442
Stamford, CT  06901-3431

**Client/Matter # 1049218.00128**

Harm Reduction Therapeutics

20180001766

| | | |
|---|---|---|
| **For Legal Services Rendered through February 29, 2020** | $ | 13,402.00 |
| Discount: | | <u>-2,010.30</u> |
| **Fee Total** | | 11,391.70 |
| **Total Amount Due** | $ | <u>11,391.70</u> |

**Wire Transfer Instructions:**

|  | Account Name: | Arnold & Porter Kaye Scholer LLP |
|---|---|---|
|  | Bank Info: | Wells Fargo Bank NA |
|  |  | 420 Montgomery Street |
|  |  | San Francisco, CA  94104 |
|  | Account Number: | 4127865475 |
|  | ABA Number: | 121000248 |
|  | Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  <u>Invoice@arnoldporter.com</u>

March 16, 2020                                                                                  Invoice # 30109746

**(1049218.00128)**
Harm Reduction Therapeutics

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 02/03/20 | 2.20 | Continued work re: Funding Agreement including correspondence with D. Feinstein regarding potential competitive issues. |
| Rory Greiss | 02/04/20 | 1.70 | Continued work re: finalizing Funding Agreement for submission to Exec. Committee including review of prior comments from P. Medeiros and others and revisions to agreement (1.1); calls with P. Strassburger and R. Inz re: same (.6). |
| Rory Greiss | 02/14/20 | 1.20 | Continued work in connection with Funding Agreement. |
| Rory Greiss | 02/18/20 | 0.80 | Review correspondence from R. Inz re: Funding Agreement (.2); office correspondence with E. Rothman re: same (.3) and review HRT Funding Agreement (.3). |
| Rory Greiss | 02/21/20 | 1.10 | Continued work on Funding Agreement. |
| Rory Greiss | 02/22/20 | 0.80 | Review comments from M. Feltz (.4); begin revisions to Funding Agreement (.4). |
| Rory Greiss | 02/23/20 | 1.10 | Continued work in connection with finalizing Funding Agreement (.8); send revised version to Purdue team (.3). |
| Rory Greiss | 02/24/20 | 0.80 | Review Oded Green's revision to Funding Agreement (.4); and correspondence with Purdue team re: same (.4). |
| Rory Greiss | 02/27/20 | 1.20 | Continued work finalizing Funding Agreement. |
| Deborah L. Feinstein | 02/27/20 | 0.40 | Review Funding Agreement (.3); emails with R. Greiss re same (.1). |

**Total Hours**                        **11.30**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Deborah L. Feinstein | 0.40 | 1,350.00 | 540.00 |
| Rory Greiss | 10.90 | 1,180.00 | 12,862.00 |
| **TOTAL** | **11.30** | | **13,402.00** |

**Total Current Amount Due**                                         **$11,391.70**

Page 1

# Arnold&Porter

Purdue Pharma L.P.                                          March 16, 2020
Attn: Phillip C. Strassburger                              Invoice # 30109747
Vice President & General Counsel                           EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00130

Project Indigo

20180001888


| | | |
|---|---|---:|
| For Legal Services Rendered through February 29, 2020 | $ | 9,440.00 |
| Discount: | | -1,416.00 |
| Fee Total | | 8,024.00 |
| Total Amount Due | $ | 8,024.00 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 16, 2020                                                                                    Invoice # 30109747

**(1049218.00130)**
Project Indigo

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 02/06/20 | 0.50 | Correspondence with P. Strassburger re: potential settlement (.2); review precedents and send to P. Strassburger (.3). |
| Rory Greiss | 02/25/20 | 1.50 | Review settlement precedents in preparation for conference call with R. Kreppel and P. Strassburger re: potential settlement (1.2); conference call with R. Kreppel and P. Strassburger re: same (.3). |
| Rory Greiss | 02/26/20 | 3.50 | Review materials to prepare draft of term sheet for potential settlement of outstanding litigation (3.3); send draft to P. Strassburger and R. Kreppel for review (.2). |
| Rory Greiss | 02/27/20 | 2.50 | Review, consider potential settlement including term sheet (1.8); call with R. Kreppel re same (.7). |

**Total Hours**                          **8.00**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 8.00 | 1,180.00 | 9,440.00 |
| **TOTAL** | **8.00** | | **9,440.00** |

**Total Current Amount Due**                                                        **$8,024.00**

# Arnold&Porter

Purdue Pharma L.P.
Attn: Phillip C. Strassburger
Vice President & General Counsel
One Stamford Forum
Stamford, CT  06901

