# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**


        **In re:**

**PURDUE PHARMA L.P.,** *et al.*,                                        **Case No.  19-23649 (RDD)**

            **Debtors.**                                                          **Chapter 11**


### [PROPOSED] ORDER GRANTING CREDITOR BOARD OF CHICAGO SCHOOL DISTRICT NO. 299'S MOTION TO SUBMIT CLAIM TO MEDIATION

**THIS MATTER CAME ON TO BE HEARD** on the March 30, 2020, Motion of

Creditor Board of Chicago School District No. 299 ("CPS") to Submit Claim to Mediation (the

"**Motion**") and, it, appearing to the Court that the Motion is well founded it is, hereby,

**ORDERED**, that the Creditor CPS's Motion is **GRANTED**; and, it is,

**FURTHER ORDERED,** that Creditor CPS is hereby deemed an Additional Party

pursuant to this Court's Order dated March 4, 2020 [Dkt. 895], and, it is,

**FURTHER ORDERED**, that the claims of Creditor CPS are hereby submitted to

mediation as of the date of this Order.

    Dated:

    White Plains, New York                _____
                                                              THE HONORABLE ROBERT D. DRAIN
                                                              UNITED STATES BANKRUPTCY JUDGE