# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors. | **(Jointly Administered)** |

# Governmental Opioid Claimant Proof of Claim Form

**You may file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."**

**For questions regarding this Proof of Claim Form, please call Prime Clerk at (844) 217-0912 or visit PurduePharmaClaims.com.**

Read the instructions at the end of this document before filling out this form. This form is for governmental units and Native American Tribes to assert a general unsecured claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids.

<u>Do not</u> use this form to assert any other pre-petition claims, including secured claims or claims entitled to priority under 11 U.S.C. § 507(a). Secured claims, claims entitled to priority under 11 U.S.C. § 507(a) and non-opioid related claims should be filed on a Non-Opioid Claimant Proof of Claim (Form 410).

Creditor (also referred to as "You" throughout) shall provide information responsive to the questions set forth below. Instructions and Definitions are provided at the end of this document. You shall provide information reasonably available to You and are not excused from providing the requested information for failure to appropriately investigate Your claim. Creditor shall supplement its responses if it learns that they are incomplete or incorrect in any material respect.

For Part 3, governmental units that have filed litigation against the Debtor(s) that is part of the federal multidistrict litigation in Ohio, *In re National Opiate Litigation*, MDL No. 17-02804 (N.D. Ohio 2017) ("Ohio MDL"), and have submitted a Government Plaintiff Fact Sheet in connection with that proceeding, may rely on their Government Plaintiff Fact Sheet to complete the questions in Part 3. For the avoidance of doubt, only governmental units who have filed litigation that is part of the Ohio MDL, and not governmental units that are part of the negotiation class in the Ohio MDL but have not otherwise filed litigation that is part of the MDL, may rely on their Government Plaintiff Fact Sheet to complete the questions in Part 3.

**You must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, including the supporting documentation requested herein. **Do not send original documents** as they will not be returned, and they may be destroyed after scanning.

**Fill in all the information about the claim as of September 15, 2019, the Petition Date. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form. This form should be completed to the best of Your ability with the information available to You. If You are unable to answer certain questions at this time, the absence of an answer, by itself, will not result in the denial of Your claim, though You may be asked or required to provide additional information at a later date. You may also amend or supplement Your claim after it is filed.**

| **Part 1:** | **Identify the Claim** |
|---|---|

**1. Who is the current creditor?**

The Board of Education of the City of Chicago, School District 299, on behalf of itself and a nationwide class of independent public schools

Name of the entity to be paid for this claim.

Other names the creditor used with the Debtor(s): _____

**2. Has this claim been acquired from someone else or some other entity?**

☒ No.
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Matthew J. Piers<br>70 W. Madison Street, Suite 4000<br>Chicago, IL 60602 | |
| Contact phone  312.604.2606 | Contact phone _____ |
| Contact email  mpiers@hsplegal.com | Contact email _____ |

**4. Does this claim amend one already filed?**

- ☒ No.
- ☐ Yes. Claim number on court claims registry (if known)_____

Filed on ____ / ____ / _____
MM / DD / YYYY

**5. Do You know if anyone else has filed a proof of claim for this claim?**

- ☒ No.
- ☐ Yes. Who made the earlier filing? _____

---

## Part 2:  Attorney Information (Optional)

**6. Are you represented by an attorney in this matter?**

You do not need an attorney to file this form.

- ☐ No.
- ☒ Yes. If yes, please provide the following information:

Hughes Socol Piers Resnick & Dym, Ltd.
Law Firm Name

Matthew J. Piers
Attorney Name

70 W. Madison Street, Suite 4000
Address

Chicago                          IL          60602
City                             State       ZIP Code

Contact phone    312.604.2606    Contact email    mpiers@hsplegal.com

---

## Part 3:  Information as of September 15, 2019, the Petition Date, About Your Claim

**7. When do You allege you were first injured as a result of the Debtors' alleged conduct?**

____ / _____
Month      Year

- ☒ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, *In re National Opiate Litigation*, MDL No. 17-02804 (N.D. Ohio 2017) ("Ohio MDL"), and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.
- ☐ If You believe that this question has been answered in a complaint that You have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

**8. How much is the claim?**

$    8,659,976,536.00                    ; or

- ☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.
- ☐ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.
- ☐ Unknown.

**9. Describe the citizens and entities that You represent in this claim:**

All public school districts nationwide that are independent governmental entities, as opposed to part of a city, county, state, or other governmental entity ("independent public schools")

- ☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.
- ☐ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

| 10. **Describe the conduct of the Debtors You allege resulted in injury or damages to You.**<br><br>Attach additional sheets if necessary. | See allegations in the complaint in The Board of Education of the City of Chicago, School District No. 299 ("Chicago Public Schools"), on behalf of itself and others similarly situated v. Cephalon, Inc., et al., Case No. 1:19-op-46042-DAP, Doc. #1.<br><br>❑  If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>❑  If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |
| --- | --- |
| 11. **Describe all alleged causes of action, sources of damages, legal theories of recovery, etc. that You are asserting against the Debtors.**<br><br>Attach additional sheets if necessary. | See causes of action, sources of damages, legal theories of recovery, etc. in the complaint in The Board of Education of the City of Chicago, School District No. 299 ("Chicago Public Schools"), on behalf of itself and others similarly situated v. Cephalon, Inc., et al., Case No. 1:19-op-46042-DAP, Doc. #1.<br><br>❑  If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>❑  If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |
| 12. **Based on information reasonably available to You, please identify each category of damages or monetary relief that You allege, and include the amount of damages you assert for each category, if known.**<br><br>Attach additional sheets if necessary. | Damages claimed for direct costs associated with increased services to children impacted by opioid use:<br><br>$8,659,976,536.00<br><br>❑  If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>❑  If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |

| | Year | Total number of opioid related overdose deaths, if available |
|---|---|---|
| 13. **Based on information reasonably available to You, provide the total number of opioid-related overdose deaths of Your residents each year for the later of (i) 2008, or (ii) the date on which the period for which You are seeking damages begins.** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☒ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

❑ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

**Part 4:    Supporting Documentation**

14. **Please provide the following supporting documentation if you would like (but You are not required) to supplement this proof of claim.**

   ▪ Provide any documents supporting Your claim, including but not limited to:  any Plaintiff Fact Sheets and accompanying documents submitted in the MDL proceeding in the Northern District of Ohio; any complaint, petition, information, or similar pleading filed in any civil or criminal proceeding involving the Debtors; and any records supporting Your claim for damages.

   ❑ In lieu of uploading or resubmitting the Government Plaintiff Fact Sheet that was submitted in the Ohio MDL, the creditor authorizes the Debtors to make the Government Plaintiff Fact Sheet, submitted in _____ in the Ohio MDL, available to Prime Clerk, the Court, and any party who agrees to be bound by the Protective Order to be submitted for entry by the Court for use in connection with this proof of claim and these chapter 11 cases.

   ❑ In lieu of uploading or submitting the complaint  filed against the Debtor(s), the creditor authorizes the Debtors to make the complaint filed on _____ with caption _____ available to Prime Clerk, the Court, and any party who agrees to be bound by the Protective Order to be submitted for entry by the Court for use in connection with this proof of claim and these chapter 11 cases.

| Part 5: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** /s/ Matthew J. Piers
/s/ Matthew J. Piers (Mar 13, 2020)

**Email:** mpiers@hsplegal.com

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Matthew Jacob Piers | | |
|------|---------------------|---|---|
| | First name | Middle name | Last name |
| Title | Shareholder | | |
| Company | Hughes Socol Piers Resnick & Dym, Ltd. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 70 W. Madison Street, Suite 4000 | | |
| | Number    Street | | |
| | Chicago | IL | 60602 |
| | City | State | ZIP Code |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
   (attach below)

☐ I do <u>not</u> have supporting documentation.

 Attachment

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

# Instructions for Governmental Opioid Proof of Claim Form

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the bankruptcy case was filed, September 15, 2019. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**

  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because they will not be returned and may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

- **Each question in this proof of claim form should be construed independently, unless otherwise noted. No question should be construed by reference to any other question if the result is a limitation of the scope of the answer to such question.**

- **The questions herein do not seek the discovery of information protected by the attorney-client privilege.**

- **The words "and" and "or" should be construed as necessary to bring within the scope of the request all responses and information that might otherwise be construed to be outside its scope.**

- **After reviewing this form and any supporting documentation submitted with this form, additional information and documentation may be requested.**

- **Purdue Pharma (Canada) is not a debtor in this case. If Your claim is against only Purdue Pharma (Canada), You do not have a claim in this case and should not file and submit this form.**

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at PurduePharmaClaims.com.

## Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Opioid Task Force:** Any group organized for the purpose of studying, evaluating, reporting about, investigating, making recommendations concerning, or otherwise considering the existence, origins, causes, responsible entities, effects, remedies, corrective measures for, or ways of combating the abuse, misuse, or addiction to opioids in Your geographical boundaries.

**Prescription Opioids:** FDA-approved pain-reducing medications consisting of natural, synthetic, or semisynthetic chemicals that bind to opioid receptors in a patient's brain or body to produce an analgesic effect, for the manufacture and sale of which You seek to hold the Debtors liable.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Purdue Opioid** means all natural, semi-synthetic or synthetic chemicals that interact with opioid receptors on nerve cells in the body and brain, and that are approved by the U.S. Food & Drug Administration (FDA) and listed by the DEA as Schedule II or III drugs pursuant to the federal Controlled Substances Act, produced, marketed or sold by the Debtors as (i) the following **Brand Name Medications:** OxyContin®, Hysingla ER®, Butrans®, Dilaudid®, Ryzolt, MS Contin®, MSIR®, Palladone®, DHC Plus®, OxyIR®, and OxyFast®, and (ii) the following **Generic Medications:** oxycodone extended-release tablets, buprenorphine transdermal system, hydromorphone immediate-release tablets, hydromorphone oral solution, tramadol extended-release tablets, morphine extended-release tablets, oxycodone immediate-release tablets, oxycodone and acetaminophen tablets (generic to Percocet®), hydrocodone and acetaminophen tablets (generic to Vicodin® or Norco®). The term "Purdue Opioid(s)" shall not mean: (i) medications and other substances to treat opioid or other substance use disorders, abuse, addiction or overdose; (ii) raw materials and/or immediate precursors used in the manufacture or study of opioids or opioid products, but only when such materials and/or immediate precursors are sold or marketed exclusively to DEA-licensed manufacturers or DEA-licensed researchers; or (iii) opioids listed by the DEA as Schedule IV drugs pursuant to the federal Controlled Substances Act.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also file your claim electronically at
PurduePharmaClaims.com via the link entitled "Submit a
Claim."**

---

**Do not file these instructions with your form**

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

**GOVERNMENT PLAINTIFF FACT SHEET**

Plaintiff (also referred to as "You" throughout) shall provide information responsive to the questions set forth below. Instructions and Definitions are provided at the end of this document. You shall provide information reasonably available to You and are not excused from providing the requested information for failure to appropriately investigate Your case. Plaintiff shall supplement its responses if it learns that they are incomplete or incorrect in any material respect.

