# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**


In re:

**PURDUE PHARMA L.P.,** *et al.***,**                                          Case No.  19-23649 (RDD)

Debtors.                                                          Chapter 11


**[PROPOSED] ORDER GRANTING CREDITOR BOARD OF CHICAGO SCHOOL**
**DISTRICT NO. 299'S MOTION FOR EXPEDITED HEARING ON MOTION TO**
**SUBMIT CLAIM TO MEDIATION**

**THIS MATTER CAME ON TO BE HEARD** on the March 30, 2020, Motion of

Creditor Board of Chicago School District No. 299 ("CPS") to Expedite Hearing on the  Motion

to Submit Claim to Mediation (the "**Motion**") and, it, appearing to the Court that the Motion is

well founded it is, hereby,

**ORDERED**, that the Creditor CPS's Motion is **GRANTED**; and, it is,

**FURTHER ORDERED,** that a telephonic hearing on CPS' Motion to Submit Claim to

Mediation will commence on March _____, 2020 at _____.

Dated:  March __, 2020

White Plains, New York                    _____
                                          THE HONORABLE ROBERT D. DRAIN
                                          UNITED STATES BANKRUPTCY JUDGE