# EXHIBIT 2

**Dawn Stewart**

| | |
|---|---|
| **From:** | McClammy, James I. <james.mcclammy@davispolk.com> |
| **Sent:** | Friday, March 27, 2020 2:25 PM |
| **To:** | 'Matthew J. Piers'; Huebner, Marshall S.; Graulich, Timothy; Tobak, Marc J.; Vonnegut, Eli J. |
| **Cc:** | sdavidson@kslaw.com; julie.cohen@skadden.com; Anthony.Boccanfuso@apks.com; kordas@jonesday.com; george.shuster@wilmerhale.com; nysbnotice@gmail.com; Margaret Truesdale; Charlie Wysong; Steve_Skalet; Cyrus Mehri; Neil Henrichsen; Dawn Stewart; Wayne Hogan; Leslie Goller; Justino JP. Petrarca |
| **Subject:** | RE: Purdue Bankruptcy mediatioin |

Matthew —

We have reviewed your request and are reluctant to consent to your participation in the mediation. The current mediation process is the result of lengthy negotiations between and among the Debtors and various representative creditor groups. We also believe that adding additional mediation parties at this juncture could make the mediation process more complex and unwieldy.

For these reasons, we cannot sign onto a stipulation requesting entry of an order allowing CPS to participate in the mediation as an Additional Party. Debtors take no position with respect to your request for expedited relief.

Best,

J.I.M.

**James I. McClammy**

**Davis Polk & Wardwell** LLP
450 Lexington Avenue | New York, NY 10017
+1 212 450 4584 tel | +1 973 479 1380 mobile
james.mcclammy@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

**From:** Matthew J. Piers <MPiers@HSPLEGAL.COM>
**Sent:** Tuesday, March 24, 2020 5:14 PM
**To:** Huebner, Marshall S. <marshall.huebner@davispolk.com>; Graulich, Timothy <timothy.graulich@davispolk.com>; Kaminetzky, Benjamin S. <ben.kaminetzky@davispolk.com>; McClammy, James I. <james.mcclammy@davispolk.com>; Tobak, Marc J. <marc.tobak@davispolk.com>; Vonnegut, Eli J. <eli.vonnegut@davispolk.com>
**Cc:** sdavidson@kslaw.com; julie.cohen@skadden.com; Anthony.Boccanfuso@apks.com; kordas@jonesday.com; george.shuster@wilmerhale.com; nysbnotice@gmail.com; Margaret Truesdale <mtruesdale@HSPLEGAL.COM>; Charlie Wysong <cwysong@HSPLEGAL.COM>; Steve_Skalet <sskalet@findjustice.com>; Cyrus Mehri <cmehri@findjustice.com>; Neil Henrichsen <nhenrichsen@hslawyers.com>; Dawn Stewart <dstewart@hslawyers.com>; Wayne Hogan <hogan@terrellhogan.com>; Leslie Goller <lgoller@terrellhogan.com>; Justino JP. Petrarca <jpetrarca@edlawyer.com>
**Subject:** Purdue Bankruptcy mediatioin

1

Dear Counsel:

This firm, along with Cyrus Mehri of Mehri and Skalet, Wayne Hogan of Terrell Hogan, and Neil Henrichsen of Henrichsen Siegel, and others represent the Chicago Public Schools ("CPS") and a growing number of other school districts with regard to claims on behalf the individual districts and a putative national class of independent public school districts against the Debtor, among others. A copy of CPS' Complaint against several affiliated entities in the MDL, as well as copies of the Proofs of Claim filed to date in the bankruptcy can be accessed at this link:
https://hsplegal.sharefile.com/d-s3db5e28d60d46229

We believe it is in the interest of our clients as well as yours to attempt to resolve this matter through mediation. To that end, we would like to participate in mediation as an "Additional Party" pursuant to paragraph 7 of the Court's March 4, 2020 Order Appointing Mediators.

Please advise us as soon as possible if your client is willing to enter into a stipulation requesting entry of an order allowing CPS to participate in mediation as an "Additional Party" to eliminate the need for a hearing on a Motion for Entry of an Order allowing our participation. It is our understanding that the next Omnibus Hearing Date is April 22, 2020, but we are prepared to seek an expedited hearing if we are unable to enter into a stipulation and would appreciate it if you would respond by the close of business tomorrow if at all possible.

We look forward to working with you to resolve our clients' claims. If you have any questions, please do not hesitate to call me.

**Matthew J. Piers**, *Shareholder*
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W Madison St., Suite 4000
Chicago, IL 60602
Dir **312.604.2606**  Fax **312.604.2607**
mpiers@hsplegal.com
Click to send me files.