**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-23649(RDD)** |
| Debtors. | **(Joint Administration Pending)** |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

**I, NEIL L. HENRICHSEN** (the "Movant"), request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent the Board of Chicago School District No. 299, a creditor in the above referenced case.

*I certify I am a member in good standing* of the bar in the District of Columba, State of Florida, State of New Jersey and Commonwealth of Virginia and, the bars of the U.S. District for the District of New Jersey, District of Columbia, Northern, Southern and Middle Districts of Florida and other U.S. District Courts.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: March 31, 2020

                                                   By: */s/ Neil L. Henrichsen*
                                                       Neil L. Henrichsen
                                                       DC Bar No. 420277
                                                       nhenrichsen@hslawyers.com
                                                       1440 G Street, NW
                                                       Washington, DC 20005
                                                       T. 202.423-3649        F. 202. 379.9792