**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649(RDD) |
| **Debtors.** | **(Joint Administration Pending)** |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of NEIL L. HENRICHSEN (the "Movant"), to be admitted, ***pro hac vice,*** to represent the Board of Chicago School District No. 299, a creditor in the above referenced case, and upon the Movant's certification that he is a member in good standing of the bar of New Jersey and the bar of the U.S. District Court for the District of New Jersey, it is

**ORDERED,** that NEIL L. HENRICHSEN, Esq. is admitted to practice, ***pro hac vice,*** in the above referenced case to represent the Board of Chicago School District No. 299l in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: _____, 2020
New York, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE