**Exhibit A**

**OCP Statement**

In re: PURDUE PHARMA L.P., et al.  
Case No.: 19-23649 (RDD)

OCP Payment Report - Three Month Fee Average  
February 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 |
|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 2,469,792 | N/A | N/A | 434,370 | 459,760 | 446,724 | 339,894 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 1,155,971 | N/A | N/A | 228,020 | 251,682 | 220,784 | 157,304 |
| OCP Tier 3 Total | OCP Tier 3 | 7,560,000 | N/A | 83,559 | N/A | N/A | 12,088 | 19,094 | 26,507 | 15,765 |
| OCP Total | Total | | 25,000,000 | 3,709,323 | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 810 | | | 47 | 47 | 47 | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | 135 | 270 | 270 | 135 |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 895 | | | 584 | 1,001 | 1,001 | 417 |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 75,000 | | | | 298 | 298 | 298 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 3,018 | | | 16,667 | 25,000 | 16,667 | 8,333 |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | 737 | 893 | 1,006 | 269 |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 12,461 | | | 744 | 1,333 | 4,154 | 3,410 |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 602 | | | 201 | 201 | 201 | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 3,290 | | | 269 | 581 | 1,097 | 827 |
| Conyers Dill & Pearman Limited | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Corcoran, Johnston & Blair | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 1,490 | | | | 345 | 405 | 497 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 30,489 | | | 1,773 | 6,424 | 8,250 | 8,390 |
| Dannemann Siemsen Bigler & Ipanema M | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 19,103 | | | 1,106 | 3,177 | 5,726 | 5,261 |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | 54 | 54 | 54 |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 50 | | | | | | 17 |
| Dentons US LLP | OCP Tier 2 | 75,000 | 900,000 | 210,150 | | | 36,717 | 53,383 | 53,383 | 33,333 |
| Dickinson & Avella | OCP Tier 3 | 75,000 | 900,000 | | | | | | | |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 416 | | | 80 | 80 | 107 | 59 |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 16,229 | | | 3,336 | 5,410 | 5,410 | 2,073 |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 18,074 | | | 1,189 | 2,068 | 3,511 | 4,835 |
| Duke Scanlan | OCP Tier 2 | 20,000 | 240,000 | 2,557 | | | 422 | 740 | 852 | 431 |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,535 | | | 377 | | 468 | 468 |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 2,508 | | | | 380 | 569 | 836 |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 3,057 | | | 36 | 36 | 458 | 983 |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 1,562 | | | 521 | 521 | 521 | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 3,163 | | | 705 | 1,041 | 1,054 | 349 |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 1,953 | | | 651 | 651 | 651 | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | 6,480 | | | 2,160 | 1,199 | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Holland & Hart | OCP Tier 2 | 75,000 | 900,000 | 1,281 | | | 134 | 400 | 427 | 293 |
| Hood Law Firm | OCP Tier 3 | 10,000 | 120,000 | | | | | | | |
| Husch Blackwell LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 3 | 40,000 | 480,000 | 173,575 | | | 31,013 | 30,237 | 32,049 | 26,845 |
| Larson & O'Brien | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Leason Ellis LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| London Court of International Arbitration | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 159,513 | | | 32,119 | 40,015 | 38,224 | 21,052 |
| Lynch & Pine | OCP Tier 3 | 5,000 | 60,000 | 2,650 | | | | | 883 | 883 |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 4,558 | | | 1,519 | 1,519 | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 180,051 | | | 19,882 | 30,327 | 33,730 | 40,135 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 882,000 | | | 98,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | 70 | 70 | 100 | 30 |

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (RDD)

