**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors. [1] | : | (Jointly Administered) |
| | : | |

### NOTICE OF FOURTH MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | February 1, 2020 through February 29, 2020 |
| **Amount of Compensation Requested (after 13% discount):** | $86,548.04 |
| **Less 20% Holdback** | $17,309.61 |
| **Net of Holdback**: | $69,238.43 |
| **Amount of Expense Reimbursement Requested:** | $2,265.25 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Total Compensation (Net of Holdback) and Expense Reimbursement Requested:**    $71,503.68

**This is a**    X__ Monthly _____Interim ___ Final Fee Statement

*[The remainder of this page has been intentionally left blank]*

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this fourth monthly fee statement (the "Fourth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from February 1, 2020 through February 29, 2020 (the "Fourth Monthly Fee Period"). By this Fourth Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions,[3] Jones Day seeks payment in the amount of $71,503.68, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Fourth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fourth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended hourly

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]      The total amount sought for fees reflects (a) voluntary write offs in the amount of $52.50 and (b) application of a subsequent 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $12,932.47 for the Fourth Monthly Fee Period), for an overall voluntary reduction of approximately 13.05%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2020, Jones Day is using 2019 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13.05% reduction.

billing rate of Jones Day timekeepers during the Fourth Monthly Fee Period is approximately $813.42.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Fourth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Fourth Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Fourth Monthly Fee Period.[5]

## NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Fourth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801, Attn: Justin R. Alberto and Daniel N. Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; and (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov.

---

[4]     The blended rate is comprised of all Jones Day timekeepers who provided services during the Fourth Monthly Fee Period.

[5]     The time records included in **Exhibit D** have been minimally redacted to protect privileged information.

6.      Objections to this Fourth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Anna Kordas (akordas@jonesday.com) no later than April 14, 2020 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

7.      If no objections to this Fourth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Fourth Monthly Fee Statement.

8.      To the extent that an objection to this Fourth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fourth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

9.     No prior request for the relief sought in this Fourth Monthly Fee Statement has been

made to this or any other court.

Dated: March 31, 2020                         _/s/  Anna Kordas_____
      New York, NY                         JONES DAY
                                       John J. Normile
                                       Anna Kordas
                                       250 Vesey Street
                                       New York, NY 10281
                                       Telephone:      (212) 326-3939
                                       Facsimile:      (212) 755-7306
                                       Email:           jjnormile@jonesday.com
                                                             akordas@jonesday.com

                                     *Special Counsel to the Debtors and*
                                     *Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**FEBRUARY 1, 2020 – FEBRUARY 29, 2020**

| NAME | YEAR OF ADMISSION | 2020 RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Pablo D. Hendler | 1995 | $1,125.00 | $978.75 | 17.8 | $20,025.00 |
| Gasper J. LaRosa | 2002 | $1,075.00 | $935.25 | 3 | $3,225.00 |
| John J. Normile | 1989 | $1,225.00 | $1,065.75 | 39 | $47,775.00 |
| **TOTAL PARTNER:** | | | | **59.8** | **$71,025.00** |
| **OF COUNSEL** | | | | | |
| Olaf Benning | 1998 | $800.00 | $696.00 | 1.5 | $1,200.00 |
| Kelsey I. Nix | 1988 | $1,125.00 | $978.75 | 4.4 | $4,950.00 |
| **TOTAL OF COUNSEL:** | | | | **5.90** | **$6,150.00** |
| **ASSOCIATE** | | | | | |
| Anna Kordas | 2014 | $750.00 | $652.50 | 2.7 | $2,025.00 |
| Robert T.S. Latta | 2011 | $875.00 | $761.25 | 0.4 | $350.00 |
| Kevin V. McCarthy | 2016 | $605.00 | $526.35 | 22.6 | $13,673.00 |
| Adam M. Nicolais | 2017 | $550.00 | $478.50 | 1.6 | $880.00 |
| Furqaan Siddiqui | 2018 | $625.00 | $543.75 | 3.6 | $2,250.00 |
| **TOTAL ASSOCIATE:** | | | | **30.9** | **$19,178.00** |
| **PARALEGAL & STAFF** | | | | | |
| Monika Barrios | N/A | $300.00 | $261.00 | 1.00 | $300.00 |
| Jason J. Darensbourg | N/A | $325.00 | $282.75 | 7.2 | $2,340.00 |
| Steven T. Johnson | N/A | $375.00 | $326.25 | 0.5 | $187.50 |
| Marguerite Melvin | N/A | $375.00 | $326.25 | 0.20 | $75.00 |
| Brendan Y. Keenan | N/A | $250.00 | $217.50 | 0.90 | $225.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **9.80** | **$3,127.50** |
| **TOTAL:** | | | | **106.40** | **$99,480.5** |

