HENRICHSEN SIEGEL, PLLC
225 Broadway
Suite 1803
New York, New York 10007
(646) 378-4421 (phone)
Chiung-Hui Huang
Neil L. Henrichsen
Dawn C. Stewart

*Counsel to Creditor*
*Chicago Public Schools*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

**PURDUE PHARMA L.P.,** *et al.*,

**Debtors**

Chapter 11

Case No. 19-23649 (RDD)

(Jointly Administered)

**NOTICE OF HEARING ON CREDITOR BOARD OF CHICAGO SCHOOL DISTRICT NO. 299'S MOTION TO SUBMIT CLAIM TO MEDIATION**

**PLEASE TAKE NOTICE** that on March 30, 2020, Creditor Board of Chicago School District No. 299 ("**Chicago Public Schools**" or "**CPS**") filed a *Motion to Submit Claim to Mediation* (the "**Motion**").

A hearing on the Motion to Submit Claim for Mediation will be held on **April 22, 2020, at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**") before the Honorable Judge Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"), or at such other time as the Bankruptcy Court may determine.

1

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma/. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing. The Debtors will file an agenda before the Hearing, which may modify or supplement the motions to be heard at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion shall be in writing, shall comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 and the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*, entered on November 18, 2019 [Dkt. No. 498], so as to be filed and received no later than **April 15, 2020 at 12:00 p.m.** (**Prevailing Eastern Time**) (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, the Debtors may, after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion as Exhibit A, which may be entered without further notice or opportunity to be heard.

Dated:  April 1, 2020                                       Respectfully Submitted,

By:  */s/ Chiung-Hui Huang*
Chiung-Hui Huang
HENRICHSEN SIEGEL, P.L.L.C.
Attorney for Creditor Chicago Public Schools
225 Broadway, Suite 1803
New York, NY 10007
(646) 378-4421
chuang@hslawyers.com
Neil L. Henrichsen (pro hac vice applied for)
DC Bar No. 420277
Dawn C. Stewart (pro hac vice to be applied for)
DC Bar No. 458555
1440 G Street, NW
Washington, DC 20005
Tele: (202) 423-3649
Fax: (202) 379-9792
nhenrichsen@hslawyers.com
dstewart@hslawyers.com