**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED ORDER PURSUANT TO FEDERAL RULES OF**
**BANKRUPTCY PROCEDURE 2004 AND 9016 AUTHORIZING**
**EXAMINATION OF THIRD PARTIES**

Upon the motion, dated March 25, 2020 (the "Committee Motion"), of the Official Committee of Unsecured Creditors (the "Official Committee") of Purdue Pharma L.P. ("Purdue") and its affiliated debtors and debtors-in-possession (collectively, the "Debtors,") for an order pursuant to Fed. R. Bankr. P. 2004 and 9016 authorizing the examinations and discovery described therein; and upon the Debtors' motion joining in the Committee Motion and for the relief set forth herein pursuant to Fed. R. Bankr. P., dated March 25, 2020 (the "Debtors' Motion"); and upon the joinders in, and statements with respect to, the Motion (the "Joinders"; and with the Committee Motion and the Debtors Motion, the "Motions") filed by the Ad Hoc Group of Non-Consenting States (the "Non-Consenting States"), and the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "Ad Hoc

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Committee"); and the Court having jurisdiction over the Motions pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b), as core proceedings pursuant to 28 U.S.C. § 157(b); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and no additional notice being required except as provided herein; and, after due deliberation and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.    The Motions are granted as provided herein.

2.    The Official Committee, the Debtors, the Non-Consenting States, and the Ad Hoc Committee are, independently of one another (but coordinating as they see fit), each authorized, pursuant to Fed. R. Bankr. P. 2004, to conduct an examination of, and the production of documents by (including electronically stored information), the Initial Covered Sackler Persons, as defined in the Motions, and to issue subpoenas therefor pursuant to Fed. R. Bankr. P. 2004(c) ("Subpoenas"), in each case with respect to the topics described in the Motions.

3.    The examinations and document production required hereby shall be subject to the assertion of applicable privilege; provided, that if a document required to be produced hereby is withheld on the basis of an asserted privilege, the party withholding such document shall provide a proper privilege log at the time of production hereunder.

4.    The Official Committee, the Debtors, the Non-Consenting States, the Ad Hoc Committee, and the Initial Covered Sackler Persons shall meet and confer not only to attempt in good faith to resolve any disputes over any Subpoenas but also to efficiently coordinate the issuance of and compliance with the Subpoenas. In furtherance of the foregoing, on a going forward basis these parties shall record all time and expenses on this discovery matter and report the aggregate sum to each other on a weekly basis and also on a weekly basis discuss any cost

containment issues.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: White Plains, New York
      April 2, 2020

*/s/Robert D. Drain*
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE