AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel:  (212) 872-1000
Fax:  (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Justin R. Alberto (admitted *pro hac vice*)

*Proposed Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al*., | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF HEARING OF THE APPLICATION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING
RETENTION AND EMPLOYMENT OF COLE SCHOTZ P.C. AS EFFICIENCY
COUNSEL, *NUNC PRO TUNC* TO FEBRUARY 24, 2020**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE NOTICE** that a hearing on the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Cole Schotz P.C. as Efficiency Counsel, Nunc Pro Tunc to February 24, 2020* (the "Application") will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Court"), Courtroom 116, 300 Quarropas Street, White Plains, New York 10601-4140, on **April 22, 2020 at 10:00 a.m. (prevailing Eastern Time)** or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any objections (each, an "Objection") to the relief requested in the Application shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court and served in accordance with the *Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*, dated as of October 24, 2019 [ECF No. 342], so as to be filed and received no later than **April 19, 2020 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Application, the Official Committee of Unsecured Creditors of Purdue Pharma L.P. may, on or after the Objection Deadline, submit to the Court an order substantially in the form annexed as **Exhibit A** to the Application, which order the Court may enter without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the hearing, and failure to appear may result in relief being granted upon default

**AKIN GUMP STRAUSS HAUER & FELD LLP**

/s/    *Arik Preis*
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner
One Bryant Park
New York, New York 10036
Tel:    (212) 872-1000
Fax:    (212) 872-1002
idizengoff@akingump.com
apreis@akingump.com
mhurley@akingump.com
sbrauner@akingump.com

*Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P.*

  -and-

**COLE SCHOTZ P.C.**
Justin R. Alberto (admitted pro hac vice)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
jalberto@coleschotz.com

*Proposed Efficiency Counsel to the Official
Committee of Unsecured Creditors of Purdue
Pharma L.P., et al.*

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Justin R. Alberto (admitted *pro hac vice*)

*Proposed Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al*., | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**APPLICATION OF THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING**
**RETENTION AND EMPLOYMENT OF COLE SCHOTZ P.C. AS EFFICIENCY**
**COUNSEL, *NUNC PRO TUNC* TO FEBRUARY 24, 2020**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

The Official Committee of Unsecured Creditors (the "Committee"), appointed on September 26, 2619 [D.I. 131] in the above-captioned chapter 11 cases (the "Cases") of the above-captioned debtors (collectively, the "Debtors"), hereby submits this application (the "Application"), pursuant to sections 328(a), 330, and 1103(a) of title 11 of the United States Code, §§ 101–1532 (as amended, the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), for entry of an order (the "Order"), substantially in the form attached hereto as **Exhibit A**, authorizing the Committee to retain and employ Cole Schotz P.C. ("Cole Schotz") as its co-counsel in connection with the Debtors' chapter 11 cases, effective *nunc pro tunc* to February 24, 2020.  The Declaration of Justin R. Alberto in support of this Application is attached hereto as **Exhibit B** (the "Alberto Declaration").  The Declaration of Ryan Hampton in support of this Application is attached hereto as **Exhibit C** (the "Hampton Declaration").  In further support of this Application, the Committee respectfully represents as follows:

## JURISDICTION AND VENUE

1.    The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.    Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The statutory predicates for the relief sought herein are sections 328, 330, and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1.

## BACKGROUND

4.    On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under the Bankruptcy Code in the United States Bankruptcy Court for the

Southern District of New York (the "Court").    The Debtors' chapter 11 cases are jointly administered under Case No. 19-23649 (RDD).

5.    The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these cases.

6.    On September 26, 2019, the U.S. Trustee appointed a committee of unsecured creditors pursuant to Bankruptcy Code section 1102(a)(1).  The U.S. Trustee constituted the Committee to comprise the following members: Blue Cross and Blue Shield Association; CVS Caremark Part D Services, L.L.C. and Caremark PCS Health, L.L.C.; Cheryl Juaire; Kara Trainor; LTS Lohmann Therapy Systems Corporation; Pension Benefit Guaranty Corporation; Ryan Hampton; Walter Lee Salmons; and West Boca Medical Center.[2]

7.    Thereafter, the Committee selected Akin Gump Strauss Hauer & Feld ("Akin Gump") to serve as its primary counsel, Bayard, P.A. ("Bayard") to serve as its efficiency counsel, Province, Inc. ("Province") to serve as its financial advisor, Jefferies LLC to serve as its investment banker,  Kurtzman Carson Consultants LLC to serve as its information agent, and KPMG LLP to serve as joint tax consultants to the Committee and the Debtors.

8.    On November 21, 2019, the Court entered the *Order Authorizing Employment and Retention of Bayard, P.A. As Efficiency Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to September 29, 2019* [Docket No. 523].

---

[2]  The Committee has two *ex officio* members, Cameron County, Texas on behalf of the Multi-State Governmental Entities Group, and the Cheyenne and Arapaho Tribes, on behalf of certain Native American Tribes and Native American-affiliated creditors.

9.      The lead partner at Bayard that was principally responsible for this matter joined Cole Schotz as a Member on February 24, 2020.  Accordingly, the Committee decided to engage Cole Schotz.  Cole Schotz will substitute for Bayard as efficiency counsel.[3]

## RELIEF REQUESTED

10.     By this Application, and pursuant to sections 328, 330, and 1103 of the Bankruptcy Code, the Committee respectfully requests the entry of an order approving the employment and retention of Cole Schotz as its efficiency counsel to perform the services described more thoroughly herein in connection with these Cases, *nunc pro tunc* to February 24, 2020.

## BASIS FOR RELIEF

11.     Section 328(a) of the Bankruptcy Code empowers a committee appointed under section 1102 of the Bankruptcy Code to employ attorneys under section 1103 of the Bankruptcy Code under any reasonable terms and conditions with the Court's approval.  11 U.S.C. § 328(a). Pursuant to section 1103(b) of the Bankruptcy Code, an attorney employed to represent a committee may not, while employed by such committee, represent any other entity having an adverse interest in connection with the case. 11 U.S.C. § 1103(b).  For the reasons that follow, the Committee respectfully submits that Cole Schotz is appropriately eligible and capable to serve as its co-counsel in these cases.

### A.  Cole Schotz's Eligibility to Serve as Co-Counsel Under Section 1103

12.     In connection with its proposed retention by the Committee in the Cases, Cole Schotz researched its client database to determine whether it has relationships with any of the entities or persons set forth on **Schedule A** attached hereto and incorporated herein (the "Interested Parties").  In addition, the names listed on **Exhibit 1** were sent via email to all employees of Cole

---

[3] *See* Notice of Change of Firm and Substitution of Counsel [Docket No. 900].

Schotz for their individual review and response. The Interested Parties set forth on **Schedule A** are comprised of the Debtors and parties in interest in the Cases (the "<u>Interested Party List</u>").

13.    To the extent that Cole Schotz's search of its relationships with any of the Interested Parties indicated that Cole Schotz currently represents, represented in the three years prior to the Petition Date, or has a connection with any of the Interested Parties, the identities of such Interested Parties and their relationships to the Debtors and connections to Cole Schotz, are set forth in **Schedule B** hereto or discussed in greater detail below.

14.    Through its analysis, Cole Schotz determined that it has no connections with the Debtors, creditors of the Debtors on the Interested Party List, their respective attorneys and accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee, except as set forth on **Schedule B** hereto and as discussed in greater detail below.

15.    To the best of the Committee's knowledge, based upon the Alberto Declaration, and except as otherwise set forth herein and in the Alberto Declaration: (i) Cole Schotz does not hold or represent any interest adverse to the Debtors or their chapter 11 estates, their creditors, or any other party in interest in connection with these cases, and (ii) neither Cole Schotz nor any of its directors or associates has had or presently have any connections with the Debtors or any other party listed on the Interested Party List attached to the Alberto Declaration. Cole Schotz is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, and neither represents nor holds an interest adverse to the interests of the Committee, the Debtors, or their estates with respect to the matters on which Cole Schotz is to be employed on behalf of the Committee.[4] Finally, Cole Schotz will not, while employed by the Committee, represent any other

---

[4] Section 1103(b) of the Bankruptcy Code provides that proposed counsel to an official committee of unsecured creditors may not represent any other entity having an adverse interest in connection with the cases. Cole Schotz has made this disclosure with respect to its disinterestedness out of an abundance of caution and to the extent required by section 328(c) of the Bankruptcy Code.

entity having an adverse interest in connection with these cases with respect to the matters on which Cole Schotz is to be employed on behalf of the Committee.

**B.  Cole Schotz's Qualifications**

16.      The Committee selected Cole Schotz because the lead partner at Bayard that was principally responsible for this matter joined Cole Schotz as a Member, and because of its attorneys' experience and knowledge and the absence of any conflict of interest.  Cole Schotz is particularly well suited for the type of representation that the Committee requires because of Cole Schotz's substantial experience representing committees and other interested parties in complex bankruptcy cases.

17.      The Committee has determined that Cole Schotz has the resources and experience necessary to assist Akin Gump and deal effectively with many of the potential legal issues that may arise in the context of the Debtors' Cases.  Further, Cole Schotz's participation and assistance in these Cases will be efficient and cost-effective for the Debtors' estates.  The Committee therefore believes that Cole Schotz's employment as co-counsel with Akin Gump is in the best interest of the Debtors, their estates, and their constituents and desires that Cole Schotz represent it as co-counsel in connection with these cases.

**C.      Cole Schotz's Scope of Employment as Co-Counsel to the Committee**

18.      To specifically disclose the division of labor and to avoid unnecessary duplication of services, subject to the Court's approval of the Application, Akin Gump and Cole Schotz have held organizational meetings to discuss the appropriate scope of services of both firms and have developed a working plan to ensure that there is no duplication of services rendered on behalf of the Committee. Cole Schotz has also worked to ensure that there is no overlap with the work previously handled by Bayard.

6

19.     The services Cole Schotz has rendered and may be required to render for the

Committee include, without limitation, the following:

(a)     in conjunction with Akin Gump, providing legal advice where necessary with respect to the Committee's powers and duties and strategic advice on how to accomplish the Committee's goals;

(b)     in conjunction with Akin Gump, assist and advise the Committee in its consultations and negotiations with the Debtors and the U.S. Trustee relative to the administration of the Debtors' Cases;

(c)     drafting, revising, and commenting on documents as requested by Akin Gump and the Committee;

(d)     assisting Akin Gump, Province, and the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure and in negotiating with holders of claims and equity interests;

(e)     assisting Akin Gump and Committee in its investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors and their insiders and of the operation of the Debtors' businesses;

(f)     assisting Akin Gump and the Committee in its analysis of, and negotiations with, the Debtors or any third party concerning matters related to, among other things, the assumption or rejection of certain leases of non-residential real property and executory contracts, asset dispositions, financing of other transactions, and the terms of one or more plans of reorganization for the Debtors and accompanying disclosure statements and related plan documents;

(g)     in conjunction with Akin Gump, advising the Committee as to its communications to the general creditor body regarding significant matters in the Cases, including matters related to the bar date for proofs of claim in these cases;

(h)     in conjunction with Akin Gump, reviewing and analyzing applications, orders, statements of operations and schedules filed with the Court and advise the Committee as to their propriety and, to the extent deemed appropriate by the Committee, support, join, or object thereto;

(i)     in conjunction with Akin Gump, investigating and analyze any claims against the Debtors' non-debtor affiliates;

(j)     together with Akin Gump and to the extent necessary, appearing in Court and at any meetings of creditors on behalf of the Committee;

7

(k)     monitoring the case docket and coordinating with Akin Gump and Province on matters impacting the Committee;

(l)     participating in calls with the Committee;

(m)    handling inquiries and calls from creditors and counsel to interested parties regarding pending matters and the general status of these cases and coordinating with Akin Gump on any necessary responses; and

(n)     providing additional support to Akin Gump, Province, and the Committee, as requested.

20.    Certain Cole Schotz attorneys represent Endo International plc and certain of its subsidiaries ("Endo") generally and potentially in limited, specific capacities in these cases. Notwithstanding anything set forth above or elsewhere in this Application, the scope of Cole Schotz's services as efficiency counsel to the Committee has not to date included and shall not include: (1) matters related to the Department of Justice investigation of the Debtors; (2) matters related to potential channeling injunctions that may be sought from the Bankruptcy Court in these cases, whether pursuant to section 524(g) of the Bankruptcy Code or any other provision of the Bankruptcy Code; (3) matters related to any claim filed or to be filed by Endo and (4) issues reasonably related to the above. Cole Schotz's work for Endo may continue to include any of the foregoing. Given its role as efficiency counsel and the internal ethical walls that have been erected within Cole Schotz, the Committee does not believe this presents a conflict or would hinder Cole Schotz's ability to advise the Committee on matters for which Cole Schotz is being relied upon as efficiency counsel. Moreover, Cole Schotz consulted with the Debtors, the Committee, and Endo, and each consents to Cole Schotz's representation of the Committee as efficiency counsel on the specific matters set forth herein as well as its continuing representation of Endo as described in this paragraph. Cole Schotz also disclosed its representation of Endo to the U.S. Trustee prior to

8

filing this Application and was advised that it does not object to Cole Schotz's retention as efficiency counsel to the Committee on these terms.

21.    The services described in the above paragraphs are designed to limit any unnecessary duplication of services with Akin Gump and the Committee's other professionals.  To the extent that Cole Schotz is assigned by the Committee, in consultation with Akin Gump, to perform additional services requested by the Committee that may be necessary and proper in these proceedings and that differ materially from the above-described services, Cole Schotz will file a supplemental declaration in accordance with Bankruptcy Rule 2014 disclosing both the nature of its expanded employment and the reasons supporting its additional duties and responsibilities.

**D.     Cole Schotz's Professional Compensation**

22.    The terms of the employment of Cole Schotz provide generally that certain attorneys and other personnel within Cole Schotz will undertake this representation at their standard hourly rates, and that Cole Schotz will be reimbursed for reasonable and necessary expenses, subject to the approval of the Court in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the orders of this Court.

23.    The present hourly rates for attorneys and paralegals of Cole Schotz are set forth in the Alberto Declaration attached hereto.  The hourly rates are subject to periodic adjustments to reflect economic and other conditions and to reflect their increased expertise and experience in their area of law.[5]

24.    Cole Schotz will also seek reimbursement for reasonable and necessary expenses incurred, which may include, among other things, travel expenses, work related meals, facsimile

---

[5]    Such rate increases generally occur on or about September 1 of each year.  In connection with its retention, Cole Schotz agreed to not charge the Committee for any time and expenses incurred transitioning this matter from Bayard to Cole Schotz, including time spent preparing this Application.

(outgoing only) toll and other charges, external teleconferencing, mail and express or overnight

mail charges, special or hand delivery charges, document processing, photocopying (not to exceed

$.10 per page), scanning and printing charges, vendor charges, computerized research,

transcription costs, filing fees, non-ordinary overhead expenses such as secretarial and other

overtime, and other out-of-pocket expenses incurred in providing professional services to the

Committee.  Cole Schotz will charge for these expenses in a manner and at rates consistent with

charges made generally to its other clients.

25.    By separate application, the Committee previously sought approval to employ Akin

Gump as counsel to the Committee.  The Committee believes that if the application to Cole Schotz

is approved by the Court, these firms have allocated and will allocate their delivery of services to

the Committee so as to limit unnecessary duplication of services.  It is the carefully considered

view of the Committee that, considering the complexity of these cases, the timing of the

Committee's appointment, the pace of these cases, and the various interests involved,

representation of the Committee by Akin Gump and Cole Schotz is necessary, advisable, and in

the best interests of the Committee and the Debtors' estates.

### *NUNC PRO TUNC* RELIEF

26.    The Committee believes that the employment of Cole Schotz *nunc pro tunc* to

February 24, 2020 is warranted under the circumstances of these Cases.  Cole Schotz has provided,

and will continue to provide, valuable services to the Committee regarding the contemplated

restructuring transactions.  Due to the size and complex nature of these Cases, as well as the

significant relief sought by the Debtors during the early stages of these Cases, there was an

immediate need for Cole Schotz to perform services for the Committee upon its retention.  *See,*

*e.g.*, *F/S Airlease II, Inc. v. Simon (In re F/S Airlease II, Inc.)*, 844 F.2d 99, 105 (3d Cir. 1988),

*cert. denied*, 488 U.S. 852 (1988); *Indian River Homes, Inc. v. Sussex Tr. Co.*, 108 B.R. 46, 51 (D.

Del. 1989).

## NO PRIOR REQUEST

27.     No prior request for the relief sought herein has been made to this Court or any

other court.

## NOTICE

28.     Notice of this Application will be provided to parties in interest in accordance with

the *Amended Order Establishing Certain Notice, Case Management, and Administrative

Procedures*, dated as of October 24, 2019 [ECF No. 342].  The Committee submits that, under the

circumstances, no other or further notice is required.  The Committee submits that, under the

circumstances, no other or further notice is required.

WHEREFORE, the Committee respectfully requests that the Court enter an order

substantially in the form submitted herewith and grant such other and further relief as is just and

proper.

Dated: April 3, 2020

**THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF PURDUE
PHARMA L.P.,** *et al.*

*/s/ Ryan Hampton*
_____
Ryan Hampton, not in his individual capacity, but
solely in his capacity as co-chair of the Official
Committee of Unsecured Creditors of Purdue
Pharma, L.P., *et al*.

11

## EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| PURDUE PHARMA L.P., *et al.*, | : Case No. 19-23649 (RDD) |
| | : |
| Debtors.[1] | : (Jointly Administered) |
| | : |

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C.
AS EFFICIENCY COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, *NUNC PRO TUNC* TO FEBRUARY 24, 2020**

Upon the application (the "Application") of the official committee of Unsecured Creditors

(the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors

in possession (collectively, the "Debtors") for an order, pursuant to sections 328, 330, and 1103 of

title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 2014 of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the

Local Bankruptcy Rules for the Southern District of New York (the "Local Rules") authorizing

the Committee to employ and retain Cole Schotz P.C. ("Cole Schotz") as the Committee's co-

counsel in these cases *nunc pro tunc* to February 24, 2020 (the "Retention Date"); and in

consideration of the declaration of Justin R. Alberto in support of the Application (the "Alberto

Declaration"); and it appearing that due and proper notice of the Application has been given; and

it appearing that this Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§

157 and 1334; and it appearing that venue of these cases and the Application in this district is

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that Cole Schotz is eligible for retention pursuant to sections 328 and 1103 of the Bankruptcy Code in that Cole Schotz does not represent or hold any interest adverse to the Debtors as to the matters upon which Cole Schotz has been and is to be employed as efficiency counsel, and that Cole Schotz is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code, and that Cole Schotz shall not, while employed by the Committee, represent any other entity having an adverse interest to the Committee on matters for which Cole Schotz is being relied upon as efficiency counsel for the Committee, it being understood that Cole Schotz will continue its representation of Endo as described in paragraph 20 of the Application; and it appearing that to the Court that there is just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1.      The Application is APPROVED as set forth herein.

2.      Pursuant to sections 328 and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1, the Committee is authorized to employ and retain Cole Schotz as efficiency counsel to the Committee in these Cases *nunc pro tunc* to the Retention Date.

3.      Cole Schotz shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court.

4.      Cole Schotz shall file a supplemental declaration with this Court and give not less than 10 business days' notice to the Debtors, the U.S. Trustee, and the Committee prior to

2

implementing any increases in the rates set forth in the Alberto Declaration in this case. The

supplemental declaration shall explain the basis for the requested rate increases in accordance with

Bankruptcy Code section 330(a)(3)(F) and state whether the Committee has consented to the rate

increase.

5.      The Committee is authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order in accordance with the Application and the Alberto Declaration.

6.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

7.      This Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation of this Order.

Dated: _____, 2020

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

## **EXHIBIT B**

**Alberto Declaration**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**DECLARATION OF JUSTIN R. ALBERTO IN SUPPORT OF APPLICATION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN
ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF COLE SCHOTZ P.C.
AS EFFICIENCY COUNSEL, *NUNC PRO TUNC* TO FEBRUARY 24, 2020**

I, Justin R. Alberto, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury

as follows:

1.       I am a Member of the law firm of Cole Schotz P.C. ("Cole Schotz"),[2] which

maintains offices for the practice of law at 500 Delaware Avenue, Suite 1410, Wilmington,

Delaware.  Cole Schotz also maintains offices in Boca Raton, Florida; Baltimore, Maryland;

Hackensack, New Jersey; New York, New York; Dallas, Texas; and Fort Worth, Texas.

2.       This Declaration is submitted pursuant to sections 328(a) and 1103(b) of the

Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1 and in support of the Application

for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]  Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Application.

Employment and Retention of Cole Schotz P.C. as Efficiency Counsel to the Official Committee

of Unsecured Creditors *Nunc Pro Tunc* to February 24, 2020 (the "Application").

3.      Unless otherwise stated in this Declaration, I have personal knowledge of the facts

set forth herein.  To the extent that any information disclosed herein requires supplementation,

amendment or modification upon Cole Schotz's completion of further analysis or as additional

information becomes available to it, a supplemental declaration will be filed with the Court.

**Cole Schotz's Disinterestedness**

4.      In connection with its proposed retention by the Committee in the Cases, Cole

Schotz researched its client database to determine whether it has relationships with any of the

entities or persons set forth on **Schedule A** attached hereto and incorporated herein (the "Interested

Parties").  In addition, the names listed on **Schedule A** were sent via email to all employees of

Cole Schotz for their individual review and response.  The Interested Parties set forth on **Schedule

A** are comprised of the Debtors and parties in interest in the Cases (the "Interested Party List").

5.      To the extent that Cole Schotz's search of its relationships with any of the Interested

Parties indicated that Cole Schotz currently represents, represented in the three years prior to the

Petition Date, or has a connection with any of the Interested Parties, the identities of such Interested

Parties and their relationships to the Debtors and connections to Cole Schotz, are set forth in

**Schedule B** to this Declaration and as discussed in greater detail below.

6.      Through its analysis, Cole Schotz determined that it has no connections with the

Debtors, creditors of the Debtors on the Interested Party List, their respective attorneys and

accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee, except as

set forth herein and on **Schedule B** hereto.

7.      Based on the results of Cole Schotz's analysis, and except as otherwise disclosed

herein, Cole Schotz (i) does not represent any entity having an adverse interest to the Committee in connection with the Cases and (ii) does not represent or hold an interest adverse to the interest of the Debtors or their estates with respect to the matters on which Cole Schotz is to be employed.

8.    To the best of my knowledge, information and belief after reasonable inquiry, Cole Schotz is disinterested within the meaning of section 101(14) of the Bankruptcy Code, in that neither, I, Cole Schotz, nor any of its members, special counsel or associates:

(a)    are creditors, equity security holders or insiders of the Debtors;

(b)    are or within two years before the Petition Date were, a director, officer, or employee of the Debtors; or

(c)    have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtors or for any other reason.

**Cole Schotz's Rates and Billing Practices**

9.    Cole Schotz intends to apply for compensation for professional services rendered in connection with the Cases subject to the approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, and Orders of the Court entered in these cases concerning compensation of professionals, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Cole Schotz.[3]

10.    Attorneys, paralegals, and staff may be involved as necessary and appropriate to represent the Committee.  The current rates of Cole Schotz members, special counsel, associates, paralegals and litigation support specialists are as follows:

| **Professional** | **Rates** |
| --- | --- |
| Members and Special Counsel | $440.00 to $990.00 per hour |
| Associates | $285.00 to $535.00 per hour |

---

[3]    Cole Schotz generally increases its rates on or about September 1 of each year. In connection with its retention, Cole Schotz agreed to not charge the Committee for any time and expenses incurred transitioning this matter from Bayard to Cole Schotz, including time spent preparing this Application.

3

| | |
|---|---|
| Paralegals | $210.00 to $330.00 per hour |
| Litigation Support Specialists | $330.00 to $405.00 per hour |

These rates are subject to change in accordance with Cole Schotz's billing practice and procedures.

11.    In addition, it is Cole Schotz's policy to charge its clients in all areas of practice for all other expenses incurred related to the representation.  The expenses charged to clients include, among other things, facsimile (outgoing only) toll and other charges, external teleconferencing, mail and express mail charges, special or hand delivery charges, photocopying, scanning and printing charges, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  Cole Schotz will charge for these expenses in a manner and at rates consistent with charges made generally to its other clients.

12.    No agreement exists, nor will any be made, between Cole Schotz and any other person regarding the sharing of compensation received by Cole Schotz for its services in these Cases, as described in Bankruptcy Rule 2016.

13.    The U.S. Trustee has adopted the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines").  Cole Schotz intends to make reasonable efforts to comply with the UST Guidelines.  Cole Schotz also intends to work cooperatively with the U.S. Trustee to address any concerns it may have related to Cole Schotz's Application and to respond to any requests for additional information related thereto.

14.    Pursuant to Part D.1 of the UST Guidelines, Cole Schotz is seeking employment as co-counsel to the Committee and hereby provides the following responses set forth below:

4

| Question | Answer | Further Explanation |
|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No. | N/A |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No. | N/A |
| If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. | No, Cole Schotz has not represented the Committee or any member of the Committee in the 12 months prepetition. | N/A |
| Has your client approved your prospective budget and staffing plan, and, if so, for what budget period? | No. | Cole Schotz is in the process of formulating the budget and staffing plan, which has not yet been approved by the Committee. Cole Schotz will provide a copy to the Committee and seek approval of the budget and staffing plan from the Committee soon. |

15.    Pursuant to Part F of the UST Fee Guidelines, Cole Schotz is proposed to serve as co-counsel for the Committee with Akin Gump. Akin Gump has primary responsibility for the services disclosed in its retention application. To disclose the division of labor and to avoid unnecessary duplication of services, subject to the Court's approval of the Application, the services Cole Schotz has rendered and may be required to render for the Committee in these cases, include, without limitation, the following:

(a)    in conjunction with Akin Gump, providing legal advice where necessary with respect to the Committee's powers and duties and strategic advice on how to accomplish the Committee's goals;

5

(b)     in conjunction with Akin Gump, assist and advise the Committee in its consultations and negotiations with the Debtors and the U.S. Trustee relative to the administration of the Debtors' Cases;

(c)     drafting, revising, and commenting on documents as requested by Akin Gump and the Committee;

(d)     assisting Akin Gump, Province, and the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure and in negotiating with holders of claims and equity interests;

(e)     assisting Akin Gump and Committee in its investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors and their insiders and of the operation of the Debtors' businesses;

(f)     assisting Akin Gump and the Committee in its analysis of, and negotiations with, the Debtors or any third party concerning matters related to, among other things, the assumption or rejection of certain leases of non-residential real property and executory contracts, asset dispositions, financing of other transactions, and the terms of one or more plans of reorganization for the Debtors and accompanying disclosure statements and related plan documents;

(g)     in conjunction with Akin Gump, advising the Committee as to its communications to the general creditor body regarding significant matters in the Cases;

(h)     in conjunction with Akin Gump, reviewing and analyzing applications, orders, statements of operations and schedules filed with the Court and advise the Committee as to their propriety and, to the extent deemed appropriate by the Committee, support, join, or object thereto;

(i)     in conjunction with Akin Gump, investigating and analyze any claims against the Debtors' non-debtor affiliates;

(j)     together with Akin Gump and to the extent necessary, appearing in Court and at any meetings of creditors on behalf of the Committee;

(k)     monitoring the case docket and coordinating with Akin Gump and Province on matters impacting the Committee;

(l)     participating in calls with the Committee;

(m)     handling inquiries and calls from creditors and counsel to interested parties regarding pending matters and the general status of these cases and coordinating with Akin Gump on any necessary responses; and

(n)      providing additional support to Akin Gump, Province, and the Committee, as requested.

