**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**Purdue Pharma L.P.,** *et al.*<br><br>Debtors[1] | Case No.: 19-23649 (RDD)<br><br>Chapter 11<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Evan M. Jones, hereby move this Court for an Order for admission to practice ***pro hac vice*** to appear as counsel for Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., interested parties in the above-captioned matter.

***I certify that I am a member in good standing*** of the bar of the state of California and the other courts listed in Attachment A, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I have submitting the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 7, 2020                                                        Respectfully submitted,

By:   */s/ Evan M. Jones*
Evan M. Jones, Esq.
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Tel: (213) 430-6236
Fax: (213) 430-6407
ejones@omm.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).

Attachment A:
Evan M. Jones - Admitted to Practice in the Following Courts

| | |
|---|---|
| District of Columbia | 06/12/1989 |
| U.S. District Court for the Central District of California | 12/12/1984 |
| U.S. District Court for the Northern District of California | 03/25/1986 |
| U.S. District Court for the Southern District of California | 11/12/1991 |
| U.S. District Court for the Eastern District of California | 12/24/1991 |
| U.S. Court of Appeals for the Second Circuit | 05/14/2010 |
| U.S. Court of Appeals for the Ninth Circuit | 09/18/1998 |
| U.S. Court of Appeals for the Fourth Circuit | 03/23/2004 |