**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No.: 19-23649 (RDD) |
| **Purdue Pharma L.P.,** *et al.* | Chapter 11 |
| Debtors[1] | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Evan M. Jones (the "Movant"), counsel for interested parties Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil- Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. ("J&J Entities") and Movant's certification that he is a member in good standing of the bar of the state of California, the District of Columbia, the U.S. District Court for the Central District of California, U.S. District Court for the Northern District of California, U.S. District Court for the Southern District of California, U.S. District Court for the Eastern District of California, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Ninth Circuit, and U.S. Court of Appeals for the Fourth Circuit,

**IT IS HEREBY ORDERED** that Evan M. Jones, Esq. is admitted to practice *pro hac vice* as counsel for J&J Entities in the above-captioned cases in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED: April 8, 2020
       White Plains, New York                           */s/Robert D. Drain*
                                                                         United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).