**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649(RDD) |
| Debtors. | (Joint Administration Pending) |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

**I, CHARLES D. WYSONG** (the "Movant"), request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent the Board of Education of the City of Chicago, School District No. 299, a creditor in the above referenced case.

*I certify I am a member in good standing* of the bar in the State of Illinois and the bar of the U.S. Court of Appeals for the Seventh Circuit, the U.S. District Court for the Northern District of Illinois, and the U.S. District Court for the Southern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 8, 2020

By:    */s/ Charles D. Wysong*
Charles D. Wysong
ARDC #6310536
cwysong@hsplegal.com
Hughes Socol Piers Resnick & Dym, Ltd.
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
T: (312) 604.2664    F: (312) 604.2665