**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649(RDD) |
| Debtors. | (Joint Administration Pending) |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

I, **AISHA RICH** (the "Movant"), request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent the Board of Chicago School District No. 299, a creditor in the above referenced case.

*I certify I am a member in good standing* of the bar in the Commonwealth of Pennsylvania and State of New York.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 9, 2020

By: */s/ Aisha Rich*
Aisha Rich
Pennsylvania Bar No. 326042
arich@findjustice.com
1250 Connecticut Ave. Suite 300
Washington, DC 20036
T. 202.822.5100    F. 202. 822. 4997