**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-23649(RDD)** |
| Debtors. | **(Joint Administration Pending)** |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

**I, CYRUS MEHRI** (the "Movant"), request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent the Board of Chicago School District No. 299, a creditor in the above referenced case.

*I certify I am a member in good standing* of the bar in the District of Columbia, and the State of Connecticut, and the bars of the U.S. Circuit Court of Appeals for the District of Columbia, U.S. District for the District of Columbia, Connecticut, and other U.S. District Courts.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 9, 2020

> By: */s/ Cyrus Mehri*
> Cyrus Mehri
> DC Bar No. 420970
> cmehri@findjustice.com
> 1250 Connecticut Ave., NW, Suite 300
> Washington, DC 20036
> T. 202.822-5100    F. 202. 822.4997