Michael M. Buchman
**MOTLEY RICE LLC**
777 Third Ave., 27th Floor
New York, NY 10017
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
Email: mbuchman@motleyrice.com

*Counsel for Tucson Medical Center*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**PURDUE PHARMA L.P., *ET AL***<br><br>**Debtors.**[1] | **Chapter 11**<br><br>**Case No. 19-23649 (RDD)**<br><br>**(Jointly Administered)** |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Title 11 of the United States Code and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby appear in the above-captioned cases as counsel for

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Tucson Medical Center and hereby request that all notices and all other papers set forth in Rules 2002 and 9010(b), whether sent by the Clerk of the Court, the Debtors or their successors, or any creditor, or party-in interests, be given to and served upon the persons set forth below, and that such names and addresses be added to any master mailing list:

Michael M. Buchman
**MOTLEY RICE LLC**
777 Third Ave., 27th Floor
New York, NY 10017
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
Email: mbuchman@motleyrice.com

Samuel F. Mitchell
(Admission *Pro Hac Vice* forthcoming)
**MITCHELL & SPEIGHTS**
7161 E. Rancho Vista Dr., Suite 5009
Scottsdale, AZ 85251
Telephone: (602) 244-1520
Facsimile: (602) 267-9394
Email: sam@mitchellspeights.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing attorneys for Tucson Medical Center consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, electronically, or otherwise, which affects the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that nothing contained herein or in any subsequent appearance, pleading, claim, or suit shall waive, or be construed as waiving, any right

to: (1) have orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in this collected action, or any case, controversy, or proceeding so related to this consolidated action; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Tucson Medical Center or any other creditor may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: April 13, 2020
New York, New York

*/s/ Michael M. Buchman*

Michael M. Buchman
**MOTLEY RICE LLC**
777 Third Ave., 27th Floor
New York, NY 10017
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
Email: mbuchman@motleyrice.com

Samuel F. Mitchell
(Admission *Pro Hac Vice* forthcoming)
**MITCHELL & SPEIGHTS**
7161 E. Rancho Vista Dr., Suite 5009
Scottsdale, AZ 85251
Telephone: (602) 244-1520
Facsimile: (602) 267-9394
Email: sam@mitchellspeights.com

*Attorneys for Tucson Medical Center*

**CERTIFICATE OF SERVICE**

I, Michael M. Buchman as local counsel for Tucson Medical Center, hereby certify that, on April 13, 2020, I caused true and correct copies of the foregoing document to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System to all parties who are deemed to have consented to electronic service; (ii) by email upon the parties who provided email addresses set forth in the Master Service List maintained by the Debtors; and (iii) by email upon the chambers of the Honorable Judge Robert D. Drain (rdd.chambers@nysb.uscourts.gov) and the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

*/s/ Michael M. Buchman*
Michael M. Buchman