**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649(RDD) |
| Debtors. | (Joint Administration Pending) |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

**I, DAWN C. STEWART** (the "Movant"), request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent the Board of Chicago School District No. 299, a creditor in the above referenced case.

*I certify I am a member in good standing* of the bar in the District of Columba, State of Maryland, and Commonwealth of Virginia and, the bars of the U.S. District for the District of Maryland, District of Columbia, and the Eastern and Western Districts of Virginia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 13, 2020

                                            By: */s/ Dawn C. Stewart*
                                                Dawn C. Stewart
                                                DC Bar No. 458555
                                                dstewart@hslawyers.com
                                                1440 G Street, NW
                                                Washington, DC 20005
                                                T. 202.276-9264       F. 202. 379.9792