UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649(RDD) |
| Debtors. | (Joint Administration Pending) |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

**I, EMILY R. BROWN** (the "Movant"), request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent the Board of Education of the City of Chicago, School District No. 299, a creditor in the above referenced case.

*I certify I am a member in good standing* of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 13, 2020

By:   /s/ Emily R. Brown
Emily R. Brown
ARDC #6317051
ebrown@hsplegal.com
Hughes Socol Piers Resnick & Dym, Ltd.
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
T: (312) 604.2706     F: (312) 604.2707