HENRICHSEN SIEGEL, P.L.L.C.
225 Broadway
Suite 1803
New York, New York 10007
(646) 378-4421 (phone)
Chiung-Hui Huang
Neil L. Henrichsen (Pro Hac Vice Admission applied for)
Dawn C. Stewart (Pro Hac Vice Admission applied for)

*Counsel to Creditor*
*Board of Chicago School District No. 299*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

### NOTICE BY CREDITOR BOARD OF CHICAGO SCHOOL DISTRICT NO. 299 OF WITHDRAWAL OF MOTION TO SUBMIT CLAIM TO MEDIATION [DKT. 998]

Creditor Board of Chicago School District No. 299 hereby gives Notice that it withdraws its *Motion to Submit Claim to Mediation* [Dkt. No. 998] filed on March 30, 2020, and the associated Motion to Expedite.

Dated: April 13, 2020                Respectfully Submitted,

By: */s/ Chiung-Hui Huang*
Chiung-Hui Huang
HENRICHSEN SIEGEL, P.L.L.C.
Attorney for Creditor Board of Chicago School District No. 299
225 Broadway, Suite 1803
New York, NY 10007
(646) 378-4421
chuang@hslawyers.com

Neil L. Henrichsen (pro hac vice applied for)
DC Bar No. 420277
Dawn C. Stewart (pro hac vice to be applied for)
DC Bar No. 458555
1440 G Street, NW
Washington, DC 20005
T: (202) 423-3649
F: (202) 379-9792
nhenrichsen@hslawyers.com
dstewart@hslawyers.com

Matthew J. Piers (pro hac vice applied for)
Illinois Bar No. 2206161
Charlie D. Wysong (pro hac vice applied for)
Illinois Bar No. 6310536
Margaret E. Truesdale (pro hac vice applied for)
Illinois Bar No. 6327706
Emily R. Brown (pro hac vice to be applied for)
Illinois Bar No. 6317051
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
T: (312) 604-2630
F: (312) 604-2631
mpiers@hsplegal.com
cwysong@hsplegal.com
mtruesdale@hsplegal.com
ebrown@hsplegal.com

Cyrus Mehri (pro hac vice applied for)
D.C. Bar No. 420970
Aisha Rich (pro hac vice applied for)
Pennsylvania Bar No. 326042
MEHRI & SKALET, P.L.L.C.
1250 Connecticut Ave., NW
Washington, D.C. 20036
T: (202) 822-5100
F: (202) 822-4997
cmehri@findjustice.com
arich@findjustice.com