# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re:**

**PURDUE PHARMA L.P.,** *et al.*,                                    Case No. 19-23649 (RDD)

      Debtors.                                                                      Chapter 11

### [PROPOSED] ORDER GRANTING CREDITORS INDEPENDENT PUBLIC SCHOOL DISTRICTS' MOTION TO SUBMIT CLAIMS TO MEDIATION

**THIS MATTER CAME ON TO BE HEARD** on the April 13, 2020, Motion of Creditors the Board of Education of Thornton Township High School District 205, the Board of Education of Thornton Fractional Township High School District 215, and the Board of Education of East Aurora School District 131 (hereinafter the "**Independent Public School Districts**") to Submit Claims to Mediation (the "**Motion**") and, appearing to the Court that the Motion is well founded, it is hereby,

**ORDERED**, that the Creditors Independent Public School Districts' Motion is **GRANTED**; and, it is,

**FURTHER ORDERED,** that Creditors Independent Public School Districts are hereby deemed an Additional Party pursuant to this Court's Order dated March 4, 2020 [Dkt. 895]; and, it is,

**FURTHER ORDERED**, that the claims of Creditors Independent Public School District are hereby submitted to mediation as of the date of this Order.

Dated:

White Plains, New York                                    _____
                                                                 THE HONORABLE ROBERT D. DRAIN
                                                                 UNITED STATES BANKRUPTCY JUDGE