**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In re:**

**PURDUE PHARMA L.P.,** *et al.*,               Case No. 19-23649 (RDD)

      **Debtors.**                                                  Chapter 11

**[PROPOSED] ORDER GRANTING CREDITORS THE BOARD OF EDUCATION OF THORNTON TOWNSHIP HIGH SCHOOLS, ILLINOIS DISTRICT NO. 205, THE BOARD OF EDUCATION OF THORNTON FRACTIONAL TOWNSHIP HIGH SCHOOLS, ILLINOIS DISTRICT NO. 215, AND THE BOARD OF EDUCATION OF EAST AURORA, ILLINOIS SCHOOL DISTRICT NO. 131'S MOTION TO SHORTEN THE TIME PERIOD FOR NOTICE OF HEARING ON MOTION TO SUBMIT CLAIMS TO MEDIATION**

**THIS MATTER CAME ON TO BE HEARD** on the April 13, 2020, Motion of Creditors The Board of Education of Thornton Township High Schools, Illinois District No. 205; The Board of Education of Thornton Fractional Township High Schools, Illinois District No. 215; and The Board of Education of East Aurora, Illinois School District No. 131 (collectively the "**Independent Public School Districts**") to Shorten the Time Period for Notice of Hearing on their April 13, 2020 Motion to Submit Claims to Mediation (the "**Motion**") and, it appearing to the Court that the Motion is well founded, it is hereby,

**ORDERED**, that the Creditors Independent Public School Districts' Motion to Shorten Time is **GRANTED**; and, it is,

**FURTHER ORDERED,** that any objections regarding the underlying motion are due on April 17, 2020 at 5 pm, any reply is due on April 20, 2020 at 5 pm, and a telephonic hearing on Independent Public School Districts' Motion to Submit Claims to Mediation will commence on April 22, 2020 at 10:00 a.m.

    Dated: April __, 2020

White Plains, New York     _____
    THE HONORABLE ROBERT D. DRAIN
    UNITED STATES BANKRUPTCY JUDGE