**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649(RDD) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of MARGARET E. TRUESDALE (the "Movant"), to be admitted, ***pro hac vice,*** to represent the Board of Education of the City of Chicago, School District No. 299 in the above referenced cases, and upon the Movant's certification that she is a member in good standing of the bar of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED,** that MARGARET TRUESDALE, Esq. is admitted to practice, ***pro hac vice,*** in the above referenced cases to represent the Board of Education of the City of Chicago, School District No. 299 in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: April 14, 2020
      White Plains, New York

                                                        /s/ *Robert D. Drain*
                                         THE HONORABLE ROBERT D. DRAIN
                                         UNITED STATES BANKRUPTCY JUDGE