**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., *ET AL*** | **Case NO. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Samuel F. Mitchell, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Tucson Medical Center, a creditor in the above-captioned bankruptcy proceedings.

***I certify that I am a member in good standing*** of the bar of the State of Colorado and the bar of the United States District Court for the District of Colorado.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 14, 2020

By:    */s/ Samuel F. Mitchell*
       Samuel F. Mitchell

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**MITCHELL & SPEIGHTS**
7161 E. Rancho Vista Dr., Suite 5009
Scottsdale, AZ 85251
Telephone: (602) 244-1520
Facsimile: (602) 267-9394
Email: sam@mitchellspeights.com

# CERTIFICATE OF SERVICE

I, Michael Buchman, hereby certify that a true and correct copy of the foregoing document will be forwarded by electronic transmission to all parties registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF), via this Court's CM/ECF system. I also certify that service is being made via first-class mail upon the parties listed on the Master Service List maintained by Prime Clerk. Further service is made, pursuant to the Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures (ECF No. 342), upon the following parties:

Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601
*Via Courier*

Attn: Paul K. Schwartzberg
Office of the United States Trustee
Southern District of New York
201 Varick Street, Suite 1006
New York, NY 10014
*Via First-Class Mail*

*/s/ Michael Buchman*
Michael Buchman