WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**FOURTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| Name of Applicant | Wilmer Cutler Pickering Hale and Dorr LLP |
|---|---|
| Applicant's Role in Case | Special Counsel to Purdue Pharma L.P., *et al.* |
| Date Order of Employment Signed | November 25, 2019 [Docket No. 544] |
| Period for which compensation and reimbursement is sought | February 1, 2020 through February 29, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $77,511.10[2] (80% of $96,888.88) |
| Total reimbursement of expenses requested in this statement | $1,710.34 |
| Total compensation and reimbursement requested in this statement | $79,221.44 |
| **This is a(n):**   _X Monthly Application   __ Interim Application   __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 25, 2019 [Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Fourth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2020 Through February 29, 2020* ("**Fee Statement**").[3]  By this Fee Statement, WilmerHale seeks (i) compensation in the amount of $77,511.10 which is 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale

---

[2]  This amount reflects an agreed reduction in fees in the amount of $13,212.12.

[3]  The period from February 1, 2020 through and including February 29, 2020 is referred to herein as the "**Fee Period**."

incurred in connection with such services during the Fee Period (i.e., $96,888.88), and (ii) payment of $1,710.34 for the actual, necessary expenses that WilmerHale incurred in connection with rendering such services during the Fee Period.

### Itemization of Services Rendered and Disbursement Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories WilmerHale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, WilmerHale incurred $110,101.00 in fees during the Fee Period and, pursuant to its agreement with Purdue Pharma, L.P., reduced that amount to $96,888.88.  Pursuant to this Fee Statement, WilmerHale seeks compensation for 80% of such fees, totaling $77,511.10.

2.      Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $643.77.[4]  The blended hourly billing rate of all paraprofessionals is $370.11.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or disbursed in the amount of $1,710.34 in connection with providing professional services to the Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.

---

[4]  The blended hourly billing rate of $643.77 for attorneys is derived by dividing the total fees for attorneys of $96,888.00 by the total hours of 150.50.

[5]  The blended hourly billing rate of $370.11 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $13,213.00 by the total hours of 35.70.

Only the clients for whom the services are actually used are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.      Attached hereto as **Exhibit D** is the related invoice showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

## Notice

5.      WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order. WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $77,511.10 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $96,888.88), and (ii) payment of $1,710.34 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: April 15, 2020
       New York, New York

By:    /s/ George W. Shuster, Jr.
       WILMER CUTLER PICKERING HALE
       AND DORR LLP

       George W. Shuster, Jr.
       7 World Trade Center
       New York, NY  10007
       Telephone:  (212) 937-7518
       Facsimile:  (212) 230-8888

       Reginald Brown
       Alyssa DaCunha
       1875 Pennsylvania Avenue, N.W.
       Washington, D.C. 20006
       Telephone:  (202) 663-6000
       Facsimile:  (202) 663-6363

       *Special Counsel to the Debtors and Debtors
       in Possession*

## Exhibit A

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee/Employment Applications (B160) | 11.30 | 6,446.50 |
| Congressional Investigation (L400) | 174.90 | 103,654.50 |
| **Total** | **186.20** | **$110,101.00** |
| **Less Agreed Reduction** | | **-$13,212.12** |
| **GRAND TOTAL** | **186.20** | **$96,888.88** |

## Exhibit B

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 2.60 | 4,030.00 |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 965.00 | 28.30 | 27,309.50 |
| **Partners Total** | | | **30.90** | **$31,339.50** |
| **Counsel** | | | | |
| John T. Byrnes | Counsel; joined firm in 2013; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 940.00 | 0.40 | 376.00 |
| **Counsel Total** | | | **0.40** | **$376.00** |
| **Associates and Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 525.00 | 17.40 | 9,135.00 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 815.00 | 22.30 | 18,174.50 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 54.40 | 29,920.00 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring ("BFR"). | 595.00 | 1.40 | 833.00 |

---

[1] WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Phoebe Stroede | Sr. Discovery Attorney; joined firm in 2013; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 23.70 | 7,110.00 |
| | | | 119.20 | $65,172.50 |
| **Paraprofessionals** | | | | |
| Wendi Hoffenberg | Sr. Research and Reference Specialist; joined firm in 2011; Library and Research Services. | 505.00 | 0.60 | 303.00 |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 385.00 | 2.00 | 770.00 |
| Kevin Le | Litigation Support Coordinator; joined firm in 2009; Litigation Support. | 480.00 | 3.70 | 1,776.00 |
| Aaron P. Murphy | Research and Reference Specialist; joined firm in 2019; Library and Research Services. | 415.00 | 0.60 | 249.00 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 9.60 | 2,640.00 |
| Tamir Shemesh | Project Assistant; joined firm in 2018; Securities Litigation & Enforcement. | 275.00 | 10.50 | 2,887.50 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; BFR. | 545.00 | 8.00 | 4,360.00 |
| Saige Wenik | Sr. Project Assistant; joined firm in 2017; Litigation / Controversy. | 325.00 | 0.70 | 227.50 |
| **Paraprofessionals Total** | | | 35.70 | $13,213.00 |
| **TOTAL** | | | 186.20 | $110,101.00 |
| **Less Agreed Reduction** | | | | -$13,212.12 |
| **GRAND TOTAL** | | | 186.20 | $96,888.88 |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| Data Hosting | 115.20 |
| Document Printing Color[1] | 176.10 |
| Federal Express | 17.40 |
| Local Transportation | 21.38 |
| Meals-Out of Town | 94.45 |
| Out of Town Lodging | 542.82 |
| Travel | 742.99 |
| **TOTAL** | **$1,710.34** |

---

[1] During the Fee Period, WilmerHale charged $0.10 per page for color document printing and $0.00 per page for printing in black and white.

