WILMER CUTLER PICKERING HALE
AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | |

# CERTIFICATE OF SERVICE

      I hereby certify that, on this 15th day of April, 2020, I caused a true and correct copy of the *Fourth Monthly Fee Statement of Wilmer Cutler Pickering Hale and Dorr LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors and Debtors in Possession for the Period from February 1, 2020 through February 29, 2020* to be served via email and first class mail upon the parties listed on the attached Service List.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

Dated: April 15, 2020
      New York, New York

By:   /s/ George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE
 AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**SERVICE LIST**

Purdue Pharma L.P.
201 Tresser Blvd
Stamford, CT 06901
Attn:    Jon Lowne
Email:  Jon.Lowne@pharma.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Attn.:    Christopher Robertson
          Dylan Consla
Email:   christopher.robertson@davispolk.com
         dylan.consla@davispolk.com
*(Counsel to the Debtors)*

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Attn:    Arik Preis
         Sara L. Brauner
Email:  apreis@akingump.com
        sbrauner@akingump.com
*(Counsel to the Committee)*

Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
Attn:    Justin R. Alberto
         Daniel N. Brogan
Email:  jalberto@bayardlaw.com
        dbrogan@bayardlaw.com
*(Counsel to the Committee)*

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul K. Schwartzberg
Email:  Paul.Schwartzberg@usdoj.gov

Bielli & Klauder, LLC
1204 N. King Street
Wilmington, Delaware 19801
Attn: David M. Klauder
Email: dklauder@bk-legal.com