**EXHIBIT F**

# Charles Livingston Werntz III, D.O., MPH, FACOEM, FAOCOPM

Home: 473 Devon Road, Morgantown, WV 26505   (304) 291-5820

Cell:  (304) 290-2275

e-mail: cwerntz1@gmail.com

EDUCATION
**West Virginia University**, Morgantown, West Virginia
  Masters of Public Health – May 2002
  Concentration in Occupational and Environmental Health
**Kirksville College of Osteopathic Medicine**, Kirksville, Missouri.
  Doctor of Osteopathic Medicine - June, 1996
  Honors: Student Leadership Award Scholarship 1992-93
    Student Ambassador Award 1996
**Temple University**, Philadelphia, Pennsylvania
  January 1990 to May 1991. Pre-medical science courses.
**Montgomery County Community College**, Blue Bell, Pennsylvania
  1987 to 1989. German courses for personal enrichment.
**Drexel University**, Philadelphia, Pennsylvania
  B.S., Commerce and Engineering - June 1987
  Fields of Concentration - Operations and Human Resources Management
  Honors: Deans List 1985-86.

POST
GRADUATE
TRAINING
**West Virginia University**, Morgantown, West Virginia. July 2000 to June 2002
  Residency in Occupational Medicine
  Honors: ACOEM Residents Research Presentation Award
    Chief Resident July 1, 2001 – December 31, 2001
**West Virginia University**, Morgantown, West Virginia. June, 1997 to June, 2000.
  Residency in Internal Medicine, Primary Care Track.
  Honors: Department of Medicine Community Service Award 1999
**Community General Osteopathic Hospital**, Harrisburg, PA. July 1996 to June 1997
  Traditional rotating internship with weekly half-day ambulatory care experience.

EMPLOYMENT
**Morgantown Occupational Medicine, PLLC,** Morgantown, WV
July, 2018 – Present.  Principal, Physician, and Consultant.
- Occupational Medicine consulting, focusing on community exposures, medical monitoring programs, occupational injuries, and diseases
- Regulatory Exams (Senior Aviation Medical Examiner, Commercial Drivers, Medical Review Officer, Respirator Examinations)
- Independent Medical Evaluations (4th, 5th, and 6th editions of AMA Guides)
- Occupational surveillance program design and implementation
- Federal Black Lung Examinations at Preston Memorial Hospital
- Morgantown Clinic at Pro Medical Rehabilitation

**Cabin Creek Health Systems,** Dawes, WV
July 2018 – Present - Physician (Part time) – performing Department of Labor Black
  Lung exams.

**National Institutes for Occupational Safety and Health,** Morgantown, WV
November 2002-Present (Part time). Intermittent Consultant in Surveillance Branch of
  the Division of Respiratory Health, Coal Worker Health Surveillance
  Program. Contacting miners with abnormal x-ray finding, and providing
  physician support for the spirometry monitoring program.

**West Virginia University / West Virginia University Medical Corporation**
August 2002 to February 2003.  Clinical Instructor

December 1, 2019

Case 3:19-md-02804-DAP Doc #: 3061-6 Filed: 01/07/20 6 of 26. PageID #: 470791
Case 3:19-md-02804-DAP Doc #: 3061-6 Filed: 01/07/20 Page 6 of 26. PageID #: 470791
19-23649-shl Doc 1055-6 Filed 04/17/20 Entered 04/17/20 12:13:10 Exhibit E
Pg 3 of 26
Curriculum Vitae of Charles L. Werntz III, D.O., MPH
December 1, 2019        Page 2 of 7

March 2003 to June 2009. Assistant Professor (Clinical Emphasis).
July 2009 – June 2018. Associate Professor (Clinical Emphasis)
- Program Director ACGME Occupational Medicine Residency (2012-2015)
- Clinical care for injured/exposed workers
- Independent Medical Evaluations (4th, 5th, and 6th editions of AMA Guides)
- Medical support of WVU animal handler & Biosafety health programs
- Medical Review Officer (MROCC)
- FAA Senior Aviation Medical Examiner, FAA Employee Examiner
- Surveillance exams for federal and state agencies
- Program Director – AOA Occupational Medicine Residency 2008-11
- On-site fitness for duty and wellness exams
- DOL Black Lung Examiner (413b)
- Formal Teaching (WVU – for-credit classes):
  o Medical Toxicology for Occupational Medicine Residents
  o Occupational Health Class
  o Small Group Facilitator – MS 1 Clinical Skills Course
  o Global Public Health
- University Biosafety Committee – voting member
- Consultant on health effects of workplace & environmental exposures

**Louis A Johnson VA Medical Center,** Clarksburg, WV
October 2000 to January 2003. Fee-Basis Medical-Officer-of-the-Day. Provide
    outpatient urgent care and hospital inpatient coverage 1-2 shifts each month.

**MG Industries Gas Products**
April 1991 to August 1992. Production Scheduler. – Fairless Hills, PA
    Coordinated production schedules, programmed on-site RF data system for a
    computerized manufacturing management system. Member of company
    HazMat response team (Specialist in Gases & Cryogenics).
January 1990 to April 1991. Second Shift Supervisor. – Fairless Hills, PA
    Responsible for second shift plant operations, 13 direct report employees.
February 1987 to January 1990. Cylinder Control Coord. – Valley Forge, PA
    Maximized utilization of a fleet of 300,000 compressed gas cylinders.

**General Electric Co Re-Entry Systems Operation**, Philadelphia, PA.
June 1985 to January 1986. Co-op student, Procurement Expediter.
March 1984 to December 1984. Co-op student, Production Controller
December 1982 to June 1983. Co-op student, Laboratory Technician.

PROFESSIONAL        Osteopathic Medicine - West Virginia 1602
LICENSES            Osteopathic Medicine - Pennsylvania OS-009608-L

PROFESSIONAL        Board Certified in Occupational Medicine (ABPM, expires 2023)
CERTIFICATION       Board Certified in Occupational and Environmental Medicine (AOA, expires 2025)
                    Medical Review Officer (MROCC)
                    FAA Senior Aviation Medical Examiner Designee
                    FAA Employee Examiner Designee
                    Certified Driver Medical Examiner (FMCSA/NRCME)
                    NIOSH Spirometry Technician
                    Breath Alcohol Technician (Phoenix)
                    Wilderness Command Physician/Wilderness EMT (WEMSI)

Case 3:19-md-02804-DAP Doc #: 3006-6 Filed: 04/17/20 Entered: 04/17/20 12:13:10 Exhibit 5 Pg 4 of 26. PageID #: 417942

