**TARTER KRINSKY & DROGIN**
*Counsel for NAS Babies Ad Hoc Committee*
1350 Broadway, 11th Floor
New York, NY 10018
Tel: (212) 216-8000
Scott S. Markowitz, Esq.
Rocco A. Cavaliere, Esq.
Michael Z. Brownstein, Esq.
Email: smarkowitz@tarterkrinsky.com
Email: rcavaliere@tarterkrinsky.com
Email: mbrownstein@tarterkrinsky.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | |
| | **Case No. 19-23649 (RDD)** |
| Debtors. [1] | |
| | **Jointly Administered** |

-------------------------------------------------------X

## DECLARATION OF SERVICE

Pursuant to the provisions 28 U.S.C. §1746, Jonilda Seitllari, declares under the penalty of perjury, the following to be true and correct:

I am over the age of eighteen, not a party to the action, and reside in the County of Kings, State of New York.

On April 17, 2020, I caused to be served a true and correct copy of the *Ad Hoc Committee for NAS Children's Response to the Independent Public School Districts' Motion*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*to Submit Claim to Mediation* [ECF No. 1055] via Electronic Mail to the last known E-mail addresses of the parties listed on the annexed Service List:

Dated: Brooklyn, New York
      April 17, 2020

                                                           */s/ Jonilda Seitllari*
                                                           Jonilda Seitllari

**SERVICE LIST**

**Via Electronic Mail**

| NOTICE NAME | EMAIL |
|---|---|
| Attn: Christopher B. Spuches, Esq. | cbs@agentislaw.com |
| Attn: Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, Sara L. Brauner, & Edan Lisovicz | idizengoff@akingump.com<br>apreis@akingump.com<br>mhurley@akingump.com<br>sbrauner@akingump.com<br>elisovicz@akingump.com |
| Attn: William Hao | william.hao@alston.com |
| Attn: William Sugden and Jacob Johnson | will.sugden@alston.com<br>jacob.johnson@alston.com |
| Attn: Anne Andrews, Sean T. Higgins, Robert S. Siko | aa@andrewsthornton.com<br>shiggins@andrewsthornton.com<br>rsiko@andrewsthornton.com |
| Attn: Jennifer L. Vandermeuse - Assistant Attorney General | vandermeusejl@doj.state.wi.us |
| Attn: John W. Barrett, Esq. | DonBarrettPA@gmail.com |
| Attn: Justin R. Alberto, Erin R. Fay, & Daniel N. Brogan | jalberto@bayardlaw.com<br>efay@bayardlaw.com<br>dbrogan@bayardlaw.com |
| Attn: Lawrence M. Schwab and Kenneth T. Law | Klaw@bbslaw.com |
| Attn: T Feil | bmc@ecfAlerts.com |
| Attn: Daniel S. Connolly & Robert G. Burns | daniel.connolly@bracewell.com<br>robert.burns@bracewell.com |
| Attn: Gerard T. Cicero and David J. Molton | GCicero@brownrudnick.com<br>DMolton@brownrudnick.com |
| Attn: Steven D. Pohl | spohl@brownrudnick.com |
| Attn: Jeffrey K. Garfinkle, Esq., Daniel H. Slate, Esq. | jgarfinkle@buchalter.com<br>dslate@buchalter.com |
| Attn: Bernard A. Eskandari | bernard.eskandari@doj.ca.gov |
| Attn: Kevin Maclay, James Wehner, Jeffrey Liesemer, Todd Phillips | kmaclay@capdale.com<br>jwehner@capdale.com<br>jliesemer@capdale.com<br>tphillips@capdale.com |
| Attn: Aaron R. Cahn | bankruptcy@clm.com |
| Attn: Eric M. Gold, Assistant AG | eric.gold@mass.gov |

| Attn: Carol E. Momjian - Senior Deputy AG | cmomjian@attorneygeneral.gov |
|---|---|
| Attn: J. Michael Connolly | mike@consovoymccarthy.com |
| Attn: Jonathan W. Cuneo, Esq. | jonc@cuneolaw.com |

