WHITE & CASE LLP
Southeast Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 371-2700
Fax: (305) 358-5744
Thomas E Lauria (*pro hac vice* admission pending)

1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 819-8200
Fax: (212) 354-8113
J. Christopher Shore
Michele J. Meises
Alice Tsier
Ashley R. Chase

*Co-Counsel for Ad Hoc Group of Individual Victims
of Purdue Pharma L.P., et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby enters its appearance, as counsel

to the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., *et al.*, pursuant to section

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

AMERICAS 102635660

1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and respectfully requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 342 and 1109(b) of the Bankruptcy Code that copies of all notices given or required to be given in the above-captioned cases and all papers served or required to be served in such cases be served upon:

>   Thomas E Lauria (*pro hac vice* admission pending)
>   Laura L. Femino
>   WHITE & CASE LLP
>   200 S Biscayne Blvd
>   Miami, FL 33131
>   (305) 371-2700
>   tlauria@whitecase.com
>   laura.femino@whitecase.com
>
>   J. Christopher Shore
>   Michele J. Meises
>   Alice Tsier
>   Ashley R. Chase
>   WHITE & CASE LLP
>   1221 Avenue of the Americas
>   New York, NY 10020
>   (212) 819-8200
>   cshore@whitecase.com
>   michele.meises@whitecase.com
>   alice.tsier@whitecase.com
>   ashley.chase@whitecase.com

**PLEASE TAKE FURTHER NOTICE** that the undersigned consents to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document

(including, without limitation, operating reports, statements of affairs, schedules of assets and liabilities, disclosure statements, and/or plans of reorganization) filed with, or otherwise brought before, this Court with respect to the above-captioned case, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of the Ad Hoc Group of Individual Victims, including, without limitation: (i) to have final orders in non-core matters entered only after de novo review by the United States District Court for the Southern District of New York (the "**District Court**"); (ii) to have a trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) any other rights, claims, actions, or defenses to which the Ad Hoc Group of Individual Victims may be entitled in law, in equity, or otherwise, all of which rights, claims, actions, and defenses are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys request that they be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in these cases.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: New York, New York<br>April 17, 2020 | WHITE & CASE LLP<br><br>By: */s/ J. Christopher Shore*<br>Thomas E Lauria (*pro hac vice* admission pending)<br>Southeast Financial Center, Suite 4900<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>Tel: (305) 371-2700<br>Fax: (305) 358-5744<br>tlauria@whitecase.com<br><br>J. Christopher Shore<br>Michele J. Meises<br>Alice Tsier<br>Ashley R. Chase<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel: (212) 819-8200<br>Fax: (305) 358-5744<br>cshore@whitecase.com<br>michele.meises@whitecase.com<br>alice.tsier@whitecase.com<br>ashley.chase@whitecase.com<br><br>*Co-Counsel for Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al.* |