# Exhibit 3

19-23649-shl   Doc 1063-3   Filed 04/19/20   Entered 04/19/20 17:07:57   Exhibit
Exhibit 3   Pg 2 of 7



**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF SUFFOLK**

At a IAS Term. Part 48 of the Supreme Court of the State of New York, held in and for the County of Suffolk at Central Islip, New York on the 4th day of October 19

---

IN RE OPIOID LITIGATION

Index No. 400000/2017

Hon. Jerry Garguilo

THIS DOCUMENT RELATES TO:

Stipulation + Order

County of Suffolk, Index No. 400001/2017
County of Broome, Index No. 400002/2017
County of Erie, Index No. 400003/2017
County of Orange, Index No. 400004/2017
County of Dutchess, Index No. 400005/2017
County of Seneca, Index No. 400006/2017
County of Sullivan; Index No. 40007/2017
County of Nassau, Index No. 400008/2017
County of Schenectady, Index No. 400009/2017
County of Schoharie, Index No. 400010/2017
County of Rensselaer, Index No. 400011/2017
County of Niagara, Index No. 400012/2017
County of Tompkins, Index No. 400001/2018
City of Ithaca, Index No. 400002/2018
County of Clinton, Index No. 400003/2018
County of Steuben, Index No. 400004/2018
County of Hamilton, Index No. 400005/2018
City of New York, Index No. 400006/2018
County of Oswego, Index No. 400007/2018
County of Greene, Index No. 400008/2018
County of Saratoga; Index no. 400009/2018
County of Westchester, Index No. 400010/2018
County of Genesee, Index No. 400011/2018
County of Franklin, Index No. 400012/2018
County of Wyoming, Index No. 400013/2018
County of Schuyler, Index No. 400014/2018.
County of Columbia, Index No. 400015/2018
County of Monroe, Index No. 400017/2018
County of Fulton, Index No. 400018/2018
County of Cortland; Index No. 400019/2018
County of Ontario, Index No. 400001/2019
County of St. Lawrence, Index No. 400002/2019
City of Plattsburgh, Index No. 40003/2019

19-23649-shl   Doc 1063-3   Filed 04/19/20   Entered 04/19/20 17:07:57   Exhibit
Exhibit 3   Pg 3 of 7

*City of Albany, Index no. 40004/2019*
*City of Schenectady, Index No. 400005/2019*
*City of Troy, Index No. 400006/2019*
*County of Lewis, Index No. 400007/2019*
*County of Herkimer, Index No. 400008/2019*
*County of Montgomery, Index No. 400009/2019*
*County of Washington, Index No. 400010/2019*
*County of Ulster, Index No. 400011/2019*
*County of Essex, Index No. 400019/2019*
*City of Yonkers, Index No. 400020/2019*
*County of Chenango, Index No. 400021/2019*
*County of Tioga, Index No. 400022/2019*
*County of Otsego, Index No. 400023/2019*
*County of Chemung, Index No. 400024/2019*
*County of Allegany, Index No. 400025/2019*
*County of Yates, Index No. 400026/2019*

**STIPULATION AND              ORDER SEVERING PURDUE DEFENDANTS**

WHEREAS, ~~Defendants~~ Purdue Pharma L.P., Purdue Pharma Inc., Rhodes Associates L.P., Rhodes Pharmaceuticals L.P., and Rhodes Technologies (collectively, "Debtors" or "Purdue") have entered into settlement negotiations with certain plaintiffs and have filed a petition for bankruptcy. *In re: Purdue Pharma L.P., et al.*, Case No. 19-23649 (RDD) (S.D.N.Y. Bkr.).

WHEREAS, under 11 U.S.C. § 362(a)(1), when a party files a petition for bankruptcy, "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title" are automatically stayed.

WHEREAS, on September 18, 2019, Debtors commenced an adversary proceeding in the bankruptcy court under 11 U.S.C. § 105(a) to enjoin continuation of proceedings as to certain

2

parties related to Debtors, including Defendants The Purdue Frederick Company Inc., Rhodes Technologies Inc., Rhodes Pharmaceuticals Inc., The P.F. Laboratories, Inc., Stuart Baker, Beverly Sackler, David A. Sackler, Ilene Sackler Lefcourt, Jonathan D. Sackler, Kathe A. Sackler, Mortimer D.A. Sackler, Richard S. Sackler, Theresa Sackler, and Beverly Sackler, Jonathan Sackler and Richard Sackler in their alleged capacity as trustees of the alleged "Raymond Sackler Trust" (the "**Related Parties**").

WHEREAS, the bankruptcy court has not ruled on whether the proceedings against the Related Parties should be enjoined.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, that:

1.      Defendants Purdue Pharma L.P., Purdue Pharma Inc., Rhodes Pharmaceuticals L.P., and Rhodes Technologies[1], are hereby severed from the above-captioned actions pursuant to CPLR 1003.

