**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649(RDD) |
| **Debtors.** | (Jointly Administered) |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

**I, Mark S. Dym** (the "Movant"), request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent the Boards of Education of the City of Chicago School District 299, Thornton Township High School District 205, Thornton Fractional Township High School District 215, and East Aurora School District 131, creditors in the above referenced case.

*I certify I am a member in good standing* of the bar in the State of Illinois and the bar of the U.S. Court of Appeals for the Seventh Circuit and the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 20, 2020

By:     /s/ Mark S. Dym
Mark S. Dym
ARDC #6182623
mdym@hsplegal.com
Hughes Socol Piers Resnick & Dym, Ltd.
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
T: (312) 604.2630     F: (312) 604.2631