**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,* | Case No. 19-23649(RDD) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of JUSTINO D. PETRARCA (the "Movant"), to be admitted, ***pro hac vice,*** to represent the Boards of Education of Thornton Township High School District 205, Thornton Fractional Township High School District 215, and East Aurora School District 131, creditors in the above referenced case, and upon the Movant's certification that he is a member in good standing of the bar of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED,** that JUSTINO D. PETRARCA, Esq. is admitted to practice, ***pro hac vice,*** in the above referenced case to represent the Boards of Education of Thornton Township High School District 205, Thornton Fractional Township High School District 215, and East Aurora School District 131 in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: April 20, 2020
New York, New York

*/s/Robert D. Drain*
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE