Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

------------------------------------------------------- x

**FIFTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE**
**PERIOD OF FEBRUARY 1, 2020 THROUGH AND INCLUDING FEBRUARY 29, 2020**

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Period for Which Compensation is Sought: | February 1, 2020 – February 29, 2020 |
| Total Amount of Fees Incurred: | $101,418.00 |
| Total Fees Requested (80%): | $81,134.40 |
| Total Reimbursement of Expenses Incurred: | $1,178.57 |
| Total Reimbursement of Expenses Requested (100%): | $1,178.57 |
| Total compensation and Reimbursement Requested in this Statement: | $82,312.97 |
| This is Applicant's: | Fifth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Fifth Monthly Fee Statement (the "Fee Statement") for the period of February 1, 2020 through and including February 29, 2020 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $101,418.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $81,134.40.

2

2.     Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,122.80[2]. The Blended hourly rate of all paraprofessionals is $305.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.     Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $1,178.57 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.     Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors (the "Allocation Fees"). Pursuant to the Fee Assumption Order, Applicant may request Allocation Fees through a separate application at a later date.

<u>**Notice**</u>

5.     Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests

---

[2]     The blended hourly billing rate of $1,122.80 is derived by dividing the total fees for attorneys of $101,052.00 by the total hours of 90.0.

[3]     The Blended hourly billing rate of $305.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $366.00 by the total hours of 1.2.

(i) compensation in the amount of $81,134.40 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $101,418.00) and (ii) payment of $1,178.57 for the actual, necessary expenses that Applicant incurred in connection with such services during the Statement Period.

Dated: April 20, 2020
      New York, New York

OTTERBOURG P.C.

By:    /s/ *Melanie L. Cyganowski*
        Melanie L. Cyganowski, Esq.
        Jennifer S. Feeney, Esq.
        230 Park Avenue
        New York, New York 10169
        Telephone:    (212) 661-9100
        Facsimile:    (212) 682-6104

        Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

**<u>EXHIBIT A</u>**

**Fees By Project Category**

6075254.1

**SUMMARY OF COMPENSATION BY PROJECT CODE**
**FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU01 | Asset Analysis and Recovery | 2.7 | $2,574.00 |
| PU03 | Business Operations | 10.1 | $12,119.00 |
| PU04 | Case Administration | 19.1 | $22,108.50 |
| PU06 | Employment and Fee Applications | 1.8 | $1,094.00 |
| PU07 | Emergency Financing | 30.9 | $33,472.50 |
| PU08 | Litigation: Contested Matters, Adversary | 1.3 | $1,709.50 |
| PU09 | Meetings and Communications w/ AHC | 25.3 | $28,340.50 |
| | **TOTALS:** | **91.2** | **$101,418.00** |

# **EXHIBIT B**

## **Professional and Paraprofessional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1315.00 | 52.8 | $69,432.00 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $850.00 | 37.2 | $31,620.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $305.00 | 1.2 | $366.00 |
| | **TOTAL** | | **91.2** | **$101,418.00** |

**<u>EXHIBIT C</u>**

**Time Detail**

6075254.1

## OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

March 27, 2020
BILL NO. 209178

Client/Matter No.:    20186/0002
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL

For Services Rendered Through February 29, 2020:

---

Phase: PU01                                ASSET ANALYSIS AND RECOVERY

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/04/20 JSF | Examine Documents Protective Order and Designation of Categories | .30 | 255.00 |
| 02/11/20 JSF | Telephone Call(s) Conference Call with Due Diligence Subcommittee, Houlihan and FTI | 1.20 | 1,020.00 |
| 02/12/20 JSF | Examine Documents Due Diligence Update from FTI | .30 | 255.00 |
| 02/12/20 JSF | Examine Documents Virtual Data Rooms - Additional Debtors' Due Diligence Documents | .30 | 255.00 |
| 02/12/20 MLC | Correspondence Correspondence concerning access to Purdue data rooms | .60 | 789.00 |
| TOTAL PHASE PU01 | | 2.70 | $2,574.00 |

