UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:**<br>**PURDUE PHARMA L.P.,** *et al.*,<br>Debtors. | Chapter 11<br>Case No. 19-23649 (RDD)<br>**(Jointly Administered)** |
| **PURDUE PHARMA L.P.,** *et al.*,<br>**Plaintiffs**,<br>v.<br>**COMMONWEALTH OF MASSACHUSETTS,** *et al.*, **Defendants.** | Adv. Pro. No. 19-08289 |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned chapter 11 case (the "Case") as counsel on behalf of BR Holdings Associates Inc., BR Holdings Associates L.P., Pharmaceutical Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., and TXP Services, Inc. and requests, pursuant to Section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), that any and all notices and papers filed or entered in these Cases be delivered to and served upon:

> John C. Dougherty
> **HAUG PARTNERS LLP**
> One Post Office Square, 31st Floor
> Boston, Massachusetts 02109
> Telephone: (617) 426-6800
> E-mail: jdougherty@haugpartners.com

David A. Zwally
**HAUG PARTNERS LLP**
745 Fifth Avenue, 10th Floor
New York, New York 10151
dzwally@haugpartners.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail, or otherwise is filed or made with regard to these Cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural right of BR Holdings Associates Inc., BR Holdings Associates L.P., Pharmaceutical Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., and TXP Services, Inc., including: (i) to personal jurisdiction of the bankruptcy court; (ii) the right to have final orders in non-core matters entered only after de novo review by a District Court, (iii) the right to trial by jury in any proceeding triable in these Cases or any case, controversy, or proceeding related to these Cases, (iv) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) abstention, (vi) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, and (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date:  April  20, 2020 | By:  */s/ John C. Dougherty* |
|  | John C. Dougherty<br>**HAUG PARTNERS LLP**<br>One Post Office Square, 31st Floor<br>Boston, MA 02109<br>Telephone:  (617) 426-6800<br>E-mail: jdougherty@haugpartners.com |
|  | David A. Zwally<br>**HAUG PARTNERS LLP**<br>745 Fifth Avenue<br>New York, New York  10151<br>Telephone:  (212) 588-0800<br>E-mail: dzwally@haugpartners.com |
|  | *Counsel for BR Holdings Associates Inc., BR Holdings Associates L.P., Pharmaceutical Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., and TXP Services, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2020 I served a true and correct copy of the foregoing document by electronic transmission to all parties registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF), via this Court's CM/ECF system.

*/s/ David A. Zwally*
David A. Zwally