DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

**AGENDA FOR APRIL 22, 2020 OMNIBUS HEARING**

| | |
|---|---|
| Time and Date of Hearing: | April 22, 2020 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | Telephonic hearing before The Honorable Judge Robert D. Drain. Parties wishing to participate in the hearing must make arrangement through CourtSolutions by telephone at 917-746-7476. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**I.    UNCONTESTED MATTERS:**

1. ***Interim Fee Application Hearing.***   Notice of First Interim Fee Hearing [ECF No. 975]

    <u>Objection Deadline</u>: April 15, 2020 at 4:00 p.m. (prevailing Eastern Time)

    <u>Responses Received</u>: None

    <u>Related Documents</u>:

    Interim Fee Applications of the following applicants:

    **<u>Debtors' Professionals</u>**

    A. Dechert LLP [ECF No. 933]
    B. Arnold & Porter Kaye Scholer LLP [ECF No. 934]
    C. King & Spalding LLP [ECF Nos. 935, 972]
    D. Wilmer Cutler Pickering Hale and Dorr LLP [ECF Nos. 941, 982]
    E. Davis Polk & Wardwell LLP [ECF No. 945]
    F. Jones Day [ECF No. 948]
    G. KPMG LLP  [ECF No. 950]
    H. Ernst & Young LLP [ECF No. 951]
    I. AlixPartners, LLP [ECF No. 952]
    J. Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 958]
    K. PJT Partners LP [ECF No. 973]

    **<u>Official Committee of Unsecured Creditors' Professionals</u>**

    L. Jefferies LLC [ECF No. 940]
    M. Bayard, P.A. [ECF No. 942]
    N. Province, Inc. [ECF No. 946]
    O. Akin Gump Strauss Hauer & Feld LLP [ECF No. 947]
    P. Kurtzman Carson  Consultants LLC [ECF No. 949]

    **<u>Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals</u>**

    Q. Brown Rudnick LLP [ECF No. 944]
    R. FTI Consulting [ECF No. 954]
    S. Otterbourg, P.C. [ECF No. 955]
    T. Gilbert LLP [ECF No. 956]
    U. Kramer Levin Naftalis & Frankel LLP [ECF No. 957]

    <u>Status</u>: This matter is going forward on an uncontested basis.

2. ***Cole Schotz Employment Application.*** Application to Employ Cole Schotz P.C. as Efficiency Counsel to Unsecured Creditors Committee [ECF No. 1013]

> Objection Deadline: April 19, 2020 at 4:00 p.m. (prevailing Eastern Time).
>
> Responses Received: None
>
> Related Documents: None
>
> Status: This matter is going forward on an uncontested basis.

II. **CONTESTED MATTERS:**

3. ***Allergan Lift Stay Motion.*** Motion for Relief from the Automatic Stay [Allergan Finance LLC] [ECF No. 909]

> Objection Deadline: April 15, 2020 at 4:00 p.m. (prevailing Eastern Time).
>
> Responses Received:
>
> > A. Opposition of New York Plaintiffs to Defendants Motion for Relief from the Automatic Stay [ECF No. 979]
> >
> > B. Debtors' Objection to Co-Defendants' Motion for Relief from the Automatic Stay [ECF No. 1048]
> >
> > C. Opposition of Non-Consenting States to Opioid Defendants' Motion for Relief from the Automatic Stay [ECF No. 1049]
> >
> > D. Objection of Unsecured Creditors Committee to Motion for Relief from the Automatic Stay Filed by the Defendants in the New York Opioid Litigation and Joinder in the Debtors' Objection [ECF No. 1050]
> >
> > E. Ad Hoc Committee's Objection and Joinder in the Debtors' Objection to Co-Defendants' Motion for Relief from the Automatic Stay [ECF No. 1054]
>
> Reply:
>
> > A. Defendants' Omnibus Reply in Support of Motion for Relief from the Automatic Stay [ECF No. 1063]
>
> Related Documents:
>
> > A. Motion to Shorten Time [ECF No. 910]

    B. Motion to Set Hearing on Defendants' Motion for Relief from Automatic Stay [ECF No. 914]

    C. Notice of Adjournment of Hearing Regarding Certain Defendants' Motion for Relief from Automatic Stay [ECF No. 967]

Status: This matter is going forward on a contested basis.

## III. CONTINUED MATTERS:

4. ***Funding Agreement Motion.*** Motion of Debtors for Authorization to Enter into Funding Agreement [ECF No. 1005]

    Objection Deadline: May 14, 2020 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Related Documents:

        A. Notice of Adjournment Regarding Motion of Debtors for Authorization to Enter into Funding Agreement [ECF No. 1040]

    Status: This matter is continued to May 21, 2020.

Dated:  April 21, 2020
        New York, New York

                      DAVIS POLK & WARDWELL LLP

                      By:  */s/ Eli J. Vonnegut*

                      450 Lexington Avenue
                      New York, New York 10017
                      Telephone: (212) 450-4000
                      Facsimile:  (212) 701-5800
                      Marshall S. Huebner
                      Benjamin S. Kaminetzky
                      Timothy Graulich
                      Eli J. Vonnegut
                      Christopher S. Robertson

                      *Counsel to the Debtors*
                      *and Debtors in Possession*