**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Emily P. Grim, certify that I am a member in good standing of the bars of the District of Columbia, the Commonwealth of Pennsylvania, and the State of Illinois and request admission *pro hac vice* before the Honorable Robert D. Drain, to represent certain creditors and/or parties-in-interest who are members of that certain Ad Hoc Committee in such members' independent capacities as creditors and/or parties-in interest (the "Ad Hoc Committee") in the above-referenced case. My office and e-mail addresses, and my telephone and fax numbers are:

Emily P. Grim, Esq.
Gilbert LLP
1100 New York Ave., NW, Suite 700
Washington, D.C. 20005
Tel: (202) 772-3926
Fax: (202) 772-3300
grime@gilbertlegal.com

I agree to pay the fee of $200 upon entry of an order admitting me to practice *pro hac vice*.

Dated: April 21, 2020
Washington, D.C.

/s/ Emily P. Grim
Emily P. Grim

## **ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Emily P. Grim to be admitted *pro hac vice* to represent certain creditors and/or parties-in-interest who are members of that certain Ad Hoc Committee in such members' independent capacities as creditors and/or parties-in-interest (the "Ad Hoc Committee") in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bars of the District of Columbia, the Commonwealth of Pennsylvania, and the State of Illinois, it is hereby **ORDERED**, that Emily P. Grim, Esq., is admitted to practice *pro hac vice* in the above-referenced case to represent the Ad Hoc Committee, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

White Plains, New York         /s/ _____
                               UNITED STATES BANKRUPTCY JUDGE