Jeremy W. Ryan
Aaron H. Stulman
D. Ryan Slaugh
POTTER ANDERSON & CORROON LLP
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
*Counsel to Walmart, Inc. and its Subsidiaries*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA, L.P., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for Walmart, Inc. and its subsidiaries (collectively "Walmart") in the cases of the above-captioned debtors and debtors-in-possession (the "Debtors"). Walmart demands, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, (i) that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the

---

[1] The Debtors in these chapter 11 cases, along with the last for digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stambford, CT 06901.

IMPAC 6665865v.1

undersigned attorneys, at the address set forth below and (ii) that the undersigned attorneys be added to the mailing matrix on file with the Clerk of the Bankruptcy Court and any claims and noticing agent as set forth below:

> **POTTER ANDERSON & CORROON LLP**
> Jeremy W. Ryan
> Aaron H. Stulman
> D. Ryan Slaugh
> 1313 North Market Street, Sixth Floor
> P.O. Box 951
> Wilmington, DE  19899
> Telephone:  (302) 984-6000
> Facsimile:  (302) 658-1192
> Email:  jryan@potteranderson.com
>           astulman@potteranderson.com
>           rslaugh@potteranderson.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise, which (i) affect the Debtors or property of the Debtors or (ii) affect the rights of Walmart, including by requiring any act, delivery of any property, payment or other conduct by Walmart.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance includes and constitutes a request to be served with each and every plan and disclosure statement which is filed herein by any person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers and any later appearance, pleading, claim or suit shall not be deemed to be a waiver of the rights of Walmart (1) to have final orders in non-core matters entered only after de novo review by a United States District Court judge, (2) to trial by jury in any proceeding so triable

IMPAC 6665865v.1

in these cases or any case, controversy, or proceeding related to these cases, (3) to ask the United States District Court to withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to ask the United States District Court to issue final orders or judgments if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution or (5) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, defenses, setoffs, or recoupments, under agreements, in law, in equity or otherwise.

Dated: April 21, 2020
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (DE Bar No. 4057)
Aaron H. Stulman (DE Bar No. 5807)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE  19801
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

*Counsel to Walmart, Inc. and its Subsidiaries*

IMPAC 6665865v.1