## **CERTIFICATE OF SERVICE**

I, Jeremy W. Ryan, hereby certify that on April 21, 2020, a copy of the foregoing *Notice of Appearance and Request for Service of Papers* was filed and served through ECF notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing system.

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (DE Bar No. 4057)