## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2020, an electronic copy of the foregoing motion was filed electronically through the Court's CM/ECF system, which caused all parties or counsel requesting notice in the above-captioned case to be served by electronic means on the date of filing.

                                            */s/ Jeremy W. Ryan*
                                            Jeremy W, Ryan (DE Bar No. 4057)