D. Ryan Slaugh
POTTER ANDERSON & CORROON LLP
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
*Counsel to Walmart, Inc. and its Subsidiaries*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA, L.P., *et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, D. Ryan Slaugh, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Walmart, Inc. and its subsidiaries (collectively "Walmart"), parties in interest in the above-referenced jointly administered cases. I certify that I am a member in good standing of the bar in the State of Delaware and the bar of the U.S. District Court for the District of Delaware.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The Debtors in these chapter 11 cases, along with the last for digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stambford, CT 06901.

IMPAC 6665850v.1

| | |
|---|---|
| Dated: April 21, 2020<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ D. Ryan Slaugh*<br>D. Ryan Slaugh (DE Bar No. 6325)<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, DE  19801<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  rslaugh@potteranderson.com<br><br>*Counsel to Walmart, Inc. and its Subsidiaries* |