UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:  PURDUE PHARMA, L.P., *et al.*,[1]  Debtors. | Chapter 11  Case No. 19-23649 (RDD)  Jointly Administered |
|---|---|

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of D. Ryan Slaugh to be admitted to practice, *pro hac vice*, before the Court in the above-referenced jointly administered cases on behalf of Walmart, Inc. and its subsidiaries (collectively, the "Client"), and upon the movant's certification that the movant is a member in good standing of the bar of the of the State of Delaware and is admitted to practice before the United States District Court for the District of Delaware, it is hereby

**ORDERED**, that D. Ryan Slaugh, Esq., is admitted to practice, *pro hac vice*, in the above-referenced jointly administered cases on behalf of the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: April 21, 2020
White Plains, New York

*/s/ Robert D. Drain*
The Honorable Robert D. Drain
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last for digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

IMPAC 6672443v.1