IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>PURDUE PHARMA L.P., et al.,<br><br>Debtors.[1] | Chapter 11<br>Case Nos. 19-23649 (RDD)<br>Administratively Consolidated<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR THE AD HOC GROUP OF HOSPITALS** |

It is hereby stipulated that McGrail & Bensinger LLP, of 888-C 8th Avenue #107, New York, NY 10022, be substituted as attorneys of record for the *Ad Hoc Group of Hospitals* in place and stead of the undersigned attorneys as of the date hereof.

Withdrawing Attorneys:
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022

By: */s/ Kristine Manoukian*
    Kristine Manoukian

Dated:   April 23, 2020

Substitute Attorneys:
MCGRAIL & BENSINGER LLP
888-C 8th Avenue #107
New York, NY 10019

By: */s/ Ilana Volkov*
    Ilana Volkov

Dated: April 23, 2020

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014).

All future pleadings and court filings should be served upon:

Ilana Volkov, Esq.
MCGRAIL & BENSINGER LLP
888-C 8th Avenue #107
New York, NY 10019
ivolkov@mcgrailbensinger.com