**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

## <u>AFFIDAVIT OF SERVICE</u>

I, James Mapplethorpe, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 21, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by via email on (1) the Master Service List attached hereto as **Exhibit A**; (2) Bayard, P.A., Attn: Justin R. Alberto, Erin R. Fay and Daniel N. Brogan, jalberto@bayardlaw.com; efay@bayardlaw.com; dbrogan@bayardlaw.com; (3) Bielli & Klauder, LLC, Attn: David M. Klauder, Esq., dklauder@bk-legal.com:

- Agenda for Omnibus Hearing to be held on April 22, 2020 at 10:00 a.m. (ET) [Docket No. 1074] (the "***Agenda for Omnibus Hearing***")

- Fifth Monthly Fee Statement of Skadden, Arps, Slate, Meagher & Flom LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from February 1, 2020 through February 29, 2020. Objections due by May 5, 2020 at 4:00 p.m. (ET) [Docket No. 1081]

On April 21, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Agenda for Omnibus Hearing to be served via facsimile on the Master Service List attached hereto as **Exhibit B**.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: April 24, 2020

/s/ James Mapplethorpe
James Mapplethorpe

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 24, 2020, by James Mapplethorpe, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ KELSEY LYNNE GORDON
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 41591

**<u>Exhibit A</u>**

Exhibit A

Master Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to the Attorney General, State of Florida | Agentis PLLC | cbs@agentislaw.com |
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Akin Gump Strauss Hauer & Feld LLP | idizengoff@akingump.com<br>apreis@akingump.com<br>mhurley@akingump.com<br>sbrauner@akingump.com<br>elisovicz@akingump.com |
| Counsel to OptumRX, Inc. | Alston & Bird LLP | will.sugden@alston.com<br>jacob.johnson@alston.com |
| Counsel to OptumRX, Inc. | Alston & Bird LLP | william.hao@alston.com |
| Counsel to United Food and Commercial Workers; Western Pennsylvania Electrical Employees Insurance Trust Fund; International Brotherhood of Electrical Workers Local 98 Health & Welfare Fund; Iron Workers District Council of Philadelphia and Vicinity, Benefit Fund; and International Union of Painters and Allied Trades, District Council No. 21 Welfare Fund | Anapol Weiss | gspizer@anapolweiss.com |
| Counsel to Ryan Hampton | Andrews & Thornton | aa@andrewsthornton.com<br>shiggins@andrewsthornton.com<br>rsiko@andrewsthornton.com |
| Counsel to the Ad Hoc Group of Individual Victims | Ask LLP | eneiger@askllp.com<br>jchristian@askllp.com |
| State Attorney General | Attorney General for the State of Wisconsin | vandermeusejl@doj.state.wi.us |
| Counsel to Washington State Department of Revenue | Attorney General of Washington | dina.yunker@atg.wa.gov |
| Counsel to DuPont de Nemours, Inc. | Ballard Spahr LLP | daluzt@ballardspahr.com<br>roglenl@ballardspahr.com |

Exhibit A

Master Service List

Served via email

| | | |
|---|---|---|
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Barrett Law Group, P.A. | DonBarrettPA@gmail.com |
| Counsel to Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc. | Bentley & Bruning P.A. | mbentley@bentleyandbruning.com<br>dwallace@bentleyandbruning.com |
| Counsel to United Parcel Service, Inc. | Bialson, Bergen & Schwab | Klaw@bbslaw.com |
| Interested Party | BMC Group, Inc. | bmc@ecfAlerts.com |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Bracewell LLP | daniel.connolly@bracewell.com<br>robert.burns@bracewell.com |
| Attorneys for SAP America, Inc., SAP SE, and Ariba, Inc. | Brown & Connery, LLP | dludman@brownconnery.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | GCicero@brownrudnick.com<br>DMolton@brownrudnick.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | spohl@brownrudnick.com |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Buchalter, a Professional Corporation | jgarfinkle@buchalter.com<br>dslate@buchalter.com |
| Counsel to the People of the State of California | California Department of Justice | bernard.eskandari@doj.ca.gov<br>michelle.burkart@doj.ca.gov<br>timothy.lundgren@doj.ca.gov |
| Counsel for the People of the State of California | California Department of Justice | judith.fiorentini@doj.ca.gov |

