Gerard Uzzi
Alexander B. Lees
Eric K. Stodola
MILBANK LLP
55 Hudson Yards
New York, New York 10001
Telephone:   (212) 530-5000
Facsimile:   (212) 530-5219

Gregory P. Joseph
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone:   (212) 407-1200
Facsimile:   (212) 407-1280

*Counsel for the Raymond Sackler Family*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | Jointly Administered |

## AFFIDAVIT OF SERVICE

JACQUELINE BREWSTER, being duly sworn, deposes and says,

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank LLP, Counsel to the Raymond Sackler Family, in the above-captioned cases.

On the 27th of April 2020, I caused a copy of the following documents:

Limited Objection of The Raymond Sackler Family to the Ad Hoc Group of Non-Consenting States Rule 2004 Motion [ECF No. 1087] and,

Limited Objection of Mortimer Sackler Initial Covered Sackler Persons to Ex Parte Motion of the Ad Hoc Group of Non-Consenting States for an Order Authorizing Examinations of Certain Financial Institutions Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure [ECF No. 1088],

to be served upon the parties identified on Exhibit A attached hereto by electronic mail.

                                    /s/ Jacqueline Brewster
                                    JACQUELINE BREWSTER

SWORN TO AND SUBSCRIBED before me
this 28th of April 2020

/s/ Debra Esposito
Debra Esposito
Notary Public, State of New York
No. 01ES4504379
Qualified in Queens County
Certificate filed in New York County
Commission Expires August 31, 2021

