ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**SEVENTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM MARCH 1, 2020 THROUGH MARCH 31, 2020**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | March 1, 2020 through March 31, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $161,822.70[2] |
| Less 20% Holdback | $32,364.54 |
| Total Reimbursement Requested | $0 |
| Total Compensation and Reimbursement Requested in this Statement | $129,458.16 |

| | |
|---|---|
| **This is a(n):**   **X** Monthly Application  ___  Interim Application ___  Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from March 1, 2020 Through March 31, 2020* (this "**Fee Statement**").[3]    By this Fee Statement, A&P seeks (i) compensation in the amount of

---

[2] This amount reflects a reduction in fees in the amount of $29,223.00 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**") and a further voluntary reduction of $3,774.30 resulting in the total compensation amount of $161,822.70 under this statement, after application of these discounts.

[3] The period from March 1, 2020, through and including March 31, 2020, is referred to herein as the "**Fee Period**."

$129,458.16 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $161,822.70) and (ii) payment of $0 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $161,822.70 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $129,458.16.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $848.53.[4]  The blended hourly billing rate of all paraprofessionals is $335.75.[5]

3.      A&P did not incur or disburse any expenses during the Fee Period.

4.      Attached hereto as **Exhibit C** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

---

[4] This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5] This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

## **Notice**

5.      A&P will provide notice of this Fee Statement in accordance with the Interim

Compensation Order. A&P submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $129,458.16, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $161,822.70) and (ii) payment of $0 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

April 28, 2020                                        Respectfully submitted,


                                        By:   /s/ Rory Greiss
                                        **ARNOLD & PORTER KAYE
                                        SCHOLER LLP**
                                        Rory Greiss
                                        250 West 55th Street
                                        New York, New York 10019
                                        rory.greiss@arnoldporter.com

                                        **-AND-**

                                        Rosa J. Evergreen
                                        601 Massachusetts Ave, NW
                                        Washington, DC 2001-3743
                                        rosa.evergreen@arnoldporter.com

                                        ***Special Counsel to the Debtors***

## **Exhibit A**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous - General Advice | 39.50 | 39,618.50 |
| ORF:EUR:Grunenthal Obligations - 2100000 | 11.80 | 11,835.40 |
| Commercial Contracts Advice | 39.80 | 36,105.02 |
| Harm Reduction Therapeutics | 6.20 | 6,218.60 |
| Project ATP | 9.00 | 6,301.48 |
| Mundipharma EDO | 1.10 | 846.18 |
| Praxis | 0.80 | 635.80 |
| Retention and Fee Applications | 58.90 | 29,000.00 |
| Project Pluto | 42.50 | 31,261.72 |
| **Total[6]** | **209.60** | **161,822.70** |

---

[6] This amount reflects a reduction in fees in the amount of $29,223.00 on account of voluntary discounts as described in the Retention Application and the further voluntary reduction of $3,774.30 for this Fee Period, resulting in a total reduction in fees in the combined amount of $32,997.30 for this Fee Period.

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Coutu, Stephanie W. | Partner | 1997 | 935.00 | 0.8 | 748.00 |
| Evergreen, Rosa J. | Partner | 2005 | 950.00 | 6.20 | 5,890.00 |
| Greiss, Rory | Partner | 1981 | 1,180.00 | 98.30 | 115,994.00 |
| Hicks, Kristin | Partner | 2008 | 870.00 | 1.2 | 1,044.00 |
| Roussanov, Aleksander | Partner | 2010 | 940.00 | 3.70 | 3,478.00 |
| Gillice, Michelle F. | Counsel | 2000 | 925.00 | 1.50 | 1,387.50 |
| Rothman, Eric | Counsel | 2008 | 905.00 | 20.60 | 18,643.00 |
| Clements, Ginger | Associate | 2016 | 700.00 | 21.80 | 15,260.00 |
| Gitterman, Abraham | Associate | 2013 | 830.00 | 0.90 | 747.00 |
| Rosato, Danielle | Associate | 2015 | 795.00 | 7.90 | 6,280.50 |
| Zausner, Ethan | Associate | 2017 | 700.00 | 22.30 | 15,610.00 |
| Boccanfuso, Anthony | Litigation Manager | 1989 | 595.00 | 0.50 | 297.50 |
| Reddix, Darrell | Legal Assistant | N/A | 395.00 | 23.90 | 9,440.50 |
| **Total** | | | | **209.60** | **194,820.00** |
| Less 15% Discount and additional voluntary discount | | | | | (32,997.30) |
| **Discounted Total** | | | | | **161,822.70** |
| Less 20% Holdback | | | | | (32,364.54) |
| **Total Amount Requested Herein** | | | | | **129,458.16** |

