Thomas D. Bielli, Esquire
Bielli & Klauder, LLC
1500 Walnut Street, Suite 900
Philadelphia, PA 19103
Telephone: (215) 642-8271
Facsimile: (215) 754-4177

*Proposed Counsel for Fee Examiner
David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for Fee Examiner David M. Klauder, Esquire (the "Fee Examiner") in the case of the above-captioned debtors and debtors-in-possession (the "Debtors"). The Fee Examiner demands, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342, and 1109(b) of title 11 of the United States Code, (i) that all notices given or required to be given in these cases and all papers served or required to be served in this case be given to and served upon the undersigned attorney, at the address set forth below and (ii) that the undersigned

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

attorney be added to the mailing matrix on file with the Clerk of Bankruptcy Court and any claims and noticing agent as set forth below:

**BIELLI & KLAUDER, LLC**
Thomas D. Bielli, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19103
Telephone: (215) 642-8271
Facsimile: (215) 754-4177
Emails: tbielli@bk-legal.com

**PLEASE TAKE FURTHER NOTICE** that the forgoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise which is filed or made with regard to these cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service Papers and any later appearance, pleading, claim or suit shall not be deemed to be a waiver of rights of the Fee Examiner (1) to have final orders in non-core matters enter only after de novo review by the United States District Court Judge (2) to trial by jury in any proceeding so triable in these cases or any cases, controversy, or proceeding related to these cases, (3) to ask the United States District Court to withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to ask the United State District Court to issue final orders or judgments if it is determined by the Court, absent consent of parties, cannot enter final order or judgments consistent with Article III of the Unites States Constitution or (5) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Civil

Procedure 4, or to any other rights, claims, actions, defenses, setoffs, or recoupments, under agreements, in law equity or otherwise.

| | |
|---|---|
| Dated: April 29, 2020<br>Philadelphia, PA | **BIELLI & KLAUDER, LLC**<br><br>*/s/ Thomas D. Bielli*<br>Thomas D. Bielli, Esquire<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102<br>Phone: (215) 642-8271<br>Fax: (215) 754-4177<br>tbielli@bk-legal.com<br><br>*Proposed Counsel to Fee Examiner*<br>*David M. Klauder, Esquire* |