## **CERTIFICATE OF SERVICE**

I, Thomas D. Bielli, hereby certify that on April 29, 2020, a copy of the forgoing *Motion for Admission to Practice, Pro Hac Vice* was filed and served through ECF notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing system.

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire