## **CERTIFICATE OF SERVICE**

      I, Nicholas F. Kajon, hereby certify that on April 29, 2020, I caused true and correct copies of the foregoing document to be served (i) by Court's Case Management Electronic Case File (CM/ECF) System to all parties who are deemed to have consented to electronic service; (ii) by email upon the parties who provided email addresses set forth in the attached Master Service List maintained by the Debtors in respect of these chapter 11 cases; and (iii) by email upon the chambers of the Honorable Judge Robert D. Drain (rdd.Chambers@nysb.uscourts.gov) and the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

      */s/ Nicholas F. Kajon*
      Nicholas F. Kajon