**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF FOURTH MONTHLY FEE STATEMENT OF**
**JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT**
**BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
<u>**FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**</u>

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | February 1, 2020 through February 29, 2020 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $8,952.69 |

This is a(n):   monthly <u>x</u>   interim <u>   </u>   final application <u>   </u>

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**FOURTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
**February 1, 2020 through February 29, 2020**

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 4.0 |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 47.0 |
| 4 | Debtor Communication | 20.0 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence | 387.0 |
| 10 | Business Plan | - |
| 11 | Case Strategy | 6.5 |
| **Total** | | **464.5** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-head/Managing Director, Debt Advisory & Restructuring | 51.0 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 25.0 |
| Jaspinder Kanwal | Vice President, Debt Advisory & Restructuring | 40.5 |
| Patrick Topper | Vice President, Debt Advisory & Restructuring | 63.0 |
| Benjamin Troester | Analyst, Debt Advisory & Restructuring | 81.5 |
| Kevin Chen | Analyst, Debt Advisory & Restructuring | 88.0 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 42.5 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 27.5 |
| William Maselli | Associate, Global Healthcare Investment Banking | 15.0 |
| Connor Hattersley | Analyst, Global Healthcare Investment Banking | 30.5 |
| **Total** | | **464.5** |

**FOURTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**February 1, 2020 through February 29, 2020**

| Category | February 2020 |
|---|---|
| Meals | $255.94 |
| Transportation | 164.54 |
| Travel | - |
| Presentation Services | - |
| Printing Services | 1,309.21 |
| Legal | 7,203.00 |
| Hotels & Accommodations | - |
| General | 20.00 |
| **Total Expenses** | **$8,952.69** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**FOURTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from February 1, 2020 through February 29, 2020 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $8,952.69. In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This

matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2.      On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary

petition with this Court for relief under chapter 11 of title 11 of the United States Code (the

"Bankruptcy Code").

3.      On September 26, 2019, the United States Trustee for the Southern District of New

York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code

[Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment

banker.

4.      On November 5, 2019, the Committee filed an application to employ and retain

Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc

pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement

letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019

[Docket No. 425] (the "Retention Application").[2] A copy of the Engagement Letter was annexed

to the Retention Application as Exhibit B.

5.      On November 21, 2019, the Court entered the order granting the Retention

Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the

Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the
        Retention Application.

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6.        On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases.  The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement").  Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline").  At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7.        By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from February 1, 2020 through February 29, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $8,952.69.

3

8.      All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee.  Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order.  Such time records are attached hereto as Exhibit A.

9.      The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters.  Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

**Actual and Necessary Expenses**

10.      Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order.  As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $8,952.69, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from February 1, 2020 through February 29, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $8,952.69.

Dated:  April 29, 2020          Respectfully submitted,
      New York, New York

                                    */s/ Leon Szlezinger*
                                    Leon Szlezinger
                                    Managing Director and Joint Global Head of
                                    Debt Advisory & Restructuring
                                    JEFFERIES LLC

**Exhibit A**

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| **February 1, 2020 - February 29, 2020 Hours for Case Administration / General** | | | **4.0** | |
| 02/06/20 | Patrick Topper | *Internal Workstream Discussion* | 0.5 | 1 |
| 02/06/20 | Benjamin Troester | *Internal Workstream Discussion* | 0.5 | 1 |
| 02/06/20 | Kevin Chen | *Internal Workstream Discussion* | 0.5 | 1 |
| 02/11/20 | Patrick Topper | *Prepare Wire Instructions for Debtor* | 0.5 | 1 |
| 02/11/20 | Benjamin Troester | *Administrative Tasks re: Compensation* | 0.5 | 1 |
| 02/11/20 | Kevin Chen | *Prepare Wire Instructions for Debtor* | 0.5 | 1 |
| 02/24/20 | Kevin Chen | *Prepare summary Fee Application bullets for Baker Botts* | 1.0 | 1 |
| | | | | |
| **February 1, 2020 - February 29, 2020 Hours for Creditor Communication** | | | **47.0** | |
| 02/02/20 | Jaspinder Kanwal | *Review PPLP & IAC Diligence Trackers* | 1.0 | 3 |
| 02/03/20 | Leon Szlezinger | *Prepare for UCC Weekly Update Call* | 0.5 | 3 |
| 02/03/20 | Leon Szlezinger | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/03/20 | Robert White | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/03/20 | Jaspinder Kanwal | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/03/20 | Patrick Topper | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/03/20 | Benjamin Troester | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/03/20 | Kevin Chen | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/03/20 | Kevin Sheridan | *Prepare for UCC Weekly Update Call* | 0.5 | 3 |
| 02/03/20 | Kevin Sheridan | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/06/20 | Leon Szlezinger | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/06/20 | Jaspinder Kanwal | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/06/20 | Patrick Topper | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/06/20 | Benjamin Troester | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/06/20 | Kevin Chen | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/06/20 | Kevin Sheridan | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/06/20 | James Wiltshire | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/13/20 | Leon Szlezinger | *Prepare for UCC Weekly Update Call* | 0.5 | 3 |
| 02/13/20 | Leon Szlezinger | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/13/20 | Robert White | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/13/20 | Patrick Topper | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/13/20 | Patrick Topper | *Draft and Prepare Outline for SOTP Presentation to UCC* | 1.5 | 3 |
| 02/13/20 | Benjamin Troester | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/13/20 | Kevin Chen | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/13/20 | Kevin Sheridan | *Prepare for UCC Weekly Update Call* | 0.5 | 3 |
| 02/13/20 | Kevin Sheridan | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/13/20 | James Wiltshire | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/15/20 | Leon Szlezinger | *Review Outline for PHI Presentation to UCC* | 0.5 | 3 |
| 02/18/20 | Leon Szlezinger | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/18/20 | Robert White | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/18/20 | Jaspinder Kanwal | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/18/20 | Patrick Topper | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/18/20 | Benjamin Troester | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/18/20 | Kevin Chen | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/18/20 | Kevin Sheridan | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/20/20 | Leon Szlezinger | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/20/20 | Jaspinder Kanwal | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/20/20 | Patrick Topper | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/20/20 | Benjamin Troester | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/20/20 | Kevin Chen | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/20/20 | Kevin Sheridan | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/24/20 | Leon Szlezinger | *Prepare for UCC Weekly Update Call* | 0.5 | 3 |
| 02/24/20 | Leon Szlezinger | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/24/20 | Robert White | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/24/20 | Jaspinder Kanwal | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/24/20 | Patrick Topper | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/24/20 | Benjamin Troester | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/24/20 | Kevin Chen | *UCC Weekly Update Call* | 1.0 | 3 |
| 02/24/20 | Kevin Sheridan | *Prepare for UCC Weekly Update Call* | 0.5 | 3 |
| 02/24/20 | Kevin Sheridan | *UCC Weekly Update Call* | 1.0 | 3 |
| | | | | |
| **February 1, 2020 - February 29, 2020 Hours for Debtor Communication** | | | **20.0** | |
| 02/10/20 | Leon Szlezinger | *Meeting with Debtors re: Updated Business Plan* | 4.0 | 4 |
| 02/10/20 | Patrick Topper | *Meeting with Debtors re: Updated Business Plan* | 4.0 | 4 |
| 02/10/20 | Benjamin Troester | *Dial-in to Meeting with Debtors re: Updated Business Plan* | 4.0 | 4 |
| 02/10/20 | Kevin Chen | *Meeting with Debtors re: Updated Business Plan* | 4.0 | 4 |
| 02/10/20 | Kevin Sheridan | *Meeting with Debtors re: Updated Business Plan* | 4.0 | 4 |
| | | | | |
| **February 1, 2020 - February 29, 2020 Hours for Due Diligence** | | | **387.0** | |
| 02/02/20 | Benjamin Troester | *Review PHI Third Party Development Agreement and Related Materials* | 2.0 | 9 |
| 02/02/20 | Connor Hattersley | *Prepare OTC and Adhansia Financial Analysis* | 3.0 | 9 |
| 02/03/20 | Kevin Chen | *Prepare IAC Entity Classification Analysis* | 2.5 | 9 |
| 02/04/20 | Leon Szlezinger | *Review EY VDD report databook and Diligence responses* | 1.5 | 9 |
| 02/04/20 | Patrick Topper | *Travel Coordination call re: Singapore / Dubai IAC LAM Diligence Trip* | 0.5 | 9 |
| 02/04/20 | Patrick Topper | *Review IAC Entity Classification* | 1.0 | 9 |
| 02/04/20 | Benjamin Troester | *Review Debtors' Materials on the PHI* | 2.5 | 9 |
| 02/04/20 | Benjamin Troester | *Draft Committee Materials on the PHI* | 2.0 | 9 |
| 02/04/20 | Kevin Chen | *Prepare IAC Financial Analysis* | 1.5 | 9 |

