KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah H. Bryan

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                :
In re:                          :    Chapter 11
                                :
PURDUE PHARMA L.P., *et al.*    :    Case No. 19-23649 (RDD)
                                :
         Debtors.[1]            :    (Jointly Administered)
---------------------------------------------------------------x

**THIRD MONTHLY FEE STATEMENT OF KURTZMAN CARSON
CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED
AND EXPENSES INCURRED AS INFORMATION AGENT FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |
| *Summary of Fees and Expenses Sought in the Fee Application* | |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | February 1, 2020 through February 29, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $5,878.42 (80% of $7,348.02) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $1,582.84 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $7,461.26 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its third monthly fee statement (the "Monthly Fee Statement") for the period beginning February 1, 2020 through and including February 29, 2020 (the "Fee Period"). During the Fee Period, the fees and expenses incurred by KCC were $8,977.63.[2]

---

[2]    This includes $46.77 in sales and use tax.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $7,461.26, which represents 80% of KCC's total fees for reasonable and necessary professional services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**. A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**. A schedule of expenses incurred by category.

c. **Exhibit C**. KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson, Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; and (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245, Attn: Sarah H. Bryan, Email: sbryan@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on**

**May 13, 2020** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: April 29, 2020
      El Segundo, California

                              /s/ Sara H. Bryan
                              **KURTZMAN CARSON CONSULTANTS LLC**
                              Sarah H. Bryan
                              Drake D. Foster
                              222 N. Pacific Coast Highway
                              3rd Floor
                              El Segundo, California 90403
                              Tel: (310) 823-9000

**CERTIFICATION**

I, Sarah H. Bryan, pursuant to 28 U.S.C. § 1746, state as follows:

a) I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

b) I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

c) I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated: April 29, 2020
   El Segundo, California

*/s/ Sarah H. Bryan*
———————————————
Sarah H. Bryan

**Exhibit A**

**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| ATE | Ana Arias | Consultant | 0.5 | $182.60 | $91.30 |
| BSZ | Bobbie Szlembarska | Consultant | 0.3 | $128.50 | $38.55 |
| CCE | Cerene Credo | Consultant | 0.5 | $135.84 | $67.92 |
| CET | Christopher Estes | Consultant | 1.1 | $184.80 | $203.28 |
| CHD | Christopher Do | Senior Consultant | 0.8 | $188.10 | $150.48 |
| CHT | Cheryl Tracey | Consultant | 0.2 | $182.60 | $36.52 |
| DIP | Diego Paranhos | Clerk | 0.1 | $49.00 | $4.90 |
| EAG | Esmeralda Aguayo | Consultant | 0.3 | $182.60 | $54.78 |
| EGA | Ellis Gatlin | Clerk | 0.1 | $49.00 | $4.90 |
| EJG | Evan Gershbein | Senior Managing Consultant | 1.4 | $210.49 | $294.68 |
| FTA | Frank Taylor | Clerk | 0.2 | $49.00 | $9.80 |
| HBU | Hannah Bussey | Consultant | 2 | $182.60 | $365.20 |
| HUM | Hugo Morales | Clerk | 0.3 | $141.40 | $42.42 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.6 | $130.35 | $78.21 |
| JBU | Joseph Bunning | Senior Consultant | 12.9 | $188.10 | $2,426.49 |
| JKS | Jake Sulpice | Consultant | 0.4 | $113.80 | $45.52 |
| LUG | Luis Gonzales | Clerk | 0.3 | $49.00 | $14.70 |
| MAP | Manuel Pastor | Consultant | 0.2 | $182.60 | $36.52 |
| MCL | Mikayla Cleary | Consultant | 1.3 | $182.60 | $237.38 |
| MDO | Matthew Orr | Consultant | 2.1 | $182.60 | $383.46 |
| MFM | Melissa Membrino | Senior Managing Consultant | 0.2 | $190.80 | $38.16 |
| MVZ | Michael Valadez | Consultant | 2.7 | $182.60 | $493.02 |
| RIO | Rosemary Ibarra | Clerk | 0.3 | $49.00 | $14.70 |
| SEP | Stephanie Paranhos | Consultant | 0.5 | $182.60 | $91.30 |
| STP | Stephanie Paul | Consultant | 1.9 | $128.50 | $244.15 |
| SYU | Susan Yu | Consultant | 7.8 | $184.80 | $1,441.44 |
| SZA | Sonia Zapien | Consultant | 0.3 | $182.60 | $54.78 |
| VTM | Vien Marquez | Consultant | 2.1 | $182.60 | $383.46 |
|  | **TOTAL:** |  | **41.4** |  | **$7,348.02** |

