PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew M. Troop
31 West 52nd Street
New York, New York 10019
212-858-1000

*Counsel to the Non-Consenting States*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA, L.P., *et al.*,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

# CERTIFICATE OF SERVICE

I, Andrew M. Troop, hereby certify that, on April 29, 2020, I caused true and correct copies of the following documents to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System to all parties who are deemed to have consented to electronic service; and (ii) by email upon the parties who provided email addresses set forth in the Master Service List:[2]

- Reply in Support of *Ex Parte* Motion of the Ad Hoc Group of Non-Consenting States for an Order Authorizing Examinations of Certain Financial Institutions Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure [Docket No. 1106]; and

- The Ad Hoc Group of Non-Consenting States' Letter to the Honorable Judge Robert D. Drain Regarding Discovery Disputes Between the UCC and Members of the Sackler Family [Docket No. 1107]

On April 29, 2020, I also caused true and correct copies to be served by email upon the chambers of the Honorable Judge Robert D. Drain (rdd.Chambers@nysb.uscourts.gov) and the

---

[1] The debtors in these chapter 11 cases ("Debtors"), along with the last four digits of their federal tax identification numbers, are Purdue Pharma Manufacturing L.P. (3821), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies K.P. (1868), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (6166), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' principal offices are at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] The "Master Service List" is maintained by the Debtors pursuant to the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* [Docket No. 498].

Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

Dated: April 29, 2020
      New York, New York

Respectfully submitted,

By:    */s/ Andrew M. Troop*
PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew M. Troop
31 West 52nd Street
New York, NY 10019
Telephone: (212) 858-1000
Email: andrew.troop@pillsburylaw.com

*Counsel to the Ad Hoc Group of Non-Consenting States*