19-23649-shl    Doc 1118-1    Filed 04/30/20    Entered 04/30/20 17:43:19    Exhibit A-
    Ordinary Course Professionals Statement    Pg 1 of 7

# Exhibit A

# OCP Statement

19-23649-shl    Doc 1118-1    Filed 04/30/20    Entered 04/30/20 17:43:19    Exhibit A-
Ordinary Course Professionals Statement    Pg 2 of 7

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (RDD)

OCP Payment Report - Three Month Fee Average
March 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **OCP Tier 1** | | | | | | | | | | | |
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 2,975,303 | N/A | N/A | 405,403 | 474,926 | 399,330 | 442,843 | 380,268 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 1,230,691 | N/A | N/A | 207,030 | 221,015 | 203,949 | 193,864 | 134,118 |
| OCP Tier 3 Total | OCP Tier 3 | 7,560,000 | N/A | 90,530 | N/A | N/A | 10,942 | 17,080 | 24,143 | 16,824 | 13,097 |
| OCP Total | Total | | 25,000,000 | 4,296,525 | | | | | | | |
| | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 787 | | | 133 | 262 | 262 | 130 | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | 584 | 1,001 | 1,001 | 417 | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 6,202 | | | 707 | 857 | 966 | 843 | 1,210 |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 11,993 | | | 721 | 1,287 | 3,998 | 3,277 | 2,711 |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 578 | | | 193 | 193 | 193 | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 3,550 | | | 258 | 558 | 1,053 | 925 | 626 |
| Conyers Dill & Pearman Limited | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Corcoran, Johnston & Blair | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 1,518 | | | | 331 | 389 | 477 | 175 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 30,489 | | | 1,773 | 6,424 | 8,250 | 8,390 | 3,739 |
| Dannemann Siemsen Bigler & Ipanema M | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 24,637 | | | 1,090 | 3,068 | 5,503 | 7,122 | 4,881 |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Dentons US LLP | OCP Tier 2 | 75,000 | 900,000 | 250,000 | | | 33,333 | 50,000 | 50,000 | 50,000 | 33,333 |
| Dickinson & Avella | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | 80 | 80 | 106 | 56 | 56 |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 18,272 | | | 3,336 | 5,327 | 5,327 | 2,262 | 764 |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 18,074 | | | 1,189 | 2,068 | 3,511 | 4,835 | 3,957 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 2,620 | | | 422 | 740 | 848 | 426 | 133 |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | | | 369 | | 456 | 456 | 456 |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 3,886 | | | | 364 | 546 | 802 | 931 |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 4,896 | | | 36 | 36 | 442 | 945 | 1,596 |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 1,688 | | | 505 | 505 | 505 | | 58 |
| Gunderson, Palmer, Nelson, Ashmore LL | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 1,956 | | | 625 | 625 | 625 | 27 | 27 |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 75,000 | 900,000 | 210,860 | | | 30,969 | 29,636 | 31,059 | 39,318 | 25,469 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 20,927 | | | 2,121 | 1,199 | 4,854 | 4,854 | 4,854 |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 172,435 | | | 32,119 | 40,015 | 38,829 | 25,359 | 15,944 |
| Lynch & Pine | OCP Tier 3 | 5,000 | 60,000 | 2,650 | | | | | 883 | 883 | 883 |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 180,808 | | | 19,667 | 30,010 | 33,234 | 39,607 | 26,691 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,029,000 | | | 98,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodya | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 22,764 | | | 4,523 | 4,031 | 3,672 | 3,065 | 1,168 |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 5,920 | | | 512 | 1,284 | 1,580 | 1,462 | 689 |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 3,547 | | | 862 | 901 | 901 | 320 | 282 |

