## Exhibit B

**Professional and Paraprofessional Fees for Fee Period**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate (CAD$) | Total Hours Billed | Total Compensation (CAD$) |
|---|---|---|---|---|---|
| **Partner** | | | | | |
| David R. Byers | Partner; Bar admission: Ontario, 1983 | Litigation / Restructuring | $1,050.00 | 198.5 | $208,425.00 |
| Ashley J. Taylor | Partner; Bar admission: British Columbia, 1996; Ontario, 1997 | Restructuring | $1,025.00 | 191.5 | $196,287.50 |
| Danielle Royal | Partner; Bar admission: Ontario, 2000 | Litigation | $875.00 | 47.7 | $41,737.50 |
| **Partner Total:** | | | | 437.7 | $446,450.00 |
| **Counsel** | | | | | |
| N/A | | | | | |
| **Counsel Total:** | | | | | |
| **Associates, Law Clerks and Legal Assistants** | | | | | |
| Lesley Mercer | Associate; Bar admission: Newfoundland, 2005; Ontario, 2007 | Litigation | $700.00 | 71.1 | $49,770.00 |
| Lee Nicholson | Associate; Bar admission: Ontario, 2014 | Restructuring | $570.00 | 286.9 | $163,533.00 |
| **Associates, Law Clerks and Legal Assistants Total:** | | | | 358 | $213,303.00 |
| **TOTAL FEES** | | | | | |
| **GRAND TOTAL** | | | | 795.7 | $659,753.00 |