## Exhibit C

## Fees by Project Category for Fee Period

| Project Category | Total Hours | Total Fees (CAD$) |
|---|---:|---:|
| Class Actions | 8.8 | $9,240.00 |
| Government of British Columbia | 79.2 | $71,575.00 |
| Contingency Planning | 707.7 | $578,938.00 |
| **Total** | **795.7** | **$659,753.00** |