## Exhibit D

**Customary and Comparable Compensation Disclosures for the Fee period**

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE ||
|---|---|---|
| | **Professionals at the Toronto Office of Stikeman Elliott LLP for a 12-Month Period Ending on November 30, 2019, Excluding Bankruptcy Matters** | **Purdue Application ($CAD)** |
| Partner | $978.15 | $1,019.99 |
| Counsel | N/A | N/A |
| Other Attorneys | $699.78 | $595.82 |
| Paraprofessionals | N/A | N/A |
| **All Timekeepers Aggregated** | $909.10 | $829.15 |