Hearing Date: May 21, 2020 at 10:00 a.m.
Objection Deadline: May 14, 2020

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF HEARING TO CONSIDER APPLICATION UNDER
## BANKRUPTCY RULE 2004 OF THE PRIVATE INSURANCE CLASS CLAIMANTS

**PLEASE TAKE NOTICE** that on **May 21, 2020 at 10:00 a.m. (Prevailing Eastern Time)**, a hearing (the "Hearing") will be held before the Hon. Robert D. Drain, Bankruptcy Judge, to consider the motion of the Private Insurance Class Claimants for approval under Bankruptcy Rule 2004 to request documents and examine the Sackler Family Members and Family Entities (the "Motion") [Docket No. 1099].

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion may be obtained free of charge by contacting the undersigned or by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma/. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion, shall (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, (c) set forth with specificity the legal and factual grounds for the objection, and (d) be filed with the Court not later than **May 14, 2020**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by an announcement of such adjournment at the time of the Hearing. All persons may, but need not, attend the Hearing. Persons objecting to the Motion, however, should have a representative present at the Hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Dated: May 4, 2020 | By: */s/ Nicholas F. Kajon*<br>Nicholas F. Kajon<br>nfk@stevenslee.com<br>Constantine D. Pourakis<br>cp@stevenslee.com<br>STEVENS & LEE, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022<br>Tel: 212.319.8500<br><br>James Young*<br>jyoung@ForThePeople.com<br>MORGAN & MORGAN, P.A.[2]<br>COMPLEX LITIGATION GROUP<br>76 S. Laura St., Suite 1100<br>Jacksonville, FL 32202<br>Tel: 904.361.0012<br><br>Juan R. Martinez*<br>juanmartinez@ForThePeople.com<br>MORGAN & MORGAN, P.A.<br>COMPLEX LITIGATION GROUP<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Tel: 813.223.5505<br><br>*Admitted Pro Hac Vice<br><br>*Counsel for Private Insurance Plaintiffs and the Putative Classes* |

---

[2] Morgan & Morgan, P.A. also represent clients in diverse other matters pending against Debtors, as specified in the Amended Verified Statement of Stevens & Lee, P.C. Pursuant to Bankruptcy Procedure 2019, dated October 21, 2019. [Dkt. No. 333].

2