# **Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
### BIELLI & KLAUDER, LLC AS COUNSEL TO THE FEE EXAMINER,
### *NUNC PRO TUNC* TO THE APPOINTMENT DATE

Upon the application (the "Application")[2] of David M. Klauder, the appointed fee

examiner (the "Fee Examiner") in the above-captioned chapter 11 cases of Purdue Pharma L.P.,

*et al.,* (collectively, the "Debtors"), for entry of an order, pursuant to section 327(a) of the

Bankruptcy Code, Bankruptcy Rule 2014 and Local Rules 2014-1 and 2016-1, authorizing the

retention and employment of Bielli & Klauder, LLC ("Bielli & Klauder") as counsel to the Fee

Examiner, effective as of the Appointment Date, as more fully described in the Application, and

upon consideration of the Bielli Declaration and the Fee Examiner Declaration; and it appearing

that the relief requested is in the best interests of the Fee Examiner, the Debtors, their estates,

their creditors and other parties in interest; and this Court having jurisdiction to consider the

Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the

Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

[2] Capitalized terms used but not defined herein shall have meaning given to them in the Application.

consideration of the Application and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the Application having been provided under the

particular circumstance, and it appearing that no other or further notice need be provided; and

this Court finding that Bielli & Klauder is a "disinterested person," as defined in section 101(14)

of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code because (a)

Bielli & Klauder has no connection with the Debtors, any creditors, or other parties in interest,

their respective attorneys and accountants, or the United States Trustee or any of its employees,

except as set forth in the Bielli Declaration, (b) Bielli & Klauder is not a creditor, equity security

holder, or insider of the Debtors, (c) none of Bielli & Klauder's attorneys or employees are or

were a director, officer or employee of the Debtors, and (d) Bielli & Klauder does not hold and

has neither represented or represents an interest materially adverse to the interest of the Debtors'

estates or of any class of creditors or equity security holders by reason of any direct or indirect

relationship to, connection with, or interest in, the Debtors or for any other reason; and after due

deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.      The Application is granted and approved.

2.      In accordance with section 327(a) of Bankruptcy Code, the Fee Examiner

is authorized to retain and employ Bielli & Klauder as his counsel on the terms set forth in the

Application, the Bielli Declaration and the Fee Examiner declaration, effective *nunc pro tunc*, as

of the Appointment Date.

3.      Bielli & Klauder shall apply for and be paid compensation and

reimbursement in accordance with the procedures set forth in the application section of the

Bankruptcy Coe, including section 330 and 331, and the application provisions of the

Bankruptcy Rules, the Local Rules, any fee and expense guidelines of this Court and any the

*Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for*

*Retained Professionals* [Docket No. 529] (the "Interim Compensation Procedures Order").

        4.     Bielli & Klauder shall be permitted to file monthly fee applications and

requests that the entire monthly fee be paid each month upon approval of the fee application with

no 20% holdback required as set forth in the Interim Compensation Procedures Order.  Bielli &

Klauder shall also file a final fee application at the time its engagement or this case is concluded.

        5.     The Fee Examiner and Bielli & Klauder are authorized to take all actions

they deem necessary and appropriate to effectuate the relief granted pursuant to this Order in

accordance with the Application, the Bielli Declaration and the Fee Examiner Declaration.

        6.     The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

        7.     The Court shall retain jurisdiction over any and all matters arising from or

related to the interpretation or implementation of this Order.

Dated: _____

_____, New York    /s/_____
                                      UNITED STATES BANKRUPTCY JUDGE