**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF FIFTH MONTHLY FEE STATEMENT OF JONES DAY FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM MARCH 1, 2020 THROUGH MARCH 31, 2020**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | March 1, 2020 through March 31, 2020 |
| **Amount of Compensation Requested (after 13% discount):** | $216,325.50 |
| **Less 20% Holdback** | $43,265.10 |
| **Net of Holdback**: | $173,060.40 |
| **Amount of Expense Reimbursement Requested:** | $0.00 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $173,060.40 |

**This is a**          <u>X</u>__ Monthly _____Interim ___ Final Fee Statement

*[The remainder of this page has been intentionally left blank]*

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this fifth monthly fee statement (the "Fifth Monthly Fee Statement"), seeking compensation for services rendered as special counsel to the Debtors, for the period from March 1, 2020 through March 31, 2020 (the "Fifth Monthly Fee Period"). By this Fifth Monthly Fee Statement, and after taking into account certain substantial voluntary discounts and reductions,[3] Jones Day seeks payment in the amount of $173,060.40, which comprises 80% of the total amount of compensation sought for actual and necessary services rendered during the Fifth Monthly Fee Period.[4] Jones Day did not incur any actual and necessary expenses in connection with services rendered during the Fifth Monthly Fee Period.

### SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fifth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]     The total amount sought for fees reflects (a) voluntary write offs in the amount of $5,250.00 and (b) application of a subsequent 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $32,324.50 for the Fifth Monthly Fee Period), for an overall voluntary reduction of approximately 15%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2020, Jones Day is using 2019 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 15% reduction.

[4]     Jones Day did not incur any expenses during the Fifth Monthly Fee Period.

Jones Day professional, and (e) year of bar admission for each attorney.  The blended hourly billing rate of Jones Day timekeepers during the Fifth Monthly Fee Period is approximately $718.45.[5]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Fifth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** are copies of Jones Day invoices for the Fifth Monthly Fee Period.[6]

### NOTICE AND OBJECTION PROCEDURES

4.      Notice of this Fifth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801, Attn: Justin R. Alberto and Daniel N. Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; and (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov.

5.      Objections to this Fifth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Anna

---

[5]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Fifth Monthly Fee Period.

[6]      The time records included in **Exhibit C** have been minimally redacted to protect privileged information.

Kordas (akordas@jonesday.com) no later than May 22, 2020 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6.      If no objections to this Fifth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees identified in this Fifth Monthly Fee Statement.

7.      To the extent that an objection to this Fifth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fifth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

8.      No prior request for the relief sought in this Fifth Monthly Fee Statement has been

made to this or any other court.

Dated: May 8, 2020                                          */s/ Anna Kordas*
        New York, NY                                  JONES DAY
                                                      John J. Normile
                                                      Anna Kordas
                                                      250 Vesey Street
                                                      New York, NY 10281
                                                      Telephone:    (212) 326-3939
                                                      Facsimile:    (212) 755-7306
                                                      Email:        jjnormile@jonesday.com
                                                                    akordas@jonesday.com


                                                      *Special Counsel to the Debtors and*
                                                      *Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**MARCH 1, 2020 – MARCH 31, 2020**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Pablo D. Hendler | 1995 | $1,125.00 | $978.75 | 38.7 | $43,537.50 |
| John J. Normile | 1989 | $1,225.00 | $1,065.75 | 65.5 | $80,237.50 |
| **TOTAL PARTNER:** | | | | **104.2** | **$123,775.00** |
| **OF COUNSEL** | | | | | |
| Kelsey I. Nix | 1988 | $1,125.00 | $978.75 | 11.4 | $12,825.00 |
| **TOTAL OF COUNSEL:** | | | | **11.4** | **$12,825.00** |
| **ASSOCIATE** | | | | | |
| Anna Kordas | 2014 | $750.00 | $652.50 | 31.7 | $23,775.00 |
| Robert T. S. Latta | 2011 | $875.00 | $761.25 | 4.5 | $3,937.50 |
| Kevin V. McCarthy | 2016 | $605.00 | $526.35 | 96.0 | $58,080.00 |
| Adam M. Nicolais | 2017 | $550.00 | $478.50 | 19.1 | $10,505.00 |
| Furqaan Siddiqui | 2018 | $625.00 | $543.75 | 14.2 | $8,875.00 |
| **TOTAL ASSOCIATE:** | | | | **165.5** | **$105,172.50** |
| **PARALEGAL & STAFF** | | | | | |
| Jason J. Darensbourg | N/A | $325.00 | $282.75 | 2.6 | $845.00 |
| Steven T. Johnson | N/A | $375.00 | $326.25 | 12.3 | $4,612.50 |
| Maria P. Garcia | N/A | $175.00 | $152.25 | .40 | $70.00 |
| Kristina Horn | N/A | $400.00 | $348.00 | 1.0 | $400.00 |
| Martin Ihle | N/A | $350.00 | $304.50 | 1.5 | $525.00 |
| Marguerite M. Melvin | N/A | $375.00 | $326.25 | .20 | $75.00 |
| Alex J. Salemmo | N/A | $175.00 | $152.25 | 2.0 | $350.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **20** | **$6,877.50** |
| **TOTAL:** | | | | **301.1** | **$248,650.00** |

## EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**

**JONES DAY**
**PROJECT CATEGORY SUMMARY**
**MARCH 1, 2020 – MARCH 31, 2020**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 81.7 | $63,399.00 |
| Intellipharmaceutics Corp. | 132.4 | $114,824.50 |
| IPC II | 0.8 | $260.00 |
| Strategic Corporate Advice | 37.9 | $35,166.50 |
| Retention Matters | 47.1 | $33,950.00 |
| Non-Adversarial Ex Parte Counseling | 1.2 | $1,050.00 |
| **TOTAL** | **301.1** | **$248,650.00** |
| **13% DISCOUNT** | | **$32,324.50** |
| **TOTAL FEES** | | **$216,325.50** |

## **EXHIBIT C**

## **TIME DETAIL**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

May 5, 2020                                                     305158-600032

                                                               Invoice: 33377541

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2020:

| | | |
|---|---|---|
| Non-Adversarial Ex Parte Counseling | USD | 1,050.00 |
| Less 13% Fee Discount | | (136.50) |
| | USD | 913.50 |
| **TOTAL** | **USD** | **913.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-600032/33377541 WITH YOUR PAYMENT

**JONES DAY**

305158-600032

Non-Adversarial Ex Parte Counseling

Page 2
May 5, 2020
Invoice:  33377541

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| ASSOCIATE |  |  |  |
| R T LATTA | 1.20 | 875.00 | 1,050.00 |
| **TOTAL** | **1.20** | **USD** | **1,050.00** |

**JONES DAY**

305158-600032

Non-Adversarial Ex Parte Counseling

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/06/20 | R T LATTA | 0.40 |

Finalize █████████████████████████████████████████ and send to J. Normile.

| 03/30/20 | R T LATTA | 0.80 |

Confirm case law ████████████████████████████████████ and prepare response for J. Normile to forward to client.
██████████████████████

**TOTAL**                                    **1.20**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

May 5, 2020                                                                                                  305158-610005

Invoice: 33377545

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 63,399.00 |
| Less 13% Fee Discount | | (8,241.87) |
| | USD | 55,157.13 |
| **TOTAL** | **USD** | **55,157.13** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610005/33377545 WITH YOUR PAYMENT

**JONES DAY**

305158-610005                                                                                      Page 2

                                                                                              May 5, 2020

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                          Invoice:  33377545

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P D HENDLER | 12.30 | 1,125.00 | 13,837.50 |
| J J NORMILE | 6.50 | 1,225.00 | 7,962.50 |
| OF COUNSEL | | | |
| K I NIX | 7.20 | 1,125.00 | 8,100.00 |
| ASSOCIATE | | | |
| K MCCARTHY | 54.80 | 605.00 | 33,154.00 |
| A M NICOLAIS | 0.50 | 550.00 | 275.00 |
| STAFF | | | |
| M P GARCIA | 0.40 | 175.00 | 70.00 |
| **TOTAL** | **81.70** | **USD** | **63,399.00** |

# JONES DAY

305158-610005                                                                                                           Page 3
                                                                                                                    May 5, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                                           Invoice:  33377545


## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**03/02/20**    P D HENDLER    1.20
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter (.40); consideration of patents (.80).

**03/02/20**    K MCCARTHY    0.60
Participate in weekly client call re: litigation status updates (.30); participate in client call re: case strategy (.30).

**03/03/20**    K MCCARTHY    0.40
Review/analyze produced documents and communicate internally with P. Hendler re: same.

**03/04/20**    P D HENDLER    2.40
Analyze patents and infringement contentions.

**03/04/20**    K MCCARTHY    6.40
Review/analyze produced documents (4.00); draft/revise internal summary of same (1.00); communicate with P. Hendler and with client B. Koch re: same (.40); perform legal research re: same (1.00).

**03/04/20**    K I NIX    1.00
Conferred with J. Normile regarding preparing damages summary and worked on same.

**03/05/20**    K MCCARTHY    3.30
Review/analyze produced documents (2.00); draft/revise internal summary of same (1.30).

**03/05/20**    K I NIX    1.80
Draft damages summary for client.

**03/05/20**    J J NORMILE    1.00
Review of litigation outline prepared by K. Nix.

**03/06/20**    K MCCARTHY    3.70
Review/analyze produced documents (2.00); draft/revise internal summary of same (1.00); communicate with J. Normile and P. Hendler re: same (.20); perform related legal research re: same (.50).

**03/06/20**    K I NIX    0.50
Studied asserted patents and ███████████████ .

**03/09/20**    P D HENDLER    0.80
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter (.30); attention to consideration of patents and infringement contentions (.50).

**03/09/20**    K MCCARTHY    4.10
Review/analyze produced documents (2.00); draft/revise internal summary of same (1.00) communicate with P.Hendler and client B. Koch re: same (.70); perform related follow-up legal research re: same (.40).

**03/09/20**    K I NIX    2.00
Continue drafting damages summary for client.

**03/10/20**    K MCCARTHY    2.00
Review/analyze produced documents (1.50); draft/revise patent analysis re: same (.50).

**03/10/20**    K I NIX    1.20
Conferred with J. Normile regarding damages outline for client (.50); revised same (.70).

**03/10/20**    J J NORMILE    1.50
Review of summary report relating to case strategy issues (1.00); related teleconference with K. Nix (.50).

