**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649** |
| **Debtors.** [1] | **(Jointly Administered)** |

## DECLARATION OF THOMAS O. POWELL IN SUPPORT OF APPLICATION OF DEBTORS FOR AUTHORITY TO RETAIN AND EMPLOY CORNERSTONE RESEARCH AS CONSULTANTS TO THE DEBTORS *NUNC PRO TUNC* TO JANUARY 14, 2020

I, Thomas O. Powell, hereby declare that the following statements are true and correct to the best of my knowledge after due inquiry as described herein:

1.      I am the Associate General Counsel of the consulting firm of Cornerstone Research, Inc. ("Cornerstone"), which maintains offices at 699 Boylston Street, Boston, MA, 02116.  I am an attorney admitted to practice law in the State of California.  Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.      This Declaration is made in support of the application (the "Application")[2] of Purdue Pharma L.P. and certain of its affiliates, as debtors and debtors in possession in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to such terms in the Application.

above-captioned chapter 11 cases (collectively, the "Debtors"), for authority to retain

Cornerstone as the Debtors' consultants, which is filed contemporaneously herewith.

    3.      Among other things, Cornerstone will provide the following services to the

Debtors during these chapter 11 cases: quantitative analysis regarding the valuation of claims

brought against the Debtors by claimants including, but not limited to, hospitals, insurers and

other third party payors, ratepayers, personal injury claimants, NAS claimants, governmental

claimants, and Native American tribes and other matters as may be determined by Davis Polk

and Cornerstone, and, if applicable, any expert being supported by Cornerstone.

    4.      Cornerstone professionals have experience in delivering consulting services in

chapter 11 cases, including, PG&E Corp. and Pacific Gas and Electric Company and Lehman

Brothers Holdings Inc. Cornerstone also has extensive experience in delivering similar services

outside of a chapter 11 context, including valuing asbestos-related claims on behalf of both

manufacturers and insurers, valuing future cancer claims for a conglomerate spinning off a

division to ensure that the spinoff has sufficient assets to meet future claims of cancer related

liability and valuing future health claims from sports injuries.

### Cornerstone's Disclosure Procedures

    5.      I, or someone working under my supervision, reviewed any client connections to

the Debtors' chapter 11 cases to determine whether Cornerstone has an adverse interest to the

Debtors' estates.  In particular, Cornerstone ran each of the categories listed on Schedule 1

hereto through its firm-wide conflicts system.  Cornerstone does not represent, or have any other

connection with, any of the parties within the categories listed on Schedule 1, subject to the

disclosures set forth on Schedule 2, which is incorporated herein by reference.

6.      I believe that none of the connections disclosed on Schedule 2 have or will affect Cornerstone's representation of the Debtors in matters requiring the Cornerstone Services.  None of Cornerstone's representations of these parties comprises a material component of Cornerstone's practice, nor does Cornerstone currently represent any such parties in any matter adverse to the Debtors.

7.      In addition to the disclosures on Schedule 2, as a consulting firm employing approximately 530 consultants with a large consulting practice, Cornerstone has previously represented, currently represents, and may in the future represent entities that are claimants or interest holders of the Debtors in matters unrelated to the Debtors' chapter 11 cases.  Cornerstone has not, and will not, represent any party besides the Debtors in these chapter 11 cases.

8.      To the best of my knowledge, information and belief, neither I, nor any other professional of Cornerstone is related to the bankruptcy judge assigned to the Debtors' chapter 11 cases, any bankruptcy judge for the Southern District of New York, or to any employee of the Office of the United States Trustee for the Southern District of New York.

9.      To the extent that the Application is granted, Cornerstone has agreed to waive any and all currently outstanding amounts owed for professional services rendered to the Debtors prior to the Petition Date.

10.     Based upon the information available to me, Cornerstone neither represents nor holds an interest adverse to the interests of the Debtors or their estates with respect to the matters on which Cornerstone is to be employed.  To the extent Cornerstone discovers any connection with any interested party or enters into any new relationship with any interested party, Cornerstone will promptly supplement its disclosures to the Court.

