UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No.: 19-23649 (RDD) |
| Debtor(s). | Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Kasen & Kasen, P.C. ("**Kasen & Kasen**") hereby withdraws as counsel to Fredrick Hill ("**Hill**"), a creditor in the above-captioned case. Kindly remove Kasen & Kasen, P.C. from all applicable service lists maintained in the above-captioned cases, including the Court's CM/ECF electronic notification list. Also, kindly serve all future notices and/or filings given or filed in the above-captioned case upon:

> Fredrick Hill
> 25 Stephen Drive
> Glendora, NJ 08029
> Telephone: (856) 812-1520
> E-Mail: fredhill70@gmail.com

Dated: May 14, 2020
New York, New York

KASEN & KASEN, P.C.

*/s/ Michael J. Kasen*
Michael J. Kasen, Esquire
25 Broadway, 9th Floor
New York, NY 10004
Telephone: (646) 397-6226
Facsimile: (856) 424-7565
E-Mail: mkasen@kasenlaw.com

*Withdrawing Counsel to Fredrick Hill*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.