May 12, 2020

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (RDD)

Dear Judge Drain:

I am writing to support Harrison Cullen's request to extend the deadline by Ninety days for filing of individual claims related to the above mentioned case.

I am the Pharmacist of the Netflix docuseries "THE PHARMACIST". I have seen so much death due to Oxycontin and been to too many funerals. I naively in about 2002 talked with Purdue's Pharmacy relations person and told of the deaths happening with Oxycontin and proposed a way to reduce the danger of the drug. My info and suggestion went unheeded until 2010. Eight more years of a huge numbers of deaths.

I have over the years tried to warn kids about this deadly drug by speaking at schools, rehabs, PTA's and churches. In about 2004-5 I spoke with Senator Vitter of Louisiana about Purdue and the Overdose deaths.

Through social media I have learned a lot of parents are under the impression that unless their child was prescribed oxycontin they cannot file a claim, an issue not addressed in any of the advertising I have seen on claim filing.

The COVID pandemic has taken away access to in person support groups where people could be informed of their rights and the looming deadline.

Following the IRS lead of extending important deadlines by 90 days, I believe this is also the prudent thing to do in this case.


Sincerely,

Dan Schneider RPh  'The Pharmacist'
(Parent that lost a son that was a drug related death in 1999.)