May 15, 2020

Hon. Judge Robert Drain
US Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140
Ref: Purdue Pharma LP, Case no. 19-23649

Hon. Judge Drain,

 I am writing to request that you extend the filing of personal injury claims against Purdue Pharma and the drug OxyContin. As the current June 30, 2020 deadline approaches, It is my personal belief that many of those harmed by this company and this drug, are either not aware of the claims filing process or they have been side tracked by the COVID-19 pandemic. Additionally, it was my understanding that Purdue Pharma had been ordered to pay for nationwide television and radio spots, alerting the public to the claims process. I can tell you, as someone who was looking out for these spots, that I only saw two commercials announcing the claims action. These spots ran in the early winter of 2020. I truly do not believe Purdue's announcing of the claims process was sufficient enough to alert the American public to the claims process.

 Like thousands of others across the country, I have been personally affected by the criminal actions of Purdue Pharma, in relation to OxyContin. On July 27, 2000, my wife died of an accidental OxyContin overdose. It had been prescribed to her for a herniated disc. A drug as powerful as OxyContin should never have been prescribed for that type of injury. It was only due to Purdue's aggressive marketing to her Doctor that it was prescribed. Since her death, I have now spent many years educating myself and as many people as I can reach, on just how this despicable company created an epidemic of death for profit.

 I closing sir, I would ask you to please extend the claims deadline an additional 90 to 180 days. As widespread as the opioid epidemic is, I think it is only fair that a substantial time extension be granted.

 Thank you very much for your time and attention.

Respectfully,
Ed Vanicky
605 Cobblestone Circle
Apt. 307
Newport News, VA. 23608
(757) 877-0627