KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah H. Bryan

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                              :         Chapter 11
                                                    :
PURDUE PHARMA L.P., *et al.*                        :         Case No. 19-23649 (RDD)
                                                    :
        Debtors.[1]                                 :         (Jointly Administered)
---------------------------------------------------------------x

**FOURTH MONTHLY FEE STATEMENT OF KURTZMAN CARSON
CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED
AND EXPENSES INCURRED AS INFORMATION AGENT FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |
| *Summary of Fees and Expenses Sought in the Fee Application* | |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | March 1, 2020 through March 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $14,547.30 (80% of $18,184.12) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $5,519.69 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $20,066.99 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its third monthly fee statement (the "Monthly Fee Statement") for the period beginning March 1, 2020 through and including March 31, 2020 (the "Fee Period"). During the Fee Period, the fees and expenses incurred by KCC were $23,885.17.[2]

---

[2]   This includes $181.36 in sales and use tax.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $20,066.99, which represents 80% of KCC's total fees for reasonable and necessary professional services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**. A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**. A schedule of expenses incurred by category.

c. **Exhibit C**. KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson, Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; and (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov, and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245, Attn: Sarah H. Bryan, Email: sbryan@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on**

**June 1, 2020** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: May 18, 2020
      El Segundo, California

/s/ *Sarah H. Bryan*
**KURTZMAN CARSON CONSULTANTS LLC**
Sarah H. Bryan
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

**CERTIFICATION**

I, Sarah H. Bryan, pursuant to 28 U.S.C. § 1746, state as follows:

    a)    I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

    b)    I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

    c)    I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated: May 18, 2020
       El Segundo, California

_____
Sarah H. Bryan

**Exhibit A**

**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| AMG | Ana Garcia | Consultant | 0.6 | $182.60 | $109.56 |
| AOP | Alfredo Pastor | Consultant | 2.3 | $182.60 | $419.98 |
| BIF | Bianca Flores | Consultant | 1.4 | $182.60 | $255.64 |
| BSZ | Bobbie Szlembarska | Consultant | 0.3 | $141.40 | $42.42 |
| CCE | Cerene Credo | Consultant | 0.9 | $135.83 | $122.25 |
| CET | Christopher Estes | Consultant | 11.9 | $184.80 | $2,199.12 |
| CHD | Christopher Do | Senior Consultant | 2.1 | $188.10 | $395.01 |
| CHT | Cheryl Tracey | Consultant | 0.1 | $182.60 | $18.26 |
| DAK | Dayna Kosinski | Consultant | 0.2 | $141.35 | $28.27 |
| DIM | Diana Mauricio | Consultant | 2.3 | $182.60 | $419.98 |
| EAG | Esmeralda Aguayo | Consultant | 5 | $182.60 | $913.00 |
| EGA | Ellis Gatlin | Clerk | 0.3 | $48.93 | $14.68 |
| EJG | Evan Gershbein | Senior Managing Consultant | 2.6 | $210.48 | $547.25 |
| FGZ | Francisco Gonzalez | Clerk | 0.2 | $48.95 | $9.79 |
| FRO | Francisco Rodriquez | Consultant | 0.1 | $141.40 | $14.14 |
| FTA | Frank Taylor | Clerk | 0.1 | $49.00 | $4.90 |
| HBU | Hannah Bussey | Consultant | 8.2 | $182.60 | $1,497.32 |
| HUM | Hugo Morales | Consultant | 0.2 | $141.40 | $28.28 |
| ICO | Ignacio Corona | Clerk | 0.4 | $48.95 | $19.58 |
| IPA | Isabel Padilla | Consultant | 3.4 | $182.60 | $620.84 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.3 | $130.37 | $39.11 |
| JBU | Joseph Bunning | Senior Consultant | 24.6 | $188.10 | $4,627.26 |
| JDG | Jennifer Grageda | Consultant | 0.3 | $182.60 | $54.78 |
| JKS | Jake Sulpice | Consultant | 0.4 | $113.80 | $45.52 |
| KDT | Keith Taylor | Clerk | 0.1 | $49.00 | $4.90 |
| LUG | Luis Gonzales | Clerk | 0.3 | $49.00 | $14.70 |
| MAP | Manuel Pastor | Consultant | 1.8 | $182.60 | $328.68 |
| MCL | Mikayla Cleary | Consultant | 0.5 | $182.60 | $91.30 |
| MDO | Matthew Orr | Consultant | 2.4 | $182.60 | $438.24 |
| MVZ | Michael Valadez | Consultant | 1.4 | $182.60 | $255.64 |
| PS | Other Project Specialist | Project Specialist | 8.5 | $100.00 | $850.00 |
| RIO | Rosemary Ibarra | Clerk | 0.1 | $49.00 | $4.90 |
| SEP | Stephanie Paranhos | Consultant | 0.5 | $182.60 | $91.30 |
| SMC | Shanice Mitchell | Consultant | 0.1 | $113.80 | $11.38 |

