**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF FIFTH MONTHLY FEE STATEMENT OF
JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM MARCH 1, 2020 THROUGH MARCH 31, 2020**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | March 1, 2020 through March 31, 2020 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $18,479.65 |

This is a(n):   monthly  x    interim  __    final application  __

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**FIFTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
**March 1, 2020 through March 31, 2020**

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 18.5 |
| 2 | Sale Process | 4.0 |
| 3 | Creditor Communication | 57.0 |
| 4 | Debtor Communication | - |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence | 245.5 |
| 10 | Business Plan | - |
| 11 | Case Strategy | 13.0 |
| **Total** | | **338.0** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-head/Managing Director, Debt Advisory & Restructuring | 36.0 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 13.0 |
| Jaspinder Kanwal | Vice President, Debt Advisory & Restructuring | 24.0 |
| Patrick Topper | Vice President, Debt Advisory & Restructuring | 63.0 |
| Ben Troester | Analyst, Debt Advisory & Restructuring | 67.5 |
| Kevin Chen | Analyst, Debt Advisory & Restructuring | 60.5 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 30.5 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 13.0 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 12.5 |
| Connor Hattersley | Analyst, Global Healthcare Investment Banking | 18.0 |
| **Total** | | **338.0** |

**FIFTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**March 1, 2020 through March 31, 2020**

| **Category** | **March 2020** |
|---|---|
| Meals | $43.90 |
| Transportation | $31.08 |
| Travel | - |
| Presentation Services | - |
| Printing Services | $76.50 |
| Legal | $18,321.50 |
| General | $6.67 |
| **Total Expenses** | **$18,479.65** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**FIFTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM MARCH 1, 2020 THROUGH MARCH 31, 2020**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from March 1, 2020 through March 31, 2020 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $18,479.65. In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2.  On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.  On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4.  On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2] A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5.  On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Retention Application.

2

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6. On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7. By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from March 1, 2020 through March 31, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $18,479.65.

3

8.      All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee.  Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order.  Such time records are attached hereto as <u>Exhibit A</u>.

9.      The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters.  Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

## Actual and Necessary Expenses

10.     Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order.  As set forth in greater detail in the summary attached hereto as <u>Exhibit B</u>, Jefferies' total expenses incurred during the Compensation Period are $18,479.65, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from March 1, 2020 through March 31, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $18,479.65.

Dated: May 18, 2020　　　　　　　　　　　　Respectfully submitted,
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Leon Szlezinger*
　　　　　　　　　　　　　　　　　　　　　　　Leon Szlezinger
　　　　　　　　　　　　　　　　　　　　　　　Managing Director and Joint Global Head of
　　　　　　　　　　　　　　　　　　　　　　　Debt Advisory & Restructuring
　　　　　　　　　　　　　　　　　　　　　　　JEFFERIES LLC

# Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---:|---:|
| | | **March 1, 2020 - March 31, 2020 Hours for Case Administration / General** | **18.5** | |
| 03/09/20 | Kevin Chen | Prepare draft monthly fee statement for Jefferies | 3.0 | 1 |
| 03/10/20 | Patrick Topper | Review draft Jefferies fee statement | 1.0 | 1 |
| 03/10/20 | Kevin Chen | Prepare draft monthly fee statement for Jefferies | 1.5 | 1 |
| 03/11/20 | Leon Szlezinger | Review draft Jefferies fee statement | 1.0 | 1 |
| 03/11/20 | Robert White | Review draft Jefferies' fee statement | 0.5 | 1 |
| 03/11/20 | Patrick Topper | Review draft Jefferies fee statement | 1.0 | 1 |
| 03/11/20 | Kevin Chen | Prepare draft monthly fee statement for Jefferies | 3.0 | 1 |
| 03/12/20 | Kevin Chen | Update payments tracker | 0.5 | 1 |
| 03/12/20 | Kevin Chen | Prepare draft monthly fee statement for Jefferies | 0.5 | 1 |
| 03/19/20 | Patrick Topper | Internal Workstreams Discussion | 0.5 | 1 |
| 03/19/20 | Patrick Topper | Review upcoming workstreams | 1.0 | 1 |
| 03/19/20 | Benjamin Troester | Internal Workstreams Discussion | 0.5 | 1 |
| 03/19/20 | Kevin Chen | Internal Workstreams Discussion | 0.5 | 1 |
| 03/30/20 | Leon Szlezinger | Review upcoming workstreams | 1.0 | 1 |
| 03/30/20 | Benjamin Troester | Administrative Task re: Fee Application | 1.0 | 1 |
| 03/30/20 | Kevin Chen | Coordinate payment contact information with accounting department | 0.5 | 1 |
| 03/31/20 | Patrick Topper | Coordinate invoice details with Purdue | 1.0 | 1 |
| 03/31/20 | Kevin Chen | Coordinate invoice details with Purdue | 0.5 | 1 |
| | | **March 1, 2020 - March 31, 2020 Hours for Sale Process** | **4.0** | |
| 03/10/20 | Leon Szlezinger | Internal Meeting re: PJT potential buyer log | 0.5 | 2 |
| 03/10/20 | Robert White | Internal Meeting re: PJT potential buyer log | 0.5 | 2 |
| 03/10/20 | Jaspinder Kanwal | Internal Meeting re: PJT potential buyer log | 0.5 | 2 |
| 03/10/20 | Patrick Topper | Internal Meeting re: PJT potential buyer log | 0.5 | 2 |
| 03/10/20 | Benjamin Troester | Internal Meeting re: PJT potential buyer log | 0.5 | 2 |
| 03/10/20 | Kevin Chen | Internal Meeting re: PJT potential buyer log | 0.5 | 2 |
| 03/10/20 | Kevin Sheridan | Internal Meeting re: PJT potential buyer log | 0.5 | 2 |
| 03/10/20 | James Wiltshire | Internal Meeting re: PJT potential buyer log | 0.5 | 2 |
| | | **March 1, 2020 - March 31, 2020 Hours for Creditor Communication** | **57.0** | |
| 03/02/20 | Leon Szlezinger | Prepare for UCC weekly update call | 0.5 | 3 |
| 03/02/20 | Leon Szlezinger | UCC Weekly Update Call | 1.0 | 3 |
| 03/02/20 | Robert White | UCC Weekly Update Call | 1.0 | 3 |
| 03/02/20 | Jaspinder Kanwal | UCC Weekly Update Call | 1.0 | 3 |
| 03/02/20 | Patrick Topper | UCC Weekly Update Call | 1.0 | 3 |
| 03/02/20 | Benjamin Troester | UCC Weekly Update Call | 1.0 | 3 |
| 03/02/20 | Kevin Chen | UCC Weekly Update Call | 1.0 | 3 |
| 03/02/20 | Kevin Sheridan | UCC Weekly Update Call | 1.0 | 3 |
| 03/05/20 | Leon Szlezinger | UCC Weekly Update Call | 1.0 | 3 |
| 03/05/20 | Patrick Topper | UCC Weekly Update Call | 1.0 | 3 |
| 03/05/20 | Benjamin Troester | UCC Weekly Update Call | 1.0 | 3 |
| 03/05/20 | Kevin Chen | UCC Weekly Update Call | 1.0 | 3 |
| 03/05/20 | Kevin Sheridan | UCC Weekly Update Call | 1.0 | 3 |
| 03/09/20 | Leon Szlezinger | UCC Weekly Update Call | 1.0 | 3 |
| 03/09/20 | Patrick Topper | UCC Weekly Update Call | 1.0 | 3 |
| 03/09/20 | Benjamin Troester | UCC Weekly Update Call | 1.0 | 3 |
| 03/09/20 | Kevin Chen | UCC Weekly Update Call | 1.0 | 3 |
| 03/09/20 | Kevin Sheridan | UCC Weekly Update Call | 1.0 | 3 |
| 03/12/20 | Leon Szlezinger | UCC Weekly Update Call | 1.0 | 3 |
| 03/12/20 | Robert White | UCC Weekly Update Call | 1.0 | 3 |
| 03/12/20 | Jaspinder Kanwal | UCC Weekly Update Call | 1.0 | 3 |
| 03/12/20 | Patrick Topper | UCC Weekly Update Call | 1.0 | 3 |
| 03/12/20 | Benjamin Troester | UCC Weekly Update Call | 1.0 | 3 |
| 03/12/20 | Kevin Chen | UCC Weekly Update Call | 1.0 | 3 |
| 03/12/20 | Kevin Sheridan | UCC Weekly Update Call | 1.0 | 3 |
| 03/16/20 | Leon Szlezinger | UCC Weekly Update Call | 1.0 | 3 |
| 03/16/20 | Jaspinder Kanwal | UCC Weekly Update Call | 1.0 | 3 |
| 03/16/20 | Patrick Topper | UCC Weekly Update Call | 1.0 | 3 |
| 03/16/20 | Benjamin Troester | UCC Weekly Update Call | 1.0 | 3 |
| 03/16/20 | Kevin Chen | UCC Weekly Update Call | 1.0 | 3 |
| 03/16/20 | Kevin Sheridan | UCC Weekly Update Call | 1.0 | 3 |
| 03/17/20 | Patrick Topper | Prepare outline for Sum of Parts presentation | 1.5 | 3 |
