May 16, 2020

Honorable Robert Drain, United States Bankruptcy Judge
United States Bankruptcy Court Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re: *In re Purdue Pharma L.P., et al*, Bankruptcy Case No. 19-23649 (RDD)

Dear Honorable Judge Drain:

I am respectfully writing to the Court to support and be added to the numerous requests to extend the claim submittal deadline by a minimum of ninety (90) days for the above-mentioned case.

I am attempting to submit claims as the only survivor of deceased family members, to-wit, my only biological sibling and elder sister (deceased), my only biological father (deceased) and third party "dependency" claim. Since this letter will become a public document, creditors/injured names are omitted. Names will be stated in the formal claim documents. Each stated person used several types of the Debtor's Opioid products. Under medical supervision; two individuals over a long period of time; causing one death (sister) and one individual for a one-time use and died a few hours later (father).

Through very late night television commercials not shown on traditional "network" TV channels, I only recently became aware of the Bankruptcy and eligibility requirements to submit claims. Although I consider myself to be resourceful, there are substantial hurdles in preparing and submitting claim(s) forms including gathering enormous medical / pharmaceutical records and coroner documentation. Due to FEDERAL HIPPA laws, the amount of time past, retired medical practitioners, unavailable medical files, AND "EXTENDED STAY AT HOME COVID-19 PANDEMIC ORDERS, obtaining necessary records will be challenging or impossible. If I can even find and access medical records, due to FEDERAL HIPPA laws, I will be required to petition my County's Estate Court Division paying substantial fees to obtain court approval as the designated representative to access medical records, if they even exist. Courts are closed or offering limited services. Other medical /pharmacies /insurance companies are operating with skeleton staff and unavailable to quickly process record requests.

I am not a bankruptcy or personal injury attorney. The Personal Injury Claimant Proof of Claim Form (including parents and Guardians) and General Opioid claimant Proof of Claim Form require very legal technical responses, making reference to legal theories of recovery, quantifiable damages in various areas of the law, etc. As such, I will need to find legal representation to submit a complete claim by the deadline date.

COVID-19 PANDEMIC, along with FEDERAL HIPPA LAWS create enormous hurdles. Following the IRS lead of extending important deadlines by a minimum of 90 days, I'm hoping the Court will agree that extending the deadline is prudent, fair and necessary to help individual creditors who have sadly, been impacted by the Debtor's products.

Sincerely,
Barbara Farash, on behalf of the Farash Family (for privacy reasons, my address is located on the envelope if the Court issues a response).