**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br><br>PURDUE PHARMA L.P., *et al.,*<br><br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

### SIXTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM MARCH 1, 2020 THROUGH MARCH 31, 2020

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | March 1, 2020 through March 31, 2020 |
| Monthly Fees Incurred: | $561,863.50 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Monthly Expenses Incurred:                    $67.08

Total Fees and Expenses Due:                  $561,930.58

This is a:  _X_ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

| Docked No./Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $623,033.20 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $662,060.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $641,629.20 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $619,729.60 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $492,071.20 | $6,141.22 |

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21,

2019 and December 2, 2019, respectively, (the **"Orders"**). In support of this Fee Statement, FTI

respectfully states as follows.

1.      The fees and expenses for the period from March 1, 2020 through and including

March 31, 2020 (the "**Sixth Fee Period**") amount to:

| | |
|---|---|
| Professional Fees | $561,863.50 |
| Expenses | 67.08 |
| **TOTAL** | **$561,930.58** |

2.      In accordance with the Orders, FTI has separately recorded its fees in connection

with or relating to the allocation of value among the Debtors' creditors (the "**Allocation**

**Fees**") and has not, to the best of its knowledge, included Allocation Fees in this Fee

Statement. If no timely and proper objection is made by a party-in-interest within fourteen

(14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of

professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

| | |
|---|---|
| Professional Fees at 80% | $449,490.80 |
| Expenses at 100% | 67.08 |
| **TOTAL** | **$449,557.88** |

3.      The professionals providing services, hourly billing rates, the aggregate hours

worked by each professional, and the aggregate hourly fees for each professional during

the Sixth Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4.      A summary of aggregate hours worked and aggregate hourly fees for each task code

during the Sixth Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5.      Detailed time entry by task code during the Sixth Fee Period is set forth on the

schedule annexed hereto as **Exhibit "C."**

6.      A summary of expenses incurred during the Sixth Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7.      Detailed breakdown of the expenses incurred during the Sixth Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8.      FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Sixth Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

9.      Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than June 2, 2020 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

10.      If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

11.      If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated:  New York, New York
        May 19, 2020

                              FTI CONSULTING, INC.
                              Financial Advisors to the Ad Hoc Committee of
                              Governmental and Other Contingent Litigation
                              Claimants of Purdue Pharma L.P.

                              By:    */s/ Matthew Diaz*
                                     Matthew Diaz, Senior Managing Director
                                     Three Times Square, 10th Floor
                                     New York, New York 10036
                                     Telephone: (212) 499-3611
                                     Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Professional | Position | Specialty | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Sr Managing Dir | Restructuring | $ 1,085 | 76.3 | $ 82,785.50 |
| Greenblatt, Matthew | Sr Managing Dir | Forensics | 985 | 0.5 | 492.50 |
| Joffe, Steven | Sr Managing Dir | Tax | 1,125 | 1.9 | 2,137.50 |
| Simms, Steven | Sr Managing Dir | Restructuring | 1,295 | 2.3 | 2,978.50 |
| Turner, Richard | Sr Managing Dir | Tax | 1,085 | 0.4 | 434.00 |
| Broadhead, Gary | Managing Dir | International Healthcare | 1,000 | 4.0 | 4,000.00 |
| Knechtel, Karl | Senior Director | Restructuring | 845 | 85.5 | 72,247.50 |
| Shah, Jayshree | Senior Director | International Healthcare | 930 | 44.0 | 40,920.00 |
| Bromberg, Brian | Director | Restructuring | 815 | 233.2 | 190,058.00 |
| Suric, Emil | Director | Healthcare | 735 | 17.0 | 12,495.00 |
| Kim, Ye Darm | Consultant | Restructuring | 455 | 157.5 | 71,662.50 |
| Kurtz, Emma | Consultant | Restructuring | 415 | 126.1 | 52,331.50 |
| Limoges Friend, Alexander | Consultant | International Healthcare | 625 | 19.0 | 11,875.00 |
| Marconi, Michaela | Consultant | Restructuring | 415 | 1.0 | 415.00 |
| Tirabassi, Kathryn | Consultant | Restructuring | 455 | 36.2 | 16,471.00 |
| Hellmund-Mora, Marili | Project Asst | Restructuring | 280 | 2.0 | 560.00 |
| **GRAND TOTAL** | | | | **806.9** | **$ 561,863.50** |

1. Billing rates of international professionals have been translated to USD using the relevant spot rate.

**EXHIBIT B**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 16.2 | $ 8,534.00 |
| 2 | Cash & Liquidity Analysis | 4.2 | 2,687.00 |
| 7 | Analysis of Domestic Business Plan | 150.7 | 109,977.50 |
| 10 | Analysis of Tax Issues | 5.0 | 4,934.00 |
| 13 | Analysis of Other Miscellaneous Motions | 19.1 | 16,130.50 |
| 18 | Review of Historical Transactions | 0.9 | 926.50 |
| 19 | Case Management | 4.4 | 2,706.00 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 1.0 | 965.00 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 7.2 | 6,275.00 |
| 22 | Meetings with Other Parties | 15.9 | 14,098.50 |
| 24 | Preparation of Fee Application | 38.7 | 20,122.50 |
| 28 | Review of IAC Business Plan | 543.6 | 374,507.00 |
| | **GRAND TOTAL**[1] | **806.9** | **$ 561,863.50** |

