Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

------------------------------------------------------------ x

**SIXTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE
PERIOD OF MARCH 1, 2020 THROUGH AND INCLUDING MARCH 31, 2020**

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Period for Which Compensation is Sought: | March 1, 2020 – March 31, 2020 |
|---|---|
| Total Amount of Fees Incurred: | $98,360.50 |
| Total Fees Requested (80%): | $78,688.40 |
| Total Reimbursement of Expenses Incurred: | $238.36 |
| Total Reimbursement of Expenses Requested (100%): | $238.36 |
| Total compensation and Reimbursement Requested in this Statement: | $78,926.76 |
| This is Applicant's: | Sixth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Sixth Monthly Fee Statement (the "Fee Statement") for the period of March 1, 2020 through and including March 31, 2020 (the "Statement Period").

### Itemization of Services Rendered and Disbursements Incurred

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $98,360.50 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $78,688.40.

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,153.80[2]. The Blended hourly rate of all paraprofessionals is $305.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $238.36 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors (the "Allocation Fees"). Pursuant to the Fee Assumption Order, Applicant may request Allocation Fees through a separate application at a later date.

### <u>Notice</u>

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests

---

[2]      The blended hourly billing rate of $1,153.80 is derived by dividing the total fees for attorneys of $95,188.50 by the total hours of 82.5.

[3]      The Blended hourly billing rate of $305.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $3,172.00 by the total hours of 10.4.

(i) compensation in the amount of $78,688.40 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $98,360.50) and (ii) payment of $238.36 for the actual, necessary expenses that Applicant incurred in connection with such services during the Statement Period.

Dated:  May 19, 2020
      New York, New York

                        OTTERBOURG P.C.

                By:    /s/ *Melanie L. Cyganowski*
                        Melanie L. Cyganowski, Esq.
                        Jennifer S. Feeney, Esq.
                        230 Park Avenue
                        New York, New York 10169
                        Telephone:    (212) 661-9100
                        Facsimile:    (212) 682-6104

                        Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

## EXHIBIT A

**Fees By Project Category**

6114310.1

**SUMMARY OF COMPENSATION BY PROJECT CODE**
**FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU01 | Asset Analysis and Recovery | 3.9 | $4,989.00 |
| PU04 | Case Administration | 8.9 | $11,299.50 |
| PU06 | Employment and Fee Applications | 26.9 | $18,577.50 |
| PU07 | Emergency Financing | 35.4 | $42,738.00 |
| PU08 | Litigation: Contested Matters, Adversary | 8.9 | $10,215.50 |
| PU09 | Meetings and Communications w/ AHC | 8.9 | $10,541.00 |
| | **TOTALS:** | **92.9** | **$98,360.50** |

# **EXHIBIT B**

## **Professional and Paraprofessional Fees**

## SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS FOR THE STATEMENT PERIOD

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1315.00 | 53.9 | $70,878.50 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $850.00 | 28.6 | $24,310.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $305.00 | 10.4 | $3,172.00 |
| | **TOTAL** | | **92.9** | **$98,360.50** |

## EXHIBIT C

**Time Detail**

6114310.1

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

April 28, 2020

BILL NO. 209751

Client/Matter No.:    20186/0002
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL

For Services Rendered Through March 31, 2020:

---

Phase: PU01                                    ASSET ANALYSIS AND RECOVERY

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/03/20 JSF | Examine Documents<br>Information Sharing Protocol | .30 | 255.00 |
| 03/23/20 MLC | Conference call(s)<br>Conference call with FTI/Houlihan re background analysis of company | .70 | 920.50 |
| 03/25/20 MLC | Conference call(s)<br>Zoom meeting with Duff & Phelps, DOJ, HL, FTI and AHC re due diligence update | 2.10 | 2,761.50 |
| 03/31/20 MLC | Correspondence<br>Correspondence with NCSG concerning discovery from Sackler family | .80 | 1,052.00 |
| TOTAL PHASE PU01 | | 3.90 | $4,989.00 |

---

Phase: PU04                                         CASE ADMINISTRATION

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                    April 28, 2020
Page 2                                                          BILL NO. 209751

