# EXHIBIT 3

# LIST OF DOCUMENTS AND MATERIALS RECEIVED FROM PURDUE PHARMA AND RELATED ENTITIES FEBRUARY 13, 2020

# LIST OF DOCUMENTS AND MATERIALS RECEIVED FROM PURDUE PHARMA AND RELATED ENTITIES FEBRUARY 13, 2020

Purdue Monitoring Agreement
Protective Order Filed January 28, 2020 - Document 784
Company Overview Materials
Company Background Documents
Voluntary Injunction training materials
Company Policies and Standard Operating Procedures
OxyContin Package Insert and Medication Guide
CDC Guideline for Prescribing Opioids for Chronic Pain
FDA Guidance on Advertising and Promotion
FDA Guidance on Unsolicited Requests
FDA Guidance on Communications with Payors