# EXHIBIT 4

# PURDUE PHARMA DOCUMENTS PRODUCED MARCH 4 AND 8, 2020

**PURDUE PHARMA DOCUMENTS PRODUCED MARCH 4 AND 8, 2020**

Federal and State Aggregate Spend Reports
Company Policies and Reports
Company Standard Operating Procedures
List of Research and Development Studies
Product Catalogue