# EXHIBIT 5

# PURDUE PHARMA DOCUMENTS DELIVERED MARCH 19 AND 20, 2020

**PURDUE PHARMA DOCUMENTS DELIVERED MARCH 19 AND 20, 2020**

Medical Inquiry Logs
Suspicious Ordering Monitoring documents
Federal Aggregate Spend Reports
Industry Alerts