# EXHIBIT 6

# PURDUE PHARMA DOCUMENTS DELIVERED MARCH 23, 2020

**PURDUE PHARMA DOCUMENTS DELIVERED MARCH 23, 2020**

Suspicious Order Monitoring Documents