# EXHIBIT 7

# PURDUE PHARMA PRODUCED APRIL 13, 2020

**PURDUE PHARMA PRODUCED APRIL 13, 2020**

Financial Records
FDA Submissions and Communications
Lobbying Agreements