# EXHIBIT 8

# PURDUE DOCUMENTS PRODUCED
# APRIL 20, 21, 29, AND 30, 2020

**PURDUE DOCUMENTS PRODUCED APRIL 20, 21, 29, AND 30, 2020**

FDA Communications
Federal Aggregate Spend Reports
Lobbying Agreements
Lobbying Communications
Lobbying Disclosure Forms
Draft Scientific Publications