# EXHIBIT 9

# DOCUMENTS RECEIVED FROM PURDUE PHARMA – MAY 11, 2020

**PURDUE DOCUMENTS PRODUCED MAY 11, 2020**

Lobbying Reports
Lobbying Agreement