Kami E. Quinn
Gilbert LLP
1100 New York Avenue, NW
7th Floor
Washington, DC 20005
Tele: 202.772.2200
Fax: 202.772.3333
Email: quinnk@gotofirm.com

*Co-Counsel to the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re:* | : | |
| | : | |
| | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | |
| | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**SIXTH MONTHLY FEE STATEMENT OF GILBERT LLP, FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS CO-COUNSEL TO THE AD HOC COMMITTEE OF
GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS
FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant: | Gilbert LLP |
|---|---|
| Authorized to provide professional services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 (Docket #553) |
| Period for which compensation and reimbursement is sought: | March 1, 2020 through March 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $174,674.00 (80% of $218,342.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,577.50 (100%) |
| This is a: | Monthly Fee Statement |

Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* entered by this Court on December 2, 2019 [Docket #553] (the "**Reimbursement Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket #529] (the "**Procedures Order**"), the law firm of Gilbert LLP ("**Gilbert LLP**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**AHC**"), hereby submits this sixth monthly fee statement (the "**Monthly Fee Statement**") for legal services rendered and reimbursement for expenses incurred for the period commencing March 1, 2020 through March 31, 2020 (the "**Application Period**").

**Itemization of Services Rendered and Expenses Incurred**

1.       Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Application Period by project category.  As reflected on Exhibit A, Gilbert LLP incurred $218,342.50 in fees during

2

the Application Period.  Pursuant to this Monthly Fee Statement, Gilbert LLP seeks

reimbursement of 80% of such fees, totaling $174,674.00.

2.       Annexed hereto as **Exhibit B** is a chart of Gilbert LLP's professionals and

paraprofessionals, including title, hourly rate, number of hours billed, and total fees of each

attorney and paraprofessional who rendered services to the AHC in connection with these

chapter 11 proceedings during the Application Period.  The blended hourly rate of the attorneys

during the Application Period is $710.86.  The blended hourly rate of paraprofessionals during

the Application Period is $251.16.

3.       Annexed hereto as **Exhibit C** is the summary of reasonable and necessary

expenses incurred during the Application Period.  As reflected on Exhibit C, Gilbert LLP

incurred $1,577.50 in expenses during the Application Period.  Pursuant to this Monthly Fee

Statement, Gilbert LLP seeks reimbursement of 100% of such expenses, totaling $1,577.50.

4.       Annexed hereto as **Exhibit D** are the time records of Gilbert LLP for the

Application Period, organized by project category with a daily log detailing the time spent by

each professional and an itemization of expenses.

5.       Pursuant to the Reimbursement Order, Gilbert LLP has separately recorded

services performed relating to allocation of value among the Debtors' creditors, and to the best of

Gilbert LLP's knowledge, has not included time relating to intercreditor allocation in this

Monthly Fee Statement.

## FILING AND SERVICE

6.       This Monthly Fee Statement will be filed and served in accordance with the

directives in the Procedures Order.

7.      Pursuant to the Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Monthly Fee Statement, serve via email, to the Notice Parties (as defined in the Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue.

8.      If an objection is timely served pursuant to the Procedures Order, the Debtors shall be authorized and directed to pay Gilbert LLP the amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue.  It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Gilbert LLP respectfully requests compensation in the amount of $174,674.00 (80% of $218,342.50) and reimbursement of reasonable and necessary expenses incurred in the amount of $1,577.50 (100%), for a total amount of $176,251.50, for the Application Period.

Dated:  May 20, 2020
      Washington, DC

Respectfully submitted,

**GILBERT LLP**

_/s/ Kami E. Quinn_
Kami E. Quinn
1100 New York Avenue, NW
7th Floor
Washington, DC 20005
Tele: 202.772.2200
Fax: 202.772.3333
Email: quinnk@gotofirm.com

_Counsel for the Ad Hoc Committee of_
_Governmental and Other Contingent_
_Litigation Claimants._

**Exhibit A**

**Summary of Services by Category**

## SUMMARY OF SERVICES BY PROJECT CATEGORY

| Project Code | Project Category | Hours Billed in Period | Fees for Period |
|---|---|---|---|
| A001 | Asset Analysis & Recovery | 186.6 | $111,818.50 |
| A004 | Case Administration | 69.6 | $18,494.50 |
| A006 | Employment / Fee Applications | 12.0 | $3,962.50 |
| A007 | Emergency Relief Fund | 33.8 | $30,990.0 |
| A008 | Litigation:  Contested Matters / Adversary Proceeding / Automatic Stay | 10.8 | $10,968.00 |
| A009 | Meetings / Communications with AHC & Creditors | 15.7 | $15,999.00 |
| A019 | Plan of Reorganization / Disclosure Statement | 38.6 | $26,110.00 |
| | | **367.1** | **$218,342.50** |

**Exhibit B**

**Summary of Compensation by Professional**

**SUMMARY OF COMPENSATION BY PROFESSIONAL**

| Name of Professional | Position / Year Admitted to Practice | Hourly Billing Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| Scott D. Gilbert | Partner / District of Columbia - 1979<br>U.S. Court of Appeals for the District of Columbia – 1980<br>U.S. Court of International Trade - 1984<br>U.S. Supreme Court - 1987<br>U.S. District Court for the District of Columbia – 2008<br>Cherokee Nation - 2017<br>U.S. Court of Federal Claims - 2019 | $1,500.00 | 24.3 | $36,450.00 |
| Kami E. Quinn | Partner / Commonwealth of Virginia – 2000<br>District of Columbia – 2006<br>U.S. Court of Appeals for the Third Circuit – 2009 | $950.00 | 32.8 | $31,160.00 |
| Richard Shore | Partner / State of New York – 1988<br>District of Columbia – 1989<br>U.S. Court of Appeals for the Third Circuit – 2009<br>U.S. Court of Appeals for the Fourth Circuit – 2014<br>U.S. Court of Appeals for the Ninth Circuit – 2014<br>U.S. Court of Appeals for the Fifth Circuit – 2017<br>Cherokee Nation – 2017 | $1,200.00 | 16.5 | $19,800.00 |
| Jenna Hudson | Partner / State of Maryland – 2010<br>State of Massachusetts – 2010<br>District of Columbia - 2011<br>U.S. District Court for the District of Maryland – 2011<br>U.S. Court of Appeals for the First Circuit – 2015<br>U.S. Supreme Court - 2016<br>Cherokee Nation – 2017<br>U.S. District Court for the District of Columbia - 2019 | $675.00 | 45.5 | $30,712.50 |
| Monique Abrishami | Of Counsel / State of Florida – 2009<br>District of Columbia - 2019 | $640.00 | 5.4 | $3,456.00 |
| Mike Rush | Of Counsel / State of Delaware – 2007<br>District of Columbia 2017 | $640.00 | 1.2 | $768.00 |
| Emily Grim | Associate / Commonwealth of Pennsylvania – 2010<br>State of Illinois – 2010<br>District of Columbia – 2012<br>U.S. District Court for the District of Columbia - 2016<br>U.S. Court of Federal Claims – 2020 | $600.00 | 30.1 | $18,060.00 |
| Daniel Wolf | Associate / State of New York – 2011<br>District of Columbia – 2013<br>Southern District of New York – 2011<br>U.S. Court of Appeals for the Ninth Circuit – 2012 | $600.00 | 24.1 | $14,460.00 |
| Adam Farra | Associate / State of Maryland – 2011<br>District of Columbia – 2015<br>U.S. Court of Appeals for the Second Circuit – 2017 | $570.00 | 32.2 | $18,354.00 |
| Sarah Sraders | Associate / State of New York – 2016<br>District of Columbia - 2017 | $380.00 | 37.4 | $14,212.00 |

