**EXHIBIT A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### ORDER (I) EXTENDING THE GENERAL BAR DATE FOR A LIMITED PERIOD AND (II) APPROVING THE FORM AND MANNER OF NOTICE THEREOF

Upon the motion (the "**Motion**") of Purdue Pharma L.P. ("**PPLP**") and its affiliates that are debtors and debtors in possession in these proceedings (collectively, the "**Debtors**," the "**Company**," or "**Purdue**"), for an order, pursuant to section 105(a) and 501 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002 and 3003(c)(3) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), (i) extending the General Bar Date[2] for a thirty (30) day period and (ii) approving the form and manner of notice thereof, and it appearing that the relief requested is in the best interests of the Debtors, their estates, and creditors; and that adequate notice has been given and that no further notice is necessary; and after due deliberation and good and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

1. The Motion is granted as set forth herein.

2. The General Bar Date is extended from Tuesday, June 30, 2020, at 5:00 p.m. (Prevailing Eastern Time) to **Thursday, July 30, 2020, at 5:00 p.m. (Prevailing Eastern Time)** (the "**Extended General Bar Date**").

3. The form and manner of providing notice of the Extended General Bar Date proposed in the Motion are approved in all respects pursuant to Bankruptcy Rule 2002. The form and manner of notice of the Extended General Bar Date as approved herein are deemed to fulfill the notice requirements of the Bankruptcy Rules and the Local Rules for the Court, and notice of the Extended General Bar Date in the form and manner as proposed by the Debtors herein is fair and reasonable and will provide good, sufficient, and due notice to all creditors of their rights and obligations in connection with claims they may assert against the Debtors' estates in these chapter 11 cases. Accordingly, the Debtors are authorized and directed to publish the notice of the Extended General Bar Date as set forth below.

4. The Extended Notice Plan, as described in the supplemental declaration of Jeanne C. Finegan (the "**Supplemental Finegan Declaration**"), is hereby approved and shall be deemed good, adequate, and sufficient publication notice of the Extended General Bar Date. The Debtors are authorized to implement the components of the Extended Notice Plan as set forth in the Motion and the Supplemental Finegan Declaration.

5. Nothing contained in this Order, the Motion, or any notice of the Extended General Bar Date is intended to be or shall be construed as an admission of the Debtors' liability, an admission as to the validity of any claim against the Debtors, or a waiver of the Debtors' or any appropriate party in interest's rights to dispute any claim.

6. The Debtors and Prime Clerk are authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

7. Entry of this Order is without prejudice to the right of the Debtors to seek a further order of this Court fixing a date by which holders of claims or interests not subject to the Extended General Bar Date established herein must file such proofs of claim or interest or be barred from doing so.

8. Subject to the provisions of this Order, nothing shall be construed as altering or amending the Court's prior *Order Establishing (I) Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof* [Dkt. No. 800].

Dated: _____, 2020
       White Plains, New York

                                                    THE HONORABLE ROBERT D. DRAIN
                                                    UNITED STATES BANKRUPTCY JUDGE