Hearing Date and Time: June 3, 2020, at 10:00 a.m. (E.T.)
Objection Deadline: May 31, 2020, at 4:00 p.m. (E.T.)

PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew M. Troop
31 West 52nd Street
New York, New York 10019
212-858-1000

*Counsel to the Ad Hoc Group of Non-Consenting States*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF TELEPHONIC HEARING ON REQUESTS
FOR ENTRY OF AN ORDER EXTENDING THE BAR DATE BY NINETY DAYS**

**PLEASE TAKE NOTICE** that between May 7, 2020 and May 19, 2020, requests were entered on the docket in these cases asking the Court to extend the bar date by ninety days (*i.e.*, to September 30, 2019) due to the circumstances caused by COVID-19. *See* Docket Nos. 1133, 1141, 1142, 1145, 1149, 1153, 1157, 1158, 1160, 1168 (collectively, the "**Pending Requests**").

**PLEASE TAKE FURTHER NOTICE** that on May 19, 2020, the Ad Hoc Group of Non-Consenting States filed its Memorandum/Statement in support of a ninety-day bar date extension sought by the Pending Requests [Docket No. 1173] (the "**NCSG Statement**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Pending Requests will be

---

[1] The debtors in these chapter 11 cases ("**Debtors**"), along with the last four digits of their federal tax identification numbers, are Purdue Pharma Manufacturing L.P. (3821), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies K.P. (1868), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (6166), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' principal offices are at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

held on **June 3, 2020 at 10:00 a.m. (E.T.)** (the "**Hearing**") before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), the Hearing will be conducted telephonically. Parties wishing to appear at, or attend, the Hearing must refer to and comply with the Bankruptcy Court's guidelines for telephonic appearances[2] and make arrangements with Court Solutions LLC by telephone at (917) 746-7476.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the proposed ninety-day extension of the bar date made in the Pending Requests and the NCSG Statement shall be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, filed with the Bankruptcy Court, and served in accordance with the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* entered on November 18, 2019 [Docket No. 498], so as to be filed and received no later than **May 31, 2020, at 4:00 p.m. (E.T.)**.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing **telephonically** so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court. Failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that copies of the Pending Requests and the NCSG Statement may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with

---

[2]  The Bankruptcy Court's procedures for telephonic appearances are available at:
http://www.nysb.uscourts.gov/telephonic-appearances-white-plains.

the procedures and fees set forth therein.

Dated: May 26, 2020        PILLSBURY WINTHROP SHAW PITTMAN LLP
      New York, New York

By:   */s/ Andrew M. Troop*
     Andrew M. Troop
     31 West 52nd Street
     New York, NY 10019
     Telephone: (212) 858-1000
     Email: andrew.troop@pillsburylaw.com

*Counsel to the Ad Hoc Group of Non-Consenting States*