Eisenberg & Baum, LLP
Michael S. Quinn
Eric Baum
Paul A. Rachmuth
24 Union Square East, Fourth Floor
New York, New York  10003
(212) 353-8700
Counsel to the Ad Hoc Committee on Accountability

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.* [1] | Case No.  19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

### VERIFIED STATEMENT OF THE AD HOC COMMITTEE ON ACCOUNTABILITY PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

The Ad Hoc Committee on Accountability (the "**Ad Hoc Committee**"), by its

undersigned counsel, submits this statement pursuant to Rule 2019 of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**") and respectfully states as follows:

1.      Since February 2018, Michael S. Quinn of Eisenberg & Baum, LLP ("**E&B**") has

represented certain members of the Ad Hoc Committee regarding various issues unrelated to the

Debtors.

---

[1] The debtors in these chapter 11 cases ("**Debtors**" or "**Purdue**"), along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014) (collectively, the "**Bankruptcy Cases**").

2.      On September 15, 2019 (the "**Filing Date**"), the Debtors filed the Bankruptcy

Cases.  Since the Filing Date, E&B has provided bankruptcy related advise to members of the Ad

Hoc Committee.

3.      In May 2020, E&B entered into retainer arrangements with the members of the

Ad Hoc Committee for representation of the Committee in the Bankruptcy Cases.

4.      As of the date hereof, E&B does not represent, nor purport to represent, any

entities or individuals, other than the Ad Hoc Committee and members therein, in connection

with the Bankruptcy Cases.

5.      E&B does not represent the Ad Hoc Committee as a "committee" as such term is

used in the 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**") and the Bankruptcy Rules and

does not undertake to represent the interests of, or act as a fiduciary for, any creditor, party in

interest or other entity that has not entered into a retention agreement with E&B.

6.      In accordance with Bankruptcy Rule 2019, annexed hereto as **<u>Exhibit "A"</u>** is a

list of the Ad Hoc Committee member names, addresses and the "nature and amount of all

disclosable economic interests" held in respect of the Debtors as of the date hereof.

7.      The information contained in Exhibit A is based on the information provided by

the Ad Hoc Committee members and is intended only to comply with Rule 2019 and for no other

purpose.  E&B does not make any representation regarding the validity, amount, allowance or

priority of such claims and reserves all rights with respect thereto.

8.      Nothing contained in this Statement should be construed should be construed as a

limitation upon, or a waiver of, any right of any member of the Ad Hoc Committee to assert, file

or amend their claims in these Bankruptcy Cases.

9.      E&B reserves the right to amend or supplement this Statement in accordance with

Bankruptcy Rule 2019.


Dated: May 28, 2020                          Respectfully Submitted,
       New York, NY
                                             Eisenberg & Baum, LLP

                                             By:      /s/ Michael S. Quinn
                                                      Michael S. Quinn (mq-1640)
                                                      Eric Baum (eb-5493)
                                                      Paul A. Rachmuth (pr-1566)
                                             24 Union Square East, Fourth Floor
                                             New York, New York  10003
                                             (212) 353-8700
                                             mquinn@eandblaw.com
                                             prachmuth@eandblaw.com
                                             ebaum@eandblaw.com


                                             *Counsel to Ad Hoc Committee on Accountability*

Exhibit A
Ad Hoc Committee Members and their Economic Interests

| MEMBER | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Nan Goldin | 278 Clinton Avenue Brooklyn, NY 11205 | Unliquidated, unsecured claims on the basis of personal injury claims against the Debtors, compensatory and punitive damages. |
| Edward J Bisch | 166 E Country Club Dr Westhampton, NJ 08060 | Unliquidated, unsecured claims on the basis of wrongful death and loss of consortium claims against the Debtors, compensatory and punitive damages. |
| Emily Walden | 10700 Tall Tree Court Louisville, KY 40241 | Unliquidated, unsecured claims on the basis of wrongful death claims against the Debtors, compensatory and punitive damages. |
| Barbara Van Rooyan | 8 Delphinus Irvine, CA 92603 | Unliquidated, unsecured claims on the basis of wrongful death and loss of consortium claims against the Debtors, compensatory and punitive damages. |
| Cynthia Munger | 31 Louella Court Wayne, PA 19087 | Unliquidated, unsecured claims  on the basis of personal injury claims against the Debtors, compensatory and punitive damages. |