5/24/2020　19-28649-shl Doc 1189-5 Filed 05/28/20 Entered 05/28/20 13:46:44 Exhibit 5 PUBLIC REPOSITORY OF DOCUMENTS RELATING...CONSPIRACY AND KICKBA...

Pg 1 of 2





U.S. Attorneys » District of Vermont » News

**Department of Justice**

U.S. Attorney's Office

District of Vermont

FOR IMMEDIATE RELEASE                                                                                                    Wednesday, April 8, 2020

## PUBLIC REPOSITORY OF DOCUMENTS RELATING TO PRACTICE FUSION, INC.'S RESOLUTION OF CONSPIRACY AND KICKBACK CHARGES IN CONNECTION WITH PHARMA CO. X NOW AVAILABLE ON-LINE

Christina E. Nolan, the United States Attorney for the District of Vermont, announced today that the public document repository required by the January 27, 2020, Deferred Prosecution Agreement ("DPA") between her office and electronic medical record vendor Practice Fusion, Inc. is now live. The DPA provisionally resolved Practice Fusion's criminal conspiracy and violation of the Anti-Kickback Statute in connection with soliciting and receiving remuneration from an opioid company ("Pharma Co. X") in exchange for creating and embedding clinical decision support alerts in Practice Fusion's health record's software to influence physician ordering of extended release opioids. Under the terms of the DPA, Practice Fusion is required to host a website containing documents underlying the criminal conduct.

"This first-of-its-kind public document repository is an important component of our resolution with Practice Fusion and provides transparency as to the conduct underlying this resolution," said Christina E. Nolan, United States Attorney for the District of Vermont. "The public has a right to understand how Practice Fusion promised to use its medical technology in ways commercially favorable to itself and an opioid company."

The website containing links to over four hundred (400) documents is available at:

https://www.pfdatabasedistrictofvermontsettlement.net/　.

Information about the Government's January 27, 2020 resolution with Practice Fusion, including links to the Government's Information, DPA, and other court filings, is available at:

https://www.justice.gov/usao-vt/pr/electronic-health-records-vendor-pay-largest-criminal-fine-vermont-history-and-total-145

The year 2020 marks the 150th anniversary of the Department of Justice. Learn more about the history of our agency at www.Justice.gov/Celebrating150Years

**Topic(s):**

Health Care Fraud

**Component(s):**
USAO - Vermont

Updated April 8, 2020