Home · Mail · News · Finance · Sports · Entertainment · Search · Mobile · More...

Search for news, symbols or compan...    Sign in

Finance Home | Coronavirus | Watchlists | My Portfolio | Screeners | Premium 🔒 | Markets

U.S. markets closed

**S&P 500** 3,036.13  +44.36 (+1.48%)
**Dow 30** 25,548.27  +553.16 (+2.21%)
**Nasdaq** 9,412.36  +72.14 (+0.77%)
**Russell 2000** 1,437.99  +44.92 (+3.22%)



# Exclusive: OxyContin maker Purdue is 'Pharma X' in U.S. opioid kickback probe - sources

By Mike Spector and Tom Hals
Reuters    January 28, 2020



FILE PHOTO: Bottles of prescription painkiller OxyContin made by Purdue Pharma LP on a counter at a local pharmacy in Provo

By Mike Spector and Tom Hals

NEW YORK (Reuters) - OxyContin maker Purdue Pharma LP is the unnamed company that surfaced in criminal charging documents filed earlier this week in a probe of illegal kickbacks from drugmakers, according to people familiar with the matter.

Purdue Pharma, which faces U.S. Justice Department probes and sprawling litigation over allegations it

**Quote Lookup**

**Related Quotes**
| Symbol | LAST_PRICE | Change |
|---|---|---|
| MDRX | 6.83 | +0.11 |

Allscripts Healthcare Solutions, Inc.

**Recently Viewed** ›

Your list is empty.

If You Have More Than $1,000 in Your Checking Account, Make These 5 Moves
TheWalletGuru.com    Learn M...

**What to Read Next**

Home  Mail  News  Finance  Sports  Entertainment  Search  Mobile  More...

Search for news, symbols or companies          Sign in

Finance Home   Coronavirus   Watchlists   My Portfolio   Screeners   Premium 🔒   Markets   ...

The vendor allegedly received a roughly $1 million illegal kickback from an opioid company identified in the documents as "Pharma Co. X." The unnamed company is Purdue Pharma, the people familiar with the matter said. Purdue was not criminally charged in the case or accused of wrongdoing.

"As Purdue Pharma has previously stated, the company is cooperating with investigative demands various components of the U.S. Department of Justice in connection with criminal and civil investigations of the company," the Stamford, Connecticut-based drugmaker said in a statement, adding that it had no further comment.

Members of the wealthy Sackler family who control Purdue but no longer sit on its board have also been named in litigation and issued a separate statement.

"Throughout their time on the board since 2007, the directors were regularly and consistently assured that the company was in full compliance with all legal and regulatory requirements, and so we would be profoundly disappointed if any of those assurances turned out not to be true," they said.

A spokesman for the Vermont U.S. attorney's office and a Justice Department spokeswoman in Washington declined to comment.

The development intensifies pressure on Purdue and the Sacklers as the company holds talks aimed at resolving the Justice Department investigations. Resolving those probes is a condition of a tentative multibillion-dollar settlement with more than 2,600 cities, counties and states that have sued Purdue and its wealthy owners seeking to hold them responsible for the opioid epidemic.

The company and the Sacklers deny they are to blame for the crisis that has caused some 400,000 deaths

Justice Department Ends Probe Into 3 Senators Who Sold Stock After January Coronavirus Briefing
People

The Man Who Bought Amazon at $48 Says Buy TaaS Now
Empire Financial Research  Ad

Inquiry into Russia probe carries political consequences
Associated Press

Why Lori Loughlin and Mossimo Giannulli Could Avoid Jail Time Entirely Due to COVID
People

Home  Mail  News  Finance  Sports  Entertainment  Search  Mobile  More...

Search for news, symbols or compan  Sign in

Finance Home  Coronavirus  Watchlists  My Portfolio  Screeners  Premium 🔒  Markets  ...

at up to $10 billion.

The vendor at the center of the kickback investigation is Allscripts Healthcare Solutions Inc's <MDRX.O> Practice Fusion unit.

It agreed to pay $145 million to resolve criminal and civil allegations that it solicited and received kickbacks from several drugmakers in exchange for embedding alerts in physicians' software to boost sales of their products, the Vermont U.S. attorney's office said.

As part of the settlement, Practice Fusion entered into a deferred prosecution agreement to resolve criminal charges linked to the illegal kickback it received from the unnamed company, which sources identified as Purdue.

Practice Fusion also resolved a civil allegation that it submitted false claims to federal healthcare programs in relation to the kickback arrangement with the unnamed opioid company, prosecutors said.

Reuters was unable to learn the identities of the other pharmaceutical companies involved in the case.

PUSHING MORE ADDICTIVE OPTIONS

Practice Fusion began soliciting payments from Pharma Co. X in late 2013 in exchange for creating an physician alert designed to boost opioid prescriptions by suggesting doctors focus on assessing and treating a patient's pain symptoms with opioid medication as a preferred option.

Practice Fusion pitched the software as a way to influence doctors and counter the unnamed company's declining opioid sales, stemming from heightened public awareness of addiction risks, according to court documents.

Jaclyn Smith Is 72 Now & Is Unrecognizable
Definition  Ad

Graham calls Rosenstein as first witness Russia probe
Associated Press

Trump's 'Operation Warp Speed': No way happens, says infectious disease expert
Yahoo Finance

Millennials raid retirement savings amid 19: RPT
Yahoo Finance Video

Home | Mail | News | Finance | Sports | Entertainment | Search | Mobile | More...

Search for news, symbols or compan      Sign in

Finance Home    Coronavirus    Watchlists    My Portfolio    Screeners    Premium 🔒    Markets    •••

The alert on the Practice Fusion platform, used by tens of thousands of healthcare providers, was triggered 230 million times from July 2016 until the spring of 2019, according to court documents.

**12 "Three Stooges" Facts That They Hid Fans**
StandardNews  Ad

Allscripts General Counsel and Chief Administrative Officer Brian Farley said in a statement the allegations predate his company's 2018 acquisition of Practice Fusion for $100 million.

He said Allscripts has strengthened Practice Fusion's compliance program and is aware of the devastation opioids have caused to U.S. communities.

**Watch the countdown to SpaceX's histor launch of NASA's first Dragon riders**
GeekWire

(Reporting by Mike Spector in New York and Tom H in Wilmington, Delaware; Editing by Bill Berkrot)



Home  Mail  News  Finance  Sports  Entertainment  Search  Mobile  More...

Search for news, symbols or compan...  Sign in

Finance Home   Coronavirus   Watchlists   My Portfolio   Screeners   Premium 🔒   Markets   ...

ONLINE SAVINGS ACCOUNT

View reactions (3)

Sign in to post a message.



If You Have More Than $1,000 in Your Checking Account, Make These 5 Moves
TheWalletGuru.com    Learn More



Exclusive: OxyContin maker Purdue Pharma explores bankruptcy - sources

Home | Mail | News | Finance | Sports | Entertainment | Search | Mobile | More...

Sign in

Finance Home | Coronavirus | Watchlists | My Portfolio | Screeners | Premium 🔒 | Markets