Message

| | |
|---|---|
| From: | **Employee #5** |
| Sent: | 4/22/2015 11:17:59 AM |
| To: | [@practicefusion.com] |
| CC: | [@practicefusion.com] |
| Subject: | Pharma Co. X Proposal |
| Attachments: | Pharma Co. X xlsx |



We are working on a Pharma Co. X proposal that will re-introduce the pain proposal you wrote for the analytics team in the winter of last year. Since this is being sent to a marketing audience the idea of ROI has to be part of the plan to justify the costs of the program. Attached is a spreadsheet that calculates the total annual value of a treated patient. Do you think we can develop some sort of ROI model that can make assumptions of increased patient volumes or increased persistency on these products to calculate an estimated ROI?

I'll schedule some time to discuss.

Thanks,

**Employee #5**

Facebook
@PracticeFusion