| Product | AWP | Day Supply | Price/Day | Pt Annual Value (AWP) | Pt Annual Value (Pharm Acquisition or Sales) | Annual Profit Patient | Pre Program Value on PF Portfolio | Post Program Value on PF Portfolio | Change | Pre | Post |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $202.65 | 28 | $7.24 | $2,642 | $1,902 | $951 | $5,500,627 | $5,885,671 | $385,044 | 2892 | 3094 |
| | $282.01 | 28 | $10.07 | $3,676 | $2,647 | $1,323 | $3,147,123 | $3,367,421 | $220,299 | 1189 | 1272 |
| | $266.69 | 28 | $9.52 | $3,476 | $2,503 | $1,252 | $4,190,149 | $4,483,460 | $293,310 | 1674 | 1791 |
| | $433.54 | 28 | $15.48 | $5,652 | $4,069 | $2,035 | $7,820,777 | $8,368,231 | $547,454 | 1922 | 2057 |
| | $442.57 | 28 | $15.81 | $5,769 | $4,154 | $2,077 | $340,615 | $364,458 | $23,843 | 82 | 88 |
| | $423.09 | 60 | $7.05 | $2,574 | $1,853 | $927 | $0 | $0 | $0 | 0 | 0 |
| | $615.61 | 60 | $10.26 | $3,745 | $2,696 | $1,348 | $0 | $0 | $0 | 0 | 0 |
| | $827.90 | 60 | $13.80 | $5,036 | $3,626 | $1,813 | $725,240 | $776,007 | $50,767 | 200 | 214 |
| Pharma Co. X | $1,144.74 | 60 | $19.08 | $6,964 | $5,014 | $2,507 | $591,647 | $633,063 | $41,415 | 118 | 126 |
| | $1,541.90 | 60 | $25.70 | $9,380 | $6,754 | $3,377 | $972,507 | $1,040,583 | $68,076 | 144 | 154 |
| | $1,960.74 | 60 | $32.68 | $11,928 | $8,588 | $4,294 | $515,282 | $551,352 | $36,070 | 60 | 64 |
| | $2,172.39 | 60 | $36.21 | $13,215 | $9,515 | $4,758 | $228,362 | $244,347 | $15,985 | 24 | 26 |
| | $323.00 | 50 | $6.46 | $2,358 | $1,698 | $849 | $10,973,855 | $11,742,025 | $768,170 | 6464 | 6916 |
| | $475.54 | 50 | $9.51 | $3,471 | $2,499 | $1,250 | $6,111,126 | $6,538,905 | $427,779 | 2445 | 2616 |
| | $602.39 | 50 | $12.05 | $4,397 | $3,166 | $1,583 | $22,676,051 | $24,263,375 | $1,587,324 | 7162 | 7663 |
| | $837.78 | 50 | $16.76 | $6,116 | $4,403 | $2,202 | $20,369,997 | $21,795,897 | $1,425,900 | 4626 | 4950 |
| | $1,031.66 | 50 | $20.63 | $7,531 | $5,422 | $2,711 | $25,414,812 | $27,193,849 | $1,779,037 | 4687 | 5015 |
| | $1,460.66 | 50 | $29.21 | $10,663 | $7,677 | $3,839 | $21,811,007 | $23,337,778 | $1,526,771 | 2841 | 3040 |
| | $1,800.22 | 50 | $36.00 | $13,142 | $9,462 | $4,731 | $29,720,005 | $31,800,405 | $2,080,400 | 3141 | 3361 |

| | | |
|---|---|---|
| | 100% Compliance | $11,277,643 | 39671 | 42448 |
| **AWP Profit Factor** | 0.50 | 75% Compliance | $8,458,232 |
| **AWP Cost Factor** | 0.72 | | |
| **Estimated ROI 100% C** | 7.8 | Patient Gain | 2777 |
| **Estimated ROI 75% C** | 5.8 | | |

**Fee**         1450000