**Message**

| | |
|---|---|
| From: | Employee #1 @practicefusion.com] |
| Sent: | 3/24/2015 7:10:14 PM |
| To: | Employee #2 @practicefusion.com]; Employee #6 @practicefusion.com] |
| CC: | @practicefusion.com]; @practicefusion.com]; Employee #5 @practicefusion.com]; @practicefusion.com] |
| Subject: | RE: Pain Franchise - Individual Brand KPI's |

Objectives for Pharma Co. X Pain Franchise solution:

    *Help Pharma Co. X maintain its Chronic Pain leadership across the portfolio Pharma Co. X
    *Leverage an EMR platform solution to help providers assess, diagnose and treat chronic pain
    *Identify appropriate patient types, by Opioid-Naïve, OxyCodone IR and Hydrocodone IR for optimal brand positioning
    *Measure effectiveness of the Chronic Pain solution through real-time metrics derived from real-time EMR platform

**Employee #1**

---

From: Employee #1
Sent: Tuesday, March 24, 2015 7:43 AM
To: Employee #2  Employee #6
Cc: Employee #5  Employee #1
Subject: Pain Franchise - Individual Brand KPI's

Hi, good morning.

While there are certainly similarities in the promotion/education/DX and TX of opioids (like ▮ and other pain cos.), I would agree, Pharma Co. X has its own KPIs for each individual brand and its own patient population that it has identified for targeting.

Pain Franchise:
KPI's: Pharma Co. X ; it's products have been helping patients manage and treat pain for over Pharma Co. X
    Pharma Co. X brands help patients manage pain and **be productive**, by utilizing products with unique delivery systems Pharma Co. X , which reduces the need for multiple pills every 3-4 hours
    Reduces opioid abuse with unique FDA approved/patent protected formulations
    Educate providers and patients on treatment of chronic pain through its Pharma Co. X website
    Created an industry leading educational tool, Pharma Co. X on addressing abuse, diversion, etc.

Pharma Co. X
Target Patient: Opioid naïve patients
KPI's: Discuss new dosage form, Pharma Co. X initial dose for opioid-naïve patients is Pharma Co. X and this is important because Pharma Co. X has data that has shown that lower doses did not provide adequate pain relief. Patients were asking their providers to give them another pain med; hence, a high switch rate. For opioid experienced patients, the biggest issue is to titrate to an "equi-analgesic" dose. This requires experience by the provider.

Pharma Co. X
Target Patient: Oxycodone IR patients

KPI's:   Target Oxycodone IR patients with [Pharma Co. X] messages
　　　　Discuss performing a Pain Assessment at every visit and before each RX
　　　　Target other ERO users with Abuse Deterrent Formulation Message
　　　　Target ERO users with MCO coverage message
Again, [Pharma Co. X] has research here that shows average dosage of [Pharma Co. X] continues to decline.

[Pharma Co. X]
**Target Patient:  Hydrocodone IR patient**
**ADF Claim:**   [Pharma Co. X] hydrocodone with FDA-approved Tier 1 and Tier 3 labeling that describes abuse-deterrent characteristics; it is a once/day, 24 hours tablet with no acetaminophen.
**KPI's:**  Discuss the brand and its uniqueness in the market
　　　　Discuss benefits of once daily dosing
　　　　Titration from one analgesic to another
　　　　Managed care coverage and co-pay/patient savings card
　　　　Has engaged, *Cover My Meds* for ePA
　　　　Has engaged *Fingertip Formulary* resource tool to let providers know what plans have coverage for [Pharma Co. X]

# Employee #1

**From:** [Employee #2]
**Sent:** Monday, March 23, 2015 5:15 PM
**To:** [Employee #6]  [Employee #1]
**Cc:** ███████████████; [Employee #5] ███████
**Subject:** Re: [Pharma Co. X] Opioid & Pain Score

Lots of options here.

What I want to know is

What is [Pharma Co. X] objectives as a franchise, for their brands, and their 2 – 5 commercial plan.

Can someone look at the business reports, their corporate presentations ( ie. At Healthcare conferences), or I can call my former agency -  we need to know what THEIR objectives are.   Even if we look at their education in the marketplace to docs…  For tomorrow I would like to learn more about the customer's [Pharma Co. X] " pain points" are.

REMS is one way,  Coming up with innovative messaging around ECPS,  there are quiet a few.    If we need to take same direction as ███ – OK – however I bet they are looking at slightly different things.

Thanks !

# Employee #2

**Employee #2**

---

**From:** Employee #6 @practicefusion.com>
**Date:** Monday, March 23, 2015 at 5:04 PM
**To:** Employee #2 @practicefusion.com>, Employee #1 @practicefusion.com>
**Cc:** @practicefusion.com>, @practicefusion.com>, Employee #5 @practicefusion.com>, @practicefusion.com>
**Subject:** Re: Pharma Co. X Opioid & Pain Score

I think another thing to keep in mind…we have been in talks with ▆ on this same franchise concept. They have spend a lot of time and $$ on ▆▆▆▆▆ and putting framework around a very specific program to help doctors document the patient's pain journey.  Also, they are really focusing long term on IR to ER to abuse deterrent.

Also, a while back I was asked to put forth some information on a new REMS program the FDA is requiring re: opioids. I think this is where we can really frame the discussion around appropriate use.

