Message
---

| | |
|---|---|
| From: | [_____@practicefusion.com] |
| Sent: | 4/17/2014 11:31:20 PM |
| To: | Employee #1 @practicefusion.com]; Employee #6 @practicefusion.com] |
| CC: | [_____@practicefusion.com]; [_____@practicefusion.com] |
| Subject: | Re: Pharma Co. X banners |
| Attachments: | image001.png; Pharma Co. x PHM v8_04 17 14, updated.pptx; Screen Shot 2014-04-17 at 3.22.41 PM.png |

Hi Employee #1

I went ahead and made the changes to the deck (added extra slide for the rest of the assessment, added Pharma Co. x banners, and removed "severe pain"). Please note that in our system, 0 says "No pain" and 10 says "Worst pain of life" so we do have labels for the levels of pain but you're right in the sense we don't have one for a category 7 (see attached).

In terms of metrics, we can't report back to Pharma Co. x the metrics you just mentioned. We have to keep in mind that this is a clinical education program and not a marketing program. Indicating that Pharma Co. x influenced clinical decisions through sponsored money has legal implications versus a marketing program where a banner can be displayed and influence a prescribing behavior. What we can report back to Pharma Co. x in terms of PHM effectiveness that's relevant to them include: how many physicians received the CDS, how many assessments completed, to what extent, etc, how many assessments were related to chronic vs acute pain. We can always negotiate having the Pharma Co. x banners display with the relevant CDS and perform a MES since it would be tied to the banner and not a clinical decision. Make sense? We ran into this same problem pitching a PHM program to another brand so Employee #6 and I are thinking of having a mini orientation on this on an upcoming sales team status call/meeting.

In terms of [____], the name doesn't sound familiar. Is he on a brand team? We've mostly been working with [____] innovation team.

[____]@practicefusion.com

Facebook

@PracticeFusion

---

| | |
|---|---|
| From: | Employee #1 @practicefusion.com> |
| Date: | Thursday, April 17, 2014 at 3:06 PM |
| To: | Employee #6 @practicefusion.com>, [_____@practicefusion.com> |

**Cc:** ▮▮▮@practicefusion.com>, ▮▮▮@practicefusion.com>
**Subject:** FW: [Pharma Co. X] banners

Hi [Employee #6] and ▮

Today's meeting went well for several reasons:

1) <!--[if !supportLists]--><!--[endif]-->We discussed the term sheet at between $50k – 100k/month for a 12 to 15 month program and they didn't jump across the table and strangle me...so that is a good sign... however, we need to discuss EXACTLY the metrics we will deliver: such as number of new visits; number of new patients; number of new RXs, etc. (Will we be able to see the ▮ stats shortly as background?)
2) <!--[if !supportLists]--><!--[endif]-->Having the ▮▮▮ from ▮ "go-live" gives this program instant credibility and additionally, ▮ knows some of the folks on the ▮ team ( ▮ )
3) <!--[if !supportLists]--><!--[endif]-->We need to update today's presentation with a few changes: On slide #8, remove the word "severe" next to the pain scale; this has to be only a numeric value: a person with a 4 may be in excruciating pain and need an opioid; however, someone with an 8 may only take Tylenol...Between slide 7 and 8 we need to add as an extra assessment step, the Opioid Checklist (shown below); this has to be done after the initial pain assessment and before the provider decides to prescribe a narcotic for the patient; finally on Slide 7, replace the house ad, with the [Pharma Co. X] message,(use the jpeg banner included in the attachment above).
4) <!--[if !supportLists]--><!--[endif]-->Next meeting will be scheduled in early May with multiple stakeholders; medical folks and brand stakeholders

Please let me know if there are any questions. I would like to send this revised deck as soon as possible.



**From:** [Pharma Co. X]
**Sent:** Thursday, April 17, 2014 11:45 AM
**To:** [Employee #1]
**Subject:** FW: [Pharma Co. X] banners

There are a few options in this file.

# Pharma Co. X

**From:** [Pharma Co. X]
**Sent:** Thursday, April 17, 2014 11:44 AM

**To:** Pharma Co. X
**Subject:** Re: Pharma Co. X

Let me know if this is fine, or if you need anything else.
--

**Pharma Co. X**

---

**From:** Pharma Co. X
**Date:** Thursday, April 17, 2014 at 11:40 AM
**To:** Pharma Co. X
**Subject:** Pharma Co. X

Hey do you have any 728 banners for Pharma Co. X that you could send me? I just need it for a mockup and Pharma Co. X is out.

**Pharma Co. X**