Message

**From:** Employee #5 @practicefusion.com]
**Sent:** 7/31/2015 4:52:28 PM
**To:** @practicefusion.com]
**Subject:** Re: Pain Assessment Clinical Decision Support - Practice Fusion

Probably flying up Sunday, yeah!!!!

Employee #5

**From:**
**Date:** Friday, July 31, 2015 at 12:51 PM
**To:** Employee #5
**Subject:** RE: Pain Assessment Clinical Decision Support - Practice Fusion

Thanks. Is this really 9am on a Monday in CT? 2 ½ hour drive for me, may come up Sunday night☺

I guess you are flying on Sunday.
--

@practicefusion.com

**From:** Employee #5
**Sent:** Friday, July 31, 2015 12:43 PM
**To:** @practicefusion.com>
**Subject:** Re: Pain Assessment Clinical Decision Support - Practice Fusion

Sure, no problem. I wasn't sure who was managing [Pharma Co. X] on your side. I'll forward the invite now. I'll get you a copy of the proposal.

Thanks,

Employee #5

**From:**
**Date:** Friday, July 31, 2015 at 12:41 PM
**To:** Employee #5
**Subject:** FW: Pain Assessment Clinical Decision Support - Practice Fusion

Hi Employee #5

Can you add me to this email chain upon the next communication? I'd like to attend this call if possible. I know [Pharma Co. X] from his days at [redacted]. We worked together for a short-time, so relationship isn't supper strong, but he may remember me.

Thanks,
[redacted]

--
[redacted]
@practicefusion.com
[redacted]

**From:** [redacted]
**Sent:** Friday, July 31, 2015 10:49 AM
**To:** [redacted]@practicefusion.com>
**Subject:** FW: Pain Assessment Clinical Decision Support - Practice Fusion

**From:** [Pharma Co. X]
**Sent:** Thursday, July 30, 2015 10:20 PM
**To:** [Pharma Co. X Employee #1]
**Cc:** [Employee #5] [redacted]@practicefusion.com>; [Pharma Co. X] [Pharma Co. X] [redacted]@practicefusion.com>; [redacted]@practicefusion.com>
**Subject:** Re: Pain Assessment Clinical Decision Support - Practice Fusion

Both [Pharma Co. X] and [Pharma Co. X Employee #2] can benefit.

[Pharma Co. X]

Sent from my iPad

On Jul 30, 2015, at 7:37 PM, [Pharma Co. X Employee #1] wrote:

> Check with [Pharma Co. X] for dates.
>
> [Pharma Co. X] anyone else you want to attend?
>
> Sent from my iPhone
>
> On Jul 30, 2015, at 7:32 PM, [Employee #5] @practicefusion.com> wrote:
>
>> Hi [Pharma Co. X Employee],
>>
>> A quick note to schedule our follow up discussion regarding the Pain program. In addition, we'd like to share our ideas on patient journey analytics for the ER/IR market. Let me know some good dates to meet with the team.

Thanks,

**Employee #5**

---

**From:** Pharma Co. X Employee #1
**Date:** Thursday, July 16, 2015 at 11:44 AM
**To:** Employee #5                                Pharma Co. X
**Cc:**
**Subject:** RE: Pain Assessment Clinical Decision Support - Practice Fusion

Thanks for the head's up. I did not know they had put that on hold. We will regroup here at Pharma Co. X in the next couple of weeks so check with us at that point for next steps.

---

**From:**         Employee #5         @practicefusion.com]
**Sent:** Thursday, July 16, 2015 11:28 AM
**To:**              Pharma Co. X                  ; Pharma Co. X Employee #1
**Cc:**
**Subject:** Pain Assessment Clinical Decision Support - Practice Fusion

Hi All,

I wanted to send a note to re-engage around the Practice Fusion Clinical Decision Support Real World Evidence Pain Management program. As you recall, we presented a solution to the team at the end of April. Since our meeting, we've engaged Pharma Co. X HEOR team to leverage the proposal to assist in the development of a pain management registry. We've had several meetings with Pharma Co. X and team. From our understanding the project has been placed on hold.

We feel that the proposed program can help meet the strategic commercial needs of the pain franchise at Pharma Co. X We'd like to schedule a discussion to review the proposal and discuss additional commercial research questions that can be answered from the data that will be collected at part of this effort. I've attached the proposal we discussed at our last meeting.

Please let me know your thoughts and a good time to meet and discuss.

Regards,

**Employee #5**

Facebook

@PracticeFusion

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or contact Practice Fusion at 415.346.7700 ext 4 immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you

PFDPA00004211