| | |
|---|---|
| **Message** | |
| **From**: | [REDACTED]@PRACTICEFUSION.COM] |
| **Sent**: | 9/2/2015 10:30:30 AM |
| **To**: | [REDACTED]@practicefusion.com]; Employee #2 @practicefusion.com] |
| **Subject**: | FW: Pharma Co. X Meeting Follow up |

My take…we were talking to product managers, and they could care less about RWE. For them, this was all about marketing.

The proposal included $134K for an outcomes study. They didn't see why they would spend $134K to measure the success of the program. I made it clear that we would measure success (metrics, switches from IR to ER, etc.) and that the $134K was for outcomes. There wasn't enough of a description around what the outcomes measurement would include. Employee #5 mentioned a publishable paper, and again, this group had no interest in that.

Employee #5 mentions lowering the budget. I told him after the meeting that we didn't do a good enough job setting up the value before we got to the price page.

It is the data part they don't want to buy. They said the $700K for messaging was OK, and they are splitting it three ways.


--
[REDACTED]
[REDACTED]@practicefusion.com
[REDACTED]

---

**From:** Employee #5
**Sent:** Tuesday, September 01, 2015 4:59 PM
**To:** [REDACTED]@practicefusion.com>; [REDACTED]@practicefusion.com>; [REDACTED]@practicefusion.com>
**Subject:** Pharma Co. X Meeting Follow up

Team,

[REDACTED] and I met with [REDACTED] and the three brand directors for Pharma Co. X and Pharma Co. X to present the Pain RWE.  Overall, a positive meeting.

I'll schedule a call tomorrow for us to discuss suggested revisions to the proposal and next steps.  They need our final proposal by end of week.

2 Main follow ups

1.  Price point is a bit high, we may need to shave some off the budget.  The brands are contributing equally since this is a non branded effort
2.  Detailed graphics on how the program will work within the EMR system.  We'll need to get [REDACTED] team involved to create some mock ups for us to show exactly how this program will look in the EMR

Thanks,

**Employee #5**

PFDPA00004216