Message

| | |
|---|---|
| **From:** | ▇▇▇▇▇@practicefusion.com] |
| **Sent:** | 9/15/2015 5:37:19 PM |
| **To:** | ▇▇▇▇▇@practicefusion.com] |
| **Subject:** | RE: Pharma Co. X |
| **Attachments:** | Pharma Co. X Budget v Detailed Deliverables.pptx; Pharma Co. X_Pain_Franchise_RWE_Proposal_Sept_11.pptx |

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**From** ▇▇▇▇
**Sent:** Tuesday, September 15, 2015 9:14 AM
**To:** ▇▇▇▇
**Subject:** FW: Pharma Co. X
**Importance:** High

▇▇▇▇

Please see attached.

▇▇▇▇

**From:** ▇▇▇▇
**Sent:** Friday, September 11, 2015 11:54 AM
**To:** ▇▇▇▇
**Subject:** FW: Pharma Co. X
**Importance:** High

FYI

**From:** Employee #3
**Sent:** Friday, September 11, 2015 10:38 AM
**To:** ▇▇▇▇
**Subject:** FW: Pharma Co. X
**Importance:** High

More good news.. Pharma Co. X wants to move forward

$1M in 2016

# Employee #3

Facebook
@PracticeFusion

**From:** Employee #5
**Sent:** Friday, September 11, 2015 9:31 AM

**To:**
**Cc:** Employee #3;
**Subject:** Pharma Co. X
**Importance:** High

I just finished a call with [redacted] at Pharma Co. X regarding the RWE Pain study. We reviewed the enhanced deck and he indicated this is a go for a 2016 project. They would like to begin the retrospective phase of the study in 2015 for first delivery of work January 2016. The prospective component of the RWE will go live in January 2016.

I stressed to [redacted] that to begin the prospective component of the study and delivery the retrospective component of the RWE, we'll need to be contracted by mid November 2015. The project will provide a retrospective analytic study of existing data working with Pharma Co. X team delivered in January 2016. We will provide prospective analytics through Tableau focusing on conversion from IR to ERO. The final output will be a publication ready manuscript.

The feedback from the brand is they are willing to fund $1,000,000 for the study split three ways between the brands. We had to concede $64,710 from the original price.

I've attached the revised deck for your review. I plan to send to [redacted] today so the brand can present to the team as a 2016 tactic.

Thanks,

**Employee #5**