**Message**

**From:** ███████████████@practicefusion.com]
**Sent:** 3/23/2016 6:29:26 PM
**To:** ███████████████@practicefusion.com]
**Subject:** RE: PO 4500085967, Statement of Work eff 02/20/15 -- [Practice Fusion, Inc.] - Pharma Co. X

Hi ███

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

Let me know if there are additional questions.

Best,

███

---

**From:** ███████
**Sent:** Wednesday, March 23, 2016 10:30 AM
**To:** ███████████████@practicefusion.com>
**Subject:** FW: PO 4500085967, Statement of Work eff 02/20/15 -- [Practice Fusion, Inc.] - Pharma Co. X
**Importance:** High

Hi ███ —

███████████████████████ I wanted to follow-up with you on this. ████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

Best,

███

---

**From:** Employee #5
**Sent:** Tuesday, March 15, 2016 12:32 PM
**To:** ███████████████@practicefusion.com>
**Cc:** Employee #4 ███████@practicefusion.com>; ███████████████@practicefusion.com>; ███████@practicefusion.com>; ███████████████@practicefusion.com>; Employee #2 ███████@practicefusion.com>; Employee #3 ███████@practicefusion.com>
**Subject:** FW: PO 4500085967, Statement of Work eff 02/20/15 -- [Practice Fusion, Inc.]
**Importance:** High

███

Please find attached the executed SOW and purchase order number for the Pharma Co. X Pain Project.  Thank you team for your collaboration and hard work on this effort.  We will be kicking off the project with the Pharma Co. X team on Thursday.

Regards,

**Employee #5**

**Employee #5**

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or contact Practice Fusion at 415.346.7700 ext 4 immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer.

---

**From:** Pharma Co. X
**Date:** Tuesday, March 15, 2016 at 3:20 PM
**To:** Employee #5  @practicefusion.com>
**Cc:** Pharma Co. X Employee #1    Pharma Co. X
**Subject:** PO 4500085967, Statement of Work eff 02/20/15 -- [Practice Fusion, Inc.]

Good afternoon Employee #5

Pharma Co. X executed documents for Practice Fusion are attached for your records. Please reference purchase order number 4500085967 for this project.

    **PROJECT: Conduct Real World Evidence (RWE ) Study ...**

    **Attached Documents (Executed):**
- Statement of Work eff. 03/01/16
- MCSA Amendment #1 eff 02/20/15 (Extension until 03/31/17)

NOTE: **Be sure to enter the Purchase Order number on all invoices** before submitting to Pharma Co. X

- **INVOICE SUBMISSION OPTIONS:**
  1) **Mail invoices to the address below:**

     **Pharma Co. X** Blvd.
     Attn: Accounts Payable
  2) **Fax:** Pharma Co. X
  3) **Email:** Coming Soon

If you have any questions or need further information, please don't hesitate to contact us.

Regards,

**Pharma Co. X**