Message
----

**From:** ▮▮▮▮▮@practicefusion.com> ▮▮▮▮▮@practicefusion.com>]
**Sent:** 7/28/2016 6:08:18 PM
**To:** ▮▮▮▮▮@practicefusion.com>
**CC:** ▮▮▮▮▮@practicefusion.com>
**Subject:** [Pharma Co. X] Pain is LIVE!
**Attachments:** Pain_Assess_Chronic_BPI.png

A huge thank you goes out to ▮▮▮▮▮ and especially the ▮▮▮ team for getting this important program live in the application! Also big props to the ▮▮▮▮▮ for putting in the extra hours for a special release.

Developed in conjunction with [Pharma Co. X] the clinical decision support program helps our providers manage their patients with pain. Providers will be prompted to enter pan scores in the application for all patients over 18. For those patients who have chronic pain, we're giving them a new assessment tool, the Brief Pain Inventory – Short Form (see attached). Also, for chronic pain patients, we're prompting providers to document a care plan with an option to document the specific plan. This tool helps educate providers on the various options for treating pain including non-opiod treatments.

Thanks to all for the focus on #revenue and keeping the momentum going!

Best,

▮▮▮▮▮

▮▮▮▮▮
▮▮▮@practicefusion.com

Facebook
@PracticeFusion