Search
Search

Log In



- Home
- Attendees
- Agenda
- Speakers
- Exhibitors
- Posters
- Local Guide
- CME/CE

- Browse
- Venue Map - Lobby Level 1
- Session
- Recommended

× 
× 
× 

← Poster Session 1



Poster

Board 082 - Reach and Impact of an EHR Pain Care Clinical Decision Support Program

5:00 PM–6:30 PM Nov 6, 2017 (US - Eastern)

Columbia Hall

Presenter (1)



Dr. Steven Labkoff

Chief Data OfficerMultiple Myeloma Research Foundation

Description

**Abstract**: Assessment of pain is critical to providing good pain management. Based on evidence-based clinical guidelines three pain care clinical decision support alerts were deployed on the Practice Fusion cloud-based EHR platform. The program design consisted of matched test and control practices. Provider acceptance of pain care prompts was positive and sustained over six months with completion of prompted actions including pain scores, brief pain inventories, and care plans higher in test than control practices.

**Learning Objective 1**: Understanding the value of clinical decisions support in chronic pain management

**Learning Objective 2**: Provide examples of a sustainable response to a CDS module for chronic pain management

**Authors:**

Steven Labkoff **(Presenter)**
Purdue Pharma L.P.

Christopher Bond, Purdue Pharma L.P.
Lee Kallenbach, Practice Fusion
Nam Nguyen, Practice Fusion
Shruti Gangadhar, Practice Fusion
Dan O'Brien, Practice Fusion

**Presentation Materials:**

- Abstract/Manuscript - 1

Tags

Clinical Decision Support
,
Clinical Systems Evaluation
,
Workflow