# **Exhibit 2**[3]

Supplemental Client Match List for Past Two Years

| **Matched Entity** | **Relationship to Debtors** |
|---|---|
| FRONTAGE LABORATORIES INC | 50 Largest Unsecured Creditors |
| EISAI | Licenses/Product Development |
| HOULIHAN LOKEY | Creditor Committee Professional |
| REVLON PAKISTAN PRIVATE LIMITED | Other Related Entities |
| CAREMARKS HEALTH LP | Vendor |
| COGNIZANT WORLDWIDE LIMITED[4] | Vendor |
| DDP SPECIALTY ELECTRONIC MATERIALS | Vendor |
| DUPONT NUTRITION USA INC. | Vendor |
| FIDELITY INSTITUTIONAL ASSET | Vendor |
| INTL BUSINESS MACHINE CORP | Vendor |
| KERRY INGREDIENTS & FLAVOURS | Vendor |
| PAUL HASTINGS LLP | Vendor |
| PHOENIX LITHOGRAPHING CORP | Vendor |
| SIEMENS INDUSTRY INC. | Vendor |
| UNITED STATES TREASURY | Vendor |
| WALGREENS BOOTS ALLIANCE[5] | Vendor |

---

[3] Davis Polk currently represents, or has represented within the past two years, the entities listed on this Schedule 2 or one or more of their affiliates.

[4] Note that COGNIZANT TECH SOLUTIONS US CORP was listed in Exhibit 2 to the Initial Declaration.

[5] Note that WALGREENS was listed in Exhibit 2 to the Initial Declaration.

1