**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.* [1] | Case No.  19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF SERVICE

Paul Rachmuth, an attorney admitted to practice before this Court declares the following to be true under penalty of perjury:

On May 28, 2020, I cause the following documents (collectively, the "**Documents**") to be served in the manner set forth on Schedule A, annexed hereto:

- The Verified Statement pursuant to Rule 2019 for the Ad Hoc Committee on Accountability [Docket No. 1186];
- Limited Objection of the Ad Hoc Committee on Accountability to the Debtors' Motion for an Order Extending General Bar Date [Docket No. 1187];
- Memorandum of Law in Support of Ad Hoc Committee's Limited Objection to Debtors' Motion to Extend General Bar Date [Docket No. 1188]; and
- Declaration of Michael S. Quinn in Support of the Ad Hoc Committee on Accountability's Limited Objection to Debtors' Motion to Extend the General Bar Date [Docket No. 1189].

---

[1] The debtors in these chapter 11 cases ("**Debtors**" or "**Purdue**"), along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014) (collectively, the "**Bankruptcy Cases**").

Dated: May 28, 2020
          New York, NY

Eisenberg & Baum, LLP

By:      /s/ Paul A. Rachmuth
          Michael S. Quinn (mq-1640)
          Eric Baum (eb-5493)
          Paul A. Rachmuth (pr-1566)
24 Union Square East, Fourth Floor
New York, New York  10003
(212) 353-8700
mquinn@eandblaw.com
prachmuth@eandblaw.com
ebaum@eandblaw.com

*Counsel to Ad Hoc Committee on Accountability*

<u>SCHEDULE A</u>
Service List

    1.    Notice of filing of the Documents has been served via email on the following parties:

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Purdue Pharma, L.P. | Jon Lowne | Jon.Lowne@pharma.com |
| Davis Polk & Wardwell LLP | Christopher Robertson<br>Dylan Consla | Christopher.Robertson@davispolk.com<br>Dylan.Consla@davispolk.com |
| Fee Examiner | David Klauder<br>Tracey Nobis | tnobis@bk-legal.com<br>dklauder@bk-legal.com |
| United States Trustee | Paul K. Schwartzberg<br>Brian S. Masumoto | Paul.Schwartzberg@usdoj.gov<br>Brian.Masumoto@usdoj.gov |

    2.    The Documents were served via ECF filing on the following parties who have appeared in the case and provided email addresses for ECF noticing:

Jill Abrams on behalf of Creditor The State of Vermont, by and through Attorney General Thomas J. Donovan Jr.
jill.abrams@vermont.gov

Nicklas Arnold Akers on behalf of Creditor The People of the State of California
nicklas.akers@doj.ca.gov

Nicklas Arnold Akers on behalf of Defendant The People of the State of California
nicklas.akers@doj.ca.gov

Sydenham B. Alexander, III on behalf of Creditor Commonwealth of Massachusetts
sandy.alexander@mass.gov

Sydenham B. Alexander, III on behalf of Defendant Commonwealth of Massachusetts
sandy.alexander@mass.gov

Anne Andrews on behalf of Creditor Ryan Hampton
aa@andrewsthornton.com

Alison Archer on behalf of Creditor Ohio Attorney General
alison.archer@ohioattorneygeneral.gov

Michael I. Baird on behalf of Creditor Pension Benefit Guaranty Corporation
baird.michael@pbgc.gov, efile@pbgc.gov

Jasmine Ball on behalf of Unknown Beacon Company
jball@debevoise.com,
cponeal@debevoise.com;amcdermott@debevoise.com;nquigley@debevoise.com

Lauren Guth Barnes on behalf of Creditor Blue Cross Blue Shield Association
lauren@hbsslaw.com, purduebankruptcy@hbsslaw.com

Morgan R Bentley on behalf of Attorney Sarasota County Public Hospital District
mbentley@bentleyandbruning.com

Thomas Moultrie Beshere, III on behalf of Creditor Commonwealth of Virginia, ex rel. Mark R.
Herring, Attorney General
tbeshere@oag.state.va.us

Thomas D. Bielli on behalf of Examiner David M. Klauder
tbielli@bk-legal.com, dklauder@bk-legal.com;tnobis@bk-legal.com

Kathryn Blake on behalf of Creditor People of the State of New York
kathryn.blake@ag.ny.gov

Kathryn Blake on behalf of Defendant The People of the State of New York, by Letitia James,
Attorney General of the State of New York
kathryn.blake@ag.ny.gov

Jordan S. Blask on behalf of Creditor Thermo Fisher Scientific
jblask@tuckerlaw.com, agilbert@tuckerlaw.com

Anthony D. Boccanfuso on behalf of Debtor Purdue Pharma L.P.
Anthony.Boccanfuso@apks.com, ecf-b9841d808f73@ecf.pacerpro.com

James T. Boffetti on behalf of Creditor State of New Hampshire
james.boffetti@doj.nh.gov, janet.demers@doj.nh.gov

Morton R. Branzburg on behalf of Creditor AmerisourceBergen Drug Corporation
mbranzburg@klehr.com, jtaylor@klehr.com

Gary D. Bressler on behalf of Creditor Westchester Fire Insurance Company
gbressler@mdmc-law.com, kdeans@mdmc-law.com;scarney@mdmc-
law.com;nleonard@mdmc-law.com

Emily Brown on behalf of Creditor Board of Chicago School District No. 299
ebrown@hsplegal.com

Celeste Brustowicz on behalf of Unknown Kara Trainor Brucato
cbrustowicz@clfnola.com, lrichardson@clfnola.com

