**EXHIBIT 2**

Page 1

1  UNITED STATES BANKRUPTCY COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  Case No. 19-23649-rdd

4  - - - - - - - - - - - - - - - - - - - - - - - - - x

5  In the Matter of:

6

7  PURDUE PHARMA L.P.,

8

9            Debtor.

10 - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12            United States Bankruptcy Court

13            300 Quarropas Street, Room 248

14            White Plains, NY 10601

15

16            April 22, 2020

17            10:15 AM

18

19

20

21  B E F O R E :

22  HON ROBERT D. DRAIN

23  U.S. BANKRUPTCY JUDGE

24

25  ECRO: UNKNOWN

1    be responsive to Your Honor's comments.  Ultimately, comma,

2    the Debtors, creditors committee, consenting ad hoc

3    committee and non-consenting states collectively concluded

4    that despite the best intentions on all sides, pursuit of an

5    ERF should be paused temporarily while we allow planned

6    mediation to progress.  The creditors in this case continue

7    to have deeply-held fundamental differences in view as to,

8    among other things, the optimal use of ERF funds and

9    appropriate governance and it has become clear that

10   attempting to resolve those differences while parties are

11   focused on planned mediation was placing additional strain

12   on that intense, complex, and important process.

13              All parties believe that an ERF is more likely to

14   be successful after additional progress has been made in

15   planned mediation.  To be clear, while we are pausing

16   consideration of an ERF at this time, it is not cancelled

17   and all parties have agreed to revisit it once planned

18   mediation has progressed further.  All parties hope to be

19   back to Your Honor in the future with an ERF.

20              So that is the ERF update.  I guess since it is,

21   obviously, cross-refenced to mediation, I should note that

22   the mediators do continue to be quite hard at work.  There

23   are multiple calls, multiple sessions, multiple video calls

24   going on with a wide variety parties many times a week, and

25   they're, you know, asking lot of excellent questions of