DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Charles S. Duggan

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

**NOTICE OF FILING OF REPORT OF THE SPECIAL COMMITTEE**

**PLEASE TAKE NOTICE** that Purdue Pharma L.P. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file, as Exhibit A hereto, a report of the Special Committee of the Board of Directors of Purdue Pharma L.P. (the "**Special Committee**") entitled *Intercompany and Non-Cash Transfers Analysis* (the "**Intercompany and Non-Cash Transfers Report**"). The Intercompany and Non-Cash Transfers Report was prepared in connection with an ongoing review by the Special Committee of matters relating to the Debtors and members of the Sackler

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

families or any of their affiliates, which the Debtors have disclosed publicly, including in their Informational Brief filed on September 15, 2019, and at the September 17, 2019 "First Day" hearing.[2]

**PLEASE TAKE FURTHER NOTICE** that a copy of the Intercompany and Non-Cash Transfers Report and any related papers may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.  You may also obtain copies of any pleadings by visiting the Court's website at https://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:    May 29, 2020
         New York, New York

                                                    */s/ Marshall S. Huebner*
                                                    DAVIS POLK & WARDWELL LLP
                                                    450 Lexington Avenue
                                                    New York, New York 10017
                                                    Telephone: (212) 450-4000
                                                    Facsimile: (212) 701-5800
                                                    Marshall S. Huebner
                                                    Charles S. Duggan

                                                    *Counsel to the Debtors*
                                                    *and Debtors in Possession*

---

[2] Debtors' Informational Br. at 16 [ECF No. 17]; Sept. 17, 2019 Hr'g Tr. at 29:8-30:9.