AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | ) Case No. 19-23649 (RDD) |
| Debtors.[1] | ) (Jointly Administered) |

**STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN RESPONSE TO LETTER BRIEFS REQUESTING EXTENSION OF BAR DATE[2]**

The Official Committee of Unsecured Creditors (the "Official Committee") of Purdue Pharma L.P., *et al.* (collectively, the "Debtors") in the above captioned cases, by and through its

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

[2] From May 7, 2020 to May 20, 2020, various concerned parties filed letter briefs requesting an extension of the General Bar Date. [ECF Nos. 1133, 1141, 1142, 1145, 1149, 1153, 1157, 1158, 1160 and 1168] (collectively, the "Letter Requests"). On May 19, 2020, the ad hoc group of non-consenting states filed the *Memorandum/Statement in Support of the Entry of an Order Extending the Bar Date* [ECF No. 1173] (the "Non-Consenting States' Statement" and, together with the Letter Requests, the "Extension Requests") in support of the Letter Requests. On May 26, 2020 a *Notice of Telephonic Hearing* [ECF No. 1185] (the "Notice") was filed with respect to the Letter Requests.

undersigned counsel, hereby submits this statement (the "Statement") in response to the Extension Requests.

## STATEMENT

1. The Official Committee supports the 30-day extension of the General Bar Date proposed by the *Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 2002 and 3003(c)(3) for Entry of an Order (I) Extending the General Bar Date for a Limited Period and (II) Approving the Form and Manner of Notice Thereof* [ECF No. 1178] (the "Motion").[3] Accordingly, the Official Committee intends to file and serve a statement in support of the relief requested by the Motion (the "Supporting Statement") on or before 12:00 p.m. on June 2, 2020, the deadline for submissions of replies to objections to the Motion.[4] The Supporting Statement will set forth in detail the reasons the Official Committee believes a limited 30-day extension of the General Bar Date is appropriate in light of the unique facts and circumstances of these cases.

2. To the extent that the Extension Requests seek to further extend or otherwise modify the Debtors' proposed extension of the General Bar Date, the Official Committee believes such alterations are unnecessary and inappropriate for the reasons that will be articulated in the Supporting Statement.

3. The Official Committee reserves all rights with respect to the Notice, the Extension Requests and the Motion, including the right to amend or supplement this Statement, submit additional briefing, participate in any discovery and be heard at any hearing related to the Notice, the Extension Requests or the Motion.

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.
[4] *Second Amended Order Establishing Notice, Case Management and Administrative Procedures* [ECF No. 498] ¶ 29.

| | |
|---|---|
| Dated: New York, New York<br>May 31, 2020 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By:  /s/ *Arik Preis*<br>Ira S. Dizengoff<br>Arik Preis<br>Mitchell Hurley<br>Sara L. Brauner<br>One Bryant Park<br>New York, New York 10036<br>Tel: (212) 872-1000<br>Fax: (212) 872-1002<br>idizengoff@akingump.com<br>apreis@akingump.com<br>mhurley@akingump.com<br>sbrauner@akingump.com<br><br>*Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al. |