UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

In re:                                               :    Chapter 11
                                                     :
PURDUE PHARMA L.P., *et al.*,                        :    Case No. 19-23649 (RDD)
                                                     :
                               Debtors.[1]           :    (Jointly Administered)
                                                     :
--------------------------------------------------------- x

## STATEMENT OF FEES AND REIMBURSEMENT OF
## OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE
## PERIOD OF APRIL 1, 2020 THROUGH APRIL 30, 2020

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of April 1, 2020 through April 30, 2020 (the "Fourth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

## I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.    On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.    On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.    On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT *nunc pro tunc* to the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Compensation and Reimbursement of Out-of-Pocket Expenses

5.    For the Fourth Compensation Period, PJT (a) (i) earned monthly fees in the aggregate amount of $225,000.00, and (ii) is entitled to the reimbursement of out-of-pocket expenses incurred in the amount of $2,742.35, and (b) in accordance with the Procedures Order, seeks payment in the amount of $182,742.35 (representing 80% of the total amount of PJT's earned monthly fees, and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Fourth Compensation Period). Although every effort has been made to include all expenses incurred during the Fourth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and

2

processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such expenses incurred during the Fourth Compensation Period but not included herein.

6.    An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Fourth Compensation Period is attached hereto as Appendix A. A summary of the compensation earned and out-of-pocket expenses incurred during the Fourth Compensation Period is outlined below:

| Fourth Compensation Period | Monthly Fee | Holdbacks @ 20% | Monthly Fee, Less Holdback | Out-Of-Pocket Expenses | Amount Due |
|---|---|---|---|---|---|
| April 1 – 30, 2020 | $225,000.00 | ($45,000.00) | $180,000.00 | $2,742.35 | **$182,742.35** |

7.    The amount of compensation and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 549.5 hours expended by PJT professionals in providing investment banking services to the Debtors during the Fourth Compensation Period are provided in Appendix B.

8.  A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | April 2020 |
|---|---|
| Tim Coleman | 24.5 |
| Jamie O'Connell | 25.5 |
| Rafael Schnitzler | 65.0 |
| Joe Turner | 88.5 |
| Tom Melvin | 111.5 |
| Jade Wang | 88.0 |
| Gerald Sim | 69.5 |
| Aakriti Suri | 31.0 |
| Ismail Mian | 46.0 |
| **Total Hours** | **549.5** |

## III. <u>Requested Relief</u>

9.  Pursuant to the Retention Order and the Procedures Order, with respect to: (a) PJT's monthly fees in the amount of $225,000.00 and (b) the reimbursement of PJT's out-of-pocket expenses in the amount of $2,742.35, in each case earned or incurred during the Fourth Compensation Period, PJT hereby requests that the Debtors make the following payments to PJT:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-Of-Pocket Expenses | 2,742.35 |
| **Total Amount Due** | **$182,742.35** |

Dated: May 29, 2020

PJT PARTNERS LP

By: /s/ John James O'Connell
      John James O'Connell III
      Partner
      280 Park Avenue
      New York, NY 10017
      (212) 364-7800

**APPENDIX A**

PJT Partners                                                                    PJT

May 14, 2020

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

Monthly Fee for the period of April 1, 2020 through April 30, 2020:          $          225,000.00

Less: Holdback @ 20%                                                                  (45,000.00)

Out-of-pocket expenses through the period of May 11, 2020:[1]

| | | | |
|---|---|---:|---:|
| Ground Transportation | $ | 72.69 | |
| Communications | | 31.98 | |
| Meals | | 1,438.68 | |
| Document Production | | 1,199.00 | 2,742.35 |
| **Total Amount Due** | | **$** | **182,742.35** |

**Please wire transfer funds to:**

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020
ABA# 321 081 669
Credit Account: PJT Partners LP | PJT RSSG Account
Account # 80008146369

**Invoice No. 10012783**

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Dept. - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail May-20 | Total Expenses |
|---|---|---|
| Ground Transportation | $ 72.69 | $ 72.69 |
| Communications | 31.98 | 31.98 |
| Meals with Clients | 1,218.68 | 1,218.68 |
| Employee Meals | 220.00 | 220.00 |
| Document Production | 1,199.00 | 1,199.00 |
| **Total Expenses** | **$ 2,742.35** | **$ 2,742.35** |

| | |
|---|---|
| **Ground Transportation** | **$ 72.69** |
| **Communications** | **31.98** |
| **Meals** | **1,438.68** |
| **Document Production** | **1,199.00** |
| **Total Expenses** | **$ 2,742.35** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through May 11, 2020**
**Invoice No. 10012783**

**Ground Transportation**

| | | |
|---|---|---|
| Melvin (weeknight taxi home from office) | 01/27/20 | 27.48 |
| Turner (early morning taxi to client meeting in New York, NY from home) | 02/21/20 | 17.40 |
| Turner (weeknight taxi home from office) | 03/11/20 | 27.81 |
| **Subtotal - Ground Transportation** | | **$    72.69** |

