**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649(RDD) |
| Debtors. | (Joint Administration Pending) |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

**I, JOSHUA KARSH** (the "Movant"), request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent the Board of Chicago School District No. 299, East Aurora, Illinois No. 131, Thornton Township High Schools, Illinois No. 205, Thornton Fractional Township High Schools, Illinois No. 215, Bullitt County School District, Kentucky, and LaRue County School District, Kentucky, creditors in the above referenced case.

*I certify I am a member in good standing* of the bar in the State of Illinois, and the bars of the U.S. District for the Northern District of Illinois, Eastern District of Illinois, and other U.S. District Courts.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission. Dated: June 1, 2020

By: */s/ Joshua Karsh*
Joshua Karsh
IL Bar No. 6203096
jkarsh@findjustice.com
1250 Connecticut Ave., NW, Suite 300
Washington, DC 20036
T. 202.822-5100    F. 202. 822.4997