**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649(RDD) |
| Debtors. | (Joint Administration Pending) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of JOSHUA KARSH (the "Movant"), to be admitted, ***pro hac vice,*** to represent the Board of Chicago School District No. 299, East Aurora, Illinois No. 131, Thornton Township High Schools, Illinois No. 205, Thornton Fractional Township High Schools, Illinois No. 215, Bullitt County School District, Kentucky, and LaRue County School District, Kentucky, creditors in the above referenced case, and upon the Movant's certification that he is a member in good standing of the bar of the State of Illinois, as well as the bar of the U.S. District Court for the Northern District of Illinois and the bar of the U.S. District Court for the Eastern District of Wisconsin, it is

**ORDERED,** that JOSHUA KARSH, Esq. is admitted to practice, ***pro hac vice,*** in the above referenced case to represent the Board of Chicago School District No. 299, East Aurora, Illinois No. 131, Thornton Township High Schools, Illinois No. 205, Thornton Fractional Township High Schools, Illinois No. 215, Bullitt County School District, Kentucky, and LaRue County School District, Kentucky in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: _____, 2020
      New York, New York

 

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE