ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | **Case No. 19-23649 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**EIGHTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | April 1, 2020 through April 30, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $133,908.57[2] |
| Less 20% Holdback | $26,781.71 |
| Total Reimbursement Requested | $70.00 |
| Total Compensation and Reimbursement Requested in this Statement | $107,196.86 |

**This is a(n):**    **X** Monthly Application    __    Interim Application __    Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from April 1, 2020 Through April 30, 2020* (this "**Fee Statement**").[3]    By this Fee Statement, A&P seeks (i) compensation in the amount of

---

[2]  This amount reflects a reduction in fees in the amount of $23,630.93 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]  The period from April 1, 2020, through and including April 30, 2020, is referred to herein as the "**Fee Period**."

$107,196.86 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $133,908.57) and (ii) payment of $70.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $133,908.57 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $107,126.86.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $949.06.[4]  The blended hourly billing rate of all paraprofessionals is $335.75.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that A&P incurred or disbursed in the amount of $70.00 in connection with providing professional services to the Debtors during the Fee Period.

---

[4] This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5] This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **Exhibit D** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.      A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A&P submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $107,196.86, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $133,908.57) and (ii) payment of $70.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

June 1, 2020                                                            Respectfully submitted,


By:   /s/ Rory Greiss
      **ARNOLD & PORTER KAYE
      SCHOLER LLP**
      Rory Greiss
      250 West 55th Street
      New York, New York 10019
      rory.greiss@arnoldporter.com

      **-AND-**

      Rosa J. Evergreen
      601 Massachusetts Ave, NW
      Washington, DC 2001-3743
      rosa.evergreen@arnoldporter.com

      ***Special Counsel to the Debtors***

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous - General Advice | 29.50 | 29,588.50 |
| ORF:EUR:Grunenthal Obligations - 2100000 | 9.40 | 9,428.20 |
| Cognitive Agreement | 8.60 | 8,625.80 |
| Commercial Contracts Advice | 1.10 | 1,103.30 |
| Project Hawk | 6.30 | 6,318.90 |
| Project Indigo | 15.70 | 15,747.10 |
| Project Catalyst | 3.90 | 4,475.25 |
| Oncology Development Agreement | 35.50 | 32,193.75 |
| Retention and Fee Applications | 16.40 | 8,866.35 |
| Project Pluto | 20.90 | 17,561.42 |
| **Total[6]** | **147.30** | **133,908.57** |

[6] This amount reflects a reduction in fees in the amount of $23,630.93 on account of voluntary discounts on fees as described in the Retention Application.

**<u>Exhibit B</u>**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 950.00 | 3.10 | 2,945.00 |
| Feinstein, Deborah | Partner | 1987 | 1,350.00 | 3.90 | 5,265.00 |
| Greiss, Rory | Partner | 1981 | 1,180.00 | 104.10 | 122,838.00 |
| Rothman, Eric | Counsel | 2008 | 905.00 | 19.90 | 18,009.50 |
| Clements, Ginger | Associate | 2016 | 700.00 | 1.40 | 980.00 |
| Zausner, Ethan | Associate | 2017 | 700.00 | 5.30 | 3,710.00 |
| Reddix, Darrell | Legal Assistant | N/A | 395.00 | 9.60 | 3,792.00 |
| **Total** | | | | **147.30** | **$157,539.50** |
| Less 15% Discount | | | | | (23,630.93) |
| **Discounted Total** | | | | | **$133,908.57** |
| Less 20% Holdback | | | | | (26,781.71) |
| **Total Amount Requested Herein** | | | | | **$107,126.86** |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| Filing Fees | $70.00 |
| **Total Expenses** | **$70.00** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

Purdue Pharma L.P.                                                May 29, 2020
Philip C. Strassburger, Esq.                            Invoice # 30112453
One Stamford Forum                                       EIN 53-0208605
Dept. VN: 1008442
Stamford, CT  06901-3431


