19-23649-rdd    Doc 1207-1    Filed 06/01/20    Entered 06/01/20 17:42:35    Ordinary
Course Professional Tracking Status April 2020    Pg 1 of 6

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (RDD)

OCP Payment Report - Three Month Fee Average
April 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 3,254,782 | N/A | N/A | 406,234 | 473,859 | 399,330 | 442,843 | 380,268 | 335,442 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 1,730,285 | N/A | N/A | 233,367 | 258,314 | 242,078 | 244,562 | 242,421 | 176,541 |
| OCP Tier 3 Total | OCP Tier 3 | 7,560,000 | N/A | 98,404 | N/A | N/A | 10,942 | 17,080 | 23,259 | 15,941 | 13,158 | 9,542 |
| OCP Total | Total | | 25,000,000 | 5,083,471 | | | | | | | | |
| | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 787 | | | | 133 | 262 | 262 | 130 | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | 584 | 1,001 | 1,001 | 417 | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 175,000 | | | 16,667 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 7,548 | | | 707 | 857 | 966 | 843 | 1,210 | 1,550 |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 11,993 | | | 721 | 1,287 | 3,998 | 3,277 | 2,711 | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 578 | | | 193 | 193 | 193 | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 3,990 | | | 258 | 558 | 1,053 | 925 | 772 | 277 |
| Conyers Dill & Pearman Limited | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 1,518 | | | | 331 | 389 | 477 | 175 | 117 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 30,910 | | | 1,773 | 6,424 | 8,250 | 8,390 | 3,879 | 1,917 |
| Dannemann Siemsen Bigler & Ipanema M | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 34,699 | | | 1,090 | 3,068 | 5,503 | 8,898 | 8,235 | 5,422 |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Dentons US LLP | OCP Tier 2 | 75,000 | 900,000 | 300,000 | | | 33,333 | 50,000 | 50,000 | 50,000 | 50,000 | 33,333 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | 80 | 80 | 106 | 56 | 56 | 31 |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 18,272 | | | 3,336 | 5,327 | 5,327 | 2,262 | 764 | 764 |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 27,410 | | | 1,189 | 2,068 | 3,511 | 4,835 | 7,069 | 4,886 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 2,620 | | | 422 | 740 | 848 | 426 | 133 | 26 |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | | | 369 | | 456 | 456 | 456 | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 5,808 | | | | 364 | 546 | 802 | 931 | 1,390 |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 6,171 | | | | 36 | 36 | 442 | 945 | 1,596 | 1,615 |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 1,688 | | | 505 | 505 | 505 | | 58 | 58 |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 1,956 | | | 625 | 625 | 625 | 27 | 27 | 27 |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | | | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 75,000 | 900,000 | 255,599 | | | 30,969 | 29,636 | 31,059 | 39,684 | 40,381 | 28,331 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 21,060 | | | 2,121 | 1,199 | 4,899 | 4,899 | 4,899 | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 221,990 | | | 32,119 | 40,015 | 38,829 | 29,501 | 32,463 | 20,221 |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | | 883 | 883 | 883 |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 180,808 | | | 19,667 | 30,010 | 33,234 | 39,607 | 26,691 | 16,465 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 152 | | | | | | | 51 | 51 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,176,000 | | | 98,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 26,582 | | | 4,523 | 4,031 | 3,672 | 3,065 | 2,441 | 2,390 |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 10,862 | | | 512 | 1,284 | 1,580 | 1,462 | 1,288 | 2,040 |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 3,547 | | | 862 | 901 | 901 | 320 | 282 | 282 |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | 107 | 345 | 556 | 450 | 211 | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |

19-23649-rdd    Doc 1207-1    Filed 06/01/20    Entered 06/01/20 17:42:35    Ordinary Course Professional Tracking Status April 2020    Pg 2 of 6

In re: PURDUE PHARMA L.P., et al.    OCP Payment Report - Three Month Fee Average April 2020    Case No.: 19-23649 (RDD)

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 29,888 | | | 3,670 | 4,299 | 3,776 | 3,776 | 3,776 | 3,776 |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,030 | | | 104 | 146 | 198 | 94 | 198 | 146 |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 16,999 | | | 5,271 | 2,315 | 396 | 396 | 396 | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 97,409 | | | 15,430 | 15,605 | 12,219 | 17,040 | 13,303 | 8,343 |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 413,144 | | | 62,273 | 44,156 | 53,833 | 49,311 | 50,520 | 33,491 |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | 353 | 353 | 353 | | 77 | 77 |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | 92 | 92 | 92 | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 4,552 | | | 1,312 | 1,495 | 1,517 | 205 | 23 | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 357,494 | | | 28,351 | 77,574 | 66,193 | 85,924 | 39,453 | 39,453 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 349,483 | | | 68,057 | 54,020 | 35,471 | 30,314 | 27,148 | 26,426 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 24,000 | | | 2,667 | 4,000 | 4,000 | 4,000 | 4,000 | 2,667 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 6,891 | | | | | 1,504 | 2,226 | 2,297 | 793 |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 83,981 | | | 10,786 | 12,635 | 10,155 | 9,426 | 14,042 | 9,779 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 672,479 | | | 162,192 | 133,210 | 46,122 | 61,967 | 40,564 | 21,763 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | 51 | 51 |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 30,000 | | | 3,333 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 1,794 | | | | 299 | 299 | 598 | 299 | 299 |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 454,858 | | | 35,751 | 41,908 | 52,948 | 59,033 | 76,042 | 77,271 |

