UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649(RDD) |
| Debtors. | (Joint Administration Pending) |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

**I, STEVEN SKALET** (the "Movant"), request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent the Board of Chicago School District No. 299, East Aurora, Illinois No. 131, Thornton Township High Schools, Illinois No. 205, Thornton Fractional Township High Schools, Illinois No. 215, Bullitt County School District, Kentucky, and LaRue County School District, Kentucky, creditors in the above referenced case.

*I certify I am a member in good standing* of the bar in the District of Columbia and the State of Maryland, and the bars of the U.S. District for the District of Columbia, Maryland, and other U.S. District Courts.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 1, 2020

                                  By: */s/ Steven Skalet*
                                      Steven Skalet
                                      DC Bar No. 359804
                                      Sskalet@findjustice.com
                                      1250 Connecticut Ave., NW, Suite 300
                                      Washington, DC 20036
                                      T. 202.822-5100     F. 202. 822.4997