DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

## AGENDA FOR JUNE 3, 2020 HEARING

| | |
|---|---|
| Time and Date of Hearing: | June 3, 2020 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. Please register with Court Solutions at www.court-solutions.com. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**I. CONTESTED MATTERS:**

1. ***Debtors' Motion to Extend Bar Date.*** Motion Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 2002 and 3003(c)(3) for Entry of an Order (I) Extending the General Bar Date for a Limited Period and (II) Approving the Form and Manner of Notice Thereof [ECF No. 1178]

    Objection Deadline: May 31, 2020 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Limited Objection of Ad Hoc Committee on Accountability to Debtors' Motion to Extend General Bar Date [ECF No. 1187]

    B. Limited Objection of the Non-Consenting States To Debtors' Motion [ECF No. 1197]

    C. Ad Hoc Committee's Objection to Requests to Extend the Bar Date [ECF No. 1202]

    Related Documents:

    A. Supplemental Declaration of Jeanne C. Finegan [ECF No. 1179]

    B. Memorandum of Law [to] Ad Hoc Committee's Limited Objection to Debtors' Motion to Extend General Bar Date [ECF No. 1188]

    C. Declaration of Michael S. Quinn in Support of Limited Objection of Ad Hoc Committee on Accountability to Debtors' Motion to Extend General Bar Date [ECF No. 1189]

    D. Multi-State Governmental Entities Groups Statement in Support of the Debtors' Motion for Entry of an Order Extending the General Bar Date for a Limited Period and Approving the Form of Notice Thereof [ECF No. 1196]

    E. Statement of the Ad Hoc Group of Individual Victims (I) in Support of the Debtor's Motion for Entry of an Order Extending the General Bar Date for a Limited Period and (III) Objecting to Requests for Entry of Order Extending Bar date by Ninety Days [1173] [ECF No. 1198]

    Status: This matter is going forward on a contested basis.

2. ***Pending Requests Regarding Extension of Bar Date.*** Letters to the Court Requesting Extension of the Bar Date [ECF Nos. 1133, 1141, 1142, 1145, 1149, 1153, 1157, 1158, 1160, 1168, and 1174]

   A. Request for extension of bar date by Harrison Cullen [ECF No. 1133]

   B. Letter to Judge Drain supporting Harrison Cullen's request filed on 5/6/20 to extend the deadline for individual claims to September 30 [ECF No. 1141]

   C. Letter to Judge Drain re: an addition to the letter I wrote to you in October, 2019 against the proposed settlement for Purdue Pharma [ECF No. 1142]

   D. Letter to Judge Drain regarding support to Harrison Cullen's request to extend the deadline by ninety days for the filing of individuals' claims [ECF No. 1145]

   E. Letter to Judge Drain regarding support [of] Harrison Cullen's request to extend the deadline to September 30, 2020 [ECF No. 1149]

   F. Letter to Judge Drain regarding support of the letter submitted by Harrison Cullen, filed [on] the docket on May 6, 2020 regarding movement of bar date for individual victims to September 30, 2020 [ECF No. 1153]

   G. Motion to File Claims After Claims Bar Date/Support Harrison Cullen request to extend the deadline by ninety days for filing of individual claims [ECF No. 1157]

   H. Motion to File Claims After Claims Bar Date/request that you extend the filing of personal injury claims against Purdue Pharma and the drug OxyContin [ECF No. 1158]

   I. Letter to Judge Drain regarding support [of] Harrison Cullen's request filed on 5/6/20 to extend the deadline for individual claims to September 30th [ECF No. 1160]

   J. Motion to File Claims After Claims Bar Date/ filed on behalf of the Farash Family [ECF No. 1168]

   K. Letter to Judge Drain regarding support of Harrison Cullen's request [ECF No. 1174]

   Objection Deadline: May 31, 2020 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:.

A. Multi-State Governmental Entities Groups Statement in Support of the Debtors' Motion for Entry of an Order Extending the General Bar Date for a Limited Period and Approving the Form of Notice Thereof [ECF No. 1196]

B. Statement of the Ad Hoc Group of Individual Victims (I) in Support of the Debtor's Motion for Entry of an Order Extending the General Bar Date for a Limited Period and (III) Objecting to Requests for Entry of Order Extending Bar date by Ninety Days [1173] [ECF No. 1198]

C. Limited Objection of the Debtors to Pending Requests Regarding Extension of the Bar Date (related documents 1185, 1157, 1158) [ECF No. 1199]

D. Statement of the Official Committee of Unsecured Creditors in Response to Letter Briefs Requesting Extension of Bar Date [ECF No. 1200]

E. Ad Hoc Committee's Objection to Requests to Extend the Bar Date [ECF No. 1202]

Related Documents:

A. Memorandum/Statement in Support of the Entry of an Order Extending the Bar Date [ECF No. 1173]

B. Notice of Telephonic Hearing on Requests for Entry of an Order Extending the Bar Date by Ninety Days [ECF No. 1185]

Status: This matter is going forward on a contested basis.

Dated: June 1, 2020
New York, New York

                                      DAVIS POLK & WARDWELL LLP

                                      By:  */s/ Eli J. Vonnegut*
                                              Eli J. Vonnegut

                                      450 Lexington Avenue
                                      New York, New York 10017
                                      Telephone: (212) 450-4000
                                      Facsimile:  (212) 701-5800
                                      Marshall S. Huebner
                                      Benjamin S. Kaminetzky
                                      Timothy Graulich
                                      Eli J. Vonnegut
                                      Christopher S. Robertson

                                      *Counsel to the Debtors*
                                      *and Debtors in Possession*