**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649(RDD) |
| Debtors. | (Joint Administration Pending) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

**I, WAYNE HOGAN** (the "Movant"), request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent the Board of Chicago School District No. 299, a creditor in the above referenced case.

*I certify I am a member in good standing* of the bar in the State of Florida and the bars of the U.S. District for the Middle Districts of Florida and the Eleventh Circuit Court of Appeals. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 1, 2020
Jacksonville, Florida

By: */s/ Wayne Hogan*
Wayne Hogan
FL Bar No. 142460
233 East Bay Street, 8th Floor
Jacksonville, FL  32202
Email: hogan@terrellhogan.com
T.: 904-632-2424
F.: 904-632-0549