HENRICHSEN SIEGEL, PLLC
225 Broadway, Suite 1803
New York, New York 10007
(646) 378-4421 (phone)
Chiung-Hui Huang
Neil L. Henrichsen (motion *pro hac vice* pending)
Dawn C. Stewart (motion *pro hac vice* pending)

*Counsel to the Representatives of the Proposed Class*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649 (RDD) |
| **Debtors.** | (Jointly Administered) |

**CORRECTED NOTICE OF HEARING ON MOTION BY PUBLIC
SCHOOL DISTRICTS FOR AN ORDER ALLOWING THEM TO
<u>PROCEED WITH A CLASS PROOF OF CLAIM AND CERTIFYING A CLASS</u>**

**PLEASE TAKE NOTICE** that on June 1, 2020, the following school districts, Miami-Dade County Public Schools in Florida; Bullitt County School District, Hart County Schools, LaRue County Schools, Martin County Schools, and Owsley County School District in Kentucky; East Aurora School District 131, Thornton Township High School District 205, Thornton Fractional High School District 215, and Joliet Township High School District 204 in Illinois; and Gallup-McKinley County School District and

1

Eunice Public Schools in New Mexico, each of them creditors with class proofs of claim on file or soon to be filed in this proceeding, filed a *Motion for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class* (the "**Motion**").

A hearing on the Motion will be held on **June 23, 2020, at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**") before the Honorable Judge Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"), or at such other time as the Bankruptcy Court may determine.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma/. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing. The Debtors will file an agenda before the Hearing, which may modify or supplement the motions to be heard at the Hearing.

2

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion shall be in writing, shall comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 and the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*, entered on November 18, 2019 [Dkt. No. 498], so as to be filed and received no later than **June 16, 2020 at 12:00 p.m. (Prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, the creditors may, after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order

3

annexed to the Motion as Exhibit E, which may be entered without further notice or opportunity to be heard.

Dated: June 2, 2020

Respectfully Submitted,

By: /s/ Matthew J. Piers

HENRICHSEN SIEGEL, PLLC
Chiung-Hui Huang
Neil L. Henrichsen (motion *pro hac vice* pending)
Dawn C. Stewart (motion *pro hac vice* pending)
225 Broadway, Suite 1803
New York, New York 10007
(646) 378-4421 (phone)
chuang@hslawyers.com
nhenrichsen@hslawyers.com
dstewart@hslawyers.com

MEHRI & SKALET, PLLC
Cyrus Mehri (motion *pro hac vice* pending)
Steven A. Skalet (motion *pro hac vice* pending)
Joshua Karsh (motion *pro hac vice* pending)
Aisha Rich (motion *pro hac vice* pending)
1250 Connecticut Ave., NW
Washington, D.C. 20036
(202) 822-5100 (phone)
(202) 822-4997 (fax)
cmehri@findjustice.com
sskalet@findjustice.com
jkarsh@findjustice.com
arich@findjustice.com

HUGHES SOCOL PIERS RESNICK & DYM, LTD.
Matthew J. Piers (*pro hac vice*)
Charlie D. Wysong (*pro hac vice*)

4

Margaret E. Truesdale (*pro hac vice*)
Emily R. Brown (*pro hac vice*)
Mark S. Dym (*pro hac vice*)
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 604-2630 (phone)
(312) 604-2631 (fax)
mpiers@hsplegal.com
cwysong@hsplegal.com
mtruesdale@hsplegal.com
ebrown@hsplegal.com
mdym@hsplegal.com

HIMES PETRARCA & FESTER, CHTD.
Justino D. Petrarca (*pro hac vice*)
Two Prudential Plaza, Suite 3100
180 North Stetson
Chicago, Illinois 60601
(312) 565-3100 (phone)
(312) 565-0000 (fax)
jpetrarca@edlawyer.com

TERRELL HOGAN, P.A.
Wayne Hogan (motion *pro hac vice* pending)
Leslie Goller (*pro hac vice* to be applied for)
233 E. Bay Street, Suite 804
Jacksonville, FL 32202
904.722.2228
hogan@terrellhogan.com
lgoller@terrellhogan.com