**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649(RDD) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Wayne Hogan (the "Movant"), to be admitted, ***pro hac vice,*** to represent the Board of Chicago School District No. 299 in the above referenced cases, and upon the Movant's certification that he is a member in good standing of the bar of the State of Florida and the bar of the U.S. District Court for the Middle District of Florida, it is

**ORDERED,** that Wayne Hogan, Esq. is admitted to practice, ***pro hac vice,*** in the above referenced cases to represent the Board of Chicago School District No. 299l in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: White Plains, New York
June 2, 2020

*/s/Robert D. Drain*
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE