DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

**NOTICE OF PRESENTMENT OF SECOND AMENDED ORDER EXTENDING
TIME TO OBJECT TO DISCHARGEABILITY OF CERTAIN DEBTS**

**PLEASE TAKE NOTICE** that on December 23, 2019, Purdue Pharma L.P. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of an Order Extending Time to Object to Dischargeability of Certain Debts* [ECF No. 700] (the "**Motion**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that on January 7, 2020, the Court entered the *Order Extending Time to Object to Dischargeability of Certain Debts* [ECF No. 720] (the "**Order**").

**PLEASE TAKE FURTHER NOTICE** that on April 2, 2020, the Court entered the *First Amended Order Extending Time to Object to Dischargeability of Certain Debts* [ECF No. 1009] (the "**Amended Order**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the *Second Amended Order Extending Time to Object to Dischargeability of Certain Debts* (the "**Second Amended Order**") to the Honorable Robert D. Drain, United States Bankruptcy Judge, for approval and signature on **June 17, 2020 at 10:00 a.m. (prevailing Eastern Time)**.  A copy of the Second Amended Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that a comparison between the Second Amended Order and the Amended Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that, unless a written objection to the Second Amended Order attached hereto is served and filed with proof of service with the Clerk of the Court, and a courtesy copy is delivered to the undersigned and to the chambers of the Honorable Robert D. Drain, so as to be received by **June 12, 2020 at 4:00 p.m. (prevailing Eastern Time)**, there will not be a hearing to consider such Second Amended Order, and such Second Amended Order may be signed and entered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, if a written objection is timely filed and served with respect to the Second Amended Order, a hearing (the "**Hearing**") will be held to consider such Second Amended Order before the Honorable Robert D. Drain, United States

Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on a date to be announced.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and a failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that copies of the Second Amended Order may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  June 3, 2020
    New York, New York

DAVIS POLK & WARDWELL LLP

By:  */s/ Timothy Graulich*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

3