**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-23649(RDD)** |
| Debtors. | (Joint Administration Pending) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

  **I, LESLIE A. GOLLER** (the "Movant"), request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent the Board of Chicago School District No. 299, a creditor in the above referenced case.

  *I certify I am a member in good standing* of the bar in the State of Florida, the bars of the U.S. District for the Middle of Florida and the Eleventh Circuit Court of Appeals.

  I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 5, 2020         By: */s/ Leslie A. Goller*
Jacksonville, Florida         Leslie A. Goller
                FL Bar No.: 0393932
                lgoller@terrellhogan.com
                233 East Bay Street, 8th Floor
                Jacksonville, FL  32202
                T.: 904-632-2424
                F.: 904-632-0549