SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Julie E. Cohen
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
Special Counsel to Debtors
and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649** |
| Debtors. [1] | **(Jointly Administered)** |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the New York offices of Skadden, Arps, Slate, Meagher & Flom LLP have relocated.  Notices and pleadings given or filed in the above-captioned case should now be directed to the following address:

**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West**
**New York, NY 10001**

The firm's telephone number, fax number and email addresses remain the same.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: New York, New York
June 5, 2020

                                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                    /s/    Julie E. Cohen
                                    Julie E. Cohen
                                    One Manhattan West
                                    New York, New York 10001
                                    Telephone:  (212) 735-3000
                                    Fax:  (212) 735-2000

                                    *Special Counsel to Debtors*
                                    *and Debtors-in-Possession*