June 2, 2020

Honorable Robert Drain, United States Bankruptcy Judge United States Bankruptcy Court Southern District of New York 300 Quarropas Street,  White Plains, New York 10601-4140

Re: *In re Purdue Pharma L.P., et al*, / Bankruptcy Case No.19-23649 (RDD)

Dear Honorable Judge Drain:

I am respectfully writing to the Court for a second time to support and be added to the numerous requests to extend the claim submittal deadline by a minimum of ninety (90) days for the above-mentioned case.  Please see enclosed letter.  I am attempting to submit three claims for the above mentioned Bankruptcy case.

To recap, through very late night television commercials not shown on traditional "network broadcast" TV channels, I only recently became aware of the Bankruptcy and eligibility requirements to submit claims. Although I consider myself to be resourceful, there are substantial hurdles in preparing and submitting claim(s) forms.  My first letter addressed timing, Federal HIPPA challenges in obtaining pharmacy and Medical documents, COVID-19 Pandemic Quarantine delays and horrible death of over 100,000+ people and over 40+ million United States occupants unemployed and lack of staff to process medical file requests.

Now, another enormous hurdle are the daily and evening relentless national protests and violent riots closing streets and freeways, stores of all types are vandalized, boarded up, making simple services such as using Staples copy services, unavailable to assist in administrative duplication tasks.  Living in Los Angeles in the "thick of rioting events" the public has been under mandatory legal curfew orders adding to the above-mentioned challenges.  In Los Angeles, legal curfew orders have various early times.  In some areas as early as 2 p.m. and most 6 p.m.  Workers I rely on to process my request for files are required to leave their jobs early in order to get home before curfew.  It's is a WAR SCENE throughout numerous States.

It is to my understanding via representatives at Prime Clerk 2nd level Customer Service at 888 647-1738 that if the initial claims are submitted by the June 30, 2020 deadline, additional evidence, documents, claim modifications can be submitted after the June 30, 2020 deadline.  However, completing claims forms is complicated.  To the best of my ability, I'm slowly working through preparing claims, however; it is very emotionally exhausting and extended breaks are required both to "re-group" and to handle other necessary life tasks in this challenging time.

Due to the unforeseen pandemic and now rioting –civil unrest / demonstrating craziness, I hope the Court really gives serious consideration to extending the June 30, 2020 deadline for a minimum of 120 days.  This is only fair to the process and the many Creditors. From my research, I've seen many other deadline extension requests.

In advance, I appreciate your reading my Extension Requests and hoping approving is imminent.

Sincerely,  *Barbara Farash*
Barbara Farash, on behalf of the Farash Family (for privacy reasons, my address is located on the envelope if the Court issues a response).

May 16, 2020

Honorable Robert Drain, United States Bankruptcy Judge
United States Bankruptcy Court Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re: *In re Purdue Pharma L.P., et al*, Bankruptcy Case No. 19-23649 (RDD)

Dear Honorable Judge Drain:

I am respectfully writing to the Court to support and be added to the numerous requests to extend the claim submittal deadline by a minimum of ninety (90) days for the above-mentioned case.

I am attempting to submit claims as the only survivor of deceased family members, to-wit; my only biological sibling and elder sister (deceased), my only biological father (deceased) and third party "dependency" claim. Since this letter will become a public document, creditors/injured names are omitted. Names will be stated in the formal claim documents. Each stated person used several types of the Debtor's Opioid products. Under medical supervision; two individuals over a long period of time; causing one death (sister) and one individual for a one-time use and died a few hours later (father).

Through very late night television commercials not shown on traditional "network" TV channels, I only recently became aware of the Bankruptcy and eligibility requirements to submit claims. Although I consider myself to be resourceful, there are substantial hurdles in preparing and submitting claim(s) forms including gathering enormous medical / pharmaceutical records and coroner documentation. Due to FEDERAL HIPPA laws, the amount of time past, retired medical practitioners, unavailable medical files, AND "EXTENDED STAY AT HOME COVID-19 PANDEMIC ORDERS, obtaining necessary records will be challenging or impossible. If I can even find and access medical records, due to FEDERAL HIPPA laws, I will be required to petition my County's Estate Court Division paying substantial fees to obtain court approval as the designated representative to access medical records, if they even exist. Courts are closed or offering limited services. Other medical /pharmacies /insurance companies are operating with skeleton staff and unavailable to quickly process record requests.

I am not a bankruptcy or personal injury attorney. The Personal Injury Claimant Proof of Claim Form (including parents and Guardians) and General Opioid claimant Proof of Claim Form require very legal technical responses, making reference to legal theories of recovery, quantifiable damages in various areas of the law, etc. As such, I will need to find legal representation to submit a complete claim by the deadline date.

COVID-19 PANDEMIC, along with FEDERAL HIPPA LAWS create enormous hurdles. Following the IRS lead of extending important deadlines by a minimum of 90 days, I'm hoping the Court will agree that extending the deadline is prudent, fair and necessary to help individual creditors who have sadly, been impacted by the Debtor's products.

Sincerely, *Barbara Farash*
Barbara Farash, on behalf of the Farash Family (for privacy reasons, my address is located on the envelope if the Court issues a response).