**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

### SEVENTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | April 1, 2020 through April 30, 2020 |
| Monthly Fees Incurred: | $428,303.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Monthly Expenses Incurred:   $1,732.28

Total Fees and Expenses Due:   $430,035.28

This is a:  X  monthly _____interim _____final application

**PRIOR APPLICATIONS:**

| Docked No./Filed | Compensation Period | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $623,033.20 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $662,060.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $641,629.20 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $619,729.60 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $492,071.20 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $449,490.80 | $67.08 |

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529]

and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from April 1, 2020 through and including April 30, 2020 (the "**Seventh Fee Period**") amount to:

    | | |
    |---|---:|
    | Professional Fees | $428,303.00 |
    | Expenses | 1,732.28 |
    | **TOTAL** | **$430,035.28** |

2. In accordance with the Orders, FTI has separately recorded its fees in connection with or relating to the allocation of value among the Debtors' creditors (the "**Allocation Fees**") and has not, to the best of its knowledge, included Allocation Fees in this Fee Statement. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

    | | |
    |---|---:|
    | Professional Fees at 80% | $342,642.40 |
    | Expenses at 100% | 1,732.28 |
    | **TOTAL** | **$344,374.68** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Seventh Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Seventh Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5. Detailed time entry by task code during the Seventh Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. A summary of expenses incurred during the Seventh Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7. Detailed breakdown of the expenses incurred during the Seventh Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Seventh Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

9. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than June 24, 2020 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

10. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

11. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
       June 10, 2020

                              FTI CONSULTING, INC.
                              Financial Advisors to the Ad Hoc Committee of
                              Governmental and Other Contingent Litigation
                              Claimants of Purdue Pharma L.P.

By:    */s/ Matthew Diaz*
        Matthew Diaz, Senior Managing Director
        Three Times Square, 10th Floor
        New York, New York 10036
        Telephone: (212) 499-3611
        Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Professional | Position | Specialty | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Sr Managing Dir | Restructuring | $ 1,085 | 76.7 | $ 83,219.50 |
| Greenblatt, Matthew | Sr Managing Dir | Forensics | 985 | 2.1 | 2,068.50 |
| Joffe, Steven | Sr Managing Dir | Tax | 1,125 | 5.2 | 5,850.00 |
| Simms, Steven | Sr Managing Dir | Restructuring | 1,295 | 4.6 | 5,957.00 |
| Butterfield, Linda | Senior Director | Forensics | 665 | 13.6 | 9,044.00 |
| Knechtel, Karl | Senior Director | Restructuring | 845 | 22.2 | 18,759.00 |
| Suric, Emil[2] | Senior Director | Healthcare | 820 | 3.8 | 3,116.00 |
| Bromberg, Brian | Director | Restructuring | 815 | 217.3 | 177,099.50 |
| Harsha, Adam | Director | Forensics | 500 | 10.4 | 5,200.00 |
| Kim, Ye Darm[2] | Sr Consultant | Restructuring | 560 | 119.6 | 66,976.00 |
| Tirabassi, Kathryn[2] | Sr Consultant | Restructuring | 560 | 12.5 | 7,000.00 |
| Causton, Daniel | Consultant | Forensics | 345 | 5.0 | 1,725.00 |
| Kurtz, Emma | Consultant | Restructuring | 415 | 101.9 | 42,288.50 |
| **GRAND TOTAL** | | | | **594.9** | **$ 428,303.00** |

1. Billing rates of international professionals have been translated to USD using the relevant spot rate.
2. Select individuals were promoted as of April 1, 2020 resulting in rate increases accordingly.

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 33.0 | $ 23,352.50 |
| 2 | Cash & Liquidity Analysis | 2.0 | 1,855.00 |
| 7 | Analysis of Domestic Business Plan | 16.8 | 11,211.00 |
| 10 | Analysis of Tax Issues | 21.3 | 18,134.00 |
| 11 | Prepare for and Attend Court Hearings | 1.0 | 815.00 |
| 13 | Analysis of Other Miscellaneous Motions | 131.5 | 96,500.00 |
| 18 | Review of Historical Transactions | 4.3 | 4,058.00 |
| 19 | Case Management | 6.6 | 5,330.00 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 6.3 | 4,755.00 |
| 24 | Preparation of Fee Application | 12.5 | 7,000.00 |
| 26 | Analysis of Insurance Programs | 10.1 | 7,546.00 |
| 28 | Review of IAC Business Plan | 349.5 | 247,746.50 |
| | **GRAND TOTAL**[1] | **594.9** | **$ 428,303.00** |

