Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

-------------------------------------------------------- x

**SEVENTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE**
**PERIOD OF APRIL 1, 2020 THROUGH AND INCLUDING APRIL 30, 2020**

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Period for Which Compensation is Sought: | April 1, 2020 – April 30, 2020 |
| Total Amount of Fees Incurred: | $58,264.00 |
| Total Fees Requested (80%): | $46,611.20 |
| Total Reimbursement of Expenses Incurred: | $21.00 |
| Total Reimbursement of Expenses Requested (100%): | $21.00 |
| Total compensation and Reimbursement Requested in this Statement: | $46,632.20 |
| This is Applicant's: | Seventh Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Seventh Monthly Fee Statement (the "Fee Statement") for the period of April 1, 2020 through and including April 30, 2020 (the "Statement Period").

## **Itemization of Services Rendered and Disbursements Incurred**

1.     Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $58,264.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $46,611.20.

2

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,123.45[2]. The Blended hourly rate of all paraprofessionals is $305.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $21.00 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors (the "Allocation Fees"). Pursuant to the Fee Assumption Order, Applicant may request Allocation Fees through a separate application at a later date.

<u>**Notice**</u>

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests

---

[2]      The blended hourly billing rate of $1,123.45 is derived by dividing the total fees for attorneys of $57,745.50 by the total hours of 51.4.

[3]      The Blended hourly billing rate of $305.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $518.50 by the total hours of 1.7.

(i) compensation in the amount of $46,611.20 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $58,264.00) and (ii) payment of $21.00 for the actual, necessary expenses that Applicant incurred in connection with such services during the Statement Period.

Dated: June 10, 2020
      New York, New York

                          OTTERBOURG P.C.

By:    */s/ Melanie L. Cyganowski*
        Melanie L. Cyganowski, Esq.
        Jennifer S. Feeney, Esq.
        230 Park Avenue
        New York, New York 10169
        Telephone:   (212) 661-9100
        Facsimile:   (212) 682-6104

        Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

**<u>EXHIBIT A</u>**

**Fees By Project Category**

6140513.1

**SUMMARY OF COMPENSATION BY PROJECT CODE
FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU01 | Asset Analysis and Recovery | 6.0 | $6,262.50 |
| PU03 | Business Operations | 4.4 | $5,507.00 |
| PU04 | Case Administration | 15.1 | 17,425.00 |
| PU06 | Employment and Fee Applications | 4.2 | 3,645.50 |
| PU07 | Emergency Financing | 7.8 | 9,420.00 |
| PU09 | Meetings and Communications w/ AHC | 9.7 | 11,360.50 |
| PU11 | Plan and Disclosure Statement | 5.9 | $4,643.50 |
| | **TOTALS:** | **53.1** | **$58,264.00** |

## EXHIBIT B

**Professional and Paraprofessional Fees**

6140513.1

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1315.00 | 33.7 | $44,315.50 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $850.00 | 13.9 | $11,815.00 |
| Michael A. Pantzer ("MAP") Associate | 2017 | $425.00 | 3.8 | $1,615.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $305.00 | 1.7 | $518.50 |
| | **TOTAL** | | **53.1** | **$58,264.00** |

1

# **EXHIBIT C**

## **Time Detail**

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

May 22, 2020

Client/Matter No.:    20186/0002                          BILL NO. 210271
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL

For Services Rendered Through April 30, 2020:

---

Phase: PU01                              ASSET ANALYSIS AND RECOVERY

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/06/20 JSF | Telephone Call(s) Report from Debtors re: Special Committee Work and Review | 1.20 | 1,020.00 |
| 04/13/20 JSF | Telephone Call(s) Conference Call with ACH Professionals re: Sacklers | .50 | 425.00 |
| 04/13/20 MLC | Conference call(s) Conference call with AHC counsel re certain Sackler transactions | .40 | 526.00 |
| 04/23/20 MLC | Correspondence Review of correspondence between UCC, NCSG and Sackler Families with Court concerning discovery disputes | .80 | 1,052.00 |
| 04/28/20 MLC | Analysis of Memorandum Review of insurance analysis prepared by Gilbert firm | 1.30 | 1,709.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                     May 22, 2020
Page 2                                                          BILL NO. 210271

