**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-23649(RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of DAWN C. STEWART to be admitted, *pro hac vice,* to represent the Board of Chicago School District No. 299 in the above referenced cases, and upon the movant's certification that he is a member in good standing of the bar the District of Columbia and the bar of the U.S. District Court for the District of Columbia, it is

**ORDERED,** that DAWN C. STEWART, Esq. is admitted to practice, *pro hoc vice,* in the above referenced cases to represent the Board of Chicago School District No. 299l in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: June 11, 2020
White Plains, New York


*/s/Robert D. Drain*
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE