UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Michael S. Kimm, Esq. (MK4476)
KIMM LAW FIRM
333 Sylvan Avenue, Suite 106
Englewood Cliffs, New Jersey 07632
T: 201-569-2880
*Attorneys for Creditor Jung U. Kim*

| | |
|---|---|
| IN RE<br><br>PURDUE PHARMA L.P., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

   PLEASE TAKE NOTICE that Michael S. Kimm, Esq., Kimm Law Firm, 333 Sylvan Avenue, Suite 106, Englewood Cliffs, NJ 07632, appears for creditor Jung U. Kim, and requests service of all notices and papers.

Dated: June 11, 2020          /s/ Michael Kimm
                     Michael S. Kimm

Certificate of Service

Michael S. Kimm, Esq., certifies the foregoing was served by ECF.

Dated: June 11, 2020                             /s/ Michael Kimm
                                                  Michael S. Kimm