**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
:
In re: : Chapter 11
:
PURDUE PHARMA L.P., *et al.*, : Case No. 19-23649 (RDD)
:
Debtors[1]. : (Jointly Administered)
:
------------------------------------------------------------------ X

**SEVENTH MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF APRIL 1, 2020 THROUGH APRIL 30, 2020**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant: | Brown Rudnick LLP |
|---|---|
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | April 1, 2020 through April 30, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $154,271.50 |
| **Current Fee Request** | $123,417.20 (80% of $154,271.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $520.00 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $123,937.20 |
| **Total Fees and Expenses Inclusive of Holdback** | $154,791.50 |
| **This is a(n):**   _X_ Monthly Application   ___Interim Application   ___Final Application |  |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Seventh Monthly Fee Statement (the "Fee Statement") for the period of April 1, 2020 through and including April 30, 2020 (the "Statement Period").

## Itemization of Services Rendered and Disbursements Incurred

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the project categories. As reflected in Exhibit A, Brown Rudnick incurred $154,271.50 in fees during the Statement Period. Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $123,417.20.

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,013.85. The blended hourly rate of all paraprofessionals is $395. A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $520.00 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "Allocation Fees"). To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application. Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

**Notice**

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

"***Concluded on following page***"

Dated:  June 11, 2020                    Respectfully submitted,

                                         BROWN RUDNICK LLP

                                         /s/ *David J. Molton*
                                         David J. Molton
                                         Steven D. Pohl (admitted *pro hac vice*)
                                         Seven Times Square
                                         New York, New York 10019
                                         Telephone:      (212) 209-4800
                                         Facsimile:      (212) 209-4801
                                         E-mail: dmolton@brownrudnick.com
                                                    spohl@brownrudnick.com

                                         *Co-Counsel to the Ad Hoc Committee of*
                                         *Governmental and Other Contingent Litigation*
                                         *Claimants*

## EXHIBIT A

**SERVICES RENDERED BY**
**BROWN RUDNICK LLP**

## COMMENCING APRIL 1, 2020 THROUGH APRIL 30, 2020[†]

**Summary of Fees Task Code**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 13.60 | $10,625.50 |
| 003 Assumption and Rejection of Leases and Contracts | 0.0 | $0.0 |
| 004 Business Operations | 8.60 | $7,870.00 |
| 005 Case Administration | 21.20 | $21,162.50 |
| 007 Claims Analysis | 15.90 | $11,824.50 |
| 008 Employment and Fee Applications | 12.90 | $7,866.50 |
| 009 Emergency Financing | 11.70 | $13,259.50 |
| 010 Litigation: Contested Matters and Adversary Proceedings | 9.30 | $12,379.00 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 42.00 | $48,907.00 |
| 014 Plan and Disclosure Statement | 22.30 | $20,377.00 |
| **Total** | **157.50** | **$154,271.50** |
| | | |
| 20% Fee Holdback | | $30,854.30 |
| 80% of Fees | | $123,417.20 |
| Plus Expenses | | $520.00 |
| Requested Amount | | $154,791.50 |

**EXHIBIT B**

**SERVICES RENDERED BY**
**BROWN RUDNICK LLP**

**COMMENCING APRIL 1, 2020 THROUGH APRIL 30, 2020**

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | 2020 Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Molton | Partner 1983<br>Bankruptcy & Corporate Restructuring | $1,405.00 | 42.5 | $59,712.50 |
| Steven D. Pohl | Partner 1989<br>Bankruptcy & Corporate Restructuring | $1,295.00 | 22.0 | $28,490.00 |
| Barbara J. Kelly | Counsel 1982<br>Corporate & Capital Markets | $1,060.00 | 17.0 | $18,020.00 |
| Gerard T. Cicero | Associate 2015<br>Bankruptcy & Corporate Restructuring | $800.00 | 32.0 | $25,600.00 |
| Cyavash, N. Ahmadi | Associate 2014<br>Corporate & Capital Markets | $585.00 | 16.1 | $9,418.50 |
| Uriel Pinelo | Associate 2019<br>Bankruptcy & Corporate Restructuring | $545.00 | 13.4 | $7,303.00 |
| Alexandra M. Deering | Paralegal<br>Bankruptcy & Corporate Restructuring | $395.00 | 14.5 | $5,727.50 |
| **Total Fees Requested** | | | **157.50** | **$154,271.50** |

## EXHIBIT C

### ACTUAL AND NECESSARY COSTS INCURRED BY
### BROWN RUDNICK LLP

### COMMENCING APRIL 1, 2020 THROUGH APRIL 30, 2020

| EXPENSE | AMOUNT |
|---|---|
|  |  |
| Westlaw | $520.00 |
| **Total Expenses** |  |

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6898120 |
| Date | May 20, 2020 |
| Client | 035843 |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through April 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0001 | COSTS | 0.00 | 520.00 | 520.00 |
| | **Total** | **0.00** | **520.00** | **520.00** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $520.00 |
| **Total Invoice** | **$520.00** |

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6898120
RE: COSTS                                                                  Page 2
May 20, 2020

## C O S T   D E T A I L

| Date | Description | Value |
|------|-------------|-------|
| 04/10/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 322.00 |
| 04/10/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |
| | **Total Costs** | **520.00** |

## C O S T   S U M M A R Y

| Description | Value |
|-------------|-------|
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 520.00 |
| **Total Costs** | **520.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6898120 |
| ATTN: DAVID MOLTON | Date | May 20, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS



**Balance Due: $520.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
399 Park Avenue
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  6792734594

**<u>EXHIBIT D</u>**

**Time Entries for Each Professional by Task Code (Invoice)**

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6898121 |
| ATTN: DAVID MOLTON | Date | May 20, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES

