# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
                                                             :
In re:                                                       :
                                                             :    Chapter 11
                                                             :
PURDUE PHARMA L.P., et al.,¹                                 :
                                                             :    Case No. 19-23649 (RDD)
                                                             :
                        Debtors.                             :
                                                             :
-------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

    I, YunKyung Yu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Official Committee of Unsecured Creditors in the above-captioned case.

    On June 9, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

*(Continued on Next Page)*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield Bio Ventures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425) Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

- **Notice of Hearing on Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Bedell Cristin Jersey Partnership as Special Foreign Counsel,** *Nunc Pro Tunc* **to February 27, 2020** [Docket No. 1244]

Dated: June 11, 2020

*/s/ YunKyung Yu*
YunKyung Yu
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# Exhibit A

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel to Ryan Hampton | Andrews & Thornton | Attn: Anne Andrews, Sean T. Higgins, Robert S. Siko | aa@andrewsthornton.com; shiggins@andrewsthornton.com; rsiko@andrewsthornton.com |
| State Attorney General | State of West Virginia Attorney General | Attn: Abby Cunningham, Assistant AG for West Virginia | Abby.G.Cunningham@wvago.gov |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department | aginfo@azag.gov |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department | ago.info.help@nebraska.gov |
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department | ago.info@vermont.gov |
| State Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department | ago@state.ma.us |
| Counsel to Ohio Attorney General | Ohio Attorney General | Attn: Alison L. Archer, Assistant AG | Alison.Archer@ohioattorneygeneral.gov |
| Counsel to the State of South Carolina | Office of the South Carolina Attorney General | Attn: Annemarie B. Mathews - Assistant AG | amathews@scag.gov |
| Counsel to the Ad Hoc Group of Non-Consenting States | Pillsbury Winthrop Shaw Pittman LLP | Attn: Andrew M. Troop and Andrew V. Alfano | andrew.troop@pillsburylaw.com; andrew.alfano@pillsburylaw.com |
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department | askconsumeraffairs@lps.state.nj.us |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department | attorney.general@ago.mo.gov |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department | attorney.general@alaska.gov |
| State Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department | Attorney.General@state.DE.US |
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department | attorneygeneral@doj.nh.gov |
| Counsel to Counsel to Nevada Counties and Municipalities | Eglet Adams | Attn: Robert M. Adams, Artemus W. Ham, & Erica D. Entsminger | badams@egletlaw.com; aham@egletlaw.com; eentsminger@egletlaw.com |
| Counsel to the State of West Virginia, ex. rel. Patrick Morrisey, Attorney General | Carter Ledyard & Milburn LLP | Attn: Aaron R. Cahn | bankruptcy@clm.com |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department | bankruptcy@coag.gov |
