Adjourned Hearing Date: July 23, 2020 at 10:00 a.m.
Adjourned Objection Deadline: July 16, 2020

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF ADJOURNMENT OF JUNE 23, 2020 HEARING OF THE PRIVATE INSURANCE CLASS CLAIMANTS' APPLICATION UNDER BANKRUPTCY RULE 2004

**PLEASE TAKE NOTICE** that the hearing to consider the Application under Bankruptcy Rule 2004 to request documents and examine the Sackler Family Members and Family Entities, scheduled for June 23, 2020 at 10:00 a.m., has been adjourned to **July 23, 2020 at 10:00 a.m.** [Docket No. 1099]. Objections are to be filed with the Court no later than **July 16, 2020**.

**PLEASE TAKE FURTHER NOTICE** that the July 23, 2020 hearing will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 501, New York, New York 10004-1408.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

SL1 1644974v1 113572.00002

Dated: New York, New York
June 12, 2020

/s/ Nicholas F. Kajon
Nicholas F. Kajon
nfk@stevenslee.com
Constantine D. Pourakis
cp@stevenslee.com
STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Tel: 212.319.8500

James Young*
jyoung@ForThePeople.com
MORGAN & MORGAN, P.A.[2]
COMPLEX LITIGATION GROUP
76 S. Laura St., Suite 1100
Jacksonville, FL 32202
Tel: 904.361.0012

Juan R. Martinez*
juanmartinez@ForThePeople.com
MORGAN & MORGAN, P.A.
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel: 813.223.5505

*Admitted Pro Hac Vice

*Counsel for Private Insurance Plaintiffs and the Putative Classes*

.

---

[2] Morgan & Morgan, P.A. also represent clients in diverse other matters pending against Debtors, as specified in the Amended Verified Statement of Stevens & Lee, P.C. Pursuant to Bankruptcy Procedure 2019, dated October 21, 2019. [Dkt. No. 333].

2