**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**NOTICE OF SIXTH MONTHLY FEE STATEMENT OF JONES DAY FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | April 1, 2020 through April 30, 2020 |
| **Amount of Compensation Requested (after 13% discount):** | $253,224.38 |
| **Less 20% Holdback** | $50,644.88 |
| **Net of Holdback**: | $202,579.50 |
| **Amount of Expense Reimbursement Requested:** | $30,325.60 |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Total Compensation (Net of Holdback) and Expense Reimbursement Requested:**     $232,905.10

**This is a**     <u>X</u>___ Monthly _____Interim ___ Final Fee Statement

*[The remainder of this page has been intentionally left blank]*

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this sixth monthly fee statement (the "Sixth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from April 1, 2020 through April 30, 2020 (the "Sixth Monthly Fee Period").  By this Sixth Monthly Fee Statement, and after taking into account certain substantial voluntary discounts and reductions,[3] Jones Day seeks payment in the amount of $232,905.10, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Sixth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.    Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Sixth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]    The total amount sought for fees reflects (a) voluntary write offs in the amount of $22,712.50 and (b) application of a subsequent 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $37,838.13 for the Sixth Monthly Fee Period), for an overall voluntary reduction of approximately 19%.  In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2020, Jones Day is using 2019 billable rates in calculating amounts due for legal services performed).  The additional value attributable to application of the prior year's billable rates is not reflected in the 19% reduction.

Jones Day professional, and (e) year of bar admission for each attorney. The blended hourly billing rate of Jones Day timekeepers during the Sixth Monthly Fee Period is approximately $833.27.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Sixth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Sixth Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Sixth Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Sixth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801, Attn: Justin R. Alberto and Daniel N. Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and

---

[4]     The blended rate is comprised of all Jones Day timekeepers who provided services during the Sixth Monthly Fee Period.

[5]     The time records included in **Exhibit D** have been minimally redacted to protect privileged information.

(v) the fee examiner, Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

6.      Objections to this Sixth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Anna Kordas (akordas@jonesday.com) no later than June 29, 2020 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

7.      If no objections to this Sixth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Sixth Monthly Fee Statement.

8.      To the extent that an objection to this Sixth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Sixth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

9.      No prior request for the relief sought in this Sixth Monthly Fee Statement has been

made to this or any other court.

Dated: June 15, 2020
        New York, NY

 /s/  Anna Kordas
JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:     (212) 326-3939
Facsimile:     (212) 755-7306
Email:         jjnormile@jonesday.com
               akordas@jonesday.com

*Special Counsel to the Debtors and*
*Debtors in Possession*

# <u>EXHIBIT A</u>

## COMPENSATION BY PROFESSIONAL PERSON

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**APRIL 1, 2020 – APRIL 30, 2020**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Pablo D. Hendler | 1995 | $1,125.00 | $978.75 | 20.1 | $22,612.50 |
| Dan T. Moss | 2007 | $1,075.00 | $935.25 | .60 | $645.00 |
| John J. Normile | 1989 | $1,225.00 | $1,065.75 | 95.5 | $116,987.50 |
| **TOTAL PARTNER:** | | | | **116.2** | **$140,245.00** |
| **OF COUNSEL** | | | | | |
| Kelsey I. Nix | 1988 | $1,125.00 | $978.75 | 27.6 | $31,050.00 |
| **TOTAL OF COUNSEL:** | | | | **27.6** | **$31,050.00** |
| **ASSOCIATE** | | | | | |
| Anna Kordas | 2014 | $750.00 | $652.50 | 8.9 | $6,675.00 |
| Kevin V. McCarthy | 2016 | $605.00 | $526.35 | 122.5 | $74,112.50 |
| Adam M. Nicolais | 2017 | $550.00 | $478.50 | 43.9 | $24,145.00 |
| Furqaan Siddiqui | 2018 | $625.00 | $543.75 | .40 | $250.00 |
| **TOTAL ASSOCIATE:** | | | | **175.7** | **$105,182.50** |
| **PARALEGAL & STAFF** | | | | | |
| Lynne Fischer | N/A | $525.00 | $456.75 | 24.5 | $12,862.50 |
| Jason J. Darensbourg | N/A | $325.00 | $282.75 | 5.3 | $1,722.50 |
| **TOTAL LEGAL SUPPORT:** | | | | **29.8** | **$14,585.00** |
| **TOTAL:** | | | | **349.3** | **$291,062.50** |

## **EXHIBIT B**

## **COMPENSATION BY PROJECT CATEGORY**

**JONES DAY**
**PROJECT CATEGORY SUMMARY**
**APRIL 1, 2020 – APRIL 30, 2020**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 190.6 | $150,150.00 |
| Intellipharmaceutics Corp. | 100.1 | $90,835.00 |
| Strategic Corporate Advice | 18.5 | $22,662.50 |
| Retention Matters | 40.1 | $27,415.00 |
| **TOTAL** | **349.3** | **$291,062.50** |
| **13% DISCOUNT** | | **$37,838.13** |
| **TOTAL FEES** | | **$253,224.38** |

## EXHIBIT C

**EXPENSE SUMMARY**
**APRIL 1, 2020 – APRIL 30, 2020**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $30,418.75 |
| Printing Charges | ($93.15) |
| **TOTAL** | **$30,325.60** |

## <u>EXHIBIT D</u>

## TIME DETAIL

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

June 10, 2020                                                               305158-999007

