WILMER CUTLER PICKERING HALE
 AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**FIFTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE
AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
MARCH 1, 2020 THROUGH MARCH 31, 2020**

| | |
|---|---|
| **Name of Applicant** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | March 1, 2020 through March 31, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $112,462.59[2]<br>(80% of $140,578.24) |
| Total reimbursement of expenses requested in this statement | $267.79 |
| Total compensation and reimbursement requested in this statement | $112,730.38 |
| **This is a(n):**   _X Monthly Application   __ Interim Application   __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States

Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order*

*Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as*

*Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019

[Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21,

2019 [Docket No. 529] (the "**Interim Compensation Order"**), Wilmer Cutler Pickering Hale

and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in

possession (collectively, the "**Debtors**"), submits this *Fifth Monthly Fee Statement for*

*Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period*

*from March 1, 2020 Through March 31, 2020* ("**Fee Statement**").[3]  By this Fee Statement,

WilmerHale seeks (i) compensation in the amount of $112,462.59 which is 80% of the total

amount of reasonable compensation for actual, necessary legal services that WilmerHale

incurred in connection with such services during the Fee Period (i.e., $140,578.24), and (ii)

---

[2]  This amount reflects an agreed reduction in fees in the amount of $19,169.76.

[3]  The period from March 1, 2020 through and including March 31, 2020 is referred to herein as the "**Fee Period**."

payment of $267.79 for the actual, necessary expenses that WilmerHale incurred in connection with rendering such services during the Fee Period.

### Itemization of Services Rendered and Disbursement Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories WilmerHale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, WilmerHale incurred $159,748.00 in fees during the Fee Period and, pursuant to its agreement with Purdue Pharma, L.P., reduced that amount to $140,578.24.  Pursuant to this Fee Statement, WilmerHale seeks compensation for 80% of such fees, totaling $112,462.59.

2.      Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $708.55.[4]  The blended hourly billing rate of all paraprofessionals is $423.41.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or disbursed in the amount of $267.79 in connection with providing professional services to the Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates. Only the clients for whom the services are actually used are separately charged for such services.

---

[4]  The blended hourly billing rate of $708.55 for attorneys is derived by dividing the total fees for attorneys of $124,351.00 by the total hours of 175.50.

[5]  The blended hourly billing rate of $423.41 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $35,397.00 by the total hours of 83.60.

The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.      Attached hereto as **Exhibit D** is the related invoice showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.      WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $112,462.59 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $140,578.24), and (ii) payment of $267.79 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: June 15, 2020
         New York, New York

By:    /s/ George W. Shuster, Jr.
       WILMER CUTLER PICKERING HALE
        AND DORR LLP

       George W. Shuster, Jr.
       7 World Trade Center
       New York, NY  10007
       Telephone:  (212) 937-7518
       Facsimile:  (212) 230-8888

       Reginald Brown
       Alyssa DaCunha
       1875 Pennsylvania Avenue, N.W.
       Washington, D.C. 20006
       Telephone:  (202) 663-6000
       Facsimile:  (202) 663-6363

       *Special Counsel to the Debtors and Debtors
       in Possession*

**<u>Exhibit A</u>**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (B160) | 49.30 | 29,322.50 |
| Congressional Investigation (L400) | 209.80 | 130,425.50 |
| **Total** | **259.10** | **$159,748.00** |
| **Less Agreed Reduction** | | **-$19,169.76** |
| **GRAND TOTAL** | **259.10** | **$140,578.24** |

**<u>Exhibit B</u>**

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 8.40 | 13,020.00 |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 965.00 | 45.00 | 43,425.00 |
| **Partners Total** | | | **53.40** | **$56,445.00** |
| **Associates and Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 525.00 | 4.20 | 2,205.00 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 815.00 | 28.20 | 22,983.00 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 60.40 | 33,220.00 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring ("BFR"). | 595.00 | 2.40 | 1,428.00 |
| Phoebe Stroede | Sr. Discovery Attorney; joined firm in 2013; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 26.90 | 8,070.00 |
| **Associates and Attorneys Total** | | | **122.10** | **$67,906.00** |

---

[1] WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Paraprofessionals** | | | | |
| Truong Chau | Litigation Support Coordinator; joined firm in 2010; Litigation Support. | 480.00 | 0.20 | 96.00 |
| Russell Coker | Paralegal; joined firm in 2004; Litigation / Controversy. | 445.00 | 6.40 | 2,848.00 |
| Jeffrey Dillard | Reference Coordinator; joined firm in 1993; Library and Research Services. | 415.00 | 0.10 | 41.50 |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 385.00 | 2.50 | 962.50 |
| Allyson Lazarre | Co-op Student; joined firm in 2020; Litigation Support. | 155.00 | 0.50 | 77.50 |
| Aaron P. Murphy | Research and Reference Specialist; joined firm in 2019; Library and Research Services. | 415.00 | 0.80 | 332.00 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 15.80 | 4,345.00 |
| Tamir Shemesh | Project Assistant; joined firm in 2018; Securities Litigation & Enforcement. | 275.00 | 15.00 | 4,125.00 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; BFR. | 545.00 | 40.10 | 21,854.50 |
| Saige Wenik | Sr. Project Assistant; joined firm in 2017; Litigation / Controversy. | 325.00 | 2.20 | 715.00 |
| **Paraprofessionals Total** | | | **83.60** | **$35,397.00** |
| **TOTAL** | | | **259.10** | **$159,748.00** |
| Less Agreed Reduction | | | | -$19,169.76 |
| **GRAND TOTAL** | | | **259.10** | **$140,578.24** |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| Data Hosting | 57.60 |
| Document Printing Color[1] | 3.40 |
| Federal Express | 32.32 |
| Miscellaneous (Hard Drive) | 169.07 |
| Photocopy | 5.20 |
| Photocopy Color | 0.20 |
| **TOTAL** | **$267.79** |

