WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**SIXTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE
AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Name of Applicant | Wilmer Cutler Pickering Hale and Dorr LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | April 1, 2020 through April 30, 2020 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total compensation requested in this statement** | $34,980.00[2]<br>(80% of $43,725.00) |
| **Total reimbursement of expenses requested in this statement** | $193.25 |
| **Total compensation and reimbursement requested in this statement** | $35,173.25 |
| **This is a(n):**   _X Monthly Application   __ Interim Application   __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 25, 2019 [Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Sixth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2020 Through April 30, 2020* ("**Fee Statement**").[3] By this Fee Statement, WilmerHale seeks (i) compensation in the amount of $34,980.00 which is 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $43,725.00), and (ii)

---

[2] This amount reflects an agreed reduction in fees in the amount of $5,962.50.

[3] The period from April 1, 2020 through and including April 30, 2020 is referred to herein as the "**Fee Period**."

payment of $193.25 for the actual, necessary expenses that WilmerHale incurred in connection with rendering such services during the Fee Period.

### **Itemization of Services Rendered and Disbursement Incurred**

1.　　Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories WilmerHale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, WilmerHale incurred $49,687.50 in fees during the Fee Period and, pursuant to its agreement with Purdue Pharma, L.P., reduced that amount to $43,725.00.  Pursuant to this Fee Statement, WilmerHale seeks compensation for 80% of such fees, totaling $34,980.00.

2.　　Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $1,034.97.[4]  The blended hourly billing rate of all paraprofessionals is $406.64.[5]

3.　　Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or disbursed in the amount of $193.25 in connection with providing professional services to the Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.  Only the clients for whom the services are actually used are separately charged for such services.

---

[4]  The blended hourly billing rate of $1,034.97 for attorneys is derived by dividing the total fees for attorneys of $37,569.50 by the total hours of 36.30.

[5]  The blended hourly billing rate of $406.64 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $12,118.00 by the total hours of 29.80.

The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.       Attached hereto as **Exhibit D** is the related invoice showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.       WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $34,980.00 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $43,725.00), and (ii) payment of $193.25 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: June 15, 2020
      New York, New York

By:    /s/ George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE
AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors
in Possession*

## Exhibit A

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (B160) | 17.40 | 10,187.00 |
| Congressional Investigation (L400) | 48.70 | 39,500.00 |
| **Total** | **66.10** | **$49,687.50** |
| **Less Agreed Reduction** | | **-$5,962.50** |
| **GRAND TOTAL** | **66.10** | **$43,725.00** |

## **Exhibit B**

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 8.00 | 12,400.00 |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 965.00 | 19.80 | 19,107.00 |
| **Partners Total** | | | **27.80** | **$31,507.00** |
| **Associates and Attorneys** | | | | |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 815.00 | 5.10 | 4,156.50 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 2.60 | 1,430.00 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring ("BFR"). | 595.00 | 0.80 | 476.00 |
| **Associates and Attorneys Total** | | | **8.50** | **$6,062.50** |
| **Paraprofessionals** | | | | |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 385.00 | 1.90 | 731.50 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 13.10 | 3,602.50 |

---

[1] WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Megan I. Scanlon | Sr. Research and Reference Specialist; joined firm in 2019; Library and Research Services. | 505.00 | 0.30 | 151.50 |
| Tamir Shemesh | Project Assistant; joined firm in 2018; Securities Litigation & Enforcement. | 275.00 | 1.00 | 275.00 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; BFR. | 545.00 | 13.50 | 7,357.50 |
| **Paraprofessionals Total** | | | **29.80** | **$12,118.00** |
| **TOTAL** | | | **66.10** | **$49,687.50** |
| **Less Agreed Reduction** | | | | -$5,962.50 |
| **GRAND TOTAL** | | | **66.10** | **$43,725.00** |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| Court Services | 70.00 |
| Data Hosting | 57.60 |
| Document Printing Color[1] | 35.30 |
| Federal Express | 30.35 |
| **TOTAL** | **$193.25** |

---

[1] During the Fee Period, WilmerHale charged $0.10 per page for color document printing and $0.00 per page for printing in black and white.

