**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF SIXTH MONTHLY FEE STATEMENT OF
JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | April 1, 2020 through April 30, 2020 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $5,422.10 |

This is a(n):   monthly  x    interim  __    final application  __

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**SIXTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
**April 1, 2020 through April 30, 2020**

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 14.5 |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 54.0 |
| 4 | Debtor Communication | - |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence | 210.0 |
| 10 | Business Plan | - |
| 11 | Case Strategy | 29.0 |
| **Total** | | **307.5** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-head/Managing Director, Debt Advisory & Restructuring | 38.5 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 13.0 |
| Jaspinder Kanwal | Vice President, Debt Advisory & Restructuring | 54.5 |
| Ben Troester | Analyst, Debt Advisory & Restructuring | 58.0 |
| Kevin Chen | Analyst, Debt Advisory & Restructuring | 60.0 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 34.0 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 18.0 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 14.0 |
| Connor Hattersley | Analyst, Global Healthcare Investment Banking | 17.5 |
| **Total** | | **307.5** |

**SIXTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**April 1, 2020 through April 30, 2020**

| **Category** | **April 2020** |
| --- | --- |
| Meals | $40.60 |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | $5,381.50 |
| General | - |
| **Total Expenses** | **$5,422.10** |

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**SIXTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from April 1, 2020 through April 30, 2020 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $5,422.10. In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4. On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2] A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5. On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Retention Application.

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6. On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7. By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from April 1, 2020 through April 30, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $5,422.10.

3

8.    All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as <u>Exhibit A</u>.

9.    The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

**Actual and Necessary Expenses**

10.   Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order. As set forth in greater detail in the summary attached hereto as <u>Exhibit B</u>, Jefferies' total expenses incurred during the Compensation Period are $5,422.10, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from April 1, 2020 through April 30, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $5,422.10.

Dated:  June 15, 2020            Respectfully submitted,
        New York, New York

                                 */s/ Leon Szlezinger*
                                 Leon Szlezinger
                                 Managing Director and Joint Global Head of
                                 Debt Advisory & Restructuring
                                 JEFFERIES LLC

