KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah H. Bryan

*Information Agent for the Official Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.* | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

---------------------------------------------------------------x

**FIFTH MONTHLY FEE STATEMENT OF KURTZMAN CARSON
CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED
AND EXPENSES INCURRED AS INFORMATION AGENT FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| General Information | |
| --- | --- |
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |

| Summary of Fees and Expenses Sought in the Fee Application | |
| --- | --- |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | April 1, 2020 through April 30, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $60,090.82 (80% of $75,113.52) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $6,006.79 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $66,097.61 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its third monthly fee statement (the "Monthly Fee Statement") for the period beginning February 1, 2020 through and including February 29, 2020 (the "Fee Period"). During the Fee Period, the fees and expenses incurred by KCC were $81,396.14.[2]

---

[2]    This includes $115.78 in sales and use tax.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $66,097.61, which represents 80% of KCC's total fees for reasonable and necessary professional services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**. A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**. A schedule of expenses incurred by category.

c. **Exhibit C**. KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties"). (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

Attn: Sarah H. Bryan, Email: sbryan@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on June 29, 2020** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated:  June 15, 2020
       El Segundo, California

*/s/ Sarah H. Bryan*
**KURTZMAN CARSON CONSULTANTS LLC**
Sarah H. Bryan
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

## CERTIFICATION

I, Sarah H. Bryan, pursuant to 28 U.S.C. § 1746, state as follows:

      a)      I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

      b)      I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

      c)      I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  June 15, 2020
      El Segundo, California


                                  _____

                                    Sarah H. Bryan

**Exhibit A**

**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| ACY | Aiesha Clay | Consultant | 48.20 | $188.10 | $9,066.42 |
| AOP | Alfredo Pastor | Consultant | 1.40 | $182.60 | $255.64 |
| ATE | Ana Arias | Consultant | 2.00 | $182.60 | $365.20 |
| BSR | Brian Schauer | Consultant | 0.20 | $128.50 | $25.70 |
| BSZ | Bobbie Szlembarska | Consultant | 0.20 | $141.40 | $28.28 |
| BYH | Bryanna Hensley | Consultant | 7.10 | $182.60 | $1,296.46 |
| CCE | Cerene Credo | Consultant | 4.30 | $135.85 | $584.15 |
| CET | Christopher Estes | Consultant | 34.20 | $184.80 | $6,320.16 |
| CHD | Christopher Do | Senior Consultant | 3.80 | $188.10 | $714.78 |
| CJC | Caitlin Corrie | Consultant | 4.80 | $113.85 | $546.47 |
| DAK | Dayna Kosinski | Consultant | 0.40 | $141.35 | $56.54 |
| EJG | Evan Gershbein | Senior Managing Consultant | 2.40 | $210.48 | $505.16 |
| ESI | Elliser Silla | Consultant | 11.10 | $182.60 | $2,026.86 |
| FRO | Francisco Rodriguez | Consultant | 0.30 | $141.37 | $42.41 |
| GYC | Gregory Crosby | Consultant | 17.40 | $182.60 | $3,177.24 |
| HBU | Hannah Bussey | Consultant | 32.10 | $182.60 | $5,861.46 |
| ICO | Ignacio Corona | Clerk | 0.40 | $48.95 | $19.58 |
| IPA | Isabel Padilla | Consultant | 7.80 | $182.60 | $1,438.03 |
| JBU | Joseph Bunning | Senior Consultant | 72.20 | $188.10 | $13,580.82 |
| JCC | Janece Carr | Consultant | 17.60 | $182.60 | $3,213.76 |
| JDG | Jennifer Grageda | Consultant | 0.10 | $182.60 | $18.26 |
| JHM | Joetta Thomas | Consultant | 24.70 | $182.60 | $4,510.22 |
| JHT | James Hunt | Clerk | 0.10 | $49.00 | $4.90 |
| JKS | Jake Sulpice | Consultant | 0.90 | $113.87 | $102.48 |
| KDT | Keith Taylor | Clerk | 0.60 | $48.95 | $29.37 |
| KYF | Kimberly Foree | Consultant | 15.40 | $182.60 | $2,812.04 |
| LUG | Luis Gonzales | Clerk | 0.20 | $49.00 | $9.80 |
| MAP | Manuel Pastor | Consultant | 4.40 | $182.60 | $803.44 |
| MDO | Matthew Orr | Consultant | 3.10 | $182.60 | $566.06 |
| MVZ | Michael Valadez | Consultant | 1.60 | $182.60 | $292.16 |
| PS | Other Project Specialist | Project Specialist | 4.10 | $100.00 | $410.00 |
| RHR | Robert Harrison | Consultant | 14.50 | $182.60 | $2,647.70 |
| RIO | Rosemary Ibarra | Clerk | 0.60 | $48.95 | $29.37 |
| SEB | Senayt Berhe | Consultant | 5.70 | $135.85 | $774.34 |
| SPI | Sophia Brown | Consultant | 14.30 | $182.60 | $2,611.18 |

| | | | | | |
|---|---|---|---|---|---|
| STP | Stephanie Paul | Consultant | 30.50 | $113.85 | $3,472.43 |
| SYU | Susan Yu | Consultant | 16.40 | $184.80 | $3,030.72 |
| TFL | Teresa Flores | Consultant | 19.40 | $113.85 | $2,208.68 |
| THA | Tori Harris | Consultant | 5.40 | $182.60 | $986.04 |
| TPE | Thomas Peterson | Consultant | 1.00 | $182.60 | $182.60 |
| TRI | Thomas Richmond | Consultant | 0.10 | $118.50 | $11.85 |
| VTM | Vien Marquez | Consultant | 2.60 | $182.60 | $474.76 |
| | | | | | |
| | **TOTAL:** | | **433.6** | | **$75,113.52** |

