**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

## NOTICE OF PROFESSIONAL FEE HOURLY RATES

**PLEASE TAKE NOTICE** that effective July 1, 2020, the hourly rates of Province, Inc., financial advisor to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.*, are to be modified as follows:

|  | Rates July 1, 2019 – June 30, 2020 | Rates July 1, 2020 – June 30, 2021 |
|---|---|---|
| Principal | $800-935 | $880-975 |
| Managing Director | $660-720 | $670-790 |
| Senior Director | $580-640 | $600-670 |
| Director | $500-570 | $550-600 |
| Vice President | - | $510-550 |
| Senior Associate | $400-490 | $430-540 |
| Associate | $350-400 | $360-430 |
| Analyst | $230-350 | $240-360 |
| Para Professional | $175 | $185 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Date: June 15, 2020                                           **PROVINCE, INC.**

*/s/ Michael Atkinson*
Michael Atkinson, Principal
2360 Corporate Circle, Suite 330
Henderson, NV 89074
(702) 685-5555; Fax: (702) 685-5556

*Financial Advisor to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.*