**CERTIFICATE OF SERVICE**

      I, Gerard Uzzi, hereby certify that, on June 16, 2020, I caused true and correct copies of the foregoing document to be serviced by the Court's Case Management/Electronic Case File (CM/ECF) System, which sends notices of electronic filings to parties of record. I also certify that service is being made via email or first class mail upon the parties set forth in the Master Service List. Further service is made upon the Chambers of the Honorable Judge Robert D. Drain (rdd.Chambers@nysb.uscourts.gov) and the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

                                                                      */s/ Gerard Uzzi*
                                                                         Gerard Uzzi
                                                                         **MILBANK LLP**
                                                                         55 Hudson Yards
                                                                         New York, NY 10001
                                                                         Telephone:    (212) 530-5000
                                                                         Facsimile:     (212) 530-5219