**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| **PURDUE PHARMA L.P., et. al**[1] | ) | |
| | ) | Case No. 19-23649 (RDD) |
| Debtors. | ) | |
| _____ | ) | (Jointly Administered) |

**FIRST MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS**
**AUDITORS FOR THE DEBTORS AND THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS**
**FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| | |
|---|---|
| Name of applicant: | Ernst & Young LLP ("EY LLP") |
| Authorized to Provide Professional Services To: | The Debtors and the Official Committee of Unsecured Creditors |
| Date of retention: | December 23, 2019 (*nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | February 1, 2020 through February 29, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $400,000.00 |
| Less 20% Holdback: | $80,000.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $1,782.00 |
| Total Fees and Expenses Due: | $321,7820.00 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated:  June 10, 2020

*/s/Devon M. Brady*
Devon M. Brady
Partner, Ernst & Young LLP
300 First Stamford Place
Stamford, CT  06902

**EXHIBIT A**

**SUMMARY BY PROFESSIONAL**

| Last Name | First Name | Title | Time |
|---|---|---|---|
| Savell | Roger | Partner/Principal | 1.0 |
| Yuan | Helen | Senior | 1.5 |
| Brady | Devon | Partner/Principal | 5.5 |
| Furtado | Justin | Senior | 14.4 |
| Ostling | Danita | Partner/Principal | 1.0 |
| Redmond | Robert | Manager | 13.5 |
| D'Alessandro | Nicholas | Senior | 38.5 |
| Bellinzoni | Christopher | Senior Manager | 0.5 |
| Connors | Ryan | Senior | 77.9 |
| Nguyen | Jessica | Staff/Assistant | 169.5 |
| Sciametta | Thomas | Partner/Principal | 0.5 |
| Benzel | Florence | Senior Manager | 0.6 |
| Biedziak | Eliza | Senior Manager | 12.5 |
| Mutlu Tepe | Serpil | Manager | 8.7 |
| Tran | Loikevin | Manager | 16.7 |
| Girdhar | Divya | Staff/Assistant | 181.0 |
| Tsui | Rochelle | Senior | 71.7 |
| Bybee | Ashley | Staff/Assistant | 1.3 |
| Nayyar | Deepankar | Senior | 55.0 |
| Gupta | Gauri | Staff/Assistant | 10.0 |
| Kimmi . | Kimmi | Client Serving Contractor | 19.0 |
| Squitieri | Johnna | Staff/Assistant | 55.0 |
| Singla | Himanshu | Staff/Assistant | 28.0 |
| Garg | Raghav | Senior | 10.0 |
| **Total** | | | **793.3** |

## EXHIBIT B

## SUMMARY BY CATEGORY

| Time Category | Category Descriptions | Hours |
|---|---|---|
| Bankruptcy | This category includes activities associated with incremental procedures related to the bankruptcy filing | 2.6 |
| Employee Benefit Plan Audit | This category includes activities assocaited with employee benefit plan (Pension and 401(k)) audits | 3.4 |
| Planning Activities | This category relates to all audit planning activities. | 133.6 |
| Risk Assurance/IT Activities | This category relates to discussion, and analysis relating to application controls, IT audit progress and IT general controls. | 261.4 |
| Year-End Substantive Testing | This category includes activities associated with Year-End audit procedures | 389.8 |
| Quality Review | This category includes activities associated with Quality Review of audit procedures | 2.5 |
| **Total** | | **793.3** |

**EXHIBIT C**

Audit Services

February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Biedziak,Eliza Anna | Senior Manager | 03 Feb 2020 | Year-End Substantive Testing | 1.0 | Review documentation provided by client for Govt. Pricing testing |
| Connors,Ryan Thomas | Senior | 03 Feb 2020 | Risk Assurance/IT Activities | 3.5 | 0.6h - Participated in scoping meeting with Assurance team.1.4h - Created instructions for document outlining status of documentation, and scope/strategy of procedures.1.5h - processed evidence and updated request list with follow ups accordingly. |
| Divya Girdhar | Staff/Assistant | 03 Feb 2020 | Planning Activities | 11.0 | Linking 2018 and 2019 canvas, roll forwarding of Team Planning Event planning documents, lead sheets and analytics procedure workpapers With Deepankar Nayyar |
| Furtado,Justin V | Manager | 03 Feb 2020 | Planning Activities | 1.0 | Call with B. Redmond, N. D'Alessandro, R. Connors to discuss IT scoping |
| Nguyen,Jessica | Staff/Assistant | 03 Feb 2020 | Risk Assurance/IT Activities | 8.0 | 3 hours - Went through all walkthroughs for manage access, manage change, manage IT operations, privileged access3 hours - went through documentation that was previously requested in October2 hours - updated IT auditing list |
| Yuan,Helen | Senior | 03 Feb 2020 | Employee Benefit Plan Audit | 0.5 | Discussion of scope and Scoping template document |
| Biedziak,Eliza Anna | Senior Manager | 04 Feb 2020 | Year-End Substantive Testing | 1.0 | Call with the client to discuss data provided for Govt. Pricing testing |

**EXHIBIT C**

Audit Services

February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Divya Girdhar | Staff/Assistant | 04 Feb 2020 | Planning Activities | 11.0 | Linking 2018 and 2019 canvas, roll forwarding of Team Planning Event planning documents, lead sheets and analytics procedure workpapers With Deepankar Nayyar |
| Furtado,Justin V | Manager | 04 Feb 2020 | Planning Activities | 1.5 | call with E. Biedziak and S. Mutlu to discuss status and client requests for Rhodes Government pricing review |
| Mutlu Tepe,Serpil | Manager | 04 Feb 2020 | Year-End Substantive Testing | 0.4 | Review of meeting notes and preparing follow-up e-mail. |
| Mutlu Tepe,Serpil | Manager | 04 Feb 2020 | Year-End Substantive Testing | 1.0 | Call with David Benjamin and Ron Haberlin for Rhodes government pricing questionnaire. |
| Mutlu Tepe,Serpil | Manager | 04 Feb 2020 | Year-End Substantive Testing | 1.8 | Review of Rhodes provided by client listing |
| Nguyen,Jessica | Staff/Assistant | 04 Feb 2020 | Risk Assurance/IT Activities | 8.0 | 8 hours going through all of Purdue documentation and updating canvas items with documentation for 2019 evidence we have received. Updated documentation and went through to update walkthroughs for SAP manage access and manage IT operations, |
| Biedziak,Eliza Anna | Senior Manager | 05 Feb 2020 | Year-End Substantive Testing | 1.0 | Review documentation provided by client for Govt. Pricing testing |
| Divya Girdhar | Staff/Assistant | 05 Feb 2020 | Planning Activities | 11.0 | Linking 2018 and 2019 canvas, roll forwarding of team planning event planning documents, lead sheets and analytics procedure workpapers With Deepankar Nayyar |

