HENRICHSEN SIEGEL, PLLC
225 Broadway, Suite 1803
New York, New York 10007
(646) 378-4421 (phone)
Chiung-Hui Huang
Neil L. Henrichsen (*pro hac vice*)
Dawn C. Stewart (*pro hac vice*)

*Counsel to the Representatives of the Proposed Class*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In re:**

**PURDUE PHARMA L.P.,** *et al.*,

                **Debtors[1]**

**Chapter 11**

**Case No. 19-23649 (RDD)**

**(Jointly Administered)**

**NOTICE OF ADJOURNMENT OF JUNE 23, 2020 HEARING OF THE PUBLIC SCHOOL DISTRICTS' MOTION FOR AN ORDER ALLOWING THEM TO PROCEED WITH A CLASS PROOF OF CLAIM AND CERTIFYING A CLASS**

    **PLEASE TAKE NOTICE** that the hearing to consider the Public School Districts'

Motion for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Class, scheduled for June 23, 2020 at 10:00 a.m., has been adjourned to **July 23, 2020 at 2:00 p.m.** [Docket No. 1211].  Objections are to be filed with the Court no later than **July 16, 2020**.

   **PLEASE TAKE FURTHER NOTICE** that the July 23, 2020 hearing will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 501, New York, New York 10004-1408.

Dated:  June 16, 2020

Respectfully Submitted,

By:  /s/ Cyrus Mehri

MEHRI & SKALET, PLLC
Cyrus Mehri (pro hac vice)
Steven A. Skalet (pro hac vice)
Joshua Karsh (pro hac vice)
Aisha Rich (pro hac vice pending)
1250 Connecticut Ave., NW
Washington, D.C. 20036
(202) 822-5100 (phone)
(202) 822-4997 (fax)
cmehri@findjustice.com
sskalet@findjustice.com
jkarsh@findjustice.com
arich@findjustice.com

Chiung-Hui Huang
Neil L. Henrichsen (*pro hac vice*)
Dawn C. Stewart (*pro hac vice*)
225 Broadway, Suite 1803
New York, NY 10007
(646) 378-4421
chuang@hslawyers.com
nhenrichsen@hslawyers.com
dstewart@hslawyers.com

HUGHES SOCOL PIERS RESNICK & DYM,
LTD.
Matthew J. Piers (*pro hac vice*)
Charlie D. Wysong (*pro hac vice*)
Margaret E. Truesdale (*pro hac vice*)
Emily R. Brown (*pro hac vice*)
Mark Dym (*pro hac vice*)
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 604-2630 (phone)
(312) 604-2631 (fax)
mpiers@hsplegal.com
cwysong@hsplegal.com
mtruesdale@hsplegal.com
ebrown@hsplegal.com
mdym@hsplegal.com

HIMES PETRARCA & FESTER, CHTD.
Justino D. Petrarca (*pro hac vice*)
Two Prudential Plaza, Suite 3100
180 North Stetson
Chicago, Illinois 60601
(312) 565-3100 (phone)
(312) 565-0000 (fax)
jpetrarca@edlawyer.com

TERREL HOGAN, P.A.
Wayne Hogan (*pro hac vice*)
Leslie Goller (*pro hac vice*)
233 E. Bay Street, Suite 80
Jacksonville, FL 32202
904.722.2228
hogan@terrellhogan.com
lgoller@terrellhogan.com

3