DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

## AGENDA FOR JUNE 23, 2020 HEARING

| | |
|---|---|
| Time and Date of Hearing: | June 23, 2020 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. Please register with Court Solutions at www.court-solutions.com. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 1327667120#. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Copies of Motions: A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.

## I. UNCONTESTED MATTERS:

1. ***Amended Funding Agreement Motion.*** Amended Motion of Debtors for Authorization to Enter into Funding Agreement [ECF No. 1249]

    Objection Deadline: June 16, 2020 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Statement of Official Committee of Unsecured Creditors with Respect to Amended Motion of Debtors to Enter into Funding Agreement [ECF No. 1278]

    Related Documents:

    A. Motion of Debtors for Authorization to Enter into Funding Agreement [ECF No. 1005]

    B. Declaration of Jon Lowne in Support of Debtors' Motion for Authorization to Enter into Funding Agreement [ECF No. 1006]

    C. Notice of Adjournment of Hearing of Debtors for Authorization to Enter into Funding Agreement [ECF No. 1040]

    D. Notice of Adjournment of Hearing of Debtors for Authorization to Enter into Funding Agreement [ECF No. 1148]

    E. Amended Declaration of Jon Lowne in Support of Debtors' Motion for Authorization to Enter into Funding Agreement [ECF No. 1250]

    Status: This matter is going forward on an uncontested basis.

2. ***Stikeman Elliott Fee Application.*** Application of Stikeman Elliott LLP as an Ordinary Course Professional for Compensation for Services Rendered in Excess of the Tier 1 OCP Cap for the Period From September 15, 2019 Through November 30, 2019 [ECF No. 1126]

    Objection Deadline: June 19, 2020 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Related Documents:

     A. Notice of Hearing on Application of Stikeman Elliott LLP as an Ordinary Course Professional for Compensation for Services Rendered in Excess of the Tier 1 OCP Cap for the Period from September 15, 2019 through November 30, 2019 [Telephonic] [ECF No. 1248]

    Status: This matter is going forward on an uncontested basis.

3. ***UCC Application to Employ Bedell Cristin.*** Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Bedell Cristin Jersey Partnership as Special Foreign Counsel, *Nunc Pro Tunc* to February 27, 2020 [ECF No. 1244]

    Objection Deadline: June 20, 2020 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Related Documents:

    Status: This matter is going forward on an uncontested basis.

## II. CONTINUED MATTERS:

4. ***Private Insurance Plaintiff's Rule 2004 Motion***. Statement of the Private Insurance Class Claimants Concerning Discovery Disputes between Official Committee of Unsecured Creditors Committee and the Sacklers and the Application under Bankruptcy Rule 2004 [ECF No. 1099]

    Objection Deadline: July 16, 2020 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

     A. Reservation of Rights in Connection with Statement and Application of the Private Insurance Class Claimants Concerning Discovery Disputes [ECF No. 1119]

    Related Documents:

     A. Notice of Hearing to Consider Application under Bankruptcy Rule 2004 of the Private Insurance Class [ECF No. 1127]

     B. Notice of Adjournment of Hearing of the Private Insurance Class Claimants Application Under Bankruptcy Rule 2004 [ECF No. 1144]

       C. Notice of Adjournment of Hearing on 6/23/20 by the Private Insurance Class Claimants [ECF No. 1264]

   <u>Status</u>: This matter is continued to July 23, 2020.

4. ***Schools' Certification Motion.*** Motion to Allow Notice of Hearing on Motion by Public Schools Districts for an Order Allowing them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1211]

   <u>Objection Deadline</u>: July 16, 2020 at 4:00 p.m. (prevailing Eastern Time).

   <u>Responses Received</u>: None

   <u>Related Documents</u>:

       A. Notice of Hearing on Motion by Public School Districts for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1212]

       B. Corrected Notice of Hearing on Motion by Public School Districts for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1217]

       C. Notice of Adjournment of June 23, 2020 Hearing of the Public School Districts' Motion for an Order Allowing Them to Proceed With a Class Proof of Claim and Certifying a Class [ECF No. 1217]

   <u>Status</u>: This matter is continued to July 23, 2020.

Dated:   June 22, 2020
         New York, New York

                               DAVIS POLK & WARDWELL LLP

                               By:   */s/ Eli J. Vonnegut*
                                      Eli J. Vonnegut

                               450 Lexington Avenue
                               New York, New York 10017
                               Telephone: (212) 450-4000
                               Facsimile:  (212) 701-5800
                               Marshall S. Huebner
                               Benjamin S. Kaminetzky
                               Timothy Graulich
                               Eli J. Vonnegut
                               Christopher S. Robertson

                               *Counsel to the Debtors*
                               *and Debtors in Possession*