UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------ x

### STATEMENT OF FEES AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF MAY 1, 2020 THROUGH MAY 31, 2020

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of May 1, 2020 through May 31, 2020 (the "Fifth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

### I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.   On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.   On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.   On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT *nunc pro tunc* to the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Compensation and Reimbursement of Out-of-Pocket Expenses

5.   For the Fifth Compensation Period, PJT (a) (i) earned monthly fees in the aggregate amount of $225,000.00, and (ii) is entitled to the reimbursement of out-of-pocket expenses incurred in the amount of $655.17, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,655.17 (representing 80% of the total amount of PJT's earned monthly fees, and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Fifth Compensation Period). Although every effort has been made to include all expenses incurred during the Fifth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and

2

processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such expenses incurred during the Fifth Compensation Period but not included herein.

6.    An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Fifth Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned and out-of-pocket expenses incurred during the Fifth Compensation Period is outlined below:

| Fifth Compensation Period | Monthly Fee | Holdbacks @ 20% | Monthly Fee, Less Holdback | Out-Of-Pocket Expenses | Amount Due |
|---|---|---|---|---|---|
| May 1 – 31, 2020 | $225,000.00 | ($45,000.00) | $180,000.00 | $655.17 | **$180,655.17** |

7.    The amount of compensation and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 502.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Fifth Compensation Period are provided in <u>Appendix B</u>.

8.   A  summary  of  the  total  amount  of  hours  expended  by  PJT  professionals  is provided below:

| Professional | May 2020 |
|---|---|
| Tim Coleman | 14.0 |
| Jamie O'Connell | 16.5 |
| Rafael Schnitzler | 53.0 |
| Joe Turner | 70.0 |
| Tom Melvin | 109.0 |
| Jade Wang | 69.0 |
| Jovana Arsic | 4.0 |
| Gerald Sim | 65.5 |
| Aakriti Suri | 18.5 |
| Ismail Mian | 82.5 |
| **Total Hours** | **502.0** |

## III. **Requested Relief**

9.   Pursuant to the Retention Order and the Procedures Order, with respect to: (a) PJT's monthly fees in the amount of $225,000.00 and (b) the reimbursement of PJT's out-of-pocket expenses in the amount of $655.17, in each case earned or incurred during the Fifth Compensation Period, PJT hereby requests that the Debtors make the following payments to PJT:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-Of-Pocket Expenses | 655.17 |
| **Total Amount Due** | **$180,655.17** |

Dated: June 25, 2020                    PJT PARTNERS LP

By: /s/ John James O'Connell III
        John James O'Connell III
        Partner
        280 Park Avenue
        New York, NY 10017
        (212) 364-7800

**APPENDIX A**

PJT Partners

PJT

June 23, 2020

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of May 1, 2020 through May 31, 2020: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |

Out-of-pocket expenses through the period of June 4, 2020:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 22.78 | |
| Meals | | 632.39 | 655.17 |
| **Total Amount Due** | | | **$    180,655.17** |

**Please wire transfer funds to:**

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020
ABA# 321 081 669
Credit Account: PJT Partners LP | PJT RSSG Account
Account # 80008146369

**Invoice No. 10013095**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Dept. - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

| | GL Detail Jun-20 | | Total Expenses |
|---|---|---|---|
| Ground Transportation | $ | 22.78 | $ 22.78 |
| Employee Meals | | 632.39 | 632.39 |
| **Total Expenses** | **$** | **655.17** | **$ 655.17** |
| | | | |
| **Ground Transportation** | | | **$ 22.78** |
| **Meals** | | | **632.39** |
| | | | |
| **Total Expenses** | | | **$ 655.17** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through June 4, 2020**
**Invoice No.**

**Ground Transportation**

| | | | |
|---|---|---|---|
| Sim (weekend taxi home from office) | 10/13/19 | 22.78 | |
| **Subtotal - Ground Transportation** | | **$** | **22.78** |

**Employee Meals**

| | | |
|---|---|---|
| Melvin (weeknight working dinner meal @ office) | 01/15/20 | 10.89 |
| Melvin (weeknight working dinner meal @ office) | 02/18/20 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 02/19/20 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 03/18/20 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 03/19/20 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 03/24/20 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 03/26/20 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 03/31/20 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 04/08/20 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 10/10/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 10/14/19 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 03/23/20 | 8.43 |
| Suri (weeknight working dinner meal @ office) | 03/24/20 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 03/26/20 | 11.33 |
| Suri (weeknight working dinner meal @ office) | 03/27/20 | 2.00 |
| Suri (weekend working dinner meal @ office) | 03/29/20 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 03/31/20 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 04/01/20 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 04/02/20 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 04/07/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 02/27/20 | 20.00 |
| Turner (weekend working lunch meal @ office) | 03/01/20 | 19.74 |
| Turner (weeknight working dinner meal @ office) | 03/03/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 03/04/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 03/05/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 03/06/20 | 20.00 |
| Wang (weeknight working dinner meal @ office) | 03/17/20 | 20.00 |
| Wang (weeknight working dinner meal @ office) | 03/19/20 | 20.00 |
| Wang (weeknight working dinner meal @ office) | 03/25/20 | 20.00 |
| Wang (weeknight working dinner meal @ office) | 03/26/20 | 20.00 |
| Wang (weeknight working dinner meal @ office) | 03/30/20 | 20.00 |
| Wang (weeknight working dinner meal @ office) | 03/31/20 | 20.00 |
| Wang (weeknight working dinner meal @ office) | 04/02/20 | 20.00 |
| Wang (weeknight working dinner meal @ office) | 04/03/20 | 20.00 |
| **Subtotal - Employee Meals** | | **632.39** |

