June 29, 2020

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re: *In re Purdue Pharma L.P., et al*, Case No. 19-2349 (RDD)

Dear Judge Drain:

I am the Pharmacist of the Netflix docuseries **"THE PHARMACIST"**. I want to thank you for granting a 30-day extension filing of individual claims related to the above mentioned case.

I am writing to ask that you make sure a fair share gets to the victims(claimants) who experienced loss of loved ones or years of problems with the negative affects of their addictions, which began with the use of Oxycontin. They were hurt personally and financially. Its my understanding that the insurance companies have asked for all or much of any financial settlement. They were not personally hurt. They were not even substantially hurt by paying for the drug. We both know they simply raise premiums to cover this cost. They are guilty of not being more prudent in paying for huge quantities of these drugs. They mostly paid because this might have been the cheapest way to go, instead of paying for alternatives to Oxycontin. If awarded, will they return it to policy holders or spend it on reducing the ongoing Opioid/addiction Pandemic that kills 150+ a day??

In 2002, I called Purdue and spoke with a pharmacist who was in Pharmacy relations and told of the deaths happening with Oxycontin and proposed a way to reduce the danger of the drug and save lives. She acknowledged and agreed with my suggestion. My info went unheeded until 2010. Eight more years of a huge number of deaths and incubation of addiction. True much of the death was by abuse of the drug. The way it was designed and marketed it was easily abused. They knew this. The insurance industry may have or should have known of this also and applied pressure on Purdue. The insurance industry was negligent. Perhaps they should be sued not awarded.

It is reprehensible that insurance companies want a large claim to funds. Funds awarded should go to support individual victims and mechanisms that should be used to abate the crisis that Purdue helped create.

Sincerely,

Dan Schneider RPh. "The Pharmacist" (Parent that lost my son in a drug related murder in 1999.) dschneider@tofhope.com, 504-430-3154

19-23649-shl    Doc 1309    Filed 06/29/20    Entered 06/29/20 09:15:56    Main Document
Pg 2 of 2