**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

---

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF**
**BEDELL CRISTIN JERSEY PARTNERSHIP AS SPECIAL FOREIGN**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS *NUNC PRO TUNC* TO FEBRUARY 27, 2020**

Upon the application (the "Application") of the official committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order, pursuant to sections 328, 330, and 1103 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules") authorizing the Committee to employ and retain Bedell Cristin Jersey Partnership ("Bedell Cristin") as the Committee's special foreign counsel in the Chapter 11 Cases *nunc pro tunc* to February 27, 2020 (the "Retention Date"), to perform the services described in the Application; and upon the declaration of Edward Drummond in support of the Application (the "Drummond Declaration"); and it appearing that due and proper notice of the Application has

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

been given; and it appearing that this Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b), as a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and there being no objections to the Application; and it appearing that Bedell Cristin is eligible for retention pursuant to Bankruptcy Code sections 328 and 1103 in that Bedell Cristin does not represent or hold any interest adverse to the Debtors or their estates as to the matters upon which Bedell Cristin has been and is to be employed as special foreign counsel, and that Bedell Cristin is a "disinterested person" as such term is defined in Bankruptcy Code section 101(14), and that Bedell Cristin shall not, while employed by the Committee, represent any other entity having an adverse interest to the Committee on matters for which Bedell Cristin is being relied upon as special foreign counsel for the Committee; and it appearing that the Committee's retention of Bedell Cristin is necessary and in the best interests of the estates; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as set forth herein.

2. Pursuant to Bankruptcy Code sections 328 and 1103(a), Bankruptcy Rule 2014(a), and Local Bankruptcy Rule 2014-1, the Committee is authorized to employ and retain Bedell Cristin as special foreign counsel to the Committee in the Chapter 11 Cases to perform the services described in the Application, effective as of the Retention Date.

3. Bedell Cristin shall apply for compensation for professional services rendered and reimbursement of reasonable and necessary expenses incurred in connection with the Chapter 11 Cases in compliance with Bankruptcy Code sections 330 and 331, as the case may be, and the

applicable Bankruptcy Rules, Local Bankruptcy Rules, and fee and expense guidelines and orders of the Court.

4. Bedell Cristin shall file a supplemental declaration with this Court and give not less than ten (10) business days' notice to the Debtors, the U.S. Trustee, and the Committee prior to implementing any increases in the rates set forth in the Drummond Declaration in these cases. The supplemental declaration shall explain the basis for the requested rate increases in accordance with Bankruptcy Code section 330(a)(3)(F) and state whether the Committee has consented to the rate increase.

5. The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application and the Drummond Declaration.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: June 29, 2020
      White Plains, New York

                                      */s/Robert D. Drain*
                                      THE HONORABLE ROBERT D. DRAIN
                                      UNITED STATES BANKRUPTCY JUDGE