## Schedule 1

| Jurisdiction | File Date & Court File No. | Plaintiff(s) | Debtor Defendant(s) | U.S. Associated Entities Defendant(s) | Canadian Associated Entities Defendant(s) |
|---|---|---|---|---|---|
| Ontario | June 8, 2007 and June 26, 2007; 070CV-343201CP | Colin MacKay, Steven Ground, Harold Ground, Tim Reid and Sabine Reid and Darrell Rockwood and Marilyn Rockwood | Purdue Pharma L.P. | The Purdue Frederick Company Inc. The P.F. Laboratories Inc. | Purdue Pharma Inc. Purdue Frederick Inc. Purdue Pharma |
| Nova Scotia | September 26, 2007; 285995 (Halifax) | George Bellefontaine and Stephen MacGillivray | Purdue Pharma L.P., Purdue Pharmaceuticals L.P. Purdue Pharma Company | The Purdue Frederick Company Inc. The P.F. Laboratories Inc. Purdue Pharma Company Inc. | Purdue Pharma Inc. Purdue Frederick Inc. Purdue Pharma |
| Quebec | May 11, 2007; 200-06-000080-070 | Claude Larose, Francois Michaud and Leo Michaud | Purdue Pharma L.P., | The Purdue Frederick Company Inc. The P.F. Laboratories Inc. | Purdue Pharma Inc. Purdue Frederick Inc. Purdue Pharma |
| Saskatchewan | June 22, 2012; Q.B.G. 1073/2012 | Demetrios Perdikaris | Purdue Pharma L.P. | The Purdue Frederick Company Inc. The P.F. Laboratories Inc. | Purdue Pharma Inc. Purdue Frederick Inc. Purdue Pharma |
| British Columbia | October 21, 2008; 07586 | Laurie Jayne Newton | Purdue Pharma L.P. | The Purdue Frederick Company Inc. | Purdue Pharma Inc. Purdue Frederick Inc. Purdue Pharma |
| New Brunswick | April 30, 2009; W/C/44/09 | Gary Melanson | Purdue Pharma L.P., Purdue Pharmaceuticals L.P. Purdue Pharma Company | The Purdue Frederick Company Inc. The P.F. Laboratories Inc. Purdue Pharma Company Inc. | Purdue Pharma Inc. Purdue Frederick Inc. Purdue Pharma |

| Jurisdiction | File Date & Court File No. | Plaintiff(s) | Debtor Defendant(s) | U.S. Associated Entities Defendant(s) | Canadian Associated Entities Defendant(s) |
|---|---|---|---|---|---|
| Newfoundland and Labrador | April 29, 2009; 2009 01T/2102 CP | George Critchley | Purdue Pharma L.P., Purdue Pharmaceuticals L.P. Purdue Pharma Company | The Purdue Frederick Company Inc. The P.F. Laboratories Inc. Purdue Pharma Company Inc. | Purdue Pharma Inc. Purdue Frederick Inc. |
| Prince Edward Island | May 1, 2009; S1-GS 23185 | L. Annette Stewart | Purdue Pharma L.P., Purdue Purdue Pharma Company Pharmaceuticals L.P. | The Purdue Frederick Company Inc. The P.F. Laboratories Inc. Purdue Pharma Company Inc. | Purdue Pharma Inc. Purdue Frederick Inc. Purdue Pharma |
| Saskatchewan | September 30, 2008; 1163 of 2008 (Q.B.) | Adolph Stan Juchacz | Purdue Pharma L.P. | The Purdue Frederick Company Inc. | Purdue Pharma Inc. Purdue Frederick Inc. Purdue Pharma |
| Alberta | July 23, 2008; 0801-08779 | Lindsay Black | Purdue Pharma L.P. | The Purdue Frederick Company Inc. | Purdue Pharma Inc. Purdue Frederick Inc. Purdue Pharma |