March 16, 2020
Invoice # 30109748
EIN 53-0208605

Client/Matter # 1049218.00135

Project ATP

20190002247

| | | |
|---|---|---|
| **For Legal Services Rendered through February 29, 2020** | $ | 46,968.00 |
| Discount: | | -7,045.20 |
| **Fee Total** | | 39,922.80 |
| **Total Amount Due** | $ | 39,922.80 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

March 16, 2020                                                                    Invoice # 30109748

**(1049218.00135)**
Project ATP

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Danielle Rosato | 02/02/20 | 0.40 | Reviewed the motion to authorize entry into the Development Agreement and the company's declaration in support. |
| Rory Greiss | 02/03/20 | 2.10 | Continued work re: potential competition issues and correspondence with Purdue team re: same. |
| Rory Greiss | 02/04/20 | 4.10 | Calls and correspondence regarding potential competition issue (2.0); conference call with Purdue, DPW and ATP re: bankruptcy approval process, etc; (1.1). |
| Eric Rothman | 02/04/20 | 1.20 | Telephone conference with Purdue to discuss ATP open issues. |
| Rory Greiss | 02/05/20 | 4.30 | Continued work re: Development Agreement including discussions with DPW, ATP, Purdue re: approval process (1.5); redactions (1.0); sealing of name and escrow arrangements (1.0); call with Purdue, A&P re: Exclusivity pensions (.8). |
| Eric Rothman | 02/05/20 | 1.10 | Telephone conference with Purdue to discuss ATP open issues. |
| Rory Greiss | 02/06/20 | 3.30 | Continued work in connection with finalizing Development Agreement including revising additional redaction requests (1.1); conference call with Purdue team, DPW and ATP team (1.2) and revisions to documents (1.0). |
| Danielle Rosato | 02/06/20 | 2.30 | Reviewed ATP's requested redactions from the Development Agreement (.4); conference with Purdue, ATP and DPW re: bankruptcy approval process and ATP's requested redactions (.6); updated the Development Agreement to reflect final changes (1.3). |
| Eric Rothman | 02/06/20 | 0.60 | Telephone conference with Purdue to discuss ATP open issues. |
| Rory Greiss | 02/07/20 | 2.50 | Continued work in connection with finalizing development agreement (1.5); redactions (.5) and correspondence with team (.5). |
| Danielle Rosato | 02/07/20 | 1.00 | Finalized Development Agreement (.7); updated redactions for Development Agreement (.3). |
| Rory Greiss | 02/10/20 | 3.30 | Continued work re: Finalizing forms of Development Agreement for filing with Bankruptcy Court; work re: redactions; correspondence. |
| Rory Greiss | 02/11/20 | 5.20 | Work in connection with execution of Development Agreement and filing of Agreement with bankruptcy court (2.2); correspondence with DPW team, Purdue team and ATP team (1.5); final review of motions, etc. (1.5). |

March 16, 2020                                                                 Invoice # 30109748

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Danielle Rosato | 02/11/20 | 2.40 | Coordinate signing matters. |
| Rory Greiss | 02/12/20 | 2.50 | Correspondence and other work in connection with public communications regarding Development Agreement including review of public statements to be made (1.0); correspondence with Purdue team (1.0); internal discussions (.5). |
| Danielle Rosato | 02/12/20 | 0.40 | Email correspondence re: reactive media statement. |
| Rory Greiss | 02/13/20 | 2.60 | Analyze exclusivity covenant explanation and other issues in connection with approval of development Agreement (1.7); revise media statement (.9). |
| Rory Greiss | 02/19/20 | 0.80 | Correspondence with D. Consla re: Development Agreement (.6); review same (.2). |
| Rory Greiss | 02/20/20 | 1.20 | Review and revise press release (.9); correspondence with Purdue team re: same (.3). |
| Rory Greiss | 02/21/20 | 0.80 | Review correspondence re: Ct. approval of Development Agreement (.3) and communs with Davis Polk and Purdue re: sealing order. (.5). |
| Rory Greiss | 02/28/20 | 0.50 | Review K. McCarthy correspondence re: Development Agreement (.2); correspondence with Eric Rothman and Danielle Rosato re: preparation of summary of terms (.3). |

**Total Hours**                    **42.60**


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 33.20 | 1,180.00 | 39,176.00 |
| Eric Rothman | 2.90 | 905.00 | 2,624.50 |
| Danielle Rosato | 6.50 | 795.00 | 5,167.50 |
| **TOTAL** | **42.60** | | **46,968.00** |