**PLAINTIFF**: **The Board of Education of the City of Chicago, School District No. 299 ("Chicago Public Schools")**

Case caption and number: **The Board of Education of the City of Chicago, School District No. 299 ("Chicago Public Schools"), on behalf of itself and others similarly situated, v. Cephalon, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Endo International PLC, Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., n/k/a/ Janssen Pharmaceutica, Inc., n/k/a/ Janssen Pharmaceuticals, Inc., Johnson & Johnson, Inc., Insys Therapeutics, Inc., Mallinckrodt, PLC, Mallinckrodt LLC, Allergan PLC f/k/a Actavis PLC, Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Amerisourcebergen Corporation, Cardinal Health, Inc., McKesson Corporation, CVS Health Corporation, Walgreens Boots Alliance, Inc., a/k/a Walgreen Co., and Walmart Inc., f/k/a Wal-Mart Stores, Inc., Case No. 1:19-op-46042-DAP.**

Contact attorney name for MDL:  **Matthew J. Piers**

Firm: **Hughes Socol Piers Resnick & Dym, Ltd.**

Telephone number: **(312) 604-2606**          E-mail address: **mpiers@hsplegal.com**

Description of the citizens and entities that You purport to represent in this lawsuit:

<u>**The Board of Education of the City of Chicago, School District No. 299**</u>

## I.  <u>CLAIM INFORMATION</u>

**A.    Injuries, Damages, and Persons with Relevant Knowledge**

1.    To the best of Your knowledge, for each Defendant You name, identify the approximate date (i.e., month and year) when You claim You were first injured and began to incur damages as a result of the Defendant's alleged conduct. This request is not designed to require an expert evaluation and is not intended to limit any expert testimony related to the damages suffered.

    **On or about 1996, OxyContin was released to the market, resulting in an increase in Chicago Public Schools' expenses related to the conduct alleged in the Complaint.**

2.    Are You seeking in Your lawsuit any monetary damages based on Your payment for allegedly improper opioid prescription claims. Yes **X**___          No____

3.    Please identify each category of damages or monetary relief that You allege, including all injunctive relief that You seek.

    **As set forth in the Complaint, damages and monetary relief would include, but not be limited to: (1) past, present, and future costs for providing medical care, additional therapeutic and prescription drug purchases, and other treatments for patients suffering from opioid-related addiction or disease, including overdoses and deaths; (2) past, present, and future costs associated with increased healthcare and healthcare insurance; (3) past, present, and future costs regarding disability payments; (4) past, present, and future costs associated with increased educational services, including but not limited to special education needs, including but not limited to, special programs for children with opioid-related learning disabilities, or for children in need of psychological counseling due to opioid-related family crisis; (5) past, present, and future costs associated with providing care for children whose parents suffer from opioid-related disability or incapacitation; (6) past, present, and future costs associated with increased school security in all facilities of the school board district; (7) loss of tax revenue; (8) disgorgement of Defendants' unjust enrichment; (9) all costs and means to abate the epidemic created by Defendants' wrongful and/or unlawful conduct; (10) treble damages; (11) attorneys' fees, costs, and expenses of suit; and (12) pre- and post-judgment interest.**

4.    Have You or has anyone acting on Your behalf had any communication, oral or written, with any Defendants or their representatives, other than communications through Your attorneys? Yes____      No **X**___      Don't Know____

5.      Have You been involved in opioid-related civil litigation in the past? Yes_____
No __X__    Don't Know_____

If yes, please identify the date(s), jurisdiction(s), and partie(s).

6.      List your Departments or Divisions and the current head of each
Department/Division.

**Janice K. Jackson, Chief Executive Officer**

**Francis Bilecki, Chief of Public Policy**

**Clarence Carson, Chief of Facilities**

**Bogdana Chkoumbova, Chief Schools Officer**

**Jadine Chou, Chief of Safety and Security**

**Dr. Michael Deuser, Chief of College and Career Success**

**Phillip DiBartolo, Chief Information Officer**

**Kenneth L. Fox, MD, Chief Health Officer**

**Kaitlyn Girard, Labor Relations Officer**

**Bing Howell, Chief Portfolio Officer**

**Herald Johnson, Chief of Community and Family Engagement**

**Dr. Stephanie Jones, Chief of Diverse Learner Supports and Services**

**Matt Lyons, Chief Talent Officer**

**Jorge Macias, Chief of Language and Cultural Education**

**Jonathon Maples, Chief Procurement Officer**

**LaTanya McDade, Chief Education Officer**

**Joe Moriarty, General Counsel**

**Lenny Moore, Controller**

**Michael Passman, Chief Communications Officer**

**Camie Pratt, Title IX Officer**

**Francie Richards, Head of External Affairs, Executive Director of Children
First Fund**

**Arnie Rivera, Chief Operating Officer**

**Pedro Soto, Chief of Staff**

3

**Dr. Maurice Swinny, Chief Equity Officer**

**Heather Wendell, Budget Director**

7.     Identify by name, title, and dates of employment Your current employees or representatives with knowledge regarding the abuse, use, misuse, addition to, and/or diversion of Prescription Opioids, or the possession, abuse, illegal sale, or addiction to other opioids by Your Residents

**N/A**

8.     Identify the persons(s) who held the following position(s) or their equivalent, since January 1, 2008.

    **a.**    **Mayors:**

        **N/A**

    **b.**    **City councilmembers:**

        **N/A**

    **c.**    **County commissioners:**

        **N/A**

    **d.**    **County supervisors:**

        **N/A**

    **e.**    **County executives:**

        **N/A**

    **f.**    **Chief health officers:**

        **Kenneth L. Fox, MD**

        **Dr. Stephanie A. Whyte**

    **g.**    **Auditors:**

        **John Lombana**

        **Andrell Holloway**

    **h.**    **Recorders:**

        **N/A**

    **i.**    **Sheriffs or Police Chiefs:**

        **N/A**

    **j.**    **Coroners or Medical Examiners:**

N/A

j.    **Treasurers:**

**Walter Stock**

**Jennie Huang Bennett**

**Melanie Shaker**

**David Bryant**

k.    **Chief accountants:**

**Controllers**

**Lenny Moore**

**Larry Fraze**

**Melinda Gildart**

l.    **Chief Financial Officers:**

**Miroslava Krug**

**Ron DeNard**

**Jennie Huang Bennett**

**Ginger Ostro**

**Peter Rogers**

**David Watkins**

**Diana S. Ferguson**

**Christina Herzog**

**Pedro Martinez**

n.    **Correctional facility supervisors:**

**N/A**

o.    **Wardens:**

**N/A**

p.    **Heads of Department of Public Health:**

**N/A**

q.    **Fire Chiefs:**

       N/A

   **r.**   **Directors of Emergency Medical Services:**

       N/A

9.   Identify Your annual budget and the actual expenditure You made since January 1, 2008 with respect to each category of damages You claim, as to the following:

**a.  Law enforcement expenditures**

**From 2008 through 2015, Chicago Public Schools incurred the expenses reported below for police officers stationed in schools, but in 2016, the City of Chicago began to cover those costs.**

| Fiscal Year | Budget | Actual Expenditure |
|---|---|---|
| 2008 | $8,000,000.00 | $8,000,000.00 |
| 2009 | $8,000,000.00 | $8,000,000.00 |
| 2010 | $8,069,999.00 | $8,069,999.00 |
| 2011 | $8,133,000.00 | $8,000,000.00 |
| 2012 | $9,405,915.00 | $5,754,206.00 |
| 2013 | $13,625,000.00 | $24,228,626.00 |
| 2014 | $13,206,893.00 | $13,000,000.00 |
| 2015 | $13,156,000.00 | $6,500,000.00 |

**b.  Workers Compensation**

| Year | Budget | Actual Expenditure |
|---|---|---|
| 2008 | $39,953,000.00 | $29,330,039.06 |
| 2009 | $30,665,000.00 | $27,240,451.52 |
| 2010 | $28,877,000.00 | $25,253,738.70 |
| 2011 | $28,227,000.00 | $24,205,438.72 |
| 2012 | $29,303,000.00 | $22,735,637.19 |
| 2013 | $29,093,000.00 | $23,453,136.56 |
| 2014 | $26,083,000.00 | $24,699,043.56 |
| 2015 | $27,472,000.00 | $23,954,117.59 |
| 2016 | $19,942,000.00 | $18,554,200.95 |
| 2017 | $20,106,000.00 | $20,422,790.97 |
| 2018 | $21,746,000.00 | $24,003,196.94 |
| 2019 | $23,936,000.00 | $23,538,731.39 |

**c.  Health Insurance**

| Year | Budget | Actual Expenditure |
|---|---|---|
| July 2007-June 2008 | $307,282,000.00 | $307,318,125.00 |

| July 2008-June 2009 | $301,735,000.00 | $329,748,137.00 |
| July 2009-June 2010 | $329,981,000.00 | $344,284,131.00 |
| July 2010-June 2011 | $347,669,911.00 | $360,657,024.00 |
| July2011-June 2012 | $348,352,224.00 | $368,894,684.00 |
| July 2012-June 2013 | $365,248,305.00 | $369,480,194.00 |
| July 2013-June 2014 | $330,345,744.00 | $390,400,044.00 |
| July 2014-June 2015 | $341,352,427.00 | $396,731,692.00 |
| July 2015-June 2016 | $347,271,529.00 | $392,253,563.00 |
| July 2016-June 2017 | $339,928,859.00 | $365,332,722.00 |
| July 2017-June 2018 | $347,999,141.00 | $377,604,801.00 |
| July 2018-June 2019 | $365,175,000.00 | $372,754,028.00 |
| July 2019-June 2020 | $368,335,000.00 | *Not yet available* |

10.     Identify any specific grant, donation, or other funding designated for or allocated to addressing issues related to Prescription Opioids.

**None.**

B.     **Claim-Specific Information**

1.     Identify each physician or other healthcare provider within Your boundaries who, based on information reasonably available to You, has been the target of a law enforcement or administrative investigation You conducted concerning the physician's or provider's prescribing or dispensing Prescription Opioids since January 1, 2008 (this request is only intended to pertain to closed investigations). See also Section II, question 3.

**N/A. Chicago Public Schools does not conduct investigations into physicians or other healthcare providers.**

2.     Do You identify, track, or otherwise have in Your Possession, custody, or control, information concerning physicians or other healthcare providers who wrote Medically Unnecessary Opioid prescriptions in Your geographical boundaries? Yes_____ No__**X**__

3.     Do you identify, track, or otherwise have in Your possession, custody, or control, information concerning whether a Pharmacy receives Prescription Opioids as a result of a Suspicious Order? Yes_____ No__**X**__

4.     Identify each Pharmacy within Your boundaries, based on information reasonably available to You, that has been the target of a law enforcement or administrative investigation You conducted concerning the Pharmacy's dispensing of Prescription Opioids since January 1, 2008 (this request is only intended to pertain to closed investigations). See also Section II, question 3.

**N/A. Chicago Public Schools does not conduct investigations into pharmacies.**

5.    Do You identify, track, or otherwise have in Your possession, custody, or control, information concerning whether a Pharmacy filled suspicious orders for Opioids in your geographic area since January 1, 2008? Yes_____    No **X**__

6.    Based on information reasonably available to You: (a) provide the number of overdose deaths of Your residents since January 1, 2008 on a year-by-year basis; and (b) for each such death, identify the drug(s) on which Your resident overdosed.

   **N/A**

7.    Did you ever notify any State or Federal agency (e.g. Board of Pharmacy, Department of Medicaid, Department of Public Safety, Drug Enforcement Agency, etc.) of suspected wrongful conduct related to Prescription Opioids since January 1, 2008? If yes, please identify the date of the notification, the subject of the conduct, and the general nature of the suspected wrongdoing.

   **No.**

8.    Identify every medical insurance plan or carrier, behavioral health carriers, or workers' compensation program used for any of Your employees since January 1, 2008. For each response, please provide the following information: Name, Dates Offered, Plan's Pharmacy Benefit Manager/Claims Processor.

| Name | Dates Offered | Plan's Pharmacy Benefit Manager / Claims Processor |
|---|---|---|
| **United Healthcare PPO** | **2008 – 2016** | **Caremark** |
| **United Healthcare PPO/wHRA** | **2008 – 2016** | **Caremark** |
| **United Healthcare HMO (EPO)** | **2008 – 2016** | **Caremark** |
| **Blue Cross Blue Shield PPO** | **2008 – 2016** | **Caremark** |
| **Blue Cross Blue Shield HMO Illinois** | **2008 – 2016** | **Caremark** |
| **Blue Cross Blue Shield PPO** | **2017 – Present** | **Caremark** |

| Blue Cross Blue Shield PPO with HSA | 2017 – Present | Caremark |
|---|---|---|
| Blue Cross BA HMO | 2017 – Present | Caremark |

> Chicago Public Schools' workers' compensation claims were administered by Sedgwick from 2008 to 2015 and have been administered by CCMSI from 2016 to the present.