**OCP Payment Report - Three Month Fee Average**
**February 2020**

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 |
|---|---|---|---|---|---|---|---|---|---|---|
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 1 | | | | | | | | | |
| Morrison & Foerster LLP | OCP Tier 2 | 75,000 | 900,000 | 19,413 | | | 4,523 | 4,031 | 3,672 | 1,948 |
| Neal & Harwell | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | 4,913 | | | 533 | 1,330 | 1,638 | 1,105 |
| Nixon Peabody | OCP Tier 3 | 10,000 | 120,000 | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 3,611 | | | 870 | 910 | 910 | 333 |
| O'Melveny & Myers LLP | OCP Tier 3 | 10,000 | 120,000 | 1,725 | | | 107 | 355 | 575 | 468 |
| O'Neill & Borges | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 90 | | | | 30 | 30 | 30 |
| Penn Stuart & Eskridge | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 3 | 10,000 | 120,000 | 618 | | | 108 | 152 | 206 | 98 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 16,999 | | | 5,271 | 2,315 | 396 | 396 |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 71,105 | | | 15,430 | 15,605 | 11,794 | 8,272 |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | 290,299 | | | 62,297 | 44,256 | 46,351 | 34,469 |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,103 | | | 368 | 368 | 368 | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | 92 | 92 | 92 | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 4,645 | | | 1,339 | 1,525 | 1,548 | 209 |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 209,151 | | | 54,717 | 60,648 | 39,010 | 15,000 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 298,021 | | | 68,473 | 54,871 | 36,323 | 30,868 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 4,699 | | | | | 1,566 | 1,566 |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 53,181 | | | 10,786 | 12,669 | 9,667 | 6,941 |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 683,080 | | | 163,000 | 134,102 | 127,685 | 64,694 |
| Stikeman Elliott, LLP [1] | OCP Tier 1 | 150,000 | 1,800,000 | | | | | | | |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 337 | | | | | 27 | 112 |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 1,350 | | | 417 | 359 | 326 | 33 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 935 | | | | 312 | 312 | 312 |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 220,654 | | | 34,954 | 41,908 | 52,948 | 38,597 |

[1] The three month average for Stikeman Elliot, LLP exceeded the $150,000 cap by $13,000 in November of 2019. The Debtors will withhold a minimum of $39,000 in payments to offset the overage and anticipate that Stikeman will present a fee application for its billing during this time period.

In re: PURDUE PHARMA L.P., et al.　　　　Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Fees (as incurred)
February 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 |
|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 2,469,792 | 286,647 | 500,276 | 516,185 | 362,818 | 461,169 | 195,696 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 1,155,971 | 165,705 | 292,000 | 226,354 | 236,692 | 199,305 | 35,915 |
| OCP Tier 3 Total | OCP Tier 3 | 7,560,000 | N/A | 83,559 | | | 36,263 | 21,020 | 22,237 | 4,039 |
| OCP Total | Total | | 25,000,000 | 3,709,323 | | Sep-69 | | | | |
| | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | 140 | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 810 | | | 405 | 405 | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | 1,753 | 1,250 | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 895 | | | | 895 | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 75,000 | | 25,000 | 25,000 | 25,000 | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 3,018 | | | 2,210 | 468 | 340 | |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 12,461 | | | 2,231 | 1,769 | 8,461 | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 602 | | | 602 | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 3,290 | | | 808 | 935 | 1,547 | |
| Conyers Dill & Pearman Limited | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Corcoran, Johnston & Blair | OCP Tier 3 | 75,000 | 900,000 | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 1,490 | | | | 1,034 | 182 | 274 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 30,489 | | 409 | 4,910 | 13,952 | 5,887 | 5,330 |
| Dannemann Siemsen Bigler & Ipanema N | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 19,103 | 790 | 1,135 | 1,394 | 7,002 | 8,781 | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | 163 | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 50 | | | | | | 50 |
| Dentons US LLP | OCP Tier 2 | 75,000 | 900,000 | 210,150 | | 50,000 | 60,150 | 50,000 | 50,000 | |
| Dickinson & Avella | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 416 | | | 240 | | 80 | 96 |
| DLA Piper LLP | OCP Tier 2 | 30,000 | 360,000 | 16,229 | | | 10,009 | 6,220 | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 18,074 | | 2,218 | 1,350 | 2,636 | 6,547 | 5,323 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 2,557 | | | 1,265 | 956 | 336 | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,535 | 1,131 | | | | 1,405 | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 2,508 | | | | 1,139 | 569 | 801 |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 2 | 75,000 | 900,000 | 3,057 | | | 108 | | 1,267 | 1,683 |
| Frost Brown Todd LLC | OCP Tier 3 | 10,000 | 120,000 | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 5,000 | 60,000 | 1,562 | | | 1,562 | | | |
| Gunderson, Palmer, Nelson, Ashmore LL | OCP Tier 3 | 10,000 | 120,000 | 3,163 | | | 2,116 | 1,006 | 41 | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 1,953 | | | 1,953 | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | 402 | 799 | 80 | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 10,000 | 120,000 | 173,575 | 45,546 | 31,883 | 15,610 | 43,218 | 37,318 | |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 5,000 | 60,000 | 6,480 | 2,882 | 3,598 | | | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| London Court of International Arbitration | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 10,000 | 120,000 | 159,513 | 4,557 | 40,285 | 51,516 | 28,244 | 34,911 | |
| Lynch & Pine | OCP Tier 3 | 75,000 | 900,000 | 2,650 | | | | | 2,650 | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 3 | 5,000 | 60,000 | 4,558 | | 4,558 | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 180,051 | 10,812 | 21,180 | 27,655 | 42,145 | 31,391 | 46,868 |
| McCarter & English | OCP Tier 2 | 150,000 | 1,800,000 | | | | | | | |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 75,000 | 900,000 | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 10,000 | 120,000 | | | | | | | |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 150,000 | 1,800,000 | 882,000 | | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Mitchell, Williams, Selig, Gates & Woody | OCP Tier 3 | 75,000 | 900,000 | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | 210 | | 90 | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 5,000 | 60,000 | 19,413 | 7,167 | 1,231 | 5,171 | 5,692 | 153 | |
| Morrison & Foerster LLP | OCP Tier 3 | 75,000 | 900,000 | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 5,000 | 60,000 | 4,913 | | | 1,600 | 2,390 | 924 | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 10,000 | 120,000 | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 5,000 | 60,000 | 3,611 | | | 2,611 | 120 | | 880 |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,725 | | | 320 | 747 | 659 | |