# <u>EXHIBIT B</u>

## COMPENSATION BY PROJECT CATEGORY

**JONES DAY**
**PROJECT CATEGORY SUMMARY**
**FEBRUARY 1, 2020 – FEBRUARY 29, 2020**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 15.1 | $13,437.50 |
| Intellipharmaceutics Corp. | 55.8 | $50,968.00 |
| Collegium 961 PGR | 4.6 | $4,725.00 |
| Strategic Corporate Advice | 14.5 | $14,937.50 |
| Project Alpha | 8.5 | $10,412.50 |
| Retention Matters | 7.5 | $4,650.00 |
| Non-Adversarial Ex Parte | 0.4 | $350.00 |
| **TOTAL** | **106.4** | **$99,480.50** |
| **13% DISCOUNT** | | **$12,932.47** |
| **TOTAL FEES** | | **$86,548.04** |

## EXHIBIT C

**EXPENSE SUMMARY**

**FEBRUARY 1, 2020 – FEBRUARY 29, 2020**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $    2,265.25 |
| **TOTAL** | **$    2,265.25** |

## **EXHIBIT D**

**TIME DETAIL**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 30, 2020                                      305158-600032

                                                    Invoice: 33365592

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 29, 2020:

| | | |
|---|---|---|
| Non-Adversarial Ex Parte Counseling | USD | 350.00 |
| Less 13% Fee Discount | | (45.50) |
| | USD | 304.50 |
| **TOTAL** | **USD** | **304.50** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name: Jones Day               Account Name: Jones Day
Account No: 37026407                  Account No: 37026407
ABA No: 021000089                     ABA No: 021000089
                                      Swift Code: CITIUS33

PLEASE REFERENCE 305158-600032/33365592 WITH YOUR PAYMENT

**JONES DAY**

305158-600032

Page 2

March 30, 2020

Non-Adversarial Ex Parte Counseling

Invoice:  33365592

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| ASSOCIATE | | | |
| R T LATTA | 0.40 | 875.00 | 350.00 |
| **TOTAL** | **0.40** | **USD** | **350.00** |

**JONES DAY**

305158-600032

Non-Adversarial Ex Parte Counseling

Page 3
March 30, 2020
Invoice: 33365592

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/20/20 | R T LATTA | 0.40 |

Review revisions to Common Interest Agreement; provide comments on same to J. Normile.

| **TOTAL** | | **0.40** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

March 30, 2020                                                   305158-610005

Invoice: 33365599

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 29, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 13,437.50 |
| Less 13% Fee Discount | | (1,746.87) |
| | USD | 11,690.63 |
| **TOTAL** | **USD** | **11,690.63** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610005/33365599 WITH YOUR PAYMENT

**JONES DAY**

305158-610005

Page 2
March 30, 2020

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice:  33365599

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P D HENDLER | 6.70 | 1,125.00 | 7,537.50 |
| J J NORMILE | 1.50 | 1,225.00 | 1,837.50 |
| ASSOCIATE | | | |
| K MCCARTHY | 6.50 | 605.00 | 3,932.50 |
| PARALEGAL | | | |
| J J DARENSBOURG | 0.40 | 325.00 | 130.00 |
| **TOTAL** | **15.10** | **USD** | **13,437.50** |

JONES DAY

305158-610005                                                                    Page 3
                                                                          March 30, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice:  33365599

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/03/20 | **P D HENDLER** | 0.30 |

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter and strategy going forward.

| 02/05/20 | **P D HENDLER** | 0.50 |
|---|---|---|

Respond to request of client (B. Koch) regarding ███████████████████████

| 02/06/20 | **J J DARENSBOURG** | 0.40 |
|---|---|---|

Manage documents relating to ████████████████ for review by K McCarthy and P Hendler.