16.     Certain Cole Schotz attorneys represent Endo International plc and certain of its subsidiaries ("Endo") generally and potentially in limited, specific capacities in these cases. Notwithstanding anything set forth above or elsewhere in this Application, the scope of Cole Schotz's services as efficiency counsel to the Committee has not to date included and shall not include: (1) matters related to the Department of Justice investigation of the Debtors; (2) matters related to potential channeling injunctions pursuant to section 524(g) of the Bankruptcy Code or any other provision of the Bankruptcy Code; (3) matters related to any claim filed or to be filed by Endo and (4) issues reasonably related to the above.  Cole Schotz's work for Endo may continue to include any of the foregoing.  Cole Schotz has implemented an internal ethical wall between those attorneys representing Endo and those representing the Committee as its efficiency counsel to ensure there is no cross dissemination of information.  Moreover, Cole Schotz consulted with the Debtors, the Committee, and Endo, and each consents to Cole Schotz's representation of the Committee as efficiency counsel on the specific matters set forth herein as well as its continuing representation of Endo as described in this paragraph.  Cole Schotz also disclosed its representation of Endo to the U.S. Trustee prior to filing this Application and was advised that it does not object to Cole Schotz's retention as efficiency counsel to the Committee on these terms.

17.     By reason of the foregoing, I believe Cole Schotz is eligible for employment and retention by the Committee pursuant to section 1103 of the Bankruptcy Code and the applicable Bankruptcy Rules, *nunc pro tunc* to February 24, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 3, 2020

COLE SCHOTZ P.C.

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
500 Delaware Ave., Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Fax: 302-652-3117
jalberto@coleschotz.com

## **Schedule A**

## **Interested Party List**

## Debtor Entities

ADLON THERAPEUTICS L.P.
AVRIO HEALTH L.P.
BUTTON LAND L.P.
GREENFIELD BIOVENTURES L.P.
IMBRIUM THERAPEUTICS L.P.
NYATT COVE LIFSCIENCE INC.
OPHIR GREEN CORP.
PAUL LAND INC.
PURDUE NEUROSCIENCE COMPANY
PURDUE PHARMA INC.
PURDUE PHARMA L.P.
PURDUE PHARMA MAUNFACTURING L.P.
PURDUE PHARMA OF PUERTO RICO L.P.
PURDUE PHARMACEUTICAL PRODUCTS L.P.
PURDUE PHARMACEUTICALS L.P.
PURDUE TRANSDERMAL TECHNOLOGIES L.P.
QUIDNICK LAND L.P.
RHODES ASSOCIATES L.P.
RHODES PHARMACEUTICAL L.P.
RHODES TECHNOLOGIES
SEVEN SEAS HILL CORP.
SVC PHARMA INC.
SVC PHARMA LP
UDF LP

## Other Related Entities

ACCARDI B.V.
ACCARDI S.AR.L.
ALFA GENERICS B.V.
ARSAGO B.V.
BANGLADESH BEAUTY PRODUCTS PRIVATE LIMITED
BARD PHARMACEUTICALS INC.
BARD PHARMACEUTICALS LIMITED
BEAUTY PRODUCTS LANKA (PRIVATE LIMITED)
BERMAG LIMITED
BOETTI CORPORATION
BOLDINI CORPORATION
BRADENTON PRODUCTS B.V.
BULLA S.AR.L.
CINFA BIOTECH GMBH

CINFA BIOTECH SL
CLINICAL DESIGNS LIMITED
CLOVIO CORPORATION
COVENTRY TECHNOLOGIES L.P.
E.R.G. REALTY, INC.
EURO-CELTIQUE S.A.
EVENING STAR SERVICES LTD.
FILTI S.AR.L.
FLIRA S.AR.L.
FREYA HOLDINGS LIMITED
HAMBERT B.V.
HAYEZ CORPORATION
IAF CORPORATION
IAF LIMITED
IND S.AR.L.
INTROMEDIX ADVANCED MEDICAL TECHNOLOGIES LTD.
IREY S.AR.L.
KRUGMANN GMBH
L.P. CLOVER LIMITED
LADENBURG B.V.
LAKE CLAIRE INVESTMENTS LTD.
LUCIEN HOLDINGS S.AR.L.
LYMIT HOLDINGS S.AR.L.
MALTUS CORPORATION
MARNINE HOLDINGS PTE. LIMITED
MARTONE HOLDINGS PTE. LIMITED
MEDIMATCH AG
MEXCUS CORPORATION
MN CONSULTING LLC
MNB COMPANY
MODI-MUNDIPHARMA BEAUTY PRODUCTS PRIVATE LIMITED
MODI-MUNDIPHARMA HEALTHCARE PRIVATE LIMITED
MODI-MUNDIPHARMA PRIVATE LIMITED
MUNDIBIOPHARMA LIMITED
MUNDICHEMIE GMBH
MUNDIPHARMA (ARGENTINA) S.R.L.
MUNDIPHARMA (BANGLADESH) PRIVATE LIMITED
MUNDIPHARMA (CHINA) PHARMACEUTICAL COMPANY LIMITED
MUNDIPHARMA (COLOMBIA) S.A.S.
MUNDIPHARMA (HONG KONG) LIMITED
MUNDIPHARMA (MYANMAR) CO., LTD.
MUNDIPHARMA (PROPRIETARY) LIMITED
MUNDIPHARMA (SHANGHAI) INTERNATIONAL TRADE LIMITED COMPANY
MUNDIPHARMA (THAILAND) LIMITED
MUNDIPHARMA A/S (FORMERLY NORPHARMA A/S; NAME CHANGE MAY 15, 2017)
MUNDIPHARMA AB

MUNDIPHARMA AG
MUNDIPHARMA ANZ PTY LIMITED (FORMERLY MUNDIPHARMA PTY. LIMITED;
NAME CHANGE MARCH 11, 2019)
MUNDIPHARMA AS
MUNDIPHARMA AUSTRALIA PTY. LTD.
MUNDIPHARMA B.V.
MUNDIPHARMA BRADENTON B.V.
MUNDIPHARMA BRASIL PRODUTOS MÉDICOS E FARMACÊUTICOS LTDA.
MUNDIPHARMA COMM. VA
MUNDIPHARMA COMPANY
MUNDIPHARMA CORPORATION (IRELAND) LIMITED
MUNDIPHARMA CORPORATION LIMITED
MUNDIPHARMA DC B.V.
MUNDIPHARMA DE MEXICO, S. DE R.L. DE C.V.
MUNDIPHARMA DEUTSCHLAND GMBH & CO. KG
MUNDIPHARMA DEVELOPMENT PTE. LTD.
MUNDIPHARMA DISTRIBUTION GMBH (PHILIPPINES BRANCH)
MUNDIPHARMA DISTRIBUTION LTD.
MUNDIPHARMA EDO GMBH
MUNDIPHARMA EGYPT LLC
MUNDIPHARMA FARMACEUTICA LDA
MUNDIPHARMA GESMBH
MUNDIPHARMA GESMBH (BRATISLAVA BRANCH)
MUNDIPHARMA GESMBH (PRAGUE BRANCH)
MUNDIPHARMA GESMBH (REPRESENTATIVE OFFICE)
MUNDIPHARMA GMBH
MUNDIPHARMA HEALTHCARE PTE LIMITED
MUNDIPHARMA HOLDING AG
MUNDIPHARMA INTERNATIONAL CONSULTING SERVICES INC.(MUNDIPHARMA
INTERNATIONAL DANIŞMANLIK HIZMETLERI ANONIM ŞIRKETI)
MUNDIPHARMA INTERNATIONAL CORPORATION LIMITED
MUNDIPHARMA INTERNATIONAL HOLDINGS LIMITED
MUNDIPHARMA INTERNATIONAL LIMITED
MUNDIPHARMA INTERNATIONAL LIMITED (US)
MUNDIPHARMA INTERNATIONAL SERVICES GMBH
MUNDIPHARMA INTERNATIONAL SERVICES LIMITED
MUNDIPHARMA INTERNATIONAL SERVICES S.AR.L.
MUNDIPHARMA INTERNATIONAL TECHNICAL OPERATIONS LIMITED
MUNDIPHARMA IT GMBH
MUNDIPHARMA IT SERVICES GMBH
MUNDIPHARMA IT SERVICES GMBH & CO. KG
MUNDIPHARMA IT SERVICES LIMITED
MUNDIPHARMA IT SERVICES PTE LTD.
MUNDIPHARMA IT SERVICES VERWALTUNGS GMBH
MUNDIPHARMA KABUSHIKI KAISHE
MUNDIPHARMA KOREA LTD.

MUNDIPHARMA LABORATORIES GMBH
MUNDIPHARMA LABORATORIES GMBH (REPRESENTATIVE OFFICE OF
MUNDIPHARMA LABORATORIES GMBH)
MUNDIPHARMA LABORATORIES LIMITED
MUNDIPHARMA LATAM GMBH
MUNDIPHARMA LIMITED
MUNDIPHARMA LTD.
MUNDIPHARMA MANAGEMENT SARL
MUNDIPHARMA MANUFACTURING PTE. LIMITED
MUNDIPHARMA MAROC
MUNDIPHARMA MEA GMBH
MUNDIPHARMA MEDICAL CEE GMBH (REPRESENTATIVE OFFICE; DE-REGISTRATION
PENDING)
MUNDIPHARMA MEDICAL COMPANY
MUNDIPHARMA MEDICAL COMPANY (SWISS BRANCH)
MUNDIPHARMA MEDICAL COMPANY LIMITED
MUNDIPHARMA MEDICAL GMBH
MUNDIPHARMA MEDICAL GMBH (BUDAPEST BRANCH; DE-REGISTRATION PENDING)
MUNDIPHARMA MEDICAL GMBH (ROMANIA BRANCH)
MUNDIPHARMA MEDICAL S.AR.L. (SOFIA BRANCH; INACTIVE)
MUNDIPHARMA MIDDLE EAST FZ-LLC
MUNDIPHARMA NEAR EAST GMBH
MUNDIPHARMA NEW ZEALAND LIMITED
MUNDIPHARMA OPHTHALMOLOGY CORPORATION LIMITED
MUNDIPHARMA OPHTHALMOLOGY PRODUCTS LIMITED
MUNDIPHARMA OY
MUNDIPHARMA PHARMACEUTICAL COMPANY SICO LTD.
MUNDIPHARMA PHARMACEUTICALS (CHILE) LIMITADA
MUNDIPHARMA PHARMACEUTICALS ARGENTINA S.R.L.
MUNDIPHARMA PHARMACEUTICALS B.V.
MUNDIPHARMA PHARMACEUTICALS BVBA
MUNDIPHARMA PHARMACEUTICALS INDUSTRY AND TRADE
LIMITED(MUNDIPHARMA ECZA URUNLERI SANAYI VE TICARET LIMITED ŞIRKETI)
MUNDIPHARMA PHARMACEUTICALS LIMITED
MUNDIPHARMA PHARMACEUTICALS PRIVATE LIMITED
MUNDIPHARMA PHARMACEUTICALS S.L.
MUNDIPHARMA PHARMACEUTICALS S.R.L.
MUNDIPHARMA PHARMACEUTICALS SDN. BHD.
MUNDIPHARMA POLSKA SP ZO.O.
MUNDIPHARMA PTE LIMITED
MUNDIPHARMA RESEARCH GMBH & CO. KG
MUNDIPHARMA RESEARCH LIMITED
MUNDIPHARMA RESEARCH VERWALTUNGS GMBH
MUNDIPHARMA SAS
MUNDIPHARMA SCIENTIFIC OFFICE OF MUNDIPHARMA MEA GMBH
MUNDIPHARMA SINGAPORE HOLDING PTE. LIMITED

MUNDIPHARMA TRADING BANGLADESH PRIVATE LIMITED
MUNDIPHARMA VERWALTUNGSGESELLSCHAFT MBH
NAPP LABORATORIES LIMITED
NAPP PENSION TRUSTEES LIMITED
NAPP PHARMACEUTICAL GROUP LIMITED
NAPP PHARMACEUTICAL HOLDINGS LTD.
NAPP PHARMACEUTICALS LIMITED
NAPP RESEARCH CENTRE LIMITED
NAPPWOOD LAND CORPORATION
NAYATT COVE LIFESCIENCE INC.
NITID S.AR.L.
NONTAG S.AR.L.
ONE STAMFORD REALTY L.P.
PAINEUROPE LIMITED
PHARMA ASSOCIATES L.P.
PHARMACEUTICAL RESEARCH ASSOCIATES, INC.
PORTHOS S.AR.L.
PT. MUNDIPHARMA HEALTHCARE INDONESIA
PURDUE FREDERICK INC.
PURDUE PHARMA
PURDUE PHARMA TECHNOLOGIES INC.
PURDUE PHARMA ULC
QDEM PHARMACEUTICALS LIMITED
RAFA LABORATORIES LIMITED
REVLON PAKISTAN PRIVATE LIMITED
RHODES PHARMACEUTICAL INC.
RHODES TECHNOLOGIES INC.
SOFY S.AR.L.
SONGOL S.AR.L.
SONTI S.AR.L.
TACCA B.V.
TAIWAN MUNDIPHARMA PHARMACEUTICALS LTD.
TECHNICAL SCIENTIFIC OFFICE OF MUNDIPHARMA NEAR EAST GMBH
TFC PHARMA GMBH
THE NAPP EDUCATIONAL FOUNDATION
THE P.F. LABORATORIES, INC.
THE PURDUE FREDERICK COMPANY ("PF")
THE REPRESENTATIVE OFFICE OF MUNDIPHARMA PHARMACEUTICALS PTE. LTD. IN
HO CHI MINH CITY (REPRESENTATIVE OFFICE OF MUNDIPHARMA
PHARMACEUTICALS PTE. LTD. (SINGAPORE))
THE TERRAMAR FOUNDATION, INC.
TRANSWORLD PHARMA LIMITED
TXP SERVICES INC.
VACCARO B.V.
VENUSTI B.V.
WIN-HEALTH CARE PRIVATE LIMITED

WIN-MEDICARE PRIVATE LIMITED

## Current Directors and Officers

ANTHONY RONCALLI
CECIL PICKETT
JOHN DUBEL
KEN BUCKFIRE
MIKE COLA
PETER BOER
R. STEVENS MILLER (STEVE MILLER)

## Former Directors and Officers

ALAN DUNTON
ALAN MUST
BEVERLY SACKLER
BRIANNE WEINGARTEN
BURT ROSEN
CRAIG LANDAU, M.D.
DAVID A. SACKLER
DAVID HADDOX
DAVID LUNDIE
DIANA LENKOWSKY
EDWARD B, MAHONY
F. MARK GERACI
GAIL CAWKWELL, M.D.
ILENE SACKLER LEFCOURT
J. ALAN BUTCHER
JACQUES THEURILLAT
JOHN RENGER
JON LOWNE
JONATHAN D. SACKLER
JOSEPHINE MARTIN
KAREN LAUREL
KATHE A. SACKLER, M.D.
LISA E. PILLA
MAGGIE FELTZ
MARC KESSELMAN
MARCELO BIGAL, M.D.
MARIA BARTON
MARV KELLY
MONICA KWARCINSKI, PH.D.
MORTIMER D.A. SACKLER
MORTIMER SACKLER
PAUL MEDEIROS
PAULO F. COSTA

PHILIP C. STRASSBURGER
RALPH SNYDERMAN
RAYMOND SACKLER
RICHARD S. SACKLER, M.D.
RICHARD W. SILBERT
SAMANTHA (SACKLER) HUNT
STUART D. BAKER
THERESA SACKLER
THERESE E. SACKLER

**Banks**

CITIBANK
EAST WEST BANK
GOLDMAN SACHS
JP MORGAN CHASE
METROPOLITAN COMMERCIAL BANK
UBS GROUP AG
WELLS FARGO & COMPANY

**Secured Creditors**

AIR LIQUIDE INDUSTRIAL U.S. LP
IKON FINANCIAL SVCS
U.S. BANK EQUIPMENT FINANCE

**50 Largest Unsecured Creditors**

ALTERGON ITALIA SRL
AMERISOURCEBERGEN
APC WORKFORCE SOLUTIONS LLC
ASCENT HEALTH SERVICES LLC
ASHLAND SPECIALTY INGREDIENTS GP
BIOECLIPSE LLC
CARDINAL HEALTH
CAREMARKPCS HEALTH, L.L.C.
CHALLENGE PRINTING COMPANY
COBBS CREEK HEALTHCARE LLC
COGNIZANT TECH SOLUTIONS US CORP
COMMONWEALTH OF PENNSYLVANIA MEDICAID DRUG REBATE PROGRAM
CONTRACT PHARMACAL CORP
CVS CAREMARK PART D SERVICES, L.L.C.
DEFENSE HEALTH AGENCY
DENVER HEALTH & HOSPITAL AUTH
DEPARTMENT OF HEALTH CARE SERVICES (CA)
DEZENHALL RESOURCES
FRONTAGE LABORATORIES INC

GCI HEALTH
GEORGIA DEPT OF COMMUNITY HEALTH
GLATT AIR TECHNIQUES INC
HEALTHCORE INC
INTEGRATED BEHAVIORAL HEALTH INC
INVENTIV HEALTH CLINICAL LAB INC
INVENTIV HEALTH CONSULTING INC
MCKESSON CORPORATION
MISSOURI HEALTHNET DIVISION
NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
OHIO CLINICAL TRIALS INC
OHIO DEPARTMENT OF MEDICAID
OKLAHOMA HEALTH CARE AUTHORITY
OPTUMRX, INC.
PACKAGING COORDINATORS INC
PHARMACEUTICAL RESEARCH ASSOC INC
PL DEVELOPMENT LLC
PPD DEVELOPMENT LP
PRIME THERAPEUTICS LLC
PURPLE STRATEGIES LLC
RHODES TECHNOLOGIES INC
S EMERSON GROUP INC
SCIECURE PHARMA INC
SPECGX LLC
STATE OF NEW JERSEY DIVISION OF MEDICAL ASSISTANCE AND HEALTH SERVICES
STATE OF NEW YORK DEPARTMENT OF HEALTH
THATCHER COMPANY
TRIALCARD INC
WALRUS LLC
WAVELENGTH ENTERPRISES INC
WISCONSIN DEPARTMENT OF HEALTH SERVICES

**Vendors**

502-538 CANAL STREET LLC
ACCENCIO LLC
ACTIVUS SOLUTIONS LLC
ADVANCED CLINICAL
AETNA HEALTH MANAGEMENT
AGILENT TECHNOLOGIES INC
AGNO PHARMA
AIR CASTLE LIMITED
AIR QUALITY INNOVATIVE SOL LLC
AJINOMOTO ALTHEA INC
ALABAMA MEDICAID AGENCY
ALCALIBER SA

ALCAMI CORPORATION
ALIVIO THERAPEUTICS
ALLIED UNIVERSAL SECURITY SERVICES
ALPHA SCRIP INCORPORATED
ALTASCIENCES CO INC
ALVOGEN MALTA OPERATIONS LTD
AMERICAN EXPRESS
AMERICAN UNITED LIFE INS CO
ANAQUA INC
ANI PHARMACEUTICALS CANADA INC
APC WORKFORCE SOLUTIONS LLC
APEXUS LLC
APLICARE INC
APTUS HEALTH
ARIBA INC
ARIZONA HEALTH CARE COST
ARKANSAS DHS PHARMACY REBATE
ASCENT PHARMACEUTICALS INC
ASHLAND SPECIALTY INGREDIENTS GP
ASTRO CHEMICALS INC
ATLANTIC CORP OF WILMINGTON INC
ATOMUS INC
AVISTA PHARMA SOLUTIONS INC
A-Z CORPORATION
BANK OF AMERICA N.A.
BANNER PHARMACAPS INC
BATES WHITE LLC
BDO USA LLP
BERLIN PACKAGING LLC
BI WORLDWIDE
BIOECLIPSE LLC
BLUE CROSS BLUE SHIELD
BLUE MATTER LLC
BLUEPRINT RESEARCH GROUP LLC
BOYLE TRANSPORTATION
BRENNTAG NORTHEAST INC
BREWSTER JORY ASSOCIATES LLC
BRICK CITY GREENHOUSE LLC
CAMBREX CHARLES CITY INC
CAPSUGEL
CAREMARKPCS HEALTH LP
CBRE, INC
CC FORD GROUP LLC
CCL LABEL INC
CELLACT PHARMA GMBH
CENPLEX BUILDING SERVICES

CENTIMARK CORPORATION
CERIDIAN HCM INC
CHALLENGE PRINTING COMPANY
CHARLES RIVER LABORATORIES
CHICAGO TITLE CO LLC
CIGNA HEALTH AND LIFE INSURANCE CO
CIGNA PARTICIPANT HSA FUNDING FUNDI
CINTAS CORPORATION
CITY OF WILSON
CLARIANT PLASTICS & COATINGS
CLARIVATE ANALYTICS US LLC
CLARUSONE SOURCING SERVICES LLP
CLOCKWELL STRATEGY LLC
COBBS CREEK HEALTHCARE LLC
COBRA LEGAL SOLUTIONS LLC
COGNIZANT TECH SOLUTIONS US CORP
COLORCON INC
COMDATA INC
COMMISSIONER OF SOCIAL SERVICES
COMMUNITIES 4 ACTION INC
CONTRACT PHARMACAL CORP
CONVERCENT INC
CORE ACCESS GROUP LLC
CORNERSTONE RESEARCH INC
COVERMYMEDS LLC
CROWE AND DUNLEVY
CSC CONSULTING INC
CSPACE
CULINART INC
CUMBERLAND CONSULTING GROUP LLC
CUSTOMER MARKETING GROUP
DANIEL J EDELMAN LIMITED
DASSAULT SYSTEMES AMERICAS CORP
DASSAULT SYSTEMES BIOVIA CORP
DDB HELATH NEW YORK LLC
DEBEVOISE & PLIMPTON LLP
DECISION RESOURCES INC
DEERFIELD AGENCY
DELL USA LP
DELOITTE & TOUCHE LLP
DENVER HEALTH & HOSPITAL AUTH
DEPARTMENT OF HEALTH SERVICES
DEPARTMENT OF VERMONT HEALTH ACCESS, STATE OF VT
DEPOMED INC
DEPT OF HEALTH & HUMAN SERVICES
DEPT OF MEDICAL ASSISTANCE SERVICES

DEPT OF VETERANS AFFAIRS
DEZENHALL RESOURCES
DHS DRUG REBATE
DHS MEDICAID EXPANSION REBATE 054
DIRAY MEDIA INC
DIRECT ENERGY BUSINESS
DLA PIPER LLP US
DOD TRICARE MANAGEMENT ACTIVITY
DORSEY & WHITNEY LLP
DOTTIKON EXCLUSIVE SYNTHESIS AG
DOW CHEMICAL COMPANY
DR DECISION RESOURCES INC
DRUGSCAN INC
DUKE UNIVERSITY
DUPONT NUTRITION USA INC
DURHAM COUNTY TAX COLLECTOR
EARNED VISIBILITY INC
ECKHARD MUHLHAUSER
ECONDISC CONTRACTING SOLUTIONS LLC
EDGE LITIGATION CONSULTING LLC
EDWARDS INC
EISAI INC
ELSEVIER
EMC CORP
ENVISION PHARMACEUTICAL SERVICES
EPIC PHARMA LLC
ERESEARCH TECHNOLOGY INC
ERX NETWORK HOLDINGS INC
ESTEVE PHARMACEUTICALS, S.A.EVERFI INC
FAYETTE MEMORIAL HOSPITAL ASSOC INC
FETTE AMERICA INC
FIDELITY MANAGED INCOME
FIRST HEALTH
FISHER SCIENTIFIC CO LLC
FLORIDA AGENCY FOR HEALTH CARE ADMN
FLORIDA AGENCY FOR HEALTHCARE
FRONTAGE LABORATORIES INC
FRONTIDA BIOPHARMA INC
FTI CONSULTING SC INC
GCI HEALTH
GEFCO FORWARDING USA INC
GEISINGER CLINIC
GENERAL CONTAINER CORP
GLATT AIR TECHNIQUES INC
GOLDMAN SACHS ASSET MGMT LP
GRANULES USA INC

GRM INFORMATION MANAGEMENT
GRUNENTHAL GMBH (EUR)
HALO PHARMACEUTICAL INC
HANNEGAN LANDAU POERSH & ROSENBAUM
HARM REDUCTION THERAPEUTICS INC
HART ENGINEERING CORP
HARVARD PILGRIM HEALTH CARE
HAVAS HEALTH INC
HB COMMUNICATIONS INC
HCL AMERICA INC
HEALTH ADVANCES INC
HEALTH AND HUMAN SERVICES COMM
HEALTH CARE AUTHORITY
HEALTH CARE FINANCE & POLICY
HEALTHAGEN
HEALTHCORE INC
HEALTHPARTNERS INC
HERITAGE ENVIRONMENTAL SERVICES
HEYMAN GROUP LLC
HOST ANALYTICS INC
HP ENTERPRISE SERVICES LLC
IHEART MEDIA ENTERTAINMENT INC
ILLINOIS DEPARTMENT OF PUBLIC AID
IMCD US LLC
INC RESEARCH LLC
INC RESEARCH TORONTO INC
INDEPENDENT HEALTH ASSOCIATION
INDIANA MEDICAID DRUG REBATES ACS
INDOET LTD
INDUSTRIAL & CONSTRUCTION
INFLEXXION
INFORMA BUSINESS INTELLIGENCE INC
INFORMATION RESOURCES INC
INTEGRATED BEHAVIORAL HEALTH INC
INTEGREON MANAGED SOLUTIONS INC
INTERSTATE RESOURCES INC
INVENTIV COMMERCIAL SERVICES LLC
INVENTIV HEALTH CLINICAL LAB INC
INVENTIV HEALTH CONSULTING INC
IQVIA INC
IQVIA RDS INC
IRONTON & LAWRENCE COUNTY AREA
J KNIPPER AND CO INC
JOHNSON CONTROLS INC
JOHNSON MATTHEY INC
JOSEPH HAGE AARONSON LLC

JRS MAINTENANCE SERVICE INC
JS CIVIL LAW GROUP PLLC
JS MCCARTHY PRINTERS
KAISER FOUNDATION HEALTH PLAN
KAISER FOUNDATION HOSPITAL
KANTAR HEALTH INC
KAPLAN HECKER & FINK LLP
KARR TUTTLE CAMPBELL
KASHIV PHARMA LLC
KERNEL LLC
KERRY INGREDIENTS & FLAVOURS
KLEINFELD KAPLAN & BECKER
KLICK USA INC
LEGACY PHARMACEUTICAL PACKAGING LLC
LEGAL & GENERAL INVESTMENT
LEVERAGE GLOBAL CONSULTING LLC
LIGHT SCIENCES ONCOLOGY INC
LOWENSTEIN SANDLER PC
LPW TRAINING SERVICES LLC
LTS LOHMANN THERAPY SYSTEMS
LUMINAIRE CANADA INC
LUTHER J STRANGE III
LYNN PINKER COX & HURST LLP
MAGELLAN RX MANAGEMENT
MAIWALD PATENTANWALTS GMBH
MANAGED MARKETS
MARGARET MARY COMMUNITY HOSPITAL
MARINO TORTORELLA & BOYLE PC
MARKETVISION RESEARCH INC
MARSH USA INC
MC-21 HEALTHCARE LLC
MC3 INC
MCKEE BUILDING GROUP INC
MCKESSON SPECIALTY ARIZONA INC
MCMASTER CARR SUPPLY COMPANY
MEDICAL ASSIST RECOVERIES FEDERAL
MEDIDATA SOLUTIONS INC
MEDIMPACT HEALTHCARE SYSTEMS INC
MEDLINE INDUSTRIES INC
MERCER HEALTH & BENEFITS LLC
MERIDIAN COMP OF NEW YORK
MG AMERICA INC
MICHAEL ALLEN COMPANY LLC
MICHAEL J COLLINS
MICROSOFT LICENSING GROUP
MISSOURI DIVISION OF MEDICAL SVCS