**Exhibit D**

**Detailed Time Records and Expenses**

# WILMERHALE 

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ████████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 04/07/20 |
| Invoice No. | 2585995 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through February 29, 2020 in connection with the Post Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 110,101.00 |
| Less 12% Volume Discount | | -13,212.12 |
| Total Disbursements | | 1,710.34 |
| **Total Amount Due** | **$** | **98,599.22** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ████████

Routing Number: ████████

Citibank NA 1101 Pennsylvania Avenue NW Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| **B160 - Fee/Employment Applications** | | | |
| 02/07/20 | Thompson, Yolande | 0.40 | Prepare draft December 2019 Monthly Fee Statement |
| 02/10/20 | Pierce, Allyson | 0.10 | Respond to update from Ms. Thompson |
| 02/10/20 | Thompson, Yolande | 0.10 | E-mail to Ms. Pierce re: status of finalizing invoice and related Monthly Fee Statement for December 2019 |
| 02/10/20 | Thompson, Yolande | 0.10 | Confer with Accounting re: status of finalizing invoice for December 2019 Monthly Fee Statement |
| 02/11/20 | Thompson, Yolande | 0.10 | E-mail to Ms. Pierce re: draft invoice for December 2019 |
| 02/11/20 | Thompson, Yolande | 0.10 | Review e-mail from Accounting to Ms. DaCunha re: draft invoice for December 2019 Monthly Fee Statement |
| 02/13/20 | Thompson, Yolande | 0.60 | Prepare spreadsheet calculating certain amounts to be included in fee statement |
| 02/13/20 | Thompson, Yolande | 0.10 | E-mail to Ms. DaCunha, Mr. Shuster, and Ms. Pierce re: draft monthly fee statement |
| 02/13/20 | Thompson, Yolande | 1.50 | Update draft Monthly Fee Statement and related exhibits |
| 02/13/20 | Thompson, Yolande | 0.20 | Confer with Ms. Kennedy in Accounting re: revised invoice |
| 02/13/20 | Thompson, Yolande | 0.20 | Compile information to be included in fee application re: additional professional and paraprofessionals |
| 02/13/20 | Thompson, Yolande | 0.10 | Confer with Ms. Pierce re: fee statement |
| 02/18/20 | Pierce, Allyson | 0.20 | Review e-mail from Ms. Thompson re: draft of fee application |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00136               Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | Pierce, Allyson | 0.10 | Discuss fee application with Ms. Thompson |
| 02/18/20 | Thompson, Yolande | 0.50 | Review invoice for December 2019 to ensure compliance with bankruptcy requirements |
| 02/18/20 | Thompson, Yolande | 0.10 | Confer with Ms. Pierce re: fee statement |
| 02/18/20 | Thompson, Yolande | 0.20 | E-mails with Ms. Kennedy in Accounting re: additional edits to invoice |
| 02/18/20 | Thompson, Yolande | 1.20 | Finalize Monthly Fee Statement and related exhibits for attorney review |
| 02/18/20 | Thompson, Yolande | 0.10 | E-mail to Ms. DaCunha, Mr. Shuster, and Ms. Pierce re: updated monthly fee statement and final invoice for redaction |
| 02/19/20 | DaCunha, Alyssa | 0.40 | Review fee petition materials |
| 02/19/20 | DaCunha, Alyssa | 0.50 | Multiple communications with Mr. Lannon, Ms. Thompson re: December fee petition |
| 02/19/20 | Pierce, Allyson | 0.50 | Review second monthly fee application |
| 02/19/20 | Lannon, William E. | 1.00 | Redact materials for filing |
| 02/19/20 | Thompson, Yolande | 0.10 | E-mails with Ms. DaCunha re: redacted invoice and authorization to e-file fee statement |
| 02/19/20 | Thompson, Yolande | 0.10 | Review e-mail from Ms. Kennedy in Accounting enclosing updated final invoice |
| 02/19/20 | Thompson, Yolande | 0.10 | Send courtesy copies of filed Fee Statement and Certificate of Service to Judge Drain via FedEx |
| 02/19/20 | Thompson, Yolande | 0.20 | Prepare Certificate of Service |
| 02/19/20 | Thompson, Yolande | 0.10 | Review blackline of invoice to ensure that amounts did not change |
| 02/19/20 | Thompson, Yolande | 0.20 | E-file Certificate of Service |
| 02/19/20 | Thompson, Yolande | 0.10 | Review e-mail from Ms. DaCunha re: status of finalized and redacted invoice |
| 02/19/20 | Thompson, Yolande | 0.30 | Prepare service materials, serve Fee Statement via e-mail and first class mail |
| 02/19/20 | Thompson, Yolande | 0.20 | Finalize Fee statement and exhibits for filing |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/19/20 | Thompson, Yolande | 0.20 | E-file Second Monthly Fee Statement |
| 02/19/20 | Thompson, Yolande | 0.10 | Prepare blackline of updated invoice |
| 02/25/20 | Pierce, Allyson | 0.10 | Review and respond to Ms. Thompson e-mail with update re: January fee application |
| 02/25/20 | Thompson, Yolande | 0.10 | Confer with Ms. Pierce re: Third Monthly Fee Statement and First Interim Fee Application |
| 02/25/20 | Thompson, Yolande | 0.10 | Review Interim Compensation Order to confirm deadline to file First Interim Fee Application |
| 02/25/20 | Thompson, Yolande | 0.10 | E-mails with Ms. Pierce re: status of invoice related to Third Monthly Fee Statement |
| 02/25/20 | Thompson, Yolande | 0.10 | Teleconference with Ms. Kennedy in Accounting re: status of draft invoice for January, 2020 |
| 02/28/20 | Pierce, Allyson | 0.10 | Discuss updates to fee application status with Ms. Thompson |
| 02/28/20 | Pierce, Allyson | 0.10 | Email Ms. DaCunha re upcoming fee deadlines |
| 02/28/20 | Pierce, Allyson | 0.20 | Email Mr. Shuster with update to fee application status |
| 02/28/20 | Thompson, Yolande | 0.10 | Confer with Ms. Pierce re status of invoice for January fee statement |
| 02/28/20 | Thompson, Yolande | 0.10 | Review emails between Ms. DaCunha and Ms. Pierce re January fee statement, and first interim fee application |
| 02/28/20 | Thompson, Yolande | 0.10 | Confer with Ms. Kennedy in Accounting re status of edits to draft invoice for January, 2020 |