Basic Cardiac Life Support

| | |
|---|---|
| FELLOWSHIP | American College of Occupational and Environmental Medicine (2006)<br>American Osteopathic College of Occupational and Preventive Medicine (2011) |
| PROFESSIONAL<br>LEADERSHIP<br>ACTIVITIES | Tristate Occupational Medicine Association – President 2009-10, BOD 2006-present<br>Monongalia County Medical Society – President 2009<br>American Osteopathic College of Occupational and Preventive Medicine<br>    Board of Trustees – 2010-2012, 2013-2015<br>    Education Evaluation Committee Chair 2014-2016<br>ACGME Preventive Medicine RRC - Member 7/1/2016-6/30/2022 |
| PROFESSIONAL<br>MEMBERSHIPS | American Osteopathic Association.<br>Monongalia County Medical Society (currently dormant)<br>American College of Occupational and Environmental Medicine<br>American Osteopathic College of Occupational and Preventive Medicine |
| TALKS GIVEN | "Obesity and Pulmonary Function Testing (or What Pickwickian Syndrome is, and what it is not). WV Chronic Pulmonary Disease ECHO, May 6, 2019.<br>"Black Lung Update", Fayette County Black Lung Coalition, Scarbro, WV November 13, 2018.<br>"Resurgence of Black Lung in Appalachia". Annual Meeting of the TriState Occupational Medicine Association, Columbus, OH. October 20, 2018.<br>"Occupational Health Hazards in 'Unconventional' Gas and Oil Production." PA Health Check-Up Health Impacts of Unconventional Gas Development Industry from Pittsburgh to Philadelphia. Chatham University, Pittsburgh, PA. October 13, 2018.<br>"Resurgence of Black Lung in Appalachia". Annual Meeting of the American Osteopathic Association, San Diego, CA October 7, 2018.<br>"Black Lung in West Virginia - 2018", West Virginia School of Osteopathic Medicine noon lecture series, Lewisburg, WV. May 16, 2018.<br>"Full" Pulmonary Function Testing in Assessing Lung Diseases, West Virginia Chronic Lung Disease (Black Lung) ECHO. April 2, 2018.<br>"Black Lung – An Introduction for Medical Students", West Virginia School of Osteopathic Medicine Rural Health Initiative, Beckley, WV. Dec 11, 2017.<br>"Mine Rescuer Health Hazards and Drug Testing Update". Tristate Occupational Medicine Association Meeting; Columbus, OH. October 14, 2017.<br>"Post-Explosion Health Hazards for Mine Rescuers and Investigators", with Anna Allen, MD, West Virginia State Black Lung Conference, Pipestem Resort WV, June 7, 2017<br>"Miner Health and Safety and Drug Testing Update", American Osteopathic College for Occupational and Preventive Medicine Mid-Year meeting, Chattanooga, TN; March 9, 2017.<br>"Drug Testing Challenges – 2016", Bay County Society for Human Resource Management's Workers' Compensation & Occupational Healthcare Conference, Panama City, FL, October 13, 2016.<br>"Return to Work and Functional Capacity Evaluations", American Osteopathic College of Occupational and Preventive Medicine mid-year meeting, Fort Lauderdale, March 12, 2015.<br>"Return to Work and Healthy Spine Habits", WVU Spine Conference, Morgantown, WV, October 3, 2014. |

"Human Health Concerns of Working with Research Animals", Loren Hatch Memorial Lecture for the American Osteopathic College of Occupational and Preventive Medicine mid-year meeting, Tulsa, March 6, 2014.

"Is this OSHA Recordable?", Brent Lovejoy Memorial Lecture for the American Osteopathic College of Occupational and Preventive Medicine mid-year meeting, Phoenix, February 13, 2013.

"Human Health Concerns from Hydraulic Fracturing", Grand Rounds – Fairmont Clinic, Fairmont, WV.  February 29, 2012.

"Occupational Health Concerns from Hydraulic Fracturing", 2nd Annual Conference on Health Effects of Shale Gas Extraction, Pittsburgh Graduate School of Public Health, November 18, 2011.

"Human Health Concerns from Hydraulic Fracturing", Tristate Occupational Medicine Assn annual meeting, Cleveland, OH.  October 22, 2011.

"Human Health Concerns from Hydraulic Fracturing", Pennsylvania Occupational and Environmental Medical Society annual meeting, Harrisburg, PA. September 19, 2011.

"Human Health Concerns from Hydraulic Fracturing", Cambria-Summerset Health Council CME Conference, Seven Springs, PA.  September 17, 2011.

"Case Studies from Residency" (2 Hour Interactive session) American Osteopathic College of Occupational and Preventative Medicine mid-year meeting, Atlanta, March 2011.

"Slurry and Tetryl and Fracking – OH MY! – New Environmental Health Concerns in WV", WV School of Osteopathic Medicine Mid-Year CME meeting, Charleston, WV, February 2011.

"Slurry and Tetryl and Fracking – OH MY! – New Environmental Health Concerns in WV", Tristate Occupational Medicine Annual Session, Columbus, OH, October 2010.

"Slurry and Tetryl and Fracking – OH MY! – New Environmental Health Concerns in WV", American Osteopathic Association Annual Meeting, San Francisco, October 2010.

"Finding a Needle in a Haystack – The Search for Jacob Allen in Dolly Sods, October, 2007", Appalachian Wilderness Medicine Conference, Morgantown, WV, August, 2008.

"Land Navigation using GPS, map, and compass", Appalachian Wilderness Medicine Conference, Coopers Rock State Forest, August, 2008.

"Human Health Concerns for Research Animal Workers" American Osteopathic College of Occupational and Preventative Medicine mid-year meeting, Savannah, GA, March 27, 2008.

"Cave Rescue", Appalachian Wilderness Medicine Conference, Morgantown, WV, August, 2007.

"Land Navigation using GPS, map, and compass", Appalachian Wilderness Medicine Conference, Coopers Rock State Forest, August, 2007.

"Occupational Health with research animals", Occupational Medicine Grand Rounds, July 2007.

International Occupational and Environmental Medicine (2 Hours) for WVU certificate course in tropical and travel medicine, June 2007.

"Respirator Medical Clearance", American Osteopathic College of Occupational and Preventative Medicine annual meeting, Las Vegas, NV, October 2006

"Wilderness EMS and Field Treatment of Hypothermia", Appalachian Wilderness Medicine Conference, Canaan Valley, August, 2006.

"International Occupational and Environmental Medicine" (4 Hours) for WVU certificate course in tropical and travel medicine, June 2006.

"What's new in Spirometry", American Osteopathic College of Occupational and
        Preventative Medicine, annual meeting, Orlando FL, October 2005.
"The Community Practitioner's Role in Outbreak Response", West Virginia
        University Public Health Grand Rounds, February, 2005.
"Drug Testing for the non-MRO", Occupational Medicine Grand Rounds, August,
        2004.
"Occupational Health in Chile", West Virginia University Certificate Course in
        Tropical Medicine, Morgantown, WV, June 26, 2002.
"Zinc Protoporphyrin Changes Following Acute Lead Intoxication",
        American Occupational Health Conference, Chicago, IL April 16, 2002.
"Wilderness Emergency Medical Services", Marshall University Wilderness
        Medicine Grand Rounds, Huntington WV, February 21, 2002.
"Medical Mission to Guatemala", West Virginia University Certificate Course in
        Tropical Medicine, Morgantown, WV, July 16, 2001.
"Wilderness Emergency Medical Services", West Virginia University Department of
        Emergency Medicine Grand Rounds, April 20, 2000.
"Case report of gastric ulcerations after electrocution without significant external
        injury"; American College of Physicians - West Virginia Chapter, Lakeview
        Resort, Morgantown, WV, May 21, 1999.