| | |
|---|---|
| Attn: Jonathan W. Cuneo, Esq. | jonc@cuneolaw.com |
| Attn: Marshall Scott Huebner, Benjamin S. Kaminetzky, Timothy Graulich, Christopher Robertson and Eli J. Vonnegut | Purdue.noticing@dpw.com |
| Attn: Robert M. Adams, Artemus W. Ham, & Erica D. Entsminger | badams@egletlaw.com<br>aham@egletlaw.com<br>eentsminger@egletlaw.com |
| Attn: Geoffrey S. Goodman | ggoodman@foley.com |
| Attn: Leah M. Eisenberg, Esq. | leisenberg@foley.com |
| Attn: Suj M. Pandya and Margaret M. Anderson | spandya@foxswibel.com<br>panderson@foxswibel.com |
| Attn: Joseph D. Frank and Jeremy C. Kleinman | jfrank@fgllp.com<br>jkleinman@fgllp.com |
| Attn: Craig Literland, Kami Quinn, and Scott Gilbert | litherlandc@gilbertlegal.com<br>quinnk@gilbertlegal.com<br>gilberts@gilbertlegal.com |
| Attn: Katherine Stadler | kstadler@gklaw.com |
| Attn: Michael H. Goldstein, William P. Weintraub, & Howard S. Steel | mgoldstein@goodwinlaw.com<br>wweintraub@goodwinlaw.com<br>hsteel@goodwinlaw.com |
| Attn: Thomas M. Sobol, Lauren G. Barnes | purduebankruptcy@hbsslaw.com |
| Attn: Caleb T. Holzaepfel | Caleb.Holzaepfel@huschblackwell.com |
| Attn: Marshall C. Turner | marshall.turner@huschblackwell.com |
| Attn: Catherine L. Steege, Esq. | CSteege@jenner.com |
| Attn: Richard Levin, Esq. | rlevin@jenner.com |
| Attn: Gregory P. Joseph, Mara Leventhal, Douglas J. Pepe, Peter R. Jerdee, & Christopher J. Stanley | mleventhal@jha.com<br>dpepe@jha.com<br>pjerdee@jha.com<br>cstanley@jha.com<br>gjoseph@jha.com |
| Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| Attn: Seth A. Meyer | sam@kellerlenkner.com |
| Attn: Matthew J. Gold and Robert M. Tuchman | mgold@kkwc.com<br>rtuchman@kkwc.com |
| Attn: Kenneth Eckstein and Rachael Ringer | keckstein@kramerlevin.com<br>rringer@kramerlevin.com |
| Attn: Vadim J. Rubinstein, Esq | vrubinstein@loeb.com |
| Attn: Michael Luskin and Richard Stern | luskin@lsellp.com<br>stern@lsellp.com |

| | |
|---|---|
| Attn: Darlene M. Nowak, Esq., Robert M. Barnes, Esq. | nowak@marcus-shapira.com<br>rbarnes@marcus-shapira.com |
| Attn: Gary D. Bressler, Esquire | gbressler@mdmc-law.com |

| | |
|---|---|
| Attn: Michael Morano, Esquire, Nicole Leonard, Esquire | mmorano@mdmc-law.com<br>nleonard@mdmc-law.com |
| Attn: Gerard Uzzi, Esq., Eric Stodola, Esq., & Alex Lees, Esq. | guzzi@milbank.com<br>estodola@milbank.com<br>alees@milbank.com |
| Attn: Steven A. Ginther - Special Assistant AG | sdnyecf@dor.mo.gov |
| Attn: James Young | jyoung@forthepeople.com |
| Attn: Juan R. Martin | juanmartinez@forthepeople.com |
| Attn: Karen Cordry | kcordry@naag.org |
| Attn: Nicolas G. Keller - Assistant Counsel | nicolas.keller@dfs.ny.gov |
| Attn: Heather M. Crockett, Amanda K. Quick, Curtis T. Hill Jr. | Heather.Crockett@atg.in.gov |
| Attn: Lara J. Fogel, Deputy AG | lara.fogel@law.njoag.gov |
| Attn: David E. Nachman | David.Nachman@ag.ny.gov |
| Attn: Kathryn J. Blake, Assistant AG | Kathryn.Blake@ag.ny.gov |
| Attn: Muhammad Umair Khan | Umair.Khan@ag.ny.gov |
| Attn: Annemarie B. Mathews - Assistant AG | amathews@scag.gov |
| Attn: Jared Q. Libet - Assistant Deputy AG | jlibet@scag.gov |
| Attn: Denise S. Mondell, Assistant AG | Denise.Mondell@ct.gov |
| Attn: Brett T. DeLange - Deputy AG Chief, Consumer Protection Division | brett.delange@ag.idaho.gov |
| Attn: William R. Pearson - Assistant AG | william.pearson@ag.iowa.gov |
| Attn: Jill S. Abrams | Jill.abrams@vermont.gov |
| Attn: Paul Schwartzberg | paul.schwartzberg@usdoj.gov |
| Attn: Alison L. Archer, Assistant AG | Alison.Archer@ohioattorneygeneral.gov |
| Attn: Patricia D. Lazich, Assistant AG | Trish.Lazich@ohioattorneygeneral.gov |
| Attn: Melanie L. Cyganowski, Esq. & Jennifer S. Feeney | mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com |
| Attn: Melissa L. Van Eck - Senior Deputy AG | mvaneck@attorneygeneral.gov |
| Attn: Andrew M. Troop and Andrew V. Alfano | andrew.troop@pillsburylaw.com<br>andrew.alfano@pillsburylaw.com |
| Attn: Jason S. Sharp | jason.sharp@pillsburylaw.com |
| Attn: Herb Baer | purduepharmateam@primeclerk.com<br>serviceqa@primeclerk.com |
| Attn: Mark D. Fischer | mdf@rawlingsandassociates.com |
| Attn: Christopher A. Lynch | clynch@reedsmith.com |
| Attn: Claudia Z. Springer | cspringer@reedsmith.com |
| Attn: Beth Kaswan and Judith S. Scolnick | bkaswan@scott-scott.com<br>jscolnick@scott-scott.com |