2.      All deadlines for Defendants The Purdue Frederick Company Inc., Rhodes Technologies Inc.,[2] Rhodes Pharmaceuticals Inc., and The P.F. Laboratories, Inc., in the above-captioned cases shall be extended until 15 days after the bankruptcy court's ruling on the pending motion to enjoin the continuation of proceedings against the Related Parties, including but not limited to, deadlines to respond to requests for disclosure (including interrogatories), file answers, or comply with depositions.

---

[1] In addition, by Order on June 21, 2019 (Doc. 1197), Rhodes Technologies and Rhodes Technologies Inc. were dismissed from these actions.

[2] *See supra* note 1.

3

3.      No party to this Stipulation, is waiving any claim, defense (including but not limited

to objections to the jurisdiction of this Court), or rights (including but not limited to the right to

seek a stay or other relief in the above-captioned cases).

SO ORDERED:

_____
Hon, Jerry Garguilo

HON. JERRY GARGUILO

**GRANTED**

OCT 04 2019

Judith A. Pascale
CLERK OF SUFFOLK COUNTY

_____10/4/19_____
Date

/s/ Paul J. Hanly, Jr.
    Paul J. Hanly, Jr.
Jayne Conroy
Andrea Bierstein
Thomas I. Sheridan, III
Sarah S. Burns (*pro hac vice*)
SIMMONS HANLY CONROY LLC
112 Madison Avenue
New York, NY 10016
(212) 784-6401
phanly@simmonsfirm.com
jconroy@simmonsfirm.com
abierstein@simmonsfirm.com
tsheridan@simmonsfirm.com
sburns@simmonsfirm.com

/s/ Paul J. Napoli
    Paul J. Napoli
Salvatore C. Badala
Joseph L. Ciaccio
NAPOLI SHKOLNIK PLLC
400 Broadhollow Road, Suite 305
Melville, New York 11747
(212) 397-1000
pnapoli@napolilaw.com
sbadala@napolilaw.com
jciaccio@napolilaw.com

*Plaintiffs' Co-Lead Counsel*

(Attorney Signatures Continued on pages 5 and 6)

4

FILED: SUFFOLK COUNTY CLERK 10/04/2019 10:56 AM
NYSCEF DOC. NO. 1676

INDEX NO. 400000/2017
RECEIVED NYSCEF: 10/04/2019

19-23649-shl   Doc 1063-3   Filed 04/19/20   Entered 04/19/20 17:07:57   Exhibit
Exhibit 3    Pg 6 of 7

/s/ James R. Peluso
    James R. Peluso
DREYER BOYAJIAN LAMARCHE & SAFRANKO
75 Columbia Street
Albany, NY 12210
(518) 463-7784
jpeluso@dbls.com

*Counsel for Plaintiff Cities of Albany,
Plattsburgh, Schenectady, and Troy*

/s/ Randi A. Kassan
    Randi A. Kassan, Esq
Marc D. Grossman, Esq
Vicki J. Maniatis, Esq
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
(516) 741-5600
rkassan@thesandersfirm.com
mgrossman@thesandersfirm.com
vmaniatis@thesandersfirm.com

*Counsel for City of Yonkers*

/s/ Mark S. Cheffo
    Mark S. Cheffo
Mara Cusker Gonzalez
Sheila L. Birnbaum
Hayden A. Coleman
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
Mark.Cheffo@dechert.com
MaraCusker.Gonzalez@dechert.com
Sheila.Birnbaum@dechert.com
Hayden.Coleman@dechert.com

FILED: SUFFOLK COUNTY CLERK 10/04/2019 10:56 AM

NYSCEF DOC. NO. 1676

19-23649-shl   Doc 1063-3   Filed 04/19/20   Entered 04/19/20 17:07:57   Exhibit
Exhibit 3   Pg 7 of 7

INDEX NO. 400000/2017
RECEIVED NYSCEF: 10/04/2019

/s/ Marshall S. Huebner
    Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
Facsimile: (212) 701-5800

*Attorneys for Purdue Pharma L.P.,*
*Purdue Pharma Inc., The Purdue Frederick*
*Company, and The P.F. Laboratories, Inc.*

/s/ Steven F. Napolitano
    Steven F. Napolitano
Tanya C. Rolo
SKARZYNSKI MARICK & BLACK LLP
One Battery Park Plaza, 32nd Floor
New York, NY 10004
(212) 820-7700
snapolitano@skarzynski.com
trolo@skarzynski.com

*Counsel for Defendants Rhodes*
*Pharmaceuticals L.P., Rhodes Pharmaceuticals*
*Inc., Rhodes Technologies, and Rhodes*
*Technologies Inc.*

"So Ordered on Page 4