---

Phase: PU03                                BUSINESS OPERATIONS

# Otterbourg P.C.

230 Park Avenue
New York, NY  10169-0075

Client/Matter:   20186/0002
Page 2

March 27, 2020
BILL NO. 209178

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/05/20 MLC | Analysis of Memorandum<br>Review of lease memo prepared by FTI/HL | 1.10 | 1,446.50 |
| 02/12/20 MLC | Analysis of Memorandum<br>Review of unredacted copies of motion in support of agreement for the Nalmefene Development project | 1.20 | 1,578.00 |
| 02/12/20 MLC | Analysis of Memorandum<br>Analysis of Nalmefene Development Agreement Pleadings provided by FTI for AHC due diligence subcommittee | .80 | 1,052.00 |
| 02/13/20 JSF | Examine Documents<br>FTI Comments to Nalmefene Development Agreement | .10 | 85.00 |
| 02/18/20 JSF | Telephone Call(s)<br>Due Diligence Subcommittee Call re: AutoInjector Development Agreement | .60 | 510.00 |
| 02/18/20 JSF | Examine Documents<br>FTI and Houlihan Deck re: Nalmefene Autoinjector Development Deal | .30 | 255.00 |
| 02/18/20 MLC | Conference call(s)<br>Conference call with subcommittee to review debtors' motion re: new research and development of Nalmefene | .60 | 789.00 |

## OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

Client/Matter:  20186/0002                                    March 27, 2020
Page 3                                                        BILL NO. 209178

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/18/20 MLC | Review/analyze<br>Review of debtors' motion summary prepared by FTI (Nalmefene) | 1.30 | 1,709.50 |
| 02/20/20 JSF | Examine Documents<br>AutoInjector Motion Update and Proposed Statement of AHC and Committee Views re: Same | .40 | 340.00 |
| 02/20/20 JSF | Examine Documents<br>Review of Agenda and Motions Scheduled for February 21 Hearing | .20 | 170.00 |
| 02/20/20 MLC | Review/analyze<br>Reviewed and analyzed changes to proposed order allowing debtors to enter into Nalmefene agreement | 1.30 | 1,709.50 |
| 02/21/20 JSF | Telephone Call(s)<br>Court Hearing re: Autoinjector Motion and Other Matters -Participate Telephonically (JSF Portion) | .90 | 765.00 |
| 02/21/20 MLC | Conference call(s)<br>Listened to omnibus hearing | 1.30 | 1,709.50 |
| TOTAL PHASE PU03 | | 10.10 | $12,119.00 |

Phase: PU04                                         CASE ADMINISTRATION

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                              March 27, 2020
Page 4                                                   BILL NO. 209178

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/03/20 JKH | Diary & Docket<br>Review Bar Date Order and calendar deadline | .40 | 122.00 |
| 02/05/20 JSF | Examine Documents<br>Status Reports on Selection of Mediator | .20 | 170.00 |
| 02/05/20 MLC | Telephone Call(s)<br>Telcon with Rachael Ringer coordinating calls re ERF and mediation | .40 | 526.00 |
| 02/09/20 JSF | Examine Documents<br>Mediation Motion/Order and Various Comments from UCC and AHC | .50 | 425.00 |
| 02/10/20 JSF | Telephone Call(s)<br>Call with Professionals re: Mediation Order | 1.00 | 850.00 |
| 02/10/20 JSF | Examine Documents<br>Proposed Mediation Order and Comments | 1.10 | 935.00 |
| 02/10/20 MLC | Draft/revise<br>Reviewed and offered revisions to draft mediation order re process | 1.10 | 1,446.50 |
| 02/10/20 MLC | Correspondence<br>Correspondence re scheduling of meeting with certain AHC representatives and DOJ | .30 | 394.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      March 27, 2020
Page 5                                                           BILL NO. 209178

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/11/20 MLC | Conference call(s) Conference call with NCSG and CSG concerning mediation process | .80 | 1,052.00 |
| 02/11/20 MLC | Conference call(s) Conference call with counsel re mediation process | 1.00 | 1,315.00 |
| 02/12/20 MLC | Correspondence Correspondence concerning scheduling of DOJ meeting with various AHC representatives | .40 | 526.00 |
| 02/12/20 MLC | Correspondence Correspondence among professionals preparing for Friday meeting with DOJ | .60 | 789.00 |
| 02/13/20 MLC | Telephone Call(s) Telcon with Ken Eckstein in preparation for meeting with government | .80 | 1,052.00 |
| 02/14/20 MLC | Correspondence Correspondence with AHC counsel re: mediation call with Judge Drain Re: Order and Process | .50 | 657.50 |
| 02/17/20 MLC | Review/analyze Review and analysis of mediation order and motion | 1.80 | 2,367.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 20186/0002                                    March 27, 2020
Page 6                                                        BILL NO. 209178