Exhibit A

Master Service List

Served via email

| | | |
|---|---|---|
| Counsel to the Multi-State Governmental Entities Group | Caplin & Drysdale, Chartered | kmaclay@capdale.com<br>jwehner@capdale.com<br>jliesemer@capdale.com<br>tphillips@capdale.com |
| Counsel to the State of West Virginia, ex. rel. Patrick Morrisey, Attorney General | Carter Ledyard & Milburn LLP | bankruptcy@clm.com |
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Cole Schotz P.C. | jalberto@coleschotz.com |
| Counsel to the Commonwealth of Massachusetts | Commonwealth of Massachusetts | eric.gold@mass.gov |
| Counsel to Commonwealth of Pennsylvania | Commonwealth of Pennsylvania | cmomjian@attorneygeneral.gov |
| Counsel to the State of Arizona | Consovoy McCarthy PLLC | mike@consovoymccarthy.com |
| Counsel to Kara Trainor Brucato | Cooper Law Firm, LLC | cbrustowicz@clfnola.com<br>jdetty@clfnola.com<br>lrichardson@clfnola.com |
| Counsel for NAS Ad Hoc Committee | Creadore Law Firm PC | donald@creadorelawfirm.com |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Cuneo Gilbert & Laduca, LLP | jonc@cuneolaw.com |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Cuneo Gilbert & Laduca, LLP | jonc@cuneolaw.com |

Exhibit A

Master Service List

Served via email

| | | |
|---|---|---|
| Counsel to the Debtors and Debtors in Possession | Davis Polk & Wardwell LLP | Purdue.noticing@dpw.com |
| Counsel to the State of Missouri | Doster, Ullom & Boyle, LLC | GWillard@dubllc.com |
| Counsel to Counsel to Nevada Counties and Municipalities | Eglet Adams | badams@egletlaw.com<br>aham@egletlaw.com<br>eentsminger@egletlaw.com |
| Counsel to CVS Caremark Part D Services, L.L.C. and CaremarkPCS Health, L.L.C. | Foley & Lardner LLP | ggoodman@foley.com |
| Counsel to CVS Caremark Part D Services, L.L.C. and CaremarkPCS Health, L.L.C. | Foley & Lardner LLP | leisenberg@foley.com |
| Counsel to Old Republic Insurance Company and its affiliated entities | Fox Swibel Levin & Carroll LLP | spandya@foxswibel.com<br>panderson@foxswibel.com |
| Counsel to Walgreen Co., Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries | Frankgecker LLP | jfrank@fgllp.com<br>jkleinman@fgllp.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Gilbert, LLP | litherlandc@gilbertlegal.com<br>quinnk@gilbertlegal.com<br>gilberts@gilbertlegal.com |
| Counsel to the Arkansas Plaintiffs and the Tennessee Plaintiffs | Godfrey & Kahn, S.C. | kstadler@gklaw.com |
| Counsel to Teva Pharmaceuticals USA, Inc., Anda, Inc. and Teva Canada Limited | Goodwin Procter LLP | mgoldstein@goodwinlaw.com<br>wweintraub@goodwinlaw.com<br>hsteel@goodwinlaw.com |

Exhibit A

Master Service List

Served via email

| | | |
|---|---|---|
| Counsel to Blue Cross Blue Shield Association | HAGENS BERMAN SOBOL SHAPIRO LLP | purduebankruptcy@hbsslaw.com |
| Counsel to the City of Seattle | Hagens Berman Sobol Shapiro LLP | benh@hbsslaw.com |
| Counsel to BR Holdings Associates Inc., BR Holdings Associates L.P., Pharmaceutical Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., and TXP Services, Inc. | Haug Partners LLP | jdougherty@haugpartners.com |
| Counsel to Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., and Ascent Health Services | Husch Blackwell LLP | marshall.turner@huschblackwell.com |
| Counsel to Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., and Ascent Health Services | Husch Blackwell LLP | Caleb.Holzaepfel@huschblackwell.com |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Jenner & Block, LLP | CSteege@jenner.com |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Jenner & Block, LLP | rlevin@jenner.com |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Joseph Hage Aaronson LLC | mleventhal@jha.com dpepe@jha.com pjerdee@jha.com cstanley@jha.com gjoseph@jha.com |
| Counsel to Fredrick Hill | Kasen & Kasen, P.C. | jkasen@kasenlaw.com |
| Counsel to the State of Arizona | Keller Lenkner LLC | sam@kellerlenkner.com |