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**EXHIBIT A**

cbs@agentislaw.com; idizengoff@akingump.com; apreis@akingump.com; mhurley@akingump.com; sbrauner@akingump.com; elisovicz@akingump.com; william.hao@alston.com; will.sugden@alston.com; jacob.johnson@alston.com; gspizer@anapolweiss.com; aa@andrewsthornton.com; shiggins@andrewsthornton.com; rsiko@andrewsthornton.com; eneiger@askllp.com; jchristian@askllp.com; vandermeusejl@doj.state.wi.us; dina.yunker@atg.wa.gov; daluzt@ballardspahr.com; roglenl@ballardspahr.com; DonBarrettPA@gmail.com; mbentley@bentleyandbruning.com; dwallace@bentleyandbruning.com; Klaw@bbslaw.com; bmc@ecfAlerts.com; daniel.connolly@bracewell.com; robert.burns@bracewell.com; dludman@brownconnery.com; GCicero@brownrudnick.com; DMolton@brownrudnick.com; spohl@brownrudnick.com; jgarfinkle@buchalter.com; dslate@buchalter.com; bernard.eskandari@doj.ca.gov; michelle.burkart@doj.ca.gov; timothy.lundgren@doj.ca.gov; judith.fiorentini@doj.ca.govkmaclay@capdale.com; jwehner@capdale.com; jliesemer@capdale.com; tphillips@capdale.com; bankruptcy@clm.com; jalberto@coleschotz.com; eric.gold@mass.gov; cmomjian@attorneygeneral.gov; mike@consovoymccarthy.com; cbrustowicz@clfnola.com; jdetty@clfnola.com; lrichardson@clfnola.com; donald@creadorelawfirm.com; jonc@cuneolaw.com; jonc@cuneolaw.com; Purdue.noticing@dpw.com; GWillard@dubllc.com; badams@egletlaw.com; aham@egletlaw.com; eentsminger@egletlaw.com; ggoodman@foley.com; leisenberg@foley.com; spandya@foxswibel.com; panderson@foxswibel.com; jfrank@fgllp.com; jkleinman@fgllp.com; litherlandc@gilbertlegal.com; quinnk@gilbertlegal.com; gilberts@gilbertlegal.com; kstadler@gklaw.com; mgoldstein@goodwinlaw.com; wweintraub@goodwinlaw.com; hsteel@goodwinlaw.com; benh@hbsslaw.com; purduebankruptcy@hbsslaw.com; Caleb.Holzaepfel@huschblackwell.com; marshall.turner@huschblackwell.com; CSteege@jenner.com; rlevin@jenner.com; mleventhal@jha.com; dpepe@jha.com; pjerdee@jha.com; cstanley@jha.com; gjoseph@jha.com; jkasen@kasenlaw.com; sam@kellerlenkner.com; mgold@kkwc.com; rtuchman@kkwc.com; keckstein@kramerlevin.com; rringer@kramerlevin.com; vrubinstein@loeb.com; luskin@lsellp.com; stern@lsellp.com; nowak@marcus-shapira.com; rbarnes@marcus-shapira.com; gbressler@mdmc-law.com; mmorano@mdmc-law.com; nleonard@mdmc-law.com; sdnyecf@dor.mo.gov; jyoung@forthepeople.com; juanmartinez@forthepeople.com; kmccraw@ncdoj.gov; kcordry@naag.org; nicolas.keller@dfs.ny.gov; Heather.Crockett@atg.in.gov; lara.fogel@law.njoag.gov; David.Nachman@ag.ny.gov; Kathryn.Blake@ag.ny.gov; Umair.Khan@ag.ny.gov; amathews@scag.gov; jlibet@scag.gov; Denise.Mondell@ct.gov; brett.delange@ag.idaho.gov; william.pearson@ag.iowa.gov; Jill.abrams@vermont.gov; paul.schwartzberg@usdoj.gov; Alison.Archer@ohioattorneygeneral.gov; Trish.Lazich@ohioattorneygeneral.gov; mcyganowski@otterbourg.com; jfeeney@otterbourg.com; mvaneck@attorneygeneral.gov; andrew.troop@pillsburylaw.com; andrew.alfano@pillsburylaw.com; jason.sharp@pillsburylaw.com; purduepharmateam@primeclerk.com; serviceqa@primeclerk.com; Jon.Lowne@pharma.com; mdf@rawlingsandassociates.com; clynch@reedsmith.com; cspringer@reedsmith.com; Kristine.Manoukian@srz.com; James.Bentley@srz.com; bkaswan@scott-scott.com; jscolnick@scott-scott.com; egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com; jamie.fell@stblaw.com; egraff@stblaw.com; attorney.general@alaska.gov; aginfo@azag.gov; oag@ArkansasAG.gov; bankruptcy@coag.gov; attorney.general@po.state.ct.us; Attorney.General@state.DE.US; hawaiiag@hawaii.gov; webmaster@atg.state.il.us; ConsumerInfo@ag.state.la.us; consumer.mediation@maine.gov; oag@oag.state.md.us; ago@state.ma.us; miag@michigan.gov; Attorney.General@ag.state.mn.us; attorney.general@ago.mo.gov; contactdoj@mt.gov; ago.info.help@nebraska.gov; attorneygeneral@doj.nh.gov; askconsumeraffairs@lps.state.nj.us; Louis.Testa@ag.ny.gov; jsutton2@ncdoj.gov; ndag@nd.gov; consumer.hotline@doj.state.or.us; consumerhelp@state.sd.us; reg.boards@tn.gov; paul.singer@oag.texas.gov; bk-robaldo@oag.texas.gov; public.information@oag.state.tx.us; uag@utah.gov; ago.info@vermont.gov; mailoag@oag.state.va.us; emailago@atg.wa.gov; Abby.G.Cunningham@wvago.gov; nfk@stevenslee.com; cp@stevenslee.com;

esserman@sbep-law.com; dapice@sbep-law.com; smarkowitz@tarterkrinsky.com; rcavaliere@tarterkrinsky.com; mbrownstein@tarterkrinsky.com; Marvin.Clements@ag.tn.gov; jblask@tuckerlaw.com; twaldrep@waldrepllp.com; jlyday@waldrepllp.com; jlanik@waldrepllp.com; esnyder@wilkauslander.com