**Exhibit C**

**Detailed Time Records and Expenses**

# Arnold&Porter

Purdue Pharma L.P.
Philip C. Strassburger, Esq.
One Stamford Forum
Dept. VN: 1008442
Stamford, CT  06901-3431

April 24, 2020
Invoice # 30111191
EIN 53-0208605

**Client/Matter # 1049218.00001**

Miscellaneous

1000000570

| | | |
|---|---|---|
| **For Legal Services Rendered through March 31, 2020** | $ | 46,610.00 |
| Less Discount: | | -6,991.50 |
| **Fee Total** | | 39,618.50 |
| **Total Amount Due** | $ | 39,618.50 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                Arnold & Porter Kaye Scholer LLP
                            P.O. Box 759451
                            Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 24, 2020                                                          Invoice # 30111191

## (1049218.00001)
Miscellaneous

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/06/20 | 4.20 | Conference call with Purdue team to discuss letter agreement regarding laboratory product samples for OTC monograph (1.3); revise letter for distribution (2.3); further correspondence re: same (.6). |
| Rory Greiss | 03/09/20 | 1.10 | Continued work re: letter agreement regarding laboratory product samples for OTC monograph. |
| Rory Greiss | 03/10/20 | 0.80 | Review materials with E. Rothman re: confidential pricing information being requested from counter-party and whether such into part of assets previously acquired by Purdue. |
| Rory Greiss | 03/11/20 | 2.80 | Revise and redistribute letter agreement re: Laboratory Product Samples (2.2); review comments to Annex re: privacy concerns (.6). |
| Rory Greiss | 03/12/20 | 0.50 | Review GDPR comments. |
| Rory Greiss | 03/13/20 | 2.80 | Conference call with R. Kreppel, P. Strassburger re:Amendments to license agreement and M&S agreement (1.0) ; work re: T. White Consulting Agreement. (1.8). |
| Rory Greiss | 03/18/20 | 2.80 | Review comments from counterparty on letter agreement for laboratory product samples (.8); conference call with P. Strassburger, R. Kreppel, J. Davidson and P. Mathers (.8); revise letter agreement and distribute to Purdue team (1.2). |
| Rory Greiss | 03/20/20 | 2.50 | Review comments on Amendment to License Agreement sent by R. Kreppel (.5); revise amendment (1.8); distribute to Purdue team with Fifth Amendment to Manufacturing and Supply Agreement (.2). |
| Rory Greiss | 03/23/20 | 1.60 | Review revised draft of lab products samples agreement from other side (.8) and P. Mathers' comments to revised draft (.8). |
| Rory Greiss | 03/24/20 | 1.20 | Correspondence with other side re: lab product samples letter agreement. |
| Rory Greiss | 03/25/20 | 4.90 | Review, revise proposed confidentiality agreement re: consume healthcare products re: COVID 19 (2.6); conf. call with P. Mathers, J. Davidson, P. Strassburger and R. Kreppel re: Lab Product Samples Agreement (.8); revise agreement. (1.5). |
| Rory Greiss | 03/26/20 | 4.30 | Work re: Core confidentiality agreement (2.5); conference call with R. Kreppel and P. Strassburger re: potential new patent license (.8); begin draft of term sheet for license (1.0). |

Page 1

April 24, 2020                                                                   Invoice # 30111191