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 02/04/20 | Kevin Chen | *Travel Coordination call re: Singapore / Dubai IAC LAM Diligence Trip* | 0.5 | 9 |
| 02/04/20 | Kevin Chen | *Prepare PHI Financial Analysis* | 4.0 | 9 |
| 02/04/20 | James Wiltshire | *Review PPLP Data Room* | 0.5 | 9 |
| 02/04/20 | Connor Hattersley | *Prepare PHI Financial Analysis* | 3.0 | 9 |
| 02/04/20 | Connor Hattersley | *Royalty Transactions Research* | 2.0 | 9 |
| 02/05/20 | Leon Szlezinger | *Review IAC Entity Classification* | 1.0 | 9 |
| 02/05/20 | Jaspinder Kanwal | *Review IAC Entity Classification* | 1.0 | 9 |
| 02/05/20 | Patrick Topper | *Review IAC Financial Analysis* | 1.0 | 9 |
| 02/05/20 | Benjamin Troester | *Review Updated Business Plan Presentation* | 2.0 | 9 |
| 02/05/20 | Kevin Chen | *Review PPLP Data Room* | 0.5 | 9 |
| 02/05/20 | Kevin Chen | *Prepare IAC Financial Analysis* | 2.0 | 9 |
| 02/05/20 | Kevin Chen | *Prepare Purdue and IAC Royalty Spread* | 1.5 | 9 |
| 02/05/20 | Kevin Chen | *Prepare PHI Financial Analysis* | 3.0 | 9 |
| 02/05/20 | Kevin Sheridan | *Review Research on Royalty Transactions* | 0.5 | 9 |
| 02/05/20 | James Wiltshire | *Royalty Transactions Research* | 1.0 | 9 |
| 02/05/20 | William Maselli | *Royalty Transactions Research* | 1.0 | 9 |
| 02/05/20 | Connor Hattersley | *Royalty Transactions Research* | 2.0 | 9 |
| 02/06/20 | Leon Szlezinger | *Call with PPLP Commercial Team re: PHI Third Party Development Agreement* | 1.0 | 9 |
| 02/06/20 | Leon Szlezinger | *Review Notes from PHI Call with PPLP Commercial Team* | 0.5 | 9 |
| 02/06/20 | Leon Szlezinger | *Review PHI Financial Analysis* | 0.5 | 9 |
| 02/06/20 | Robert White | *Call with PPLP Commercial Team re: PHI Third Party Development Agreement* | 1.0 | 9 |
| 02/06/20 | Jaspinder Kanwal | *Call with PPLP Commercial Team re: PHI Third Party Development Agreement* | 1.0 | 9 |
| 02/06/20 | Jaspinder Kanwal | *Review Notes from Call with PPLP Commercial Team re: PHI Third Party Development Agreement* | 1.0 | 9 |
| 02/06/20 | Patrick Topper | *Call with Province re: IAC License / Royalty Agreements* | 0.5 | 9 |
| 02/06/20 | Patrick Topper | *Call with PPLP Commercial Team re: PHI Third Party Development Agreement* | 1.0 | 9 |
| 02/06/20 | Patrick Topper | *Review Notes from Call with PPLP Commercial Team re: PHI Third Party Development Agreement* | 0.5 | 9 |
| 02/06/20 | Patrick Topper | *Review Purdue and IAC Royalty Spread* | 0.5 | 9 |
| 02/06/20 | Patrick Topper | *Review PPLP June 2019 Long Term Plan Model* | 1.0 | 9 |
| 02/06/20 | Benjamin Troester | *Call with PPLP Commercial Team re: PHI Third Party Development Agreement* | 1.0 | 9 |
| 02/06/20 | Benjamin Troester | *Review UCC Committee Materials and Correspondence* | 2.5 | 9 |
| 02/06/20 | Kevin Chen | *Prepare IAC Financial Analysis* | 1.0 | 9 |
| 02/06/20 | Kevin Chen | *Call with Province re: IAC License / Royalty Agreements* | 0.5 | 9 |
| 02/06/20 | Kevin Chen | *Organize Notes from Call with Province re: IAC License / Royalty Agreements* | 0.5 | 9 |
| 02/06/20 | Kevin Chen | *Call with PPLP Commercial Team re: PHI Third Party Development Agreement* | 1.0 | 9 |
| 02/06/20 | Kevin Chen | *Organize Notes from Call with PPLP Commercial Team re: PHI Third Party Development Agreement* | 1.0 | 9 |
| 02/06/20 | Kevin Chen | *Prepare PHI Financial Analysis* | 3.0 | 9 |
| 02/06/20 | Kevin Sheridan | *Review Notes from IAC license / Royalty agreements call* | 0.5 | 9 |
| 02/06/20 | Kevin Sheridan | *Call with PPLP Commercial Team re: PHI Third Party Development Agreement* | 1.0 | 9 |
| 02/06/20 | Kevin Sheridan | *Review Notes from call with PPLP commercial team re: PHI Third Party Development Agreement* | 1.0 | 9 |
| 02/06/20 | James Wiltshire | *Call with PPLP Commercial Team re: PHI Third Party Development Agreement* | 1.0 | 9 |
| 02/06/20 | William Maselli | *Call with PPLP Commercial Team re: PHI Third Party Development Agreement* | 1.0 | 9 |
| 02/06/20 | Connor Hattersley | *Call with PPLP Commercial Team re: PHI Third Party Development Agreement* | 1.0 | 9 |
| 02/07/20 | Leon Szlezinger | *Review IAC Financial Analysis* | 1.0 | 9 |
| 02/07/20 | Leon Szlezinger | *Review Province Presentation on IACs* | 1.0 | 9 |
| 02/07/20 | Leon Szlezinger | *Review Updated PHI Third Party Development Agreement* | 1.0 | 9 |
| 02/07/20 | Benjamin Troester | *Review PHI Summary Materials* | 4.0 | 9 |
| 02/07/20 | Kevin Chen | *Review IAC Data Room* | 1.0 | 9 |