**Exhibit B**

**Summary of Expenses by Category**

| Category | Units | Rate | Amount |
|---|---|---|---|
| Photocopies | 95 | $0.11 | $10.45 |
| First Class Mail | | | $78.03 |
| Storage Rental | | | $8.00 |
| Reimbursement of Case Related Phone Costs | | | $149.04 |
| Printing and Mailing Expenses | | | $1,337.32 |
| | | | |
| **TOTAL** | | | **$1,582.84** |

**Exhibit C**

**Invoice**

# *Kurtzman Carson Consultants LLC*

| **Account Number** | 70789KCC | **Invoice Date** | March 24, 2020 |
|---|---|---|---|
| **Invoice Number** | US_KCC1785246 | **Due Date** | Due upon receipt |

**Purdue Pharma L.P. (Creditors' Committee)**

*Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $7,348.02 |
| *Total of Hourly Fees* | $7,348.02 |
| **Expenses** | |
| Expenses | $1,582.84 |
| *Total Expenses* | $1,582.84 |
| *Invoice Subtotal* | $8,930.86 |
| Sales and Use Tax | 46.77 |
| *Total Invoice* | $8,977.63 |

- - - - - - Please detach and return this portion of the statement with your check to KCC. - - - - - -
Please reference your Account Number and Invoice Number on your Remittance.

| **Account Number** | 70789KCC | **Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| **Invoice Number** | US_KCC1785246 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $8,977.63 | Dept CH 16639 | HSBC Bank, NA |
| **Amount Paid** | $ | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| | | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

## Kurtzman Carson Consultants LLC

02/01/2020 - 02/29/2020

*Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| ATE | Ana Arias | CON | 0.50 | $182.60 | $91.30 |
| BSZ | Bobbie Szlembarska | CON | 0.30 | $128.50 | $38.55 |
| CCE | Cerene Credo | CON | 0.50 | $135.84 | $67.92 |
| CET | Christopher Estes | CON | 1.10 | $184.80 | $203.28 |
| CHD | Christopher Do | SC | 0.80 | $188.10 | $150.48 |
| CHT | Cheryl Tracey | CON | 0.20 | $182.60 | $36.52 |
| DIP | Diego Paranhos | CL | 0.10 | $49.00 | $4.90 |
| EAG | Esmeralda Aguayo | CON | 0.30 | $182.60 | $54.78 |
| EGA | Ellis Gatlin | CL | 0.10 | $49.00 | $4.90 |
| EJG | Evan Gershbein | SMC | 1.40 | $210.49 | $294.68 |
| FTA | Frank Taylor | CL | 0.20 | $49.00 | $9.80 |
| HBU | Hannah Bussey | CON | 2.00 | $182.60 | $365.20 |
| HUM | Hugo Morales | CL | 0.30 | $141.40 | $42.42 |
| IRJ | Ivan Rios Jimenez | CON | 0.60 | $130.35 | $78.21 |
| JBU | Joseph Bunning | SC | 12.90 | $188.10 | $2,426.49 |
| JKS | Jake Sulpice | CON | 0.40 | $113.80 | $45.52 |
| LUG | Luis Gonzales | CL | 0.30 | $49.00 | $14.70 |
| MAP | Manuel Pastor | CON | 0.20 | $182.60 | $36.52 |
| MCL | Mikayla Cleary | CON | 1.30 | $182.60 | $237.38 |
| MDO | Matthew Orr | CON | 2.10 | $182.60 | $383.46 |
| MFM | Melissa Membrino | SMC | 0.20 | $190.80 | $38.16 |
| MVZ | Michael Valadez | CON | 2.70 | $182.60 | $493.02 |
| RIO | Rosemary Ibarra | CL | 0.30 | $49.00 | $14.70 |
| SEP | Stephanie Paranhos | CON | 0.50 | $182.60 | $91.30 |
| STP | Stephanie Paul | CON | 1.90 | $128.50 | $244.15 |
| SYU | Susan Yu | CON | 7.80 | $184.80 | $1,441.44 |
| SZA | Sonia Zapien | CON | 0.30 | $182.60 | $54.78 |
| VTM | Vien Marquez | CON | 2.10 | $182.60 | $383.46 |
| | | | | *Total* | *$7,348.02* |