OCP Payment Report - Three Month Fee Average
March 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 | | | | | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | 107 | 345 | 556 | 450 | 211 |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,030 | | | 104 | 146 | 198 | 94 | 198 |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 16,999 | | | 5,271 | 2,315 | 396 | 396 | 396 |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 77,936 | | | 15,430 | 15,605 | 11,794 | 10,549 | 6,812 |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 358,713 | | | 62,273 | 44,156 | 53,833 | 49,311 | 50,520 |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,059 | | | 353 | 353 | 353 | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | 92 | 92 | 92 | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 4,552 | | | 1,312 | 1,495 | 1,517 | 205 | 23 |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 351,799 | | | 26,452 | 77,574 | 66,193 | 85,924 | 39,453 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 322,464 | | | 68,057 | 54,020 | 35,471 | 30,095 | 26,849 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 6,678 | | | | | 1,504 | 2,226 | 2,226 |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 60,634 | | | 10,786 | 12,635 | 10,155 | 9,426 | 6,259 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 675,679 | | | 163,259 | 134,277 | 46,122 | 61,967 | 40,564 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 1,794 | | | | 299 | 299 | 598 | 299 |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 379,305 | | | 35,751 | 41,908 | 52,948 | 59,033 | 76,042 |

Note: The three month average for Stikeman Elliot, LLP exceeded the $150,000 cap by about $13,000 in November of 2019. The Debtors withheld about $39,000 in payments to offset the overage and anticipate that Stikeman will present a fee application for its billing during this time period

19-23649-shl    Doc 1118-1    Filed 04/30/20    Entered 04/30/20 17:43:19    Exhibit A-
Ordinary Course Professionals Statement    Pg 4 of 7

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Fees (as incurred)
March 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 | | | | | 262,721 | Jun-47 | | | | | |
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 2,975,303 | 262,721 | 638,251 | 315,236 | 471,290 | 411,463 | 445,774 | 283,567 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 1,230,691 | 165,293 | 266,901 | 188,896 | 207,248 | 215,704 | 158,641 | 28,008 |
| OCP Tier 3 Total | OCP Tier 3 | 7,560,000 | N/A | 90,530 | | | | 32,826 | 18,414 | 21,188 | 10,871 | 7,232 |
| OCP Total | Total | | 25,000,000 | 4,296,525 | | | | | | | |
| | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 787 | | | 398 | 389 | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | 1,753 | 1,250 | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 6,202 | | | 2,122 | 449 | 326 | 1,754 | 1,550 |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 11,993 | | | 2,164 | 1,698 | 8,132 | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 578 | | | | 578 | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 3,550 | | | 775 | 898 | 1,485 | 392 | |
| Conyers Dill & Pearman Limited | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Corcoran, Johnston & Blair | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 1,518 | | | | 992 | 175 | 263 | 88 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 30,489 | | 409 | 4,910 | 13,952 | 5,887 | 5,330 | |
| Dannemann Siemsen Bigler & Ipanema | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 24,637 | 790 | 1,135 | 1,347 | 6,722 | 8,440 | 6,204 | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Dentons US LLP | OCP Tier 2 | 75,000 | 900,000 | 250,000 | | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | |
| Dickinson & Avella | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | 240 | | 77 | 92 | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 18,272 | | | 10,009 | 5,971 | | 816 | 1,476 |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 18,074 | | 2,218 | 1,350 | 2,636 | 6,547 | 5,323 | |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 2,620 | | | 1,265 | 956 | 323 | | 77 |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | 1,106 | | | | 1,368 | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 3,886 | | | | 1,093 | 546 | 768 | 1,478 |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 4,896 | | | 108 | | 1,220 | 1,616 | 1,953 |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 1,688 | | | 1,515 | | | | 173 |
| Gunderson, Palmer, Nelson, Ashmore LL | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 1,956 | | | 1,875 | | | 82 | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 75,000 | 900,000 | 210,860 | 45,546 | 31,883 | 15,478 | 41,548 | 36,152 | 40,254 | |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 20,927 | 2,766 | 3,598 | | | 14,563 | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 172,435 | 4,557 | 40,285 | 51,516 | 28,244 | 36,725 | 11,107 | |
| Lynch & Pine | OCP Tier 3 | 5,000 | 60,000 | 2,650 | | | | | 2,650 | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 180,808 | 10,704 | 21,005 | 27,293 | 41,733 | 30,677 | 46,411 | 2,985 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,029,000 | | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 22,764 | 7,167 | 1,231 | 5,171 | 5,692 | 153 | 3,351 | |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 5,920 | | | 1,536 | 2,318 | 887 | 1,179 | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 3,547 | | | 2,587 | 115 | | 845 | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | 320 | 717 | 632 | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,030 | | | 312 | 125 | 156 | | 437 |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |

OCP Payment Report - Monthly Fees (as incurred)
March 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | OCP Tier 1 | | | 262,721 | Jun-47 | | | | | | |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 16,999 | 8,868 | 6,944 | | | 1,187 | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 77,936 | 10,685 | 25,038 | 10,566 | 11,210 | 13,606 | 6,831 | |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 358,713 | 74,685 | 76,488 | 35,645 | 20,335 | 105,519 | 22,078 | 23,962 |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,059 | | | 1,059 | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | 275 | | | | |
| Semmes Bowen & Semmes | OCP Tier 2 | 40,000 | 480,000 | 4,552 | | | | 3,937 | 546 | 69 | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 351,799 | 719 | 34,145 | 44,493 | 154,084 | | 103,689 | 14,669 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 322,464 | 79,858 | 83,933 | 40,380 | 37,746 | 28,288 | 24,252 | 28,008 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 6,678 | | | | | 4,511 | 2,167 | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 60,634 | 3,951 | 20,228 | 8,179 | 9,498 | 12,789 | 5,990 | |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 675,679 | 151,158 | 320,866 | 17,752 | 64,211 | 56,402 | 65,289 | |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 1,794 | | | | 897 | | 897 | |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 379,305 | 25,455 | 38,748 | 43,052 | 43,926 | 71,866 | 61,308 | 94,951 |

19-23649-shl   Doc 1118-1   Filed 04/30/20   Entered 04/30/20 17:43:19   Exhibit A-
Ordinary Course Professionals Statement   Pg 6 of 7

In re: PURDUE PHARMA L.P., et al.   OCP Payment Report - Monthly Expenses Incurred   Case No.: 19-23649 (RDD)
March 2020

| Name | Tier | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 |
|---|---|---|---|---|---|---|---|---|---|
| | OCP Tier 1 | | 29,439 | Nov-94 | | | | | |
| OCP Tier 1 Total | OCP Tier 1 | 308,247 | 29,439 | 34,654 | 78,379 | 27,816 | 52,463 | 23,399 | 44,711 |
| OCP Tier 2 Total | OCP Tier 2 | 199,856 | 13,674 | 21,382 | 58,561 | 60,173 | 24,910 | 8,304 | 12,852 |
| OCP Tier 3 Total | OCP Tier 3 | 1,573 | | | 795 | 716 | 15 | 32 | 15 |
| OCP Total | Total | 509,676 | | | | | | | |
| | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | | | | | | | | |
| Bassford Remele | OCP Tier 3 | | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | | | | | | | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 42 | | | | 42 | | | |
| Camacho Calvo Law Group | OCP Tier 3 | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 3 | | | | | 3 | | |
| Cipriani & Werner PC | OCP Tier 3 | 350 | | | 350 | | | | |
| Cole Scott & Kissane | OCP Tier 3 | | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | | | | | | | | |
| Corcoran, Johnston & Blair | OCP Tier 2 | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 90 | | | 90 | | | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 315 | | | | 267 | 48 | | |
| Dannemann Siemsen Bigler & Ipanema | OCP Tier 2 | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 3,261 | 1,000 | | 781 | 160 | | 1,320 | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 45 | | | 15 | 15 | | | 15 |
| Dentons US LLP | OCP Tier 2 | 17,983 | | 2,190 | 1,203 | 554 | 10,540 | 2,761 | 735 |
| Dickinson & Avella | OCP Tier 2 | | | | | | | | |
| Dinse, Knapp & McAndrew | OCP Tier 3 | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 321 | | | 51 | 270 | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 2,409 | | 250 | | -241 | | | 2,400 |
| Duke Scanlan | OCP Tier 3 | 2 | | | | 2 | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 5 | | | | | | 5 | |
| Frost Brown Todd LLC | OCP Tier 3 | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 3 | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 83 | | | 60 | 23 | | | |
| Gunderson, Palmer, Nelson, Ashmore LL | OCP Tier 3 | 220 | | | 138 | 65 | 3 | 14 | |
| Hepler Broom LLC | OCP Tier 3 | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 19 | | | | 19 | | | |
| Hood Law Firm | OCP Tier 3 | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 13 | | | | 13 | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 1,329 | 575 | 227 | 204 | | | 323 | |
| Larson & O'Brien | OCP Tier 3 | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 2,000 | | | 1,400 | | 600 | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 118,928 | 3,503 | 8,465 | 46,301 | 51,656 | 7,682 | 1,321 | |
| Lynch & Pine | OCP Tier 3 | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 3,408 | | | 3,408 | | | | |
| Maiwald | OCP Tier 1 | 174,419 | 16,665 | 18,422 | 23,793 | 24,048 | 24,282 | 22,575 | 44,634 |
| McCarter & English | OCP Tier 2 | | | | | | | | |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | | | | | | | | |

In re: PURDUE PHARMA L.P., et al.    OCP Payment Report - Monthly Expenses Incurred    Case No.: 19-23649 (RDD)
March 2020

| Name | Tier | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 |
|---|---|---|---|---|---|---|---|---|---|
| | OCP Tier 1 | | 29,439 | Nov-94 | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 28,252 | 3,568 | 9,166 | 4,954 | 3,052 | 7,512 | | |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woody | OCP Tier 3 | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 38 | | | 18 | | 8 | 13 | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 95 | 39 | | 15 | 41 | | | |
| Morrison & Foerster LLP | OCP Tier 3 | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 60 | | | | 60 | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 13 | | | 6 | 6 | 1 | | |
| O'Melveny & Myers LLP | OCP Tier 3 | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | | | | | | | | |
| Poyner Spruill LLP | OCP Tier 2 | 306 | 160 | 125 | | | 22 | | |
| Pryor Cashman LLP | OCP Tier 2 | 29,277 | 7,076 | 2,508 | 6,437 | 5,335 | 2,159 | 2,382 | 3,380 |
| Reed Smith, LLP | OCP Tier 1 | 87 | 63 | -319 | 31 | 106 | 116 | 31 | 60 |
| Reichard & Escalera LLC | OCP Tier 3 | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 68 | | | 68 | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 2,429 | 13 | 16 | 2,291 | 106 | | 2 | 1 |
| Skarzynski Black | OCP Tier 2 | 4,398 | 1,321 | 1,858 | | 1,051 | 23 | 146 | |
| Smith Anderson | OCP Tier 2 | | | | | | | | |
| Snell & Wilmer | OCP Tier 3 | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 13,558 | | 4,360 | 160 | 1,350 | 1,300 | 51 | 6,337 |
| Stikeman Elliott, LLP | OCP Tier 1 | 9,921 | 895 | 3,921 | | 504 | 3,833 | 768 | |
| Stites & Harbison, PLLC | OCP Tier 2 | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 200 | | | | 200 | | | |
| Thompson Coburn, LLP | OCP Tier 3 | | | | | | | | |
| Thompson Hine | OCP Tier 2 | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | | | | | | | | |
| Troutman Sanders LLP | OCP Tier 2 | 5,997 | | | 3,460 | | 2,537 | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | | | | | | | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 89,729 | 8,234 | 40 | 47,310 | | 16,720 | 23 | 17 |