**03/11/20**    K MCCARTHY    0.50
Review/analyze produced documents, draft/revise internal summaries of same.

JONES DAY

305158-610005                                                                           Page 4
                                                                                    May 5, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                    Invoice:  33377545

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 03/12/20 | K MCCARTHY | 0.40 |

Review/analyze produced documents, draft/revise internal summaries of same.

| 03/13/20 | K MCCARTHY | 0.70 |

Review/analyze produced documents and draft/revise internal patent analysis re: same.

| 03/13/20 | J J NORMILE | 1.00 |

Preparation for and participation in teleconference with P. Strassburger, B. Koch, M. Ronning and B. Shenk regarding status of various market dynamics.

| 03/16/20 | P D HENDLER | 0.80 |

Preparation for, participation in and attention to teleconference with client (including P. Strassburger) regarding status of matter (.3)0; preparation for, participation in and attention to teleconference with client (B. Koch) regarding ███████████████████████ (.50).

| 03/16/20 | K MCCARTHY | 0.80 |

Review/analyze produced documents, draft/revise internal summaries of same, and communicate internally and with client re: same.

| 03/16/20 | J J NORMILE | 1.00 |

Various office and teleconferences regarding status of proceedings and strategic matters going forward.

| 03/17/20 | P D HENDLER | 1.20 |

Consideration of infringement contentions and status of matter (1.00); confer with K. McCarthy regarding same (.20).

| 03/17/20 | K MCCARTHY | 0.90 |

Review/analyze produced documents (.50) draft/revise internal patent analysis re: same (.20); communicate with P. Hendler re: same (.20).

| 03/17/20 | K I NIX | 0.30 |

Reviewed order regarding ███████████████████.

| 03/18/20 | K MCCARTHY | 0.90 |

████████████████.

| 03/19/20 | K MCCARTHY | 4.00 |

████████████ (3.00) and perform legal research ███████████████████ (1.00).

| 03/20/20 | K MCCARTHY | 3.50 |

████████████ (1.50) and perform legal research ███████████████████ (2.00).

| 03/21/20 | K MCCARTHY | 4.40 |

████████████ (3.00) and perform legal research ███████████████████ (1.40).

| 03/22/20 | K MCCARTHY | 3.40 |

████████████ (1.40) and ████████████ (2.00).

| 03/23/20 | M P GARCIA | 0.40 |

Research to obtain copy of terminal disclaimers, and obtain expiration date of patents, for K. McCarthy (NY).

| 03/23/20 | P D HENDLER | 1.90 |

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter (.40); analyze patents and infringement contentions (1.20); confer with K. McCarthy regarding same (.30).

| 03/23/20 | K MCCARTHY | 2.60 |

Review/analyze produced documents (1.80); draft/revise internal summary of same(.80).

# JONES DAY

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 5
May 5, 2020
Invoice: 33377545

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/24/20 | P D HENDLER | 1.30 |
| | Draft/revise patent analysis. | |
| 03/24/20 | K MCCARTHY | 2.70 |
| | Draft/revise internal patent analysis (1.50); perform legal research re: same (.80); communicate internally with P. Hendler re: same (.40). | |
| 03/24/20 | K I NIX | 0.40 |
| | Conferred with J. Normile and P. Hendler regarding motion to lift stay. | |
| 03/24/20 | J J NORMILE | 2.00 |
| | Review of various patent documents and correspondence relating to Purdue and Grunenthal patent portfolios and related communications and summaries from P. Hendler and K. McCarthy. | |
| 03/25/20 | P D HENDLER | 1.00 |
| | Draft/revise patent analysis (.50); teleconference with client (B. Koch) regarding same (.50). | |
| 03/26/20 | K MCCARTHY | 1.50 |
| | ▇▇▇▇ (1.00); communicate internally with J. Normile and P. Hendler re: same (.50). | |
| 03/27/20 | K MCCARTHY | 2.50 |
| | ▇▇▇▇▇▇▇▇ | |
| 03/30/20 | P D HENDLER | 1.70 |
| | Attention to status of matter (1.00); communication with K. McCarthy regarding same (.70). | |
| 03/30/20 | K MCCARTHY | 1.00 |
| | Attention to status of matter (.50) and communicate internally with P. Hendler re: same (.50). | |
| 03/31/20 | K MCCARTHY | 4.50 |
| | ▇▇▇▇▇▇▇ perform legal research in support of same (1.00). | |
| 03/31/20 | A M NICOLAIS | 0.50 |
| | ▇▇▇▇▇▇ | |

**TOTAL**                                                                                          **81.70**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

May 5, 2020                                                      305158-610013

                                                          Invoice: 33377551

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 114,824.50 |
| Less 13% Fee Discount | | (14,927.18) |
| | USD | 99,897.32 |
| **TOTAL** | **USD** | **99,897.32** |

Please remit payment to:

**ACH Transfer (preferred)**                **Wire Transfer**
Citibank, N.A.                                Citibank, N.A.
New York, NY                                  New York, NY
Account Name: Jones Day                       Account Name: Jones Day
Account No: 37026407                          Account No: 37026407
ABA No: 021000089                             ABA No: 021000089
                                              Swift Code: CITIUS33

PLEASE REFERENCE 305158-610013/33377551 WITH YOUR PAYMENT

**JONES DAY**

305158-610013                                                                     Page 2

                                                                              May 5, 2020

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                 Invoice:  33377551

### TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 23.80 | 1,125.00 | 26,775.00 |
| J J NORMILE | 38.40 | 1,225.00 | 47,040.00 |
| OF COUNSEL |  |  |  |
| K I NIX | 4.20 | 1,125.00 | 4,725.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 39.40 | 605.00 | 23,837.00 |
| A M NICOLAIS | 14.10 | 550.00 | 7,755.00 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 0.40 | 325.00 | 130.00 |
| S T JOHNSON | 11.10 | 375.00 | 4,162.50 |
| LEGAL SUPPORT |  |  |  |
| K HORN | 1.00 | 400.00 | 400.00 |
| **TOTAL** | **132.40** | **USD** | **114,824.50** |

JONES DAY

305158-610013                                                                                              **Page 3**
                                                                                                    May 5, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                          Invoice:  33377551

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

03/02/20          P D HENDLER                                                                         4.40
Preparation for, participation in teleconference with client (including B. Koch) regarding status of matter
(.40); draft/revise joint status letter (3.00); confer with J. Normile regarding same (.20); research regarding
IPC (.60); attention to Court orders (.20).

03/02/20          S T JOHNSON                                                                         0.70
Review and format recent pleadings and case correspondence for reference by attorneys in planning
strategy for ongoing disputes with opposing counsel.

03/02/20          K MCCARTHY                                                                          0.50
Draft/revise Purdue weekly litigation status updates (.10); review IPC's recent public financial disclosures
(.40).

03/02/20          K I NIX                                                                             1.00
Reviewed court orders regarding stipulated launch date (.50); studied IPC 2019 fiscal results (.50).

03/02/20          J J NORMILE                                                                         1.20
Preparation for and participation in weekly team teleconference with B. Koch, R. Inz, R. Silbert, R.
Kreppel, P. Hendler and K. McCarthy and review of background materials (1.00); review of Judge Andrews'
Order regarding 30-month stay (.20).

03/03/20          P D HENDLER                                                                         2.70
Research for and preparation of draft joint status report.

03/03/20          K MCCARTHY                                                                          0.20
Review documents re: IPC's January 15, 2020 AdComm meeting for upcoming joint status letter to Court.

03/03/20          A M NICOLAIS                                                                        1.50
Reviewing AdComm materials and press releases for joint status letter update (1.00); drafting summary
regarding same (.50).

03/04/20          P D HENDLER                                                                         1.50
Draft/revise status report to the court.

03/04/20          K HORN                                                                              0.50
Search for submission with respect to reformulation and stay of proceedings per P. Hendler.

03/04/20          K MCCARTHY                                                                          0.40
Draft/revise joint status report.

03/04/20          J J NORMILE                                                                         2.00
Review and revise draft Joint Status Report and various emails from P. Hendler and section from DPW
(1.00); review various materials from IPC 1/15/20 AdComm meeting regarding same (1.00).

03/05/20          S T JOHNSON                                                                         0.50
Select and format exhibits to be attached to and filed with pleadings at court.

03/05/20          K MCCARTHY                                                                          2.90
Draft/revise joint status report (2.50); communicate internally with P.Hendler re: same (.40).

03/05/20          J J NORMILE                                                                         2.50
Review and revise draft Joint Status Reports and various emails from P. Hendler and section from DPW
(1.00); review various materials from IPC 1/15/20 AdComm meeting regarding same (1.00); review various
emails from P. Hendler and K. McCarthy regarding same (.50).

03/06/20          P D HENDLER                                                                         0.70
Draft status report and comments from client regarding same.

03/06/20          S T JOHNSON                                                                         0.50
Format Exhibits to be submitted to Judge with Joint Status Report.

JONES DAY

305158-610013                                                                    Page 4
                                                                            May 5, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.            Invoice:  33377551

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

03/06/20    K MCCARTHY                                                           2.30
Draft/revise joint status report (2.00) and communicate with client re: same (.30).

03/06/20    J J NORMILE                                                          2.00
Prepare Purdue's portion of Joint Status Report including various comments from B. Koch, R. Inz and P. Strassburger.

03/09/20    P D HENDLER                                                          0.70
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter (.30); draft status report and comments from client (.40).

03/09/20    K MCCARTHY                                                           2.90
Draft/revise joint status report (2.00) and communicate internally with J. Normile and P.Hendler re: same (.40); participate in client teleconference re: weekly litigation status updates (.50).

03/09/20    J J NORMILE                                                          2.50
Review and revision of Purdue portion of Joint Status Report including various background materials and comments from R. Kreppel, B. Koch and R. Inz regarding same (1.50); preparation for and participation in weekly team teleconference with P. Strassburger, B. Koch, R. Silbert, R. Inz, R. Kreppel, P. Hendler and K. McCarthy (1.00).

03/10/20    P D HENDLER                                                          0.50
Draft/revise status report, including attention to IPC's proposed insert.

03/10/20    K MCCARTHY                                                           2.80
Draft/revise joint status letter (2.00); miscellaneous communications internally with J. Normile and P. Hendler and local counsel R. Smith re: same (.50);communicate with opposing counsel re: same (.30).

03/10/20    K I NIX                                                              0.80
Review/analyze the parties' joint draft report to the court and the parties' email communications regarding same.

03/10/20    J J NORMILE                                                          1.50
Review and revision of Purdue section to Joint Status Report including review various comments (B. Koch and R. Smith) and background materials.