## Cornerstone's Rates and Billing Practices

11.     The hourly billing rates for Cornerstone professionals expected to spend

significant time on the engagement are set forth below. [3]

| Name | Title | 2020 Rate |
|---|---|---|
| Sally Woodhouse | Vice President | $850 |
| Abe Chernin | Vice President | 830 |
| Penka Kovacheva | Principal | 705 |
| Rezwan Haque | Manager | 625 |
| Jamie Lee | Manager | 625 |
| Lucia Yanguas | Associate | 495 |
| Nolan Russell | Research Associate | 410 |
| Kyla King | Senior Analyst | 380 |
| Jeffrey McGill | Analyst | 345 |
| Robert Miller | Analyst | 320 |
| Eric Bazak | Analyst | 320 |
| Ruihan Guo | Analyst | 320 |

12.     Cornerstone's hourly rates are subject to change from time to time in the regular

course of Cornerstone's business.  Cornerstone will provide notice to the Debtors, the Office of

the United States Trustee and any official committee of unsecured creditors appointed in the

Debtors' chapter 11 cases of any change in Cornerstone's hourly rates.  Cornerstone will also file

a notice of any such change in hourly rates with the Court.

13.     In addition to the hourly billing rates set forth herein, Cornerstone customarily

charges its clients for all reimbursable expenses incurred, including photocopying charges,

messengers, courier mail, overtime, overtime meals, late night transportation, travel, lodging, meal

charges for business meetings, postage, printing, transcripts, filing fees, computer research, and

similar items.   Cornerstone will charge for expenses in a manner and at rates consistent with

---

[3]     Cornerstone's hourly rates are subject to change from time to time in the regular course of Cornerstone's
business.

charges made generally to its other clients and in accordance with the Bankruptcy Rules, the Local Rules, and any applicable orders of this Court.

14.    Neither Cornerstone nor any partner or associate thereof, has received or been promised any compensation for legal services rendered or to be rendered in any capacity in connection with the Debtors' chapter 11 cases, other than as permitted by the Bankruptcy Code. Cornerstone has agreed not to share compensation received in connection with this case with any other person.

15.    Cornerstone will apply to the Court for allowance of compensation and reimbursement of expenses incurred after the Petition Date in accordance with General Order M-412 (*Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals*, dated December 21, 2010 (Gonzalez, C.J.)), Administrative Order M-447 (*Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*, dated January 29, 2013 (Morris, C.J.)), and the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (collectively, the "**Fee Guidelines**"), the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of the Court

16.    In addition, in accordance and in response to the request for additional information set forth in paragraph D.1 of the Fee Guidelines:

      a.    Cornerstone did not agree to any variations from, or alternatives to, Cornerstone's customary billing arrangements for this engagement.

      b.    None of Cornerstone's professionals included in this engagement varied or will vary their rate based on the geographic location of these chapter 11 bankruptcy cases.

c.    Cornerstone will provide such information as the Debtors request or require for them to prepare and submit budget and staffing plans required under the Fee Guidelines.

d.    Cornerstone will use its best efforts to avoid duplicating services rendered by the Debtors' other retained professionals.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct to the best of my information, knowledge, and belief.

Executed on this 4th day of May, 2020.

Thomas O. Powell
Associate General Counsel
Cornerstone Research

**Schedule 1**

**Conflicts Categories**

- Debtor entities
- Other related entities
- Current directors and officers
- Former directors and officers
- Banks
- Vendors
- Customers
- Government authorities
- Utilities
- Insurers
- Surety issuers
- Equity holders
- Restructuring professionals
- Other consultants and advisors
- Licensing agreement counterparties
- Litigation-related parties
- S.D.N.Y. bankruptcy judges
- Sublessees
- United States Trustee Staff
- Director and officer legal counsel
- Employee indemnity legal counsel
- Plaintiffs' attorneys
- Plaintiffs

#92936674v17

**Schedule 2**

**Disclosure to Cornerstone Retention Application**

#92936674v17

Cornerstone currently represents or has represented the following interested parties and/or such parties' affiliates on various matters wholly unrelated to the Debtors.  Cornerstone will not directly represent such parties or any of their affiliates in these chapter 11 cases:

1. A.M.H.
2. Abbott Laboratories
3. ACE American Insurance
4. Agilent Technologies
5. Akin Gump Strauss Hauer & Feld LLP
6. Albertsons
7. Alvogen
8. Amazon.com
9. American Express
10. American United Life
11. Amerisourcebergen
12. Anda
13. Apexus
14. Aptus
15. Ariba
16. Associated Food Stores
17. Astro Chemicals
18. AT&T
19. Attorney General of State of New York
20. Avista
21. Bank of America, N.A.
22. Baptist Hospital Inc.
23. Bard
24. Bates White
25. Bay County
26. BDO
27. Beacon Company
28. Blue Cross and Blue Shield of Louisiana
29. Blue Cross Blue Shield
30. Brenntag
31. Broward County
32. Cardinal Health
33. CaremarkPCS Health, L.L.C.
34. CBRE
35. Cecil Pickett
36. Center Point
37. Century Link
38. CenturyLink
39. Certco
40. Charles River Laboratories
41. Charter Communications Holding Company, LLC
42. Chelan County
43. Chicago Title