| STP | Stephanie Paul | Consultant | 7.7 | $113.85 | $876.62 |
|---|---|---|---|---|---|
| SYU | Susan Yu | Consultant | 8.8 | $184.80 | $1,626.24 |
| SZA | Sonia Zapien | Consultant | 2 | $182.60 | $365.20 |
| TFL | Teresa Flores | Consultant | 0.9 | $113.84 | $102.46 |
| THA | Tori Harris | Consultant | 0.6 | $182.60 | $109.56 |
| TPE | Thomas Peterson | Consultant | 1.4 | $182.60 | $255.64 |
| VTM | Vien Marquez | Consultant | 1.7 | $182.60 | $310.42 |
|  |  |  |  |  |  |
|  | **TOTAL:** |  | **107.00** |  | **$18,184.12** |

## Exhibit B

### Summary of Expenses by Category

| Category | Units | Rate | Amount |
|---|---|---|---|
| Photocopies | 11 | $0.11 | $1.21 |
| First Class Mail | | | $876.26 |
| Storage Rental | | | $8.00 |
| Printing and Mailing Expenses | | | $4,634.22 |
| | | | |
| **TOTAL** | | | **$5,519.69** |

**Exhibit C**

**Invoice**

## Kurtzman Carson Consultants LLC

03/01/2020 - 03/31/2020

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 3/2/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 1.50 |
| 3/2/2020 | SYU | Review mail report for Statement re Motion for Development Agreement [DN 849] | CON | Noticing | 0.10 |
| 3/2/2020 | SYU | Review mail report for Statement re Headquarters Lease Motion [DN 839] | CON | Noticing | 0.10 |
| 3/2/2020 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| 3/2/2020 | EAG | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 3/2/2020 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supp Declaration re Jefferies Retention App [DN 871] | CON | Noticing | 0.20 |
| 3/2/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.10 |
| | | | | **Total for 3/2/2020** | **2.60** |
| 3/3/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 1.70 |
| 3/3/2020 | CCE | Coordinate and log creditor calls to ensure timely responses (2) | CON | Communications / Call Center | 0.10 |
| 3/3/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (4) | CON | Communications / Call Center | 0.40 |
| 3/3/2020 | HBU | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 3/3/2020 | CET | Return creditor inquiries (3) regarding the Chapter 11 process, status of payments, and claim filing procedures | CON | Communications / Call Center | 0.40 |
| 3/3/2020 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supp Declaration re Jefferies Retention App [DN 871] | CON | Noticing | 0.20 |
| 3/3/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (5) | CON | Communications / Call Center | 0.40 |
| | | | | **Total for 3/3/2020** | **3.50** |
| 3/4/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supp Declaration re Jefferies Retention App [DN 871] | CON | Noticing | 0.10 |
| 3/4/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures | SC | Communications / Call Center | 1.50 |
| 3/4/2020 | CCE | Coordinate and log creditor calls to ensure timely responses (1) | CON | Communications / Call Center | 0.10 |
| 3/4/2020 | SYU | Review mail report for Supp Declaration re Jefferies Retention App [DN 871] | CON | Noticing | 0.10 |
| 3/4/2020 | HBU | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 3/4/2020 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.80 |
| 3/4/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.10 |
| | | | | **Total for 3/4/2020** | **3.10** |