| 03/17/20 | Patrick Topper | Continue to prepare outline for Sum of Parts presentation | 2.0 | 3 |
| 03/19/20 | Leon Szlezinger | Prepare for UCC weekly update call | 0.5 | 3 |
| 03/19/20 | Leon Szlezinger | UCC Weekly Update Call | 1.0 | 3 |
| 03/19/20 | Patrick Topper | UCC Weekly Update Call | 1.0 | 3 |
| 03/19/20 | Benjamin Troester | UCC Weekly Update Call | 1.0 | 3 |
| 03/19/20 | Kevin Chen | UCC Weekly Update Call | 1.0 | 3 |
| 03/19/20 | Kevin Sheridan | UCC Weekly Update Call | 1.0 | 3 |
| 03/23/20 | Leon Szlezinger | Prepare for UCC Weekly Update Call | 0.5 | 3 |
| 03/23/20 | Leon Szlezinger | UCC Weekly Update Call | 1.0 | 3 |
| 03/23/20 | Patrick Topper | UCC Weekly Update Call | 1.0 | 3 |
| 03/23/20 | Benjamin Troester | UCC Weekly Update Call | 1.0 | 3 |
| 03/23/20 | Kevin Chen | UCC Weekly Update Call | 1.0 | 3 |
| 03/23/20 | Kevin Sheridan | UCC Weekly Update Call | 1.0 | 3 |
| 03/26/20 | Leon Szlezinger | UCC Weekly Update Call | 1.0 | 3 |
| 03/26/20 | Robert White | UCC Weekly Update Call | 1.0 | 3 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 03/26/20 | Patrick Topper | *UCC Weekly Update Call* | 1.0 | 3 |
| 03/26/20 | Benjamin Troester | *UCC Weekly Update Call* | 1.0 | 3 |
| 03/26/20 | Kevin Sheridan | *Prepare for UCC Weekly Update Call* | 0.5 | 3 |
| 03/26/20 | Kevin Sheridan | *UCC Weekly Update Call* | 1.0 | 3 |
| 03/30/20 | Leon Szlezinger | *UCC Weekly Update Call* | 1.0 | 3 |
| 03/30/20 | Jaspinder Kanwal | *UCC Weekly Update Call* | 1.0 | 3 |
| 03/30/20 | Patrick Topper | *UCC Weekly Update Call* | 1.0 | 3 |
| 03/30/20 | Benjamin Troester | *UCC Weekly Update Call* | 1.0 | 3 |
| 03/30/20 | Kevin Chen | *UCC Weekly Update Call* | 1.0 | 3 |
| 03/30/20 | Kevin Sheridan | *UCC Weekly Update Call* | 1.0 | 3 |
| 03/30/20 | Kevin Sheridan | *Prepare for Weekly FA Coordination Call* | 0.5 | 3 |
| | | **March 1, 2020 - March 31, 2020 Hours for Due Diligence** | **245.5** | |
| 03/01/20 | Benjamin Troester | *Review Financial Update* | 2.0 | 9 |
| 03/01/20 | William Maselli | *Review PPLP business plan financials* | 3.0 | 9 |
| 03/02/20 | Kevin Chen | *Review PPLP data room* | 0.5 | 9 |
| 03/02/20 | James Wiltshire | *Review PPLP business plan* | 2.0 | 9 |
| 03/03/20 | Robert White | *Review IAC diligence presentations* | 1.5 | 9 |
| 03/03/20 | Benjamin Troester | *Review IAC Diligence Information* | 3.0 | 9 |
| 03/03/20 | Kevin Sheridan | *Review PPLP business plan* | 1.5 | 9 |
| 03/04/20 | Leon Szlezinger | *Review PJT presentation to UCC* | 2.5 | 9 |
| 03/04/20 | Leon Szlezinger | *Prepare draft Sum of Parts presentation outline* | 1.0 | 9 |
| 03/04/20 | Robert White | *Review bankruptcy docket* | 0.5 | 9 |
| 03/04/20 | Patrick Topper | *Review new uploads to PPLP data room* | 2.0 | 9 |
| 03/04/20 | Kevin Chen | *Review IAC data room* | 1.5 | 9 |
| 03/04/20 | Connor Hattersley | *Review IAC data room uploads* | 1.5 | 9 |
| 03/05/20 | Benjamin Troester | *Review Dataroom Documents* | 2.5 | 9 |
| 03/06/20 | Kevin Chen | *Review PPLP data room* | 0.5 | 9 |
| 03/06/20 | Kevin Chen | *Organize diligence tracker* | 1.0 | 9 |
| 03/07/20 | Leon Szlezinger | *Continue to prepare draft Sum of Parts presentation outline* | 0.5 | 9 |
| 03/07/20 | Patrick Topper | *Review diligence trackers* | 1.5 | 9 |
| 03/08/20 | Jaspinder Kanwal | *Review PPLP business plan* | 1.0 | 9 |
| 03/08/20 | Jaspinder Kanwal | *Review PJT presentation to UCC* | 4.0 | 9 |
| 03/08/20 | Jaspinder Kanwal | *Continue to review PPLP business plan* | 2.0 | 9 |
| 03/08/20 | Patrick Topper | *Prepare draft Jefferies fee statement* | 1.5 | 9 |
| 03/08/20 | Benjamin Troester | *Review IAC Diligence Information* | 1.5 | 9 |
| 03/08/20 | Connor Hattersley | *Review IAC diligence tracker* | 1.0 | 9 |
| 03/09/20 | Patrick Topper | *Review docket filings* | 1.0 | 9 |
| 03/09/20 | Benjamin Troester | *Review Financial Update* | 2.5 | 9 |
| 03/09/20 | Kevin Chen | *Review PPLP data room* | 0.5 | 9 |
| 03/10/20 | Benjamin Troester | *Review Bankruptcy Filings* | 1.5 | 9 |
| 03/10/20 | Benjamin Troester | *Review Debtors' Investment Banker Materials* | 1.0 | 9 |
| 03/11/20 | Leon Szlezinger | *Call with IAC Korea Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/11/20 | Robert White | *Call with IAC Korea Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/11/20 | Jaspinder Kanwal | *Call with IAC Korea Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/11/20 | Patrick Topper | *Call with IAC Korea Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/11/20 | Patrick Topper | *Review notes from Call with IAC Korea Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/11/20 | Benjamin Troester | *Review IP Lawsuit Documents* | 1.5 | 9 |