1. Billing rates of international professionals have been translated to USD using the relevant spot rate.

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 3/2/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/3/2020 | Knechtel, Karl | 0.8 | Review December monthly report. |
| 1 | 3/3/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/4/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/5/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/6/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/9/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/10/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/11/2020 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/12/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/13/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/16/2020 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/17/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/18/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/19/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/20/2020 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/23/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/24/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/25/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/26/2020 | Diaz, Matthew | 0.6 | Review the January domestic financial results. |
| 1 | 3/26/2020 | Knechtel, Karl | 1.9 | Prepare summary re: January 2020 financial results. |
| 1 | 3/26/2020 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/27/2020 | Kim, Ye Darm | 1.2 | Review the Debtors' January 2020 results presentation. |
| 1 | 3/27/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/30/2020 | Kim, Ye Darm | 2.9 | Prepare analysis re: January 2020 operating results. |
| 1 | 3/30/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/31/2020 | Kim, Ye Darm | 2.1 | Process revisions to January 2020 results analysis. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 3/31/2020 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **16.2** | |
| 2 | 3/3/2020 | Knechtel, Karl | 0.8 | Review weekly cash report. |
| 2 | 3/5/2020 | Diaz, Matthew | 0.8 | Review the updated cash analysis. |
| 2 | 3/12/2020 | Kim, Ye Darm | 1.6 | Analyze the Debtors' latest cash flow variance report. |
| 2 | 3/12/2020 | Marconi, Michaela | 1.0 | Update due diligence cash flow report for February 2020. |
| **2 Total** | | | **4.2** | |
| 7 | 3/2/2020 | Knechtel, Karl | 0.6 | Participate in discussion with the Debtor re: timing of business plan diligence. |
| 7 | 3/4/2020 | Knechtel, Karl | 1.6 | Prepare summary of diligence reports to date in advance of DOJ meeting. |
| 7 | 3/4/2020 | Simms, Steven | 0.9 | Review updated business plan analysis. |
| 7 | 3/4/2020 | Suric, Emil | 0.1 | Prepare updated request list re: business plan. |
| 7 | 3/6/2020 | Diaz, Matthew | 1.4 | Review materials for the DOJ. |
| 7 | 3/6/2020 | Knechtel, Karl | 0.8 | Follow up on status of open requests. |
| 7 | 3/6/2020 | Knechtel, Karl | 1.2 | Review sharing protocol and documents to share with DOJ. |
| 7 | 3/9/2020 | Diaz, Matthew | 0.6 | Participate on call with Houlihan re: the domestic business plan. |
| 7 | 3/9/2020 | Knechtel, Karl | 0.6 | Participate on call with Houlihan re: the domestic business plan. |
| 7 | 3/10/2020 | Kim, Ye Darm | 1.6 | Review updated domestic business plan materials. |
| 7 | 3/10/2020 | Knechtel, Karl | 0.4 | Participate in discussion with Houlihan re: document requests. |
| 7 | 3/10/2020 | Knechtel, Karl | 0.9 | Participate in discussion with the Debtor re: outstanding document requests. |
| 7 | 3/10/2020 | Suric, Emil | 0.9 | Participate in discussion with the Debtor re: outstanding document requests. |
| 7 | 3/11/2020 | Diaz, Matthew | 0.5 | Review analysis for the non consenting states. |
| 7 | 3/11/2020 | Kim, Ye Darm | 2.6 | Prepare analysis re: revised domestic business plan. |
| 7 | 3/11/2020 | Kim, Ye Darm | 3.3 | Continue to prepare analysis re: revised domestic business plan. |
| 7 | 3/11/2020 | Knechtel, Karl | 0.5 | Participate in discussion with Houlihan re: segment level business plan analysis. |
| 7 | 3/11/2020 | Knechtel, Karl | 1.2 | Review the Debtors' segment level expenses. |
| 7 | 3/11/2020 | Knechtel, Karl | 1.3 | Review documents provided by the Debtor re: business plan support. |
| 7 | 3/11/2020 | Knechtel, Karl | 1.4 | Prepare questions for management re: segment level data. |
| 7 | 3/11/2020 | Knechtel, Karl | 1.6 | Review comparison of business plans. |
| 7 | 3/11/2020 | Knechtel, Karl | 2.4 | Prepare segment level analysis re: domestic business plan. |
| 7 | 3/11/2020 | Tirabassi, Kathryn | 1.7 | Review information received re: updated business plan. |
| 7 | 3/12/2020 | Diaz, Matthew | 1.3 | Review due diligence materials provided by the Debtor re: domestic business plan. |
| 7 | 3/12/2020 | Kim, Ye Darm | 1.1 | Participate on call with PJT re: updated domestic business plan. |
| 7 | 3/12/2020 | Kim, Ye Darm | 1.3 | Prepare draft of diligence questions re: updated domestic business plan. |
| 7 | 3/12/2020 | Kim, Ye Darm | 1.6 | Update summaries re: updated business plan diligence. |
| 7 | 3/12/2020 | Kim, Ye Darm | 2.3 | Prepare analysis re: domestic segments. |
| 7 | 3/12/2020 | Knechtel, Karl | 1.1 | Participate on call with PJT re: updated domestic business plan. |
| 7 | 3/12/2020 | Knechtel, Karl | 1.1 | Update request list re: domestic business plan. |
| 7 | 3/12/2020 | Knechtel, Karl | 1.6 | Prepare outline for analysis re: updated business plan. |
| 7 | 3/12/2020 | Knechtel, Karl | 2.2 | Update segment level business plan analysis. |
| 7 | 3/12/2020 | Knechtel, Karl | 3.2 | Prepare analysis re: business plan update and segments. |
| 7 | 3/12/2020 | Suric, Emil | 3.1 | Review updated business plan assumptions. |
| 7 | 3/13/2020 | Diaz, Matthew | 1.7 | Review analysis re: the US business plan. |
| 7 | 3/13/2020 | Diaz, Matthew | 2.5 | Conduct a detailed review of the domestic business plan. |
| 7 | 3/13/2020 | Kim, Ye Darm | 2.3 | Continue to process revisions to updated domestic business plan analysis. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 3/13/2020 | Kim, Ye Darm | 2.7 | Process revisions to updated domestic business plan analysis. |
| 7 | 3/13/2020 | Knechtel, Karl | 0.6 | Participate in discussion with Houlihan re: segment level business plan analysis and questions for the Debtor. |
| 7 | 3/13/2020 | Knechtel, Karl | 1.2 | Review the updated analysis re: domestic business plan. |
| 7 | 3/13/2020 | Knechtel, Karl | 3.1 | Prepare comments re: domestic business plan analysis. |
| 7 | 3/13/2020 | Suric, Emil | 2.7 | Prepare updated analysis re: business plan. |
| 7 | 3/13/2020 | Tirabassi, Kathryn | 0.6 | Review business plan documents re: information sharing. |
| 7 | 3/16/2020 | Kim, Ye Darm | 0.6 | Incorporate updates to diligence request list re: updated domestic business plan. |
| 7 | 3/16/2020 | Kim, Ye Darm | 1.6 | Continue to process revisions to the updated domestic business plan analysis. |