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/09/20 MLC | Analysis of Memorandum Review and analysis of Cornerstone retention application | .80 | 1,052.00 |
| 03/09/20 MLC | Analysis of Memorandum Review of status memo prepared by KL which summarizes motions on file by debtors | .70 | 920.50 |
| 03/09/20 MLC | Correspondence Review of correspondence by committee members regarding scheduling of up-coming meetings | .50 | 657.50 |
| 03/11/20 MLC | Correspondence Correspondence re scheduling of various upcoming meetings of AHC and NCSG | .40 | 526.00 |
| 03/17/20 MLC | Analysis of Memorandum Reviewed court filings in preparation for 3/18's hearing | 1.70 | 2,235.50 |
| 03/17/20 MLC | Conference call(s) Conference call with Troop, Ringer, Molton and Eckstein concerning next day hearing | .20 | 263.00 |
| 03/17/20 MLC | Conference call(s) Conference call with Paul Singer and Jenni Peacock concerning coordination of calls among AHC during the next several weeks | .50 | 657.50 |

# Otterbourg P.C.

### 230 Park Avenue
### New York, NY  10169-0075

Client/Matter:   20186/0002                                            April 28, 2020
Page 3                                                                 BILL NO. 209751

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/17/20 JKH | Pacer-Docket Check<br>Review docket and calendar hearings and objection deadlines | .20 | 61.00 |
| 03/19/20 MLC | Correspondence<br>Correspondence with Molton re DOJ | .40 | 526.00 |
| 03/20/20 MLC | Analysis of Memorandum<br>Review of KL memo re recent court hearing rulings | .80 | 1,052.00 |
| 03/20/20 JKH | Diary & Docket<br>Review adjournment re: lift stay motion hearing; calendar new dates | .20 | 61.00 |
| 03/21/20 MLC | Analysis of Memorandum<br>Review of KL summary memo re status of certain matters | 1.50 | 1,972.50 |
| 03/23/20 MLC | Conference call(s)<br>Conference call re proof of claim process methodology | .30 | 394.50 |
| 03/23/20 MLC | Correspondence<br>Correspondence with Troop and Singer re joint meeting of States | .20 | 263.00 |
| 03/30/20 MLC | Conference call(s)<br>Conference call with AHC subcommittee on ERF | .50 | 657.50 |

### OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                        April 28, 2020
Page 4                                                             BILL NO. 209751

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| TOTAL PHASE PU04 | | 8.90 | $11,299.50 |

---

| Phase: PU06 | | EMPLOYMENT & FEE APPLICATIONS | |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/02/20 JSF | Examine Documents<br>Review Fourth Monthly Fee Statement | .30 | 255.00 |
| 03/02/20 JKH | Prepare Legal Papers<br>Prepare monthly fee statement for January | .70 | 213.50 |
| 03/03/20 JKH | Prepare Legal Papers<br>Prepare draft interim application | 2.10 | 640.50 |
| 03/04/20 JSF | Prepare Legal Papers<br>First Interim Fee Application | .40 | 340.00 |
| 03/07/20 JSF | Prepare Legal Papers<br>Narrative for Fee Application | 1.80 | 1,530.00 |
| 03/10/20 JSF | Prepare Legal Papers<br>Preparation of Interim Fee Application | 4.20 | 3,570.00 |
| 03/11/20 JSF | Examine Documents<br>Review of Fee Application and Exhibits | 3.00 | 2,550.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    April 28, 2020
Page 5                                                         BILL NO. 209751

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/11/20 MLC | Draft/revise<br>Review and revisions to draft interim fee application | 1.30 | 1,709.50 |
| 03/11/20 JKH | Prepare Chart(s)<br>Preparing exhibit charts for first interim application | 3.40 | 1,037.00 |
| 03/11/20 JKH | Review/analyze<br>Review of interim fee application | 1.20 | 366.00 |
| 03/11/20 JKH | Prepare Legal Papers<br>Preparing exhibits for filing of interim fee application | .40 | 122.00 |
| 03/12/20 JSF | Examine Documents<br>Review and Modify First Interim Fee Application for Circulation to AHC | .80 | 680.00 |
| 03/12/20 MLC | Draft/revise<br>Reviewed and revised first interim fee application motion and exhibits | 1.20 | 1,578.00 |
| 03/13/20 JKH | Diary & Docket<br>Calendar objection deadline re: monthly statement | .10 | 30.50 |
| 03/16/20 JSF | Examine Documents<br>Review First Interim Fee Applications and Modify Charts | 2.80 | 2,380.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          April 28, 2020
Page 6                                                               BILL NO. 209751