| Name of Professional | Position / Year Admitted to Practice | Hourly Billing Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| John Girgenti | Staff Attorney / State of New York – 2002 District of Columbia - 2007 | $335.00 | 7.1 | $2,378.50 |
| Rachael Lyle | Staff Attorney / State of Alabama – 2017 District of Columbia - 2018 | $305.00 | 5.8 | $1,769.00 |
| Tarsha Jones | Staff Attorney / State of Maryland – 2001 District of Columbia - 2006 | $290.00 | 12.0 | $3,480.00 |
| Christian Carey | Law Clerk – Joined firm in 2019 | $325.00 | 0.7 | $227.50 |
| Lauren Fastenau | Paralegal – Joined firm in 2019 | $300.00 | 24.4 | $7,320.00 |
| Alyssa Bonesteel | Paralegal – Joined firm in 2018 | $225.00 | 31.5 | $7,087.50 |
| Katherine Johnson | Paralegal – Joined firm in 2018 | $225.00 | 15.6 | $3,510.00 |
| Sherley Martinez | Paralegal – Joined firm in 2017 | $225.00 | 10.0 | $2,250.00 |
| Peggy Holland | Litigation Specialist – Joined firm in 2002 | $275.00 | 10.5 | $2,887.50 |
| | **Totals** | | **367.1** | **$218,342.50** |
| | **Attorney Blended Rate** | **$710.86** | | |
| | **Paraprofessional Blended Rate** | **$251.16** | | |

**Exhibit C**

**Summary of Expenses Incurred**

## SUMMARY OF EXPENSES INCURRED

| DESCRIPTION | Total Expenses for Period |
|---|---|
| Contracted Professional Fees – Litigation Support Vendor | $806.13 |
| Westlaw | $771.37 |
| | **$1,577.50** |

**Exhibit D**

**Time and Expense Detail**



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

May 19, 2020

Ad Hoc Committee                          Invoice Number:    11319762
c/o Marshall S. Huebner                    Client Number:         1599
Davis Polk & Wardwell LLP                  Tax ID:           52-228869
450 Lexington Avenue
New York, NY  10017

---

**FOR PROFESSIONAL SERVICES RENDERED through April 30, 2020**

**Re:   Ad Hoc Committee (Purdue)**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Purdue Bankruptcy | 218,342.50 | 1,577.50 | 219,920.00 |
| **Total** | **218,342.50** | **1,577.50** | **219,920.00** |

|  |  |
|---|---|
| TOTAL FEES | $ 218,342.50 |
| TOTAL EXPENSES | $ 1,577.50 |
| **TOTAL FEES AND EXPENSES** | **$ 219,920.00** |



**FOR PROFESSIONAL SERVICES RENDERED through April 30, 2020**

**Purdue Bankruptcy**

**A001:  Asset Analysis & Recovery**

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Hudson, J. | 3/01/20 | Communicate with D. Wolf, M. Abrishami, B. Massarsky, J. Chalashtori, R. Lyle and C. Carey re analysis of additional policy evidence. | .10 | 67.50 |
| Abrishami, M. | 3/02/20 | Communicate with D. Wolf re CGL policies. | .10 | 64.00 |
| Gilbert, S. | 3/03/20 | Confer with R. Shore re insurance. | .50 | 750.00 |
| Sraders, S. | 3/03/20 | Review documents in Purdue view-only database. | .20 | 76.00 |
| Sraders, S. | 3/03/20 | Research self-insured retention issue. | .80 | 304.00 |
| Sraders, S. | 3/04/20 | Continue researching application of self-insured retention issue. | 2.20 | 836.00 |
| Grim, E. | 3/05/20 | Communication with R. Shore re case status and strategy. | .20 | 120.00 |
| Sraders, S. | 3/05/20 | Draft summary of applicable law re self-insured retention issue. | .60 | 228.00 |
| Hudson, J. | 3/06/20 | Confer with R. Shore and D. Wolf re insurance analysis. | .10 | 67.50 |
| Wolf, D. | 3/06/20 | Confer with R. Shore and J. Hudson re coverage and strategy. | .10 | 60.00 |
| Sraders, S. | 3/06/20 | Review expert reports used in opioid multi-district litigation for insurance analysis. | 1.40 | 532.00 |
| Sraders, S. | 3/06/20 | Revise summary of applicability of self-insured retention issue. | 2.60 | 988.00 |
| Hudson, J. | 3/07/20 | Communicate with D. Wolf, M. Abrishami, B. Massarsky, J. Chalashtori, R. Lyle and C. Carey re review of additional uploaded policies. | .10 | 67.50 |
| Shore, R. | 3/08/20 | Review Purdue insurance materials. | 2.50 | 3,000.00 |
| Shore, R. | 3/09/20 | Continue reviewing materials re Purdue. | .50 | 600.00 |
| Hudson, J. | 3/09/20 | Communicate with R. Shore re Purdue coverage programs. | .20 | 135.00 |
| Martinez, S. | 3/09/20 | Confer with S. Sraders and A. Bonesteel re document review. | .50 | 112.50 |
| Martinez, S. | 3/09/20 | Review incoming financial documents; confer with S. Sraders re same. | 1.00 | 225.00 |
| Johnson, K. | 3/09/20 | Review and analyze documents re insurance and liability. | 2.20 | 495.00 |