_____

**Employee #6**

---

**From:** Employee #2
**Date:** Monday, March 23, 2015 at 1:51 PM
**To:** Employee #1
**Cc:** Employee #6 ▆▆▆▆, Employee #5 ▆▆▆▆
**Subject:** Re: Pharma Co. X Opioid & Pain Score

Hi Employee #1

Thanks for overview.  I will join the solution configuration session tomorrow to learn and also to push the teams to create a large scale solution that leverages the full ok platform plus a significant data portion.

I met with ▆ and he /I are in board with presenting one solution and having the data and the biopharma sales teams present together

Looking forward to seeing what we can develop for this pain franchise !

Cheers
Employee #2

Sent from my iPhone. Please excuse typos.

> On Mar 23, 2015, at 4:41 PM Employee #1 @practicefusion.com> wrote:
>
> Here are my thoughts for the pre-call Pharma Co. X Pain Franchise call tomorrow.
>
> **Background:** With an entirely new management team, marketing and managed markets folks, Pharma Co. X is trying to think like big Pharma.  Most of the new staff, including the Pharma Co. X who is from ▆▆ followed by Pharma Co. X from ▆▆, Pharma Co. X from ▆▆

[Pharma Co. X] [Pharma Co. X] [redacted] and [Pharma Co. X] [redacted] have all been brought on board to inject new thinking into [Pharma Co. X].

**Competitors:** [redacted], re-launch of [redacted] by [redacted] and [redacted] brands.

**History:** [Pharma Co. X] has been an extremely cautious marketer and even slower to adopt new ideas. Participation in PF is minimal, mostly as a result of [redacted] not allowing messages at DX. We have done a Co-Pay program for [Pharma Co. X] and a [Pharma Co. X] program for [Pharma Co. X]…a start to be sure.

**PF Data Density:** Excellent in chronic pain DXs, visits, RXs for EROs and IR opioids, including Pain Scale (multiple proposals have been delivered to both the HEOR and Mkt Research teams). [Pharma Co. X] has communicated that the average dosage of [Pharma Co. X] is declining; the IMS Health data proves this. Providers are hesitant about using high dosages to combat pain for a variety of reasons, mostly, political pressure. As a result, [Pharma Co. X] is toying with the idea of using Pain Assessment tools with the provider at every visit and before every RX.

**Pain Franchise:** For the first time, [Pharma Co. X] has [Pharma Co. X] in the market: [Pharma Co. X] [Pharma Co. X] (see enclosed positioning slide). As pain experts dating back to the [Pharma Co. X] [Pharma Co. X] has celebrated both success and turmoil with [Pharma Co. X]. It has become the source of one of the largest fines ever paid, at [Pharma Co. X]. To keep its [Pharma Co. X] patent, it re-formulated with Abuse-Deterrent properties at a cost of [Pharma Co. X]. It has also failed at introducing new products to its portfolio [Pharma Co. X] [Pharma Co. X] to stem the loss of revenue from [Pharma Co. X].

**Opportunity:** PF has a chance to present/create a Pain Franchise concept that aims to target [ ] different types of patients: opioid naïve with [Pharma Co. X] move/start patients from OxyCodone (generic) IR to [Pharma Co. X] and start new patients from Hydrocodone to [Pharma Co. X] The enclosed spreadsheet from DS shows the data and interesting correlation to Pain Scale.

**Solutions:** Leverage our dataset in chronic pain:
  -Create messaging programs for all three patient types
  -Leverage a coordinated care management plan that includes both: a) CQM for Pain and b) S/I/A Pain Assessment tools
  -Additionally, imbed other Pain Tools, such as the Opioid Check-List and/or Tools, like Pain Diaries from [Pharma Co. X] in the EMR
  -Discuss a patient-directed plan that helps educate those who take opioids: (FYI, [redacted] told me that for the first time, [Pharma Co. X] may release a brand.com for [Pharma Co. X] …this is being considered to counter the negative press, misinformation and to help patients engage in a dialogue with their providers. Additionally, [Pharma Co. X] will receive new labeling in August, that clearly differentiates their Abuse Deterrent Formulations, from [redacted] for example, as being of the highest level.)
  -Finally, deliver data in a cohesive manner that helps target patients better and helps improve decision making and message delivery

**Employee #1**

---

**From:** [redacted]
**Sent:** Friday, March 20, 2015 5:10 PM
**To:** [redacted]

**Cc:** [Employee #6] [Employee #1]
**Subject:** [Pharma Co. X] Opioid & Pain Score

Hi all,

Attached are the results requested for [Pharma Co. X]. A few notes about the spreadsheet:
- I did my best in defining the right drug classes, but I'd appreciate a quick scan over the specs tab in case there's something obviously amiss. I removed 'extended release' products for oxycodone / hydrocodone by excluding anything with '… ER…' or '… XR…' in the trade name.
- The diagnosis/drug groups are not mutually exclusive, so you can't sum the bottom table – I've provided the high-level counts in the two tables above.
- I had to use pain scores > 0 because of the anomaly in the product that caused us to capture missing pain scores as 0's.
- As an interesting (and I guess unsurprising) note, a larger portion of hydrocodone / oxycodone patients have pain scores than patients on non-opioid analgesics. Also average pain scores tend to be higher in those groups.

Please let me know if you have any follow-ups or questions!

Ticket for reference: https://jira.practicefusion.com/browse/



@practicefusion.com

Facebook
@PracticeFusion

<[Pharma Co. X]_Opioid_Pain_Score_(03.20.2015).xlsx>
<2015 NSM Workshop 1 Pain Portfolio Prep FINAL APRIMO APPROVED as of 1 19 (2).pptx>