Michael Morris Buchman on behalf of Creditor Tucson Medical Center
mbuchman@motleyrice.com

Michiyo Michelle Burkart on behalf of Creditor The People of the State of California
michelle.burkart@doj.ca.gov

Michiyo Michelle Burkart on behalf of Defendant The People of the State of California
michelle.burkart@doj.ca.gov

Ira Burnim on behalf of Unknown Kennedy Forum and other national organizations
irabster@gmail.com

Lori A. Butler on behalf of Creditor Pension Benefit Guaranty Corporation
butler.lori@pbgc.gov, efile@pbgc.gov

CRG Financial LLC on behalf of Creditor CRG Financial LLC
notices@CRGfinancial.com

CRG Financial LLC on behalf of Creditor CRG Financial, LLC as Assignee of Fike Corporation
notices@CRGfinancial.com

Aaron R. Cahn on behalf of Creditor State of West Virginia, ex. rel. Patrick Morrisey, Attorney
General
cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn on behalf of Defendant State of West Virginia, ex rel. Patrick Morrisey, Attorney
General
cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

George Calhoun, IV on behalf of Unknown Ironshore Specialty Insurance Company
george@ifrahlaw.com

Robert P. Charbonneau on behalf of Creditor Attorney General, State of Florida
rpc@agentislaw.com, bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Marvin E. Clements, Jr. on behalf of Creditor Tennessee Attorney General's Office
agbanknewyork@ag.tn.gov

Julie Elizabeth Cohen on behalf of Debtor Purdue Pharma L.P.
julie.cohen@skadden.com

Daniel S. Connolly on behalf of Unknown Beverly Sackler
daniel.connolly@bracewell.com, mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly on behalf of Unknown David Sackler
daniel.connolly@bracewell.com, mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly on behalf of Unknown Jonathan Sackler
daniel.connolly@bracewell.com, mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly on behalf of Unknown Richard Sackler
daniel.connolly@bracewell.com, mco@bracewell.com;joseph.lasher@bracewell.com

John Michael Connolly on behalf of Creditor Attorney General, State of Arizona
mike@consovoymccarthy.com

William S Consovoy on behalf of Creditor Attorney General, State of Arizona
will@consovoymccarthy.com

Linda J Conti on behalf of Creditor State of Maine
linda.conti@maine.gov

Heather M Crockett on behalf of Creditor State of Indiana
heather.crockett@atg.in.gov, marie.baker@atg.in.gov

Heather M Crockett on behalf of Defendant State of Indiana
heather.crockett@atg.in.gov, marie.baker@atg.in.gov

Jonathan Watson Cuneo on behalf of Creditor Community Health Systems, Inc., Tenet
Healthcare Corporation, and Infirmary Health System, Inc. et al
jonc@cuneolaw.com

Melanie L. Cyganowski on behalf of Creditor Ad Hoc Committee of Governmental and Other
Contingent Litigation Claimants
mcyganowski@oshr.com,
awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhi
ldebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;
mpantzer@otterbourg.com

Melanie L. Cyganowski on behalf of Creditor State of Texas, acting by and through the Attorney
General of Texas, Ken Paxton
mcyganowski@oshr.com,
awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhi
ldebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;
mpantzer@otterbourg.com

Melanie L. Cyganowski on behalf of Creditor the State of Texas, acting by and through the
Attorney General of Texas, Ken Paxton
mcyganowski@oshr.com,
awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhi
ldebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;
mpantzer@otterbourg.com

Peter D'Apice on behalf of Creditor Certain Native American Tribes and Others
dapice@sbep-law.com

Scott I. Davidson on behalf of Debtor Purdue Pharma L.P.
sdavidson@kslaw.com, jcmccullough@kslaw.com

Brett T DeLange on behalf of Creditor State of Idaho, Through Attorney General Lawrence G.
Wasden
brett.delange@ag.idaho.gov

Brett T DeLange on behalf of Defendant State of Idaho, Through Attorney General Lawrence G.
Wasden
brett.delange@ag.idaho.gov

Ira S. Dizengoff on behalf of Creditor Committee The Official Committee of Unsecured
Creditors of Purdue Pharma L.P., et al.
idizengoff@akingump.com, apreis@akingump.com;dkrasa-
berstell@akingump.com;nymco@akingump.com;AGSearch-
Lit@akingump.com;mreichert@akingump.com

Mark S. Dym on behalf of Creditor Board of Chicago School District No. 299
mdym@hsplegal.com

Mark S. Dym on behalf of Creditor Board of Education of East Aurora School District 131
mdym@hsplegal.com

Mark S. Dym on behalf of Creditor Board of Education of Thornton Fractional Township High
School District 215
mdym@hsplegal.com

Mark S. Dym on behalf of Creditor Board of Education of Thornton Township High School
District 205
mdym@hsplegal.com

Leslie A. Eaton on behalf of Creditor Colorado Attorney General
leslie.eaton@coag.gov

Leslie A. Eaton on behalf of Creditor Colorado Department of Law
leslie.eaton@coag.gov

Kenneth H. Eckstein on behalf of Creditor Ad Hoc Committee of Governmental and Other
Contingent Litigation Claimants
keckstein@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

Kenneth H. Eckstein on behalf of Interested Party Ad Hoc Committee of Governmental and

Other Contingent Litigation Claimants
keckstein@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

Brian Edmunds on behalf of Creditor State Of Maryland
bedmunds@oag.state.md.us

Leah M. Eisenberg on behalf of Creditor CVS Caremark Part D Services, L.L.C.
leisenberg@foley.com, leisenberg@foley.com