**Communications**

| | | |
|---|---|---|
| Melvin (wi-fi access while traveling) | 01/17/20 | 15.99 |
| Melvin (wi-fi access while traveling) | 01/20/20 | 15.99 |
| **Subtotal - Communications** | | **31.98** |

**Meals with Clients**

| | | |
|---|---|---|
| Corporate Services (catered meal for 30 people during client meeting @ PJT) | 01/27/20 | 1,218.68 |
| **Subtotal - Meal with Clients** | | **1,218.68** |

**Employee Meals**

| | | |
|---|---|---|
| Melvin (weeknight working dinner meal @ office) | 01/06/20 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 01/08/20 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 01/13/20 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 01/15/20 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 01/21/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 02/13/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 02/18/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 02/19/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 02/20/20 | 20.00 |
| Turner (weekend working dinner meal @ office) | 02/29/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 03/16/20 | 20.00 |
| **Subtotal - Employee Meals** | | **220.00** |

**Document Production**

| | | |
|---|---|---|
| Sim (1,200 color photocopies calculated @ a rate of $0.10 per page) | 02/18/20 | 120.00 |
| Sim (2,208 color photocopies calculated @ a rate of $0.10 per page) | 02/07/20 | 220.80 |
| Sim (4,202 color photocopies calculated @ a rate of $0.10 per page) | 02/02/20 | 420.20 |
| Sim (4,380 color photocopies calculated @ a rate of $0.10 per page) | 02/09/20 | 438.00 |
| **Subtotal - Document Production** | | **1,199.00** |
| **Total Expenses** | | **$    2,742.35** |