Client/Matter # 1049218.00001

Miscellaneous

1000000570


| | | |
|---|---|---|
| For Legal Services Rendered through April 30, 2020 | $ | 34,810.00 |
| Less Discount: | | -5,221.50 |
| Fee Total | | 29,588.50 |
| Total Amount Due | $ | 29,588.50 |


Wire Transfer Instructions:

| | | |
|---|---|---|
| | Account Name: | Arnold & Porter Kaye Scholer LLP |
| | Bank Info: | Wells Fargo Bank NA |
| | | 420 Montgomery Street |
| | | San Francisco, CA  94104 |
| | Account Number: | 4127865475 |
| | ABA Number: | 121000248 |
| | Swift Code: | WFBIUS6S |
| Or Remit To: | | Arnold & Porter Kaye Scholer LLP |
| | | P.O. Box 759451 |
| | | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

May 29, 2020                                                                                          Invoice # 30112453

## (1049218.00001)
Miscellaneous

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/02/20 | 3.50 | Continued work re: amendments to license agreement and manufacturing and supply agreement including review of comments to amendments (1.2); conference call with R. Kreppel to discuss changes to be made to amendment drafts (.8) and revise and distribute revised amendments (1.5). |
| Rory Greiss | 04/07/20 | 3.30 | Review draft Secondment Agreement (.8); consider intellectual property and confidentiality issues (1.0); call with P. Strassburger re: issues (.5); revise and distribute revised Secondment Agreement (1.0). |
| Rory Greiss | 04/08/20 | 3.80 | Review comments from C. George re: Secondment Agreement (.5); revise agreement re: same (1.0); further comments and revisions re: same (1.0); telephone conference with P. Strassburger re: Aviro Confidentiality Agreement (.5); review draft re same (.5) and correspondence with P. Strassburger re: revisions re: same (.3). |
| Rory Greiss | 04/09/20 | 4.30 | Revise Avrio Confidentiality Agreement (2.0); discuss revisions with P. Strassburger (1.0); further revisions (.9) and correspondence with P. Strassburger and C. George (.4). |
| Rory Greiss | 04/10/20 | 1.10 | Correspondence with P. Strassburger re: confidentiality agreement issues. |
| Rory Greiss | 04/13/20 | 3.10 | Conference call with P. Strassburger to discuss R. Kreppel and C. George comments to Confidentiality Agreement draft (1.1); revise draft (1.8) and distribute to Purdue (.2). |
| Rory Greiss | 04/21/20 | 1.00 | Review latest drafts of amendments (.5); conference call with P. Strassburger and R. Kreppel re: same (.5). |
| Rory Greiss | 04/22/20 | 3.50 | Revise JDA (1.0) and correspondence with R. Inz re: same (.5); prepare slides re: proposed amendments to License Agreement and Manufacturing and Supply Agreement for presentation to BOD (2.0). |
| Rory Greiss | 04/23/20 | 1.30 | Call with P. Strassburger re: sublicense extension (.5); call with E. Rothman to consider best approach to drafting (.8). |
| Rory Greiss | 04/29/20 | 1.30 | Call with P. Strassburger re: Work Order for consulting agreement (.5); revise Work Order (.7) and send to P. Strassburger (.1). |

May 29, 2020

Invoice # 30112453

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/30/20 | 3.30 | Review correspondence re: confidentiality provisions of patent litigation settlement agreements (.5); review settlement agreements, distribution and supply agreements and patent license agreements confidentiality provisions (1.0); draft summary of confidentiality provisions (1.4) and correspondence with DPW and P re: same (.4). |

**Total Hours**          29.50


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 29.50 | 1,180.00 | 34,810.00 |
| TOTAL | 29.50 | | 34,810.00 |


**Total Current Amount Due**                        $29,588.50

# Arnold&Porter

Purdue Pharma L.P.
Attn: Philip C Strassburger
Vice President & General Counsel
One Stamford Forum
Stamford, CT  06901-3431