Note: The three month average for Stikeman Elliot, LLP exceeded the $150,000 cap by about $13,000 in November of 2019. The Debtors withheld about $39,000 in payments to offset the overage and Stikeman has presented a fee application for its billing during this time period

19-23649-rdd    Doc 1207-1    Filed 06/01/20    Entered 06/01/20 17:42:35    Ordinary
Course Professional Tracking Status April 2020    Pg 3 of 6

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (RDD)

OCP Payment Report: - Monthly Fees (as insured)
April 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 3,254,782 | 268,416 | 635,051 | 315,236 | 471,290 | 411,463 | 445,774 | 283,567 | 276,984 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 1,730,285 | 169,181 | 305,247 | 225,672 | 244,023 | 256,540 | 233,123 | 237,599 | 58,900 |
| OCP Tier 3 Total | OCP Tier 3 | 7,560,000 | N/A | 98,404 | | | | 32,826 | 18,414 | 18,538 | 10,871 | 10,066 | 7,689 |
| OCP Total | Total | | 25,000,000 | 5,083,471 | | | | | | | | |
| | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 787 | | | 398 | 389 | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | 1,753 | 1,250 | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 175,000 | | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 7,548 | | | 2,122 | 449 | 326 | 1,754 | 1,550 | 1,346 |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 11,993 | | | 2,164 | 1,698 | 8,132 | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 578 | | | | 578 | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 3,990 | | | 775 | 898 | 1,485 | 392 | 441 | |
| Conyers Dill & Pearman Limited | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 1,518 | | | | 992 | 175 | 263 | 88 | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 30,910 | | 409 | 4,910 | 13,952 | 5,887 | 5,330 | 421 | |
| Dannemann Siemsen Bigler & Ipanema | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 34,699 | 790 | 1,135 | 1,347 | 6,722 | 8,440 | 11,533 | 4,732 | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Dentons US LLP | OCP Tier 2 | 75,000 | 900,000 | 300,000 | | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | 240 | | 77 | 92 | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 18,272 | | | 10,009 | 5,971 | | 816 | 1,476 | |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 27,410 | | 2,218 | 1,350 | 2,636 | 6,547 | 5,323 | 9,336 | |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 2,620 | | | 1,265 | 956 | 323 | | 77 | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | 1,106 | | | | 1,368 | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 5,808 | | | | 1,093 | 546 | 768 | 1,478 | 1,922 |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 6,171 | | | 108 | | 1,220 | 1,616 | 1,953 | 1,275 |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 1,688 | | | 1,515 | | | | 173 | |
| Gunderson, Palmer, Nelson, Ashmore LL | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 1,956 | | | 1,875 | | | 82 | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | | | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 75,000 | 900,000 | 255,599 | 45,546 | 31,883 | 15,478 | 41,548 | 36,152 | 41,353 | 43,640 | |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 21,060 | 2,766 | 3,598 | | | 14,696 | | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 221,990 | 4,557 | 40,285 | 51,516 | 28,244 | 36,725 | 23,533 | 37,130 | |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | 2,650 | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 180,808 | 10,704 | 21,005 | 27,293 | 41,733 | 30,677 | 46,411 | 2,985 | |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 152 | | | | | | | 152 | |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,176,000 | | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 26,582 | 7,167 | 1,231 | 5,171 | 5,692 | 153 | 3,351 | 3,819 | |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 10,862 | | | 1,536 | 2,318 | 887 | 1,179 | 1,797 | 3,145 |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 3,547 | | | 2,587 | 115 | | 845 | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | 320 | 717 | 632 | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 29,888 | 1,888 | 5,347 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,030 | | | | 312 | 125 | 156 | 437 | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 16,999 | 8,868 | 6,944 | | | 1,187 | | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 97,409 | 10,685 | 25,038 | 10,566 | 11,210 | 14,882 | 25,028 | | |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 413,144 | 74,685 | 76,488 | 35,645 | 20,335 | 105,519 | 22,078 | 23,962 | 54,431 |

OCP Payment Report - Monthly Fees (as incurred)
April 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | 1,059 | | | | 230 | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | 275 | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 4,552 | | | | 3,937 | 546 | 69 | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 357,494 | 6,414 | 34,145 | 44,493 | 154,084 | | 103,689 | 14,669 | |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 349,483 | 79,858 | 83,933 | 40,380 | 37,746 | 28,288 | 24,907 | 28,248 | 26,124 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 24,000 | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 6,891 | | | | | | 4,511 | 2,167 | 213 |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 83,981 | 3,951 | 20,228 | 8,179 | 9,498 | 12,789 | 5,990 | 23,347 | |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 672,479 | 151,158 | 317,666 | 17,752 | 64,211 | 56,402 | 65,289 | | |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | 154 | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 30,000 | 2,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 1,794 | | | | | 897 | | 897 | |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 454,858 | 25,455 | 38,748 | 43,052 | 43,926 | 71,866 | 61,308 | 94,951 | 75,553 |