1. Billing rates of international professionals have been translated to USD using the relevant spot rate.

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 4/1/2020 | Diaz, Matthew | 1.6 | Review of the recent financial results in preparation for the Committee call. |
| 1 | 4/1/2020 | Knechtel, Karl | 1.3 | Update summary re: January 2020 flash report. |
| 1 | 4/1/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/2/2020 | Knechtel, Karl | 1.1 | Incorporate updates to summary re: January 2020 flash report. |
| 1 | 4/2/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/3/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/6/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/7/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/8/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/9/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/10/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/13/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/14/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/15/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/16/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/17/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/20/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/21/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/22/2020 | Kim, Ye Darm | 1.3 | Review Debtors' February monthly operating report. |
| 1 | 4/22/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/23/2020 | Bromberg, Brian | 2.3 | Prepare reporting summary. |
| 1 | 4/23/2020 | Bromberg, Brian | 1.4 | Review the February monthly operating report. |
| 1 | 4/23/2020 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/24/2020 | Kim, Ye Darm | 1.1 | Draft diligence questions re: February monthly operating report. |
| 1 | 4/24/2020 | Kim, Ye Darm | 1.8 | Draft summary of February monthly operating report. |
| 1 | 4/24/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/27/2020 | Bromberg, Brian | 1.2 | Review comments on February financial update. |
| 1 | 4/27/2020 | Bromberg, Brian | 0.9 | Finalize questions list to send to the Debtors' advisors. |
| 1 | 4/27/2020 | Bromberg, Brian | 1.9 | Revise summary of February update. |
| 1 | 4/27/2020 | Bromberg, Brian | 1.8 | Revise questions on financial update. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 4/27/2020 | Bromberg, Brian | 2.4 | Review comments on February financial update. |
| 1 | 4/27/2020 | Diaz, Matthew | 0.5 | Review the donation press release. |
| 1 | 4/27/2020 | Diaz, Matthew | 1.4 | Review the February results. |
| 1 | 4/27/2020 | Kim, Ye Darm | 0.5 | Review February YTD operating results. |
| 1 | 4/27/2020 | Kim, Ye Darm | 0.9 | Prepare revisions to February monthly operating report summary. |
| 1 | 4/27/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/28/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/29/2020 | Kim, Ye Darm | 1.3 | Update February monthly operating report summary. |
| 1 | 4/29/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/30/2020 | Bromberg, Brian | 1.3 | Finalize summary of February financial update. |
| **1 Total** | | | **33.0** | |
| 2 | 4/22/2020 | Diaz, Matthew | 0.3 | Review the updated cash analysis. |
| 2 | 4/22/2020 | Kim, Ye Darm | 0.6 | Review Debtors' latest cash report. |
| 2 | 4/23/2020 | Diaz, Matthew | 1.1 | Review the February cash update. |
| **2 Total** | | | **2.0** | |
| 7 | 4/13/2020 | Bromberg, Brian | 1.2 | Finalize domestic business plan requests. |
| 7 | 4/13/2020 | Kim, Ye Darm | 0.2 | Prepare updated requests re: domestic business plan forecasts. |
| 7 | 4/15/2020 | Kim, Ye Darm | 0.6 | Review Debtors' document productions to identify documents responsive to requests. |
| 7 | 4/23/2020 | Bromberg, Brian | 0.2 | Follow up with Debtors on diligence items. |
| 7 | 4/24/2020 | Kim, Ye Darm | 1.4 | Review source documents for domestic business plan summary. |
| 7 | 4/27/2020 | Bromberg, Brian | 0.5 | Participate in call with the Debtors' advisors re: updated business plan. |
| 7 | 4/27/2020 | Diaz, Matthew | 0.7 | Review the PHI initiatives in relation to the Debtors' business plan. |
| 7 | 4/27/2020 | Diaz, Matthew | 0.5 | Participate in call with the Debtors' advisors re: updated business plan. |
| 7 | 4/27/2020 | Kim, Ye Darm | 0.5 | Participate in call with the Debtors' advisors re: updated business plan. |
| 7 | 4/27/2020 | Kim, Ye Darm | 0.4 | Review dataroom for productions re: forecasts. |
| 7 | 4/29/2020 | Kim, Ye Darm | 2.9 | Analyze Debtors' revised domestic business plan. |
| 7 | 4/30/2020 | Bromberg, Brian | 2.7 | Review April updated business plan. |
| 7 | 4/30/2020 | Kim, Ye Darm | 3.4 | Prepare analysis re: updated domestic business plan. |
| 7 | 4/30/2020 | Kim, Ye Darm | 1.6 | Prepare summary re: updated domestic business plan. |
| **7 Total** | | | **16.8** | |
| 10 | 4/1/2020 | Joffe, Steven | 1.0 | Participate on call with tax advisors to discuss outstanding tax issues. |
| 10 | 4/14/2020 | Bromberg, Brian | 0.8 | Review tax outstanding items. |
| 10 | 4/17/2020 | Bromberg, Brian | 0.5 | Participate on call with KPMG tax advisors re: IAC tax update. |
| 10 | 4/17/2020 | Bromberg, Brian | 1.9 | Review tax update summary. |
| 10 | 4/17/2020 | Bromberg, Brian | 2.7 | Incorporate updates to tax summaries. |
| 10 | 4/17/2020 | Kurtz, Emma | 0.5 | Participate on call with KPMG tax advisors re: IAC tax update. |
| 10 | 4/23/2020 | Joffe, Steven | 1.3 | Participate on call with tax advisors to discuss outstanding tax issues. |
| 10 | 4/28/2020 | Bromberg, Brian | 1.8 | Review CARES Act tax refund impact. |
| 10 | 4/28/2020 | Bromberg, Brian | 1.5 | Review summary re: CARES Act tax refund. |
| 10 | 4/28/2020 | Diaz, Matthew | 0.6 | Review the domestic NOL tax analysis. |