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/29/20 JSF | Examine Documents<br>Updates on Sackler Due Diligence and Rule 2004 | .50 | 425.00 |
| 04/29/20 JSF | Examine Documents<br>Statement of AHC in Support of Rule 2004 Motion of NCSG of Sacklers | .20 | 170.00 |
| 04/30/20 JSF | Examine Documents<br>Pleadings re: Rule 2004 Discovery Request of Sacklers and Status of Discovery | 1.10 | 935.00 |
| TOTAL PHASE PU01 | | 6.00 | $6,262.50 |

Phase: PU03                                              BUSINESS OPERATIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/08/20 MLC | Conference call(s)<br>Due diligence zoom meeting with FTI/HL re Naloxone/HRT motion | .70 | 920.50 |
| 04/08/20 MLC | Analysis of Memorandum<br>Review of FTI/HL presentation analysis of HRT funding proposal by Debtors | 1.00 | 1,315.00 |
| 04/12/20 MLC | Correspondence<br>Correspondence with UCC and NCSG counsel re HRT financing motion | .40 | 526.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                          May 22, 2020
Page 3                                                               BILL NO. 210271

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/14/20 MLC | Correspondence Correspondence with UCC and NCSG counsel re HRT motion adjournment and related issues | .40 | 526.00 |
| 04/28/20 JSF | Examine Documents HRT Nalaxone Agreement and Status | .60 | 510.00 |
| 04/28/20 MLC | Analysis of Memorandum Review of Debtors' motion re funding agreement with Harm Reduction Therapeutics | 1.30 | 1,709.50 |
| TOTAL PHASE PU03 | | 4.40 | $5,507.00 |

Phase: PU04                                                CASE ADMINISTRATION

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/03/20 JSF | Telephone Call(s) Conference Call with Monitor re: Status | .60 | 510.00 |
| 04/03/20 MLC | Conference call(s) Conference call with States and Secretary Vilasck | .60 | 789.00 |
| 04/03/20 MLC | Analysis of Memorandum Review of UCC application to change efficiency counsel | .40 | 526.00 |

# Otterbourg P.C.

230 Park Avenue

New York, NY  10169-0075

Client/Matter:   20186/0002                                          May 22, 2020
Page 4                                                               BILL NO. 210271

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/07/20 JKH | Diary & Docket<br>Calendar subcommittee call | .10 | 30.50 |
| 04/09/20 MLC | Analysis of Memorandum<br>Review of joinder filed by Illinois school district | .40 | 526.00 |
| 04/12/20 MLC | Analysis of Memorandum<br>Review of analysis prepared by KL concerning NCSG and UCC views on HRT financing motion | .90 | 1,183.50 |
| 04/13/20 JSF | Examine Documents<br>Update on Efforts of Other Perties to Join Mediation as Mediation Party | .20 | 170.00 |
| 04/14/20 MLC | Analysis of Memorandum<br>Review of outline of issues re motion Illinois school districts (Aurora) re being designated as Mediation Party | .90 | 1,183.50 |
| 04/18/20 MLC | Correspondence<br>Correspondence with Paul Singer and Jennifer Peacock concerning pending motion by Thorton public schools re mediation process | .60 | 789.00 |
| 04/18/20 MLC | Analysis of Memorandum<br>Review of motion filed by White & Case on behalf of Ad hoc of various creditors | 1.10 | 1,446.50 |

Otterbourg P.C.

230 Park Avenue

New York, NY   10169-0075

Client/Matter:   20186/0002                                    May 22, 2020
Page 5                                                         BILL NO. 210271


| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/19/20 MLC | Telephone Call(s) Telcon with Ken Eckstein re next steps | .90 | 1,183.50 |
| 04/19/20 MLC | Correspondence Correspondence between UCC, NCSG and CSG concerning Ad Hoc statement (White & Case) and resolution re Thorton Public Schools | .70 | 920.50 |
| 04/20/20 MLC | Conference call(s) Conference call with AHC and DOJ concerning process and current status of various motions | .80 | 1,052.00 |
| 04/20/20 JKH | Correspondence Email exchanges re: set up of telephonic omnibus hearing | .20 | 61.00 |
| 04/21/20 JKH | Prepare for Court Appearance Re: telephonic appearance | .40 | 122.00 |
| 04/22/20 JSF | Telephone Call(s) Participate Telephonically in Court Hearing | 1.80 | 1,530.00 |
| 04/22/20 MLC | Court Appearance - General Court appearance in connection with first interim fee hearing and other matters | 1.80 | 2,367.00 |
| 04/22/20 MLC | Analysis of Memorandum Review of composition of MSG/Rule 2019 filing | .40 | 526.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                      May 22, 2020
Page 6                                                           BILL NO. 210271