### I N V O I C E

For professional services rendered in connection with the above captioned matter
through April 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0002 | ASSET ANALYSIS AND RECOVERY | 10,625.50 | 0.00 | 10,625.50 |
| 035843.0004 | BUSINESS OPERATIONS | 7,870.00 | 0.00 | 7,870.00 |
| 035843.0005 | CASE ADMINISTRATION | 21,162.50 | 0.00 | 21,162.50 |
| 035843.0007 | CLAIMS ANALYSIS | 11,824.50 | 0.00 | 11,824.50 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 7,866.50 | 0.00 | 7,866.50 |
| 035843.0009 | EMERGENCY FINANCING | 13,259.50 | 0.00 | 13,259.50 |
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 12,379.00 | 0.00 | 12,379.00 |
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 48,907.00 | 0.00 | 48,907.00 |
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 20,377.00 | 0.00 | 20,377.00 |
| | **Total** | **154,271.50** | **0.00** | **154,271.50** |

| | |
|---|---:|
| Total Current Fees | $154,271.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$154,271.50** |

# brown rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6898121 |
| Date | May 20, 2020 |
| Client | 035843 |

RE: ASSET ANALYSIS AND RECOVERY

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through April 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0002 | ASSET ANALYSIS AND RECOVERY | 10,625.50 | 0.00 | 10,625.50 |
| | **Total** | **10,625.50** | **0.00** | **10,625.50** |

| | |
|---|---|
| Total Current Fees | $10,625.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$10,625.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6898121
May 20, 2020                                                                           Page 3

RE: ASSET ANALYSIS AND RECOVERY

## T I M E  D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 02/19/20 | AHMADI | REVIEW AND REVISE LITIGATION STIPULATION RE: INFORMATION SHARING PROTOCOL | 1.00 | 585.00 |
| 04/01/20 | KELLY | LEAD AHC TAX PROFESSIONALS CALL (.4); PREPARE EMAIL AGENDA WITH TAX ISSUES FOR AHC TAX PROFESSIONALS CALL (.3); DILIGENCE CALL WITH HL, FTI ETC RE PROJECTIONS AND IAC WORK FOR AHC TAX PROFESSIONALS ANALYSIS (1.0) | 1.70 | 1,802.00 |
| 04/06/20 | CICERO | ATTEND SACKLER TRANSFER DILIGENCE CALL WITH PURDUE'S SPECIAL COMMITTEE | 1.30 | 1,040.00 |
| 04/15/20 | AHMADI | AHC TAX GROUP CONFERENCE CALL | 0.40 | 234.00 |
| 04/17/20 | KELLY | CALL WITH KPMG ON IAC TAXES AND CASH FLOW UPDATE (1.0); SUMMARY EMAIL FOR AHC TAX LAWYERS AND BANKRUPTCY LAWYERS ON COMPUTATIONS, STATUS AND NEXT STEPS (.9); REVISE FOR COMMENTS FROM KL AND FTI TAX ADVISORS (.3) | 2.20 | 2,332.00 |
| 04/17/20 | AHMADI | CONFERENCE CALL WITH ACCOUNTANTS RE: IAC SALE TAX MODEL (.5) AND CORRESPONDENCE RE: SAME (.3) | 0.80 | 468.00 |
| 04/23/20 | AHMADI | AHC TAX GROUP CONFERENCE CALL RE: STRUCTURE OF SETTLEMENT | 0.40 | 234.00 |
| 04/24/20 | AHMADI | CONFERENCE CALL RE: IAC DUE DILIGENCE AND CORRESPONDENCE RE: SAME | 2.00 | 1,170.00 |
| 04/27/20 | CICERO | PARTICIPATE IN INSURANCE STRATEGY CALL AND PRESENTATION WITH CO-COUNSEL | 2.50 | 2,000.00 |
| 04/28/20 | AHMADI | STATUS CONFERENCE WITH DEBTOR'S REPRESENTATIVES RE: TAX PLANNING FOR REORGANIZED DEBTOR | 0.80 | 468.00 |
| 04/30/20 | AHMADI | AHC TAX GROUP CONFERENCE CALL RE: POTENTIAL STRUCTURING OF SETTLEMENT AND POST-EMERGENCE ENTITY | 0.50 | 292.50 |
| | **Total Hours and Fees** | | **13.60** | **10,625.50** |

## T I M E  S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|--|------|-------|
| BARBARA J. KELLY | 3.90 | hours at | 1,060.00 | 4,134.00 |
| GERARD T. CICERO | 3.80 | hours at | 800.00 | 3,040.00 |

**BR**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6898121
May 20, 2020                                                                                    Page 4

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| CYAVASH N. AHMADI | 5.90 | hours at | 585.00 | 3,451.50 |
| **Total Fees** | | | | **10,625.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | | |
|---|---|---|
| Invoice | | 6898121 |
| Date | | May 20, 2020 |
| Client | | 035843 |

RE: BUSINESS OPERATIONS

## INVOICE

For professional services rendered in connection with the above captioned matter
through April 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0004 | BUSINESS OPERATIONS | 7,870.00 | 0.00 | 7,870.00 |
| | **Total** | **7,870.00** | **0.00** | **7,870.00** |

| | |
|---|---|
| Total Current Fees | $7,870.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$7,870.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
May 20, 2020