| Counsel for City of Seattle | Hagens Berman Sobol Shapiro LLP | Attn: Ben Harrington | benh@hbsslaw.com |
| Counsel to the People of the State of California | California Department of Justice | Attn: Bernard A. Eskandari | bernard.eskandari@doj.ca.gov |
| Counsel to Consortium of Some Massachusetts Municipalities | Scott+Scott Attorneys at Law LLP | Attn: Beth Kaswan and Judith S. Scolnick | bkaswan@scott-scott.com; jscolnick@scott-scott.com |
| Counsel to the State of Texas | State of Texas | Attn: Rachel R. Obaldo, Esq. | bk-robaldo@oag.texas.gov |
| Interested Party | BMC Group, Inc. | Attn: T Feil | bmc@ecfAlerts.com |
| State Attorney General | Office of the State of Idaho Attorney General | Attn: Brett T. DeLange - Deputy AG Chief, Consumer Protection Division | brett.delange@ag.idaho.gov |
| Counsel to Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., and Ascent Health Services | Husch Blackwell LLP | Attn: Caleb T. Holzaepfel | Caleb.Holzaepfel@huschblackwell.com |
| Attorneys for Kara Trainor Brucato | Cooper Law Firm LLC | Celeste Brustowicz, Jessica Detty & Lisa Richardson | cbrustowicz@clfnola.com; jdetty@clfnola.com; lrichardson@clfnola.com |
| Counsel to the Attorney General, State of Florida | Agentis PLLC | Attn: Christopher B. Spuches, Esq. | cbs@agentislaw.com |
| Counsel to AmerisourceBergen Drug Corporation | Reed Smith LLP | Attn: Christopher A. Lynch | clynch@reedsmith.com |
| Counsel to Commonwealth of Pennsylvania | Commonwealth of Pennsylvania | Attn: Carol E. Momjian - Senior Deputy AG | cmomjian@attorneygeneral.gov |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department | consumer.hotline@doj.state.or.us |
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department | consumer.mediation@maine.gov |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department | ConsumerInfo@ag.state.la.us |
| Co-Counsel for Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al. | White & Case LLP | J. Christopher Shore, Michele J. Meises, Alice Tsier & Ashley R. Chase | cshore@whitecase.com; michele.meises@whitecase.com; alice.tsier@whitecase.com; ashley.chase@whitecase.com |
| Counsel to AmerisourceBergen Drug Corporation | Reed Smith LLP | Attn: Claudia Z. Springer | cspringer@reedsmith.com |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Jenner & Block, LLP | Attn: Catherine L. Steege, Esq. | CSteege@jenner.com |
| Counsel for DuPont de Nemours, Inc. | Ballard Spahr LLP | Tobey M. Daluz, Esquire & Laurel D. Roglen, Esquire | daluzt@ballardspahr.com; roglenl@ballardspahr.com |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Bracewell LLP | Attn: Daniel S. Connolly & Robert G. Burns | daniel.connolly@bracewell.com; robert.burns@bracewell.com |
| Counsel to Opioids and Impact Litigation | Office of the New York State Attorney General | Attn: David E. Nachman | David.Nachman@ag.ny.gov |
| State Attorney General | Office of the State of Connecticut Attorney General | Attn: Denise S. Mondell, Assistant AG | Denise.Mondell@ct.gov |
| Counsel for Washington State Department of Revenue | Washington State Department of Revenue | Dina L. Yunker, Assistant Attorney General | dina.yunker@atg.wa.gov |
| Attorneys for SAP America, Inc., SAP SE, and Ariba, Inc. | Brown & Connery LLP | Attn: Donald K. Ludman, Esq. | dludman@brownconnery.com |
| Counsel for NAS Babies Ad Hoc Committee | Creadore Law Firm PC | Donald Creadore | donald@creadorelawfirm.com |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Barrett Law Group, P.A. | Attn: John W. Barrett, Esq. | DonBarrettPA@gmail.com |