Invoice: 33388710

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through April 30, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 27,415.00 |
| Less 13% Fee Discount | | (3,563.95) |
| | USD | 23,851.05 |
| **TOTAL** | **USD** | **23,851.05** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33388710 WITH YOUR PAYMENT

**JONES DAY**

305158-999007

Page 2

June 10, 2020

Retention Matters

Invoice:  33388710

TIMEKEEPER DETAIL SCHEDULE

| | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER | | | |
| D T MOSS | 0.60 | 1,075.00 | 645.00 |
| J J NORMILE | 5.70 | 1,225.00 | 6,982.50 |
| ASSOCIATE | | | |
| A KORDAS | 8.90 | 750.00 | 6,675.00 |
| F SIDDIQUI | 0.40 | 625.00 | 250.00 |
| STAFF ATTY | | | |
| L C FISCHER | 24.50 | 525.00 | 12,862.50 |
| **TOTAL** | **40.10** | **USD** | **27,415.00** |

**JONES DAY**

305158-999007                                                                                    Page 3

June 10, 2020

Retention Matters                                                              Invoice:  33388710

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 04/01/20 | A KORDAS | 0.30 |

Correspond with L. Fischer and D. Consla (DPW) regarding updated disclosures.

| 04/01/20 | D T MOSS | 0.20 |

Communicate with Kordas and Fischer regarding conflict review and retention matters.

| 04/07/20 | A KORDAS | 0.50 |

Review updated interested parties list; correspond with L. Fischer regarding same.

| 04/13/20 | F SIDDIQUI | 0.40 |

Review docket (.20); calendar hearing and objection deadline for J. Normile and A. Kordas (.20).

| 04/17/20 | L C FISCHER | 2.00 |

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 04/17/20 | A KORDAS | 0.30 |

Review/analyze fee examiner appointment order; confer with DPW regarding same.

| 04/18/20 | L C FISCHER | 2.00 |

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 04/20/20 | L C FISCHER | 2.50 |

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 04/21/20 | L C FISCHER | 3.50 |

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 04/21/20 | A KORDAS | 1.90 |

Prepare for hearing on fee application (1.50); calls with J. Normile regarding same (.40).

| 04/21/20 | J J NORMILE | 1.50 |

Preparation for upcoming hearing on interim fee petition (1.00); teleconferences with D. Moss and A. Kordas (.50).

| 04/22/20 | L C FISCHER | 4.00 |

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 04/22/20 | A KORDAS | 2.20 |

Prepare for and attend telephonic hearing.

| 04/22/20 | D T MOSS | 0.20 |

Communicate with Normile and Kordas regarding fee application hearing, fee examiner, and next steps.

| 04/22/20 | J J NORMILE | 1.50 |

Preparation for and participation in hearing relating to the first interim fee petition (1.00);  various follow-up emails with A. Kordas (.50).

| 04/23/20 | L C FISCHER | 2.50 |

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 04/23/20 | D T MOSS | 0.20 |

Review proposed order and communicate with Kordas regarding same.

**JONES DAY**

305158-999007                                                                                          Page 4

                                                                                                 June 10, 2020

Retention Matters                                                                    Invoice:  33388710

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 04/23/20 | J J NORMILE | 1.00 |

Follow-up regarding hearing on first interim fee application including review of draft order provided by Davis Polk.

| 04/24/20 | L C FISCHER | 2.50 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 04/25/20 | A KORDAS | 3.20 |
|---|---|---|

Draft/revise invoices to conform to UST guidelines (3.00); correspond with J. Normile regarding same (.20).

| 04/26/20 | J J NORMILE | 0.70 |
|---|---|---|

Preparation for various fee statements including correspondence with A. Kordas, K. McCarthy and A. Nicolais.

| 04/28/20 | A KORDAS | 0.50 |
|---|---|---|

Correspond with J. McCarthy and K. McCarthy regarding monthly fee statement (.30); correspond with J. Normile regarding sharing of information with fee examiner (.20).

| 04/29/20 | L C FISCHER | 2.50 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel for the debtors.

| 04/29/20 | J J NORMILE | 1.00 |
|---|---|---|

Review of various correspondence from Davis Polk and A. Kordas regarding submission of redacted version of interim fee application (.50); review underlying documents relating to same (.50).

| 04/30/20 | L C FISCHER | 3.00 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

**TOTAL**                                                                                        **40.10**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

June 10, 2020

305158-610005

Invoice: 33388958

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through April 30, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 150,150.00 |
| Less 13% Fee Discount | | (19,519.50) |
| | USD | 130,630.50 |
| **TOTAL** | **USD** | **130,630.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610005/33388958 WITH YOUR PAYMENT

**JONES DAY**

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 2
June 10, 2020
Invoice:  33388958

### TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| P D HENDLER | 13.60 | 1,125.00 | 15,300.00 |
| J J NORMILE | 26.00 | 1,225.00 | 31,850.00 |
| **OF COUNSEL** | | | |
| K I NIX | 27.60 | 1,125.00 | 31,050.00 |
| **ASSOCIATE** | | | |
| K MCCARTHY | 84.00 | 605.00 | 50,820.00 |
| A M NICOLAIS | 37.00 | 550.00 | 20,350.00 |
| **PARALEGAL** | | | |
| J J DARENSBOURG | 2.40 | 325.00 | 780.00 |
| **TOTAL** | **190.60** | **USD** | **150,150.00** |