---

[1] During the Fee Period, WilmerHale charged $0.10 per page for color document printing and $0.00 per page for printing in black and white.

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# WILMERHALE  |WH|

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ▉▉▉▉▉▉
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 06/08/20 |
| Invoice No. | 2592769 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through March 31, 2020 in connection with the Post Bankruptcy:
House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 159,748.00 |
| Less 12% Volume Discount | | -19,169.76 |
| Total Disbursements | | 267.79 |
| **Total Amount Due** | **$** | **140,846.03** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number:  ▉▉▉▉▉▉

Routing Number:  ▉▉▉▉▉▉

Citibank NA One Penn's Way New Castle, DE  19720
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020


Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| **B160 - Fee/Employment Applications** | | | |
| 03/03/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re status of draft invoice for January, 2020 |
| 03/04/20 | Thompson, Yolande | 0.10 | Telephone conference with Ms. Kennedy in Accounting re status of finalizing rates for 2020 |
| 03/04/20 | Thompson, Yolande | 0.10 | Review emails forwarded by Ms. DaCunha re information related to preparation of interim fee application |
| 03/05/20 | Pierce, Allyson | 0.20 | Review and respond to Ms. Thompson re initial draft of fee statement and invoice |
| 03/05/20 | Thompson, Yolande | 3.60 | Prepare draft Monthly Fee Statement and related exhibits for January |
| 03/05/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re edits to draft invoice for January 2020 |
| 03/05/20 | Thompson, Yolande | 0.20 | Emails and telephone conferences with Ms. Kennedy in Accounting re additional edits to draft invoice for January 2020 |
| 03/06/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re status of revising draft invoice for January 2020 |
| 03/09/20 | Pierce, Allyson | 0.10 | Follow up with Ms. Thompson re interim fee statement |
| 03/09/20 | Thompson, Yolande | 0.20 | Emails with Ms. Kennedy in Accounting re additional edits to draft invoice for January 2020 |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/09/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re status of monthly fee statement and interim fee application |
| 03/09/20 | Thompson, Yolande | 1.00 | Revise draft Monthly Fee Statement and related exhibits for January |
| 03/10/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. Thompson re January fee statement |
| 03/10/20 | Pierce, Allyson | 0.20 | Review January fee statement and exhibits |
| 03/10/20 | Pierce, Allyson | 0.40 | Compose email to Ms. DaCunha re January 2020 fee statement |
| 03/10/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. DaCunha re version of fee statement for redaction |
| 03/10/20 | Thompson, Yolande | 1.80 | Revise, proofread, finalize draft Monthly Fee Statement and related exhibits for January 2020 |
| 03/10/20 | Thompson, Yolande | 0.10 | Telephone conference with and email to Ms. Pierce re U.S. Trustee Fee Guidelines |
| 03/10/20 | Thompson, Yolande | 0.20 | Review U.S. Trustee Fee Guidelines |
| 03/10/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and Ms. DaCunha re finalizing invoice for redaction |
| 03/10/20 | Thompson, Yolande | 0.20 | Emails and telephone conference with Ms. Kennedy in Accounting re finalizing invoice for January 2020 |
| 03/10/20 | Thompson, Yolande | 0.20 | Emails with Ms. Pierce re draft monthly fee statement and related invoice |
| 03/11/20 | Lannon, William E. | 0.90 | Redact materials for filing |
| 03/11/20 | Pierce, Allyson | 0.10 | Email Mr. Shuster to confirm filed fee statement |
| 03/11/20 | Thompson, Yolande | 0.10 | Send courtesy copies of filed Fee Statement and Certificate of Service |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | to Judge Drain via FedEx |
| 03/11/20 | Thompson, Yolande | 0.30 | Review U.S. Trustee Fee Guidelines |
| 03/11/20 | Thompson, Yolande | 1.60 | Prepare spreadsheet calculating amounts to be included in fee application |
| 03/11/20 | Thompson, Yolande | 0.20 | E-file Certificate of Service |
| 03/11/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re monthly fee statement and interim fee application |
| 03/11/20 | Thompson, Yolande | 0.20 | Review Interim Compensation Order |
| 03/11/20 | Thompson, Yolande | 0.30 | Prepare service materials, serve Fee Statement via email and first class mail |
| 03/11/20 | Thompson, Yolande | 0.10 | Emails with Ms. DaCunha re redacted invoice and authorization to e-file fee statement |
| 03/11/20 | Thompson, Yolande | 0.20 | Prepare Certificate of Service |
| 03/11/20 | Thompson, Yolande | 0.30 | Review General Order re Amended Guidelines for Fees and Disbursements in Southern District of New York |
| 03/11/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re confirming total amounts for interim period and whether any payments were received |
| 03/11/20 | Thompson, Yolande | 0.20 | Finalize fee statement and exhibits for filing |
| 03/11/20 | Thompson, Yolande | 0.20 | E-file Third Monthly Fee Statement |
| 03/11/20 | Thompson, Yolande | 4.40 | Prepare First Interim Fee Application and related exhibits |
| 03/12/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. Thompson with draft of first interim fee application |
| 03/12/20 | Pierce, Allyson | 0.20 | Email Mr. Shuster and Mr. Brown |