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# WILMERHALE  ⊞

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 06/08/20 |
| Invoice No. | 2592776 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through April 30, 2020 in connection with the Post Bankruptcy:
House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 49,687.50 |
| Less 12% Volume Discount | | -5,962.50 |
| Total Disbursements | | 193.25 |
| **Total Amount Due** | **$** | **43,918.25** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ██████

Routing Number: ██████

Citibank NA One Penn's Way New Castle, DE  19720
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020


Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| **B160 - Fee/Employment Applications** | | | |
| 04/01/20 | Thompson, Yolande | 0.50 | Review draft invoice to ensure compliance with bankruptcy guidelines |
| 04/01/20 | Thompson, Yolande | 2.20 | Continue preparing draft monthly fee statement and related exhibits for February |
| 04/02/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy and Mr. Bowling in Accounting re printing charges |
| 04/02/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re finalizing invoice for February fee statement |
| 04/02/20 | Thompson, Yolande | 2.40 | Revise draft monthly fee statement and related exhibits for February |
| 04/03/20 | Thompson, Yolande | 0.10 | Emails with Mr. Bowling in Accounting re finalizing invoice for February fee statement |
| 04/06/20 | Thompson, Yolande | 0.10 | Email to Ms. Kennedy re finalizing invoice for February fee statement |
| 04/07/20 | Thompson, Yolande | 0.20 | Emails with Ms. Kennedy re finalizing invoice for February fee statement |
| 04/07/20 | Thompson, Yolande | 2.40 | Update draft monthly fee statment and related exhibits for February |
| 04/08/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. Thompson re fee statement |
| 04/08/20 | Pierce, Allyson | 0.30 | Review draft of February fee statement |
| 04/08/20 | Pierce, Allyson | 0.10 | Email Ms. DaCunha re review of February fee statement and |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00136               Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | redaction |
| 04/08/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re monthly fee statement and final invoice for redaction for review |
| 04/08/20 | Thompson, Yolande | 0.20 | Review Order Authorizing Appointment of Independent Fee Examiner |
| 04/08/20 | Thompson, Yolande | 1.00 | Finalize draft monthly fee statement and related exhibits for attorney review |
| 04/08/20 | Thompson, Yolande | 0.20 | Prepare draft Certificate of Service for Fourth Monthly Fee Statement |
| 04/08/20 | Thompson, Yolande | 0.10 | Update service labels to include fee examiner |
| 04/08/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re final invoice for February fee statement |
| 04/08/20 | Thompson, Yolande | 0.10 | Review email from Ms. Pierce to Ms. DaCunha re monthly fee statement and final invoice for redaction |
| 04/14/20 | DaCunha, Alyssa | 0.30 | Review draft fee statement, filing |
| 04/14/20 | DaCunha, Alyssa | 0.20 | Multiple communications with Ms. Pierce re fee statements |
| 04/14/20 | Pierce, Allyson | 0.10 | Email Ms. DaCunha re fourth fee application |
| 04/14/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. Thompson re fourth fee application |
| 04/14/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re February fee statement |
| 04/15/20 | Lannon, William E. | 1.10 | Redact materials for filing |
| 04/15/20 | Thompson, Yolande | 0.10 | Serve fee statement upon notices parties via email |
| 04/15/20 | Thompson, Yolande | 0.30 | Finalize fee statement and exhibits for filing |