**<u>Exhibit A</u>**

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | **April 1, 2020 - April 30, 2020 Hours for Case Administration / General** | | **14.5** | |
| 04/07/20 | Kevin Chen | Prepare draft monthly fee statement | 3.5 | 1 |
| 04/10/20 | Benjamin Troester | Prepare draft monthly fee statement | 1.5 | 1 |
| 04/10/20 | Kevin Chen | Prepare draft monthly fee statement | 1.5 | 1 |
| 04/11/20 | Leon Szlezinger | Review draft monthly fee statement | 0.5 | 1 |
| 04/11/20 | Benjamin Troester | Review draft monthly fee statement | 1.0 | 1 |
| 04/12/20 | Jaspinder Kanwal | Review draft monthly fee statement | 0.5 | 1 |
| 04/14/20 | Leon Szlezinger | Review draft monthly fee statement | 0.5 | 1 |
| 04/14/20 | Robert White | Review draft monthly fee statement | 0.5 | 1 |
| 04/15/20 | Kevin Chen | Administrative work re: Protective Order | 0.5 | 1 |
| 04/15/20 | Kevin Chen | Prepare draft monthly fee statement | 0.5 | 1 |
| 04/20/20 | Benjamin Troester | Review LEDES data for fee examiner | 0.5 | 1 |
| 04/20/20 | Kevin Chen | Prepare LEDES data for fee examiner | 2.0 | 1 |
| 04/25/20 | Jaspinder Kanwal | Review LEDES data for fee examiner | 0.5 | 1 |
| 04/26/20 | Leon Szlezinger | Review LEDES data for fee examiner | 0.5 | 1 |
| 04/28/20 | Kevin Chen | Prepare LEDES data for fee examiner | 0.5 | 1 |
| | | | | |
| | **April 1, 2020 - April 30, 2020 Hours for Creditor Communication** | | **54.0** | |
| 04/02/20 | Benjamin Troester | Review PHI and IAC diligence responses | 2.5 | 3 |
| 04/03/20 | Leon Szlezinger | UCC Weekly Update call | 1.0 | 3 |
| 04/03/20 | Robert White | UCC Weekly Update call | 1.0 | 3 |
| 04/03/20 | Jaspinder Kanwal | UCC Weekly Update call | 1.0 | 3 |
| 04/03/20 | Benjamin Troester | UCC Weekly Update call | 1.0 | 3 |
| 04/03/20 | Kevin Chen | UCC Weekly Update call | 1.0 | 3 |
| 04/03/20 | Kevin Sheridan | UCC Weekly Update call | 1.0 | 3 |
| 04/06/20 | Leon Szlezinger | Prepare for UCC Weekly Update call | 0.5 | 3 |
| 04/06/20 | Leon Szlezinger | UCC Weekly Update call | 1.0 | 3 |
| 04/06/20 | Jaspinder Kanwal | UCC Weekly Update call | 1.0 | 3 |
| 04/06/20 | Benjamin Troester | UCC Weekly Update call | 1.0 | 3 |
| 04/06/20 | Kevin Chen | UCC Weekly Update call | 1.0 | 3 |
| 04/06/20 | Kevin Sheridan | UCC Weekly Update call | 1.0 | 3 |
| 04/13/20 | Leon Szlezinger | UCC Weekly Update call | 1.0 | 3 |
| 04/13/20 | Jaspinder Kanwal | UCC Weekly Update call | 1.0 | 3 |
| 04/13/20 | Benjamin Troester | Review Debtor's Business Plan | 2.5 | 3 |
| 04/13/20 | Benjamin Troester | UCC Weekly Update call | 1.0 | 3 |
| 04/13/20 | Kevin Chen | UCC Weekly Update call | 1.0 | 3 |
| 04/13/20 | Kevin Sheridan | UCC Weekly Update call | 1.0 | 3 |
| 04/20/20 | Leon Szlezinger | Prepare for UCC Weekly Update call | 0.5 | 3 |
| 04/20/20 | Leon Szlezinger | UCC Weekly Update call | 1.0 | 3 |
| 04/20/20 | Robert White | UCC Weekly Update call | 1.0 | 3 |
| 04/20/20 | Jaspinder Kanwal | UCC Weekly Update call | 1.0 | 3 |
| 04/20/20 | Benjamin Troester | UCC Weekly Update call | 1.0 | 3 |
| 04/20/20 | Kevin Chen | UCC Weekly Update call | 1.0 | 3 |