**Exhibit B**

**Summary of Expenses by Category**

| Category | Units | Rate | Amount |
|---|---|---|---|
| Electronic Imaging | 94 | $0.11 | $10.34 |
| Storage Rental | | | $8.00 |
| Reimbursement of Case Related Phone Costs | | | $2,538.51 |
| First Class Mail | | | $414.15 |
| Printing and Mailing Expenses | | | $3,035.79 |
| | | | |
| **TOTAL** | | | **$6,006.79** |

**<u>Exhibit C</u>**

**<u>Invoice</u>**

# Kurtzman Carson Consultants LLC

04/01/2020 - 04/30/2020

## Total Hourly Fees by Employee

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| ACY | Aiesha Clay | CON | 48.20 | $188.10 | $9,066.42 |
| AOP | Alfredo Pastor | CON | 1.40 | $182.60 | $255.64 |
| ATE | Ana Arias | CON | 2.00 | $182.60 | $365.20 |
| BSR | Brian Schauer | CON | 0.20 | $128.50 | $25.70 |
| BSZ | Bobbie Szlembarska | CON | 0.20 | $141.40 | $28.28 |
| BYH | Bryanna Hensley | CON | 7.10 | $182.60 | $1,296.46 |
| CCE | Cerene Credo | CON | 4.30 | $135.85 | $584.15 |
| CET | Christopher Estes | CON | 34.20 | $184.80 | $6,320.16 |
| CHD | Christopher Do | SC | 3.80 | $188.10 | $714.78 |
| CJC | Caitlin Corrie | CON | 4.80 | $113.85 | $546.47 |
| DAK | Dayna Kosinski | CON | 0.40 | $141.35 | $56.54 |
| EJG | Evan Gershbein | SMC | 2.40 | $210.48 | $505.16 |
| ESI | Elliser Silla | CON | 11.10 | $182.60 | $2,026.86 |
| FRO | Francisco Rodriquez | CON | 0.30 | $141.37 | $42.41 |
| GYC | Gregory Crosby | CON | 17.40 | $182.60 | $3,177.24 |
| HBU | Hannah Bussey | CON | 32.10 | $182.60 | $5,861.46 |
| ICO | Ignacio Corona | CL | 0.40 | $48.95 | $19.58 |
| IPA | Isabel Padilla | CON | 7.80 | $184.36 | $1,438.03 |
| JBU | Joseph Bunning | SC | 72.20 | $188.10 | $13,580.82 |
| JCC | Janece Carr | CON | 17.60 | $182.60 | $3,213.76 |
| JDG | Jennifer Grageda | CON | 0.10 | $182.60 | $18.26 |
| JHM | Joetta Thomas | CON | 24.70 | $182.60 | $4,510.22 |
| JHT | James Hunt | CL | 0.10 | $49.00 | $4.90 |
| JKS | Jake Sulpice | CON | 0.90 | $113.87 | $102.48 |
| KDT | Keith Taylor | CL | 0.60 | $48.95 | $29.37 |
| KYF | Kimberly Foree | CON | 15.40 | $182.60 | $2,812.04 |
| LUG | Luis Gonzales | CL | 0.20 | $49.00 | $9.80 |
| MAP | Manuel Pastor | CON | 4.40 | $182.60 | $803.44 |
| MDO | Matthew Orr | CON | 3.10 | $182.60 | $566.06 |
| MVZ | Michael Valadez | CON | 1.60 | $182.60 | $292.16 |
| PS | Other Project Specialist | PS | 4.10 | $100.00 | $410.00 |
| RHR | Robert Harrison | CON | 14.50 | $182.60 | $2,647.70 |
| RIO | Rosemary Ibarra | CL | 0.60 | $48.95 | $29.37 |
| SEB | Senayt Berhe | CON | 5.70 | $135.85 | $774.34 |
| SPI | Sophia Brown | CON | 14.30 | $182.60 | $2,611.18 |
| STP | Stephanie Paul | CON | 30.50 | $113.85 | $3,472.43 |
| SYU | Susan Yu | CON | 16.40 | $184.80 | $3,030.72 |
| TFL | Teresa Flores | CON | 19.40 | $113.85 | $2,208.68 |
| THA | Tori Harris | CON | 5.40 | $182.60 | $986.04 |
| TPE | Thomas Peterson | CON | 1.00 | $182.60 | $182.60 |
| TRI | Thomas Richmond | CON | 0.10 | $118.50 | $11.85 |

## *Kurtzman Carson Consultants LLC*

04/01/2020 - 04/30/2020

### *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| VTM | Vien Marquez | CON | 2.60 | $182.60 | $474.76 |
| | | | | *Total* | **$75,113.52** |