**EXHIBIT C**
Audit Services
February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Furtado,Justin V | Manager | 05 Feb 2020 | Planning Activities | 1.0 | review of IT request list open items and communication of items to B. Sielert (Purdue IT department) |
| Nguyen,Jessica | Staff/Assistant | 05 Feb 2020 | Risk Assurance/IT Activities | 1.0 | updated IT request list |
| Connors,Ryan Thomas | Senior | 06 Feb 2020 | Risk Assurance/IT Activities | 2.7 | 1.5h - Reviewed walkthrough documentation and follow ups.1.2h - created instructions for staff to document year end update matrix. |
| Divya Girdhar | Staff/Assistant | 06 Feb 2020 | Planning Activities | 11.0 | Linking 2018 and 2019 canvas, roll forwarding of team planning event planning documents, lead sheets and analytics procedure workpapers With Deepankar Nayyar |
| Nguyen,Jessica | Staff/Assistant | 06 Feb 2020 | Risk Assurance/IT Activities | 9.5 | 2 hour updated IT request list 5.5 hours updated 2019 testing population, discussed documentation with Ryan2 hours updated test sheets and documentation with request items and documentation for automated terminations, privileged access |
| Ostling,Danita K | Partner/Principal | 06 Feb 2020 | Quality Review | 1.0 | discuss risk management procedures with EY General Counsel Office |
| Tran,Loikevin | Manager | 06 Feb 2020 | Year-End Substantive Testing | 0.5 | Average Manufacturer Price calculation testing |
| Tsui,Rochelle | Senior | 06 Feb 2020 | Year-End Substantive Testing | 0.5 | Average Manufacturer Price calculation testing |
| Tsui,Rochelle | Senior | 06 Feb 2020 | Year-End Substantive Testing | 0.7 | Review prior year's Average Manufacturer Price calculation for preparation purposes. |

**EXHIBIT C**

Audit Services

February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Tsui,Rochelle | Senior | 06 Feb 2020 | Year-End Substantive Testing | 1.3 | Read last year's audit memo to assess if issues have been addressed. |
| Tsui,Rochelle | Senior | 06 Feb 2020 | Year-End Substantive Testing | 2.5 | Calculated April 2019 Average Manufacturer Price direct sales and units. |
| Tsui,Rochelle | Senior | 06 Feb 2020 | Year-End Substantive Testing | 1.3 | Reviewed and analyzed client provided documentation to assess if everything was provided for audit. |
| Brady,Devon M | Partner/Principal | 07 Feb 2020 | Planning Activities | 1.3 | Calls with EY GCO - Planning for the 2019 audit.  Employee Benefit Plan coordination with Flo and Justin |
| Connors,Ryan Thomas | Senior | 07 Feb 2020 | Risk Assurance/IT Activities | 7.5 | 2h - Reviewed interim walkthroughs and follow ups.4.5h - Reviewed and documented Year End update matrix and developed year end strategy |
| Divya Girdhar | Staff/Assistant | 07 Feb 2020 | Planning Activities | 6.0 | Linking 2018 and 2019 canvas, roll forwarding of TPE planning documents, lead sheets and analytics procedure workpapers With Deepankar Nayyar |
| Nguyen,Jessica | Staff/Assistant | 07 Feb 2020 | Risk Assurance/IT Activities | 8.0 | Completed user access recertification testing for SAP BI privileged access updated IT request list with documentation and evidence we have received went through documentation with Ryan to verify our follow ups with client updated documentation for auto termination and contractor termination testing |

**EXHIBIT C**

Audit Services

February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Tsui,Rochelle | Senior | 07 Feb 2020 | Year-End Substantive Testing | 1.5 | Analyzed sales data over a two year period to determine data to be used in April Average Manufacturer Price calculation. |
| Tsui,Rochelle | Senior | 07 Feb 2020 | Year-End Substantive Testing | 1.2 | Calculated credits for April Average Manufacturer Price calculation. |
| Tsui,Rochelle | Senior | 07 Feb 2020 | Year-End Substantive Testing | 2.8 | Created analysis to be used for credits calculation. |
| Tsui,Rochelle | Senior | 07 Feb 2020 | Year-End Substantive Testing | 2.5 | Reviewed client methodology in calculating April Average Manufacturer Price. |
| D'Alessandro,Nicholas A | Senior | 09 Feb 2020 | Planning Activities | 1.5 | Planning files, talent hub coordination, client request list and Canvas portal set-up. |
| Benzel,Florence Gail | Senior Manager | 10 Feb 2020 | Employee Benefit Plan Audit | 0.2 | Defined Benefit plan audited financial statements |
| Biedziak,Eliza Anna | Senior Manager | 10 Feb 2020 | Year-End Substantive Testing | 0.5 | Call with the client to discuss documentation provided for Govt. Pricing testing |
| Biedziak,Eliza Anna | Senior Manager | 10 Feb 2020 | Year-End Substantive Testing | 1.0 | Average Manufacturer Price calculation testing |
| Connors,Ryan Thomas | Senior | 10 Feb 2020 | Risk Assurance/IT Activities | 6.5 | 4.3h - Selected samples for interim testing and updated documentation request list.2.2h - Created year-end documentation request list |
| Divya Girdhar | Staff/Assistant | 10 Feb 2020 | Year-End Substantive Testing | 11.0 | Trial balance formatting , lead sheet updates , Canvas screen update as per the 2018 canvas , PFBC Request listing and scoping procedures. Senior Deepankar Nayyar |

**EXHIBIT C**

Audit Services

February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Furtado,Justin V | Manager | 10 Feb 2020 | Year-End Substantive Testing | 0.5 | Internal call to discuss Rhodes Pharma Government pricing testing - E. Biedziak, S. Mutlu |
| Furtado,Justin V | Manager | 10 Feb 2020 | Year-End Substantive Testing | 0.7 | Call to discuss Rhodes Pharma Government pricing audit open items - D. Benjamin, B. Thebeau, R. Haberlin, D. Fogel (Rhodes); E. Biedziak, S. Mutlu (EY) |
| Mutlu Tepe,Serpil | Manager | 10 Feb 2020 | Year-End Substantive Testing | 0.5 | Government pricing audit document request follow-up meeting with Rhodes |
| Nguyen,Jessica | Staff/Assistant | 10 Feb 2020 | Risk Assurance/IT Activities | 10.0 | 7 hours - updating common manage change walkthrough2 hours - updating request list/going through documentation to send updated request list to client for outstanding evidence |
| Tran,Loikevin | Manager | 10 Feb 2020 | Year-End Substantive Testing | 0.4 | Call with Rochelle Tsui to review files received and next steps for smoothing support, best price calculation and Average Manufacturer Price |
| Tran,Loikevin | Manager | 10 Feb 2020 | Year-End Substantive Testing | 1.0 | Average Manufacturer Price testing review of gross sales component |
| Tsui,Rochelle | Senior | 10 Feb 2020 | Year-End Substantive Testing | 3.0 | Discrepancies identified from smoothing calculation, reviewed worksteps and determined additional data was necessary. |
| Tsui,Rochelle | Senior | 10 Feb 2020 | Year-End Substantive Testing | 1.5 | Review Best Price policies and calculations to perform recalculation for 2019. |