| | | |
|---|---|---|
| **Total Expenses** | **$** | **655.17** |

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MAY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Title | Hours |
|---|---|---|
| Tim Coleman | Partner | 14.0 |
| Jamie O'Connell | Partner | 16.5 |
| Rafael Schnitzler | Director | 53.0 |
| Joe Turner | Vice President | 70.0 |
| Tom Melvin | Associate | 109.0 |
| Jade Wang | Associate | 69.0 |
| Jovana Arsic | Associate | 4.0 |
| Gerald Sim | Analyst | 65.5 |
| Aakriti Suri | Analyst | 18.5 |
| Ismail Mian | Analyst | 82.5 |
| | **Total** | **502.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tim Coleman | 05/03/20 | 0.5 | Calls with J. Turner re various topics |
| Tim Coleman | 05/05/20 | 1.0 | Call with management on various matters |
| Tim Coleman | 05/07/20 | 1.0 | Bi-weekly update call with management |
| Tim Coleman | 05/10/20 | 1.0 | Call with management on various matters |
| Tim Coleman | 05/12/20 | 1.0 | Call with management regarding financial analysis |
| Tim Coleman | 05/14/20 | 1.0 | Weekly update call |
| Tim Coleman | 05/21/20 | 0.5 | Weekly update call |
| Tim Coleman | 05/24/20 | 1.0 | Call with management on various matters |
| Tim Coleman | 05/26/20 | 0.5 | Catch up call with J. Turner and J. O'Connell re various matters |
| Tim Coleman | 05/27/20 | 2.0 | Dialed into board call |
| Tim Coleman | 05/28/20 | 4.0 | Dialed into board call |
| Tim Coleman | 05/28/20 | 0.5 | Call with management and counsel regarding presentation materials |
|  |  | **14.0** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 05/01/20 | 0.5 | Call with J. Turner re various topics |
| Jamie O'Connell | 05/07/20 | 1.0 | Weekly update call |
| Jamie O'Connell | 05/12/20 | 1.0 | Call with management regarding financial analysis |
| Jamie O'Connell | 05/14/20 | 1.0 | Weekly update call |
| Jamie O'Connell | 05/15/20 | 0.5 | Call with J. Turner re various topics |
| Jamie O'Connell | 05/18/20 | 0.5 | Call with team regarding financial presentation |
| Jamie O'Connell | 05/18/20 | 0.5 | Review and comment on financial presentation |
| Jamie O'Connell | 05/21/20 | 0.5 | Weekly update call |
| Jamie O'Connell | 05/22/20 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 05/26/20 | 0.5 | Catch up call with J. Turner and T. Coleman re various matters |
| Jamie O'Connell | 05/27/20 | 2.0 | Dialed into board call |
| Jamie O'Connell | 05/28/20 | 4.0 | Dialed into board call |
| Jamie O'Connell | 05/28/20 | 0.5 | Call with management and counsel regarding presentation materials |
| Jamie O'Connell | 05/29/20 | 0.5 | Review and comment on draft April fee statement |
| Jamie O'Connell | 05/29/20 | 0.5 | Review and comment on financial analysis |
| Jamie O'Connell | 05/29/20 | 0.5 | Call with R. Schnitzler regarding financial analysis |
| Jamie O'Connell | 05/30/20 | 1.0 | Review and comment on financial presentation |
| Jamie O'Connell | 05/30/20 | 0.5 | Call with R. Schnitzler regarding financial analysis |
| Jamie O'Connell | 05/31/20 | 0.5 | Review correspondence regarding financial presentation |
| | | **16.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 05/01/20 | 3.0 | Draft financial presentation |
| Rafael Schnitzler | 05/01/20 | 0.5 | Discussion with J. Turner re IAC workstreams |
| Rafael Schnitzler | 05/02/20 | 0.5 | Reviewed draft financial presentation |
| Rafael Schnitzler | 05/04/20 | 2.0 | Reviewed draft financial presentation |
| Rafael Schnitzler | 05/05/20 | 1.0 | Reviewed draft financial presentation |
| Rafael Schnitzler | 05/06/20 | 0.5 | Discussion with PJT, Alix and management re financial analysis |
| Rafael Schnitzler | 05/06/20 | 0.5 | Review of various financial analysis presentations |
| Rafael Schnitzler | 05/06/20 | 0.5 | Review of agenda, and prep for, bi-weekly call with management |
| Rafael Schnitzler | 05/07/20 | 1.0 | Bi-weekly update call with management |
| Rafael Schnitzler | 05/07/20 | 3.0 | Reviewed draft financial presentation |
| Rafael Schnitzler | 05/11/20 | 0.5 | Internal update call with various PJT participants |
| Rafael Schnitzler | 05/11/20 | 3.0 | Reviewed draft financial presentation |
| Rafael Schnitzler | 05/12/20 | 2.5 | Reviewed draft financial presentation |
| Rafael Schnitzler | 05/12/20 | 1.0 | Call with management regarding financial analysis |
| Rafael Schnitzler | 05/13/20 | 0.5 | Call with Company re development project |
| Rafael Schnitzler | 05/13/20 | 3.0 | Reviewed draft financial presentation |
| Rafael Schnitzler | 05/14/20 | 3.0 | Reviewed draft financial presentation |
| Rafael Schnitzler | 05/14/20 | 1.0 | Bi-weekly update call with management |
| Rafael Schnitzler | 05/14/20 | 1.0 | Discussion with company re certain Rhodes items |