**Total Current Amount Due**                                            **$39,922.80**

# Arnold&Porter

Purdue Pharma L.P.
Attn: Roxana Aleali
Associate General Counsel
One Stamford Forum
Stamford, CT  06901-3431

March 16, 2020
Invoice # 30109749
EIN 53-0208605

Client/Matter # 1049218.00146

Praxis

20190002672

| | | |
|---|---|---|
| For Legal Services Rendered through February 29, 2020 | $ | 12,236.00 |
| Discount: | | -1,835.40 |
| Fee Total | | 10,400.60 |
| Total Amount Due | $ | 10,400.60 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

March 16, 2020                                                                    Invoice # 30109749

**(1049218.00146)**
Praxis

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 02/18/20 | 1.20 | Reviewed Praxis documents (.8); draft summary of investment rights to same (.4). |
| Stephanie W. Coutu | 02/18/20 | 0.90 | Review transfer provisions in Series C documents (.7); email correspondence re same (.2). |
| Rory Greiss | 02/20/20 | 4.30 | Review investment documents and license agreement to summarize restriction on transfer provisions (3.0); draft email with results for R. Aleali and K. McCarthy (.8); office conference with E. Rothman re: Praxis documents (.2); correspondence with S. Coutu re: same (.3). |
| Eric Rothman | 02/20/20 | 1.10 | Reviewed Praxis documents (.6); office conference with R. Greiss re same (.2); emailed summary of investment rights to same (.3). |
| Stephanie W. Coutu | 02/20/20 | 0.30 | Analyze transfer issues (.2); email correspondence with R. Greiss re: same (.1). |
| Stephanie W. Coutu | 02/21/20 | 0.20 | Follow up re transfer restrictions. |
| Stephanie W. Coutu | 02/23/20 | 0.20 | Analyze transfer issues (.1); email correspondence with R. Greiss re: same (.1). |
| Rory Greiss | 02/24/20 | 2.80 | Review executed versions of December Praxis documents (2.0); and Voting Agreement executed in November to supplement previous email regarding transfer restrictions (.8). |
| Stephanie W. Coutu | 02/24/20 | 0.30 | Follow up re closing documents and transfer issues. |
| **Total Hours** | | **11.30** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Stephanie W. Coutu | 1.90 | 935.00 | 1,776.50 |
| Rory Greiss | 7.10 | 1,180.00 | 8,378.00 |
| Eric Rothman | 2.30 | 905.00 | 2,081.50 |
| **TOTAL** | **11.30** | | **12,236.00** |

**Total Current Amount Due**                                                        $10,400.60

# Arnold&Porter

Purdue Pharma L.P.
Attn: Philip Strassburger
Vice President and General Counsel
One Stamford Forum
Stamford, CT  06901-3431

March 16, 2020
Invoice # 30109750
EIN 53-0208605

Client/Matter # 1049218.00148

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| For Legal Services Rendered through February 29, 2020 | $ | 4,585.00 |
| Discount: | | -687.75 |
| Fee Total | | 3,897.25 |
| Total Amount Due | $ | 3,897.25 |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 16, 2020                                                                    Invoice # 30109750

**(1049218.00148)**
Retention and Fee Applications

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rosa J. Evergreen | 02/05/20 | 0.40 | Review, analyze January fee statement (.2); review, analyze fee applications (.2). |
| Darrell B. Reddix | 02/05/20 | 1.50 | Draft fifth monthly fee statement, including exhibits. |
| Darrell B. Reddix | 02/06/20 | 0.20 | Draft fifth monthly fee statement, including exhibits. |
| Darrell B. Reddix | 02/07/20 | 1.10 | Draft fifth monthly fee statement, including exhibits. |
| Rosa J. Evergreen | 02/19/20 | 0.20 | Review, analyze fee statements. |
| Rosa J. Evergreen | 02/20/20 | 0.30 | Review, analyze fee statement (.2); review filing of same (.1). |
| Darrell B. Reddix | 02/20/20 | 1.20 | Draft fifth monthly fee statement, including exhibits. |
| Rosa J. Evergreen | 02/27/20 | 0.30 | Correspond with D. Reddix re fee statements (.1); review docket re timing and procedures of interim application (.2). |
| Ginger Clements | 02/28/20 | 0.70 | Correspond with R. Evergreen re interim fee application (.3); review, analyze materials re same (.4). |
| Rosa J. Evergreen | 02/28/20 | 0.90 | Review, analyze fee application (.3); follow-up on timing and drafting of same (.4); communicate with G. Clements on same (.2). |
| Ginger Clements | 02/29/20 | 0.20 | Review, analyze correspondence with R. Evergreen re interim fee application. |
| Rosa J. Evergreen | 02/29/20 | 0.40 | Review, analyze fee application (.2); communicate with G. Clements on drafting application (.2). |