9.    Identify every Pharmacy Benefit Manager and other third-party administrator You used since January 1, 2006. For each response, please provide the following information: Name, Relevant Dates, Name and Title of Individuals Who Oversaw Program.

| Name | Relevant Dates | Name and Title of Individuals Who Oversaw Program |
|---|---|---|
| Caremark | 2006 – Present | Dale Moyer, Manager (2006-2008)<br>Tiffany Taylor, Manager (2009-2011)<br>Wesley Morgan, Manager (2012)<br>Karla Kirkling, Manager (2013-2016, 2020-Present)<br>Gail Fairhall, Manager (2017-2018)<br>Christina Jordan, Manager (2019) |
| Martin Boyer | 2006 – 2007 | Kenneth Smith, Claims Manager (2006-2007)<br>Sherie Mitchell, Claims Manager (2008-2011)<br>Dale Moyer, Director (2008-June 2016) |
| Sedgwick | 2008 – 2015 | Wesley Morgan, Director (2012-2012)<br>Brian Eichorn, Claims Manager (2012-2014) |
| CCMSI | 2016 – Present | Herbert Purkett, Claims Analyst (2015-Present)<br>Karla Kirkling, Director (Sept. 2013-July 2016, 2019-Present)<br>Gail Fairhall, Director (July 2016-2018)<br>Kerry Frank, Claims Manager (2016-2017)<br>Cheryl Curtis, Claims Manager (Apr. 2018-Present)<br>Tiffany Taylor, Claims Analyst (Oct. 2019-Present) |

## C.    Opioid-Related Services and Program:

For the following questions, please provide information since January 1, 2008.

1.    Have You formed or participated in an Opioid Task Force or other program or group to address opioid use or diversion? If yes, provide the name, members, and dates.

> No.

2. Have You had a prescription disposal program? If yes, provide the name and dates.

   **No.**

3. Have You operated any addition treatment programs related to Prescription Opioids? If yes, provide the name and dates.

   **No.**

4. Have You provided any drug abuse prevention or education programs related to Prescription Opioids? If yes, provide the name and dates.

   **Chicago Public Schools provides drug abuse prevention instruction as part of its health curriculum, but it has not provided programs specifically related to Prescription Opioids.**

## II.  DOCUMENTS

Please produce the following documents for the period of January 1, 2008 to present and to the extent that these documents are in Your possession, custody, or control.

1. Documents you maintain that refer or relate to the volume of Prescription Opioids prescribed, dispensed, sold, distributed, diverted, or used in Your geographical boundaries.

   **N/A**

2. Meeting agendas for City Council, County Commission, County Health Board/Commission, or their equivalent that reference Prescription Opioids, the misuse of opioids, or related topics.

   **None.**

3. To the extent that You identified any physician, healthcare provider, or Pharmacy in response to questions I.B.1 and I.B.4 above, please provide that investigation file for those physicians, healthcare providers, or Pharmacies.

   **N/A**

## III. CERTIFICATION

I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is complete, true, and correct to the best of my knowledge and information, and that I have provided all of the requested documents that are reasonably accessible to me and/or my attorneys, to the best of my knowledge.

_____  _____  _____
Signature                          Print Name                        Date

J. Ernest Mincy        2/18/20

# Electronic Proof of Claim_AO#AL27464

**Final Audit Report**                                              2020-03-13

| | |
|---|---|
| Created: | 2020-03-13 |
| By: | Prime Clerk (purduepharmaefiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAQ1HFWauk3idCXgFwrvXv_lrOKgD1yu_h |

## "Electronic Proof of Claim_AO#AL27464" History

Web Form created by Prime Clerk (purduepharmaefiling@primeclerk.com)
2020-02-26 - 3:36:57 PM GMT

/s/ Matthew J. Piers (mpiers@hsplegal.com) uploaded the following supporting documents:
Attachment
2020-03-13 - 9:05:03 PM GMT

Web Form filled in by /s/ Matthew J. Piers (mpiers@hsplegal.com)
2020-03-13 - 9:05:03 PM GMT- IP address: 38.98.138.250

(User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/80.0.3987.132 Safari/537.36)
2020-03-13 - 9:05:06 PM GMT- IP address: 38.98.138.250

Signed document emailed to /s/ Matthew J. Piers (mpiers@hsplegal.com) and Prime Clerk (purduepharmaefiling@primeclerk.com)
2020-03-13 - 9:05:06 PM GMT

**Prime Clerk**    POWERED BY
Adobe Sign

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors. | **(Jointly Administered)** |

# Governmental Opioid Claimant Proof of Claim Form

**You may file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."**

**For questions regarding this Proof of Claim Form, please call Prime Clerk at (844) 217-0912 or visit PurduePharmaClaims.com.**

Read the instructions at the end of this document before filling out this form. This form is for governmental units and Native American Tribes to assert a general unsecured claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids.

<u>Do not</u> use this form to assert any other pre-petition claims, including secured claims or claims entitled to priority under 11 U.S.C. § 507(a). Secured claims, claims entitled to priority under 11 U.S.C. § 507(a) and non-opioid related claims should be filed on a Non-Opioid Claimant Proof of Claim (Form 410).

Creditor (also referred to as "You" throughout) shall provide information responsive to the questions set forth below. Instructions and Definitions are provided at the end of this document. You shall provide information reasonably available to You and are not excused from providing the requested information for failure to appropriately investigate Your claim. Creditor shall supplement its responses if it learns that they are incomplete or incorrect in any material respect.

For Part 3, governmental units that have filed litigation against the Debtor(s) that is part of the federal multidistrict litigation in Ohio, *In re National Opiate Litigation*, MDL No. 17-02804 (N.D. Ohio 2017) ("Ohio MDL"), and have submitted a Government Plaintiff Fact Sheet in connection with that proceeding, may rely on their Government Plaintiff Fact Sheet to complete the questions in Part 3. For the avoidance of doubt, only governmental units who have filed litigation that is part of the Ohio MDL, and not governmental units that are part of the negotiation class in the Ohio MDL but have not otherwise filed litigation that is part of the MDL, may rely on their Government Plaintiff Fact Sheet to complete the questions in Part 3.

**You must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, including the supporting documentation requested herein. **Do not send original documents** as they will not be returned, and they may be destroyed after scanning.

**Fill in all the information about the claim as of September 15, 2019, the Petition Date. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form. This form should be completed to the best of Your ability with the information available to You. If You are unable to answer certain questions at this time, the absence of an answer, by itself, will not result in the denial of Your claim, though You may be asked or required to provide additional information at a later date. You may also amend or supplement Your claim after it is filed.**

| **Part 1:** | **Identify the Claim** |
|---|---|

| | | |
|---|---|---|
| 1. | **Who is the current creditor?** | The Board of Education of the City of Chicago, School District 299 ("Chicago Public Schools") <br> Name of the entity to be paid for this claim. <br> Other names the creditor used with the Debtor(s): _____ |
| 2. | **Has this claim been acquired from someone else or some other entity?** | [x] No. <br> [ ] Yes. From whom? _____ |

| | | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|---|
| 3. | **Where should notices and payments to the creditor be sent?** <br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Matthew J. Piers <br> 70 W. Madison Street, Suite 4000 <br> Chicago, IL 60602 <br><br> Contact phone  312.604.2606 <br> Contact email  mpiers@hsplegal.com | <br><br><br><br><br> Contact phone _____ <br> Contact email _____ |

**4. Does this claim amend one already filed?**

☒ No.

☐ Yes.  Claim number on court claims registry (if known)_____

Filed on ___/___/_____
MM / DD / YYYY

**5. Do You know if anyone else has filed a proof of claim for this claim?**

☐ No.

☒ Yes. Who made the earlier filing? Chicago Public Schools, on behalf of itself and a nationwide _____

---

**Part 2:**   **Attorney Information (Optional)**

**6. Are you represented by an attorney in this matter?**

You do not need an attorney to file this form.

☐ No.

☒ Yes. If yes, please provide the following information:

Hughes Socol Piers Resnick & Dym, Ltd.
Law Firm Name

Matthew J. Piers
Attorney Name

70 W. Madison Street, Suite 4000
Address

Chicago                    IL         60602
City                       State      ZIP Code

Contact phone  312.604.2606    Contact email  mpiers@hsplegal.com

---

**Part 3:**   **Information as of September 15, 2019, the Petition Date, About Your Claim**

**7. When do You allege you were first injured as a result of the Debtors' alleged conduct?**

_____/_____
Month       Year

☒ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, *In re National Opiate Litigation*, MDL No. 17-02804 (N.D. Ohio 2017) ("Ohio MDL"), and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

☐ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

**8. How much is the claim?**

$  $503,286,600.00 _____ ;  or

☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

☐ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

☐ Unknown.

**9. Describe the citizens and entities that You represent in this claim:**

☒ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

☐ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

| | |
|---|---|
| 10. **Describe the conduct of the Debtors You allege resulted in injury or damages to You.**<br><br>Attach additional sheets if necessary. | See allegations in the complaint in The Board of Education of the City of Chicago, School District No. 299 ("Chicago Public Schools"), on behalf of itself and others similarly situated v. Cephalon, Inc., et al., Case No. 1:19-op-46042-DAP, Doc. #1.<br><br>❑ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>❑ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |
| 11. **Describe all alleged causes of action, sources of damages, legal theories of recovery, etc. that You are asserting against the Debtors.**<br><br>Attach additional sheets if necessary. | See causes of action, sources of damages, legal theories of recovery, etc. in the complaint in The Board of Education of the City of Chicago, School District No. 299 ("Chicago Public Schools"), on behalf of itself and others similarly situated v. Cephalon, Inc., et al., Case No. 1:19-op-46042-DAP, Doc. #1.<br><br>❑ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>❑ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |
| 12. **Based on information reasonably available to You, please identify each category of damages or monetary relief that You allege, and include the amount of damages you assert for each category, if known.**<br><br>Attach additional sheets if necessary. | Damages claimed for direct costs associated with increased services to children impacted by opioid use:<br>$52,319,219.00<br><br>Damages claimed for health insurance costs:<br>$450,967,381.00<br><br>Damages claimed for workers compensation costs:<br>Investigation continues.<br><br>Damages claimed for disability payments:<br>Investigation continues.<br><br>❑ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>❑ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |

| 13. Based on information reasonably available to You, provide the total number of opioid-related overdose deaths of Your residents each year for the later of (i) 2008, or (ii) the date on which the period for which You are seeking damages begins. | Year | Total number of opioid related overdose deaths, if available |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☒ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

❑ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

**Part 4:    Supporting Documentation**

14. Please provide the following supporting documentation if you would like (but You are not required) to supplement this proof of claim.

■ Provide any documents supporting Your claim, including but not limited to:  any Plaintiff Fact Sheets and accompanying documents submitted in the MDL proceeding in the Northern District of Ohio; any complaint, petition, information, or similar pleading filed in any civil or criminal proceeding involving the Debtors; and any records supporting Your claim for damages.