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Fees (as incurred)
February 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 |
|---|---|---|---|---|---|---|---|---|---|---|
| | OCP Tier 1 | | | | 286,647 | Sep-69 | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 90 | | | | 90 | | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 618 | | | 325 | 130 | 163 | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 16,999 | 8,868 | 6,944 | | | 1,187 | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 71,105 | 10,685 | 25,038 | 10,566 | 11,210 | 13,606 | |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 290,299 | 74,685 | 76,560 | 35,645 | 20,561 | 82,846 | |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,103 | | | 1,103 | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | 275 | | | 275 | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 40,000 | 480,000 | 4,645 | | | 4,018 | 558 | 70 | |
| Semmes Bowen & Semmes | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Shaw Keller LLP | OCP Tier 1 | 150,000 | 1,800,000 | 209,151 | 27,207 | 64,915 | 72,029 | 45,000 | | |
| Sidley Austin, LLP | OCP Tier 2 | 75,000 | 900,000 | 298,021 | 79,858 | 83,933 | 41,629 | 39,053 | 28,288 | 25,263 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Smith Anderson | OCP Tier 3 | 5,000 | 60,000 | 4,699 | | | | | 4,699 | |
| Snell & Wilmer | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 53,181 | 3,951 | 20,228 | 8,179 | 9,601 | 11,222 | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 1 | 150,000 | 1,800,000 | 683,080 | 150,879 | 147,317 | 190,803 | 64,186 | 128,066 | 1,828 |
| Stikeman Elliott, LLP [1] | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Stites & Harbison, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 337 | | | | | 81 | 256 |
| Thompson Coburn, LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 1,350 | 272 | 99 | 879 | 100 | | |
| Troutman Sanders LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 5,000 | 60,000 | 935 | | | | 935 | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 1 | 150,000 | 1,800,000 | 220,654 | 23,063 | 38,748 | 43,052 | 43,926 | 71,866 | |
| Wiggin and Dana, LLP | | | | | | | | | | |

Page 4 of 6

In re: PURDUE PHARMA L.P., et al.   OCP Payment Report - Monthly Expenses Incurred February 2020   Case No.: 19-23649 (RDD)