| 02/06/20 | **P D HENDLER** | 0.50 |
|---|---|---|

████████████████████████ (.30); confer with associate (K. McCarthy) and paralegal (J. Darensbourg) regarding same (.20).

| 02/06/20 | **K MCCARTHY** | 0.80 |
|---|---|---|

Review/analyze ████████████ (.50); communicate internally with P. Hendler, with client B. Koch, and with expert regarding same (.30).

| 02/13/20 | **J J NORMILE** | 1.50 |
|---|---|---|

Review and revision of memorandum regarding ████████████ .

| 02/23/20 | **K MCCARTHY** | 1.50 |
|---|---|---|

Review/analyze ██████████████████████ (1.00); communicate internally with P. Hendler ████ (.50).

| 02/24/20 | **P D HENDLER** | 2.00 |
|---|---|---|

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding matter and strategy regarding same (.40); consider strategy ████████ (1.00); teleconference with client (B. Koch) regarding same (.60).

| 02/24/20 | **K MCCARTHY** | 0.90 |
|---|---|---|

Call with client (B. Koch) re: Project Alpha issues (.60); communicate internally with P. Hendler re: matter (.30).

| 02/25/20 | **P D HENDLER** | 1.40 |
|---|---|---|

████████████████████████████████████

| 02/26/20 | **P D HENDLER** | 2.00 |
|---|---|---|

Preparation for, participation in and attention to teleconference with client (including P. Strassburger) regarding ████████████████

| 02/27/20 | **K MCCARTHY** | 0.70 |
|---|---|---|

Review/analyze Protective Order regarding ████████████ and communicate internally and with the client (B. Koch) regarding same (.40); draft/revise preliminary ████████ (.30).

| 02/28/20 | **K MCCARTHY** | 0.60 |
|---|---|---|

Communicate with client B. Koch ████████████████████ (.30); draft/revise ████████████ (.30).

| 02/29/20 | **K MCCARTHY** | 2.00 |
|---|---|---|

Draft/revise ████████ and review produced documents ████ regarding same (1.00); perform legal research ████████████ (1.00).

| **TOTAL** | | **15.10** |
|---|---|---|

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 30, 2020                                    305158-610022

                                                 Invoice: 33365649

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 29, 2020:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 4,725.00 |
| Less 13% Fee Discount | | (614.25) |
| | USD | 4,110.75 |
| **TOTAL** | **USD** | **4,110.75** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name: Jones Day              Account Name: Jones Day
Account No: 37026407                  Account No: 37026407
ABA No: 021000089                    ABA No: 021000089
                                      Swift Code: CITIUS33

PLEASE REFERENCE 305158-610022/33365649 WITH YOUR PAYMENT

**JONES DAY**

305158-610022

Page 2
March 30, 2020

Collegium 961 PGR

Invoice:  33365649

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 2.20 | 1,125.00 | 2,475.00 |
| G J LAROSA | 2.00 | 1,075.00 | 2,150.00 |
| STAFF |  |  |  |
| B Y KEENAN | 0.40 | 250.00 | 100.00 |
| **TOTAL** | **4.60** | **USD** | **4,725.00** |

**JONES DAY**

305158-610022                                                              Page 3
                                                                March 30, 2020
Collegium 961 PGR                                        Invoice:  33365649

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/24/20 | P D HENDLER | 0.50 |

Review order regarding upcoming conference with Board, communications regarding same.

| 02/24/20 | G J LAROSA | 0.50 |

Communicate with P.Hendler regarding status conference requested by the Board.

| 02/25/20 | P D HENDLER | 1.20 |

Review order regarding upcoming conference with Board (.70); communications with client (B. Koch) and Davis Polk regarding same (.50).

| 02/25/20 | G J LAROSA | 0.50 |

Communicate with J. Holdreith (Robins Kaplan) regarding PTAB status conference.

| 02/26/20 | P D HENDLER | 0.50 |

Preparation for, participation in and attention to conference with Board regarding status of bankruptcy.