MITRATECH HOLDINGS INC
MODEL N INC
MORRIS NICHOLS ARSHT & TUNNELL LLP
MOVILITAS CONSULTING LLC
MS CLINICAL SERVICES LLC
MULTISORB TECHNOLOGIES INC
MULVANEY MECHANICAL INC
MUNDIPHARMA INTERNATIONAL LTD
MUNDIPHARMA LABORATORIES GMBH
MUNDIPHARMA SINGAPORE
MYLAN PHARMACEUTICALS INC
NAVITUS HEALTH SOLUTIONS LLC
NCH MARKETING SERVICES INC
NEAL & HARWELL PLC
NELSON MULLINS RILEY &
NETASSEMBLE.COM INC
NEW ENGLAND CONTROLS INC
NEW JERSEY DRUG REBATE PROGRAM
NEWS AMERICA MARKETING FSI LLC
NIELSEN CO LLC
NOAHSPHARM LTD
NORAMCO GMBH
NORAMCO INC
NORTHLAKE INTERNATIONAL LLC
NOVATION LLC
NOW WHAT RESEARCH
NYS DEPARTMENT OF HEALTH
O BERK CO
OHIO CLINICAL TRIALS INC
OPTIMIZERX CORP
OPTISOURCE LLC
OPTUMHEALTH AMINISTERED PLAN
ORACLE AMERICA INC
OTIS ELEVATOR COMPANY
PA DEPT OF HUMAN SERVICES/DRP
PACKAGING COORDINATIORS INC
PADILLA SPEER BEARDSLEY INC
PAINWEEK
PARTICLE SCIENCES INC
PATHEON PHARMACEUTICALS INC
PEREGRINE MARKET ACCESS
PETRILLO KLEIN & BOXER LLP
PFAUDLER INC
PHARMACEUTICAL PRODUCT STEWARDSHIP
PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA (PHRMA)
PHARMACEUTICAL RESEARCH ASSOC

PHARMACEUTICAL RESEARCH ASSOC INC
PHARMACEUTICS INTERNATIONAL INC
PHARMACY SELECT LLP
PHOENIX LITHOGRAPHING CORP
PINNEY ASSOCIATES
PL DEVELOPMENT LLC
PORTER HEDGES LLP
PPD DEVELOPMENT LLC
PPD DEVELOPMENT LP
PRAXIS PRECISION MEDICINES INC
PRECISION COMPUTER SERVICES INC
PRECISION PROMOTIONAL EFFECTIVENESS
PREMISE HEALTH
PREMISE HLTH EMPLOYER SOLUTIONS LLC
PRESIDIO NETWORKED SOLUTIONS INC
PRICE WATERHOUSE COOPERS LLP
PRIME CLERK LLC
PRINCETON BRAND ECONOMETRICS INC
PRINCETON OFFICE CENTER LLC
PROED COMMUNICATIONS INC
PROFESSIONAL DISPOSABLES INTL INC
PROQUEST LLC
PROVIDENCE GENERAL FOUNDATION
PSL GROUP AMERICAN LIMITED
PUBLICIS HLTH/DISCOVERY USA
PURDUE PHARMA CANADA
PURDUE PHARMA LP FLEX
PURDUE PHARMACEUTICALS LP
PURE COMMUNICATIONS LLC
PUREFLOW INC
PURPLE STRATEGIES LLC
QUALITY CHEMICAL LABORATORIES
QUINN EMANUEL URQUHART &
RAZORFISH HEALTH
REED SMITH LLP
RELAYHEALTH
RELTIO INC
RENEWAL HOUSE INC
REVITAS INC
REVOLUTION DIGITAL
RHODES TECHNOLOGIES
RICOH USA INC
RIGHT MANAGEMENT CONSULTANTS
ROBERT BOSCH PACKAGING
ROBERT S MILLER
RODA CREATIVE SERVICES

ROLESVILLE EQUIPMENT CO
RUSSELL REYNOLDS ASSOC INC
RXMOSAIC LLC
S EMERSON GROUP INC
SAP AMERICA
SCENIC DESIGNS INC
SCHNEIDER ELECTRIC BUILDINGS
SCHULTE ROTH & ZABEL LLP
SCIOSCIENTIFIC LLC
SECURITY SERVICES OF CONNECTICUT
SENTIENT JET LLC
SGS NORTH AMERICA INC
SHARP CORP
SHI INTERNATIONAL CORP
SHIONOGI INC
SIDLEY AUSTIN LLP
SIEGFRIED USA INC
SIEMENS INDUSTRY INC
SIMR INC
SKARZYNSKI BLACK LLC
SMART ANALYST INC
SNELL & WILMER LLP
SODEXO OPERATIONS LLC
SOTAX CORP
SOUTH CAROLINA DEPT OF HEALTH
SOUTHEAST INDUSTRIAL EQUIPMENT INC
SOUTHPORT LAW OFFICES LLC
SPARTA SYSTEMS INC
SPEARS & IMES LLP
SPECGX LLC
SPECTRA AUTOMATION LTD
SPENCER STUART
SPINETHERA INC
STANDARD INSURANCE CO
STATE & FEDERAL COMMUNICATIONS INC
STATE OF IDAHO
STATE OF KANSAS DEPT OF HEALTH
STATE OF MAINE
STATE OF MICHIGAN
STATE OF MISSISSIPPI DIV OF MEDICAI
STERNE KESSLER GOLDSTEIN & FOX PLLC
STROZ FRIEDBERG INC
SUDLER & HENNESSEY
SULLIVAN & MCLAUGHLIN COMPANIES INC
SUN PHARMACEUTICALS INDUSTRIES
SYMBIANCE INC

SYNCOM BV
SYSTECH SOLUTIONS INC
SYSTEMS MANAGEMENT PLANNING INC
TECHNICAL TRAFFIC CONSULTANTS
TECHNOLOGY CONCEPTS & DESIGN INC
TETRAGENTETICS INC
TEVA API INC
TEVA CANADA LIMITED
TEVA PHARMACEUTICAL INDUSTRIES LTD
TEVA PHARMACEUTICALS USA INC
THATCHER COMPANY
THE CHILDRENS CENTER OF HAMDEN INC
THE JOLT AGENCY
THE LYNX GROUP LLC
THE MCMAHON GROUP LLC
THE SASHA GROUP LLC
TMO TURKISH GRAIN BOARD
TOWERS WATSON DELAWARE INC
TRACELINK INC
TRANSITCHEK
TREK MEDICS INTERNATIONAL
TRI PAC INC
TRIALCARD INC
TRIBUNE MEDIA COMPANY
TRICORBRAUN INC
TRUVEN HEALTH ANALYTICS LLC
TURNER CONSTRUCTION COMPANY
TXP SERVICES INC
UBS AG STAMFORD
UNITED BIOSOURCE LLC
UNITED PARCEL SERVICE
UNITED SERVICES OF AMERICA INC
UNITED STATES PHARMACOPEIAL CONVENT
UNITED STATES TREASURY
UNIVERSITY OF DELAWARE
UNIVERSITY OF SOUTH FLORIDA
UPS SUPPLY CHAIN SOLUTIONS
UTAH DEPARTMENT OF HEALTH
VALASSIS DIRECT MAIL INC
VALUECENTRIC LLC
VAYNERMEDIA
VEEVA SYSTEMS INC
VENABLE LLP
VEOLIA ES TECHNICAL SOLUTIONS
VIADUCT LANDHOLDINGS MGMT &
VIDA VENTURES

VORYS SATER SEYMOUR & PEASE LLP
VV ALACRITY LLC
WALDORF ASTORIA AMSTERDAM
WALGREEN CO
WALGREENS
WALGREENS BOOTS ALLIANCE
WALMART INC
WALRUS LLC
WATERS CORPORATION
WEIL GOTSHAL & MANGES LLP
WELLS FARGO FINANCIAL LEASING INC
WEST VIRGINIA DEPT OF HEALTH &
WHEELS INC
WHR GROUP
WIGGIN & DANA LLP
WILMER CUTLER PICKERING
WILSON COUNTY TAX COLLECTOR
WPP GROUP USA INC
XTTRIUM LABORATORIES INC
YALE UNIVERSITY
ZEROCHAOS
ZITTER GROUP
ZS ASSOCIATES INC
ZSCALER INC

**Customers**

ACE SURGICAL SUPPLY
ALBERTSONS
ALLIANCE ANIMAL CARE LLC
AMAZON.COM
AMD PENNSYLVANIA LLC
AMERISOURCE HEALTH SERVS CORP
AMERISOURCEBERGEN CORPORATION
AMERISOURCEBERGEN DRUG CORP
ANDA INC
ASSOCIATED FOOD STORES
ASSOCIATED PHARMACIES INC
AUBURN PHARMACEUTICAL COMPANY
BASHAS INC
BECK LEE
BELL MEDICAL SERVICES INC
BIG DEES TACK AND VET SUPPLY
BLOODWORTH WHOLESALE DRUGS
BLUPAX PHARMACEUTICALS LLC
BORSCHOW HOSP & MED SUPPLIES

BRADLEY CALDWELL SUPPLY
BRUCE MEDICAL SUPPLY
BURLINGTON DRUG CO INC
C&S METRO/C&S BRATTLEBORO
CAPITAL WHOLESALE DRUG AND CO
CARDINAL HEALTH DBA HARVARD DRUI
CARDINAL HEALTH INC
CARDINAL HEALTH P.R. 120 INC
CERTCO INC
CESAR CASTILLO INC
CLAFLIN COMPANY
COMPLETE MEDICAL SUPPLIES
CONCORDANCE HEALTHCARE SOLUTION[
CVS CAREMARK
CVS DISTRIBUTION
DAKOTA DRUG INC
DISCOUNT DRUG MART
DMS PHARMACEUTICAL GROUP INC
DROGUERIA BETANCES LLC
DRUGS UNLIMITED INC
DV MEDICAL SUPPLY
EXPRESS MEDICAL SUPPLY
EXPRESS SCRIPTS
FISHER SCIENTIFIC
FLORIDA HARDWARE LLC
FRED MEYER
GENETCO  INC
GOLDEN STATE MEDICAL SUPPLY INC
GOLUB CENTRAL DIST
GREENHILL TRADING INC
H E BUTT GROCERY
HANNAS PHARMACEUTICAL SUPPLY
HARMON STORES INC
HARRIS TEETER
HBC SERVICE
HD SMITH LLC
HE BUTT GROCERY COMPANY
HEALTHSOURCE  DISTRIBUTORS   LLC
HENRY SCHEIN ANIMAL HEALTH
HONEYWELL SAFETY PRODUCTS
HY VEE
IMPERIAL DISTRIBUTORS INC
INDEPENDENT PHARMACY COOPERATIVI
INGLES MARKETS INC
JAMS WHOLESALE DISTRIBUTION
JEFFERS VET SUPPLY

JET.COM INC
KEYSOURCE ACQUISITION LLC
KINNEY DRUGS
KINRAY INC
KMART CORPORATION
KPH HEALTHCARE SERVICES INC
L&R DISTRIBUTORS INC
LAKE ERIE MEDICAL
LOUISIANA WHOLESALE DRUG CO INCI
MARC GLASSMAN
MCKESSON CORP
MCKESSON FINANCIAL DOCUMENT
MEDSAFE
MEIJER
MERCHANTS DISTRIBUTORS
METRO MEDICAL SUPPLY
MEYERS SUPPLY
MIAMI LUKEN INC
MIDWEST VETERINARY SUPPLY
MORRIS DICKSON COMPANY LTD
MWI VETERINARY SUPPLY
N C MUTUAL
NASH FINCH
NATIONWIDE MEDICAL/SURGICAL
NORMED
NORTHWEST GENERICS LLC
OPTUMRX
OWENS & MINOR
PARK SURGICAL CO INC
PEYTONS
PEYTONS FOUNTAIN
PHARMACY BUYING ASSOCIATION
PMHI MEDCO SUPPLY CO
PRESCRIPTION SUPPLY INC
PUBLIX SUPER MARKETS INC
QUEST PHARMACEUTICALS INC
RALPHS GROCERY
RICHIE PHARMACAL CO INC
ROBERT MATTHEWS COMPANY
ROCHESTER DRUG COOPERATIVE INC
ROUNDYS INC
SAFE CHAIN
SAFEWAY MAIL STOP
SALUS MEDICAL LLC
SAVE MART MODESTO YOSEMITE WHS
SCHNUCK MARKETS

SCHNUCKS MARKETS INC
SCHOOL HEALTH SUPPLIES
SMITH DRUG COMPANY
SOUTHERN LIVESTOCK SUPPLY
SPARTAN NASH INC
STATER BROTHERS MARKET
SUNSET PHARMACEUTICALS INC
SUPERVALU
SUPERVALU PHARMCIES INC
TARGET CORP
THE HILSINGER COMPANY
THRIFTY WHITE
TOP RX LLC
U RM STORES INC
VALLEY VETERINARY CLINIC LTD
VALLEY WHOLESALE DRUG CO LLC
VALU MERCHANDISERS COMPANY
VALUE DRUG COMPANY
VETERINARY SERVICE INC
VF GRACE
VISTAPHARM INC
VITACOST.COM
WALMART STORES INC
WEGMANS FOOD MARKETS
WESTERN SADDLERY
WINCO FOODS LLC

**Government Authorities**

PENSION BENEFIT GUARANTY CORPORATION
UNITED STATES FOOD AND DRUG ADMINISTRATION (FDA)
UNITED STATES DRUG ENFORCEMENT ADMINISTRATION (DEA)

**Utilities**

AQUARION WATER COMPANY OF CT
AT&T
CABLEVISION LIGHTPATH INC
CENTURYLINK
CLEAN HARBORS INC
COMCAST
CON EDISON
COX BUSINESS
CRYSTAL ROCK
CRYSTAL ROCK / DS SERVICES OF AMERICA, INC
DANOX ENVIRONMENTAL SERVICES  INC
DIRECT ENERGY BUSINESS

DIRECT ENERGY SERVICES LLC
DOMINION ENERGY
DS SERVICES OF AMERICA, INC
DUKE ENERGY
EARTHLINK
EARTHLINK BUSINESS COMPANY
EVERSOURCE ENERGY
EVERSOURCE ENERGY / CL&P
EVERSOURCE ENERGY / YANKEE GAS
FRONTIER
FRONTIER COMMUNICATIONS
GREENLIGHT
HERITAGE ENVIRONMENTAL SERVICES
HOCON GAS INC
HOCON INDUSTRIAL GAS
IPASS
KENT COUNTY WATER AUTHORITY
LAVOIE & SON INDUSTRIAL
LIVEMESSAGE
MASERGY COMMUNICATIONS INC
MATHESON TRI GAS INC
MCI COMM SERVICE
NATIONAL GRID
NEW JERSEY AMERICAN WATER CO
ON SITE SHREDDING LLC
OPTIMUM - CABLEVISION
PSE&G
PSNC ENERGY
SOUTHERN ELEVATOR CO INC
SPECTRUM BUSINESS
SPRINT
STALLINGS BROTHERS HOLDINGS INC
STERICYCLE INC
SUEZ WTS USA INC
TIME WARNER CABLE
TIME WARNER CABLE ENTERPRISES LLC
VEOLIA ES TECHNICAL SOLUTIONS
VERIZON
VERIZON WASHINGTON DC INC
WASTE INDUSTRIES LLC
ZOOM VIDEO COMMUNICATIONS

## Insurers

ACE AMERICAN INSURANCE CO.
ACE PROPERTY AND CASUALTY INSURANCE COMPANY

CHUBB
ENDURANCE ASSURANCE CORP
FACTORY MUTUAL INSURANCE COMPANY
FM GLOBAL TRANSIT
GREAT AMERICAN INSURANCE COMPANY (VOSCO)
IRONSHORE SPECIALTY INSURANCE COMPANY
ISOSCELES INSURANCE LTD. SEPARATE ACCOUNT [PPLP-01]
LIBERTY INSURANCE CORP
LIBERTY MUTUAL FIRE INSURANCE COMPANY
LIBERTY SURPLUS INSURANCE CORPORATION (NON-ADMITTED)
NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA (AIG)
OLD REPUBLIC INSURANCE COMPANY
STEADFAST INSURANCE COMPANY – ZURICH
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA (AIG WORLDSOURCE)
U.S. SPECIALTY INSURANCE COMPANY - HCC
ZURICH AMERICAN INSURANCE COMPANY

**Surety Bonds**

WESTCHESTER FIRE INSURANCE COMPANY

**Equity Interests**

ANTHONY M. RONCALLI
BANELA CORPORATION
BEACON COMPANY
BR HOLDINGS ASSOCIATES INC.
BR HOLDINGS ASSOCIATES L.P.
HEATHERIDGE TRUST COMPANY LIMITED,
HERCULES TRUST
JEFFREY A. ROBINS,
LESLIE J. SCHREYER
LINARITE HOLDINGS LLC
MILLBORNE TRUST COMPANY LIMITED
PERTHLITE HOLDINGS LLC
PLP ASSOCIATES HOLDINGS INC.
PLP ASSOCIATES HOLDINGS L.P.
RAYMOND R. SACKLER
ROSEBAY MEDICAL COMPANY L.P.
ROSEBAY MEDICAL COMPANY, INC.
STANHOPE GATE CORP.

**Restructuring Professionals**

ALIXPARTNERS LLP
DAVIS POLK AND WARDWELL LLP

PJT PARTNERS LP
TENEO STRATEGY LLC

**Creditor Committee Professionals**

AKIN GUMP STRAUSS HAUER & FELD LLP
BAYARD, P.A.
BROWN RUDNICK LLP
FTI CONSULTING, INC.
JEFFERIES GROUP LLC
KRAMER LEVIN NAFTALIS & FRANKEL LLP
PROVINCE, INC.

**Other Consultants & Advisors**

DELOITTE CONSULTING LLP
ERNST & YOUNG
GENESIS RESEARCH LLC
IBM CORPORATION
MCKINSEY & CO INC
TRINITY PARTNERS LLC
ZS ASSOCIATES INC

**Licensing Agreements**

ABBOTT LABORATORIES
GRÜNENTHAL GMBH
UNIVERSITY OF TEXAS

**Litigation**

OCCIDENTAL CHEMICAL CORPORATION

**Landlords**

CLARIANT PLASTICS & COATINGS
ONE STAMFORD REALTY L.P.
UBS FINANCIAL SERVICES INC.

**Sublessees**

AIRCASTLE ADVISOR LLC
BROOKSIDE EQUITY PARTNERS
CHARTER COMMUNICATIONS HOLDING COMPANY, LLC
HILLSIDE CAPITAL INCORPORATED
KOKINO LLC
PHARMACEUTICAL RESEARCH ASSOCIATES, INC.
TXP SERVICES INC.

W.J. DEUTSCH & SONS LTD.

**United States Bankruptcy Judges (Southern District of New York)**

CECELIA G. MORRIS
JAMES L. GARRITY JR.
MARTIN GLENN
MARY KAY VYSKOCIL
MICHAEL E. WILES
ROBERT D. DRAIN
ROBERT E. GROSSMAN
SEAN H. LANE
SHELLEY C. CHAPMAN
STUART M. BERNSTEIN

**United States Trustee's Office (Region 2, Southern District of New York, Manhattan and White Plains Divisions)**

ANDREA B. SCHWARTZ
ANDY VELEZ-RIVERA
BENJAMIN J. HIGGINS
BRIAN S. MASUMOTO
CHEUK M. NG
DANNY A. CHOY
ERCILIA A. MENDOZA
GREG M. ZIPES
ILUSION RODRIGUEZ
LINDA A. RIFFKIN
MARIA CATAPANO
MARY V. MORONEY
NADKARNI JOSEPH
PAUL K. SCHWARTZBERG
RICHARD C. MORRISSEY
SERENE NAKANO
SHANNON SCOTT
SUSAN ARBEIT
SYLVESTER SHARP
VICTOR ABRIANO

**Debtor Legal Counsel**

ABE IKUBO & KATAYAMA
ABG INTELLECTUAL PROPERTY LAW
ANAQUA SERVICES INC
ANGELI UNGAR LAW GROUP LLC
ARNOLD & PORTER KAYE SCHOLER LLP
BASSFORD REMELE

BERESFORD BOOTH PPLC
BLANK ROME LLP
BORDEN LADNER GERVAIS LLP
BRINKS GILSON & LIONE
BRUNINI GRANTHAM GROWER HEWES, PLLC
CETRULO LLP
CHRIS SHAPLEY
CIPRIANI & WERNER PC
COGENCY GLOBAL
COLE SCOTT & KISSANE
COVINGTON & BURLING LLP
CROWE & DUNLEVY
DANNEMANN SIEMSEN ADVOGADOS
DANNEMANN SIEMSEN BIGLER & IPANEMA MOREIRA
DAVIDSON, DAVIDSON & KAPPEL, LLC
DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
DECHERT LLP
DEHAY & ELLISTON LLP
DINSE, KNAPP & MCANDREW
DLA PIPER LLP
DORSEY & WHITNEY LLP
DURBIN LARIMORE & BIALICK
EURO CELTIQUE S.A.
EVANS FEARS & SCHUTTERT LLP
FOX, O'NEILL & SHANNON S.C.
FRAZER GREENE UPCHURCH & BAKER, LLC
FROST BROWN TODD LLC
GERMAN GALLAGHER MURTAGH
GIBSON DUNN & CRUTCHER LLP
GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN LLC
GUNDERSON, PALMER, NELSON, ASHMORE LLP
HANNEGAN LANDAU POERSCH & ROSENBAM ADVOCACY, LLC
HEPLER BROOM LLC
HINCKLEY, ALLEN & SNYDER LLP
HIRST APPLEGATE, LLP
HOGAN LOVELLS US LLP [DC]
HOLLAND & HART
JACKSON LEWIS P.C.
JOHN LOCKEY (BARRISTER)
JONES DAY
KARR TUTTLE CAMPBELL
KING & SPALDING LLP
KLEINFELD KAPLAN AND BECKER LLP
LARSON O'BRIEN LLP
LAW OFFICES OF IAN E. BJORKMAN, LLC
LEASON ELLIS LLP

LEWIS JOHS AVALLONE AVILES, LLP
LOWENSTEIN SANDLER LLP
LYNN PINKER COX & HURST
LYTLE SOULE & CURLEE, P.C.
MAIWALD
MARKS & CLERK LLP
MAYNARD COOPER GALE
MDL 2804 DEFENDANT SPECIAL MASTER FUND
MELTZER, PURTILL & STELLE, LLC
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC
MONTGOMERY & ANDREWS, PA
MORGAN LEWIS & BOCKIUS LLP
MORRIS NICHOLS ARSHT AND TUNNELL LLP
MORRISON & FOERSTER LLP
NEAL & HARWELL
NELSON MULLINS RILEY & SCARBOROUGH LLP
NIXON PEABODY
NORTON ROSE FULBRIGHT US LLP
OLIVERIO & MARCACCIO LLP
O'NEILL & BORGES
PARK JENSEN BENNETT LLP
PARKER HURST & BURNETT PLC
PARSONS BEHLE & LATIMER
PENN STUART & ESKRIDGE
PRYOR CASHMAN LLP
REED SMITH, LLP
REICHARD & ESCALERA LLC
REILLY, MCDEVITT & HENRICH, P.C.
REMINGER CO., L.P.A.
RICHMOND & QUINN
ROBINSON GRAY STEPP & LAFFITTE, LLC
SANDS ANDERSON PC
SEMMES ATTORNEYS AT LAW
SHAW KELLER LLP
SIDLEY AUSTIN, LLP
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
SKARZYNSKI BLACK
SNELL & WILMER
STEPTOE & JOHNSON
STERNE KESSLER GOLDSTEIN FOX PLLC
STIKEMAN ELLIOTT, LLP
STITES & HARBISON, PLLC
TAYLOR ENGLISH
TAYLOR LAW OFFICE
THOMPSON COBURN, LLP
THOMPSON HINE

TROUTMAN SANDERS LLP
VOGEL LAW FIRM, LTD.
VORYS SATER SEYMOUR & PEASE
WALSH PIZZI O'REILLY FALANGA LLP
WHEELER TRIGG O'DONNELL LLP
WIGGIN AND DANA, LLP
WILMER CUTLER PICKERING HALE AND DORR, LLP

## Director and Officer Legal Counsel

BRENNER, SALTZMAN & WALLMAN LLP
CAMERON & MITTLEMAN
CHOATE HALL & STEWART LLP
COHEN & GRESSER LLP
COHNE KINGHORN
CONNER & WINTERS, LLP
DAVISON LAW
DAY PITNEY
DEBEVOISE & PLIMPTON LLP
DEBORAH BARBIER
FITCH LAW PARTNERS
HAUG PARTNERS
HAWKINS PARNELL & YOUNG
JOSEPH HAGE AARONSON LLC
KELLEY JASONS MCGOWAN SPINELLI HANNA & REBER, LLP
LANKLER SIFFERT & WOHL LLP
LEWIS THOMASON KING KRIEG
LUM, DRASCO & POSITAN LLC
LUTHER STRANGE & ASSOCIATES LLC
MCDERMOTT WILL & EMERY
MULINIX GOERKE & MEYER PPLC
NELSON MULLINS RILEY & SCARBOROUGH LLP
NORTON ROSE
NORTON ROSE (STROZ PASS THROUGH)
PAUL WEISS
ROSENTHAL LURIE & BROUDY LLC
SALVATORE PRESCOTT & PORTER, PPLC
SIMPSON THACHER BARLETT LLP
STEPTOE & JOHNSON
WHEELER TRIGG O'DONNELL LLP
ZEIGER TIGGES & LITTLE LLP

## Employee Indemnity Legal Counsel

BERESFORD BOOTH PPLC
BLANK ROME LLP
BRYAN CAVE LLP

CURL GLASSON & PATRASCIOUIU PLC
DLA PIPER LLP
LISA MALLINGER
LYTLE SOULE & CURLEE, P.C.
MILLER & CHEVALIER
PETRILLO KLEIN & BOXER
PORTER HEDGES, LLP
RICHARD J. PRENDERGAST, LTD
RIKER DANZIG SCHERER HYLAND & PERRETTI, LLP
ROBERT LIMA
SALVATORE PRESCOTT & PORTER, PPLC
TAYLOR LAW OFFICE
VENABLE LLP

**Plaintiffs' Attorneys**

AARON & GIANNA, PLC
ABBOUD LAW FIRM
ABOTT LAW GROUP
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING PC
ALEXANDER CORDER
ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
ALEXANDRIA CITY ATTORNEY
ALICIA ROSHONG
ALLAN J. GEORGE
ALTMAN LEGAL GROUP
ALVENDIA, KELLY & DEMAREST LLC
AMY ARRINGTON
ANAPOL WEISS
ANDERSON & KARRENBERG
ANDREWS & THORNTON
ANDRUS ANDERSON
ANDRUS WAGSTAFF
ANGELA HAMMONDS-SAUCIER
ARCHIE LAMB & ASSOCIATES, LLC
ASKMAN LAW FIRM
ATLANTA DEPT. OF LAW
ATTORNEY GENERAL OF VIRGINIA
AXLEY BRYNELSON
BAD RIVER LEGAL DEPT.
BAHE COOK CANTLEY & NEFZGER PLC
BAILEY & GREER
BALCH & BINGHAM
BALDWIN CROCKER
BARBARA D. UNDERWOOD
BARON & BUDD

BARRACK, RODOS & BACINE
BARRETT LAW GROUP, P.A.
BARRETT LAW OFFICE
BARRIOS, KINGSDORF & CASTEIX
BEARD & BEARD
BEASLEY ALLEN LAW FIRM
BECK, AMSDEN & STALPES, PLLC
BEDFORD, ROGERS & BOWLING PC
BEGGS & LANE
BEHM AND BEHM
BELL LAW FIRM
BENTLEY & BRUNING, PA
BERGER & MONTAGUE, PC
BERKE, BERKE & BERKE
BERN CAPPELLI
BERRIGAN LITCHFIELD
BIANCO PA
BIRD LAW GROUP
BIRMINGHAM & CWACH
BLACKBURN & CONNER
BLACKMON & BLACKMON
BLANCO COUNTY
BLASINGAME, BURCH, GARRARD & ASHLEY, PC
BOBBY R. MANNING
BONI, ZACK & SNYDER
BONSIGNORE, LLC
BOONE KARLBERG
BOSSIER & ASSOCIATES, PLLC
BOWLING & JOHNSON
BRANSTETTER, STRANCH & JENNINGS
BRASWELL MURPHY LLC
BRAUD & GALLAGHER
BRAZOS COUNTY ATTORNEY'S OFFICE
BRENNAN, MANNA & DIAMOND
BRENT L. CRUMPTON, PC
BRIAN K. BALSER
BRINDISI, MURAD & BRINDISI PEARLMAN
BRINSON, ASKEW, BERRY, SIEGLER, RICHARDSON & DAVIS
BRIOL & BENSON
BRISTER & BRISTER
BROUSSARD BALONEY
BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND & WATKINS
BRUHL LAW FIRM
BRUNSON, BARNETT & SHERRER
BRYANT LAW CENTER
BUERGER, MOSELEY & CARSON