11.30

## L400 – Congressional Investigation

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/02/20 | Menz, Sheila E. | 0.10 | Communicate with ████████████ |

Client No. 1653300  
Matter No. 1653300-00136

Purdue Pharma, L.P.  
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995  
Invoice Date 04/07/20  
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/03/20 | DaCunha, Alyssa | 0.30 | Revise ▮▮▮▮▮▮▮ |
| 02/03/20 | Menz, Sheila E. | 0.10 | Review ▮▮▮▮▮▮▮▮▮ |
| 02/03/20 | Menz, Sheila E. | 0.10 | Multiple communications with ▮▮▮▮ |
| 02/03/20 | Menz, Sheila E. | 0.40 | Multiple communications with ▮▮▮▮ |
| 02/03/20 | Menz, Sheila E. | 0.10 | Review ▮▮▮▮▮▮▮▮▮ |
| 02/03/20 | Menz, Sheila E. | 0.30 | E-mail correspondence with ▮▮▮▮ |
| 02/03/20 | Menz, Sheila E. | 0.30 | Review ▮▮▮▮▮▮▮ |
| 02/03/20 | Rockett, Elizabeth W | 0.60 | Complete ▮▮▮▮▮▮▮ |
| 02/03/20 | Satten-Lopez, Elena M. | 2.00 | Research ▮▮▮▮▮ |
| 02/03/20 | Satten-Lopez, Elena M. | 0.50 | Confer with ▮▮▮▮▮▮▮ |
| 02/04/20 | DaCunha, Alyssa | 0.50 | Multiple communications with ▮▮▮▮ |
| 02/04/20 | Rockett, Elizabeth W | 0.60 | Complete ▮▮▮▮▮▮▮ |
| 02/05/20 | Brown, Reginald | 0.40 | Update ▮▮▮▮▮▮ |
| 02/05/20 | DaCunha, Alyssa | 0.20 | Multiple communications with ▮▮▮▮ |
| 02/05/20 | DaCunha, Alyssa | 0.30 | Meet with ▮▮▮▮▮▮ |
| 02/05/20 | Hromada, Patricia | 0.60 | Multiple communications with ▮▮▮▮ |
| 02/05/20 | Hromada, Patricia | 0.80 | Analyze ▮▮▮▮▮▮▮ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/05/20 | Menz, Sheila E. | 0.20 | Meet with █████ |
| 02/05/20 | Menz, Sheila E. | 0.20 | Review █████ |
| 02/05/20 | Menz, Sheila E. | 0.40 | Revise █████ |
| 02/05/20 | Menz, Sheila E. | 1.60 | Multiple communications with █████ |
| 02/05/20 | Satten-Lopez, Elena M. | 0.30 | Confer with █████ |
| 02/05/20 | Satten-Lopez, Elena M. | 0.40 | Confer with █████ |
| 02/05/20 | Satten-Lopez, Elena M. | 1.10 | Review █████ |
| 02/05/20 | Satten-Lopez, Elena M. | 0.40 | Draft █████ |
| 02/05/20 | Satten-Lopez, Elena M. | 0.80 | Compile █████ |
| 02/05/20 | Satten-Lopez, Elena M. | 0.40 | Revise █████ |
| 02/05/20 | Shemesh, Tamir | 2.00 | Prepare █████ |
| 02/05/20 | Stroede, Phoebe | 0.30 | E-mail communication with █████ |
| 02/05/20 | Stroede, Phoebe | 3.10 | Draft and execute █████ |
| 02/06/20 | DaCunha, Alyssa | 0.50 | Teleconference with █████ |
| 02/06/20 | Hromada, Patricia | 0.90 | Analyze █████ |
| 02/06/20 | Menz, Sheila E. | 0.40 | Prep for █████ |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/06/20 | Menz, Sheila E. | 0.30 | Multiple communications with █████████ |
| 02/06/20 | Menz, Sheila E. | 0.30 | Follow-up communications with ████████ |
| 02/06/20 | Menz, Sheila E. | 0.40 | Teleconference with ████████████ |
| 02/06/20 | Rockett, Elizabeth W | 0.60 | Complete █████████████ |
| 02/06/20 | Satten-Lopez, Elena M. | 0.30 | Confer with ██████████ |
| 02/06/20 | Satten-Lopez, Elena M. | 0.30 | Confer with ████████████ |
| 02/06/20 | Satten-Lopez, Elena M. | 0.20 | Review ███████████ |
| 02/06/20 | Satten-Lopez, Elena M. | 0.30 | Incorporate revisions ██████████ |
| 02/06/20 | Satten-Lopez, Elena M. | 3.60 | Revise ██████████ |
| 02/07/20 | Menz, Sheila E. | 0.50 | Teleconference with ████████ |
| 02/07/20 | Menz, Sheila E. | 0.10 | Circulate █████████████ |
| 02/07/20 | Rockett, Elizabeth W | 0.60 | Complete █████████████ |