COURSE FACULTY    American Osteopathic College of Occupational and
Preventive Medicine-Basic Course in Occupational Medicine – [Rotating series of 3
sessions, each offered every 18 months].  I provide lectures at all three sessions,
including Introduction to Occupational Medicine, Medical Surveillance, Hearing
Conservation, Substance Abuse and Drug Testing, Biologic Hazards, Metal
Toxicology, Solvent Toxicology, Introduction to Toxicology, Reproductive Hazards,
Facility Walkthroughs, and ADA/FMLA/GINA.

American Osteopathic College of Occupational and Preventive Medicine –
Commercial Driver Medical Examiner Course - Lead Instructor and lecturer on
diabetes, hypertension, cardiovascular, respiratory, neurologic, and psychiatric
diseases, vision, hearing, waivers and the SPE process.

2002 – 2018:  WVU Residency program in Occupational Medicine – I provided
education sessions on:  Medical Surveillance, Hearing Conservation,
ADA/GINA/FMLA, Biologic Hazards, Non-Conventional Gas Production, WV
Environmental Health "disasters", Return to work and FCEs, Biosafety and Viral
Vectors, OSHA Logs, Recordability and Reportability, Drug testing for the non-
MRO, Commercial Driver Medical Examiners, Dysbarisms & Altitude, Payors in
the US healthcare system, Cultural Competency in WV, coke oven worker
surveillance, Benzene medical surveillance, Emergency Response for public health,
Firefighter & emergency responder medical standards.

PUBLICATIONS      Allen, AM, and **Werntz CL**, Respondents, "What are the Potential Health Effects
on Mine Rescuers and Investigators After a Mine Explosion?" Journal of
Occupational & Environmental Medicine, Occupational Medicine Forum: May 2017
- Volume 59(5), pp e97–e98. PMID: 28486348

Sully K, Schaefer M, Allen A, **Werntz CL 3rd**, Ma G, Sayeed Y. Musculoskeletal
Ultrasound Use Among Occupational Medicine Practitioners at the American
Occupational Health Conference. J Occup Environ Med. 2016 Aug;58(8):e315-7.
PMID: 27501000

Alfaraj WA, McMillan B, Ducatman AM, **Werntz CL 3rd**. Tetryl exposure: forgotten hazards of antique munitions. Ann Occup Environ Med. 2016 Apr 8. PMID: 27066259

Sayeed Y, Marrocco A, Sully K, **Werntz CL III,** Allen A, Minardi J**.** Feasability and Implementation of Musculoskeletal Ultrasound training in Occupational Medicine Residency Education. J Occup Environ Med. 2015 Dec;57(12):1347-52. PMID: 26641833

Sayeed Y, , Minardi J, Kurdi H, **Werntz CL 3rd.** Musculoskeletal ultrasound in American Occupational Medicine residency programs: a survey of program directors. J Occup Environ Med. 2015 May;57(5):e55-6. PMID:25951425

Sayeed Y, Sully K, Allen A, **Werntz CL**. The Emerging Role of Musculoskeletal Ultrasound in Occupational Medicine. Vol 56(12), Dec 2014, p e160. PMID: 25479308

**Werntz CL**, Respondent, "Fitness for Duty Evaluations: How Should Blood Pressure Be Considered?" Journal of Occupational and Environmental Medicine, Vol 52(3), pp355-357. (Schwerha J, Forum Editor) PMID: 20216368

Ducatman AM, Jin C, **Werntz CL**. Occupational Toxicology, Chapter in General and Applied Toxicology, 3rd Edition, Wiley & Sons, London, Nov 2009.

**Werntz CL**, Respondent, "Workers at Height are Required to Use Fall Prevention Systems. What are the Health Risks from Being Suspended in a Harness?" Journal of Occupational and Environmental Medicine, Vol 50(7), pp 858-9. (Schwerha J, Forum Editor) PMID: 18617843

Conover K, …, **Werntz CL,** …, Chapter "Wilderness" in *Pre-Hospital Trauma Life Support*, 6th edition, August 2006. (Listed as contributor to book).

Martin CJ, **Werntz CL**, Ducatman AM "The interpretation of Zinc Protoporphyrin changes in lead intoxication: a case report and review of the literature", Occupational Medicine, Vol 54, No 7, Dec, 2004. PMID: 15576877  Viewable at: http://occmed.oupjournals.org/cgi/content/abstract/54/8/587?ijkey=41aqXOK0sOfUQ&keytype=ref

AUTHORSHIP          "Fourteen Year Old Caught in Chain Hoist", NIOSH FACE report 2001-13
Available at http://www.cdc.gov/niosh/face/In-house/full200113.html

ACADEMIC ACTIVITIES          Student Ambassador, Kirksville College of Osteopathic Medicine, 1992-96.
President, Drexel University Amateur Radio Club, 1982 to 1985
Assistant Chief Engineer, Radio Station WKDU, Drexel University, 1982-88.

COMMUNITY ACTIVITIES          Mountaineer Area Rescue Group, Inc. (Appalachian Search and Rescue Conf.) Search Manager. 1997-Present
Camp Physician, Camp Mountaineer, Boy Scouts of America, summer camps 1998 - present.
Staff Physician – BSA Summit Bechtel Reserve, Glen Jean, WV. 2014-present.
Community Ambulance Association of Ambler, PA. Volunteer Driver/Attendant (EMT-MAST), 1981 to 1997.
Eagle Scout, Boy Scouts of America.

Case: 1:17-md-02804-DAP Doc #: 800/16-29 Filed: 09/07/26 18 of 26 : PageID #:4977946

19-23649-shl   Doc 1055-6   Filed 04/17/20   Entered 04/17/20 12:13:10   Exhibit E
Curriculum Vitae of Charles Werz III, D.O., MPH
Pg 8 of 26
December 1, 2019          Page 7 of 7

Amateur Radio Operator, Advanced Class License.

PERSONAL          Fluent in English & German.
DATA              Functional in Spanish.
                  Birthplace: Lower Merion, Montgomery County, Pennsylvania USA

# Report of Charles L. Werntz III, D.O., MPH

**Prepared by:**

**Charles L. Werntz III, D.O., MPH, FACOEM, FAOCOPM**
**Morgantown Occupational Medicine, PLLC**

**Prepared for:**

**Kevin Thompson, Esq.**
**Thompson-Barney PLLC**
**2030 Kanawha Blvd East**
**Charleston, WV 25311**

**Date:  December 1 , 2019**

**QUALIFICATIONS:**

My name is Charles L Werntz, D.O., MPH. My CV is attached. I am a physician, Board Certified in Preventive Medicine, specializing in Occupational and Environmental Medicine, plus previously completed residency training in Internal Medicine. I served on the faculty at West Virginia University (WVU) for 16 years. Throughout my time at WVU I provided clinical Occupational Medicine services to the community, developed and implemented medical monitoring programs for the University, and provided consultative services for employers, insurance companies, and attorneys. Medical monitoring programs I have developed or implemented included:

- Asbestos-Exposed University employees (WVU Asbestos Class Action)
- Asbestos-Exposed employees doing building renovations (EPA Criminal Division – Martinsburg, WV)
- Radiation Therapy workers working with lead (< OSHA limits for lead exposure) (WVU Hospitals & affiliated Cancer Centers)
- Community Members exposed to zinc smelter effluent and waste piles (Spelter, WV)
- Research animal workers and researchers with animal contact (WVU)
- Community members exposed to coal slurry impacted drinking water (Rawl, Mingo County, WV)
- Community members exposed to dioxins (Nitro, WV)
- Community members exposed to coal mining impacted water (Prenter, WV)
- Researchers, students, and employees working with sheep (WVU)
- Researchers working with lentiviral vector systems (WVU)
- Asbestos-exposed maintenance workers (Alderson-Broadus/Sodexho)
- Researchers working with Tuberculosis (WVU)
- Community Members exposed to coal mining impacted water (Harts, WV)
- Researchers working with Rock Mountain Spotted Fever virus (WVU)
- Researchers working with Human Papilloma Virus (WVU)
- Researchers working with wild-caught mammals (WVU)
- Community members exposed to Pb, Cd, As, Zn (Donora, PA)

## EXPOSURE REVIEW AND HEALTH HAZARDS

Children who were exposed to narcotics prior to birth suffer a condition called Neonatal Abstinence Syndrome (NAS). The clinical features and biochemical and physiologic impacts have been elegantly reviewed and explained by Drs. Anand and Howard in their reports. While there is some variability among individuals, it is clear that the effects of NAS are common to those diagnosed and treated for NAS. It is also clear that these effects continue throughout a lifetime.

Prenatal opioid exposure can cause impacts in several spheres impacting the child, some of which are overt, and others which can be occult. Many of these effects can impact the child throughout their lifetime. The goal of this program is to facilitate early detection of NAS-associated impacts so that earlier intervention can help minimize the lifelong impacts.

In a study by Desai[1], they looked at the risk of a newborn developing NAS based on duration and timing of maternal opioid prescriptions. They found that there were cases of NAS found following all timings of maternal opioid prescriptions, although some timings of maternal opioid use conveyed greater risk. On this basis, I would recommend to use a definition of NAS that will allow consideration of children clinically diagnosed with NAS, based both on either test results or clinical findings, without a need to pre-screening for admitted maternal opioid use. Over the last two decades several different diagnostic codes and notations in the medical record have been used to indicate a medical diagnosis of impacts on the newborn following maternal opioids use. NAS is a fairly recent diagnostic code but for ease of reference, "NAS" is used herein to identify patients that has been medically determined to have suffered exposure to opioids in utero.

For the purposes of this report I am using the following definition of NAS:
> *Children born after March 16, 2000, who were medically diagnosed with opioid-related "Neonatal Abstinence Syndrome" ("NAS") at or near birth and whose birth mother received a prescription for opioids or opiates while pregnant.*

This recommended program in this report considers NAS from opioids as a child, diagnosed as being exposed to opioids in utero, who required treatment in the

perinatal period for NAS. "Treatment" would include opioid replacement therapy of the newborn, plus other treatments such as intentional changes in stimulus of the newborn to reduce the effects of NAS. In the article by Ernst[2], they report "Many exposed infants can be treated with non-pharmacological methods, such as limited visitors, low lighting, swaddling, ear muffs, and cuddlers, without the need for pharmacological treatment." All of these would be considered treatment.

The medical literature identifies several other maternal medication uses/exposures that can cause abstinence symptoms in newborns[3]. The recommendations in this report are intended to apply only to children where the in-utero exposure included opioids. Non-opioid withdrawl syndromes are not addressed in this report.

## SCOPE OF NAS EFFECTS

NAS is classically thought of as a medical condition that impacts newborns immediately after birth. This typically includes the effort to replace and then wean newborns off opioids while medically managing the physiologic impacts of both the narcotics and their withdrawal. These efforts can require treatment from a matter of weeks to months or even longer.

However, it is clear that the effects of NAS can be far more serious and continue well beyond the weaning the child off opioids.

Prenatal opiate exposure is associated with several congenital defects[4,5]. Some of these are pervasive and can be detected shortly after birth, but others can only be diagnosed later in childhood, sometimes only via testing. Examples of these impacts are outlined in table 5 of Dr. Howard's report.

There are well-established protocols for the assessment and management of these infants, which should be followed. One important concept is that treatment of NAS in infants often requires giving them slowly decreasing doses of narcotics for a period of time. While medically necessary, this prolongs their exposure time, and thus prolongs the "time under the curve" of exposure to opioids for their developing organs. In his report, Dr. Howard outlines these effects in the section of his affidavit titled CNS and apoptosis, focusing on the impacts on the developing brain.

Given the clear evidence of persistent effects of NAS impacting school performance, a primary goal of this program is to give these children the best opportunity for success in school and later in life. Dr. Anand discusses the educational and social impacts of NAD in sections 7, 8, and 9 of his report. There is copious literature (reviewed below) that discuss the breadth and importance of the educational impacts of NAS.

### PHYSIOLOGICAL IMPACT OF PERINATAL NARCOTIC EXPOSURE

The development of the human brain before and after birth is complex, and multifactorial. There are general themes about the timing of organ development, but the development of the pathways and mechanisms necessary for learning, understanding, decision making, and behavior control are not completely understood.

In his report, Dr. Anand notes the various physiologic processes of the development of the infant, both pre- and post-delivery, that are impacted by exposure to opioids. There is a growing body of evidence that there are lifelong impacts from the exposure to narcotics during the time of organogenesis, especially the development and maturation of the brain.

The long-term consequences of NAS for each child is multifactorial, depending on individual differences expected between humans that are difficult to determine with specificity but a medical monitoring program is necessary for all of NAS victims they all face common risks of latent disease that can be mitigated and abated through medical monitoring.

Because of these children face a common risk, the best approach is to establish a program where each child is periodically assessed and provided access to the specific resources and treatment(s) that they need to overcome the long-term impacts of NAS.

### LITERATURE REVIEW

In his report, Dr. Howard provides an overview of the toxicology of exposure to opiates in the neonate.  Please refer to this document for a review of the biochemical description of the impacts of prenatal opiate exposure on the child.

As outlined in Dr. Howard's report, laboratory scientists have identified several impacts of opioids on the developing brain.  Epidemiologists have studied cohorts of exposed children and identified impacts in educational success specifically impacting NAS survivors.  This literature[6,7,8,9,10] is based upon following cohorts of NAS children over time and comparing the effects/outcomes with those seen in socioeconomically similar children who were not NAS survivors.  This is not new information, as there were several studies[11] during the 1990s looking at this issue.

There is a suggestion in the literature that exposed children can exhibit impacts of maternal opioid use, even if the baby did not develop clinical NAS[6].  This study identified opioids in maternal drug testing, then monitored children whose mothers had positive and negative drug tests over time.  This study found impacts in the children, including those who did not manifest acute symptoms of NAS.  The observed effects in this group include increased prevalence of behavioral or emotional disorders, developmental delay, speech disorder, and strabismus. These findings are similar to those found in survivors of NAS. I fully endorse the conclusion of this study: "Awareness of the increased risk for certain developmental delays and medical conditions is critical to early intervention and treatment supporting improved outcomes."