| | |
|---|---|
| Attn: Bankruptcy Department | attorney.general@alaska.gov |
| Attn: Bankruptcy Department | aginfo@azag.gov |

| Attn: Bankruptcy Department | bankruptcy@coag.gov |
|---|---|
| Attn: Bankruptcy Department | attorney.general@po.state.ct.us |
| Attn: Bankruptcy Department | Attorney.General@state.DE.US |
| Attn: Bankruptcy Department | hawaiiag@hawaii.gov |
| Attn: Bankruptcy Department | webmaster@atg.state.il.us |
| Attn: Bankruptcy Department | ConsumerInfo@ag.state.la.us |
| Attn: Bankruptcy Department | consumer.mediation@maine.gov |
| Attn: Bankruptcy Department | oag@oag.state.md.us |
| Attn: Bankruptcy Department | ago@state.ma.us |
| Attn: Bankruptcy Department | miag@michigan.gov |
| Attn: Bankruptcy Department | Attorney.General@ag.state.mn.us |
| Attn: Bankruptcy Department | attorney.general@ago.mo.gov |
| Attn: Bankruptcy Department | contactdoj@mt.gov |
| Attn: Bankruptcy Department | ago.info.help@nebraska.gov |
| Attn: Bankruptcy Department | attorneygeneral@doj.nh.gov |
| Attn: Bankruptcy Department | askconsumeraffairs@lps.state.nj.us |
| Attn: Louis J. Testa | Louis.Testa@ag.ny.gov |
| Attn: Jessica Sutton | jsutton2@ncdoj.gov |
| Attn: Bankruptcy Department | ndag@nd.gov |
| Attn: Bankruptcy Department | consumer.hotline@doj.state.or.us |
| Attn: Bankruptcy Department | consumerhelp@state.sd.us |
| Attn: Bankruptcy Department | reg.boards@tn.gov |
| Attn: Paul L. Singer, Esq. | paul.singer@oag.texas.gov |
| Attn: Rachel R. Obaldo, Esq. | bk-robaldo@oag.texas.gov |
| Attn: Bankruptcy Department | public.information@oag.state.tx.us |
| Attn: Bankruptcy Department | uag@utah.gov |
| Attn: Bankruptcy Department | ago.info@vermont.gov |
| Attn: Abby Cunningham, Assistant AG for West Virginia | Abby.G.Cunningham@wvago.gov |
| Attn: Nicholas F. Kajon and Constantine D. Pourakis | nfk@stevenslee.com<br>cp@stevenslee.com |
| Attn: Sander L. Esserman and Peter C. D'Apice | esserman@sbep-law.com<br>dapice@sbep-law.com |
| Attn: Jay Teitelbaum, Esq. | jteitelbaum@tblawllp.com |
| Attn: Marvin Clements, Bankruptcy Division | Marvin.Clements@ag.tn.gov |
| Attn: Jordan S. Blask, Esq. | jblask@tuckerlaw.com |
| Attn: Thomas W. Waldrep, Jr., James C. Lanik, Jennifer B. Lyday | twaldrep@waldrepllp.com<br>jlyday@waldrepllp.com<br>jlanik@waldrepllp.com |

| | |
|---|---|
| Attn: Morgan R. Bentley and David D. Wallace | mbentley@bentleyandbruning.com<br>dwallace@bentleyandburning.com |
| Attn: Ben Harrington | benh@hbsslaw.com |
| Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Attn: Timothy D. Lundgren | Timothy.lundgren@doj.ca.gov |
| Attn: Eric J. Snyder | esnyder@wilkauslander.com |