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/18/20 JSF | Examine Documents Revisions to Mediation Motion and Order | .70 | 595.00 |
| 02/18/20 MLC | Review/analyze Review of draft mediation order and suggested revisions | .80 | 1,052.00 |
| 02/19/20 JSF | Examine Documents Revised Draft Mediation Order from Debtors | .40 | 340.00 |
| 02/25/20 MLC | Correspondence Correspondence re meeting with DOJ | .50 | 657.50 |
| 02/26/20 MLC | Correspondence Outline of topics to be discussed at DOJ meeting | .60 | 789.00 |
| 02/27/20 JSF | Conference out of Office Meeting with States and UCC Reps re: Mediation Process | .30 | 255.00 |
| 02/27/20 JSF | Telephone Call(s) Call with Co-Counsel re: Logistics and Dates for Mediation | .80 | 680.00 |
| 02/27/20 JSF | Examine Documents E-Mails re: Scheduling of Meetings and Mediation Sessions | .30 | 255.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 27, 2020
Page 7                                                          BILL NO. 209178

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/27/20 MLC | Correspondence<br>Correspondence re mediation logistics of meeting together with NCSG | .70 | 920.50 |
| 02/28/20 JSF | Examine Documents<br>Updates on Scheduling Meetings | .30 | 255.00 |
| 02/28/20 MLC | Correspondence<br>Correspondence re logistics of mediation | 1.50 | 1,972.50 |
| 02/28/20 MLC | Analysis of Memorandum<br>Review of proof of claim parameters and instructions | 1.30 | 1,709.50 |
| TOTAL PHASE PU04 | | 19.10 | $22,108.50 |

Phase: PU06                                        EMPLOYMENT & FEE APPLICATIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/03/20 JSF | Examine Documents<br>Review and Revise December Fee Statement for Filing | .20 | 170.00 |
| 02/03/20 JKH | Draft/revise<br>Make changes to monthly fee statement | .60 | 183.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                          March 27, 2020
Page 8                                              BILL NO. 209178

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/05/20 JKH | Review Documents<br>Review fee order re: monthly statement objection deadlines | .20 | 61.00 |
| 02/08/20 JSF | Examine Documents<br>Review January Time Detail | .50 | 425.00 |
| 02/28/20 JSF | Examine Documents<br>January Monthly Fee Statement | .30 | 255.00 |
| TOTAL PHASE PU06 | | 1.80 | $1,094.00 |

| Phase: PU07 | | | EMERGENCY FINANCING |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/02/20 MLC | Conference call(s)<br>Conference call with Paul Singer and Jenni Peacock in preparation for Monday morning call with UCC Re: ERF | 1.20 | 1,578.00 |
| 02/03/20 JSF | Telephone Call(s)<br>Call with Debtors and UCC re: ERF Proposal | 1.20 | 1,020.00 |
| 02/03/20 MLC | Conference call(s)<br>Conference call with UCC, Davis Polk and ERF subcommittee of AHC concerning ERF proposals | .70 | 920.50 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 27, 2020
Page 9                                                          BILL NO. 209178

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/05/20 JSF | Examine Documents<br>Update on Status of ERF and Open Issues | .30 | 255.00 |
| 02/07/20 JSF | Telephone Call(s)<br>Conference Call with ERF Subcommittee and Professionals re: ERF Proposals | 1.20 | 1,020.00 |
| 02/07/20 JSF | Examine Documents<br>Updates on Status of Discussions on ERF Proposals | .40 | 340.00 |
| 02/07/20 JSF | Memo<br>Memo re: ERF Subcommittee Conference Call and Status | .30 | 255.00 |
| 02/09/20 JSF | Examine Documents<br>Revised ERF Proposal from Debtors and AHC Comments | .60 | 510.00 |
| 02/09/20 JSF | Telephone Call(s)<br>Conference Call with ERF Subcommittee re: Debtors' Proposal and AHC Mark-Up | .80 | 680.00 |
| 02/10/20 MLC | Conference call(s)<br>Conference call with ERF subcommittee re issues raised by UCC | .80 | 1,052.00 |
| 02/10/20 MLC | Correspondence<br>Review of correspondence from Debtor's counsel re ERF | .50 | 657.50 |