Exhibit A

Master Service List
Served via email

| | | |
|---|---|---|
| Counsel to State of Washington | Kleinberg, Kaplan, Wolff & Cohen, P.C. | mgold@kkwc.com<br>rtuchman@kkwc.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Kramer Levin Naftalis & Frankel | keckstein@kramerlevin.com<br>rringer@kramerlevin.com |
| Counsel to Counsel to Nevada Counties and Municipalities | Loeb & Loeb LLP | vrubinstein@loeb.com |
| Counsel to Old Republic Insurance Company and its affiliated entities | Luskin, Stern & Eisler LLP | luskin@lsellp.com<br>stern@lsellp.com |
| Counsel to Giant Eagle, Inc. | Marcus & Shapira LLP | nowak@marcus-shapira.com<br>rbarnes@marcus-shapira.com |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | gbressler@mdmc-law.com |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | mmorano@mdmc-law.com<br>nleonard@mdmc-law.com |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Milbank LLP | guzzi@milbank.com<br>estodola@milbank.com<br>alees@milbank.com |
| Counsel to The Missouri Department of Revenue | Missouri Department of Revenue | sdnyecf@dor.mo.gov |
| Counsel to Tucson Medical Center | Mitchell & Speights | sam@mitchellspeights.com |

Exhibit A

Master Service List

Served via email

| | | |
|---|---|---|
| Counsel to Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, and the Putative Classes | Morgan & Morgan | juanmartinez@forthepeople.com |
| Counsel to Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, and the Putative Classes | Morgan & Morgan | jyoung@forthepeople.com |
| Counsel to Tucson Medical Center | Motley Rice LLC | mbuchman@motleyrice.com |
| Counsel for NC DHHS/DHB | N.C. Department of Justice | kmccraw@ncdoj.gov |
| State Attorney General | National Association of Attorneys General | kcordry@naag.org |
| Counsel to New York State Department of Financial Services | New York State Department of Financial Services | nicolas.keller@dfs.ny.gov |
| Counsel to State of Indiana | Office of the Indiana Attorney General | Heather.Crockett@atg.in.gov |
| State Attorney General | Office of the New Jersey State Attorney General | lara.fogel@law.njoag.gov |

Exhibit A

Master Service List

Served via email

| | | |
|---|---|---|
| State Attorney General, Counsel to Counsel for Opioids and Impact Litigation | Office of the New York State Attorney General | Umair.Khan@ag.ny.gov |
| Counsel to Opioids and Impact Litigation | Office of the New York State Attorney General | David.Nachman@ag.ny.gov |
| State Attorney General | Office of the New York State Attorney General | Kathryn.Blake@ag.ny.gov |
| Counsel to the State of South Carolina | Office of the South Carolina Attorney General | amathews@scag.gov |
| Counsel to the State of South Carolina | Office of the South Carolina Attorney General | jlibet@scag.gov |
| State Attorney General | Office of the State of Connecticut Attorney General | Denise.Mondell@ct.gov |
| State Attorney General | Office of the State of Idaho Attorney General | brett.delange@ag.idaho.gov |
| State Attorney General | Office of the State of Iowa Attorney General | william.pearson@ag.iowa.gov |
| State Attorney General | Office of the State of Vermont Attorney General | Jill.abrams@vermont.gov |
| Office of The United States Trustee | Office of The United States Trustee | paul.schwartzberg@usdoj.gov |