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/27/20 | 4.20 | Continued work on Core confidentiality agreement (1.5); continued work on draft term sheet for proposed patent license (2.0); correspondence with R. Kreppel and P. Strassburger re: same (.7). |
| Rory Greiss | 03/30/20 | 5.80 | Review Common Interest, Confidentiality and Joint Defense Agreements and Confidential Disclosure Agreement between PPLP and associated companies (2.0); conference call with R. Inz, P. Strassburger, J. Normile and E. Rothman re: same and re: drafting amendments (.5); draft amendments to JDAs (2.0); correspondence with Purdue team re: revisions to draft amendments (1.3). |

**Total Hours**                        **39.50**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 39.50 | 1,180.00 | 46,610.00 |
| TOTAL | 39.50 | | 46,610.00 |

**Total Current Amount Due**                                    $39,618.50

# Arnold&Porter

Purdue Pharma L.P.
Attn: Philip C Strassburger
Vice President & General Counsel
One Stamford Forum
Stamford, CT  06901-3431

April 24, 2020
Invoice # 30111197
EIN 53-0208605

Client/Matter # 1049218.00067

ORF:EUR:Grunenthal Obligations - 2100000

21000008537

| | | |
|---|---|---|
| For Legal Services Rendered through March 31, 2020 | $ | 13,924.00 |
| Discount: | | -2,088.60 |
| Fee Total | | 11,835.40 |
| Total Amount Due | $ | 11,835.40 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                 Arnold & Porter Kaye Scholer LLP
                             P.O. Box 759451
                             Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

April 24, 2020                                                                Invoice # 30111197

**(1049218.00067)**
ORF:EUR:Grunenthal Obligations - 2100000

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/09/20 | 1.10 | Follow-up on draft 15th Amendment. |
| Rory Greiss | 03/13/20 | 1.30 | Conference call with P. Strassburger, R. Kreppel re: 15th Amendment and preparation of Amendment for ROW Agreement. |
| Rory Greiss | 03/16/20 | 4.80 | Review ROW Patent License (1.5); review comments to 15th Amendment (.5); conference call with P. Strassburger and R. Kreppel re: 15th Amendment and ROW agreement (.9); revise 15th amendment (.6); draft Fourth Amendment to ROW agreement (1.3). |
| Rory Greiss | 03/18/20 | 0.50 | Continued work re: amendments to US and ROW patent licenses including correspondence re: open points with P. Strassburger and R. Kreppel. |
| Rory Greiss | 03/24/20 | 1.20 | Correspondence re: draft amendments to patent license agreements for US and ROW. |
| Rory Greiss | 03/25/20 | 2.40 | Review of draft amendments to Patent Licenses with R. Kreppel (.8); revisions to amendment for ROW license (.8) and conf. call with DPW and Purdue team (.8). |
| Rory Greiss | 03/30/20 | 0.50 | Correspondence with R. Kreppel re: 15th Amendment draft. |
| **Total Hours** | | **11.80** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 11.80 | 1,180.00 | 13,924.00 |
| **TOTAL** | **11.80** | | **13,924.00** |

**Total Current Amount Due**                                          **$11,835.40**

Page 1

# Arnold&Porter

Purdue Pharma L.P.                                                April 24, 2020
Attn: Maria Barton                                       Invoice # 30111198
General Counsel                                             EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00117

Commercial Contracts Advice

20170001233


| | | |
|---|---|---|
| For Legal Services Rendered through March 31, 2020 | $ | 42,476.50 |
| Discount: | | -6,371.48 |
| Fee Total | | 36,105.02 |
| Total Amount Due | $ | 36,105.02 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                        Arnold & Porter Kaye Scholer LLP
                                     P.O. Box 759451
                                     Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

April 24, 2020                                                                Invoice # 30111198