| 02/07/20 | Kevin Sheridan | *Review OTC Financial Analysis* | 1.0 | 9 |
| 02/07/20 | Connor Hattersley | *Prepare OTC Financial Analysis* | 1.0 | 9 |
| 02/08/20 | Jaspinder Kanwal | *Review IAC Financial Analysis* | 2.0 | 9 |
| 02/08/20 | Patrick Topper | *Review PHI Financial Analysis* | 2.0 | 9 |
| 02/08/20 | Patrick Topper | *Review Royalty Transaction Precedents* | 0.5 | 9 |
| 02/08/20 | Benjamin Troester | *Review Development Agreement* | 3.0 | 9 |
| 02/08/20 | Kevin Chen | *Review Updated PHI Third Party Development Agreement* | 1.0 | 9 |
| 02/08/20 | Kevin Chen | *Review PPLP Data Room* | 0.5 | 9 |
| 02/08/20 | James Wiltshire | *Review OTC Financial Analysis* | 1.0 | 9 |
| 02/08/20 | William Maselli | *Review OTC Financial Analysis* | 1.0 | 9 |
| 02/08/20 | Connor Hattersley | *Review Updated PHI Third Party Development Agreement* | 1.0 | 9 |
| 02/09/20 | Robert White | *Review Updated PHI Third Party Development Agreement* | 1.0 | 9 |
| 02/09/20 | Jaspinder Kanwal | *Review Updated PHI Third Party Development Agreement* | 1.5 | 9 |
| 02/09/20 | Patrick Topper | *Review Updated PHI Third Party Development Agreement* | 1.0 | 9 |
| 02/09/20 | Patrick Topper | *Review PJT Presentation to UCC* | 3.0 | 9 |
| 02/09/20 | Patrick Topper | *Review Debtor's Updated Business Plan* | 2.0 | 9 |
| 02/09/20 | Benjamin Troester | *Review Mediation Proposals* | 0.5 | 9 |
| 02/09/20 | Benjamin Troester | *Review Debtors' Materials regarding Sale Scenario* | 4.0 | 9 |
| 02/09/20 | Kevin Chen | *Prepare PHI Financial Analysis* | 1.0 | 9 |
| 02/09/20 | Kevin Sheridan | *Review Debtor's Updated Business Plan* | 1.0 | 9 |
| 02/09/20 | Kevin Sheridan | *Review Updated PHI Materials from Debtor* | 1.5 | 9 |
| 02/09/20 | James Wiltshire | *Continue to Review OTC Financial Analysis* | 0.5 | 9 |
| 02/09/20 | James Wiltshire | *Review Updated PHI Third Party Development Agreement* | 2.0 | 9 |
| 02/09/20 | Connor Hattersley | *Continue to Review Updated PHI Third Party Development Agreement* | 0.5 | 9 |
| 02/10/20 | Leon Szlezinger | *Review PJT Presentation to UCC* | 2.0 | 9 |
| 02/10/20 | Leon Szlezinger | *Call with Chief Marketing Officer, Ethical Products re: IAC Diligence* | 2.0 | 9 |
| 02/10/20 | Leon Szlezinger | *Call with Consumer Products Manager re: IAC Diligence* | 2.0 | 9 |
| 02/10/20 | Robert White | *Call with Chief Marketing Officer, Ethical Products re: IAC Diligence* | 2.0 | 9 |
| 02/10/20 | Robert White | *Call with Consumer Products Manager re: IAC Diligence* | 2.0 | 9 |
| 02/10/20 | Robert White | *Review PJT Presentation to UCC* | 2.0 | 9 |
| 02/10/20 | Robert White | *Review Notes from Meeting with Debtors re: Updated Business Plan* | 1.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 02/10/20 | Jaspinder Kanwal | Review PJT Presentation to UCC | 2.0 | 9 |
| 02/10/20 | Jaspinder Kanwal | Call with Chief Marketing Officer, Ethical Products re: IAC Diligence | 2.0 | 9 |
| 02/10/20 | Jaspinder Kanwal | Call with Consumer Products Manager re: IAC Diligence | 2.0 | 9 |
| 02/10/20 | Patrick Topper | Call with Chief Marketing Officer, Ethical Products re: IAC Diligence | 2.0 | 9 |
| 02/10/20 | Patrick Topper | Call with Consumer Products Manager re: IAC Diligence | 2.0 | 9 |
| 02/10/20 | Patrick Topper | Review IAC Diligence Call Notes | 1.0 | 9 |
| 02/10/20 | Patrick Topper | Review Notes from Meeting with Debtors re: Updated Business Plan | 2.0 | 9 |
| 02/10/20 | Patrick Topper | Review PJT Presentation to UCC | 1.0 | 9 |
| 02/10/20 | Benjamin Troester | Call with Chief Marketing Officer, Ethical Products re: IAC Diligence | 2.0 | 9 |
| 02/10/20 | Benjamin Troester | Call with Consumer Products Manager re: IAC Diligence | 2.0 | 9 |
| 02/10/20 | Kevin Chen | Review PJT Presentation to UCC | 2.5 | 9 |
| 02/10/20 | Kevin Chen | Call with Chief Marketing Officer, Ethical Products re: IAC Diligence | 2.0 | 9 |
| 02/10/20 | Kevin Chen | Call with Consumer Products Manager re: IAC Diligence | 2.0 | 9 |
| 02/10/20 | Kevin Chen | Review Debtor's Updated Business Plan | 2.0 | 9 |
| 02/10/20 | Kevin Sheridan | Review PJT Presentation to UCC | 1.0 | 9 |
| 02/10/20 | Kevin Sheridan | Call with Chief Marketing Officer, Ethical Products re: IAC Diligence | 2.0 | 9 |
| 02/10/20 | Kevin Sheridan | Call with Consumer Products Manager re: IAC Diligence | 2.0 | 9 |
| 02/10/20 | James Wiltshire | Call with Chief Marketing Officer, Ethical Products re: IAC Diligence | 2.0 | 9 |