## Kurtzman Carson Consultants LLC

02/01/2020 - 02/29/2020

*Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 2/1/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement & Reservation of Rights [DN 763] | CON | Noticing | 0.20 |
| | | | **Total for 2/1/2020** | | **0.20** |
| 2/3/2020 | JBU | Read bar date order and claim filing procedures in preparation for the related conference call | SC | Communications / Call Center | 0.80 |
| 2/3/2020 | SYU | Review mail report for Statement & Reservation of Rights [DN 763] | CON | Noticing | 0.10 |
| | | | **Total for 2/3/2020** | | **0.90** |
| 2/4/2020 | SYU | Review Bar Date proposed order in preparation for the conference call | CON | Noticing | 0.50 |
| | | | **Total for 2/4/2020** | | **0.50** |
| 2/5/2020 | JBU | Participate in a conference call regarding creditor inquiries and the bar date notice; draft related potential FAQs | SC | Communications / Call Center | 3.50 |
| 2/5/2020 | SYU | Conference call with counsel re Bar Date Mailing and Proof of Claim Forms | CON | Communications / Call Center | 0.40 |
| | | | **Total for 2/5/2020** | | **3.90** |
| 2/7/2020 | JBU | Finalize bar date FAQ draft and send to client for review | SC | Communications / Call Center | 0.50 |
| 2/7/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement & Reservation of Rights [DN 763] | SC | Noticing | 0.20 |
| | | | **Total for 2/7/2020** | | **0.70** |
| 2/10/2020 | SYU | Update Core2002 List | CON | Noticing | 0.10 |
| | | | **Total for 2/10/2020** | | **0.10** |
| 2/14/2020 | SYU | Correspond with counsel re potential mailing for 2/17/20 | CON | Noticing | 0.10 |
| | | | **Total for 2/14/2020** | | **0.10** |
| 2/17/2020 | CHD | Assist with Statement re Headquarters Lease Motion [DN 839] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SC | Noticing | 0.30 |
| 2/17/2020 | SYU | Correspond with counsel re service of Statement re Headquarters Lease Motion | CON | Noticing | 0.10 |
| 2/17/2020 | SYU | Coordinate and generate Statement re Headquarters Lease Motion [DN 839] mailing, including preparation of telephonic service lists and completion of telephonic service | CON | Noticing | 0.80 |
| 2/17/2020 | MVZ | Assist with Statement re Headquarters Lease Motion [DN 839] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.70 |
| | | | **Total for 2/17/2020** | | **1.90** |
| 2/18/2020 | EJG | Attention to Statement re Headquarters Lease Motion [DN 839] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |

## Kurtzman Carson Consultants LLC

02/01/2020 - 02/29/2020

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 2/18/2020 | FTA | Assist with Statement re Headquarters Lease Motion [DN 839] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 2/18/2020 | LUG | Assist with Statement re Headquarters Lease Motion [DN 839] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 2/18/2020 | VTM | Assist with Statement re Headquarters Lease Motion [DN 839] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.60 |
| 2/18/2020 | MDO | Assist with Statement re Headquarters Lease Motion [DN 839] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 2/18/2020 | BSZ | Assist with Statement re Headquarters Lease Motion [DN 839] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 2/18/2020 | HUM | Assist with Statement re Headquarters Lease Motion [DN 839] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 2/18/2020 | IRJ | Assist with Statement re Headquarters Lease Motion [DN 839] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 2/18/2020 | RIO | Assist with Statement re Headquarters Lease Motion [DN 839] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| | | | | **Total for 2/18/2020** | **2.30** |
| 2/19/2020 | ATE | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 2/19/2020 | JKS | Manage and review tracking of undeliverable mail re Statement re Headquarters Lease Motion [DN 839] | CON | Undeliverable Mail Processing | 0.10 |
| | | | | **Total for 2/19/2020** | **0.20** |
| 2/20/2020 | EJG | Attention to Statement re Motion for Development Agreement [DN 849] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 2/20/2020 | FTA | Assist with Statement re Motion for Development Agreement [DN 849] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 2/20/2020 | LUG | Assist with Statement re Motion for Development Agreement [DN 849] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 2/20/2020 | VTM | Assist with Statement re Motion for Development Agreement [DN 849] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 2/20/2020 | MDO | Assist with Statement re Motion for Development Agreement [DN 849] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 2/20/2020 | BSZ | Assist with Statement re Motion for Development Agreement [DN 849] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 2/20/2020 | SEP | Notarize 1 Affidavit of Service for Y. Yu | CON | Noticing | 0.10 |

## Kurtzman Carson Consultants LLC

02/01/2020 - 02/29/2020

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 2/20/2020 | HUM | Assist with Statement re Motion for Development Agreement [DN 849] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 2/20/2020 | IRJ | Assist with Statement re Motion for Development Agreement [DN 849] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 2/20/2020 | ATE | Respond to creditor inquiry regarding proof of claim form and new claims agent | CON | Communications / Call Center | 0.30 |
| 2/20/2020 | RIO | Assist with Statement re Motion for Development Agreement [DN 849] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 2/20/2020 | SYU | Electronically file Affidavit of Service with the court | CON | Noticing | 0.10 |
| 2/20/2020 | SYU | Prepare Affidavit of Service re Statement re Headquarters Lease Motion [DN 839] mailing | CON | Noticing | 0.80 |
| 2/20/2020 | SYU | Correspond with counsel re service of Statement re Motion for Development Agreement | CON | Noticing | 0.10 |
| 2/20/2020 | SYU | Coordinate and generate Statement re Motion for Development Agreement [DN 849] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 2/20/2020 | MVZ | Assist with Statement re Motion for Development Agreement [DN 849] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.70 |
| | | | | *Total for 2/20/2020* | *5.00* |
| 2/21/2020 | SEP | Notarize 1 Affidavit of Service for Y. Yu | CON | Noticing | 0.10 |
| 2/21/2020 | SYU | Prepare Affidavit of Service re Statement re Motion for Development Agreement [DN 849] mailing | CON | Noticing | 0.80 |
| 2/21/2020 | SYU | Electronically file Affidavit of Service with the court | CON | Noticing | 0.10 |
| 2/21/2020 | CET | Return creditor inquiry regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.20 |
| 2/21/2020 | JKS | Manage and review tracking of undeliverable mail re Statement re Motion for Development Agreement [DN 849] | CON | Undeliverable Mail Processing | 0.10 |
| 2/21/2020 | JKS | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| | | | | *Total for 2/21/2020* | *1.40* |
| 2/24/2020 | EJG | Attention to Supp Declaration re Jefferies Retention App [DN 871] mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| 2/24/2020 | LUG | Assist with Supp Declaration re Jefferies Retention App [DN 871] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 2/24/2020 | VTM | Assist with Supp Declaration re Jefferies Retention App [DN 871] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.60 |
| 2/24/2020 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Headquarters Lease Motion [DN 839] | CON | Noticing | 0.20 |
| 2/24/2020 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Motion for Development Agreement [DN 849] | CON | Noticing | 0.20 |