03/11/20    S T JOHNSON                                                          0.30
Review and format recent case correspondence with opposing counsel exchanging drafts of expected joint status report to judge.

03/11/20    K MCCARTHY                                                           0.50
Attention to correspondence between local counsel and opposing counsel re: joint status letter.

03/11/20    J J NORMILE                                                          1.00
Various office and teleconferences regarding review and revision of Purdue's portion of Joint Status Report and review of background materials relating to same.

03/12/20    K MCCARTHY                                                           2.50
Perform follow-up factual research regarding IPC's edits to joint status report (2.20); communicate with J. Normile and with client re: same (.30).

03/12/20    K I NIX                                                              0.40
Reviewed defendant's proposed changes to joint status report.

03/12/20    J J NORMILE                                                          1.30
Continued review and revision of Purdue's portion of Joint Status Report including various emails from K. McCarthy, P. Hendler and Y. Tang (1.00); conference with K. McCarthy (.30).

03/13/20    S T JOHNSON                                                          0.30
Format joint status report materials for reference and citation by attorneys.

**JONES DAY**

305158-610013                                                                                                    Page 5
                                                                                                              May 5, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                              Invoice:  33377551

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/13/20 | K MCCARTHY | 0.80 |

Finalize joint status report for filing (.40), and communicate with local counsel and opposing counsel re: same (.40).

| 03/13/20 | J J NORMILE | 1.00 |

Finalize Joint Status Report to Judge Andrews including various emails from K. McCarthy and R. Smith.

| 03/14/20 | J J NORMILE | 0.60 |

Review correspondence from R. Kreppel and B. Koch regarding various statements made by IPC in the parties' Joint Status Report (.30); review background materials regarding same (.30).

| 03/16/20 | P D HENDLER | 0.30 |

Preparation for, participation in and attention to teleconference with client (including P. Strassburger) regarding status of matter.

| 03/16/20 | K MCCARTHY | 0.70 |

Draft/revise Purdue weekly litigation status updates (0.20); participate in client meeting re: weekly litigation status updates (0.50).

| 03/16/20 | K I NIX | 1.10 |

Studied final joint status report and attachments.

| 03/16/20 | J J NORMILE | 1.00 |

Preparation for and participation in weekly status teleconference with P. Strassburger, R. Kreppel, B. Koch, R. Inz, R. Silbert, P. Hendler and review of background materials regarding same.

| 03/17/20 | P D HENDLER | 0.30 |

Review/analyze order regarding stay.

| 03/17/20 | J J NORMILE | 1.00 |

Review Judge Andrews' oral order regarding status of proceedings (.50); related correspondence and teleconferences regarding same (.50).

| 03/18/20 | P D HENDLER | 0.80 |

Attention to new Par. IV notice letter and patents addressed therein.

| 03/18/20 | J J NORMILE | 1.50 |

Review of ITC paragraph IV letter and related correspondence.

| 03/19/20 | K HORN | 0.50 |

Review/analyze Wuest expert reports per P. Hendler.

| 03/19/20 | J J NORMILE | 1.00 |

Continued review of IPC paragraph IV letter (.50); various correspondence with P. Strassburger and B. Koch regarding same (.50).

| 03/20/20 | P D HENDLER | 2.00 |

Consideration of new Par. IV notice letter; (1.50) consideration of patents and infringement contentions (.50).

| 03/20/20 | S T JOHNSON | 2.00 |

Search for relevant process data for current patent prosecution and claims construction.

| 03/20/20 | K MCCARTHY | 1.00 |

Review/analyze IPC's Paragraph IV notice letter.

| 03/20/20 | J J NORMILE | 1.50 |

Continued attention and review of IPC paragraph IV letter and summary charts prepared by P. Hendler and K. McCarthy.

| 03/21/20 | J J NORMILE | 1.00 |

Review of notice of allowance of new Grunenthal patent and related correspondence.

# JONES DAY

305158-610013                                                                                                  Page 6

May 5, 2020

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                        Invoice:  33377551

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/23/20 | P D HENDLER | 2.70 |

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter (.40); analyze patents and infringement contentions (2.30).

| 03/23/20 | S T JOHNSON | 6.00 |
|---|---|---|

Review and analyze key expert reports, deposition exhibits and production documents for relevant process data for patent prosecution and claims construction.

| 03/23/20 | K MCCARTHY | 3.90 |
|---|---|---|

Review/analyze IPC Paragraph IV notice letter (3.00); draft/revise internal summaries in response to same (.90).

| 03/23/20 | K I NIX | 0.70 |
|---|---|---|

Reviewed notice letter regarding new patents.

| 03/23/20 | J J NORMILE | 2.00 |
|---|---|---|

Preparation for and participation in weekly team teleconference with P. Strassburger, B. Koch, R. Inz, R. Kreppel, P. Hendler and T. McCarthy (1.00); analyze various OCA issues relating to IPC's paragraph IV letter (.50); consider strategic analysis relating to Purdue patent portfolio (.50).

| 03/24/20 | P D HENDLER | 2.90 |
|---|---|---|

Draft/revise Par. IV notice letter (1.50); draft/revise patent analysis (1.40).

| 03/24/20 | S T JOHNSON | 0.80 |
|---|---|---|

Search for, collect and format key expert reports from previous litigations for reference and citation by attorneys in current claims construction projects.