44. Chubb
45. Cigna
46. Cintas
47. Citibank
48. City of Atlanta
49. City of Burbank
50. City of Chicago
51. City of Denver
52. City of Detroit
53. City of Everett
54. City of Flint
55. City of Hawthorne
56. City of Kansas City
57. City of Lafayette
58. City of Lakewood
59. City of Los Angeles
60. City of Miami
61. City of New Orleans
62. City of New York
63. City of Peoria
64. City of Providence
65. City of San Diego
66. City of San Francisco
67. City of Vallejo
68. City of Westminster
69. Clean Harbors
70. Cognizant
71. Cohen & Milstein
72. Comcast
73. Comdata
74. Commonwealth of Massachusetts
75. Commonwealth of PA
76. Commonwealth of Pennsylvania
77. Commonwealth Virginia
78. Con Edison
79. Confederated Tribe Warm Springs
80. Cornerstone Research
81. County of Orange
82. County of San Bernardino
83. County of San Francisco
84. County of San Mateo
85. Crystal Rock
86. CVS
87. Dakota County
88. Davis Polk and Wardwell LLP
89. Dell

#92936674v17

90. Deloitte
91. Department of Health Services
92. Depomed
93. Dominion Energy
94. Douglas Anderson
95. Dow Chemical
96. Dow Inc
97. Duke Energy
98. Duke University
99. Earthlink
100.        East West Bank
101.        Eisai
102.        Elsevier
103.        EMC
104.        Endurance Assurance
105.        Ernst & Young
106.        Evening Star
107.        Eversource
108.        Express Scripts
109.        Factory Mutual
110.        Fine, Kaplan and Black
111.        Fisher Scientific
112.        Florida Agency for Healthcare
113.        Franchise Tax Board
114.        Fred Meyer
115.        Frontier
116.        Frontier Communications
117.        FTI
118.        Gail Cawkwell
119.        GCI
120.        Goldman Sachs
121.        Great American Insurance Company
122.        Greenlight
123.        H E Butt
124.        Harvard Drug
125.        Harvard Pilgrim
126.        Hewlett Packard
127.        HP
128.        Huntington Beach
129.        Hy Vee
130.        IBM
131.        IHeart Media
132.        INC Research
133.        Information Resources
134.        Insurance Company State of Pennsylvania
135.        Inventiv

3

| 136. | Iqvia |
| 137. | Ironshore |
| 138. | Jefferies Group LLC |
| 139. | Johnson Controls |
| 140. | Jones Day |
| 141. | JP Morgan Chase |
| 142. | Kaiser |
| 143. | Kansas City |
| 144. | Kmart |
| 145. | K-Mart |
| 146. | Liberty Insurance |
| 147. | Liberty Mutual |
| 148. | Marsh |
| 149. | Martin County |
| 150. | Martin Glen |
| 151. | Matheson Tri Gas |
| 152. | Matthew Denn |
| 153. | McDermott Will & Emery |
| 154. | McKesson |
| 155. | McKinsey |
| 156. | McMaster Carr |
| 157. | Medical Mutual of Ohio |
| 158. | Medidata Solutions |
| 159. | Meijer |
| 160. | Michael Wiles |
| 161. | Microsoft |
| 162. | Minnesota Attorney General |
| 163. | Missouri Attorney General |
| 164. | Model N |
| 165. | Morgan Lewis & Bockius LLP |
| 166. | Morris Dickson |
| 167. | MSI |
| 168. | Mylan |
| 169. | NAPP |
| 170. | National Grid |
| 171. | National Union Fire Insurance |
| 172. | Navajo Nation |
| 173. | Navitus |
| 174. | New York State |
| 175. | News America Marketing |
| 176. | Nielsen Holding |
| 177. | Nixon Peabody |
| 178. | Novation |
| 179. | Novo Nordisk |
| 180. | Occidental Chemical Corporation |
| 181. | Old Republic Insurance |