## Kurtzman Carson Consultants LLC

03/01/2020 - 03/31/2020

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 3/5/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 1.90 |
| 3/5/2020 | HBU | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 3/5/2020 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 3/5/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (6) | CON | Communications / Call Center | 0.50 |
| | | | | **Total for 3/5/2020** | **3.20** |
| 3/6/2020 | EJG | Attention to Notice of Substitution of Counsel [DN 900] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 3/6/2020 | FTA | Assist with Notice of Substitution of Counsel [DN 900] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 3/6/2020 | LUG | Assist with Notice of Substitution of Counsel [DN 900] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 3/6/2020 | VTM | Assist with Notice of Substitution of Counsel [DN 900] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 3/6/2020 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supp Declaration re Jefferies Retention App [DN 871] | CON | Noticing | 0.10 |
| 3/6/2020 | MDO | Assist with Notice of Substitution of Counsel [DN 900] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 3/6/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 1.60 |
| 3/6/2020 | BSZ | Assist with Notice of Substitution of Counsel [DN 900] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 3/6/2020 | IRJ | Assist with Notice of Substitution of Counsel [DN 900] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 3/6/2020 | RIO | Assist with Notice of Substitution of Counsel [DN 900] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 3/6/2020 | FRO | Assist with Notice of Substitution of Counsel [DN 900] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 3/6/2020 | SYU | Correspond with counsel re service of Notice of Substitution of Counsel | CON | Noticing | 0.10 |
| 3/6/2020 | SYU | Coordinate and generate Notice of Substitution of Counsel [DN 900] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 3/6/2020 | SYU | Update Core/2002 List per review of court docket | CON | Noticing | 0.20 |
| 3/6/2020 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 3/6/2020 | CET | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.60 |
| 3/6/2020 | AOP | Assist with Notice of Substitution of Counsel [DN 900] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.80 |
| | | | | **Total for 3/6/2020** | **6.40** |
| 3/9/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 0.80 |
| 3/9/2020 | HBU | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |

## Kurtzman Carson Consultants LLC

03/01/2020 - 03/31/2020

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 3/9/2020 | JKS | Manage and review tracking of undeliverable mail re Notice of Substitution of Counsel [DN 900] | CON | Undeliverable Mail Processing | 0.10 |
| 3/9/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (4) | CON | Communications / Call Center | 0.30 |
| | | | **Total for 3/9/2020** | | **1.60** |
| 3/10/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 1.10 |
| 3/10/2020 | SYU | Prepare Affidavit of Service re Notice of Substitution of Counsel [DN 900] mailing | CON | Noticing | 0.80 |
| 3/10/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 3/10/2020 | HBU | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 3/10/2020 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 3/10/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (6) | CON | Communications / Call Center | 0.50 |
| | | | **Total for 3/10/2020** | | **3.20** |
| 3/11/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 0.90 |
| 3/11/2020 | CCE | Coordinate and log creditor calls to ensure timely responses (2) | CON | Communications / Call Center | 0.10 |
| 3/11/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Headquarters Lease Motion [DN 839] | SC | Noticing | 0.20 |
| 3/11/2020 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Substitution of Counsel [DN 900] | CON | Noticing | 0.20 |
| 3/11/2020 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.70 |
| 3/11/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.10 |
| | | | **Total for 3/11/2020** | | **2.20** |
| 3/12/2020 | JDG | Coordinate and log creditor calls to ensure timely responses | CON | Communications / Call Center | 0.10 |
| 3/12/2020 | SEP | Ensure creditor voicemails and emails are logged and responded to in a timely manner | CON | Communications / Call Center | 0.20 |
| 3/12/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (3) | CON | Communications / Call Center | 0.30 |
| 3/12/2020 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 3/12/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | **Total for 3/12/2020** | | **1.10** |
| 3/13/2020 | EJG | Attention to Statement in Support of Motion to Extend [DN 922] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |

## Kurtzman Carson Consultants LLC

03/01/2020 - 03/31/2020

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 3/13/2020 | EJG | Attention to 2nd KCC Fee Statement [DN 927] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 3/13/2020 | KDT | Assist with Statement in Support of Motion to Extend [DN 922] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 3/13/2020 | LUG | Assist with Statement in Support of Motion to Extend [DN 922] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 3/13/2020 | VTM | Assist with Statement in Support of Motion to Extend [DN 922] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 3/13/2020 | MDO | Assist with Statement in Support of Motion to Extend [DN 922] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 3/13/2020 | BSZ | Assist with Statement in Support of Motion to Extend [DN 922] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 3/13/2020 | SEP | Ensure creditor voicemails and emails are logged and responded to in a timely manner | CON | Communications / Call Center | 0.30 |
| 3/13/2020 | IRJ | Assist with Statement in Support of Motion to Extend [DN 922] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 3/13/2020 | HUM | Assist with Statement in Support of Motion to Extend [DN 922] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 3/13/2020 | CCE | Coordinate and log creditor calls to ensure timely responses (5) | CON | Communications / Call Center | 0.30 |
| 3/13/2020 | CHD | Assist with Statement in Support of Motion to Extend [DN 922] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SC | Noticing | 0.30 |
| 3/13/2020 | ICO | Assist with Statement in Support of Motion to Extend [DN 922] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 3/13/2020 | SYU | Correspond with counsel re service of Statement in Support of Motion to Extend | CON | Noticing | 0.10 |
| 3/13/2020 | SYU | Coordinate and generate Statement in Support of Motion to Extend [DN 922] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 3/13/2020 | SYU | Coordinate and generate 2nd KCC Fee App [DN 927] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.60 |
| 3/13/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 3/13/2020 | HBU | Return creditor inquiries (5) regarding the Chapter 11 process, status of payments, and claim filing procedures | CON | Communications / Call Center | 0.50 |
| 3/13/2020 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 3/13/2020 | MVZ | Assist with Statement in Support of Motion to Extend [DN 922] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.70 |

*Total for 3/13/2020* **6.60**

## Kurtzman Carson Consultants LLC

03/01/2020 - 03/31/2020

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 3/16/2020 | EJG | Attention to Statement re Motion to Extend, Response to Voluntary Commitment, Jefferies, Bayard, Province, Akin & KCC Interim Fee Apps [DNs 159, 160, 940, 942, 946, 947, 949] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 3/16/2020 | MDO | Assist with Statement re Motion to Extend, Response to Voluntary Commitment, Jefferies, Bayard, Province, Akin & KCC Interim Fee Apps [DNs 159, 160, 940, 942, 946, 947, 949] mailing, including preparing service lists, reviewing document, and performing qu | CON | Noticing | 0.50 |
| 3/16/2020 | JDG | Coordinate and log creditor calls to ensure timely responses | CON | Communications / Call Center | 0.10 |
| 3/16/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 0.50 |
| 3/16/2020 | CHD | Assist with Statement re Motion to Extend, Response to Voluntary Commitment, Jefferies, Bayard, Province, Akin & KCC Interim Fee Apps [DNs 159, 160, 940, 942, 946, 947, 949] mailing, including preparing service lists, reviewing document, and performing qu | SC | Noticing | 0.30 |
| 3/16/2020 | CHD | Correspond with case team re mailing deadline | SC | Noticing | 0.50 |
| 3/16/2020 | MAP | Assist with Statement re Motion to Extend, Response to Voluntary Commitment, Jefferies, Bayard, Province, Akin & KCC Interim Fee Apps [DNs 159, 160, 940, 942, 946, 947, 949] mailing, including preparing service lists, reviewing document, and performing qu | CON | Noticing | 1.60 |
| 3/16/2020 | SYU | Correspond with counsel re service of Statement re Motion to Extend, Response to Voluntary Commitment, Jefferies, Bayard, Province, Akin & KCC Interim Fee Apps | CON | Noticing | 0.10 |
| 3/16/2020 | SYU | Coordinate and generate Statement re Motion to Extend, Response to Voluntary Commitment, Jefferies, Bayard, Province, Akin & KCC Interim Fee Apps [DNs 159, 160, 940, 942, 946, 947, 949]mailing, including preparing service lists, reviewing document, and pe | CON | Noticing | 1.00 |
| 3/16/2020 | HBU | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 3/16/2020 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| 3/16/2020 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Substitution of Counsel [DN 900] | CON | Noticing | 0.30 |
| 3/16/2020 | JKS | Manage and review tracking of undeliverable mail re Statement in Support of Motion to Extend [DN 922] | CON | Undeliverable Mail Processing | 0.10 |
| 3/16/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 3/16/2020 | PS | Professional time for preparing, printing, inserting, sealing, and metering documents | PS | Document Processing | 8.50 |
| | | | | **Total for 3/16/2020** | **14.70** |
| 3/17/2020 | CCE | Coordinate and log creditor calls to ensure timely responses (4) | CON | Communications / Call Center | 0.20 |
| 3/17/2020 | DIM | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 3/17/2020 | JKS | Manage and review tracking of undeliverable mail re Statement re Motion to Extend, Response to Voluntary Commitment, Jefferies, Bayard, Province, Akin & KCC Interim Fee Apps [DNs 159, 160, 940, 942, 946, 947, 949] | CON | Undeliverable Mail Processing | 0.10 |
| | | | | **Total for 3/17/2020** | **0.60** |