| 03/11/20 | Benjamin Troester | *Call with IAC Korea Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/11/20 | Kevin Chen | *Call with IAC Korea Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/11/20 | Kevin Chen | *Organize notes from call with IAC Korea Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/11/20 | Kevin Chen | *Review IAC data room* | 2.0 | 9 |
| 03/11/20 | Kevin Sheridan | *Call with IAC Korea Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/11/20 | Kevin Sheridan | *Review notes from call with IAC Korean Country Manager* | 0.5 | 9 |
| 03/11/20 | James Wiltshire | *Call with IAC Korea Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/11/20 | William Maselli | *Call with IAC Korea Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/11/20 | Connor Hattersley | *Call with IAC Korea Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/11/20 | Connor Hattersley | *Organize notes from Call with IAC Korea Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/12/20 | Leon Szlezinger | *Call with IAC Central Eastern Europe Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/12/20 | Robert White | *Call with IAC Central Eastern Europe Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/12/20 | Jaspinder Kanwal | *Call with IAC Central Eastern Europe Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/12/20 | Patrick Topper | *Call with IAC Central Eastern Europe Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/12/20 | Patrick Topper | *Review notes from Call with IAC Central Eastern Europe Country Manager re: IAC Diligence* | 0.5 | 9 |
| 03/12/20 | Benjamin Troester | *Review IAC Diligence Documents* | 1.5 | 9 |
| 03/12/20 | Benjamin Troester | *Call with IAC Central Eastern Europe Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/12/20 | Kevin Chen | *Call with IAC Central Eastern Europe Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/12/20 | Kevin Chen | *Organize notes from call with IAC Central Eastern Europe Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/12/20 | Kevin Chen | *Review PPLP data room* | 1.0 | 9 |
| 03/12/20 | Kevin Sheridan | *Call with IAC Central Eastern Europe Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/12/20 | Kevin Sheridan | *Review notes from call with Central Eastern Europe Country Manager* | 0.5 | 9 |
| 03/12/20 | James Wiltshire | *Call with IAC Central Eastern Europe Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/12/20 | William Maselli | *Call with IAC Central Eastern Europe Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/12/20 | Connor Hattersley | *Call with IAC Central Eastern Europe Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/13/20 | Leon Szlezinger | *Call with IAC Japan Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/13/20 | Leon Szlezinger | *Review call notes from IAC LAM diligence calls* | 1.5 | 9 |
| 03/13/20 | Leon Szlezinger | *Review draft Jefferies fee statement* | 2.0 | 9 |
| 03/13/20 | Robert White | *Call with IAC Japan Country Manager re: IAC Diligence* | 1.0 | 9 |
| 03/13/20 | Jaspinder Kanwal | *Call with IAC Japan Country Manager re: IAC Diligence* | 1.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 03/13/20 | Jaspinder Kanwal | Review notes from IAC LAM diligence calls | 1.5 | 9 |
| 03/13/20 | Patrick Topper | Call with IAC Japan Country Manager re: IAC Diligence | 1.0 | 9 |
| 03/13/20 | Patrick Topper | Review notes from Call with IAC Japan Country Manager re: IAC Diligence | 0.5 | 9 |
| 03/13/20 | Benjamin Troester | Call with IAC Japan Country Manager re: IAC Diligence | 1.0 | 9 |
| 03/13/20 | Benjamin Troester | Review Bankruptcy Filings | 1.5 | 9 |
| 03/13/20 | Kevin Chen | Call with IAC Japan Country Manager re: IAC Diligence | 1.0 | 9 |
| 03/13/20 | Kevin Chen | Organize notes from call with IAC Japan Country Manager re: IAC Diligence | 1.0 | 9 |
| 03/13/20 | Kevin Sheridan | Call with IAC Japan Country Manager re: IAC Diligence | 1.0 | 9 |
| 03/13/20 | Kevin Sheridan | Review notes from call with IAC Japan Country Manager | 0.5 | 9 |
| 03/13/20 | James Wiltshire | Call with IAC Japan Country Manager re: IAC Diligence | 1.0 | 9 |
| 03/13/20 | William Maselli | Call with IAC Japan Country Manager re: IAC Diligence | 1.0 | 9 |
| 03/13/20 | William Maselli | Review notes from LAM diligence calls | 1.5 | 9 |