| 7 | 3/16/2020 | Kim, Ye Darm | 2.6 | Prepare additional analysis slides re: updated business plan. |
| 7 | 3/16/2020 | Kim, Ye Darm | 2.7 | Process revisions to updated domestic business plan diligence deck. |
| 7 | 3/16/2020 | Kim, Ye Darm | 2.8 | Process revisions to the updated domestic business plan analysis. |
| 7 | 3/16/2020 | Knechtel, Karl | 0.9 | Prepare updated list of questions re: domestic business plan. |
| 7 | 3/16/2020 | Knechtel, Karl | 1.2 | Prepare comments re: domestic business plan analysis. |
| 7 | 3/16/2020 | Knechtel, Karl | 2.4 | Prepare summaries re: Rhodes' products. |
| 7 | 3/16/2020 | Knechtel, Karl | 3.1 | Review the updated analysis re: domestic segments. |
| 7 | 3/17/2020 | Diaz, Matthew | 1.3 | Participate on call with the Debtors to discuss the business plan. |
| 7 | 3/17/2020 | Kim, Ye Darm | 1.3 | Participate on call with the Debtors to discuss the business plan. |
| 7 | 3/17/2020 | Kim, Ye Darm | 2.3 | Prepare summaries re: business plan. |
| 7 | 3/17/2020 | Kim, Ye Darm | 2.4 | Prepare additional analysis re: business plan. |
| 7 | 3/17/2020 | Knechtel, Karl | 0.5 | Participate in discussion with Houlihan re: domestic segments. |
| 7 | 3/17/2020 | Knechtel, Karl | 1.3 | Participate on call with the Debtors to discuss the business plan. |
| 7 | 3/17/2020 | Knechtel, Karl | 2.6 | Review the updated business plan analysis. |
| 7 | 3/17/2020 | Knechtel, Karl | 2.1 | Prepare comments re: updated business plan analysis. |
| 7 | 3/17/2020 | Knechtel, Karl | 2.6 | Prepare updated analysis re: the Debtors' domestic segments. |
| 7 | 3/17/2020 | Suric, Emil | 3.2 | Prepare summary re: business plan observations. |
| 7 | 3/18/2020 | Diaz, Matthew | 3.1 | Conduct a detailed review of the domestic business plan analysis. |
| 7 | 3/18/2020 | Knechtel, Karl | 1.6 | Follow up with the Debtors re: outstanding business plan items. |
| 7 | 3/18/2020 | Knechtel, Karl | 2.8 | Incorporate updates to analysis re: domestic segments. |
| 7 | 3/19/2020 | Diaz, Matthew | 2.7 | Review the domestic business plan summaries. |
| 7 | 3/19/2020 | Kim, Ye Darm | 1.1 | Incorporate updates to business plan analysis. |
| 7 | 3/19/2020 | Knechtel, Karl | 1.1 | Review the updated business plan analysis. |
| 7 | 3/19/2020 | Knechtel, Karl | 3.3 | Prepare detailed comments re: business plan analysis. |
| 7 | 3/20/2020 | Diaz, Matthew | 1.9 | Finalize the domestic business plan analysis for the due diligence subcommittee meeting. |
| 7 | 3/20/2020 | Kim, Ye Darm | 2.4 | Continue to process revisions to updated domestic business plan analysis. |
| 7 | 3/20/2020 | Kim, Ye Darm | 2.7 | Process revisions to updated domestic business plan analysis. |
| 7 | 3/20/2020 | Kim, Ye Darm | 3.2 | Prepare updated analysis re: segment business plan. |
| 7 | 3/20/2020 | Knechtel, Karl | 1.2 | Review dataroom access questions for the Committee. |
| 7 | 3/20/2020 | Knechtel, Karl | 1.8 | Prepare additional analysis re: business plan. |
| 7 | 3/20/2020 | Knechtel, Karl | 2.2 | Incorporate updates to summary re: business segments. |
| 7 | 3/23/2020 | Diaz, Matthew | 0.9 | Review business plan materials in preparation for call with the due diligence subcommittee. |
| 7 | 3/23/2020 | Kim, Ye Darm | 2.1 | Process revisions to domestic business plan analysis. |
| 7 | 3/23/2020 | Knechtel, Karl | 1.9 | Review materials in preparation for diligence subcommittee meeting. |
| 7 | 3/23/2020 | Knechtel, Karl | 1.9 | Review document sharing protocol. |
| 7 | 3/23/2020 | Tirabassi, Kathryn | 1.4 | Prepare domestic presentations to share with non-consenting states. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 3/24/2020 | Kim, Ye Darm | 1.7 | Prepare outline of referenced information for domestic business plan analysis. |
| 7 | 3/24/2020 | Knechtel, Karl | 2.1 | Prepare summaries for meeting with DOJ financial advisors re: business plan. |
| 7 | 3/25/2020 | Kim, Ye Darm | 0.6 | Review domestic business plan diligence question responses from the Debtors. |
| 7 | 3/30/2020 | Suric, Emil | 1.9 | Review business plan diligence items provided. |
| 7 | 3/31/2020 | Suric, Emil | 2.2 | Prepare summary re: Rhodes' business plan. |
| **7 Total** | | | **150.7** | |
| 10 | 3/9/2020 | Bromberg, Brian | 0.5 | Follow up with the Debtors' advisors re: IAC tax diligence. |
| 10 | 3/9/2020 | Turner, Richard | 0.4 | Review updated IAC tax materials. |
| 10 | 3/11/2020 | Bromberg, Brian | 0.3 | Participate in call with counsel for tax update on IACs. |
| 10 | 3/11/2020 | Bromberg, Brian | 0.9 | Review updated IAC tax analysis. |
| 10 | 3/11/2020 | Joffe, Steven | 0.3 | Participate in call with counsel for tax update on IACs. |
| 10 | 3/11/2020 | Joffe, Steven | 0.8 | Review tax materials in preparation for call with counsel. |
| 10 | 3/12/2020 | Diaz, Matthew | 0.6 | Review the updated IAC tax analysis. |
| 10 | 3/19/2020 | Bromberg, Brian | 0.4 | Participate on call with counsel re: updated tax analysis. |
| 10 | 3/19/2020 | Joffe, Steven | 0.4 | Participate on call with counsel re: updated tax analysis. |
| 10 | 3/19/2020 | Joffe, Steven | 0.4 | Review tax materials in preparation for call with counsel. |
| **10 Total** | | | **5.0** | |
| 13 | 3/2/2020 | Diaz, Matthew | 0.7 | Review the supply agreement motion. |
| 13 | 3/2/2020 | Knechtel, Karl | 2.2 | Prepare summary re: supply agreement. |
| 13 | 3/3/2020 | Diaz, Matthew | 0.7 | Review the supply agreement. |
| 13 | 3/3/2020 | Knechtel, Karl | 0.9 | Prepare update for counsel re: supply agreement. |
| 13 | 3/26/2020 | Knechtel, Karl | 0.8 | Review public health initiative product summary. |
| 13 | 3/27/2020 | Diaz, Matthew | 2.1 | Review the public health initiative product funding motion and related correspondence. |
| 13 | 3/27/2020 | Kim, Ye Darm | 1.8 | Review public health initiative product agreement motion and declaration. |
| 13 | 3/30/2020 | Diaz, Matthew | 1.5 | Review the public health initiatives motion and related analysis. |
| 13 | 3/30/2020 | Kim, Ye Darm | 1.3 | Review public health initiative product funding agreement. |
| 13 | 3/30/2020 | Knechtel, Karl | 1.4 | Review Debtors' public health initiative product motion. |
| 13 | 3/30/2020 | Knechtel, Karl | 3.3 | Prepare overview of public health initiative product. |
| 13 | 3/31/2020 | Knechtel, Karl | 2.4 | Prepare report for the Committee re: public health initiative funding. |
| **13 Total** | | | **19.1** | |
| 18 | 3/12/2020 | Greenblatt, Matthew | 0.5 | Participate in discussions with Alix re: the status of cash and non-cash transfers reports. |
| 18 | 3/25/2020 | Diaz, Matthew | 0.4 | Review the UCC's 2004 motion. |
| **18 Total** | | | **0.9** | |
| 19 | 3/3/2020 | Kurtz, Emma | 0.8 | Prepare updates to dataroom index to include recently uploaded files. |
| 19 | 3/9/2020 | Kurtz, Emma | 1.2 | Prepare updates to dataroom index to incorporate recently uploaded documents. |