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/16/20 JKH | Draft/revise Review and edit interim application for filing | 1.30 | 396.50 |
| 03/23/20 JKH | Diary & Docket Review notice of hearing re: interim applications; calendaring hearing and objection dates | .20 | 61.00 |
| 03/26/20 JSF | Prepare Legal Papers February Monthly Fee Statement | .80 | 680.00 |
| 03/27/20 JSF | Examine Documents February Monthly Fee Statement | .30 | 255.00 |
| 03/27/20 JKH | Prepare Legal Papers Prepare fifth monthly statement for February | .40 | 122.00 |
| 03/27/20 JKH | Draft/revise Edit fifth monthly statement | .20 | 61.00 |
| TOTAL PHASE PU06 | | 26.90 | $18,577.50 |

Phase: PU07                                               EMERGENCY FINANCING

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    April 28, 2020
Page 7                                                          BILL NO. 209751

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/02/20<br>JSF | Examine Documents<br>ERF Updates and Revisions | .40 | 340.00 |
| 03/02/20<br>MLC | Analysis of Memorandum<br>Reviewed proposed changes to ERF proposal<br>in preparation for meeting with AHC<br>subcommittee | 1.80 | 2,367.00 |
| 03/02/20<br>MLC | Conference call(s)<br>Conference call with AHC subcommittee re<br>the various revisions to the ERF | 1.00 | 1,315.00 |
| 03/03/20<br>MLC | Analysis of Memorandum<br>Review of proposed changes to ERF proposal<br>following meeting | 1.10 | 1,446.50 |
| 03/04/20<br>MLC | Analysis of Memorandum<br>Review of proposed changes to ERF following<br>joint meeting last week | 1.30 | 1,709.50 |
| 03/06/20<br>JSF | Examine Documents<br>NCSG Mark-Up of ERF and Comments | .70 | 595.00 |
| 03/06/20<br>JSF | Telephone Call(s)<br>Call with AHC Subcommittee re: ERF and<br>Subcommittee Mark-Up | .70 | 595.00 |
| 03/06/20<br>MLC | Conference call(s)<br>Conference call with AHC subcommittee re<br>ERF comments from NCSG | .70 | 920.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:  20186/0002                                      April 28, 2020
Page 8                                                          BILL NO. 209751

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/07/20 MLC | Conference call(s) Conference call with R Ringer, D Molton and A Troop concerning ERF and changes requested by NCSG | 1.50 | 1,972.50 |
| 03/09/20 MLC | Telephone Call(s) Telcon with R Ringer concerning proposed revisions to ERF following call with NCSG | .20 | 263.00 |
| 03/09/20 MLC | Analysis of Memorandum Review of letter written by Feather River Tribal Health to Debtors' counsel | .60 | 789.00 |
| 03/10/20 MLC | Correspondence Correspondence re follow up re ERF and proposal re drug courts | 1.10 | 1,446.50 |
| 03/10/20 MLC | Draft/revise Review of reviews suggested to ERF by NCSG | .80 | 1,052.00 |
| 03/10/20 MLC | Draft/revise Review of draft email to AHC re proposed changes to ERF proposal by NCSG | .40 | 526.00 |
| 03/14/20 JSF | Examine Documents Updates on ERF Status | .20 | 170.00 |
| 03/20/20 MLC | Conference call(s) Conference call re liaisoning with DOJ for ERF | .50 | 657.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    April 28, 2020
Page 9                                                         BILL NO. 209751

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/21/20 MLC | Correspondence<br>Correspondence with AHC members re amendments to ERF | 1.20 | 1,578.00 |
| 03/22/20 MLC | Draft/revise<br>Reviewed draft revisions to ERF | 1.80 | 2,367.00 |
| 03/23/20 JSF | Examine Documents<br>Update on and Revisions to ERF | .40 | 340.00 |
| 03/23/20 MLC | Analysis of Memorandum<br>Review of proposed changes to ERF requested by UCC and NCSG | 1.10 | 1,446.50 |
| 03/23/20 MLC | Correspondence<br>Correspondence with AHC counsel re next steps re presentation of ERF proposal | .60 | 789.00 |
| 03/24/20 MLC | Correspondence<br>Review of correspondence among AHC counsel re coordination of meeting with DOJ | .90 | 1,183.50 |
| 03/24/20 MLC | Correspondence<br>Correspondence with Debtors' and UCC counsel, and counsel for NCSG and MSG, re status of ERF various modifications | 1.10 | 1,446.50 |
| 03/24/20 MLC | Correspondence<br>Follow up correspondence re meeting with DOJ on March 25 | .70 | 920.50 |