Invoice Number: 11319762
May 19, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Abrishami, M. | 3/09/20 | Review memorandum re legal interpretation of certain exclusions. | .40 | 256.00 |
| Abrishami, M. | 3/09/20 | Confer with J. Hudson and C. Carey re certain exclusions. | .20 | 128.00 |
| Carey, C. | 3/09/20 | Confer with J. Hudson and M. Abrishami re Bermuda form, exclusion analysis and applicable law. | .40 | 130.00 |
| Sraders, S. | 3/09/20 | Confer with K. Quinn, S. Martinez, and A. Bonesteel re document review. | .70 | 266.00 |
| Gilbert, S. | 3/10/20 | Meet with R. Shore re insurance. | 1.00 | 1,500.00 |
| Shore, R. | 3/10/20 | Analyze opioid insurance project issues (0.7); confer with J. Hudson and D. Wolf re insurance issues (0.5); meet with S. Gilbert re insurance strategy (1.0); analyze next steps (0.5). | 2.70 | 3,240.00 |
| Hudson, J. | 3/10/20 | Communicate with R. Shore re insurance analysis. | .20 | 135.00 |
| Hudson, J. | 3/10/20 | Confer with R. Shore and D. Wolf re insurance analysis. | .50 | 337.50 |
| Johnson, K. | 3/10/20 | Summarize documents re insurance and liability. | .30 | 67.50 |
| Sraders, S. | 3/10/20 | Correspond with S. Martinez, A. Bonesteel, and K. Johnson re document review. | 2.10 | 798.00 |
| Grim, E. | 3/13/20 | Review insurance and corporate history materials. | .60 | 360.00 |
| Quinn, K. | 3/18/20 | Confer with R. Shore, J. Hudson, E. Grim, M. Abrishami, and D. Wolf re insurance strategy issues. | .40 | 380.00 |
| Shore, R. | 3/18/20 | Confer with K. Quinn, J. Hudson and others re insurance assessment. | .40 | 480.00 |
| Hudson, J. | 3/18/20 | Confer with S. Martinez, L. Fastenau, K. Johnson and A. Bonesteel re updating claims inventory for reference in various discussions. | .10 | 67.50 |
| Hudson, J. | 3/18/20 | Meet with K. Quinn, R. Shore, E. Grim, M. Abrishami, and D. Wolf re insurance strategy issues. | .40 | 270.00 |
| Hudson, J. | 3/18/20 | Review research conducted to date and direct next steps. | .50 | 337.50 |
| Grim, E. | 3/18/20 | Confer with K. Quinn, R. Shore, J. Hudson, M. Abrishami, and D. Wolf re insurance strategy issues. | .40 | 240.00 |
| Wolf, D. | 3/18/20 | Meet with K. Quinn, R. Shore, J. Hudson, E. Grim, and M. Abrishami re insurance coverage analysis and strategy. | .40 | 240.00 |
| Abrishami, M. | 3/18/20 | Confer with K. Quinn, E. Grim, J. Hudson, D. Wolf, and R. Shore re updates and strategy. | .40 | 256.00 |

Invoice Number: 11319762
May 19, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Hudson, J. | 3/19/20 | Communicate with S. Martinez, L. Fastenau, K. Johnson and A. Bonesteel re update of claims analysis for use in discussions. | .30 | 202.50 |
| Hudson, J. | 3/19/20 | Communicate with D. Wolf, M. Abrishami, B. Massarsky, J. Chalashtori, R. Lyle and C. Carey re status of analysis, summarize for stakeholders, and direct next steps. | .50 | 337.50 |
| Gilbert, S. | 3/20/20 | Confer with R. Shore, K. Quinn, J. Hudson and others re insurance strategy. | .40 | 600.00 |
| Quinn, K. | 3/20/20 | Confer with S. Gilbert, K. Quinn, R. Shore, D. Wolf, E. Grim, and M. Rush re insurance analysis. | .40 | 380.00 |
| Shore, R. | 3/20/20 | Confer with J. Hudson and D. Wolf re insurance assessment (0.4); confer with S. Gilbert, K. Quinn and others re strategy (0.4); confer with KCIC, J. Hudson and Wolf re insurance analysis (1.0). | 1.80 | 2,160.00 |
| Hudson, J. | 3/20/20 | Communicate with S. Martinez, L. Fastenau, K. Johnson and A. Bonesteel re update claims analysis. | .10 | 67.50 |
| Hudson, J. | 3/20/20 | Communicate with K. Quinn re insurance-related recommendations. | .20 | 135.00 |
| Hudson, J. | 3/20/20 | Confer with S. Gilbert, K. Quinn, R. Shore, D. Wolf, and E. Grim re insurance analysis. | .40 | 270.00 |
| Hudson, J. | 3/20/20 | Confer with KCIC, R. Shore, and D. Wolf re insurance analysis. | 1.00 | 675.00 |
| Hudson, J. | 3/20/20 | Confer with R. Shore and D. Wolf re insurance analysis. | .40 | 270.00 |
| Hudson, J. | 3/20/20 | Begin compiling analyses to date into comprehensive summary for reporting. | .20 | 135.00 |
| Hudson, J. | 3/20/20 | Review list of potential insureds list for KCIC review. | .10 | 67.50 |
| Grim, E. | 3/20/20 | Confer with S. Gilbert, K. Quinn, R. Shore, D. Wolf, and J. Hudson re insurance analysis. | .40 | 240.00 |
| Grim, E. | 3/20/20 | Research issues relating to valuation of insurance coverage. | .40 | 240.00 |
| Wolf, D. | 3/20/20 | Meet with S. Gilbert, K. Quinn, R. Shore, J. Hudson and others re coverage analysis and strategy. | .40 | 240.00 |
| Wolf, D. | 3/20/20 | Confer with KCIC, R. Shore, and J. Hudson re coverage analysis and strategy. | 1.00 | 600.00 |
| Wolf, D. | 3/20/20 | Confer with R. Shore and J. Hudson re coverage analysis and strategy. | .40 | 240.00 |
| Hudson, J. | 3/22/20 | Communicate with team re insurance analysis to date. | .20 | 135.00 |

Invoice Number: 11319762
May 19, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Hudson, J. | 3/23/20 | Communicate with KCIC, E. Grim, and S. Sraders re identifying relevant insureds. | .40 | 270.00 |
| Hudson, J. | 3/23/20 | Review next steps in analysis under applicable law; confer with R. Lyle re same. | 1.00 | 675.00 |
| Hudson, J. | 3/23/20 | Continue compiling analyses to date into comprehensive summary for reporting. | .50 | 337.50 |
| Grim, E. | 3/23/20 | Communicate with KCIC, J. Hudson and S. Sraders re relevant insureds. | .40 | 240.00 |
| Lyle, R. | 3/23/20 | Confer with J. Hudson re performing coverage research in Delaware; begin researching same. | .90 | 274.50 |
| Carey, C. | 3/23/20 | Communicate with J. Hudson re Bermuda form-related articles and next steps re coverage claims analysis. | .30 | 97.50 |
| Sraders, S. | 3/23/20 | Communication with J. Hudson re questions related to Purdue Frederick Company. | 2.10 | 798.00 |
| Hudson, J. | 3/24/20 | Communicate with R. Shore and D. Wolf re insurance analysis and strategy for implementing. | .30 | 202.50 |
| Hudson, J. | 3/24/20 | Communicate with S. Martinez, L. Fastenau, K. Johnson and A. Bonesteel re analysis of counsel for claims analysis. | .10 | 67.50 |
| Hudson, J. | 3/24/20 | Communicate with M. Abrishami, D. Wolf and others re finalizing analysis for insurance recovery strategy discussions. | .60 | 405.00 |
| Hudson, J. | 3/24/20 | Review analyses to date; revise comprehensive summary. | 3.60 | 2,430.00 |
| Grim, E. | 3/24/20 | Review research and memoranda re insurance-related issues. | .30 | 180.00 |
| Wolf, D. | 3/24/20 | Revise memorandum re D&O coverage analysis and strategy. | 1.30 | 780.00 |
| Jones, T. | 3/24/20 | Review policies across programs for arbitration and choice-of-law provisions. | 5.50 | 1,595.00 |
| Abrishami, M. | 3/24/20 | Communicate with J. Hudson re Purdue corporate history. | .20 | 128.00 |
| Lyle, R. | 3/24/20 | Research certain coverage issues; draft summary of research; draft subsequent summary with additional case law. | 4.60 | 1,403.00 |
| Farra, A. | 3/24/20 | Draft analysis re insurance arbitration issues. | 7.70 | 4,389.00 |
| Hudson, J. | 3/25/20 | Review research on number of occurrences. | .10 | 67.50 |
| Hudson, J. | 3/25/20 | Review and confirm research on trigger. | 2.30 | 1,552.50 |
| Hudson, J. | 3/25/20 | Revise comprehensive summary of insurance analysis conducted to date. | 4.60 | 3,105.00 |
| Wolf, D. | 3/25/20 | Revise memorandum re D&O coverage analysis and strategy. | 4.70 | 2,820.00 |