Leah M. Eisenberg on behalf of Creditor CaremarkPCS Health, L.L.C.
leisenberg@foley.com, leisenberg@foley.com

Susan Ellis on behalf of Unknown State of Illinois
sellis@atg.state.il.us

Bernard Ardavan Eskandari on behalf of Creditor The People of the State of California
bernard.eskandari@doj.ca.gov

Bernard Ardavan Eskandari on behalf of Defendant The People of the State of California
bernard.eskandari@doj.ca.gov

Gillian Feiner on behalf of Creditor Commonwealth of Massachusetts
gillian.feiner@mass.gov

Gillian Feiner on behalf of Defendant Commonwealth of Massachusetts
gillian.feiner@mass.gov

Jamie Fell on behalf of Interested Party PJT Partners LP
jamie.fell@stblaw.com

Lowell W. Finson on behalf of Creditor Anne Alexander, et al.
lowellwfinson@gmail.com

Judith Aurora Yosepha Fiorentini on behalf of Creditor The People of the State of California
judith.fiorentini@doj.ca.gov

Lara J Fogel on behalf of Creditor State of New Jersey
lfogel@levinelee.com

Lara J Fogel on behalf of Defendant State of New Jersey
lfogel@levinelee.com

Joseph D. Frank on behalf of Interested Party Walgreen Co. and certain corporate affiliates and
subsidiaries
jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

George Robert Gage, Jr on behalf of Unknown Allergan Finance LLC
grgage@gagespencer.com

Jeffrey K. Garfinkle on behalf of Creditor McKesson Corporation
jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com

Jeffrey K. Garfinkle on behalf of Creditor McKesson Corporation, on behalf of itself and certain
corporate affiliates
jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
sdnyecf@dor.mo.gov

Eric M. Gold on behalf of Creditor Commonwealth of Massachusetts
eric.gold@state.ma.us

Eric M. Gold on behalf of Defendant Commonwealth of Massachusetts
eric.gold@state.ma.us

Matthew J. Gold on behalf of Defendant State of Washington
mgold@kkwc.com

Matthew J. Gold on behalf of Interested Party State of Washington
mgold@kkwc.com

Eric Goldstein on behalf of Interested Party United HealthCare Services, Inc.
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Michael Goldstein on behalf of Creditor Anda, Inc.
mgoldstein@goodwinlaw.com

Michael Goldstein on behalf of Creditor Teva Canada Limited
mgoldstein@goodwinlaw.com

Michael Goldstein on behalf of Creditor Teva Pharmaceuticals USA, Inc.
mgoldstein@goodwinlaw.com

Gary A. Gotto on behalf of Creditor Ada County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Adams County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Arapahoe County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Arizona Counties Insurance Pool
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Arizona Municipal Risk Retention Pool
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Arizona School Alliance for Workers' Compensation
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Boulder County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Chelan County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City and County of Broomfield
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City and County of Denver
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Anacortes
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Aurora
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Bainbridge
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Black Hawk
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Brighton
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Burlington
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Commerce City
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Eureka
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Greeley

ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Kent
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Kingman
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Lakewood
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Mount Vernon
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Northglenn
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Olympia
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Sedro-Woolley
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Sheridan
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Spokane
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Tacoma
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Thornton
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Vancouver
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Westminster
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Clallam County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Clark County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Cochise County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Franklin County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Fremont County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Humboldt County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Island County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Jefferson County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor King County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Kitsap County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Kittitas County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor La Conner School District
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Larimer County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Lincoln County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Lummi Tribe of the Lummi Reservation
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Maricopa County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Mesa County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Missoula County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Mohave County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Mount Vernon School District
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Navajo County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Nez Perce Tribe
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Northwest Arizona Employee Benefit Trust
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Pierce County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Saint Regis Mohawk Tribe
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor San Juan County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Santa Barbara County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Sedro-Woolley School District
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Skagit County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Spokane County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Teller County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor The Makah Indian Tribe
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Thurston County

ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Town of Hudson
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Tri-County Health Department
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Tulalip Tribes
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Walla Walla County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Whatcom County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Whitman County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Yuma County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Unknown City of Federal Heights
ggotto@kellerrohrback.com

Elisha D. Graff on behalf of Interested Party PJT Partners LP
egraff@stblaw.com

Timothy E. Graulich on behalf of Debtor Purdue Pharma L.P.
ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Mawerdi Hamid on behalf of Creditor State of Minnesota
mawerdi.hamid@ag.state.mn.us

William Hao on behalf of Creditor OptumRX, Inc.
william.hao@alston.com, leslie.salcedo@alston.com

Ben Harrington on behalf of Creditor City of Seattle
benh@hbsslaw.com

Neil L Henrichsen on behalf of Unknown Board of Chicago School District No. 299
nhenrichsen@hslawyers.com

Chiung-Hui Huang on behalf of Creditor Board of Chicago School District No. 299
chuang@hslawyers.com

Chiung-Hui Huang on behalf of Creditor Board of Education of East Aurora School District 131
chuang@hslawyers.com

Chiung-Hui Huang on behalf of Creditor Board of Education of Thornton Fractional Township
High School District 215
chuang@hslawyers.com

Chiung-Hui Huang on behalf of Creditor Board of Education of Thornton Township High
School District 205
chuang@hslawyers.com

Chiung-Hui Huang on behalf of Creditor The Board of Education of East Aurora School District
131
chuang@hslawyers.com

Chiung-Hui Huang on behalf of Creditor The Board of Education of Thornton Fractional
Township High School District 215
chuang@hslawyers.com