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Professional | Title | Hours |
|---|---|---|
| Tim Coleman | Partner | 24.5 |
| Jamie O'Connell | Partner | 25.5 |
| Rafael Schnitzler | Director | 65.0 |
| Joe Turner | Vice President | 88.5 |
| Tom Melvin | Associate | 111.5 |
| Jade Wang | Associate | 88.0 |
| Gerald Sim | Analyst | 69.5 |
| Aakriti Suri | Analyst | 31.0 |
| Ismail Mian | Analyst | 46.0 |
| | **Total** | **549.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tim Coleman | 04/01/20 | 1.5 | Internal call regarding draft board slides |
| Tim Coleman | 04/02/20 | 1.0 | Weekly update call |
| Tim Coleman | 04/04/20 | 1.0 | Various conversations with management and BOD re business plan |
| Tim Coleman | 04/05/20 | 1.5 | Various conversations with management and BOD re business plan |
| Tim Coleman | 04/05/20 | 0.5 | Call with J. O'Connell regarding board materials |
| Tim Coleman | 04/06/20 | 2.0 | Telephonic board meeting |
| Tim Coleman | 04/07/20 | 6.5 | Telephonic board meeting |
| Tim Coleman | 04/07/20 | 0.5 | Follow up conversation with J. Turner, post BOD |
| Tim Coleman | 04/08/20 | 1.0 | Various conversations with management and BOD re business plan |
| Tim Coleman | 04/09/20 | 0.5 | Weekly update call |
| Tim Coleman | 04/13/20 | 1.0 | Various conversations with management |
| Tim Coleman | 04/13/20 | 1.0 | Various conversations with management |
| Tim Coleman | 04/13/20 | 0.5 | Internal call regarding follow up analysis |
| Tim Coleman | 04/16/20 | 1.0 | Weekly update call |
| Tim Coleman | 04/23/20 | 0.5 | Weekly update call |
| Tim Coleman | 04/30/20 | 4.5 | Telephonic board meeting |
| | | **24.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 04/01/20 | 1.5 | Internal call regarding draft board slides |
| Jamie O'Connell | 04/02/20 | 1.0 | Weekly update call |
| Jamie O'Connell | 04/03/20 | 0.5 | Emails regarding materials |
| Jamie O'Connell | 04/03/20 | 0.5 | Call with J. Turner regarding board materials |
| Jamie O'Connell | 04/05/20 | 0.5 | Call with T. Coleman regarding board materials |
| Jamie O'Connell | 04/06/20 | 2.0 | Telephonic board meeting |
| Jamie O'Connell | 04/07/20 | 5.0 | Telephonic board meeting (did not attend entire call) |
| Jamie O'Connell | 04/07/20 | 0.5 | Follow up conversation with J. Turner, post BOD |
| Jamie O'Connell | 04/09/20 | 0.5 | Weekly update call |
| Jamie O'Connell | 04/13/20 | 0.5 | Internal call regarding follow up analysis |
| Jamie O'Connell | 04/13/20 | 0.5 | Call with J. Turner re various topics |
| Jamie O'Connell | 04/16/20 | 1.0 | Weekly update call |
| Jamie O'Connell | 04/17/20 | 0.5 | Emails regarding financial matters |
| Jamie O'Connell | 04/17/20 | 0.5 | Call with management regarding financial matter |
| Jamie O'Connell | 04/20/20 | 0.5 | Internal call regarding financial matter |
| Jamie O'Connell | 04/21/20 | 0.5 | Call with management regarding various topics |
| Jamie O'Connell | 04/21/20 | 1.5 | Review of materials in advance of mediation session |
| Jamie O'Connell | 04/22/20 | 1.0 | Dialed into omnibus court hearing (did not attend entire hearing) |
| Jamie O'Connell | 04/22/20 | 0.5 | Internal team call regarding presentation |
| Jamie O'Connell | 04/22/20 | 1.0 | Review of materials in advance of mediation session |
| Jamie O'Connell | 04/23/20 | 0.5 | Weekly update call |
| Jamie O'Connell | 04/23/20 | 2.5 | Presented financial information to mediators |
| Jamie O'Connell | 04/26/20 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 04/27/20 | 0.5 | Call with J. Turner regarding creditor diligence materials |
| Jamie O'Connell | 04/30/20 | 1.5 | Attend board call (did not attend entire call) |
|  |  | **25.5** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 04/01/20 | 1.5 | Internal call regarding draft board slides |
| Rafael Schnitzler | 04/01/20 | 0.5 | Call regarding draft board slides |
| Rafael Schnitzler | 04/01/20 | 7.0 | Draft and review business plan and BOD materials |
| Rafael Schnitzler | 04/02/20 | 1.0 | Weekly update call |
| Rafael Schnitzler | 04/02/20 | 0.5 | Call with management re Rhodes |
| Rafael Schnitzler | 04/02/20 | 1.0 | Call with management and advisors re business plan deck for BOD |
| Rafael Schnitzler | 04/02/20 | 5.5 | Draft and review business plan and BOD materials |
| Rafael Schnitzler | 04/03/20 | 8.5 | Draft and review business plan and BOD materials |
| Rafael Schnitzler | 04/03/20 | 0.5 | Call with J. O'Connell regarding board materials |
| Rafael Schnitzler | 04/04/20 | 7.0 | Draft and review business plan and BOD materials |
| Rafael Schnitzler | 04/05/20 | 1.0 | Draft and review business plan and BOD materials |
| Rafael Schnitzler | 04/06/20 | 2.0 | Telephonic board meeting |
| Rafael Schnitzler | 04/06/20 | 1.0 | Preparation for board meeting |
| Rafael Schnitzler | 04/07/20 | 6.5 | Telephonic board meeting |