May 29, 2020
Invoice # 30112454
EIN 53-0208605

Client/Matter # 1049218.00067

ORF:EUR:Grunenthal Obligations - 2100000

21000008537

| | | |
|---|---|---|
| For Legal Services Rendered through April 30, 2020 | $ | 11,092.00 |
| Discount: | | -1,663.80 |
| Fee Total | | 9,428.20 |
| Total Amount Due | $ | 9,428.20 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 29, 2020

Invoice # 30112454

## (1049218.00067)
ORF:EUR:Grunenthal Obligations - 2100000

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/03/20 | 1.00 | Conference call with R. Kreppel re: G comments to amendment and discuss proposed comebacks re: amendments. |
| Rory Greiss | 04/10/20 | 1.40 | Review latest draft of Amendments to Patent License Agreements. |
| Rory Greiss | 04/21/20 | 3.50 | Conference call with P. Strassburger and R. Kreppel re: amendment to Patent License and amendment to ROW license (.5); begin to revise amendment (1.0) and prepare slides for board presentation (.5); review materials (.5); draft amendment to sublicense (.9) and send to P. Strassburger (.1). |
| Rory Greiss | 04/22/20 | 3.50 | Prepare slides re: proposed amendments to patent license agreements for presentation to BOD (2.0); revise draft amendment (1.2) and correspondence with C. Robertson re: same (.3). |

**Total Hours**                    **9.40**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 9.40 | 1,180.00 | 11,092.00 |
| **TOTAL** | **9.40** | | **11,092.00** |

**Total Current Amount Due**                                        **$9,428.20**

# Arnold&Porter

Purdue Pharma L.P.                                          May 29, 2020
One Stamford Forum                                   Invoice # 30112455
Stamford, CT  06901-3431                               EIN 53-0208605
Attn: Philip C Strassburger
Vice President & General Counsel

Client/Matter # 1049218.00083

Cognitive Agreement

20200002786

| | | |
|---|---|---|
| For Legal Services Rendered through April 30, 2020 | $ | 10,148.00 |
| Discount: | | -1,522.20 |
| Fee Total | | 8,625.80 |
| Total Amount Due | $ | 8,625.80 |

Wire Transfer Instructions:

|  | | |
|---|---|---|
| | Account Name: | Arnold & Porter Kaye Scholer LLP |
| | Bank Info: | Wells Fargo Bank NA |
| | | 420 Montgomery Street |
| | | San Francisco, CA  94104 |
| | Account Number: | 4127865475 |
| | ABA Number: | 121000248 |
| | Swift Code: | WFBIUS6S |
| Or Remit To: | | Arnold & Porter Kaye Scholer LLP |
| | | P.O. Box 759451 |
| | | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 29, 2020                                                                          Invoice # 30112455

**(1049218.00083)**
**Cognitive Agreement**

**Legal Services:**

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 04/23/20 | 1.50 | Call (.8) and correspondence (.7) with K. McCarthy re: open issues on mark-up. |
| Rory Greiss | 04/24/20 | 2.50 | Review K. McCarthy mark-up (1.2); telephone conference with K.M. re: revisions (.8); draft language for mark-up (.5). |
| Rory Greiss | 04/27/20 | 2.50 | Correspondence with K. McCarthy re: open points in latest draft (1.0); review Net Sales definition in draft and in precedents (1.0); further correspondence with K.M. (.5). |
| Rory Greiss | 04/28/20 | 2.10 | Review latest draft (.8); conference call with P. Strassburger and K. McCarthy (.5); further correspondence re: open points (.8). |
| **Total Hours** | | **8.60** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 8.60 | 1,180.00 | 10,148.00 |
| **TOTAL** | **8.60** | | **10,148.00** |