19-23649-rdd    Doc 1207-1    Filed 06/01/20    Entered 06/01/20 17:42:35    Ordinary
Course Professional Tracking Status April 2020    Pg 5 of 6

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Expenses Incurred
April 2020

| Name | Tier | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 |
|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | 381,067 | 31,504 | 31,454 | 78,421 | 29,633 | 60,583 | 23,454 | 48,121 | 77,896 |
| OCP Tier 2 Total | OCP Tier 2 | 219,399 | 13,674 | 21,382 | 55,101 | 60,173 | 22,626 | 8,304 | 24,830 | 13,309 |
| OCP Tier 3 Total | OCP Tier 3 | 1,277 | | | 625 | 616 | 4 | 5 | | 27 |
| OCP Total | Total | 601,744 | | | | | | | | |
| | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | | | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 3 | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | | | | | | | | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 42 | | | | 42 | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 3 | | | | | | 3 | | |
| Cipriani & Werner PC | OCP Tier 3 | 350 | | | | 350 | | | | |
| Cole Scott & Kissane | OCP Tier 3 | | | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 3 | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 90 | | | | 90 | | | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 315 | | | | 267 | 48 | | | |
| Dannemann Siemsen Bigler & Ipanema M | OCP Tier 2 | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 5,811 | 1,000 | | 781 | 160 | | 1,320 | 2,550 | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | | | | | | | | | |
| Dentons US LLP | OCP Tier 2 | 17,983 | | 2,190 | 1,203 | 554 | 10,540 | 2,761 | 735 | |
| Dinse, Knapp & McAndrew | OCP Tier 3 | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 321 | | | 51 | 270 | | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 4,109 | | 250 | | -241 | | | 2,400 | 1,700 |
| Duke Scanlan | OCP Tier 3 | 2 | | | | 2 | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 27 | | | | | | | | 27 |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 5 | | | | | | 5 | | |
| Frost Brown Todd LLC | OCP Tier 3 | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 83 | | | 60 | 23 | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | | | | | | | | | |
| Hepler Broom LLC | OCP Tier 3 | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 13 | | | | 13 | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 1,329 | 575 | 227 | 204 | | | 323 | | |
| Larson & O'Brien | OCP Tier 3 | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 2,000 | | 1,400 | | | 600 | | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 133,705 | 3,503 | 8,465 | 46,301 | 51,656 | 7,682 | 1,321 | 5,828 | 8,949 |
| Lynch & Pine | OCP Tier 2 | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 9,253 | 2,065 | 3,408 | 42 | | 3,738 | | | |
| Maiwald | OCP Tier 1 | 226,644 | 16,665 | 18,422 | 23,793 | 25,866 | 28,665 | 22,630 | 46,867 | 43,735 |
| McCarter & English | OCP Tier 2 | 3,600 | | | | | | | 3,600 | |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 28,252 | 3,568 | 9,166 | 4,954 | 3,052 | 7,512 | | | |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodya | OCP Tier 3 | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 95 | 39 | | 15 | 41 | | | | |
| Morrison & Foerster LLP | OCP Tier 3 | | | | | | | | | |

OCP Payment Report - Monthly Expenses Incurred
April 2020

| Name | Tier | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 |
|---|---|---|---|---|---|---|---|---|---|---|
| Mourant Ozannes | OCP Tier 2 | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 60 | | | | 60 | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | | | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 13 | | | 6 | 6 | 1 | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | | | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | | | | | | | | | |
| Poyner Spruill LLP | OCP Tier 2 | 306 | 160 | 125 | | | 22 | | | |
| Pryor Cashman LLP | OCP Tier 2 | 31,937 | 7,076 | 2,508 | 6,437 | 5,335 | 2,159 | 2,382 | 3,380 | 2,660 |
| Reed Smith, LLP | OCP Tier 1 | 117 | 63 | -319 | 31 | 106 | 116 | 31 | 60 | 30 |
| Reichard & Escalera LLC | OCP Tier 3 | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 68 | | | | 68 | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 3,605 | 13 | 16 | 2,291 | 106 | | 2 | 1,177 | |
| Skarzynski Black | OCP Tier 2 | 4,398 | 1,321 | 1,858 | | 1,051 | 23 | 146 | | |
| Smith Anderson | OCP Tier 2 | 252 | | | | | 252 | | | |
| Snell & Wilmer | OCP Tier 3 | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 13,558 | | 4,360 | 160 | 1,350 | 1,300 | 51 | 6,337 | |
| Stikeman Elliott, LLP | OCP Tier 1 | 6,721 | 895 | 721 | | 504 | 3,833 | 768 | | |
| Stites & Harbison, PLLC | OCP Tier 2 | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 200 | | | | 200 | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | | | | | | | | | |
| Troutman Sanders LLP | OCP Tier 2 | | | | | | | | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | | | | | | | | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 106,475 | 8,234 | 40 | 47,310 | | 16,720 | 23 | 17 | 34,131 |