| 10 | 4/28/2020 | Joffe, Steven | 1.5 | Participate on call with tax advisors to discuss next steps re: tax issues. |
| 10 | 4/28/2020 | Kim, Ye Darm | 3.4 | Incorporate updates to summary re: CARES Act NOL refund. |
| 10 | 4/29/2020 | Kim, Ye Darm | 0.9 | Incorporate further updates to summary re: CARES Act NOL refund. |
| 10 | 4/30/2020 | Bromberg, Brian | 0.4 | (Partial) Participate in tax update call. |
| 10 | 4/30/2020 | Diaz, Matthew | 0.5 | Review the updated NOL domestic tax analysis. |
| 10 | 4/30/2020 | Diaz, Matthew | 0.6 | (Partial) Participate in tax update call. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 10 | 4/30/2020 | Joffe, Steven | 1.4 | Participate in tax update call. |
| **10 Total** | | | **21.3** | |
| 11 | 4/22/2020 | Bromberg, Brian | 1.0 | Attend (telephonically) fee hearing. |
| **11 Total** | | | **1.0** | |
| 13 | 4/2/2020 | Diaz, Matthew | 0.7 | Review the OTC Naloxone motion. |
| 13 | 4/3/2020 | Diaz, Matthew | 1.6 | Review the OTC Naloxone agreement and related questions. |
| 13 | 4/3/2020 | Kim, Ye Darm | 1.3 | Update draft of funding agreement diligence questions. |
| 13 | 4/3/2020 | Kim, Ye Darm | 2.1 | Prepare summary re: OTC Naloxone funding agreement diligence. |
| 13 | 4/3/2020 | Kim, Ye Darm | 1.3 | Draft summary of Brenkus report re: Funding Agreement diligence. |
| 13 | 4/3/2020 | Kim, Ye Darm | 1.7 | Review Brenkus report on OTC Naloxone. |
| 13 | 4/3/2020 | Knechtel, Karl | 1.2 | Review questions from counsel re: HRT motion. |
| 13 | 4/3/2020 | Knechtel, Karl | 1.4 | Review updated Brenkus report re: OTC Naloxone. |
| 13 | 4/3/2020 | Knechtel, Karl | 1.8 | Review updated request list re: HRT motion. |
| 13 | 4/6/2020 | Butterfield, Linda | 2.1 | Conduct research re: HRT motion. |
| 13 | 4/6/2020 | Diaz, Matthew | 1.9 | Review the Naloxone OTC agreements. |
| 13 | 4/6/2020 | Diaz, Matthew | 0.9 | Participate in a call with the Debtors on the Naloxone OTC agreement. |
| 13 | 4/6/2020 | Diaz, Matthew | 1.6 | Participate in meeting with the Debtors' special committee re: HRT diligence. |
| 13 | 4/6/2020 | Kim, Ye Darm | 0.9 | Participate in a call with the Debtors on the Naloxone OTC agreement. |
| 13 | 4/6/2020 | Kim, Ye Darm | 1.4 | Incorporate updates to summary re: OTC Naloxone diligence. |
| 13 | 4/6/2020 | Kim, Ye Darm | 2.8 | Prepare updated draft of OTC Naloxone diligence summary. |
| 13 | 4/6/2020 | Kim, Ye Darm | 1.6 | Participate in meeting with the Debtors' special committee re: HRT diligence. |
| 13 | 4/6/2020 | Knechtel, Karl | 3.1 | Incorporate updates to analysis re: HRT and OTC Naloxone. |
| 13 | 4/6/2020 | Knechtel, Karl | 0.9 | Participate in a call with the Debtors on the Naloxone OTC agreement. |
| 13 | 4/6/2020 | Simms, Steven | 1.4 | Review analysis prepared by the team re: HRT motion. |
| 13 | 4/6/2020 | Suric, Emil | 1.7 | Prepare analysis re: OTC Naloxone. |
| 13 | 4/7/2020 | Butterfield, Linda | 3.4 | Conduct additional research re: HRT motion. |
| 13 | 4/7/2020 | Diaz, Matthew | 0.7 | Participate on call with Committee professionals re: OTC Naloxone motion. |
| 13 | 4/7/2020 | Diaz, Matthew | 1.9 | Review the updated OTC Naloxone analysis. |
| 13 | 4/7/2020 | Diaz, Matthew | 1.5 | Review the motion and supporting documents in connection with the OTC Naloxone proposal. |
| 13 | 4/7/2020 | Kim, Ye Darm | 1.1 | Prepare analysis re: OTC Naloxone Funding Agreement. |
| 13 | 4/7/2020 | Kim, Ye Darm | 0.9 | Prepare updated draft summary re: OTC Naloxone funding agreement diligence. |
| 13 | 4/7/2020 | Kim, Ye Darm | 0.7 | Participate on call with Committee professionals re: OTC Naloxone motion. |
| 13 | 4/7/2020 | Kim, Ye Darm | 1.3 | Incorporate updates to summary re: Funding Agreement diligence. |
| 13 | 4/7/2020 | Kim, Ye Darm | 1.3 | Prepare analysis re: OTC Naloxone. |
| 13 | 4/7/2020 | Knechtel, Karl | 2.7 | Review analysis re: HRT and OTC Naloxone. |
| 13 | 4/7/2020 | Knechtel, Karl | 2.1 | Prepare detailed comments re: OTC Naloxone and HRT analysis. |
| 13 | 4/8/2020 | Bromberg, Brian | 1.1 | Participate in diligence subcommittee call re: Naloxone motion. |
| 13 | 4/8/2020 | Butterfield, Linda | 3.3 | Conduct further research re: HRT motion. |
| 13 | 4/8/2020 | Diaz, Matthew | 1.6 | Finalize the HRT summary. |
| 13 | 4/8/2020 | Diaz, Matthew | 0.9 | Review materials in preparation for the subcommittee call on OTC Naloxone. |
| 13 | 4/8/2020 | Diaz, Matthew | 1.1 | Participate in diligence subcommittee call re: Naloxone motion. |
| 13 | 4/8/2020 | Kim, Ye Darm | 1.4 | Incorporate updates to analysis re: OTC Naloxone. |
| 13 | 4/8/2020 | Kim, Ye Darm | 1.1 | Participate in diligence subcommittee call re: Naloxone motion. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 13 | 4/8/2020 | Kim, Ye Darm | 0.6 | Review UCC preliminary findings re: HRT diligence. |
| 13 | 4/8/2020 | Kim, Ye Darm | 1.1 | Prepare analysis re: OTC Naloxone. |
| 13 | 4/8/2020 | Knechtel, Karl | 1.1 | Participate in diligence subcommittee call re: Naloxone motion. |
| 13 | 4/8/2020 | Simms, Steven | 0.7 | Review outstanding HRT diligence items. |
| 13 | 4/9/2020 | Butterfield, Linda | 1.8 | Prepare analysis re: HRT motion. |
| 13 | 4/9/2020 | Diaz, Matthew | 0.7 | Review the updated HRT analysis. |
| 13 | 4/9/2020 | Harsha, Adam | 2.4 | Prepare analysis re: HRT motion. |
| 13 | 4/9/2020 | Kim, Ye Darm | 0.6 | Correspond with counsel re: access to OTC Naloxone productions. |
| 13 | 4/10/2020 | Bromberg, Brian | 1.3 | Review UCC and NCSG response to OTC Naloxone motion. |
| 13 | 4/10/2020 | Bromberg, Brian | 2.7 | Prepare summary re: OTC Naloxone. |
| 13 | 4/10/2020 | Bromberg, Brian | 1.0 | Participate in call with the Debtors re: OTC Naloxone questions. |
| 13 | 4/10/2020 | Butterfield, Linda | 3.0 | Prepare summary re: HRT analysis. |