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/22/20 MAP | Review Documents<br>Per request from MLC, Retrive 2019 statement for multi-state group, research Schumacher Group | .30 | 127.50 |
| 04/23/20 MLC | Telephone Call(s)<br>Telcon with Ken Eckstein and Aaron Cahn (W VA counsel) re status of case and plan issues | .40 | 526.00 |
| 04/24/20 MLC | Telephone Call(s)<br>Follow up telcon with Ken Eckstein concerning coordination of committee efforts | .30 | 394.50 |
| 04/26/20 MLC | Conference call(s)<br>Conference call with Ken Eckstein and R Ringer re general status of case | 1.00 | 1,315.00 |
| 04/28/20 JKH | Diary & Docket<br>Review Notice of Omnibus Hearings and calendaring all hearing dates | .20 | 61.00 |
| 04/30/20 JSF | Correspondence<br>Colleen MacDonald (Purdue) re: Payments on Monthly Fee Statement | .10 | 85.00 |

TOTAL PHASE PU04                                      15.10       $17,425.00

Phase: PU06                          EMPLOYMENT & FEE APPLICATIONS

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          May 22, 2020
Page 7                                                               BILL NO. 210271

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/08/20<br>JKH | Prepare Legal Papers<br>Finalizing monthly statement for February for filing | .20 | 61.00 |
| 04/10/20<br>JSF | Correspondence<br>E-Mail to Chambers with Fee Application | .30 | 255.00 |
| 04/20/20<br>JSF | Examine Documents<br>Prepare for Fee Application Hearing -<br>Review of Fee Application | .30 | 255.00 |
| 04/20/20<br>JSF | Correspondence<br>Purdue re: Payment of January Monthly Statement | .20 | 170.00 |
| 04/20/20<br>JKH | Diary & Docket<br>Prepare monthly statement for filing and calendar objection deadline | .10 | 30.50 |
| 04/21/20<br>JSF | Telephone Call(s)<br>AHC Professionals Call to Prepare for Fee Hearing | .20 | 170.00 |
| 04/21/20<br>JSF | Examine Documents<br>Proposed Order Approving Fees | .20 | 170.00 |
| 04/21/20<br>MLC | Conference call(s)<br>Meeting with co-counsel to prepare for interim fee application hearing | .20 | 263.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

```
Client/Matter:  20186/0002                              May 22, 2020
Page 8                                               BILL NO. 210271
```

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/21/20 MLC | Analysis of Memorandum Review of Allergan Lift Stay Motion summaries | .60 | 789.00 |
| 04/23/20 MLC | Draft/revise Review of proposed Order granting first interim fee application | .30 | 394.50 |
| 04/28/20 JSF | Examine Documents Sixth Monthly Fee Application | 1.10 | 935.00 |
| 04/28/20 JKH | Prepare Legal Papers Prepare draft sixth monthly statement | .20 | 61.00 |
| 04/28/20 JKH | Draft/revise Edit sixth monthly statement and exhibit charts | .30 | 91.50 |
| TOTAL PHASE PU06 | | 4.20 | $3,645.50 |

| Phase: PU07 | | | EMERGENCY FINANCING |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/01/20 MLC | Analysis of Memorandum Review of memorandum by KL describing telcons with UCC and Debtors' counsel re ERF proposal | .60 | 789.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                       May 22, 2020
Page 9                                                            BILL NO. 210271

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/02/20 MLC | Conference call(s) Follow up conference call with counsel concerning next steps for ERF | .60 | 789.00 |
| 04/08/20 JSF | Examine Documents Debtors' Revisions to ERF | .40 | 340.00 |
| 04/08/20 JSF | Examine Documents UCC Comments to ERF Draft | .20 | 170.00 |
| 04/08/20 MLC | Analysis of Memorandum Review and analysis of debtors' draft ERF plan | 1.30 | 1,709.50 |
| 04/08/20 MLC | Correspondence Correspondence with AHC subcommittee on ERF and counsel re Debtors' draft ERF | .80 | 1,052.00 |
| 04/09/20 JSF | Telephone Call(s) Conference Call with AHC re: ERF | .60 | 510.00 |
| 04/09/20 JSF | Examine Documents Draft Letters to Debtors re: ERF Proposal | .30 | 255.00 |
| 04/09/20 MLC | Analysis of Memorandum Review and analysis of ERF mark-up by debtors | 1.20 | 1,578.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                      May 22, 2020
Page 10                                                          BILL NO. 210271