Invoice 6898121
Page 6

RE: BUSINESS OPERATIONS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 04/03/20 | CICERO | ATTEND CALL WITH FTI RE: OTC NALOXONE MOTIONS AND IDENTIFY ISSUES THEREWITH (.8); REVIEW OTC NALOXONE PAPERS (.7) | 1.50 | 1,200.00 |
| 04/06/20 | CICERO | PREPARE COMMENTS AND QUESTIONS FOR AND ATTEND OTC NALOXONE CALL WITH DEBTORS' PRINCIPALS | 1.10 | 880.00 |
| 04/08/20 | CICERO | PREPARE FOR AND ATTEND AHC DILLIGENCE MEETING ON DUE DILIGENCE AND OTC NALOXONE MOTION | 1.80 | 1,440.00 |
| 04/10/20 | POHL | CALL RE PUBLIC BENEFIT DRUG MOTION (.8); FOLLOW UP CALL WITH FTI RE SAME (.9) | 1.70 | 2,201.50 |
| 04/11/20 | POHL | REVIEW DILIGENCE  RE PUBLIC BENEFIT DRUG | 0.30 | 388.50 |
| 04/13/20 | CICERO | CONTINUED REVIEW OF OTC NALOXONE ISSUES AND COMMUNICATIONS WITH AHC MEMBERS RE: POSITION ON THE MOTION (.3); CALL WITH AHC COUNSEL RE: POST-PONEMENT OF MOTION AND SACKLER CONTRIBUTION UPDATE (.4) | 0.70 | 560.00 |
| 04/24/20 | CICERO | ATTEND NCSG / AHC DILIGENCE MEETING ON PURDUE BUSINESS PLAN AND SACKLER IAC INFORMATION | 1.50 | 1,200.00 |
| | **Total Hours and Fees** | | **8.60** | **7,870.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|--|------|-------|
| STEVEN POHL | 2.00 | hours at | 1,295.00 | 2,590.00 |
| GERARD T. CICERO | 6.60 | hours at | 800.00 | 5,280.00 |
| **Total Fees** | | | | **7,870.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL | Invoice | 6898121 |
| ENTITES | Date | May 20, 2020 |
| ATTN: DAVID MOLTON | Client | 035843 |
| BROWN RUDNICK | | |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through April 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 21,162.50 | 0.00 | 21,162.50 |
| | **Total** | **21,162.50** | **0.00** | **21,162.50** |

| | |
|---|---|
| Total Current Fees | $21,162.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$21,162.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
May 20, 2020

Invoice 6898121
Page 8

RE: CASE ADMINISTRATION

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 04/01/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH CITY OF CHICAGO RE BD OF ED MOTION TO BECOME MEDIATION PARTY | 0.80 | 1,124.00 |
| 04/01/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH CHICAGO BOARD OF ED LAWYERS RE MOTION TO BECOME MEDIATION PARTY | 0.90 | 1,264.50 |
| 04/02/20 | MOLTON | PARTICIPATE IN CONFERENCE CALL WITH CHICAGO LAWYERS RE CHICAGO BD OF ED MOTION TO BECOME A FORMAL MEDIATION PARTY | 0.50 | 702.50 |
| 04/02/20 | DEERING | REVIEW PLEADINGS FILED ON 4.2.20 | 0.40 | 158.00 |
| 04/03/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH ATTORNEYS FOR CHICAGO BD OF ED CLASS RE MEDIATION STATUS AND MOTION TO OBTAIN MEDIATION PARTY STATUS | 0.90 | 1,264.50 |
| 04/06/20 | CICERO | CALL WITH CITY OF CHICAGO RE: MOTION FOR MEDIATION BY CPS (.5) DRAFT TALKING POINTS FOR ADDRESSING CHICAGO PUBLIC SCHOOLS MOTION WITH COUNSEL TO CPS (.6) | 1.10 | 880.00 |
| 04/06/20 | MOLTON | PARTICIPATE IN CONFERENCE CALL WITH CITY OF CHICAGO ATTORNEYS RE RESPONSE FROM CHICAGO BD OF ED LAWYER RE POSSIBLE RESOLUTION OF MOTION TO BECOME FORMAL MEDIATION PARTY | 0.60 | 843.00 |
| 04/06/20 | DEERING | REVIEW PLEADINGS FILED AND UPDATE CASE CALENDAR | 1.00 | 395.00 |
| 04/07/20 | DEERING | REVIEW DOCKET RE PLEADINGS FILED ON 4.7.20 | 0.50 | 197.50 |
| 04/09/20 | MOLTON | PARTICIPATE IN CHAMBERS CONFERENCE RE NCSG SUBPOENA RE SACKLERS | 0.70 | 983.50 |
| 04/09/20 | DEERING | CIRCULATE PLEADINGS FILED ON 4.9.20 | 0.50 | 197.50 |
| 04/10/20 | MOLTON | TELEPHONE CONFERENCE WITH UCC, NCSG AND AHC RE 22 APRIL HEARING ISSUES | 0.80 | 1,124.00 |
| 04/10/20 | DEERING | CIRCULATE PLEADINGS FILED ON 4.10.20 | 0.60 | 237.00 |
| 04/11/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH UCC, NCSG, DEBTORS AND AHC RE CPS MOTION TO BECOME MEDIATION PARTY | 0.80 | 1,124.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
May 20, 2020