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Bayard, P.A. | Attn: Erin R. Fay, & Daniel N. Brogan | efay@bayardlaw.com; dbrogan@bayardlaw.com |
| Counsel for United HealthCare Services, Inc. | Shipman & Goodwin LLP | Eric S. Goldstein | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| Counsel for PJT Partners LP | Simpson Thacher & Bartlett LLP | Elisha D. Graff & Jamie J. Fell, Esq. | egraff@stblaw.com; jamie.fell@stblaw.com |
| Counsel to the Ad Hoc Group of Individual Victims | Ask LLP | Attn: Edward E. Neiger, Esq. & Jennifer A. Christian, Esq. | eneiger@askllp.com; jchristian@askllp.com |
| Counsel to the Commonwealth of Massachusetts | Commonwealth of Massachusetts | Attn: Eric M. Gold, Assistant AG | eric.gold@mass.gov |
| Counsel to the State of Alabama | Wilk Auslander LLP | Attn: Eric J. Snyder | esnyder@wilkauslander.com |
| Counsel to Certain Native American Tribes, Health Organizations, Municipalities and Unions | Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation | Attn: Sander L. Esserman and Peter C. D'Apice | esserman@sbep-law.com; dapice@sbep-law.com |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler, Esquire | gbressler@mdmc-law.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | Attn: Gerard T. Cicero and David J. Molton | GCicero@brownrudnick.com; DMolton@brownrudnick.com |
| Counsel to CVS Caremark Part D Services, L.L.C. and CaremarkPCS Health, L.L.C. | Foley & Lardner LLP | Attn: Geoffrey S. Goodman | ggoodman@foley.com |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Milbank LLP | Attn: Gerard Uzzi, Esq., Eric Stodola, Esq., & Alex Lees, Esq. | guzzi@milbank.com; estodola@milbank.com; alees@milbank.com |
| Counsel for the State of Missouri | Doster, Ullom & Boyle, LLC | Gregory D. Willard | GWillard@dubllc.com |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department | hawaiiag@hawaii.gov |
| Counsel to State of Indiana | Office of the Indiana Attorney General | Attn: Heather M. Crockett, Amanda K. Quick, Curtis T. Hill Jr. | Heather.Crockett@atg.in.gov |
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, Sara L. Brauner, & Edan Lisovicz | idizengoff@akingump.com; apreis@akingump.com; mhurley@akingump.com; sbrauner@akingump.com; elisovicz@akingump.com |
| Counsel to the Ad Hoc Group of Hospitals | Mcgrail & Bensinger LLP | Ilana Volkov, Esq. | ivolkov@mcgrailbensinger.com |
| Counsel to the Ad Hoc Group of Non-Consenting States | Pillsbury Winthrop Shaw Pittman LLP | Attn: Jason S. Sharp | jason.sharp@pillsburylaw.com |
| Counsel to Thermo Fisher Scientific | Tucker Arensberg, P.C. | Attn: Jordan S. Blask, Esq. | jblask@tuckerlaw.com |
| Counsel to Walgreen Co., Walgreen Eastern Co., Inc. Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries | Frankgecker LLP | Attn: Joseph D. Frank and Jeremy C. Kleinman | jfrank@fgllp.com; jkleinman@fgllp.com |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Buchalter, a Professional Corporation | Attn: Jeffrey K. Garfinkle, Esq., Daniel H. Slate, Esq. | jgarfinkle@buchalter.com; dslate@buchalter.com |
| State Attorney General | Office of the State of Vermont Attorney General | Attn: Jill S. Abrams | Jill.abrams@vermont.gov |
| Counsel to the State of South Carolina | Office of the South Carolina Attorney General | Attn: Jared Q. Libet - Assistant Deputy AG | jlibet@scag.gov |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Cuneo Gilbert & Laduca, LLP | Attn: Jonathan W. Cuneo, Esq. | jonc@cuneolaw.com |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Cuneo Gilbert & Laduca, LLP | Attn: Jonathan W. Cuneo, Esq. | jonc@cuneolaw.com |
| Counsel to Walmart, Inc. and its Subsidiaries | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Aaron H. Stulman & D. Ryan Slaugh | jryan@potteranderson.com; rslaugh@potteranderson.com |
| State Attorney General | State of North Carolina Attorney General | Attn: Jessica Sutton | jsutton2@ncdoj.gov |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Teitelbaum Law Group, LLC | Attn: Jay Teitelbaum, Esq. | jteitelbaum@tblawllp.com |