JONES DAY

305158-610005                                                                          Page 3
                                                                                    June 10, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                     Invoice:  33388958

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 04/01/20 | P D HENDLER | 1.20 |

Attention to status of matter, ████████████████ (.70); teleconference with client (B. Koch) regarding same (.50).

| 04/01/20 | K MCCARTHY | 4.00 |

Attention to status of matter and related correspondence with P. Hendler (.50); draft/revise patent analysis and ████████████ (2.00); communicate with J. Normile and P. Hendler re: same (.50); preparation for and participation in teleconference with P. Hendler and B. Koch re: same (1.00).

| 04/01/20 | J J NORMILE | 4.00 |

Review of status of proceedings and related correspondence with P. Hendler (1.50); review of Purdue OxyContin patent portfolio and related correspondence with K. McCarthy and P. Hendler (1.50); review of various marketplace analysis and related teleconferences with K. McCarthy and P. Hendler (1.00).

| 04/02/20 | K MCCARTHY | 1.00 |

Draft/revise ████████████ (.80); and communicate with P. Hendler re: same (.20).

| 04/02/20 | A M NICOLAIS | 0.70 |

Draft/revise certain documents re: ongoing litigations.

| 04/02/20 | K I NIX | 1.30 |

E-mails with K. McCarthy (.30); studied D. Rosen declaration and brief in opposition to Collegium's motion to stay pending PGR (.60); teleconference with J. Normile regarding ████████ (.20); e-mails and teleconference with D. Rosen (Purdue) regarding sales data (.20).

| 04/02/20 | J J NORMILE | 2.50 |

Review of status of proceedings and related correspondence with P. Hendler (1.00); review of Purdue OxyContin patent portfolio and related correspondence with K. McCarthy and P. Hendler (.50); review of various marketplace analysis and related teleconferences with K. McCarthy and P. Hendler (1.00).

| 04/03/20 | P D HENDLER | 1.40 |

Review patents and ████████████.

| 04/03/20 | A M NICOLAIS | 2.90 |

Communication in firm with K. McCarthy re ongoing litigations (.50); research re same (2.40).

| 04/03/20 | K I NIX | 3.60 |

Studied and summarized materials, e-mails and prescription data received from D. Rosen (Purdue) regarding ████████████ (3.30); e-mails with D. Rosen regarding same (.30).

| 04/03/20 | J J NORMILE | 1.50 |

Review of various materials regarding ERO marketplace conditions and correspondence from B. Koch regarding same.

| 04/05/20 | K MCCARTHY | 1.00 |

Attention to status of proceedings (.50); teleconference with J. Normile and P. Hendler re: same (.50).

| 04/05/20 | J J NORMILE | 2.00 |

Review of status of proceedings and various teleconferences with P. Hendler and K. McCarthy regarding strategic action items going forward.

| 04/06/20 | P D HENDLER | 0.90 |

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter (.40); consideration of strategy regarding matter (.50).

| 04/06/20 | K MCCARTHY | 2.00 |

Draft/revise ██████ (1.40); preparation for and participation in teleconference with J. Normile, P. Hendler and C. Morrison re: same (.60).

JONES DAY

305158-610005                                                                    Page 4
                                                                          June 10, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals        Invoice:  33388958

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**04/06/20    K I NIX    2.50**
Teleconference with D. Rosen (Purdue) regarding formulary and rebate rate issues (1.00); ██████████ (1.50).

**04/06/20    J J NORMILE    2.00**
Preparation for and participation in weekly team teleconference with P. Strassburger, B. Koch, R. Inz, R. Silbert, R. Kreppel and K. McCarthy including discussion about strategic options going forward.

**04/07/20    P D HENDLER    0.50**
Review/analyze papers and client comments regarding same.

**04/07/20    K MCCARTHY    4.20**
Draft/revise ██████████ (1.00); review related document and legal research in support of same (3.20).

**04/07/20    A M NICOLAIS    4.30**
Research re ongoing litigations (4.30).

**04/07/20    K I NIX    2.30**
Studied rebate rate evidence (1.00); ██████████ and email to D. Rosen regarding same (1.30).

**04/08/20    K MCCARTHY    3.70**
Draft/revise ██████████ (1.00); review related documents and legal research in support of same (2.20); communicate with P. Hendler and A. Nicolais re: same (.50).

**04/08/20    K I NIX    2.00**
██████████ (1.00); ██████████ (1.00).

**04/08/20    J J NORMILE    1.00**
Review of recent correspondence regarding status of proceedings and various considerations relating to Purdue patent portfolio.

**04/09/20    K MCCARTHY    4.10**
Draft/revise ██████████ (1.50); perform legal research re: applicable legal standard in support of same (2.00); review client correspondence re: same (.60).

**04/09/20    A M NICOLAIS    4.20**
Research re ongoing litigations (2.00); drafting certain documents re ongoing litigations (2.20).

**04/09/20    K I NIX    0.40**
Teleconferences with P. Hendler regarding ██████████ ; draft declaration.

**04/10/20    P D HENDLER    0.70**
Review market data at request of client.

**04/10/20    K MCCARTHY    2.70**
Review/respond to correspondence re: ERO market conditions (.50), including review of related materials received from client (2.00); communicate with K. Nix regarding same (.20).