Client No. 1653300                  Purdue Pharma, L.P.
Matter No. 1653300-00136            Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | re first interim fee application |
| 03/12/20 | Thompson, Yolande | 0.10 | Emails and telephone conference with Ms. Kennedy re confirming total amounts for interim period and whether any payments were received |
| 03/12/20 | Thompson, Yolande | 4.80 | Continue preparing draft First Interim Fee Application and related exhibits |
| 03/12/20 | Thompson, Yolande | 0.10 | Email draft first interim fee application and guidelines to Ms. Pierce |
| 03/13/20 | DaCunha, Alyssa | 0.20 | Multiple communications with Mr. Brown, Ms. Pierce re draft fee statement |
| 03/13/20 | DaCunha, Alyssa | 0.30 | Review draft fee statement |
| 03/13/20 | Pierce, Allyson | 0.10 | Coordinate with Ms. Brown re signature on interim fee application certification |
| 03/13/20 | Pierce, Allyson | 0.10 | Email Ms. Thompson re filing interim fee application |
| 03/13/20 | Pierce, Allyson | 0.10 | Email Ms. DaCunha re interim fee application |
| 03/13/20 | Pierce, Allyson | 0.10 | Email Ms. Thompson re interim fee application |
| 03/13/20 | Thompson, Yolande | 0.10 | Review email from Ms. Pierce transmitting draft first interim fee application and guidelines to partners |
| 03/13/20 | Thompson, Yolande | 0.10 | Extract Certification for Mr. Brown's signature |
| 03/13/20 | Thompson, Yolande | 0.10 | Review signed Certification |
| 03/13/20 | Thompson, Yolande | 0.10 | Email finalized Interim Fee Application with exhibits to Ms. DaCunha and Ms. Pierce for final approval |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/13/20 | Thompson, Yolande | 0.20 | Emails with Ms. Pierce re revising Certification for Mr. Brown's signature and status of filing fee application |
| 03/13/20 | Thompson, Yolande | 1.10 | Revise, finalize and compile Interim Fee Application with respective exhibits for attorney review |
| 03/13/20 | Thompson, Yolande | 0.10 | Review emails from Mr. Shuster and Ms. DaCunha re draft first interim fee application |
| 03/13/20 | Thompson, Yolande | 0.10 | Email Certification to Mr. Brown's assistant for his signature |
| 03/16/20 | Thompson, Yolande | 0.50 | Prepare draft Supplement to Fee Application |
| 03/16/20 | Thompson, Yolande | 0.10 | Prepare courtesy copy of filed Fee Application with exhibit tabs for Court |
| 03/16/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re final confirmation that no payment has been received from debtors |
| 03/16/20 | Thompson, Yolande | 0.50 | Review Fee Applications filed by other law firms for information related to U.S. Trustee's request |
| 03/16/20 | Thompson, Yolande | 0.30 | Serve Fee Application via first class mail |
| 03/16/20 | Thompson, Yolande | 0.30 | Prepare service materials |
| 03/16/20 | Thompson, Yolande | 0.10 | Send courtesy copies of filed Fee Application and Certificate of Service to Judge Drain via FedEx |
| 03/16/20 | Thompson, Yolande | 0.10 | Serve Fee Application via email |
| 03/16/20 | Thompson, Yolande | 0.50 | Finalize and compile Interim Fee Application with respective exhibits |
| 03/16/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re filing first interim fee application |
| 03/16/20 | Thompson, Yolande | 0.30 | E-file First Interim Fee Application |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/16/20 | Thompson, Yolande | 0.20 | E-file Certificate of Service |
| 03/16/20 | Thompson, Yolande | 0.80 | Peruse Appendix B Guidelines for Reviewing Fee Applications by Attorneys in Larger Chapter 11 Cases |
| 03/16/20 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re preparing supplement to fee application re budget, comparable rates and answers to several questions regarding fee applications to comply with Large Fee Guidelines per U.S. Trustee's request |
| 03/16/20 | Thompson, Yolande | 0.20 | Prepare Certificate of Service |
| 03/17/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re information needed to complete supplement |
| 03/17/20 | Thompson, Yolande | 2.00 | Continue preparing draft Supplement to Fee Application |
| 03/17/20 | Thompson, Yolande | 0.20 | Emails and telephone conference with Mr. Bruner in Accounting re information regarding comparable rates needed to complete supplement |
| 03/17/20 | Thompson, Yolande | 0.50 | Review information received from Accounting and calculate related amounts to be disclosed in supplement |
| 03/17/20 | Thompson, Yolande | 0.50 | Review sample Supplements to Fee Application |
| 03/18/20 | DaCunha, Alyssa | 0.40 | Multiple communications with Ms. Thompson re supplemental filing |
| 03/18/20 | Thompson, Yolande | 0.20 | Emails with Ms. DaCunha re information to be included in Supplement and related exhibits |
| 03/18/20 | Thompson, Yolande | 1.50 | Proofread and finalize draft Supplement to Fee Application for |