Client No. 1653300                       Purdue Pharma, L.P.
Matter No. 1653300-00136                 Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/15/20 | Thompson, Yolande | 0.10 | Finalize Certificate of Service for filing |
| 04/15/20 | Thompson, Yolande | 0.10 | Emails with Services re printing and scanning fee statement for filing per Ms. DaCunha's instructions |
| 04/15/20 | Thompson, Yolande | 0.10 | Emails with Services re printing and sending packages containing filed fee statement via first class mail and via FedEx to Chambers |
| 04/15/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 04/15/20 | Thompson, Yolande | 0.20 | Prepare service materials |
| 04/15/20 | Thompson, Yolande | 0.10 | Emails with Ms. DaCunha re redacted invoice and filed fee statement |
| 04/15/20 | Thompson, Yolande | 0.20 | E-file Fourth Monthly Fee Statement |
| 04/20/20 | DaCunha, Alyssa | 0.70 | Multiple communications with Ms. Menz, Mr. Byrnes, Mr. Shuster, Mr. Consla re fee application hearing |
| 04/20/20 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re CourtSolutions account |
| 04/20/20 | Thompson, Yolande | 0.10 | Review emails from Ms. DaCunha and Mr. Shuster re scheduling telephonic participation in April 22nd hearing on fee application |
| 04/20/20 | Thompson, Yolande | 0.20 | Emails with Ms. DaCunha and Mr. Byrnes re fee statements and application filed in case and retrieve same from files |
| 04/20/20 | Thompson, Yolande | 0.10 | Schedule Mr. Shuster's telephonic participation in April 22nd hearing on CourtSolutions' website |
| 04/20/20 | Thompson, Yolande | 0.10 | Review CourtSolutions approval for Mr. Shuster |
| 04/20/20 | Thompson, Yolande | 0.10 | Schedule Ms. DaCunha's telephonic participation in April 22nd hearing |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | on CourtSolutions' website |
| 04/20/20 | Thompson, Yolande | 0.10 | Set up CourtSolutions account for Ms. DaCunha |
| 04/20/20 | Thompson, Yolande | 0.10 | Review CourtSolutions approval email for Ms. DaCunha |
| 04/20/20 | Thompson, Yolande | 0.10 | Email first interim fee application and supplement to Mr. Shuster and Ms. DaCunha |
| 04/21/20 | DaCunha, Alyssa | 0.40 | Multiple communications with Mr. Brown, Mr. Shuster re fee application hearing |
| 04/22/20 | Thompson, Yolande | 0.10 | Emails with Ms. DaCunha re expense reimbursement for telephonic participation in fee hearing |
| 04/22/20 | Thompson, Yolande | 0.20 | Review and circulate Fee Examiner Order |
| 04/22/20 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re results of fee hearing and fee examiner order |
| 04/27/20 | Pierce, Allyson | 0.10 | Update calendar for second interim fee application deadline |
| 04/27/20 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re LEDES Data for Fee Examiner Review |
| 04/27/20 | Thompson, Yolande | 0.10 | Email to Ms. Kennedy in Accounting requesting time entry detail for September 15, 2019 to January 31, 2020 in LEDES format |
| 04/28/20 | DaCunha, Alyssa | 0.40 | Multiple communications with Mr. Consla, Ms. Thompson re information for fee examiner |
| 04/28/20 | Thompson, Yolande | 0.10 | Review emails from Ms. DaCunha and Mr. Consla at Davis Polk re maintaining confidentiality of data sent to fee examiner |
| 04/28/20 | Thompson, Yolande | 0.20 | Review and rename document |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | names for invoices in LEDES format to include "Confidential" |
| 04/28/20 | Thompson, Yolande | 0.10 | Emails with Ms. DaCunha re invoices in LEDES format for Fee Examiner review |
| 04/28/20 | Thompson, Yolande | 0.10 | Email time entry detail in LEDES format to Mr. Consla at Davis Polk requesting confidential treatment for same |
| 04/28/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re time entry detail for September 15, 2019 to January 31, 2020 in LEDES format |
| | | **17.40** | |

L400 - Congressional Investigation

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/01/20 | Rockett, Elizabeth W | 0.60 | Complete ███████████████ |
| 04/02/20 | Brown, Reginald | 0.80 | Confer with ████████████ |
| 04/02/20 | Brown, Reginald | 1.00 | ████ call with █████ |
| 04/02/20 | DaCunha, Alyssa | 0.30 | Multiple communications with ██ ███████████████ |
| 04/02/20 | DaCunha, Alyssa | 1.90 | Participate in telecon with ███ ███████████████ |
| 04/02/20 | Rockett, Elizabeth W | 0.60 | Complete ███████████████ |
| 04/03/20 | Rockett, Elizabeth W | 0.60 | Complete ███████████████ |
| 04/04/20 | DaCunha, Alyssa | 0.50 | Draft ████████████████ |
| 04/05/20 | Brown, Reginald | 2.30 | ███████ call with █████████ |