| 04/20/20 | Kevin Sheridan | Prepare for UCC Weekly Update Call | 0.5 | 3 |
| 04/20/20 | Kevin Sheridan | UCC Weekly Update call | 1.0 | 3 |
| 04/27/20 | Leon Szlezinger | Prepare for UCC Weekly Update call | 0.5 | 3 |
| 04/27/20 | Leon Szlezinger | UCC Weekly Update call | 1.0 | 3 |
| 04/27/20 | Jaspinder Kanwal | Prepare for UCC weekly update call | 0.5 | 3 |
| 04/27/20 | Jaspinder Kanwal | UCC Weekly Update call | 1.0 | 3 |
| 04/27/20 | Benjamin Troester | UCC Weekly Update call | 1.0 | 3 |
| 04/27/20 | Kevin Chen | UCC Weekly Update call | 1.0 | 3 |
| 04/27/20 | Kevin Sheridan | UCC Weekly Update call | 1.0 | 3 |
| 04/29/20 | Leon Szlezinger | Review preliminary estate value presentation to UCC | 2.0 | 3 |
| 04/29/20 | Kevin Chen | Prepare preliminary estate value presentation to UCC | 1.5 | 3 |
| 04/29/20 | Kevin Sheridan | Review preliminary estate value presentation to UCC | 2.5 | 3 |
| 04/29/20 | James Wiltshire | Prepare preliminary estate value presentation to UCC | 1.5 | 3 |
| 04/29/20 | William Maselli | Prepare preliminary estate value presentation to UCC | 2.5 | 3 |
| 04/29/20 | Connor Hattersley | Prepare preliminary estate value presentation to UCC | 2.5 | 3 |
| 04/30/20 | Leon Szlezinger | Prepare for UCC Weekly Update call | 1.0 | 3 |
| 04/30/20 | Leon Szlezinger | UCC Weekly Update call | 1.0 | 3 |
| 04/30/20 | Robert White | UCC Weekly Update call | 1.0 | 3 |
| 04/30/20 | Jaspinder Kanwal | UCC Weekly Update call | 1.0 | 3 |
| 04/30/20 | Benjamin Troester | UCC Weekly Update call | 1.0 | 3 |
| 04/30/20 | Kevin Chen | UCC Weekly Update call | 1.0 | 3 |
| 04/30/20 | Kevin Sheridan | UCC Weekly Update call | 1.0 | 3 |
| | | | | |
| | **April 1, 2020 - April 30, 2020 Hours for Due Diligence** | | **210.0** | |
| 04/03/20 | Kevin Chen | Review PPLP data room uploads | 1.0 | 9 |
| 04/03/20 | James Wiltshire | Review PPLP data room uploads | 1.0 | 9 |
| 04/04/20 | Benjamin Troester | Review PPLP data room documents | 2.0 | 9 |
| 04/04/20 | Kevin Chen | Review IAC price / volume data | 1.5 | 9 |
| 04/04/20 | Kevin Chen | Update diligence tracker | 1.0 | 9 |
| 04/05/20 | Kevin Chen | Review PPLP data room uploads | 1.5 | 9 |
| 04/07/20 | Jaspinder Kanwal | Review IAC business plan | 4.0 | 9 |
| 04/07/20 | Jaspinder Kanwal | Continue to review IAC business plan | 2.0 | 9 |
| 04/07/20 | Benjamin Troester | Review IAC EU business plan | 3.5 | 9 |
| 04/07/20 | Benjamin Troester | Review IAC LAM business plan | 2.5 | 9 |
| 04/07/20 | Benjamin Troester | Review IAC diligence documents | 1.5 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 04/07/20 | Kevin Chen | *Review IAC diligence responses* | 1.0 | 9 |
| 04/07/20 | James Wiltshire | *Review IAC diligence responses* | 1.5 | 9 |
| 04/07/20 | Connor Hattersley | *Review IAC data room uploads* | 2.0 | 9 |
| 04/08/20 | William Maselli | *Review diligence tracker* | 1.0 | 9 |
| 04/09/20 | Benjamin Troester | *Review Various Motions* | 1.0 | 9 |
| 04/10/20 | Benjamin Troester | *Review IAC IQVIA and price / volume data* | 2.5 | 9 |
| 04/12/20 | Kevin Chen | *Review PPLP data room uploads* | 1.5 | 9 |
| 04/14/20 | Kevin Chen | *Review PPLP data room uploads* | 1.0 | 9 |