# *Kurtzman Carson Consultants LLC*

*04/01/2020 - 04/30/2020*

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 4/1/2020 | IPA | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 2.50 |
| 4/1/2020 | SYU | Review mail report for Statement re Motion to Extend, Response to Voluntary Commitment,  Jefferies, Bayard, Province, Akin & KCC Interim Fee Apps [DNs 159, 160, 940, 942, 946, 947, 949] | CON | Noticing | 0.10 |
| 4/1/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (9) | CON | Communications / Call Center | 1.00 |
| 4/1/2020 | CET | Respond to creditor inquiries (4) regarding claim filing procedures | CON | Communications / Call Center | 0.70 |
| 4/1/2020 | IPA | Respond to creditor inquiries (4) claim filing procedures | CON | Communications / Call Center | 0.60 |
| 4/1/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (15) | CON | Communications / Call Center | 1.30 |
| | | | | ***Total for 4/1/2020*** | ***6.20*** |
| 4/2/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 2.10 |
| 4/2/2020 | SYU | Review mail report for Motion Authorizing Examinations [DN 981] | CON | Noticing | 0.10 |
| 4/2/2020 | SEB | Listen to and log information from creditor calls to ensure a timely response (5) | CON | Communications / Call Center | 0.50 |
| 4/2/2020 | HBU | Return creditor inquiries (15) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.80 |
| 4/2/2020 | CET | Respond to creditor inquiries (7) regarding claim filing procedures | CON | Communications / Call Center | 1.00 |
| 4/2/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (13) | CON | Communications / Call Center | 1.10 |
| | | | | ***Total for 4/2/2020*** | ***6.60*** |
| 4/3/2020 | EJG | Attention to Cole Schotz Retention App [DN 1013] mailing, including email communication re same | SMC | Noticing | 0.50 |
| 4/3/2020 | VTM | Assist with Cole Schotz Retention App [DN 1013] - Additional Core Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 4/3/2020 | VTM | Assist with Cole Schotz Retention App [DN 1013] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 4/3/2020 | MDO | Assist with Cole Schotz Retention App [DN 1013] - Additional Core Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 4/3/2020 | MDO | Assist with Cole Schotz Retention App [DN 1013] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 4/3/2020 | BSR | Assist with Cole Schotz Retention App [DN 1013] - Additional Core Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 4/3/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 2.20 |
| 4/3/2020 | TRI | Assist with Cole Schotz Retention App [DN 1013] - Additional Core Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 4/3/2020 | CHD | Assist with Cole Schotz Retention App [DN 1013] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SC | Noticing | 0.30 |

# Kurtzman Carson Consultants LLC

### 04/01/2020 - 04/30/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 4/3/2020 | CHD | Assist with Cole Schotz Retention App [DN 1013] - Additional Core Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SC | Noticing | 0.10 |
| 4/3/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Motion to Extend, Response to Voluntary Commitment,  Jefferies, Bayard, Province, Akin & KCC Interim Fee Apps | SC | Noticing | 0.30 |
| 4/3/2020 | MAP | Assist with Cole Schotz Retention App [DN 1013] - Additional Core Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 4/3/2020 | MAP | Assist with Cole Schotz Retention App [DN 1013] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 4/3/2020 | SYU | Correspond with counsel re service of Cole Schotz Retention App | CON | Noticing | 0.10 |
| 4/3/2020 | SYU | Coordinate and generate Cole Schotz Retention App [DN 1013] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 4/3/2020 | SYU | Coordinate and generate Cole Schotz Retention App [DN 1013] - Additional Core Party mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 4/3/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 4/3/2020 | SYU | Update Core2002 List per undeliverable email notification | CON | Noticing | 0.20 |
| 4/3/2020 | SYU | Correspond with counsel re service of Cole Schotz Retention App | CON | Noticing | 0.10 |
| 4/3/2020 | SEB | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.20 |
| 4/3/2020 | HBU | Return creditor inquiries (15) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.50 |
| 4/3/2020 | CET | Respond to creditor inquiries (12) regarding claim filing procedures | CON | Communications / Call Center | 1.50 |
| 4/3/2020 | AOP | Assist with Cole Schotz Retention App [DN 1013] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.40 |
| 4/3/2020 | MVZ | Assist with Cole Schotz Retention App [DN 1013] - Additional Core Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.80 |
| 4/3/2020 | JHT | Assist with Cole Schotz Retention App [DN 1013] - Additional Core Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 4/3/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (17) | CON | Communications / Call Center | 1.50 |
| 4/3/2020 | PS | Professional time for preparing, printing, inserting, sealing, and metering documents | PS | Document Processing | 2.50 |
| | | | *Total for 4/3/2020* | | *16.90* |
| 4/6/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Motion Authorizing Examinations [DN 981] | CON | Noticing | 0.20 |
| 4/6/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 2.20 |
| 4/6/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (17) | CON | Communications / Call Center | 2.50 |
| 4/6/2020 | HBU | Return creditor inquiries (6) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.70 |

## *Kurtzman Carson Consultants LLC*

04/01/2020 - 04/30/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 4/6/2020 | CET | Respond to creditor inquiries (7) regarding claim filing procedures | CON | Communications / Call Center | 1.00 |
| 4/6/2020 | JKS | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.30 |
| 4/6/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (7) | CON | Communications / Call Center | 0.60 |
| | | | ***Total for 4/6/2020*** | | ***7.50*** |
| 4/7/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 2.10 |
| 4/7/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 4/7/2020 | SYU | Prepare Certificate of Service re Cole Schotz Retention App [DN 1013] mailing | CON | Noticing | 0.80 |
| 4/7/2020 | SEB | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.20 |
| 4/7/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (12) | CON | Communications / Call Center | 1.20 |
| 4/7/2020 | HBU | Return creditor inquiries (18) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 2.10 |
| 4/7/2020 | CET | Respond to creditor inquiries (2) regarding claim filing procedures | CON | Communications / Call Center | 0.50 |
| 4/7/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (15) | CON | Communications / Call Center | 1.30 |
| | | | ***Total for 4/7/2020*** | | ***8.30*** |
| 4/8/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 2.30 |
| 4/8/2020 | CHD | Correspond with case team re mailing deadline | SC | Noticing | 1.00 |
| 4/8/2020 | SYU | Correspond with counsel re service of Examination of Financial Institution Motion | CON | Noticing | 0.10 |
| 4/8/2020 | SYU | Coordinate with production re Examination of Financial Institution Motion mailing | CON | Noticing | 0.10 |
| 4/8/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.20 |
| 4/8/2020 | HBU | Return creditor inquiries (22) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 2.60 |
| 4/8/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (15) | CON | Communications / Call Center | 1.30 |
| | | | ***Total for 4/8/2020*** | | ***7.60*** |
| 4/9/2020 | EJG | Attention to Examination of Financial Institution Motion [DN 1026] mailing, including email communication re same | SMC | Noticing | 0.50 |
| 4/9/2020 | MDO | Assist with Examination of Financial Institution Motion [DN 1026] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 4/9/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 2.80 |
| 4/9/2020 | CCE | Coordinate and log creditor calls to ensure timely responses (2) | CON | Communications / Call Center | 0.10 |