**EXHIBIT C**

Audit Services

February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Tsui,Rochelle | Senior | 10 Feb 2020 | Year-End Substantive Testing | 1.8 | Review Average Manufacturer Price configuration methodology to reperform data for smoothing support. |
| Tsui,Rochelle | Senior | 10 Feb 2020 | Year-End Substantive Testing | 0.4 | Call with Kevin Tran to review files received and next steps for smoothing support, Best Price calculation and Average Manufacturer Price. |
| Tsui,Rochelle | Senior | 10 Feb 2020 | Year-End Substantive Testing | 1.0 | Review Average Manufacturer Price Procedures to solve discrepancies identified. |
| Connors,Ryan Thomas | Senior | 11 Feb 2020 | Risk Assurance/IT Activities | 7.6 | 3.0h - Reviewed Manage Change walkthrough and documented related SAP workplan.0.5h - Meeting with EY FAIT team to discuss walkthrough follow ups.2.5h - Compiled walkthrough follow ups and added to the documentation request list.1.6h - Assisted with documentation of Walkthroughs for Privileged access and IT Operations walkthroughs |
| Divya Girdhar | Staff/Assistant | 11 Feb 2020 | Year-End Substantive Testing | 11.0 | Trial balance formatting , lead sheet updates , Canvas screen update as per the 2018 canvas , PFBC Request listing and scoping procedures. Senior Deepankar Nayyar |
| Nguyen,Jessica | Staff/Assistant | 11 Feb 2020 | Risk Assurance/IT Activities | 9.0 | 4.5 hours - updating the walkthrough for common manage access according to strategy4.5 - updating the walkthrough for common manage IT operations according to new testing strategy |

**EXHIBIT C**
Audit Services
February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Redmond,Robert L. | Manager | 11 Feb 2020 | Risk Assurance/IT Activities | 2.0 | performed detail review of IT SAP walkthrough evidence |
| Redmond,Robert L. | Manager | 11 Feb 2020 | Risk Assurance/IT Activities | 0.5 | internal meeting w/ Jessica N & Ryan C to discuss IT walkthrough approach. |
| Tsui,Rochelle | Senior | 11 Feb 2020 | Year-End Substantive Testing | 1.7 | Analyzed data to determine lowest offered Managed Care net price per unit for Best Price calculation. |
| Tsui,Rochelle | Senior | 11 Feb 2020 | Year-End Substantive Testing | 1.0 | Reviewed Average Manufacturer Price procedures and policies to prepare for recalculation of Average Manufacturer Price. |
| Tsui,Rochelle | Senior | 11 Feb 2020 | Year-End Substantive Testing | 0.3 | Analyzed data to identify Best Price at the National Drug Code 9 product level. |
| Tsui,Rochelle | Senior | 11 Feb 2020 | Year-End Substantive Testing | 2.0 | Analyzed data to determine lowest institutional contract net price per unit for Best Price calculation. |
| Tsui,Rochelle | Senior | 11 Feb 2020 | Year-End Substantive Testing | 3.0 | Analyzed data to determine lowest wholesalers and pharmacy sales net price per unit for Best Price calculation. |
| Brady,Devon M | Partner/Principal | 12 Feb 2020 | Bankruptcy | 2.1 | Meeting with Robin A. and Mark W. from the UK team. Discussion of continuance, legal situation, legal accounting, rest of world deal, and next meeting |

**EXHIBIT C**

Audit Services

February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Connors,Ryan Thomas | Senior | 12 Feb 2020 | Risk Assurance/IT Activities | 1.9 | 0.7h - Created instructions for staff to create Service Organization Controls report tracker. 0.7h - Prepared for scope/strategy meeting0.5h - participated in scope/strategy meeting with EY IT team |
| Divya Girdhar | Staff/Assistant | 12 Feb 2020 | Year-End Substantive Testing | 11.0 | Trial balance formatting , lead sheet updates , Canvas screen update as per the 2018 canvas , PFBC Request listing and scoping procedures. Senior Deepankar Nayyar |
| Furtado,Justin V | Manager | 12 Feb 2020 | Planning Activities | 1.4 | Review of Purdue Pharma planning deck |
| Nguyen,Jessica | Staff/Assistant | 12 Feb 2020 | Risk Assurance/IT Activities | 9.0 | • Wednesday: 0.5h - participated in scope/strategy meeting with EY FAIT team.4 hours - SAP ECC privileged access walkthrough4.5 hours - SAP HCM privileged access walkthrough update for 2019 strategy |
| Tsui,Rochelle | Senior | 12 Feb 2020 | Year-End Substantive Testing | 1.5 | Reviewed Average Manufacturer Price configuration workbook to determine how to recalculate quarterly Average Manufacturer Price. |
| Tsui,Rochelle | Senior | 12 Feb 2020 | Year-End Substantive Testing | 2.0 | Analyzed sales data to determine gross sales used for Average Manufacturer Price quarterly calculation. |
| Tsui,Rochelle | Senior | 12 Feb 2020 | Year-End Substantive Testing | 1.5 | Performed reconciliation to source data received. |

**EXHIBIT C**

Audit Services

February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Tsui,Rochelle | Senior | 12 Feb 2020 | Year-End Substantive Testing | 1.5 | Reviewed and analyzed last year's Average Manufacturer Price quarterly calculation to determine if any issues were previously identified. |
| Connors,Ryan Thomas | Senior | 13 Feb 2020 | Risk Assurance/IT Activities | 2.1 | 1h - Documented instructions for team to perform job schedule testing, Firefighter testing, and Service Org report testing. 0.4h - Prepared for meeting with client to kickoff procedures. 0.5h - Participated in meeting with client to kickoff IT audit procedures. 0.2h -Updated documentation request list. |
| Divya Girdhar | Staff/Assistant | 13 Feb 2020 | Year-End Substantive Testing | 3.0 | Trial balance formatting , lead sheet updates , Canvas screen update as per the 2018 canvas , PFBC Request listing and scoping procedures. Senior Deepankar Nayyar |
| Furtado,Justin V | Manager | 13 Feb 2020 | Planning Activities | 0.3 | Review of Rhodes Pharma client portal requests |