| Rafael Schnitzler | 05/15/20 | 0.5 | Call with Alix re Rhodes items |
| Rafael Schnitzler | 05/15/20 | 0.5 | Call with DPW and Company lawyers re monitor report conclusions |
| Rafael Schnitzler | 05/15/20 | 1.5 | Reviewed draft financial presentation |
| Rafael Schnitzler | 05/18/20 | 1.0 | Reviewed draft financial presentation |
| Rafael Schnitzler | 05/19/20 | 0.5 | Internal discussion regarding IAC analyses |
| Rafael Schnitzler | 05/21/20 | 1.0 | Bi-weekly update call with management |
| Rafael Schnitzler | 05/21/20 | 0.5 | Discussion with Company, Alix and DP re Rhodes |
| Rafael Schnitzler | 05/22/20 | 0.5 | Call regarding certain Rhodes items |
| Rafael Schnitzler | 05/23/20 | 1.0 | Review of various IAC analyses |
| Rafael Schnitzler | 05/23/20 | 0.5 | Call regarding certain Rhodes items |
| Rafael Schnitzler | 05/26/20 | 2.0 | Discussion with company re certain Rhodes items |
| Rafael Schnitzler | 05/26/20 | 2.0 | Call regarding certain Rhodes items |
| Rafael Schnitzler | 05/27/20 | 3.5 | Draft materials for Rhodes |
| Rafael Schnitzler | 05/27/20 | 0.5 | Call with company and advisors, prep for creditor advisor diligence call |
| Rafael Schnitzler | 05/27/20 | 2.0 | Telephonic BOD meeting |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 05/27/20 | 2.0 | Call regarding certain Rhodes items |
| Rafael Schnitzler | 05/28/20 | 3.5 | Telephonic BOD meeting |
| Rafael Schnitzler | 05/28/20 | 0.5 | Call regarding certain Rhodes items |
| Rafael Schnitzler | 05/28/20 | 0.5 | Call with management and counsel regarding presentation materials |
| Rafael Schnitzler | 05/29/20 | 0.5 | Call with J. O'Connell regarding financial analysis |
| Rafael Schnitzler | 05/30/20 | 0.5 | Call with J. O'Connell regarding financial analysis |
| | | **53.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 05/01/20 | 1.0 | Coordination of creditor diligence calls re business plan |
| Joe Turner | 05/01/20 | 0.5 | Coordination of creditor diligence calls re tax analysis |
| Joe Turner | 05/01/20 | 0.5 | Discussion with R. Schnitzler re IAC workstreams |
| Joe Turner | 05/01/20 | 0.5 | Review of progress re IAC workstreams and business plan |
| Joe Turner | 05/01/20 | 1.0 | Review of company's cash flow analyses |
| Joe Turner | 05/01/20 | 0.5 | Call with J. O'Connell re various topics |
| Joe Turner | 05/02/20 | 0.5 | Review of company's cash flow analyses |
| Joe Turner | 05/02/20 | 1.0 | Review of various IAC materials and discussion with Alix Partners |
| Joe Turner | 05/02/20 | 1.0 | Review draft financial presentation |
| Joe Turner | 05/03/20 | 1.0 | Review of company's cash flow analyses |
| Joe Turner | 05/03/20 | 0.5 | Calls with T. Coleman re various topics |
| Joe Turner | 05/03/20 | 0.5 | Coordination of creditor diligence calls re business plan |
| Joe Turner | 05/04/20 | 2.5 | Creditor diligence call (including prep time) |
| Joe Turner | 05/04/20 | 0.5 | Discussions with DPW on various matters |
| Joe Turner | 05/05/20 | 1.0 | Review of various financial analysis presentations |
| Joe Turner | 05/06/20 | 0.5 | Discussion with PJT, Alix and management re financial analysis |
| Joe Turner | 05/06/20 | 0.5 | Review of various financial analysis presentations |
| Joe Turner | 05/06/20 | 0.5 | Review of agenda, and prep for, bi-weekly call with management |
| Joe Turner | 05/06/20 | 3.0 | Review draft financial presentation |
| Joe Turner | 05/07/20 | 1.0 | Bi-weekly update call with management |
| Joe Turner | 05/07/20 | 1.0 | Discussion with company re certain elements of business plan |
| Joe Turner | 05/08/20 | 1.0 | Review of various financial analyses |
| Joe Turner | 05/11/20 | 0.5 | Internal update call with various PJT participants |
| Joe Turner | 05/11/20 | 1.0 | Call with Company and various advisors re IP |
| Joe Turner | 05/11/20 | 1.0 | Review of various financial analyses |
| Joe Turner | 05/12/20 | 0.5 | Call with Company re development project |
| Joe Turner | 05/12/20 | 2.0 | Review of various financial analyses (largely related to business plan) |
| Joe Turner | 05/12/20 | 1.0 | Call with management regarding financial analysis |
| Joe Turner | 05/13/20 | 0.5 | Call with Company re development project |
| Joe Turner | 05/13/20 | 2.5 | Review draft financial presentation |
| Joe Turner | 05/14/20 | 1.5 | Telephonic Audit Committee call |
| Joe Turner | 05/14/20 | 1.5 | Additional review of Audit Committee topics/materials |
| Joe Turner | 05/14/20 | 1.0 | Bi-weekly update call with management |
| Joe Turner | 05/14/20 | 1.0 | Discussion with company re certain Rhodes items |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 05/15/20 | 0.5 | Call with J. O'Connell re various topics |