**Total Hours**                                 **7.40**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 2.50 | 950.00 | 2,375.00 |
| Ginger Clements | 0.90 | 700.00 | 630.00 |
| Darrell B. Reddix | 4.00 | 395.00 | 1,580.00 |
| **TOTAL** | **7.40** | | **4,585.00** |

**Total Current Amount Due**                                                    $3,897.25

# Arnold&Porter

Purdue Pharma L.P.
Attn: Phillip C. Strassburger
Vice President & General Counsel
One Stamford Forum
Stamford, CT  06901

March 16, 2020
Invoice # 30109751
EIN 53-0208605

Client/Matter # 1049218.00149

Project Pluto

20200002767

| | | |
|---|---|---|
| For Legal Services Rendered through February 29, 2020 | $ | 10,590.00 |
| Discount: | | -1,588.50 |
| Fee Total | | 9,001.50 |
| Total Amount Due | $ | 9,001.50 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                Arnold & Porter Kaye Scholer LLP
                            P.O. Box 759451
                            Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 16, 2020

Invoice # 30109751

**(1049218.00149)**
Project Pluto

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 02/06/20 | 1.10 | Correspondence with J. Doyle re: outline for license agreement and schedule for conference call (.5); correspondence with E. Rothman re: drafting license agreement (.6). |
| Rory Greiss | 02/07/20 | 1.50 | Office conference with E. Rothman in preparation for call with J. Doyle (.5); conference with J. Doyle re: term sheet for license; structure for transaction, etc. (.5); review and comment on new term sheet drafted by E. Rothman (.5). |
| Eric Rothman | 02/07/20 | 3.10 | Office conference with R. Greiss re License (.5); prepared term sheet based on same (2.6). |
| Rory Greiss | 02/13/20 | 0.80 | Correspondence with Doyle and R. Aleali re: term sheet and process. |
| Rory Greiss | 02/14/20 | 1.10 | Conference call with J. Doyle and R. Aleali re: status of term sheet, discussions with third party, board and bankruptcy court approval process (.9); correspondence with same re: same (.2). |
| Rory Greiss | 02/28/20 | 1.10 | Correspondence with R. Aleali and J. Doyle re: preparation of license agreement for proposed transaction (.8); teleconference with E. Rothman re: same (.3). |
| Eric Rothman | 02/28/20 | 1.30 | Telephone conference with R. Greiss re: License Agreement (.3); review and analyze same (1.0). |

**Total Hours**          **10.00**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 5.60 | 1,180.00 | 6,608.00 |
| Eric Rothman | 4.40 | 905.00 | 3,982.00 |
| **TOTAL** | **10.00** | | **10,590.00** |

**Total Current Amount Due**          **$9,001.50**

Page 1

# Arnold&Porter

Purdue Pharma L.P.
Attn: Phillip C. Strassburger
Vice President & General Counsel
One Stamford Forum
Stamford, CT  06901

March 16, 2020
Invoice # 30109752
EIN 53-0208605

Client/Matter # 1049218.00150

Alcami MSLA

20200002785

| | | |
|---|---|---|
| For Legal Services Rendered through February 29, 2020 | $ | 11,800.00 |
| Discount: | | -1,770.00 |
| Fee Total | | 10,030.00 |
| Total Amount Due | $ | 10,030.00 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

March 16, 2020

**(1049218.00150)**
Alcami MSLA

Legal Services:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 02/13/20 | 0.80 | Review correspondence from K. McCarthy re: Master Laboratory Services Agreement (.3); begin to review same (.5). |
| Rory Greiss | 02/18/20 | 5.80 | Review Master Laboratory Services Agreement (2.0); revise Master Laboratory Services Agreement from Alcami mark-up (3.8). |
| Rory Greiss | 02/19/20 | 3.40 | Finalize revisions to draft Master Laboratory Services Agreement and send to K. McCarthy. |
| **Total Hours** | | **10.00** | |

Legal Services-Attorney Summary

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 10.00 | 1,180.00 | 11,800.00 |
| **TOTAL** | **10.00** | | **11,800.00** |

| **Total Current Amount Due** | **$10,030.00** |
|------|------|