❑ In lieu of uploading or resubmitting the Government Plaintiff Fact Sheet that was submitted in the Ohio MDL, the creditor authorizes the Debtors to make the Government Plaintiff Fact Sheet, submitted on _____ in the Ohio MDL, available to Prime Clerk, the Court, and any party who agrees to be bound by the Protective Order to be submitted for entry by the Court for use in connection with this proof of claim and these chapter 11 cases.

❑ In lieu of uploading or submitting the complaint  filed against the Debtor(s), the creditor authorizes the Debtors to make the complaint filed on _____ with caption _____ available to Prime Clerk, the Court, and any party who agrees to be bound by the Protective Order to be submitted for entry by the Court for use in connection with this proof of claim and these chapter 11 cases.

| Part 5: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: */s/ Matthew J. Piers*
/s/ Matthew J. Piers (Mar 13, 2020)

Email:    mpiers@hsplegal.com

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Matthew Jacob Piers |
|------|---------------------|
| | First name    Middle name    Last name |
| Title | Shareholder |
| Company | Hughes Socol Piers Resnick & Dym, Ltd. |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 70 W. Madison Street, Suite 4000 |
| | Number    Street |
| | Chicago    IL    60602 |
| | City    State    ZIP Code |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
   (attach below)

☐ I do <u>not</u> have supporting documentation.

📎 Attachment

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

# Instructions for Governmental Opioid Proof of Claim Form

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the bankruptcy case was filed, September 15, 2019.  You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**

  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because they will not be returned and may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

- **Each question in this proof of claim form should be construed independently, unless otherwise noted.  No question should be construed by reference to any other question if the result is a limitation of the scope of the answer to such question.**

- **The questions herein do not seek the discovery of information protected by the attorney-client privilege.**

- **The words "and" and "or" should be construed as necessary to bring within the scope of the request all responses and information that might otherwise be construed to be outside its scope.**

- **After reviewing this form and any supporting documentation submitted with this form, additional information and documentation may be requested.**

- **Purdue Pharma (Canada) is not a debtor in this case. If Your claim is against only Purdue Pharma (Canada), You do not have a claim in this case and should not file and submit this form.**

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at PurduePharmaClaims.com.

## Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Opioid Task Force:** Any group organized for the purpose of studying, evaluating, reporting about, investigating, making recommendations concerning, or otherwise considering the existence, origins, causes, responsible entities, effects, remedies, corrective measures for, or ways of combating the abuse, misuse, or addiction to opioids in Your geographical boundaries.

**Prescription Opioids:** FDA-approved pain-reducing medications consisting of natural, synthetic, or semisynthetic chemicals that bind to opioid receptors in a patient's brain or body to produce an analgesic effect, for the manufacture and sale of which You seek to hold the Debtors liable.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Purdue Opioid** means all natural, semi-synthetic or synthetic chemicals that interact with opioid receptors on nerve cells in the body and brain, and that are approved by the U.S. Food & Drug Administration (FDA) and listed by the DEA as Schedule II or III drugs pursuant to the federal Controlled Substances Act, produced, marketed or sold by the Debtors as (i) the following **Brand Name Medications:** OxyContin®, Hysingla ER®, Butrans®, Dilaudid®, Ryzolt, MS Contin®, MSIR®, Palladone®, DHC Plus®, OxyIR®, and OxyFast®, and (ii) the following **Generic Medications:** oxycodone extended-release tablets, buprenorphine transdermal system, hydromorphone immediate-release tablets, hydromorphone oral solution, tramadol extended-release tablets, morphine extended-release tablets, oxycodone immediate-release tablets, oxycodone and acetaminophen tablets (generic to Percocet®), hydrocodone and acetaminophen tablets (generic to Vicodin® or Norco®). The term "Purdue Opioid(s)" shall not mean: (i) medications and other substances to treat opioid or other substance use disorders, abuse, addiction or overdose; (ii) raw materials and/or immediate precursors used in the manufacture or study of opioids or opioid products, but only when such materials and/or immediate precursors are sold or marketed exclusively to DEA-licensed manufacturers or DEA-licensed researchers; or (iii) opioids listed by the DEA as Schedule IV drugs pursuant to the federal Controlled Substances Act.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."**

---

**Do not file these instructions with your form**

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

**GOVERNMENT PLAINTIFF FACT SHEET**

Plaintiff (also referred to as "You" throughout) shall provide information responsive to the questions set forth below. Instructions and Definitions are provided at the end of this document. You shall provide information reasonably available to You and are not excused from providing the requested information for failure to appropriately investigate Your case. Plaintiff shall supplement its responses if it learns that they are incomplete or incorrect in any material respect.

**PLAINTIFF**: **The Board of Education of the City of Chicago, School District No. 299 ("Chicago Public Schools")**

Case caption and number: **The Board of Education of the City of Chicago, School District No. 299 ("Chicago Public Schools"), on behalf of itself and others similarly situated, v. Cephalon, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Endo International PLC, Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., n/k/a/ Janssen Pharmaceutica, Inc., n/k/a/ Janssen Pharmaceuticals, Inc., Johnson & Johnson, Inc., Insys Therapeutics, Inc., Mallinckrodt, PLC, Mallinckrodt LLC, Allergan PLC f/k/a Actavis PLC, Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Amerisourcebergen Corporation, Cardinal Health, Inc., McKesson Corporation, CVS Health Corporation, Walgreens Boots Alliance, Inc., a/k/a Walgreen Co., and Walmart Inc., f/k/a Wal-Mart Stores, Inc., Case No. 1:19-op-46042-DAP.**

Contact attorney name for MDL:  **Matthew J. Piers**

Firm: **Hughes Socol Piers Resnick & Dym, Ltd.**

Telephone number: **(312) 604-2606**        E-mail address: **mpiers@hsplegal.com**

Description of the citizens and entities that You purport to represent in this lawsuit:

**The Board of Education of the City of Chicago, School District No. 299**

## I. CLAIM INFORMATION

### A.    Injuries, Damages, and Persons with Relevant Knowledge

1.    To the best of Your knowledge, for each Defendant You name, identify the approximate date (i.e., month and year) when You claim You were first injured and began to incur damages as a result of the Defendant's alleged conduct. This request is not designed to require an expert evaluation and is not intended to limit any expert testimony related to the damages suffered.

**On or about 1996, OxyContin was released to the market, resulting in an increase in Chicago Public Schools' expenses related to the conduct alleged in the Complaint.**

2.    Are You seeking in Your lawsuit any monetary damages based on Your payment for allegedly improper opioid prescription claims. Yes **X**              No____

3.    Please identify each category of damages or monetary relief that You allege, including all injunctive relief that You seek.

**As set forth in the Complaint, damages and monetary relief would include, but not be limited to: (1) past, present, and future costs for providing medical care, additional therapeutic and prescription drug purchases, and other treatments for patients suffering from opioid-related addiction or disease, including overdoses and deaths; (2) past, present, and future costs associated with increased healthcare and healthcare insurance; (3) past, present, and future costs regarding disability payments; (4) past, present, and future costs associated with increased educational services, including but not limited to special education needs, including but not limited to, special programs for children with opioid-related learning disabilities, or for children in need of psychological counseling due to opioid-related family crisis; (5) past, present, and future costs associated with providing care for children whose parents suffer from opioid-related disability or incapacitation; (6) past, present, and future costs associated with increased school security in all facilities of the school board district; (7) loss of tax revenue; (8) disgorgement of Defendants' unjust enrichment; (9) all costs and means to abate the epidemic created by Defendants' wrongful and/or unlawful conduct; (10) treble damages; (11) attorneys' fees, costs, and expenses of suit; and (12) pre- and post-judgment interest.**

4.    Have You or has anyone acting on Your behalf had any communication, oral or written, with any Defendants or their representatives, other than communications through Your attorneys? Yes____      No **X**      Don't Know____

2

5.      Have You been involved in opioid-related civil litigation in the past? Yes_____
No **X**      Don't Know_____

If yes, please identify the date(s), jurisdiction(s), and partie(s).

6.      List your Departments or Divisions and the current head of each
Department/Division.

**Janice K. Jackson, Chief Executive Officer**

**Francis Bilecki, Chief of Public Policy**

**Clarence Carson, Chief of Facilities**

**Bogdana Chkoumbova, Chief Schools Officer**

**Jadine Chou, Chief of Safety and Security**

**Dr. Michael Deuser, Chief of College and Career Success**

**Phillip DiBartolo, Chief Information Officer**

**Kenneth L. Fox, MD, Chief Health Officer**

**Kaitlyn Girard, Labor Relations Officer**

**Bing Howell, Chief Portfolio Officer**

**Herald Johnson, Chief of Community and Family Engagement**

**Dr. Stephanie Jones, Chief of Diverse Learner Supports and Services**

**Matt Lyons, Chief Talent Officer**

**Jorge Macias, Chief of Language and Cultural Education**

**Jonathon Maples, Chief Procurement Officer**

**LaTanya McDade, Chief Education Officer**

**Joe Moriarty, General Counsel**

**Lenny Moore, Controller**

**Michael Passman, Chief Communications Officer**

**Camie Pratt, Title IX Officer**

**Francie Richards, Head of External Affairs, Executive Director of Children
First Fund**

**Arnie Rivera, Chief Operating Officer**

**Pedro Soto, Chief of Staff**

3

**Dr. Maurice Swinny, Chief Equity Officer**

**Heather Wendell, Budget Director**

7.    Identify by name, title, and dates of employment Your current employees or representatives with knowledge regarding the abuse, use, misuse, addition to, and/or diversion of Prescription Opioids, or the possession, abuse, illegal sale, or addiction to other opioids by Your Residents

**N/A**

8.    Identify the persons(s) who held the following position(s) or their equivalent, since January 1, 2008.

   a.    **Mayors:**

   **N/A**

   b.    **City councilmembers:**

   **N/A**

   c.    **County commissioners:**

   **N/A**

   d.    **County supervisors:**

   **N/A**

   e.    **County executives:**

   **N/A**

   f.    **Chief health officers:**

   **Kenneth L. Fox, MD**

   **Dr. Stephanie A. Whyte**

   g.    **Auditors:**

   **John Lombana**

   **Andrell Holloway**

   h.    **Recorders:**

   **N/A**

   i.    **Sheriffs or Police Chiefs:**

   **N/A**

   j.    **Coroners or Medical Examiners:**

4

           **N/A**

**j.**      **Treasurers:**

           **Walter Stock**

           **Jennie Huang Bennett**

           **Melanie Shaker**

           **David Bryant**

**k.**      **Chief accountants:**

           **Controllers**

           **Lenny Moore**

           **Larry Fraze**

           **Melinda Gildart**

**l.**      **Chief Financial Officers:**

           **Miroslava Krug**

           **Ron DeNard**

           **Jennie Huang Bennett**

           **Ginger Ostro**

           **Peter Rogers**

           **David Watkins**

           **Diana S. Ferguson**

           **Christina Herzog**

           **Pedro Martinez**

**n.**      **Correctional facility supervisors:**

           **N/A**

**o.**      **Wardens:**

           **N/A**

**p.**      **Heads of Department of Public Health:**

           **N/A**

**q.**      **Fire Chiefs:**

       **N/A**

   **r.**   **Directors of Emergency Medical Services:**

       **N/A**

9.   Identify Your annual budget and the actual expenditure You made since January 1, 2008 with respect to each category of damages You claim, as to the following:

   **a.**  **Law enforcement expenditures**

**From 2008 through 2015, Chicago Public Schools incurred the expenses reported below for police officers stationed in schools, but in 2016, the City of Chicago began to cover those costs.**

| Fiscal Year | Budget | Actual Expenditure |
|---|---|---|
| 2008 | $8,000,000.00 | $8,000,000.00 |
| 2009 | $8,000,000.00 | $8,000,000.00 |
| 2010 | $8,069,999.00 | $8,069,999.00 |
| 2011 | $8,133,000.00 | $8,000,000.00 |
| 2012 | $9,405,915.00 | $5,754,206.00 |
| 2013 | $13,625,000.00 | $24,228,626.00 |
| 2014 | $13,206,893.00 | $13,000,000.00 |
| 2015 | $13,156,000.00 | $6,500,000.00 |