| Name | Tier | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 |
|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | 245,922 | 29,417 | 32,704 | 80,330 | 27,716 | 53,180 | 22,575 |
| OCP Tier 2 Total | OCP Tier 2 | 174,578 | 13,674 | 21,382 | 58,561 | 60,173 | 20,764 | 24 |
| OCP Tier 3 Total | OCP Tier 3 | 1,530 | | | 795 | 716 | 15 | 5 |
| OCP Total | Total | 422,030 | | | | | | |
| | | | | Jul-89 | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | | | | | | | |
| Bassford Remele | OCP Tier 3 | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | | | | | | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 42 | | | | 42 | | |
| Camacho Calvo Law Group | OCP Tier 3 | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 3 | | | | | 3 | |
| Cipriani & Werner PC | OCP Tier 3 | 350 | | | 350 | | | |
| Cole Scott & Kissane | OCP Tier 3 | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 3 | | | | | | | |
| Corcoran, Johnston & Blair | OCP Tier 2 | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 90 | | | 90 | | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 315 | | | | 267 | 48 | |
| Dannemann Siemsen Bigler & Ipanema M | OCP Tier 2 | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 1,941 | 1,000 | | 781 | 160 | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 30 | | | 15 | 15 | | |
| Dentons US LLP | OCP Tier 2 | 14,487 | | 2,190 | 1,203 | 554 | 10,540 | |
| Dickinson & Avella | OCP Tier 2 | | | | | | | |
| Dinse, Knapp & McAndrew | OCP Tier 3 | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 321 | | | 51 | 270 | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 9 | | 250 | | -241 | | |
| Duke Scanlan | OCP Tier 3 | 2 | | | | 2 | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 5 | | | | | | 5 |
| Frost Brown Todd LLC | OCP Tier 3 | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 83 | | | 60 | 23 | | |
| Gunderson, Palmer, Nelson, Ashmore LL | OCP Tier 3 | 206 | | | 138 | 65 | 3 | |
| Hepler Broom LLC | OCP Tier 2 | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | | | | | | | |
| Holland & Hart | OCP Tier 3 | 19 | | | | 19 | | |
| Hood Law Firm | OCP Tier 3 | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 13 | | | | 13 | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 1,006 | 575 | 227 | 204 | | | |
| Larson & O'Brien | OCP Tier 3 | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 1,400 | | 1,400 | | | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 116,025 | 3,503 | 8,465 | 46,301 | 51,656 | 6,100 | |
| Lynch & Pine | OCP Tier 3 | | | | | | | |
| Lynn Pinker Cox & Hurst., LLP | OCP Tier 1 | 3,408 | | 3,408 | | | | |

In re: PURDUE PHARMA L.P., et al.　　OCP Payment Report - Monthly Expenses Incurred　　Case No.: 19-23649 (RDD)
February 2020

| Name | Tier | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 |
|---|---|---|---|---|---|---|---|---|
| | OCP Tier 1 | | 29,417 | Jul-89 | | | | |
| Maiwald | OCP Tier 1 | 129,786 | 16,665 | 18,422 | 23,793 | 24,048 | 24,282 | 22,575 |
| McCarter & English | OCP Tier 2 | | | | | | | |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 28,252 | 3,568 | 9,166 | 4,954 | 3,052 | 7,512 | |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woody | OCP Tier 3 | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 25 | | | 18 | | 8 | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 95 | 39 | | 15 | 41 | | |
| Morrison & Foerster LLP | OCP Tier 3 | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 60 | | | | 60 | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | | | | | | | |
| Nixon Peabody | OCP Tier 3 | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 13 | | | 6 | 6 | 1 | |
| O'Melveny & Myers LLP | OCP Tier 3 | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | | | | | | | |
| Poyner Spruill LLP | OCP Tier 2 | 306 | 160 | 125 | | | 22 | |
| Pryor Cashman LLP | OCP Tier 2 | 21,550 | 7,076 | 2,508 | 6,437 | 5,335 | 195 | |
| Reed Smith, LLP | OCP Tier 1 | -76 | 63 | -319 | 31 | 106 | 43 | |
| Reichard & Escalera LLC | OCP Tier 3 | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 2 | 68 | | | 68 | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 2,326 | 13 | 16 | 2,291 | 6 | | |
| Skarzynski Black | OCP Tier 2 | 4,276 | 1,321 | 1,858 | | 1,051 | 23 | 24 |
| Smith Anderson | OCP Tier 2 | | | | | | | |
| Snell & Wilmer | OCP Tier 3 | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 7,170 | | 4,360 | 160 | 1,350 | 1,300 | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 9,921 | 873 | 1,971 | 1,950 | 504 | 4,623 | |
| Stikeman Elliott, LLP [1] | OCP Tier 1 | | | | | | | |
| Stites & Harbison, PLLC | OCP Tier 2 | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 200 | | | | 200 | | |
| Thompson Coburn, LLP | OCP Tier 3 | | | | | | | |
| Thompson Hine | OCP Tier 2 | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | | | | | | | |
| Troutman Sanders LLP | OCP Tier 2 | 5,997 | | | 3,460 | | 2,537 | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | | | | | | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 72,304 | 8,234 | 40 | 47,310 | | 16,720 | |