| 02/26/20 | G J LAROSA | 1.00 |

Communicate with P. Hendler and with the Board regarding status of automatic stay and impact on PGR proceedings (.50); attention to related legal research (.50).

| 02/27/20 | B Y KEENAN | 0.40 |

**TOTAL**                                                            **4.60**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 30, 2020                                                     305158-610027

                                                     Invoice: 33365650

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 29, 2020:

| | | |
|---|---|---:|
| Project Alpha | USD | 10,412.50 |
| Less 13% Fee Discount | | (1,353.62) |
| | USD | 9,058.88 |
| **TOTAL** | **USD** | **9,058.88** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|:---:|:---:|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610027/33365650 WITH YOUR PAYMENT

**JONES DAY**

305158-610027

Project Alpha

Page 2
March 30, 2020
Invoice:  33365650

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 8.50 | 1,225.00 | 10,412.50 |
| **TOTAL** | **8.50** | **USD** | **10,412.50** |

JONES DAY

305158-610027                                                                                    Page 3
                                                                                        March 30, 2020
Project Alpha                                                                    Invoice:  33365650


SERVICES DETAIL SCHEDULE


| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/20/20 | J J NORMILE | 2.00 |
| | Review of various background materials regarding potential damages. | |
| 02/21/20 | J J NORMILE | 1.50 |
| | Review of various background materials regarding potential damages. | |
| 02/24/20 | J J NORMILE | 1.50 |
| | Correspondence from P. Strassburger regarding calculation of damages and upcoming conference regarding same including review of background materials. | |
| 02/25/20 | J J NORMILE | 1.50 |
| | Review various materials forwarded by B. Koch including Rosen declaration and various spreadsheets. | |
| 02/26/20 | J J NORMILE | 2.00 |
| | Preparation for and participation in teleconference with P. Strassburger, B. Koch and R. Kreppel regarding calculation of damages. | |
| **TOTAL** | | **8.50** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

March 30, 2020 305158-610013

Invoice: 33365655

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 29, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 50,968.00 |
| Less 13% Fee Discount | | (6,625.84) |
| | USD | 44,342.16 |

DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Consultants and Agents Fees | 2,265.25 | |
| | 2,265.25 | |
| **TOTAL** | **USD** | **46,607.41** |

Please remit payment to:

**ACH Transfer (preferred)**        **Wire Transfer**
Citibank, N.A.                           Citibank, N.A.
New York, NY                            New York, NY
Account Name:  Jones Day          Account Name:  Jones Day
Account No:  37026407               Account No:  37026407
ABA No:  021000089                   ABA No:  021000089
                                                  Swift Code:  CITIUS33

PLEASE REFERENCE 305158-610013/33365655 WITH YOUR PAYMENT

**JONES DAY**

305158-610013                                                          Page 2
                                                                  March 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.           Invoice:  33365655

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 8.90 | 1,125.00 | 10,012.50 |
| J J NORMILE | 20.00 | 1,225.00 | 24,500.00 |
| OF COUNSEL |  |  |  |
| K I NIX | 4.40 | 1,125.00 | 4,950.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 13.60 | 605.00 | 8,228.00 |
| A M NICOLAIS | 1.60 | 550.00 | 880.00 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 6.80 | 325.00 | 2,210.00 |
| S T JOHNSON | 0.50 | 375.00 | 187.50 |
| **TOTAL** | **55.80** | **USD** | **50,968.00** |

JONES DAY

305158-610013                                                          Page 3
                                                                  March 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.        Invoice: 33365655

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**02/03/20    P D HENDLER                                           0.30**
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter and strategy going forward.

**02/03/20    K MCCARTHY                                            0.80**
Participate in weekly client call with J. Normile (0.30); draft/revise memorandum of law regarding potential dismissal of pending litigations and discuss internally with J. Normile and A. Nicolais (0.50).

**02/04/20    K MCCARTHY                                            2.00**
Perform legal research regarding ▮▮▮▮▮▮▮▮▮▮ (1.00); draft/revise memoranda of law regarding ▮▮▮▮▮▮▮ (.50); discuss memoranda internally with J. Normile, P. Hendler, and A. Nicolais (.50).