BUFETE ANDREU & SAGARDIA
BURG SIMPSON
BURGOS & ASSOCIATES
BURKE HARVEY
BURKE LASSETER
BURKE, HARVEY & FRANKOWSKI, LLC
BURNSIDE LAW
CAMPBELL LAW FIRM
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
CAREY DAVIS & LOWE
CARPENTER LIPPS & LELAND LLP
CASCADE LAW CENTER
CATES MAHONEY
CEIBA LEGAL
CHAFIN LAW FIRM
CHAMBLISS, BAHNER & STOPHEL, PC
CHARLES E. BOYK
CHARLES L. BARNUM, PC
CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, LLP
CHERUNDOLO LAW FIRM
CHEVERIE & ASSOCIATES
CHRISTINE M. BECK
CHURCHWYBLE, PC
CHURMAN, HOWALD, WEBER, SENKEL & NORRICK
CITY ATTORNEY
CITY OF BURLINGTON
CITY OF EUREKA
CITY OF MIAMI
CITY OF MOUNT VERNON
CITY OF PHILADELPHIA LAW DEPT.
CITY OF QUINCY
CITY OF ROCHESTER
CITY OF SAVANNAH
CITY OF ST. LOUIS
CLAYBORNE, SABO & WAGNER
CLENDENEN & SHEA
CLIMACO WILCOX
CLIMACO, WILCOX, PECA & GAROFOLI
COHEN & MALAD
COHEN & MILSTEIN
COLES BARTON, LLP
COLLINS, COLLINS & CONLEY
COLVIN LAW FIRM
CONAWAY & STRICKLER, PC
CONLEY GRIGGS PARTIN LLP
CONSOVOY, MCCARTHY, PARK PLLC

CONYBEARE LAW OFFICE, PC
COONER & CONWAY
COOPER & ELLIOTT
COOPER LAW FIRM
CORY, MEREDITH, WITTER & SMITH
COTCHETT, PITRE & MCCARTHY, LLP
CRAWFORD & MAURO
CRITCHLEY, KINUM & DENOIA, LLC
CRONGEYER LAW FIRM, P.C.
CRUEGER DICKINSON
CURRY & FRIEND
CUSIMANO, ROBERTS, & MILLS
CUTLER LAW FIRM
CZACK LAW FIRM
D'AMORE LAW GROUP, P.C.
DAMPIER LAW FIRM
DANE COUNTY DISTRICT ATTORNEY'S OFFICE
DANIEL R. MEACHUM & ASSOC.
DANIELL, UPTON, PERRY & MORRIS
D'ARCY JOHNSON DAY
DAVID N. COLE
DAVIS COUNTY ATTORNEYS OFFICE
DAVIS SCHWEIZER PLLC
DEBRA BECHTEL
DEGARIS & ROGERS
DEKALB COUNTY STATE ATTORNEY
DEMER & MARNIELLA
DENNIS P. COUVILLION
DEWITT ROSS
DEWSNUP, KING, OLSEN, WOREL, HAVAS, MORTENSON
DIAMOND WOODSUM
DICKENSON COUNTY ATTORNEY
DIES & PARKHURST
DILWORTH PAXSON
DOLT THOMPSON
DOMINA LAW GROUP
DON W. BARRETT, PA
DONA ANA COUNTY
DONALD R. VAUGHN & ASSOC.
DRESSMAN BENZINGER LAVELLE
DREYER BOYAJIAN LLP
DRUBNER HARTLEY
DRUMMOND WOODSUM
DUHAM JONES & PINEGAR
DURRETT LAW OFFICES
E. MARK EZELL, PC

EAVES LAW FIRM LLC
EDELSON PC
EDMOND, LINDSAY & HOFFLER
EDWARDS FRICKLE & CULVER
EGGNATZ PASCUCCI
EMERSON POYNTER
ENOCH TARVER
EVERETT, GASKINS & HANCOCK, LLP
FADDOUL, CLUFF, HARDY & CONAWAY, PC
FAULKNEW, HOFFMAN & PHILLIPS
FAYARD & HONEYCUTT
FEARS NACHAWATI
FELDMAN & PINTO
FELLERMAN & CIARIMBOLI LAW
FERRARO LAW FIRM
FERRER POIROT & WANSBROUGH
FIBICH, LEEBRON, COPELAND & BRIGGS
FIELDS PLLC
FIELDS, DEHMLOW & VESSELS
FILLINGANE LAW FIRM, LLC
FINE, KAPLAN AND BLACK
FITZSIMMONS LAW FIRM
FLEMING, NOLEN & JEZ, LLP
FOLEY & LARDNER
FOX & FARLEY
FRAZER LAW, LLC
FRAZER, PLC
FRIEDMAN & ASSOCIATES, PC
FRIEDMAN, DAZZIO, ZULNAS & BOWLING, P.C.
FULGHAM BULLOCK, PLLC
FULMER SILL LAW GROUP
GACHASSIN LAW FIRM
GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER
GALANDA BROADMAN
GALLAGHER LAW FIRM
GARDNER BREWER MARTINEZ-MONFORT, P.A.
GARRY WHITAKER LAW, PC
GARSON JOHNSON LLC
GARY C. JOHNSON, PSC
GENE STUMP
GEORGE B. DANIEL
GIBBS ARMSTRONG BOTOCHOFF, PC
GIBSON & KEITH
GILBERT LLP
GILMAN & BEDIGIAN LLC
GLAGO LAW FIRM

GLENN COFFEE & ASSOC.
GOLD, KHOUREY & TURAK
GOLDENBERG, HELLER & ANTOGNOLI, P .C.
GOLDFARB & HUCK ROTH ROJAS
GOLDSMITH & GOLDSMITH, L.L.P.
GOMEZ IAGMIN TRIAL ATTORNEYS
GOODWIN & GOODWIN
GOODWIN ABERNATHY LLP
GRABHORN LAW OFFICE, PLLC
GRANT D. AMEY
GRAY & WHITE
GREENE, KETCHUM, FARRELL, BAILEY & TWEEL
GRIFFITH & GRIFFITH
GROTEFELD HOFFMANN SCHLEITER GORDON & OCHOA LLP
GUIDA LAW OFFICE
GULLETT SANFORD
GUNTER & DANZEY
GUSTAFSON GLUEK PLLC
HACH ROSE
HAGENS BERMAN
HALEY & OLSON, PC
HALICZER PETTIS & SCHWAMM
HAMEL, WAXLER, ALLEN & COLLINS
HARDIN COUNTY ATTORNEY
HARDY, MCDANIEL & WELCH
HARRISON DAVIS STEAKLEY MORRISON JONES, PC
HARRISON STEAKLEY
HARRISON WHITE
HARTLEY & HICKMAN
HASKELL SLAUGHTER & GALLION
HASTY POPE
HAVILAND HUGHES
HAYLEY & OLSON PC
HEINLEIN, BEELER, MINGACE & HEINEMAN, PC
HELEY DUNCAN & MELANDER
HELPERBROOM
HENRY COUNTY STATE ATTORNEY
HILL, PETERSON, CARPER, BEE & DEITZLER, PLLC
HOBBS, STRAUS, DEAN & WALKER
HOGEN ADAMS PLLC
HOLLAND LAW FIRM
HOLLORAN SCHWARTZ & GAERTNER
HOUSTON, THOMPSON AND LEWIS, PC.
HOVDE DASSOW & DEETS
HUBER, SLACK, THOMAS & MARCELLE
HULL BARRETT, PC

HURWITZ SAGARIN
HUTCHENS LAW FIRM
IRPINO, AVIN & HAWKINS LAW FIRM
ISAAC WILES BURKHOLDER & TEETOR LLC
J F HENDERSON LAW, PLLC
J. HAROLD SEAGLE
J. SCOTT TAYLOR
JACK HARANG
JACKSON & FOSTER
JACKSON, FIKES, HOOD & BRAKEFIELD
JACKSON, VANCE, MORRISON
JAMES B. RAGAN
JAMES LAW OFFICE
JASON C. ODOM
JASPER COUNTY
JEFFERSON COUNTY ATTORNEY'S OFFICE
JEFFERSON TOWNSEND
JEFFREY A. CORNELL
JEFFREY SIMON
JESSEE AND JESSEE
JINKS, CROW & DICKSON
JOHN F. YOUNG
JOHN G. WALKER
JOHN HUNT MORGAN, P.S.C.
JOHN W. ALDERMAN
JOHNSON & JOHNSON, PLLC
JOHNSON BERG MCEVOY & BOSTOCK
JOHNSON GRAY
JOHNSON, CALDWELL & MCCOY
JOHNSON, JOHNSON, LUCAS & MIDDLETON, PC
JONES, WALDO, HOLBROOK & MCDONOUGH P.C.
KALISH LAW
KANNER & WHITELEY LLC
KAPKE & WILLERTH
KAUFMAN CANOLES
KEEFE LAW FIRM
KELLER LENKNER LLC
KELLER ROHRBACK LLP
KELLEY & FERRARO
KELLEY, GOLDFARB, HUCK, ROTH & RIOJAS, PLLC
KELLY, DURHAM & PITTARD, LLP
KEMP & KEMP
KENDALL COUNTY STATE ATTORNEY
KENYATTA K. STEWART (ACTING CORPORATE COUNSEL)
KERCSMAR & FELTUS
KERKMAN WAGNER & DUNN

KILGORE LAW OFFICE
KIMBERLY C. HAUGH, PC
KINNARD CLAYTON & BEVERIDGE
KIRK PINKERTON, PA
KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT
KOVACICH SNIPES
KOZYAK TROPIN AND THROCKMORTON
KRAUSE & KINSMAN
KRUPNICK
KUSHNER HAMED & GROSTIC
KWALL BARACK NADEAU
L/O CRYSTAL JESSEE
LABORDE EARLES LAW FIRM
LANCIONE & LANCIONE
LANIER LAW
LAW OFFICE OF DAN A. ROBIN, JR. LLC
LAW OFFICE OF DANIEL R. KARON
LAW OFFICE OF GRANT D. AMEY, LLC
LAW OFFICE OF JOSEPH C. TANN
LAW OFFICE OF ROBERT E. SWEENEY
LAW OFFICE OF THOMAS L. YOUNG, P.A.
LAW OFFICES OF B. DAHLENBURG BONAR, P.S.C.
LAW OFFICES OF FRANCIS O. SCARPULLA
LAW OFFICES OF GRANT D. AMEY
LAW OFFICES OF P. RODNEY JACKSON
LEBLANC FANTACI VILLO
LEFTON GROUP
LEGER & SHAW
LEIFF CABRAISER
LEIST WARNER
LESLIE MURRAY LAW FIRM
LEVENFELD PEARLSTEIN
LEVIN PAPANTONIO
LEVIN SEDRAN & BERMAN LLP
LEVIN, PAPANTONIO
LIEFF, CABRASER, HEIMANN & BERNSTEIN
LILLIS LAW FIRM LLC
LLOYD & HOGAN
LOCKRIDGE GRINDAL NAUEN PLLP
LOLA THOMAS
LOS ANGELES CITY ATTORNEY'S OFFICE
LOWE, MOBLEY, LOWE & LEDUKE
LOWE, STEIN, HOFFMAN, ALLWEISS & HAUVER
LUCIANA P. BRASIL
LUIS R. VERA & ASSOC.
LUPARDUS LAW OFFICE

MACOUPIN COUNTY STATE ATTORNEY
MADDOX ISAACSON & CISNEROS
MAGLEBY, CATAXINOS & GREENWOOD
MANCHESTER LAW OFFICE
MANN & KEMP
MARC J. BERN & PARTNERS LLP
MARCUS & MACK
MARK A. SCHNEIDER
MARLER SCHRUM
MARTIN WALKER PC
MARTINSVILLE CITY ATTORNEY
MARTZELL & BICKFORD
MARTZELL, BICKFORD & CENTOLA
MATTHEW P. CHENEVERT
MATTHEW R. MCCARLEY
MAURO ARCHER & ASSOC.
MAYLE LLC
MAYTTE TEXIDOR LOPEZ
MCAFEE & TAFT
MCBRAYER, MCGINNIS, LESLIE & KIRKLAND PLLC
MCCABE TROTTER AND BEVERLY
MCCAMY PHILLIPS, TUGGLE
MCCOY, HIESTAND & SMITH, PLC
MCHUGH FULLER LAW GROUP, PLLC
MCKELLAR HYDE PLC
MCNAMEE & MCNAMEE
MCNAMEE HOSEA
MEANS GILLIS LAW
MELISSA J. WILLIAMS
MERRIMACK COUNTY
MEYER HENDRICKS & BIVENS PA
MEYERS & FLOWERS, LLC
MEYERS, FLOWERS, BRUNO & HERRMANN
MICHAEL H. KAHN
MIKE & ASSOCIATES
MIKE MOORE LAW FIRM
MILES GRANDERSON LLC
MILLER LAW
MOLOLAMKEN
MONTGOMERY COUNTY PROSECUTING ATTORNEYS OFFICE
MONTGOMERY PONDER
MOONEY WIELAND SMITH & ROSE
MOORE LAW GROUP
MORGAN & MORGAN
MORRIS KING & HODGE
MORROW, MORROW, RYAN, BASSETT & HAIK

MORTENSEN
MOTLEY RICE
MTHIRTYSIX PLLC
MULLENS & MULLENS
MURRAY & MURRAY CO.
NACK RICHARDSON & NACK
NAPOLI SHKOLNIK PLLC
NEBLETT, BEARD & ARSENAULT
NEIL T. LEIFER LLC
NELSON, BRYAN & CROSS
NICK KAHL, LLC
NICK MAURO
NIX, PATTERSON & ROACH
NIXON, VOGELMAN, BARRY, SLAWSKY & SIMONEAU
NUECES COUNTY ATTORNEYS OFFICE
NYE & NYE
NYE COUNTY DISTRICT ATTORNEY
OCHS LAW FIRM
OFFICE OF COUNTY ATTORNEY - HARVEY
OFFICE OF ROBERT F. JULIAN
OFFICE OF SALT LAKE DISTRICT ATTORNEY
OFFICE OF THE ATTORNEY GENERAL - TEXAS
OFFICE OF THE MONTGOMERY COUNTY ATTORNEY
O'MALLEY & LANGAN
O'NEILL LAW
OSBORNE & FRANCIS
OTHS, HEISER, MILLER, WAIGLAND & CLAGG
PANATIER BARTLETT
PANSING HOGAN ERNST & BACKMAN
PAOLI LAW FIRM, PC
PARKS CRUMP LLC
PASTERNACK, TILKER, ZIEGLER, WALSH, STANTON & ROMANO
PATRICK C. MCGINLEY
PATRICK C. SMITH LLC
PATTY & YOUNG
PAUL D. HENDERSON
PEDERSEN AND WHITEHEAD
PENDLEY, BAUDIN & COFFIN
PERRIN, LANDRY, DELAUNAY
PERRY & YOUNG
PHILLIPS & PAOLICELLI
PHIPPH DEACON PURNELL
PHIPPS ANDERSON DEACON
PHIPPS DEACON PURNELL
PIATT COUNTY STATE ATTORNEY
PIERCE COUNTY PROSECUTOR'S OFFICE

PINTO COATES KYRE & BOWERS, PLLC
PLEVIN, GALUCCI COMPANY, L.P.A.
PODHURST ORSECK P.A.
POGUST BRASLOW & MILLROOD
POMPEY & POMPEY
POOLE & POOLE
POOLE LAW
PORTEOUS HAINKEL & JOHNSON
PORTEOUS, HAINKEL AND JOHNSON, LLP
PORTLAND CITY ATTORNEY'S OFFICE
POWELL & MAJESTRO
PRIETO, MARIGLIANO, HOLBERT & PRIETO, LLC
PRIM & MENDHEIM
PRINCE ARMSTRONG LLC
PRINCE GLOVER & HAYES
PRITT & SPANO
PRO SE
PROCHASKA, HOWELL & PROCHASKA LLC
PURNELL LAW
R. JEFFREY PERLOFF
R.D. BURNS
RALPH E. MARASCO, JR.
RAMOS LAW
REBEIN BROTHERS
REDDICK MOSS, PLLC
REICH & BINSTOCK
REIDAR M. MOGERMAN
REX A. SHARP, P.A.
RICHARD SCHECTER
RILEY & JACKSON
RINEHARDT LAW FIRM
ROBBINS GELLER RUDMAN & DOWD LLP
ROBERT F. JULIAN
ROBERT PIERCE & ASSOC.
ROBINS GELLER
ROBINS KAPLAN
ROBINSON CALCAGNIE
ROBLES, RAEL & ANAYA
RODMAN, RODMAN & SANDMAN
ROGER F. LAGARDE
ROGERS LAW GROUP, PA
ROMANO LAW GROUP
RONALD L. BOOK, PA
ROOSEVELT COUNTY ATTORNEY
ROSEN HARWOOD
ROSS F. LAGARDE

S. DUBOSE PORTER, ATTORNEY AT LAW
SACKS WESTON DIAMOND
SALTZ MONGELUZZI BARRETT & BENDESKY
SALVATORE TERRITO
SAM BERNSTEIN LAW FIRM, PLLC
SAN FRANCISCO CITY ATTORNEY'S OFFICE
SAN PATRICIO COUNTY ATTORNEYS OFFICE
SANDERS PHILLIPS GROSSMAN, LLC
SANDERS, MOTLEY, YOUNG & GALLARDO
SANFORD HEISLER SHARP
SARPY COUNTY ATTORNEY
SAVAGE O'DONNELL
SCHEER MONTGOMERY
SCHONEKAS, EVANS, MCGOEY & MCEACHIN
SCHWARTZ BON WALKER & STUDER
SCHWARZ MONGELUZZI
SCOTT & SCOTT
SCOTT ELLIOTT SMITH
SCOTT TAYLOR, PLLC
SEAGLE LAW
SEEGER WEISS LLP
SEIF & MCNAMEE
SHAFFER MADIA LAW
SHELBY COUNTY ATTORNEY'S OFFICE
SHELLER, PC
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
SILVERMAN THOMPSON SLUTKIN AND WHITE LLC
SIMMONS & SIMMONS
SIMMONS HANLY CONROY
SIMON GREENSTONE PANATIER BARTLETT
SIMON LAW FIRM
SIMS & SIMS
SKAGIT COUNTY PROSECUTOR'S OFFICE
SKIKOS CRAWFORD SKIKOS & JOSEPH
SKINNER LAW
SMITH & FAWER
SMITH & JOHNSON
SMITH STAG
SOMMERS SCHWARTZ PC
SONOSKY, CHAMBERS, SACHSE, MIELKE & BROWNELL, LLP
SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP
SPANGENBERG, SHIBLEY & LIBER
SPEARS & SPEARS
SPEIGHTS & WORRICH, LLC
SPIRO HARRISON
STAG LIUZZA, L.L.C.

STEPHEN M. TUNSTALL
STEVEN E. SCHEER
STEVEN W. BERMAN
STEVEN WILLIAM TEPPLER
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
STRAWBRIDGE
STRONG-GARNER-BAUER
STUART SMITH
STUDSTILL FIRM
STULL, STULL & BRODY
STYRON & SHILLING
SULLIVAN & SULLIVAN
SULLIVAN, WARD, ASHER & PATTON
SUMNER COUNTY LAW DEPARTMENT
SUSAN J. VAN ZANDT
SUTHERS & THOMPSON
SUZANNE WEISE
SWEENEY MERRIGAN LAW
TAD ROBINSON O'NEILL
TAFT STETTINIUS & HOLLISTER LLP
TATE LAW GROUP
TAYLOR & KNIGHT
TAYLOR MARTINO
THE BELL LAW FIRM
THE BILEK LAW FIRM
THE BRUEHL FIRM
THE CALWELL PRACTICE
THE CHAFFIN LAW FIRM
THE CHARLESTON GROUP
THE CHEEK LAW FIRM
THE CHEROKEE NATION
THE CICALA LAW FIRM PLLC
THE CK HOEFFLER FIRM
THE COCHRAN FIRM-DONTHAN, PC
THE CONRAD LAW FIRM
THE COOPER LAW FIRM
THE CREADORE LAW FIRM
THE CZACK LAW FIRM
THE DAMPIER LAW FIRM
THE DANZEY LAW FIRM
THE DIAZ LAW FIRM
THE DILORENZO LAW FIRM, LLC
THE DOWNEY LAW FIRM
THE DUDENHEFER LAW FIRM, LLC
THE DUGAN LAW FIRM
THE EDWARDS FIRM

THE EICHHOLZ LAW FIRM, P.C.
THE FINNELL FIRM
THE FITTE LAW FIRM LLC
THE FRANKOWSKI LAW FIRM LLC
THE GALLAGHER LAW FIRM
THE GREEN LAW FIRM
THE GROSS LAW FIRM
THE KING FIRM
THE KUYKENDALL GROUP
THE LANIER LAW FIRM
THE LAW OFFICES OF TOM HALL
THE MAHER LAW FIRM, PA
THE MILLER LAW FIRM
THE MOSKOWITZ LAW FIRM
THE POOLE LAW GROUP
THE SAM BERNSTEIN LAW FIRM, PLLC
THE SPIGARELLI LAW FIRM
THE WEBB LAW CENTRE
THEMIS PLLC
THOMAS BARNEY
THOMAS E. EDGE
THOMAS E. MCINTIRE & ASSOCIATES
THOMAS J. DONOVAN JR.
THOMPSON BARNEY LAW FIRM
THOMPSON, THOMPSON & WINTERS
THORNTON CARPENTER O'BRIEN LAWRENCE & SIMS
THORNTON LAW FIRM
THRASH LAW FIRM, P.A.
THRASHER DISMORE & DOLAN
TISINGER VANCE, P.C.
TOUSLEY BRIAN STEPHENS
TRAFTON, MATZEN, BELLEAU & FRENETTE LLP
TROY LAW FIRM
TUCKER LONG, PC
TURNER, REID, DUNCAN, LOOMER & PATTON
TZANGAS, PLAKAS, MANNOS
UTAH ATTORNEY GENERAL'S OFFICE
VENTURA LAW
VIRGINIA BEACH CITY ATTORNEY'S OFFICE
VON STANGE LAW
WAGSTAFF & CARTMELL, LLP
WALKER SIGMON LAW
WALTER B. CALTON
WALWORTH COUNTY CORPORATION COUNSEL
WARD & SMITH
WARD AND SMITH

WARD BLACK
WARNER LAW
WASHINGTON COUNTY ATTORNEY
WATERS KRAUS & PAUL
WATSON HEIDELBERG JONES
WATTS GUERRA
WEISMAN, KENNEDY & BERRIS CO., L.P.A..
WEITZ & LUXENBERG
WELCH LAW FIRM, PLC
WES WILLIAMS JR.
WHALEY LAW FIRM
WHETSTONE PERKINS AND FULDA
WHITAKER
WHITTEN BURRAGE
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
WILENTZ, GOLDMAN & SPITZER
WILKES & MCHUGH
WILLIAMS DIRKS DAMERON LLC
WINCH LAW FIRM
WOLF HALDENSTEIN ALDER FREEMAN & HERZ LLP
WOREL HAVAS
YARBOROUGH LAW OFFICE
YOUNG RICCHIUTI CALDWELL & HELLER
ZACHARY W. CARTER
ZARZAUR MUJUMDAR & DEBROSSE
ZEBARSKY PAYNE
ZELDES, NEEDLE & COOPER
ZOLL & KRANZ
METHVIN PORTIS & MILES PC

**<u>Plaintiffs</u>**

A.M.H.
ABSOLUTE HOUSE
ADAIR COUNTY
ADAMS COUNTY
ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS
ADAMS COUNTY, IDAHO
ADAMS COUNTY, MISSISSIPPI
AFSCME DISTRICT COUNCIL 33 HEALTH & WELFARE FUND
AFSCME DISTRICT COUNCIL 47 HEALTH & WELFARE FUND
AKIAK NATIVE COMMUNITY
ALAMOSA COUNTY
ALAN WILSON SOUTH CAROLINE ATTORNEY GENERAL
ALASKA NATIVE TRIBAL HEALTH CONSORTIUM
ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC.