| 02/07/20 | Satten-Lopez, Elena M. | 0.60 | Confer with ███████████ |
| 02/07/20 | Satten-Lopez, Elena M. | 1.10 | Draft ██████████████ |
| 02/07/20 | Satten-Lopez, Elena M. | 1.30 | Review █████████ |
| 02/09/20 | Satten-Lopez, Elena M. | 1.10 | Summarize ███████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/10/20 | DaCunha, Alyssa | 0.80 | Multiple communications with ██████ |
| 02/10/20 | Hromada, Patricia | 0.50 | Analyze ██████ |
| 02/10/20 | Menz, Sheila E. | 0.60 | Implement ██████ |
| 02/10/20 | Menz, Sheila E. | 0.20 | Meet with ██████ |
| 02/10/20 | Menz, Sheila E. | 0.40 | Multiple communications with ██████ |
| 02/10/20 | Menz, Sheila E. | 0.60 | Analyze ██████ |
| 02/10/20 | Menz, Sheila E. | 0.30 | Multiple communications with ██████ |
| 02/10/20 | Menz, Sheila E. | 0.20 | Analyze ██████ |
| 02/10/20 | Menz, Sheila E. | 1.00 | Draft ██████ |
| 02/10/20 | Rockett, Elizabeth W | 0.60 | Complete ██████ |
| 02/10/20 | Satten-Lopez, Elena M. | 0.20 | Confer with ██████ |
| 02/10/20 | Satten-Lopez, Elena M. | 0.30 | Prepare for ██████ |
| 02/10/20 | Satten-Lopez, Elena M. | 0.60 | Review ██████ |
| 02/10/20 | Satten-Lopez, Elena M. | 0.30 | Confer with ██████ |
| 02/10/20 | Satten-Lopez, Elena M. | 0.30 | Draft ██████ |
| 02/10/20 | Satten-Lopez, Elena M. | 0.40 | Draft ██████ |
| 02/10/20 | Satten-Lopez, Elena M. | 0.30 | Incorporate ██████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/10/20 | Satten-Lopez, Elena M. | 0.20 | Confer with ███████ |
| 02/10/20 | Satten-Lopez, Elena M. | 0.20 | Revise ████████ |
| 02/11/20 | Hromada, Patricia | 1.50 | Analyze ████████ |
| 02/11/20 | Rockett, Elizabeth W | 0.60 | Complete ████████ |
| 02/11/20 | Satten-Lopez, Elena M. | 2.50 | Review ████████ |
| 02/11/20 | Satten-Lopez, Elena M. | 4.30 | Review ████████ |
| 02/11/20 | Shemesh, Tamir | 1.00 | Prepare ████████ |
| 02/11/20 | Stroede, Phoebe | 0.60 | Create ████████ |
| 02/12/20 | DaCunha, Alyssa | 0.70 | Review ████████ |
| 02/12/20 | DaCunha, Alyssa | 0.30 | Multiple communications with ████████ |
| 02/12/20 | DaCunha, Alyssa | 0.80 | Multiple communications with ████████ |
| 02/12/20 | DaCunha, Alyssa | 0.90 | Revise ████████ |
| 02/12/20 | DaCunha, Alyssa | 3.50 | Review ████████ |
| 02/12/20 | Hromada, Patricia | 2.40 | Analyze ████████ |
| 02/12/20 | Hromada, Patricia | 1.10 | Multiple communications with ████████ |
| 02/12/20 | Menz, Sheila E. | 0.20 | Meet with ████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/12/20 | Menz, Sheila E. | 1.50 | Analyze |
| 02/12/20 | Menz, Sheila E. | 0.80 | Multiple communications with |
| 02/12/20 | Menz, Sheila E. | 1.50 | Draft |
| 02/12/20 | Satten-Lopez, Elena M. | 1.10 | Revise |
| 02/12/20 | Satten-Lopez, Elena M. | 0.50 | Revise |
| 02/12/20 | Satten-Lopez, Elena M. | 3.50 | Review |
| 02/12/20 | Satten-Lopez, Elena M. | 1.10 | Review |
| 02/12/20 | Shemesh, Tamir | 2.50 | Prepare |
| 02/12/20 | Stroede, Phoebe | 0.30 | Apply |
| 02/12/20 | Stroede, Phoebe | 2.00 | Search |
| 02/12/20 | Stroede, Phoebe | 0.80 | Multiple communications with |
| 02/12/20 | Stroede, Phoebe | 1.10 | Cross reference |
| 02/12/20 | Stroede, Phoebe | 1.90 | Create |
| 02/13/20 | DaCunha, Alyssa | 0.90 | Review |
| 02/13/20 | DaCunha, Alyssa | 1.80 | Multiple communications with |
| 02/13/20 | DaCunha, Alyssa | 0.40 | Confer with |
| 02/13/20 | DaCunha, Alyssa | 0.60 | Multiple communications with |