## LIFELONG IMPACTS OF MATERNAL OPIOID USE

Documented lifelong impacts includes:

- Delayed achievement of early developmental milestones[12,13]
- Impacts on high school academic performance below that accounted for by socioeconomic status[14]
- Increased rates of hospitalization[15]
- Delayed/impaired Speech
- Impaired Hearing (reported frequently)
- Strabismus ("crossed" eyes)[13]
- Smaller brain size on imaging (shows permanent physiologic impact)

Additionally, there are other effects mentioned repeatedly in review and summary articles, but for which I did not locate primary literature. These include increased prevalence of Attention Deficit diseases (ADHD & ADD), increased risk of addiction as a teen, and increased rates of incarceration. Many studies discuss "behavioral" problems, which may be a catch-all for these outcomes. Other than annual assessment of drug use risk (and referrals for further interventions if increased risk is identified), these conditions were not considered in the development of this program. If evidence becomes available supporting these (or any other) conditions in NAS survivors, it would be appropriate to update the program to include appropriate screening and interventions for those additional conditions. An important part of this medical monitoring program must include medical surveillance for those individuals who are part of the program's registry.

The authors of the study of High School academic performance[14] opine that their study "adds to medical knowledge":

> *Australian children with NAS perform poorly at school from grade 3, and results deteriorate even more by high school, suggesting that children with NAS must be supported beyond withdrawal to minimize the risk of school failure and its consequences.*

The recent trends in the increased prevalence of NAS limits the long-term data on exposed cohort. Pre-term babies have been long known to have impacts that, while differing in the details, are generally parallel to those in NAS. On this basis, it should be useful to look at how specific interventions are used assist preterm infants. One clear lesson from this literature is that when developmental impacts are identified and treated earlier, the child will do better over their lifetime[17].

Because of the uncertainty of the specific impacts on an individual child, the best approach would be to monitor each impacted child via appropriate periodic testing, and ensure they have access to needed interventions as early as possible for identified abnormalities.

There is clear impairment in school performance, documented both in primary school[7] and then more profoundly in high school[14], but also identified in pre-school children. Because of the impacts seen across the educational spectrum, a program

that assesses children annually, focusing on age-specific impacts and potential interventions, is recommended.

Additionally, parenting a NAS survivor is difficult, with an increased risk of hospitalization of the child[15], some of which seem related to parenting difficulties. An educational program aimed at increasing the understanding of NAS in parents and other caregivers is recommended, including access (or referral) to resources for both the caregiver and the child.

This program is intended to yield the earliest possible identification of roadblocks the child is experiencing, allowing the earliest possible initiation of treatment to aid the child in overcoming the difficulty, and providing them the best opportunity for success in society as an adult.

## GOALS OF A MEDICAL MONITORING PROGRAM

The nature of the exposure(s) and the known outcomes from prenatal opiate exposure drives the structure of the program. Goals of the program include biologic monitoring of known exposures, testing for the development of known diseases/effects, monitoring for development of disease(s) in the exposed population so that early interventions can be undertaken.

The first step in a monitoring program is to identify NAS survivors and collect their information in a registry. This will allow for the program to reach out to impacted families at the appropriate times and to understand the geographic distribution of survivors to coordinate the delivery of services to the impacted population. The registry may also support ongoing data analysis to support identifying problems, assessing the effectiveness of interventions, and adjusting the program to maximize benefit to those affected.

There are several variables that make the design of this program complex. There is considerable variability between individuals regarding the timing of their prenatal exposures, their individual tolerance for specific exposures, and the duration and effectiveness of treatment both in the hospital and after discharge. Variability between humans means that even with similar exposures there can be different outcomes.

The goal of this medical monitoring programs is to do routine focused assessments to identify the individual NAS survivors to identify those who are actually suffering a specific impact so that they can receive rapid referral for appropriate interventions. Interventions will need to be tailored to the specific deficit(s) in a given child, and could include specific treatments, education for the child or caregiver, assistance with accessing existing school-based services, or (when there is an unconfirmed suspicion of a deficit) providing additional screenings.

In the past, medical monitoring programs have also been designed to monitor and surveil for actual impacts in scenarios where the human health effect of an exposure were not entirely clear, such as a the PFOA/PFOS program around in the Little Hocking, OH/Parkersburg, WV and adjacent areas of Ohio and West Virginia. That program studied the exposed communities then used a panel of scientists to look for effects that were, and were not, found in the population. The results were then published in the scientific literature. In environmental exposure settings, the EPA has set forth criteria when medical surveillance is recommended under CERCLA[16]. Although this exposure is not covered in CERCLA, the exposures scenario in NAS is an analogous contamination of the environment of the fetus and would likely meet the criteria for establishment of a medical monitoring program if this scenario was covered under CERCLA. These criteria also provide for medical surveillance to determine as yet undiscovered associations between exposures and negative health outcomes.

Medical monitoring of exposed populations has been used for decades to track people with workplace exposures. Examples of common workplace medical monitoring programs include hearing conservation where noise-exposed workers get annual hearing tests, and if they develop hearing changes then they are further protected from noise exposure, and if their hearing loss is severe, the worker may be referred for hearing aids or even sign language classes in an effort to limit disability. Coal miners are offered chest x-rays every few years, and those developing evidence of black lung are given the opportunity to transfer to a job with lower dust exposure, with the goal of preventing progression of the black lung. A community-based example is screening children for lead poisoning in communities with lead contaminated drinking water, hosting battery manufacturers

or smelters, or with older homes with leaded paint.  In the past I have crafted medical monitoring programs for a variety of scenarios listed under qualifications.

Monitoring is especially important for exposures involving children, as these can yield lifelong impacts on the children.  Programs with special monitoring for children I have been involved with included Smelter impacts in Spelter WV, coal slurry injection impacted drinking water in Rawl WV, and coal mining impacted water in Seth/Prenter WV and Harts WV, and lead contamination of the community around Donora, PA.

Medical monitoring is not meant to replace usual medical care and programs should include only assessments and testing that are not routinely recommended for a similar person.  Care must be used in selecting minimally invasive assessments that are acceptable to the community to promote participation.

In this case there are two goals for a medical monitoring program, the first, and most important, being to detect known long-term effects to enable early treatment, and the second is to collect data about the long-term impacts of NAS.

NOTE:  There are current protocols for the assessment and treatment of narcotic-exposed children through their first year of life.  It is recommended that these recommendations be followed.  The first year of life will not be addressed in this recommendation.

There is no literature specifically focusing on interventions for NAS survivors.  However, there is copious literature on interventions for other similar perinatal impacts, specifically prematurity.  A recent Cochrine Review identified benefits from early interventions[17] in premature infants, another condition causing developmental impacts.

PROPOSED MEDICAL MONITORING AND INTERVENTION PROGRAM

The following specific program is recommended to assess and treat the lifelong effects of prenatal opioid exposure, including NAS, with the goal of giving the exposed children the best opportunity to live a normal life.