# Otterbourg P.C.

230 Park Avenue
New York, NY  10169-0075

Client/Matter:   20186/0002                                    March 27, 2020
Page 10                                                        BILL NO. 209178

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/10/20 MLC | Analysis of Memorandum Review of AHC ERF proposal and contrast same with UCC ERF as requested by Debtors' counsel | 1.10 | 1,446.50 |
| 02/11/20 JSF | Examine Documents Mark-Ups of ERF Proposal | .60 | 510.00 |
| 02/11/20 MLC | Analysis of Memorandum Reviewed proposed revisions to ERF proposal in view of UCC comments | 1.40 | 1,841.00 |
| 02/12/20 MLC | Analysis of Memorandum Reviewed proposed revisions to ERF to be forwarded to UCC and debtors | 1.20 | 1,578.00 |
| 02/12/20 MLC | Telephone Call(s) Telcon with Andrew Troop re ERF proposal from NCSG | .20 | 263.00 |
| 02/13/20 JSF | Examine Documents Update on ERF Discussions and Revised ERF | .20 | 170.00 |
| 02/13/20 MLC | Conference call(s) Telcon with J. Guard re: ERF | .40 | 526.00 |
| 02/13/20 MLC | Review/analyze Review of proposed changes to ERF proposal responding to UCC concerns | 1.10 | 1,446.50 |

# Otterbourg P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      March 27, 2020
Page 11                                                          BILL NO. 209178

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/14/20 JSF | Telephone Call(s) Participate Telephonically in Meeting Between AHC And DOJ re: ERF | 2.10 | 1,785.00 |
| 02/14/20 MLC | Conference(s) in Office Preparation meeting with AHC members in advance of meeting re: ERF | 1.30 | 1,709.50 |
| 02/14/20 MLC | Conference(s) in Office Meeting with various governmental representatives concerning ERF proposals | 2.20 | 2,893.00 |
| 02/17/20 MLC | Correspondence Correspondence with AHC members re in person meeting with UCC and/or NCSG to discuss ERF | 1.10 | 1,446.50 |
| 02/24/20 JSF | Examine Documents ERF Update on Open Issues and Meeting Schedule | .30 | 255.00 |
| 02/26/20 JSF | Conference out of Office Meeting with Representatives of DOJ-SDNY re: ERF and Other Matters of Mutual Interest | 1.60 | 1,360.00 |
| 02/26/20 JSF | Conference out of Office Post-Meeting Discussions with Members of AHC re: ERF | .50 | 425.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 27, 2020
Page 12                                                        BILL NO. 209178

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/26/20 JSF | Examine Documents<br>Prepare for Meeting with UCC and Debtors re: Current Competing Drafts of ERF Proposals and Open Issues | 1.40 | 1,190.00 |
| 02/26/20 MLC | Correspondence<br>Correspondence concerning meetng at Davis Polk re ERF with UCC | .60 | 789.00 |
| 02/27/20 JSF | Conference out of Office<br>Meetings with AHC, Debtors, UCC, and Governmental Entities re: ERF Proposal | 3.60 | 3,060.00 |
| 02/27/20 MLC | Analysis of Memorandum<br>Review and analysis of ERF proposal documents handed out at Davis Polk meeting | 1.70 | 2,235.50 |
| 02/28/20 JSF | Examine Documents<br>ERF Revised Proposal - AHC Mark-Up | .30 | 255.00 |
| TOTAL PHASE PU07 | | 30.90 | $33,472.50 |

Phase: PU08                          LITIGATION: CONTESTED MATTERS, ADVERSARY

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/26/20 MLC | Analysis of Memorandum<br>Analysis of Judge Polster's recent opinion | 1.30 | 1,709.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  20186/0002                                    March 27, 2020
Page 13                                                        BILL NO. 209178

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| TOTAL PHASE PU08 | | 1.30 | $1,709.50 |