Exhibit A

Master Service List

Served via email

| | | |
|---|---|---|
| Counsel to Ohio Attorney General | Ohio Attorney General | Alison.Archer@ohioattorneygeneral.gov |
| Counsel to Ohio Attorney General | Ohio Attorney General | Trish.Lazich@ohioattorneygeneral.gov |
| Counsel to the State of Texas | Otterbourg P.C. | mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com |
| Counsel to Commonwealth of Pennsylvania | Pennsylvania Office of Attorney General | mvaneck@attorneygeneral.gov |
| Counsel to the Ad Hoc Group of Non-Consenting States | Pillsbury Winthrop Shaw Pittman LLP | jason.sharp@pillsburylaw.com |
| Counsel to the Ad Hoc Group of Non-Consenting States | Pillsbury Winthrop Shaw Pittman LLP | andrew.troop@pillsburylaw.com<br>andrew.alfano@pillsburylaw.com |
| Counsel to Walmart, Inc. | Potter Anderson & Corroon LLP | jryan@potteranderson.com<br>astulman@potternaderson.com<br>rslaugh@potteranderson.com |
| Debtors | Purdue Pharma L.P. | Jon.Lowne@pharma.com |
| Counsel to Blue Cross Blue Shield Association | RAWLINGS & ASSOCIATES | mdf@rawlingsandassociates.com |
| Counsel to AmerisourceBergen Drug Corporation | Reed Smith LLP | clynch@reedsmith.com |

Exhibit A

Master Service List

Served via email

| | | |
|---|---|---|
| Counsel to AmerisourceBergen Drug Corporation | Reed Smith LLP | cspringer@reedsmith.com |
| Counsel to the Ad Hoc Group of Hospitals | Schulte Roth & Zabel LLP | Kristine.Manoukian@srz.com<br>James.Bentley@srz.com |
| Counsel to Consortium of Some Massachusetts Municipalities | Scott+Scott Attorneys at Law LLP | bkaswan@scott-scott.com<br>jscolnick@scott-scott.com |
| Counsel to United HealthCare Services, Inc. | Shipman & Goodwin LLP | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| Counsel to PJT Partners LP | Simpson Thacher & Bartlett LLP | jamie.fell@stblaw.com<br>egraff@stblaw.com |
| State Attorney General | State of Alaska Attorney General | attorney.general@alaska.gov |
| State Attorney General | State of Arizona Attorney General | aginfo@azag.gov |
| State Attorney General | State of Arkansas Attorney General | oag@ArkansasAG.gov |
| State Attorney General | State of California Attorney General | bankruptcy@coag.gov |
| State Attorney General | State of Connecticut Attorney General | attorney.general@po.state.ct.us |

Exhibit A

Master Service List

Served via email

| | | |
|---|---|---|
| State Attorney General | State of Delaware Attorney General | Attorney.General@state.DE.US |
| State Attorney General | State of Hawaii Attorney General | hawaiiag@hawaii.gov |
| State Attorney General | State of Illinois Attorney General | webmaster@atg.state.il.us |
| State Attorney General | State of Louisiana Attorney General | ConsumerInfo@ag.state.la.us |
| State Attorney General | State of Maine Attorney General | consumer.mediation@maine.gov |
| State Attorney General | State of Maryland Attorney General | oag@oag.state.md.us |
| State Attorney General | State of Massachusetts Attorney General | ago@state.ma.us |
| State Attorney General | State of Michigan Attorney General | miag@michigan.gov |
| State Attorney General | State of Minnesota Attorney General | Attorney.General@ag.state.mn.us |
| State Attorney General | State of Missouri Attorney General | attorney.general@ago.mo.gov |

Exhibit A
Master Service List
Served via email

| State Attorney General | State of Montana Attorney General | contactdoj@mt.gov |
|---|---|---|
| State Attorney General | State of Nebraska Attorney General | ago.info.help@nebraska.gov |
| State Attorney General | State of New Hampshire Attorney General | attorneygeneral@doj.nh.gov |
| State Attorney General | State of New Jersey Attorney General | askconsumeraffairs@lps.state.nj.us |
| State Attorney General | State of New York Attorney General | Louis.Testa@ag.ny.gov |
| State Attorney General | State of North Carolina Attorney General | jsutton2@ncdoj.gov |
| State Attorney General | State of North Dakota Attorney General | ndag@nd.gov |
| State Attorney General | State of Oregon Attorney General | consumer.hotline@doj.state.or.us |
| State Attorney General | State of South Dakota Attorney General | consumerhelp@state.sd.us |
| State Attorney General | State of Tennessee Attorney General | reg.boards@tn.gov |