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/03/20 | 0.80 | Review amendments to LTS Lohmann License Agreement and manufacturing agreement sent by R. Kreppel. |
| Rory Greiss | 03/04/20 | 1.80 | Conference call with RK and PS re: amendments to License Agreement and Manufacturing & Supply Agreement (1.0); review additional amendments (.8). |
| Rory Greiss | 03/05/20 | 3.10 | Complete drafts of amendments to License agreement and Manufacturing and Supply Agreement (2.9); send to R. Kreppel and P. Strassburger for review (.2). |
| Eric Rothman | 03/10/20 | 1.60 | Review AbbVie Dilauded APA (1.1); draft email to client re information access rights (.5). |
| Aleksander Roussanov | 03/11/20 | 3.70 | Review (1.2) and propose revisions (2.5) to Data Privacy Addendum to an agreement with International SOS Assistance. |
| Eric Rothman | 03/12/20 | 0.80 | Correspondence with client related to vendor data privacy matters. |
| Eric Rothman | 03/15/20 | 1.10 | Correspondence with client related to Authorized Distributor Agreement form. |
| Rory Greiss | 03/16/20 | 1.80 | Review Buprenorphine License regarding possible right to licensee in case of proposed transfer of NDA (1.8). |
| Eric Rothman | 03/16/20 | 2.40 | Review, revise Authorized Distributor Agreement form. |
| Rory Greiss | 03/17/20 | 4.50 | Review R. Kreppel comments to revised drafts of amendment to license agreement and amendment to manufacturing agreement (1.5); conference call with R. Kreppel and P. Strassburger re: amendments to license and manufacturing agreement and re: G patent license agreement amendments (1.0); begin to revise amendments to license agreement and amendment to manufacturing agreement (2.0). |
| Abraham Gitterman | 03/17/20 | 0.90 | Edit, revise distributor agreement. |
| Kristin Hicks | 03/17/20 | 1.20 | Review ADR template agreement. |
| Rory Greiss | 03/18/20 | 1.80 | Continued revision of amendments to license agreement and manufacturing agreement (1.6); distribute revised drafts re same to Purdue team (.2). |
| Eric Rothman | 03/18/20 | 1.60 | Review, revise Authorized Distributor Agreement form. |

April 24, 2020                                                                    Invoice # 30111198

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/19/20 | 3.50 | Review R. Whitten comments to T. White Consultant Service Agreement (.8); revise agreement and circulate to P team (2.0); correspondence with R. Whitten and others regarding finalizing and execution of CSA (.7). |
| Michelle F. Gillice | 03/19/20 | 0.80 | Review, revise draft wholesaler agreement. |
| Eric Rothman | 03/20/20 | 1.70 | Review, revise Authorized Distributor Agreement form. |
| Michelle F. Gillice | 03/20/20 | 0.70 | Analyze, revise draft wholesaler agreement (.5); correspondence with E. Rothman re: same. (.2) |
| Rory Greiss | 03/23/20 | 1.30 | Review, revise Work Order form for T. White LLC Consulting Agreement (1.0); correspondence with Purdue team re: same (.3). |
| Rory Greiss | 03/24/20 | 1.10 | Correspondence with Purdue team re: Butrans agreement draft amendments. |
| Rory Greiss | 03/25/20 | 2.50 | Continued work re: amendment for Butrans agreements including review of amendments (1.0); discussion with Purdue team (1.0) and conf. call with DPW and Purdue team re: provisions and strategy (.5). |
| Rory Greiss | 03/27/20 | 1.10 | Finalize execution draft of Avrio CDA. |
| **Total Hours** | | **39.80** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 23.30 | 1,180.00 | 27,494.00 |
| Kristin Hicks | 1.20 | 870.00 | 1,044.00 |
| Eric Rothman | 9.20 | 905.00 | 8,326.00 |
| Aleksander Roussanov | 3.70 | 940.00 | 3,478.00 |
| Michelle F. Gillice | 1.50 | 925.00 | 1,387.50 |
| Abraham Gitterman | 0.90 | 830.00 | 747.00 |
| **TOTAL** | **39.80** | | **42,476.50** |

**Total Current Amount Due**                                                    $36,105.02

# Arnold&Porter

Purdue Pharma L.P.                                          April 24, 2020
Attn: Maria Barton                                   Invoice # 30111199
General Counsel                                         EIN 53-0208605
One Stamford Forum
Dept. VN:  1008442
Stamford, CT  06901-3431


Client/Matter # 1049218.00128

Harm Reduction Therapeutics

20180001766


| | | |
|---|---|---|
| **For Legal Services Rendered through March 31, 2020** | $ | 7,316.00 |
| Discount: | | -1,097.40 |
| **Fee Total** | | 6,218.60 |
| **Total Amount Due** | $ | 6,218.60 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                  Arnold & Porter Kaye Scholer LLP
                              P.O. Box 759451
                              Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