| 02/10/20 | James Wiltshire | Call with Consumer Products Manager re: IAC Diligence | 2.0 | 9 |
| 02/10/20 | William Maselli | Call with Chief Marketing Officer, Ethical Products re: IAC Diligence | 2.0 | 9 |
| 02/10/20 | William Maselli | Call with Consumer Products Manager re: IAC Diligence | 2.0 | 9 |
| 02/10/20 | Connor Hattersley | Call with Chief Marketing Officer, Ethical Products re: IAC Diligence | 2.0 | 9 |
| 02/10/20 | Connor Hattersley | Call with Consumer Products Manager re: IAC Diligence | 2.0 | 9 |
| 02/11/20 | Leon Szlezinger | Call with Head of Business Development re: IAC Diligence | 2.0 | 9 |
| 02/11/20 | Leon Szlezinger | Call with META Region General Manager & FD re: IAC Diligence | 1.0 | 9 |
| 02/11/20 | Leon Szlezinger | Call with LAM Head of Legal & Compliance re: IAC Diligence | 1.0 | 9 |
| 02/11/20 | Leon Szlezinger | Review Updated PHI Materials | 1.0 | 9 |
| 02/11/20 | Leon Szlezinger | Research on Patent Litigation | 1.0 | 9 |
| 02/11/20 | Leon Szlezinger | Review IAC Diligence Call Notes | 1.0 | 9 |
| 02/11/20 | Robert White | Call with Head of Business Development re: IAC Diligence | 2.0 | 9 |
| 02/11/20 | Robert White | Review IAC Diligence Call Notes | 1.5 | 9 |
| 02/11/20 | Jaspinder Kanwal | Review Notes from Meeting with Debtors re: Updated Business Plan | 2.0 | 9 |
| 02/11/20 | Jaspinder Kanwal | Call with Head of Business Development re: IAC Diligence | 2.0 | 9 |
| 02/11/20 | Jaspinder Kanwal | Call with META Region General Manager & FD re: IAC Diligence | 1.0 | 9 |
| 02/11/20 | Patrick Topper | Call with Head of Business Development re: IAC Diligence | 2.0 | 9 |
| 02/11/20 | Patrick Topper | Call with META Region General Manager & FD re: IAC Diligence | 1.0 | 9 |
| 02/11/20 | Patrick Topper | Call with LAM Head of Legal & Compliance re: IAC Diligence | 1.0 | 9 |
| 02/11/20 | Patrick Topper | Review IAC Diligence Call Notes | 1.0 | 9 |
| 02/11/20 | Benjamin Troester | Call with Head of Business Development re: IAC Diligence | 2.0 | 9 |
| 02/11/20 | Benjamin Troester | Call with META Region General Manager & FD re: IAC Diligence | 1.0 | 9 |
| 02/11/20 | Benjamin Troester | Call with LAM Head of Legal & Compliance re: IAC Diligence | 1.0 | 9 |
| 02/11/20 | Kevin Chen | Organize Notes from Ethical Products and Consumer Products calls re: IAC Diligence | 2.5 | 9 |
| 02/11/20 | Kevin Chen | Review PPLP Data Room | 0.5 | 9 |
| 02/11/20 | Kevin Chen | Call with Head of Business Development re: IAC Diligence | 2.0 | 9 |
| 02/11/20 | Kevin Chen | Call with META Region General Manager & FD re: IAC Diligence | 1.0 | 9 |
| 02/11/20 | Kevin Chen | Call with LAM Head of Legal & Compliance re: IAC Diligence | 1.0 | 9 |
| 02/11/20 | Kevin Chen | Organize Notes from Call with Akin / Province re: PHI | 0.5 | 9 |
| 02/11/20 | Kevin Chen | Organize Notes from IAC Diligence Calls | 2.5 | 9 |
| 02/11/20 | Kevin Sheridan | Call with Head of Business Development re: IAC Diligence | 2.0 | 9 |
| 02/11/20 | Kevin Sheridan | Call with META Region General Manager & FD re: IAC Diligence | 1.0 | 9 |
| 02/11/20 | Kevin Sheridan | Call with LAM Head of Legal & Compliance re: IAC Diligence | 1.0 | 9 |
| 02/11/20 | James Wiltshire | Call with LAM Head of Legal & Compliance re: IAC Diligence | 1.0 | 9 |
| 02/11/20 | Connor Hattersley | Call with Head of Business Development re: IAC Diligence | 2.0 | 9 |
| 02/11/20 | Connor Hattersley | Call with META Region General Manager & FD re: IAC Diligence | 1.0 | 9 |
| 02/11/20 | Connor Hattersley | Call with LAM Head of Legal & Compliance re: IAC Diligence | 1.0 | 9 |
| 02/12/20 | Leon Szlezinger | Review Debtor Presentation to UCC re: Updated Business Plan | 1.0 | 9 |
| 02/12/20 | Leon Szlezinger | Call with Consumer Digital Marketing Team re: IAC Diligence | 0.5 | 9 |
| 02/12/20 | Leon Szlezinger | Call with ANZ Region General Manager & FD re: IAC Diligence | 1.0 | 9 |
| 02/12/20 | Leon Szlezinger | Call with China Region General Manager & FD re: IAC Diligence | 1.0 | 9 |
| 02/12/20 | Leon Szlezinger | Call with LAM CEO & President: IAC Diligence | 0.5 | 9 |
| 02/12/20 | Robert White | Call with ANZ Region General Manager & FD re: IAC Diligence | 1.0 | 9 |
| 02/12/20 | Robert White | Call with China Region General Manager & FD re: IAC Diligence | 1.0 | 9 |
| 02/12/20 | Robert White | Call with LAM CEO & President: IAC Diligence | 0.5 | 9 |
| 02/12/20 | Robert White | Review IAC Diligence Call Notes | 1.0 | 9 |