## Kurtzman Carson Consultants LLC

02/01/2020 - 02/29/2020

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 2/24/2020 | MDO | Assist with Supp Declaration re Jefferies Retention App [DN 871] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 2/24/2020 | JBU | Respond to inquiries regarding the Chapter 11 process; claim filing procedures | SC | Communications / Call Center | 1.50 |
| 2/24/2020 | BSZ | Assist with Supp Declaration re Jefferies Retention App [DN 871] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 2/24/2020 | HUM | Assist with Supp Declaration re Jefferies Retention App [DN 871] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 2/24/2020 | IRJ | Assist with Supp Declaration re Jefferies Retention App [DN 871] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 2/24/2020 | CHD | Assist with Supp Declaration re Jefferies Retention App [DN 871] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SC | Noticing | 0.30 |
| 2/24/2020 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Headquarters Lease Motion [DN 839] | CON | Noticing | 0.20 |
| 2/24/2020 | EGA | Assist with Supp Declaration re Jefferies Retention App [DN 871] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 2/24/2020 | RIO | Assist with Supp Declaration re Jefferies Retention App [DN 871] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 2/24/2020 | SYU | Correspond with counsel re service of Supp Declaration re Jefferies Retention App | CON | Noticing | 0.10 |
| 2/24/2020 | SYU | Coordinate and generate Supp Declaration re Jefferies Retention App [DN 871] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 2/24/2020 | MVZ | Assist with Supp Declaration re Jefferies Retention App [DN 871] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.70 |
| 2/24/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.10 |
| | | | | *Total for 2/24/2020* | *6.20* |
| 2/25/2020 | JBU | Respond to inquiries regarding the Chapter 11 process; claim filing procedures | SC | Communications / Call Center | 1.90 |
| 2/25/2020 | SEP | Notarize 3 Affidavits of Service for Y. Yu | CON | Noticing | 0.30 |
| 2/25/2020 | MFM | Coordinate and log creditor calls to ensure timely responses | SMC | Communications / Call Center | 0.10 |
| 2/25/2020 | SYU | Electronically file 2 Affidavits of Service with the court | CON | Noticing | 0.20 |
| 2/25/2020 | SYU | Prepare Affidavit of Service re Supp Declaration re Jefferies Retention App [DN 871] mailing | CON | Noticing | 0.80 |
| 2/25/2020 | SYU | Coordinate and generate 5th KCC Fee App [DN 874] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.60 |
| 2/25/2020 | SYU | Prepare Affidavit of Service re 5th KCC Fee App [DN 874] mailing | CON | Noticing | 0.70 |
| 2/25/2020 | HBU | Respond to inquiries (2) regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.20 |