| 03/24/20 | K MCCARTHY | 1.90 |
|---|---|---|

Review/analyze IPC's paragraph IV notice letter (.50); draft/revise internal summary of same (1,00), and communicate with co-counsel J. Roscetti and M. Luneack re: same (.40).

| 03/25/20 | P D HENDLER | 1.00 |
|---|---|---|

Draft/revise Par. IV notice letter (.50) teleconference with client (B. Koch) regarding same (.50).

| 03/25/20 | K MCCARTHY | 6.00 |
|---|---|---|

Draft/revise patent analysis re: IPC's Paragraph IV Notice Letter (5.50), and communicate with P. Hendler and B. Koch re: same (.50).

| 03/25/20 | J J NORMILE | 2.50 |
|---|---|---|

Review of Purdue patent portfolio and summary analysis of same (1.5); review various correspondence from counsel for ITC regarding OCA and related teleconferences regarding same (1.0).

| 03/26/20 | K MCCARTHY | 1.50 |
|---|---|---|

Draft/revise patent analysis re: IPC's Paragraph IV notice letter (1.00) and communicate with co-counsel M. Luneack re: same (.50).

| 03/26/20 | A M NICOLAIS | 3.10 |
|---|---|---|

Draft/revise certain documents re: ongoing litigations.

| 03/26/20 | J J NORMILE | 1.00 |
|---|---|---|

Continued drafting/revising IPC paragraph IV notice letter and various OCA issues regarding same.

| 03/27/20 | P D HENDLER | 1.50 |
|---|---|---|

Draft/revise Par. IV notice letter.

| 03/27/20 | K MCCARTHY | 2.50 |
|---|---|---|

Draft/revise patent analysis re: IPC's Paragraph IV notice letter (2.00) and communicate internally with A. Nicolais re: same (.50).

| 03/27/20 | A M NICOLAIS | 4.60 |
|---|---|---|

Draft/revise patent analysis (2.60); review/analyze produced documents re same (2.00).

JONES DAY

305158-610013                                                                    Page 7
                                                                            May 5, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.              Invoice:  33377551

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

03/27/20     J J NORMILE                                                        4.50
Review of background materials relating to various Mannion patents (1.00); review correspondence from
and related teleconferences with P. Hendler and K. McCarthy regarding IPC OCA letter (1.00); review
various Purdue patents in view of IPC pending NDA (2.50).

03/28/20     J J NORMILE                                                        1.50
Analysis of Purdue OxyContin patent portfolio vis-a-vis IPC's pending NDA.

03/30/20     J J DARENSBOURG                                                    0.40
Manage shared database for attorneys of Notice of Withdrawal of Rutter as Counsel, Joint Status Report
and accompanying exhibits, and Oral Order Continuing Stay.

03/30/20     P D HENDLER                                                        1.80
Review complaint and patent infringement contentions (1.50); communications with K. McCarthy
regarding same (.30).

03/30/20     K MCCARTHY                                                         2.60
Review patent analysis re: IPC's Paragraph IV notice letter prepared by A. Nicolais (.60); draft/revise patent
analysis re: IPC's Paragraph IV notice letter (1.00); preparation for and participation in weekly client
teleconference with J. Normile and B. Koch, R. Silbert, R. Inz, and R. Kreppel (1.00).

03/30/20     A M NICOLAIS                                                       2.70
Draft/revise patent analysis (1.70); review/analyze produced documents re same (1.00).

03/30/20     J J NORMILE                                                        1.80
Preparation for and participation in teleconference with Mr. Mathers regarding various FDA matters (.80);
preparation for and participation in weekly team teleconference with R. Silbert, R. Inz, B. Koch, R.
Kreppel, P. Mathers and K. McCarthy and review of litigation trackers for same (1.00).

03/31/20     K MCCARTHY                                                         3.50
Draft/revise patent analysis re: IPC's Paragraph IV notice letter (2.10) and communicate internally with
P.Hendler re: same (.20); preparation for and participation in teleconference with B. Koch, J. Normile, and
P. Hendler re: IPC's Paragraph IV notice letter (1.20).

03/31/20     A M NICOLAIS                                                       2.20
Draft/revise patent analysis (1.50); review/analyze produced documents re same (.70).

03/31/20     K I NIX                                                            0.20
Reviewed correspondence between counsel (P. Hendler and Y. Tang) regarding access to confidential
information regarding notice letter.

03/31/20     J J NORMILE                                                        2.50
Preparation for and participation in teleconference with B. Koch, P. Hendler and K. McCarthy regarding
IPC's recently filed paragraph 4 statement and review of background materials relating to same (1.5); review
of various protective order issues regarding same and Y. Tang emails regarding access by in-house counsel
(1.0).