4

| 182. | Oneida Nation |
| 183. | OptumHealth |
| 184. | OptumRx |
| 185. | Oracle |
| 186. | Owens & Minor |
| 187. | Paul Weiss |
| 188. | PCS |
| 189. | Pension Benefit Guaranty |
| 190. | People of California |
| 191. | Peter Kilmartin |
| 192. | Peytons Fountain |
| 193. | Pharmaceutical Research Manufacturers America |
| 194. | Phrma |
| 195. | PJT Partners |
| 196. | PPD Development |
| 197. | Price Waterhouse |
| 198. | PricewaterhouseCoopers |
| 199. | Prime Therapeutics |
| 200. | ProQuest |
| 201. | Publicis |
| 202. | Publix |
| 203. | Puerto Rico |
| 204. | Puerto Rico Secretary of Treasury |
| 205. | Purdue Frederick |
| 206. | Purdue Pharma |
| 207. | Ralphs Grocery |
| 208. | RelayHealth |
| 209. | Rhode Island Attorney General |
| 210. | Rhodes Technologies |
| 211. | Ricoh |
| 212. | Robert Bosch |
| 213. | Robert S Miller |
| 214. | Safeway |
| 215. | SAP America |
| 216. | Sharp |
| 217. | Shionogi |
| 218. | Siemens |
| 219. | Simpson Thacher Bartlett LLP |
| 220. | Smith Drug |
| 221. | Snohomish County |
| 222. | Southeastern Pennsylvania Transportation Authority |
| 223. | Specialty Insurance |
| 224. | Sprint |
| 225. | Standard Insurance |
| 226. | State of Alabama |
| 227. | State of Alaska |

5

228.        State of Arizona
229.        State of Arkansas
230.        State of California
231.        State of Connecticut
232.        State of Delaware
233.        State of Florida
234.        State of Georgia
235.        State of Hawaii
236.        State of Idaho
237.        State of Illinois
238.        State of Indiana
239.        State of Louisiana
240.        State of Massachusetts
241.        State of Michigan
242.        State of Minnesota
243.        State of Mississippi
244.        State of Missouri
245.        State of Montana
246.        State of Nevada
247.        State of New Hampshire
248.        State of New Jersey
249.        State of New Mexico
250.        State of New York
251.        State of North Carolina
252.        State of North Dakota
253.        State of Ohio
254.        State of Oklahoma
255.        State of Oregon
256.        State of Pennsylvania
257.        State of Rhode Island
258.        State of South Carolina
259.        State of South Dakota
260.        State of Tennessee
261.        State of Texas
262.        State of Utah
263.        State of Vermont
264.        State of Washington
265.        State of Wyoming
266.        State Pennsylvania
267.        State Virginia
268.        Steadfast Insurance
269.        Stericycle
270.        Suez
271.        Sun Pharmaceuticals Industries
272.        Supervalu
273.        Target

6

| 274. | Tennessee Attorney General |
| 275. | Teva |
| 276. | Texas Attorney General |
| 277. | Time Warner |
| 278. | Towers Watson |
| 279. | TrialCard |
| 280. | Tribune Media |
| 281. | TricorBraun Inc |
| 282. | Truven |
| 283. | Tucson Medical Center |
| 284. | Turner Construction |
| 285. | U.S. Bancorp |
| 286. | UBS Financial Services Inc. |
| 287. | UBS Group AG |
| 288. | United Biosource LLC |
| 289. | United Parcel Service |
| 290. | United States Department of Justice |
| 291. | United States Food and Drug Administration |
| 292. | United States Internal Revenue Service |
| 293. | United States Treasury |
| 294. | University of Delaware |
| 295. | University of Texas |
| 296. | U.S. Bancorp |
| 297. | Valassis |
| 298. | Verizon |
| 299. | Virginia Attorney General |
| 300. | Vitacost.com |
| 301. | Waldorf Astoria |
| 302. | Walgreen Co |
| 303. | Walgreens |
| 304. | Walgreens Boots Alliance |
| 305. | Walmart |
| 306. | Washington Post |
| 307. | Waste Industries |
| 308. | Wegmans Food Markets |
| 309. | Wells Fargo & Company |
| 310. | Westchester Fire Insurance |
| 311. | Wheels Inc |
| 312. | WPP |
| 313. | Yakama Nation |
| 314. | Yale University |
| 315. | Zenith Insurance |
| 316. | Zoom |
| 317. | ZS |
| 318. | Zurich American |

#92936674v17