## *Kurtzman Carson Consultants LLC*

03/01/2020 - 03/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 3/18/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 0.80 |
| 3/18/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Motion for Development Agreement [DN 849] | SC | Noticing | 0.20 |
| 3/18/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supp Declaration re Jefferies Retention App [DN 871] | SC | Noticing | 0.20 |
| 3/18/2020 | SYU | Electronically file 3 Affidavits of Service with the court | CON | Noticing | 0.30 |
| 3/18/2020 | SYU | Prepare Affidavit of Service re Statement in Support of Motion to Extend [DN 922] & 2nd KCC Fee Statement [DN 927] mailing | CON | Noticing | 0.70 |
| 3/18/2020 | SYU | Prepare Affidavit of Service re Statement re Motion to Extend, Response to Voluntary Commitment, Jefferies, Bayard, Province, Akin & KCC Interim Fee Apps [DNs 159, 160, 940, 942, 946, 947, 949] mailing | CON | Noticing | 1.20 |
| 3/18/2020 | SYU | Review mail report for Notice of Substitution of Counsel [DN 900] | CON | Noticing | 0.10 |
| 3/18/2020 | HBU | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| | | | | **Total for 3/18/2020** | **3.80** |
| 3/19/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Substitution of Counsel [DN 900] | CON | Noticing | 0.10 |
| 3/19/2020 | HBU | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| 3/19/2020 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement in Support of Motion to Extend [DN 922] | CON | Noticing | 0.30 |
| | | | | **Total for 3/19/2020** | **0.60** |
| 3/20/2020 | CCE | Coordinate and log creditor calls to ensure timely responses (1) | CON | Communications / Call Center | 0.10 |
| 3/20/2020 | HBU | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.10 |
| | | | | **Total for 3/20/2020** | **0.20** |
| 3/22/2020 | CET | Return creditor inquiry regarding the Chapter 11 process, status of payments, and claim filing procedures | CON | Communications / Call Center | 0.20 |
| | | | | **Total for 3/22/2020** | **0.20** |
| 3/23/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 0.90 |
| 3/23/2020 | TPE | Review proofs of claim input into KCC CaseView | CON | Claims Analysis | 0.30 |
| 3/23/2020 | SYU | Review mail report for Statement in Support of Motion to Extend [DN 922] | CON | Noticing | 0.10 |
| | | | | **Total for 3/23/2020** | **1.30** |
| 3/24/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement in Support of Motion to Extend [DN 922] | CON | Noticing | 0.10 |