| 03/13/20 | Connor Hattersley | Call with IAC Japan Country Manager re: IAC Diligence | 1.0 | 9 |
| 03/13/20 | Connor Hattersley | Organize notes from call with Call with IAC Japan Country Manager re: IAC Diligence | 1.0 | 9 |
| 03/14/20 | Patrick Topper | Review LAM budget books | 1.0 | 9 |
| 03/14/20 | James Wiltshire | Review notes from LAM diligence calls | 1.5 | 9 |
| 03/15/20 | Robert White | Review call notes from LAM diligence calls | 1.0 | 9 |
| 03/15/20 | Patrick Topper | Review notes from UCC update calls | 1.5 | 9 |
| 03/16/20 | Kevin Chen | Review PPLP data room | 1.0 | 9 |
| 03/17/20 | Connor Hattersley | Review IQVIA data | 1.5 | 9 |
| 03/18/20 | Patrick Topper | Dial-in to preliminary injunction hearing | 2.0 | 9 |
| 03/18/20 | Benjamin Troester | Review Dataroom Documents | 1.0 | 9 |
| 03/18/20 | Benjamin Troester | Dial-In Hearing - Preliminary Injunction | 2.0 | 9 |
| 03/18/20 | Kevin Sheridan | Review Adhansia projections | 1.0 | 9 |
| 03/18/20 | Kevin Sheridan | Review PJT presentation to UCC | 2.0 | 9 |
| 03/19/20 | Benjamin Troester | Draft Sum of Parts Materials | 2.5 | 9 |
| 03/19/20 | Kevin Chen | Prepare financial analysis on OTC business segment | 3.5 | 9 |
| 03/19/20 | Kevin Chen | Prepare financial analysis on Adhansia | 4.5 | 9 |
| 03/20/20 | Benjamin Troester | Review Debtors' Investment Banker Materials | 2.0 | 9 |
| 03/20/20 | Benjamin Troester | Review Adhansia Data and Related Diligence | 1.0 | 9 |
| 03/20/20 | Kevin Chen | Continue to prepare financial analysis on OTC business segment | 2.5 | 9 |
| 03/20/20 | Kevin Chen | Continue to prepare financial analysis on Adhansia | 3.0 | 9 |
| 03/21/20 | Patrick Topper | Review OTC business financial analysis | 2.0 | 9 |
| 03/21/20 | Patrick Topper | Review Adhansia financial analysis | 1.5 | 9 |
| 03/21/20 | Patrick Topper | Review PPLP business plan and updated financial projections | 1.0 | 9 |
| 03/21/20 | Benjamin Troester | Draft Sum of Parts Materials | 3.5 | 9 |
| 03/21/20 | Kevin Chen | Review IAC data room | 1.5 | 9 |
| 03/21/20 | Connor Hattersley | Review PPLP diligence tracker | 1.0 | 9 |
| 03/22/20 | Patrick Topper | Review new uploads to PPLP data room | 1.0 | 9 |
| 03/22/20 | Patrick Topper | Review new uploads to IAC data room | 3.0 | 9 |
| 03/22/20 | Benjamin Troester | Review OTC and Adhansia Diligence Information | 4.0 | 9 |
| 03/22/20 | James Wiltshire | Review Adhansia projections | 1.0 | 9 |
| 03/23/20 | Kevin Chen | Review PPLP data room | 1.5 | 9 |
| 03/23/20 | Kevin Chen | Review diligence tracker | 1.5 | 9 |
| 03/23/20 | James Wiltshire | Review ADHD market | 1.5 | 9 |
| 03/23/20 | Connor Hattersley | Review financial analysis on OTC and Adhansia | 2.0 | 9 |
| 03/23/20 | Connor Hattersley | Review ADHD IMS data | 1.0 | 9 |
| 03/23/20 | Connor Hattersley | Review OTC transaction comparables | 1.0 | 9 |
| 03/24/20 | Benjamin Troester | Review Mundipharma Diligence Information | 3.5 | 9 |
| 03/24/20 | Kevin Sheridan | Review ADHD IMS data | 1.0 | 9 |
| 03/25/20 | Benjamin Troester | Review PPLP Dataroom Documents | 3.0 | 9 |
| 03/25/20 | Kevin Chen | Review LAM presentations | 2.0 | 9 |
| 03/25/20 | Kevin Chen | Consolidate LAM presentations | 0.5 | 9 |
| 03/25/20 | Kevin Sheridan | Review OTC financials and business plan | 1.5 | 9 |
| 03/25/20 | Kevin Sheridan | Review OTC transaction comparables | 1.0 | 9 |
| 03/25/20 | James Wiltshire | Review LAM diligence presentations | 1.0 | 9 |
| 03/26/20 | Robert White | Review LAM diligence presentations | 1.0 | 9 |
| 03/26/20 | Patrick Topper | Review LAM diligence presentations | 4.0 | 9 |
| 03/26/20 | Patrick Topper | Review financial projections for LAM region | 1.0 | 9 |
| 03/26/20 | Patrick Topper | Review notes from IAC diligence coordination call | 0.5 | 9 |
| 03/26/20 | Patrick Topper | Review IAC diligence tracker | 1.5 | 9 |
| 03/26/20 | Benjamin Troester | Review PHI Diligence Information | 3.0 | 9 |
| 03/26/20 | Kevin Chen | IAC diligence coordination call with other advisors | 0.5 | 9 |
| 03/26/20 | Kevin Chen | Organize notes from IAC diligence coordination call with other advisors | 0.5 | 9 |
| 03/26/20 | Kevin Sheridan | Review PPLP business plan materials | 1.0 | 9 |
| 03/26/20 | James Wiltshire | Research on Betadine | 1.0 | 9 |
| 03/26/20 | William Maselli | Review LAM diligence presentations | 2.0 | 9 |
| 03/27/20 | Patrick Topper | Review IAC financials | 2.0 | 9 |
| 03/27/20 | Patrick Topper | Review IMS data | 1.5 | 9 |
| 03/27/20 | Benjamin Troester | Review IAC IQVIA Data | 1.5 | 9 |
| 03/27/20 | Kevin Chen | Review diligence tracker | 1.0 | 9 |