| 19 | 3/23/2020 | Simms, Steven | 0.4 | Correspond with the team re: status of outstanding key issues. |
| 19 | 3/26/2020 | Simms, Steven | 0.6 | Correspond with the team re: key issues. |
| 19 | 3/30/2020 | Kurtz, Emma | 1.4 | Update dataroom index to include documents shared to the dataroom over the weekend. |
| **19 Total** | | | **4.4** | |
| 20 | 3/23/2020 | Diaz, Matthew | 0.5 | Participate on call with the Debtors to discuss information sharing protocols. |
| 20 | 3/23/2020 | Knechtel, Karl | 0.5 | Participate on call with the Debtors to discuss information sharing protocols. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| **20 Total** | | | **1.0** | |
| 21 | 3/13/2020 | Diaz, Matthew | 0.9 | Participate on call with counsel to discuss materials to be shared with the non consenting states. |
| 21 | 3/13/2020 | Tirabassi, Kathryn | 0.9 | Participate on call with counsel to discuss materials to be shared with the non consenting states. |
| 21 | 3/23/2020 | Diaz, Matthew | 1.4 | Participate on call with the diligence subcommittee re: domestic business plan. |
| 21 | 3/23/2020 | Knechtel, Karl | 1.4 | Participate on call with the diligence subcommittee re: domestic business plan. |
| 21 | 3/23/2020 | Suric, Emil | 1.4 | Participate on call with the diligence subcommittee re: domestic business plan. |
| 21 | 3/25/2020 | Diaz, Matthew | 0.6 | Participate on call with the Committee to discuss the ERF, DOJ meeting and other topics. |
| 21 | 3/25/2020 | Knechtel, Karl | 0.6 | Participate on call with the Committee to discuss the ERF, DOJ meeting and other topics. |
| **21 Total** | | | **7.2** | |
| 22 | 3/18/2020 | Diaz, Matthew | 0.9 | Review the proposed materials for the DOJ. |
| 22 | 3/20/2020 | Diaz, Matthew | 0.8 | Review the materials to be provided to the DOJ. |
| 22 | 3/23/2020 | Diaz, Matthew | 0.5 | Review the materials to be provided to the DOJ. |
| 22 | 3/24/2020 | Bromberg, Brian | 1.5 | Participate on call with Duff and Phelps to discuss the domestic and IAC business plans. |
| 22 | 3/24/2020 | Bromberg, Brian | 0.5 | Participate on call with Houlihan to prepare for diligence call with Duff and Phelps. |
| 22 | 3/24/2020 | Diaz, Matthew | 0.7 | Review materials in preparation for the call with Duff and Phelps. |
| 22 | 3/24/2020 | Diaz, Matthew | 1.5 | Participate on call with Duff and Phelps to discuss the domestic and IAC business plans. |
| 22 | 3/24/2020 | Kim, Ye Darm | 1.5 | Participate on call with Duff and Phelps to discuss the domestic and IAC business plans. |
| 22 | 3/24/2020 | Knechtel, Karl | 0.5 | Participate on call with Houlihan to prepare for diligence call with Duff and Phelps. |
| 22 | 3/24/2020 | Knechtel, Karl | 1.5 | Participate on call with Duff and Phelps to discuss the domestic and IAC business plans. |
| 22 | 3/24/2020 | Suric, Emil | 1.5 | Participate on call with Duff and Phelps to discuss the domestic and IAC business plans. |
| 22 | 3/25/2020 | Bromberg, Brian | 1.3 | Participate on call with the DOJ to discuss the domestic and IAC analysis. |
| 22 | 3/25/2020 | Diaz, Matthew | 0.6 | Review materials in preparation for the DOJ call. |
| 22 | 3/25/2020 | Diaz, Matthew | 1.3 | Participate on call with the DOJ to discuss the domestic and IAC analysis. |
| 22 | 3/25/2020 | Knechtel, Karl | 1.3 | Participate on call with the DOJ to discuss the domestic and IAC analysis. |
| **22 Total** | | | **15.9** | |
| 24 | 3/3/2020 | Diaz, Matthew | 1.9 | Review the January 2020 Fee Statement. |
| 24 | 3/4/2020 | Hellmund-Mora, Marili | 0.5 | Generate fee estimate in connection with reporting budget. |
| 24 | 3/4/2020 | Tirabassi, Kathryn | 1.2 | Prepare January 2020 Fee Statement. |
| 24 | 3/5/2020 | Tirabassi, Kathryn | 0.9 | Finalize January 2020 Fee Statement. |
| 24 | 3/5/2020 | Tirabassi, Kathryn | 2.6 | Begin to prepare First Interim Fee Application. |
| 24 | 3/6/2020 | Bromberg, Brian | 0.3 | Review First Interim Fee Application re: IACs. |
| 24 | 3/6/2020 | Hellmund-Mora, Marili | 0.5 | Generate fee estimate in connection with reporting budget. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 3/6/2020 | Kurtz, Emma | 0.4 | Prepare task code description for the First Interim Fee Application re: IACs. |
| 24 | 3/6/2020 | Tirabassi, Kathryn | 2.4 | Continue to prepare First Interim Fee Application. |
| 24 | 3/6/2020 | Tirabassi, Kathryn | 2.6 | Prepare First Interim Fee Application. |
| 24 | 3/9/2020 | Tirabassi, Kathryn | 1.6 | Prepare First Interim Fee Application. |
| 24 | 3/10/2020 | Hellmund-Mora, Marili | 0.5 | Generate fee estimate in connection with reporting budget. |
| 24 | 3/10/2020 | Tirabassi, Kathryn | 2.9 | Continue to prepare First Interim Fee Application. |
| 24 | 3/10/2020 | Tirabassi, Kathryn | 3.1 | Prepare First Interim Fee Application. |
| 24 | 3/11/2020 | Diaz, Matthew | 1.2 | Review of the First Interim Fee Application. |
| 24 | 3/11/2020 | Tirabassi, Kathryn | 1.7 | Prepare First Interim Fee Application. |
| 24 | 3/12/2020 | Tirabassi, Kathryn | 0.6 | Prepare First Interim Fee Application. |
| 24 | 3/16/2020 | Tirabassi, Kathryn | 0.7 | Finalize First Interim Fee Application. |
| 24 | 3/23/2020 | Hellmund-Mora, Marili | 0.5 | Generate fee estimate in connection with reporting budget. |
| 24 | 3/23/2020 | Tirabassi, Kathryn | 0.8 | Begin to prepare February 2020 Fee Statement. |
| 24 | 3/24/2020 | Tirabassi, Kathryn | 2.4 | Prepare February 2020 Fee Statement. |
| 24 | 3/26/2020 | Tirabassi, Kathryn | 2.4 | Continue to prepare February 2020 Fee Statement. |
| 24 | 3/26/2020 | Tirabassi, Kathryn | 2.7 | Prepare February 2020 Fee Statement. |
| 24 | 3/27/2020 | Diaz, Matthew | 1.3 | Review the February 2020 Fee Statement. |
| 24 | 3/27/2020 | Tirabassi, Kathryn | 2.4 | Prepare February 2020 Fee Statement. |
| 24 | 3/30/2020 | Tirabassi, Kathryn | 0.6 | Finalize February 2020 Fee Statement. |
| **24 Total** | | | **38.7** | |
| 28 | 3/2/2020 | Bromberg, Brian | 1.6 | Review the updated IAC business plan analysis. |
| 28 | 3/2/2020 | Bromberg, Brian | 1.9 | Prepare summary re: business plan projections. |
| 28 | 3/2/2020 | Bromberg, Brian | 3.3 | Continue to develop analysis re: business plan projections. |
| 28 | 3/2/2020 | Bromberg, Brian | 3.4 | Develop analysis re: business plan projections. |
| 28 | 3/2/2020 | Diaz, Matthew | 2.3 | Review the updated IAC analysis. |
| 28 | 3/2/2020 | Kim, Ye Darm | 0.6 | Prepare adjustments re: IAC financials. |
| 28 | 3/2/2020 | Kim, Ye Darm | 1.3 | Continue to prepare analysis re: IAC products. |
| 28 | 3/2/2020 | Kim, Ye Darm | 3.3 | Prepare analysis re: IAC products. |
| 28 | 3/2/2020 | Kurtz, Emma | 2.9 | Prepare analysis re: adjustments to projections. |
| 28 | 3/2/2020 | Limoges Friend, Alexander | 0.7 | Review IAC business plan materials. |
| 28 | 3/2/2020 | Shah, Jayshree | 2.9 | Continue to prepare analysis re: IAC business plan. |
| 28 | 3/2/2020 | Shah, Jayshree | 3.1 | Prepare analysis re: IAC business plan. |