## Otterbourg P.C.

230 Park Avenue

New York, NY  10169-0075

Client/Matter:   20186/0002                                          April 28, 2020
Page 10                                                              BILL NO. 209751

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/25/20 JSF | Examine Documents<br>ERF Update | .20 | 170.00 |
| 03/26/20 JSF | Examine Documents<br>Correspondence re: ERF and Proposed Revisions | .60 | 510.00 |
| 03/26/20 JSF | Examine Documents<br>Submission to Court re: AHC ERF Proposal | .30 | 255.00 |
| 03/26/20 JSF | Examine Documents<br>Letter to Court re: Status Conference on ERF | .20 | 170.00 |
| 03/26/20 JSF | Examine Documents<br>Correspondence re: Debtors' Communication to Court to Schedule Status Conference on ERF | .20 | 170.00 |
| 03/26/20 JSF | Telephone Call(s)<br>Conference Call with AHC Professionals and DOJ re: ERF | .70 | 595.00 |
| 03/26/20 MLC | Conference call(s)<br>Conference call with ERF subcommittee re letter to court | 1.00 | 1,315.00 |
| 03/26/20 MLC | Draft/revise<br>Reviewed and revised letter to court re AHC ERF proposal | 1.30 | 1,709.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                          April 28, 2020
Page 11                                              BILL NO. 209751


| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/26/20 MLC | Conference call(s) Conference call with AHC counsel re next steps re ERF proposal | .90 | 1,183.50 |
| 03/27/20 JSF | Examine Documents Correspondence to Court re: ERF Chambers Conference | .40 | 340.00 |
| 03/27/20 JSF | Telephone Call(s) Conference Call with ERF Subcommittee re: Chambers' Conference | 1.20 | 1,020.00 |
| 03/27/20 MLC | Draft/revise Reviewed and revised draft of letter to Court re conference call | .40 | 526.00 |
| 03/27/20 MLC | Conference call(s) Conference call with AHC counsel re preparation for chambers conference | .60 | 789.00 |
| 03/29/20 MLC | Correspondence Correspondence with UCC counsel, AHC counsel and debtor's counsel re preparation for chambers conference | .80 | 1,052.00 |
| 03/29/20 MLC | Correspondence Correspondence with ERF subcommittee members re preparation for chambers conference | .60 | 789.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                              April 28, 2020
Page 12                                                  BILL NO. 209751

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/29/20<br>MLC | Conference call(s)<br>Conference call with counsel for Debtors, UCC and AHC in preparation for chambers conference | .80 | 1,052.00 |
| 03/30/20<br>JSF | Telephone Call(s)<br>Conference Call with Court re: ERF (partial attendance) | 1.00 | 850.00 |
| 03/30/20<br>JSF | Telephone Call(s)<br>ERF Subcommittee Call re: Follow Up on Chambers Conference and Direction from Court | .80 | 680.00 |
| 03/30/20<br>JSF | Examine Documents<br>E-Mail from Judge Drain re: Post-Chambers Conference on ERF Summary | .20 | 170.00 |
| 03/30/20<br>MLC | Court Appearance - General<br>Chambers conference with Court re ERF | 1.30 | 1,709.50 |
| 03/30/20<br>MLC | Conference call(s)<br>Follow up with ERF subcommittee members following call with Court | .50 | 657.50 |
| 03/30/20<br>MLC | Correspondence<br>Correspondence with debtors' counsel concerning follow up correspondence from Judge Drain | .60 | 789.00 |
| TOTAL PHASE PU07 | | 35.40 | $42,738.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                        April 28, 2020
Page 13                                                            BILL NO. 209751