Invoice Number: 11319762
May 19, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Jones, T. | 3/25/20 | Review policies across programs for arbitration and choice-of-law provisions. | 1.50 | 435.00 |
| Abrishami, M. | 3/25/20 | Analyze "occurrences" in light of opioid expert reports. | .30 | 192.00 |
| Farra, A. | 3/25/20 | Continue drafting analysis re insurance arbitration issues. | 4.50 | 2,565.00 |
| Shore, R. | 3/26/20 | Confer with KCIC, J. Hudson and D. Wolf re strategy. | .80 | 960.00 |
| Shore, R. | 3/26/20 | Review materials re Purdue. | 1.30 | 1,560.00 |
| Hudson, J. | 3/26/20 | Communicate with R. Shore re strategy for insurance recovery. | .40 | 270.00 |
| Hudson, J. | 3/26/20 | Confer with KCIC, R. Shore, and D. Wolf re tracking and analyzing non-cumulation and related provisions. | .80 | 540.00 |
| Hudson, J. | 3/26/20 | Confer with A. Farra re arbitration-related research. | .70 | 472.50 |
| Hudson, J. | 3/26/20 | Revise comprehensive summary of insurance analysis conducted to date. | 9.40 | 6,345.00 |
| Wolf, D. | 3/26/20 | Confer with KCIC, R. Shore, and J. Hudson re CGL coverage. | .80 | 480.00 |
| Wolf, D. | 3/26/20 | Revise memorandum re insurance coverage analysis and strategy. | 1.60 | 960.00 |
| Jones, T. | 3/26/20 | Review policies across programs for arbitration and choice-of-law provisions. | 5.00 | 1,450.00 |
| Rush, M. | 3/26/20 | Review defense expert reports. | .50 | 320.00 |
| Rush, M. | 3/26/20 | Review policies for relevant exclusions. | .70 | 448.00 |
| Martinez, S. | 3/26/20 | Review and revise claims against Purdue entities tracking sheet. | 1.80 | 405.00 |
| Abrishami, M. | 3/26/20 | Analyze "occurrences" in light of expert reports. | .90 | 576.00 |
| Farra, A. | 3/26/20 | Draft analysis re insurance arbitration issues. | 6.10 | 3,477.00 |
| Farra, A. | 3/26/20 | Confer with J. Hudson re insurance arbitration issues. | .70 | 399.00 |
| Shore, R. | 3/27/20 | Review materials (1.2); confer with J. Hudson, D. Wolf, E. Grim and A. Farra re strategy insurance meeting (1.3). | 2.50 | 3,000.00 |
| Hudson, J. | 3/27/20 | Communicate with S. Martinez, L. Fastenau, K. Johnson and A. Bonesteel re confirmation of claim categories. | .10 | 67.50 |
| Hudson, J. | 3/27/20 | Communicate with K. Quinn, R. Shore, E. Grim, and D. Wolf re strategy for insurance-related negotiations. | .20 | 135.00 |

Invoice Number: 11319762
May 19, 2020

| Name | Date | Services | Hours | Amount |
| --- | --- | --- | --- | --- |
| Hudson, J. | 3/27/20 | Confer with R. Shore, E. Grim, D. Wolf, M. Abrishami, and A. Farra re status of negotiations and impact on insurance strategy. | 1.30 | 877.50 |
| Hudson, J. | 3/27/20 | Communicate with KCIC re updates to policy analysis. | .10 | 67.50 |
| Grim, E. | 3/27/20 | Confer with R. Shore, J. Hudson, D. Wolf, M. Abrishami, and A. Farra re status of negotiations and impact on insurance strategy. | 1.30 | 780.00 |
| Wolf, D. | 3/27/20 | Confer with R. Shore, J. Hudson, M. Abrishami, E. Grim, and A. Farra re coverage analysis and bankruptcy status. | 1.30 | 780.00 |
| Martinez, S. | 3/27/20 | Review and revise claims against Purdue entities tracking sheet. | 2.90 | 652.50 |
| Abrishami, M. | 3/27/20 | Continue analyzing "occurrences" in light of expert reports. | 1.40 | 896.00 |
| Abrishami, M. | 3/27/20 | Confer with J. Hudson, R. Shore, A. Farra, E. Grim, and D. Wolf re insurance recovery strategy. | 1.30 | 832.00 |
| Farra, A. | 3/27/20 | Confer with J. Hudson, E. Grim, M. Abrishami, and others re insurance recovery strategy. | 1.30 | 741.00 |
| Farra, A. | 3/27/20 | Draft analysis re insurance arbitration issues. | 2.00 | 1,140.00 |
| Hudson, J. | 3/28/20 | Analyze details of collateral against insurance. | 1.90 | 1,282.50 |
| Wolf, D. | 3/28/20 | Revise memorandum re D&O insurance coverage and strategy. | 5.00 | 3,000.00 |
| Hudson, J. | 3/29/20 | Revise comprehensive summary of insurance analysis. | 5.80 | 3,915.00 |
| Wolf, D. | 3/29/20 | Revise memorandum re D&O insurance coverage and strategy. | 3.20 | 1,920.00 |
| Lyle, R. | 3/29/20 | Analyze notice chart and additional research. | .30 | 91.50 |
| Shore, R. | 3/30/20 | Prepare for and confer with J. Hudson and D. Wolf re insurance strategy. | 1.50 | 1,800.00 |
| Hudson, J. | 3/30/20 | Confer with R. Shore and D. Wolf re insurance strategy; analyze insurance strategy options. | 2.70 | 1,822.50 |
| Hudson, J. | 3/30/20 | Communicate with KCIC re coding of relevant policies. | .10 | 67.50 |
| Wolf, D. | 3/30/20 | Confer with R. Shore and J. Hudson re insurance coverage recovery strategy. | 1.10 | 660.00 |
| Wolf, D. | 3/30/20 | Revise memorandum re D&O insurance coverage and strategy. | .30 | 180.00 |
| Wolf, D. | 3/30/20 | Revise coverage chart. | .20 | 120.00 |
| Martinez, S. | 3/30/20 | Review and revise claims against Purdue entities tracking sheet. | .30 | 67.50 |
| Farra, A. | 3/30/20 | Draft analysis re insurance arbitration issues. | 9.90 | 5,643.00 |