Chiung-Hui Huang on behalf of Creditor The Board of Education of Thornton Township High
School District 205
chuang@hslawyers.com

Evan M. Jones on behalf of Interested Party Janssen Pharmaceutica, Inc. n/k/a Janssen
Pharmaceuticals, Inc.
ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Evan M. Jones on behalf of Interested Party Janssen Pharmaceuticals, Inc.
ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Evan M. Jones on behalf of Interested Party Johnson & Johnson
ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Evan M. Jones on behalf of Interested Party Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a
Janssen Pharmaceuticals, Inc.
ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Gregory P. Joseph on behalf of Unknown Beverly Sackler
gjoseph@jha.com

Gregory P. Joseph on behalf of Unknown David Sackler
gjoseph@jha.com

Gregory P. Joseph on behalf of Unknown Jonathan Sackler
gjoseph@jha.com

Gregory P. Joseph on behalf of Unknown Richard Sackler
gjoseph@jha.com

Nicholas F. Kajon on behalf of Creditor Al Marino, Inc.
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Attorney General, State of Arizona
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor MSI Corporation
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Marketing Services of Indiana, Inc.
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Amel Eiland
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Barbara Rivers
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Darcy Sherman
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Deborah Green-Kuchta
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Debra Dawsey
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Dora Lawrence
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Edward Grace
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Eli Medina
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Eric Hestrup, et al.
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor F. Kirk Hopkins
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Glenn Golden
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Gretta Golden
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Heather Enders
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Jason Reynolds
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Jordan Chu
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Kevin Wilk
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Kimberly Brand
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Lou Sardella
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Michael Christy
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Michael Klodzinski
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Michael Konig
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Michael Lopez
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Nadja Streiter
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Ronald D. Stracener
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor W. Andrew Fox
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor William Stock

nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor William Taylor
nfk@stevenslee.com, NFK@ECFAlerts.com

Nicholas F. Kajon on behalf of Creditor Zachary R. Schneider
nfk@stevenslee.com, NFK@ECFAlerts.com

Benjamin S. Kaminetzky on behalf of Debtor Purdue Pharma L.P.
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Avrio Health L.P.
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Purdue Pharma Inc.
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Purdue Pharma L.P.
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Purdue Pharma Manufacturing L.P.
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Purdue Pharma of Puerto Rico
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Purdue Pharmaceutical Products L.P.
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Purdue Pharmaceuticals L.P.
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Purdue Transdermal Technologies L.P.
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Rhodes Pharmaceuticals L.P.
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Rhodes Technologies
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Michael J Kasen on behalf of Creditor Fredrick Hill
mkasen@kasenlaw.com

Beth Kaswan on behalf of Creditor City of Cambridge
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor City of Chicopee
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor City of Framingham
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor City of Gloucester
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor City of Haverhill
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor City of Salem
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor City of Springfield, Mass.
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor City of Worcester
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor Town of Canton
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor Town of Lynnfield
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor Town of Natick
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor Town of Randolph
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor Town of Wakefield
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City Of Paterson, New Jersey
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Cambridge
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Chicopee
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Framingham
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Gloucester
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Haverhill
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Middletown
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Norwich
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Portsmouth
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Salem
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Trenton
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Worcester
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant Town of Canton
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant Town of Enfield
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant Town of Lynnfield
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant Town of Natick
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant Town of Randolph
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant Town of Springfield
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant Town of Wakefield

bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant Town of Wethersfield
bkaswan@scott-scott.com

Ashley Keller on behalf of Defendant State of Arizona, ex rel. Mark Brnovich, Attorney General
ack@kellerlenkner.com

Nicolas G. Keller on behalf of Unknown New York State Department of Financial Services
nicolas.keller@dfs.ny.gov

Neil Francis Xavier Kelly on behalf of Unknown STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS
nkelly@riag.ri.gov, mdifonzo@riag.ri.gov

Muhammad Umair Khan on behalf of Creditor People of the State of New York
umair.khan@ag.ny.gov

Jeremy C. Kleinman on behalf of Interested Party Walgreen Co. and certain corporate affiliates
and subsidiaries
jkleinman@fgllp.com

Anna Kordas on behalf of Debtor Purdue Pharma L.P.
akordas@jonesday.com

Mark Krueger on behalf of Creditor State of Nevada
mkrueger@ag.nv.gov,
dpotnar@ag.nv.gov,jwhitson@ag.nv.gov,vbmonroy@ag.nv.gov,lmtucker@ag.nv.gov

Thomas Lauria on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma
L.P.
tlauria@whitecase.com

Andrea Law on behalf of Unknown State of Illinois
alaw@atg.state.il.us

Trish Lazich on behalf of Creditor Ohio Attorney General
trish.lazich@ohioattorneygeneral.gov

Alexander Lees on behalf of Interested Party Raymond Sackler Family
alees@milbank.com, alexander-lees-2212@ecf.pacerpro.com;AutoDocketECF@milbank.com

Nicole A Leonard on behalf of Creditor Westchester Fire Insurance Company
nleonard@mdmc-law.com, sshidner@mdmc-law.com

Richard B. Levin on behalf of Creditor McKesson Corporation

rlevin@jenner.com

Donald K. Ludman on behalf of Unknown SAP America, Inc.
dludman@brownconnery.com

Timothy Lundgren on behalf of Creditor The People of the State of California
timothy.lundgren@doj.ca.gov

Michael Luskin on behalf of Interested Party Old Republic Insurance Company
luskin@lsellp.com

Jennifer B Lyday on behalf of Creditor State of North Carolina
jlyday@waldrepllp.com