| Rafael Schnitzler | 04/08/20 | 0.5 | Call with Alix Partners re creditor materials |
| Rafael Schnitzler | 04/08/20 | 0.5 | Call with Alix Partners re IAC diligence |
| Rafael Schnitzler | 04/09/20 | 1.0 | Internal catch-up with majority of PJT team |
| Rafael Schnitzler | 04/09/20 | 0.5 | Weekly update call |
| Rafael Schnitzler | 04/10/20 | 1.0 | Call with management re Rhodes |
| Rafael Schnitzler | 04/13/20 | 0.5 | Internal call regarding follow up analysis |
| Rafael Schnitzler | 04/13/20 | 1.0 | Review of certain post-BOD questions and potential frameworks for response |
| Rafael Schnitzler | 04/13/20 | 0.5 | Call with Company re BOD questions |
| Rafael Schnitzler | 04/13/20 | 1.0 | Diligence call with debtor and creditor advisor(s) |
| Rafael Schnitzler | 04/14/20 | 1.5 | Telephonic board meeting |
| Rafael Schnitzler | 04/16/20 | 1.0 | Weekly update call |
| Rafael Schnitzler | 04/18/20 | 1.0 | Internal discussions re: financial presentation |
| Rafael Schnitzler | 04/20/20 | 0.5 | Internal call regarding financial matter |
| Rafael Schnitzler | 04/20/20 | 1.0 | Worked on creditor presentation |
| Rafael Schnitzler | 04/22/20 | 0.5 | Internal team call regarding presentation |
| Rafael Schnitzler | 04/22/20 | 2.0 | Worked on creditor presentation |
| Rafael Schnitzler | 04/23/20 | 0.5 | Weekly update call |
| Rafael Schnitzler | 04/23/20 | 2.5 | Presented financial information to mediators |
| Rafael Schnitzler | 04/30/20 | 4.5 | Telephonic board meeting |
| | | **65.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 04/01/20 | 1.5 | Internal call regarding draft board slides |
| Joe Turner | 04/01/20 | 8.0 | Drafting/review of business plan BOD materials |
| Joe Turner | 04/01/20 | 0.5 | Review of various IAC diligence related workstreams |
| Joe Turner | 04/01/20 | 1.0 | Review of various creditor diligence related workstreams |
| Joe Turner | 04/02/20 | 7.0 | Drafting/review of business plan BOD materials |
| Joe Turner | 04/02/20 | 0.5 | Call with management re specific items in BOD materials |
| Joe Turner | 04/02/20 | 0.5 | Calls with debtor co-advisors re various topics |
| Joe Turner | 04/02/20 | 0.5 | Call with management re Rhodes |
| Joe Turner | 04/02/20 | 1.0 | Call with management and advisors re business plan deck for BOD |
| Joe Turner | 04/03/20 | 5.5 | Review and drafting of board materials |
| Joe Turner | 04/03/20 | 0.5 | Call with J. O'Connell regarding board materials |
| Joe Turner | 04/03/20 | 7.0 | Review and drafting of board materials |
| Joe Turner | 04/03/20 | 0.5 | Admin and coordination of board materials, including circulation to Company |
| Joe Turner | 04/04/20 | 1.0 | Review and final edits to materials |
| Joe Turner | 04/04/20 | 0.5 | Admin and coordination of board materials, including circulation to Company |
| Joe Turner | 04/05/20 | 1.5 | Prep calls with management and advisors re BOD |
| Joe Turner | 04/06/20 | 1.0 | Call with certain creditor groups re PHI situation |
| Joe Turner | 04/06/20 | 2.0 | Telephonic board meeting |
| Joe Turner | 04/07/20 | 6.5 | Telephonic board meeting |
| Joe Turner | 04/07/20 | 0.5 | Follow up conversation with T. Coleman, post BOD |
| Joe Turner | 04/07/20 | 0.5 | Follow up conversation with J. O'Connell, post BOD |
| Joe Turner | 04/08/20 | 0.5 | Call with Alix Partners re creditor materials |
| Joe Turner | 04/08/20 | 0.5 | Call with Alix Partners re IAC diligence |
| Joe Turner | 04/09/20 | 1.0 | Review of company analysis re cash flows |
| Joe Turner | 04/09/20 | 1.0 | Internal catch-up with majority of PJT team |
| Joe Turner | 04/09/20 | 0.5 | Weekly update call |
| Joe Turner | 04/10/20 | 1.0 | Call with Company re business planning and strategic situation |
| Joe Turner | 04/10/20 | 1.0 | Call with certain creditor groups re diligence matters |
| Joe Turner | 04/13/20 | 0.5 | Internal call regarding follow up analysis |
| Joe Turner | 04/13/20 | 0.5 | Call with J. O'Connell re various topics |
| Joe Turner | 04/13/20 | 1.0 | Review of certain post-BOD questions and potential frameworks for response |
| Joe Turner | 04/13/20 | 0.5 | Call with Company re BOD questions |
| Joe Turner | 04/13/20 | 0.5 | Coordination of tax call with creditor advisors |
| Joe Turner | 04/13/20 | 0.5 | Review of company analysis re cash flows |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 04/13/20 | 1.0 | Diligence call with debtor and creditor advisor(s) |
| Joe Turner | 04/14/20 | 1.5 | Prep for BOD, including review of diligence process to date |
| Joe Turner | 04/14/20 | 1.5 | Telephonic board meeting |
| Joe Turner | 04/16/20 | 1.0 | Weekly update call |
| Joe Turner | 04/17/20 | 0.5 | Tax call with creditor advisors |
| Joe Turner | 04/20/20 | 0.5 | Call with PJT/Alix advisors re financial presentation |
| Joe Turner | 04/20/20 | 2.0 | Review / drafting of proposed creditor financial presentation (re business plan) |