**Total Current Amount Due**                                               **$8,625.80**

# Arnold&Porter

|  |  |
|---|---|
| **Purdue Pharma L.P.** | May 29, 2020 |
| **Attn: Maria Barton** | Invoice # 30112456 |
| **General Counsel** | EIN 53-0208605 |
| **One Stamford Forum** | |
| **Stamford, CT  06901** | |

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through April 30, 2020** | $ | 1,298.00 |
| Discount: | | -194.70 |
| **Fee Total** | | 1,103.30 |
| **Total Amount Due** | $ | 1,103.30 |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**
Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

May 29, 2020

Invoice # 30112456

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/03/20 | 1.10 | Call with R. Kreppel re: issues under proposed amendment to license agreement and manufacturing and supply agreement and next steps. |
| **Total Hours** | | **1.10** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 1.10 | 1,180.00 | 1,298.00 |
| **TOTAL** | **1.10** | | **1,298.00** |

| **Total Current Amount Due** | **$1,103.30** |
|---|---|

# Arnold&Porter

Purdue Pharma L.P.                                         May 29, 2020
Attn: Maria Barton                                  Invoice # 30112457
General Counsel                                      EIN 53-0208605
One Stamford Forum
Dept. VN:  1008442
Stamford, CT  06901-3431

Client/Matter # 1049218.00128

Project Hawk

20200002836

| | | |
|---|---|---|
| **For Legal Services Rendered through April 30, 2020** | $ | 7,434.00 |
| Discount: | | -1,115.10 |
| **Fee Total** | | 6,318.90 |
| **Total Amount Due** | $ | 6,318.90 |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:          Arnold & Porter Kaye Scholer LLP
                           P.O. Box 759451
                           Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

May 29, 2020                                                                  Invoice # 30112457

**(1049218.00128)**
Project Hawk

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/01/20 | 0.80 | Correspondence re: submission of Funding Agreement for court approval. |
| Rory Greiss | 04/03/20 | 0.80 | Discussion re: call with UCC on Project Funding Agreement. |
| Rory Greiss | 04/05/20 | 3.20 | Correspondence re: questions from members of UCC on Funding Agreement (.5); review list of questions (.8); review responses from others on Purdue team (.7); propose responses to questions allocated by P. Strassburger (.9) and correspondence with P. Strassburger re: proposed response (.3). |
| Rory Greiss | 04/06/20 | 1.50 | Correspondence with P. Strassburger re: additional material for answers to questions from UCC re: Funding Agreement. |

**Total Hours**                    **6.30**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 6.30 | 1,180.00 | 7,434.00 |
| **TOTAL** | **6.30** | | **7,434.00** |

**Total Current Amount Due**                                        **$6,318.90**

# Arnold&Porter

Purdue Pharma L.P.                                                            May 29, 2020
Attn: Phillip C. Strassburger                                         Invoice # 30112458
Vice President & General Counsel                                       EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00130

Project Indigo

20180001888


| | | |
|---|---|---|
| For Legal Services Rendered through April 30, 2020 | $ | 18,526.00 |
| Discount: | | -2,778.90 |
| Fee Total | | 15,747.10 |
| Total Amount Due | $ | 15,747.10 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                        Arnold & Porter Kaye Scholer LLP
                                     P.O. Box 759451
                                     Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 29, 2020                                                                                          Invoice # 30112458