| 13 | 4/10/2020 | Causton, Daniel | 3.0 | Conduct research re: HRT motion. |
| 13 | 4/10/2020 | Diaz, Matthew | 1.6 | Review materials in preparation for HRT call. |
| 13 | 4/10/2020 | Diaz, Matthew | 1.0 | Participate in call with the Debtors re: OTC Naloxone questions. |
| 13 | 4/10/2020 | Harsha, Adam | 2.9 | Conduct research re: HRT motion. |
| 13 | 4/10/2020 | Harsha, Adam | 2.4 | Prepare analysis re: HRT motion. |
| 13 | 4/10/2020 | Kim, Ye Darm | 0.9 | Prepare diligence request list re: OTC Naloxone Funding Agreement. |
| 13 | 4/10/2020 | Kim, Ye Darm | 1.0 | Participate in call with the Debtors re: OTC Naloxone questions. |
| 13 | 4/10/2020 | Kim, Ye Darm | 1.8 | Review NCSG draft statement re: funding motion and identify sources. |
| 13 | 4/10/2020 | Kim, Ye Darm | 2.1 | Prepare summary re: OTC Naloxone update. |
| 13 | 4/10/2020 | Knechtel, Karl | 1.0 | Participate in call with the Debtors re: OTC Naloxone questions. |
| 13 | 4/11/2020 | Bromberg, Brian | 2.0 | Review summary re: OTC Naloxone update. |
| 13 | 4/11/2020 | Diaz, Matthew | 0.5 | Review the updated due diligence list re: HRT motion. |
| 13 | 4/11/2020 | Kim, Ye Darm | 1.3 | Incorporate updates to summary re: OTC Naloxone update. |
| 13 | 4/13/2020 | Causton, Daniel | 2.0 | Conduct further research re: HRT motion. |
| 13 | 4/13/2020 | Diaz, Matthew | 0.7 | Participate on call with the Committee to discuss the HRT analysis. |
| 13 | 4/13/2020 | Diaz, Matthew | 0.6 | Participate in a call with the UCC and the non-consenting states to discuss the HRT motion. |
| 13 | 4/13/2020 | Harsha, Adam | 2.7 | Incorporate updates to analysis re: HRT motion. |
| 13 | 4/13/2020 | Kim, Ye Darm | 0.6 | Prepare updated OTC Naloxone Funding Agreement diligence request list. |
| 13 | 4/13/2020 | Kim, Ye Darm | 2.4 | Continue to prepare analysis re: HRT diligence. |
| 13 | 4/13/2020 | Kim, Ye Darm | 2.6 | Prepare analysis re: HRT diligence. |
| 13 | 4/14/2020 | Diaz, Matthew | 0.8 | Review the updated HRT analysis. |
| 13 | 4/15/2020 | Kim, Ye Darm | 0.4 | Update HRT diligence request list. |
| 13 | 4/15/2020 | Kim, Ye Darm | 3.4 | Prepare additional analysis re: HRT motion. |
| 13 | 4/17/2020 | Diaz, Matthew | 0.6 | Review the updated HRT analysis. |
| 13 | 4/20/2020 | Diaz, Matthew | 0.6 | Finalize list of follow up questions on the HRT motion. |
| 13 | 4/20/2020 | Diaz, Matthew | 0.7 | Participate in a call with Kramer to discuss the discovery and related review process. |
| 13 | 4/20/2020 | Kim, Ye Darm | 1.6 | Incorporate updates to analysis re: HRT motion. |
| 13 | 4/20/2020 | Kim, Ye Darm | 0.7 | Participate in a call with Kramer to discuss the discovery and related review process. |
| 13 | 4/20/2020 | Kim, Ye Darm | 0.6 | Draft updated HRT diligence request list. |
| 13 | 4/21/2020 | Diaz, Matthew | 0.6 | Finalize list of questions on the HRT motion. |
| 13 | 4/22/2020 | Simms, Steven | 0.6 | Review updated HRT analysis. |
| 13 | 4/24/2020 | Suric, Emil | 2.1 | Prepare summary re: OTC Naloxone. |
| 13 | 4/27/2020 | Kim, Ye Darm | 2.3 | Review diligence productions from the Debtors re: financial records. |
| 13 | 4/28/2020 | Bromberg, Brian | 2.3 | Review HRT documents provided in dataroom. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 13 | 4/28/2020 | Diaz, Matthew | 0.7 | Review the HRT analysis. |
| 13 | 4/29/2020 | Bromberg, Brian | 0.7 | Discuss HRT funding motion with team. |
| 13 | 4/29/2020 | Diaz, Matthew | 0.6 | Review the updated analysis on the HRT funding motion. |
| 13 | 4/29/2020 | Diaz, Matthew | 0.6 | Review the cash investment motion. |
| **13 Total** | | | **131.5** | |
| 18 | 4/20/2020 | Diaz, Matthew | 0.6 | Review the cash transaction report and related follow ups. |
| 18 | 4/28/2020 | Diaz, Matthew | 0.6 | Review the cash transfer analysis and related next steps re: due diligence. |
| 18 | 4/28/2020 | Greenblatt, Matthew | 1.6 | Review request list re: cash transfers analysis to identify additions. |
| 18 | 4/29/2020 | Bromberg, Brian | 0.5 | Participate in call with the team re: historical cash and non-cash transfer diligence workplan. |
| 18 | 4/29/2020 | Greenblatt, Matthew | 0.5 | Participate in call with the team re: historical cash and non-cash transfer diligence workplan. |
| 18 | 4/29/2020 | Kim, Ye Darm | 0.5 | Participate in call with the team re: historical cash and non-cash transfer diligence workplan. |
| **18 Total** | | | **4.3** | |
| 19 | 4/1/2020 | Knechtel, Karl | 1.3 | Review issues related to document sharing protocol. |
| 19 | 4/3/2020 | Simms, Steven | 0.7 | Review update of the case. |
| 19 | 4/6/2020 | Kurtz, Emma | 0.8 | Update index of dataroom to incorporate new documents shared. |
| 19 | 4/9/2020 | Bromberg, Brian | 0.9 | Incorporate updates to the team's workplan. |
| 19 | 4/9/2020 | Simms, Steven | 0.3 | Review updated workplan. |
| 19 | 4/12/2020 | Kurtz, Emma | 0.7 | Prepare updates to Intralinks dataroom index to incorporate recent documents shared. |
| 19 | 4/15/2020 | Simms, Steven | 0.4 | Correspond with the team re: case updates. |
| 19 | 4/22/2020 | Kurtz, Emma | 0.6 | Update dataroom index to include additional documents added to share with team. |
| 19 | 4/27/2020 | Kurtz, Emma | 0.4 | Update dataroom index to include recently uploaded documents to share with team. |
| 19 | 4/27/2020 | Simms, Steven | 0.5 | Review outstanding case issues. |
| **19 Total** | | | **6.6** | |
| 21 | 4/1/2020 | Knechtel, Karl | 2.3 | Review materials in preparation for Committee call. |
| 21 | 4/3/2020 | Kim, Ye Darm | 0.9 | Participate on call with counsel re: HRT questions and open items. |
| 21 | 4/3/2020 | Knechtel, Karl | 0.9 | Participate on call with counsel re: HRT questions and open items. |