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/09/20 MLC | Conference call(s) Conference call with States only on AHC re ERF proposal by debtors and related issues | .60 | 789.00 |
| 04/09/20 MLC | Telephone Call(s) Telcon with Rachael Ringer re comments to draft letters re ERF | .30 | 394.50 |
| 04/10/20 JSF | Examine Documents Update on Status of ERF | .10 | 85.00 |
| 04/10/20 MLC | Conference call(s) Conference call with DOJ, AHC counsel and certain AHC members concerning Debtors' redraft of the ERF and next steps | .60 | 789.00 |
| 04/15/20 JSF | Examine Documents Proposed Letter to Debtors re: ERF | .20 | 170.00 |
| TOTAL PHASE PU07 | | 7.80 | $9,420.00 |

Phase: PU09                                MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/01/20 JSF | Telephone Call(s) Weekly Update Conference Call with AHC | 1.20 | 1,020.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                    May 22, 2020
Page 11                                                       BILL NO. 210271

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/01/20 MLC | Conference call(s) Conference call with AHC committee and counsel - regular weekly meeting | 1.10 | 1,446.50 |
| 04/01/20 MLC | Correspondence Correspondence among AHC counsel re next steps | .30 | 394.50 |
| 04/06/20 MLC | Conference call(s) Conference call with Special Committee of Consenting States | 1.30 | 1,709.50 |
| 04/07/20 JSF | Examine Documents Update Report to Committee | .20 | 170.00 |
| 04/13/20 JSF | Telephone Call(s) AHC Committee Update Conference Call | .70 | 595.00 |
| 04/15/20 MLC | Conference call(s) Weekly meeting of AHC | .80 | 1,052.00 |
| 04/24/20 MLC | Conference call(s) Call with States and localities on AHC to discuss status of various plan discussions and next steps | .60 | 789.00 |
| 04/24/20 MLC | Conference call(s) Conference call among counsel to the AHC | .80 | 1,052.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                May 22, 2020
Page 12                                                    BILL NO. 210271

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/28/20 MLC | Conference call(s) Conference call with Paul Singer, Ken Eckstein and Rachael Ringer re chapter 11 next steps | 1.10 | 1,446.50 |
| 04/29/20 JSF | Telephone Call(s) AHC Weekly Status Call | .70 | 595.00 |
| 04/29/20 JSF | Examine Documents Agenda Items for AHC Meeting | .20 | 170.00 |
| 04/29/20 MLC | Conference call(s) Committee meeting for AHC | .70 | 920.50 |
| TOTAL PHASE PU09 | | 9.70 | $11,360.50 |

| Phase: PU11 | | PLAN & DISCLOSURE STATEMENT | |
|---|---|---|---|
| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
| 04/14/20 MLC | Analysis of Memorandum Review of analysis re Plan Structure/Legal Issues | 1.40 | 1,841.00 |
| 04/14/20 MAP | Research Research Plan Structure/Legal Issues to prepare memo for MLC | 2.10 | 892.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    May 22, 2020
Page 13                                                        BILL NO. 210271

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/14/20 MAP | Draft/revise Draft Memo on Plan Structure/Legal Issues for MLC | 1.40 | 595.00 |
| 04/22/20 MLC | Correspondence Correspondence with Don Simon concerning Tribes and plan prospective structure | .80 | 1,052.00 |
| 04/23/20 MLC | Correspondence Correspondence concerning follow up re call with hospitals counsel | .20 | 263.00 |
| TOTAL PHASE PU11 | | 5.90 | $4,643.50 |
| | TOTAL FOR SERVICES | | $58,264.00 |

## **EXHIBIT D**

**Summary of Actual and Necessary Expenses**

## SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE STATEMENT PERIOD

| Expense Category | Total Expenses |
|---|---|
| Electronic Research | $21.00 |
| **TOTAL:** | **$21.00** |

# **EXHIBIT E**

**Expense Detail**

6140513.1

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                    May 22, 2020
Page 14                                                       BILL NO. 210271

DISBURSEMENTS FOR YOUR ACCOUNT

    Electronic Research                                              21.00
                                                               _____
                               TOTAL DISBURSEMENTS                   21.00