Invoice 6898121
Page 9

| Date | Professional | Description | Hours | Value |
|------|------------|-------------|-------|-------|
| 04/13/20 | MOLTON | COMMUNICATE WITH UCC, NCSG AND AHC TEAM RE MOTION TO BECOME MEDIATION PARTY FILED BY SCHOOL BOARD CLASS | 0.80 | 1,124.00 |
| 04/13/20 | DEERING | CIRCULATE PLEADINGS FILED ON 4.13.20 | 0.50 | 197.50 |
| 04/14/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN TELEPHONE CONFERENCE WITH DEBTOR, UCC, AHC AND NCSG RE CLASS SCHOOL MOTION TO BECOME A MEDIATION PARTY AND EFFORTS TO RESOLVE SAME | 0.70 | 983.50 |
| 04/15/20 | MOLTON | ATTENTION TO PROPOSED RESOLUTION OF CPS MOTION TO PARTICIPATE IN MEDIATION AS MEDIATION PARTY | 0.70 | 983.50 |
| 04/16/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH UCC, DEBTORS, NCSG AND AHC RE CPS MOTION TO BECOME A MEDIATION PARTY; FOLLOW UP WITH CLIENTS AND COUNSEL RE PROPOSAL TO CLASS COUNSEL; COMMUNICATE WITH CITY OF CHICAGO COUNSEL RE SAME | 1.30 | 1,826.50 |
| 04/17/20 | DEERING | REVIEW PLEADINGS FILED ON 4.17.20 AND CIRCULATE | 0.50 | 197.50 |
| 04/21/20 | CICERO | PREPARE D. MOLTON FOR 4/22 HEARING ON AMONG OTHER THINGS ERF STATEMENT AND INTERIM APPLICATIONS; CALL (.6); CALL WITH CO-COUNSEL RE: PREARATION FOR SAME (.2) | 0.80 | 640.00 |
| 04/21/20 | DEERING | FILE PRO HAC VICE APPLICATION FOR E. GRIM | 0.50 | 197.50 |
| 04/22/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN MONTHLY OMNIBUS HEARING | 2.40 | 3,372.00 |
| 04/22/20 | DEERING | REVIEW PLEADINGS FILED ON 4.22.20 | 0.50 | 197.50 |
| 04/27/20 | DEERING | REVIEW DOCKET RE PLEADINGS FILED ON 4.27.20 | 0.50 | 197.50 |
| 04/28/20 | DEERING | REVIEW PLEADINGS FILED ON 4.28.20 | 0.50 | 197.50 |
| 04/29/20 | DEERING | REVIEW DOCKET AND CIRCULATE PLEADINGS FILED ON 4.29.20 | 0.60 | 237.00 |
| 04/29/20 | DEERING | UPDATE CASE CALENDAR RE OMNIBUS HEARING DATES | 0.30 | 118.50 |
| 04/30/20 | DEERING | REVIEW DOCKET RE PLEADINGS FILED ON 4.30.20 | 0.50 | 197.50 |
| | **Total Hours and Fees** | | **21.20** | **21,162.50** |

## T I M E   S U M M A R Y

| Professional | Hours | Rate | Value |
|------------|-------|------|-------|

**BR**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6898121
May 20, 2020                                                                                      Page 10

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| DAVID J. MOLTON | 11.90 | hours at | 1,405.00 | 16,719.50 |
| GERARD T. CICERO | 1.90 | hours at | 800.00 | 1,520.00 |
| ALEXANDRA M. DEERING | 7.40 | hours at | 395.00 | 2,923.00 |
| **Total Fees** | | | | **21,162.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6898121 |
| ATTN: DAVID MOLTON | Date | May 20, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: CLAIMS ANALYSIS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through April 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0007 | CLAIMS ANALYSIS | 11,824.50 | 0.00 | 11,824.50 |
| | **Total** | **11,824.50** | **0.00** | **11,824.50** |

| | |
|---|---|
| Total Current Fees | $11,824.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$11,824.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
May 20, 2020

Invoice 6898121
Page 12

RE: CLAIMS ANALYSIS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 04/01/20 | POHL | REVIEW CHICAGO SCHOOL FILINGS | 0.50 | 647.50 |
| 04/08/20 | PINELO | DRAFT LETTER TO COMMITTEE MEMBERS RE PROOFS OF CLAIM DEADLINE (1.6); CIRCULATE DRAFT TO G. CICERO (.1); CIRCULATE REVISED DRAFT TO D. MOLTON (.2) | 1.90 | 1,035.50 |
| 04/24/20 | POHL | ATTEND BAR DATE AND POC CALL WITH AHC MEMBERS | 0.90 | 1,165.50 |
| 04/24/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CALL WITH MEMBERS RE POC ISSUES | 0.90 | 1,264.50 |
| 04/27/20 | CICERO | DRAFT AND SEND EMAIL TO CONSENTING MUNICIPALITY RE: POC INFORMATION (.2); CIRCULATE BAR DATE ORDER RE; AGGREGATE POC'S TO TEAM MEMBERS (.2) | 0.30 | 240.00 |
| 04/27/20 | PINELO | REVIEW BAR DATE ORDER AND HEARING TR RE CONSOLIDATED CLAIM INFORMATION (2.4); DRAFT EXCEL SPREADSHEET RE CONSOLIDATED CLAIM (2.3); DRAFT AUTHORIZATION FORM RE CONSOLIDATED CLAIM (1.3); CIRCULATE DRAFTS TO G. CICERO (.2) | 6.20 | 3,379.00 |
| 04/28/20 | PINELO | DRAFT LETTER TO GOVERNMENTAL ENTITIES RE CONSOLIDATED CLAIM (1.6); REVISE CONSOLIDATED CLAIM SUMMARY FACT SHEET (.4);REVISE AND FINALIZE CONSOLIDATED CLAIM AUTHORIZATION FORM (.2); CIRCULATE DRAFTS TO G. CICERO (.2) | 2.40 | 1,308.00 |
| 04/29/20 | CICERO | WORK ON BAR DATE LETTERS FOR AHC CONSOLIDATED CLAIM | 1.70 | 1,360.00 |
| 04/29/20 | POHL | REVIEW POC DOCUMENTS AND CREDITOR OUTREACH STUFF | 0.70 | 906.50 |
| 04/30/20 | POHL | REVIEW POC OUTREACH | 0.40 | 518.00 |
| | **Total Hours and Fees** | | **15.90** | **11,824.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 2.50 | hours at | 1,295.00 | 3,237.50 |
| DAVID J. MOLTON | 0.90 | hours at | 1,405.00 | 1,264.50 |
| GERARD T. CICERO | 2.00 | hours at | 800.00 | 1,600.00 |
| URIEL PINELO | 10.50 | hours at | 545.00 | 5,722.50 |