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Attorneys for Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., and the Putative Classes | Morgan & Morgan | Attn: Juan R. Martin | juanmartinez@forthepeople.com |
| Attorneys for Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., and the Putative Classes | Morgan & Morgan | Attn: James Young | jyoung@forthepeople.com |
| State Attorney General | Office of the New York State Attorney General | Attn: Kathryn J. Blake, Assistant AG | Kathryn.Blake@ag.ny.gov |
| State Attorney General | National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Kramer Levin Naftalis & Frankel | Attn: Kenneth Eckstein and Rachael Ringer | keckstein@kramerlevin.com; rringer@kramerlevin.com |
| Counsel to United Parcel Service, Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab and Kenneth T. Law | Klaw@bbslaw.com |
| Counsel to the Multi-State Governmental Entities Group | Caplin & Drysdale, Chartered | Attn: Kevin Maclay, James Wehner, Jeffrey Liesemer, Todd Phillips | kmaclay@capdale.com; jwehner@capdale.com; jliesemer@capdale.com; tphillips@capdale.com |
| Counsel for NC DHHS/DHB | N.C. Department of Justice | Katherine M. McCraw, Assistant Attorney General | kmccraw@ncdoj.gov |
| Counsel to the Arkansas Plaintiffs and the Tennessee Plaintiffs | Godfrey & Kahn, S.C. | Attn: Katherine Stadler | kstadler@gklaw.com |
| State Attorney General | Office of the New Jersey State Attorney General | Attn: Lara J. Fogel, Deputy AG | lara.fogel@law.njoag.gov |
| Counsel to CVS Caremark Part D Services, L.L.C. and CaremarkPCS Health, L.L.C. | Foley & Lardner LLP | Attn: Leah M. Eisenberg, Esq. | leisenberg@foley.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Gilbert, LLP | Attn: Craig Literland, Kami Quinn, and Scott Gilbert | litherlandc@gilbertlegal.com; quinnk@gilbertlegal.com; gilberts@gilbertlegal.com |
| State Attorney General | State of New York Attorney General | Attn: Louis J. Testa | Louis.Testa@ag.ny.gov |
| Counsel to Old Republic Insurance Company and its affiliated entities | Luskin, Stern & Eisler LLP | Attn: Michael Luskin and Richard Stern | luskin@lsellp.com; stern@lsellp.com |
| Counsel to Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., and Ascent Health Services | Husch Blackwell LLP | Attn: Marshall C. Turner | marshall.turner@huschblackwell.com |
| State of Tennessee | Tennessee Attorney General's Office | Attn: Marvin Clements, Bankruptcy Division | Marvin.Clements@ag.tn.gov |
| Attorneys for Sarasota County Public Hospital District | Bentley & Bruning P.A. | Attn: Morgan R. Bentley & David A. Wallace | mbentley@bentleyandbruning.com; dwallace@bentleyandbruning.com |
| Attorneys for Tucson Medical Center | Motley Rice LLC | Michael M. Buchman | mbuchman@motleyrice.com |
| Counsel to the State of Texas | Otterbourg P.C. | Attn: Melanie L. Cyganowski, Esq. & Jennifer S. Feeney | mcyganowski@otterbourg.com; jfeeney@otterbourg.com |
| Counsel to Blue Cross Blue Shield Association | RAWLINGS & ASSOCIATES | Attn: Mark D. Fischer | mdf@rawlingsandassociates.com |
| Counsel to State of Washington | Kleinberg, Kaplan, Wolff & Cohen, P.C. | Attn: Matthew J. Gold and Robert M. Tuchman | mgold@kkwc.com; rtuchman@kkwc.com |
| Counsel to Teva Pharmaceuticals USA, Inc., Anda, Inc. and Teva Canada Limited | Goodwin Procter LLP | Attn: Michael H. Goldstein, William P. Weintraub, & Howard S. Steel | mgoldstein@goodwinlaw.com; wweintraub@goodwinlaw.com; hsteel@goodwinlaw.com |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department | miag@michigan.gov |
| Counsel for the People of the State of California | California Department of Justice | Michelle Burkart, Deputy Attorney General | michelle.burkart@doj.ca.gov |
| Counsel to the State of Arizona | Consovoy McCarthy PLLC | Attn: J. Michael Connolly | mike@consovoymccarthy.com |