**04/10/20    A M NICOLAIS    4.00**
Communication in firm with K. McCarthy re ongoing litigations (.25); conducting legal research re same (1.5); drafting certain document re same (2.25).

**04/10/20    K I NIX    1.80**
Teleconferences with J. Normile and K. McCarthy (.40); e-mails with team (.40); ██████████ (1.00).

**04/10/20    J J NORMILE    2.00**
Review recent correspondence and underlying materials relating to the various market conditions on ERO's and related teleconference with K. Nix.

**JONES DAY**

305158-610005                                                            Page 5
                                                                  June 10, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals        Invoice:  33388958

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

04/12/20        K MCCARTHY                                        4.00
████████████████████████████████████.

04/13/20        J J DARENSBOURG                                   1.20
Manage documents collected by D Rosen for █████████████████.

04/13/20        K MCCARTHY                                        4.40
Draft/revise ██████t and related ████████ (2.50); correspondence with J. Normile, P. Hendler and
K. Nix re:drafts (1.00); review R. Inz correspondence re: allowed patent claims and review of related
materials (.90).

04/13/20        A M NICOLAIS                                      4.00
Continue drafting certain documents re ongoing litigation (2.5); research regarding same (1.0);
communication with K. McCarthy re same (.5).

04/13/20        K I NIX                                           1.20
E-mails with D. Rosen; e-mails with team (J. Normile, P. Hendler, K. McCarthy) regarding ███████████
████████; studied Collegium press releases.

04/13/20        J J NORMILE                                       1.50
Continued review and revision of draft materials relating to current market conditions for ERO's and
related teleconferences.

04/14/20        K MCCARTHY                                        4.50
Draft/revise ████████████████████ (3.50); correspondence with J. Normile, P. Hendler and K.
Nix████ (1.00).

04/14/20        A M NICOLAIS                                      0.60
Continue draft/revise certain documents re ongoing litigations.

04/14/20        J J NORMILE                                       2.00
Continued review and revision of draft materials relating to current market conditions for ERO's and
related teleconferences.

04/15/20        J J DARENSBOURG                                   1.20
████████████████████████████████.

04/15/20        K MCCARTHY                                        3.50
Draft/revise ███████ and ████████ (2.00); including review of related materials (1.50).

04/15/20        A M NICOLAIS                                      1.60
Continue drafting certain documents re ongoing litigations (1.00); research re same (.60).

04/15/20        K I NIX                                           1.70
Draft█████████████████████████ (1.50); email to J. Normile and P. Hendler
regarding same (.20).

04/16/20        P D HENDLER                                       1.30
Review market data at request of client.

04/16/20        K MCCARTHY                                        4.50
Draft/revise ███████████████████ (4.00); and attention to correspondence and teleconference
with K. Nix re: same (.50).

04/16/20        A M NICOLAIS                                      0.50
Review/revise certain documents regarding ongoing litigations.

04/16/20        K I NIX                                           1.00
Teleconference with D. Rosen regarding his █████████ and follow up regarding same; teleconference
and e-mails with K. McCarthy regarding ███████.

**JONES DAY**

305158-610005                                                                          Page 6
                                                                                   June 10, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                      Invoice:  33388958

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 04/16/20 | J J NORMILE | 1.50 |

Review of various background materials and supporting declarations relating to historic market conditions for the sale of EROs.

| 04/17/20 | P D HENDLER | 1.00 |

Attention to market data at request of client.

| 04/17/20 | K MCCARTHY | 6.00 |

Draft/revise motion ▮▮▮▮ and related ▮▮▮▮ t (1.80); ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ (1.70); communicate with J. Normile, P. Hendler and K. Nix re: same (.50); perform legal research in support of same (2.00).

| 04/17/20 | A M NICOLAIS | 1.80 |

Continue drafting certain documents regarding ongoing litigation (1.6); communication in firm with K. McCarthy re same (.2).

| 04/17/20 | K I NIX | 1.50 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ .

| 04/17/20 | J J NORMILE | 2.50 |

Review of various summary documents relating to historic market conditions of EROs and review of comments from R. Inz and K. Nix regarding same.

| 04/18/20 | K I NIX | 1.20 |

▮▮▮▮▮▮▮▮▮▮

| 04/19/20 | K I NIX | 0.40 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮

| 04/20/20 | K MCCARTHY | 5.50 |

Draft/revise ▮▮▮▮▮▮▮▮▮▮ (2.20); draft/revise ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ (1.80);communicate with J. Normile, P. Hendler and K. Nix re: same (.50); perform legal research in support of same (1.00).

| 04/20/20 | A M NICOLAIS | 5.00 |

Weekly call with Purdue regarding status (.50); communication in firm with K. McCarthy re drafting certain documents (.20); edits/revisions regarding same (2.90); research regarding same (1.40).

| 04/20/20 | K I NIX | 2.70 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (1.00); email to D. Rosen regarding market data (.20).

| 04/21/20 | P D HENDLER | 1.70 |

Review/analyze schedule (.70); draft submissions regarding same (1.00).

| 04/21/20 | K MCCARTHY | 5.50 |

▮▮▮▮▮▮▮▮▮▮▮ (2.50);▮▮▮▮▮▮▮ ▮▮▮ (2.50); perform legal research in support of same (.50).

| 04/21/20 | A M NICOLAIS | 3.10 |

Edits/revisions to certain documents regarding ongoing litigation (1.90); researching case law regarding same (1.00); communication in firm with K. McCarthy regarding same (.20).

| 04/21/20 | J J NORMILE | 1.50 |

Review of various draft pleadings and comments to same.

| 04/22/20 | K MCCARTHY | 3.00 |

▮▮▮▮▮▮▮▮▮ (1.00); perform legal research in support of same (1.00).