Client No. 1653300           Purdue Pharma, L.P.
Matter No. 1653300-00136    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | attorney review |
| 03/18/20 | Thompson, Yolande | 0.20 | Review information regarding comparable rates |
| 03/18/20 | Thompson, Yolande | 0.10 | Emails with Mr. Bruner in Accounting re information regarding comparable rates |
| 03/18/20 | Thompson, Yolande | 0.20 | Retrieve certain fee applications requested by Mr. DaCunha |
| 03/18/20 | Thompson, Yolande | 0.30 | Peruse Appendix B Guidelines Fillable Forms on U.S. Trustee's website |
| 03/19/20 | DaCunha, Alyssa | 0.90 | Revise supplemental fee application |
| 03/19/20 | DaCunha, Alyssa | 0.80 | Multiple communications with Mr. Brown, Ms. Thompson re supplemental fee application |
| 03/19/20 | Thompson, Yolande | 0.20 | Revise Supplement to Fee Application |
| 03/19/20 | Thompson, Yolande | 0.10 | Review emails between Ms. DaCunha and Mr. Bruner in Accounting re whether firm prepared budget for client |
| 03/19/20 | Thompson, Yolande | 0.20 | Emails with Ms. DaCunha re revisions to Supplement |
| 03/20/20 | DaCunha, Alyssa | 0.70 | Multiple communications with Ms. Thompson, Ms. Pierce, Mr. Shuster re supplemental fee application |
| 03/20/20 | DaCunha, Alyssa | 0.60 | Revise supplemental fee application |
| 03/20/20 | Pierce, Allyson | 0.20 | Review emails from Ms. DaCunha, Mr. Shuster and Ms. Thompson re finalizing fee application |
| 03/20/20 | Pierce, Allyson | 0.20 | Review fee application for compliance with UST guidelines |
| 03/20/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. DaCunha re supplement to the fee application |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/20/20 | Thompson, Yolande | 0.50 | Review information received from Accounting related to First Interim Fee Application to respond to Ms. DaCunha |
| 03/20/20 | Thompson, Yolande | 0.20 | Revise Supplement to Fee Application |
| 03/20/20 | Thompson, Yolande | 0.20 | Emails with Ms. DaCunha re revising certain information contained in Supplement to Fee Application |
| 03/23/20 | DaCunha, Alyssa | 0.50 | Multiple communications with Ms. Thompson, Mr. Shuster re supplemental fee application |
| 03/23/20 | DaCunha, Alyssa | 0.70 | Revise supplemental fee application |
| 03/23/20 | Thompson, Yolande | 0.20 | Revise Supplement to include statement about preparing project category budget |
| 03/23/20 | Thompson, Yolande | 0.10 | Review emails from Ms. DaCunha and Mr. Shuster re approval of supplement to fee application and transmitting same to U.S. Trustee |
| 03/23/20 | Thompson, Yolande | 0.10 | Email to Ms. DaCunha and Mr. Shuster re suggested revision to supplement to fee application |
| 03/23/20 | Thompson, Yolande | 0.10 | Review email from Mr. Schwartzberg re including statement in supplement about preparing project category budget |
| 03/23/20 | Thompson, Yolande | 0.20 | Prepare draft Certificate of Service for Supplement |
| 03/23/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re draft invoice for February 2020 |
| 03/24/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re status of finalizing invoice for February 2020 |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00136               Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/25/20 | DaCunha, Alyssa | 0.30 | Revise supplemental fee application |
| 03/25/20 | DaCunha, Alyssa | 0.50 | Multiple communications with Mr. Shuster, Ms. Thompson re revised supplemental fee application |
| 03/25/20 | Thompson, Yolande | 0.10 | Prepare Supplement to First Interim Fee Application for filing |
| 03/25/20 | Thompson, Yolande | 0.10 | Emails with Services re printing and sending packages containing filed Supplement via first class mail and via FedEx to Chambers |
| 03/25/20 | Thompson, Yolande | 0.20 | E-file Certificate of Service |
| 03/25/20 | Thompson, Yolande | 0.10 | Review emails between Ms. DaCunha and Mr. Shuster re revisions to supplement |
| 03/25/20 | Thompson, Yolande | 0.20 | E-file Supplement to First Interim Fee Application |
| 03/25/20 | Thompson, Yolande | 0.10 | Serve Supplement to Fee Application via email |
| 03/25/20 | Thompson, Yolande | 0.20 | Emails with Mr. Shuster re revisions to supplement to fee application |
| 03/25/20 | Thompson, Yolande | 0.10 | Prepare Certificate of Service for filing |
| 03/25/20 | Thompson, Yolande | 0.10 | Review emails between Mr. Shuster and U.S. Trustee re revisions to supplement |
| 03/25/20 | Thompson, Yolande | 0.20 | Prepare service materials |
| 03/25/20 | Thompson, Yolande | 0.30 | Revise Supplement accordingly |
| 03/31/20 | Thompson, Yolande | 2.60 | Prepare draft monthly fee statement for February 2020 |
| 03/31/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re revisions to invoice for February 2020 |