Client No. 1653300  
Matter No. 1653300-00136

Purdue Pharma, L.P.  
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776  
Invoice Date 06/08/20  
Legal Services through April 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/05/20 | DaCunha, Alyssa | 0.20 | Multiple communications with ███ ███████ |
| 04/05/20 | DaCunha, Alyssa | 2.00 | Participate in ████████ █ |
| 04/06/20 | DaCunha, Alyssa | 2.50 | Participate in ██████████ |
| 04/06/20 | Rockett, Elizabeth W | 0.60 | Complete ██████████████████ |
| 04/07/20 | Rockett, Elizabeth W | 0.60 | Complete ██████████████████ |
| 04/08/20 | DaCunha, Alyssa | 0.50 | Multiple communications with ████████████████ |
| 04/08/20 | Lannon, William E. | 0.80 | Prepare ██████████████████ |
| 04/08/20 | Menz, Sheila E. | 0.60 | Identify ████████████████ █ |
| 04/08/20 | Menz, Sheila E. | 0.40 | Multiple communications with ████████████████████████ |
| 04/08/20 | Rockett, Elizabeth W | 0.60 | Complete ███████████████ █ |
| 04/08/20 | Shemesh, Tamir | 0.50 | Revise ██████████ |
| 04/08/20 | Shemesh, Tamir | 0.50 | Prepare ████████████ █ |
| 04/09/20 | Rockett, Elizabeth W | 0.60 | Complete ███████████████ █ |
| 04/10/20 | Rockett, Elizabeth W | 0.60 | Complete ███████████████ █ |
| 04/13/20 | Brown, Reginald | 1.00 | █████████ call |
| 04/13/20 | DaCunha, Alyssa | 1.60 | Participate in ██████████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/13/20 | Rockett, Elizabeth W | 0.60 | Complete ███████████ |
| 04/14/20 | Brown, Reginald | 0.60 | ███████ call |
| 04/14/20 | DaCunha, Alyssa | 0.50 | Participate in ██████ |
| 04/14/20 | Rockett, Elizabeth W | 0.60 | Complete ██████ |
| 04/15/20 | DaCunha, Alyssa | 0.30 | Research ███████ |
| 04/15/20 | Rockett, Elizabeth W | 0.50 | Complete ██████ |
| 04/15/20 | Rockett, Elizabeth W | 0.60 | Complete ██████ |
| 04/16/20 | Rockett, Elizabeth W | 0.60 | Complete ██████ |
| 04/17/20 | Rockett, Elizabeth W | 0.60 | Complete ██████ |
| 04/20/20 | DaCunha, Alyssa | 0.50 | Revise ██████ |
| 04/20/20 | DaCunha, Alyssa | 0.50 | Multiple communications with ██████ |
| 04/20/20 | Menz, Sheila E. | 1.90 | Draft ██████ |
| 04/20/20 | Menz, Sheila E. | 0.30 | Communicate with ██████ |
| 04/20/20 | Menz, Sheila E. | 0.30 | Finalize ██████ |
| 04/20/20 | Rockett, Elizabeth W | 0.60 | Complete ██████ |
| 04/20/20 | Satten-Lopez, Elena M. | 0.60 | Research ██████ |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/20/20 | Satten-Lopez, Elena M. | 0.50 | Review ▉ |
| 04/20/20 | Scanlon, Megan I | 0.30 | ▉ reviewed for ▉ |
| 04/21/20 | Brown, Reginald | 0.80 | Participate in ▉ |
| 04/21/20 | DaCunha, Alyssa | 0.60 | Participate in ▉ |
| 04/21/20 | DaCunha, Alyssa | 0.60 | Multiple communications with ▉ |
| 04/21/20 | Menz, Sheila E. | 0.20 | Prep for call with ▉ |
| 04/21/20 | Rockett, Elizabeth W | 0.60 | Complete ▉ |
| 04/21/20 | Satten-Lopez, Elena M. | 0.20 | Prepare for call ▉ |
| 04/22/20 | DaCunha, Alyssa | 1.00 | Participate in ▉ |
| 04/22/20 | DaCunha, Alyssa | 0.30 | Multiple communications with ▉ |
| 04/22/20 | Menz, Sheila E. | 0.20 | Analyze ▉ |
| 04/22/20 | Rockett, Elizabeth W | 0.60 | Complete ▉ |
| 04/23/20 | Rockett, Elizabeth W | 0.60 | Complete ▉ |
| 04/24/20 | Rockett, Elizabeth W | 0.60 | Complete ▉ |
| 04/27/20 | Brown, Reginald | 0.50 | Call ▉ |
| 04/27/20 | DaCunha, Alyssa | 0.50 | Telecon with ▉ |