| 04/14/20 | Kevin Chen | *Update diligence tracker* | 1.0 | 9 |
| 04/15/20 | Jaspinder Kanwal | *Review diligence tracker* | 1.0 | 9 |
| 04/16/20 | Benjamin Troester | *Update diligence tracker* | 1.0 | 9 |
| 04/17/20 | Leon Szlezinger | *Tax Call with KPMG re: IAC Taxes* | 0.5 | 9 |
| 04/17/20 | Robert White | *Tax Call with KPMG re: IAC Taxes* | 0.5 | 9 |
| 04/17/20 | Robert White | *Review notes call with KPMG re: IAC Tax* | 0.5 | 9 |
| 04/17/20 | Jaspinder Kanwal | *Tax Call with KPMG re: IAC Taxes* | 0.5 | 9 |
| 04/17/20 | Jaspinder Kanwal | *Review notes from KPMG tax call* | 0.5 | 9 |
| 04/17/20 | Jaspinder Kanwal | *Review KPMG tax presentation* | 2.0 | 9 |
| 04/17/20 | Benjamin Troester | *Tax Call with KPMG re: IAC Taxes* | 0.5 | 9 |
| 04/17/20 | Benjamin Troester | *Organize notes from KPMG tax call* | 1.0 | 9 |
| 04/17/20 | Benjamin Troester | *Review KPMG tax presentation* | 1.0 | 9 |
| 04/17/20 | Kevin Chen | *Tax Call with KPMG re: IAC Taxes* | 0.5 | 9 |
| 04/17/20 | Kevin Chen | *Organize notes from Tax Call with KPMG re: IAC Taxes* | 0.5 | 9 |
| 04/17/20 | Kevin Chen | *Review IAC data room uploads* | 1.0 | 9 |
| 04/17/20 | Kevin Sheridan | *Tax Call with KPMG re: IAC Taxes* | 0.5 | 9 |
| 04/17/20 | James Wiltshire | *Tax Call with KPMG re: IAC Taxes* | 0.5 | 9 |
| 04/17/20 | James Wiltshire | *Review notes from KPMG tax call* | 0.5 | 9 |
| 04/17/20 | William Maselli | *Tax Call with KPMG re: IAC Taxes* | 0.5 | 9 |
| 04/17/20 | William Maselli | *Review notes from KPMG tax call* | 0.5 | 9 |
| 04/17/20 | William Maselli | *Review KPMG tax presentation* | 1.0 | 9 |
| 04/17/20 | Connor Hattersley | *Tax Call with KPMG re: IAC Taxes* | 0.5 | 9 |
| 04/17/20 | Connor Hattersley | *Organize notes from Tax Call with KPMG re: IAC Taxes* | 1.0 | 9 |
| 04/17/20 | Connor Hattersley | *Review KPMG tax presentation* | 0.5 | 9 |
| 04/18/20 | Leon Szlezinger | *Review notes from KPMG tax call* | 0.5 | 9 |
| 04/18/20 | Leon Szlezinger | *Review KPMG tax presentation* | 1.5 | 9 |
| 04/18/20 | Kevin Chen | *Update diligence tracker* | 1.0 | 9 |
| 04/18/20 | Kevin Chen | *Review updated IAC financials* | 2.5 | 9 |
| 04/18/20 | Kevin Sheridan | *Review notes from KPMG tax call* | 0.5 | 9 |
| 04/18/20 | Kevin Sheridan | *Review KPMG tax presentation* | 0.5 | 9 |
| 04/18/20 | James Wiltshire | *Review KPMG tax presentation* | 1.5 | 9 |
| 04/19/20 | Leon Szlezinger | *Review IAC business plan* | 1.0 | 9 |
| 04/19/20 | Leon Szlezinger | *Review updated IAC financials* | 1.5 | 9 |
| 04/19/20 | Robert White | *Review KPMG tax presentation* | 1.5 | 9 |
| 04/19/20 | Jaspinder Kanwal | *Review updated IAC financials* | 3.0 | 9 |
| 04/19/20 | Benjamin Troester | *Review IAC data room documents* | 2.0 | 9 |
| 04/19/20 | Benjamin Troester | *Review PPLP data room documents* | 1.0 | 9 |
| 04/19/20 | Benjamin Troester | *Update diligence tracker* | 1.0 | 9 |
| 04/19/20 | Kevin Chen | *Review PPLP data room uploads* | 1.0 | 9 |
| 04/20/20 | Benjamin Troester | *Review updated IAC financials* | 2.5 | 9 |
| 04/20/20 | James Wiltshire | *Review IAC business plan* | 1.0 | 9 |