# *Kurtzman Carson Consultants LLC*

### 04/01/2020 - 04/30/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 4/9/2020 | CHD | Assist with Examination of Financial Institution Motion [DN 1026] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SC | Noticing | 0.30 |
| 4/9/2020 | MAP | Assist with Examination of Financial Institution Motion [DN 1026] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.50 |
| 4/9/2020 | SYU | Correspond with counsel re service of Examination of Financial Institution Motion | CON | Noticing | 0.10 |
| 4/9/2020 | SYU | Coordinate and generate Examination of Financial Institution Motion [DN 1026] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 4/9/2020 | SYU | Prepare Certificate of Service re Examination of Financial Institution Motion [DN 1026] mailing | CON | Noticing | 0.80 |
| 4/9/2020 | SEB | Listen to and log information from creditor calls to ensure a timely response (5) | CON | Communications / Call Center | 0.50 |
| 4/9/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (4) | CON | Communications / Call Center | 0.40 |
| 4/9/2020 | HBU | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 4/9/2020 | IPA | Respond to creditor inquiries (17) regarding claim filing procedures | CON | Communications / Call Center | 4.70 |
| 4/9/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (41) | CON | Communications / Call Center | 3.50 |
| 4/9/2020 | PS | Professional time for preparing, printing, inserting, sealing, and metering documents | PS | Document Processing | 0.70 |
| | | | *Total for 4/9/2020* | | *17.40* |
| 4/10/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 2.90 |
| 4/10/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement in Support of Motion to Extend [DN 922] | SC | Noticing | 0.20 |
| 4/10/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 4/10/2020 | SYU | Update the public access website re case calendar from counsel | CON | Maintenance of Public Access Website | 0.60 |
| 4/10/2020 | SYU | Update the public access website re case calendar from counsel | CON | Maintenance of Public Access Website | 0.60 |
| 4/10/2020 | SYU | Update the public access website re Bar Date and Proof of Claim Forms | CON | Maintenance of Public Access Website | 2.50 |
| 4/10/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (19) | CON | Communications / Call Center | 1.50 |
| | | | *Total for 4/10/2020* | | *8.40* |
| 4/13/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Cole Schotz Retention App [DN 1013] | CON | Noticing | 0.20 |
| 4/13/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 3.50 |
| 4/13/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Substitution of Counsel [DN 900] | SC | Noticing | 0.20 |

# *Kurtzman Carson Consultants LLC*

*04/01/2020 - 04/30/2020*

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 4/13/2020 | SYU | Update the Core2002 List re filed Notice of Appearance | CON | Noticing | 0.20 |
| 4/13/2020 | SYU | Review mail report for Cole Schotz Retention App [DN 1013] | CON | Noticing | 0.10 |
| 4/13/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (17) | CON | Communications / Call Center | 1.70 |
| 4/13/2020 | HBU | Return creditor inquiries (23) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 3.00 |
| 4/13/2020 | CET | Respond to creditor inquiries (27) regarding claim filing procedures | CON | Communications / Call Center | 3.50 |
| 4/13/2020 | JKS | Manage and review tracking of undeliverable mail re Examination of Financial Institution Motion [DN 1026] | CON | Undeliverable Mail Processing | 0.30 |
| 4/13/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (36) | CON | Communications / Call Center | 3.20 |
| | | | | *Total for 4/13/2020* | *15.90* |
| 4/14/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Examination of Financial Institution Motion [DN 1026] | CON | Noticing | 0.20 |
| 4/14/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 3.10 |
| 4/14/2020 | CCE | Coordinate and log creditor calls to ensure timely responses | CON | Communications / Call Center | 0.10 |
| 4/14/2020 | SEB | Listen to and log information from creditor calls to ensure a timely response (23) | CON | Communications / Call Center | 2.00 |
| 4/14/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (15) | CON | Communications / Call Center | 1.50 |
| 4/14/2020 | HBU | Return creditor inquiries (26) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 3.40 |
| 4/14/2020 | CET | Respond to creditor inquiries (25) regarding claim filing procedures | CON | Communications / Call Center | 3.00 |
| 4/14/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (19) | CON | Communications / Call Center | 1.60 |
| | | | | *Total for 4/14/2020* | *14.90* |
| 4/15/2020 | EJG | Attention to Objection to Allergan Lift Stay Motion [DN 1050] mailing, including email communication re same | SMC | Noticing | 0.50 |
| 4/15/2020 | VTM | Assist with Objection to Allergan Lift Stay Motion [DN 1050] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.60 |
| 4/15/2020 | MDO | Assist with Objection to Allergan Lift Stay Motion [DN 1050] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 4/15/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 3.30 |
| 4/15/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Motion Authorizing Examinations [DN 981] | SC | Noticing | 0.20 |
| 4/15/2020 | CHD | Assist with Objection to Allergan Lift Stay Motion [DN 1050] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SC | Noticing | 0.30 |
| 4/15/2020 | CHD | Correspond with case team re mailing deadline | SC | Noticing | 0.20 |
| 4/15/2020 | MAP | Assist with Objection to Allergan Lift Stay Motion [DN 1050] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.40 |