**EXHIBIT C**
Audit Services
February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Nguyen,Jessica | Staff/Assistant | 13 Feb 2020 | Risk Assurance/IT Activities | 9.0 | • Thursday: 0.5h - Participated in meeting with client to kickoff IT audit procedures.1 hour - made table for Complimentary Service Org Controls with job title, application, evidence required, etc. from Service Org report documentation in 20182.5 hours - finished up walkthroughs for SAP BI Privileged and common infrastructure management 2 hours - HCM privileged access walkthrough1 hour - Service Org report Ariba - updated for 2019 workplan 2 hours - job monitoring testing Control IT-SAP-MO-003 |
| Redmond,Robert L. | Manager | 13 Feb 2020 | Risk Assurance/IT Activities | 1.0 | Meeting w/ J. Narlis to discuss status |
| Tsui,Rochelle | Senior | 13 Feb 2020 | Year-End Substantive Testing | 1.2 | Analyzed rebates for Average Manufacturer Price quarterly calculation. |
| Tsui,Rochelle | Senior | 13 Feb 2020 | Year-End Substantive Testing | 2.0 | Analyzed sales data to determine government sales to be used for Average Manufacturer Price quarterly calculation. |
| Biedziak,Eliza Anna | Senior Manager | 14 Feb 2020 | Year-End Substantive Testing | 1.0 | Average Manufacturer Price calculation testing |
| Connors,Ryan Thomas | Senior | 14 Feb 2020 | Risk Assurance/IT Activities | 0.5 | Discussion with assurance team about application controls. |

**EXHIBIT C**
Audit Services
February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Divya Girdhar | Staff/Assistant | 14 Feb 2020 | Year-End Substantive Testing | 11.0 | Trial balance formatting , lead sheet updates , Canvas screen update as per the 2018 canvas , Pbc Request listing and scoping procedures. Senior Deepankar Nayyar |
| Furtado,Justin V | Manager | 14 Feb 2020 | Planning Activities | 0.2 | IT application control testing Scoping meeting - B. Redmond, N. D'alessandro, R. Connors, |
| Nguyen,Jessica | Staff/Assistant | 14 Feb 2020 | Risk Assurance/IT Activities | 8.0 | 1 hour - updated Firefighter test sheets for substantive testing 4 hours - updated workplan based on 2019 service org report and bridge letter for Ariba3 hours - updated documentation for 2019 report for Ariba |
| Redmond,Robert L. | Manager | 14 Feb 2020 | Risk Assurance/IT Activities | 0.5 | Meeting with EY audit team to discuss app controls |
| Tran,Loikevin | Manager | 14 Feb 2020 | Year-End Substantive Testing | 3.0 | testing review of Average Manufacturer Price eligible direct sales component against policies and procedures |
| Tran,Loikevin | Manager | 14 Feb 2020 | Year-End Substantive Testing | 1.0 | Reviewing potential identification of Average Manufacturer Price eligible direct sales discrepancy |
| Tsui,Rochelle | Senior | 14 Feb 2020 | Year-End Substantive Testing | 1.0 | Analyzed hospital chargebacks for quarterly Average Manufacturer Price calculation. |
| Tsui,Rochelle | Senior | 14 Feb 2020 | Year-End Substantive Testing | 2.5 | Analyzed government chargebacks for Average Manufacturer Price quarterly calculation. |
| Tsui,Rochelle | Senior | 14 Feb 2020 | Year-End Substantive Testing | 1.7 | Analyzed sales data from 4Q2017-3Q2018 for Average Manufacturer |

**EXHIBIT C**

Audit Services

February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| | | | | | Price calculation. |
| Tsui,Rochelle | Senior | 14 Feb 2020 | Year-End Substantive Testing | 1.5 | Analyzed prepaid for Average Manufacturer Price quarterly calculation. |
| Tsui,Rochelle | Senior | 14 Feb 2020 | Year-End Substantive Testing | 1.3 | Analyzed 12 months of data for Average Manufacturer Price calculation. |
| D'Alessandro,Nicholas A | Senior | 16 Feb 2020 | Planning Activities | 2.0 | Team planning event preparation. |
| Biedziak,Eliza Anna | Senior Manager | 17 Feb 2020 | Year-End Substantive Testing | 0.5 | Average Manufacturer Price calculation testing |
| Connors,Ryan Thomas | Senior | 17 Feb 2020 | Risk Assurance/IT Activities | 0.4 | Created instructions for Staff to document testing. |
| D'Alessandro,Nicholas A | Senior | 17 Feb 2020 | Planning Activities | 4.0 | client request list.  Sending the requests in the client portal. |
| Divya Girdhar | Staff/Assistant | 17 Feb 2020 | Planning Activities | 11.0 | Scoping task(preparing of balance sheet and income statement for all the entities), Formatting of the cash workpapers and sub event Workpapers received in client portals .With Deepankar Nayyar |
| Furtado,Justin V | Manager | 17 Feb 2020 | Planning Activities | 0.5 | Planning Event slides review with N. D'Alessandro |
| Nguyen,Jessica | Staff/Assistant | 17 Feb 2020 | Risk Assurance/IT Activities | 8.0 | 6 hours - went through evidence from Premelatha and put onto documentation/controls test sheets: - SAP password testing- ECC user access review - SAP workplans (IT D1.00, IT D2. 00 and IT D3.00)2 hours termination testing |

**EXHIBIT C**
Audit Services
February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Sciametta,Thomas Joseph | Partner/Principal | 17 Feb 2020 | Quality Review | 0.5 | Discussed f/s presentation w/Devan |
| Tran,Loikevin | Manager | 17 Feb 2020 | Year-End Substantive Testing | 0.5 | April Average Manufacturer Price results review |
| Tsui,Rochelle | Senior | 17 Feb 2020 | Year-End Substantive Testing | 1.5 | Recalculated 14Q2017 Average Manufacturer Price. |
| Tsui,Rochelle | Senior | 17 Feb 2020 | Year-End Substantive Testing | 1.5 | Recalculated 1Q2018 Average Manufacturer Price. |
| Tsui,Rochelle | Senior | 17 Feb 2020 | Year-End Substantive Testing | 2.0 | Recalculated 2Q2018 Average Manufacturer Price. |
| Bellinzoni,Christopher W | Senior Manager | 18 Feb 2020 | Risk Assurance/IT Activities | 0.5 | Review of SAP common change management IT general controls walkthrough and supporting documentation. |
| Biedziak,Eliza Anna | Senior Manager | 18 Feb 2020 | Year-End Substantive Testing | 0.5 | Average Manufacturer Price calculation testing |
| Connors,Ryan Thomas | Senior | 18 Feb 2020 | Risk Assurance/IT Activities | 2.4 | 0.9h - Created Firefighter testing strategy proposal0.3h - Assisted with documentation of User Access Review testing1.2h - Assisted with documentation of termination testing. |
| D'Alessandro,Nicholas A | Senior | 18 Feb 2020 | Planning Activities | 4.0 | Scoping assessment and talent hub Coordination |
| Divya Girdhar | Staff/Assistant | 18 Feb 2020 | Planning Activities | 11.0 | Scoping task(preparing of balance sheet and income statement for all the entities), Formatting of the cash workpapers and sub event workpapers received in client portals .With Deepankar Nayyar |
| Furtado,Justin V | Manager | 18 Feb 2020 | Planning Activities | 0.6 | Drafting client e-mails and reviewing draft of Planning Event slides |