| Joe Turner | 05/15/20 | 0.5 | Call with Alix re Rhodes items |
| Joe Turner | 05/15/20 | 0.5 | Call with DPW and Company lawyers re monitor report conclusions |
| Joe Turner | 05/15/20 | 1.0 | Review of various financial analyses (largely related to business plan) |
| Joe Turner | 05/18/20 | 1.0 | Review of various financial analyses (largely related to Rhodes) |
| Joe Turner | 05/18/20 | 0.5 | Coordination of creditor advisor diligence sessions |
| Joe Turner | 05/18/20 | 3.5 | Review draft financial presentation |
| Joe Turner | 05/19/20 | 1.0 | Review of various IAC analyses |
| Joe Turner | 05/19/20 | 0.5 | Internal discussion regarding IAC analyses |
| Joe Turner | 05/21/20 | 1.0 | Bi-weekly update call with management |
| Joe Turner | 05/21/20 | 0.5 | Discussion with Company, Alix and DP re Rhodes |
| Joe Turner | 05/22/20 | 0.5 | Coordination of creditor advisor diligence sessions |
| Joe Turner | 05/22/20 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 05/23/20 | 1.0 | Review of various IAC analyses |
| Joe Turner | 05/23/20 | 0.5 | Call with Alix re Rhodes items |
| Joe Turner | 05/25/20 | 1.5 | Review of various creditor diligence analyses |
| Joe Turner | 05/26/20 | 2.0 | Discussion with company re certain Rhodes items |
| Joe Turner | 05/26/20 | 0.5 | Coordination of creditor advisor diligence sessions |
| Joe Turner | 05/26/20 | 0.5 | Catch up call with J. O'Connell and T. Coleman re various matters |
| Joe Turner | 05/26/20 | 0.5 | Coordination of PJT attendance of BOD |
| Joe Turner | 05/26/20 | 2.0 | Review of BOD agenda and pre-read materials |
| Joe Turner | 05/27/20 | 0.5 | Call with company and advisors, prep for creditor advisor diligence call |
| Joe Turner | 05/27/20 | 0.5 | Drafting of responses to UCC diligence questions |
| Joe Turner | 05/27/20 | 0.5 | Review of draft responses to government stakeholder questions |
| Joe Turner | 05/27/20 | 2.0 | Telephonic BOD meeting |
| Joe Turner | 05/27/20 | 0.5 | Review of certain Rhodes items |
| Joe Turner | 05/28/20 | 3.5 | Telephonic BOD meeting |
| Joe Turner | 05/28/20 | 0.5 | Call with management and counsel regarding presentation materials |
| Joe Turner | 05/28/20 | 0.5 | Coordination of creditor advisor diligence sessions |
| Joe Turner | 05/28/20 | 0.5 | Drafting of responses to UCC diligence questions |
| Joe Turner | 05/28/20 | 2.0 | Review of draft responses to government stakeholder questions |
| Joe Turner | 05/28/20 | 1.0 | Call with government stakeholder financial advisors |
| Joe Turner | 05/29/20 | 0.5 | Advisor/Company call re various diligence items |
| Joe Turner | 05/29/20 | 1.5 | Review of various creditor diligence analyses |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**MAY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 05/30/20 | 0.5 | Review correspondence regarding financial presentation |
| Joe Turner | 05/30/20 | 1.0 | Review of financial presentation |
| Joe Turner | 05/31/20 | 0.5 | Review correspondence regarding financial presentation |
| | | **70.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 05/01/20 | 1.0 | Dial in to hearing on discovery |
| Thomas Melvin | 05/01/20 | 2.0 | Aggregate and review creditor advisor diligence request responses from Company |
| Thomas Melvin | 05/01/20 | 1.0 | E-mail communications with Company, AlixPartners and DPW regarding creditor advisor diligence requests |
| Thomas Melvin | 05/02/20 | 2.0 | Aggregate and review creditor advisor diligence request responses from Company |
| Thomas Melvin | 05/02/20 | 1.0 | E-mail communications with Company, AlixPartners and DPW regarding creditor advisor diligence requests |
| Thomas Melvin | 05/03/20 | 2.5 | Aggregate and review creditor advisor diligence request responses from Company |
| Thomas Melvin | 05/03/20 | 1.0 | E-mail communications with Company, AlixPartners and DPW regarding creditor advisor diligence requests |
| Thomas Melvin | 05/04/20 | 1.0 | Conference call with UCC advisors and Company management |
| Thomas Melvin | 05/04/20 | 2.0 | Aggregate and review creditor advisor diligence request responses from Company |
| Thomas Melvin | 05/04/20 | 1.0 | E-mail communications with Company, AlixPartners and DPW regarding creditor advisor diligence requests |
| Thomas Melvin | 05/04/20 | 0.5 | E-mail communications with UCC and AHC advisors regarding diligence requests |
| Thomas Melvin | 05/05/20 | 0.5 | Internal PJT call to discuss certain creditor advisor diligence requests |
| Thomas Melvin | 05/05/20 | 2.0 | Review creditor advisor diligence requests and potential responses |