   **b.**  **Workers Compensation**

| Year | Budget | Actual Expenditure |
|---|---|---|
| 2008 | $39,953,000.00 | $29,330,039.06 |
| 2009 | $30,665,000.00 | $27,240,451.52 |
| 2010 | $28,877,000.00 | $25,253,738.70 |
| 2011 | $28,227,000.00 | $24,205,438.72 |
| 2012 | $29,303,000.00 | $22,735,637.19 |
| 2013 | $29,093,000.00 | $23,453,136.56 |
| 2014 | $26,083,000.00 | $24,699,043.56 |
| 2015 | $27,472,000.00 | $23,954,117.59 |
| 2016 | $19,942,000.00 | $18,554,200.95 |
| 2017 | $20,106,000.00 | $20,422,790.97 |
| 2018 | $21,746,000.00 | $24,003,196.94 |
| 2019 | $23,936,000.00 | $23,538,731.39 |

   **c.**  **Health Insurance**

| Year | Budget | Actual Expenditure |
|---|---|---|
| July 2007-June 2008 | $307,282,000.00 | $307,318,125.00 |

| July 2008-June 2009 | $301,735,000.00 | $329,748,137.00 |
| July 2009-June 2010 | $329,981,000.00 | $344,284,131.00 |
| July 2010-June 2011 | $347,669,911.00 | $360,657,024.00 |
| July2011-June 2012 | $348,352,224.00 | $368,894,684.00 |
| July 2012-June 2013 | $365,248,305.00 | $369,480,194.00 |
| July 2013-June 2014 | $330,345,744.00 | $390,400,044.00 |
| July 2014-June 2015 | $341,352,427.00 | $396,731,692.00 |
| July 2015-June 2016 | $347,271,529.00 | $392,253,563.00 |
| July 2016-June 2017 | $339,928,859.00 | $365,332,722.00 |
| July 2017-June 2018 | $347,999,141.00 | $377,604,801.00 |
| July 2018-June 2019 | $365,175,000.00 | $372,754,028.00 |
| July 2019-June 2020 | $368,335,000.00 | *Not yet available* |

10.   Identify any specific grant, donation, or other funding designated for or allocated to addressing issues related to Prescription Opioids.

   **None.**

B.   **Claim-Specific Information**

1.   Identify each physician or other healthcare provider within Your boundaries who, based on information reasonably available to You, has been the target of a law enforcement or administrative investigation You conducted concerning the physician's or provider's prescribing or dispensing Prescription Opioids since January 1, 2008 (this request is only intended to pertain to closed investigations). See also Section II, question 3.

   **N/A. Chicago Public Schools does not conduct investigations into physicians or other healthcare providers.**

2.   Do You identify, track, or otherwise have in Your Possession, custody, or control, information concerning physicians or other healthcare providers who wrote Medically Unnecessary Opioid prescriptions in Your geographical boundaries? Yes_____  No__**X**__

3.   Do you identify, track, or otherwise have in Your possession, custody, or control, information concerning whether a Pharmacy receives Prescription Opioids as a result of a Suspicious Order? Yes_____   No__**X**__

4.   Identify each Pharmacy within Your boundaries, based on information reasonably available to You, that has been the target of a law enforcement or administrative investigation You conducted concerning the Pharmacy's dispensing of Prescription Opioids since January 1, 2008 (this request is only intended to pertain to closed investigations). See also Section II, question 3.

   **N/A. Chicago Public Schools does not conduct investigations into pharmacies.**

5.      Do You identify, track, or otherwise have in Your possession, custody, or control, information concerning whether a Pharmacy filled suspicious orders for Opioids in your geographic area since January 1, 2008? Yes_____    No **X**

6.      Based on information reasonably available to You: (a) provide the number of overdose deaths of Your residents since January 1, 2008 on a year-by-year basis; and (b) for each such death, identify the drug(s) on which Your resident overdosed.

        **N/A**

7.      Did you ever notify any State or Federal agency (e.g. Board of Pharmacy, Department of Medicaid, Department of Public Safety, Drug Enforcement Agency, etc.) of suspected wrongful conduct related to Prescription Opioids since January 1, 2008? If yes, please identify the date of the notification, the subject of the conduct, and the general nature of the suspected wrongdoing.

        **No.**

8.      Identify every medical insurance plan or carrier, behavioral health carriers, or workers' compensation program used for any of Your employees since January 1, 2008. For each response, please provide the following information: Name, Dates Offered, Plan's Pharmacy Benefit Manager/Claims Processor.

| Name | Dates Offered | Plan's Pharmacy Benefit Manager / Claims Processor |
| --- | --- | --- |
| **United Healthcare PPO** | **2008 – 2016** | **Caremark** |
| **United Healthcare PPO/wHRA** | **2008 – 2016** | **Caremark** |
| **United Healthcare HMO (EPO)** | **2008 – 2016** | **Caremark** |
| **Blue Cross Blue Shield PPO** | **2008 – 2016** | **Caremark** |
| **Blue Cross Blue Shield HMO Illinois** | **2008 – 2016** | **Caremark** |
| **Blue Cross Blue Shield PPO** | **2017 – Present** | **Caremark** |

8

| | | |
|---|---|---|
| **Blue Cross Blue Shield PPO with HSA** | **2017 – Present** | **Caremark** |
| **Blue Cross BA HMO** | **2017 – Present** | **Caremark** |

**Chicago Public Schools' workers' compensation claims were administered by Sedgwick from 2008 to 2015 and have been administered by CCMSI from 2016 to the present.**

9.  Identify every Pharmacy Benefit Manager and other third-party administrator You used since January 1, 2006. For each response, please provide the following information: Name, Relevant Dates, Name and Title of Individuals Who Oversaw Program.

| Name | Relevant Dates | Name and Title of Individuals Who Oversaw Program |
|---|---|---|
| Caremark | 2006 – Present | Dale Moyer, Manager (2006-2008)<br>Tiffany Taylor, Manager (2009-2011)<br>Wesley Morgan, Manager (2012)<br>Karla Kirkling, Manager (2013-2016, 2020-Present)<br>Gail Fairhall, Manager (2017-2018)<br>Christina Jordan, Manager (2019) |
| Martin Boyer | 2006 – 2007 | Kenneth Smith, Claims Manager (2006-2007)<br>Sherie Mitchell, Claims Manager (2008-2011)<br>Dale Moyer, Director (2008-June 2016) |
| Sedgwick | 2008 – 2015 | Wesley Morgan, Director (2012-2012)<br>Brian Eichorn, Claims Manager (2012-2014) |
| CCMSI | 2016 – Present | Herbert Purkett, Claims Analyst (2015-Present)<br>Karla Kirkling, Director (Sept. 2013-July 2016, 2019-Present)<br>Gail Fairhall, Director (July 2016-2018)<br>Kerry Frank, Claims Manager (2016-2017)<br>Cheryl Curtis, Claims Manager (Apr. 2018-Present)<br>Tiffany Taylor, Claims Analyst (Oct. 2019-Present) |

## C.    Opioid-Related Services and Program:

For the following questions, please provide information since January 1, 2008.

1.  Have You formed or participated in an Opioid Task Force or other program or group to address opioid use or diversion? If yes, provide the name, members, and dates.

    **No.**

2.  Have You had a prescription disposal program? If yes, provide the name and dates.

    **No.**

3.  Have You operated any addition treatment programs related to Prescription Opioids?
    If yes, provide the name and dates.

    **No.**

4.  Have You provided any drug abuse prevention or education programs related to
    Prescription Opioids? If yes, provide the name and dates.

    **Chicago Public Schools provides drug abuse prevention instruction as part of its
    health curriculum, but it has not provided programs specifically related to
    Prescription Opioids.**

## II.  DOCUMENTS

Please produce the following documents for the period of January 1, 2008 to present and to the
extent that these documents are in Your possession, custody, or control.

1.  Documents you maintain that refer or relate to the volume of Prescription Opioids
    prescribed, dispensed, sold, distributed, diverted, or used in Your geographical
    boundaries.

    **N/A**

2.  Meeting agendas for City Council, County Commission, County Health
    Board/Commission, or their equivalent that reference Prescription Opioids, the
    misuse of opioids, or related topics.

    **None.**

3.  To the extent that You identified any physician, healthcare provider, or Pharmacy in
    response to questions I.B.1 and I.B.4 above, please provide that investigation file for
    those physicians, healthcare providers, or Pharmacies.

    **N/A**

### III. CERTIFICATION

I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact
Sheet is complete, true, and correct to the best of my knowledge and information, and that I
have provided all of the requested documents that are reasonably accessible to me and/or my
attorneys, to the best of my knowledge.

_J. Ernest Mincy_     _J. Ernest Mincy_     _2/18/20_
       Signature             Print Name            Date

# Electronic Proof of Claim_AO#AL27464

**Final Audit Report** 2020-03-13

| | |
|---|---|
| Created: | 2020-03-13 |
| By: | Prime Clerk (purduepharmaefiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA7kUtyG2J1t6q2z7fUasu5OgshbnZmDMZ |

## "Electronic Proof of Claim_AO#AL27464" History

📄 Web Form created by Prime Clerk (purduepharmaefiling@primeclerk.com)
2020-02-26 - 3:36:57 PM GMT

📎 /s/ Matthew J. Piers (mpiers@hsplegal.com) uploaded the following supporting documents:
📎 Attachment
2020-03-13 - 9:14:00 PM GMT

📄 Web Form filled in by /s/ Matthew J. Piers (mpiers@hsplegal.com)
2020-03-13 - 9:14:00 PM GMT- IP address: 38.98.138.250

✍ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/80.0.3987.132 Safari/537.36)
2020-03-13 - 9:14:03 PM GMT- IP address: 38.98.138.250

✅ Signed document emailed to /s/ Matthew J. Piers (mpiers@hsplegal.com) and Prime Clerk
(purduepharmaefiling@primeclerk.com)
2020-03-13 - 9:14:03 PM GMT

**Prime Clerk**    POWERED BY
Adobe Sign

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

# Governmental Opioid Claimant Proof of Claim Form

**You may file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."**

**For questions regarding this Proof of Claim Form, please call Prime Clerk at (844) 217-0912 or visit PurduePharmaClaims.com.**

Read the instructions at the end of this document before filling out this form. This form is for governmental units and Native American Tribes to assert a general unsecured claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids.

Do not use this form to assert any other pre-petition claims, including secured claims or claims entitled to priority under 11 U.S.C. § 507(a). Secured claims, claims entitled to priority under 11 U.S.C. § 507(a) and non-opioid related claims should be filed on a Non-Opioid Claimant Proof of Claim (Form 410).

Creditor (also referred to as "You" throughout) shall provide information responsive to the questions set forth below. Instructions and Definitions are provided at the end of this document. You shall provide information reasonably available to You and are not excused from providing the requested information for failure to appropriately investigate Your claim. Creditor shall supplement its responses if it learns that they are incomplete or incorrect in any material respect.

For Part 3, governmental units that have filed litigation against the Debtor(s) that is part of the federal multidistrict litigation in Ohio, *In re National Opiate Litigation*, MDL No. 17-02804 (N.D. Ohio 2017) ("Ohio MDL"), and have submitted a Government Plaintiff Fact Sheet in connection with that proceeding, may rely on their Government Plaintiff Fact Sheet to complete the questions in Part 3. For the avoidance of doubt, only governmental units who have filed litigation that is part of the Ohio MDL, and not governmental units that are part of the negotiation class in the Ohio MDL but have not otherwise filed litigation that is part of the MDL, may rely on their Government Plaintiff Fact Sheet to complete the questions in Part 3.