**02/04/20    A M NICOLAIS                                          1.60**
Meeting with K. McCarthy ▮▮▮▮▮▮▮▮▮ memo (.30); edits/revisions to same (1.30).

**02/05/20    P D HENDLER                                           0.50**
Respond to request of client (P. Strassburger) regarding ▮▮▮▮▮▮, and teleconference with client regarding same.

**02/06/20    J J DARENSBOURG                                       4.00**
Manage/research ▮▮▮▮▮▮▮▮▮ documents for review by K McCarthy and P Hendler.

**02/06/20    K MCCARTHY                                            1.00**
Review/analyze ▮▮▮▮▮▮▮▮ and communicate internally with P. Hendler regarding same in response to client P. Strassburger research requests.

**02/06/20    J J NORMILE                                           0.50**
Preparation for and participation in teleconference with P. Strassburger regarding the status of ▮▮▮▮▮.

**02/07/20    J J DARENSBOURG                                       0.30**
Manage/research ▮▮▮▮▮▮▮▮ documents for review by K McCarthy and P Hendler.

**02/10/20    J J DARENSBOURG                                       1.10**
Manage/research ▮▮▮▮▮▮ documents for review by K McCarthy and P Hendler.

**02/10/20    K MCCARTHY                                            0.70**
Finalize legal memoranda and communicate internally with J. Normile regarding same (.20); review/analyze ▮▮▮▮▮▮▮▮ and communicate internally with P. Hendler regarding same in response to client P. Strassburger research requests (.50).

**02/11/20    J J DARENSBOURG                                       1.40**
Manage/research ▮▮▮▮▮ documents for review by K McCarthy, P Hendler, and client (P Strassburger, R Inz, and J Giordano, and D Igo).

**02/14/20    K MCCARTHY                                            0.20**
Draft/revise Purdue litigation status updates.

**02/14/20    J J NORMILE                                           2.50**
Preparation for and participation in status teleconference with B. Koch, R. Inz, R. Silbert, R. Kreppel and K. McCarthy (1.00); review background materials relating to ▮▮▮▮▮▮▮▮ (1.50).

**02/17/20    J J NORMILE                                           2.00**
Continued review of relevant materials relating ▮▮▮▮▮▮▮▮.

**JONES DAY**

305158-610013                                                                    Page 4
                                                                          March 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.             Invoice:  33365655

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**02/18/20    K MCCARTHY                                                    0.70**
Participate in weekly client teleconference regarding litigation status updates.

**02/18/20    J J NORMILE                                                   2.00**
Preparation for and participation in weekly team teleconference with B. Koch, R. Inz, R. Silbert, R. Kreppel, P. Hendler and K. McCarthy (1.50); review materials regarding Mylan compliance with settlement terms (.50).

**02/19/20    J J NORMILE                                                   2.00**
Consider various issues relating to status ███████████████████████████████ including review of background materials (1.00); office conferences with P. Hendler and K. McCarthy regarding same (1.00).

**02/20/20    K MCCARTHY                                                    1.00**
Draft/revise letter to court re: 30-month stay expiration date and communicate internally with J. Normile and A. Nicolais re: same.

**02/20/20    J J NORMILE                                                   1.50**
Preparation for and participation in teleconference with P. Strassburger regarding status of proceedings and discussions ████████.

**02/23/20    K MCCARTHY                                                    3.40**
Draft/revise letter to court re: 30-month stay expiration date and communicate internally with J. Normile and A. Nicolais re: same.

**02/23/20    J J NORMILE                                                   3.00**
Review correspondence from P. Strassburger regarding ███████████████████████ (1.50); review and revise draft letter to Judge Andrews regarding expiration of 30-month stay and related background materials (1.50).

**02/24/20    P D HENDLER                                                   2.60**
Draft letter to the court regarding 30 month stay (1.60); correspondence with ███████ regarding same (.50); communications with client (B. Koch) regarding same (.50).

**02/24/20    K MCCARTHY                                                    2.30**
Draft/revise Purdue weekly litigation status updates and communicate internally re: same (.20); draft/revise letter to Judge Andrews re: 30-month stay expiration date and communicate internally and with local counsel re: same (1.50); draft/revise email to opposing counsel re: expiration of the 30-month stay and communicate internally re: same (.20); weekly client teleconference re: litigation status updates (.40).