ALEXANDER COUNTY
ALLAMAKEE COUNTY
ALLEGANY COUNTY, MARYLAND
ALLEGHANY COUNTY
ALLEN COUNTY
ALLEN COUNTY BOARD OF COUNTY COMMISSIONERS
AMBER ZIBRITOSKY, THE LAW DIRECTOR FOR THE CITY OF STOW
AMEL EILAND
AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES
DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN
AMERICAN RESOURCES INSURANCE COMPANY, INC.
AMITE COUNTY, MISS.
A-MMED AMBULANCE, INC.
AND CITY OF MOUNTAIN BROOK, AL
ANDERSON COUNTY
ANDREW G. RILING AND BEVERLY RILING
ANDROSCOGGIN COUNTY
ANDY BROWN, IN HIS CAPACITY AS THE SHERIFF FOR JACKSON PARISH
ANGEL BOLTON AND CHRISTOPHER BOLTON
ANNE ARUNDEL COUNTY, MARYLAND
ANSON COUNTY
APOLLOMD BUSINESS SERVICES, LLC
APPALACHIAN REGIONAL HEALTHCARE, INC.
APPLING HEALTH CARE SYSTEM
ARAB, AL
ARIZONA COUNTIES INSURANCE POOL
ARIZONA MUNICIPAL RISK RETENTION POOL
ARMSTRONG COUNTY, PA
AROOSTOOK COUNTY
ASA' CARSAMIUT TRIBE
ASBESTOS WORKERS LOCAL 6 HEALTH AND WELFARE FUND AND MASSACHUSETTS
BRICKLAYERS & MASONS TRUST FUNDS
ASCENSION PARISH GOVERNMENT
ASHE COUNTY
ASHLAND COUNTY
ASHLAND COUNTY BOARD OF COUNTY COMMISSIONERS
ASSOC. OF ARK. COUNTIES
ASSOC. OF ARK. COUNTIES RISK MGMT. FUND
ASSOC. OF ARK. COUNTIES WC TRUST
ATCHISON COUNTY, MISSOURI
ATHENS COUNTY BOARD OF COUNTY COMMISSIONERS
ATKINSON COUNTY, GEORGIA
AUDRAIN COUNTY, MISSOURI
AUGLAIZE COUNTY BOARD OF COUNTY COMMISSIONERS
AUGUSTA, GA
AUTAUGA COUNTY, ALABAMA

BACON COUNTY HOSPITAL AND HEALTH SYSTEM
BACON COUNTY HOSPITAL FOUNDATION, INC.
BACON COUNTY, GEORGIA
BAD RIVER BAND OF LAKE SUPERIOR CHIPPEWA
BALTIMORE COUNTY, MARYLAND
BANKS COUNTY, GEORGIA
BAPTIST HEALTH CORBIN
BAPTIST HEALTH FLOYD
BAPTIST HEALTH LA GRANGE
BAPTIST HEALTH LEXINGTON
BAPTIST HEALTH LOUISVILLE
BAPTIST HEALTH MADISONVILLE, INC.
BAPTIST HEALTH PADUCAH
BAPTIST HEALTH RICHMOND, INC.
BAPTIST HEALTHCARE SYSTEM, INC.
BAPTIST HOSPITAL INC. AND JAY HOSPITAL
BARBARA D. UNDERWOOD, ATTORNEY GENERAL OF THE STATE OF NEW YORK
BARBARA RIVERS
BARBOUR COUNTY, ALABAMA
BARRON COUNTY
BARRY STAUBUS
BARTOW COUNTY, GEORGIA
BATTLE MOUNTAIN OF THE TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS
BAY COUNTY
BAYFIELD COUNTY
BEAUFORT COUNTY
BEAUREGARD PARISH POLICE JURY
BEAVER COUNTY, PENNSYLVANIA
BELL COUNTY
BELLEFONTE PHYSICIAN SERVICES, INC.
BELMONT COUNTY BOARD OF COUNTY COMMISSIONERS
BEN HILL COUNTY, GEORGIA
BENTON COUNTY
BENTON COUNTY, MISS.
BENTON FIRE PROTECTION DISTRICT NO. 4
BERGEN COUNTY
BERKELEY COUNTY COUNCIL
BERLIN, NEW HAMPSHIRE
BERRIEN COUNTY, GEORGIA
BIBB COUNTY, ALABAMA
BIG BEND COMMUNITY BASED CARE INC.
BIG SANDY RANCHERIA OF WESTERN MONO INDIANS
BIG VALLEY BAND OF POMO INDIANS OF THE BIG VALLEY RANCHERIA
BILL CHRIS, THE LAW DIRECTOR FOR THE CITY OF GREEN
BIOS COMPANIES, INC.
BIOS COMPANIES, INC. WELFARE PLAN

BLACK HAWK COUNTY
BLACKFORD COUNTY, INDIANA
BLAINE COUNTY, IDAHO
BLAND COUNTY, VIRGINIA
BLECKLEY MEMORIAL HOSPITAL
BLOUNT COUNTY
BLUE CROSS AND BLUE SHIELD OF LOUISIANA
BOARD OF COMMISSIONERS FOR LUCAS COUNTY, OHIO
BOARD OF COUNTY COMMISSIONERS OF CADDO COUNTY
BOARD OF COUNTY COMMISSIONERS OF CHEROKEE COUNTY, KANSAS
BOARD OF COUNTY COMMISSIONERS OF COUNTY OF LARIMER
BOARD OF COUNTY COMMISSIONERS OF COWLEY COUNTY, KANSAS
BOARD OF COUNTY COMMISSIONERS OF CRAWFORD COUNTY, KANSAS
BOARD OF COUNTY COMMISSIONERS OF GRADY COUNTY
BOARD OF COUNTY COMMISSIONERS OF HARPER COUNTY
BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY
BOARD OF COUNTY COMMISSIONERS OF LOVE COUNTY
BOARD OF COUNTY COMMISSIONERS OF NEOSHO COUNTY, KANSAS
BOARD OF COUNTY COMMISSIONERS OF PITTSBURG COUNTY
BOARD OF COUNTY COMMISSIONERS OF PRATT COUNTY, KANSAS
BOARD OF COUNTY COMMISSIONERS OF STEPHENS COUNTY
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ADAMS
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF BOULDER
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF DONA ANA, NEW MEXICO
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FREMONT
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MCKINLEY
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SANTA FE
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TAOS
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TELLER
BOARD OF COUNTY COMMISSIONERS OF WASHINGTON COUNTY, MARYLAND
BOARD OF DEWEY COMMISSIONERS OF HARPER COUNTY
BOARD OF KIOWA COMMISSIONERS OF HARPER COUNTY
BOARD OF MAJOR COMMISSIONERS OF HARPER COUNTY
BOARD OF WOODS COMMISSIONERS OF HARPER COUNTY
BOB HEYDORN, THE SOLICITOR THE VILLAGE OF SILVER LAKE
BOBBIE LOU MOORE
BOBBY GUIDROZ, SHERIFF OF ST. LANDRY PARISH, LOUISIANA
BOISE COUNTY, IDAHO
BON SECOURS HEALTH SYSTEM, INC.
BOND COUNTY
BONNEVILLE COUNTY, IDAHO
BOONE COUNTY
BOONE COUNTY, ILLINOIS
BOSSIER CITY
BOSSIER PARISH

BOSSIER PARISH EMERGENCY MEDICAL SERVICES AMBULANCE DISTRICT
BOSTON TOWNSHIP
BOURBON COUNTY, KANSAS
BOWLING GREEN WARREN COUNTY COMMUNITY HOSPITAL CORPORATION
BOYD COUNTY
BOYLE COUNTY
BRAD BRYAN, THE SOLICITOR FOR THE VILLAGE OF PENINSULA
BRANTLEY COUNTY, GEORGIA
BRAZOS COUNTY
BREVARD FAMILY PARTNERSHIP
BRIAN LOWRY
"BRICKLAYERS AND ALLIED CRAFTWORKERS
LOCAL UNION NO. 1 OF PA/DE
HEALTH AND WELFARE FUND"
BRIDGE HOUSE CORPORATION
BROOKE COUNTY COMMISSION
BROOKS COUNTY, GEORGIA
BROWARD COUNTY, FLORIDA
BROWN COUNTY
BROWN COUNTY BOARD OF COUNTY COMMISSIONERS
BRUNSWICK COUNTY
BRYAN NACE, THE LAW DIRECTOR FOR THE CITY OF FAIRLAWN
BRYANT C. DUNAWAY
BUCHANAN COUNTY
BUCHANAN COUNTY, MISSOURI
BUCKS COUNTY
BUFFALO COUNTY
BULLITT COUNTY
BULLOCH COUNTY, GEORGIA
BULLOCK COUNTY, ALABAMA
BUNCOMBE COUNTY
BUREAU COUNTY, ILLINOIS
BURKE COUNTY
BURNETT COUNTY
BUTLER COUNTY
BUTLER COUNTY BOARD OF COMMISSIONERS
BUTLER COUNTY, ALABAMA
BUTTS COUNTY, GEORGIA
CABARRUS COUNTY
CADDO FIRE PROTECTION DISTRICT NO. 1
CADDO PARISH
CAHTO INDIAN TRIBE OF THE LAYTONVILLE RANCHERIA
CALDWELL COUNTY
CALDWELL PARISH
CALHOUN COUNTY
CALHOUN COUNTY, ALABAMA

CALHOUN COUNTY, FLORIDA
CALHOUN COUNTY, SOUTH CAROLINA
CALUMET COUNTY
CAMBRIA COUNTY, PENNSYLVANIA
CAMDEN COUNTY, GEORGIA
CAMDEN COUNTY, NJ
CAMPBELL COUNTY, TN
CANDLER COUNTY, GA
CANYON COUNTY
CAPE GIRARDEAU COUNTY
CAPE MAY COUNTY, NEW JERSEY
CARBON COUNTY, UTAH
CARBON COUNTY, WYOMING
CARIBOU COUNTY, IDAHO
CARMEN SIEBLER
CAROLINE COUNTY, MARYLAND
CARPENTERS HEALTH & WELFARE OF PHILADELPHIA & VICINITY
CARROLL COUNTY
CARROLL COUNTY BOARD OF COUNTY COMMISSIONERS
CARROLL COUNTY, MISSISSIPPI
CARROLL COUNTY, VIRGINIA
CARTERET COUNTY, NORTH CAROLINA
CASPER, WYOMING
CASS COUNTY, MISSOURI
CASSIA COUNTY, IDAHO
CASWELL COUNTY
CATAHOULA PARISH POLICE JURY
CATAWBA COUNTY, NC
CATOOSA COUNTY, GEORGIA
CECIL COUNTY, MARYLAND
CENTER POINT, INC.
CENTRAL FLORIDA BEHAVIORAL HEALTH NETWORK INC.
CENTRAL FLORIDA CARES HEALTH SYSTEM INC
CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH & WELFARE FUND
CHAFFEE COUNTY
CHAMBERS COUNTY, ALABAMA
CHAMPAIGN COUNTY BOARD OF COUNTY COMMISSIONERS
CHAMPAIGN COUNTY, ILLINOIS
CHARLTON COUNTY, GEORGIA
CHARTER TOWNSHIP OF CANTON
CHARTER TOWNSHIP OF CLINTON, MICHIGAN
CHARTER TOWNSHIP OF HURON, MICHIGAN
CHARTER TOWNSHIP OF NORTHVILLE
CHARTER TOWNSHIP OF VAN BUREN
CHATHAM COUNTY, GEORGIA
CHATTOOGA COUNTY

CHELAN COUNTY
CHER-AE HEIGHTS INDIAN COMMUNITY OF THE TRINIDAD RANCHERIA
CHEROKEE COUNTY
CHEROKEE COUNTY, ALABAMA
CHESHIRE COUNTY
CHEYENNE & ARAPAHO TRIBES
CHEYENNE RIVER SIOUX TRIBE
CHICAGO REGIONAL COUNCIL OF CARPENTER
CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND
CHICKASAW COUNTY, MISSISSIPPI
CHICKASAW NATION
CHILTON COUNTY, ALABAMA
CHIPPEWA COUNTY
CHITIMACHA TRIBE OF LOUISIANA
CHOCTAW NATION
CHOWAN COUNTY
CHRIS AND DIANE DENSON
CHRISTIAN COUNTY
CHUGACHMIUT, INC.
CITY AND COUNTY OF BROOMFIELD
CITY AND COUNTY OF DENVER
CITY OF ABBEVILLE, AL
CITY OF ADA
CITY OF ALAMOSA
CITY OF ALBANY
CITY OF ALBANY, GEORGIA
CITY OF ALBERTVILLE, AL
CITY OF ALEXANDRIA
CITY OF ALEXANDRIA, CITY OF ELWOOD AND MADISON COUNTY
CITY OF ALEXANDRIA, LOUISIANA
CITY OF ALIQUIPPA
CITY OF ALMA, GEORGIA
CITY OF ANACORTES AND SEDRO-WOOLLEY SCHOOL DISTRICT
CITY OF ANNISTON, ALABAMA
CITY OF ANSONIA
CITY OF ASHLAND, OHIO
CITY OF ATLANTA
CITY OF AUBURN
CITY OF AUGUSTA
CITY OF AURORA
CITY OF AURORA, OHIO
CITY OF BAINBRIDGE, GEORGIA
CITY OF BANGOR
CITY OF BARBERTON
CITY OF BASTROP, LOUISIANA
CITY OF BATON ROUGE, PARISH OF EAST BATON ROUGE

CITY OF BEECH GROVE, INDIANA
CITY OF BELMONT
CITY OF BENHAM
CITY OF BERWYN
CITY OF BEVERLY, MASSACHUSETTS
CITY OF BIDDEFORD
CITY OF BIRMINGHAM, ALABAMA
CITY OF BLACK HAWK
CITY OF BLOOMINGTON AND MONROE COUNTY
CITY OF BOAZ, AL
CITY OF BOGALUSA, LOUISIANA
CITY OF BOISE
CITY OF BOSTON
CITY OF BOWIE, MARYLAND
CITY OF BRADENTON
CITY OF BRIDGEPORT
CITY OF BRIDGEPORT, ALABAMA
CITY OF BROADVIEW HEIGHTS
CITY OF BROKEN ARROW
CITY OF BRUNSWICK
CITY OF BRUNSWICK, GEORGIA
CITY OF BUCKHANNON, WEST VIRGINIA
CITY OF BUCKHORN
CITY OF BURBANK
CITY OF BURLINGTON
CITY OF CARBON HILL, ALABAMA
CITY OF CARDOVA, ALABAMA
CITY OF CARIBOU
CITY OF CATERSVILLE
CITY OF CENTRAL FALLS, RI
CITY OF CHARLESTON, MISS.
CITY OF CHELSEA
CITY OF CHICAGO
CITY OF CHICAGO HEIGHTS
CITY OF CHICOPEE
CITY OF CINCINNATI
CITY OF CLANTON, ALABAMA, A MUNICIPAL CORPORATION
CITY OF CLAREMONT
CITY OF CLARKSVILLE, TENNESSEE
CITY OF CLEARWATER IN THE COUNTY OF PINELLAS
CITY OF CLEVELAND
CITY OF COCONUT CREEK, FLORIDA
CITY OF COLUMBIA, MISSISSIPPI
CITY OF COLUMBUS
CITY OF COLUMBUS, MISSISSIPPI
CITY OF COMMERCE CITY

CITY OF CONCORD, NEW HAMPSHIRE
CITY OF CONNERSVILLE AND FAYETTE COUNTY
CITY OF CORAL GABLES
CITY OF COUNTRYSIDE
CITY OF COVINGTON
CITY OF COVINGTON, KENTUCKY
CITY OF CRANSTON, RI
CITY OF CUMBERLAND, MARYLAND
CITY OF CUYAHOGA FALLS
CITY OF DANUBURY
CITY OF DAYTON
CITY OF DECATUR, ALABAMA
CITY OF DEERFIELD BEACH, FLORIDA
CITY OF DELRAY BEACH
CITY OF DEMOPOLIS, ALABAMA
CITY OF DEMOREST, GEORGIA
CITY OF DERBY
CITY OF DETROIT
CITY OF DONALDSONVILLE
CITY OF DORA
CITY OF DOUGLAS, AL
CITY OF DOVER, NEW HAMPSHIRE
CITY OF EAGLE PASS, TEXAS
CITY OF EAST CLEVELAND, OH
CITY OF EAST LANSING, MICHIGAN
CITY OF EAST PROVIDENCE
CITY OF EASTHAMPTON, MASS.
CITY OF EDMOND
CITY OF ELYRIA
CITY OF ENTERPRISE, ALABAMA
CITY OF ESCANABA, MICHIGAN
CITY OF EUCLID
CITY OF EUNICE, LOUISIANA
CITY OF EUREKA
CITY OF EVANSVILLE, INDIANA
CITY OF EVERETT
CITY OF EVERGREEN, ALABAMA
CITY OF FAIRLAWN
CITY OF FALL RIVER
CITY OF FAYETTE ALABAMA
CITY OF FAYETTEVILLE
CITY OF FINDLAY
CITY OF FISHERS, INDIANA
CITY OF FITCHBURG
CITY OF FITZGERALD, GEORGIA
CITY OF FLINT, MICHIGAN

CITY OF FLORENCE
CITY OF FLORENCE, ALABAMA
CITY OF FORT LAUDERDALE, FLORIDA
CITY OF FORT PAYNE, ALABAMA
CITY OF FOSTORIA
CITY OF FRAMINGHAM
CITY OF FRANKLIN
CITY OF FRANKLIN, NEW HAMPSHIRE
CITY OF FREDERICK, MARYLAND
CITY OF FROSTBURG, MARYLAND
CITY OF GADSDEN, ALABAMA
CITY OF GAINESVILLE, GEORGIA
CITY OF GALAX
CITY OF GARFIELD HEIGHTS
CITY OF GARY, INDIANA
CITY OF GEORGIANA, AL
CITY OF GLOUCESTER
CITY OF GRAND RAPIDS, MICHIGAN
CITY OF GRANITE CITY, ILLINOIS
CITY OF GRAYSON
CITY OF GREAT FALLS
CITY OF GREEN
CITY OF GREENFIELD
CITY OF GREENSBORO, AL
CITY OF GREENVILLE, ALABAMA
CITY OF GREENWOOD, INDIANA
CITY OF GREENWOOD, MISSISSIPPI
CITY OF GRETNA
CITY OF GUIN, AL
CITY OF GUNTERSVILLE, AL
CITY OF GUTHRIE COUNTY
CITY OF HAGERSTOWN, MARYLAND
CITY OF HALLANDALE BEACH, FLORIDA
CITY OF HAMILTON, AL
CITY OF HAMILTON, OHIO
CITY OF HAMMOND
CITY OF HARLAN
CITY OF HARRISBURG, ILLINOIS
CITY OF HARRISVILLE
CITY OF HARTFORD, INDIANA
CITY OF HARTSELLE, ALABAMA
CITY OF HARVEY
CITY OF HATTIESBURG, MS
CITY OF HAVERHILL
CITY OF HENAGAR, ALABAMA
CITY OF HENDERSON COUNTY

CITY OF HENDERSON, KENTUCKY
CITY OF HICKORY
CITY OF HOLYOKE
CITY OF HUEYTOWN, AL
CITY OF HUNTINGTON, INDIANA
CITY OF HURON, OHIO
CITY OF HYDEN
CITY OF INDEPENDENCE
CITY OF INDIANAPOLIS
CITY OF IRON MOUNTAIN, MICHIGAN
CITY OF IRONTON, OHIO
CITY OF ITHACA
CITY OF IUKA, MISSISSIPPI
CITY OF JACKSON, MICHIGAN
CITY OF JACKSONVILLE
CITY OF JASPER
CITY OF JASPER, INDIANA
CITY OF JEFFERSONVILLE, INDIANA
CITY OF JERSEY CITY, NEW JERSEY
CITY OF JOPLIN
CITY OF KANSAS CITY, MISSOURI
CITY OF KEENE, NH
CITY OF KENNER
CITY OF KENOVA, WEST VIRGINIA
CITY OF KENT
CITY OF KENT, MICHIGAN
CITY OF KENT, OHIO
CITY OF KINGMAN
CITY OF KOKOMO, INDIANA
CITY OF LACONIA, NEW HAMPSHIRE
CITY OF LAFAYETTE
CITY OF LAKEWOOD
CITY OF LAKEWOOD AND THE CITY OF WHEAT RIDGE
CITY OF LANSING
CITY OF LAREDO, TEXAS
CITY OF LAUDERHILL, FLORIDA
CITY OF LAUREL, MISSISSIPPI
CITY OF LAWRENCE, INDIANA
CITY OF LAWTON
CITY OF LEBANON, OHIO
CITY OF LEOMINSTER
CITY OF LEWISTON
CITY OF LIMA
CITY OF LINCOLN, ALABAMA
CITY OF LIVONIA
CITY OF LOCK HAVEN

CITY OF LOGANSPORT
CITY OF LONDON
CITY OF LORAIN
CITY OF LOS ANGELES, CALIFORNIA
CITY OF LOWELL
CITY OF LOYALL
CITY OF LUMBERTON, MISSISSIPPI
CITY OF LYNCH
CITY OF LYNDHURST
CITY OF LYNN
CITY OF MACEDONIA, OH
CITY OF MALDEN
CITY OF MANCHESTER
CITY OF MANSFIELD
CITY OF MARION, ALABAMA
CITY OF MARTINSVILLE, INDIANA
CITY OF MARTINSVILLE, VIRGINIA
CITY OF MEDFORD
CITY OF MELROSE
CITY OF MEMPHIS
CITY OF MERIDIAN
CITY OF METHUEN
CITY OF METROPOLIS, ILLINOIS
CITY OF MIAMI
CITY OF MIAMI GARDENS, FLORIDA
CITY OF MIDFIELD, ALABAMA
CITY OF MILLEDGEVILLE, GEORGIA
CITY OF MINNEAPOLIS, MINNESOTA
CITY OF MIRAMAR, FLORIDA
CITY OF MISSOULA
CITY OF MOBILE, ALABAMA
CITY OF MONROE, LOUISIANA
CITY OF MONTEPELIER, INDIANA
CITY OF MONTGOMERY, AL
CITY OF MONTGOMERY, WEST VIRGINIA
CITY OF MOREHEAD
CITY OF MOULTON, ALABAMA
CITY OF MOUNT VERNON
CITY OF MUNROE FALLS
CITY OF NANTICOKE, PENNSYLVANIA
CITY OF NASHUA
CITY OF NAUVOO, ALABAMA
CITY OF NETTLETON, MISSISSIPPI
CITY OF NEW ALBANY, INDIANA
CITY OF NEW ALBANY, MISSISSIPPI
CITY OF NEW BRITAIN

CITY OF NEW CASTLE
CITY OF NEW FRANKLIN
CITY OF NEW HAVEN
CITY OF NEW HOPE, ALABAMA
CITY OF NEW IBERIA
CITY OF NEW LONDON
CITY OF NEW ORLEANS
CITY OF NEW ROADS, LOUISIANA
CITY OF NEW YORK
CITY OF NEWARK, NJ
CITY OF NEWBURGH HEIGHTS, OH
CITY OF NEWBURYPORT
CITY OF NEWPORT, RI
CITY OF NOBLESVILLE, INDIANA
CITY OF NORTH ADAMS
CITY OF NORTH MIAMI, FLORIDA
CITY OF NORTH OLMSTEAD
CITY OF NORTH ROYALTON, OH
CITY OF NORTHAMPTON
CITY OF NORTHGLENN
CITY OF NORTHLAKE
CITY OF NORTON
CITY OF NORTON, VIRGINIA
CITY OF NORWALK
CITY OF OAKMAN, ALABAMA
CITY OF OKLAHOMA CITY
CITY OF OLMSTED FALLS
CITY OF OLYMPIA
CITY OF OPP, ALABAMA
CITY OF OVERLAND PARK, KANSAS
CITY OF OWASSO
CITY OF OZARK, ALABAMA
CITY OF PADUCAH, KENTUCKY
CITY OF PALM BAY
CITY OF PALMETTO
CITY OF PARMA
CITY OF PARMA HEIGHTS
CITY OF PARRISH, ALABAMA
CITY OF PATERSON, NJ
CITY OF PATTERSON
CITY OF PAWTUCKET, RI
CITY OF PEABODY
CITY OF PEKIN
CITY OF PEMBROKE PINES, FLORIDA
CITY OF PENSACOLA
CITY OF PEORIA

CITY OF PERU, INDIANA
CITY OF PHILADELPHIA
CITY OF PHILADELPHIA, MISS.
CITY OF PHOENIX
CITY OF PINELLAS PARK
CITY OF PINEVILLE, LOUISIANA
CITY OF PIPPA PASSES
CITY OF PITTSBURGH
CITY OF PITTSFIELD
CITY OF PLATTSBURGH
CITY OF PLEASANT GROVE, AL
CITY OF POMPANO BEACH, FLORIDA
CITY OF PONCA CITY
CITY OF POOLER, GEORGIA
CITY OF PORTLAND
CITY OF PORTLAND AND JAY COUNTY
CITY OF PORTLAND, OREGON
CITY OF PORTSMOUTH
CITY OF PRESTON
CITY OF PRICHARD, ALABAMA
CITY OF PRINCETON, ILLINOIS
CITY OF PRINCETON, WEST VIRGINIA
CITY OF PROVIDENCE
CITY OF QUINCY
CITY OF RAVENNA, OHIO
CITY OF RENO
CITY OF REVERE
CITY OF RICHMOND
CITY OF RICHMOND HILL, GEORGIA
CITY OF ROCHESTER
CITY OF ROCKFORD, ILLINOIS
CITY OF ROME
CITY OF ROMULUS
CITY OF SACO
CITY OF SAINT MARTINVILLE
CITY OF SALEM
CITY OF SAN DIEGO
CITY OF SANDUSKY
CITY OF SANDY SPRINGS, GEORGIA
CITY OF SANFORD
CITY OF SARASOTA
CITY OF SAULT STE. MARIE, MICHIGAN
CITY OF SCHENECTADY
CITY OF SCOTTSBORO, ALABAMA
CITY OF SEAT PLEASANT, MARYLAND
CITY OF SEATTLE

CITY OF SEDRO WOOLLEY
CITY OF SELMA, ALABAMA
CITY OF SEYMOUR, INDIANA
CITY OF SHANNON, MISSISSIPPI
CITY OF SHAWNEE
CITY OF SHELBYVILLE, INDIANA
CITY OF SHREVEPORT
CITY OF SIPSEY, ALABAMA
CITY OF SOMERVILLE
CITY OF SOUTH BEND, INDIANA
CITY OF SPRINGFIELD, MISSOURI
CITY OF ST. JOSEPH, MISSOURI
CITY OF ST. LOUIS
CITY OF ST. MARY'S
CITY OF ST. MARY'S OHIO
CITY OF STARKVILLE, MISSISSIPPI
CITY OF STOW
CITY OF STRONGSVILLE
CITY OF SUMITON
CITY OF SYRACUSE, NEW YORK
CITY OF TACOMA
CITY OF TALLAHASSEE
CITY OF TALLEDEGA, ALABAMA
CITY OF TALLMADGE
CITY OF TAMPA
CITY OF THORNTON
CITY OF TIFTON, GEORGIA
CITY OF TOLEDO
CITY OF TRAVERSE CITY, MICHIGAN
CITY OF TROY
CITY OF TROY, ALABAMA
CITY OF TUCSON
CITY OF TUSCALOOSA, ALABAMA
CITY OF TUSKEGEE, ALABAMA
CITY OF UNION SPRINGS, ALABAMA
CITY OF UTICA, NEW YORK
CITY OF VAN WERT
CITY OF VERNON, ALABAMA
CITY OF VERONA, MISSISSIPPI
CITY OF VIENNA, WEST VIRGINIA
CITY OF VIRGINIA BEACH AND SHERIFF OF THE CITY OF VIRGINIA BEACH
CITY OF WARREN
CITY OF WARWICK, RI
CITY OF WATERBURY
CITY OF WATERVILLE
CITY OF WAYNE

CITY OF WEAVER, ALABAMA
CITY OF WEST LAFAYETTE
CITY OF WEST MONROE, LOUISIANA
CITY OF WESTFIELD, INDIANA
CITY OF WESTLAND, MICHIGAN
CITY OF WESTMINSTER
CITY OF WICKLIFFE
CITY OF WILKES-BARRE, PENNSYLVANIA
CITY OF WILMINGTON
CITY OF WINCHESTER
CITY OF WINFIELD, ALABAMA
CITY OF WOBURN
CITY OF WOODBURY, GEORGIA
CITY OF WORCESTER
CITY OF YUKON
CLAIBORNE COUNTY, MISS
CLAIBORNE PARISH
CLALLAM COUNTY
CLARK COUNTY
CLARKE COUNTY, MISSISSIPPI
CLAY COUNTY MEDICAL CORPORATION
CLAY COUNTY, ALABAMA
CLAYTON COUNTY, GEORGIA
CLEARFIELD COUNTY, PENNSYLVANIA
CLEBURNE COUNTY, ALABAMA
CLERMONT COUNTY BOARD OF COUNTY COMMISSIONERS
CLEVELAND BAKERS AND TEAMSTERS HEALTH AND WELFARE FUND
CLEVELAND COUNTY
CLEVELAND TEACHERS UNION, LOCAL 279
CLINCH COUNTY HOSPITAL AUTHORITY
CLINTON COUNTY
CLINTON COUNTY BOARD OF COMMISSIONERS
CLOVERDALE RANCHERIA OF POMO INDIANS
COBB COUNTY
COEUR DALENE TRIBE
COFFEE COUNTY, ALABAMA
COLE COUNTY, MISSOURI
COLES COUNTY
COLUMBIA COUNTY
COLUMBIA COUNTY, GEORGIA
COLUMBIA COUNTY, PA
COLUMBIANA COUNTY BOARD OF COUNTY COMMISSIONERS
COLUMBUS COUNTY
COLUMBUS GEORGIA
COMMISSIONERS OF ST. MARY'S COUNTY, MARYLAND
COMMON WEALTH OF PA

COMMONWEALTH OF MASSACHUSETTS
COMMONWEALTH OF PA
COMMONWEALTH OF VIRGINIA
COMMUNITY BASED CARE OF BREVARD, INC
COMMUNITY PARTNERSHIP FOR CHILDREN, INC.
CONCORDIA PARISH
CONECUH COUNTY, ALABAMA
CONEJOS COUNTY
CONFEDERATED TRIBE OF WARM SPRINGS
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION
CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON
CONFEDERATED TRIBES OF THE UMATILLA INDIAN RESERVATION
CONSOLIDATED TRIBAL HEALTH PROJECT, INC.
COOK COUNTY, GEORGIA
COOK COUNTY, ILLINOIS
COOS COUNTY, OREGON
COPLEY TOWNSHIP
COPPER RIVER NATIVE ASSOCIATION
COSHOCTON COUNTY BOARD OF COUNTY COMMISSIONERS
COUNTY COMMISSION OF CLAY COUNTY
COUNTY COMMISSIONERS OF CHARLES COUNTY, MARYLAND
COUNTY OF ALACHUA
COUNTY OF ALBANY, NY
COUNTY OF ALCONA, MICHIGAN
COUNTY OF ALGER, MICHIGAN
COUNTY OF ALLEGHENY
COUNTY OF ALLENDALE
COUNTY OF AMADOR
COUNTY OF ANACONDA-DEER LODGE
COUNTY OF ANDERSON
COUNTY OF ANGELINA
COUNTY OF ANOKA, MN
COUNTY OF ANTRIM, MICHIGAN
COUNTY OF ARENAC, MICHIGAN
COUNTY OF ASHTABULA
COUNTY OF BALLARD, KENTUCKY
COUNTY OF BAMBERG
COUNTY OF BARAGA, MICHIGAN
COUNTY OF BARNWELL
COUNTY OF BEAUFORT
COUNTY OF BEE
COUNTY OF BENZIE, MICHIGAN
COUNTY OF BERRIEN, MICHIGAN
COUNTY OF BEXAR
COUNTY OF BLANCO
COUNTY OF BOWIE