Client No. 1653300  
Matter No. 1653300-00136

Purdue Pharma, L.P.  
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995  
Invoice Date 04/07/20  
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/13/20 | Hromada, Patricia | 1.40 | Multiple communications with ▮ |
| 02/13/20 | Hromada, Patricia | 2.80 | Review, analyze and stage ▮ |
| 02/13/20 | Hromada, Patricia | 1.30 | Conduct ▮ |
| 02/13/20 | Le, Kevin | 1.90 | Create ▮ |
| 02/13/20 | Menz, Sheila E. | 0.30 | Meet with ▮ |
| 02/13/20 | Menz, Sheila E. | 1.30 | Finalize ▮ |
| 02/13/20 | Menz, Sheila E. | 0.70 | Multiple communications with ▮ |
| 02/13/20 | Menz, Sheila E. | 0.30 | Multiple communications with ▮ |
| 02/13/20 | Menz, Sheila E. | 2.30 | Multiple communications with ▮ |
| 02/13/20 | Rockett, Elizabeth W | 0.60 | Complete ▮ |
| 02/13/20 | Satten-Lopez, Elena M. | 0.20 | Incorporate ▮ |
| 02/13/20 | Satten-Lopez, Elena M. | 1.50 | Revise ▮ |
| 02/13/20 | Satten-Lopez, Elena M. | 0.50 | Confer with ▮ |
| 02/13/20 | Stroede, Phoebe | 1.20 | Apply ▮ |
| 02/13/20 | Stroede, Phoebe | 0.40 | Cross reference ▮ |
| 02/13/20 | Stroede, Phoebe | 4.30 | Create ▮ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/13/20 | Stroede, Phoebe | 0.40 | Multiple communications with ███ |
| 02/14/20 | DaCunha, Alyssa | 0.40 | Multiple communications with ███ |
| 02/14/20 | Le, Kevin | 0.50 | Create ███ |
| 02/14/20 | Menz, Sheila E. | 0.60 | Multiple communications with ███ |
| 02/14/20 | Menz, Sheila E. | 0.40 | Review ███ |
| 02/14/20 | Murphy, Aaron P. | 0.60 | Search for ███ |
| 02/14/20 | Rockett, Elizabeth W | 0.60 | Complete ███ |
| 02/14/20 | Shemesh, Tamir | 1.00 | Prepare ███ |
| 02/14/20 | Shemesh, Tamir | 1.00 | Deliver ███ |
| 02/14/20 | Stroede, Phoebe | 0.20 | Apply ███ |
| 02/15/20 | Menz, Sheila E. | 0.10 | Circulate ███ |
| 02/15/20 | Menz, Sheila E. | 0.20 | Communicate with ███ |
| 02/16/20 | Satten-Lopez, Elena M. | 0.40 | Revise ███ |
| 02/17/20 | Satten-Lopez, Elena M. | 0.20 | Incorporate ███ |
| 02/18/20 | Brown, Reginald | 1.00 | ███ call ███ |
| 02/18/20 | DaCunha, Alyssa | 0.90 | Participate in ███ |
| 02/18/20 | DaCunha, Alyssa | 0.30 | Multiple communications with ███ |
| 02/18/20 | DaCunha, Alyssa | 1.00 | Review ███ |
| 02/18/20 | DaCunha, Alyssa | 0.80 | Revise ███ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | Hromada, Patricia | 1.00 | Conduct █████ |
| 02/18/20 | Menz, Sheila E. | 0.40 | Multiple communications with ████ |
| 02/18/20 | Menz, Sheila E. | 0.20 | Multiple communications with ████ |
| 02/18/20 | Satten-Lopez, Elena M. | 1.00 | Revise ████ |
| 02/18/20 | Satten-Lopez, Elena M. | 0.50 | Compile ████ |
| 02/18/20 | Shemesh, Tamir | 2.00 | Prepare ████ |
| 02/18/20 | Stroede, Phoebe | 2.90 | Draft ████ |
| 02/18/20 | Wenik, Saige | 0.70 | Complete ████ |
| 02/19/20 | Rockett, Elizabeth W | 0.60 | Complete ████ |
| 02/19/20 | Satten-Lopez, Elena M. | 0.30 | Revise ████ |
| 02/19/20 | Satten-Lopez, Elena M. | 0.40 | Draft ████ |
| 02/19/20 | Shemesh, Tamir | 1.00 | Prepare ████ |
| 02/20/20 | Brown, Reginald | 0.30 | ████ meeting ████ |
| 02/20/20 | Byrnes, John T. | 0.30 | Meet with ████ |
| 02/20/20 | DaCunha, Alyssa | 0.30 | Meet with ████ |
| 02/20/20 | DaCunha, Alyssa | 2.40 | Review ████ |
| 02/20/20 | Menz, Sheila E. | 0.20 | Meet with ████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/20/20 | Menz, Sheila E. | 0.20 | Revise █████████████ |
| 02/20/20 | Rockett, Elizabeth W | 0.60 | Complete ███████████ |
| 02/20/20 | Satten-Lopez, Elena M. | 0.20 | Incorporate ███████ |
| 02/20/20 | Satten-Lopez, Elena M. | 0.30 | Confer with ████████ |
| 02/20/20 | Satten-Lopez, Elena M. | 0.20 | Confer with ████████ |
| 02/20/20 | Satten-Lopez, Elena M. | 0.20 | Review ██████████ |
| 02/20/20 | Satten-Lopez, Elena M. | 0.60 | Revise ████████████ |