It is recommended that starting at 1 year of age a 7-part program be established and made available to impacted children, including the following (expanded below):

1. Development and delivery of an educational program for parents and caregivers focusing on potential outcomes and benefits of interventions
2. Annual Pediatrician Assessment, including specific topics
3. Specialist assessment for deficits known to be associated with NAS
4. Annual Social Worker Assessment through starting school
5. Specialty medical evaluations at appropriate intervals
6. Vocational Rehabilitation assessment and assistance
7. Data collection, analysis, and publication on the long-term effects seen in these children

## 1. EDUCATIONAL COMPONENT FOR CARETAKERS

Children who survived NAS are at risk of developing a broad range of developmental hazards, and often live with their parents in difficult circumstances[18], some of which are obvious while others are more subtle. The goal of this educational program, in more-or-less annual installments throughout childhood to provide information on the effects of NAS, effective strategies to address specific behaviors/manifestations, and anticipatory guidance to parents and caretakers of NAS survivors. The goal of this effort is to make caretakers more aware of the NAS-related special challenges these children may present, responses and interventions that are helpful, additional support that is available, and how/when to access additional assessments and treatment. This education program must include resources for participants with limited literacy, and no written materials should ever be above the 8th grade reading level.

## 2. ANNUAL ASSESSMENT - PEDIATRICIAN

Annual assessment with a pediatrician or other physician familiar with NAS through age 10. This should include:
- o Growth and nutritional Assessment
- o Assessment for strabismus (the cover/uncover test)
- o Assessment of substance abuse risk and participation, with referral to treatment for any identified substance use

    o  Transportation to and from this assessment should be provided upon request.

3.  EDUCATIONAL READINESS ASSESSMENT

From age 1 through starting school, the child (and their family) shall have an Annual Family Support Assessment performed by a Social Worker or other child welfare specialist.  The initial screen could be done by the pediatrician, with immediate access to a social worker for further assessment for any "yellow flags".

4.  ADDITIONAL (SPECIALIST) ASSESSMENTS

    o  Age - about 12 months - Neurodevelopmental Assessment.  This screening could be performed by local "birth-to-three" program personnel.

    o  Age - about 12 months – echocardiogram to assess for Atrial Septal Defect (if not done previously)

    o  Age 2 – Audiology Assessment

    o  Age 3 - Ophthalmologic assessment for strabismus (per literature, limited effectiveness at younger ages[19])

    o  Age 5-6 - Psychosocial Assessment (or at any age if symptomatic) Specifically looking for symptoms of ADHD and other developmental problems that could interfere with education.

    o  Age 5-7 years old - Ophthalmologic Re-assessment for strabismus and need for vision correction[19].

NOTE:  Any child with a potential NAS-related abnormality identified during either the pediatrician or social worker annual assessment or in another setting (for example during an illness visit or at school), should have access to the indicated specialty assessment and treatment.

5.  ADDICTION/SOCIAL RISK ASSESSMENT

From ages 10-18, each participant shall be screened annually by a practitioner specializing in adolescent addiction and behavioral risk.  The goal of this assessment is to assess overall success of the child, including home support, risk for opiate use/abuse.  Any participant deemed to be at increased risk would be referred to a specialist in adolescent addiction for

assessment and potential treatment. This may include drug and alcohol
testing at the discretion of the practitioner.

6. VOCATIONAL ASSESSSMENT AND RECOMMENDATIONS
   At ages 12, 15, and for 1 year following high school graduation.  This
   assessment is intended to assist impacted children with career choice and
   preparation.  The poor academic performance seen in studies may make
   post-secondary education difficult for many of these children.  Early
   assessment will aid those children unlikely to enter college in finding a
   career path and preparing for a career while they are in high school to
   provide impacted children the best opportunity for a successful transition to
   adult life.

7. DATA COLLECTION, ANALYSIS, AND PUBLICATION  As mentioned
   several times, there is limited information on the long-term effects of NAS,
   and effectiveness of specific interventions.  The final aspect of this program
   would be a funded arrangement with an academic or public health
   organization to collect, curate, analyze, and publish the results of the
   assessments, interventions, and outcomes of NAS survivors. This
   epidemiologic component confers a medical benefit to the population.

OVERALL PROGRAM RECOMMENDATIONS:
- Participation in the entire program is voluntary, and any participant can choose
  to participate or discontinue participation at any time. Note that enrollment in
  the Registry may occur without action by the child or their caregiver, but any
  further participation would be voluntary.
- To facilitate participation in this program, it is recommended that as many
  barriers to participation be addressed as possible, including:
  a. Providing funding for transportation for assessments
  b. Providing token compensation to participants
  c. Facilitating access by offering home visits (or at a location familiar and
     convenient to the patient) whenever possible to both facilitate
     participation and to allow the assessment to consider living situation.

Case 3:17-md-02804-DAP Doc #: 3067-16 Filed: 01/07/20 22 of 26. PageID #: 447960

- Delivery of this program on a nationwide basis will require a broad network of providers. To the extent possible, this network should be formed using providers familiar with the long-term impacts and treatment for NAS.
- That any participant who fails to participate in evaluations or treatment beyond the initial screening will receive a letter communicating the recommendations for the services that were missed and a mechanism to access those services.
- In all cases, the evaluating physician/provider shall have the freedom to repeat evaluations or order confirmatory testing if there are inconclusive results or evidence of a lab error or some other reason to question the result.
- If a patient has had any of the recommended tests within the past 6 months, and the written results these can be obtained, those tests will not be repeated, and the patient-provided results used for the screening program.
- Should a non-NAS-related condition be identified, the patient will be referred to their PCP for evaluation and care.
- A patient with an abnormal finding related to the exposures will be referred to the appropriate specialist with each screening cycle.
- That a central repository of the screening, referrals, and outcomes data will be maintained, and depersonalized data made available for epidemiological evaluations. This would ideally be a function of the registry, if established.
- The screening program described here is based upon the best available medical knowledge in 2019. It is certain that in the future new technology or better understandings of the long-term effects of NAS may require updating of this program. This could be based upon changes in medical knowledge, improvements in technology to detect diseases associated with these exposures, or additional conditions of concern that are identified by the epidemiologist. This protocol should be reviewed periodically by the supervising physician or a committee appointed for that purpose to ensure that the screenings and follow-up described here remain consistent with best medical practice.

This report is based upon the information available at the time it was prepared. With the unfortunate increase in NAS cases, the scientific understanding of NAS and outcomes in NAS survivors continues to evolve. I reserve the right to update this report to reflect changes in science and medicine as necessary.

Charles L. Werntz III, D.O., MPH, FACOEM, FAOCOPM
Morgantown Occupational Medicine, PLLC

[1] Desai RJ, Huybrechts KF, Hernandez-Diaz S, Mogun H, Patorno E, Kaltenbach K, et al. Exposure to prescription opioid analgesics in utero and risk of neonatal abstinence syndrome: population based cohort study. BMJ. 2015 May 14;350:h2102. PMID: 25975601 .