---

Phase: PU09                        MEETINGS & COMMUNICATIONS W/ AD HOC

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/03/20 JSF | Conference out of Office Meeting with Ad Hoc and Debtors and Debtors' Professionals | 6.00 | 5,100.00 |
| 02/03/20 MLC | Conference Out of Office Meeting with members of AHC at KL in preparation for meeting with Debtors and their management and professionals | .80 | 1,052.00 |
| 02/03/20 MLC | Conference Out of Office Meeting at KL with AHC, Debtors' management and their counsel and professionals concerning company financials | 5.50 | 7,232.50 |
| 02/04/20 JSF | Examine Documents Updated E-Mail to AHC re: Pending Motions and Mediation Process | .40 | 340.00 |
| 02/04/20 MLC | Correspondence Review of draft memo to AHC members re status of various matters | .80 | 1,052.00 |
| 02/05/20 JSF | Telephone Call(s) Weekly Update Conference Call with AHC | 1.30 | 1,105.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          March 27, 2020
Page 14                                                              BILL NO. 209178

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/05/20<br>MLC | Conference call(s)<br>Call with AHC members and counsel (MLC<br>Portion) | .60 | 789.00 |
| 02/12/20<br>MLC | Conference call(s)<br>Conference call meeting with AHC members | 1.00 | 1,315.00 |
| 02/12/20<br>MLC | Telephone Call(s)<br>Telcon with AHC members re meeting with DOJ<br>on Friday | .40 | 526.00 |
| 02/12/20<br>MLC | Correspondence<br>Correspondence with certain AHC members re<br>need to attend DOJ meeting on Friday | .30 | 394.50 |
| 02/12/20<br>MLC | Conference call(s)<br>AHC call with professionals | .40 | 526.00 |
| 02/13/20<br>MLC | Correspondence<br>Correspondence with AHC counsel re:<br>mediation order | .80 | 1,052.00 |
| 02/14/20<br>JSF | Examine Documents<br>Updates to Committee re: ERF, Mediation and<br>Motions Before Court | .20 | 170.00 |
| 02/19/20<br>JSF | Telephone Call(s)<br>Weekly Update Conference Call with AHC | .90 | 765.00 |

## OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 27, 2020
Page 15                                                        BILL NO. 209178

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/19/20 MLC | Conference call(s) Conference call with AHC members re: pending motions and related matters | 1.00 | 1,315.00 |
| 02/19/20 MLC | Correspondence Correspondence with AHC states re: mediation process and proposed order | .50 | 657.50 |
| 02/20/20 MLC | Correspondence Correspondence with AHC members re: mediation process | .60 | 789.00 |
| 02/24/20 MLC | Correspondence Correspondence with AHC counsel concerning mediation schedule and related issues | .80 | 1,052.00 |
| 02/25/20 JSF | Correspondence Committee Members re: Meetings with DOJ and Debtors re: ERF | .20 | 170.00 |
| 02/25/20 MLC | Conference call(s) With AHC | .70 | 920.50 |
| 02/26/20 JSF | Telephone Call(s) Conference Call with AHC States re: Mediation Order and Participation | .30 | 255.00 |
| 02/26/20 JSF | Telephone Call(s) Conference Call with All States and Territories re: Updates in Case | .50 | 425.00 |

## OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                          March 27, 2020
Page 16                                              BILL NO. 209178

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/26/20<br>JSF | Conference out of Office<br>Meeting with Representatives of Georgia,<br>Florida, Tennessee and Texas re: ERF and<br>Upcoming Matters | .80 | 680.00 |
| 02/26/20<br>MLC | Conference call(s)<br>Conference call with settling states on AHC | .50 | 657.50 |
| TOTAL PHASE PU09 | | 25.30 | $28,340.50 |

TOTAL FOR SERVICES    $101,418.00

## **EXHIBIT D**

**Summary of Actual and Necessary Expenses**

**SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE STATEMENT PERIOD**

| Expense Category | Total Expenses |
|---|---|
| Conference Call(s) | $761.22 |
| Food Service – Conference | $349.35 |
| Laser Copies ($.10 per page) | $68.00 |
| **TOTAL:** | **$1,178.57** |

**<u>EXHIBIT E</u>**

**Expense Detail**

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                          March 27, 2020
Page 17                                             BILL NO. 209178


DISBURSEMENTS FOR YOUR ACCOUNT

    Laser Copies                                          68.00

    Conference Call(s)                                   761.22

    Food Service - Conference                            349.35
                                                   _____

                          TOTAL DISBURSEMENTS           1,178.57