Exhibit A
Master Service List
Served via email

| | | |
|---|---|---|
| Counsel to the State of Texas | State of Texas | bk-robaldo@oag.texas.gov |
| Counsel to the State of Texas | State of Texas | paul.singer@oag.texas.gov |
| State Attorney General | State of Texas Attorney General | public.information@oag.state.tx.us |
| State Attorney General | State of Utah Attorney General | uag@utah.gov |
| State Attorney General | State of Vermont Attorney General | ago.info@vermont.gov |
| State Attorney General | State of Virginia Attorney General | mailoag@oag.state.va.us |
| State Attorney General | State of Washington Attorney General | emailago@atg.wa.gov |
| State Attorney General | State of West Virginia Attorney General | Abby.G.Cunningham@wvago.gov |
| Counsel to Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, and the Putative Classes | Stevens & Lee, P.C. | nfk@stevenslee.com cp@stevenslee.com |

Exhibit A

Master Service List

Served via email

| | | |
|---|---|---|
| Counsel to Certain Native American Tribes, Health Organizations, Municipalities and Unions | Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation | esserman@sbep-law.com<br>dapice@sbep-law.com |
| Counsel to the Ad Hoc Committee of NAS Babies | Tarter Krinsky & Drogin LLP | smarkowitz@tarterkrinsky.com<br>rcavaliere@tarterkrinsky.com<br>mbrownstein@tarterkrinsky.com |
| State of Tennessee | Tennessee Attorney General's Office | Marvin.Clements@ag.tn.gov |
| Counsel to Thermo Fisher Scientific | Tucker Arensberg, P.C. | jblask@tuckerlaw.com |
| Counsel to the State of North Carolina | Waldrep LLP | twaldrep@waldrepllp.com<br>jlyday@waldrepllp.com<br>jlanik@waldrepllp.com |
| Counsel to the Ad Hoc Group of Individual Victims | White & Case LLP | cshore@whitecase.com<br>michele.meisis@whitecase.com<br>alice.tsier@whitecase.com<br>ashley.chase@whitecase.com |
| Counsel to the Ad Hoc Group of Individual Victims | White & Case LLP | tlauria@whitecase.com<br>laura.femino@whitecase.com |
| Counsel to the State of Alabama | Wilk Auslander LLP | esnyder@wilkauslander.com |

**<u>Exhibit B</u>**

# Exhibit B

Master Service List
Served via facsimile

| DESCRIPTION | NAME | FAX |
|---|---|---|
| State Attorney General | Commonwealth of Puerto Rico | 787-729-2059 |
| Internal Revenue Service | Internal Revenue Service | 855-235-6787 |
| Internal Revenue Service | Internal Revenue Service | 855-235-6787 |
| State Attorney General | State of Alabama Attorney General | 334-242-2433 |
| State Attorney General | State of Colorado Attorney General | 720-508-6030 |
| State Attorney General | State of Florida Attorney General | 850-488-4872 |
| State Attorney General | State of Georgia Attorney General | 404-657-8733 |
| State Attorney General | State of Idaho Attorney General | 208-854-8071 |

Exhibit B

Master Service List

Served via facsimile

| | | |
|---|---|---|
| State Attorney General | State of Indiana Attorney General | 317-232-7979 |
| State Attorney General | State of Iowa Attorney General | 515-281-4209 |
| State Attorney General | State of Kansas Attorney General | 785-296-6296 |
| State Attorney General | State of Kentucky Attorney General | 502-564-2894 |
| State Attorney General | State of Nevada Attorney General | 775-684-1108 |
| State Attorney General | State of New Mexico Attorney General | 505-827-5826 |
| State Attorney General | State of Oklahoma Attorney General | 405-521-6246 |
| State Attorney General | State of Pennsylvania Attorney General | 717-787-8242 |

# Exhibit B

Master Service List
Served via facsimile

| | | |
|---|---|---|
| State Attorney General | State of Wisconsin Attorney General | 608-267-2223 |
| State Attorney General | State of Wyoming Attorney General | 307-777-6869 |
| State Attorney General | Washington DC Attorney General | 202-347-8922 |