April 24, 2020

Invoice # 30111199

**(1049218.00128)**
**Harm Reduction Therapeutics**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/05/20 | 0.50 | Teleconference with P. Strassburger re: potential supply agreement for Naloxone between Rhodes and HRT. |
| Rory Greiss | 03/06/20 | 1.50 | Draft term sheet for Supply Agreement. |
| Rory Greiss | 03/31/20 | 4.20 | Revise Funding Agreement (3.0) and correspondence with R. Inz re: same (1.2). |
| **Total Hours** | | **6.20** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 6.20 | 1,180.00 | 7,316.00 |
| **TOTAL** | **6.20** | | **7,316.00** |

**Total Current Amount Due** $6,218.60

Page 1

# Arnold&Porter

Purdue Pharma L.P.                                          April 24, 2020
Attn: Phillip C. Strassburger                       Invoice # 30111200
Vice President & General Counsel                      EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00135

Project ATP

20190002247


| | | |
|---|---|---|
| For Legal Services Rendered through March 31, 2020 | $ | 7,413.50 |
| Discount: | | -1,112.02 |
| Fee Total | | 6,301.48 |
| Total Amount Due | $ | 6,301.48 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                Arnold & Porter Kaye Scholer LLP
                           P.O. Box 759451
                           Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 24, 2020                                                                                      Invoice # 30111200

**(1049218.00135)**
Project ATP

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Danielle Rosato | 03/02/20 | 4.00 | Prepared Summary of Key Terms and Timeline. |
| Rory Greiss | 03/03/20 | 0.50 | Office conference D. Rosato re: summary of terms and timeline for transaction. |
| Danielle Rosato | 03/03/20 | 3.90 | Prepared Summary of Key Terms and Timeline. |
| Eric Rothman | 03/03/20 | 0.60 | Correspondence with Purdue team relating to Project ATP. |

**Total Hours**                      **9.00**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 0.50 | 1,180.00 | 590.00 |
| Eric Rothman | 0.60 | 905.00 | 543.00 |
| Danielle Rosato | 7.90 | 795.00 | 6,280.50 |
| **TOTAL** | **9.00** | | **7,413.50** |

**Total Current Amount Due**                                                          **$6,301.48**

# Arnold&Porter

Purdue Pharma L.P.                                              April 24, 2020
Attn: Roxana Aleali                                      Invoice # 30111201
Associate General Counsel                                   EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431

Client/Matter # 1049218.00143

Mundipharma EDO

20190002456

| | | |
|---|---|---|
| For Legal Services Rendered through March 31, 2020 | $ | 995.50 |
| Discount: | | -149.32 |
| Fee Total | | 846.18 |
| Total Amount Due | $ | 846.18 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                          Arnold & Porter Kaye Scholer LLP
                                      P.O. Box 759451
                                      Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 24, 2020                                                                                    Invoice # 30111201

**(1049218.00143)**
Mundipharma EDO

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 03/30/20 | 1.10 | Review of documents re common interest agreement (.7); teleconference with client re: same. |

**Total Hours**                              **1.10**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 1.10 | 905.00 | 995.50 |
| **TOTAL** | **1.10** | | **995.50** |

**Total Current Amount Due**                                                          **$846.18**

# Arnold&Porter

Purdue Pharma L.P.
Attn: Roxana Aleali
Associate General Counsel
One Stamford Forum
Stamford, CT  06901-3431

April 24, 2020
Invoice # 30111202
EIN 53-0208605

Client/Matter # 1049218.00146

Praxis

20190002672

| | | |
|---|---|---|
| For Legal Services Rendered through March 31, 2020 | $ | 748.00 |
| Discount: | | -112.20 |
| Fee Total | | 635.80 |
| Total Amount Due | $ | 635.80 |

Wire Transfer Instructions:

|  | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 24, 2020

Invoice # 30111202

**(1049218.00146)**
Praxis

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Stephanie W. Coutu | 03/20/20 | 0.80 | Review, revise Series C documents. |

**Total Hours**       **0.80**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Stephanie W. Coutu | 0.80 | 935.00 | 748.00 |
| TOTAL | 0.80 | | 748.00 |