| 02/12/20 | Jaspinder Kanwal | Call with Consumer Digital Marketing Team re: IAC Diligence | 0.5 | 9 |
| 02/12/20 | Jaspinder Kanwal | Call with ANZ Region General Manager & FD re: IAC Diligence | 1.0 | 9 |
| 02/12/20 | Jaspinder Kanwal | Review Docket Filings re: PHI Third Party Development Agreement | 2.5 | 9 |
| 02/12/20 | Patrick Topper | Call with Consumer Digital Marketing Team re: IAC Diligence | 0.5 | 9 |
| 02/12/20 | Patrick Topper | Call with ANZ Region General Manager & FD re: IAC Diligence | 1.0 | 9 |
| 02/12/20 | Patrick Topper | Call with China Region General Manager & FD re: IAC Diligence | 1.0 | 9 |
| 02/12/20 | Patrick Topper | Call with LAM CEO & President: IAC Diligence | 0.5 | 9 |
| 02/12/20 | Patrick Topper | Review IAC Diligence Call Notes | 1.0 | 9 |
| 02/12/20 | Benjamin Troester | Call with Consumer Digital Marketing Team re: IAC Diligence | 0.5 | 9 |
| 02/12/20 | Benjamin Troester | Call with ANZ Region General Manager & FD re: IAC Diligence | 1.0 | 9 |
| 02/12/20 | Benjamin Troester | Call with China Region General Manager & FD re: IAC Diligence | 1.0 | 9 |
| 02/12/20 | Benjamin Troester | Call with LAM CEO & President: IAC Diligence | 0.5 | 9 |
| 02/12/20 | Benjamin Troester | Review Final Development Agreement | 3.0 | 9 |
| 02/12/20 | Kevin Chen | Review Docket re: PHI Third Party Development Agreement | 1.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 02/12/20 | Kevin Chen | *Call with Consumer Digital Marketing Team re: IAC Diligence* | 0.5 | 9 |
| 02/12/20 | Kevin Chen | *Call with ANZ Region General Manager & FD re: IAC Diligence* | 1.0 | 9 |
| 02/12/20 | Kevin Chen | *Call with China Region General Manager & FD re: IAC Diligence* | 1.0 | 9 |
| 02/12/20 | Kevin Chen | *Call with LAM CEO & President: IAC Diligence* | 0.5 | 9 |
| 02/12/20 | Kevin Chen | *Organize Notes from IAC Diligence Calls* | 1.5 | 9 |
| 02/12/20 | Kevin Chen | *Prepare Adhansia and OTC Financial Analysis* | 1.5 | 9 |
| 02/12/20 | Kevin Sheridan | *Call with Consumer Digital Marketing Team re: IAC Diligence* | 0.5 | 9 |
| 02/12/20 | Kevin Sheridan | *Call with ANZ Region General Manager & FD re: IAC Diligence* | 1.0 | 9 |
| 02/12/20 | Kevin Sheridan | *Call with China Region General Manager & FD re: IAC Diligence* | 1.0 | 9 |
| 02/12/20 | Kevin Sheridan | *Call with LAM CEO & President: IAC Diligence* | 0.5 | 9 |
| 02/12/20 | Kevin Sheridan | *Review PHI Financial Analysis* | 2.0 | 9 |
| 02/12/20 | James Wiltshire | *Call with China Region General Manager & FD re: IAC Diligence* | 1.0 | 9 |
| 02/12/20 | James Wiltshire | *Call with LAM CEO & President: IAC Diligence* | 0.5 | 9 |
| 02/12/20 | William Maselli | *Call with Consumer Digital Marketing Team re: IAC Diligence* | 0.5 | 9 |
| 02/12/20 | William Maselli | *Call with ANZ Region General Manager & FD re: IAC Diligence* | 1.0 | 9 |
| 02/12/20 | William Maselli | *Call with China Region General Manager & FD re: IAC Diligence* | 1.0 | 9 |
| 02/12/20 | William Maselli | *Call with LAM CEO & President: IAC Diligence* | 0.5 | 9 |
| 02/12/20 | Connor Hattersley | *Call with Consumer Digital Marketing Team re: IAC Diligence* | 0.5 | 9 |
| 02/12/20 | Connor Hattersley | *Call with ANZ Region General Manager & FD re: IAC Diligence* | 1.0 | 9 |
| 02/12/20 | Connor Hattersley | *Call with China Region General Manager & FD re: IAC Diligence* | 1.0 | 9 |
| 02/12/20 | Connor Hattersley | *Call with LAM CEO & President: IAC Diligence* | 0.5 | 9 |
| 02/12/20 | Connor Hattersley | *Organize Notes from IAC Diligence Calls* | 2.0 | 9 |
| 02/13/20 | Leon Szlezinger | *Review Notes from Debtor Meeting re: Updated Business Plan* | 2.0 | 9 |
| 02/13/20 | Leon Szlezinger | *Review Outline for SOTP Presentation to UCC* | 1.0 | 9 |
| 02/13/20 | Leon Szlezinger | *Review IAC Diligence Call Notes* | 1.5 | 9 |
| 02/13/20 | Robert White | *Review Docket Filings re: PHI Third Party Development Agreement* | 1.5 | 9 |
| 02/13/20 | Robert White | *Review PHI Financial Analysis* | 0.5 | 9 |
| 02/13/20 | Jaspinder Kanwal | *Review IAC Diligence Call Notes* | 1.0 | 9 |
| 02/13/20 | Patrick Topper | *Review Adhansia and OTC Financial Analysis* | 1.0 | 9 |
| 02/13/20 | Benjamin Troester | *Draft and Review OTC Business Materials* | 2.5 | 9 |
| 02/13/20 | Kevin Sheridan | *Research on PHI Third Party Developer* | 0.5 | 9 |
| 02/13/20 | William Maselli | *Review Notes from Debtor Meeting re: Updated Business Plan* | 2.0 | 9 |