## Kurtzman Carson Consultants LLC

02/01/2020 - 02/29/2020

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 2/25/2020 | EAG | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 2/25/2020 | SZA | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 2/25/2020 | JKS | Manage and review tracking of undeliverable mail re Supp Declaration re Jefferies Retention App [DN 871] | CON | Undeliverable Mail Processing | 0.10 |
| 2/25/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (9) | CON | Communications / Call Center | 0.80 |
| | | | | **Total for 2/25/2020** | **6.30** |
| 2/26/2020 | JBU | Respond to inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 1.10 |
| 2/26/2020 | CCE | Coordinate and log creditor calls to ensure timely responses (10) | CON | Communications / Call Center | 0.50 |
| 2/26/2020 | MFM | Coordinate and log creditor calls to ensure timely responses | SMC | Communications / Call Center | 0.10 |
| 2/26/2020 | DIP | File general case documents to maintain integrity of original document tracking system | CL | Document Processing | 0.10 |
| 2/26/2020 | HBU | Respond to inquiries (6) regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.90 |
| 2/26/2020 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Motion for Development Agreement [DN 849] | CON | Noticing | 0.20 |
| 2/26/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (5) | CON | Communications / Call Center | 0.40 |
| | | | | **Total for 2/26/2020** | **3.30** |
| 2/27/2020 | JBU | Respond to inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 1.80 |
| 2/27/2020 | CHT | Respond to inquiries (2) regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.20 |
| 2/27/2020 | HBU | Respond to inquiries (3) regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.30 |
| 2/27/2020 | CET | Respond to inquiries (4) regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.70 |
| 2/27/2020 | MCL | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 1.30 |
| 2/27/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (5) | CON | Communications / Call Center | 0.40 |
| | | | | **Total for 2/27/2020** | **4.70** |
| 2/28/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 1.80 |
| 2/28/2020 | ATE | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 2/28/2020 | HBU | Respond to inquiries (4) regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.60 |
| 2/28/2020 | CET | Respond to inquiries (2) regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.20 |

## *Kurtzman Carson Consultants LLC*

02/01/2020 - 02/29/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 2/28/2020 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Headquarters Lease Motion [DN 839] | CON | Noticing | 0.20 |
| 2/28/2020 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Motion for Development Agreement [DN 849] | CON | Noticing | 0.20 |
| 2/28/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 2/28/2020* | *3.30* |
| 2/29/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Headquarters Lease Motion [DN 839] | CON | Noticing | 0.20 |
| 2/29/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Motion for Development Agreement [DN 849] | CON | Noticing | 0.20 |
| | | | | *Total for 2/29/2020* | *0.40* |
| | | | | ***Total Hours*** | ***41.40*** |

## Kurtzman Carson Consultants LLC

02/01/2020 - 02/29/2020

*Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 2/18/2020 | Statement re Headquarters Lease Motion [DN 839] | 181 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 181 | $250.00 | $250.00 |
| | | 42 | First Class Mail | | |
| | | 258 | Image notice printing for 1 document, including Purdue 839 - UCC Statement re Headquarters Lease Motion.pdf | $0.11 | $28.38 |
| | | 1 | Notary | $15.00 | $15.00 |
| | | 43 | Standard Envelopes | $0.13 | $5.59 |
| 2/20/2020 | Statement re Motion for Development Agreement [DN 849] | 181 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 181 | $250.00 | $250.00 |
| | | 42 | First Class Mail | | |
| | | 344 | Image notice printing for 1 document, including Purdue 849 - UCC Statement re Motion for Development Agreement.pdf | $0.11 | $37.84 |
| | | 1 | Notary | $15.00 | $15.00 |
| | | 43 | Standard Envelopes | $0.13 | $5.59 |
| 2/24/2020 | Supp Declaration re Jefferies Retention App [DN 871] | 181 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 181 | $250.00 | $250.00 |
| | | 42 | First Class Mail | | |
| | | 172 | Image notice printing for 1 document, including Purdue 871 - Supplemental Declaration ISO Jefferies Retention Application.pdf | $0.11 | $18.92 |
| | | 1 | Notary | $15.00 | $15.00 |
| | | 43 | Standard Envelopes | $0.13 | $5.59 |
| 2/25/2020 | First KCC Fee App [DN 874] | 11 | Email Parties | $0.00 | $100.00 |
| | | 231 | Image notice printing for 1 document, including Purdue 874 - 1st KCC Fee Statement | $0.11 | $25.41 |
| | | 1 | Notary | $15.00 | $15.00 |

*Total Printing and Mailing Expenses* — **$1,337.32**