**TOTAL**                                                                      **132.40**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

May 5, 2020                                                      305158-610025

Invoice: 33377555

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2020:

| | | |
|---|---|---:|
| IPC II | USD | 260.00 |
| Less 13% Fee Discount | | (33.80) |
| | USD | 226.20 |
| **TOTAL** | **USD** | **226.20** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610025/33377555 WITH YOUR PAYMENT

**JONES DAY**

305158-610025

IPC II

Page 2
May 5, 2020
Invoice:  33377555

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARALEGAL | | | |
| J J DARENSBOURG | 0.80 | 325.00 | 260.00 |
| **TOTAL** | **0.80** | **USD** | **260.00** |

**JONES DAY**

305158-610025                                                                 Page 3

                                                                              May 5, 2020

IPC II                                                            Invoice:  33377555

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/31/20 | J J DARENSBOURG | 0.80 |
| | Manage shared database for attorneys of Notice of Withdrawal of Rutter as Counsel, Joint Status Report and accompanying exhibits, and Oral Order Continuing Stay. | |
| **TOTAL** | | **0.80** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

May 5, 2020                                                                305158-640002

Invoice: 33377557

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 35,166.50 |
| Less 13% Fee Discount | | (4,571.64) |
| | USD | 30,594.86 |
| **TOTAL** | **USD** | **30,594.86** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33377557 WITH YOUR PAYMENT

**JONES DAY**

305158-640002

Strategic Corporate Advice

Page 2
May 5, 2020
Invoice:  33377557

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 2.60 | 1,125.00 | 2,925.00 |
| J J NORMILE | 19.60 | 1,225.00 | 24,010.00 |
| ASSOCIATE |  |  |  |
| R T LATTA | 3.30 | 875.00 | 2,887.50 |
| K MCCARTHY | 1.80 | 605.00 | 1,089.00 |
| A M NICOLAIS | 4.50 | 550.00 | 2,475.00 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 1.40 | 325.00 | 455.00 |
| S T JOHNSON | 1.20 | 375.00 | 450.00 |
| PROJECT ASST |  |  |  |
| M IHLE | 1.50 | 350.00 | 525.00 |
| STAFF |  |  |  |
| A J SALEMMO | 2.00 | 175.00 | 350.00 |
| **TOTAL** | **37.90** | **USD** | **35,166.50** |

JONES DAY

305158-640002                                                      Page 3
                                                                May 5, 2020
Strategic Corporate Advice                          Invoice:  33377557

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
| --- | --- | --- |

03/01/20    J J NORMILE                                          3.30
Preparation for and participation in teleconference with P. Strassburger regarding ███████████
████ (.80); review relevant background materials regarding same (1.00); review recent correspondence
regarding EDO assets and relevant background materials (1.50).

03/02/20    R T LATTA                                            3.30
Revise Common Interest Agreement and incorporate J. Normile's comments.

03/02/20    K MCCARTHY                                           1.30
Preparation for and participation in teleconference with Davis Polk regarding ████████████
████████████ (.80); related office conference with J. Normile (.50).

03/02/20    A M NICOLAIS                                         0.40
Drafting updates to weekly tracker; communication with J. Normile re same.

03/02/20    J J NORMILE                                          3.50
Preparation for and participation in teleconference with Davis Polk regarding ████████████
████████████ (1.5); related office conferences with K. McCarthy (.50); review materials
forwarded by P. Strassburger regarding ████████████ with J. Giordano and R. Paradiso (1.5).

03/03/20    J J NORMILE                                          1.50
Review of additional materials relating to ████████████.

03/11/20    J J NORMILE                                          1.50
Various teleconferences with P. Strassburger and R. Kreppel regarding various litigation strategy
considerations and review of ████████████.

03/13/20    A M NICOLAIS                                         2.30
Research re ████████████ (1.70); drafting summary re same (.60).

03/13/20    A J SALEMMO                                          2.00
Research articles or publications regarding pharmaceutical companies for A. Nicolais.

03/19/20    P D HENDLER                                          1.20
Attention to request from client (R. Inz) concerning OxyContin.

03/19/20    K MCCARTHY                                           0.50
Research ████████████ and
communicate with J. Normile re: same.

03/19/20    J J NORMILE                                          1.00
Analyze ████████████.

03/20/20    P D HENDLER                                          1.40
Attention to request from client (R.Inz) regarding OxyContin.

03/20/20    M IHLE                                               1.50
Retrieve specified documents from Caselink and R Drive relating to prior Oxy litigations and review in
response to attorney request.

03/22/20    J J NORMILE                                          1.50
Preparation for and participation in teleconference with Davis Polk, P. Strassburger and R. Inz regarding
various OxyContin patent families and review of relevant background materials relating to same.

03/23/20    A M NICOLAIS                                         0.40
Draft/revise weekly calendar update.

**JONES DAY**

305158-640002                                                                    Page 4
                                                                         May 5, 2020
Strategic Corporate Advice                                      Invoice:  33377557

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/24/20 | S T JOHNSON | 1.20 |

Search for, collect and format key production documents from previous litigations for new patent claims chart.

| 03/24/20 | A M NICOLAIS | 0.90 |

Draft/revise certain documents re: ongoing litigations.

| 03/26/20 | J J DARENSBOURG | 1.40 |

███████████████████████ for review by J Normile and R Silbert for draft briefing document.

| 03/26/20 | J J NORMILE | 1.80 |

Review background materials for upcoming AdComm meeting including correspondence from R. Silbert (.80); review Purdue patent portfolio and various ownership issues regarding same (1.00).

| 03/29/20 | J J NORMILE | 2.00 |

Preparation for and participation in teleconference with P. Strassburger and R. Inz regarding various outstanding Purdue Pharma L.P. - ████████████████ and review of same.

| 03/30/20 | A M NICOLAIS | 0.50 |

Edits/revisions to weekly IPC calendar (.20); communication with J. Normile re same (.10); reviewing prior oral orders re same (.20).

| 03/30/20 | J J NORMILE | 3.50 |

Preparation for and participation in teleconference with P. Strassburger, R. Inz and R. Griese regarding ████████████████████████ (1.00); review various amended agreements forwarded by R. Griese (1.00); preparation for and participation in teleconference with P. Strassburger, R. Inz, and Davis Polk regarding various Purdue Pharma L.P. patent assets (.50); review of background materials and relevant case law regarding same (1.00).