## *Kurtzman Carson Consultants LLC*

03/01/2020 - 03/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 3/24/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 0.80 |
| 3/24/2020 | SMC | Respond to creditor inquiry live regarding procedure to file a claim | CON | Communications / Call Center | 0.10 |
| 3/24/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for First KCC Fee App [DN 874] | SC | Noticing | 0.10 |
| 3/24/2020 | MCL | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 3/24/2020 | SZA | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.70 |
|  |  |  | ***Total for 3/24/2020*** |  | ***1.90*** |
| 3/25/2020 | EJG | Attention to Motion Authorizing Examinations [DN 981] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 3/25/2020 | LUG | Assist with Motion Authorizing Examinations [DN 981] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 3/25/2020 | VTM | Assist with Motion Authorizing Examinations [DN 981] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.60 |
| 3/25/2020 | MDO | Assist with Motion Authorizing Examinations [DN 981] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 3/25/2020 | DAK | Assist with Motion Authorizing Examinations [DN 981] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 3/25/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 1.90 |
| 3/25/2020 | BSZ | Assist with Motion Authorizing Examinations [DN 981] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 3/25/2020 | HUM | Assist with Motion Authorizing Examinations [DN 981] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 3/25/2020 | CHD | Assist with Motion Authorizing Examinations [DN 981] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SC | Noticing | 0.30 |
| 3/25/2020 | AMG | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 3/25/2020 | EGA | Assist with Motion Authorizing Examinations [DN 981] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.30 |
| 3/25/2020 | FGZ | Assist with Motion Authorizing Examinations [DN 981] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 3/25/2020 | ICO | Assist with Motion Authorizing Examinations [DN 981] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.30 |
| 3/25/2020 | SYU | Correspond with counsel re service of Motion Authorizing Examinations | CON | Noticing | 0.10 |
| 3/25/2020 | SYU | Coordinate and generate Motion Authorizing Examinations [DN 981] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.80 |
| 3/25/2020 | CET | Return creditor inquiries (4) regarding the Chapter 11 process, status of payments, and claim filing procedures | CON | Communications / Call Center | 0.70 |
| 3/25/2020 | BIF | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 1.00 |
| 3/25/2020 | DIM | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 3/25/2020 | SZA | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |

## Kurtzman Carson Consultants LLC

03/01/2020 - 03/31/2020

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 3/25/2020 | AOP | Assist with Motion Authorizing Examinations [DN 981] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.90 |
| 3/25/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (20) | CON | Communications / Call Center | 1.80 |
| | | | | **Total for 3/25/2020** | **11.50** |
| 3/26/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Motion to Extend, Response to Voluntary Commitment, Jefferies, Bayard, Province, including preparing service | CON | Noticing | 0.10 |
| 3/26/2020 | JDG | Coordinate and log creditor calls to ensure timely responses | CON | Communications / Call Center | 0.10 |
| 3/26/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 2.10 |
| 3/26/2020 | THA | Respond to creditor inquiry regarding filing a claim form and the attachment of supporting documents not including medical records | CON | Communications / Call Center | 0.60 |
| 3/26/2020 | TPE | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 1.10 |
| 3/26/2020 | SYU | Prepare Certificate of Service re Motion Authorizing Examinations [DN 981] mailing | CON | Noticing | 0.80 |
| 3/26/2020 | HBU | Return creditor inquiries (27) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 3.00 |
| 3/26/2020 | CET | Return creditor inquiries (9) regarding the Chapter 11 process, status of payments, and claim filing procedures | CON | Communications / Call Center | 1.10 |
| 3/26/2020 | BIF | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 3/26/2020 | DIM | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |
| 3/26/2020 | SZA | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 3/26/2020 | JKS | Manage and review tracking of undeliverable mail re Motion Authorizing Examinations [DN 981] | CON | Undeliverable Mail Processing | 0.10 |
| 3/26/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (13) | CON | Communications / Call Center | 1.10 |
| | | | | **Total for 3/26/2020** | **11.20** |
| 3/27/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 2.90 |
| 3/27/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 3/27/2020 | CET | Return creditor inquiries (4) regarding the Chapter 11 process, status of payments, and claim filing procedures | CON | Communications / Call Center | 0.80 |
| 3/27/2020 | DIM | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 3/27/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (6) | CON | Communications / Call Center | 0.50 |
| | | | | **Total for 3/27/2020** | **4.70** |
| 3/28/2020 | HBU | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.60 |