| 03/27/20 | William Maselli | Research emerging markets pharma industry | 1.5 | 9 |
| 03/27/20 | Connor Hattersley | Review LAM presentations | 2.5 | 9 |
| 03/28/20 | Leon Szlezinger | Review internal summary of recent PHI developments | 1.5 | 9 |
| 03/28/20 | Patrick Topper | Review PHI materials and variance from prior forecast | 3.5 | 9 |
| 03/28/20 | Patrick Topper | Review updated PHI third party funding agreement | 1.0 | 9 |
| 03/28/20 | Patrick Topper | Continue to review PHI materials | 1.0 | 9 |
| 03/28/20 | Patrick Topper | Prepare internal summary of recent PHI developments | 1.5 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 03/28/20 | Benjamin Troester | Review PHI Materials & Related Diligence Information | 3.0 | 9 |
| 03/28/20 | Kevin Chen | Review PHI materials and variance from prior forecast | 2.5 | 9 |
| 03/28/20 | Kevin Sheridan | Review variance from prior PHI forecast | 1.0 | 9 |
| 03/28/20 | Connor Hattersley | Update comparable companies analysis | 1.0 | 9 |
| 03/29/20 | Leon Szlezinger | Review updated PHI third party funding agreement | 2.0 | 9 |
| 03/29/20 | Leon Szlezinger | Review Akin emails re: PHI third party funding agreement | 1.0 | 9 |
| 03/29/20 | Leon Szlezinger | Review PHI financials | 1.0 | 9 |
| 03/29/20 | Robert White | Review updated PHI diligence materials | 1.0 | 9 |
| 03/29/20 | Jaspinder Kanwal | Review updated PHI third party funding agreement | 1.5 | 9 |
| 03/29/20 | Jaspinder Kanwal | Review Debtor's PHI financial model | 1.0 | 9 |
| 03/29/20 | Patrick Topper | Review OTC financial analysis | 0.5 | 9 |
| 03/29/20 | Patrick Topper | Review OTC transaction comparables | 1.0 | 9 |
| 03/29/20 | Benjamin Troester | Review PHI Diligence | 2.5 | 9 |
| 03/29/20 | Benjamin Troester | Review PHI IMS data | 2.0 | 9 |
| 03/29/20 | Kevin Chen | Review PPLP data room | 1.0 | 9 |
| 03/29/20 | Kevin Sheridan | Review updated PHI third party funding agreement | 1.5 | 9 |
| 03/29/20 | Kevin Sheridan | Review LAM diligence presentations | 1.5 | 9 |
| 03/29/20 | William Maselli | Review monthly and weekly IMS data | 1.0 | 9 |
| 03/30/20 | Kevin Sheridan | Review PHI materials | 1.0 | 9 |
| 03/31/20 | Leon Szlezinger | Review IP lawsuit notes re: PHI | 0.5 | 9 |
| 03/31/20 | Leon Szlezinger | Review Naloxone market IMS data summary | 1.0 | 9 |
| 03/31/20 | Leon Szlezinger | Review OTC transaction comparables | 0.5 | 9 |
| 03/31/20 | Leon Szlezinger | Review Adhansia and OTC financial analysis | 2.0 | 9 |
| 03/31/20 | Jaspinder Kanwal | Review PPLP diligence materials and presentations to UCC | 3.5 | 9 |
| 03/31/20 | Patrick Topper | Review diligence trackers | 1.0 | 9 |
| 03/31/20 | James Wiltshire | Review diligence tracker | 1.0 | 9 |
| | **March 1, 2020 - March 31, 2020 Hours for Case Strategy** | | **13.0** | |
| 03/02/20 | Leon Szlezinger | Weekly FA Coordination Call | 0.5 | 11 |
| 03/02/20 | Patrick Topper | Weekly FA Coordination Call | 0.5 | 11 |
| 03/02/20 | Kevin Chen | Weekly FA Coordination Call | 0.5 | 11 |
| 03/02/20 | Kevin Sheridan | Weekly FA Coordination Call | 0.5 | 11 |
| 03/16/20 | Leon Szlezinger | Weekly FA Coordination Call | 0.5 | 11 |
| 03/16/20 | Kevin Chen | Weekly FA Coordination Call | 0.5 | 11 |
| 03/17/20 | Jaspinder Kanwal | Review correspondence with Akin re: case strategy | 1.5 | 11 |
| 03/30/20 | Leon Szlezinger | Prepare for Weekly FA Coordination Call | 1.0 | 11 |
| 03/30/20 | Leon Szlezinger | Weekly FA Coordination Call | 0.5 | 11 |
| 03/30/20 | Leon Szlezinger | Review notes from Weekly FA Coordination Call | 0.5 | 11 |
| 03/30/20 | Robert White | Weekly FA Coordination Call | 0.5 | 11 |
| 03/30/20 | Robert White | Review notes from Weekly FA Coordination Call | 0.5 | 11 |
| 03/30/20 | Jaspinder Kanwal | Weekly FA Coordination Call | 0.5 | 11 |
| 03/30/20 | Patrick Topper | Weekly FA Coordination Call | 0.5 | 11 |
| 03/30/20 | Patrick Topper | Review notes from Weekly FA Coordination Call | 0.5 | 11 |
| 03/30/20 | Benjamin Troester | Weekly FA Coordination Call | 0.5 | 11 |
| 03/30/20 | Kevin Chen | Weekly FA Coordination Call | 0.5 | 11 |
| 03/30/20 | Kevin Sheridan | Weekly FA Coordination Call | 0.5 | 11 |
| 03/30/20 | Kevin Sheridan | Review notes from FA coordination call | 0.5 | 11 |
| 03/30/20 | James Wiltshire | Weekly FA Coordination Call | 0.5 | 11 |
| 03/30/20 | William Maselli | Weekly FA Coordination Call | 0.5 | 11 |
| 03/30/20 | Connor Hattersley | Weekly FA Coordination Call | 0.5 | 11 |
| 03/31/20 | Kevin Chen | Organize notes from Weekly FA Coordination Call | 0.5 | 11 |