| 28 | 3/3/2020 | Bromberg, Brian | 0.6 | Participate on call with Houlihan re: IAC business plan analysis. |
| 28 | 3/3/2020 | Bromberg, Brian | 1.0 | Participate in discussion with the team re: updated IAC diligence. |
| 28 | 3/3/2020 | Bromberg, Brian | 1.4 | Review IAC materials received. |
| 28 | 3/3/2020 | Bromberg, Brian | 1.4 | Revise data request for the Company. |
| 28 | 3/3/2020 | Bromberg, Brian | 1.8 | Prepare updated IAC business plan analysis. |
| 28 | 3/3/2020 | Bromberg, Brian | 2.2 | Review list of legal IAC diligence items. |
| 28 | 3/3/2020 | Bromberg, Brian | 3.3 | Review business plan analysis in preparation for call with Houlihan. |
| 28 | 3/3/2020 | Kim, Ye Darm | 0.6 | Participate on call with Houlihan re: IAC business plan analysis. |
| 28 | 3/3/2020 | Kim, Ye Darm | 1.0 | Participate in discussion with the team re: updated IAC diligence. |
| 28 | 3/3/2020 | Kim, Ye Darm | 1.1 | Prepare analysis re: legal entities. |
| 28 | 3/3/2020 | Kim, Ye Darm | 1.9 | Review Houlihan business plan projections. |
| 28 | 3/3/2020 | Kim, Ye Darm | 2.4 | Prepare index of documents received re: legal entities. |
| 28 | 3/3/2020 | Kurtz, Emma | 0.6 | Participate on call with Houlihan re: IAC business plan analysis. |
| 28 | 3/3/2020 | Kurtz, Emma | 0.9 | Review Houlihan's business plan materials in preparation for discussion. |
| 28 | 3/3/2020 | Kurtz, Emma | 1.0 | Participate in discussion with the team re: updated IAC diligence. |
| 28 | 3/3/2020 | Kurtz, Emma | 1.6 | Prepare analysis re: IAC sales projections. |
| 28 | 3/3/2020 | Limoges Friend, Alexander | 2.1 | Review country level business plan detail. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 3/3/2020 | Shah, Jayshree | 2.9 | Prepare further analysis re: IAC business plan. |
| 28 | 3/4/2020 | Bromberg, Brian | 0.3 | Review topic list for non-consenting state group. |
| 28 | 3/4/2020 | Bromberg, Brian | 0.7 | Review Houlihan's business plan analysis. |
| 28 | 3/4/2020 | Bromberg, Brian | 0.8 | Participate in discussion with the Debtors' professionals re: outstanding IAC request list. |
| 28 | 3/4/2020 | Bromberg, Brian | 0.9 | Review data request for the Debtors. |
| 28 | 3/4/2020 | Bromberg, Brian | 1.3 | Review data received from the Debtors. |
| 28 | 3/4/2020 | Bromberg, Brian | 1.4 | Review business plan summaries. |
| 28 | 3/4/2020 | Bromberg, Brian | 2.3 | Incorporate updates to the data request list. |
| 28 | 3/4/2020 | Diaz, Matthew | 2.9 | Conduct a detailed review of the updated IAC business plan analysis. |
| 28 | 3/4/2020 | Kim, Ye Darm | 0.4 | Prepare outline of key topics covered with the Committee for counsel. |
| 28 | 3/4/2020 | Kim, Ye Darm | 1.6 | Prepare analysis re: IAC sales. |
| 28 | 3/4/2020 | Kim, Ye Darm | 2.1 | Prepare analysis re: IAC products. |
| 28 | 3/4/2020 | Kurtz, Emma | 2.8 | Prepare further analysis re: IAC projections. |
| 28 | 3/4/2020 | Kurtz, Emma | 2.9 | Incorporate updates to analysis re: IAC business plan. |
| 28 | 3/4/2020 | Limoges Friend, Alexander | 2.3 | Review updated data received from the Debtors. |
| 28 | 3/4/2020 | Shah, Jayshree | 3.4 | Prepare detailed comments re: updated business plan summary. |
| 28 | 3/5/2020 | Bromberg, Brian | 0.8 | Participate in discussion with the Debtors' professionals re: IAC diligence. |
| 28 | 3/5/2020 | Bromberg, Brian | 1.9 | Review comments on business plan analysis. |
| 28 | 3/5/2020 | Bromberg, Brian | 2.4 | Review updated information received from the Debtors. |
| 28 | 3/5/2020 | Kim, Ye Darm | 1.1 | Review Houlihan's updated IAC business plan analysis. |
| 28 | 3/5/2020 | Kim, Ye Darm | 1.2 | Incorporate updates to the business plan summaries. |
| 28 | 3/5/2020 | Kim, Ye Darm | 3.1 | Prepare further analysis re: IAC products. |
| 28 | 3/5/2020 | Kurtz, Emma | 0.6 | Review vendor due diligence report. |
| 28 | 3/5/2020 | Kurtz, Emma | 0.8 | Review updated analysis from Houlihan. |
| 28 | 3/5/2020 | Limoges Friend, Alexander | 1.3 | Review country level business plan detail. |
| 28 | 3/5/2020 | Shah, Jayshree | 1.8 | Incorporate updates to the latest business plan analysis. |
| 28 | 3/6/2020 | Bromberg, Brian | 3.2 | Incorporate updates to product analysis. |
| 28 | 3/6/2020 | Kim, Ye Darm | 1.9 | Continue to process edits to IAC projections analysis. |
| 28 | 3/6/2020 | Kim, Ye Darm | 2.2 | Continue to process revisions to business plan diligence analysis. |
| 28 | 3/6/2020 | Kim, Ye Darm | 2.3 | Process revisions to business plan diligence analysis. |
| 28 | 3/6/2020 | Kim, Ye Darm | 2.4 | Process edits to IAC projections analysis. |
| 28 | 3/6/2020 | Kurtz, Emma | 1.3 | Continue to review vendor due diligence report. |
| 28 | 3/9/2020 | Bromberg, Brian | 0.5 | Participate on call with Houlihan re: IAC business plan analysis. |
| 28 | 3/9/2020 | Bromberg, Brian | 2.1 | Review latest version of IAC business plan analysis. |
| 28 | 3/9/2020 | Bromberg, Brian | 2.2 | Review new documents received from the IACs. |
| 28 | 3/9/2020 | Bromberg, Brian | 2.6 | Review latest Houlihan business plan analysis. |
| 28 | 3/9/2020 | Diaz, Matthew | 0.5 | Review the open items and related next steps on the IAC due diligence list. |
| 28 | 3/9/2020 | Diaz, Matthew | 1.6 | Review the updated IAC analysis. |
| 28 | 3/9/2020 | Kim, Ye Darm | 0.5 | Participate on call with Houlihan re: IAC business plan analysis. |
| 28 | 3/9/2020 | Kim, Ye Darm | 1.1 | Review updated Houlihan projection analysis. |
| 28 | 3/9/2020 | Kim, Ye Darm | 1.9 | Process revision to IAC product analysis. |
| 28 | 3/9/2020 | Kurtz, Emma | 0.5 | Participate on call with Houlihan re: IAC business plan analysis. |
| 28 | 3/9/2020 | Kurtz, Emma | 1.9 | Review updated Houlihan analysis in preparation for call. |
| 28 | 3/9/2020 | Kurtz, Emma | 3.3 | Prepare country level business plan analysis. |
| 28 | 3/10/2020 | Bromberg, Brian | 0.5 | Participate in call with counsel re: outstanding IAC diligence. |
| 28 | 3/10/2020 | Bromberg, Brian | 1.1 | Review updated product analysis. |
| 28 | 3/10/2020 | Bromberg, Brian | 1.9 | Review legal IAC diligence tracker. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 3/10/2020 | Bromberg, Brian | 2.2 | Continue to review new documents received from the Debtors. |
| 28 | 3/10/2020 | Bromberg, Brian | 2.4 | Prepare detailed question list based on new IAC documents received. |
| 28 | 3/10/2020 | Bromberg, Brian | 3.4 | Review new documents received from the Debtors. |
| 28 | 3/10/2020 | Diaz, Matthew | 1.4 | Review the updated IAC financial statements. |
| 28 | 3/10/2020 | Kim, Ye Darm | 0.5 | Participate in call with counsel re: outstanding IAC diligence. |
| 28 | 3/10/2020 | Kim, Ye Darm | 1.4 | Review production received from the Debtors. |
| 28 | 3/10/2020 | Kim, Ye Darm | 2.6 | Prepare summaries re: IAC forecasts. |
| 28 | 3/10/2020 | Kurtz, Emma | 0.5 | Participate in call with counsel re: outstanding IAC diligence. |
| 28 | 3/10/2020 | Kurtz, Emma | 1.1 | Prepare summaries re: IAC forecasts. |