---

Phase: PU08                            LITIGATION: CONTESTED MATTERS, ADVERSARY

---

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/05/20<br>JSF | Examine Documents<br>Motion for Extension of Injuction and<br>Related Issues | .40 | 340.00 |
| 03/12/20<br>JSF | Examine Documents<br>NCSG's Statement re: Extension of<br>Injunction | .20 | 170.00 |
| 03/13/20<br>JSF | Examine Documents<br>NCSG Objection to Stay Motion and Other<br>Stay Motion Pleadings | .50 | 425.00 |
| 03/15/20<br>MLC | Correspondence<br>Correspondence re pending motion papers re<br>extension of stay | .80 | 1,052.00 |
| 03/15/20<br>MLC | Conference call(s)<br>Conference call with AHC counsel re pending<br>motion to extend stay | .40 | 526.00 |
| 03/16/20<br>JSF | Examine Documents<br>AHC Statement re: Stay Extension | .30 | 255.00 |
| 03/17/20<br>JSF | Examine Documents<br>Summary of Responses to NCSG's Objection to<br>Contin | .30 | 255.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                     April 28, 2020
Page 14                                                        BILL NO. 209751

|  DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/18/20<br>JSF | Telephone Call(s)<br>Court Hearing on Injunction (partial) -<br>Monitor Via Telephone | 1.50 | 1,275.00 |
| 03/18/20<br>MLC | Analysis of Memorandum<br>Reviewed and analyzed NCSG response to<br>continuation of stay | .70 | 920.50 |
| 03/18/20<br>MLC | Analysis of Memorandum<br>Reviewed and analyzed Debtors' reply in<br>support of continuation of stay | .80 | 1,052.00 |
| 03/18/20<br>MLC | Conference call(s)<br>Appeared by court call at hearing before<br>SDNY Bankruptcy Court | 3.00 | 3,945.00 |
| TOTAL PHASE PU08 | | 8.90 | $10,215.50 |

Phase: PU09                          MEETINGS & COMMUNICATIONS W/ AD HOC

|  DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/02/20<br>MLC | Conference call(s)<br>Conference call with AHC counsel re<br>scheduling and related issues | .80 | 1,052.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                      April 28, 2020
Page 15                                                          BILL NO. 209751

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/03/20<br>JSF | Telephone Call(s)<br>Conference Call with A. Troop, D. Molton,<br>R. Ringer and K. Eckstein re: Scheduling<br>Meetings | .60 | 510.00 |
| 03/04/20<br>MLC | Conference call(s)<br>Conference call meeting with AHC members | .80 | 1,052.00 |
| 03/04/20<br>MLC | Correspondence<br>Correspondence re agenda for meeting and<br>up-coming meetings | .80 | 1,052.00 |
| 03/11/20<br>JSF | Telephone Call(s)<br>Weekly AHC Update Conference Calls | .50 | 425.00 |
| 03/15/20<br>MLC | Conference call(s)<br>Conference call with subcommittee members<br>in preparation for hearing and related<br>issues | 1.30 | 1,709.50 |
| 03/18/20<br>JSF | Telephone Call(s)<br>Weekly Status Call with AHC | .70 | 595.00 |
| 03/19/20<br>MLC | Correspondence<br>Correspondence with AHC counsel concerning<br>scheduling of calls and related meetings | .80 | 1,052.00 |
| 03/20/20<br>JSF | Examine Documents<br>Updates to AHC on Hearing and Other Motions | .30 | 255.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                    April 28, 2020
Page 16                                                       BILL NO. 209751

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/25/20<br>JSF | Telephone Call(s)<br>Weekly AHC Call (JSF portion) | .40 | 340.00 |
| 03/25/20<br>MLC | Conference call(s)<br>Weekly meeting of AHC committee with<br>counsel | 1.10 | 1,446.50 |
| 03/31/20<br>MLC | Conference call(s)<br>Conference call with Paul Singer and Jenni<br>Peacock concerning ERF and next steps | .80 | 1,052.00 |
| TOTAL PHASE PU09 | | 8.90 | $10,541.00 |

TOTAL FOR SERVICES        $98,360.50

## **EXHIBIT D**

**Summary of Actual and Necessary Expenses**

## SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE STATEMENT PERIOD

| Expense Category | Total Expenses |
|---|---|
| Electronic Research | $2.00 |
| Laser Copies ($.10 per page) | $3.20 |
| Transportation | $233.16 |
| **TOTAL:** | **$238.36** |

# **EXHIBIT E**

**Expense Detail**

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                        April 28, 2020
Page 17                                                            BILL NO. 209751

DISBURSEMENTS FOR YOUR ACCOUNT

    Laser Copies                                                          3.20

    Electronic Research                                                   2.00

    Transportation                                                      233.16
                                                                 _____

                                TOTAL DISBURSEMENTS                  238.36