Invoice Number: 11319762
May 19, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 3/31/20 | Confer with J. Hudson re insurance recovery considerations. | .50 | 475.00 |
| Quinn, K. | 3/31/20 | Meet with R. Shore, J. Hudson, E. Grim and D. Wolf re recovery strategy. | 1.40 | 1,330.00 |
| Shore, R. | 3/31/20 | Review insurance evaluation and recovery (0.5); confer with J. Hudson and D. Wolf (0.2); confer with K. Quinn, J. Hudson, E. Grim and D. Wolf re insurance strategy (1.4); review comprehensive insurance memorandum (0.4). | 2.50 | 3,000.00 |
| Hudson, J. | 3/31/20 | Confer with K. Quinn re status of negotiations and impact on insurance recovery strategy. | .50 | 337.50 |
| Hudson, J. | 3/31/20 | Confer with K. Quinn, R. Shore, E. Grim and D. Wolf re strategy. | 1.40 | 945.00 |
| Hudson, J. | 3/31/20 | Confer with R. Shore and D. Wolf on insurance-related strategy. | .20 | 135.00 |
| Hudson, J. | 3/31/20 | Analyze options for pursuing insurance asset. | .80 | 540.00 |
| Girgenti, J. | 3/31/20 | Communicate with J. Hudson and D. Wolf re insurers and bankruptcy research. | .30 | 100.50 |
| Girgenti, J. | 3/31/20 | Draft memorandum re bankruptcy research. | 2.40 | 804.00 |
| Girgenti, J. | 3/31/20 | Research insurers and bankruptcy issues. | 4.40 | 1,474.00 |
| Grim, E. | 3/31/20 | Confer with J. Hudson, K. Quinn, R. Shore and D. Wolf re strategy. | 1.40 | 840.00 |
| Wolf, D. | 3/31/20 | Confer with R. Shore and J. Hudson re insurance recovery strategy. | .20 | 120.00 |
| Wolf, D. | 3/31/20 | Confer with R. Shore, K. Quinn, J. Hudson, and E. Grim re insurance coverage recovery strategy. | 1.40 | 840.00 |
| Wolf, D. | 3/31/20 | Communicate with M. Glaeberman re tracking arbitration and choice-of-law provisions. | .20 | 120.00 |
| Wolf, D. | 3/31/20 | Review applicable caselaw re plan structure and terms. | .20 | 120.00 |
| Wolf, D. | 3/31/20 | Review historical insurer correspondence re D&O coverage. | .30 | 180.00 |
| Johnson, K. | 3/31/20 | Revise spreadsheet tracking insurer correspondence. | 4.60 | 1,035.00 |
| | | **Project Total:** | **186.60** | **$ 111,818.50** |

## A004: Case Administration

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Sraders, S. | 3/03/20 | Review recent documents and correspondence among the Ad Hoc Committee. | .40 | 152.00 |

Invoice Number: 11319762
May 19, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 3/08/20 | Review update from KL re filings. | .10 | 95.00 |
| Quinn, K. | 3/11/20 | Review Allergan filing. | 1.00 | 950.00 |
| Martinez, S. | 3/12/20 | Update cases against Purdue tracking index; calculate cases by plaintiff type (0.9); confer with A. Bonesteel and L. Fastenau re same (1.4). | 2.30 | 517.50 |
| Bonesteel, A. | 3/12/20 | Create chart of all cases filed against Purdue in the MDL (2.1); confer with L. Fastenau and S. Martinez re same (1.4). | 3.50 | 787.50 |
| Fastenau, L. | 3/12/20 | Prepare chart of states with cases against Purdue and/or Sacklers. | 1.40 | 420.00 |
| Fastenau, L. | 3/12/20 | Confer with S. Martinez and A. Bonesteel re cases brought against Purdue tracking sheet. | 1.40 | 420.00 |
| Fastenau, L. | 3/12/20 | Revise spreadsheet tracking cases brought against Purdue and categorize plaintiffs. | 2.10 | 630.00 |
| Bonesteel, A. | 3/18/20 | Update chart of cases against Purdue. | 5.00 | 1,125.00 |
| Fastenau, L. | 3/19/20 | Compile all cases filed against the Sackler family re opioids. | 1.60 | 480.00 |
| Fastenau, L. | 3/23/20 | Compare all cases filed against the Sacklers in the MDL with Purdue case tracking sheet and note plaintiff category, | 5.60 | 1,680.00 |
| Fastenau, L. | 3/23/20 | Compare all cases filed against the Sacklers in the MDL with Purdue case tracking sheet. | 1.30 | 390.00 |
| Bonesteel, A. | 3/24/20 | Update chart of cases against Purdue. | 3.00 | 675.00 |
| Fastenau, L. | 3/24/20 | Compare all cases filed against the Sacklers in the MDL with Purdue case tracking sheet. | 3.40 | 1,020.00 |
| Fastenau, L. | 3/24/20 | Identify category of parties in cases brought against the Sacklers in the MDL by private entities. | .80 | 240.00 |
| Fastenau, L. | 3/24/20 | Review all cases with plaintiffs listed and define the category "et al" stands for. | 1.30 | 390.00 |
| Fastenau, L. | 3/25/20 | Identify category of parties in cases brought against the Sacklers in the MDL by private entities. | .70 | 210.00 |
| Fastenau, L. | 3/25/20 | Compile all cases filed against the Sackler family re opioids outside of the MDL. | 1.20 | 360.00 |
| Fastenau, L. | 3/25/20 | Review all cases filed against the Sacklers (non-MDL) and note plaintiff category, | 1.10 | 330.00 |
| Fastenau, L. | 3/25/20 | Compare all cases filed against the Sacklers (non-MDL) with Purdue case tracking sheet. | 1.50 | 450.00 |
| Johnson, K. | 3/26/20 | Revise master cases filed against Purdue spreadsheet re counsel contact information. | 3.40 | 765.00 |
| Bonesteel, A. | 3/26/20 | Update chart of cases against Purdue. | 4.50 | 1,012.50 |
| Bonesteel, A. | 3/26/20 | Revise Purdue coverage chart. | .50 | 112.50 |