Joanna Lydgate on behalf of Creditor Commonwealth of Massachusetts
joanna.lydgate@mass.gov

Christopher A. Lynch on behalf of Creditor AmerisourceBergen Drug Corporation
clynch@reedsmith.com

Eric John Maloney on behalf of Creditor State of Minnesota
eric.maloney@ag.state.mn.us

Eric John Maloney on behalf of Defendant State of Minnesota by its Attorney General, Keith
Ellison
eric.maloney@ag.state.mn.us

Scott S. Markowitz on behalf of Creditor Ad Hoc Committee of NAS Babies
smarkowitz@tarterkrinsky.com, snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com

Kimberly P. Massicotte on behalf of Creditor State of Connecticut
kimberly.massicotte@ct.gov

Brian S. Masumoto on behalf of U.S. Trustee United States Trustee
nysbnotice@gmail.com

Annemarie Belanger Mathews on behalf of Creditor State of South Carolina, by and through
Attorney General Alan Wilson
amathews@scag.gov

James I. McClammy on behalf of Debtor Purdue Pharma L.P.
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Avrio Health L.P.
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Purdue Pharma Inc.
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Purdue Pharma L.P.
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Purdue Pharma Manufacturing L.P.
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Purdue Pharma of Puerto Rico
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Purdue Pharmaceutical Products L.P.
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Purdue Pharmaceuticals L.P.
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Purdue Transdermal Technologies L.P.
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Rhodes Pharmaceuticals L.P.
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Rhodes Technologies
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

Katherine McCraw on behalf of Creditor NC Dept. of Health and Human Services
kmccraw@ncdoj.gov, kchadwick@ncdoj.gov;etant@ncdoj.gov;lbulls@ncdoj.gov

Patrick Francis McTernan on behalf of Creditor State of Hawaii ex rel. Clare E. Connors,
Attorney General
pmcternan@croninfried.com, cfskf@croninfried.com

Patrick Francis McTernan on behalf of Defendant State of Hawaii, ex rel. Clare E. Connors,
Attorney General
pmcternan@croninfried.com, cfskf@croninfried.com

Cyrus Mehri on behalf of Creditor Board of Chicago School District No. 299
cmehri@findjustice.com

Seth Adam Meyer on behalf of Creditor Attorney General, State of Arizona
sam@kellerlenkner.com, docket@kellerlenkner.com

Seth Adam Meyer on behalf of Creditor State of Arizona
sam@kellerlenkner.com, docket@kellerlenkner.com

Seth Adam Meyer on behalf of Defendant State of Arizona, ex rel. Mark Brnovich, Attorney General
sam@kellerlenkner.com, docket@kellerlenkner.com

Samuel Mitchell on behalf of Creditor Tucson Medical Center
sam@mitchellspeights.com

Carol E. Momjian on behalf of Creditor Commonwealth of Pennsylvania
cmomjian@attorneygeneral.gov

Denise Mondell on behalf of Creditor State of Connecticut
denise.mondell@ct.gov

Eleanor M. Mullen on behalf of Creditor State of Connecticut
eleanor.mullen@ct.gov

Sean Michael Murphy on behalf of Defendant State of Wisconsin
murphysm@doj.state.wi.us, radkeke@doj.state.wi.us

Sean Michael Murphy on behalf of Interested Party State of Wisconsin
murphysm@doj.state.wi.us, radkeke@doj.state.wi.us

David Eli Nachman on behalf of Creditor People of the State of New York
david.nachman@ag.ny.gov

David Eli Nachman on behalf of Defendant The People of the State of New York, by Letitia James, Attorney General of the State of New York
david.nachman@ag.ny.gov

Edward E. Neiger on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P.
eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Darlene M. Nowak on behalf of Creditor Giant Eagle, Inc.
nowak@marcus-shapira.com

Brendan O'Neil on behalf of Creditor State of Maine
brendan.oneil@maine.gov

Steven P Ordaz on behalf of Unknown BMC Group, Inc
sordaz@bmcgroup.com, bmc@ecfAlerts.com

Robert Padjen on behalf of Creditor Colorado Department of Law
robert.padjen@coag.gov

Robert Padjen on behalf of Defendant State of Colorado
robert.padjen@coag.gov

Jeremy Pearlman on behalf of Creditor State of Connecticut
jeremy.pearlman@ct.gov

William R Pearson on behalf of Creditor State of Iowa, Ex Rel
william.pearson@ag.iowa.gov

William R Pearson on behalf of Defendant State of Iowa, Thomas J. Miller, Attorney General of
Iowa
william.pearson@ag.iowa.gov

Justino D Petrarca on behalf of Creditor Board of Education of East Aurora School District 131
jpetrarca@edlawyer.com, emcnulty@edlawyer.com

Justino D Petrarca on behalf of Creditor Board of Education of Thornton Fractional Township
High School District 215
jpetrarca@edlawyer.com, emcnulty@edlawyer.com

Justino D Petrarca on behalf of Creditor Board of Education of Thornton Township High School
District 205
jpetrarca@edlawyer.com, emcnulty@edlawyer.com

Todd E. Phillips on behalf of Unknown Multi-State Governmental Entities Group
tphillips@capdale.com, cecilia-guerrero-caplin-
6140@ecf.pacerpro.com,cguerrero@capdale.com

Matthew J. Piers on behalf of Creditor Board of Chicago School District No. 299
mpiers@hsplegal.com, rortiz@hsplegal.com;docketing@hsplegal.com

Amanda Quick on behalf of Creditor State of Indiana
amanda.quick@atg.in.gov, marie.baker@atg.in.gov