| Joe Turner | 04/20/20 | 0.5 | Internal call regarding financial matter |
| Joe Turner | 04/21/20 | 0.5 | Call with management regarding various topics |
| Joe Turner | 04/22/20 | 0.5 | Internal team call regarding presentation |
| Joe Turner | 04/23/20 | 0.5 | Weekly update call |
| Joe Turner | 04/22/20 | 1.5 | Review / drafting of proposed creditor financial presentation (re business plan) |
| Joe Turner | 04/23/20 | 2.5 | Presented financial information to mediators |
| Joe Turner | 04/23/20 | 1.0 | Call with certain members of management (Rhodes & PPLP) and Alix |
| Joe Turner | 04/23/20 | 0.5 | Coordinating management review of (and comments to) creditor business plan presentation |
| Joe Turner | 04/24/20 | 0.5 | Call with certain members of management and Alix re creditor diligence |
| Joe Turner | 04/24/20 | 0.5 | Call with Alix re creditor diligence |
| Joe Turner | 04/24/20 | 1.5 | Review / drafting of proposed creditor financial presentation (re business plan) |
| Joe Turner | 04/24/20 | 0.5 | Coordinating management review of (and comments to) creditor business plan presentation |
| Joe Turner | 04/25/20 | 0.5 | Review / drafting of proposed creditor financial presentation (re business plan) |
| Joe Turner | 04/26/20 | 0.5 | Coordinating management review of (and comments to) creditor business plan presentation |
| Joe Turner | 04/27/20 | 0.5 | Call with DPW re mediation topics |
| Joe Turner | 04/27/20 | 0.5 | Internal call re IAC analysis |
| Joe Turner | 04/27/20 | 0.5 | Call with J. O'Connell regarding creditor diligence materials |
| Joe Turner | 04/28/20 | 1.0 | Review of company cash flow analyses |
| Joe Turner | 04/28/20 | 2.0 | Telephonic meeting with creditor group advisors |
| Joe Turner | 04/29/20 | 0.5 | Call with Company re business plan analysis |
| Joe Turner | 04/30/20 | 1.5 | Review of BOD meeting materials |
| Joe Turner | 04/30/20 | 1.0 | Review of status of creditor diligence requests |
| Joe Turner | 04/30/20 | 0.5 | Coordination of diligence with creditor advisors |
| Joe Turner | 04/30/20 | 4.5 | Telephonic board meeting |
| | | **88.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 04/01/20 | 1.5 | Internal call regarding draft board slides |
| Thomas Melvin | 04/01/20 | 0.5 | Internal E-mail communication regarding draft board slides |
| Thomas Melvin | 04/01/20 | 1.0 | E-mail communication with Company management regarding draft board slides |
| Thomas Melvin | 04/01/20 | 3.0 | Update and review draft board slides |
| Thomas Melvin | 04/01/20 | 1.0 | E-mail and phone communication with creditor advisors regarding diligence requests |
| Thomas Melvin | 04/02/20 | 1.0 | Weekly update call |
| Thomas Melvin | 04/02/20 | 2.0 | Call with Company management regarding draft board slides |
| Thomas Melvin | 04/02/20 | 4.0 | Update and review draft board slides |
| Thomas Melvin | 04/02/20 | 1.5 | E-mail communication with Company management regarding draft board slides |
| Thomas Melvin | 04/02/20 | 1.0 | Internal E-mail communication regarding draft board slides |
| Thomas Melvin | 04/02/20 | 1.0 | Review diligence response to creditor group inquiries |
| Thomas Melvin | 04/03/20 | 0.5 | Creditor group requests weekly conference call |
| Thomas Melvin | 04/03/20 | 3.5 | Update and review draft board slides |
| Thomas Melvin | 04/03/20 | 1.5 | Review diligence responses to creditor group inquiries |
| Thomas Melvin | 04/03/20 | 0.5 | E-mail communication with Company management regarding creditor advisor diligence requests |
| Thomas Melvin | 04/03/20 | 0.5 | Prepare and submit diligence responses for processing and upload |
| Thomas Melvin | 04/04/20 | 3.0 | Update and review draft board slides |
| Thomas Melvin | 04/05/20 | 1.0 | Update and review draft board slides |
| Thomas Melvin | 04/06/20 | 1.0 | Conference call with UCC advisors regarding Company partnerships |
| Thomas Melvin | 04/06/20 | 1.0 | Review of draft response to creditor advisor requests |
| Thomas Melvin | 04/06/20 | 1.0 | Review final draft board slides |
| Thomas Melvin | 04/07/20 | 1.5 | Review and aggregate diligence requests from new stakeholder advisors |
| Thomas Melvin | 04/07/20 | 2.0 | Review consolidated business plan excel model |
| Thomas Melvin | 04/07/20 | 1.0 | E-mail correspondence with management related to consolidated business plan excel model |
| Thomas Melvin | 04/08/20 | 0.5 | E-mail correspondence with management related to consolidated business plan excel model |
| Thomas Melvin | 04/08/20 | 2.0 | Review materials from management related to consolidated business plan excel model |
| Thomas Melvin | 04/08/20 | 1.5 | Aggregate and review responses to creditor advisor diligence requests |
| Thomas Melvin | 04/09/20 | 1.0 | Internal catch-up with majority of PJT team |
| Thomas Melvin | 04/09/20 | 0.5 | Weekly update call |