**(1049218.00130)**
Project Indigo

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/20/20 | 1.80 | Review P. Strassburger comments to draft term sheet (.5); revise term sheet (1.2) and send to P. Strassburger and R. Kreppel (.1). |
| Rory Greiss | 04/21/20 | 1.30 | Review correspondence and preliminary comments on Indigo term sheet (.5); begin to revise (.8). |
| Rory Greiss | 04/22/20 | 1.50 | Review term sheet and correspondence in preparation for conference call (.8); conference call with P. Strassburger, R. Inz, P. Mathers, J. Normile, B. Koch and R. Kreppel re: proposed settlement with Indigo (.7). |
| Rory Greiss | 04/23/20 | 2.30 | Review latest term sheet in preparation for conference call (.5); conference call with P. Strassburger, R. Inz, B. Koch, P. Mathers and R. Kreppel to review term sheet (.8); begin to revise term sheet (1.0). |
| Rory Greiss | 04/24/20 | 1.50 | Revisions to term sheet and correspondence with P. Mather, B, Koch, P. Strassburger and R. Inz re: same. |
| Rory Greiss | 04/27/20 | 2.50 | Review comments from B. Koch, P. Mathers and others (1.0); revise term sheet (1.4) and distribute (.1). |
| Rory Greiss | 04/28/20 | 1.50 | Revise term sheet (1.4) and distribute (.1). |
| Rory Greiss | 04/29/20 | 0.80 | Review R. Kreppel comments to latest draft of term sheet. |
| Rory Greiss | 04/30/20 | 2.50 | Conference call with P. Strassburger and R. Kreppel to discuss comments to term sheet (1.0); call with P. Strassburger and J. Normile re: litigation timing. (.5); revise (.9) and distribute revised term sheet (.1). |

**Total Hours**                                          **15.70**

Page 1

May 29, 2020

Invoice # 30112458

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 15.70 | 1,180.00 | 18,526.00 |
| **TOTAL** | **15.70** | | **18,526.00** |

**Total Current Amount Due**                                        **$15,747.10**

# Arnold&Porter

Purdue Pharma L.P.                                        May 29, 2020
Philip Strassburger, Esq.                         Invoice # 30112459
One Stamford Forum                                   EIN 53-0208605
Stamford, CT  06901-3431


Client/Matter # 1049218.00132

Project Catalyst

20200002830


| | | |
|---|---|---|
| **For Legal Services Rendered through April 30, 2020** | $ | 5,265.00 |
| Discount: | | -789.75 |
| **Fee Total** | | 4,475.25 |
| **Total Amount Due** | $ | 4,475.25 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                     Arnold & Porter Kaye Scholer LLP
                                 P.O. Box 759451
                                 Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 29, 2020                                                                 Invoice # 30112459

**(1049218.00132)**
Project Catalyst

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Deborah L. Feinstein | 04/02/20 | 1.00 | Teleconference with R. Aleali and J. Doyle re: Project Catalyst. |
| Deborah L. Feinstein | 04/04/20 | 0.40 | Correspondence with R. Aleali and J. Doyle re: Project Catalyst. |
| Deborah L. Feinstein | 04/10/20 | 1.00 | Teleconference with R. Aleali and J. Doyle re: Project Catalyst. |
| Deborah L. Feinstein | 04/17/20 | 0.50 | Teleconference with R. Aleali and J. Doyle re: Project Catalyst. |
| Deborah L. Feinstein | 04/22/20 | 0.30 | Review materials for call with R. Aleali; J. Doyle. |
| Deborah L. Feinstein | 04/23/20 | 0.50 | Conference call with R. Aleali and J. Doyle re Project Catalyst. |
| Deborah L. Feinstein | 04/23/20 | 0.20 | Review emails re pricing issues re: Project Catalyst. |
| **Total Hours** | | **3.90** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Deborah L. Feinstein | 3.90 | 1,350.00 | 5,265.00 |
| **TOTAL** | **3.90** | | **5,265.00** |

**Total Current Amount Due**                                               **$4,475.25**

# Arnold&Porter

Purdue Pharma L.P.                                          May 29, 2020
Attn: Roxana Aleali                                  Invoice # 30112460
Associate General Counsel                               EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431

Client/Matter # 1049218.00143

Oncology Development Agreement

20190002456

| | | |
|---|---|---|
| For Legal Services Rendered through April 30, 2020 | $ | 37,875.00 |
| Discount: | | -5,681.25 |
| Fee Total | | 32,193.75 |
| Total Amount Due | $ | 32,193.75 |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 29, 2020                                                                        Invoice # 30112460