| 21 | 4/6/2020 | Kim, Ye Darm | 1.6 | Prepare summary of call with special committee re: ongoing diligence. |
| 21 | 4/29/2020 | Diaz, Matthew | 0.6 | Participate on call with the Committee's professionals to discuss case next steps. |
| **21 Total** | | | **6.3** | |
| 24 | 4/8/2020 | Tirabassi, Kathryn | 3.4 | Begin to prepare March 2020 Fee Statement. |
| 24 | 4/9/2020 | Tirabassi, Kathryn | 2.2 | Continue to prepare March 2020 Fee Statement. |
| 24 | 4/9/2020 | Tirabassi, Kathryn | 2.4 | Prepare March 2020 Fee Statement. |
| 24 | 4/10/2020 | Tirabassi, Kathryn | 2.7 | Prepare March 2020 Fee Statement. |
| 24 | 4/13/2020 | Tirabassi, Kathryn | 1.2 | Prepare March 2020 Fee Statement. |
| 24 | 4/15/2020 | Tirabassi, Kathryn | 0.4 | Finalize March 2020 Fee Statement. |
| 24 | 4/27/2020 | Tirabassi, Kathryn | 0.2 | Finalize February 2020 Fee Statement. |
| **24 Total** | | | **12.5** | |
| 26 | 4/20/2020 | Bromberg, Brian | 2.1 | Review Milbank dataroom information provided. |
| 26 | 4/20/2020 | Bromberg, Brian | 0.8 | Discuss document review on causes of action with Kramer team. |
| 26 | 4/27/2020 | Bromberg, Brian | 0.6 | Summarize insurance call notes. |
| 26 | 4/27/2020 | Diaz, Matthew | 1.9 | Review the insurance analysis. |
| 26 | 4/27/2020 | Kim, Ye Darm | 2.2 | Prepare summary re: insurance programs and causes of action. |
| 26 | 4/27/2020 | Kim, Ye Darm | 2.5 | Review insurance programs and causes of action. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| **26 Total** | | | **10.1** | |
| 28 | 4/1/2020 | Bromberg, Brian | 0.8 | Review sales price and volume data. |
| 28 | 4/1/2020 | Bromberg, Brian | 3.4 | Revise diligence question list. |
| 28 | 4/1/2020 | Bromberg, Brian | 3.2 | Continue to revise diligence question list. |
| 28 | 4/1/2020 | Bromberg, Brian | 2.9 | Create diligence question template for countries. |
| 28 | 4/1/2020 | Bromberg, Brian | 0.5 | Participate on call with the Debtors' advisors re: diligence. |
| 28 | 4/1/2020 | Bromberg, Brian | 1.7 | Continue to create diligence question template for countries. |
| 28 | 4/1/2020 | Diaz, Matthew | 1.9 | Review the updated diligence request list. |
| 28 | 4/1/2020 | Kim, Ye Darm | 0.5 | Participate on call with the Debtors' advisors re: diligence. |
| 28 | 4/1/2020 | Kim, Ye Darm | 2.7 | Prepare country-level diligence questions. |
| 28 | 4/1/2020 | Kurtz, Emma | 3.4 | Prepare revised country-level financial questions. |
| 28 | 4/2/2020 | Bromberg, Brian | 3.1 | Incorporate updates to diligence questions. |
| 28 | 4/2/2020 | Bromberg, Brian | 3.4 | Review the updated diligence questions. |
| 28 | 4/2/2020 | Bromberg, Brian | 1.6 | Provide comments re: diligence questions. |
| 28 | 4/2/2020 | Bromberg, Brian | 2.8 | Continue to incorporate updates to diligence questions. |
| 28 | 4/2/2020 | Diaz, Matthew | 0.9 | Review the updated Germany country list. |
| 28 | 4/2/2020 | Kim, Ye Darm | 1.6 | Incorporate updates to country-level diligence summaries. |
| 28 | 4/2/2020 | Kim, Ye Darm | 2.8 | Prepare country-level diligence summaries. |
| 28 | 4/2/2020 | Kurtz, Emma | 3.1 | Prepare outstanding question summaries for additional IAC country managers. |
| 28 | 4/2/2020 | Kurtz, Emma | 2.8 | Incorporate updates to outstanding question summaries for IAC country managers. |
| 28 | 4/2/2020 | Kurtz, Emma | 0.6 | Prepare revisions to IAC business plan review summary. |
| 28 | 4/3/2020 | Bromberg, Brian | 0.4 | Correspond with Houlihan re: business plan analysis. |
| 28 | 4/3/2020 | Bromberg, Brian | 2.4 | Review updated IAC information received. |
| 28 | 4/3/2020 | Bromberg, Brian | 1.2 | Prepare IAC business plan summary. |
| 28 | 4/3/2020 | Diaz, Matthew | 2.9 | Review IAC financial information. |
| 28 | 4/3/2020 | Kim, Ye Darm | 1.1 | Incorporate updates to country-level diligence summaries. |
| 28 | 4/5/2020 | Bromberg, Brian | 3.4 | Respond to question list re: IAC diligence. |
| 28 | 4/6/2020 | Bromberg, Brian | 3.1 | Create summary of new countries for IAC questions. |
| 28 | 4/6/2020 | Bromberg, Brian | 2.1 | Prepare updated summaries re: IAC business plan. |
| 28 | 4/6/2020 | Bromberg, Brian | 2.8 | Prepare questions re: IAC financials. |
| 28 | 4/6/2020 | Bromberg, Brian | 2.1 | Review updated IAC business plan analysis. |
| 28 | 4/6/2020 | Bromberg, Brian | 1.5 | Review country product sales. |
| 28 | 4/6/2020 | Bromberg, Brian | 1.2 | Review IAC financial information. |
| 28 | 4/6/2020 | Diaz, Matthew | 0.9 | Review the updated IAC questions list. |
| 28 | 4/6/2020 | Kim, Ye Darm | 1.8 | Incorporate updates to analysis re: IAC financials. |
| 28 | 4/6/2020 | Kurtz, Emma | 2.7 | Incorporate updates to IAC financials questions list. |
| 28 | 4/6/2020 | Kurtz, Emma | 1.8 | Review updated IAC financial information. |
| 28 | 4/6/2020 | Kurtz, Emma | 3.4 | Review IAC financial summaries. |
| 28 | 4/7/2020 | Bromberg, Brian | 2.1 | Incorporate updates to IAC questions list. |
| 28 | 4/7/2020 | Bromberg, Brian | 1.1 | Participate in call with Alix re: IAC diligence. |
| 28 | 4/7/2020 | Bromberg, Brian | 2.8 | Review financial data summary. |
| 28 | 4/7/2020 | Bromberg, Brian | 1.4 | Finalize IAC questions list. |
| 28 | 4/7/2020 | Bromberg, Brian | 2.4 | Review updated IAC financial summaries. |
| 28 | 4/7/2020 | Diaz, Matthew | 2.7 | Review the updated IAC analysis. |
| 28 | 4/7/2020 | Kim, Ye Darm | 1.1 | Participate in call with Alix re: IAC diligence. |
| 28 | 4/7/2020 | Kim, Ye Darm | 3.2 | Prepare updated country-level analysis. |
| 28 | 4/7/2020 | Kurtz, Emma | 1.2 | Prepare analysis re: IAC financial projections. |
| 28 | 4/7/2020 | Kurtz, Emma | 2.1 | Incorporate further updates to IAC questions list. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 4/8/2020 | Bromberg, Brian | 3.2 | Incorporate updates to financial diligence questions. |