| Professional | Hours | Rate | Value |
|---|---|---|---|
| **Total Fees** | | | **11,824.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | |
|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice 6898121 |
| ATTN: DAVID MOLTON | Date May 20, 2020 |
| BROWN RUDNICK | Client 035843 |
| 7 TIMES SQUARE | |
| NEW YORK, NY 10036 | |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through April 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 7,866.50 | 0.00 | 7,866.50 |
| | **Total** | **7,866.50** | **0.00** | **7,866.50** |

| | |
|---|---|
| Total Current Fees | $7,866.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$7,866.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                Invoice 6898121
May 20, 2020                                                                              Page 15

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 04/01/20 | DEERING | REVISE FIFTH MONTHLY FEE STATEMENT (.8) AND EMAILS RE SAME (.2) | 1.00 | 395.00 |
| 04/08/20 | CICERO | WORK ON 5TH AND 6TH MONTHLY FEE APPLICATIONS | 1.00 | 800.00 |
| 04/08/20 | DEERING | FINALIZE FEB MONTHLY FEE STATEMENT AND EMAILS RE SAME | 0.50 | 197.50 |
| 04/10/20 | DEERING | REVIEW AND PREPARE FIFTH MONTHLY FEE STATEMENT FOR FILING (.4), FILE AND SERVE SAME (.6) | 1.00 | 395.00 |
| 04/15/20 | AHMADI | REVISIONS TO MEMORANDUM RE: TRUST STRUCTURE AND TAXABILITY | 0.80 | 468.00 |
| 04/16/20 | CICERO | WORK ON 6TH MONTHLY FEE APPLICATION AND WORK ON FEE BACK UP | 2.80 | 2,240.00 |
| 04/16/20 | DEERING | DRAFT EMAIL TO CHAMBERS RE HEARING ON FIRST INTERIM FEE APPLICATION | 0.40 | 158.00 |
| 04/17/20 | DEERING | DRAFT EMAIL TO FEE EXAMINER RE BR FEE APPLICATION AND MONTHLY STATEMENTS | 0.50 | 197.50 |
| 04/21/20 | POHL | RVM AND COMMITTEE CALL RE UPCOMING FEE HEARING | 1.00 | 1,295.00 |
| 04/21/20 | DEERING | PREPARE MATERIALS IN ADVANCE OF HEARING ON FIRST INTERIM FEE APPLICATION (.6) TELEPHONE CONFERENCE WITH G. CICIERO (.3) AND EMAILS RE SAME (.3) | 1.20 | 474.00 |
| 04/21/20 | DEERING | REVIEW ORDER APPROVING FIRST INTERIM FEE APPLICATIONS RE CONFIRMATION OF BR FEES AND EXPENSES REQUESTED | 0.30 | 118.50 |
| 04/24/20 | DEERING | DRAFT SIXTH MONTHLY FEE STATEMENT (1.2), REVISIONS RE SAME (.4) AND EMAILS WITH G. CICERO AND S. POHL RE SAME (.6) | 2.20 | 869.00 |
| 04/24/20 | POHL | REVIEW AND COMMENTS TO MONTHLY FEE SUBMISSION | 0.20 | 259.00 |
| | **Total Hours and Fees** | | **12.90** | **7,866.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 1.20 | hours at | 1,295.00 | 1,554.00 |
| GERARD T. CICERO | 3.80 | hours at | 800.00 | 3,040.00 |
| ALEXANDRA M. DEERING | 7.10 | hours at | 395.00 | 2,804.50 |

**BR**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6898121
May 20, 2020                                                                                    Page 16

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| CYAVASH N. AHMADI | 0.80 | hours at | 585.00 | 468.00 |
| **Total Fees** | | | | **7,866.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brown**rudnick**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| Invoice | 6898121 |
|---|---|
| Date | May 20, 2020 |
| Client | 035843 |

RE: EMERGENCY FINANCING

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through April 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0009 | EMERGENCY FINANCING | 13,259.50 | 0.00 | 13,259.50 |
| | **Total** | **13,259.50** | **0.00** | **13,259.50** |

| | |
|---|---|
| Total Current Fees | $13,259.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$13,259.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
May 20, 2020