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Joseph Hage Aaronson LLC | Attn: Gregory P. Joseph, Mara Leventhal, Douglas J. Pepe, Peter R. Jerdee, & Christopher J. Stanley | mleventhal@jha.com; dpepe@jha.com; pjerdee@jha.com; cstanley@jha.com; gjoseph@jha.com |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Michael Morano, Esquire, Nicole Leonard, Esquire | mmorano@mdmc-law.com; nleonard@mdmc-law.com |
| Counsel to Commonwealth of Pennsylvania | Pennsylvania Office of Attorney General | Attn: Melissa L. Van Eck - Senior Deputy AG | mvaneck@attorneygeneral.gov |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department | ndag@nd.gov |
| Attorneys for Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., and the Putative Classes | Stevens & Lee, P.C. | Attn: Nicholas F. Kajon and Constantine D. Pourakis | nfk@stevenslee.com; cp@stevenslee.com |
| Counsel to New York State Department of Financial Services | New York State Department of Financial Services | Attn: Nicolas G. Keller - Assistant Counsel | nicolas.keller@dfs.ny.gov |
| Counsel to Giant Eagle, Inc. | Marcus & Shapira LLP | Attn: Darlene M. Nowak, Esq., Robert M. Barnes, Esq. | nowak@marcus-shapira.com; rbarnes@marcus-shapira.com |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department | oag@oag.state.md.us |
| Office of The United States Trustee | Office of The United States Trustee | Attn: Paul Schwartzberg | paul.schwartzberg@usdoj.gov |
| Counsel to the State of Texas | State of Texas | Attn: Paul L. Singer, Esq. | paul.singer@oag.texas.gov |
| State Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department | public.information@oag.state.tx.us |
| Counsel to the Debtors and Debtors in Possession | Davis Polk & Wardwell LLP | Attn: Marshall Scott Huebner, Benjamin S. Kaminetzky, Timothy Graulich, Christopher Robertson and Eli J. Vonnegut | Purdue.noticing@dpw.com |
| Counsel to Blue Cross Blue Shield Association | HAGENS BERMAN SOBOL SHAPIRO LLP | Attn: Thomas M. Sobol, Lauren G. Barnes | purduebankruptcy@hbsslaw.com |
| Claims and Noticing Attorney Generalent | Prime Clerk, LLC | Attn: Herb Baer | purduepharmateam@primeclerk.com; serviceqa@primeclerk.com |
| State Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Department | reg.boards@tn.gov |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Jenner & Block, LLP | Attn: Richard Levin, Esq. | rlevin@jenner.com |
| Counsel to the State of Arizona | Keller Lenkner LLC | Attn: Seth A. Meyer | sam@kellerlenkner.com |
| Attorneys for Tucson Medical Center | Mitchell & Speights | Samuel F. Mitchell | sam@mitchellspeights.com |
| Attorneys for Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel to The Missouri Department of Revenue | Missouri Department of Revenue | Attn: Steven A. Ginther - Special Assistant AG | sdnyecf@dor.mo.gov |
| Counsel to the Ad Hoc Committee of NAS Babies | Tarter Krinsky & Drogin LLP | Attn: Scott S. Markowitz, Esq., Rocco A. Cavaliere, Esq., & Michael Z. Brownstein, Esq. | smarkowitz@tarterkrinsky.com; rcavaliere@tarterkrinsky.com; mbrownstein@tarterkrinsky.com |
| Counsel to Old Republic Insurance Company and its affiliated entities | Fox Swibel Levin & Carroll LLP | Attn: Suj M. Pandya and Margaret M. Anderson | spandya@foxswibel.com; panderson@foxswibel.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | Attn: Steven D. Pohl | spohl@brownrudnick.com |
| Proposed Counsel to Fee Examiner David M. Klauder, Esquire | Bielli & Klauder, LLC | Thomas D. Bielli, Esquire | tbielli@bk-legal.com |
| Deputy Attorney General | California Department of Justice | Attn: Timothy D. Lundgren | timothy.lundgren@doj.ca.gov |
| Co-Counsel for Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al. | White & Case LLP | Thomas E Lauria & Laura L Femino | tlauria@whitecase.com; laura.femino@whitecase.com |
| Counsel to Ohio Attorney General | Ohio Attorney General | Attn: Patricia D. Lazich, Assistant AG | Trish.Lazich@ohioattorneygeneral.gov |
| Counsel to the State of North Carolina | Waldrep LLP | Attn: Thomas W. Waldrep, Jr., James C. Lanik, Jennifer B. Lyday | twaldrep@waldrepllp.com; jlyday@waldrepllp.com; jlanik@waldrepllp.com |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department | uag@utah.gov |
| State Attorney General, Counsel to Counsel for Opioids and Impact Litigation | Office of the New York State Attorney General | Attn: Muhammad Umair Khan | Umair.Khan@ag.ny.gov |
| State Attorney General | Attorney General for the State of Wisconsin | Attn: Jennifer L. Vandermeuse - Assistant Attorney General | vandermeusejl@doj.state.wi.us |
| Counsel to Counsel to Nevada Counties and Municipalities | Loeb & Loeb LLP | Attn: Vadim J. Rubinstein, Esq | vrubinstein@loeb.com |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department | webmaster@atg.state.il.us |
| Counsel to OptumRX, Inc. | Alston & Bird LLP | Attn: William Sugden and Jacob Johnson | will.sugden@alston.com; jacob.johnson@alston.com |
| Counsel to OptumRX, Inc. | Alston & Bird LLP | Attn: William Hao | william.hao@alston.com |
| State Attorney General | Office of the State of Iowa Attorney General | Attn: William R. Pearson - Assistant AG | william.pearson@ag.iowa.gov |