JONES DAY

305158-610005                                                                                    Page 7
                                                                                          June 10, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                          Invoice:  33388958

*Date of Service*        *Timekeeper Name*                                              *Hours*

04/22/20        A M NICOLAIS                                                            0.30
        Continue revisions of certain documents regarding ongoing litigation (.30).

04/22/20        K I NIX                                                                 2.80
        ████████, including studying market data (2.30); e-mails with D. Rosen and conferred
        with K. McCarthy (.50).

04/23/20        K MCCARTHY                                                              4.50
        Draft/revise patent analysis re: ██████████ (2.20), and communicate with P.
        Hendler re: same (.30); draft/revise ████████████ (1.80) and communicate with A.
        Nicolais re: same (.20).

04/23/20        A M NICOLAIS                                                            2.00
        Continue drafting certain documents re ongoing litigations.

04/24/20        P D HENDLER                                                             2.70
        ████████████████ (1.30); ████████████ (1.40).

04/24/20        K MCCARTHY                                                              2.50
        Draft/revise patent analysis (1.20), and communicate with P. Hendler re: same (.30); ██████████
        (.80) and communicate with P. Hendler re: same (.20).

04/24/20        A M NICOLAIS                                                            2.00
        Continue edits/revisions to certain documents re ongoing litigations (1.80); communication in firm with K.
        McCarthy re same (.20).

04/24/20        K I NIX                                                                 1.20
        ████████████████ and email to J. Normile regarding same.

04/24/20        J J NORMILE                                                             2.00
        Review of materials prepared by K. McCarthy relating to historic market analysis for EROS and review of
        various pleadings from Massachusetts action including comments from P. Hendler.

04/27/20        P D HENDLER                                                             0.60
        Preparation for, participation in and attention to teleconference with client (including B. Koch) re status
        (.30); preparation for, participation in and attention to teleconference with client (B. Koch) regarding ████
        (.30).

04/27/20        K MCCARTHY                                                              2.70
        Draft/revise ████████████ (.30), and correspondence with J. Normile and K. Nix re:
        same (.20); ████████████ (.90) and correspondence with P. Hendler re: same (.20); draft/revise
        patent analysis regarding ████████████ (.60), and preparation for and participation in
        teleconference with P. Hendler, B. Koch, and R. Inz re: same (.50).

04/28/20        P D HENDLER                                                             0.60
        Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding
        same (.30); ████████████ (.30).

04/28/20        K MCCARTHY                                                              3.20
        ████████████ (1.50) and communicate with P. Hendler re: same (.20); draft/revise patent analysis
        (1.50).

04/29/20        P D HENDLER                                                             1.00
        Review/revise draft court submission.

**JONES DAY**

305158-610005                                                                                  Page 8
                                                                                         June 10, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                    Invoice:  33388958

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| | | |

04/29/20          K MCCARTHY                                                          3.50
       Draft/revise ▮▮▮▮▮ (1.80) and communicate with P. Hendler re: same (.30); review/analyze produced
       documents (.90) and draft/revise patent analysis re: same (.50).

04/30/20          K MCCARTHY                                                          4.00
       ▮▮▮▮▮▮▮▮▮▮▮▮ (1.00) and communicate with K. Nix re: same (.20);
       ▮▮▮▮▮ (1.10) and communicate with J. Normile re: same (20); review/analyze produced
       documents (.80) and draft/revise patent analysis re: same (.40); correspondence with R. Inz re: patent
       analysis (.30).

       **TOTAL**                                                                     **190.60**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

June 10, 2020                                                                 305158-610013

Invoice: 33388960

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901


For legal services rendered for the period through April 30, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 90,835.00 |
| Less 13% Fee Discount | | (11,808.55) |
| | USD | 79,026.45 |

### DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Consultants and Agents Fees | 30,418.75 | |
| Document Reproduction Charges | (93.15) | |
| | 30,325.60 | |

**TOTAL**                                              **USD**          **109,352.05**


Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610013/33388960 WITH YOUR PAYMENT

**JONES DAY**

305158-610013                                                                                            Page 2
                                                                                                      June 10, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                          Invoice:  33388960

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
|  P D HENDLER | 6.50 | 1,125.00 | 7,312.50 |
|  J J NORMILE | 45.30 | 1,225.00 | 55,492.50 |
| ASSOCIATE |  |  |  |
|  K MCCARTHY | 38.50 | 605.00 | 23,292.50 |
|  A M NICOLAIS | 6.90 | 550.00 | 3,795.00 |
| PARALEGAL |  |  |  |
|  J J DARENSBOURG | 2.90 | 325.00 | 942.50 |
| **TOTAL** | **100.10** | **USD** | **90,835.00** |

**JONES DAY**

305158-610013                                                                                              Page 3
                                                                                                    June 10, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                         Invoice: 33388960

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/01/20 | J J DARENSBOURG | 0.10 |