**49.30**

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|

**L400 - Congressional Investigation**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/02/20 | Rockett, Elizabeth W | 0.60 | Complete ███████ |
| 03/03/20 | Brown, Reginald | 0.60 | ██████ call |
| 03/03/20 | DaCunha, Alyssa | 1.00 | Participate in █████ |
| 03/03/20 | DaCunha, Alyssa | 1.80 | Revise █████ |
| 03/03/20 | DaCunha, Alyssa | 0.20 | Multiple communications with █ |
| 03/03/20 | DaCunha, Alyssa | 0.20 | Multiple communications with █ |
| 03/03/20 | Rockett, Elizabeth W | 0.60 | Complete █████ |
| 03/03/20 | Rockett, Elizabeth W | 5.00 | Monitor and summarize █████ |
| 03/03/20 | Satten-Lopez, Elena M. | 0.70 | Attention to █████ |
| 03/03/20 | Satten-Lopez, Elena M. | 0.20 | Confer with █████ |
| 03/03/20 | Satten-Lopez, Elena M. | 0.20 | Research █████ |
| 03/04/20 | DaCunha, Alyssa | 0.60 | Multiple communications with █ |
| 03/04/20 | Menz, Sheila E. | 1.20 | Multiple communications with █ |
| 03/04/20 | Rockett, Elizabeth W | 0.60 | Complete █████ |
| 03/04/20 | Satten-Lopez, Elena M. | 2.20 | Prepare █████ |
| 03/04/20 | Shemesh, Tamir | 3.00 | Prepare █████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/04/20 | Stroede, Phoebe | 6.90 | Cross reference ████████ |
| 03/04/20 | Stroede, Phoebe | 1.40 | Confirm ████████ |
| 03/05/20 | Chau, Truong | 0.20 | Revise ████████ |
| 03/05/20 | Hromada, Patricia | 0.60 | Conduct ████████ |
| 03/05/20 | Lannon, William E. | 0.60 | Prepare ████████ |
| 03/05/20 | Lazarre, Allyson | 0.50 | Create ████████ |
| 03/05/20 | Menz, Sheila E. | 0.60 | Confer ████████ |
| 03/05/20 | Menz, Sheila E. | 0.30 | Analyze ████████ |
| 03/05/20 | Satten-Lopez, Elena M. | 7.00 | Revise ████████ |
| 03/05/20 | Satten-Lopez, Elena M. | 0.90 | Confer with ████████ |
| 03/05/20 | Stroede, Phoebe | 5.30 | Cross reference ████████ |
| 03/05/20 | Wenik, Saige | 0.60 | Complete ████████ |
| 03/06/20 | DaCunha, Alyssa | 0.80 | Multiple communications with ████████ |
| 03/06/20 | Menz, Sheila E. | 0.10 | Draft ████████ |
| 03/06/20 | Menz, Sheila E. | 0.20 | Multiple email communications |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | with ▮▮▮▮▮▮▮ |
| 03/06/20 | Menz, Sheila E. | 1.20 | Multiple communications with ▮▮▮ ▮▮▮ |
| 03/06/20 | Satten-Lopez, Elena M. | 0.90 | Finalize ▮▮▮ |
| 03/06/20 | Satten-Lopez, Elena M. | 3.80 | Research ▮▮▮ |
| 03/06/20 | Shemesh, Tamir | 2.00 | Prepare ▮▮▮ |
| 03/06/20 | Shemesh, Tamir | 1.50 | Deliver ▮▮▮ |
| 03/06/20 | Stroede, Phoebe | 5.70 | Cross reference ▮▮▮ |
| 03/06/20 | Wenik, Saige | 0.70 | Complete ▮▮▮ |
| 03/09/20 | DaCunha, Alyssa | 1.30 | Revise ▮▮▮ |
| 03/09/20 | DaCunha, Alyssa | 0.30 | Multiple communications with ▮▮▮ |
| 03/09/20 | Wenik, Saige | 0.50 | Complete ▮▮▮ |
| 03/10/20 | DaCunha, Alyssa | 2.90 | Revise ▮▮▮ |
| 03/10/20 | DaCunha, Alyssa | 0.80 | Multiple communications with ▮▮▮ |
| 03/10/20 | Satten-Lopez, Elena M. | 1.00 | Research ▮▮▮ |
| 03/10/20 | Shemesh, Tamir | 0.50 | Prepare ▮▮▮ |
| 03/10/20 | Wenik, Saige | 0.40 | Complete ▮▮▮ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/11/20 | Rockett, Elizabeth W | 0.60 | Complete █████ |
| 03/11/20 | Satten-Lopez, Elena M. | 3.60 | Research ██████ |
| 03/12/20 | DaCunha, Alyssa | 0.50 | Multiple communications with ██████ |
| 03/12/20 | Rockett, Elizabeth W | 0.60 | Complete ██████ |
| 03/12/20 | Satten-Lopez, Elena M. | 0.80 | Research ██████ |
| 03/13/20 | DaCunha, Alyssa | 0.30 | Multiple communications with ██████ |