Client No. 1653300                        Purdue Pharma, L.P.
Matter No. 1653300-00136                  Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/27/20 | DaCunha, Alyssa | 0.50 | Multiple communications with █ |
| 04/27/20 | Menz, Sheila E. | 0.30 | Multiple communications with █ |
| 04/27/20 | Menz, Sheila E. | 0.20 | Summarize █ |
| 04/27/20 | Menz, Sheila E. | 0.50 | Call with █ |
| 04/27/20 | Menz, Sheila E. | 0.20 | Analyze █ |
| 04/27/20 | Rockett, Elizabeth W | 0.60 | Complete █ |
| 04/27/20 | Satten-Lopez, Elena M. | 1.30 | Research █ |
| 04/28/20 | Brown, Reginald | 1.00 | █ call |
| 04/28/20 | DaCunha, Alyssa | 1.00 | Participate in █ |
| 04/28/20 | Rockett, Elizabeth W | 0.60 | Complete █ |
| 04/29/20 | Rockett, Elizabeth W | 0.60 | Complete █ |
| 04/30/20 | DaCunha, Alyssa | 2.00 | Participate in █ |
| | | **48.70** | |

**Total**                                **66.10**

Client No. 1653300                              Purdue Pharma, L.P.
Matter No. 1653300-00136                        Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

| Date | Cost | Description |
|------|------|-------------|
| 04/01/20 | 57.60 | OTHER - DAY - Hosting Fee: 1.92 GB @ $30.00 ea |
| 04/02/20 | 3.50 | DOCUMENT COLOR PRINTING - DC - FOR 02-Apr-2020 - 30824 Color Blowbacks CHARGED ON 25-MAR-2020 - 35 PAGE(S) |
| 04/02/20 | 27.30 | DOCUMENT COLOR PRINTING - DC - FOR 02-Apr-2020 - 03832 Color Blowbacks CHARGED ON 24-MAR-2020 - 273 PAGE(S) |
| 04/08/20 | 15.25 | Federal Express Corp; Invoice# 695890481 (Mar-17,2020); Inv#695890481 391023171455 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| 04/08/20 | 15.10 | Federal Express Corp; Invoice# 696580485 (Mar-24,2020); Inv#696580485 391136512703 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| 04/28/20 | 4.50 | DOCUMENT COLOR PRINTING - DC - FOR 28-Apr-2020 - 21578 Color Blowbacks CHARGED ON 21-APR-2020 - 45 PAGE(S) |
| 04/29/20 | 70.00 | Court Costs, Yolande Thompson, 04/22/20, INV: 4137684504291352; Payment for Ms. DaCunha's telephonic participation in April 22, 2020 hearing. (COURTSOLUTIONS, NEW YORK, NY) |
| Total | **193.25** | |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 8.00 | 1,550.00 | 12,400.00 |
| DaCunha, Alyssa | 19.80 | 965.00 | 19,107.00 |
| Menz, Sheila E. | 5.10 | 815.00 | 4,156.50 |
| Pierce, Allyson | 0.80 | 595.00 | 476.00 |
| Satten-Lopez, Elena M. | 2.60 | 550.00 | 1,430.00 |
| Thompson, Yolande | 13.50 | 545.00 | 7,357.50 |
| Scanlon, Megan I | 0.30 | 505.00 | 151.50 |
| Lannon, William E. | 1.90 | 385.00 | 731.50 |
| Rockett, Elizabeth W | 13.10 | 275.00 | 3,602.50 |
| Shemesh, Tamir | 1.00 | 275.00 | 275.00 |
| **Total Legal Services** | **66.10** | | **$49,687.50** |

| Task | Description | Hours | Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 17.40 | 10,187.00 |
| L400 | Congressional Investigation | 48.70 | 39,500.50 |
| **Total Legal Services** | | **66.10** | **$49,687.50** |

**DISBURSEMENTS**

| Description | Total |
|---|---|
| WHDS DATA HOSTING - INGESTED DOCUMENTS DOCUMENT INSTANCE HOSTING | 57.60 |
| FEDERAL EXPRESS | 30.35 |
| DOCUMENT PRINTING COLOR | 35.30 |
| COURT SERVICES | 70.00 |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00136               Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

| Description | Total |
|---|---|
| **Total Disbursements** | **$193.25** |