| 04/20/20 | James Wiltshire | *Market research re: IAC drugs* | 1.5 | 9 |
| 04/20/20 | William Maselli | *Market research on IAC drugs* | 2.0 | 9 |
| 04/21/20 | Kevin Chen | *Review KPMG tax presentation* | 1.5 | 9 |
| 04/22/20 | Jaspinder Kanwal | *Review PPLP business plan* | 4.0 | 9 |
| 04/22/20 | Benjamin Troester | *Review PPLP data room uploads* | 2.5 | 9 |
| 04/22/20 | Kevin Chen | *Review IAC data room uploads* | 1.0 | 9 |
| 04/22/20 | Kevin Sheridan | *Review IAC business plan* | 3.0 | 9 |
| 04/23/20 | Kevin Chen | *Review PPLP business plan* | 2.0 | 9 |
| 04/24/20 | Kevin Chen | *Update PHI financial analysis* | 3.5 | 9 |
| 04/25/20 | Benjamin Troester | *Review PHI financial analysis* | 1.0 | 9 |
| 04/25/20 | Kevin Chen | *Review PPLP data room uploads* | 2.0 | 9 |
| 04/25/20 | Kevin Sheridan | *Review IAC market research summary* | 1.5 | 9 |
| 04/25/20 | James Wiltshire | *Review IAC IQVIA data* | 1.0 | 9 |
| 04/26/20 | Jaspinder Kanwal | *Review IAC market research* | 1.0 | 9 |
| 04/26/20 | Jaspinder Kanwal | *Review PHI financial analysis* | 2.5 | 9 |
| 04/26/20 | Kevin Chen | *Update diligence tracker* | 1.5 | 9 |
| 04/26/20 | Kevin Sheridan | *Review PHI materials from Debtor* | 2.0 | 9 |
| 04/26/20 | Connor Hattersley | *Review and consolidate PHI materials from Debtor* | 1.5 | 9 |
| 04/27/20 | Leon Szlezinger | *Review PHI materials from Debtor* | 3.0 | 9 |
| 04/27/20 | Leon Szlezinger | *Continue to review PHI materials from Debtor* | 2.5 | 9 |
| 04/27/20 | Kevin Chen | *Review PHI materials* | 1.5 | 9 |
| 04/27/20 | William Maselli | *Review PHI financial analysis* | 1.5 | 9 |
| 04/28/20 | Leon Szlezinger | *Review Province presentation on PPLP business plan* | 3.0 | 9 |
| 04/28/20 | Leon Szlezinger | *Continue to review Province presentation on PPLP business plan* | 1.5 | 9 |
| 04/28/20 | Jaspinder Kanwal | *Review Province presentation on PPLP business plan* | 3.5 | 9 |
| 04/28/20 | Jaspinder Kanwal | *Continue to review Province presentation on PPLP business plan* | 2.5 | 9 |
| 04/28/20 | Benjamin Troester | *Review PHI materials from Debtor* | 2.5 | 9 |
| 04/28/20 | Benjamin Troester | *Review Province business plan presentation* | 3.0 | 9 |
| 04/28/20 | Kevin Chen | *Review Province presentation on PPLP business plan* | 2.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 04/28/20 | Kevin Sheridan | Review IAC IQVIA data | 1.5 | 9 |
| 04/28/20 | Kevin Sheridan | Review Province presentation on PPLP business plan | 3.0 | 9 |
| 04/29/20 | Robert White | Review Province presentation on PPLP business plan | 1.5 | 9 |
| 04/29/20 | Robert White | Review preliminary estate value presentation to UCC | 1.0 | 9 |
| 04/29/20 | Jaspinder Kanwal | Review updated IAC financial model from Debtors | 3.5 | 9 |
| 04/29/20 | Jaspinder Kanwal | Continue to review updated IAC financial model from Debtors | 4.0 | 9 |
| 04/29/20 | Kevin Chen | Review updated IAC financial model from Debtors | 3.0 | 9 |
| 04/30/20 | Leon Szlezinger | Call with IAC re: IQVIA data | 1.0 | 9 |
| 04/30/20 | Leon Szlezinger | Review notes from IAC IQVIA data call | 0.5 | 9 |