# *Kurtzman Carson Consultants LLC*

### 04/01/2020 - 04/30/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 4/15/2020 | TPE | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 1.00 |
| 4/15/2020 | SYU | Correspond with counsel re service of Objection to Allergan Lift Stay Motion | CON | Noticing | 0.10 |
| 4/15/2020 | SYU | Coordinate and generate Objection to Allergan Lift Stay Motion [DN 1050] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 4/15/2020 | SYU | Coordinate with production re Objection to Allergan Lift Stay Motion mailing | CON | Noticing | 0.10 |
| 4/15/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (14) | CON | Communications / Call Center | 1.40 |
| 4/15/2020 | HBU | Return creditor inquiries (34) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 4.10 |
| 4/15/2020 | CET | Respond to creditor inquiries (15) regarding claim filing procedures | CON | Communications / Call Center | 2.80 |
| 4/15/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (25) | CON | Communications / Call Center | 2.20 |
| 4/15/2020 | PS | Professional time for preparing, printing, inserting, sealing, and metering documents | PS | Document Processing | 0.90 |
| | | | | **Total for 4/15/2020** | **20.30** |
| 4/16/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 3.80 |
| 4/16/2020 | CCE | Coordinate and log creditor calls to ensure timely responses (10) | CON | Communications / Call Center | 0.60 |
| 4/16/2020 | SEB | Listen to and log information from creditor calls to ensure a timely response (8) | CON | Communications / Call Center | 0.70 |
| 4/16/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (4) | CON | Communications / Call Center | 0.40 |
| 4/16/2020 | HBU | Return creditor inquiries (28) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 3.40 |
| 4/16/2020 | CET | Respond to creditor inquiries (6) regarding claim filing procedures | CON | Communications / Call Center | 1.10 |
| 4/16/2020 | CJC | Listen to and log information from creditor calls to ensure a timely response (4) | CON | Communications / Call Center | 0.40 |
| 4/16/2020 | JKS | Manage and review tracking of undeliverable mail re Objection to Allergan Lift Stay Motion [DN 1050] | CON | Undeliverable Mail Processing | 0.30 |
| 4/16/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (3) | CON | Communications / Call Center | 0.20 |
| | | | | **Total for 4/16/2020** | **10.90** |
| 4/17/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 4.40 |
| 4/17/2020 | CCE | Coordinate and log creditor calls to ensure timely responses (5) | CON | Communications / Call Center | 0.30 |
| 4/17/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for 2nd KCC Fee Statement [DN 927] | SC | Noticing | 0.10 |
| 4/17/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 4/17/2020 | SYU | Prepare Certificate of Service re Objection to Allergan Lift Stay Motion [DN 1050] mailing | CON | Noticing | 0.80 |
| 4/17/2020 | SYU | Update the public access website with case calendar | CON | Maintenance of Public Access Website | 0.30 |

# *Kurtzman Carson Consultants LLC*

### 04/01/2020 - 04/30/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 4/17/2020 | SYU | Update the Master Service List re file Notice of Appearance | CON | Noticing | 0.20 |
| 4/17/2020 | HBU | Return creditor inquiries (11) regarding proof of claim forms, claim procedures, and status of payments | CON | Communications / Call Center | 1.20 |
| 4/17/2020 | CET | Respond to creditor inquiries (23) regarding claim filing procedures | CON | Communications / Call Center | 3.50 |
| 4/17/2020 | CJC | Listen to and log information from creditor calls to ensure a timely response (4) | CON | Communications / Call Center | 0.20 |
| 4/17/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (15) | CON | Communications / Call Center | 1.30 |
| | | | | ***Total for 4/17/2020*** | ***12.40*** |
| 4/20/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 4.20 |
| 4/20/2020 | CCE | Coordinate and log creditor calls to ensure timely responses (25) | CON | Communications / Call Center | 1.90 |
| 4/20/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (9) | CON | Communications / Call Center | 0.90 |
| 4/20/2020 | HBU | Return creditor inquiries (7) regarding proof of claim forms, claim procedures, and status of payments | CON | Communications / Call Center | 1.30 |
| 4/20/2020 | CET | Respond to creditor inquiries (28) regarding claim filing procedures | CON | Communications / Call Center | 4.30 |
| 4/20/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (6) | CON | Communications / Call Center | 0.50 |
| | | | | ***Total for 4/20/2020*** | ***13.10*** |
| 4/21/2020 | JDG | Coordinate and log creditor calls to ensure timely responses | CON | Communications / Call Center | 0.10 |
| 4/21/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 3.70 |
| 4/21/2020 | SYU | Update the Master Service List per filed Notice of Appearance | CON | Noticing | 0.20 |
| 4/21/2020 | SEB | Listen to and log information from creditor calls to ensure a timely response (5) | CON | Communications / Call Center | 0.30 |
| 4/21/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (14) | CON | Communications / Call Center | 1.40 |
| 4/21/2020 | HBU | Return creditor inquiries (21) regarding proof of claim forms, claim procedures, and status of payments | CON | Communications / Call Center | 2.90 |
| 4/21/2020 | CET | Respond to creditor inquiries (28) regarding claim filing procedures | CON | Communications / Call Center | 3.80 |
| 4/21/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (25) | CON | Communications / Call Center | 2.20 |
| | | | | ***Total for 4/21/2020*** | ***14.60*** |
| 4/22/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 3.80 |
| 4/22/2020 | CCE | Coordinate and log creditor calls to ensure timely responses (15) | CON | Communications / Call Center | 1.20 |
| 4/22/2020 | ESI | Read and discuss communications materials in preparation for responding live to creditor inquiries | CON | Communications / Call Center | 0.60 |
| 4/22/2020 | ESI | Respond to creditor inquiries (15) regarding claim filing procedures | CON | Communications / Call Center | 3.40 |