**EXHIBIT C**

Audit Services

February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Mutlu Tepe,Serpil | Manager | 18 Feb 2020 | Year-End Substantive Testing | 1.0 | Review of provided data (Rhodes) |
| Nguyen,Jessica | Staff/Assistant | 18 Feb 2020 | Risk Assurance/IT Activities | 9.0 | 2 hours termination testing 7 hours updating documentation for all walkthroughs |
| Redmond,Robert L. | Manager | 18 Feb 2020 | Risk Assurance/IT Activities | 4.0 | performed review of walkthrough documentation - SAP BI Manage Access Walkthrough - SAP Manage Access WT |
| Tsui,Rochelle | Senior | 18 Feb 2020 | Year-End Substantive Testing | 1.0 | Review and preparation of FCP 2019 calculation. |
| Tsui,Rochelle | Senior | 18 Feb 2020 | Year-End Substantive Testing | 3.0 | Performed recalculation of 2019 FCP. |
| Tsui,Rochelle | Senior | 18 Feb 2020 | Year-End Substantive Testing | 2.0 | Review of client provided data for discrepancies noted with April Average Manufacturer Price sales calculation. |
| Biedziak,Eliza Anna | Senior Manager | 19 Feb 2020 | Year-End Substantive Testing | 0.5 | Average Manufacturer Price calculation testing |
| Bybee,Ashley Paige | Staff/Assistant | 19 Feb 2020 | Employee Benefit Plan Audit | 0.8 | Pension audit analysis |
| Connors,Ryan Thomas | Senior | 19 Feb 2020 | Risk Assurance/IT Activities | 7.0 | 5.4h - Processed new evidence received, updated request list with new follow ups, and sent updated request list to client.1h - Internal meeting with IT team to discuss status, questions, and tasks.0.6h - created strategy for termination monitoring control. |
| D'Alessandro,Nicholas A | Senior | 19 Feb 2020 | Planning Activities | 4.0 | client request list coordination |

**EXHIBIT C**

Audit Services

February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Divya Girdhar | Staff/Assistant | 19 Feb 2020 | Planning Activities | 11.0 | Scoping task(preparing of balance sheet and income statement for all the entities), Formatting of the cash workpapers and sub event workpapers received in client portals .With Deepankar Nayyar |
| Furtado,Justin V | Manager | 19 Feb 2020 | Planning Activities | 0.4 | audit status call with EY - D. Brady, N. D'Alessandro, and Purdue - E. Nowakowski, J. Annunziata, R. Kennedy |
| Furtado,Justin V | Manager | 19 Feb 2020 | Planning Activities | 0.5 | internal call to discuss planning status and timing of Team Planning Event - D. Brady, N. D'Alessandro |
| Nguyen,Jessica | Staff/Assistant | 19 Feb 2020 | Risk Assurance/IT Activities | 10.0 | 1 hour - Purdue meeting and questions with Bobby for testing, documentation, and walkthroughs 4 hours - editing walkthroughs and revisions for walkthroughs based on Bobby's comments 4 hours - editing test sheets and documentation1 hour - going over documentation and follow ups to address to Purdue contacts with Ryan |
| Redmond,Robert L. | Manager | 19 Feb 2020 | Risk Assurance/IT Activities | 2.0 | Internal meeting with R Connors to discuss follow ups with client and documentation protocols |
| Savell,Roger B | Partner/Principal | 19 Feb 2020 | Quality Review | 0.5 | call with EY GCO – General Counsel |
| Tran,Loikevin | Manager | 19 Feb 2020 | Year-End Substantive Testing | 1.3 | hospital and government credits review |
| Tsui,Rochelle | Senior | 19 Feb 2020 | Year-End Substantive Testing | 3.0 | Resolved differences noted in adjustments for April Average |

**EXHIBIT C**

Audit Services

February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| | | | | | Manufacturer Price. |
| Yuan,Helen | Senior | 19 Feb 2020 | Employee Benefit Plan Audit | 0.5 | Call with the core team re Purdue and Rhodes Tech FYE 2019 audit |
| Benzel,Florence Gail | Senior Manager | 20 Feb 2020 | Employee Benefit Plan Audit | 0.4 | prepare and circulate final draft DB plan.  follow up on open items. |
| Biedziak,Eliza Anna | Senior Manager | 20 Feb 2020 | Year-End Substantive Testing | 1.0 | Best Price calculation testing |
| Connors,Ryan Thomas | Senior | 20 Feb 2020 | Risk Assurance/IT Activities | 3.1 | 1h - internal discussion with FAIT team to discuss status, questions, follow ups, and tasks. 0.4h - Wrote emails to EY Assurance team relating to SOC report and CUEC 0.6h - Created instructions for Staff to document new/modified user testing.0.8h - processed evidence of HCM user access review and added follow ups to request list.0.3h - processed evidence of HCM year end new/mod user population listing and added follow ups to request list. |
| D'Alessandro,Nicholas A | Senior | 20 Feb 2020 | Planning Activities | 2.0 | Client planning and internal team planning calls. |
| Divya Girdhar | Staff/Assistant | 20 Feb 2020 | Planning Activities | 7.0 | Scoping task(preparing of balance sheet and income statement for all the entities), Formatting of the cash workpapers and sub event workpapers received in client portals .With Deepankar Nayyar |