| Thomas Melvin | 05/05/20 | 1.0 | E-mail communications with Company, AlixPartners and DPW regarding creditor advisor diligence requests |
| Thomas Melvin | 05/05/20 | 1.0 | Call with UCC advisors regarding diligence requests |
| Thomas Melvin | 05/06/20 | 0.5 | Conference call with Company management regarding UCC follow-up diligence requests |
| Thomas Melvin | 05/06/20 | 0.5 | Internal e-mail communications among PJT team regarding creditor advisor diligence requests |
| Thomas Melvin | 05/06/20 | 1.0 | E-mail communications with Company and AlixPartners regarding creditor advisor diligence requests |
| Thomas Melvin | 05/06/20 | 3.0 | Aggregate and review creditor advisor diligence requests and potential responses from Company |
| Thomas Melvin | 05/06/20 | 0.5 | E-mail communications with UCC advisors regarding diligence requests and upcoming conference call |
| Thomas Melvin | 05/06/20 | 0.5 | E-mail communications with DPW regarding creditor advisor diligence requests |
| Thomas Melvin | 05/07/20 | 1.0 | Bi-weekly update call with management |
| Thomas Melvin | 05/07/20 | 1.0 | Conference call with Company management regarding financial analysis |
| Thomas Melvin | 05/07/20 | 0.5 | E-mail communications with AlixPartners regarding creditor advisor diligence requests |
| Thomas Melvin | 05/07/20 | 2.0 | Aggregate and review creditor advisor diligence requests and potential responses from Company |
| Thomas Melvin | 05/07/20 | 0.5 | E-mail communications with DPW regarding creditor advisor diligence requests and upcoming conference call |
| Thomas Melvin | 05/07/20 | 1.5 | Prepare and review consolidated long term model |
| Thomas Melvin | 05/08/20 | 0.5 | Call with AlixPartners regarding creditor advisor diligence requests |
| Thomas Melvin | 05/08/20 | 0.5 | E-mail communications with AHC advisors regarding diligence requests |
| Thomas Melvin | 05/08/20 | 2.5 | Aggregate and review creditor advisor diligence requests and potential responses from Company |
| Thomas Melvin | 05/08/20 | 1.0 | E-mail communications with Company, AlixPartners and DPW regarding creditor advisor diligence requests |
| Thomas Melvin | 05/08/20 | 0.5 | E-mail communications with UCC advisors regarding diligence requests |
| Thomas Melvin | 05/09/20 | 1.0 | Review creditor advisor diligence requests and potential responses |
| Thomas Melvin | 05/10/20 | 1.0 | Prepare and review consolidated long term model |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 05/10/20 | 1.0 | Review creditor advisor diligence requests and potential responses from Company |
| Thomas Melvin | 05/11/20 | 0.5 | Conference call with Rhodes management regarding creditor advisor diligence requests |
| Thomas Melvin | 05/11/20 | 1.0 | Conference call with UCC advisors, DPW and Company management to address UCC diligence requests |
| Thomas Melvin | 05/11/20 | 0.5 | Weekly internal PJT team call |
| Thomas Melvin | 05/11/20 | 1.0 | Prepare and review consolidated long term model |
| Thomas Melvin | 05/11/20 | 1.0 | Review creditor advisor diligence requests and potential responses |
| Thomas Melvin | 05/12/20 | 0.5 | Conference call with management to discuss financial analysis |
| Thomas Melvin | 05/12/20 | 1.0 | Review PJT draft financial analysis |
| Thomas Melvin | 05/12/20 | 1.0 | Review Company financial analysis |
| Thomas Melvin | 05/12/20 | 1.0 | Review creditor advisor diligence requests and potential responses |
| Thomas Melvin | 05/13/20 | 1.0 | Conference call with KPMG and AHC/UCC advisors regarding tax analysis |
| Thomas Melvin | 05/14/20 | 1.0 | Bi-weekly update call with management |
| Thomas Melvin | 05/14/20 | 1.0 | Review internal draft financial analysis |
| Thomas Melvin | 05/14/20 | 2.0 | Review creditor advisor diligence requests and potential responses |
| Thomas Melvin | 05/14/20 | 1.0 | E-mail correspondence with Company management regarding creditor advisor diligence requests |
| Thomas Melvin | 05/14/20 | 1.0 | Prepare and review consolidated long term model |
| Thomas Melvin | 05/15/20 | 0.5 | Conference call with AlixPartners team and Company management regarding new initiative |
| Thomas Melvin | 05/15/20 | 1.0 | Legal update conference call with AlixPartners team, Company counsel and Company management |
| Thomas Melvin | 05/15/20 | 0.5 | Review creditor advisor diligence requests and potential responses |
| Thomas Melvin | 05/16/20 | 1.0 | Review creditor advisor diligence requests and potential responses |
| Thomas Melvin | 05/16/20 | 1.0 | E-mail correspondence with AlixPartners and DPW teams regarding creditor group diligence requests |
| Thomas Melvin | 05/17/20 | 0.5 | Review consolidated long term model |