You must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, including the supporting documentation requested herein. Do not send original documents as they will not be returned, and they may be destroyed after scanning.

Fill in all the information about the claim as of September 15, 2019, the Petition Date. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form. This form should be completed to the best of Your ability with the information available to You. If You are unable to answer certain questions at this time, the absence of an answer, by itself, will not result in the denial of Your claim, though You may be asked or required to provide additional information at a later date. You may also amend or supplement Your claim after it is filed.

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | The Board of Education of East Aurora, Illinois School District No. 131 |
| | | Name of the entity to be paid for this claim. |
| | | Other names the creditor used with the Debtor(s): _____ |

| | | |
|---|---|---|
| 2. | Has this claim been acquired from someone else or some other entity? | ☒ No. |
| | | ☐ Yes. From whom? _____ |

| | | | |
|---|---|---|---|
| 3. | Where should notices and payments to the creditor be sent? **Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)** | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| | | Matthew J. Piers 70 W. Madison Street, Suite 4000 Chicago, IL 60602 | |
| | | Contact phone  312.604.2606 | Contact phone _____ |
| | | Contact email  mpiers@hsplegal.com | Contact email _____ |

4. **Does this claim amend one already filed?**
☒ No.
☐ Yes.  Claim number on court claims registry (if known)_____

Filed on ___ / ___ / ___
MM / DD / YYYY

5. **Do You know if anyone else has filed a proof of claim for this claim?**
☐ No.
☒ Yes. Who made the earlier filing?  Chicago Public Schools, on behalf of itself and a nationwide

---

## Part 2:  Attorney Information (Optional)

6. **Are you represented by an attorney in this matter?**

You do not need an attorney to file this form.

☐ No.
☒ Yes. If yes, please provide the following information:

Hughes Socol Piers Resnick & Dym, Ltd.
Law Firm Name

Matthew J. Piers
Attorney Name

70 W. Madison Street, Suite 4000
Address

Chicago                          IL          60602
City                             State        ZIP Code

Contact phone  312.604.2606        Contact email  mpiers@hsplegal.com

---

## Part 3:  Information as of September 15, 2019, the Petition Date, About Your Claim

7. **When do You allege you were first injured as a result of the Debtors' alleged conduct?**

___ / 1996
Month      Year

☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, *In re National Opiate Litigation*, MDL No. 17-02804 (N.D. Ohio 2017) ("Ohio MDL"), and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

☐ If You believe that this question has been answered in a complaint that You have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

8. **How much is the claim?**

$ $32,570,351.00                          ; or

☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

☐ If You believe that this question has been answered in a complaint that You have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

☐ Unknown.

9. **Describe the citizens and entities that You represent in this claim:**

The Board of Education of East Aurora, Illinois School District No. 131

☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

☐ If You believe that this question has been answered in a complaint that You have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

| | |
|---|---|
| 10. **Describe the conduct of the Debtors You allege resulted in injury or damages to You.**<br><br>Attach additional sheets if necessary. | See allegations in the complaint in The Board of Education of the City of Chicago, School District No. 299 ("Chicago Public Schools"), on behalf of itself and others similarly situated v. Cephalon, Inc., et al., Case No. 1:19-op-46042-DAP, Doc. #1. A similar complaint on behalf of this creditor will be filed shortly.<br><br>❑   If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>❑   If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |
| 11. **Describe all alleged causes of action, sources of damages, legal theories of recovery, etc. that You are asserting against the Debtors.**<br><br>Attach additional sheets if necessary. | See causes of action, sources of damages, legal theories of recovery, etc. in the complaint in The Board of Education of the City of Chicago, School District No. 299 ("Chicago Public Schools"), on behalf of itself and others similarly situated v. Cephalon, Inc., et al., Case No. 1:19-op-46042-DAP, Doc. #1. A similar complaint on behalf of this creditor will be filed shortly.<br><br><br>❑   If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>❑   If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |
| 12. **Based on information reasonably available to You, please identify each category of damages or monetary relief that You allege, and include the amount of damages you assert for each category, if known.**<br><br>Attach additional sheets if necessary. | Damages claimed for direct costs associated with increased services to children impacted by opioid use:<br>$738,837.00<br><br>Damages claimed for health insurance costs:<br>$31,831,514.00<br><br>Damages claimed for workers compensation costs:<br>Investigation continues.<br><br>Damages claimed for disability payments:<br>Investigation continues.<br><br><br>❑   If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>❑   If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |

| 13. Based on information reasonably available to You, provide the total number of opioid-related overdose deaths of Your residents each year for the later of (i) 2008, or (ii) the date on which the period for which You are seeking damages begins. | Year | Total number of opioid related overdose deaths, if available |
|---|---|---|
| | N/A | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

❑ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

❑ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

---

**Part 4:    Supporting Documentation**

**14. Please provide the following supporting documentation if you would like (but You are not required) to supplement this proof of claim.**

■ Provide any documents supporting Your claim, including but not limited to:  any Plaintiff Fact Sheets and accompanying documents submitted in the MDL proceeding in the Northern District of Ohio; any complaint, petition, information, or similar pleading filed in any civil or criminal proceeding involving the Debtors; and any records supporting Your claim for damages.

❑ In lieu of uploading or resubmitting the Government Plaintiff Fact Sheet that was submitted in the Ohio MDL, the creditor authorizes the Debtors to make the Government Plaintiff Fact Sheet, submitted on _____ in the Ohio MDL, available to Prime Clerk, the Court, and any party who agrees to be bound by the Protective Order to be submitted for entry by the Court for use in connection with this proof of claim and these chapter 11 cases.

❑ In lieu of uploading or submitting the complaint  filed against the Debtor(s), the creditor authorizes the Debtors to make the complaint filed on _____ with caption _____ available to Prime Clerk, the Court, and any party who agrees to be bound by the Protective Order to be submitted for entry by the Court for use in connection with this proof of claim and these chapter 11 cases.

| Part 5: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature:  */s/ Matthew J. Piers*
/s/ Matthew J. Piers (Mar 13, 2020)

Email:   mpiers@hsplegal.com

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name   Matthew Jacob Piers
First name        Middle name            Last name

Title   Shareholder

Company   Hughes Socol Piers Resnick & Dym, Ltd.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   70 W. Madison Street, Suite 4000
Number        Street

Chicago                              IL        60602
City                              State      ZIP Code

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☐ I have supporting documentation.
   (attach below)

☒ I do <u>not</u> have supporting documentation.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

# Instructions for Governmental Opioid Proof of Claim Form

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the bankruptcy case was filed, September 15, 2019.  You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**

  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because they will not be returned and may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

- **Each question in this proof of claim form should be construed independently, unless otherwise noted.  No question should be construed by reference to any other question if the result is a limitation of the scope of the answer to such question.**

- **The questions herein do not seek the discovery of information protected by the attorney-client privilege.**

- **The words "and" and "or" should be construed as necessary to bring within the scope of the request all responses and information that might otherwise be construed to be outside its scope.**

- **After reviewing this form and any supporting documentation submitted with this form, additional information and documentation may be requested.**

- **Purdue Pharma (Canada) is not a debtor in this case. If Your claim is against only Purdue Pharma (Canada), You do not have a claim in this case and should not file and submit this form.**

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at PurduePharmaClaims.com.

## Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Opioid Task Force:** Any group organized for the purpose of studying, evaluating, reporting about, investigating, making recommendations concerning, or otherwise considering the existence, origins, causes, responsible entities, effects, remedies, corrective measures for, or ways of combating the abuse, misuse, or addiction to opioids in Your geographical boundaries.

**Prescription Opioids:** FDA-approved pain-reducing medications consisting of natural, synthetic, or semisynthetic chemicals that bind to opioid receptors in a patient's brain or body to produce an analgesic effect, for the manufacture and sale of which You seek to hold the Debtors liable.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Purdue Opioid** means all natural, semi-synthetic or synthetic chemicals that interact with opioid receptors on nerve cells in the body and brain, and that are approved by the U.S. Food & Drug Administration (FDA) and listed by the DEA as Schedule II or III drugs pursuant to the federal Controlled Substances Act, produced, marketed or sold by the Debtors as (i) the following **Brand Name Medications:** OxyContin®, Hysingla ER®, Butrans®, Dilaudid®, Ryzolt, MS Contin®, MSIR®, Palladone®, DHC Plus®, OxyIR®, and OxyFast®, and (ii) the following **Generic Medications:** oxycodone extended-release tablets, buprenorphine transdermal system, hydromorphone immediate-release tablets, hydromorphone oral solution, tramadol extended-release tablets, morphine extended-release tablets, oxycodone immediate-release tablets, oxycodone and acetaminophen tablets (generic to Percocet®), hydrocodone and acetaminophen tablets (generic to Vicodin® or Norco®). The term "Purdue Opioid(s)" shall not mean: (i) medications and other substances to treat opioid or other substance use disorders, abuse, addiction or overdose; (ii) raw materials and/or immediate precursors used in the manufacture or study of opioids or opioid products, but only when such materials and/or immediate precursors are sold or marketed exclusively to DEA-licensed manufacturers or DEA-licensed researchers; or (iii) opioids listed by the DEA as Schedule IV drugs pursuant to the federal Controlled Substances Act.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."**

---

**Do not file these instructions with your form**

# Electronic Proof of Claim_AO#AL27464

Final Audit Report                                                    2020-03-13

| | |
|---|---|
| Created: | 2020-03-13 |
| By: | Prime Clerk (purduepharmaefiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAApmAjtfPm_-NOEBvn_caHa_gSs8vtVdxQ |

## "Electronic Proof of Claim_AO#AL27464" History

📄 Web Form created by Prime Clerk (purduepharmaefiling@primeclerk.com)
2020-02-26 - 3:36:57 PM GMT

📄 Web Form filled in by /s/ Matthew J. Piers (mpiers@hsplegal.com)
2020-03-13 - 9:20:07 PM GMT- IP address: 38.98.138.250

✏️ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/80.0.3987.132 Safari/537.36)
2020-03-13 - 9:20:10 PM GMT- IP address: 38.98.138.250

✅ Signed document emailed to Prime Clerk (purduepharmaefiling@primeclerk.com) and /s/ Matthew J. Piers (mpiers@hsplegal.com)
2020-03-13 - 9:20:10 PM GMT

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

# Governmental Opioid Claimant Proof of Claim Form

**You may file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."**

**For questions regarding this Proof of Claim Form, please call Prime Clerk at (844) 217-0912 or visit PurduePharmaClaims.com.**

Read the instructions at the end of this document before filling out this form. This form is for governmental units and Native American Tribes to assert a general unsecured claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids.

<u>Do not</u> use this form to assert any other pre-petition claims, including secured claims or claims entitled to priority under 11 U.S.C. § 507(a). Secured claims, claims entitled to priority under 11 U.S.C. § 507(a) and non-opioid related claims should be filed on a Non-Opioid Claimant Proof of Claim (Form 410).

Creditor (also referred to as "You" throughout) shall provide information responsive to the questions set forth below. Instructions and Definitions are provided at the end of this document. You shall provide information reasonably available to You and are not excused from providing the requested information for failure to appropriately investigate Your claim. Creditor shall supplement its responses if it learns that they are incomplete or incorrect in any material respect.