**02/24/20    K I NIX                                                       0.70**
Review/ revise draft joint status report.

**02/24/20    J J NORMILE                                                   4.00**
Preparation for and participation in team status teleconference with P. Strassburger, R. Kreppel, B. Koch, R. Inz, R. Silbert, P. Hendler and K. McCarthy (1.50); various office and teleconferences with R. Smith (local counsel), P. Hendler, K. McCarthy and client regarding draft letter to Judge Andrews (2.50).

**02/25/20    P D HENDLER                                                   1.60**
Draft stipulation regarding 30 month stay and communications regarding same.

**02/25/20    K I NIX                                                       0.40**
Research regarding expiration of stay and proposed "no launch" date, considered emails with opposing counsel regarding same.

**02/25/20    J J NORMILE                                                   1.50**
Review various correspondence regarding ████████████████████ and P. Hendler and related background materials.

**02/26/20    P D HENDLER                                                   1.00**
Consideration of strategy regarding 30-month stay and draft stipulation regarding same.

JONES DAY

305158-610013                                                                                                     Page 5
                                                                                                     March 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                                    Invoice:  33365655

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

02/26/20      K MCCARTHY                                                                              0.50
Draft/revise stipulation and proposed order regarding ███████████████ and communicate
internally and with client re: same.

02/27/20      P D HENDLER                                                                             1.70
Revise stipulation regarding 30-month stay (1.00); communications with client and opposing counsel
regarding same (.70).

02/27/20      S T JOHNSON                                                                             0.50
Review and format key recent correspondence reflecting disputes with opposing counsel for reference by
attorneys.

02/27/20      K MCCARTHY                                                                              1.00
Draft/revise stipulation and proposed order and communicate with P. Hendler, B. Koch and co-counsel
regarding same (.60); read and respond to opposing counsel emails regarding stipulation (.40).

02/27/20      K I NIX                                                                                 0.30
Reviewed draft stipulation regarding commercial launch and correspondence with opposing counsel.

02/28/20      P D HENDLER                                                                             1.20
Finalize stipulation regarding 30-month stay.

02/28/20      K I NIX                                                                                 3.00
Reviewed revised stipulation regarding launch date (2.00); reviewed correspondence between counsel (P.
Hendler and Y. Tang) regarding same (1.00).

02/28/20      J J NORMILE                                                                             1.00
Review numerous emails from P. Hendler, Y. Tang, et al. relating to proposed stipulation regarding 30-
month stay.

**TOTAL**                                                                                            **55.80**

**JONES DAY**

305158-610013                                                              Page 6
                                                                    March 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.        Invoice:  33365655


### DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **CONSULTANTS FEES** | | | | |
| 02/18/20 | NYC ACCOUNTING | NYC | 2,265.25 | |
| | Experts fees - RICHARD O MANNION for professional services rendered - January 2020. | | | |
| | **Consultants fees Subtotal** | | | 2,265.25 |
| | **TOTAL** | | USD | 2,265.25 |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

March 30, 2020                                                           305158-640002

                                                               Invoice: 33365675

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 29, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 14,937.50 |
| Less 13% Fee Discount | | (1,941.87) |
| | USD | 12,995.63 |
| **TOTAL** | **USD** | **12,995.63** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-640002/33365675 WITH YOUR PAYMENT

**JONES DAY**

305158-640002

Strategic Corporate Advice

Page 2

March 30, 2020

Invoice:  33365675

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| G J LAROSA | 1.00 | 1,075.00 | 1,075.00 |
| J J NORMILE | 9.00 | 1,225.00 | 11,025.00 |
| OF COUNSEL | | | |
| O BENNING | 1.50 | 800.00 | 1,200.00 |
| ASSOCIATE | | | |
| K MCCARTHY | 2.50 | 605.00 | 1,512.50 |
| STAFF | | | |
| B Y KEENAN | 0.50 | 250.00 | 125.00 |
| **TOTAL** | **14.50** | **USD** | **14,937.50** |

JONES DAY

305158-640002                                                                                          Page 3
                                                                                              March 30, 2020
Strategic Corporate Advice                                                          Invoice:  33365675