COUNTY OF BRADFORD
COUNTY OF BRANCH
COUNTY OF BREVARD, FLORIDA
COUNTY OF BURLESON
COUNTY OF BURNET
COUNTY OF BUTTE
COUNTY OF CALAVERAS
COUNTY OF CAMERON
COUNTY OF CAMP
COUNTY OF CARBON
COUNTY OF CASCADE
COUNTY OF CASS
COUNTY OF CATTARAUGUS
COUNTY OF CAYUGA
COUNTY OF CHARLEVOIX, MICHIGAN
COUNTY OF CHAUTAUQUA
COUNTY OF CHENANGO
COUNTY OF CHENANGO
COUNTY OF CHEROKEE
COUNTY OF CHESTERFIELD
COUNTY OF CHILDRESS
COUNTY OF CHIPPEWA
COUNTY OF CLACKAMAS
COUNTY OF CLARION
COUNTY OF CLAY
COUNTY OF CLINTON
COUNTY OF CLINTON, MICHIGAN
COUNTY OF COCHISE
COUNTY OF COLLETON
COUNTY OF COLUMBIA
COUNTY OF CONTRA COSTA
COUNTY OF COOKE
COUNTY OF CORTLAND
COUNTY OF CORYELL
COUNTY OF CRAWFORD, MICHIGAN
COUNTY OF CUMBERLAND
COUNTY OF CUYAHOGA
COUNTY OF DALLAS
COUNTY OF DEKALB
COUNTY OF DEL NORTE
COUNTY OF DELTA
COUNTY OF DICKINSON, MICHIGAN
COUNTY OF DIMMIT
COUNTY OF DORCHESTER
COUNTY OF DOUGLAS, STATE OF NEBRASKA
COUNTY OF EATON

COUNTY OF ECTOR
COUNTY OF EL DORADO
COUNTY OF EL PASO
COUNTY OF ERIE
COUNTY OF ESSEX
COUNTY OF FAIRFIELD
COUNTY OF FALLS
COUNTY OF FANNIN
COUNTY OF FAYETTE
COUNTY OF FLOYD
COUNTY OF FRANKLIN
COUNTY OF FREESTONE
COUNTY OF FRESNO
COUNTY OF FULTON
COUNTY OF GALVESTON
COUNTY OF GENESEE
COUNTY OF GLENN
COUNTY OF GRAND TRAVERSE
COUNTY OF GRATIOT, MICHIGAN
COUNTY OF GRAYSON
COUNTY OF GREENE
COUNTY OF GREENWOOD
COUNTY OF GRENADA
COUNTY OF HAMILTON
COUNTY OF HAMPTON
COUNTY OF HARDIN
COUNTY OF HARRISON
COUNTY OF HARVEY
COUNTY OF HERKIMER
COUNTY OF HIDALGO
COUNTY OF HILLSDALE, MICHIGAN
COUNTY OF HOPKINS
COUNTY OF HOUSTON
COUNTY OF HUDSON, NJ
COUNTY OF IMPERIAL
COUNTY OF INYO
COUNTY OF IOSCO, MICHIGAN
COUNTY OF ISABELLA, MICHIGAN
COUNTY OF JASPER
COUNTY OF JEFFERSON
COUNTY OF JONES
COUNTY OF KENNEBEC
COUNTY OF KERR
COUNTY OF KERSHAW
COUNTY OF KINNEY
COUNTY OF KNOTT

COUNTY OF KNOX, STATE OF NEBRASKA
COUNTY OF LA SALLE
COUNTY OF LAKE
COUNTY OF LAKE, MICHIGAN
COUNTY OF LAMAR
COUNTY OF LANE
COUNTY OF LASSEN
COUNTY OF LAURENS
COUNTY OF LEE
COUNTY OF LEELANAU, MICHIGAN
COUNTY OF LENAWEE, MICHIGAN
COUNTY OF LEON
COUNTY OF LEWIS
COUNTY OF LEXINGTON
COUNTY OF LIBERTY
COUNTY OF LIMESTONE
COUNTY OF LINCOLN
COUNTY OF LIVINGSTON
COUNTY OF LORAIN
COUNTY OF LUCE, MICHIGAN
COUNTY OF MACOMB
COUNTY OF MADERA
COUNTY OF MADISON
COUNTY OF MANISTEE, MICHIGAN
COUNTY OF MARICOPA
COUNTY OF MARIN
COUNTY OF MARION
COUNTY OF MARIPOSA
COUNTY OF MARQUETTE, MICHIGAN
COUNTY OF MASON, MICHIGAN
COUNTY OF MCCRACKEN COUNTY, KENTUCKY
COUNTY OF MCLENNAN
COUNTY OF MCMULLEN
COUNTY OF MENDOCINO
COUNTY OF MERCED
COUNTY OF MERRIMACK
COUNTY OF MILAM
COUNTY OF MITCHELL, TEXAS
COUNTY OF MODOC
COUNTY OF MOHAVE
COUNTY OF MONO
COUNTY OF MONROE
COUNTY OF MONTEREY
COUNTY OF MONTGOMERY
COUNTY OF MONTMORENCY, MICHIGAN
COUNTY OF MORA

COUNTY OF MORRIS
COUNTY OF MULTNOMAH
COUNTY OF NACOGDOCHIES
COUNTY OF NAPA, CALIFORNIA
COUNTY OF NASSAU
COUNTY OF NEVADA
COUNTY OF NEWAYGO, MICHIGAN
COUNTY OF NEWTON
COUNTY OF NIAGARA
COUNTY OF NOLAN, TEXAS
COUNTY OF NUECES
COUNTY OF OAKLAND
COUNTY OF OCEANA, MICHIGAN
COUNTY OF OCONEE
COUNTY OF OGEMAW, MICHIGAN
COUNTY OF ONEIDA, NY
COUNTY OF ONONDAGA, NY
COUNTY OF ONTARIO
COUNTY OF ONTONAGON, MICHIGAN
COUNTY OF ORANGE
COUNTY OF ORANGEBURG
COUNTY OF OSCEOLA
COUNTY OF OSCEOLA, MICHIGAN
COUNTY OF OSTEGO
COUNTY OF OSTEGO, MICHIGAN
COUNTY OF OSWEGO
COUNTY OF PANOLA
COUNTY OF PARKER
COUNTY OF PICKENS
COUNTY OF PLACER
COUNTY OF PLUMAS
COUNTY OF POLK, TEXAS
COUNTY OF PORTAGE, OHIO
COUNTY OF POTTER
COUNTY OF PRESQUE ISLE, MICHIGAN
COUNTY OF PUTNAM
COUNTY OF RED RIVER
COUNTY OF RENO
COUNTY OF RENSSELAER
COUNTY OF RIO ARRIBA
COUNTY OF RIVERSIDE
COUNTY OF ROBERTSON
COUNTY OF ROOSEVELT
COUNTY OF ROSCOMMON, MICHIGAN
COUNTY OF RUSK
COUNTY OF SACRAMENTO

COUNTY OF SAGINAW
COUNTY OF SAN BERNARDINO
COUNTY OF SAN DIEGO
COUNTY OF SAN FRANCISCO
COUNTY OF SAN JOAQUIN
COUNTY OF SAN LUIS OBISPO, CALIFORNIA
COUNTY OF SAN MATEO
COUNTY OF SAN PATRICIO
COUNTY OF SANILAC, MICHIGAN
COUNTY OF SANTA BARBARA
COUNTY OF SANTA CRUZ, CALIFORNIA
COUNTY OF SARATOGA
COUNTY OF SCHENECTADY
COUNTY OF SCHOHARIE
COUNTY OF SCHUYLER
COUNTY OF SENECA
COUNTY OF SHASTA
COUNTY OF SHELBY
COUNTY OF SHIAWASSEE, MICHIGAN
COUNTY OF SISKIYOU
COUNTY OF SMITH
COUNTY OF SONOMA, CALIFORNIA
COUNTY OF ST. CLAIR, MICHIGAN
COUNTY OF ST. LAWRENCE
COUNTY OF STEUBEN
COUNTY OF SUFFOLK
COUNTY OF SULLIVAN
COUNTY OF SUMMIT, OHIO
COUNTY OF SUTTER
COUNTY OF TARRANT
COUNTY OF TEHAMA
COUNTY OF THROCKMORTON
COUNTY OF TIOGA
COUNTY OF TITUS
COUNTY OF TOMPKINS
COUNTY OF TRAVIS
COUNTY OF TRINITY
COUNTY OF TRUMBULL
COUNTY OF TUOLUMNE
COUNTY OF TUSCARAWAS, OHIO
COUNTY OF ULSTER
COUNTY OF UNION
COUNTY OF UPSHUR
COUNTY OF VAN ZANDT
COUNTY OF VOLUSIA, FLORIDA
COUNTY OF WALLER

COUNTY OF WARREN
COUNTY OF WASHINGTON
COUNTY OF WAYNE
COUNTY OF WEBB
COUNTY OF WESTCHESTER
COUNTY OF WESTMORELAND
COUNTY OF WEXFORD, MICHIGAN
COUNTY OF WICHITA, TEXAS
COUNTY OF WILCOX, GEORGIA
COUNTY OF WILLIAMSBURG
COUNTY OF WOOD
COUNTY OF WYOMING
COUNTY OF YORK
COUNTY OF YUBA
COUNTY OF ZAVALA, TEXAS
COVENTRY TOWNSHIP
COW CREEK BAND OF UMPQUA TRIBE OF INDIANS
COYOTE VALLEY BAND OF POMO INDIANS
CRAVEN COUNTY
CRAWFORD COUNTY
CRAWFORD COUNTY BOARD OF COUNTY COMMISSIONERS
CRISP COUNTY, GA
CROCKETT COUNTY, TN
CULLMAN COUNTY, ALABAMA
CUMBERLAND COUNTY
CUMBERLAND COUNTY, STATE OF MAINE
CURRITUCK COUNTY
DAGGETT COUNTY, UTAH
DAKOTA COUNTY, MINNESOTA
DALE COUNTY, ALABAMA
DANE COUNTY, WISCONSIN
DANIEL WILSON
DARCY C. SHERMAN
DARE COUNTY
DARKE COUNTY BOARD OF COUNTY COMMISSIONERS
DARREN AND ELENA FLANAGAN
DAUPHIN COUNTY, PA
DAVIDSON COUNTY
DAVIE COUNTY
DAVIS COUNTY
DEBORAH GREEN-KUCHTA
DEBRA DAWSEY
DECATUR COUNTY, GEORGIA
DEKALB COUNTY, ILLINOIS
DELAWARE COUNTY
DELAWARE COUNTY BOARD OF COUNTY COMMISSIONERS

DELAWARE COUNTY, PENNSYLVANIA
DENT COUNTY
DERIC REES AND CEONDA REES
DES MOINES COUNTY
DESOTO FIRE PROTECTION DISTRICT NO. 8
DETROIT WAYNE MENTAL HEALTH AUTHORITY
DICKENSON COUNTY
DODDRIDGE COUNTY COMMISSION
DODGE COUNTY
DODGE COUNTY HOSPITAL AUTHORITY
DOOLY COUNTY, GEORGIA
DOOR COUNTY
DORA LAWRENCE
DOUGHERTY COUNTY, GEORGIA
DOUGLAS ANDERSON, SHERIFF OF AVOYELLES PARISH
DOUGLAS COUNTY
DOUGLAS COUNTY, MN
DOUGLAS HERBERT III, SHERIFF OF ALLEN PARISH
DREW MEMORIAL HOSPITAL INC.
DUNKLIN COUNTY
DUNN COUNTY
DUPAGE COUNTY, ILLINOIS
DUPLIN COUNTY
DUSCESNE COUNTY, UTAH
DUSTY GATES, SHERIFF OF UNION PARISH
EASTERN BAND OF CHEROKEE INDIANS
EAU CLAIRE COUNTY
ECHOLS COUNTY, GEORGIA
ED PULLEKINS, THE SOLICITOR FOR BOSTON TOWNSHIP
EDNA HOUSE FOR WOMEN, INC.
EDRICK SOILEAU, SHERRIFF OF EVANGELINE PARISH
EDWARD GRACE
EDWARDS COUNTY
EFFINGHAM COUNTY
EL CAMPO MEMORIAL HOSPITAL
ELBERT COUNTY, GEORGIA
ELI MEDINA
ELLA LOUISE JOHNSON
ELLEN F. ROSENBLUM, OREGON ATTORNEY GENERAL
ELMORE COUNTY, IDAHO
ELY SHOSHONE TRIBE OF NEVADA
EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505 HEALTH & WELFARE FUND
EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505 RETIREE HEALTH & WELFARE FUND
ERIE COUNTY BOARD OF COUNTY COMMISSIONERS
ERIN DOYLE
ESCAMBIA COUNTY, FLORIDA

ESSEX COUNTY, NEW JERSEY
ESTATE OF BRUCE BROCKEL
ESTILL COUNTY EMERGENCY MEDICAL SERVICES
EVANS MEMORIAL HOSPITAL, INC.
EWIIAAPAAYP BAND OF KUMEYAAY INDIANS
F. KIRK HOPKINS
FAIRFIELD COUNTY BOARD OF COUNTY COMMISSIONERS
FAMILY HEALTH CARE CLINIC PSC
FAMILY PRACTICE CLINIC OF BOONEVILLE, INC.
FAYETTE COUNTY, ALABAMA
FENTRESS COUNTY, TN
FISCAL COURT OF ALLEN COUNTY
FISCAL COURT OF ANDERSON COUNTY
FISCAL COURT OF BELL COUNTY
FISCAL COURT OF BOONE COUNTY
FISCAL COURT OF BOYD COUNTY
FISCAL COURT OF BOYLE COUNTY
FISCAL COURT OF BULLITT COUNTY
FLANDREAU SANTEE SIOUX TRIBE
FLORENCE COUNTY
FLOYD COUNTY
FOND DU LAC BAND OF LAKE SUPERIOR CHIPPEWA
FOND DU LAC COUNTY
FOREST COUNTY
FOREST COUNTY POTAWATOMI COMMUNITY
FORREST COUNTY, MISS.
FRANKLIN COUNTY
FRANKLIN COUNTY BOARD OF COUNTY COMMISSIONERS
FRANKLIN PARISH
FREDERICK COUNTY, MARYLAND
GALLATIN COUNTY
GALLIA COUNTY BOARD OF COUNTY COMMISSIONERS
GARRETT COUNTY, MARYLAND
GARY GILLEY
GASCONADE COUNTY, MISSOURI
GASTON COUNTY
GEAUGA COUNTY BOARD OF COUNTY COMMISSIONERS
GENESEE COUNTY
GEORGE COUNTY, MISSISSIPPI
GILES COUNTY
GLENN GOLDEN
GLYNN COUNTY, GEORGIA
GONZALES HEALTHCARE SYSTEMS
GRADY COUNTY, GEORGIA
GRAFTON COUNTY
GRANT COUNTY

GRANT COUNTY, NEW MEXICO
GRAYSON COUNTY, VIRGINIA
GREEN COUNTY
GREEN LAKE COUNTY
GREENBRIER COUNTY COMMISSION
GREENE COUNTY
GREENE COUNTY, ALABAMA
GREENE COUNTY, NORTH CAROLINA
GREENE COUNTY, PENNSYLVANIA
GREENE COUNTY, TN
GREENVILLE COUNTY
GREENWOOD LEFLORE HOSPITAL
GRETTA GOLDEN
GUERNSEY COUNTY BOARD OF COUNTY COMMISSIONERS
GUIDIVILLE RANCHERIA OF CALIFORNIA
GULF COUNTY
GURBIR S. GREWAL
GWINNETT COUNTY, GEORGIA
HABERSHAM COUNTY MEDICAL CENTER
HABERSHAM COUNTY, GEORGIA
HAL ALLRED, SHERIFF OF LAMAR COUNTY, ALABAMA
HALE COUNTY, ALABAMA
HALIFAX COUNTY
HALL COUNTY, GEORGIA
HAMILTON COUNTY
HAMILTON COUNTY BOARD OF COUNTY COMMISSIONERS
HAMILTON COUNTY, TN
HANCOCK COUNTY BOARD OF COUNTY COMMISSIONERS
HANCOCK COUNTY COMMISSION
HANCOCK COUNTY, GEORGIA
HANCOCK COUNTY, MISSISSIPPI
HANCOCK COUNTY, TN
HARDIN COUNTY
HARDTNER MEDICAL CENTER
HARRIS COUNTY
HARRISON COUNTY
HARRISON COUNTY BOARD OF COUNTY COMMISSIONERS
HARRISON COUNTY COMMISSION
HARRISON COUNTY, MISSISSIPPI
HARTFORD COUNTY, MARYLAND
HASKELL COUNTY, TEXAS
HAWKINS COUNTY, TN
HAYWOOD COUNTY
HAYWOOD COUNTY, TN
HD MEDIA COMPANY, LLC
HEALTH SERVICE DISTRICT OF KERSHAW COUNTY

HEATHER ENDERS
HECTOR BALDERAS, NEW MEXICO ATTORNEY GENERAL
HENDERSON COUNTY, TN
HENNEPIN COUNTY, MN
HENRY COUNTY, ALABAMA
HENRY COUNTY, GEORGIA
HENRY COUNTY, ILLINOIS
HENRY COUNTY, VIRGINIA
HER MAJESTY THE QUEEN IN RIGHT OF THE PROVINCE OF BRITISH COLUMBIA
HERBERT H. SLATERY III, TENNESSEE ATTORNEY GENERAL AND REPORTER
HIGHLANDS HOSPITAL CORPORATION
HIGHLANDS REGIONAL MEDICAL CENTER
HILLSBOROUGH COUNTY
HILLSBOROUGH COUNTY, NEW HAMPSHIRE
HMO LOUISIANA INC.
HOCKING COUNTY BOARD OF COUNTY COMMISSIONERS
HOLMES COUNTY
HOLMES COUNTY, MISSISSIPPI
HOPLAND BAND OF POMO INDIANS
HOSPITAL AUTHORITY OF BAINBRIDGE AND DECATUR COUNTY, GEORGIA
HOSPITAL AUTHORITY OF BAXLEY AND APPLING COUNTY
HOSPITAL AUTHORITY OF BLECKLEY COUNTY
HOSPITAL MENONITA CAGUAS, INC.
HOSPITAL MENONITA GAUYAMA, INC.
HOSPITAL SERVICE DISTRICT NO. 1 OF THE PARISH OF LASALLE, STATE OF
LOUISIANA
HOUSTON COUNTY
HOUSTON COUNTY, ALABAMA
HOWARD COUNTY
HOWARD COUNTY, INDIANA
HUALAPAI TRIBE
HUERFANO COUNTY
HUMBOLDT COUNTY
HUMPHREYS COUNTY, MISS.
HUNTINGTON BEACH
HURON COUNTY BOARD OF COUNTY COMMISSIONERS
IBERIA PARISH
IBERIA PARISH SCHOOL BOARD
IBERVILLE PARISH COUNCIL, A LOUISIANA GOVERNMENTAL ENTITY
IBEW LOCAL 38 HEALTH AND WELFARE FUND
IBEW LOCAL 90 BENEFITS PLAN
INDIAN HEALTH COUNCIL, INC.
INDIANA COUNTY, PA
INTERGOVERNMENTAL PERSONNEL BENEFIT COOPERATIVE
INTERGOVERNMENTAL RISK MANAGEMENT AGENCY
INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150

IOWA COUNTY
IQBAL AKHTER
IREDELL COUNTY
IRON COUNTY
IRON WORKERS DISTRICT COUNCIL OF PHILADELPHIA AND VICINITY, BENEFIT
FUND
IRVING B. SUGERMAN
IRWIN COUNTY, GEORGIA
ISLAND COUNTY
ITASCA COUNTY, MINNESOTA
ITAWAMBA COUNTY, MISS.
IVY WOODS, SHERIFF OF JEFFERSON DAVIS PARISH
J. PAUL JONES HOSPITAL
JACK MULHALL CENTER FOR SOBER LIVING
JACKSON COUNTY
JACKSON COUNTY BOARD OF COUNTY COMMISSIONERS
JACKSON COUNTY, ALABAMA
JACKSON COUNTY, GEORGIA
JACKSON COUNTY, INDIANA
JACKSON COUNTY, MISSOURI
JACKSON PARISH POLICE JURY
JANE DOE
JANNA LOWRY
JARED EFFLER
JASON REYNOLDS
JASPER COUNTY
JASPER COUNTY, GEORGIA
JAY BRODSKY
JAY RUSSELL, SHERIFF OF OUACHITA PARISH
JEAN LAFITTE TOWN
JEFF DAVIS COUNTY, GA
JEFFERSON COUNTY
JEFFERSON COUNTY COMMISSION
JEFFERSON COUNTY, AL
JEFFERSON COUNTY, MISSISSIPPI
JEFFERSON DAVIS COUNTY, MISS.
JEFFERSON DAVIS PARISH POLICE JURY
JEFFERSON PARISH HOSPITAL SERVICE NO. 1
JEFFERSON PARISH HOSPITAL SERVICE NO. 2
JEFFREY F. WILEY, SHERIFF OF ASCENSION PARISH
JENNINGS COUNTY
JERRY PHILLEY, SHERRIFF OF WEST CARROLL PARISH
JERSEY COUNTY
JODI SHAFFER
JOHN CRAFT (VERNON PARISH)
JOHN DOE

JOHN E. BALANCE, SHERIFF FOR BIENVILLE PARISH
JOHN POHLMANN, SHERIFF OF ST. BERNARD PARISH, LOUISIANA
JOHN T. FOUNDATION
JOHNSON COUNTY
JOHNSON COUNTY, GEORGIA
JOHNSON COUNTY, TN
JONES COUNTY
JONES COUNTY, GEORGIA
JORDAN CHU
JOSEPH P. LOPINTO, III, SHERRIFF OF JEFFERSON PARISH
JOSHUA D. HAWLEY, MISSOURI ATTORNEY GENERAL
JOSHUA H. STERN, NORTH CAROLINA ATTORNEY GENERAL
JUSTIN MARKEY, THE LAW DIRECTOR FOR THE CITY OF NORTON
K.I.S.S. FOUNDATION INC.
KANE COUNTY, ILLINOIS
KANKAKEE CNTY
KAUFMAN COUNTY
KENAITZE INDIAN TRIBE
KENDALL COUNTY, ILLINOIS
KENNEBEC COUNTY, STATE OF MAINE
KENOSHA COUNTY
KENTUCKY LEAGUE OF CITIES INSURANCE SERVICES
KENTUCKY RIVER DISTRICT HEALTH DEPARTMENT
KERSHAW HEALTH
KEVIN SCHWARTZ
KEVIN WILK
KIDS FIRST OF FLORIDA, INC.
KIMBERLY BRAND
KING COUNTY
KITSAP COUNTY
KITTITAS COUNTY
KNOX COUNTY BOARD OF COUNTY COMMISSIONERS
KODIAK AREA NATIVE ASSOCIATION
KOI NATION OF NORTHERN CALIFORNIA
KOOTENAI TRIBE OF IDAHO
KRIS KOECHLEY
LA CROSSE COUNTY
LABORERS 17 HEALTH BENEFIT FUND
LAC COURTE OREILLES BAND OF LAKE SUPERIOR CHIPPEWA INDIANS
LAC DU FLAMBEAU BAND OF CHIPPEWA INDIANS
LAC VIEUX DESERT BAND OF LAKE SUPERIOR CHIPPEWA INDIANS
LACKAWANNA COUNTY, PENNSYLVANIA
LAFAYETTE COUNTY
LAFAYETTE GENERAL HEALTH SYSTEM, INC.
LAKE COUNTY
LAKEVIEW CENTER, INC.

LAMAR COUNTY, ALABAMA
LANGLADE COUNTY
LANIER COUNTY, GEORGIA
LANTERN
LAPORTE COUNTY
LAS ANIMAS COUNTY
LASALLE PARISH
LATAH COUNTY, IDAHO
LAUDERDALE COUNTY, TN
LAURENS COUNTY, GEORGIA
LAWRENCE COUNTY
LAWRENCE COUNTY BOARD OF COUNTY COMMISSIONERS
LAWRENCE COUNTY, ALABAMA
LAWRENCE COUNTY, MISS.
LAWRENCE COUNTY, PENNSYLVANIA
LEE COUNTY
LEE COUNTY, GEORGIA
LEE COUNTY, MISSISSIPPI
LEHIGH COUNTY, PA
LENOIR COUNTY
LEON COUNTY, FLORIDA
LESLIE RUTLEDGE
LEVY COUNTY
LEWIS COUNTY COMMISSION
LEWIS COUNTY, MISSOURI
LEWIS COUNTY, WASHINGTON
LEXINGTON, TN
LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT
LIA HOUSE
LICKING COUNTY BOARD OF COUNTY COMMISSIONERS
LIMESTONE COUNTY, ALABAMA
LINCOLN COUNTY
LINCOLN COUNTY, GEORGIA
LINCOLN COUNTY, MISSISSIPPI
LISA MILLER, THE DIRECTOR OF LAW FOR THE CITY OF BARBERTON
LIVINGSTON COUNTY
LIVINGSTON COUNTY, MISSOURI
LOGAN COUNTY BOARD OF COUNTY COMMISSIONERS
LORI SWANSON, MINNESOTA ATTORNEY GENERAL
LOU SARDELLA
LOUIS M. ACKAL, SHERIFF OF IBERIA PARISH, LOUISIANA
LOUISIANA ASSESSORS' INSURANCE FUND
LOUISIANA DEPT. OF HEALTH
LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY
LOUISVILLE/JEFFERSON COUNTY GOVERNMENT
LOWER SIOUX INDIAN COMMUNITY IN THE STATE OF MINNESOTA

LOWNDES COUNTY, ALABAMA
LOWNDES COUNTY, GEORGIA
LUCAS COUNTY CHILDREN SERVICES BOARD OF TRUSTEES
LUTHERAN SERVICES FLORIDA INC.
LUZERNE COUNTY, PA
LYON COUNTY
MACKENZIE PAIGE HAYS
MACON COUNTY, GEORGIA
MACON COUNTY, ILLINOIS
MACOUPIN COUNTY, ILLINOIS
MADISON COUNTY
MADISON COUNTY, ALABAMA
MADISON COUNTY, GEORGIA
MADISON COUNTY, TN
MAHONING TOWNSHIP
MANATEE COUNTY, FLORIDA
MANCHESTER BAND OF POMO INDIANS OF THE MANCHESTER RANCHERIA
MANITOWOC COUNTY
MAO-MSO RECOVERY II, LLC
MARATHON COUNTY
MARENGO COUNTY, ALABAMA
MARIES COUNTY, MISSOURI
MARINETTE COUNTY
MARION COUNTY
MARION COUNTY BOARD OF COUNTY COMMISSIONERS
MARION COUNTY COMMISSION
MARION COUNTY, MISS.
MARION REGIONAL MEDICAL CENTER, INC.
MARK BRNOVICH ARIZONA ATTORNEY GENERAL
MARK GARBER, SHERIFF OF LAFAYETTE PARISH
MARK R. HERRING VA ATTORNEY GENERAL
MARKETING SERVICES OF INDIANA, INC.
MARLIN N. GUSMAN, SHERIFF OF ORLEANS PARISH
MARQUETTE COUNTY
MARSHAL M. PITCHFORD, THE LAW DIRECTOR FOR THE CITY OF MOGADORE
MARSHAL PITCHFORD
MARSHALL COUNTY COMMISSION
MARSHALL COUNTY, AL
MARSHALL COUNTY, MISS.
MARTIN COUNTY, NC
MARTY J. JACKLEY, SOUTH DAKOTA ATTORNEY GENERAL
MASMOUD BAMDAD, M.D., O.B.O. STATE OF CA
MASSAC COUNTY
MAVERICK COUNTY, TEXAS
MAXWELL A. NEWMAN AND CAROLINE S. NEWMAN
MAYOR & CITY COUNCIL OF BALTIMORE

MAYOR CHRIS TATUM ON BEHALF OF THE VILLAGE OF BARBOURSVILLE
MAYOR DAVID ADKINS, O.B.O. THE TOWN OF HAMLIN
MAYOR DON E. MCCOURT, ON BEHALF OF THE TOWN OF ADDISON
MAYOR FARRIS BURTON, O.B.O. THE TOWN OF WEST HAMLIN
MCDOWELL COUNTY, NC
MCDUFFIE COUNTY, GEORGIA
MCHENRY COUNTY, ILLINOIS
MECKLENBURG COUNTY
MEDICAL MUTUAL OF OHIO
MEGAN RABER, THE DIRECTOR OF LAW FOR THE CITY OF TALLMADGE
MEIGS COUNTY, OHIO
MELISSA AMBROSIO
MEMORIAL HEALTHCARE SYSTEM INC.
MENNONITE GENERAL HOSPITAL, INC.
MENOMINEE COUNTY
MENTAL HEALTH & RECOVERY SERVICES BOARD OF ALLEN, AUGLAIZE AND
HARDIN COUNTIES
MENTAL HEALTH & RECOVERY SERVICES BOARD OF LUCAS COUNTY
MERCER COUNTY
MERCER COUNTY BOARD OF COUNTY COMMISSIONERS
MERCY HOUSE TEEN CHALLENGE
METROHEALTH SYSTEM
METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY,
TENNESSEE
MIAMI-DADE COUNTY, FLORIDA
MICCOSUKEE TRIBE OF INDIANS OF FLORIDA
MICHAEL CHRISTY
MICHAEL ESPINOSA
MICHAEL KLODZINSKI
MICHAEL KONIG
MICHAEL LOPEZ
MICHAEL MASIOWSKI, M.D.
MICHAEL RAY LEWIS
MICHAEL TUBBS, SHERIFF OF MOREHOUSE PARISH
MIDWEST OPERATING ENGINEERS HEALTH AND WELFARE FUND
MIKE DEWINE, OHIO ATTORNEY GENERAL
MIKE HALE, IN HIS CAPACITY AS SHERRIFF OF JEFFERSON COUNTY, ALABAMA
MIKE HUNTER, OKLAHOMA ATTORNEY GENERAL
MIKE STONE, SHERIFF FOR LINCOLN PARISH
MILLS COUNTY
MILWAUKEE COUNTY, WISCONSIN
MINIDOKA COUNTY, IDAHO
MINISTER DAVID BREWTON
MINUTE MEN SELECT, INC.
MINUTE MEN, INC.
MISSOULA COUNTY

MOBILE COUNTY EMERGENCY MEDICAL SERVICES RESCUE SQUAD, INC.
MOBILE COUNTY, ALABAMA
MONITEAU COUNTY, MISSOURI
MONMOUTH COUNTY
MONONGALIA COUNTY COMMISSION
MONROE COUNTY
MONROE COUNTY BOARD OF COUNTY COMMISSIONERS
MONROE COUNTY, GEORGIA
MONROE COUNTY, MISSISSIPPI
MONTGOMERY COUNTY
MONTGOMERY COUNTY, AL
MONTGOMERY COUNTY, KANSAS
MONTGOMERY COUNTY, MARYLAND
MONTGOMERY COUNTY, MISSOURI
MONTGOMERY COUNTY, TN
MOORE COUNTY
MORGAN CITY
MORGAN COUNTY
MORGAN COUNTY COMMISSION
MORGAN COUNTY, ALABAMA
MORGAN COUNTY, TN
MORRISON COUNTY, MN
MORROW COUNTY BOARD OF COUNTY COMMISSIONERS
MOWER COUNTY, MN
MSI CORPORATION
MSP RECOVERY CLAIMS SERIES LLC
MSP RECOVERY CLAIMS, SERVICES LLC
MSPA CLAIMS 1, LLC
MUNICIPALITY OF CANOVANAS, PUERTO RICO
MUNICIPALITY OF GUAYAMA, PUERTO RICO
MUNICIPALITY OF GUAYANILLA, PUERTO RICO
MUNICIPALITY OF JUNCOS, PUERTO RICO
MUNICIPALITY OF LOIZA, PUERTO RICO
MUNICIPALITY OF RIO GRANDE, PUERTO RICO
MUNICIPALITY OF SABANA GRANDE, PUERTO RICO
MUNICIPALITY OF VEGA ALTA, PUERTO RICO
MUNICIPALITY OF YABUCOA, PUERTO RICO
MUSKEGON COUNTY, MICHIGAN
MUSKINGUM COUNTY BOARD OF COUNTY COMMISSIONERS
NADJA STREITER
NATIONAL ROOFERS UNION & EMPLOYERS JOINT HEALTH & WELFARE FUND
NATIVE VILLAGE OF AFOGNAK
NATIVE VILLAGE OF PORT HEIDEN
NESHOBA COUNTY, MISSISSIPPI
NEW HANOVER COUNTY
NEW ORLEANS MISSION, INC.