| 02/20/20 | Satten-Lopez, Elena M. | 0.20 | Review ██████████ |
| 02/21/20 | DaCunha, Alyssa | 0.50 | E-mails with ██████████ |
| 02/21/20 | DaCunha, Alyssa | 0.60 | Revise █████████ |
| 02/21/20 | DaCunha, Alyssa | 0.30 | Multiple communications with ██████ |
| 02/21/20 | Hromada, Patricia | 0.60 | Multiple communications with ██████ |
| 02/21/20 | Rockett, Elizabeth W | 0.60 | Complete ████████ |
| 02/21/20 | Satten-Lopez, Elena M. | 0.10 | Coordinate ████████ |
| 02/21/20 | Satten-Lopez, Elena M. | 0.90 | Revise ████████ |
| 02/21/20 | Satten-Lopez, Elena M. | 0.30 | Revise ███████ |
| 02/21/20 | Satten-Lopez, Elena M. | 0.10 | Coordinate ████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/22/20 | Satten-Lopez, Elena M. | 0.40 | Review |
| 02/24/20 | DaCunha, Alyssa | 0.50 | Review |
| 02/24/20 | DaCunha, Alyssa | 0.50 | Multiple communications |
| 02/24/20 | Hromada, Patricia | 0.70 | Multiple communications with |
| 02/24/20 | Hromada, Patricia | 1.30 | Review, analyze and stage |
| 02/24/20 | Menz, Sheila E. | 0.20 | Multiple communications with |
| 02/24/20 | Menz, Sheila E. | 0.40 | Multiple communications with |
| 02/24/20 | Menz, Sheila E. | 0.30 | Revise |
| 02/24/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 02/24/20 | Satten-Lopez, Elena M. | 0.50 | Review |
| 02/24/20 | Satten-Lopez, Elena M. | 0.30 | Review |
| 02/24/20 | Satten-Lopez, Elena M. | 1.40 | Analyze |
| 02/24/20 | Satten-Lopez, Elena M. | 0.80 | Review |
| 02/24/20 | Stroede, Phoebe | 1.90 | Provide |
| 02/24/20 | Stroede, Phoebe | 1.20 | Manually add |
| 02/24/20 | Stroede, Phoebe | 0.40 | Provide |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/25/20 | Brown, Reginald | 0.60 | ▮▮▮ call |
| 02/25/20 | DaCunha, Alyssa | 0.30 | Multiple communications with ▮▮▮ |
| 02/25/20 | DaCunha, Alyssa | 0.50 | Multiple communications with ▮▮▮ |
| 02/25/20 | DaCunha, Alyssa | 0.50 | Revise ▮▮▮ |
| 02/25/20 | DaCunha, Alyssa | 0.80 | Participate in ▮▮▮ call with ▮▮▮ |
| 02/25/20 | Hoffenberg, Wendi | 0.60 | Research ▮▮▮ |
| 02/25/20 | Hromada, Patricia | 0.50 | Multiple communications with ▮▮▮ |
| 02/25/20 | Le, Kevin | 1.30 | Create ▮▮▮ |
| 02/25/20 | Rockett, Elizabeth W | 0.60 | Complete ▮▮▮ |
| 02/25/20 | Satten-Lopez, Elena M. | 1.90 | Revise ▮▮▮ |
| 02/25/20 | Satten-Lopez, Elena M. | 3.70 | Prepare ▮▮▮ |
| 02/25/20 | Stroede, Phoebe | 0.70 | Conduct ▮▮▮ |
| 02/26/20 | Lannon, William E. | 1.00 | Prepare ▮▮▮ |
| 02/26/20 | Menz, Sheila E. | 0.40 | Confer with ▮▮▮ |
| 02/26/20 | Rockett, Elizabeth W | 0.60 | Complete ▮▮▮ |
| 02/26/20 | Satten-Lopez, Elena M. | 1.30 | Review ▮▮▮ |
| 02/26/20 | Satten-Lopez, Elena M. | 0.20 | Prepare ▮▮▮ |
| 02/26/20 | Satten-Lopez, Elena M. | 0.30 | Confer with ▮▮▮ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/27/20 | DaCunha, Alyssa | 3.00 | Participate in █████████████ |
| 02/27/20 | Menz, Sheila E. | 0.40 | Review ████████████████ |
| 02/27/20 | Menz, Sheila E. | 0.20 | Multiple communications with ██████████████ |
| 02/27/20 | Rockett, Elizabeth W | 0.60 | Complete ████████████ |
| 02/27/20 | Satten-Lopez, Elena M. | 0.40 | Provide ████████████ |
| 02/27/20 | Satten-Lopez, Elena M. | 3.20 | Prepare ███████████ |
| 02/28/20 | Brown, Reginald | 0.30 | ████ meeting ████████ |
| 02/28/20 | Byrnes, John T. | 0.10 | Meet with ████████████ |
| 02/28/20 | DaCunha, Alyssa | 0.50 | Review ████████ |
| 02/28/20 | DaCunha, Alyssa | 0.80 | Multiple communications with ████████████ |
| 02/28/20 | Menz, Sheila E. | 0.10 | Meet with ████████████ |
| 02/28/20 | Rockett, Elizabeth W | 0.60 | Complete ████████████ |
| 02/28/20 | Satten-Lopez, Elena M. | 1.20 | Draft ████████████ |
| 02/28/20 | Satten-Lopez, Elena M. | 0.20 | Confer with ████████████ |
| | | **174.90** | |