[2] Ernst KD, Makkar A. The Opioid- Exposed Neonate: A Review of the Oklahoma Experiance. J Okla State Med Assoc. 2018 Oct;111(8):768-774. PMID: 31354174

[3] Huybrechts KF, Bateman BT, Desai RJ, Hernandez-Diaz S, Rough K, Mogun h, et al. Risk of neonatal drug withdrawal after intrauterine co-exposure to opioids and psychotropic medications: cohort study. BMJ. 2017 Aug 2;358:j3326. PMID: 28768628

[4] Lind JN, Interrante JD, Ailes EC, Gilboa SM, Khan S, Frey MT, et al. Maternal Use of Opioids During Pregnancy and Congenital Malformations: A Systematic Review. Pediatrics. 2017 Jun;139(6). PMID: 28562278

[5] Nørgaard M, Nielsson MS, Heide-Jørgensen U. Birth and Neonatal Outcomes Following Opioid Use in Pregnancy: A Danish Population-Based Study. Subst Abuse. 2015 Oct 9;9(Suppl 2):5-11. PMID: 26512202

[6] Hall ES, McAllister JM, Wexelblatt SL. Developmental Disorders and Medical Complications Among Infants with Subclinical Intrauterine Opioid Exposures. Popul Health Manag. 2018 Jun 12. PMID 29893624

[7] Lee SJ, Woodward LJ, Henderson JMT. Educational achievement at age 9.5 years of children born to mothers maintained on methadone during pregnancy. PLoS One. 2019 Oct 10;14(10). PMID: 31600325

[8] Lee SJ, Pritchard VE, Austin NC, Henderson JMT, Woodward LJ. Health and Neurodevelopment of Children Born to Opioid-Dependent Mothers at School Entry. J Dev Behav Pediatr. 2019 Aug 1. PMID: 31393318

[9] Lee SJ, Bora S, Austin N, Westerman A, Henderson JMT. Neurodevelopmental Outcomes of Children Born To Opioid-Dependent Mothers: A Systematic Review And Meta-Analysis. Acad Pediatr. 2019 Nov 14. pii: S1876-2859(19). PMID: 31734383

[10] Monnelly VJ, Hamilton R, Chappell FM, Mactier H, Boardman JP. Childhood neurodevelopment after prescription of maintenance methadone for opioid dependency in pregnancy: a systematic review and meta-analysis. Dev Med Child Neurol. 2019 Jul;61(7):750-760. PMID: 30511742

[11] Kaltenbach KA. Exposure to opiates: behavioral outcomes in preschool and school-age children. Behavioral studies of drug-exposed offspring: methodological issues in human and animal research. NIDA Research Monograph. 1996(164):230-41.

[12] Hunt RW, Tzioumib D, Collins E, Jeffery, HE. Adverse neurodevelopmental outcome of infants exposed to opiate in-utero. Early Human Development. Volume 84, Issue 1, January 2008, Pages 29-35. PMID 17728081

[13] Merhar SL, McAllister JM, Wedig-Stevie KE, Klein AC, Meinzen-Derr J, Poindexter BB. Retrospective review of neurodevelopmental outcomes in infants treated for neonatal abstinence syndrome. Journal of Perinatology. Volume 38, pages587–592 (2018). PMID: 29515225

[14] Oei JL, Melhuish E, Uebel H, et al. Neonatal Abstinence Syndrome and High School Performance. Pediatrics. 2017;139(2):e20162651 PMID: 28093465

[15] Uebel H, Wright IM, Burns L, Hilder L, Bajuk B, Breen C, Abdel-Latif ME, Feller JM, Falconer J, Clews S, Eastwood J, Oei JL. Reasons for Rehospitalization in Children Who Had Neonatal Abstinence Syndrome. PEDIATRICS Volume 136, number 4, October 2015. pp e811-e820. PMID: 26371197

[16] ATSDR's Final Criteria for Determining the Appropriateness of a Medical Monitoring Program Under CERCLA, Department of Health and Human Services, Agency for Toxic Substances and Disease Registry, Vol. 60, No. 145, July 28,1995 at pg. 38840

[17] Spittle A, Orton J, Anderson PJ, Boyd R, Doyle LW.  Early developmental intervention programmes provided post hospital discharge to prevent motor and cognitive impairment in preterm infants. Cochrane Database Syst Rev. 2015 Nov 24(11). PMID: 26597166

[18] LaGasse, L., Seifer, R., Wright, L. et al. The Maternal Lifestyle Study (MLS): The Caretaking Environment of Infants Exposed to Cocaine/Opiates. Pediatr Res 45, 247 (1999). Viewed 11/25/2019 at https://www.nature.com/articles/pr19991584#article-info

[19] https://www.aao.org/eye-health/tips-prevention/children-eye-screening, viewed 29 August 2018.