**Total Current Amount Due**       $635.80

# Arnold&Porter

Purdue Pharma L.P.                                                                April 24, 2020
Attn: Philip Strassburger                                                    Invoice # 30111203
Vice President and General Counsel                                       EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431

Client/Matter # 1049218.00148

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through March 31, 2020** | $ | 38,558.00 |
| Discount: | | -9,558.00 |
| **Fee Total** | | 29,000.00 |
| **Total Amount Due** | $ | 29,000.00 |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                       P.O. Box 759451
                                       Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

April 24, 2020                                                                                    Invoice # 30111203

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ginger Clements | 03/02/20 | 5.70 | Draft interim fee application (3.8); telephone conference with R. Evergreen re same (.7); correspond with same re same (.3); revise same (.9). |
| Rosa J. Evergreen | 03/02/20 | 0.80 | Review draft first interim fee application (.1); communicate with G. Clements on same (.7). |
| Darrell B. Reddix | 03/02/20 | 0.20 | Prepare exhibit materials for attorney review in preparation for drafting Interim Fee Application. |
| Rory Greiss | 03/03/20 | 0.80 | Review first interim fee application (.2); correspond re protocol for same with R. Evergreen and G. Clements (.6). |
| Ginger Clements | 03/03/20 | 1.10 | Review, analyze interim fee application (.2); telephone conference with R. Greiss, R. Evergreen re same (.9). |
| Rosa J. Evergreen | 03/03/20 | 1.00 | Communicate with R. Greiss and G. Clements on fee application (.9); communicate with D. Reddix re charts for same (.1). |
| Rory Greiss | 03/04/20 | 0.50 | Correspondence with G. Clements, B. Buchholtz and R. Evergreen re: first interim fee application. |
| Ginger Clements | 03/04/20 | 3.40 | Revise interim fee application (2.2); correspond with D. Reddix, R. Evergreen re same (.2); telephone conference with R. Evergreen re same (.4); review, analyze materials re same (.6). |
| Rosa J. Evergreen | 03/04/20 | 0.40 | Confer with G. Clements re fee application. |
| Ginger Clements | 03/05/20 | 1.10 | Revise interim fee application (.8); telephone conference with D. Reddix re same (.2); correspond with same re same (.1). |
| Darrell B. Reddix | 03/05/20 | 1.30 | Legal Assistant Services for R. Evergreen: Call with G. Clements to discuss interim Fee Application; analyze and organize data for use in preparing Interim Fee Application. |
| Ginger Clements | 03/06/20 | 0.20 | Telephone conference with D. Reddix re interim fee application (.1); correspond with same re same (.1). |
| Darrell B. Reddix | 03/06/20 | 4.20 | Legal Assistant Services for R. Evergreen: Call with G. Clements to discuss interim Fee Application; analyze and organize data for use in preparing Interim Fee Application. |
| Ginger Clements | 03/08/20 | 0.30 | Correspond with R. Evergreen re proposed order for interim fee application (.2); review, analyze precedent re same (.1). |
| Rosa J. Evergreen | 03/08/20 | 0.20 | Communicate with G. Clements re Fee Application. |
| Ginger Clements | 03/09/20 | 1.20 | Review, revise interim fee application (1.0); correspond with D. Reddix, R. Evergreen re same (.2). |
| Rosa J. Evergreen | 03/09/20 | 0.50 | Follow-up communications with G. Clements re fee application (.3); review, analyze February statement (.2). |