| 02/14/20 | Leon Szlezinger | *Review PHI Financial Analysis* | 1.5 | 9 |
| 02/14/20 | Leon Szlezinger | *Review Province Presentation on PHI* | 1.0 | 9 |
| 02/14/20 | Jaspinder Kanwal | *Review PPLP Business Plan* | 1.5 | 9 |
| 02/14/20 | Jaspinder Kanwal | *Continue to Review IAC Diligence Call Notes* | 1.5 | 9 |
| 02/14/20 | Patrick Topper | *Review PHI Financial Analysis* | 1.5 | 9 |
| 02/14/20 | Patrick Topper | *Review PHI Materials from Debtor* | 1.0 | 9 |
| 02/14/20 | Benjamin Troester | *Review Dataroom Documents* | 1.0 | 9 |
| 02/14/20 | Benjamin Troester | *Review Updated Business Plan Materials* | 2.5 | 9 |
| 02/14/20 | Kevin Chen | *Review PPLP Data Room* | 1.0 | 9 |
| 02/14/20 | Kevin Sheridan | *Review IAC Diligence Call Notes* | 1.5 | 9 |
| 02/14/20 | Kevin Sheridan | *Research on China Pharmaceutical Market Dynamics* | 0.5 | 9 |
| 02/14/20 | James Wiltshire | *Review IAC Diligence Tracker* | 0.5 | 9 |
| 02/14/20 | Connor Hattersley | *Review Notes from Debtor Meeting re: Updated Business Plan* | 1.0 | 9 |
| 02/15/20 | Leon Szlezinger | *Review LAM Diligence Presentations* | 1.0 | 9 |
| 02/15/20 | Patrick Topper | *Review Adhansia and OTC Financial Analysis* | 0.5 | 9 |
| 02/15/20 | Patrick Topper | *Review Debtor's Updated Business Plan* | 0.5 | 9 |
| 02/15/20 | Patrick Topper | *Review PJT Presentation to UCC* | 1.0 | 9 |
| 02/15/20 | Patrick Topper | *Review and Prepare Outline for SOTP Presentation to UCC* | 1.0 | 9 |
| 02/15/20 | Kevin Chen | *Review IAC Data Room* | 1.0 | 9 |
| 02/15/20 | Kevin Sheridan | *Review Adhansia Financial Analysis* | 0.5 | 9 |
| 02/15/20 | Kevin Sheridan | *Research on ADHD market* | 0.5 | 9 |
| 02/15/20 | Kevin Sheridan | *Review IMS Data on ADHD market* | 0.5 | 9 |
| 02/15/20 | James Wiltshire | *Review IAC Diligence Call Notes* | 2.0 | 9 |
| 02/16/20 | Jaspinder Kanwal | *Review IAC LAM Budget Books* | 1.5 | 9 |
| 02/16/20 | Patrick Topper | *Review PPLP and IAC Data Room Uploads* | 1.5 | 9 |
| 02/16/20 | Benjamin Troester | *Review LAM Diligence Presentations* | 4.0 | 9 |
| 02/16/20 | Kevin Chen | *Review IAC Diligence Tracker* | 1.5 | 9 |
| 02/16/20 | James Wiltshire | *Continue to Review IAC Diligence Call Notes* | 2.0 | 9 |
| 02/17/20 | Benjamin Troester | *Draft and Review PHI Materials* | 2.5 | 9 |
| 02/17/20 | Kevin Chen | *Review PPLP Diligence Tracker* | 1.5 | 9 |
| 02/17/20 | Kevin Chen | *Prepare PHI Financial Analysis* | 1.0 | 9 |
| 02/17/20 | Kevin Chen | *Review IAC Diligence Tracker* | 0.5 | 9 |
| 02/17/20 | James Wiltshire | *Review IAC Diligence Presentations* | 1.5 | 9 |
| 02/18/20 | Benjamin Troester | *Draft OTC Business Materials* | 2.0 | 9 |
| 02/18/20 | Kevin Chen | *Prepare OTC Business Financial Analysis* | 2.0 | 9 |
| 02/18/20 | Kevin Chen | *Review IAC LAM Diligence Presentations* | 1.0 | 9 |
| 02/19/20 | Leon Szlezinger | *Review OTC and Adhansia Financial Analysis* | 1.5 | 9 |
| 02/19/20 | Jaspinder Kanwal | *Review OTC Financial Analysis* | 1.0 | 9 |
| 02/19/20 | Jaspinder Kanwal | *Review IAC and PPLP Diligence Trackers* | 1.0 | 9 |
| 02/19/20 | Patrick Topper | *Review IAC LAM Diligence Presentations* | 3.0 | 9 |
| 02/19/20 | Patrick Topper | *Continue to Review IAC LAM Diligence Presentations* | 1.5 | 9 |
| 02/19/20 | Benjamin Troester | *Review Development Agreement Motion* | 1.5 | 9 |
| 02/19/20 | Kevin Chen | *Review PPLP Data Room* | 1.0 | 9 |
| 02/19/20 | Kevin Sheridan | *Review OTC Financial Analysis* | 1.0 | 9 |
| 02/19/20 | Kevin Sheridan | *Research on US OTC market* | 0.5 | 9 |
| 02/19/20 | Kevin Sheridan | *Review Debtor Materials on OTC Business* | 1.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 02/19/20 | James Wiltshire | *Review PHI Financial Analysis* | 1.0 | 9 |
| 02/19/20 | William Maselli | *Review PPLP & IAC Diligence Trackers* | 1.0 | 9 |
| 02/20/20 | Benjamin Troester | *Review Monthly Operating Report* | 1.0 | 9 |
| 02/21/20 | Patrick Topper | *Diligence Coordination Call with Other Advisors re: IAC Diligence* | 1.0 | 9 |
| 02/21/20 | Patrick Topper | *Review Diligence Coordination Materials from Other Advisors* | 1.0 | 9 |
| 02/21/20 | Benjamin Troester | *Dial-in re: Court Hearing* | 1.0 | 9 |
| 02/21/20 | Benjamin Troester | *Review PHI Motion* | 1.0 | 9 |
| 02/21/20 | Kevin Chen | *Diligence Coordination Call with Other Advisors re: IAC Diligence* | 1.0 | 9 |