**TOTAL**                                                                    **37.90**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

May 5, 2020

305158-999007

Invoice: 33377559

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 33,950.00 |
| Less 13% Fee Discount | | (4,413.50) |
| | USD | 29,536.50 |
| **TOTAL** | **USD** | **29,536.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33377559 WITH YOUR PAYMENT

**JONES DAY**

305158-999007                                                          Page 2
                                                                   May 5, 2020
Retention Matters                                           Invoice:  33377559

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 1.00 | 1,225.00 | 1,225.00 |
| ASSOCIATE | | | |
| A KORDAS | 31.70 | 750.00 | 23,775.00 |
| F SIDDIQUI | 14.20 | 625.00 | 8,875.00 |
| PARALEGAL | | | |
| M M MELVIN | 0.20 | 375.00 | 75.00 |
| **TOTAL** | **47.10** | **USD** | **33,950.00** |

JONES DAY

305158-999007                                                                                                    Page 3
                                                                                                          May 5, 2020
Retention Matters                                                                              Invoice:  33377559

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/01/20 | A KORDAS | 2.40 |

Revise invoices to conform to UST guidelines (1.20); draft monthly fee statement and accompanying worksheet (1.20).

| 03/02/20 | F SIDDIQUI | 4.90 |

Draft/revise Jones Day's first interim fee application.

| 03/05/20 | F SIDDIQUI | 0.30 |

Discuss Purdue invoices and fee application with A. Kordas and next steps.

| 03/06/20 | A KORDAS | 1.00 |

Draft/revise first interim fee application.

| 03/10/20 | A KORDAS | 1.00 |

Draft/revise fee application.

| 03/11/20 | A KORDAS | 2.50 |

Draft/revise fee application.

| 03/12/20 | A KORDAS | 2.00 |

Research regarding supplemental declaration.

| 03/13/20 | A KORDAS | 4.60 |

Review January invoices and prepare excel worksheet summarizing same (2.00); draft/review fee application (2.60).

| 03/14/20 | A KORDAS | 2.70 |

Draft/revise fee application and research in connection with same.

| 03/15/20 | A KORDAS | 1.00 |

Draft/revise fee application (.80); correspond with J. Normile and J. McCarthy regarding same (.20).

| 03/15/20 | F SIDDIQUI | 2.10 |

Revise and edit fee application per A. Kordas changes and send back to A. Kordas for review.

| 03/16/20 | A KORDAS | 3.90 |

Draft/revise first interim fee application (1.50); draft/revise third monthly fee statement (1.00); redact invoices (.50); confer with J. Normile and F. Siddiqui regarding matter (.30); confer with D. Consla (DPW) regarding matter (.10); coordinate filing and service of same (.50).

| 03/16/20 | M M MELVIN | 0.20 |

Serve Jones Day's Third Monthly Fee Statement by e-mail upon the service list.

| 03/16/20 | F SIDDIQUI | 5.60 |

Draft monthly fee statement and file same (4.00); collect and compile invoices (.50); redact invoices (.30); review and file first interim fee application (.80).

| 03/17/20 | A KORDAS | 1.00 |

Correspond with UST regarding fee application (.30); confer with J. Normile regarding same (.20); draft supplemental declaration (.50).

| 03/23/20 | A KORDAS | 0.90 |

Draft/revise supplemental declaration (.70); correspondence regarding same (.20).

| 03/25/20 | A KORDAS | 0.80 |

Revise supplemental declaration (.30); correspond with J. Normile regarding matter (.10); review ledes files and circulate same (.40).

**JONES DAY**

305158-999007                                                                                      Page 4

May 5, 2020

Retention Matters                                                        Invoice:  33377559

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/26/20 | A KORDAS | 1.90 |

Revise invoices in connection with monthly fee statement (.90); finalize and coordinate filing of supplemental declaration (.70); correspond with UST and J. Normile regarding matter (.30).

| 03/26/20 | F SIDDIQUI | 0.40 |
|---|---|---|

File supplemental declaration in support of JD first interim fee application.

| 03/28/20 | A KORDAS | 1.50 |
|---|---|---|

Draft/revise invoices and redact same in connection with monthly fee statement.

| 03/30/20 | A KORDAS | 2.30 |
|---|---|---|

Draft/revise monthly fee statement and accompanying worksheet (1.50); redact invoices in connection with same (.50); confer with J. Normile regarding budget and related matters (.30).

| 03/30/20 | J J NORMILE | 1.00 |
|---|---|---|

Review/edit interim Purdue fee application (.70); teleconference with A. Kordas regarding same (.30).

| 03/31/20 | A KORDAS | 2.20 |
|---|---|---|

Draft/revise monthly fee statement and worksheet (1.20); finalize invoice redactions (.50); coordinate filing and service of same (.50).

| 03/31/20 | F SIDDIQUI | 0.90 |
|---|---|---|

Finalize fourth monthly fee statement and file same.

**TOTAL**                                                                          **47.10**