## Kurtzman Carson Consultants LLC

03/01/2020 - 03/31/2020

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 3/28/2020 | CET | Return creditor inquiries (5) regarding the Chapter 11 process, status of payments, and claim filing procedures | CON | Communications / Call Center | 0.90 |
| | | | | *Total for 3/28/2020* | *1.50* |
| 3/30/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 2.10 |
| 3/30/2020 | HBU | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.30 |
| 3/30/2020 | CET | Return creditor inquiries (22) regarding the Chapter 11 process, status of payments, and claim filing procedures | CON | Communications / Call Center | 2.90 |
| 3/30/2020 | DIM | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.80 |
| 3/30/2020 | EAG | Respond to creditor inquiries (11) regarding how and where to file a claim | CON | Communications / Call Center | 3.30 |
| 3/30/2020 | IPA | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 3/30/2020 | IPA | Respond to creditor inquiries (6) regarding claim submission | CON | Communications / Call Center | 3.10 |
| 3/30/2020 | MCL | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 3/30/2020 | SZA | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.90 |
| 3/30/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (13) | CON | Communications / Call Center | 1.10 |
| | | | | *Total for 3/30/2020* | *16.20* |
| 3/31/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 1.60 |
| 3/31/2020 | CET | Return creditor inquiries (6) regarding the Chapter 11 process, status of payments, and claim filing procedures | CON | Communications / Call Center | 0.90 |
| 3/31/2020 | EAG | Respond to creditor inquiries (7) regarding how and where to file a claim | CON | Communications / Call Center | 1.30 |
| 3/31/2020 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Motion Authorizing Examinations [DN 981] | CON | Noticing | 0.30 |
| 3/31/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (12) | CON | Communications / Call Center | 1.00 |
| | | | | *Total for 3/31/2020* | *5.10* |
| | | | | **Total Hours** | **107.00** |

## *Kurtzman Carson Consultants LLC*

03/01/2020 - 03/31/2020

*Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| Photocopies | 11 | $0.11 | $1.21 |
| First Class Mail | | | $876.26 |
| Storage Rental | | | $8.00 |
| Printing and Mailing Expenses (See Exhibit) | | | $4,634.22 |
| | | ***Total Expenses*** | ***$5,519.69*** |

## *Kurtzman Carson Consultants LLC*

03/01/2020 - 03/31/2020

### *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 3/6/2020 | Notice of Substitution of Counsel [DN 900] | 181 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 181 Recipients | $250.00 | $250.00 |
| | | 43 | First Class Mail | | |
| | | 180 | Image notice printing for 1 document, including Purdue 900 - UCC Substitution of Counsel.pdf | $0.11 | $19.80 |
| | | 1 | Notary | $15.00 | $15.00 |
| | | 45 | Standard Envelopes | $0.13 | $5.85 |
| 3/13/2020 | Statement in Support of Motion to Extend [DN 922] | 180 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 180 Recipients | $250.00 | $250.00 |
| | | 43 | First Class Mail | | |
| | | 440 | Image notice printing for 1 document, including Purdue 922 - UCC Statement in Support of Motion to Extend PI.pdf | $0.11 | $48.40 |
| | | 1 | Notary | $15.00 | $15.00 |
| | | 44 | Standard Envelopes | $0.13 | $5.72 |
| 3/13/2020 | 2nd KCC Fee Statement [DN 927] | 11 | Email Parties | $0.00 | $100.00 |
| 3/16/2020 | Statement re Motion to Extend, Response to Voluntary Commitment, Jefferies, Bayard, Province, Akin & KCC Interim Fee Apps [DNs 159, 160, 940, 942, 946, 947, 949] | 179 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 179 Recipients | $250.00 | $250.00 |
| | | 45 | First Class Mail | | |
| | | 25,380 | Image Notice Printing | $0.11 | $2,791.80 |
| | | 45 | Non-Standard Envelopes | $0.33 | $14.85 |
| 3/25/2020 | Motion Authorizing Examinations [DN 981] | 179 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 179 Recipients | $250.00 | $250.00 |
| | | 44 | First Class Mail | | |
| | | 1,848 | Image notice printing for 1 document, including Purdue 981 - UCC 2004 Examination Motion.pdf | $0.11 | $203.28 |
| | | 44 | Non-Standard Envelopes | $0.33 | $14.52 |

*Total Printing and Mailing Expenses*     *$4,634.22*