# Exhibit B

**Expenses**

| Professional | Amount ($) | Expense Date | Description |
| --- | ---: | --- | --- |
| Kevin Chen | 2.65 | 03/01/20 | Meals & Entertainment |
| Kevin Chen | 3.52 | 03/01/20 | Transporation |
| Kevin Chen | 3.23 | 03/02/20 | Transporation |
| Kevin Chen | 8.33 | 03/03/20 | Meals & Entertainment |
| Kevin Chen | 3.44 | 03/03/20 | Transporation |
| Kevin Chen | 8.33 | 03/04/20 | Meals & Entertainment |
| Kevin Chen | 3.23 | 03/04/20 | Transporation |
| Kevin Chen | 8.33 | 03/05/20 | Meals & Entertainment |
| Kevin Chen | 3.75 | 03/05/20 | Transporation |
| Kevin Chen | 8.33 | 03/06/20 | Meals & Entertainment |
| Kevin Chen | 3.53 | 03/06/20 | Transporation |
| Kevin Chen | 3.92 | 03/07/20 | Transporation |
| Kevin Chen | 7.93 | 03/08/20 | Meals & Entertainment |
| Kevin Chen | 3.23 | 03/08/20 | Transporation |
| Kevin Chen | 3.23 | 03/08/20 | Transporation |
| Kevin Chen | 6.67 | 03/09/20 | General |
| Kevin Chen | 76.50 | 03/18/20 | Printing Services |
| Baker Botts LLP | 18,321.50 | 03/31/20 | Legal |

## BAKER BOTTS L.L.P.

Austin London
Beijing Moscow
Brussels New York
Dallas Palo Alto
Dubai Riyadh
Hong Kong San Francisco
**Houston** Washington

TAX ID 74-1195457

JEFFERIES LLC
Suite 1000
3 Allen Center
Houston, TX 77002

Invoice Number: 1692853
Invoice Date: April 8, 2020
Attorney: R L Spigel

Total fees for services and expenses for the matter shown below through March 31, 2020.