| 28 | 3/10/2020 | Kurtz, Emma | 1.3 | Continue to incorporate updates to IAC product analysis. |
| 28 | 3/10/2020 | Kurtz, Emma | 2.4 | Incorporate updates to IAC product analysis. |
| 28 | 3/10/2020 | Limoges Friend, Alexander | 0.6 | Review updated information received from the Debtors. |
| 28 | 3/11/2020 | Broadhead, Gary | 1.0 | Review updated analysis prepared by the team. |
| 28 | 3/11/2020 | Broadhead, Gary | 1.0 | Participate in call with Korea country manager. |
| 28 | 3/11/2020 | Bromberg, Brian | 0.6 | Participate in discussion with the team re: IAC diligence. |
| 28 | 3/11/2020 | Bromberg, Brian | 1.0 | Participate in call with Korea country manager. |
| 28 | 3/11/2020 | Bromberg, Brian | 1.3 | Prepare detailed questions based on new information received from the Debtors. |
| 28 | 3/11/2020 | Bromberg, Brian | 1.6 | Continue to prepare additional analysis re: IAC projections. |
| 28 | 3/11/2020 | Bromberg, Brian | 1.8 | Review updated IAC forecasts. |
| 28 | 3/11/2020 | Bromberg, Brian | 2.4 | Review materials in preparation for calls with management. |
| 28 | 3/11/2020 | Bromberg, Brian | 2.9 | Prepare additional analysis re: IAC projections. |
| 28 | 3/11/2020 | Diaz, Matthew | 2.4 | Conduct a detailed review of country level analysis. |
| 28 | 3/11/2020 | Kim, Ye Darm | 0.6 | Participate in discussion with the team re: IAC diligence. |
| 28 | 3/11/2020 | Kim, Ye Darm | 1.0 | Participate in call with Korea country manager. |
| 28 | 3/11/2020 | Kim, Ye Darm | 1.4 | Revise forecast analysis. |
| 28 | 3/11/2020 | Kim, Ye Darm | 2.7 | Prepare analysis re: segment financials. |
| 28 | 3/11/2020 | Kurtz, Emma | 0.6 | Prepare updated questions list for the Debtors. |
| 28 | 3/11/2020 | Kurtz, Emma | 1.2 | Continue to prepare variance analysis re: updated business plan. |
| 28 | 3/11/2020 | Kurtz, Emma | 1.3 | Prepare revisions to the IAC analysis. |
| 28 | 3/11/2020 | Kurtz, Emma | 3.3 | Analyze IAC product data. |
| 28 | 3/11/2020 | Kurtz, Emma | 3.4 | Prepare variance analysis re: updated business plan. |
| 28 | 3/11/2020 | Limoges Friend, Alexander | 0.8 | Review vendor due diligence report. |
| 28 | 3/11/2020 | Limoges Friend, Alexander | 2.9 | Prepare analysis re: vendor due diligence. |
| 28 | 3/11/2020 | Limoges Friend, Alexander | 3.3 | Prepare analysis re: country level financials. |
| 28 | 3/11/2020 | Shah, Jayshree | 0.6 | Participate in discussion with the team re: IAC diligence. |
| 28 | 3/11/2020 | Shah, Jayshree | 1.0 | Participate in call with Korea country manager. |
| 28 | 3/12/2020 | Broadhead, Gary | 0.7 | Prepare for central Europe country meeting. |
| 28 | 3/12/2020 | Bromberg, Brian | 0.6 | Participate on call with counsel re: IAC diligence preparation. |
| 28 | 3/12/2020 | Bromberg, Brian | 0.9 | Prepare topics for Japan call. |
| 28 | 3/12/2020 | Bromberg, Brian | 1.0 | Prepare for call with central Europe manager. |
| 28 | 3/12/2020 | Bromberg, Brian | 1.0 | Review new projection file provided by the Debtors. |
| 28 | 3/12/2020 | Bromberg, Brian | 1.1 | Participate in call with country manager for central Europe. |
| 28 | 3/12/2020 | Bromberg, Brian | 1.8 | Prepare analysis to compare the updated projections to previous projections. |
| 28 | 3/12/2020 | Bromberg, Brian | 2.6 | Finalize observations re: updated forecasts. |
| 28 | 3/12/2020 | Diaz, Matthew | 1.1 | Review the updated IAC analysis. |
| 28 | 3/12/2020 | Kim, Ye Darm | 0.6 | Prepare summary of call with central Europe country manager. |
| 28 | 3/12/2020 | Kim, Ye Darm | 0.6 | Participate on call with counsel re: IAC diligence preparation. |
| 28 | 3/12/2020 | Kim, Ye Darm | 1.1 | Participate in call with country manager for central Europe. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 3/12/2020 | Kim, Ye Darm | 1.2 | Draft summary of diligence call with Korea IAC manager. |
| 28 | 3/12/2020 | Kim, Ye Darm | 2.4 | Revise sales forecast analysis. |
| 28 | 3/12/2020 | Kurtz, Emma | 0.6 | Participate on call with counsel re: IAC diligence preparation. |
| 28 | 3/12/2020 | Kurtz, Emma | 0.7 | Prepare updated questions list re: projections. |
| 28 | 3/12/2020 | Kurtz, Emma | 1.7 | Review revised business plan data received. |
| 28 | 3/12/2020 | Kurtz, Emma | 2.2 | Prepare further variance analysis re: IAC business plan. |
| 28 | 3/12/2020 | Limoges Friend, Alexander | 1.1 | Participate in call with country manager for central Europe. |
| 28 | 3/12/2020 | Shah, Jayshree | 1.1 | Participate in call with country manager for central Europe. |
| 28 | 3/12/2020 | Shah, Jayshree | 1.9 | Review materials in preparation for call with the manager of central Europe. |
| 28 | 3/13/2020 | Broadhead, Gary | 1.3 | Participate in call with Japan country manager. |
| 28 | 3/13/2020 | Bromberg, Brian | 0.6 | Participate in call with the Debtors re: legal diligence. |
| 28 | 3/13/2020 | Bromberg, Brian | 0.8 | Prepare for call with the Debtors re: legal diligence. |
| 28 | 3/13/2020 | Bromberg, Brian | 0.9 | Participate on call with counsel re: outstanding IAC diligence requests. |
| 28 | 3/13/2020 | Bromberg, Brian | 0.9 | Prepare summary re: country manager calls. |
| 28 | 3/13/2020 | Bromberg, Brian | 1.3 | Participate in call with Japan country manager. |
| 28 | 3/13/2020 | Bromberg, Brian | 1.9 | Prepare priority diligence request list. |
| 28 | 3/13/2020 | Bromberg, Brian | 2.7 | Review IAC diligence analysis. |
| 28 | 3/13/2020 | Diaz, Matthew | 1.6 | Review the updated IAC analysis. |
| 28 | 3/13/2020 | Kim, Ye Darm | 0.6 | Prepare summary re: Japan country call. |
| 28 | 3/13/2020 | Kim, Ye Darm | 0.9 | Participate on call with counsel re: outstanding IAC diligence requests. |
| 28 | 3/13/2020 | Kim, Ye Darm | 0.9 | Participate on call with counsel to discuss materials to be shared with the non consenting states. |
| 28 | 3/13/2020 | Kim, Ye Darm | 0.9 | Incorporate updates to IAC diligence summaries. |
| 28 | 3/13/2020 | Kim, Ye Darm | 1.3 | Participate in call with Japan country manager. |
| 28 | 3/13/2020 | Kurtz, Emma | 0.4 | Prepare additional analysis re: IAC projections. |
| 28 | 3/13/2020 | Kurtz, Emma | 0.9 | Participate on call with counsel re: outstanding IAC diligence requests. |
| 28 | 3/13/2020 | Limoges Friend, Alexander | 1.1 | Review additional information received from the Debtors. |
| 28 | 3/13/2020 | Limoges Friend, Alexander | 2.8 | Prepare further analysis re: country level financials. |
| 28 | 3/13/2020 | Shah, Jayshree | 0.9 | Prepare questions ahead of call with Japan country manager. |
| 28 | 3/13/2020 | Shah, Jayshree | 1.3 | Participate in call with Japan country manager. |
| 28 | 3/13/2020 | Shah, Jayshree | 1.6 | Prepare summaries re: country manager calls. |
| 28 | 3/13/2020 | Shah, Jayshree | 2.6 | Continue to review the updated IAC business plan diligence analysis. |
| 28 | 3/16/2020 | Bromberg, Brian | 0.3 | Participate in discussion with the Debtors' advisors re: outstanding diligence. |
| 28 | 3/16/2020 | Bromberg, Brian | 1.1 | Compile updated diligence list. |