Invoice Number: 11319762
May 19, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Johnson, K. | 3/27/20 | Revise master cases filed against Purdue spreadsheet re counsel contact information. | 3.70 | 832.50 |
| Bonesteel, A. | 3/27/20 | Update chart of cases against Purdue. | 5.00 | 1,125.00 |
| Johnson, K. | 3/28/20 | Revise master cases filed against Purdue spreadsheet re counsel contact information. | 1.40 | 315.00 |
| Bonesteel, A. | 3/30/20 | Update chart of all cases against Purdue in the MDL. | 5.00 | 1,125.00 |
| Fastenau, L. | 3/30/20 | Revise plaintiff categories in MDL and non-MDL cases filed against the Sacklers. | 1.00 | 300.00 |
| Quinn, K. | 3/31/20 | Review G. Cicero correspondence re CPS motion. | .20 | 190.00 |
| Martinez, S. | 3/31/20 | Review incoming materials on Purdue financials database re potential insurance related materials. | 1.20 | 270.00 |
| Bonesteel, A. | 3/31/20 | Update chart of all cases against Purdue in the MDL. | 5.00 | 1,125.00 |
| | | **Project Total:** | **69.60** | **$ 18,494.50** |

## A006:  Employment / Fee Applications

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Holland, P. | 3/03/20 | Begin drafting first interim fee application. | 1.10 | 302.50 |
| Holland, P. | 3/06/20 | Continue drafting first interim application and exhibits. | 3.70 | 1,017.50 |
| Holland, P. | 3/06/20 | Communicate with K. Quinn re status of January fee statement and draft of 1st interim fee application. | .20 | 55.00 |
| Quinn, K. | 3/09/20 | Review first interim fee application. | .20 | 190.00 |
| Holland, P. | 3/15/20 | Revise interim application per comments from C. Gange and K. Quinn. | 1.30 | 357.50 |
| Quinn, K. | 3/16/20 | Confer with P. Holland re billing issues and interim fee application. | .30 | 285.00 |
| Holland, P. | 3/16/20 | Finalize 1st interim fee application and exhibits. | 1.60 | 440.00 |
| Grim, E. | 3/16/20 | Revise interim fee statement. | .30 | 180.00 |
| Grim, E. | 3/17/20 | Confer with P. Holland re issues relating to interim fee application. | .70 | 420.00 |
| Holland, P. | 3/23/20 | Review LEDES files for 1st interim fee application; communicate with UST office re same. | .20 | 55.00 |
| Holland, P. | 3/25/20 | Begin drafting February 2020 fee statement and exhibits. | 1.30 | 357.50 |
| Holland, P. | 3/26/20 | Continue drafting February fee statement and exhibits. | .90 | 247.50 |

Invoice Number: 11319762
May 19, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Holland, P. | 3/26/20 | Communicate with C. Gange re February fee statement. | .20 | 55.00 |
| | | **Project Total:** | **12.00** | **$ 3,962.50** |

## A007:  Emergency Relief Fund

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Grim, E. | 3/02/20 | Participate in call re ERF revisions. | .80 | 480.00 |
| Grim, E. | 3/02/20 | Review ERF revisions. | .20 | 120.00 |
| Grim, E. | 3/03/20 | Review revisions to ERF. | .20 | 120.00 |
| Quinn, K. | 3/04/20 | Review updates and revisions to ERF proposal. | .50 | 475.00 |
| Quinn, K. | 3/05/20 | Review revised provisions re non-consenting states. | .70 | 665.00 |
| Quinn, K. | 3/06/20 | Review proposal and client comments re NCSG proposal. | .30 | 285.00 |
| Grim, E. | 3/06/20 | Participate in AHC call re ERF revisions. | .70 | 420.00 |
| Quinn, K. | 3/09/20 | Review correspondence and changes to ERF. | .70 | 665.00 |
| Grim, E. | 3/11/20 | Confer with AHC re ERF and Debtors' motion to extend stay. | .70 | 420.00 |
| Gilbert, S. | 3/19/20 | Confer with D. Molton, DOJ and others re ERF. | 1.00 | 1,500.00 |
| Quinn, K. | 3/19/20 | Participate in call with DOJ and others re ERF issues. | 1.00 | 950.00 |
| Grim, E. | 3/19/20 | Confer with D. Molton, G. Cicero, DOJ attorneys, S. Gilbert and K. Quinn re ERF negotiations and plan-related issues. | 1.00 | 600.00 |
| Quinn, K. | 3/20/20 | Confer with DOJ, R. Ringer, Brown Rudnick and E. Grim re ERF. | .60 | 570.00 |
| Grim, E. | 3/20/20 | Confer with Brown Rudnick, R. Ringer, DOJ representatives and K. Quinn re ERF issues. | .60 | 360.00 |
| Quinn, K. | 3/22/20 | Review changes to proposal and correspondence re same. | .50 | 475.00 |
| Quinn, K. | 3/23/20 | Confer with co-counsel re proposal and sharing with other constituencies. | .30 | 285.00 |
| Quinn, K. | 3/24/20 | Communications with E. Grim re ERF filing. | .30 | 285.00 |
| Grim, E. | 3/24/20 | Correspond with K. Quinn re ERF proposal. | .30 | 180.00 |
| Quinn, K. | 3/25/20 | Confer with DOJ and AHC re FA reports, and ERF status and issues. | 2.00 | 1,900.00 |
| Quinn, K. | 3/25/20 | Participate in call with co-counsel and AHC re ERF strategy and filing. | .80 | 760.00 |

Invoice Number: 11319762
May 19, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Grim, E. | 3/25/20 | Participate in call with co-counsel, DOJ and K. Quinn re Debtors' valuation and ERF-related issues. | 2.00 | 1,200.00 |
| Grim, E. | 3/25/20 | Confer with co-counsel, AHC, K. Quinn, and S. Gilbert re ERF negotiations. | .80 | 480.00 |
| Gilbert, S. | 3/26/20 | Confer with co-counsel, A. Preis re ERF. | 1.50 | 2,250.00 |
| Quinn, K. | 3/26/20 | Correspond with co-counsel re potential chambers conference and filing. | .50 | 475.00 |
| Quinn, K. | 3/26/20 | Participate in call with co-counsel re ERF legal issues. | 1.00 | 950.00 |
| Quinn, K. | 3/26/20 | Review proposed letter to court re chambers conference. | .20 | 190.00 |
| Grim, E. | 3/26/20 | Review communications re proposals for ERF revisions. | .10 | 60.00 |
| Grim, E. | 3/26/20 | Revise notice of filing ERF proposals. | .60 | 360.00 |
| Grim, E. | 3/26/20 | Confer with AHC co-counsel re potential chambers conference re ERF issues. | .40 | 240.00 |
| Grim, E. | 3/26/20 | Confer with co-counsel and DOJ re ERF-related issues. | 1.00 | 600.00 |
| Gilbert, S. | 3/27/20 | Confer with AHC and AHC co-counsel re ERF. | 1.10 | 1,650.00 |
| Quinn, K. | 3/27/20 | Confer with Committee re proposed chambers conference. | 1.10 | 1,045.00 |
| Grim, E. | 3/27/20 | Revise letter to Judge Drain re ERF-related conference. | .10 | 60.00 |
| Grim, E. | 3/27/20 | Revise 2004 joinder motion. | .20 | 120.00 |
| Grim, E. | 3/27/20 | Confer with AHC co-counsel (Brown Rudnick, Kramer Levin, Otterberg) and AHC representatives re strategy for ERF chambers conference. | 1.10 | 660.00 |
| Gilbert, S. | 3/29/20 | Confer with A. Preis re ERF; confer K. Eckstein re ERF; confer with AHC re ERF. | 2.00 | 3,000.00 |
| Quinn, K. | 3/29/20 | Confer with D. Molton and S. Gilbert re strategy. | .70 | 665.00 |
| Quinn, K. | 3/29/20 | Follow up correspondence re ERF strategy in advance of chambers conference. | .40 | 380.00 |
| Gilbert, S. | 3/30/20 | Confer with AHC re ERF. | .70 | 1,050.00 |
| Quinn, K. | 3/30/20 | Participate in ERF chambers conference. | 1.40 | 1,330.00 |
| Quinn, K. | 3/30/20 | Review and consider implications of J. Drain follow up email. | .50 | 475.00 |
| Quinn, K. | 3/30/20 | Confer with clients re follow up to chambers conference. | .70 | 665.00 |
| Grim, E. | 3/30/20 | Confer with AHC representatives and co-counsel (Kramer Levin, Brown Rudnick) re ERF chambers conference and next steps. | .70 | 420.00 |