Amanda Quick on behalf of Defendant State of Indiana
amanda.quick@atg.in.gov, marie.baker@atg.in.gov

Paul A. Rachmuth on behalf of Creditor Ad Hoc Committee on Accountability
paul@paresq.com

Aisha Rich on behalf of Creditor Board of Chicago School District No. 299
arich@findjustice.com

Mai Lan G. Rodgers on behalf of Creditor Pension Benefit Guaranty Corporation
rodgers.mailan@pbgc.gov, efile@pbgc.gov

Laurel D. Roglen on behalf of Creditor DuPont de Nemours, Inc.
roglenl@ballardspahr.com, ambroses@ballardspahr.com

Evan Romanoff on behalf of Creditor State of Minnesota
evan.romanoff@ag.state.mn.us

Vadim J. Rubinstein on behalf of Creditor Nevada Counties and Municipalities
vrubinstein@loeb.com, vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com

Vadim J. Rubinstein on behalf of Defendant Nevada Counties and Municipalities
vrubinstein@loeb.com, vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com

Megan Paris Rundlet on behalf of Creditor Colorado Attorney General
megan.rundlet@coag.gov

Megan Paris Rundlet on behalf of Defendant State of Colorado
megan.rundlet@coag.gov

Pearl Shah on behalf of Creditor Ad Hoc Group of Hospitals
pshah@mcgrailbensinger.com

J. Christopher Shore on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue
Pharma L.P.
cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com

George W. Shuster, Jr. on behalf of Debtor Purdue Pharma L.P.
george.shuster@wilmerhale.com,
WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Daniel H. Slate on behalf of Creditor McKesson Corporation
dslate@buchalter.com

Eric J. Snyder on behalf of Creditor State of Alabama
esnyder@wilkauslander.com, jstauder@wilkauslander.com

Christopher B Spuches on behalf of Creditor Attorney General, State of Florida
cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches on behalf of Defendant State of Florida, Office of the Attorney General,
Department of Legal Affairs
cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Katherine Stadler on behalf of Creditor Arkansas Plaintiffs
kstadler@gklaw.com, kboucher@gklaw.com

Katherine Stadler on behalf of Creditor Tennessee Plaintiffs

kstadler@gklaw.com, kboucher@gklaw.com

Katherine Stadler on behalf of Defendant Arkansas Plaintiffs
kstadler@gklaw.com, kboucher@gklaw.com

Katherine Stadler on behalf of Defendant Tennessee Plaintiffs
kstadler@gklaw.com, kboucher@gklaw.com

Catherine Steege on behalf of Creditor McKesson Corporation
csteege@jenner.com, jeffrey_cross@discovery.com

Dawn Stewart on behalf of Creditor Board of Chicago School District No. 299
dstewart@thestewartlawfirm.com

Aaron H. Stulman on behalf of Interested Party Walmart, Inc.
astulman@potteranderson.com, bankruptcy@potteranderson.com

Mark Tate on behalf of Attorney Village of Amityville, NY, et al.
wkell@tatelawgroup.com

Jay Teitelbaum on behalf of Creditor Community Health Systems, Inc., Tenet Healthcare
Corporation, and Infirmary Health System, Inc. et al
jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Jay Teitelbaum on behalf of Unknown Community Health Systems, Inc., Tenet Healthcare
Corporation, and Infirmary Health System, Inc. et al
jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Louis J. Testa on behalf of Creditor People of the State of New York
louis.testa@ag.ny.gov

Louis J. Testa on behalf of Defendant The People of the State of New York, by Letitia James,
Attorney General of the State of New York
louis.testa@ag.ny.gov

Wendy Tien on behalf of Defendant State of Minnesota by its Attorney General, Keith Ellison
wendy.tien@ag.state.mn.us

Marc Joseph Tobak on behalf of Debtor Purdue Pharma L.P.
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Avrio Health L.P.
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Purdue Pharma Inc.
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Purdue Pharma L.P.
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Purdue Pharma Manufacturing L.P.
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Purdue Pharma of Puerto Rico
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Purdue Pharmaceutical Products L.P.
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Purdue Pharmaceuticals L.P.
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Purdue Transdermal Technologies L.P.
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Rhodes Pharmaceuticals L.P.
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Rhodes Technologies
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Lawrence L. Tong on behalf of Creditor State of Hawaii ex rel. Clare E. Connors, Attorney
General
lawrence.l.tong@hawaii.gov, mana.moriarty@hawaii.gov;aaron.s.joyce@hawaii.gov

Sara Tonnesen on behalf of Defendant Consumer Protection Division Office of the Attorney
General (Md.)
stonnesen@oag.state.md.us

Andrew M. Troop on behalf of Creditor Ad Hoc Group of Non-Consenting States
andrew.troop@pillsburylaw.com

Margaret Truesdale on behalf of Creditor Board of Chicago School District No. 299
mtruesdale@hsplegal.com

Marshall C. Turner on behalf of Creditor Ascent Health Services
marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner on behalf of Creditor Express Scripts Senior Care Holdings, Inc.
marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner on behalf of Creditor Express Scripts, Inc.

marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

Gerard Uzzi on behalf of Interested Party Raymond Sackler Family
guzzi@milbank.com,
jbrewster@milbank.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-
2982@ecf.pacerpro.com

Gerard Uzzi on behalf of Interested Party The Raymond Sackler Family
guzzi@milbank.com,
jbrewster@milbank.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-
2982@ecf.pacerpro.com

Gerard Uzzi on behalf of Unknown Dr. Richard Sackler, Jonathan Sackler, David Sackler, and
Beverly Sackler
guzzi@milbank.com,
jbrewster@milbank.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-
2982@ecf.pacerpro.com