| Thomas Melvin | 04/09/20 | 2.0 | Aggregate and review responses to stakeholder advisor diligence requests |
| Thomas Melvin | 04/09/20 | 1.0 | E-mail correspondence with AlixPartners regarding creditor advisor diligence requests |
| Thomas Melvin | 04/09/20 | 2.0 | Prepare response to stakeholder advisor diligence requests |
| Thomas Melvin | 04/09/20 | 1.5 | Review Company business segment financial analysis |
| Thomas Melvin | 04/10/20 | 1.0 | Conference call with UCC advisors regarding Company partnerships |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 04/10/20 | 0.5 | Conference call with Company management regarding new stakeholder advisor diligence request list |
| Thomas Melvin | 04/10/20 | 2.0 | Review Company business segment financial analysis |
| Thomas Melvin | 04/10/20 | 1.0 | Review materials from management related to consolidated business plan excel model |
| Thomas Melvin | 04/10/20 | 1.0 | Aggregate and review responses to creditor advisor diligence requests |
| Thomas Melvin | 04/10/20 | 2.0 | Update response to new stakeholder advisor diligence requests |
| Thomas Melvin | 04/10/20 | 1.0 | E-mail correspondence with Company management related to new stakeholder advisor diligence requests |
| Thomas Melvin | 04/12/20 | 2.5 | Aggregate and review responses to creditor advisor diligence requests |
| Thomas Melvin | 04/12/20 | 1.0 | E-mail correspondence with Company regarding recent diligence requests |
| Thomas Melvin | 04/12/20 | 1.0 | Review consolidated business plan excel model |
| Thomas Melvin | 04/13/20 | 1.0 | Conference call with Company management regarding board reporting |
| Thomas Melvin | 04/13/20 | 1.0 | Conference call with Duff & Phelps and AlixPartners regarding diligence process |
| Thomas Melvin | 04/13/20 | 1.0 | Conference call with Rhodes management regarding April business plan updates |
| Thomas Melvin | 04/13/20 | 1.0 | Update response to new creditor advisor diligence requests |
| Thomas Melvin | 04/13/20 | 1.0 | Call with Company internal legal regarding creditor diligence request |
| Thomas Melvin | 04/13/20 | 0.5 | E-mail correspondence with Duff & Phelps regarding diligence requests |
| Thomas Melvin | 04/13/20 | 0.5 | E-mail correspondence with internal team regarding business plan excel model |
| Thomas Melvin | 04/14/20 | 1.0 | Review new creditor advisor diligence request list |
| Thomas Melvin | 04/14/20 | 1.0 | Review consolidated business plan excel model |
| Thomas Melvin | 04/15/20 | 0.5 | Conference call with DPW regarding creditor advisor request |
| Thomas Melvin | 04/15/20 | 1.0 | Review consolidated business plan excel model |
| Thomas Melvin | 04/15/20 | 2.5 | Aggregate and review responses to creditor advisor diligence requests |
| Thomas Melvin | 04/16/20 | 1.0 | Weekly update call |
| Thomas Melvin | 04/16/20 | 0.5 | Review materials from management related to consolidated business plan excel model |
| Thomas Melvin | 04/16/20 | 1.0 | Review consolidated business plan excel model |
| Thomas Melvin | 04/16/20 | 0.5 | E-mail correspondence with internal team regarding business plan excel model |
| Thomas Melvin | 04/16/20 | 1.5 | Aggregate and review responses to creditor advisor diligence requests |
| Thomas Melvin | 04/17/20 | 1.0 | Review of final response from Company and counsel to creditor advisor request |
| Thomas Melvin | 04/17/20 | 1.0 | Review materials from management related to consolidated business plan excel model |
| Thomas Melvin | 04/17/20 | 1.0 | Aggregate and review responses to creditor advisor diligence requests |
| Thomas Melvin | 04/19/20 | 1.5 | E-mail correspondence related to and review of April business plan overview for creditor advisors |
| Thomas Melvin | 04/20/20 | 1.0 | Review of April business plan overview for creditor advisors |
| Thomas Melvin | 04/20/20 | 1.0 | Review of PJT fee statement |
| Thomas Melvin | 04/20/20 | 1.0 | Aggregate and review responses to creditor advisor diligence requests |
| Thomas Melvin | 04/21/20 | 1.0 | Review consolidated business plan excel model |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 04/21/20 | 1.0 | Update master diligence request tracker |
| Thomas Melvin | 04/21/20 | 1.0 | Review materials from management related to consolidated business plan excel model |
| Thomas Melvin | 04/22/20 | 0.5 | Review agenda for weekly update call |
| Thomas Melvin | 04/22/20 | 1.0 | Review materials from management related to consolidated business plan excel model |
| Thomas Melvin | 04/22/20 | 1.0 | Aggregate and review responses to creditor advisor diligence requests |
| Thomas Melvin | 04/22/20 | 1.0 | Review consolidated business plan excel model |
| Thomas Melvin | 04/22/20 | 0.5 | Review of April business plan overview for creditor advisors |
| Thomas Melvin | 04/22/20 | 1.0 | Listen in to Omnibus hearing |