**(1049218.00143)**
**Oncology Development Agreement**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/03/20 | 1.30 | Review draft Joint Development agreement in connection with discussion on next steps in negotiation (.5); call with P. Strassburger re: same (.8). |
| Eric Rothman | 04/03/20 | 1.10 | Review documents and emails re EDO project. |
| Rory Greiss | 04/08/20 | 0.50 | Review materials from meeting between Imbrium and M. |
| Rory Greiss | 04/16/20 | 3.20 | Review materials including terminated agreements, draft Joint Development Agreement and correspondence in preparation for call with P. Strassburger re: preparation of concepts for new arrangements (2.0); call with P. Strassburger re same (.7); call with E. Rothman to bring him up to speed re same (.5). |
| Rory Greiss | 04/17/20 | 3.50 | Review and comment on high level terms drafted by E. Rothman (2.0) and call with E. Rothman re: same (.5); conference call with E. Rothman and P. Strassburger to discuss high level terms. (1.0). |
| Eric Rothman | 04/17/20 | 2.30 | Teleconference with R. Greiss to discuss Oncology Assets Project (.5); teleconference with R. Greiss and P. Strassburger re: same (1.0); review, revise materials re same (.8). |
| Eric Rothman | 04/20/20 | 1.40 | Review, revise heads of terms relating to Oncology Assets Project. |
| Rory Greiss | 04/21/20 | 2.50 | Review materials to prepare for conference call regarding structuring new arrangements with development partner (.5); conference call with P. Strassburger, R. Aleali, K. McCarthy and E. Rothman re: same (1.0); review key terms drafted by E. Rothman reflecting discussion and comment (1.0). |
| Eric Rothman | 04/21/20 | 2.10 | Teleconference with P. Strassburger, R. Aleali, K. McCarthy and R. Greiss to discuss terms relating to Oncology Assets Project (1.0) and review, analyze same (1.1). |
| Eric Rothman | 04/22/20 | 1.60 | Review, revise Key Terms of Purdue Oncology arrangement. |
| Rory Greiss | 04/24/20 | 2.00 | Review latest term sheet in preparation for call with Purdue team (.5); call with Purdue team re: term sheet (1.0); correspondence with E. Rothman re: revising term sheet (.5). |
| Eric Rothman | 04/24/20 | 1.80 | Teleconference with Purdue team to discuss terms relating to Oncology Assets Project (1.0) and review, analyze same (.8). |

May 29, 2020                                                                                    Invoice # 30112460

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/28/20 | 1.20 | Review P. Medieros comments to Key terms (.5); correspondence with P team re: same (.7). |
| Rory Greiss | 04/29/20 | 4.20 | Correspondence with P. Strassburger re: preparation of talking points for BOD presentation (.5); correspondence with E. Rothman on same (.7); review key terms in preparation for Webex (.5); teleconference on key terms with R. Aleali, E. Rothman, P. Strassburger and K. McCarthy (.7) and correspondence with E. Rothman re: revisions to be made (.4); review correspondence re: "termination" of development obligations under purchase agreement from K. McCarthy (.5); teleconference with E. Rothman to review purchase agreement (.9). |
| Eric Rothman | 04/29/20 | 2.30 | Teleconference with R. Greiss to discuss terms relating to Oncology Assets Project (.9) and review, analyze same (1.4). |
| Eric Rothman | 04/29/20 | 0.70 | Teleconference with R. Greiss, R. Aleali, P. Strassburger and K. McCarthy to discuss Head Agreements in Oncology Asset Project. |
| Rory Greiss | 04/30/20 | 2.50 | Review asset purchase materials in preparation for call with K. McCarthy (.7); conference call with E. Rothman and K. McCarthy to discuss potential strategy to dealing with seller in asset purchase transaction (.8); finalize draft of Key Terms with E. Rothman (1.0). |
| Eric Rothman | 04/30/20 | 1.30 | Review, revise key terms relating to Oncology Assets Project (.5); conference call with R. Greiss and K. McCarthy to discuss potential strategy to dealing with seller in asset purchase transaction (.8). |
| **Total Hours** | | **35.50** | |