| 28 | 4/8/2020 | Bromberg, Brian | 2.7 | Review updated IAC country-level diligence. |
| 28 | 4/8/2020 | Bromberg, Brian | 2.6 | Review updated IAC financial information. |
| 28 | 4/9/2020 | Bromberg, Brian | 2.9 | Finalize diligence questions. |
| 28 | 4/9/2020 | Bromberg, Brian | 3.4 | Prepare updated analysis re: IAC financials. |
| 28 | 4/9/2020 | Diaz, Matthew | 3.2 | Conduct a detailed review of the updated IAC summaries. |
| 28 | 4/9/2020 | Diaz, Matthew | 2.1 | Review the updated IAC diligence list. |
| 28 | 4/10/2020 | Bromberg, Brian | 1.3 | Review the updated IAC summaries. |
| 28 | 4/11/2020 | Bromberg, Brian | 2.4 | Review the Debtors' responses to diligence questions. |
| 28 | 4/11/2020 | Bromberg, Brian | 2.6 | Review comments on IAC business plan summaries. |
| 28 | 4/11/2020 | Bromberg, Brian | 1.3 | Edit outstanding diligence question list. |
| 28 | 4/11/2020 | Diaz, Matthew | 2.9 | Conduct a detailed review of the updated IAC summaries. |
| 28 | 4/11/2020 | Diaz, Matthew | 0.9 | Conduct a detailed review of the updated questions list. |
| 28 | 4/11/2020 | Kurtz, Emma | 2.7 | Prepare additional analysis re: IAC financials. |
| 28 | 4/11/2020 | Kurtz, Emma | 1.4 | Continue to prepare additional analysis re: IAC financials. |
| 28 | 4/12/2020 | Bromberg, Brian | 1.5 | Edit outstanding diligence question list. |
| 28 | 4/12/2020 | Kurtz, Emma | 3.1 | Prepare further analysis re: IAC financials. |
| 28 | 4/13/2020 | Bromberg, Brian | 3.1 | Finalize questions list by country. |
| 28 | 4/13/2020 | Bromberg, Brian | 2.9 | Revise diligence questions for the Debtors. |
| 28 | 4/13/2020 | Bromberg, Brian | 3.4 | Conduct a detailed review of IAC financial summaries. |
| 28 | 4/13/2020 | Bromberg, Brian | 2.7 | Review updated IAC financial information received. |
| 28 | 4/13/2020 | Diaz, Matthew | 1.2 | Review the updated question and country list. |
| 28 | 4/13/2020 | Diaz, Matthew | 2.6 | Conduct a detailed review of the updated IAC summaries. |
| 28 | 4/13/2020 | Kim, Ye Darm | 1.9 | Incorporate updates to diligence list. |
| 28 | 4/13/2020 | Kim, Ye Darm | 2.6 | Incorporate updates to IAC financial summaries. |
| 28 | 4/13/2020 | Kurtz, Emma | 2.6 | Review comments to IAC summaries. |
| 28 | 4/13/2020 | Kurtz, Emma | 2.8 | Prepare additional revisions to country-level outstanding diligence questions lists. |
| 28 | 4/13/2020 | Kurtz, Emma | 0.6 | Review revised outstanding diligence request list. |
| 28 | 4/13/2020 | Kurtz, Emma | 3.1 | Incorporate updates to IAC summaries. |
| 28 | 4/14/2020 | Bromberg, Brian | 2.8 | Incorporate updates to IAC summaries. |
| 28 | 4/14/2020 | Bromberg, Brian | 2.6 | Continue to incorporate updates to IAC summaries. |
| 28 | 4/14/2020 | Bromberg, Brian | 3.1 | Prepare analysis re: IAC financials. |
| 28 | 4/14/2020 | Bromberg, Brian | 2.4 | Continue to prepare analysis re: IAC financials. |
| 28 | 4/14/2020 | Diaz, Matthew | 0.9 | Review the updated IAC question list. |
| 28 | 4/14/2020 | Kim, Ye Darm | 2.3 | Review updated IAC financial summaries. |
| 28 | 4/14/2020 | Kim, Ye Darm | 1.8 | Incorporate updates to IAC financial summaries. |
| 28 | 4/14/2020 | Kurtz, Emma | 3.3 | Prepare additional analyses re: IAC financials. |
| 28 | 4/14/2020 | Kurtz, Emma | 3.1 | Continue to prepare additional analyses re: IAC financials. |
| 28 | 4/14/2020 | Kurtz, Emma | 2.2 | Prepare updated IAC summaries. |
| 28 | 4/15/2020 | Bromberg, Brian | 2.8 | Review updated IAC summaries. |
| 28 | 4/15/2020 | Bromberg, Brian | 1.1 | Prepare response to the Debtors re: diligence. |
| 28 | 4/15/2020 | Bromberg, Brian | 3.4 | Review new information received from the Debtors. |
| 28 | 4/15/2020 | Bromberg, Brian | 2.9 | Prepare comments re: updated IAC summaries. |
| 28 | 4/15/2020 | Diaz, Matthew | 2.1 | Review the updated IAC analysis. |
| 28 | 4/15/2020 | Kim, Ye Darm | 0.5 | Review updated IAC summaries. |
| 28 | 4/15/2020 | Kurtz, Emma | 3.4 | Prepare additional analysis re: IAC financial projections. |
| 28 | 4/15/2020 | Kurtz, Emma | 2.6 | Continue to prepare additional analysis re: IAC financial projections. |
| 28 | 4/15/2020 | Kurtz, Emma | 2.2 | Prepare summaries re: IAC financial projections. |
| 28 | 4/16/2020 | Bromberg, Brian | 3.3 | Edit IAC summaries. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 4/16/2020 | Bromberg, Brian | 0.5 | Review comparable company analysis. |
| 28 | 4/16/2020 | Bromberg, Brian | 1.8 | Review analysis re: IAC financial projections. |
| 28 | 4/16/2020 | Kim, Ye Darm | 2.1 | Incorporate updates to IAC financial summaries. |
| 28 | 4/16/2020 | Kurtz, Emma | 2.8 | Prepare additional analysis re: IAC financial projections. |
| 28 | 4/16/2020 | Kurtz, Emma | 2.6 | Continue to prepare additional analysis re: IAC financial projections. |
| 28 | 4/17/2020 | Bromberg, Brian | 1.4 | Review comparable company analysis. |
| 28 | 4/17/2020 | Diaz, Matthew | 1.1 | Review the updated IAC analysis. |
| 28 | 4/17/2020 | Kim, Ye Darm | 2.6 | Incorporate comments to IAC summaries. |
| 28 | 4/17/2020 | Kurtz, Emma | 1.1 | Incorporate updates to IAC analysis. |
| 28 | 4/18/2020 | Bromberg, Brian | 3.2 | Edit IAC summaries. |
| 28 | 4/19/2020 | Bromberg, Brian | 2.8 | Review updated analysis re: IAC financial projections. |
| 28 | 4/19/2020 | Bromberg, Brian | 3.2 | Prepare detailed comments re: updated IAC summaries. |
| 28 | 4/19/2020 | Kim, Ye Darm | 1.9 | Incorporate updates to IAC analysis. |
| 28 | 4/19/2020 | Kurtz, Emma | 2.3 | Incorporate updates to IAC financial projection analysis. |
| 28 | 4/19/2020 | Kurtz, Emma | 1.4 | Incorporate comments to IAC summaries. |
| 28 | 4/20/2020 | Bromberg, Brian | 3.1 | Prepare additional IAC summaries. |
| 28 | 4/20/2020 | Bromberg, Brian | 3.4 | Review IAC financial projection analysis. |