Invoice 6898121
Page 18

RE: EMERGENCY FINANCING

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 04/06/20 | MOLTON | TELEPHONE CONFERENCE WITH KEVIN MACLAY RE ERF STATUS AND PROGRESS | 0.30 | 421.50 |
| 04/07/20 | POHL | REVIEW CLIENT UPDATES ON EMERGENCY FINANCING AND DILIGENCE | 0.80 | 1,036.00 |
| 04/07/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CALL WITH DOJ RE ERF STATUS (AND VARIOUS ISSUES PERTAINING THERETO), AND OTHER ISSUES IN THE CASE; FOLLOW UP WITH AHC MEMBERS | 0.80 | 1,124.00 |
| 04/08/20 | MOLTON | REVIEW AND COMMUNICATE WITH AHC RE ERF PROPOSAL SENT BY DEBTORS | 1.40 | 1,967.00 |
| 04/09/20 | CICERO | MULTIPLE CALLS WITH AHC MEMBERS RE: DEBTORS' DRAFT ERF AND RESPONSES THERETO (2.0) REVIEW DEBTORS' ERF CHANGES AND PROPOSAL (.7); CALL WITH S. GILBERT RE: SAME AND CALL TO M. KESSELMAN (.2); CALLS WITH D. MOLTON RE: SAME AND STRATEGY DEVELOPMENT (.5) | 3.40 | 2,720.00 |
| 04/09/20 | POHL | CALL RE: ERF AND REVIEW LETTER RE: SAME | 0.60 | 777.00 |
| 04/09/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CALL WITH ERF SUBGROUP RE RESPONSE TO DEBTORS' ERF PROPOSAL | 1.20 | 1,686.00 |
| 04/10/20 | CICERO | ATTEND CALL WITH DOJ ON ERF DEVELOPMENTS AND STRATEGIES (.7); ADDITIONAL WORK AND CORRESPONDENCE RE: STRATEGY RE: SAME (.9) | 1.60 | 1,280.00 |
| 04/10/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH DOJ AND OUR ERF SUBGROUP REGARDING STATUS AND AGREEMENTS RE GOING FORWARD OR PUSHING ERF UNTIL AFTER MEDIATION IS COMPLETED | 1.30 | 1,826.50 |
| 04/10/20 | MOLTON | COMMUNICATE WITH CO-COUNSEL RE UPDATE RE TALKS RE RESOLVING DEBTORS' DESIRE IMMEDIATELY TO FILE ERF | 0.30 | 421.50 |
| | **Total Hours and Fees** | | **11.70** | **13,259.50** |

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES

Invoice 6898121

May 20, 2020

Page 19

## T I M E  S U M M A R Y

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| STEVEN POHL | 1.40 | hours at | 1,295.00 | 1,813.00 |
| DAVID J. MOLTON | 5.30 | hours at | 1,405.00 | 7,446.50 |
| GERARD T. CICERO | 5.00 | hours at | 800.00 | 4,000.00 |
| **Total Fees** | | | | **13,259.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6898121 |
| Date | May 20, 2020 |
| Client | 035843 |

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY
PROCEEDINGS, AND AUTOMATIC STAY

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through April 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 12,379.00 | 0.00 | 12,379.00 |
| | **Total** | **12,379.00** | **0.00** | **12,379.00** |

| | |
|---|---|
| Total Current Fees | $12,379.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$12,379.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6898121
May 20, 2020                                                             Page 21

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 04/13/20 | POHL | RVM RE PUBLIC BENEFIT DRUGS | 0.30 | 388.50 |
| 04/15/20 | CICERO | REVIEW AND COMMENTS TO OBJECTION TO LIFT STAY APPLICATION DRAFTED BY AHC (.4); REVIEW UCC FILING RE: SAME (.3) | 0.70 | 560.00 |
| 04/17/20 | MOLTON | ATTENTION TO SCHOOL BOARD MOTION TO BECOME MEDIATION PARTY | 1.20 | 1,686.00 |
| 04/19/20 | MOLTON | ATTENTION TO SCHOOL BOARD MOTION TO BECOME MEDIATION PARTY; NUMEROUS COMMUNICATIONS WITH DEBTORS, NCSG AND UCC | 2.90 | 4,074.50 |
| 04/20/20 | POHL | REVIEW DISCOVERY MATTERS. | 0.20 | 259.00 |
| 04/20/20 | MOLTON | ATTENTION TO FINALIZATION OF SCHOOL BOARD STIPULATION RE PARTICIPATION IN MEDIATION | 1.20 | 1,686.00 |
| 04/21/20 | MOLTON | PARTICIPATE IN CONFERENCES RE PREPARATION FOR 22 APRIL COURT HEARING AND MATTERS PERTAINING THERETO | 0.90 | 1,264.50 |
| 04/22/20 | POHL | OMNIBUS HEARING | 1.80 | 2,331.00 |
| 04/24/20 | POHL | REVIEW DISCOVERY MATTERS | 0.10 | 129.50 |
| | **Total Hours and Fees** | | **9.30** | **12,379.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| STEVEN POHL | 2.40 | hours at | 1,295.00 | 3,108.00 |
| DAVID J. MOLTON | 6.20 | hours at | 1,405.00 | 8,711.00 |
| GERARD T. CICERO | 0.70 | hours at | 800.00 | 560.00 |
| **Total Fees** | | | | **12,379.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6898121 |
| Date | May 20, 2020 |
| Client | 035843 |

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC
COMMITTEE & CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through April 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 48,907.00 | 0.00 | 48,907.00 |
| | **Total** | **48,907.00** | **0.00** | **48,907.00** |

| | |
|---|---|
| Total Current Fees | $48,907.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$48,907.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
May 20, 2020