# Exhibit B

| DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Top 3 Largest Secured Creditor | Air Liquide Industrial U.S. LP | Attn: President or General Counsel | 180 W. Germantown Pike | | East Norriton | PA | 19401 |
| Committee of Unsecured Creditors | Blue Cross and Blue Shield Association | Attn: Brendan Stuhan, Assistant General Counsel | 1310 G Street NW | | Washington | DC | 20005 |
| Counsel for the People of the State of California | California Department of Justice | Attn: Judith A. Fiorentini - Supervising Deputy Attorney General | 600 West Broadway, Suite 1800 | | San Diego | CA | 92101 |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Robert D. Drain | Purdue Pharma L.P. - Chambers Copy | US Bankruptcy Court SDNY | 300 Quarropas Street, Room 248 | White Plains | NY | 10601 |
| Proposed Substitute Efficiency Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Cole Schotz P.C. | Justin R. Alberto | 500 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 |
| State Attorney General | Commonwealth of Puerto Rico | Attn: Bankruptcy Department | Apartado 9020192 | | San Juan | PR | 00902-0192 |
| Committee of Unsecured Creditors | CVS Caremark Part D Services L.L.C. and Caremarkpcs Health, L.L.C. | Attn: Andrea Zollett, Senior Legal Counsel | 2211 Sanders Road, NBT-9 | | Northbrook | IL | 60062 |
| Top 3 Largest Secured Creditor | Ikon Financial Services | Attn: President or General Counsel | 1738 Bass Rd | | Macon | GA | 31210-1043 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 |
| Committee of Unsecured Creditors | LTS Lohmann Therapy Systems Corporation | Attn: Stephanie Satz, General Counsel (US) | 21 Henderson Drive | | West Caldwell | NJ | 07006 |
| Office of The United States Trustee | Office of The United States Trustee | Attn: Paul Schwartzberg | U.S. Federal Office Building | 201 Varick Street, Suite 1006 | New York | NY | 10014 |
| Committee of Unsecured Creditors | Pension Benefit Guaranty Corporation | Attn: Adi Berger, Director | 1200 K Street, NW | | Washington | DC | 20005 |
| Debtors | Purdue Pharma L.P. | Attn: President or General Counsel | One Stamford Forum, 201 Tresser Boulevard | | Stamford | CT | 06901 |
| Interested Party | Ronald Dawdar | c/o Legal Mail Department | KQ7780 | 50 Overlook Drive | LaBelle | PA | 15450 |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department | P.O. Box 300152 | | Montgomery | AL | 36130-0152 |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department | 323 Center St. | Suite 200 | Little Rock | AR | 72201-2610 |
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department | 55 Elm St. | | Hartford | CT | 06106 |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department | The Capitol, PL 01 | | Tallahassee | FL | 32399-1050 |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department | 40 Capital Square, SW | | Atlanta | GA | 30334-1300 |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department | 700 W. Jefferson Street | P.O. Box 83720 | Boise | ID | 83720-1000 |
| State Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department | Indiana Government Center South | 302 W. Washington St., 5th Floor | Indianapolis | IN | 46204 |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department | 1305 E. Walnut Street | | Des Moines | IA | 50319 |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department | 120 SW 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department | 700 Capitol Avenue, Suite 118 | | Frankfort | KY | 40601 |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department | Walter Sillers Building | 550 High Street, Suite 1200, P.O. Box 220 | Jackson | MS | 39201 |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department | 215 N Sanders, Third Floor | P.O. BOX 201401 | Helena | MT | 59620-1401 |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department | 100 North Carson Street | | Carson City | NV | 89701 |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department | 30 E. Broad St., 14th Floor | | Columbus | OH | 43215 |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 |
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department | 150 South Main Street | | Providence | RI | 02903 |
| State Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department | P.O. Box 11549 | | Columbia | SC | 29211-1549 |
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 |
| State Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department | 900 East Main Street | | Richmond | VA | 23219 |

**Exhibit B**
**Master Service List**
Served via First Class Mail

| DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department | Wisconsin Department of Justice | State Capitol, Room 114 East, P.O. Box 7857 | Madison | WI | 53707-7857 |
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department | 123 Capitol Building | 200 W. 24th Street | Cheyenne | WY | 82002 |
| Top 3 Largest Secured Creditor | U.S. Bank Equipment Finance | Attn: President or General Counsel | 1310 Madrid Street | | Marshall | MN | 56258 |
| United States Department of Justice | U.S. Department of Justice | Attn: Legal Department | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 |
| United States Attorney's Office for the Southern District of New York | United States Attorney's Office | Attn: U.S. Attorney | 300 Quarropas Street, Room 248 | | White Plains | NY | 10601-4150 |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department | 441 4th Street, NW | | Washington | DC | 20001 |
| Committee of Unsecured Creditors | West Boca Medical Center | Attn: Paige Kesman, Assistant General Counsel | 21644 Florida Highway | | Boca Raton | FL | 33428 |