Manage shared database of attorneys of correspondence regarding confidential access to IPC information for B Koch.

| 04/02/20 | K MCCARTHY | 4.00 |

Draft/revise IPC complaint (3.50) and communicate with J. Normile re: same (.50).

| 04/02/20 | A M NICOLAIS | 0.90 |

Continue to draft/revise certain documents re: ongoing litigations .

| 04/02/20 | J J NORMILE | 1.50 |

Review and revision of draft IPC complaint and related teleconferences with K. McCarthy.

| 04/03/20 | J J DARENSBOURG | 1.70 |

Manage references from initial infringement contentions for '109 patent.

| 04/03/20 | P D HENDLER | 1.50 |

Review/analyze patents and infringement contentions.

| 04/03/20 | K MCCARTHY | 3.00 |

Draft/revise infringement analysis (1.00); review related documents (1.60) and communicate with A. Nicolais re: same (.40).

| 04/03/20 | A M NICOLAIS | 0.80 |

Draft/revise certain documents re: ongoing litigations (.40); communication in firm and drafting summary re same (.40).

| 04/05/20 | K MCCARTHY | 1.00 |

Draft/revise IPC complaint (.50) and communicate with J. Normile, P. Hendler and R. Smith re: same (.50).

| 04/05/20 | J J NORMILE | 2.00 |

Review and revision of draft IPC complaint and related teleconferences with P. Hendler and K. McCarthy and email to R. Smith.

| 04/06/20 | P D HENDLER | 1.10 |

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter (.40); teleconference with co-counsel R. Smith regarding matter (.30); consideration of strategy regarding matter (.40).

| 04/06/20 | K MCCARTHY | 1.50 |

Communicate with P. Hendler and A. Nicolais re: status of matter and case strategy (.40); preparation for and participation in teleconference with P. Hendler and client B. Koch re: status of matter (.60); preparation for and participation in teleconference with local counsel R. Smith re: status of matter (.50).

| 04/06/20 | A M NICOLAIS | 0.80 |

Weekly Purdue meeting (.25); drafting weekly calendar update (.25); communication in firm with K. McCarthy re ongoing litigations (.30).

| 04/06/20 | J J NORMILE | 3.00 |

Preparation for and participation in teleconference with R. Smith, P. Hendler and K. McCarthy regarding preparation and filing of IPC complaint and ancillary documents (2.00); various email correspondence regarding same (1.00).

| 04/07/20 | K MCCARTHY | 1.70 |

Preparation for and participation in various teleconferences with J. Normile, P. Hendler and local counsel R. Smith.

305158-610013                                                          Page 4
                                                                  June 10, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.        Invoice:  33388960

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

04/07/20     J J NORMILE                                          3.00
Continued review and revision of IPC complaint and ancillary documents (2.00); teleconferences with P. Hendler, K. McCarthy and local counsel (1.00).

04/08/20     P D HENDLER                                          0.50
Review/analyze complaint.

04/08/20     K MCCARTHY                                           2.10
Draft/revise IPC complaint and related forms (1.00); correspondence with J. Normile, P. Hendler and R. Smith re: same (1.10).

04/08/20     J J NORMILE                                          2.00
████████████████████████████████████████████████████ .

04/10/20     P D HENDLER                                          1.20
Draft complaint submission.

04/10/20     K MCCARTHY                                           2.00
Draft/revise IPC complaint and related forms (1.00) and attention to correspondence with J. Normile, P. Hendler and R. Smith re: same (1.00).

04/10/20     J J NORMILE                                          0.80
Review of various correspondence relating to the filing of the complaint and the associated ANDA form.

04/13/20     K MCCARTHY                                           1.80
Preparation for and participation in weekly team status teleconference with P. Strassburger, B. Koch, R. Inz, R. Silbert, R. Kreppel and P. Hendler (1.00); correspondence with J. Normile, P. Hendler and R. Smith re IPC complaint (.80).

04/13/20     A M NICOLAIS                                         0.60
Drafting weekly calendar summary (.30); weekly teleconference meeting update (.30).

04/13/20     J J NORMILE                                          2.50
Preparation for and participation in weekly team status teleconference with P. Strassburger, B. Koch, R. Inz, R. Silbert, R. Kreppel, P. Hendler and K. McCarthy (1.00); analyze various issues relating to IPC complaint (1.50).

04/14/20     K MCCARTHY                                           1.50
Draft/revise IPC complaint in response to internal and client comments.

04/14/20     J J NORMILE                                          1.00
Provide final comments to draft IPC complaint and related ancillary documents.

04/15/20     K MCCARTHY                                           1.00
Finalize complaint and related filing forms for filing and communicate with local counsel re: same.

04/16/20     K MCCARTHY                                           0.50
Communicate with J. Normile, P. Hendler and opposing counsel re: newly-filed 20-515 action.

04/16/20     J J NORMILE                                          2.00
Review/analyze various matters relating to new complaint and various issues relating to service of process of same.

04/18/20     J J NORMILE                                          2.00
Preparation for and participation in teleconference with P. Strassburger relating to the status of various parties in the litigation and review of background materials regarding same.

04/19/20     J J NORMILE                                          1.00
Review of materials forwarded by R. Kreppel regarding IPC.

**JONES DAY**

305158-610013                                                                                           Page 5
                                                                                                June 10, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                          Invoice:  33388960

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**04/20/20**   K MCCARTHY   0.50
Participate in client call re: weekly litigation status updates.