| 03/13/20 | DaCunha, Alyssa | 0.40 | Multiple communications with ██████ |
| 03/13/20 | Menz, Sheila E. | 0.20 | Review ██████ |
| 03/13/20 | Rockett, Elizabeth W | 0.60 | Complete ██████ |
| 03/13/20 | Satten-Lopez, Elena M. | 1.70 | Research ██████ |
| 03/14/20 | DaCunha, Alyssa | 0.50 | Revise ██████ |
| 03/14/20 | DaCunha, Alyssa | 0.50 | Multiple communications with ██████ |
| 03/14/20 | Satten-Lopez, Elena M. | 1.40 | Research ██████ |
| 03/15/20 | Satten-Lopez, Elena M. | 0.30 | Research ██████ |
| 03/16/20 | Brown, Reginald | 0.50 | ██████ call ██████ |
| 03/16/20 | DaCunha, Alyssa | 0.70 | Revise ██████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/16/20 | DaCunha, Alyssa | 2.40 | Review █████ |
| 03/16/20 | DaCunha, Alyssa | 0.70 | Multiple communications with █████ |
| 03/16/20 | DaCunha, Alyssa | 0.80 | Telecon with █████ |
| 03/16/20 | Hromada, Patricia | 0.50 | Review, analyze █████ |
| 03/16/20 | Menz, Sheila E. | 1.40 | Draft █████ |
| 03/16/20 | Menz, Sheila E. | 0.80 | Participate in █████ |
| 03/16/20 | Menz, Sheila E. | 0.90 | Multiple communications with █████ |
| 03/16/20 | Menz, Sheila E. | 0.50 | Multiple follow-up communications with █████ |
| 03/16/20 | Rockett, Elizabeth W | 0.60 | Complete █████ |
| 03/16/20 | Satten-Lopez, Elena M. | 2.80 | Research █████ |
| 03/16/20 | Satten-Lopez, Elena M. | 1.00 | Revise █████ |
| 03/16/20 | Satten-Lopez, Elena M. | 0.50 | Confer with █████ |
| 03/16/20 | Stroede, Phoebe | 0.40 | Search █████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
|  |  |  | ███████████████ |
| 03/17/20 | Brown, Reginald | 0.50 | █████████ call |
| 03/17/20 | DaCunha, Alyssa | 1.00 | Draft ████████ |
| 03/17/20 | DaCunha, Alyssa | 0.80 | Participate in ████████ |
| 03/17/20 | DaCunha, Alyssa | 1.30 | Review ████████ |
| 03/17/20 | Lannon, William E. | 0.60 | Analyze ██████ |
| 03/17/20 | Rockett, Elizabeth W | 0.60 | Complete ████████ |
| 03/17/20 | Satten-Lopez, Elena M. | 2.30 | Research ███████ █ |
| 03/17/20 | Shemesh, Tamir | 2.00 | Search ██████ |
| 03/17/20 | Shemesh, Tamir | 0.50 | File ███████ |
| 03/18/20 | DaCunha, Alyssa | 1.70 | Revise ██████ |
| 03/18/20 | DaCunha, Alyssa | 2.30 | Review ████████ |
| 03/18/20 | DaCunha, Alyssa | 0.20 | Multiple communications with ████████ |
| 03/18/20 | Menz, Sheila E. | 0.20 | Confer with ██████ |
| 03/18/20 | Menz, Sheila E. | 0.80 | Multiple communications with ██████ |
| 03/18/20 | Rockett, Elizabeth W | 0.60 | Complete ████████ |
| 03/18/20 | Satten-Lopez, Elena M. | 7.10 | Research ██████ |
| 03/18/20 | Stroede, Phoebe | 0.60 | Assist ████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/19/20 | DaCunha, Alyssa | 0.80 | Revise █████████████ |
| 03/19/20 | Rockett, Elizabeth W | 0.60 | Complete ████████████ |
| 03/19/20 | Satten-Lopez, Elena M. | 0.60 | Research ██████████ |
| 03/20/20 | DaCunha, Alyssa | 0.30 | Draft ████████ |
| 03/20/20 | DaCunha, Alyssa | 0.60 | Multiple communications with ████ |
| 03/20/20 | DaCunha, Alyssa | 0.90 | Revise █████████ |
| 03/20/20 | Hromada, Patricia | 0.20 | Communications with ████ |
| 03/20/20 | Murphy, Aaron P. | 0.80 | Research ███████ |
| 03/20/20 | Rockett, Elizabeth W | 0.60 | Complete ██████████ |
| 03/20/20 | Satten-Lopez, Elena M. | 6.60 | Research █████████ |
| 03/21/20 | Satten-Lopez, Elena M. | 0.70 | Research █████████ |
| 03/22/20 | Menz, Sheila E. | 4.80 | Revise ██████ |
| 03/22/20 | Satten-Lopez, Elena M. | 0.10 | Research ████ |
| 03/23/20 | Coker, Russell | 6.40 | Identify and organize ████ |