| 04/30/20 | Leon Szlezinger | Review Debtor's updated April business plan | 3.5 | 9 |
| 04/30/20 | Leon Szlezinger | Continue to review Debtor's updated April business plan | 2.5 | 9 |
| 04/30/20 | Robert White | Call with IAC re: IQVIA data | 1.0 | 9 |
| 04/30/20 | Robert White | Review Debtor's updated April business plan | 2.0 | 9 |
| 04/30/20 | Jaspinder Kanwal | Call with IAC re: IQVIA data | 1.0 | 9 |
| 04/30/20 | Jaspinder Kanwal | Review notes from IAC IQVIA call | 0.5 | 9 |
| 04/30/20 | Jaspinder Kanwal | Review Debtor's updated April business plan | 3.0 | 9 |
| 04/30/20 | Jaspinder Kanwal | Continue to review Debtor's updated April business plan | 4.0 | 9 |
| 04/30/20 | Benjamin Troester | Call with IAC advisors re: IQVIA data | 1.0 | 9 |
| 04/30/20 | Benjamin Troester | Review notes from IAC call re: IQVIA data | 0.5 | 9 |
| 04/30/20 | Benjamin Troester | Review updated April business plan documents | 5.5 | 9 |
| 04/30/20 | Kevin Chen | Call with IAC re: IQVIA data | 1.0 | 9 |
| 04/30/20 | Kevin Chen | Organize notes from Call with IAC re: IQVIA data | 1.0 | 9 |
| 04/30/20 | Kevin Chen | Review IAC diligence responses | 1.5 | 9 |
| 04/30/20 | Kevin Chen | Review Debtor's updated April business plan | 3.5 | 9 |
| 04/30/20 | Kevin Sheridan | Call with IAC re: IQVIA data | 1.0 | 9 |
| 04/30/20 | Kevin Sheridan | Review notes from IAC IQVIA call | 1.0 | 9 |
| 04/30/20 | Kevin Sheridan | Review Debtor's updated April business plan | 3.5 | 9 |
| 04/30/20 | Kevin Sheridan | Continue to review Debtor's updated April business plan | 2.5 | 9 |
| 04/30/20 | Kevin Sheridan | Review updated IAC financial model from Debtors | 1.5 | 9 |
| 04/30/20 | James Wiltshire | Review updated IAC financial model from Debtors | 3.0 | 9 |
| 04/30/20 | James Wiltshire | Call with IAC re: IQVIA data | 1.0 | 9 |
| 04/30/20 | James Wiltshire | Review IAC IQVIA data | 1.5 | 9 |
| 04/30/20 | William Maselli | Review Debtor's updated April business plan | 1.5 | 9 |
| 04/30/20 | William Maselli | Call with IAC re: IQVIA data | 1.0 | 9 |
| 04/30/20 | Connor Hattersley | Review updated IAC financial model from Debtors | 3.0 | 9 |
| 04/30/20 | Connor Hattersley | Review Debtor's updated April business plan | 2.5 | 9 |
| 04/30/20 | Connor Hattersley | Call with IAC re: IQVIA data | 1.0 | 9 |
| | | **April 1, 2020 - April 30, 2020 Hours for Case Strategy** | **29.0** | |
| 04/27/20 | Jaspinder Kanwal | Internal workstreams discussion | 0.5 | 11 |
| 04/27/20 | Jaspinder Kanwal | Review notes from internal workstreams discussion | 0.5 | 11 |
| 04/27/20 | Benjamin Troester | Prepare for internal discussion | 0.5 | 11 |
| 04/27/20 | Benjamin Troester | Internal discussion re: various workstreams | 0.5 | 11 |
| 04/27/20 | Kevin Chen | Internal workstreams discussion | 0.5 | 11 |
| 04/28/20 | Leon Szlezinger | Prepare for FA coordination call | 0.5 | 11 |
| 04/28/20 | Leon Szlezinger | FA coordination call | 0.5 | 11 |
| 04/28/20 | Jaspinder Kanwal | FA coordination call | 0.5 | 11 |
| 04/28/20 | Benjamin Troester | FA coordination call | 0.5 | 11 |
| 04/28/20 | Kevin Chen | FA coordination call | 0.5 | 11 |