# *Kurtzman Carson Consultants LLC*

04/01/2020 - 04/30/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 4/22/2020 | ATE | Respond to creditor inquiries (14) regarding the Personal Injury Proof of Claim form | CON | Communications / Call Center | 2.00 |
| 4/22/2020 | THA | Respond to creditor inquiries 8 regarding filing claims and submitting claims | CON | Communications / Call Center | 2.60 |
| 4/22/2020 | THA | Read and discuss communications materials in preparation for responding live to creditor inquiries | CON | Communications / Call Center | 0.60 |
| 4/22/2020 | SEB | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 4/22/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (16) | CON | Communications / Call Center | 1.60 |
| 4/22/2020 | HBU | Return creditor inquiries (19) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 2.30 |
| 4/22/2020 | CET | Respond to creditor inquiries (8) regarding claim filing procedures | CON | Communications / Call Center | 1.20 |
| 4/22/2020 | CJC | Listen to and log information from creditor calls to ensure a timely response (30) | CON | Communications / Call Center | 2.10 |
| 4/22/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (50) | CON | Communications / Call Center | 4.30 |
| | | | | *Total for 4/22/2020* | *25.80* |
| 4/23/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 4.50 |
| 4/23/2020 | ESI | Respond to creditor inquiries (19) regarding claim filing procedures | CON | Communications / Call Center | 3.20 |
| 4/23/2020 | THA | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 2.20 |
| 4/23/2020 | SYU | Update the Master Service List per review of the docket | CON | Noticing | 0.20 |
| 4/23/2020 | SEB | Listen to and log information from creditor calls to ensure a timely response (9) | CON | Communications / Call Center | 1.20 |
| 4/23/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (32) | CON | Communications / Call Center | 3.20 |
| 4/23/2020 | CET | Respond to creditor inquiries (9) regarding claim filing procedures | CON | Communications / Call Center | 1.40 |
| 4/23/2020 | CJC | Listen to and log information from creditor calls to ensure a timely response (23) | CON | Communications / Call Center | 1.30 |
| 4/23/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (22) | CON | Communications / Call Center | 1.90 |
| 4/23/2020 | ACY | Participated in training session reviewed FAQ, the kcc website, look over material | CON | Training / Professional Development | 3.50 |
| 4/23/2020 | ACY | Participated in training session reviewed FAQ, the kcc website, look over material | CON | Training / Professional Development | 4.50 |
| 4/23/2020 | GYC | Participated in training in anticipation of taking calls for Purdue Pharma case | CON | Communications / Call Center | 3.50 |
| 4/23/2020 | GYC | Participated in training and review in anticipation of taking calls for Purdue Pharma case | CON | Communications / Call Center | 3.00 |
| 4/23/2020 | JCC | Participated in training and review FAQs in anticipation of taking calls for Purdue Pharma case | CON | Communications / Call Center | 6.90 |
| 4/23/2020 | JHM | Participated in training and review FAQs in anticipation of taking calls for Purdue Pharma case | CON | Communications / Call Center | 4.00 |
| 4/23/2020 | JHM | Participated in training and review FAQs in anticipation of taking calls for Purdue Pharma case | CON | Communications / Call Center | 1.50 |

# *Kurtzman Carson Consultants LLC*

### 04/01/2020 - 04/30/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 4/23/2020 | JHM | Participated in training and review FAQs in anticipation of taking calls for Purdue Pharma case | CON | Communications / Call Center | 4.00 |
| 4/23/2020 | KYF | Participated in training and review FAQs in anticipation of taking calls for Purdue Pharma case | CON | Communications / Call Center | 4.00 |
| 4/23/2020 | RHR | Participated in training and review FAQs in anticipation of taking calls for Purdue Pharma case | CON | Communications / Call Center | 4.00 |
| | | | ***Total for 4/23/2020*** | | ***58.00*** |
| 4/24/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 4.80 |
| 4/24/2020 | ESI | Respond to creditor inquiries (26) regarding claim filing procedures | CON | Communications / Call Center | 3.90 |
| 4/24/2020 | SYU | Review mail report for Cole Schotz Retention App [DN 1013] - Additional Core Party | CON | Noticing | 0.10 |
| 4/24/2020 | SYU | Upload the updated case calendar to the public website | CON | Maintenance of Public Access Website | 0.20 |
| 4/24/2020 | HBU | Return creditor inquiries (8) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.10 |
| 4/24/2020 | CET | Respond to creditor inquiries (20) regarding claim filing procedures | CON | Communications / Call Center | 2.90 |
| 4/24/2020 | CJC | Listen to and log information from creditor calls to ensure a timely response (9) | CON | Communications / Call Center | 0.80 |
| 4/24/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (3) | CON | Communications / Call Center | 0.20 |
| 4/24/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 4.60 |
| 4/24/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 3.60 |
| 4/24/2020 | GYC | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 4/24/2020 | JCC | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.90 |
| 4/24/2020 | JCC | Participated in training and review FAQs in anticipation of taking calls for Purdue Pharma case | CON | Communications / Call Center | 2.50 |
| 4/24/2020 | JHM | Respond to patient and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 4.50 |
| 4/24/2020 | KYF | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 2.50 |
| 4/24/2020 | RHR | Respond to creditor and patient inquiries regarding claims processing. | CON | Communications / Call Center | 3.00 |
| | | | ***Total for 4/24/2020*** | | ***37.10*** |
| 4/26/2020 | SYU | Coordinate and generate Letter to Judge Drain [DN 1089] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.50 |
| 4/26/2020 | SYU | Correspond with counsel re service of Letter to Judge Drain | CON | Noticing | 0.10 |
| | | | ***Total for 4/26/2020*** | | ***0.60*** |
| 4/27/2020 | EJG | Attention to Letter to Judge Drain [DN 1089] mailing, including email communication re same | SMC | Noticing | 0.40 |