**EXHIBIT C**
Audit Services
February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Nguyen,Jessica | Staff/Assistant | 20 Feb 2020 | Risk Assurance/IT Activities | 9.0 | 2 hours - addressed Bobby's comments in BI Privileged access walkthrough2 hours - updating and making revisions to IT B2.04 for 20192 hours - address Chris' comments in Manage Change walkthrough, updated all walkthroughs to be consistent and with 2019 information2 hours - updating IT D1, D2, D3 test sheets1 hour - reviewing UAR documentation |
| Redmond,Robert L. | Manager | 20 Feb 2020 | Risk Assurance/IT Activities | 1.0 | Internal status meeting |
| Redmond,Robert L. | Manager | 20 Feb 2020 | Risk Assurance/IT Activities | 1.0 | review SAP Manage Change walkthroughs |
| Savell,Roger B | Partner/Principal | 20 Feb 2020 | Quality Review | 0.5 | |
| Tran,Loikevin | Manager | 20 Feb 2020 | Year-End Substantive Testing | 2.0 | Institutional and governmental smoothing calculation review |
| Tsui,Rochelle | Senior | 20 Feb 2020 | Year-End Substantive Testing | 1.0 | Calculated April Average Manufacturer Price and analyzed a variance with a National Drug Code9, due to rounding. |
| Biedziak,Eliza Anna | Senior Manager | 21 Feb 2020 | Year-End Substantive Testing | 0.5 | Best Price calculation testing |
| Bybee,Ashley Paige | Staff/Assistant | 21 Feb 2020 | Employee Benefit Plan Audit | 0.5 | |
| Connors,Ryan Thomas | Senior | 21 Feb 2020 | Risk Assurance/IT Activities | 0.2 | 0.2h - Responded to staff's questions about new/modified user testing documentation |
| D'Alessandro,Nicholas A | Senior | 21 Feb 2020 | Planning Activities | 4.0 | Client portal request/Canvas set up. |

**EXHIBIT C**
Audit Services
February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Furtado,Justin V | Manager | 21 Feb 2020 | Planning Activities | 0.9 | Client Request list review with N. D'Alessandro |
| Furtado,Justin V | Manager | 21 Feb 2020 | Bankruptcy | 0.5 | review of time charged to engagement code in accordance with Bankruptcy Court billing standards |
| Mutlu Tepe,Serpil | Manager | 21 Feb 2020 | Year-End Substantive Testing | 4.0 | Review of provided data, calculation model building (Rhodes) |
| Nguyen,Jessica | Staff/Assistant | 21 Feb 2020 | Risk Assurance/IT Activities | 9.0 | 4 hours - new/mod user testing with new sample evidence4 hours - updating test sheets with new follow up screenshots and documentation1 hour - going through documentation from follow-up requests |
| Tran,Loikevin | Manager | 21 Feb 2020 | Year-End Substantive Testing | 1.5 | Best Price additional support preparation and review. |
| Yuan,Helen | Senior | 21 Feb 2020 | Employee Benefit Plan Audit | 0.5 | Updates to the Purdue scoping document |
| Biedziak,Eliza Anna | Senior Manager | 24 Feb 2020 | Year-End Substantive Testing | 0.5 | Average Manufacturer Price calculation testing |
| Brady,Devon M | Partner/Principal | 24 Feb 2020 | Planning Activities | 2.1 | Planning for Team Planning Event, Call with EY GCO about Purdue History and 2018 audits, test of control strategy for audit discussion with Justin and Nick |
| Connors,Ryan Thomas | Senior | 24 Feb 2020 | Risk Assurance/IT Activities | 2.0 | Analyzed list of follow ups around passwords, New/mod user population, and User access review processes. Wrote an email to D. Inaparthy (Purdue) to communicate the follow ups. |

**EXHIBIT C**
Audit Services
February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Connors,Ryan Thomas | Senior | 24 Feb 2020 | Risk Assurance/IT Activities | 0.6 | Created instructions for staff to complete year end update matrix and select samples for year end testing |
| Connors,Ryan Thomas | Senior | 24 Feb 2020 | Risk Assurance/IT Activities | 0.7 | Created User Entity control testing request list |
| Connors,Ryan Thomas | Senior | 24 Feb 2020 | Risk Assurance/IT Activities | 0.5 | Internal call with B. Redmond, J. Furtado, and N. D'Alessandro about Payroll app control. |
| Deepankar Nayyar | Senior | 24 Feb 2020 | Year-End Substantive Testing | 11.0 | Various year end substantive procedures performed. |
| Gauri Gupta | Staff/Assistant | 24 Feb 2020 | Year-End Substantive Testing | 10.0 | Purdue  Cash Confirmation and raising new accounts, Updating Lead Sheets from Trial balance (Deepankar Nayyar) |
| Kimmi . | Client Serving Contractor | 24 Feb 2020 | Year-End Substantive Testing | 11.0 | Accounts receivable aging Testing and Various Leads Preparation and rechecking the balances with DEEPANAKR NAYYAR |
| Nguyen,Jessica | Staff/Assistant | 24 Feb 2020 | Risk Assurance/IT Activities | 8.0 | 5 hours - updated YE testing strategy with periods covered by interim/YE testing3 hours - updating testing for change management testing |
| Redmond,Robert L. | Manager | 24 Feb 2020 | Risk Assurance/IT Activities | 0.5 | performed a detailed analysis of the budget and hours charged. |
| Squitieri,Johnna | Staff/Assistant | 24 Feb 2020 | Year-End Substantive Testing | 11.0 | Prepared inventory workpapers for Purdue |
| Tsui,Rochelle | Senior | 24 Feb 2020 | Year-End Substantive Testing | 2.0 | Calculation of June Average Manufacturer Price. |
| Tsui,Rochelle | Senior | 24 Feb 2020 | Year-End Substantive Testing | 2.0 | Calculation of May Average Manufacturer Price. |

**EXHIBIT C**
Audit Services
February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Tsui,Rochelle | Senior | 24 Feb 2020 | Year-End Substantive Testing | 1.0 | Calculation of quarterly Average Manufacturer Price. |
| Biedziak,Eliza Anna | Senior Manager | 25 Feb 2020 | Year-End Substantive Testing | 2.0 | Non Federal Average Manufacturer Price calculation testing review |
| Connors,Ryan Thomas | Senior | 25 Feb 2020 | Risk Assurance/IT Activities | 2.3 | Reviewed Common IT Operations walkthrough and left comments for the staff to address. |
| Connors,Ryan Thomas | Senior | 25 Feb 2020 | Risk Assurance/IT Activities | 2.0 | Reviewed SAP workplans and created follow up list to be requested from client. |
| Connors,Ryan Thomas | Senior | 25 Feb 2020 | Risk Assurance/IT Activities | 0.8 | Reviewed evidence sent by D. Inaparthy (Purdue) and replied with new follow ups. |
| Connors,Ryan Thomas | Senior | 25 Feb 2020 | Risk Assurance/IT Activities | 1.4 | Reviewed and addressed comments in Common Manage Change walkthrough |
| Connors,Ryan Thomas | Senior | 25 Feb 2020 | Risk Assurance/IT Activities | 0.8 | Added year end new/modified user samples and new follow ups to request list and sent in an email to Purdue SAP Basis team. |
| Deepankar Nayyar | Senior | 25 Feb 2020 | Year-End Substantive Testing | 11.0 | Various year end substantive procedures performed. |
| Divya Girdhar | Staff/Assistant | 25 Feb 2020 | Year-End Substantive Testing | 11.0 | L01 workpaper , F09 and F11 Inventory rollforwards, Rhodes Pharma F01 set up, prior year trial balance review , Accounts payable aging |
| Himanshu Singla | Staff/Assistant | 25 Feb 2020 | Year-End Substantive Testing | 5.5 | 2:1014180902 / RELB NSRST1 |