| Thomas Melvin | 05/17/20 | 1.0 | Review creditor advisor diligence requests and potential responses |
| Thomas Melvin | 05/18/20 | 1.0 | Conference call with Rhodes management regarding creditor advisor diligence requests |
| Thomas Melvin | 05/18/20 | 2.0 | Review consolidated long term model |
| Thomas Melvin | 05/18/20 | 1.0 | Review creditor advisor diligence requests and potential responses |
| Thomas Melvin | 05/19/20 | 1.5 | Review creditor advisor diligence requests and potential responses |
| Thomas Melvin | 05/20/20 | 0.5 | Conference call with DPW, AlixPartners and Company management regarding creditor advisor diligence request |
| Thomas Melvin | 05/20/20 | 1.0 | Prepare responses to creditor advisor diligence requests |
| Thomas Melvin | 05/20/20 | 1.5 | Review creditor advisor diligence requests and potential responses |
| Thomas Melvin | 05/20/20 | 0.5 | Call with management regarding various financial analyses |
| Thomas Melvin | 05/20/20 | 1.0 | E-mail communications with Company management and DPW regarding creditor advisor diligence requests |
| Thomas Melvin | 05/20/20 | 0.5 | Review internal draft financial analysis |
| Thomas Melvin | 05/20/20 | 0.5 | Prepare and review weekly update call agenda |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 05/21/20 | 0.5 | Weekly update call |
| Thomas Melvin | 05/21/20 | 0.5 | Internal call to discuss consolidated long term model |
| Thomas Melvin | 05/21/20 | 0.5 | Conference call with Company management to discuss financial analysis |
| Thomas Melvin | 05/21/20 | 0.5 | Conference call with management to discuss business development opportunity |
| Thomas Melvin | 05/21/20 | 1.0 | Review consolidated long term model |
| Thomas Melvin | 05/21/20 | 2.0 | Review creditor advisor diligence requests and potential responses |
| Thomas Melvin | 05/21/20 | 1.0 | E-mail communications with Company, DPW, AlixPartners regarding creditor advisor diligence requests |
| Thomas Melvin | 05/22/20 | 2.5 | Prepare and review responses to creditor diligence requests |
| Thomas Melvin | 05/22/20 | 1.0 | E-mail communications with Company management regarding responses to creditor advisor diligence requests |
| Thomas Melvin | 05/22/20 | 0.5 | E-mail correspondence with UCC financial advisors regarding diligence request responses |
| Thomas Melvin | 05/22/20 | 1.0 | Review new creditor advisor diligence request list |
| Thomas Melvin | 05/23/20 | 1.0 | Review potential response to creditor advisor diligence request |
| Thomas Melvin | 05/23/20 | 0.5 | E-mail correspondence with Company management regarding creditor advisor diligence requests |
| Thomas Melvin | 05/25/20 | 0.5 | Review draft responses to creditor advisor requests |
| Thomas Melvin | 05/26/20 | 2.5 | Review creditor advisor diligence requests and potential responses |
| Thomas Melvin | 05/26/20 | 0.5 | E-mail correspondence with DPW regarding information previously provided to creditor advisors |
| Thomas Melvin | 05/26/20 | 1.0 | Review internal and Company financial analyses |
| Thomas Melvin | 05/27/20 | 1.0 | Conference call with Company management and AlixPartners to prepare for upcoming call with creditor advisors |
| Thomas Melvin | 05/27/20 | 0.5 | Conference call with Company management to discuss responses to creditor advisor diligence requests |
| Thomas Melvin | 05/27/20 | 2.0 | Review creditor advisor diligence requests and potential responses |
| Thomas Melvin | 05/27/20 | 1.0 | Review consolidated long term model |
| Thomas Melvin | 05/28/20 | 1.0 | Conference call with Company, AlixPartners and certain stakeholder group advisors |
| Thomas Melvin | 05/28/20 | 2.0 | Review consolidated long term model |
| Thomas Melvin | 05/28/20 | 3.0 | Review creditor advisor diligence requests and potential responses |
| Thomas Melvin | 05/29/20 | 0.5 | Conference call with AlixPartners team regarding recent creditor advisor diligence requests |
| Thomas Melvin | 05/29/20 | 0.5 | Conference call with stakeholder advisors regarding certain documents in data room |
| Thomas Melvin | 05/29/20 | 0.5 | Conference call with Company management to discuss consolidated long term model |
| Thomas Melvin | 05/29/20 | 0.5 | Weekly AG diligence conference call with Company management, DPW and AlixPartners |
| Thomas Melvin | 05/29/20 | 2.5 | Review creditor advisor diligence requests and potential responses |
| Thomas Melvin | 05/29/20 | 0.5 | Review and make Company edits to consolidated long term model |
| Thomas Melvin | 05/30/20 | 2.0 | Review creditor advisor diligence requests and potential responses |
| Thomas Melvin | 05/30/20 | 1.0 | E-mail correspondence with Company management regarding response to creditor diligence requests |