For Part 3, governmental units that have filed litigation against the Debtor(s) that is part of the federal multidistrict litigation in Ohio, *In re National Opiate Litigation*, MDL No. 17-02804 (N.D. Ohio 2017) ("Ohio MDL"), and have submitted a Government Plaintiff Fact Sheet in connection with that proceeding, may rely on their Government Plaintiff Fact Sheet to complete the questions in Part 3. For the avoidance of doubt, only governmental units who have filed litigation that is part of the Ohio MDL, and not governmental units that are part of the negotiation class in the Ohio MDL but have not otherwise filed litigation that is part of the MDL, may rely on their Government Plaintiff Fact Sheet to complete the questions in Part 3.

**You must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, including the supporting documentation requested herein. **Do not send original documents** as they will not be returned, and they may be destroyed after scanning.

**Fill in all the information about the claim as of September 15, 2019, the Petition Date. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form. This form should be completed to the best of Your ability with the information available to You. If You are unable to answer certain questions at this time, the absence of an answer, by itself, will not result in the denial of Your claim, though You may be asked or required to provide additional information at a later date. You may also amend or supplement Your claim after it is filed.**

## Part 1:  Identify the Claim

| | | |
|---|---|---|
| 1. | **Who is the current creditor?** | The Board of Education of Thornton Fractional Township High Schools, Illinois District No. 215 |
| | | Name of the entity to be paid for this claim. |
| | | Other names the creditor used with the Debtor(s): _____ |

| | | |
|---|---|---|
| 2. | **Has this claim been acquired from someone else or some other entity?** | ☒ No. |
| | | ☐ Yes. From whom? _____ |

| | | | |
|---|---|---|---|
| 3. | **Where should notices and payments to the creditor be sent?** | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Matthew J. Piers
70 W. Madison Street, Suite 4000
Chicago, IL 60602 | |
| | | Contact phone 312.604.2606 | Contact phone _____ |
| | | Contact email mpiers@hsplegal.com | Contact email _____ |

| 4. | **Does this claim amend one already filed?** | ☒ No. |
| | | ☐ Yes.  Claim number on court claims registry (if known)_____  Filed on ____ / ____ / ____<br>MM / DD / YYYY |

| 5. | **Do You know if anyone else has filed a proof of claim for this claim?** | ☐ No. |
| | | ☒ Yes. Who made the earlier filing?  Chicago Public Schools, on behalf of itself and a nationwide _____ |

---

### Part 2:    Attorney Information (Optional)

| 6. | **Are you represented by an attorney in this matter?**<br><br>You do not need an attorney to file this form. | ☐ No.<br>☒ Yes. If yes, please provide the following information:<br><br>Hughes Socol Piers Resnick & Dym, Ltd.<br>Law Firm Name<br><br>Matthew J. Piers<br>Attorney Name<br><br>70 W. Madison Street, Suite 4000<br>Address<br><br>Chicago                    IL          60602<br>City                          State                ZIP Code<br><br>Contact phone  312.604.2606          Contact email  mpiers@hsplegal.com |

---

### Part 3:    Information as of September 15, 2019, the Petition Date, About Your Claim

| 7. | **When do You allege you were first injured as a result of the Debtors' alleged conduct?** | _____ / 1996_____<br>Month         Year<br><br>☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, *In re National Opiate Litigation*, MDL No. 17-02804 (N.D. Ohio 2017) ("Ohio MDL"), and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>☐ If You believe that this question has been answered in a complaint that You have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |

| 8. | **How much is the claim?** | $  5,790,405.00_____ ;  or<br><br>☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>☐ If You believe that this question has been answered in a complaint that You have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.<br><br>☐ Unknown. |

| 9. | **Describe the citizens and entities that You represent in this claim:** | The Board of Education of Thornton Fractional Township High Schools, Illinois District No. 215<br><br><br><br>☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>☐ If You believe that this question has been answered in a complaint that You have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |

| 10. Describe the conduct of the Debtors You allege resulted in injury or damages to You. <br><br>Attach additional sheets if necessary. | See allegations in the complaint in The Board of Education of the City of Chicago, School District No. 299 ("Chicago Public Schools"), on behalf of itself and others similarly situated v. Cephalon, Inc., et al., Case No. 1:19-op-46042-DAP, Doc. #1. A similar complaint on behalf of this creditor will be filed shortly. <br><br> ❑   If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box. <br><br> ❑   If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |
| 11. Describe all alleged causes of action, sources of damages, legal theories of recovery, etc. that You are asserting against the Debtors. <br><br>Attach additional sheets if necessary. | See causes of action, sources of damages, legal theories of recovery, etc. in the complaint in The Board of Education of the City of Chicago, School District No. 299 ("Chicago Public Schools"), on behalf of itself and others similarly situated v. Cephalon, Inc., et al., Case No. 1:19-op-46042-DAP, Doc. #1. A similar complaint on behalf of this creditor will be filed shortly. <br><br> ❑   If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box. <br><br> ❑   If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |
| 12. Based on information reasonably available to You, please identify each category of damages or monetary relief that You allege, and include the amount of damages you assert for each category, if known. <br><br>Attach additional sheets if necessary. | Damages claimed for direct costs associated with increased services to children impacted by opioid use: <br>$280,439.00 <br><br>Damages claimed for health insurance costs: <br>$5,509,966.00 <br><br>Damages claimed for workers compensation costs: <br>Investigation continues. <br><br>Damages claimed for disability payments: <br>Investigation continues. <br><br> ❑   If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box. <br><br> ❑   If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |

| 13. Based on information reasonably available to You, provide the total number of opioid-related overdose deaths of Your residents each year for the later of (i) 2008, or (ii) the date on which the period for which You are seeking damages begins. | Year | Total number of opioid related overdose deaths, if available |
|---|---|---|
| | N/A | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

☐ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

**Part 4:  Supporting Documentation**

14. **Please provide the following supporting documentation if you would like (but You are not required) to supplement this proof of claim.**

■ Provide any documents supporting Your claim, including but not limited to:  any Plaintiff Fact Sheets and accompanying documents submitted in the MDL proceeding in the Northern District of Ohio; any complaint, petition, information, or similar pleading filed in any civil or criminal proceeding involving the Debtors; and any records supporting Your claim for damages.

☐ In lieu of uploading or resubmitting the Government Plaintiff Fact Sheet that was submitted in the Ohio MDL, the creditor authorizes the Debtors to make the Government Plaintiff Fact Sheet, submitted on _____ in the Ohio MDL, available to Prime Clerk, the Court, and any party who agrees to be bound by the Protective Order to be submitted for entry by the Court for use in connection with this proof of claim and these chapter 11 cases.

☐ In lieu of uploading or submitting the complaint  filed against the Debtor(s), the creditor authorizes the Debtors to make the complaint filed on _____ with caption _____ available to Prime Clerk, the Court, and any party who agrees to be bound by the Protective Order to be submitted for entry by the Court for use in connection with this proof of claim and these chapter 11 cases.

| Part 5: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** /s/ Matthew J. Piers
/s/ Matthew J. Piers (Mar 13, 2020)

**Email:** mpiers@hsplegal.com

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Matthew Jacob Piers | | |
|------|---------|--------|------|
| | First name | Middle name | Last name |
| Title | Shareholder | | |
| Company | Hughes Socol Piers Resnick & Dym, Ltd. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 70 W. Madison Street, Suite 4000 | | |
| | Number    Street | | |
| | Chicago | IL | 60602 |
| | City | State | ZIP Code |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☐ I have supporting documentation.
   (attach below)

☒ I do <u>not</u> have supporting documentation.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION** When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

# Instructions for Governmental Opioid Proof of Claim Form

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the bankruptcy case was filed, September 15, 2019. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**

  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because they will not be returned and may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

- **Each question in this proof of claim form should be construed independently, unless otherwise noted. No question should be construed by reference to any other question if the result is a limitation of the scope of the answer to such question.**

- **The questions herein do not seek the discovery of information protected by the attorney-client privilege.**

- **The words "and" and "or" should be construed as necessary to bring within the scope of the request all responses and information that might otherwise be construed to be outside its scope.**

- **After reviewing this form and any supporting documentation submitted with this form, additional information and documentation may be requested.**

- **Purdue Pharma (Canada) is not a debtor in this case. If Your claim is against only Purdue Pharma (Canada), You do not have a claim in this case and should not file and submit this form.**

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at PurduePharmaClaims.com.

## Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Opioid Task Force:** Any group organized for the purpose of studying, evaluating, reporting about, investigating, making recommendations concerning, or otherwise considering the existence, origins, causes, responsible entities, effects, remedies, corrective measures for, or ways of combating the abuse, misuse, or addiction to opioids in Your geographical boundaries.

**Prescription Opioids:** FDA-approved pain-reducing medications consisting of natural, synthetic, or semisynthetic chemicals that bind to opioid receptors in a patient's brain or body to produce an analgesic effect, for the manufacture and sale of which You seek to hold the Debtors liable.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Purdue Opioid** means all natural, semi-synthetic or synthetic chemicals that interact with opioid receptors on nerve cells in the body and brain, and that are approved by the U.S. Food & Drug Administration (FDA) and listed by the DEA as Schedule II or III drugs pursuant to the federal Controlled Substances Act, produced, marketed or sold by the Debtors as (i) the following **Brand Name Medications:** OxyContin®, Hysingla ER®, Butrans®, Dilaudid®, Ryzolt, MS Contin®, MSIR®, Palladone®, DHC Plus®, OxyIR®, and OxyFast®, and (ii) the following **Generic Medications:** oxycodone extended-release tablets, buprenorphine transdermal system, hydromorphone immediate-release tablets, hydromorphone oral solution, tramadol extended-release tablets, morphine extended-release tablets, oxycodone immediate-release tablets, oxycodone and acetaminophen tablets (generic to Percocet®), hydrocodone and acetaminophen tablets (generic to Vicodin® or Norco®). The term "Purdue Opioid(s)" shall not mean: (i) medications and other substances to treat opioid or other substance use disorders, abuse, addiction or overdose; (ii) raw materials and/or immediate precursors used in the manufacture or study of opioids or opioid products, but only when such materials and/or immediate precursors are sold or marketed exclusively to DEA-licensed manufacturers or DEA-licensed researchers; or (iii) opioids listed by the DEA as Schedule IV drugs pursuant to the federal Controlled Substances Act.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."**

---

**Do not file these instructions with your form**

# Electronic Proof of Claim_AO#AL27464

Final Audit Report                                                    2020-03-13

| | |
|---|---|
| Created: | 2020-03-13 |
| By: | Prime Clerk (purduepharmaefiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAre4Pf_-T7ku6KzVOX6vchMMKD5Qub-je |

## "Electronic Proof of Claim_AO#AL27464" History

📄 Web Form created by Prime Clerk (purduepharmaefiling@primeclerk.com)
2020-02-26 - 3:36:57 PM GMT

📄 Web Form filled in by /s/ Matthew J. Piers (mpiers@hsplegal.com)
2020-03-13 - 9:30:14 PM GMT- IP address: 38.98.138.250

✎ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/80.0.3987.132 Safari/537.36)
2020-03-13 - 9:30:17 PM GMT- IP address: 38.98.138.250

✅ Signed document emailed to Prime Clerk (purduepharmaefiling@primeclerk.com) and /s/ Matthew J. Piers
(mpiers@hsplegal.com)
2020-03-13 - 9:30:17 PM GMT

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors. | **(Jointly Administered)** |

# Governmental Opioid Claimant Proof of Claim Form

You may file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."

**For questions regarding this Proof of Claim Form, please call Prime Clerk at (844) 217-0912 or visit PurduePharmaClaims.com.**

Read the instructions at the end of this document before filling out this form. This form is for governmental units and Native American Tribes to assert a general unsecured claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids.

<u>Do not</u> use this form to assert any other pre-petition claims, including secured claims or claims entitled to priority under 11 U.S.C. § 507(a). Secured claims, claims entitled to priority under 11 U.S.C. § 507(a) and non-opioid related claims should be filed on a Non-Opioid Claimant Proof of Claim (Form 410).