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 02/02/20 | J J NORMILE | 1.00 |

Review of revised draft amendment to various OxyContin license agreements provided by R. Geise and review of related background materials.

| 02/05/20 | J J NORMILE | 2.50 |

Review and revision of final drafts of various memos relating to outstanding OxyContin license agreements (2.0); various teleconferences with R. Silbert and P. Strassburger regarding various deponents (.50).

| 02/10/20 | J J NORMILE | 1.00 |

Review of various emails regarding modification of certain OxyContin license agreements.

| 02/11/20 | O BENNING | 1.50 |

E-mail correspondence with P. Strassburger (Purdue Pharma L.P.) and K. McCarthy on reporting to CellAct Pharma GmbH (.50); legal analysis regarding same (.50); meeting with T. Mahlich on reporting to CellAct Pharma GmbH (.50).

| 02/11/20 | J J NORMILE | 1.00 |

Review various correspondence from K. McCarthy, O. Benning and P. Strassburger regarding transfer of information to Mundipharma.

| 02/22/20 | J J NORMILE | 1.50 |

Review correspondence from P. Strassburger regarding EDO issues and prepare to forward materials to B. Chen.

| 02/23/20 | K MCCARTHY | 0.50 |

Review/analyze Mundipharma EDO documents re: Toni and Tino IP assets and communicate internally with J. Normile re: same.

| 02/24/20 | B Y KEENAN | 0.50 |

Research active cases involving Mylan and 22 patents for K. McCarthy.

| 02/24/20 | K MCCARTHY | 0.20 |

Send EDO materials to Davis Polk and Purdue at Phil Strassburger's request (0.20).

| 02/26/20 | G J LAROSA | 0.50 |

Review/analyze Oncology presentation materials and conferred with team regarding same.

| 02/27/20 | G J LAROSA | 0.50 |

Communicate with K. McCarthy and J. Normile regarding Oncology disclosures and related Board Call.

| 02/27/20 | K MCCARTHY | 1.80 |

Review Purdue draft board presentation and communicate internally with G. LaRosa and B. Koch regarding same.

| 02/28/20 | J J NORMILE | 2.00 |

Review relevant materials forwarded by client relating to EDO and HRT matters and related emails.

**TOTAL**                                                                                        **14.50**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 30, 2020                                                                 305158-999007

Invoice: 33365681

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 29, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 4,650.00 |
| Less 13% Fee Discount | | (604.50) |
| | USD | 4,045.50 |
| **TOTAL** | **USD** | **4,045.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33365681 WITH YOUR PAYMENT

**JONES DAY**

305158-999007

Retention Matters

Page 2
March 30, 2020
Invoice: 33365681

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| ASSOCIATE |  |  |  |
| A KORDAS | 2.70 | 750.00 | 2,025.00 |
| F SIDDIQUI | 3.60 | 625.00 | 2,250.00 |
| PARALEGAL |  |  |  |
| M T BARRIOS | 1.00 | 300.00 | 300.00 |
| M M MELVIN | 0.20 | 375.00 | 75.00 |
| **TOTAL** | **7.50** | **USD** | **4,650.00** |

**JONES DAY**

305158-999007

Retention Matters

Page 3
March 30, 2020
Invoice:  33365681

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/03/20 | M M MELVIN | 0.20 |

Review and e-file an Affidavit of Service regarding service of Jones Day's first monthly fee statement.

| 02/06/20 | M T BARRIOS | 0.30 |

File second monthly fee statement and coordinate e-mail service of same.

| 02/06/20 | A KORDAS | 1.10 |

Finalize second monthly fee statement and coordinate filing and service of same (1.00); correspond with J. Normile regarding matter (.10).

| 02/07/20 | M T BARRIOS | 0.70 |

Coordinate hard copy service (.30); draft affidavit of service and circulate same (.20); file affidavit of service and circulate same to team (.20).

| 02/19/20 | A KORDAS | 1.60 |

Draft/revise monthly fee statement (1.10); confer with F. Siddiqui regarding fee application and upcoming deadlines (.50).

| 02/28/20 | F SIDDIQUI | 3.60 |

Draft first interim fee application.

**TOTAL**                                                                                                        **7.50**