NEWMAN'S MEDICAL SERVICES, INC.
NEWTON COUNTY, GEORGIA
NEZ PIERCE TRIBE
NICHOLAS A. PADRON
NOBLE COUNTY, OHIO
NODAWAY COUNTY, MISSOURI
NORTH CADDO HOSPITAL SERVICE DISTRICT
NORTH CADDO MEDICAL CENTER
NORTH MISSISSIPPI MEDICAL CENTER INC.
NORTHAMPTON COUNTY
NORTHEAST CARPENTERS FUNDS
NORTHERN ARAPAHO TRIBE
NORTHERN CHEYENNE TRIBE
NORTHWEST ARIZONA EMPLOYEE BENEFIT TRUST
NORTON SOUND HEALTH CORPORATION
NUECES COUNTY HOSPITAL DISTRICT
NYE COUNTY, NEVADA
OCHILTREE COUNTY HOSPITAL DISTRICT
OCONEE COUNTY, GA
OCONTO COUNTY
ODYSSEY HOUSE LOUISIANA, INC.
OGLALA LAKOTA SIOUX TRIBE
OGLETHORPE COUNTY, GEORGIA
OHIO CARPENTERS HEALTH FUND
OHIO CONFERENCE OF TEAMSTERS & INDUSTRY HEALTH & WELFARE FUND
OHIO COUNTY COMMISSION
ONEIDA COUNTY
ONEIDA NATION
ONSLOW COUNTY
OPELOUSAS GENERAL HEALTH SYSTEM
OPELOUSAS GENERAL HOSPITAL AUTHORITY
ORANGE COUNTY
ORLAND FIRE PROTECTION DISTRICT
ORLEANS PARISH HOSPITAL SERVICE DISTRICT - DISTRICT A
OSAGE COUNTY, MISSOURI
OTERO COUNTY
OTTAWA COUNTY BOARD OF COUNTY COMMISSIONERS
OUR LADY OF BELLEFONTE
OVERTON COUNTY, TN
OWYHEE COUNTY, IDAHO
OZARK COUNTY, MISSOURI
PAGE COUNTY
PAIUTE-SHOSHONE TRIBE OF THE FALLON RESERVATION AND COLONY
PALA BAND OF MISSION INDIANS
PALM BEACH COUNTY
PAMELA OSBORNE

PAMLICO COUNTY
PANAMA CITY, FLORIDA
PANOLA COUNTY, MISSISSIPPI
PARISH OF DESOTO
PASCO COUNTY
PASQUOTANK COUNTY
PASSAMAQUODDY TRIBE-INDIAN TOWNSHIP
PASSAMAQUODDY TRIBE-PLEASANT POINT
PAYETTE COUNTY, IDAHO
PEACH COUNTY, GEORGIA
PENOBSCOT COUNTY
PEOPLE OF CALIFORNIA
PERRY COUNTY
PERRY COUNTY BOARD OF COUNTY COMMISSIONERS
PERRY COUNTY, MISSISSIPPI
PERSON COUNTY
PETER F. KILMARTIN, RHODE ISLAND ATTORNEY GENERAL
PETER K. MICHAEL, WYOMING ATTORNEY GENERAL
PHELPS COUNTY, MISSOURI
PHENIX CITY, ALABAMA
PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND
PIATT COUNTY, ILLINOIS
PICKENS COUNTY
PICKETT COUNTY, TN
PIERCE COUNTY
PIERCE COUNTY, GEORGA
PIKE COUNTY BOARD OF COUNTY COMMISSIONERS
PIKE COUNTY, ALABAMA
PIMA COUNTY, ARIZONA
PINELLAS COUNTY, FLORIDA
PIONEER TELEPHONE COOPERATIVE, INC.
PIONEER TELEPHONE COOPERATIVE, INC. EMPLOYEE BENEFITS PLAN
PIPE FITTERS LOCAL UNION NO. 120 INSURANCE FUND
PITT COUNTY
PITTSYLVANIA COUNTY
PLAINS TOWNSHIP, PENNSYLVANIA
PLEASANTS COUNTY COMMISSION
PLUMBERS LOCAL UNION NO. 1 WELFARE FUND
POCAHONTAS COUNTY COMMISSION
POINTE COUPEE PARISH HEALTH SERVICES DISTRICT NUMBER 1
POLICE JURY OF THE PARISH OF POINTE COUPEE, LOUISIANA
POLK COUNTY
POLK COUNTY, FLORIDA
POLK COUNTY, GEORGIA
PONCA TRIBE OF INDIANS OF OKLAHOMA
PONCA TRIBE OF NEBRASKA

PONTONOC HEALTH SERVICES, INC.
PORT GAMBLE S'KLALLAM TRIBE, SUQUAMISH TRIBE, AND JAMESTOWN
S'KLALLAM TRIBE
PORTER COUNTY
POTTER VALLEY TRIBE
PRAIRIE ISLAND INDIAN COMMUNITY
PRARIE ISLAND INDIAN COMMUNITY
PRENTISS COUNTY, MISSISSIPPI
PRESIDENT WILLIAM K. "BULL" FONTENOT JR.
PRICE COUNTY
PRIMARY PURPOSE CENTER INC.
PRINCE GEORGE'S COUNTY, MARYLAND
PUEBLO COUNTY
PULASKI COUNTY
PULASKI COUNTY, MISSOURI
PULASKI COUNTY, VIRGINIA
QUINAULT INDIAN NATION
R.D. BURNS
RACHEL WOOD
RAMSEY COUNTY, MN
RANDOLPH COUNTY
RANDOLPH COUNTY COMMISSION
RANDY SEAL, SHERIFF OF WASHINGTON PARISH
RANDY SMITH, SHERIFF OF ST. TAMMANY PARISH, LOUISIANA
RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS
RED LAKE CHIPPEWA BAND OF CHIPPEWA INDIANS
RED RIVER FIRE PROTECTION DISTRICT
RED RIVER PARISH
REDWOOD VALLEY OR LITTLE RIVER BAND OF POMO INDIANS OF THE REDWOOD
VALLEY RANCHERIA
REGINA HAPGOOD
RENO-SPARKS INDIAN COLONY
RESIGHINI RANCHERIA
REYNOLDS COUNTY, MISSOURI
RHONDA BELCHER
RICHARD COELHO
RICHLAND COUNTY CHILDREN'S SERVICES
RICHLAND PARISH
RICHMOND COUNTY, NORTH CAROLINA
RINCON BAND OF LUISENO INDIANS
RIPLEY COUNTY
RIPLEY COUNTY, MISSOURI
RISK MANAGEMENT, INC.
RITCHIE COUNTY COMMISSION
RIVERSIDE-SAN BERNADINO COUNTY INDIAN HEALTH, INC.
ROBERT E. MANCHESTER

ROBERT NORRIS BLACK, EUREKA CITY ATTORNEY
ROBESON COUNTY
ROBINSON RANCHERIA
ROCK COUNTY
ROCKDALE COUNTY, GEORGIA
ROCKINGHAM COUNTY
RODNEY INGLE, SHERIFF OF FAYETTE COUNTY, ALABAMA
RONALD D. STRACENER
RONALD RICHARDSON, SHERIFF OF SABINE PARISH
ROSARY HALL
ROSEBUD SIOUX TRIBE
ROSS COUNTY BOARD OF COUNTY COMMISSIONERS
ROUND VALLEY INDIAN HEALTH CENTER INC.
ROUND VALLEY INDIAN TRIBES
ROWAN COUNTY
ROXIE WHITLEY
RUSH HEALTH SYSTEMS, INC.
RUSK COUNTY
RUSS BALTHIS, THE LAW DIRECTOR FOR THE CITY OF CUYAHOGA FALLS
RUSSELL COUNTY, VIRGINIA
RUTHERFORD COUNTY
RUTHERFORD COUNTY, TN
SAGADAHOC COUNTY
SAINT ELIZABETH MEDICAL CENTER, INC.
SAINT REGIS MOHAWK TRIBE
SALINE COUNTY
SALT LAKE COUNTY
SAN FRANCISCO CITY ATTORNEY DENNIS J. HERRERA
SAN JUAN COUNTY
SANDUSKY COUNTY BOARD OF COMMISSIONERS
SANTA ROSA COUNTY
SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT
SARPY COUNTY, NEBRASKA, A MUNICIPAL CORPORATION
SAUK COUNTY
SAWYER COUNTY
SCHLEY COUNTY, GEORGIA
SCHUYLER COUNTY,
SCHUYLKILL COUNTY, PA.
SCIOTO COUNTY BOARD OF COUNTY COMMISSIONERS
SCOTT ANSLUM, SHERIFF OF ST. MARY PARISH
SCOTT COUNTY BOARD OF SUPERVISORS
SCOTT COUNTY INDIANA
SCOTT COUNTY, TN
SCOTT ELLINGTON
SCOTTS VALLEY BAND OF POMO INDIANS
SEATTLE INDIAN HEALTH BOARD

SEDGWICK COUNTY BOARD OF COUNTY COMMISSIONERS
SENECA COUNTY BOARD OF COUNTY COMMISSIONERS
SENECA NATION OF INDIANS
SHAKOPEE MDEWAKANTON SIOUX COMMUNITY
SHANNON HUNT
SHARKEY-ISSAQUENA COMMUNITY HOSPITAL
SHAWANO COUNTY
SHEBOYGAN COUNTY
SHEET METAL WORKERS LOCAL NO. 25 HEALTH AND WELFARE FUND
SHELBY COUNTY
SHELBY COUNTY BOARD OF COUNTY COMMISSIONERS
SHELBY COUNTY, ALABAMA
SHELBY COUNTY, MISSOURI
SHINNECOCK INDIAN NATION
SID J. GAUTREAUX III, PARISH OF EAST BATON ROUGE
SISSETON-WAHPETON OYATE
SKAGIT COUNTY
SMITH COUNTY, TN
SMYTH COUNTY, VIRGINIA
SNOHOMISH COUNTY, A WASHINGTON MUNICIPAL CORPORATION
SOMERSET COUNTY
SOUTH CENTRAL REGIONAL MEDICAL CENTER
SOUTH CENTRAL UFCW UNIONS AND EMPLOYERS HEALTH & WELFARE TRUST
SOUTH FORK BAND OF THE TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS
SOUTHCENTRAL FOUNDATION
SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM
SOUTHEAST FLORIDA BEHAVIORAL HEALTH NETWORK INC
SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY
SOUTHWEST MISSISSIPPI REGIONAL MEDICAL CENTER
SPARTANBURG COUNTY
SPIRIT LAKE TRIBE
SPOKANE COUNTY
SPRINGFIELD TOWNSHIP
SQUAXIN ISLAND TRIBE
ST. BERNARD PARISH GOVERNMENT
ST. CHARLES COUNTY, MISSOURI
ST. CLAIR COUNTY, ALABAMA
ST. CLAIRE MEDICAL CENTER, INC.
ST. CROIX CHIPPEWA INDIANS OF WISCONSIN
ST. CROIX COUNTY
ST. ELIZABETH HEALTHCARE
ST. JAMES PARISH
ST. JOHN THE BAPTIST PARISH
ST. JOSEPH COUNTY
ST. LANDRY PARISH, LOUISIANA
ST. LOUIS COUNTY

ST. LOUIS COUNTY, MN
ST. MARTIN PARISH
ST. MARY PARISH
ST. MARY PARISH SCHOOL BOARD
ST. TAMMANY FIRE PROTECTION DISTRICT NO. 1
ST. TAMMANY FIRE PROTECTION DISTRICT NO. 12
ST. TAMMANY FIRE PROTECTION DISTRICT NO. 13
ST. TAMMANY FIRE PROTECTION DISTRICT NO. 2
ST. TAMMANY FIRE PROTECTION DISTRICT NO. 3
ST. TAMMANY FIRE PROTECTION DISTRICT NO. 4
ST. TAMMANY FIRE PROTECTION DISTRICT NO. 5
ST. TAMMANY PARISH CORONER'S OFFICE AND DR. CHARLES PRESTON
ST. TAMMANY PARISH GOVERNMENT
ST. VINCENT CHARITY MEDICAL CENTER
STANDING ROCK SIOUX TRIBE
STARK COUNTY, OHIO BOARD OF COUNTY COMMISSIONERS
STARKE COUNTY, INDIANA
STATE OF ALABAMA
STATE OF ALASKA
STATE OF ARIZONA
STATE OF ARKANSAS
STATE OF CALIFORNIA
STATE OF CONNECTICUT
STATE OF DELAWARE, EX REL. MATTHEW P. DENN
STATE OF FLORIDA
STATE OF GEORGIA
STATE OF ILLINOIS
STATE OF ILLINOIS AND ST. CLAIR COUNTY, ILLINOIS
STATE OF INDIANA
STATE OF LOUISIANA
STATE OF MINNESOTA
STATE OF MISSISSIPPI
STATE OF MISSOURI
STATE OF MONTANA
STATE OF NEVADA
STATE OF NEW HAMPSHIRE
STATE OF NEW MEXICO
STATE OF NEW YORK
STATE OF NORTH CAROLINA
STATE OF NORTH DAKOTA
STATE OF OHIO
STATE OF OKLAHOMA
STATE OF OREGON
STATE OF PENNSYLVANIA
STATE OF RHODE ISLAND
STATE OF SOUTH CAROLINA

STATE OF SOUTH DAKOTA
STATE OF TENNESSEE
STATE OF TEXAS
STATE OF UTAH
STATE OF VERMONT
STATE OF WASHINGTON
STATE OF WYOMING
STE. GENEVIEVE COUNTY
STEPHANIE SCHWARTZ
STEPHENS COUNTY
STOCKBRIDGE-MUNSEE COMMUNITY
STOKES COUNTY
STONE COUNTY
STONE COUNTY, MISSISSIPPI
STRAFFORD COUNTY
SULLIVAN COUNTY
SUMMIT COUNTY PUBLIC HEALTH
SUMMIT COUNTY, UTAH
SUMNER COUNTY, TN
SUMTER COUNTY, ALABAMA
SUMTER COUNTY, GEORGIA
SUNFLOWER COUNTY, MISS
SURRY COUNTY
SWEETWATER COUNTY
SWINOMISH TRIBE
TALBOT COUNTY, MARYLAND
TALIAFERRO COUNTY, GEORGIA
TALLADEGA COUNTY, ALABAMA
TALLAHATCHIE COUNTY, MISS.
TALLAPOOSA COUNTY, AL
TAMA COUNTY
TANANA CHIEFS CONFERENCE
TANEY COUNTY
TATE COUNTY, MISSISSIPPI
TATTNALL COUNTY, GEORGIA
TAYLOR COUNTY
TAYLOR REGIONAL HOSPITAL
TAZEWELL COUNTY, VIRGINIA
TEAMSTERS HEALTH SERVICE AND INSURANCE PLAN LOCAL 404
TEAMSTERS LOCAL 237 RETIREES' BENEFIT FUND AND TEAMSTERS LOCAL 237
WELFARE FUND
TEAMSTERS LOCAL 493 HEALTH SERVICE & INSURANCE FUND
TEAMSTERS LOCAL 671 HEALTH SERVICE & INSURANCE FUND
TEAMSTERS LOCAL 677 HEALTH SERVICE & INSURANCE FUND
TEAMSTERS LOCAL NO. 348 HEALTH & WELFARE FUND
TEAMSTERS UNION LOCAL NO. 52 HEALTH & WELFARE FUND

TEXAS COUNTY
TEXAS OFFICE OF THE ATTORNEY GENERAL
THE ARIZONA SCHOOL ALLIANCE FOR WORKERS' COMPENSATION, INC.
THE BEAR RIVER BAND OF ROHNERVILLE RANCHERIA
THE BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION
THE BOARD OF COMMISSIONERS OF THE COUNTY OF ALLEN
THE BOARD OF COMMISSIONERS OF THE COUNTY OF FRANKLIN
THE BOARD OF COUNTY COMMISSIONERS OF DELAWARE COUNTY, STATE OF
OKLAHOMA
THE BOARD OF COUNTY COMMISSIONERS OF GARVIN COUNTY, STATE OF
OKLAHOMA
THE BOARD OF COUNTY COMMISSIONERS OF MCCLAIN COUNTY, STATE OF
OKLAHOMA
THE BOARD OF COUNTY COMMISSIONERS OF OSAGE COUNTY, STATE OF
OKLAHOMA
THE BOARD OF COUNTY COMMISSIONERS OF OTTAWA COUNTY, STATE OF
OKLAHOMA
THE BOARD OF COUNTY COMMISSIONERS OF PAWNEE COUNTY, STATE OF
OKLAHOMA
THE BOARD OF COUNTY COMMISSIONERS OF SEMINOLE COUNTY, STATE OF
OKLAHOMA
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON
THE BOROUGH OF RIDGEFIELD
THE BOSTON HOUSING AUTHORITY
THE BOSTON PUBLIC HEALTH COMMISSION
THE CANDLER COUNTY HOSPITAL AUTHORITY
THE CHEROKEE NATION
THE CITY OF NEW FRANKLIN
THE COMMONWEALTH OF PA BY JAMES MARTIN
THE COMMONWEALTH OF PUERTO RICO
THE COUNTY COMMISSION OF BARBOUR COUNTY
THE COUNTY COMMISSION OF MASON COUNTY
THE COUNTY COMMISSION OF MINGO COUNTY
THE COUNTY COMMISSION OF PUTNAM COUNTY
THE COUNTY COMMISSION OF TAYLOR COUNTY
THE COUNTY COMMISSION OF WEBSTER COUNTY
THE FISCAL COURT OF BOURBON COUNTY
THE FISCAL COURT OF BRACKEN COUNTY
THE FISCAL COURT OF BRECKINRIDGE COUNTY
THE FISCAL COURT OF CAMPBELL COUNTY
THE FISCAL COURT OF CARLISLE COUNTY
THE FISCAL COURT OF CARTER COUNTY
THE FISCAL COURT OF CHRISTIAN COUNTY
THE FISCAL COURT OF CLARK COUNTY
THE FISCAL COURT OF CLAY COUNTY
THE FISCAL COURT OF CUMBERLAND COUNTY

THE FISCAL COURT OF ELLIOTT COUNTY
THE FISCAL COURT OF ESTILL COUNTY
THE FISCAL COURT OF FLEMING COUNTY
THE FISCAL COURT OF FRANKLIN COUNTY
THE FISCAL COURT OF GARRARD COUNTY
THE FISCAL COURT OF GREEN COUNTY
THE FISCAL COURT OF GREENUP COUNTY
THE FISCAL COURT OF HARDIN COUNTY
THE FISCAL COURT OF HARLAN COUNTY
THE FISCAL COURT OF HENDERSON COUNTY
THE FISCAL COURT OF HENRY COUNTY
THE FISCAL COURT OF HOPKINS COUNTY
THE FISCAL COURT OF JESSAMINE COUNTY
THE FISCAL COURT OF KENTON COUNTY
THE FISCAL COURT OF KNOX COUNTY
THE FISCAL COURT OF LAUREL COUNTY
THE FISCAL COURT OF LEE COUNTY, KENTUCKY
THE FISCAL COURT OF LESLIE COUNTY
THE FISCAL COURT OF LETCHER COUNTY
THE FISCAL COURT OF LINCOLN COUNTY
THE FISCAL COURT OF MADISON COUNTY
THE FISCAL COURT OF MARSHALL COUNTY
THE FISCAL COURT OF MARTIN COUNTY
THE FISCAL COURT OF MEADE COUNTY
THE FISCAL COURT OF MONTGOMERY COUNTY
THE FISCAL COURT OF NICHOLAS COUNTY
THE FISCAL COURT OF OLDHAM COUNTY
THE FISCAL COURT OF OWEN COUNTY
THE FISCAL COURT OF OWSLEY COUNTY
THE FISCAL COURT OF PENDLETON COUNTY
THE FISCAL COURT OF PERRY COUNTY
THE FISCAL COURT OF POWELL COUNTY
THE FISCAL COURT OF PULASKI COUNTY
THE FISCAL COURT OF ROWAN COUNTY
THE FISCAL COURT OF SCOTT COUNTY
THE FISCAL COURT OF SHELBY COUNTY
THE FISCAL COURT OF SPENCER COUNTY
THE FISCAL COURT OF UNION COUNTY
THE FISCAL COURT OF WAYNE COUNTY
THE FISCAL COURT OF WHITLEY
THE FISCAL COURT OF WOLFE COUNTY, KENTUCKY
THE FISCAL COURT OF WOODFORD
THE GILMER COUNTY COMMISSION
THE HOOPAH VALLEY TRIBE
THE INSURANCE COMMITTEE OF THE ASSESSORS' INSURANCE FUND
THE KERSHAW COUNTY HOSPITAL BOARD

THE LEECH LAKE BAND OF OJIBWE
THE LUMMI TRIBE OF THE LUMMI RESERVATION
THE MAKAH INDIAN TRIBE, A FEDERALLY RECOGNIZED INDIAN TRIBE
THE MARSHALL COUNTY HEALTH CARE AUTHORITY
THE MAYOR AND ALDERMAN OF THE CITY OF SAVANNAH
THE MAYOR AND COMMON COUNCIL OF WESTMINSTER, MARYLAND
THE MAYOR AND COUNCIL OF ROCKVILLE, MARYLAND
THE MEDICAL CENTER AT ALBANY
THE MEDICAL CENTER AT BOWLING GREEN
THE MEDICAL CENTER AT CAVERNA
THE MEDICAL CENTER AT CLINTON COUNTY, INC.
THE MEDICAL CENTER AT FRANKLIN, INC.
THE MEDICAL CENTER AT SCOTTSVILLE
THE MENOMINEE INDIAN TRIBE OF WISCONSIN
THE MONTGOMERY COUNTY BOARD OF COUNTY COMMISSIONERS
THE MUSCOGEE (CREEK) NATION
THE NAVAJO NATION
THE NISQUALLY INDIAN TRIBE
THE PARISH OF JEFFERSON
THE PASSAMAQUODDY TRIBE-INDIAN TOWNSHIP
THE PASSAMAQUODDY TRIBE-PLEASANT POINT
THE STATE OF COLORADO EX REL. CYNTHIA H. COFFMAN, ATTORNEY GENERAL
THE TOWN OF WEBSTER SPRINGS
THE TRUSTEES OF THE UNITE HERE LOCAL 634 HEALTH & WELFARE FUND
THE UNIFIED GOVERNMENT OF MACON BIBB COUNTY GEORGIA
THE VILLAGE OF BEDFORD PARK
THE VILLAGE OF BOSTON HEIGHTS
THE VILLAGE OF CLINTON
THE VILLAGE OF EVERGREEN PARK
THE VILLAGE OF LAKEMORE
THE VILLAGE OF LYONS
THE VILLAGE OF MOGADORE
THE VILLAGE OF PENINSULA
THE VILLAGE OF RICHFIELD
THE VILLAGE OF SILVER LAKE
THE VILLAGE OF SUMMIT
THURSTON COUNTY
TIPPAH COUNTY, MISS.
TIPPECANOE COUNTY, INDIANA
TISHOMINGO HEALTH SERVICES
TOM KOSTOFF, THE LAW DIRECTOR FOR THE CITY OF MUNROE FALLS
TONY MANCUSO, SHERIFF OF CALCASIEU PARISH
TOOELE COUNTY, UTAH
TOOMBS COUNTY, GEORGIA
TORRES MARTINEZ DESERT CAHUILLA INDIANS
TOWN OF ACQUINNAH