| | | | |
|---|---|---|---|
| **Total** | | **186.20** | |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Cost | Description |
|------|------|-------------|
| 01/01/20 | 57.60 | OTHER - DAY - Hosting Fee: 1.92 GB @ $30.00 ea |
| 02/01/20 | 57.60 | OTHER - DAY - Hosting Fee: 1.92 GB @ $30.00 ea |
| | **115.20** | |
| 02/11/20 | 17.40 | Federal Express Corp: Invoice# 690277801 (Jan-21,2020); Inv#690277801 779582791695 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| | **17.40** | |
| 02/13/20 | 41.61 | Hotel - Meals Other, Alyssa DaCunha, 01/30/20, INV: 3991668002132131; Minibar food purchase Alyssa DaCunha |
| 02/13/20 | 52.84 | Hotel - Breakfast, Alyssa DaCunha, 01/30/20, INV: 3991668002132131; Breakfast in the hotel Alyssa DaCunha |
| | **94.45** | |
| 02/13/20 | 18.11 | Taxi, Alyssa DaCunha, 01/30/20, INV: 3991260102132131; Taxi to DCA Merchant: Uber Technologies, Inc. Merchant: Uber Technologies, Inc. |
| 02/13/20 | 29.72 | Taxi, Alyssa DaCunha, 01/29/20, INV: 3991260102132131; Taxi in NYC Merchant: Uber Technologies, Inc. Merchant: Uber Technologies, Inc. |
| 02/13/20 | 99.04 | Taxi, Alyssa DaCunha, 01/29/20, INV: 3991260102132131; Taxi in NYC Merchant: Uber Technologies, Inc. Merchant: Uber Technologies, Inc. |
| 02/13/20 | 435.80 | Airfare, Alyssa DaCunha, 01/29/2020 to 01/30/2020, INV: 3991668002132131; Round trip airfare to NYC |
| 02/13/20 | 45.32 | Airfare, Alyssa DaCunha, 01/29/2020 to 01/29/2020, INV: 3991668002132131; Extra legroom seat purchase |
| 02/13/20 | 10.00 | Travel Fee, Alyssa DaCunha, 01/29/20, INV: 3991668002132131; Ultramar service fee Ultramar service fee |
| 02/13/20 | 59.86 | Car Service, Alyssa DaCunha, 01/29/20, INV: 3991668002132131; Car service to the Surrey hotel |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Cost | Description |
|------|------|-------------|
| 02/13/20 | 25.14 | Airfare, Alyssa DaCunha, 01/30/2020 to 01/30/2020, INV: 3991668002132131; Extra legroom seat purchase |
| 02/13/20 | 20.00 | Tips, Alyssa DaCunha, 01/30/20, INV: 3991668002132131; Cash tips given on trip to NYC Cash tips given on trip to NYC |
| | 742.99 | |
| 02/13/20 | 542.82 | Lodging, Alyssa DaCunha, 01/29/2020 to 01/30/2020, INV: 3991668002132131; Hotel accommodation in NYC |
| | 542.82 | |
| 02/25/20 | 10.44 | Taxi, Tamir Shemesh, 02/14/20, INV: 4018684102252133; Deliver production to Hill Merchant: Uber Technologies, Inc. Merchant: Uber Technologies, Inc. |
| 02/25/20 | 10.94 | Taxi, Tamir Shemesh, 02/14/20, INV: 4018684102252133; Deliver production to Hill Merchant: Uber Technologies, Inc. Merchant: Uber Technologies, Inc. |
| | 21.38 | |
| 01/13/20 | 0.40 | DOCUMENT COLOR PRINTING - DC - FOR 13-Jan-2020 - 28198 |
| 01/13/20 | 2.10 | DOCUMENT COLOR PRINTING - DC - FOR 13-Jan-2020 - 28198 |
| 02/03/20 | 0.40 | DOCUMENT COLOR PRINTING - DC - FOR 03-Feb-2020 - 28198 |
| 02/05/20 | 0.40 | DOCUMENT COLOR PRINTING - DC - FOR 05-Feb-2020 - 28198 |
| 02/05/20 | 1.00 | DOCUMENT COLOR PRINTING - DC - FOR 05-Feb-2020 - 30755 |
| 02/05/20 | 1.00 | DOCUMENT COLOR PRINTING - DC - FOR 05-Feb-2020 - 30755 |
| 02/05/20 | 1.50 | DOCUMENT COLOR PRINTING - DC - FOR 05-Feb-2020 - 30755 |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Cost | Description |
|------|------|-------------|
| 02/05/20 | 0.80 | DOCUMENT COLOR PRINTING - DC - FOR 05-Feb-2020 - 30755 |
| 02/05/20 | 0.50 | DOCUMENT COLOR PRINTING - DC - FOR 05-Feb-2020 - 30755 |
| 02/05/20 | 0.80 | DOCUMENT COLOR PRINTING - DC - FOR 05-Feb-2020 – 30755 |
| 02/18/20 | 2.00 | DOCUMENT COLOR PRINTING - DC - FOR 18-Feb-2020 - 30755 |
| 02/19/20 | 0.60 | DOCUMENT COLOR PRINTING - DC - FOR 19-Feb-2020 - 30755 |
| 02/19/20 | 77.20 | DOCUMENT COLOR PRINTING - DC - FOR 19-Feb-2020 - 30824 Color Blowbacks CHARGED ON 12-FEB-2020 - 772 PAGE(S) |
| 02/19/20 | 0.40 | DOCUMENT COLOR PRINTING - DC - FOR 19-Feb-2020 - 30824 |
| 02/19/20 | 0.60 | DOCUMENT COLOR PRINTING - DC - FOR 19-Feb-2020 - 30755 |
| 02/21/20 | 86.00 | DOCUMENT COLOR PRINTING - DC - FOR 21-Feb-2020 - 30824 Color Blowbacks CHARGED ON 18-FEB-2020 - 860 PAGE(S) |
| 02/25/20 | 0.40 | DOCUMENT COLOR PRINTING - DC - FOR 25-Feb-2020 – 23650 |