| DATE | Entered Matter Via | Vendor | Case/Claimant Name | CLAIM NO / Nature | Activity | Trial Venue | Case Number | |
|------|------|------|------|------|------|------|------|---|
| | Deposition/Testimony History of Charles L. Werntz III, D.O. | | | Print Date | 12/1/2019 | | | |
| 6/4/03 | | Pullin | Green | 410-046287 | Depo | | | |
| 6/26/03 | WV WCC IME | WV WCC | Taylor | ? | Depo | | | |
| 10/6/03 | WC WCC IME | WV WCC | Jeffries | 2002015806-INJ | Depo | | | |
| 6/14/04 | US DOJ | US EPA Prosecutors | US v. Mauck/Rind | DOJ File 198-83-00393 | Testimony | US District Ct - Martinsburg | | |
| 7/12/04 | WV WCC IME | WV WCC | Hercules | 2003050641 | Depo | | | |
| 9/9/04 | WV WCC IME | WV WCC | Grimes | 2003037318 | Depo | | | |
| 11/16/04 | WV WCC IME | WV WCC | McFadden | 940039531 | Depo | | | |
| 1/3/05 | US DOJ | DOJ/ENRD | US v. Mauck & Rind | DOJ File 198-83-00393 | Trial | US District Ct - Martinsburg | | |
| 2/18/05 | WV WCC IME | WV WCC | Smith | 200302822 | Depo | | | |
| 3/1/05 | WV WCC IME | WV WCC | Baker | 2003055479 | Depo | | | |
| 7/18/05 | | Yablonski, Costello & Leckie | Schultz | Railroad Injury | Depo | | | |
| 4/22/05 | Evidence Management | Evidence Management | Rawl, WV | Water | Depo | Mingo Co, WV | | |
| 10/11-12/06 | Levin, Papantonio | Levin, Papantonio | Drummond v Dupont | Expert Report | Depo | Harrison Co, WV | | |
| 11/2/06 | Treatment Patient | McNeer, Higland, Roberts | Davis (Higgins) | Car Wreck | Depo | Harrison Co, WV | | |
| 1/4/07 | Levin, Papantonio | Levin, Papantonio | Drummond v Dupont | Expert Report | Depo | Harrison Co, WV | | |
| 4/11/07 | Levin, Papantonio | Levin, Papantonio | Perrine (Spelter, WV) | Expert Report | Depo | Harrison Co, WV | | |
| 10/2/07 | Levin, Papantonio | Levin, Papantonio | Perrine (Spelter, WV) | Expert Testimony | Testimony | Harrison Co, WV | | |
| 1/15/08 | Levin, Papantonio | Levin, Papantonio | Perrine (Spelter, WV) | Expert Testimony | Testimony | Harrison Co, WV | | |
| 4/10-11/2008 | Thompson-Barney | Jackson Kelly | Rawl, WV | Expert Reports | Depo | Mingo Co, WV | | |
| 4/28/08 | Thompson-Barney | Jackson Kelly | Rawl, WV | Expert Reports | Depo | Mingo Co, WV | | |
| 5/2/08 | Thompson-Barney | Jackson Kelly | Rawl, WV | Expert Reports | Depo | Mingo Co, WV | | |
| May 2008 | Thompson-Barney | Jackson Kelly | Rawl, WV | Expert Reports | Depo | Mingo Co, WV | | |
| 6/30/08 | Thompson-Barney | Thompson Barney | Jones v Concord Coll | Atty IME Report | Depo | | | |
| 11/17/08 | Thompson-Barney | Jackson Kelly | Rawl, WV | Expert Reports | Depo | Mingo Co, WV | | |
| 1/15/09 | Thompson-Barney | Jackson Kelly | Rawl, WV | Expert Reports | Depo | Mingo Co, WV | | |
| 1/29/09 | Spine Center Eval | Cipriani & Werner | Cheryl Swihart | PA WC Treating | Depo | | | |
| 7/13/09 | Thompson-Barney | Jackson Kelly | Chauncey, WV | Expert Reports | Depo | Logan Co, WV | | |
| 7/15/09 | Thompson-Barney | Jackson Kelly | Chauncey, WV | Expert Reports | Depo | Logan Co, WV | | |
| 11/17/09 | Treating Physician | Neil J. Marcus, Esq | Anthony Burnsworth | PA WC Treating | Depo | | | |
| 12/7/09 | Barton, Kilgore, & Lazenby | Barton, Kilgore, & Lazenby | Lusk, et al | Expert Report | Depo | | | |
| 2/8/10 | Examining Physician | Bailey & Wyatt, PLLC | Elizabeth Julio | Examining Physician | Depo | | | |
| 5/26/10 | Caldwell Practice | Caldwell Practice | Nitro, WV | Expert Report | Depo | Kanawha Co, WV | | |
| 7/19/10 | Examining Physician | Bailey & Wyatt, PLLC | Elizabeth Julio | Examining Physician | Video Testimony | Brooke Co, WV | | |
| 1/14/11 | Thompson-Barney | Jackson Kelly | George Keller | Treating Physician | Phone Depo | | | |
| 1/19/11 | Thompson-Barney | Jackson Kelly | Marsh Fork School | Expert Report | Depo | Raleigh Co, WV | | |
| 2/24/11 | Thompson-Barney | Jackson Kelly | Marsh Fork School | Expert Report | Depo | Raleigh Co, WV | | |
| 3/17/11 | Thopmson-Barney | Thompson-Barney | Marsh Fork School | Expert Testimony | Daubert Hearing | Raleigh Co, WV | | |
| 3/18/11 | Thompson-Barney | Thompson Barney | Marsh Fork School | Expert Testimony | Testimony | Raleigh Co, WV | | |
| 5/4/11 | Levin, Papantonio | Levin, Papantonio | Callie Savage | Expert - Med Mal | Depo | Osceola Co, FL | | |
| 6/14/11 | Thompson-Barney | Thompson Barney/JK Split | Rawl, WV | Expert Reports | Depo | | | |
| 12/15/11 | IME Physician | Jackson Kelly | Danielle Pettie | IME Report | Depo | | | |
| 12/29/11 | Treating Physician | Cipriani & Werner | Sal Bombardiere | Treating Physician | Depo | US Dist Ct N. WV (Wheeling) | | |
| 2/23/12 | Smith Stag | Spilman Thomas | Hagy Family | Expert Reports | Depo | | | |
| 3/1/12 | Smith Stag | Spilman Thomas | Hagy Family | Expert Reports | Depo | | | |
| 3/12/12 | Sutter Law Firm | Jackson Kelly | Seth/Prenter | Examining Physician | Depo | Boone Co, WV | | |
| 3/19/12 | Sutter Law Firm | Jackson Kelly | Seth/Prenter | Examining Physician | Depo | Boone Co, WV | | |
| 4/16/12 | Sutter Law Firm | Jackson Kelly | Seth/Prenter | Expert Reports | Depo | Boone Co, WV | | |
| 4/26/12 | Sutter Law Firm | Jackson Kelly | Seth/Prenter | Expert Reports | Depo | Boone Co, WV | | |
| 5/7/12 | Sutter Law Firm | Jackson Kelly | Seth/Prenter | Expert Reports | Depo | Boone Co, WV | | |

| DATE | Entered Matter Via | Vendor | Case/Claimant Name | CLAIM NO / Nature | Activity | Trial Venue | Case Number |
|---|---|---|---|---|---|---|---|
| Deposition/Testimony History of Charles L. Werntz III, D.O. | | | | Print Date | 12/1/2019 | | |
| 5/23/12 | Treating Physician | Blank Rome | Sal Bombardiere | Treating Physician | Depo | US Dist Ct N. WV (Wheeling) | |
| 7/11/12 | Levin Papantonio | Levin Papantonio | Callie Savage | Expert Report | Trial Testimony | Escambia Co, FL | |
| 9/18/12 | Jackson Kelly | US DOL | David Thomas | Black Lung Exam | Depo | Federal Black Lung | |
| 11/??/2012 | Napoli Bern | | Sal Bombardiere | Expert Report | Depo | US Dist Ct N. WV (Wheeling) | |
| 3/4/13 | US DOL Black Lung Exam | Jackson Kelly | Delmar Hagedorn | Examining Physician | Depo | Federal Black Lung | |
| 3/4/13 | Napoli Bern | Napoli Bern | Sal Bombardiere | Expert Physician | Trial Testimony | US Dist Ct N. WV (Wheeling) | |
| 10/9/13 | Mark McMillan | | McGhee | Expert Physician | Depo | | |
| 9/3/14 | Evaluating Physician | Steptoe & Johnson | Tetryl (Isaacs, Morris) | Examining Physician | Depo | | |
| 10/15/14 | Treating Physician | Bowles Rice | Terry Henry | Treating Physician | Depo | | |
| 8/17/15 | Record Review | Bland & Bland | Edna Brown | Records Review | Depo | Kanawha Co, WV | 14-C-427 |
| 10/21/16 | Reed Smith | Spilman, Thomas & Battle | Francis Ice | Expert Reports | Depo | Harrison Co Circuit, WV | |
| 2/27/17 | Schrader, Byrd, & Companion | Schrader, Byrd, & Companion | Thomas Standiford | Expert Reports | Evidentiary Depo | Wetzel Co Circuit, WV | 15-C-12 |
| 6/12/17 | Toriseva Law | Schrader, Byrd, & Companion | Gary Beagle | Examining Physician | Depo | Wetzel Co Circuit, WV | 15-C-41 |
| 4/17/18 | Hartley Law Group | Bailey & Wyatt, PLLC | Dora Carbajal-de-Vences | Examining Physician | Depo | Berkeley Co, WV | 17-C-98 |
| 10/29/18 | US DOL Black Lung Exam | Jackson Kelly | Jackie Easter | Examining Physician | Depo | Federal Black Lung | |
| 12/20/18 | Thompson-Barney | Bonnet Fairbourn Friedman & Balint PC | Arkema Chemicals | Expert Reports | Depo | Federal Court - Texas | |
| 12/31/18 | Angotti & Straface | Pullin, Fowler, Flannigan, et al | Dominic Muttillo | Treating Physician | Depo | Monongaalia Co Circuit WV | 16-C-197 |
| 11/4/19 | US DOL Black Lung Exam | US Department of Labor | Daniel Baker | Examining Physician | Depo | US DOL ALJ | 2019-BLA-05517 |