Page 1

April 24, 2020

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/10/20 | 0.50 | Continued work in connection with interim fee application (.3); correspondence with C. MacDonald re same (.2). |
| Darrell B. Reddix | 03/10/20 | 2.30 | Correspond with G. Clements re interim Fee Application (.3); prepare Interim Fee Application (2.0). |
| Rory Greiss | 03/11/20 | 1.20 | Correspondence with Purdue, R. Evergreen and G. Clements re Interim Fee Application. |
| Ginger Clements | 03/11/20 | 1.50 | Review, analyze interim fee statement (.7); telephone conference with D. Reddix re same (.4); revise same (.4). |
| Rosa J. Evergreen | 03/11/20 | 0.60 | Correspond with R. Greiss and G. Clements re fee application (.5); follow-up with Davis Polk re filings (.1). |
| Darrell B. Reddix | 03/11/20 | 2.50 | Teleconference with G. Clements to discuss interim Fee Application (.4); prepare Interim Fee Application (2.1). |
| Rory Greiss | 03/12/20 | 1.10 | Review, revise Interim Fee Application. |
| Ginger Clements | 03/12/20 | 2.30 | Revise interim fee application (1.9); correspond with R. Greiss, R. Evergreen re same (.2); telephone conference with D. Reddix re same (.2). |
| Rosa J. Evergreen | 03/12/20 | 0.70 | Review, revise Interim Fee Application. |
| Darrell B. Reddix | 03/12/20 | 1.50 | Prepare Interim Fee Application for filing. |
| Rosa J. Evergreen | 03/13/20 | 0.20 | Review, analyze interim fee application. |
| Rory Greiss | 03/16/20 | 1.20 | Finalize February fee statement exhibits (.9); correspondence with US Trustee's office re inquiry re same (.3.). |
| Rosa J. Evergreen | 03/16/20 | 0.20 | Review final version of fee application (.1); analyze UST inquiry re same (.1). |
| Darrell B. Reddix | 03/16/20 | 1.20 | Prepare Final Interim Fee Application for filing (1.0); serve same (.2). |
| Rosa J. Evergreen | 03/18/20 | 0.40 | Review February fee statement. |
| Darrell B. Reddix | 03/18/20 | 2.70 | Draft sixth monthly fee statement, including exhibits. |
| Ginger Clements | 03/19/20 | 0.40 | Correspond with A&P team re fee statement (.2); review invoices (.2). |
| Rosa J. Evergreen | 03/19/20 | 0.30 | Correspond with A&P team re fee statement. |
| Rory Greiss | 03/20/20 | 1.20 | Work in connection with finalizing February invoices. |
| Ginger Clements | 03/20/20 | 0.60 | Telephone conference with D. Reddix re invoice review (.3); review, analyze invoices (.3). |
| Rosa J. Evergreen | 03/20/20 | 0.20 | Correspond with A&P team re fee statement. |
| Darrell B. Reddix | 03/20/20 | 1.40 | Teleconference with G. Clements re: invoice review (.3); draft sixth monthly fee statement, including exhibits (1.1). |
| Darrell B. Reddix | 03/23/20 | 2.10 | Draft sixth monthly fee statement, including exhibits. |

April 24, 2020                                                                                    Invoice # 30111203

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Ginger Clements | 03/24/20 | 2.50 | Review analyze invoices (1.8); telephone conference with D. Reddix re same (.2); telephone conference with R. Evergreen re same (.3); correspond with D. Reddix re same (.2). |
| Rosa J. Evergreen | 03/24/20 | 0.20 | Communicate with G. Clements re February fee statements. |
| Darrell B. Reddix | 03/24/20 | 0.70 | Teleconference with G. Clements regarding invoice review (.2); draft sixth monthly fee statement, including exhibits (.5). |
| Ginger Clements | 03/25/20 | 1.00 | Telephone conference with D. Reddix re invoice review (.5); correspond with R. Evergreen re same (.2); telephone conference with D. Reddix re same (.3). |
| Darrell B. Reddix | 03/25/20 | 2.90 | Teleconference with G. Clements regarding invoice review (.6); draft sixth monthly fee statement, including exhibits (2.3). |
| Ginger Clements | 03/26/20 | 0.20 | Correspond with D. Reddix re invoice review. |
| Rosa J. Evergreen | 03/26/20 | 0.20 | Correspondence with A&P team re fee statement. |
| Darrell B. Reddix | 03/27/20 | 0.30 | Draft sixth monthly fee statement, including exhibits. |
| Ginger Clements | 03/30/20 | 0.30 | Review, analyze monthly fee statement. |
| Rosa J. Evergreen | 03/30/20 | 0.30 | Review, analyze monthly fee statement. |
| Darrell B. Reddix | 03/30/20 | 0.60 | Draft sixth monthly fee statement, including exhibits (.4); prepare same for filing (.2). |
| Anthony D. Boccanfuso | 03/30/20 | 0.50 | Correspondence with A&P team regarding application filing. |