| 02/21/20 | Kevin Chen | *Organize Notes from Diligence Coordination Call with Other Advisors re: IAC Diligence* | 0.5 | 9 |
| 02/21/20 | James Wiltshire | *Review Notes from Debtor Meeting re: Updated Business Plan* | 1.5 | 9 |
| 02/22/20 | Leon Szlezinger | *Review Notes from Diligence Call with Other Advisors* | 0.5 | 9 |
| 02/22/20 | Patrick Topper | *Review PPLP Diligence Tracker* | 1.0 | 9 |
| 02/22/20 | Patrick Topper | *Review IAC Diligence Tracker* | 1.0 | 9 |
| 02/22/20 | Kevin Chen | *Review PPLP Data Room* | 1.5 | 9 |
| 02/23/20 | Jaspinder Kanwal | *Review Diligence Tracker from Other Advisors* | 0.5 | 9 |
| 02/23/20 | Jaspinder Kanwal | *Continue to Review Diligence Tracker from Other Advisors* | 1.0 | 9 |
| 02/23/20 | Kevin Chen | *Review PHI Materials* | 1.0 | 9 |
| 02/23/20 | Kevin Sheridan | *Review Debtors' Updated PHI Materials* | 1.0 | 9 |
| 02/24/20 | Benjamin Troester | *Review IAC Diligence Materials* | 2.5 | 9 |
| 02/25/20 | Jaspinder Kanwal | *Review Summary Fee Application Bullets for Baker Botts* | 0.5 | 9 |
| 02/25/20 | Jaspinder Kanwal | *Opioid Market Research* | 1.0 | 9 |
| 02/25/20 | Benjamin Troester | *Review Supply Agreement Motion* | 1.0 | 9 |
| 02/25/20 | Benjamin Troester | *Review EY Draft VDD Report* | 4.0 | 9 |
| 02/25/20 | Kevin Chen | *Review IAC Budget Books* | 2.0 | 9 |
| 02/26/20 | Robert White | *Review PHI Overview Materials* | 0.5 | 9 |
| 02/26/20 | Kevin Chen | *Review Opioid Market Research* | 1.0 | 9 |
| 02/27/20 | Leon Szlezinger | *Review Summary Fee Application Bullets for Baker Botts* | 0.5 | 9 |
| 02/27/20 | Benjamin Troester | *Research General Opioid Market* | 1.5 | 9 |
| 02/27/20 | Kevin Chen | *Review Opioid Market Research* | 1.5 | 9 |
| 02/27/20 | James Wiltshire | *Review PPLP Diligence Tracker* | 1.0 | 9 |
| 02/28/20 | Leon Szlezinger | *Call with IAC External Accountant re: IAC Financial Diligence* | 2.0 | 9 |
| 02/28/20 | Leon Szlezinger | *Review Notes from Call with IAC External Accountant re: IAC Financial Diligence* | 1.0 | 9 |
| 02/28/20 | Robert White | *Call with IAC External Accountant re: IAC Financial Diligence* | 2.0 | 9 |
| 02/28/20 | Jaspinder Kanwal | *Call with IAC External Accountant re: IAC Financial Diligence* | 2.0 | 9 |
| 02/28/20 | Patrick Topper | *Call with IAC External Accountant re: IAC Financial Diligence* | 2.0 | 9 |
| 02/28/20 | Benjamin Troester | *Review IAC Pricing Data & Opioid Market* | 2.5 | 9 |
| 02/28/20 | Benjamin Troester | *Call with IAC External Accountant re: IAC Financial Diligence* | 2.0 | 9 |
| 02/28/20 | Kevin Chen | *Call with IAC External Accountant re: IAC Financial Diligence* | 2.0 | 9 |
| 02/28/20 | Kevin Chen | *Organize Notes from Call with IAC External Accountant re: IAC Financial Diligence* | 1.0 | 9 |
| 02/28/20 | Kevin Sheridan | *Call with IAC External Accountant re: IAC Financial Diligence* | 2.0 | 9 |
| 02/28/20 | James Wiltshire | *Call with IAC External Accountant re: IAC Financial Diligence* | 2.0 | 9 |
| 02/28/20 | James Wiltshire | *Review Notes from call with IAC External Accountant re: IAC Financial Diligence* | 1.0 | 9 |
| 02/28/20 | William Maselli | *Call with IAC External Accountant re: IAC Financial Diligence* | 2.0 | 9 |
| 02/28/20 | Connor Hattersley | *Call with IAC External Accountant re: IAC Financial Diligence* | 2.0 | 9 |
| 02/29/20 | Kevin Chen | *Review PHI Financial Analysis* | 1.5 | 9 |
| | | **February 1, 2020 - February 29, 2020 Hours for Case Strategy** | **6.5** | |
| 02/03/20 | Leon Szlezinger | *Weekly FA Coordination Call* | 0.5 | 11 |
| 02/03/20 | Kevin Chen | *Weekly FA Coordination Call* | 0.5 | 11 |
| 02/03/20 | Kevin Sheridan | *Weekly FA Coordination Call* | 0.5 | 11 |
| 02/03/20 | Connor Hattersley | *Weekly FA Coordination Call* | 0.5 | 11 |
| 02/11/20 | Leon Szlezinger | *Call with Akin / Province re: PHI* | 0.5 | 11 |
| 02/11/20 | Robert White | *Call with Akin / Province re: PHI* | 0.5 | 11 |
| 02/11/20 | Jaspinder Kanwal | *Call with Akin / Province re: PHI* | 0.5 | 11 |
| 02/11/20 | Patrick Topper | *Call with Akin / Province re: PHI* | 0.5 | 11 |
| 02/11/20 | Benjamin Troester | *Call with Akin / Province re: PHI* | 0.5 | 11 |
| 02/11/20 | Kevin Chen | *Call with Akin / Province re: PHI* | 0.5 | 11 |
| 02/11/20 | Kevin Sheridan | *Call with Akin / Province re: PHI* | 0.5 | 11 |
| 02/11/20 | James Wiltshire | *Call with Akin / Province re: PHI* | 0.5 | 11 |
| 02/11/20 | Connor Hattersley | *Call with Akin / Province re: PHI* | 0.5 | 11 |