**082383.0108**
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/03/20 | J R Herz | 0.3 | Email R. Spigel re: UST requests (.2); email Jefferies' team re same (.1) |
| 03/06/20 | J R Herz | 0.2 | Emails and call with P. Topper re: fee statements and fee applications (.2) |
| 03/08/20 | J R Herz | 0.2 | Emails with P. Topper re status of fee related issues (.2) |
| 03/09/20 | J R Herz | 1.2 | Draft Jefferies fee application |
| 03/10/20 | J R Herz | 2.0 | Continue to draft first interim fee application |
| 03/10/20 | J R Herz | 0.6 | Review second and third monthly applications (.6) |
| 03/11/20 | J R Herz | 3.9 | Review applicable guidelines for fee statements in SDNY (.3); review revised first interim fee statement (.2); revised first fee statement based on internal comments (.5); email memo to client reflecting comments (.5); revise first monthly based on R. Spigel comments (2.4) |
| 03/11/20 | R L Spigel | 1.5 | Office conferences with J. Herz regarding fee application (.2); reviewing interim fee application and December and January fee statements (1.3). |
| 03/12/20 | J R Herz | 2.5 | Continue to review and revise monthly fee statements and application (2.3); Email E. Lisovicz fee statements for review (.2) |
| 03/12/20 | R L Spigel | 0.5 | Review drafts of revised interim, December and January fee applications and office conference with J. Herz regarding same. |
| 03/13/20 | J R Herz | 4.5 | Revise first interim application based on client comments (1.4); finalize same for filing (.6); correspondence with P. Tooper re: status of fee application (.2); review S. Brauner's comments to interim |

**BAKER BOTTS** LLP

JEFFERIES LLC
Purdue Retention

| | | Invoice No: | 1692853 |
|---|---|---|---|
| | | Invoice Date: | April 8, 2020 |
| | | Matter: | 082383.0108 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | application (.2); communications with P. Topper re fee application (.2); review final draft of interim fee application(.2); compile final version of interim applications (1.5); email S. Brauner re: final draft of the fee application (.1); email P. Topper re: spreadsheet data (.1) |
| 03/13/20 | R L Spigel | 0.7 | Review and edits to first interim fee application (.6); emails with J. Herz regarding same and review Akin edits (.1). |
| 03/16/20 | J R Herz | 0.3 | Multiple emails with E. Lisovicz re: status of filing of interim application (.2); emails with P. Topper re final application (.1) |
| 03/17/20 | J R Herz | 0.4 | Review Jefferies LEDES data (.2); emails with R. Spigel re same (.1); emails with E. Lisovicz re same (.1) |
| 03/17/20 | R L Spigel | 0.2 | Review docket re fee statement and interim fee app filings; email with J. Herz re same; email to L. Szlezinger re same |
| 03/27/20 | J R Herz | 0.4 | Email E. Lisovicz re: monthly fee applications (.1); email R. Spigel re outstanding invoices (.1); email R. Spigel re case status (.2) |
| 03/27/20 | R L Spigel | 0.2 | Emails w J. Herz re fee examiner motion and re monthly fees |
| 03/30/20 | J R Herz | 0.2 | Email L. James re: invoices (.1); email memo to Jefferies' team re fee examiner (.1) |
| 03/30/20 | R L Spigel | 0.2 | Email Chambers re 4/22 hearing; review fee examiner draft order; email with J. Herz re same |
| 03/31/20 | R L Spigel | 0.1 | Email w P. Topper re Dec and Jan invoices |

| | |
|---|---|
| **Matter Hours** | **20.10** |
| **Matter Fees** | **$18,321.50** |

Page 2

**BAKER BOTTS** LLP

JEFFERIES LLC
Purdue Retention

Invoice No:     1692853
Invoice Date:   April 8, 2020
Matter:         082383.0108

**2020 Lawyer Summary**

| Timekeeper | HOURS | RATE | TOTAL |
|---|---|---|---|
| Herz, J R | 16.7 | 865.00 | 14,445.50 |
| Spigel, R L | 3.4 | 1,140.00 | 3,876.00 |
|  | **20.1** |  | **$18,321.50** |

| Total Current Fees | $18,321.50 |
|---|---|
| **Total Due This Invoice** | **$18,321.50** |