| 28 | 3/16/2020 | Bromberg, Brian | 1.2 | Review Houlihan's latest business plan analysis. |
| 28 | 3/16/2020 | Bromberg, Brian | 3.3 | Review the updated IAC business plan diligence analysis. |
| 28 | 3/16/2020 | Bromberg, Brian | 3.4 | Review updated IAC analysis. |
| 28 | 3/16/2020 | Bromberg, Brian | 3.4 | Incorporate updates to IAC business plan analysis. |
| 28 | 3/16/2020 | Diaz, Matthew | 1.4 | Review the country level financial data. |
| 28 | 3/16/2020 | Diaz, Matthew | 3.2 | Conduct a detailed review of the IAC business plan analysis. |
| 28 | 3/16/2020 | Kurtz, Emma | 2.6 | Continue to incorporate updates to the IAC business plan summaries. |
| 28 | 3/16/2020 | Kurtz, Emma | 3.3 | Incorporate updates to the IAC business plan summaries. |
| 28 | 3/16/2020 | Shah, Jayshree | 2.2 | Continue to prepare summaries re: country level forecasts. |
| 28 | 3/16/2020 | Shah, Jayshree | 2.8 | Prepare summaries re: country level forecasts. |
| 28 | 3/16/2020 | Simms, Steven | 0.4 | Review updated analysis re: IACs. |
| 28 | 3/17/2020 | Bromberg, Brian | 1.3 | Participate on call with Houlihan re: outstanding diligence. |
| 28 | 3/17/2020 | Bromberg, Brian | 2.1 | Review updated business plan analysis to determine updates to be made. |
| 28 | 3/17/2020 | Bromberg, Brian | 2.7 | Prepare additional analysis re: IAC diligence. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 3/17/2020 | Bromberg, Brian | 3.1 | Continue to incorporate updates to IAC business plan summaries. |
| 28 | 3/17/2020 | Bromberg, Brian | 3.3 | Incorporate updates to IAC business plan summaries. |
| 28 | 3/17/2020 | Diaz, Matthew | 1.3 | Participate on call with Houlihan re: outstanding diligence. |
| 28 | 3/17/2020 | Diaz, Matthew | 1.4 | Prepare detailed comments re: IAC analysis. |
| 28 | 3/17/2020 | Diaz, Matthew | 2.2 | Conduct a detailed review re: updated IAC analysis. |
| 28 | 3/17/2020 | Kim, Ye Darm | 1.3 | Participate on call with Houlihan re: outstanding diligence. |
| 28 | 3/17/2020 | Kurtz, Emma | 1.3 | Participate on call with Houlihan re: outstanding diligence. |
| 28 | 3/17/2020 | Kurtz, Emma | 1.9 | Prepare updated country level analysis. |
| 28 | 3/17/2020 | Kurtz, Emma | 3.3 | Incorporate further updates to IAC business plan diligence. |
| 28 | 3/17/2020 | Shah, Jayshree | 2.2 | Continue to prepare updated summaries re: IAC business plan. |
| 28 | 3/17/2020 | Shah, Jayshree | 2.8 | Prepare updated summaries re: IAC business plan. |
| 28 | 3/18/2020 | Bromberg, Brian | 2.9 | Review updated data received. |
| 28 | 3/18/2020 | Bromberg, Brian | 3.2 | Prepare updated comments re: IAC diligence. |
| 28 | 3/18/2020 | Bromberg, Brian | 3.3 | Continue to incorporate further updates to IAC business plan diligence. |
| 28 | 3/18/2020 | Bromberg, Brian | 3.4 | Incorporate further updates to IAC business plan diligence. |
| 28 | 3/18/2020 | Diaz, Matthew | 2.1 | Review updated country data received from the Debtors. |
| 28 | 3/18/2020 | Kim, Ye Darm | 2.4 | Prepare further analysis re: IAC business plan. |
| 28 | 3/18/2020 | Kurtz, Emma | 0.9 | Prepare outstanding questions list. |
| 28 | 3/18/2020 | Kurtz, Emma | 1.8 | Prepare additional analysis re: IAC products. |
| 28 | 3/18/2020 | Kurtz, Emma | 2.9 | Continue to prepare additional analysis re: IAC financials. |
| 28 | 3/18/2020 | Kurtz, Emma | 3.4 | Prepare additional analysis re: IAC financials. |
| 28 | 3/18/2020 | Shah, Jayshree | 2.3 | Prepare comments re: IAC analysis. |
| 28 | 3/18/2020 | Shah, Jayshree | 2.7 | Review the updated analysis re: IAC business plan. |
| 28 | 3/19/2020 | Bromberg, Brian | 2.3 | Prepare comments re: IAC analysis. |
| 28 | 3/19/2020 | Bromberg, Brian | 3.3 | Prepare presentation for DOJ. |
| 28 | 3/19/2020 | Bromberg, Brian | 3.4 | Review summary re: IAC product data. |
| 28 | 3/19/2020 | Bromberg, Brian | 3.4 | Review product data received from the Debtors. |
| 28 | 3/19/2020 | Diaz, Matthew | 3.4 | Review the updated IAC analysis. |
| 28 | 3/19/2020 | Kim, Ye Darm | 2.2 | Continue to prepare revisions to IAC business plan analysis. |
| 28 | 3/19/2020 | Kim, Ye Darm | 2.9 | Prepare revisions to IAC business plan analysis. |
| 28 | 3/19/2020 | Kurtz, Emma | 0.3 | Incorporate updates to the presentation for the DOJ. |
| 28 | 3/19/2020 | Kurtz, Emma | 3.4 | Prepare additional analysis re: IAC products. |
| 28 | 3/19/2020 | Shah, Jayshree | 0.9 | Correspond with the team re: product-level details. |
| 28 | 3/19/2020 | Shah, Jayshree | 2.1 | Incorporate updates to analysis re: IAC financials. |
| 28 | 3/20/2020 | Bromberg, Brian | 0.8 | Participate on call with Houlihan to coordinate for the DOJ meeting. |
| 28 | 3/20/2020 | Bromberg, Brian | 2.1 | Finalize DOJ presentation re: IACs. |
| 28 | 3/20/2020 | Bromberg, Brian | 2.2 | Incorporate updates to analysis re: IAC financials. |
| 28 | 3/20/2020 | Bromberg, Brian | 3.3 | Continue to incorporate updates to price summaries. |
| 28 | 3/20/2020 | Bromberg, Brian | 3.4 | Incorporate updates to price summaries. |
| 28 | 3/20/2020 | Diaz, Matthew | 1.2 | Review the updated IAC analysis. |
| 28 | 3/20/2020 | Diaz, Matthew | 1.3 | Review the IAC country level analysis. |
| 28 | 3/20/2020 | Kim, Ye Darm | 0.8 | Participate on call with Houlihan to coordinate for the DOJ meeting. |
| 28 | 3/20/2020 | Kurtz, Emma | 1.1 | Continue to incorporate updates to business plan summaries. |
| 28 | 3/20/2020 | Kurtz, Emma | 2.3 | Prepare country level financial analysis. |
| 28 | 3/20/2020 | Kurtz, Emma | 2.6 | Prepare further product level analysis. |
| 28 | 3/20/2020 | Kurtz, Emma | 2.6 | Incorporate updates to business plan summaries. |
| 28 | 3/21/2020 | Bromberg, Brian | 0.3 | Review agenda for DOJ meeting. |
| 28 | 3/21/2020 | Kurtz, Emma | 1.7 | Prepare further analysis re: IAC products. |
| 28 | 3/23/2020 | Bromberg, Brian | 1.1 | Review the updated business plan analysis. |
| 28 | 3/23/2020 | Bromberg, Brian | 1.4 | Continue to prepare summaries re: product level data. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 3/23/2020 | Bromberg, Brian | 2.8 | Continue to review the updated business plan analysis. |
| 28 | 3/23/2020 | Bromberg, Brian | 2.9 | Review product data summary. |
| 28 | 3/23/2020 | Bromberg, Brian | 3.4 | Prepare summaries re: product level data. |
| 28 | 3/23/2020 | Diaz, Matthew | 1.4 | Review summaries re: Japan business. |
| 28 | 3/23/2020 | Kim, Ye Darm | 1.8 | Prepare country level product analysis. |
| 28 | 3/23/2020 | Kim, Ye Darm | 2.1 | Continue to prepare country level product analysis. |
| 28 | 3/23/2020 | Kim, Ye Darm | 2.7 | Continue to prepare country level product summaries. |
| 28 | 3/23/2020 | Kim, Ye Darm | 2.8 | Prepare country level product summaries. |
| 28 | 3/23/2020 | Kurtz, Emma | 1.4 | Continue to prepare analysis re: historical financial performance. |
| 28 | 3/23/2020 | Kurtz, Emma | 2.2 | Continue to prepare summaries re: historical financial performance. |