Invoice Number: 11319762
May 19, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Grim, E. | 3/30/20 | Review memorandum and court order re ERF procedure. | .20 | 120.00 |
| Quinn, K. | 3/31/20 | Correspond with co-counsel re ERF status and strategy. | .20 | 190.00 |
| Grim, E. | 3/31/20 | Participate in weekly non-State AHC call re ERF status and strategy. | 1.40 | 840.00 |
| | | **Project Total:** | **33.80** | **$ 30,990.00** |

### A008:  Litigation: Contested Matters / Adversary Proceedings / Automatic Stay

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 3/05/20 | Correspond with Kramer lawyers re extension of injunction. | .30 | 285.00 |
| Sraders, S. | 3/05/20 | Review recent correspondence among Ad Hoc Committee re motion for extension of preliminary injunction. | .60 | 228.00 |
| Gilbert, S. | 3/15/20 | Confer with AHC counsel re stay issues. | 1.00 | 1,500.00 |
| Quinn, K. | 3/16/20 | Review drafts of motion re stay extension. | .30 | 285.00 |
| Quinn, K. | 3/17/20 | Confer with co-counsel re responses to extension on motion to stay. | .10 | 95.00 |
| Quinn, K. | 3/17/20 | Review pleadings in preparation for hearing. | 1.00 | 950.00 |
| Gilbert, S. | 3/18/20 | Attend hearing. | 2.50 | 3,750.00 |
| Quinn, K. | 3/18/20 | Telephonically attend injunction hearing. | 2.50 | 2,375.00 |
| Grim, E. | 3/18/20 | Attend hearing re motion to extend stay. | 2.50 | 1,500.00 |
| | | **Project Total:** | **10.80** | **$ 10,968.00** |

### A009:  Meetings / Communications with AHC & Creditors

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Grim, E. | 3/03/20 | Participate in non-state update call. | .60 | 360.00 |
| Gilbert, S. | 3/04/20 | Meet with Ad Hoc Committee re strategy. | 1.00 | 1,500.00 |
| Grim, E. | 3/04/20 | Participate in weekly AHC update call. | 1.00 | 600.00 |
| Grim, E. | 3/04/20 | Draft status report re weekly AHC update call. | .20 | 120.00 |
| Sraders, S. | 3/04/20 | Review correspondence among Ad Hoc Committee members. | .20 | 76.00 |
| Sraders, S. | 3/10/20 | Review correspondence among Ad Hoc Committee members. | .10 | 38.00 |
| Gilbert, S. | 3/11/20 | Meet with Ad Hoc Committee re weekly meeting. | .90 | 1,350.00 |
| Quinn, K. | 3/11/20 | Participate in Committee call. | .90 | 855.00 |

Invoice Number: 11319762
May 19, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Sraders, S. | 3/11/20 | Review correspondence among Ad Hoc Committee members. | .20 | 76.00 |
| Sraders, S. | 3/12/20 | Review presentations, motions, and other correspondence circulated by members of the Ad Hoc Committee. | 1.10 | 418.00 |
| Sraders, S. | 3/13/20 | Review motions and other correspondence circulated by members of the Ad Hoc Committee. | .40 | 152.00 |
| Gilbert, S. | 3/16/20 | Confer with tribes re strategy. | .70 | 1,050.00 |
| Sraders, S. | 3/17/20 | Review documents circulated by the Ad Hoc Committee members. | .30 | 114.00 |
| Gilbert, S. | 3/18/20 | Weekly strategy call with AHC; confer with J. Rice re strategy; confer with Tribal Committee re strategy. | 2.50 | 3,750.00 |
| Quinn, K. | 3/18/20 | Participate in non-states coordination call. | .50 | 475.00 |
| Grim, E. | 3/23/20 | Participate in diligence subcommittee call. | .60 | 360.00 |
| Quinn, K. | 3/24/20 | Participate in call with non-states re status and strategy. | 1.30 | 1,235.00 |
| Quinn, K. | 3/25/20 | Participate in weekly client update call. | .50 | 475.00 |
| Grim, E. | 3/25/20 | Participate in AHC weekly update call. | .50 | 300.00 |
| Gilbert, S. | 3/31/20 | Confer with non-states re open matters and strategy. | 1.10 | 1,650.00 |
| Quinn, K. | 3/31/20 | Participate in non-states call re open matters and status. | 1.10 | 1,045.00 |
| | | **Project Total:** | **15.70** | **$ 15,999.00** |

## A019:  Plan of Reorganization / Disclosure Statement

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 3/02/20 | Confer with Ad Hoc Committee counsel re experts. | 1.00 | 1,500.00 |
| Quinn, K. | 3/02/20 | Communicate with J. Conroy re information request. | .10 | 95.00 |
| Quinn, K. | 3/04/20 | Meet with E. Grim and S. Gilbert re status and strategy. | .60 | 570.00 |
| Quinn, K. | 3/04/20 | Confer with E. Grim re next steps, task list and strategy. | 1.00 | 950.00 |
| Grim, E. | 3/04/20 | Review materials re causation and damages for TDP. | 1.00 | 600.00 |
| Grim, E. | 3/04/20 | Confer with S. Sraders re TDP. | .50 | 300.00 |
| Sraders, S. | 3/04/20 | Confer with E. Grim re next steps for drafting trust distribution procedures. | .50 | 190.00 |