Gerard Uzzi on behalf of Unknown Beverly Sackler
guzzi@milbank.com,
jbrewster@milbank.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-
2982@ecf.pacerpro.com

Gerard Uzzi on behalf of Unknown David Sackler
guzzi@milbank.com,
jbrewster@milbank.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-
2982@ecf.pacerpro.com

Gerard Uzzi on behalf of Unknown Jonathan Sackler
guzzi@milbank.com,
jbrewster@milbank.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-
2982@ecf.pacerpro.com

Gerard Uzzi on behalf of Unknown Richard Sackler
guzzi@milbank.com,
jbrewster@milbank.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-
2982@ecf.pacerpro.com

Melissa L. Van Eck on behalf of Creditor Commonwealth of Pennsylvania
mvaneck@attorneygeneral.gov

Melissa L. Van Eck on behalf of Defendant Commonwealth of Pennsylvania
mvaneck@attorneygeneral.gov

Jennifer Lynn Vandermeuse on behalf of Defendant State of Wisconsin
vandermeusejl@doj.state.wi.us, radkeke@doj.state.wi.us

Jennifer Lynn Vandermeuse on behalf of Interested Party State of Wisconsin
vandermeusejl@doj.state.wi.us, radkeke@doj.state.wi.us

Shmuel Vasser on behalf of Attorney Dechert LLP
shmuel.vasser@dechert.com, nycmanagingclerks@dechert.com,brett.stone@dechert.com

Eli J. Vonnegut on behalf of Debtor Adlon Therapeutics L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Avrio Health L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Button Land L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Greenfield BioVentures L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Imbrium Therapeutics L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Nayatt Cove Lifescience Inc.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Ophir Green Corp.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Paul Land Inc.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Purdue Neuroscience Company
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Purdue Pharma Inc.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Purdue Pharma L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Purdue Pharma Manufacturing L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Purdue Pharma of Puerto Rico
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Purdue Pharmaceutical Products L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Purdue Pharmaceuticals L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Purdue Transdermal Technologies L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Quidnick Land L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Rhodes Associates L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Rhodes Pharmaceuticals L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Rhodes Technologies
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor SVC Pharma Inc.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor SVC Pharma LP
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Seven Seas Hill Corp.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor UDF LP
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Interested Party PJT Partners LP
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Avrio Health L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Purdue Pharma Inc.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Purdue Pharma L.P.

eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Purdue Pharma Manufacturing L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Purdue Pharma of Puerto Rico
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Purdue Pharmaceutical Products L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Purdue Pharmaceuticals L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Purdue Transdermal Technologies L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Rhodes Pharmaceuticals L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Rhodes Technologies
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

William P. Weintraub on behalf of Creditor Anda, Inc.
wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

William P. Weintraub on behalf of Creditor Teva Canada Limited
wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

William P. Weintraub on behalf of Creditor Teva Pharmaceuticals USA, Inc.
wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

Erin West on behalf of Creditor Arkansas Plaintiffs
ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com

Erin West on behalf of Creditor Tennessee Plaintiffs
ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com

Gregory Dale Willard on behalf of Creditor State of Missouri, by its Attorney General Eric S.
Schmitt
gwillard@dubllc.com

Brady C. Williamson on behalf of Creditor Arkansas Plaintiffs
bwilliamson@gklaw.com

Brady C. Williamson on behalf of Creditor Tennessee Plaintiffs

bwilliamson@gklaw.com

Charles Wysong on behalf of Creditor Board of Chicago School District No. 299
cwysong@hsplegal.com

Dina L. Yunker Frank on behalf of Interested Party Washington State Department of Revenue
bcuyunker@atg.wa.gov

David Zwally on behalf of Interested Party BR Holdings Associates Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party BR Holdings Associates L.P.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party PLP Associates Holding Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party PLP Associates Holdings L.P.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Pharmaceutical Research Associates L.P.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party TXP Services, Inc.
dzwally@haugpartners.com

    3.    Notice of filing of the Documents has been mailed to the following parties, who have appeared in the case but not consented to ECF service:

Adam M. Adler on behalf of Claims and Noticing Agent Prime Clerk LLC
Adam M. Adler on behalf of Debtor Purdue Pharma L.P.
Adam M. Adler on behalf of Other Prof. Prime Clerk LLC
Prime Clerk LLC
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, NY 10165

Thomas C. Albus on behalf of Creditor State of Missouri, by its Attorney General Eric S. Schmitt
Office of Attorney General
P.O. Box 899
Jefferson City, MO 65102

On behalf of the Farash Family Barbara Farash
Bayard, P.A.

600 N. King Street, Suite 400
Wilmington, DE 19801

Gary & Colleen Breitbord
9 Forest Park Drive
Holliston, MA 01746

Dan Colucci
467 Beech Street
Township of Washington, NJ 07676

Edward J. Bisch
Commonwealth of Pennsylvania, Department of Revenue
Bureau of Compliance
Department 280946
Harrisburg, PA 17128-0946

Clare Connors on behalf of Creditor State of Hawaii ex rel. Clare E. Connors, Attorney General
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813

Ronald George Dandar
c/o Legal Mail Department
50 Overlook Drive
LaBelle, PA 15450

Corey Dodge
Oregon Dept. of Corrections
777 Stanton Blvd.
Ontario, NY 97914

John Farrell
P.O. Box 19803
Ashville, NC 28815

Lara J Fogel on behalf of Defendant Gurbir S. Grewal, Attorney General of the State of New
Jersey
New Jersey State Attorney General
124 Halsey Street, 5th Floor
P.O. Box 45029-5029
Newark, NJ 07101

Marshall Scott Huebner on behalf of Debtor Avrio Health L.P.
Marshall Scott Huebner on behalf of Debtor Button Land L.P.
Marshall Scott Huebner on behalf of Debtor Greenfield BioVentures L.P.