| Thomas Melvin | 04/23/20 | 0.5 | Weekly update call |
| Thomas Melvin | 04/23/20 | 1.0 | E-mail correspondence with Company and DPW regarding creditor advisor diligence requests |
| Thomas Melvin | 04/23/20 | 0.5 | Review of interim fee app |
| Thomas Melvin | 04/24/20 | 0.5 | Weekly conference call related to creditor advisor diligence requests |
| Thomas Melvin | 04/24/20 | 0.5 | Phone call with AlixPartners team to discuss creditor advisor diligence requests |
| Thomas Melvin | 04/24/20 | 0.5 | Review of interim fee app |
| Thomas Melvin | 04/24/20 | 1.5 | Aggregate and review responses to creditor advisor diligence requests |
| Thomas Melvin | 04/26/20 | 1.5 | Review of April business plan overview for creditor advisors |
| Thomas Melvin | 04/27/20 | 1.0 | Review consolidated business plan excel model |
| Thomas Melvin | 04/27/20 | 2.5 | Review of April business plan overview for creditor advisors |
| Thomas Melvin | 04/27/20 | 1.0 | Aggregate and review responses to creditor advisor diligence requests |
| Thomas Melvin | 04/28/20 | 1.0 | Phone and e-mail correspondence with Company management regarding creditor advisor diligence requests |
| Thomas Melvin | 04/28/20 | 0.5 | E-mail correspondence with DPW regarding creditor advisor diligence requests |
| Thomas Melvin | 04/28/20 | 0.5 | Prepare and submit April business plan overview for creditors for processing and upload |
| Thomas Melvin | 04/29/20 | 1.0 | Review materials from management related to consolidated business plan excel model |
| Thomas Melvin | 04/29/20 | 1.0 | Aggregate and review responses to creditor advisor diligence requests |
| Thomas Melvin | 04/30/20 | 0.5 | Call with AlixPartners team regarding creditor advisor diligence requests |
| Thomas Melvin | 04/30/20 | 1.0 | Aggregate and review responses to creditor advisor diligence requests |
| Thomas Melvin | 04/30/20 | 0.5 | E-mail correspondence with internal team regarding business plan excel model |
| Thomas Melvin | 04/30/20 | 1.0 | Review materials from management related to consolidated business plan excel model |
| Thomas Melvin | 04/30/20 | 1.0 | Prepare and submit responses to creditor diligence requests for processing and upload |
| | | **111.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jade Wang | 04/01/20 | 1.5 | Internal call regarding draft board slides |
| Jade Wang | 04/01/20 | 11.0 | Worked on business plan outline |
| Jade Wang | 04/02/20 | 1.0 | Call with the management on business plan outline |
| Jade Wang | 04/02/20 | 11.0 | Worked on business plan outline |
| Jade Wang | 04/03/20 | 14.0 | Worked on business plan outline |
| Jade Wang | 04/04/20 | 10.0 | Worked on business plan outline |
| Jade Wang | 04/05/20 | 5.0 | Worked on business plan outline |
| Jade Wang | 04/06/20 | 4.0 | Worked on business plan outline |
| Jade Wang | 04/07/20 | 3.5 | Telephonic board meeting |
| Jade Wang | 04/09/20 | 1.0 | Internal catch-up with majority of PJT team |
| Jade Wang | 04/09/20 | 0.5 | Weekly update call |
| Jade Wang | 04/13/20 | 0.5 | Update call with management |
| Jade Wang | 04/13/20 | 0.5 | Internal call regarding follow up analysis |
| Jade Wang | 04/16/20 | 1.0 | Weekly update call |
| Jade Wang | 04/18/20 | 2.0 | Updated financial presentation |
| Jade Wang | 04/19/20 | 5.0 | Updated financial presentation |
| Jade Wang | 04/20/20 | 2.0 | Updated financial presentation |
| Jade Wang | 04/20/20 | 0.5 | Internal call regarding financial matter |
| Jade Wang | 04/21/20 | 3.0 | Worked on creditor presentation |
| Jade Wang | 04/22/20 | 0.5 | Internal team call regarding presentation |
| Jade Wang | 04/22/20 | 4.0 | Worked on creditor presentation |
| Jade Wang | 04/23/20 | 0.5 | Weekly update call |
| Jade Wang | 04/23/20 | 2.0 | Worked on mediation materials |
| Jade Wang | 04/27/20 | 2.0 | Worked on UCC follow up requests |
| Jade Wang | 04/28/20 | 2.0 | Worked on UCC follow up requests |
| | | **88.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Gerald Sim | 04/01/20 | 1.5 | Internal call regarding draft board slides |
| Gerald Sim | 04/01/20 | 1.0 | Update diligence tracker |
| Gerald Sim | 04/02/20 | 1.0 | Call with the management on business plan outline |
| Gerald Sim | 04/02/20 | 3.0 | Worked on business plan outline |
| Gerald Sim | 04/03/20 | 4.0 | Worked on business plan outline |
| Gerald Sim | 04/03/20 | 2.0 | Worked on business plan outline |
| Gerald Sim | 04/04/20 | 4.0 | Worked on business plan outline |
| Gerald Sim | 04/05/20 | 2.0 | Worked on business plan outline |
| Gerald Sim | 04/06/20 | 1.0 | Call with various advisors regarding diligence materials |
| Gerald Sim | 04/07/20 | 2.0 | Put together materials to request data from management for model |
| Gerald Sim | 04/08/20 | 2.0 | Update consolidated model with new data |
| Gerald Sim | 04/09/20 | 2.0 | Update consolidated model with new data |