## Legal Services-Attorney Summary

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 20.90 | 1,180.00 | 24,662.00 |
| Eric Rothman | 14.60 | 905.00 | 13,213.00 |
| **TOTAL** | **35.50** | | **37,875.00** |

**Total Current Amount Due**                                                      **$32,193.75**

# Arnold&Porter

Purdue Pharma L.P.                                    May 29, 2020
Attn: Philip Strassburger                    Invoice # 30112461
Vice President and General Counsel              EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431

Client/Matter # 1049218.00148

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| For Legal Services Rendered through April 30, 2020 | $ | 10,431.00 |
| Discount: | | -1,564.65 |
| **Fee Total** | | 8,866.35 |
| **Disbursements Recorded through April 30, 2020** | | 70.00 |
| **Total Amount Due** | $ | 8,936.35 |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:            Arnold & Porter Kaye Scholer LLP
                        P.O. Box 759451
                        Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

May 29, 2020

Invoice # 30112461

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ginger Clements | 04/03/20 | 0.20 | Correspond with R. Evergreen, D. Reddix re invoice review. |
| Rosa J. Evergreen | 04/03/20 | 0.10 | Correspond with A&P team re invoices. |
| Rosa J. Evergreen | 04/14/20 | 0.50 | Correspond with A&P team re upcoming fee application and fee statement (.3); correspond with A&P team re February statement (.2). |
| Rosa J. Evergreen | 04/16/20 | 0.20 | Correspond with A&P team re fee statement. |
| Darrell B. Reddix | 04/16/20 | 2.50 | Draft seventh monthly fee statement, including exhibits |
| Darrell B. Reddix | 04/17/20 | 2.40 | Draft seventh monthly fee statement, including exhibits |
| Rory Greiss | 04/20/20 | 0.50 | Correspondence with DPW re: interim fee hearing (.3); register to participate in same (.2). |
| Rosa J. Evergreen | 04/20/20 | 0.30 | Correspond with R. Greiss re interim fee application hearing. |
| Rory Greiss | 04/22/20 | 1.80 | Attend bankruptcy court hearing re: Interim Fee Applications and other matters. |
| Ginger Clements | 04/22/20 | 1.10 | Review, analyze invoices re confidentiality and privilege. |
| Rosa J. Evergreen | 04/22/20 | 0.40 | Correspond with R. Greiss re fee statement submissions. |
| Darrell B. Reddix | 04/22/20 | 0.50 | Draft seventh monthly fee statement, including exhibits |
| Rosa J. Evergreen | 04/23/20 | 0.20 | Review, analyze order (.1) and communicate with R. Greiss and D. Reddix on same (.1). |
| Darrell B. Reddix | 04/23/20 | 0.10 | Review Interim Fee Application to compare with allowed amount approved by Trustee. |
| Darrell B. Reddix | 04/24/20 | 2.40 | Draft seventh monthly fee statement, including exhibits. |
| Rosa J. Evergreen | 04/27/20 | 0.50 | Review, revise February fee statement (.3); communicate with R. Greiss on same (.2). |
| Ginger Clements | 04/28/20 | 0.10 | Correspond with A&P team re LEDES format for invoices. |
| Rosa J. Evergreen | 04/28/20 | 0.60 | Review March fee application and revise same (.3); correspond with A&P team on finalizing same for filing (.2); correspond with same on LEDES data (.1). |
| Darrell B. Reddix | 04/28/20 | 1.00 | Finalize seventh monthly fee statement, including exhibits. |
| Rosa J. Evergreen | 04/29/20 | 0.30 | Correspond with A&P team re LEDES data (.2); correspond with A&P team to finalize and file March statement (.1). |
| Darrell B. Reddix | 04/29/20 | 0.70 | Prepare seventh monthly fee statement, including exhibits for filing (.4); serve same (.1); organize LEDES format materials to be submitted to UST (.2). |