| 28 | 4/20/2020 | Bromberg, Brian | 1.6 | Review latest version of IAC summaries. |
| 28 | 4/20/2020 | Kim, Ye Darm | 2.6 | Incorporate updates to analysis re: IAC financial projections. |
| 28 | 4/20/2020 | Kim, Ye Darm | 2.9 | Incorporate comments to IAC financial summaries. |
| 28 | 4/20/2020 | Kurtz, Emma | 1.4 | Review outstanding diligence requests. |
| 28 | 4/20/2020 | Kurtz, Emma | 3.2 | Incorporate updates to IAC financial summaries. |
| 28 | 4/20/2020 | Kurtz, Emma | 1.8 | Prepare additional analysis re: IAC financials. |
| 28 | 4/21/2020 | Bromberg, Brian | 2.3 | Prepare comments re: IAC summaries. |
| 28 | 4/21/2020 | Bromberg, Brian | 0.7 | Participate on call with the Debtors' advisors re: diligence. |
| 28 | 4/21/2020 | Bromberg, Brian | 1.4 | Review analysis prepared by Houlihan. |
| 28 | 4/21/2020 | Bromberg, Brian | 2.6 | Review updated IAC analysis. |
| 28 | 4/21/2020 | Bromberg, Brian | 1.7 | Prepare comments re: updated IAC analysis. |
| 28 | 4/21/2020 | Bromberg, Brian | 1.1 | Prepare additional diligence questions re: IACs. |
| 28 | 4/21/2020 | Diaz, Matthew | 1.7 | Review the updated IAC analysis. |
| 28 | 4/21/2020 | Kim, Ye Darm | 2.8 | Review IAC financial analysis. |
| 28 | 4/21/2020 | Kurtz, Emma | 2.3 | Prepare analysis re: comparable companies. |
| 28 | 4/21/2020 | Kurtz, Emma | 2.6 | Incorporate updates to IAC business plan analysis. |
| 28 | 4/22/2020 | Bromberg, Brian | 1.4 | Review updated IAC documents provided. |
| 28 | 4/22/2020 | Bromberg, Brian | 0.8 | Discuss diligence with IAC advisors. |
| 28 | 4/22/2020 | Diaz, Matthew | 1.8 | Review the updated IAC summaries. |
| 28 | 4/22/2020 | Kim, Ye Darm | 1.3 | Review diligence responses re: IAC business plan diligence requests. |
| 28 | 4/22/2020 | Kurtz, Emma | 0.3 | Prepare additional outstanding diligence questions. |
| 28 | 4/23/2020 | Bromberg, Brian | 0.5 | Prepare video conferencing software for meeting with non-consenting states re: information sharing. |
| 28 | 4/24/2020 | Bromberg, Brian | 0.9 | Follow up on outstanding items from non-consenting states call. |
| 28 | 4/24/2020 | Bromberg, Brian | 2.0 | Participate in call with non-consenting states re: information sharing and diligence update. |
| 28 | 4/24/2020 | Bromberg, Brian | 2.4 | Review February financial report summary. |
| 28 | 4/24/2020 | Bromberg, Brian | 3.1 | Prepare for call with non-consenting states re: information sharing and diligence update. |
| 28 | 4/24/2020 | Diaz, Matthew | 2.9 | Review materials in preparation for the call with the non consenting states. |
| 28 | 4/24/2020 | Diaz, Matthew | 2.0 | Participate in call with non-consenting states re: information sharing and diligence update. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 4/24/2020 | Diaz, Matthew | 0.5 | Participate on call with Kramer and Houlihan to prepare for the call with the non consenting states. |
| 28 | 4/24/2020 | Kim, Ye Darm | 2.0 | Participate in call with non-consenting states re: information sharing and diligence update. |
| 28 | 4/24/2020 | Kim, Ye Darm | 0.5 | Participate on call with Kramer and Houlihan to prepare for the call with the non consenting states. |
| 28 | 4/27/2020 | Bromberg, Brian | 0.9 | Coordinate diligence questions with advisors. |
| 28 | 4/27/2020 | Diaz, Matthew | 0.8 | Review due diligence items open items. |
| 28 | 4/28/2020 | Bromberg, Brian | 0.5 | Review data files in preparation for call with the Debtors. |
| 28 | 4/28/2020 | Diaz, Matthew | 1.7 | Review the updated business plan. |
| 28 | 4/28/2020 | Diaz, Matthew | 2.1 | Review the updated IAC analysis. |
| 28 | 4/29/2020 | Bromberg, Brian | 2.6 | Review updated IAC documents. |
| 28 | 4/29/2020 | Bromberg, Brian | 2.1 | Continue to review updated IAC documents. |
| 28 | 4/29/2020 | Bromberg, Brian | 0.5 | Participate on call with counsel re: information sharing protocol with the non-consenting states. |
| 28 | 4/29/2020 | Bromberg, Brian | 3.1 | Review updated IAC financial analysis. |
| 28 | 4/29/2020 | Bromberg, Brian | 1.7 | Continue to review updated IAC financial analysis. |
| 28 | 4/29/2020 | Kurtz, Emma | 3.4 | Prepare additional analysis re: IAC financials. |
| 28 | 4/29/2020 | Kurtz, Emma | 3.2 | Continue to prepare additional analysis re: IAC financials. |
| 28 | 4/29/2020 | Kurtz, Emma | 2.9 | Prepare additional summaries re: IAC financials. |
| 28 | 4/29/2020 | Kurtz, Emma | 1.1 | Prepare outstanding question list. |
| 28 | 4/30/2020 | Bromberg, Brian | 3.3 | Review updated IAC financials. |
| 28 | 4/30/2020 | Bromberg, Brian | 0.5 | Participate on call with Houlihan re: updated IAC financials. |
| 28 | 4/30/2020 | Bromberg, Brian | 1.3 | Continue to review updated IAC financials. |
| 28 | 4/30/2020 | Bromberg, Brian | 0.7 | Participate on call with IAC professionals re: updated financial information. |
| 28 | 4/30/2020 | Diaz, Matthew | 0.7 | Participate on call with IAC professionals re: updated financial information. |
| 28 | 4/30/2020 | Kim, Ye Darm | 0.5 | Participate on call with Houlihan re: updated IAC financials. |
| 28 | 4/30/2020 | Kim, Ye Darm | 0.7 | Participate on call with IAC professionals re: updated financial information. |
| 28 | 4/30/2020 | Kim, Ye Darm | 0.4 | Review updated IAC materials in preparation for calls. |
| 28 | 4/30/2020 | Kurtz, Emma | 0.5 | Participate on call with Houlihan re: updated IAC financials. |
| 28 | 4/30/2020 | Kurtz, Emma | 0.7 | Participate on call with IAC professionals re: updated financial information. |
| 28 | 4/30/2020 | Kurtz, Emma | 2.4 | Prepare additional analysis re: IAC financials. |
| 28 | 4/30/2020 | Kurtz, Emma | 1.7 | Continue to prepare additional analysis re: IAC financials. |
| **28 Total** | | | **349.5** | |
| **Grand Total** | | | **594.9** | |