Invoice 6898121
Page 23

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 04/01/20 | CICERO | ATTEND MEETING WITH CHICAGO BOARD OF EDUCATION (.6); ATTEND MEETING WITH NON-STATES RE: CHICAGO BOARD OF ED. MOTION (.4); ATTEND FULL AHC MEETING (.9); ATTEND MEETING WITH DOJ RE: VARIOUS ISSUES (.6) | 2.40 | 1,920.00 |
| 04/01/20 | POHL | ATTEND WEEKLY AD HOC COMMITTEE CALL | 1.30 | 1,683.50 |
| 04/01/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN WEEKLY AHC CALL | 1.30 | 1,826.50 |
| 04/02/20 | POHL | ATTEND WEEKLY NON-STATES CALL | 0.80 | 1,036.00 |
| 04/02/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN SUPPLEMENTAL NON-STATE AHC MEMBER MEETING | 1.50 | 2,107.50 |
| 04/06/20 | POHL | MEETING WITH SPECIAL COMMITTEE CALL | 1.20 | 1,554.00 |
| 04/06/20 | POHL | COMMITTEE UPDATES | 0.70 | 906.50 |
| 04/06/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH DPW AND AHC RE DEBTORS' SPECIAL COMMITTEE REPORT AND PRESENTATION THEREOF | 1.80 | 2,529.00 |
| 04/07/20 | MOLTON | PARTICIPATE IN CALL WITH DOJ RE VARIOUS ISSUES IN CASE | 0.30 | 421.50 |
| 04/08/20 | MOLTON | NUMEROUS CONFERENCES WITH CREDITOR GROUPS RE VARIOUS CASE ISSUES, INCLUDING PENDING MOTIONS ON FOR APRIL OMNIBUS CONFERENCE | 1.40 | 1,967.00 |
| 04/09/20 | POHL | REVIEW COMMITTEE UPDATES EMAILS | 0.30 | 388.50 |
| 04/09/20 | POHL | ATTEND WEEKLY NON-STATES CALL | 1.00 | 1,295.00 |
| 04/09/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN FOLLOW-UP WITH NON-STATES RE VARIOUS COMMITTEE ISSUES | 1.10 | 1,545.50 |
| 04/10/20 | POHL | ATTEND AHC CALL WITH  DOJ | 0.50 | 647.50 |
| 04/13/20 | CICERO | PREPARE FOR CALL WITH MULTI-STATE GROUP RE: CASE ISSUES, STRATEGY AND UPDATES (.4); ATTENTD MULTI-STATE GROUP CALL RE: SAME | 1.60 | 1,280.00 |
| 04/13/20 | CICERO | ATTEND FULL AHC MEETING RE: MOTIONS AND POSITIONS FOR 4/22 HEARING | 1.00 | 800.00 |
| 04/13/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN MEETING WITH MULTISTATE GROUP | 1.20 | 1,686.00 |
| 04/13/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN ANC ALL MEMBER CALL RE VARIOUS AHC ISSUES | 0.90 | 1,264.50 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
May 20, 2020

Invoice 6898121
Page 24

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 04/14/20 | POHL | ATTEND NON-STATES WEEKLY CALL | 0.50 | 647.50 |
| 04/14/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN WEEKLY NON-STATE MEMBER CALL RE NUMEROUS PRESSING ISSUES | 1.10 | 1,545.50 |
| 04/15/20 | CICERO | ATTEND CALL WITH AHC MEMBERS RE: UPCOMING HEARING ISSUES | 0.70 | 560.00 |
| 04/15/20 | POHL | REVIEW CLIENT GROUP UPDATES | 0.60 | 777.00 |
| 04/15/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN WEEKLY AHC CALL | 1.10 | 1,545.50 |
| 04/15/20 | MOLTON | COMMUNICATE WITH DOJ AND AHC MEMBERS RE VARIOUS CASE ISSUES | 0.80 | 1,124.00 |
| 04/15/20 | AHMADI | WEEKLY CLIENT CONFERENCE CALL | 0.60 | 351.00 |
| 04/17/20 | POHL | REVIEW CLIENT UPDATES | 0.40 | 518.00 |
| 04/20/20 | POHL | UPDATE CALL WITH AD HOC COMMITTEE AND DOJ | 0.60 | 777.00 |
| 04/20/20 | MOLTON | PARTICIPATE IN AHC COUNSEL CALL RE CATCH UP ON VARIOUS ISSUES AND STRATEGY RE VARIOUS MATTERS | 0.70 | 983.50 |
| 04/20/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH DOJ RE CATCH-UP CALL RE VARIOUS CASE MATTERS | 0.80 | 1,124.00 |
| 04/21/20 | CICERO | ATTEND NON-STATE UPDATE CALL WITH RE: APRIL 22 HEARING AND OTHER CASE PROGRESSION MATTERS | 0.60 | 480.00 |
| 04/21/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN WEEKLY AHC NON-STATE CALL | 0.90 | 1,264.50 |
| 04/23/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CATCH-UP CALL WITH NON-STATE MEMBERS RE VARIOUS CASE ISSUES | 0.70 | 983.50 |
| 04/27/20 | POHL | AD HOC COMMITTEE CALL ON INSURANCE MATTERS | 2.50 | 3,237.50 |
| 04/28/20 | CICERO | PREPARE FOR NON-STATE MEMBER UPDATE CALL, INCLUDING AGENDA FOR SAME (.3); ATTEND NON-STATE MEMBER UPDATE CALL | 1.30 | 1,040.00 |
| 04/28/20 | POHL | NON STATES WEEKLY CALL | 1.30 | 1,683.50 |
| 04/28/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN WEEKLY AHC NON-STATE MEMBER CALL | 1.40 | 1,967.00 |
| 04/28/20 | AHMADI | NON-STATE GROUP CONFERENCE CALL AND CORRESPONDENCE RE: SAME | 1.50 | 877.50 |
| 04/29/20 | PINELO | REVISE CONSOLIDATED CLAIM COVER LETTER AND AUTHORIZATION FORM (1.5); CIRCULATE TO G. CICERO AND S. POHL | 1.60 | 872.00 |
| 04/29/20 | POHL | WEEKLY AHC CALL | 0.80 | 1,036.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES

Invoice 6898121

May 20, 2020

Page 25

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 04/30/20 | PINELO | REVISE AUTHORIZATION FORM AND COVER LETTER RE CONSOLIDATED CLAIM (1.1); CIRCULATE DRAFTS TO D. MOLTON (.1) | 1.20 | 654.00 |
| | **Total Hours and Fees** | | **42.00** | **48,907.00** |