**04/20/20**   A M NICOLAIS   0.50
Updates to weekly tracker information (.40); communication in firm with K McCarthy re same (.10).

**04/20/20**   J J NORMILE   2.00
Preparation for and participation in weekly status teleconference with P. Strassburger, R. Kreppel, R. Silbert, R. Inz, B. Koch, P. Hendler and K. McCarthy (1.00); review of summary documents prepared by P. Mathers (1.00).

**04/21/20**   J J DARENSBOURG   1.10
Manage shared database for attorneys of complaint and related documents (.60); correspondence regarding acceptance of service (.50).

**04/21/20**   P D HENDLER   0.50
Attention to potential settlement and communications regarding same.

**04/21/20**   K MCCARTHY   0.50
Communicate internally and with local counsel re: issues concerning ongoing litigations and newly-filed complaint.

**04/21/20**   J J NORMILE   4.00
Review of letter prepared by P. Mathers relating to various regulatory issues (.50); review of memos prepared by K. McCarthy regarding various issues relating to parties to the litigation including various teleconferences with R. Smith and K. McCarthy (1.50); review of correspondence to IPC regarding to status of proceedings and newly filed lawsuit (1.00); preparation for and participation in teleconference with P. Strassburger, R. Kreppel, B. Koch and R. Inz regarding correspondence with IPC (1.00).

**04/22/20**   J J NORMILE   1.50
Preparation for and participation in teleconference with P. Strassburger, B. Koch, R. Inz and R. Greiss regarding communications with IPC (1.30); attention to ECF communication relating to assignment of new case to Judge Andrews (.20).

**04/23/20**   K MCCARTHY   2.00
Preparation for and participation in teleconference with J. Normile and local counsel R. Smith re: patents in suit (1.00), and review of relevant background materials (.50); draft/revise stipulation and proposed order re: same (.50).

**04/23/20**   J J NORMILE   2.50
Review and revision of various correspondence with IPC (1.50); related teleconferences with P. Mathers, R. Greiss, P. Strassburger, B. Koch and R. Inz (1.00).

**04/24/20**   P D HENDLER   0.50
Attention to new patent at request of client (.30); including teleconference with K. McCarthy (.20).

**04/24/20**   K MCCARTHY   2.50
Draft/revise stipulations and proposed orders (1.30) and communicate with J. Normile re: same (.30); attention to correspondence with R. Inz re: stipulations and proposed orders (.20); attention to status of matter and communicate with P. Hendler and A. Nicolais re: same (.70).

**04/24/20**   J J NORMILE   2.00
Review and revision of various correspondence to IPC including comments from P. Mathers and B. Koch.

**04/26/20**   J J NORMILE   1.00
Review and revision of draft stipulation relating to the parties in IPC I and IPC II.

**04/27/20**   P D HENDLER   0.60
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status (.30); review/revise draft stipulation regarding assignments (.30).

**JONES DAY**

305158-610013

June 10, 2020

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Invoice: 33388960

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**04/27/20    K MCCARTHY    2.30**

Preparation for and participation in weekly client teleconference with J. Normile and P. Hendler (.80); draft/revise stipulations and proposed orders (.90) and communicate with J. Normile re: edits to same (.20); attention to correspondence with P. Hendler and R. Inz re: edits to stipulations and proposed orders (.40).

**04/27/20    J J NORMILE    3.00**

Preparation for and participation in weekly status teleconference with P. Strassburger, R. Kreppel, R. Silbert, R. Inz, B. Koch, P. Hendler and K. McCarthy (1.00); review and revise various correspondence and stipulations to be submitted to IPC including comments from P. Mathers (2.00).

**04/28/20    P D HENDLER    0.60**

Preparation for, participation in and attention to teleconference with client regarding same (.30); review/revise draft stipulations (.30).

**04/28/20    K MCCARTHY    2.80**

Draft/revise stipulations and proposed orders (.50) and review background materials re: same (.50); communicate with R. Inz re: edits and comments to draft stipulations (.30); review/analyze produced materials (1.00) and draft/revise patent analysis re: same (.50).

**04/28/20    J J NORMILE    2.50**

Review and revise various correspondence and stipulations to be submitted to IPC (1.50); various correspondence with P. Strassburger regarding same (1.00).

**04/29/20    K MCCARTHY    3.80**

Correspondence with co-counsel M. Luneack (Finnegan) re: stipulations and proposed orders (.20); attention to correspondence with R. Inz re: ▮▮▮▮▮▮▮▮ (.40); teleconference with J. Normile re: ▮▮▮▮▮▮▮▮ (.30), and teleconference with A. Nicolais re: same (.30); review draft ▮▮▮▮▮▮▮▮ (.40), and communicate with A. Nicolais re: comments to same (.20); review/analyze produced documents (1.20) and draft/revise patent analysis re: same (.80).

**04/29/20    A M NICOLAIS    1.60**

Call with K. McCarthy re drafting scheduling order (.20); drafting scheduling order (1.40).

**04/29/20    J J NORMILE    3.00**

Review and revise various correspondence and stipulations to be submitted to IPC including various correspondence with P. Strassburger (2.00); teleconference with B. Koch regarding preparation of draft case management schedule for IPC I, II and III including teleconference with K. McCarthy regarding same (1.00).