| 03/23/20 | DaCunha, Alyssa | 0.60 | Revise █████████ |
| 03/23/20 | DaCunha, Alyssa | 0.50 | Review ████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/23/20 | DaCunha, Alyssa | 0.50 | Revise █████████████ |
| 03/23/20 | DaCunha, Alyssa | 0.70 | Multiple communications with ████ ████████ |
| 03/23/20 | Dillard, Jeffrey | 0.10 | Download ████████████ █████████████ |
| 03/23/20 | Hromada, Patricia | 2.60 | Revise ██████████ |
| 03/23/20 | Hromada, Patricia | 0.30 | Communications with ████████ |
| 03/23/20 | Lannon, William E. | 0.40 | File ████████████ |
| 03/23/20 | Menz, Sheila E. | 6.70 | Multiple revisions to ████████ |
| 03/23/20 | Menz, Sheila E. | 1.40 | Multiple communications with ████ ██████████ |
| 03/23/20 | Rockett, Elizabeth W | 0.60 | Complete ████████ |
| 03/23/20 | Satten-Lopez, Elena M. | 3.40 | Revise ████████ |
| 03/23/20 | Shemesh, Tamir | 3.00 | Prepare ████████ |
| 03/23/20 | Shemesh, Tamir | 0.50 | Prepare ████████ |
| 03/23/20 | Stroede, Phoebe | 6.60 | Cross reference █████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/24/20 | Brown, Reginald | 0.60 | call |
| 03/24/20 | Brown, Reginald | 3.00 | Review |
| 03/24/20 | Brown, Reginald | 0.90 | call |
| 03/24/20 | DaCunha, Alyssa | 0.50 | Revise |
| 03/24/20 | DaCunha, Alyssa | 0.90 | Participate in |
| 03/24/20 | DaCunha, Alyssa | 0.40 | Telecon with |
| 03/24/20 | DaCunha, Alyssa | 0.30 | Telecon with |
| 03/24/20 | Menz, Sheila E. | 0.40 | Research |
| 03/24/20 | Menz, Sheila E. | 0.50 | call |
| 03/24/20 | Menz, Sheila E. | 0.80 | Review |
| 03/24/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 03/24/20 | Satten-Lopez, Elena M. | 2.50 | Revise |
| 03/24/20 | Satten-Lopez, Elena M. | 0.10 | Confer with |
| 03/24/20 | Satten-Lopez, Elena M. | 0.60 | Confer with |
| 03/25/20 | DaCunha, Alyssa | 2.40 | Revise |
| 03/25/20 | DaCunha, Alyssa | 0.60 | Multiple communications with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/25/20 | Menz, Sheila E. | 0.20 | Review |
| 03/25/20 | Menz, Sheila E. | 0.40 | Call with |
| 03/25/20 | Menz, Sheila E. | 0.80 | Implement |
| 03/25/20 | Menz, Sheila E. | 0.20 | Review |
| 03/25/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 03/25/20 | Satten-Lopez, Elena M. | 5.00 | Revise |
| 03/25/20 | Shemesh, Tamir | 1.00 | Prepare |
| 03/26/20 | Brown, Reginald | 1.30 | Prep for |
| 03/26/20 | Brown, Reginald | 1.00 | Participate in |
| 03/26/20 | DaCunha, Alyssa | 0.70 | Finalize |
| 03/26/20 | DaCunha, Alyssa | 1.30 | Participate in |
| 03/26/20 | DaCunha, Alyssa | 1.40 | Participate in |
| 03/26/20 | DaCunha, Alyssa | 0.50 | Multiple communications with |
| 03/26/20 | Menz, Sheila E. | 1.50 | Prep for |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|------:|-------------|
| 03/26/20 | Menz, Sheila E. | 1.30 | Participate in ███████████ |
| 03/26/20 | Menz, Sheila E. | 0.30 | Follow-up communications with ███████████ |
| 03/26/20 | Menz, Sheila E. | 0.50 | Finalize ███████ |
| 03/26/20 | Rockett, Elizabeth W | 0.60 | Complete ███████ |
| 03/26/20 | Satten-Lopez, Elena M. | 0.40 | Confer with ███████ |
| 03/26/20 | Satten-Lopez, Elena M. | 1.30 | Participate in ███████ |
| 03/26/20 | Satten-Lopez, Elena M. | 0.70 | Draft ███████ |
| 03/27/20 | Rockett, Elizabeth W | 0.60 | Complete ███████ |
| 03/30/20 | Rockett, Elizabeth W | 0.60 | Complete ███████ |
| 03/30/20 | Shemesh, Tamir | 1.00 | Prepare ███████ |
| 03/31/20 | DaCunha, Alyssa | 1.20 | Participate in ███████ |
| 03/31/20 | Rockett, Elizabeth W | 0.60 | Complete ███████ |
| | | **209.80** | |