| 04/28/20 | Kevin Chen | Organize notes from FA coordination call | 0.5 | 11 |
| 04/28/20 | Kevin Sheridan | FA coordination call | 0.5 | 11 |
| 04/28/20 | James Wiltshire | FA coordination call | 0.5 | 11 |
| 04/28/20 | William Maselli | FA coordination call | 0.5 | 11 |
| 04/29/20 | Leon Szlezinger | Internal discussion re: updated PPLP business plan | 0.5 | 11 |
| 04/29/20 | Leon Szlezinger | Review notes from internal discussion re: updated PPLP business plan | 0.5 | 11 |
| 04/29/20 | Leon Szlezinger | Prepare for PPLP business plan discussion with Province | 0.5 | 11 |
| 04/29/20 | Leon Szlezinger | PPLP business plan discussion with Province | 1.0 | 11 |
| 04/29/20 | Leon Szlezinger | Review notes from PPLP business plan discussion with Province | 0.5 | 11 |
| 04/29/20 | Robert White | Internal discussion re: updated PPLP business plan | 0.5 | 11 |
| 04/29/20 | Robert White | PPLP business plan discussion with Province | 1.0 | 11 |
| 04/29/20 | Jaspinder Kanwal | Prepare for internal discussion re: updated PPLP business plan | 1.5 | 11 |
| 04/29/20 | Jaspinder Kanwal | Internal discussion re: updated PPLP business plan | 0.5 | 11 |
| 04/29/20 | Jaspinder Kanwal | PPLP business plan discussion with Province | 1.0 | 11 |
| 04/29/20 | Benjamin Troester | Review updated PPLP business plan documents | 1.5 | 11 |
| 04/29/20 | Benjamin Troester | Internal discussion re: updated PPLP business plan | 0.5 | 11 |
| 04/29/20 | Benjamin Troester | Organize notes from internal discussion re: updated PPLP business plan | 0.5 | 11 |
| 04/29/20 | Benjamin Troester | Discussion with Province re: PPLP business plan | 1.0 | 11 |
| 04/29/20 | Kevin Chen | Internal discussion re: updated PPLP business plan | 0.5 | 11 |
| 04/29/20 | Kevin Chen | PPLP business plan discussion with Province | 1.0 | 11 |
| 04/29/20 | Kevin Sheridan | Internal discussion re: updated PPLP business plan | 0.5 | 11 |
| 04/29/20 | Kevin Sheridan | PPLP business plan discussion with Province | 1.0 | 11 |
| 04/29/20 | Kevin Sheridan | Review notes from PPLP business plan discussion with Province | 1.0 | 11 |
| 04/29/20 | James Wiltshire | Internal discussion re: updated PPLP business plan | 0.5 | 11 |
| 04/29/20 | James Wiltshire | PPLP business plan discussion with Province | 1.0 | 11 |
| 04/29/20 | James Wiltshire | Review notes from PPLP business plan discussion with Province | 0.5 | 11 |
| 04/29/20 | William Maselli | Internal discussion re: updated PPLP business plan | 0.5 | 11 |
| 04/29/20 | William Maselli | PPLP business plan discussion with Province | 1.0 | 11 |
| 04/29/20 | William Maselli | Review notes from PPLP business plan discussion with Province | 0.5 | 11 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---:|---:|
| 04/29/20 | Connor Hattersley | *Internal discussion re: updated PPLP business plan* | 0.5 | 11 |
| 04/29/20 | Connor Hattersley | *Organize notes from Internal discussion re: updated PPLP business plan* | 0.5 | 11 |
| 04/29/20 | Connor Hattersley | *PPLP business plan discussion with Province* | 1.0 | 11 |
| 04/29/20 | Connor Hattersley | *Organize notes from PPLP business plan discussion with Province* | 1.0 | 11 |