## *Kurtzman Carson Consultants LLC*

*04/01/2020 - 04/30/2020*

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 4/27/2020 | KDT | Assist with Letter to Judge Drain [DN 1089] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.40 |
| 4/27/2020 | LUG | Assist with Letter to Judge Drain [DN 1089] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 4/27/2020 | VTM | Assist with Letter to Judge Drain [DN 1089] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 4/27/2020 | MDO | Assist with Letter to Judge Drain [DN 1089] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 4/27/2020 | DAK | Assist with Letter to Judge Drain [DN 1089] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 4/27/2020 | JBU | Host training session to prepare agents to answer creditor and patient inquiries | SC | Communications / Call Center | 3.50 |
| 4/27/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 1.50 |
| 4/27/2020 | BSZ | Assist with Letter to Judge Drain [DN 1089] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 4/27/2020 | CHD | Assist with Letter to Judge Drain [DN 1089] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SC | Noticing | 0.30 |
| 4/27/2020 | MAP | Assist with Letter to Judge Drain [DN 1089] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.90 |
| 4/27/2020 | ICO | Assist with Letter to Judge Drain [DN 1089] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 4/27/2020 | RIO | Assist with Letter to Judge Drain [DN 1089] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.40 |
| 4/27/2020 | FRO | Assist with Letter to Judge Drain [DN 1089] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 4/27/2020 | SYU | Coordinate and generate Letter to Judge Drain [DN 1089] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.50 |
| 4/27/2020 | SYU | Update the Master Service List per recent correspondence | CON | Noticing | 0.20 |
| 4/27/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (12) | CON | Communications / Call Center | 1.20 |
| 4/27/2020 | HBU | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 4/27/2020 | CET | Respond to creditor inquiries (15) regarding claim filing procedures | CON | Communications / Call Center | 2.00 |
| 4/27/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (8) | CON | Communications / Call Center | 0.70 |
| 4/27/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 3.50 |
| 4/27/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 4.50 |
| 4/27/2020 | BYH | Participated in training and review FAQs in anticipation of taking calls for Purdue Pharma case | CON | Communications / Call Center | 3.50 |
| 4/27/2020 | GYC | Respond to patient and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.40 |
| 4/27/2020 | JCC | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 1.50 |
| 4/27/2020 | JHM | Respond to patient and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 4.50 |
| 4/27/2020 | JHM | Respond to patient and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.00 |

# *Kurtzman Carson Consultants LLC*

### 04/01/2020 - 04/30/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 4/27/2020 | KYF | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 3.30 |
| 4/27/2020 | RHR | Respond to creditor and patient inquiries regarding claims processing. | CON | Communications / Call Center | 1.50 |
| 4/27/2020 | SPI | Participated in training and review FAQs in anticipation of taking calls for Purdue Pharma case | CON | Communications / Call Center | 4.00 |
| 4/27/2020 | SPI | Participated in training and review FAQs in anticipation of taking calls for Purdue Pharma case | CON | Communications / Call Center | 5.00 |
| | | | *Total for 4/27/2020* | | *49.90* |
| 4/28/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 3.90 |
| 4/28/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (3) | CON | Communications / Call Center | 0.30 |
| 4/28/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 3.60 |
| 4/28/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 4.40 |
| 4/28/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 2.00 |
| 4/28/2020 | GYC | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 2.80 |
| 4/28/2020 | JCC | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 1.80 |
| 4/28/2020 | JHM | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 3.00 |
| 4/28/2020 | KYF | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 2.30 |
| 4/28/2020 | RHR | Respond to creditor and patient inquiries regarding claims processing | CON | Communications / Call Center | 2.00 |
| 4/28/2020 | SPI | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 3.00 |
| | | | *Total for 4/28/2020* | | *29.10* |
| 4/29/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 3.80 |
| 4/29/2020 | CCE | Coordinate and log creditor calls to ensure timely responses (2) | CON | Communications / Call Center | 0.10 |
| 4/29/2020 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Letter to Judge Drain [DN 1089] | CON | Noticing | 0.30 |
| 4/29/2020 | SYU | Coordinate and generate Reply & Preis Declaration [DNs 1109, 1110] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.60 |
| 4/29/2020 | SYU | Correspond with counsel re service of Reply & Preis Declaration | CON | Noticing | 0.10 |
| 4/29/2020 | SYU | Prepare Certificate of Service re Declaration of Campbell [DN 750] mailing | CON | Noticing | 0.80 |
| 4/29/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 4/29/2020 | SYU | Update the Master Service List per filed Notice of Appearance | CON | Noticing | 0.20 |
| 4/29/2020 | SYU | Coordinate and generate 3rd KCC Fee App [DN 1104] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.60 |

# *Kurtzman Carson Consultants LLC*

### *04/01/2020 - 04/30/2020*

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 4/29/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 4/29/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 3.60 |
| 4/29/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 4.40 |
| 4/29/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 1.00 |
| 4/29/2020 | GYC | Respond to patient and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.80 |
| 4/29/2020 | JCC | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.10 |
| 4/29/2020 | JCC | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.10 |
| 4/29/2020 | JCC | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Training / Professional Development | 0.20 |
| 4/29/2020 | JCC | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 1.80 |
| 4/29/2020 | JCC | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.10 |
| 4/29/2020 | JCC | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.20 |
| 4/29/2020 | JCC | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.10 |
| 4/29/2020 | JCC | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.10 |
| 4/29/2020 | JCC | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.10 |
| 4/29/2020 | JCC | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.20 |
| 4/29/2020 | JHM | Respond to patient and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.00 |
| 4/29/2020 | KYF | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 1.30 |
| 4/29/2020 | RHR | Received calls from customers pertaining to claim form processing | CON | Claims Analysis | 1.00 |
| 4/29/2020 | SPI | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 1.30 |
| | | | | *Total for 4/29/2020* | *25.20* |
| 4/30/2020 | EJG | Attention to Reply & Preis Declaration [DNs 1109, 1110] mailing, including email communication re same | SMC | Noticing | 0.50 |
| 4/30/2020 | KDT | Assist with Reply & Preis Declaration [DNs 1109, 1110] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 4/30/2020 | LUG | Assist with Reply & Preis Declaration [DNs 1109, 1110] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 4/30/2020 | VTM | Assist with Reply & Preis Declaration [DNs 1109, 1110] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 4/30/2020 | DAK | Assist with Reply & Preis Declaration [DNs 1109, 1110] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |

## *Kurtzman Carson Consultants LLC*

*04/01/2020 - 04/30/2020*

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 4/30/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 3.80 |
| 4/30/2020 | BSZ | Assist with Reply & Preis Declaration [DNs 1109, 1110] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 4/30/2020 | CHD | Assist with Reply & Preis Declaration [DNs 1109, 1110] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SC | Noticing | 0.30 |
| 4/30/2020 | MAP | Assist with Reply & Preis Declaration [DNs 1109, 1110] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 4/30/2020 | ICO | Assist with Reply & Preis Declaration [DNs 1109, 1110] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 4/30/2020 | RIO | Assist with Reply & Preis Declaration [DNs 1109, 1110] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 4/30/2020 | FRO | Assist with Reply & Preis Declaration [DNs 1109, 1110] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 4/30/2020 | SYU | Coordinate and generate Reply & Preis Declaration [DNs 1109, 1110] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.50 |
| 4/30/2020 | SYU | Prepare Certificate of Service re 3rd KCC Fee App [DN 1104] mailing | CON | Noticing | 0.70 |
| 4/30/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (5) | CON | Communications / Call Center | 0.50 |
| 4/30/2020 | MVZ | Assist with Reply & Preis Declaration [DNs 1109, 1110] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.80 |
| 4/30/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 3.50 |
| 4/30/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Training / Professional Development | 4.50 |
| 4/30/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 0.60 |
| 4/30/2020 | GYC | Respond to patient and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.40 |
| 4/30/2020 | JCC | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.10 |
| 4/30/2020 | JCC | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Training / Professional Development | 0.10 |
| 4/30/2020 | JCC | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.40 |
| 4/30/2020 | JCC | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 0.30 |
| 4/30/2020 | JHM | Respond to patient and creditor inquiries regarding the claim procedures | CON | Communications / Call Center | 1.20 |
| 4/30/2020 | KYF | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 2.00 |
| 4/30/2020 | RHR | Respond to creditor and patient inquiries regarding claim processing procedures. | CON | Communications / Call Center | 3.00 |
| 4/30/2020 | SPI | Respond to creditor and patient inquiry due to filling procedures. 50 minutes of calls, 7 calls total | CON | Communications / Call Center | 1.00 |

*Total for 4/30/2020*    **26.90**

**Total Hours**    ***433.60***

# *Kurtzman Carson Consultants LLC*

04/01/2020 - 04/30/2020

## *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| Electronic imaging | 94 | $0.11 | $10.34 |
| Storage Rental | | | $8.00 |
| Reimbursement of case related phone costs | | | $2,538.51 |
| First Class Mail | | | $414.15 |
| Printing and Mailing Expenses (See Exhibit) | | | $3,035.79 |

*Total Expenses*            *$6,006.79*

# *Kurtzman Carson Consultants LLC*

### 04/01/2020 - 04/30/2020

### *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 4/3/2020 | Cole Schotz Retention App [DN 1013] | 179 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 179 Recipients | $250.00 | $250.00 |
| | | 44 | First Class Mail | | |
| | | 5,720 | Image notice printing | $0.11 | $629.20 |
| | | 44 | Non-Standard Envelopes | $0.33 | $14.52 |
| 4/3/2020 | Cole Schotz Retention App [DN 1013] - Additional Core Party | 1 | First Class Mail | | |
| | | 130 | Image notice printing for 1 document, including Purdue 1013 - Official Committee Application to Retain Cole Schotz.pdf | $0.11 | $14.30 |
| | | 1 | Non-Standard Envelopes | $0.33 | $0.33 |
| 4/9/2020 | Examination of Financial Institution Motion [DN 1026] | 178 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 178 Recipients | $250.00 | $250.00 |
| | | 45 | First Class Mail | | |
| | | 460 | Image notice printing | $0.11 | $50.60 |
| | | 46 | Non-Standard Envelopes | $0.33 | $15.18 |
| 4/15/2020 | Objection to Allergan Lift Stay Motion [DN 1050] | 180 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 180 Recipients | $250.00 | $250.00 |
| | | 45 | First Class Mail | | |
| | | 736 | Image notice printing | $0.11 | $80.96 |
| | | 46 | Non-Standard Envelopes | $0.33 | $15.18 |
| 4/27/2020 | Letter to Judge Drain [DN 1089] | 188 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 188 Recipients | $250.00 | $250.00 |
| | | 46 | First Class Mail | | |
| | | 2,668 | Image notice printing for 1 document, including Purdue 1089 - Letter to Judge Drain and Exhibits.pdf | $0.11 | $293.48 |
| | | 46 | Non-Standard Envelopes | $0.33 | $15.18 |
| 4/30/2020 | Reply & Preis Declaration [DNs 1109, 1110] | 187 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 187 Recipients | $250.00 | $250.00 |
| | | 46 | First Class Mail | | |
| | | 1,288 | Image notice printing for 2 documents, including Purdue 1109 - UCC Joinder to NCSG R 2004 Reply.pdf, Purdue 1110 - Preis Declaration.pdf | $0.11 | $141.68 |
| | | 46 | Non-Standard Envelopes | $0.33 | $15.18 |

### *Total Printing and Mailing Expenses*     *$3,035.79*