**EXHIBIT C**

Audit Services

February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Kimmi . | Client Serving Contractor | 25 Feb 2020 | Year-End Substantive Testing | 8.0 | Accounts receivable aging Testing and Various Leads Preparation and rechecking the balances with DEEPANAKR NAYYAR |
| Nguyen,Jessica | Staff/Assistant | 25 Feb 2020 | Risk Assurance/IT Activities | 9.0 | 3 hours - addressing Ryan's comments in walkthroughs 3 hours - go through documentation and put together requests for follow ups1hour - updating testing for manage access walkthrough1 hour - updating testing / documentation for change management testing1 hour - updating testing for manage access |
| Squitieri,Johnna | Staff/Assistant | 25 Feb 2020 | Year-End Substantive Testing | 12.0 | Prepared sales workpapers for Purdue- Sales Registers- Sales Cutoff- Sales Analytics |
| Tsui,Rochelle | Senior | 25 Feb 2020 | Year-End Substantive Testing | 1.8 | Calculation of URA. |
| Tsui,Rochelle | Senior | 25 Feb 2020 | Year-End Substantive Testing | 1.2 | Preparation for calculation of URA. |
| Biedziak,Eliza Anna | Senior Manager | 26 Feb 2020 | Year-End Substantive Testing | 0.5 | Best Price calculation review |
| Connors,Ryan Thomas | Senior | 26 Feb 2020 | Risk Assurance/IT Activities | 1.8 | Updated Budget variance analysis, planned resources and updated resource schedules. |
| Connors,Ryan Thomas | Senior | 26 Feb 2020 | Risk Assurance/IT Activities | 2.2 | Direct production change testing: Reviewed interim and year end evidence, created population, selected samples, created testing approach, and created instructions for documentation of testing. |

**EXHIBIT C**
Audit Services
February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Connors,Ryan Thomas | Senior | 26 Feb 2020 | Risk Assurance/IT Activities | 0.4 | Documented interim new/modified user testing. |
| Connors,Ryan Thomas | Senior | 26 Feb 2020 | Risk Assurance/IT Activities | 0.5 | Call with J. Nguyen and B. Redmond to discuss documentation, status, questions, and follow ups. |
| Connors,Ryan Thomas | Senior | 26 Feb 2020 | Risk Assurance/IT Activities | 0.2 | Wrote emails to follow up about service org controls evidence outstanding from client. |
| Connors,Ryan Thomas | Senior | 26 Feb 2020 | Risk Assurance/IT Activities | 1.1 | Sent emails to team members regarding status, audit approach, questions, and follow ups. |
| Connors,Ryan Thomas | Senior | 26 Feb 2020 | Risk Assurance/IT Activities | 1.2 | Reviewed SAP ECC Privileged access walkthrough documentation. |
| Connors,Ryan Thomas | Senior | 26 Feb 2020 | Risk Assurance/IT Activities | 0.5 | Documented user access review testing. |
| D'Alessandro,Nicholas A | Senior | 26 Feb 2020 | Year-End Substantive Testing | 2.0 | Revenue, Accounts Receivable and Inventory testing files - sitting with staff to go through each. |
| D'Alessandro,Nicholas A | Senior | 26 Feb 2020 | Planning Activities | 6.0 | Planning documents, planning materiality, all planning workpapers for our planning event (client request lists). |
| Deepankar Nayyar | Senior | 26 Feb 2020 | Year-End Substantive Testing | 11.0 | Various YE substantive procedures performed. |
| Divya Girdhar | Staff/Assistant | 26 Feb 2020 | Year-End Substantive Testing | 11.0 | L01 workpaper , F09 and F11 Inventory rollforwards, Rhodes Pharma F01 set up, prior year trial balance review , Accounts payable aging |
| Himanshu Singla | Staff/Assistant | 26 Feb 2020 | Year-End Substantive Testing | 5.5 | |

**EXHIBIT C**

Audit Services

February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Nguyen,Jessica | Staff/Assistant | 26 Feb 2020 | Risk Assurance/IT Activities | 10.0 | 3 hours New/Mod user testing3 hours Change management test IT C3/IT C73 hours addressing Ryan's comments in walkthroughs |
| Redmond,Robert L. | Manager | 26 Feb 2020 | Risk Assurance/IT Activities | 1.0 | internal meeting to discuss status of workpapers and testing strategy |
| Squitieri,Johnna | Staff/Assistant | 26 Feb 2020 | Year-End Substantive Testing | 12.0 | Prepared sales workpapers for Purdue- Sales Registers- Sales Cutoff- Sales Analytics |
| Tsui,Rochelle | Senior | 26 Feb 2020 | Year-End Substantive Testing | 0.5 | Preparation of calculation of PHS. |
| Tsui,Rochelle | Senior | 26 Feb 2020 | Year-End Substantive Testing | 0.5 | Calculation of PHS. |
| Biedziak,Eliza Anna | Senior Manager | 27 Feb 2020 | Year-End Substantive Testing | 0.5 | Best Price calculation review |
| Connors,Ryan Thomas | Senior | 27 Feb 2020 | Risk Assurance/IT Activities | 1.6 | Reviewed common manage access walkthrough documentation. |
| Connors,Ryan Thomas | Senior | 27 Feb 2020 | Risk Assurance/IT Activities | 0.4 | Reviewed contractor automation testing and left comments for staff. |
| Connors,Ryan Thomas | Senior | 27 Feb 2020 | Risk Assurance/IT Activities | 0.5 | Documented SAP ECC User access review testing. |
| Connors,Ryan Thomas | Senior | 27 Feb 2020 | Risk Assurance/IT Activities | 1.3 | Reviewed SAP ECC privileged access walkthrough and testing. |
| Connors,Ryan Thomas | Senior | 27 Feb 2020 | Risk Assurance/IT Activities | 0.7 | Reviewed list of follow ups and updated the documentation request list accordingly. |
| Connors,Ryan Thomas | Senior | 27 Feb 2020 | Risk Assurance/IT Activities | 1.9 | Reviewed SAP workplans and related documentation. |