| Thomas Melvin | 05/31/20 | 1.0 | Review creditor advisor diligence requests and potential responses |
| Thomas Melvin | 05/31/20 | 1.0 | Review draft of financial analysis |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**MAY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 05/31/20 | 0.5 | E-mail correspondence with Company management regarding response to creditor diligence requests |
| | | **109.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jade Wang | 05/01/20 | 4.0 | Worked on side by side analysis |
| Jade Wang | 05/02/20 | 3.5 | Worked on side by side analysis |
| Jade Wang | 05/03/20 | 6.0 | Worked on side by side analysis |
| Jade Wang | 05/04/20 | 4.0 | Worked on side by side analysis |
| Jade Wang | 05/04/20 | 1.0 | Call with the management |
| Jade Wang | 05/05/20 | 4.5 | Worked on side by side analysis |
| Jade Wang | 05/06/20 | 2.0 | Worked on side by side analysis |
| Jade Wang | 05/07/20 | 1.0 | Weekly update call |
| Jade Wang | 05/07/20 | 2.0 | Worked on side by side analysis |
| Jade Wang | 05/11/20 | 6.0 | Worked on side by side analysis |
| Jade Wang | 05/12/20 | 3.0 | Worked on side by side analysis |
| Jade Wang | 05/12/20 | 1.0 | Call with the management |
| Jade Wang | 05/13/20 | 4.0 | Worked on side by side analysis |
| Jade Wang | 05/13/20 | 0.5 | Call with the management |
| Jade Wang | 05/14/20 | 6.0 | Worked on side by side analysis |
| Jade Wang | 05/16/20 | 4.0 | Worked on updating financial presentation |
| Jade Wang | 05/18/20 | 4.0 | Worked on updating financial presentation |
| Jade Wang | 05/21/20 | 0.5 | Weekly update call |
| Jade Wang | 05/28/20 | 0.5 | Call with the management regarding Rhodes |
| Jade Wang | 05/28/20 | 0.5 | Call with the management regarding financial presentation |
| Jade Wang | 05/29/20 | 4.0 | Worked on updating financial presentation |
| Jade Wang | 05/30/20 | 4.0 | Worked on updating financial presentation |
| Jade Wang | 05/31/20 | 3.0 | Worked on updating financial presentation |
| | | **69.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 05/25/20 | 2.0 | Review of non-US IACs materials |
| Jovana Arsic | 05/29/20 | 1.0 | Review of non-US IACs materials |
| Jovana Arsic | 05/30/20 | 1.0 | Review of non-US IACs materials |
| | | **4.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Gerald Sim | 05/01/20 | 1.0 | Dial in for Purdue hearing |
| Gerald Sim | 05/04/20 | 1.0 | Diligence call with creditors |
| Gerald Sim | 05/04/20 | 2.0 | Clean up diligence files |
| Gerald Sim | 05/04/20 | 1.0 | Clean up diligence files |
| Gerald Sim | 05/05/20 | 3.0 | Update consolidated model |
| Gerald Sim | 05/06/20 | 0.5 | Prepared agenda for bi-weekly update call |
| Gerald Sim | 05/06/20 | 1.0 | Call with management re. various matters |
| Gerald Sim | 05/07/20 | 1.0 | Bi-weekly update call with management |
| Gerald Sim | 05/08/20 | 0.5 | Call with Alix Partners on Windsor Diligence Tracker |
| Gerald Sim | 05/11/20 | 1.0 | Diligence call with creditors |
| Gerald Sim | 05/11/20 | 0.5 | Call with management regarding diligence requests |
| Gerald Sim | 05/11/20 | 0.5 | Clean up diligence files |
| Gerald Sim | 05/12/20 | 3.0 | Update consolidated model |
| Gerald Sim | 05/12/20 | 4.0 | Update consolidated model |
| Gerald Sim | 05/13/20 | 2.0 | Update consolidated model |
| Gerald Sim | 05/13/20 | 3.0 | Update consolidated model |
| Gerald Sim | 05/14/20 | 3.0 | Update consolidated model |
| Gerald Sim | 05/15/20 | 1.0 | Dial in for Monitor debrief |
| Gerald Sim | 05/15/20 | 2.0 | Formatted consolidated model for printing |
| Gerald Sim | 05/18/20 | 1.0 | Call with Rhodes management for model backups |
| Gerald Sim | 05/18/20 | 1.0 | Update consolidated model with new Rhodes backups |
| Gerald Sim | 05/18/20 | 2.0 | Clean up consolidated model |
| Gerald Sim | 05/18/20 | 1.0 | Clean up consolidated model |
| Gerald Sim | 05/19/20 | 1.0 | Clean up consolidated model |
| Gerald Sim | 05/20/20 | 1.0 | Clean up diligence files |
| Gerald Sim | 05/21/20 | 0.5 | Weekly update call |
| Gerald Sim | 05/21/20 | 0.5 | Call with management on diligence requests |
| Gerald Sim | 05/21/20 | 0.5 | Call with T. Melvin on consolidated model |
| Gerald Sim | 05/21/20 | 3.0 | Clean up consolidated model |
| Gerald Sim | 05/23/20 | 4.0 | Build in functionality for consolidated model |
| Gerald Sim | 05/25/20 | 5.0 | Build in functionality for consolidated model |
| Gerald Sim | 05/20/20 | 1.0 | Clean up diligence files |
| Gerald Sim | 05/26/20 | 4.0 | Build in functionality for consolidated model |
| Gerald Sim | 05/27/20 | 1.0 | Call with management on diligence requests |