Creditor (also referred to as "You" throughout) shall provide information responsive to the questions set forth below. Instructions and Definitions are provided at the end of this document. You shall provide information reasonably available to You and are not excused from providing the requested information for failure to appropriately investigate Your claim. Creditor shall supplement its responses if it learns that they are incomplete or incorrect in any material respect.

For Part 3, governmental units that have filed litigation against the Debtor(s) that is part of the federal multidistrict litigation in Ohio, *In re National Opiate Litigation*, MDL No. 17-02804 (N.D. Ohio 2017) ("Ohio MDL"), and have submitted a Government Plaintiff Fact Sheet in connection with that proceeding, may rely on their Government Plaintiff Fact Sheet to complete the questions in Part 3. For the avoidance of doubt, only governmental units who have filed litigation that is part of the Ohio MDL, and not governmental units that are part of the negotiation class in the Ohio MDL but have not otherwise filed litigation that is part of the MDL, may rely on their Government Plaintiff Fact Sheet to complete the questions in Part 3.

**You must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, including the supporting documentation requested herein. **Do not send original documents** as they will not be returned, and they may be destroyed after scanning.

**Fill in all the information about the claim as of September 15, 2019, the Petition Date. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form. This form should be completed to the best of Your ability with the information available to You. If You are unable to answer certain questions at this time, the absence of an answer, by itself, will not result in the denial of Your claim, though You may be asked or required to provide additional information at a later date. You may also amend or supplement Your claim after it is filed.**

| **Part 1:** | **Identify the Claim** |
|---|---|

| | | |
|---|---|---|
| 1. | **Who is the current creditor?** | The Board of Education of Thornton Township High Schools, Illinois District No. 205 <br> Name of the entity to be paid for this claim. <br> Other names the creditor used with the Debtor(s): _____ |
| 2. | **Has this claim been acquired from someone else or some other entity?** | ☒ No. <br> ☐ Yes. From whom? _____ |

| | | | |
|---|---|---|---|
| 3. | **Where should notices and payments to the creditor be sent?** <br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> Matthew J. Piers <br> 70 W. Madison Street, Suite 4000 <br> Chicago, IL 60602 <br><br><br> Contact phone  312.604.2606 <br> Contact email  mpiers@hsplegal.com | **Where should payments to the creditor be sent?** (if different) <br><br><br><br><br><br> Contact phone  _____ <br> Contact email  _____ |

| 4. | **Does this claim amend one already filed?** | ☒ No. |
| | | ☐ Yes.  Claim number on court claims registry (if known)_____ |
| | | Filed on ____ / ____ / ____ |
| | | MM / DD / YYYY |

| 5. | **Do You know if anyone else has filed a proof of claim for this claim?** | ☐ No. |
| | | ☒ Yes. Who made the earlier filing?  ___Chicago Public Schools, on behalf of itself and a nationwide___ |

---

### Part 2:    Attorney Information (Optional)

| 6. | **Are you represented by an attorney in this matter?** | ☐ No. |
| | You do not need an attorney to file this form. | ☒ Yes. If yes, please provide the following information: |

Hughes Socol Piers Resnick & Dym, Ltd.
Law Firm Name

Matthew J. Piers
Attorney Name

70 W. Madison Street, Suite 4000
Address

Chicago                                    IL          60602
City                                        State        ZIP Code

Contact phone    312.604.2606        Contact email    mpiers@hsplegal.com

---

### Part 3:    Information as of September 15, 2019, the Petition Date, About Your Claim

| 7. | **When do You allege you were first injured as a result of the Debtors' alleged conduct?** | ____ / 1996 |
| | | Month    Year |
| | | ☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, *In re National Opiate Litigation*, MDL No. 17-02804 (N.D. Ohio 2017) ("Ohio MDL"), and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box. |
| | | ☐ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |

| 8. | **How much is the claim?** | $    10,746,482.00    ; or |
| | | ☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box. |
| | | ☐ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |
| | | ☐ Unknown. |

| 9. | **Describe the citizens and entities that You represent in this claim:** | The Board of Education of Thornton Township High Schools, Illinois District No. 205 |
| | | ☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box. |
| | | ☐ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |

| 10. **Describe the conduct of the Debtors You allege resulted in injury or damages to You.**<br><br>Attach additional sheets if necessary. | See allegations in the complaint in The Board of Education of the City of Chicago, School District No. 299 ("Chicago Public Schools"), on behalf of itself and others similarly situated v. Cephalon, Inc., et al., Case No. 1:19-op-46042-DAP, Doc. #1. A similar complaint on behalf of this creditor will be filed shortly.<br><br>❑ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>❑ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |
| --- | --- |
| 11. **Describe all alleged causes of action, sources of damages, legal theories of recovery, etc. that You are asserting against the Debtors.**<br><br>Attach additional sheets if necessary. | See causes of action, sources of damages, legal theories of recovery, etc. in the complaint in The Board of Education of the City of Chicago, School District No. 299 ("Chicago Public Schools"), on behalf of itself and others similarly situated v. Cephalon, Inc., et al., Case No. 1:19-op-46042-DAP, Doc. #1. A similar complaint on behalf of this creditor will be filed shortly.<br><br>❑ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>❑ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |
| 12. **Based on information reasonably available to You, please identify each category of damages or monetary relief that You allege, and include the amount of damages you assert for each category, if known.**<br><br>Attach additional sheets if necessary. | Damages claimed for direct costs associated with increased services to children impacted by opioid use:<br>$600,011.00<br><br>Damages claimed for health insurance costs:<br>$10,146,471.00<br><br>Damages claimed for workers compensation costs:<br>Investigation continues.<br><br>Damages claimed for disability payments:<br>Investigation continues.<br><br>❑ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>❑ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |

| 13. Based on information reasonably available to You, provide the total number of opioid-related overdose deaths of Your residents each year for the later of (i) 2008, or (ii) the date on which the period for which You are seeking damages begins. | Year | Total number of opioid related overdose deaths, if available |
|---|---|---|
| | N/A | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

❏ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

❏ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

**Part 4:    Supporting Documentation**

14. **Please provide the following supporting documentation if you would like (but You are not required) to supplement this proof of claim.**

■ Provide any documents supporting Your claim, including but not limited to:  any Plaintiff Fact Sheets and accompanying documents submitted in the MDL proceeding in the Northern District of Ohio; any complaint, petition, information, or similar pleading filed in any civil or criminal proceeding involving the Debtors; and any records supporting Your claim for damages.

❏ In lieu of uploading or resubmitting the Government Plaintiff Fact Sheet that was submitted in the Ohio MDL, the creditor authorizes the Debtors to make the Government Plaintiff Fact Sheet, submitted on _____ in the Ohio MDL, available to Prime Clerk, the Court, and any party who agrees to be bound by the Protective Order to be submitted for entry by the Court for use in connection with this proof of claim and these chapter 11 cases.

❏ In lieu of uploading or submitting the complaint  filed against the Debtor(s), the creditor authorizes the Debtors to make the complaint filed on _____ with caption _____ available to Prime Clerk, the Court, and any party who agrees to be bound by the Protective Order to be submitted for entry by the Court for use in connection with this proof of claim and these chapter 11 cases.

| Part 5: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: */s/ Matthew J. Piers*
/s/ Matthew J. Piers (Mar 13, 2020)

Email: mpiers@hsplegal.com

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Matthew Jacob Piers | | |
|------|---------------------|--|--|
| | First name | Middle name | Last name |
| Title | Shareholder | | |
| Company | Hughes Socol Piers Resnick & Dym, Ltd. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 70 W. Madison Street, Suite 4000 | | |
| | Number    Street | | |
| | Chicago | IL | 60602 |
| | City | State | ZIP Code |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☐ I have supporting documentation.
   (attach below)

☒ I do <u>not</u> have supporting documentation.

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

# Instructions for Governmental Opioid Proof of Claim Form

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the bankruptcy case was filed, September 15, 2019. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**

  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because they will not be returned and may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

- **Each question in this proof of claim form should be construed independently, unless otherwise noted. No question should be construed by reference to any other question if the result is a limitation of the scope of the answer to such question.**

- **The questions herein do not seek the discovery of information protected by the attorney-client privilege.**

- **The words "and" and "or" should be construed as necessary to bring within the scope of the request all responses and information that might otherwise be construed to be outside its scope.**

- **After reviewing this form and any supporting documentation submitted with this form, additional information and documentation may be requested.**

- **Purdue Pharma (Canada) is not a debtor in this case. If Your claim is against only Purdue Pharma (Canada), You do not have a claim in this case and should not file and submit this form.**

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at PurduePharmaClaims.com.

## Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Opioid Task Force:** Any group organized for the purpose of studying, evaluating, reporting about, investigating, making recommendations concerning, or otherwise considering the existence, origins, causes, responsible entities, effects, remedies, corrective measures for, or ways of combating the abuse, misuse, or addiction to opioids in Your geographical boundaries.

**Prescription Opioids:** FDA-approved pain-reducing medications consisting of natural, synthetic, or semisynthetic chemicals that bind to opioid receptors in a patient's brain or body to produce an analgesic effect, for the manufacture and sale of which You seek to hold the Debtors liable.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Purdue Opioid** means all natural, semi-synthetic or synthetic chemicals that interact with opioid receptors on nerve cells in the body and brain, and that are approved by the U.S. Food & Drug Administration (FDA) and listed by the DEA as Schedule II or III drugs pursuant to the federal Controlled Substances Act, produced, marketed or sold by the Debtors as (i) the following **Brand Name Medications:** OxyContin®, Hysingla ER®, Butrans®, Dilaudid®, Ryzolt, MS Contin®, MSIR®, Palladone®, DHC Plus®, OxyIR®, and OxyFast®, and (ii) the following **Generic Medications:** oxycodone extended-release tablets, buprenorphine transdermal system, hydromorphone immediate-release tablets, hydromorphone oral solution, tramadol extended-release tablets, morphine extended-release tablets, oxycodone immediate-release tablets, oxycodone and acetaminophen tablets (generic to Percocet®), hydrocodone and acetaminophen tablets (generic to Vicodin® or Norco®). The term "Purdue Opioid(s)" shall not mean: (i) medications and other substances to treat opioid or other substance use disorders, abuse, addiction or overdose; (ii) raw materials and/or immediate precursors used in the manufacture or study of opioids or opioid products, but only when such materials and/or immediate precursors are sold or marketed exclusively to DEA-licensed manufacturers or DEA-licensed researchers; or (iii) opioids listed by the DEA as Schedule IV drugs pursuant to the federal Controlled Substances Act.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."**

---

**Do not file these instructions with your form**

# Electronic Proof of Claim_AO#AL27464

**Final Audit Report** 2020-03-13

| | |
|---|---|
| Created: | 2020-03-13 |
| By: | Prime Clerk (purduepharmaefiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAHRWfewlMsdB3yy918PUeMg_FxoopnzGb |

## "Electronic Proof of Claim_AO#AL27464" History

📄 Web Form created by Prime Clerk (purduepharmaefiling@primeclerk.com)
2020-02-26 - 3:36:57 PM GMT

📄 Web Form filled in by /s/ Matthew J. Piers (mpiers@hsplegal.com)
2020-03-13 - 9:25:18 PM GMT- IP address: 38.98.138.250

✏️ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/80.0.3987.132 Safari/537.36)
2020-03-13 - 9:25:20 PM GMT- IP address: 38.98.138.250

✅ Signed document emailed to Prime Clerk (purduepharmaefiling@primeclerk.com) and /s/ Matthew J. Piers (mpiers@hsplegal.com)
2020-03-13 - 9:25:20 PM GMT