TOWN OF ACUSHNET, MASSACHUSETTS
TOWN OF AGAWAM
TOWN OF AMESBURY
TOWN OF AMHERST
TOWN OF ATHOL, MASSACHUSETTS
TOWN OF AUBURN
TOWN OF BALDWIN
TOWN OF BARNSTABLE
TOWN OF BARRINGTON
TOWN OF BELCHERTOWN
TOWN OF BERLIN
TOWN OF BERWICK
TOWN OF BETHLEHEM
TOWN OF BILLERICA
TOWN OF BREWSTER
TOWN OF BRIDGEWATER
TOWN OF BRISTOL
TOWN OF BROOKLINE, MASSACHUSETTS
TOWN OF BROWNSTOWN, INDIANA
TOWN OF BURRILLVILLE
TOWN OF BUTLER, AL
TOWN OF CALEDONIA, MISSISSIPPI
TOWN OF CANTON
TOWN OF CARVER
TOWN OF CHANDLER, INDIANA
TOWN OF CHARLESTOWN, RI
TOWN OF CHARLTON
TOWN OF CHEEKTOWAGA
TOWN OF CHELMSFORD
TOWN OF CHEROKEE, ALABAMA
TOWN OF CLARKSBURG
TOWN OF CLENDENIN, WEST VIRGINIA
TOWN OF COVENTRY
TOWN OF COVENTRY, RI
TOWN OF CUMBERLAND, RI
TOWN OF DANVERS
TOWN OF DANVILLE, INDIANA
TOWN OF DEDHAM, MASSACHUSETTS
TOWN OF DENNIS, MASSACHUSETTS
TOWN OF DERRY, NEW HAMPSHIRE
TOWN OF DOUBLE SPRINGS, ALABAMA
TOWN OF DOUGLAS
TOWN OF DUDLEY
TOWN OF EAST BRIDGEWATER
TOWN OF EAST GREENWICH
TOWN OF EASTHAM

TOWN OF FAIRHAVEN, MASSACHUSETTS
TOWN OF FALMOUTH
TOWN OF FERRIDAY, LOUISIANA
TOWN OF FOSTER
TOWN OF FREETOWN
TOWN OF GAULEY BRIDGE, WEST VIRGINIA, A WEST VIRGINIA
TOWN OF GEORGETOWN
TOWN OF GERALDINE, ALABAMA
TOWN OF GLOCESTER
TOWN OF GRAFTON
TOWN OF GRANT, AL
TOWN OF HANSON
TOWN OF HOLLISTON
TOWN OF HOPEDALE
TOWN OF HOPKINTON, RI
TOWN OF HUDSON
TOWN OF JAMESTOWN
TOWN OF JOHNSTON, RI
TOWN OF LAKE PROVIDENCE, LOUISIANA
TOWN OF LAKEVILLE
TOWN OF LANCASTER
TOWN OF LEICESTER
TOWN OF LEVERETT
TOWN OF LONDONDERRY, NEW HAMPSHIRE
TOWN OF LONGMEADOW
TOWN OF LUDLOW
TOWN OF LUNENBERG
TOWN OF LYNNFIELD
TOWN OF MADISONVILLE
TOWN OF MARBLEHEAD
TOWN OF MARSHFIELD
TOWN OF MASHPEE
TOWN OF MATTAPOISETT
TOWN OF MCKENZIE, AL
TOWN OF MIDDLEBOROUGH
TOWN OF MIDDLEBURY
TOWN OF MIDDLETOWN, RHODE ISLAND
TOWN OF MILFORD
TOWN OF MOORESVILLE, INDIANA
TOWN OF MUNFORD, ALABAMA
TOWN OF NANTUCKET
TOWN OF NARRAGANSETT
TOWN OF NEW DELHI, LOUISIANA
TOWN OF NEW MILFORD
TOWN OF NORTH ANDOVER
TOWN OF NORTH ATTLEBOROUGH

TOWN OF NORTH KINGSTOWN
TOWN OF NORTH PROVIDENCE
TOWN OF NORTH READING
TOWN OF NORTON
TOWN OF NORWELL
TOWN OF NORWOOD, MASSACHUSETTS
TOWN OF ORANGE, MASSACHUSETTS
TOWN OF PALMER
TOWN OF PEMBROKE
TOWN OF PENDLETON
TOWN OF PLAINFIELD, INDIANA
TOWN OF PLAINVILLE
TOWN OF PLYMOUTH
TOWN OF PROSPECT
TOWN OF PROVINCETOWN, MASSACHUSETTS
TOWN OF REHOBOTH, MASSACHUSETTS
TOWN OF RICHMOND
TOWN OF RICHWOOD, LOUISIANA
TOWN OF ROCKLAND
TOWN OF ROXBURY
TOWN OF SALISBURY
TOWN OF SANDWICH
TOWN OF SCITUATE, MASSACHUSETTS
TOWN OF SEEKONK
TOWN OF SEYMOUR
TOWN OF SHEFFIELD
TOWN OF SHERIDAN
TOWN OF SHIRLEY
TOWN OF SMITHFIELD
TOWN OF SOMERSET
TOWN OF SOPHIA, WEST VIRGINIA
TOWN OF SOUTH HADLEY
TOWN OF SOUTH KINGSTOWN MUNICIPAL CORPORATION
TOWN OF SOUTHBRIDGE
TOWN OF SPENCER
TOWN OF SPRINGFIELD
TOWN OF STONEHAM
TOWN OF STOUGHTON, MASSACHUSETTS
TOWN OF STRATFORD
TOWN OF STURBRIDGE
TOWN OF SUDBURY
TOWN OF SUTTON
TOWN OF SWAMPSCOTT
TOWN OF TEMPLETON
TOWN OF TEWKSBURY, MASSACHUSETTS
TOWN OF TONAWANDA

TOWN OF TRURO
TOWN OF TYNGSBOROUGH
TOWN OF UPLAND, INDIANA
TOWN OF UPTON
TOWN OF WAKEFIELD
TOWN OF WALLINGFORD
TOWN OF WARE
TOWN OF WARREN
TOWN OF WATERTOWN
TOWN OF WEST BOYLSTON
TOWN OF WEST BRIDGEWATER
TOWN OF WEST GREENWICH
TOWN OF WEST SPRINGFIELD
TOWN OF WEST WARWICK, RI
TOWN OF WESTBOROUGH
TOWN OF WESTERLY
TOWN OF WESTFORD
TOWN OF WHITESVILLE, WEST VIRGINIA
TOWN OF WILMINGTON
TOWN OF WINCHENDON, MASSACHUSETTS
TOWN OF WINTHROP
TOWN OF WOLCOTT
TOWN OF WOODVILLE, ALABAMA
TOWN OF YELLOW BLUFF, ALABAMA
TOWN OF ZIONSVILLE, INDIANA
TOWNSHIP OF BLOOMFIELD
TOWNSHIP OF IRVINGTON
TOWNSHIP OF TEANECK, NJ
TREATMENT WORKS INC
TREMPEALEAU COUNTY
TRI-COUNTY HEALTH DEPARTMENT
TROUP COUNTY, GEORGIA
TUCSON MEDICAL CENTER, A CORPORATION
TULALIP TRIBES
TUNICA-BILOXI TRIBE OF LOUISIANA
TURTLE MOUNTAIN BAND OF CHIPPEWA INDIANS
TUSCALOOSA COUNTY, ALABAMA
TWIGGS COUNTY, GEORGIA
TYLER COUNTY COMMISSION
TYLER M. ROACH
TYRRELL COUNTY
UFCW LOCAL 23 AND EMPLOYERS HEALTH FUND
UINTAH COUNTY, UTAH
UNIFIED GOVERNMENT OF WYANDOTTE COUNTY/KANSAS CITY, KANSAS
UNION COUNTY
UNION COUNTY, GEORGIA

UNION COUNTY, MISS.
UNION PARISH
UNION TOWNSHIP
UNITED FOOD AND COMMERCIAL WORKERS HEALTH AND WELFARE FUND OF
NORTHEASTERN PENNSYLVANIA
UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1000 OKLAHOMA HEALTH AND
WELFARE FUND
UNITED FOOD AND COMMERCIAL WORKERS UNION UFCW LOCAL 1529 AND
EMPLOYERS HEALTH AND WELFARE PLAN AND TRUST
UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS HEALTH
AND WELFARE FUND - ATLANTA
UNITED FOOD AND COMMERICIAL WORKERS LOCAL 1995 EMPLOYERS HEALTH AND
WELFARE FUND
UNITED GOVERNMENT OF ATHENS-CLARKE COUNTY GEORGIA
UPPER SIOUX COMMUNITY
UPSHUR COUNTY COMMISSION
UTAH COUNTY, UTAH
VALLEY FIRE DISTRICT
VALLEY HOPE ASSOCIATION
VAN WERT COUNTY BOARD OF COUNTY COMMISSIONERS
VANCE COUNTY
VANDERBURGH COUNTY
VERMILION PARISH POLICE JURY
VERNON COUNTY
VIGO COUNTY, INDIANA
VILAS COUNTY
VILLAGE OF BELWOOD
VILLAGE OF BERKELEY
VILLAGE OF BRIDGEVIEW
VILLAGE OF BROADVIEW
VILLAGE OF BROOKLYN HEIGHTS
VILLAGE OF CHICAGO RIDGE
VILLAGE OF DOLTON
VILLAGE OF HERKIMER, NEW YORK
VILLAGE OF HILLSIDE
VILLAGE OF HODGKINS
VILLAGE OF HOFFMAN ESTATES
VILLAGE OF LAKEMORE
VILLAGE OF MARRIONETTE PARK
VILLAGE OF MAYWOOD
VILLAGE OF MELROSE PARK
VILLAGE OF NEWBURGH HEIGHTS
VILLAGE OF NORTH RIVERSIDE
VILLAGE OF OAK LAWN
VILLAGE OF ORLAND PARK
VILLAGE OF POSEN

VILLAGE OF RIVER FOREST
VILLAGE OF RIVER GROVE
VILLAGE OF STONE PARK
VILLAGE OF TINLEY PARK
VINTON COUNTY BOARD OF COUNTY COMMISSIONERS
W. ANDREW FOX
W.E.
WABASH COUNTY
WALDO COUNTY
WALKER COUNTY
WALKER RIVER PAIUTE TRIBE OF THE WALKER RIVER RESERVATION
WALLA WALLA COUNTY
WALTER AND VIRGINIA SALMONS
WALTHALL COUNTY, MISS.
WALTON COUNTY, GEORGIA
WALWORTH COUNTY, WISCONSIN
WAMPUM BOROUGH
WARREN COUNTY, GEORGIA
WARREN COUNTY, MISSOURI
WARREN COUNTY, NC
WARREN PRICE, LEGAL COUNSEL FOR SPRINGFIELD TOWNSHIP
WARRENSVILLE HEIGHTS, OHIO
WASATCH COUNTY, UTAH
WASHBURN COUNTY
WASHINGTON COUNTY
WASHINGTON COUNTY, ALABAMA
WASHINGTON COUNTY, FLORIDA
WASHINGTON COUNTY, GEORGIA
WASHINGTON COUNTY, MISS.
WASHINGTON COUNTY, MN
WASHINGTON COUNTY, OHIO AND CITY OF MARIETTA, OHIO
WASHINGTON COUNTY, TN
WASHINGTON POST COMPANY, LLC
WATAUGA COUNTY, NC
WAUKESHA COUNTY, WISCONSIN
WAUPACA COUNTY
WAUSHARA COUNTY
WAYNE COUNTY BOARD OF COUNTY COMMISSIONERS
WAYNE COUNTY, NORTH CAROLINA
WAYNE STENEHJEM, NORTH DAKOTA ATTORNEY GENERAL
WEBER COUNTY, UTAH
WEBSTER COUNTY, MISSOURI
WEBSTER HEALTH SERVICES, INC.
WEBSTER PARISH
WEST BATON ROUGE FIRE PROTECTION DISTRICT NO. 1
WEST BEND MUTUAL INSURANCE COMPANY

WEST BOCA MEDICAL CENTER, INC.
WEST WHARTON COUNTY HOSPITAL DISTRICT
WESTCARE FOUNDATION, INC.
WESTERN PENNSYLVANIA ELECTRICAL EMPLOYEES INSURANCE TRUST FUND
WESTWEGO CITY
WETZEL COUNTY COMMISSION
WHATCOM COUNTY
WHITE COUNTY
WHITFIELD COUNTY
WHITMAN COUNTY
WILCOX COUNTY, ALABAMA
WILKES COUNTY
WILKINSON COUNTY, GEORGIA
WILL COUNTY, ILLINOIS
WILLIAM HANNA, THE LAW SOLICITOR FOR THE VILLAGE OF RICHFIELD
WILLIAM HILTON, SHERIFF OF RAPIDES PARISH
WILLIAMS COUNTY BOARD OF COUNTY COMMISSIONERS
WILLIAMSON COUNTY, TN
WINNEBAGO COUNTY
WINNEBAGO TRIBE OF NEBRASKA
WINSTON MEDICAL CENTER
WOOD COUNTY
WORTH COUNTY
WORTH COUNTY, GEORGIA
WORTH COUNTY, MISSOURI
WYANDOT COUNTY BOARD OF COUNTY COMMISSIONERS
WYDETTE WILLIAMS, SHERRIFF OF EAST CARROLL PARISH
WYOMING COUNTY, PA
WYTHE COUNTY, VIRGINIA
YADKIN COUNTY
YALOBUSHA COUNTY, MISSISSIPPI
YANCEY COUNTY
YERINGTON PAIUTE TRIBE
YORK COUNTY
YUKON-KUSKOKWKIM HEALTH CORPORATION
YUROK TRIBE
ZENITH INSURANCE COMPANY
ZNAT INSURANCE COMPANY


**Taxing Authorities**

ALABAMA DEPARTMENT OF REVENUE
ALABAMA STATE BOARD OF PHARMACY
ARIZONA DEPARTMENT OF REVENUE
ARIZONA STATE BOARD OF PHARMACY

ARKANSAS STATE BOARD OF PHARMACY
CALIFORNIA BOARD OF EQUALIZATION
CALIFORNIA DEPT OF TAX & FEE ADMIN
CALIFORNIA FRANCHISE TAX BOARD
CALIFORNIA STATE BOARD OF PHARMACY
CITY OF CHATTANOOGA TENNESSEE
CITY OF DURHAM
CITY OF HAWTHORNE
CITY OF STAMFORD
CITY OF VALLEJO
CITY OF WARWICK
CITY OF WILSON
COLORADO BUREAU OF INVESTIGATION
COLORADO DEPARTMENT OF REGULATORY AGENCIES, DIVISION OF PROFESSIONS
AND OCCUPATIONS, BOARD OF PHARMACY
COLORADO DEPARTMENT OF REVENUE
COLORADO STATE BOARD OF PHARMACY
COMMISSIONER OF REVENUE SERVICES
COMPTROLLER OF MARYLAND
CONNECTICUT COMMISSIONER OF REVENUE SERVICES
CONNECTICUT DEPARTMENT OF CONSUMER PROTECTION
CONNECTICUT STATE DEPARTMENT OF CONSUMER PROTECTION
COVENTRY FIRE DISTRICT
DELAWARE DIVISION OF PROFESSIONAL REGULATION
DELAWARE DIVISION OF REVENUE
DISTRICT OF COLUMBIA DEPARTMENT OF HEALTH, HEALTH, REGULATION AND
LICENSING ADMINISTRATION
DISTRICT OF COLUMBIA TREASURER
FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
FLORIDA DEPARTMENT OF HEALTH
FLORIDA DEPARTMENT OF REVENUE
FRANCHISE TAX BOARD
GEORGIA DEPARTMENT OF REVENUE
GEORGIA STATE BOARD OF PHARMACY
HAMILTON COUNTY TRUSTEE
IDAHO STATE BOARD OF PHARMACY
IDAHO STATE TAX COMMISSION
ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION
ILLINOIS DEPARTMENT OF REVENUE
INDIANA DEPT OF REVENUE
IOWA BOARD OF PHARMACY
KANSAS STATE BOARD OF PHARMACY
KENTUCKY BOARD OF PHARMACY
KENTUCKY STATE TREASURER
LOUISIANA BOARD OF DRUG AND DEVICE DISTRIBUTORS
LOUISIANA BOARD OF PHARMACY

LOUISIANA BOARD OF WHOLESALE DRUG DISTRIBUTORS
LOUISIANA DEPARTMENT OF HEALTH
MAINE DEPARTMENT OF PROFESSIONAL AND FINANCIAL REGULATION
MAINE DEPARTMENT OF PROFESSIONAL AND FINANCIAL REGULATION BOARD OF
PHARMACY
MAINE REVENUE SERVICES
MARYLAND DEPARTMENT OF HEALTH AND MENTAL HYGIENE
MARYLAND PHARMACY BOARD
MASSACHUSETTS DEPARTMENT OF REVENUE
MICHIGAN BOARD OF PHARMACY
MICHIGAN DEPARTMENT OF TREASURY
MINNESOTA BOARD OF PHARMACY
MINNESOTA DEPARTMENT OF REVENUE
MISSISSIPPI BOARD OF PHARMACY
MISSISSIPPI DEPARTMENT OF REVENUE
MISSOURI BOARD OF PHARMACY
MONTANA BOARD OF PHARMACY
NEBRASKA DEPARTMENT OF REVENUE
NEVADA BOARD OF PHARMACY
NEVADA DEPARTMENT OF TAXATION
NEW HAMPSHIRE BOARD OF PHARMACY
NEW JERSEY DEPARTMENT OF HEALTH
NEW JERSEY DEPT OF TREASURY
NEW MEXICO BOARD OF PHARMACY
NEW YORK CITY DEPARTMENT OF FINANCE
NEW YORK CITY WATER BOARD
NEW YORK DEPARTMENT OF EDUCATION - BOARD OF PHARMACY
NEW YORK DEPARTMENT OF HEALTH
NEW YORK STATE COMMISSIONER OF TAXATION & FIN
NEW YORK STATE CORPORATION
NEW YORK STATE CORPORATION TAX
NORTH CAROLINA DEPARTMENT OF AGRICULTURE & CONSUMER SERVICES
NORTH CAROLINA DEPARTMENT OF ENVIRONMENTAL AND NATURAL RESOURCES
NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES
NORTH CAROLINA DEPARTMENT OF REVENUE
NORTH CAROLINA DEPT OF REVENUE
NORTH DAKOTA STATE BOARD OF PHARMACY
OHIO DEPARTMENT OF TAXATION
OKLAHOMA STATE BOARD OF PHARMACY
OREGON DEPARTMENT OF REVENUE
OREGON STATE BOARD OF PHARMACY
PA DEPARTMENT OF REVENUE
PENNSYLVANIA DEPARTMENT OF HEALTH
PUERTO RICO SECRETARY OF TREASURY
RHODE ISLAND BOARD OF PHARMACY
RHODE ISLAND DEPARTMENT OF HEALTH

RHODE ISLAND DEPARTMENT OF HEALTH (DIV OF DRUG CTRL)
RHODE ISLAND DIVN OF TAXATION
SECRETARIO DE HACIENDA
SECRETARY OF THE STATE OF CONNECTICUT
SOUTH CAROLINA BOARD OF PHARMACY
SOUTH CAROLINA BUREAU OF FINANCIAL MANAGEMENT
SOUTH DAKOTA DEPARTMENT OF HEALTH
SOUTH DAKOTA STATE BOARD OF PHARMACY
STATE OF DELAWARE DIVISION OF PROFESSIONAL REGULATION
STATE OF HAWAII
STATE OF NEW HAMPSHIRE
STATE OF NEW JERSEY
STATE OF OHIO BOARD OF PHARMACY
STATE OF RHODE ISLAND
STATE OF WASHINGTON
STATE OF WISCONSIN DEPARTMENT OF SAFETY AND PROFESSIONAL SERVICES
TAX COLLECTOR TOWN OF COVENTRY
TENNESSEE BOARD OF PHARMACY
TENNESSEE DEPARTMENTARTMENT OF REVENUE
TEXAS DEPARTMENT OF HEALTH
TEXAS DEPARTMENT OF STATE HEALTH SERVICES
TEXAS STATE COMPTROLLER
TREASURER STATE OF NEW JERSEY
TREASURER STATE OF OHIO
UNITED STATES DEPARTMENT OF THE TREASURY
UNITED STATES DRUG ENFORCEMENT ADMINISTRATION
UNITED STATES FOOD AND DRUG ADMINISTRATION
UNITED STATES INTERNAL REVENUE SERVICE
UTAH DEPARTMENT OF COMMERCE, DIVISION OF OCCUPATIONAL AND
PROFESSIONAL LICENSING
UTAH STATE TAX COMISSION
VERMONT DEPARTMENT OF TAXES
VERMONT SECRETARY OF STATE, OFFICE OF PROFESSIONAL REGULATION, BOARD
OF PHARMACY
VIRGINIA BOARD OF PHARMACY
VIRGINIA DEPARTMENT OF TAXATION
WASHINGTON BOARD OF PHARMACY
WASHINGTON DEPARTMENT OF HEALTH
WEST VIRGINIA BOARD OF PHARMACY
WEST VIRGINIA STATE TAX DEPARTMENT
WILSON COUNTY TAX COLLECTOR
WYOMING BOARD OF PHARMACY
**Other**

NOVO NORDISK
OTTERBOURG, P.C.

## Schedule B

### Additional Disclosures to Cole Schotz Retention Application

| Party Name | Relationship to Debtors | Relationship to Cole Schotz |
|---|---|---|
| Wells Fargo & Company | Bank | Certain affiliates are clients in matters unrelated to these chapter 11 proceedings |
| CSC Consulting, Inc. | Vendor | Affiliate of existing client in matters unrelated to these chapter 11 proceedings |
| Deloitte Restructuring Inc. | Vendor | Current client in matters unrelated to these chapter 11 proceedings |
| FTI Consulting | Vendor | Current client in matters unrelated to these chapter 11 proceedings |
| LTS Lohmann Therapy Systems | Vendor | Current client in matters unrelated to these chapter 11 proceedings |
| Tribune Media Company | Vendor | Current client in matters unrelated to these chapter 11 proceedings |
| Albertsons | Customer | Current client in matters unrelated to these chapter 11 proceedings |
| Amazon.com | Customer | Current client in matters unrelated to these chapter 11 proceedings |
| Carella Byrne Cecchi | Plaintiffs' Attorney | Current client in matters unrelated to these chapter 11 proceedings |

As part of its diverse practice, Cole Schotz appears in numerous cases, proceedings and transactions involving many different professionals, including other attorneys, accountants, financial consultants and investment bankers, some of whom are or represent potential parties-in-interest in the Cases. Cole Schotz has relationships and connections with professionals in these cases that are unrelated to the Debtors' cases, including its own proposed co-counsel and the Committee's financial advisor and their respective professionals.

# **EXHIBIT C**

**Hampton Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE  PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### DECLARATION OF RYAN HAMPTON IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF COLE SCHOTZ P.C. AS EFFICIENCY COUNSEL, *NUNC PRO TUNC* TO FEBRUARY 24, 2020

I, Ryan Hampton, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

My name is Ryan Hampton.  I am over the age of 21 and am competent in all respects to make this Declaration.  I serve as Co-Chairperson of the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors (collectively, the "Debtors").  Accordingly, I am in all respects competent to make this Declaration in support of the application of the Committee to retain Cole Schotz P.C. ("Cole Schotz") as efficiency counsel for the Committee *nunc pro tunc* to February 24, 2020 (the "Retention Date").  Except as otherwise noted, I have personal knowledge as to all the information set forth below.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

This declaration is provided pursuant to Part D.2 of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "Guidelines") promulgated by the Office of the United States Trustee.  I am informed by Cole Schotz that the Guidelines require that any application for employment of an attorney under 11 U.S.C. §§ 327 or 1103 be accompanied by a verified statement from the client that addresses the following:

> The identity and position of the person making the verification. The person ordinarily should be the general counsel of the debtor or another officer responsible for supervising outside counsel and monitoring and controlling legal costs.

> The steps taken by the client to ensure that the applicant's billing rates and material terms for the engagement are comparable to the applicant's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.

> The number of firms the client interviewed.

> If the billing rates are not comparable to the applicant's billing rates for other non-bankruptcy engagements and to the billing rates of other comparably skilled professionals, the circumstances warranting the retention of that firm.

> The procedures the client has established to supervise the applicant's fees and expenses and to manage costs. If the procedure for the budgeting, review and approval of fees and expenses differ from those that the client regularly employs in non-bankruptcy cases to supervise outside general counsel, explain how and why. In addition, describe any efforts to negotiate rates including rates for routing matters, or in the alternative to delegate such matters to less expensive counsel.

### Identity of Declarant

On September 15, 2019 (the "Petition Date"), the Debtors filed petitions with this Court under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. 4. On September 26, 2019, the U.S. Trustee appointed a committee of unsecured creditors pursuant to Bankruptcy Code section 1102(a)(1).  The U.S. Trustee constituted the Committee to comprise the following members: Blue Cross and Blue Shield Association; CVS

2

Caremark Part D Services, L.L.C. and Caremark PCS Health, L.L.C.; Cheryl Juaire; Kara Trainor; LTS Lohmann Therapy Systems Corporation; Pension Benefit Guaranty Corporation; Ryan Hampton; Walter Lee Salmons; and West Boca Medical Center.

As a member and co-chairperson of the Committee, I was directly involved in the Committee's decision to retain Cole Schotz.

## Steps Taken to Ensure Comparability of Engagement Terms

I have confirmed with Cole Schotz that, while its billing rates vary from attorney to attorney based on such factors as the attorney's seniority and position with the firm (*e.g*., partner, associate), years of experience, and the demand for services in the attorney's particular area of expertise, its billing rates do not vary as a function of whether the services performed relate to a bankruptcy engagement or a non-bankruptcy engagement.

The Committee has been informed that Cole Schotz endeavors to set the hourly rates for their attorneys and paraprofessionals at levels competitive to those charged by firms with whom they compete.

## Number of Firms Interviewed

On the Formation Date, the Committee interviewed several law firms which expressed interest in serving as lead counsel.  During each interview, the Committee sought information with respect to each firm's bankruptcy and non-bankruptcy billing practices, hourly rates, and experience.

In selecting counsel to represent the Committee, the Committee considered potential counsel based on their expertise in the relevant legal issues and their familiarity with the Debtors and with restructurings in the Debtors' industry.  Using these criteria, the Committee decided to retain Akin Gump as its counsel and Bayard, P.A. ("Bayard") as its efficiency counsel.

3

The lead partner at Bayard that was principally responsible for this matter joined Cole Schotz as a member on February 24, 2020.  Accordingly, the Committee decided to engage Cole Schotz.  Cole Schotz will substitute for Bayard as efficiency counsel.  The Committee, in discussing Cole Schotz's candidacy as substitute counsel for Bayard, considered  Cole Schotz's agreement that it will not seek any fees and expenses incurred in transitioning the efficiency counsel representation from Bayard to Cole Schotz as well as Cole Schotz's rate structure, which is comparable to Bayard's rate structure and lower in many instances.[2]

Cole Schotz has disclosed its past and ongoing representation of Endo as set forth in paragraph 20 of the Application.  The Committee consents to Cole Schotz's representation of the Committee as efficiency counsel on the specific matters set forth in the Application, as well as Cole Schotz's continuing representation of Endo as described in paragraph 20 of the Application.

**<u>Procedures Established to Supervise Fees and Expenses and Manage Costs</u>**

I understand that Cole Schotz will be using budgets and staffing reports for legal services to be provided to the Committee during this engagement.  The Committee recognizes that in the course of a chapter 11 case, there may be unforeseeable fees and expenses that will need to be addressed by the Committee and Cole Schotz.  Therefore, the Committee recognizes that it is its responsibility to closely monitor the billing practices of its counsel to ensure that the fees and expenses paid by the estates remain consistent with the Committee's expectations and exigencies of these cases.  The Committee will continue to review the invoices regularly submitted by Cole Schotz and, together with Cole Schotz, may periodically amend the budget and staffing plan as the cases develop to reflect changed circumstances or unanticipated developments.   I further

---

[2] For example, Bayard's range of rates for Directors was $500 - $1,050 per hour, whereas Cole Schotz's range of rates for its Members is $440 - $990.  Cole Schotz's Associates also start at $285 per hour, whereas Bayard's associates start at $315 per hour.

4

understand that Cole Schotz and Akin Gump have discussed the division of responsibilities between the firms to ensure that all appropriate steps are taken to avoid unnecessary and wasteful duplication of efforts.

Based on the foregoing, the Committee is of the opinion that it is necessary and desirable to employ Cole Schotz *nunc pro tunc* to the Retention Date, and that such employment is in the best interest of the Debtors' estates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On April 3, 2020          By: */s/ Ryan Hampton*
Ryan Hampton, not in his individual capacity, but solely in his capacity as co-chair of the Official Committee of Unsecured Creditors of Purdue Pharma, L.P., *et al.*