**176.10**

Total Disbursements      $**1,710.34**

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 2.60 | 1,550.00 | 4,030.00 |
| DaCunha, Alyssa | 28.30 | 965.00 | 27,309.50 |
| Byrnes, John T. | 0.40 | 940.00 | 376.00 |
| Menz, Sheila E. | 22.30 | 815.00 | 18,174.50 |
| Pierce, Allyson | 1.40 | 595.00 | 833.00 |
| Satten-Lopez, Elena M. | 54.40 | 550.00 | 29,920.00 |
| Thompson, Yolande | 8.00 | 545.00 | 4,360.00 |
| Hromada, Patricia | 17.40 | 525.00 | 9,135.00 |
| Hoffenberg, Wendi | 0.60 | 505.00 | 303.00 |
| Le, Kevin | 3.70 | 480.00 | 1,776.00 |
| Murphy, Aaron P. | 0.60 | 415.00 | 249.00 |
| Lannon, William E. | 2.00 | 385.00 | 770.00 |
| Wenik, Saige | 0.70 | 325.00 | 227.50 |
| Stroede, Phoebe | 23.70 | 300.00 | 7,110.00 |
| Rockett, Elizabeth W | 9.60 | 275.00 | 2,640.00 |
| Shemesh, Tamir | 10.50 | 275.00 | 2,887.50 |
| **Total Legal Services** | **186.20** | | **$110,101.00** |

| Task | Description | Hours | Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 11.30 | 6,446.50 |
| L400 | Congressional Investigation | 174.90 | 103,654.50 |
| **Total Legal Services** | | **186.20** | **$110,101.00** |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

**DISBURSEMENTS**

| Description | Total |
|---|---|
| WHDS DATA HOSTING - INGESTED DOCUMENTS DOCUMENT INSTANCE HOSTING | 115.20 |
| TRAVEL | 742.99 |
| OUT OF TOWN LODGING | 542.82 |
| MEALS-OUT OF TOWN | 94.45 |
| LOCAL TRANSPORTATION | 21.38 |
| FEDERAL EXPRESS | 17.40 |
| DOCUMENT PRINTING COLOR | 176.10 |
| **Total Disbursements** | **$1,710.34** |