**Total Hours**                              **58.90**

## Legal Services-Attorney Summary

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 6.20 | 950.00 | 5,890.00 |
| Rory Greiss | 6.50 | 1,180.00 | 7,670.00 |
| Ginger Clements | 21.80 | 700.00 | 15,260.00 |
| Anthony D. Boccanfuso | 0.50 | 595.00 | 297.50 |
| Darrell B. Reddix | 23.90 | 395.00 | 9,440.50 |
| **TOTAL** | **58.90** | | **38,558.00** |

**Total Current Amount Due**                                              **$29,000.00**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Phillip C. Strassburger**
**Vice President & General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

April 24, 2020
Invoice # 30111204
EIN 53-0208605

Client/Matter # 1049218.00149

Project Pluto

20200002767

| | | |
|---|---|---|
| **For Legal Services Rendered through March 31, 2020** | $ | 36,778.50 |
| Discount: | | -5,516.78 |
| **Fee Total** | | 31,261.72 |
| **Total Amount Due** | $ | 31,261.72 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

**(1049218.00149)**
Project Pluto

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/02/20 | 2.50 | Office conference with E. Rothman re: precedents to use for option and license agreement (.4); review materials re same (1.6); office conference E. Rothman and E. Zausner re: preparing draft (.5). |
| Eric Rothman | 03/02/20 | 2.10 | Review, revise License Agreement draft (1.1); meeting with R. Greiss re same (.4); meeting with same, E. Zausner re same (.5). |
| Ethan Zausner | 03/02/20 | 1.00 | Initial meeting with R. Greiss and E. Rothman to discuss transaction (.5); review, revise license and option agreement (.5). |
| Ethan Zausner | 03/03/20 | 6.10 | Draft option and license agreement. |
| Rory Greiss | 03/04/20 | 1.20 | Continued work re: license agreement. |
| Ethan Zausner | 03/04/20 | 7.80 | Worked on draft of option and license agreement |
| Rory Greiss | 03/05/20 | 3.50 | Review draft license agreement drafted by E. Zausner (2.6); office conference E. Rothman re: certain provisions (.3); meet with E. Zausner, E. Rothman re: comments to draft (.6). |
| Eric Rothman | 03/05/20 | 2.80 | Draft License Agreement draft (1.9); meeting with R. Greiss re same (.3); meeting with R. Greiss, E. Zausner re same (.6). |
| Ethan Zausner | 03/05/20 | 3.50 | Meeting with R. Greiss and E. Rothman to discuss comments to draft (.6); update draft of license and option agreement (2.9). |
| Rory Greiss | 03/06/20 | 1.80 | Review revisions to draft license agreement (1.2); office conference re final comments with E. Zausner with E. Rothman (.6). |
| Eric Rothman | 03/06/20 | 2.40 | Draft License Agreement (1.8); meeting with R. Greiss, E. Zausner re finalizing same (.6). |
| Ethan Zausner | 03/06/20 | 2.10 | Meeting with R. Greiss, E. Rothman to discuss comments to draft (.6); finalized draft of license and option agreement (1.5). |
| Rory Greiss | 03/13/20 | 1.50 | Conference call with J. Doyle, R. Aleali, E. Zausner and E. Rothman re: license agreement; review revisions. |
| Eric Rothman | 03/13/20 | 2.40 | Teleconference with client and A&P team re License Agreement draft (.6); finalize License Agreement (1.8). |

April 24, 2020                                                    Invoice # 30111204

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Ethan Zausner | 03/13/20 | 1.80 | Teleconference with A&P team, Rhodes and Purdue to discuss agreement (.6); updates to draft agreement and related communications (1.2). |

**Total Hours**            42.50

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 10.50 | 1,180.00 | 12,390.00 |
| Eric Rothman | 9.70 | 905.00 | 8,778.50 |
| Ethan Zausner | 22.30 | 700.00 | 15,610.00 |
| **TOTAL** | **42.50** | | **36,778.50** |

**Total Current Amount Due**                              **$31,261.72**