**Exhibit B**

**Expenses**

| Professional | Amount ($) | Expense Date | Description |
|---|---|---|---|
| Connor Hattersley | 12.50 | 02/02/20 | Meals & Entertainment |
| Connor Hattersley | 3.81 | 02/02/20 | Meals & Entertainment |
| Jaspinder Kanwal | 12.50 | 02/02/20 | Meals & Entertainment |
| Connor Hattersley | 5.87 | 02/02/20 | Transportation |
| Connor Hattersley | 6.90 | 02/03/20 | Meals & Entertainment |
| Connor Hattersley | 5.40 | 02/04/20 | Transportation |
| Connor Hattersley | 12.24 | 02/05/20 | Meals & Entertainment |
| Jaspinder Kanwal | 12.50 | 02/05/20 | Meals & Entertainment |
| Connor Hattersley | 6.12 | 02/05/20 | Transportation |
| Connor Hattersley | 5.65 | 02/06/20 | Transportation |
| Connor Hattersley | 12.50 | 02/06/20 | Meals & Entertainment |
| Connor Hattersley | 12.50 | 02/07/20 | Meals & Entertainment |
| Connor Hattersley | 5.90 | 02/07/20 | Transportation |
| Jaspinder Kanwal | 12.50 | 02/08/20 | Meals & Entertainment |
| Connor Hattersley | 7.07 | 02/08/20 | Transportation |
| Connor Hattersley | 5.90 | 02/08/20 | Transportation |
| Connor Hattersley | 6.64 | 02/09/20 | Transportation |
| Kevin Chen | 162.00 | 02/09/20 | Printing Services |
| Connor Hattersley | 12.50 | 02/10/20 | Meals & Entertainment |
| Kevin Chen | 20.00 | 02/10/20 | General |
| Patrick Topper | 20.00 | 02/10/20 | Meals & Entertainment |
| Connor Hattersley | 12.50 | 02/11/20 | Meals & Entertainment |
| Connor Hattersley | 5.79 | 02/11/20 | Transportation |
| Patrick Topper | 24.60 | 02/11/20 | Transportation |
| Connor Hattersley | 5.38 | 02/12/20 | Transportation |
| Patrick Topper | 20.00 | 02/13/20 | Meals & Entertainment |
| Patrick Topper | 29.86 | 02/14/20 | Transportation |
| Jaspinder Kanwal | 12.50 | 02/16/20 | Meals & Entertainment |
| Kevin Chen | 3.59 | 02/17/20 | Transportation |
| Kevin Chen | 7.89 | 02/18/20 | Meals & Entertainment |
| Kevin Chen | 3.59 | 02/18/20 | Transportation |
| Kevin Chen | 281.40 | 02/18/20 | Printing Services |
| Kevin Chen | 8.33 | 02/19/20 | Meals & Entertainment |
| Kevin Chen | 3.59 | 02/20/20 | Transportation |
| Kevin Chen | 8.33 | 02/21/20 | Meals & Entertainment |
| Kevin Chen | 3.59 | 02/21/20 | Transportation |
| Kevin Chen | 5.00 | 02/22/20 | Meals & Entertainment |
| Kevin Chen | 4.92 | 02/22/20 | Transportation |
| Kevin Chen | 3.36 | 02/23/20 | Meals & Entertainment |
| Kevin Chen | 7.89 | 02/24/20 | Meals & Entertainment |
| Kevin Chen | 4.12 | 02/24/20 | Transportation |
| Jaspinder Kanwal | 8.33 | 02/25/20 | Meals & Entertainment |
| Kevin Chen | 7.49 | 02/25/20 | Meals & Entertainment |
| Kevin Chen | 3.92 | 02/25/20 | Transportation |
| Kevin Chen | 8.33 | 02/26/20 | Meals & Entertainment |
| Kevin Chen | 4.28 | 02/26/20 | Transportation |
| Kevin Chen | 76.69 | 02/26/20 | Printing Services |
| Kevin Chen | 725.57 | 02/26/20 | Printing Services |
| Kevin Chen | 63.55 | 02/26/20 | Printing Services |
| Kevin Chen | 7.89 | 02/27/20 | Meals & Entertainment |
| Kevin Chen | 3.68 | 02/27/20 | Transportation |

| Professional | Amount ($) | Expense Date | Description |
|---|---|---|---|
| Kevin Chen | 3.52 | 02/28/20 | Transportation |
| Kevin Chen | 2.65 | 02/29/20 | Meals & Entertainment |
| Kevin Chen | 5.00 | 02/29/20 | Meals & Entertainment |
| Kevin Chen | 3.72 | 02/29/20 | Transportation |
| Kevin Chen | 4.08 | 02/29/20 | Transportation |
| Kevin Chen | 3.76 | 02/29/20 | Transportation |
| Baker Botts LLP | 7,203.00 | 02/29/20 | Legal |

# BAKER BOTTS L.L.P.

TAX ID 74-1195457

|  |  |
|---|---|
| Austin | London |
| Beijing | Moscow |
| Brussels | New York |
| Dallas | Palo Alto |
| Dubai | Riyadh |
| Hong Kong | San Francisco |
| Houston | Washington |

JEFFERIES LLC
Suite 1000
3 Allen Center
Houston, TX 77002

| | |
|---|---|
| Invoice Number: | 1688650 |
| Invoice Date: | March 10, 2020 |
| Attorney: | R L Spigel |

Total fees for services and expenses for the matter shown below through February 29, 2020.

**082383.0108**
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/03/20 | J R Herz | 0.1 | Review precedent for first interim fee application (.1) |
| 02/03/20 | R L Spigel | 0.1 | Email to L. Szlezinger regarding interim fee application/timing. |
| 02/04/20 | J R Herz | 0.2 | Call with K. Chen re: first interim fee application (.2) |
| 02/06/20 | J R Herz | 2.2 | Draft Jan. 2020 fee statement (.5); begin to draft first interim fee application (1.6); email K. Chen re: December 2019 fee application (.1) |
| 02/10/20 | J R Herz | 0.9 | Continue to draft First Interim Fee Application (.9) |
| 02/11/20 | J R Herz | 0.8 | Begin to draft certification for first interim fee application (.8) |
| 02/12/20 | J R Herz | 0.2 | Email with R. Spigel re status of Jefferies' fee statements (.1); email with K. Chen re same (.1) |
| 02/12/20 | R L Spigel | 0.1 | Review January fee statement and email to J. Herz regarding same. |
| 02/14/20 | J R Herz | 0.3 | Email debtors re: payment of Jefferies' first fee statement (.2); email K. Chen re: same (.1) |
| 02/14/20 | J R Herz | 0.2 | Email K. Chen re: payment (.1); email company re same (.1) |
| 02/20/20 | J R Herz | 0.5 | Email K. Chen re: payment status of first fee statement and status of second monthly fee statement (.2); email with C. MacDonald re: status of payment (.1); emails with R. Spigel and L. Szlezinger re: supplemental declaration (.2) |
| 02/21/20 | J R Herz | 1.5 | Review correspondence with Purdue and Jefferies (.2); email K. Chen re: payment (.1); email L. Szlezinger re: supplemental disclosure (.2); draft supplemental declaration (.6); revise declaration based on R. Spigel's comments (.3) |

# BAKER BOTTS LLP

JEFFERIES LLC
Purdue Retention

| | Invoice No: | 1688650 |
|---|---|---|
| | Invoice Date: | March 10, 2020 |
| | Matter: | 082383.0108 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/24/20 | J R Herz | 0.7 | Email R. Spigel re: Szlezinger supp. declaration (.1); email L. Szlezinger re same (.1); finalize declaration for filing (.4); email Akin re filing and serving supplemental declaration (.1) |
| 02/24/20 | R L Spigel | 0.2 | Review and revise Jefferies' disclosure; email with J. Herz regarding same. |
| 02/26/20 | J R Herz | 0.2 | Emails (x2) with Jefferies team re: status of fee apps and applicable deadlines under interim comp order (.2) |

**Matter Hours**     8.20
**Matter Fees**     $7,203.00

Page 2

# BAKER BOTTS L.L.P

JEFFERIES LLC
Purdue Retention

| | |
|---|---|
| Invoice No: | 1688650 |
| Invoice Date: | March 10, 2020 |
| Matter: | 082383.0108 |

## 2020 Lawyer Summary

| Timekeeper | HOURS | RATE | TOTAL |
|---|---|---|---|
| Herz, J R | 7.8 | 865.00 | 6,747.00 |
| Spigel, R L | 0.4 | 1,140.00 | 456.00 |
| | 8.2 | | $7,203.00 |

| | |
|---|---|
| Total Current Fees | $7,203.00 |
| **Total Due This Invoice** | **$7,203.00** |

Page 3