| 28 | 3/23/2020 | Kurtz, Emma | 2.3 | Prepare summaries re: historical financial performance. |
| 28 | 3/23/2020 | Kurtz, Emma | 2.8 | Prepare analysis re: historical financial performance. |
| 28 | 3/23/2020 | Shah, Jayshree | 0.9 | Correspond with the team re: product level analysis. |
| 28 | 3/24/2020 | Bromberg, Brian | 0.9 | Review latest version of IAC analysis. |
| 28 | 3/24/2020 | Bromberg, Brian | 1.1 | Prepare additional summaries re: IACs. |
| 28 | 3/24/2020 | Bromberg, Brian | 2.1 | Incorporate updates to the outstanding request lists. |
| 28 | 3/24/2020 | Bromberg, Brian | 3.2 | Prepare additional questions re: product level data. |
| 28 | 3/24/2020 | Bromberg, Brian | 3.3 | Review summaries re: product level analysis. |
| 28 | 3/24/2020 | Kim, Ye Darm | 0.4 | Participate on call with counsel re: IAC information sharing. |
| 28 | 3/24/2020 | Kurtz, Emma | 0.7 | Review updated business plan analysis from Houlihan. |
| 28 | 3/24/2020 | Kurtz, Emma | 0.8 | Prepare updated question list for the Debtors. |
| 28 | 3/24/2020 | Kurtz, Emma | 1.9 | Incorporate updates to product level financial analysis. |
| 28 | 3/25/2020 | Bromberg, Brian | 0.3 | Participate on call with the Debtors' professionals to discuss outstanding diligence items. |
| 28 | 3/25/2020 | Bromberg, Brian | 0.9 | Prepare for call with the DOJ. |
| 28 | 3/25/2020 | Bromberg, Brian | 2.3 | Prepare comments re: IAC analysis. |
| 28 | 3/25/2020 | Bromberg, Brian | 3.1 | Review latest version of IAC analysis. |
| 28 | 3/25/2020 | Bromberg, Brian | 3.4 | Review IAC summaries. |
| 28 | 3/25/2020 | Kim, Ye Darm | 0.4 | Incorporate updates to IAC summaries. |
| 28 | 3/25/2020 | Kurtz, Emma | 3.1 | Continue to prepare additional analysis re: IAC business plan. |
| 28 | 3/25/2020 | Kurtz, Emma | 3.3 | Prepare additional analysis re: IAC business plan. |
| 28 | 3/26/2020 | Bromberg, Brian | 0.3 | Participate in diligence call with Houlihan. |
| 28 | 3/26/2020 | Bromberg, Brian | 0.4 | Participate in diligence call with the Debtors and UCC advisors. |
| 28 | 3/26/2020 | Bromberg, Brian | 0.8 | Review summaries re: IAC business plan. |
| 28 | 3/26/2020 | Bromberg, Brian | 1.7 | Prepare summaries re: IAC legal entities. |
| 28 | 3/26/2020 | Bromberg, Brian | 1.8 | Review business plan materials in preparation for calls with professionals. |
| 28 | 3/26/2020 | Bromberg, Brian | 1.9 | Continue to prepare analysis re: IAC legal entities. |
| 28 | 3/26/2020 | Bromberg, Brian | 2.3 | Prepare detailed comments re: IAC business plan summaries. |
| 28 | 3/26/2020 | Bromberg, Brian | 3.4 | Prepare analysis re: IAC legal entities. |
| 28 | 3/26/2020 | Diaz, Matthew | 2.1 | Review the updated IAC summaries. |
| 28 | 3/26/2020 | Kim, Ye Darm | 2.8 | Continue to incorporate updates to IAC financial analysis. |
| 28 | 3/26/2020 | Kim, Ye Darm | 2.9 | Prepare analysis re: legal entities. |
| 28 | 3/26/2020 | Kim, Ye Darm | 3.2 | Incorporate updates to IAC financial analysis. |
| 28 | 3/26/2020 | Kurtz, Emma | 1.1 | Evaluate key risks and opportunities for IACs. |
| 28 | 3/26/2020 | Kurtz, Emma | 2.9 | Incorporate further updates to IAC financial analysis. |
| 28 | 3/27/2020 | Bromberg, Brian | 0.7 | Participate on call with Houlihan re: business plan. |
| 28 | 3/27/2020 | Bromberg, Brian | 1.6 | Review analysis re: IAC risks and opportunities. |
| 28 | 3/27/2020 | Bromberg, Brian | 1.7 | Review updated financial analysis re: IACs. |
| 28 | 3/27/2020 | Bromberg, Brian | 2.2 | Incorporate updates to business plan summaries. |
| 28 | 3/27/2020 | Bromberg, Brian | 2.7 | Continue to review updated financial analysis re: IACs. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 3/27/2020 | Bromberg, Brian | 3.1 | Continue to review analysis re: IAC risks and opportunities. |
| 28 | 3/27/2020 | Kim, Ye Darm | 0.7 | Participate on call with Houlihan re: business plan. |
| 28 | 3/27/2020 | Kim, Ye Darm | 1.3 | Prepare summaries re: legal entity analysis. |
| 28 | 3/27/2020 | Kim, Ye Darm | 1.6 | Review legal entity analysis. |
| 28 | 3/27/2020 | Kim, Ye Darm | 2.3 | Incorporate updates to summaries re: IAC business plan. |
| 28 | 3/27/2020 | Kim, Ye Darm | 2.6 | Continue to incorporate updates to summaries re: IAC business plan. |
| 28 | 3/27/2020 | Kurtz, Emma | 1.9 | Continue to incorporate further updates to IAC financial analysis. |
| 28 | 3/27/2020 | Kurtz, Emma | 2.6 | Prepare updated summaries re: IAC business plan. |
| 28 | 3/27/2020 | Kurtz, Emma | 3.4 | Incorporate further updates to IAC financial analysis. |
| 28 | 3/29/2020 | Bromberg, Brian | 3.1 | Review latest version of IAC analysis. |
| 28 | 3/30/2020 | Bromberg, Brian | 0.7 | Prepare task list for IAC diligence. |
| 28 | 3/30/2020 | Bromberg, Brian | 1.9 | Review updated Houlihan business plan analysis. |
| 28 | 3/30/2020 | Bromberg, Brian | 2.8 | Prepare detailed comments on the updated business plan analysis. |
| 28 | 3/30/2020 | Bromberg, Brian | 2.9 | Incorporate edits to IAC analysis. |
| 28 | 3/30/2020 | Kim, Ye Darm | 0.9 | Review updated analysis from Houlihan. |
| 28 | 3/30/2020 | Kim, Ye Darm | 2.8 | Prepare analysis re: country level financials. |
| 28 | 3/30/2020 | Kurtz, Emma | 1.4 | Prepare additional analysis re: financial projections. |
| 28 | 3/31/2020 | Bromberg, Brian | 0.9 | Review updated business plan questions. |
| 28 | 3/31/2020 | Bromberg, Brian | 2.7 | Review financial information received from the Debtors. |
| 28 | 3/31/2020 | Bromberg, Brian | 3.3 | Review updated version of IAC summaries. |
| 28 | 3/31/2020 | Bromberg, Brian | 3.4 | Prepare additional summaries re: updated financial information received. |
| 28 | 3/31/2020 | Diaz, Matthew | 2.1 | Review the updated IAC analysis. |
| 28 | 3/31/2020 | Kim, Ye Darm | 0.6 | Incorporate updates to IAC analysis. |
| 28 | 3/31/2020 | Kurtz, Emma | 2.3 | Continue to incorporate updates to business plan financial analysis. |
| 28 | 3/31/2020 | Kurtz, Emma | 3.4 | Incorporate updates to business plan financial analysis. |
| **28 Total** | | | **543.6** | |
| **Grand Total** | | | **806.9** | |

**EXHIBIT D**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**

**SUMMARY OF EXPENSES**

**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Expense Type | Amount |
|---|---|
| Transportation | $ 67.08 |
| **Grand Total** | **$ 67.08** |

**EXHIBIT E**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**EXPENSE DETAIL**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|--------------|--------------|----------------|--------|
| 3/3/2020 | Bromberg, Brian | Transportation | Taxi home from the office after working late on the case. | $ 20.84 |
| 3/9/2020 | Bromberg, Brian | Transportation | Taxi home from the office after working late on the case. | 23.31 |
| 3/12/2020 | Bromberg, Brian | Transportation | Taxi home from the office after working late on the case. | 22.93 |
| | | **Transportation Total** | | **$ 67.08** |
| | | **Grand Total** | | **$ 67.08** |