Invoice Number: 11319762
May 19, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Sraders, S. | 3/04/20 | Research re outstanding questions re trust distribution procedures. | 1.80 | 684.00 |
| Gilbert, S. | 3/05/20 | Confer with DOJ re strategy. | .70 | 1,050.00 |
| Gilbert, S. | 3/05/20 | Meet with D. Nachman re strategy. | 1.50 | 2,250.00 |
| Abrishami, M. | 3/05/20 | Confer with E. Grim re expert reports and TDP. | .20 | 128.00 |
| Sraders, S. | 3/05/20 | Review prior trust distribution procedures and expert reports to determine how to draft Purdue trust distribution procedures. | 4.90 | 1,862.00 |
| Gilbert, S. | 3/06/20 | Meet with S. Birnbaum re insurance strategy. | 1.20 | 1,800.00 |
| Quinn, K. | 3/09/20 | Review memorandum re tax implications. | .50 | 475.00 |
| Quinn, K. | 3/10/20 | Confer with S. Sraders re document review. | .20 | 190.00 |
| Grim, E. | 3/10/20 | Confer with S. Sraders re TDP. | .20 | 120.00 |
| Sraders, S. | 3/10/20 | Confer with E. Grim re trust distribution procedures. | .20 | 76.00 |
| Sraders, S. | 3/10/20 | Analyze trust distribution procedures from other matters. | 1.50 | 570.00 |
| Sraders, S. | 3/11/20 | Continue analysis of TDPs from other matters to determine issues for Purdue TDPs. | 3.00 | 1,140.00 |
| Sraders, S. | 3/12/20 | Draft discussion outline for Purdue trust distribution procedures. | 3.50 | 1,330.00 |
| Sraders, S. | 3/13/20 | Continue drafting discussion outline for Purdue trust distribution procedures. | 4.60 | 1,748.00 |
| Quinn, K. | 3/16/20 | Confer with E. Grim re status and strategy. | .50 | 475.00 |
| Quinn, K. | 3/16/20 | Telephone call with D. Molton re status. | .30 | 285.00 |
| Sraders, S. | 3/17/20 | Revise draft discussion outline re TDPs. | .20 | 76.00 |
| Grim, E. | 3/20/20 | Confer with co-counsel (Kramer Levin, Brown Rudnick, and Otterberg) re issues relating to information requests by DOJ. | .50 | 300.00 |
| Quinn, K. | 3/23/20 | Confer with S. Gilbert and D. Molton re status and strategy. | 1.00 | 950.00 |
| Quinn, K. | 3/25/20 | Confer with E. Grim re status of TDP. | .20 | 190.00 |
| Grim, E. | 3/25/20 | Revise memorandum re TDP-related issues. | .30 | 180.00 |
| Sraders, S. | 3/25/20 | Confer with E. Grim re status of outstanding matters. | .70 | 266.00 |
| Gilbert, S. | 3/29/20 | Confer with K. Quinn re strategy. | 1.00 | 1,500.00 |
| Grim, E. | 3/30/20 | Draft outline re TDP-related issues. | .20 | 120.00 |
| Gilbert, S. | 3/31/20 | Confer with working group re TDP. | 1.00 | 1,500.00 |
| Quinn, K. | 3/31/20 | Confer with counsel, J. Conroy, P. Baden, and others re TDP. | 1.00 | 950.00 |
| Grim, E. | 3/31/20 | Confer with K. Quinn, D. Molton, G. Cicero, J. Conroy, and J. Baden re TDP strategy. | 1.00 | 600.00 |

Invoice Number: 11319762
May 19, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Grim, E. | 3/31/20 | Revise TDP strategy outline based on discussions with working group. | 1.50 | 900.00 |
| Sraders, S. | 3/31/20 | Confer with E. Grim re Purdue trust distribution procedures. | .40 | 152.00 |
| Sraders, S. | 3/31/20 | Review documents re Purdue trust distribution procedures. | .10 | 38.00 |
| | | **Project Total:** | **38.60** | **$ 26,110.00** |
| | | **TOTAL CHARGEABLE HOURS** | **367.10** | |
| | | **TOTAL FEES** | | **$ 218,342.50** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Gilbert, S. | 24.30 | 1,500.00 | 36,450.00 |
| Quinn, K. | 32.80 | 950.00 | 31,160.00 |
| Shore, R. | 16.50 | 1,200.00 | 19,800.00 |
| Holland, P. | 10.50 | 275.00 | 2,887.50 |
| Hudson, J. | 45.50 | 675.00 | 30,712.50 |
| Girgenti, J. | 7.10 | 335.00 | 2,378.50 |
| Grim, E. | 30.10 | 600.00 | 18,060.00 |
| Wolf, D. | 24.10 | 600.00 | 14,460.00 |
| Jones, T. | 12.00 | 290.00 | 3,480.00 |
| Rush, M. | 1.20 | 640.00 | 768.00 |
| Martinez, S. | 10.00 | 225.00 | 2,250.00 |
| Johnson, K. | 15.60 | 225.00 | 3,510.00 |
| Abrishami, M. | 5.40 | 640.00 | 3,456.00 |
| Bonesteel, A. | 31.50 | 225.00 | 7,087.50 |
| Lyle, R. | 5.80 | 305.00 | 1,769.00 |
| Fastenau, L. | 24.40 | 300.00 | 7,320.00 |
| Farra, A. | 32.20 | 570.00 | 18,354.00 |
| Carey, C. | .70 | 325.00 | 227.50 |
| Sraders, S. | 37.40 | 380.00 | 14,212.00 |
| **TOTALS** | **367.10** | | **$ 218,342.50** |

Invoice Number: 11319762
May 19, 2020

**TASK SUMMARY**

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| A001 | Asset Analysis & Recovery | 186.60 | 111,818.50 |
| A004 | Case Administration | 69.60 | 18,494.50 |
| A006 | Employment / Fee Applications | 12.00 | 3,962.50 |
| A007 | Emergency Relief Fund | 33.80 | 30,990.00 |
| A008 | Litigation: Contested Matters / Adversary Proceedings / Automatic Stay | 10.80 | 10,968.00 |
| A009 | Meetings / Communications with AHC & Creditors | 15.70 | 15,999.00 |
| A019 | Term Sheet/Plan Support Agreements | 38.60 | 26,110.00 |

**EXPENSE DETAILS**

**E106:  Online Research**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 3/31/20 | Westlaw | E106 | 771.37 |
| | **Sub-Total of Expenses:** | | **$ 771.37** |

**E118:  Litigation Support Vendors**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 2/29/20 | Contracted Professional Fees - Aldebaran Group - Case Support - 02.01.2020 - 02.29.2020 | E118 | 454.74 |
| 3/31/20 | Contracted Professional Fees - Aldebaran Group - Case Support - 03.01.2020 - 03.31.2020 | E118 | 351.39 |
| | **Sub-Total of Expenses:** | | **$ 806.13** |

| | | | |
|---|---|---|---|
| | **TOTAL EXPENSES** | | **$ 1,577.50** |

**EXPENSE SUMMARY**

| Description | Amount |
|-------------|--------|
| Contracted Professional Fees | 806.13 |
| Westlaw | 771.37 |

| | |
|---|---|
| **TOTAL FEES AND EXPENSES** | **$ 219,920.00** |