Marshall Scott Huebner on behalf of Debtor Imbrium Therapeutics L.P.
Marshall Scott Huebner on behalf of Debtor Nayatt Cove Lifescience Inc.
Marshall Scott Huebner on behalf of Debtor Ophir Green Corp.
Marshall Scott Huebner on behalf of Debtor Paul Land Inc.
Marshall Scott Huebner on behalf of Debtor Purdue Neuroscience Company
Marshall Scott Huebner on behalf of Debtor Purdue Pharma Inc.
Marshall Scott Huebner on behalf of Debtor Purdue Pharma L.P.
Marshall Scott Huebner on behalf of Debtor Purdue Pharma Manufacturing L.P.
Marshall Scott Huebner on behalf of Debtor Purdue Pharma of Puerto Rico
Marshall Scott Huebner on behalf of Debtor Purdue Pharmaceutical Products L.P.
Marshall Scott Huebner on behalf of Debtor Purdue Pharmaceuticals L.P.
Marshall Scott Huebner on behalf of Debtor Purdue Transdermal Technologies L.P.
Marshall Scott Huebner on behalf of Debtor Quidnick Land L.P.
Marshall Scott Huebner on behalf of Debtor Rhodes Associates L.P.
Marshall Scott Huebner on behalf of Debtor Rhodes Pharmaceuticals L.P.
Marshall Scott Huebner on behalf of Debtor Rhodes Technologies
Marshall Scott Huebner on behalf of Debtor SVC Pharma Inc.
Marshall Scott Huebner on behalf of Debtor SVC Pharma LP
Marshall Scott Huebner on behalf of Debtor Seven Seas Hill Corp.
Marshall Scott Huebner on behalf of Debtor UDF LP
Marshall Scott Huebner on behalf of Plaintiff Avrio Health L.P.
Marshall Scott Huebner on behalf of Plaintiff Purdue Pharma Inc.
Marshall Scott Huebner on behalf of Plaintiff Purdue Pharma L.P.
Marshall Scott Huebner on behalf of Plaintiff Purdue Pharma Manufacturing L.P.
Marshall Scott Huebner on behalf of Plaintiff Purdue Pharma of Puerto Rico
Marshall Scott Huebner on behalf of Plaintiff Purdue Pharmaceutical Products L.P.
Marshall Scott Huebner on behalf of Plaintiff Purdue Pharmaceuticals L.P.
Marshall Scott Huebner on behalf of Plaintiff Purdue Transdermal Technologies L.P.
Marshall Scott Huebner on behalf of Plaintiff Rhodes Pharmaceuticals L.P.
Marshall Scott Huebner on behalf of Plaintiff Rhodes Technologies
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

David S. Jones on behalf of Interested Party United States Of America
U.S. Attorney Office, SDNY
100 Church Street
19th Floor
New York, NY 10007

Tim Kramer
64 Exmoor Rd.
Waterford, NY 48328

Kimberly Krawczyk
38 Briarwood Lane #4

Marlboro, MA 01152

Kurtzman Carson Consultants LLC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

Kurtzman Carson Consultants LLC
222 N. Pacific Coast Highway
Suite 300
El Segundo, CA 90245

Laurel K. Lackey on behalf of Unknown The State of West Virginia, ex el. Patrick Morrisey,
Attorney General
West Virginia Attorney General's Office
Eastern Panhandle Office
269 Aikens Center
Martinsburg, WV 25404

Kenneth T. Law on behalf of Creditor United Parcel Service, Inc.
Bialson, Bergen & Schwab
633 Menlo Avenue, Suite 100
Suite 300
Menlo Park, CA 94025
klaw@bbslaw.com

NAPW Lynn M. Paltrow, JD
National Advocates for Pregnat Women
575 8th Avenue, 7th Floor
New York, NY 10018

Kristine Manoukian on behalf of Creditor Ad Hoc Group of Hospitals
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Leona Nuss
5 Watkins Pl
Palm Coast, Fl 32164

Province, Inc.
2360 Corporate Circle, Suite 330
Henderson, NV 89074

John Taormina
12 Starr Lea Road
North Salem, NY 10560

Ruby Thomas
150 Ledy Mercy Lane
Rockington, NJ 28379

Sarah Thrower
CRNP Provider Assisted Medication Treat.
1593 Sylvan Dr.
Hollidaysburg,, PA 16648

4.      The Following Parties have appeared in this case but have not provided mailing addresses and, therefore, will not receive mail notice:

Arnold & Porter Kaye Scholer LLP

Charles D. Baker
Commonwealth of Massachusetts

Lydia Conley
ABH

Harrison Cullen

Maryanne Frangules
MOAR

Stephen G. Gelfand
PROP

Marcia Julian

Michael Julian

Andrew Kolodny
PROP

Maryanne Frangules MOAR Executive Director

Cynthia Munger

Lora Pellegrini
Massachusetts Assoc. of Health Plans

Joanne Peterson
Learn to Cope

Mike Sacca

Dan Schneider

Steven A. Tolman
Massachusetts AFL-CIO

Barbara Van Rooyan

Ed Vanicky

Various Parties in Support of Massachusetts Attorney General Maura Healey

Martin Walsh
City of Boston, Massachusetts

Steve Walsh
Massachusetts Health & Hospital Assoc