| Gerald Sim | 04/09/20 | 0.5 | Weekly update call |
| Gerald Sim | 04/10/20 | 2.0 | Update consolidated model with new data |
| Gerald Sim | 04/12/20 | 0.5 | Correspondence with management on data requests |
| Gerald Sim | 04/13/20 | 1.0 | Call with management on various matters |
| Gerald Sim | 04/13/20 | 1.0 | Call with management on various matters |
| Gerald Sim | 04/13/20 | 1.0 | Update consolidated model with new data |
| Gerald Sim | 04/13/20 | 0.5 | Internal call regarding follow up analysis |
| Gerald Sim | 04/15/20 | 2.0 | Update consolidated model with new data |
| Gerald Sim | 04/16/20 | 1.0 | Weekly update call |
| Gerald Sim | 04/16/20 | 1.0 | Update consolidated model with new data |
| Gerald Sim | 04/17/20 | 1.0 | Update consolidated model with new data |
| Gerald Sim | 04/17/20 | 1.0 | Update consolidated model with new data |
| Gerald Sim | 04/20/20 | 0.5 | Internal call regarding financial matter |
| Gerald Sim | 04/21/20 | 1.5 | Worked on creditor presentation |
| Gerald Sim | 04/22/20 | 2.0 | Omnibus hearing |
| Gerald Sim | 04/23/20 | 0.5 | Weekly update call |
| Gerald Sim | 04/23/20 | 1.0 | Update consolidated model with new data |
| Gerald Sim | 04/25/20 | 1.0 | Worked on business plan outline |
| Gerald Sim | 04/25/20 | 1.0 | Update consolidated model with new data |
| Gerald Sim | 04/25/20 | 2.0 | Prepared materials for diligence requests |
| Gerald Sim | 04/25/20 | 2.0 | Update consolidated model with new data |
| Gerald Sim | 04/25/20 | 2.0 | Prepared materials for diligence requests |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Gerald Sim | 04/26/20 | 1.0 | Worked on business plan outline |
| Gerald Sim | 04/26/20 | 1.0 | Worked on business plan outline |
| Gerald Sim | 04/26/20 | 1.0 | Update consolidated model with new data |
| Gerald Sim | 04/26/20 | 2.0 | Prepared materials for diligence requests |
| Gerald Sim | 04/27/20 | 2.0 | Prepared materials for diligence requests |
| Gerald Sim | 04/27/20 | 1.0 | Prepared materials for diligence requests |
| Gerald Sim | 04/27/20 | 1.0 | Update consolidated model with new data |
| Gerald Sim | 04/28/20 | 3.0 | Update consolidated model with new data |
| Gerald Sim | 04/29/20 | 4.0 | Update consolidated model with new data |
| Gerald Sim | 04/30/20 | 2.0 | Update consolidated model with new data |
| | | **69.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Aakriti Suri | 04/01/20 | 1.5 | Internal call regarding draft board slides |
| Aakriti Suri | 04/01/20 | 8.0 | Worked on business plan outline |
| Aakriti Suri | 04/02/20 | 1.0 | Call with the management on business plan outline |
| Aakriti Suri | 04/02/20 | 2.0 | Worked on business plan outline |
| Aakriti Suri | 04/03/20 | 2.0 | Worked on business plan outline |
| Aakriti Suri | 04/04/20 | 2.0 | Worked on business plan outline |
| Aakriti Suri | 04/05/20 | 2.0 | Worked on business plan outline |
| Aakriti Suri | 04/07/20 | 3.5 | Telephonic board meeting |
| Aakriti Suri | 04/09/20 | 0.5 | Weekly update call |
| Aakriti Suri | 04/09/20 | 1.0 | Internal catch-up with majority of PJT team |
| Aakriti Suri | 04/13/20 | 0.5 | Internal call regarding follow up analysis |
| Aakriti Suri | 04/13/20 | 0.5 | Update call with management |
| Aakriti Suri | 04/16/20 | 1.0 | Weekly update call |
| Aakriti Suri | 04/20/20 | 0.5 | Internal call regarding financial matter |
| Aakriti Suri | 04/21/20 | 2.0 | Updated financial presentation |
| Aakriti Suri | 04/22/20 | 2.0 | Updated financial presentation |
| Aakriti Suri | 04/22/20 | 0.5 | Internal team call regarding presentation |
| Aakriti Suri | 04/23/20 | 0.5 | Weekly update call |
| | | **31.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Ismail Mian | 04/01/20 | 1.5 | Internal call regarding draft board slides |
| Ismail Mian | 04/01/20 | 8.0 | Worked on business plan outline |
| Ismail Mian | 04/02/20 | 1.0 | Call with the management on business plan outline |
| Ismail Mian | 04/02/20 | 8.0 | Worked on business plan outline |
| Ismail Mian | 04/03/20 | 9.0 | Worked on business plan outline |
| Ismail Mian | 04/04/20 | 2.0 | Worked on business plan outline |
| Ismail Mian | 04/05/20 | 1.0 | Worked on business plan outline |
| Ismail Mian | 04/07/20 | 5.0 | Telephonic board meeting |
| Ismail Mian | 04/09/20 | 1.0 | Internal catch-up with majority of PJT team |
| Ismail Mian | 04/09/20 | 0.5 | Weekly update call |
| Ismail Mian | 04/13/20 | 0.5 | Internal call regarding follow up analysis |
| Ismail Mian | 04/16/20 | 1.0 | Weekly update call |
| Ismail Mian | 04/23/20 | 0.5 | Weekly update call |
| Ismail Mian | 04/27/20 | 3.0 | Review of financial materials |
| Ismail Mian | 04/28/20 | 1.5 | Review of financial materials |
| Ismail Mian | 04/29/20 | 1.5 | Review of financial materials |
| Ismail Mian | 04/30/20 | 1.0 | Shelling out Ex-US IAC presentation |
| | | **46.0** | |