**Total Hours**          **16.40**

Page 1

May 29, 2020                                                                 Invoice # 30112461

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 3.10 | 950.00 | 2,945.00 |
| Rory Greiss | 2.30 | 1,180.00 | 2,714.00 |
| Ginger Clements | 1.40 | 700.00 | 980.00 |
| Darrell B. Reddix | 9.60 | 395.00 | 3,792.00 |
| **TOTAL** | **16.40** | | **10,431.00** |

**Disbursements:**

| Category | Amount |
|---|---|
| Filing Fees | 70.00 |

**Total Disbursements**                                                        70.00

**Total Current Amount Due**                                               $8,936.35

# Arnold&Porter

Purdue Pharma L.P.
Attn: Phillip C. Strassburger
Vice President & General Counsel
One Stamford Forum
Stamford, CT  06901

May 29, 2020
Invoice # 30112462
EIN 53-0208605

Client/Matter # 1049218.00149

Project Pluto

20200002767

| | | |
|---|---|---|
| For Legal Services Rendered through April 30, 2020 | $ | 20,660.50 |
| Discount: | | -3,099.08 |
| Fee Total | | 17,561.42 |
| Total Amount Due | $ | 17,561.42 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

May 29, 2020                                                      Invoice # 30112462


**(1049218.00149)**
Project Pluto


**Legal Services:**


| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 04/06/20 | 3.20 | Review Doyle mark-ups of Option and License Agreement (2.0); conference call with E. Rothman and E. Zausner to discuss comments (1.2). |
| Eric Rothman | 04/06/20 | 2.30 | Review of revised Pluto draft (1.1); telephone conference with A&P colleagues to discuss same (1.2). |
| Ethan Zausner | 04/06/20 | 1.50 | Review, revise Option and License Agreementt (.3); call with team to discuss draft (1.2). |
| Rory Greiss | 04/15/20 | 2.50 | Review current draft of agreement with comments/suggestions/footnotes to prepare for call with J. Doyle and R. Aleali (1.3); call with J. Doyle, R. Aleali, E. Zausner and E. Rothman to discuss comments and open items (.7); follow up with E. Rothman (.5). |
| Eric Rothman | 04/15/20 | 1.40 | Telephone conference with R. Greiss, E. Zausner and client to discuss License (.7); review, analyze same (.7). |
| Ethan Zausner | 04/15/20 | 0.70 | Review draft of agreement in preparation for call with client (.2); teleconference with R. Greiss, E. Rothman and client to discuss draft (in part) (.5). |
| Rory Greiss | 04/16/20 | 2.20 | Review comments to draft in preparation for call with J. Doyle, R. Aleali, E. Zausner and E. Rothman (.7); conference call with Purdue team, E. Rothman and E. Zausner (1.0); follow-up on revising draft with E. Rothman and E. Zausner (.5). |
| Ethan Zausner | 04/16/20 | 2.00 | Teleconference call with Purdue team and client (1.0); review, revise agreement based on call with client (1.0). |
| Rory Greiss | 04/17/20 | 2.40 | Review revised draft of Option and License Agreement (1.7) and send comments to E. Zausner and E. Rothman (.1); correspondence with E. Zausner and E. Rothman re: revisions (.2) and finalize revised draft (.4). |
| Eric Rothman | 04/17/20 | 1.60 | Review, revise Pluto License. |
| Ethan Zausner | 04/17/20 | 1.10 | Review, revise agreement (.8); correspondence with team re same (.3). |


**Total Hours**                        **20.90**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 10.30 | 1,180.00 | 12,154.00 |
| Eric Rothman | 5.30 | 905.00 | 4,796.50 |
| Ethan Zausner | 5.30 | 700.00 | 3,710.00 |
| **TOTAL** | **20.90** | | **20,660.50** |

**Total Current Amount Due**                                                    **$17,561.42**