**EXHIBIT D**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Expense Type | Amount |
|---|---:|
| Transportation | $ 24.59 |
| Working Meals[1] | 320.00 |
| Other | 1,387.69 |
| **Grand Total** | **$ 1,732.28** |

1. Working Meals have been voluntarily reduced to the lesser of $20 per person or the actual amount charged.

**EXHIBIT E**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**EXPENSE DETAIL**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 2/20/2020 | Bromberg, Brian | Transportation | Taxi home from the office after working late on the case. | $ 24.59 |
| | | **Transportation Total** | | **$ 24.59** |
| 1/29/2020 | Bromberg, Brian | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 1/30/2020 | Bromberg, Brian | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 1/30/2020 | Kurtz, Emma | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 2/13/2020 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 2/17/2020 | Bromberg, Brian | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 2/18/2020 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 2/18/2020 | Kurtz, Emma | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 2/19/2020 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 2/20/2020 | Kurtz, Emma | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 2/24/2020 | Bromberg, Brian | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 2/25/2020 | Bromberg, Brian | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 2/26/2020 | Bromberg, Brian | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 2/27/2020 | Kurtz, Emma | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 3/3/2020 | Bromberg, Brian | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 3/3/2020 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 3/3/2020 | Kurtz, Emma | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| | | **Working Meals Total** | | **$ 320.00** |
| 4/1/2020 | Rosini, Andrew | Other | Refinitiv data purchase. | 81.52 |
| 4/30/2020 | Butterfield, Linda | Other | Access to Lexis Nexis for research regarding the HRT motion. | 193.64 |
| 4/30/2020 | Harsha, Adam | Other | Access to Lexis Nexis for research regarding the HRT motion. | 535.21 |
| 4/30/2020 | Causton, Daniel | Other | Access to Lexis Nexis for research regarding the HRT motion. | 577.32 |
| | | **Other Total** | | **$ 1,387.69** |
| | | **Grand Total** | | **$ 1,732.28** |

1. Working Meals have been voluntarily reduced to the lesser of $20 per person or the actual amount charged.