## T I M E  S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|------|------|-------|
| STEVEN POHL | 12.50 | hours at | 1,295.00 | 16,187.50 |
| DAVID J. MOLTON | 17.00 | hours at | 1,405.00 | 23,885.00 |
| GERARD T. CICERO | 7.60 | hours at | 800.00 | 6,080.00 |
| URIEL PINELO | 2.80 | hours at | 545.00 | 1,526.00 |
| CYAVASH N. AHMADI | 2.10 | hours at | 585.00 | 1,228.50 |
| **Total Fees** | | | | **48,907.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brown rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6898121 |
| Date | May 20, 2020 |
| Client | 035843 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through April 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 20,377.00 | 0.00 | 20,377.00 |
| | **Total** | **20,377.00** | **0.00** | **20,377.00** |

| | |
|---|---|
| Total Current Fees | $20,377.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$20,377.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                          Invoice 6898121
May 20, 2020                                                                     Page 27

RE: PLAN AND DISCLOSURE STATEMENT

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|------------|-------------|-------|-------|
| 04/01/20 | AHMADI | AHC TAX GROUP WEEKLY CONFERENCE CALL (0.50); AHC WEEKLY CONFERENCE CALL (1.30). | 1.80 | 1,053.00 |
| 04/03/20 | CICERO | COMMUNICATION WITH GILBERT'S RE: STRUCTURING THE PI TDP | 0.60 | 480.00 |
| 04/13/20 | PINELO | CIRCULATE DRAFT OF CONSTITUTIONAL RESEARCH OUTLINE TO GILBERT LLP (.1); CIRCULATE DRAFT TO D. MOLTON AND G. CICERO (.1) | 0.10 | 54.50 |
| 04/13/20 | KELLY | DRAFT TAX MEMORANDUM REGARDING TRUST STRUCTURES FOR TAX EXEMPT BENEFICIARIES | 1.50 | 1,590.00 |
| 04/13/20 | AHMADI | REVISIONS TO MEMORANDUM RE: QSF TAXATION | 1.50 | 877.50 |
| 04/14/20 | AHMADI | DRAFTING MEMORANDUM FOR AHC TAX GROUP RE: STRUCTURE AND TAXATION OF QUALIFIED SETTLEMENT FUNDS | 4.00 | 2,340.00 |
| 04/15/20 | KELLY | CALL WITH AHC TAX GROUP REGARDING TAX EXEMPT TRUST STRUCTURE (.5); REVIEW AND REVISE AHC TAX MEMO ON TAX EXEMPT TRUST STRUCTURE (1.5) | 2.00 | 2,120.00 |
| 04/16/20 | KELLY | REVIEW AND REVISE AHC TAX MEMO FOR AHC TAX PROFESSIONALS REGARDING STRUCTURING FOR SETTLEMENT TRUST(S) AND PLANNING FOR UNIQUE TAX CONSIDERATIONS(2.8) | 2.80 | 2,968.00 |
| 04/18/20 | KELLY | SUMMARY EMAIL FOR BANKRUPTCY LAWYERS REGARDING TAX MATTERS IN CONNECTION WITH SETTLEMENT TRUST(S) | 0.50 | 530.00 |
| 04/23/20 | KELLY | CALL WITH AHC TAX GROUP REGARDING SETTLEMENT TRUST(S) TAX CONSIDERATIONS (.5); CIRCULATE DRAFT TAX MEMO TO AHC TAX GROUP AND BR GROUP (.4); REVIEW ALLOCATION AGREEMENT DRAFT FOR TAX CONSIDERATIONS (.5) | 1.40 | 1,484.00 |
| 04/24/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN AHC COUNSEL CALL RE VARIOUS PLAN ISSUES AND DOCUMENTATION THEREOF | 1.20 | 1,686.00 |
| 04/28/20 | KELLY | CALL WITH DAVIS POLK TAX TO REVIEW STRUCTURING CONSIDERATIONS (.5); FOLLOW UP CORRESPONDENCE ON STRUCTURING CONSIDERATIONS (.5); AHC TAX GROUP CALL TO DISCUSS STRUCTURING CONSIDERATIONS (.5) | 1.50 | 1,590.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
May 20, 2020

Invoice 6898121
Page 28

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 04/30/20 | KELLY | AHC TAX GROUP CALL TO ADDRESS SETTLEMENT STRUCTURE ISSUES AND ADDITIONAL TAX UPDATES (.7); DRAFT SUMMARY OF DAVIS POLK TAX CALL (.6); REVIEW AND ANALYZE NOL CARRYBACK DESCRIPTION (.6); REVIEW INCOMING CORRESPONDENCE ON AHC TAX GROUP MEMO (.3) PREPARE STRUCTURE CHARTS FOR POSSIBLE POST-CH 11 OWNERSHIP FUNDS (1.2) | 3.40 | 3,604.00 |
| | **Total Hours and Fees** | | **22.30** | **20,377.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| DAVID J. MOLTON | 1.20 | hours at | 1,405.00 | 1,686.00 |
| BARBARA J. KELLY | 13.10 | hours at | 1,060.00 | 13,886.00 |
| GERARD T. CICERO | 0.60 | hours at | 800.00 | 480.00 |
| URIEL PINELO | 0.10 | hours at | 545.00 | 54.50 |
| CYAVASH N. AHMADI | 7.30 | hours at | 585.00 | 4,270.50 |
| **Total Fees** | | | | **20,377.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6898121 |
| ATTN: DAVID MOLTON | Date | May 20, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES



**Balance Due:  $154,271.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
399 Park Avenue
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  6792734594