**04/30/20    K MCCARTHY    4.00**

Draft/revise ▮▮▮▮▮▮▮▮ (1.70) and communicate with J. Normile and A. Nicolais re: same (.50); attention to case status (.50) and communicate with K. Horn and J. Darensbourg re: same (.30); review/analyze produced documents (.50) and draft/revise patent analysis re: same (.50).

**04/30/20    A M NICOLAIS    1.70**

Draft/revise proposed scheduling order re ongoing litigation (1.50); communication in firm with K. McCarthy re same (.20).

**04/30/20    J J NORMILE    3.00**

Review and revision of various correspondence with IPC and attached exhibits (2.00); various teleconferences with P. Strassburger, R. Greiss and K. McCarthy (1.00).

**TOTAL                                                            100.10**

JONES DAY

305158-610013                                                                                          Page 7
                                                                                                   June 10, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                          Invoice:  33388960

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|

**CONSULTANTS FEES**

| 04/09/20 | NYC ACCOUNTING | NYC | 1,500.00 | |

Consultants fees - EMERSON RESOURCES Inc. for February 2020 Storage (Invoice 22934 2/28/2020).

| 04/14/20 | NYC ACCOUNTING | NYC | 1,500.00 | |

Consultants fees - EMERSON RESOURCES, INC. for January 2020 storage (Invoice 22829 1/31/2020).

| 04/14/20 | NYC ACCOUNTING | NYC | 1,500.00 | |

Consultants fees - EMERSON RESOURCES, INC. for March 2020 storage.

| 04/30/20 | NYC ACCOUNTING | NYC | 12,537.50 | |

Consultants fees - MANNION CONSULTING LLC for professional services February 2020 (Invoice 1068 3/01/2020).

| 04/30/20 | NYC ACCOUNTING | NYC | 13,381.25 | |

Consultants fees - MANNION CONSULTING LLC for professional services March 2020 (Invoice 1072 4/04/2020).

| | **Consultants fees Subtotal** | | | **30,418.75** |

**DUPLICATION CHARGES**

| 12/27/19 | NYC ACCOUNTING | NYC | (93.15) | |

Duplication charges - SPECIAL COUNSEL, INC. refund for duplicate payment of invoice no. 10752759 / 10721909.

| | **Duplication charges Subtotal** | | | **(93.15)** |

| | **TOTAL** | | **USD** | **30,325.60** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

June 10, 2020                                                      305158-640002

Invoice: 33388962

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through April 30, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 22,662.50 |
| Less 13% Fee Discount | | (2,946.12) |
| | USD | 19,716.38 |
| **TOTAL** | **USD** | **19,716.38** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33388962 WITH YOUR PAYMENT

**JONES DAY**

305158-640002

Strategic Corporate Advice

Page 2

June 10, 2020

Invoice:  33388962

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 18.50 | 1,225.00 | 22,662.50 |
| **TOTAL** | **18.50** | **USD** | **22,662.50** |

JONES DAY

305158-640002                                                                    Page 3
                                                                        June 10, 2020
Strategic Corporate Advice                                          Invoice: 33388962

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

04/03/20        J J NORMILE                                              1.00
Review materials provided by P. Strassburger relating to HRT for upcoming unsecured creditors'
committee teleconference.

04/04/20        J J NORMILE                                              2.50
Review additional materials provided by P. Strassburger relating to HRT for upcoming unsecured creditors'
committee teleconference.

04/05/20        J J NORMILE                                              0.50
Review additional materials provided by P. Strassburger relating to HRT for upcoming unsecured creditors'
committee teleconference and review correspondence from P. Strassburger regarding same.

04/13/20        J J NORMILE                                              1.00
Preparation for and participation in teleconference with P. Strassburger, R. Inz, P. Mathers and J. Davidson
regarding various API issues.

04/15/20        J J NORMILE                                              2.50
Preparation for and participation in teleconference with P. Strassburger regarding the status of various
Purdue patent assets including review of underlying schedule and assignments.

04/17/20        J J NORMILE                                              2.00
Review of various materials relating to Purdue's OxyContin patent portfolio and analysis of ownership
interest relating to same (1.50); related teleconference with P. Strassburger (.50).

04/18/20        J J NORMILE                                              1.00
Review of various materials relating to Purdue's OxyContin patent portfolio and analysis of ownership
interest relating to same (.50); related teleconference with P. Strassburger (.50).

04/20/20        J J NORMILE                                              1.50
Review of various matters relating to ownership and assignment of various Purdue OxyContin patents.

04/22/20        J J NORMILE                                              2.00
Review of Purdue OxyContin patent portfolio including analysis of various ownership and assignment
issues including teleconference with R. Smith and K. McCarthy (1.00); preparation for and participation in
teleconference with K. Nix regarding historical information relating to ERO market (1.00).

04/23/20        J J NORMILE                                              1.50
Review of various materials relating to Purdue's OxyContin patent portfolio (1.00); related teleconferences
with K. McCarthy and R. Smith. (.50).

04/24/20        J J NORMILE                                              1.00
Continued review of various materials relating to Purdue's OxyContin patent portfolio (.50); related
teleconferences with K. McCarthy and R. Smith (.50).

04/30/20        J J NORMILE                                              2.00
Review of various agreements relating to the ownership and assignment of various Purdue OxyContin
patents and patent applications.

**TOTAL**                                                               **18.50**