**Total**          **259.10**

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Cost | Description |
|---|---|---|
| 03/01/20 | 57.60 | OTHER - DAY - Hosting Fee: 1.92 GB @ $30.00 ea |
| 03/05/20 | 15.14 | Federal Express Corp; Invoice# 693860941 (Feb-25,2020); Inv#693860941 390508497830 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| 03/05/20 | 17.18 | Federal Express Corp; Invoice# 692339903 (Feb-11,2020); Inv#692339903 390076609704 Shemesh, Tamir TO Akin Gump Strauss Hauer & Feld Steven Ross WASHINGTON DC -- Michelle Leonard |
| 03/05/20 | 169.07 | CDW Direct LLC; Invoice# 27910-030220-E (Mar-02,2020); PO# 48155; Orig Inv# MLV8175; Client Charge back of Apricorn Padlock 500GB Hard Drive (Qty 1); per email from K. Weyant dated Mar. 02, 2020 @ 2:56 PM; Transaction Date: 01/30/2020 -- Rhonda Baggett |
| 03/05/20 | 1.00 | DOCUMENT COLOR PRINTING - DC - FOR 05-Mar-2020 - 30755 |
| 03/06/20 | 0.20 | COLOR PHOTOCOPY - DC - FOR 06-Mar-2020 - 2 PAGE(S) - 30824 |
| 03/06/20 | 5.20 | PHOTOCOPY - DC - FOR 06-Mar-2020 - 52 PAGE(S) - 30824 |
| 03/06/20 | 2.40 | DOCUMENT COLOR PRINTING - DC - FOR 06-Mar-2020 - 28198 |
| Total | **267.79** | |

Client No. 1653300                         Purdue Pharma, L.P.
Matter No. 1653300-00136                   Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 8.40 | 1,550.00 | 13,020.00 |
| DaCunha, Alyssa | 45.00 | 965.00 | 43,425.00 |
| Menz, Sheila E. | 28.20 | 815.00 | 22,983.00 |
| Pierce, Allyson | 2.40 | 595.00 | 1,428.00 |
| Satten-Lopez, Elena M. | 60.40 | 550.00 | 33,220.00 |
| Thompson, Yolande | 40.10 | 545.00 | 21,854.50 |
| Hromada, Patricia | 4.20 | 525.00 | 2,205.00 |
| Chau, Truong | 0.20 | 480.00 | 96.00 |
| Coker, Russell | 6.40 | 445.00 | 2,848.00 |
| Murphy, Aaron P. | 0.80 | 415.00 | 332.00 |
| Dillard, Jeffrey | 0.10 | 415.00 | 41.50 |
| Lannon, William E. | 2.50 | 385.00 | 962.50 |
| Wenik, Saige | 2.20 | 325.00 | 715.00 |
| Stroede, Phoebe | 26.90 | 300.00 | 8,070.00 |
| Rockett, Elizabeth W | 15.80 | 275.00 | 4,345.00 |
| Shemesh, Tamir | 15.00 | 275.00 | 4,125.00 |
| Lazarre, Allyson | 0.50 | 155.00 | 77.50 |
| **Total Legal Services** | **259.10** | | **$159,748.00** |

| Task | Description | Hours | Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 49.30 | 29,322.50 |
| L400 | Congressional Investigation | 209.80 | 130,425.50 |
| **Total Legal Services** | | **259.10** | **$159,748.00** |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00136               Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

## DISBURSEMENTS

| Description | Total |
|---|---|
| WHDS DATA HOSTING - INGESTED DOCUMENTS DOCUMENT INSTANCE HOSTING | 57.60 |
| PHOTOCOPY COLOR | 0.20 |
| PHOTOCOPY | 5.20 |
| MISCELLANEOUS | 169.07 |
| FEDERAL EXPRESS | 32.32 |
| DOCUMENT PRINTING COLOR | 3.40 |
| **Total Disbursements** | **$267.79** |