## Exhibit B

**Expenses**

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Jaspinder S Kanwal | 8.10 | 04/28/20 | Meals & Entertainment | Overtime meal, worked past 8pm |
| Jaspinder S Kanwal | 12.50 | 04/29/20 | Meals & Entertainment | Overtime meal, worked past 8pm |
| Jaspinder S Kanwal | 20.00 | 04/30/20 | Meals & Entertainment | Overtime meal, worked past 8pm |
| Baker Botts LLP | 5,381.50 | 04/30/20 | Legal | Invoice from legal counsel |

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|

# BAKER BOTTS LLP

Austin London
Beijing Moscow
Brussels New York
Dallas Palo Alto
Dubai Riyadh
Hong Kong San Francisco
**Houston** Washington

TAX ID 74-1195457

JEFFERIES LLC
Suite 1000
3 Allen Center
Houston, TX 77002

Invoice Number: 1697850
Invoice Date: May 8, 2020
Attorney: R L Spigel

Total fees for services and expenses for the matter shown below through April 30, 2020.

**082383.0108**
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/03/20 | J R Herz | 1.1 | Draft Feb. 2020 monthly fee statement (.8); emails with E. Lisovicz and Akin team concerning second interim fee app (.2); email P Topper re: Feb. 2020 time records (.1) |
| 04/03/20 | R L Spigel | 0.1 | Review February monthly fee statement |
| 04/07/20 | J R Herz | 0.1 | Email B. Troester re: fourth monthly fee statement (.1) |
| 04/10/20 | J R Herz | 0.3 | Review order appointing fee examiner concerning steps that Jefferies needs to take to comply with same (.2); email Jefferies re order appointing fee examiner (.1) |
| 04/10/20 | R L Spigel | 0.1 | Email with J. Herz re fee exmainer order |
| 04/14/20 | J R Herz | 0.3 | Email with R. Spigel re email to examiner (.1); Email to D. Klauder re: Jefferies' filed fee applications (.2) |
| 04/14/20 | R L Spigel | 0.1 | Email with J. Herz re fee examiner |
| 04/15/20 | J R Herz | 0.5 | Review and comment on Feb. 2020 fee statement (.3); emails (x2) comments to K. Chen (Jefferies) re same (.2) |
| 04/15/20 | R L Spigel | 0.2 | Review Feb. fee statement; email with J. Herz re same; reviewing emails from client and from Akin (E. Lisovicz) re same |
| 04/16/20 | J R Herz | 0.5 | Review and finalize Feb. 2020 fee statement (.3); email Jefferies team re: interim fee app hearing (.1); email E. Lisovicz re: Feb. 2020 fee statement (.1) |
| 04/21/20 | J R Herz | 0.2 | Email R. Spigel re: hearing prep for hearing on interim fee application (.2) |
| 04/21/20 | R L Spigel | 0.2 | Prepare for fee hearing |

**BAKER BOTTS** LLP

JEFFERIES LLC
Purdue Retention

| | Invoice No: | 1697850 |
|---|---|---|
| | Invoice Date: | May 8, 2020 |
| | Matter: | 082383.0108 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/22/20 | R L Spigel | 0.9 | Attend fee hearing (.8); follow up with L. Szlezinger and team re same (.1) |
| 04/27/20 | R L Spigel | 0.1 | Emails with J. Herz re fee order; review same |
| 04/28/20 | J R Herz | 0.2 | Email E. Lisovicz re: providing materials to the examiner (.2). |
| 04/29/20 | J R Herz | 0.4 | Revise fourth monthly fee statement for filing today (.2); email E. Lisovicz re: fourth monthly fee application (.1); email K. Chen re: filed version of fourth monthly fee application (.1) |
| 04/30/20 | J R Herz | 0.3 | Email E. Lisovicz re: sending materials to fee examiner (.1); email K. Chen re: LEDES data for Feb. to send to Fee Examiner (.1); email fee examiner re Feb. monthly fee statement (.1) |

**Matter Hours**           5.60
**Matter Fees**           $5,311.50

**BAKER BOTTS** LLP

JEFFERIES LLC
Purdue Retention

Invoice No: 1697850
Invoice Date: May 8, 2020
Matter: 082383.0108

**2020 Lawyer Summary**

| Timekeeper | HOURS | RATE | TOTAL |
|---|---|---|---|
| Herz, J R | 3.9 | 865.00 | 3,373.50 |
| Spigel, R L | 1.7 | 1,140.00 | 1,938.00 |
|  | **5.6** |  | **$5,311.50** |

**For Expenses Incurred:**

| | |
|---|---|
| Court fees AMERICAN EXPRESS ROBIN LAURIE SPIGEL Court Fees Fee hearing via teleconference with J. Herz, R. Spigel and Judge Robert Drain re Purdue Pharma, et al.. 4/22/20 | 70.00 |

**Total Expenses** **$70.00**

| | |
|---|---|
| Total Current Fees | $5,311.50 |
| Total Current Costs | $70.00 |
| **Total Due This Invoice** | **$5,381.50** |

Page 3