**EXHIBIT C**
Audit Services
February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Connors,Ryan Thomas | Senior | 27 Feb 2020 | Risk Assurance/IT Activities | 0.2 | Followed up via email about outstanding Service Org Control documentation. |
| D'Alessandro,Nicholas A | Senior | 27 Feb 2020 | Year-End Substantive Testing | 5.0 | Client request List communication to the client and meetings regarding the start of the audit with the client. |
| D'Alessandro,Nicholas A | Senior | 27 Feb 2020 | Year-End Substantive Testing | 4.0 | Revenue, Accounts receivable and Inventory testing files - sitting with staff to go through each. |
| Deepankar Nayyar | Senior | 27 Feb 2020 | Year-End Substantive Testing | 11.0 | Various year-end substantive procedures performed. |
| Divya Girdhar | Staff/Assistant | 27 Feb 2020 | Year-End Substantive Testing | 11.0 | L01 workpaper , F09 and F11 Inventory rollforwards, Rhodes Pharma F01 set up, prior year trial balance review , Accounts payable aging |
| Furtado,Justin V | Manager | 27 Feb 2020 | Planning Activities | 1.1 | Establishing roles and responsibilities for 2019 Audit |
| Furtado,Justin V | Manager | 27 Feb 2020 | Planning Activities | 2.4 | Review of planning workpapers |
| Furtado,Justin V | Manager | 27 Feb 2020 | Planning Activities | 0.9 | Review of audit scoping files |
| Himanshu Singla | Staff/Assistant | 27 Feb 2020 | Year-End Substantive Testing | 6.0 | |
| Nguyen,Jessica | Staff/Assistant | 27 Feb 2020 | Risk Assurance/IT Activities | 9.0 | 2 hours - address comments on ECC privileged access walkthrough2 hours - updating ECC privileged access testing/UAR for ECC2 hours - IT ops - addressing comments, updating testing 1.5 hours - updating contractor termination testing 1.5 hours - addressing comments and updating |

**EXHIBIT C**
Audit Services
February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| | | | | | walkthrough documentation |
| Raghav Garg | Senior | 27 Feb 2020 | Year-End Substantive Testing | 3.0 | Inventory workpaper, rollforward, Accounts Payable ageing |
| Squitieri,Johnna | Staff/Assistant | 27 Feb 2020 | Year-End Substantive Testing | 12.0 | Prepared Vendor Chargeback and Credit Memo workpapers |
| Tran,Loikevin | Manager | 27 Feb 2020 | Year-End Substantive Testing | 0.5 | Sales credit variance review and prep |
| Tran,Loikevin | Manager | 27 Feb 2020 | Year-End Substantive Testing | 3.1 | Average Manufacturer Price calculation replication review |
| Tran,Loikevin | Manager | 27 Feb 2020 | Year-End Substantive Testing | 1.4 | Best price option 1 direct sales review best price option 2 - 5 review and prep for email |
| Biedziak,Eliza Anna | Senior Manager | 28 Feb 2020 | Year-End Substantive Testing | 0.5 | Best Price calculation review |
| Connors,Ryan Thomas | Senior | 28 Feb 2020 | Risk Assurance/IT Activities | 1.0 | Reviewed testing for password settings and automated contractor removal control. |
| Connors,Ryan Thomas | Senior | 28 Feb 2020 | Risk Assurance/IT Activities | 0.6 | Created agenda of internal status meeting and emailed to team. |
| Connors,Ryan Thomas | Senior | 28 Feb 2020 | Risk Assurance/IT Activities | 1.0 | Review SAP HCM User Access review |
| Connors,Ryan Thomas | Senior | 28 Feb 2020 | Risk Assurance/IT Activities | 1.9 | Review SAP HCM privileged access walkthrough |

**EXHIBIT C**
Audit Services
February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Connors,Ryan Thomas | Senior | 28 Feb 2020 | Risk Assurance/IT Activities | 1.0 | Reviewed ECC SAP user access review |
| Connors,Ryan Thomas | Senior | 28 Feb 2020 | Risk Assurance/IT Activities | 1.4 | Administrative - updated timesheet with detailed descriptions |
| Deepankar Nayyar | Senior | 28 Feb 2020 | Year-End Substantive Testing | 11.0 | Various year-end substantive procedures performed. |
| Divya Girdhar | Staff/Assistant | 28 Feb 2020 | Year-End Substantive Testing | 11.0 | L01 workpaper , F09 and F11 Inventory rollforwards, Rhodes Pharma F01 set up, prior year trial balance review , Accounts payable aging |
| Himanshu Singla | Staff/Assistant | 28 Feb 2020 | Year-End Substantive Testing | 11.0 | |
| Nguyen,Jessica | Staff/Assistant | 28 Feb 2020 | Risk Assurance/IT Activities | 9.0 | 2 hours - Updating change management documentation YE1 hour - updating change management documentation interim1 hour - updating HCM User Access Review documentation for 2019, new request2 hours - updating D8 / year end update testing matrix1 hour - reviewing IT Ops testing and selecting new samples for resampling purposes to be sent to client1 hour - updating IT Ops documentation1 hour - updating new/mod user testing documentation for 2019 interim |
| Raghav Garg | Senior | 28 Feb 2020 | Year-End Substantive Testing | 7.0 | Inventory workpaper, rollforward, Accounts payable ageing |
| Squitieri,Johnna | Staff/Assistant | 28 Feb 2020 | Year-End Substantive Testing | 8.0 | Prepared inventory and sales workpapers |

**EXHIBIT C**

Audit Services

February 1 Through February 29, 2020

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Tran,Loikevin | Manager | 28 Feb 2020 | Year-End Substantive Testing | 0.5 | FCP calculation review |
| | **Total** | | | **793.3** | |

**EXHIBIT D**

**DETAIL OF OUT-OF-POCKET EXPENSES**

**FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| Last Name | First Name | Title | Transaction Date | Category Description | Expense Amount | Description |
|---|---|---|---|---|---|---|
|  |  |  | 25 Feb 2020 | Other | $183.82 | Cash Confirmation Requests (standard industry service provided by banks to confirm the balance of cash accounts) |
|  |  |  | 25 Feb 2020 | Other | $1,261.49 | Cash Confirmation Requests (standard industry service provided by banks to confirm the balance of cash accounts) |
|  |  |  | 21 Feb 2020 | Other | $137.50 | Creative Services Group Time & Materials |
|  |  |  | 21 Feb 2020 | Other | $45.84 | Creative Services Group Time & Materials |
| Squitieri | Johnna | Staff/Assistant | 27 Feb 2020 | Meals | $39.94 | Meals consumed on-site to discuss year-end procedures. PPED approved by Devon Brady. |
| Squitieri | Johnna | Staff/Assistant | 25 Feb 2020 | Meals | $37.09 | Meals consumed on-site to discuss year-end procedures. PPED approved by Devon Brady. |
| Squitieri | Johnna | Staff/Assistant | 26 Feb 2020 | Meals | $35.07 | Meals consumed on-site to discuss year-end procedures. PPED approved by Devon Brady. |
|  |  |  | 21 Feb 2020 | Other | $41.25 | Creative Services Group Time & Materials |
| **Total** |  |  |  |  | **$1,782.00** |  |