# PJT PARTNERS LP
## HOURLY DETAILS FOR THE PERIOD OF
## MAY 1, 2020 THROUGH MAY 31, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Gerald Sim | 05/27/20 | 3.0 | Build in functionality for consolidated model |
| Gerald Sim | 05/28/20 | 1.0 | Call with D&P on diligence requests |
| Gerald Sim | 05/29/20 | 0.5 | Call with Alix Partners on diligence requests |
| Gerald Sim | 05/29/20 | 0.5 | Call with management on consolidated model |
| Gerald Sim | 05/30/20 | 1.0 | Send out requests to management to review consolidated model |
| Gerald Sim | 05/30/20 | 2.0 | Update consolidated model |
| | | **65.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Aakriti Suri | 05/01/20 | 2.0 | Worked on side by side analysis |
| Aakriti Suri | 05/02/20 | 3.0 | Worked on side by side analysis |
| Aakriti Suri | 05/04/20 | 1.0 | Call with the management |
| Aakriti Suri | 05/07/20 | 1.0 | Weekly update call |
| Aakriti Suri | 05/08/20 | 1.0 | Worked on side by side analysis |
| Aakriti Suri | 05/11/20 | 1.0 | Weekly update call |
| Aakriti Suri | 05/12/20 | 5.0 | Worked on side by side analysis |
| Aakriti Suri | 05/13/20 | 1.0 | Call with the management |
| Aakriti Suri | 05/14/20 | 2.0 | Worked on side by side analysis |
| Aakriti Suri | 05/21/20 | 0.5 | Weekly update call |
| Aakriti Suri | 05/28/20 | 0.5 | Call with the management regarding Rhodes |
| Aakriti Suri | 05/28/20 | 0.5 | Call with the management regarding financial presentation |
| | | **18.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Ismail Mian | 05/01/20 | 4.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 05/02/20 | 2.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 05/03/20 | 3.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 05/04/20 | 4.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 05/05/20 | 7.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 05/06/20 | 1.5 | Working on Ex-US IAC Presentation |
| Ismail Mian | 05/07/20 | 1.0 | Weekly update call |
| Ismail Mian | 05/08/20 | 3.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 05/09/20 | 4.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 05/11/20 | 1.5 | Working on Generics Presentation |
| Ismail Mian | 05/11/20 | 5.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 05/12/20 | 4.5 | Working on Ex-US IAC Presentation |
| Ismail Mian | 05/13/20 | 1.0 | Working on Generics Presentation |
| Ismail Mian | 05/13/20 | 6.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 05/14/20 | 7.0 | Working on several presentations |
| Ismail Mian | 05/15/20 | 7.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 05/18/20 | 1.5 | Working on Ex-US IAC Presentation |
| Ismail Mian | 05/20/20 | 3.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 05/21/20 | 0.5 | Weekly update call |
| Ismail Mian | 05/25/20 | 4.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 05/28/20 | 3.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 05/29/20 | 5.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 05/31/20 | 4.0 | Working on Ex-US IAC Presentation |
| | | **82.5** | |