19-23649-shl    Doc 1314-1    Filed 06/30/20    Entered 06/30/20 15:33:28    Ordinary
Course Professional Payments Tracking Status    Pg 1 of 6

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (RDD)

OCP Payment Report - Three-Month Fee Average
May 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 3,925,267 | N/A | N/A | 437,264 | 496,943 | 412,201 | 446,666 | 452,287 | 456,165 | 424,492 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 2,122,427 | N/A | N/A | 233,924 | 259,176 | 243,777 | 248,567 | 264,865 | 266,559 | 224,985 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 118,933 | N/A | N/A | 11,951 | 18,745 | 25,022 | 16,869 | 14,835 | 12,421 | 10,824 |
| OCP Total | Total | | 25,000,000 | 6,166,627 | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | 47 | 47 | 47 | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 787 | | | 133 | 262 | 262 | 130 | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | 584 | 1,001 | 1,001 | 417 | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 2,193 | | | | 298 | 298 | 731 | 433 | 433 | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 200,000 | | | 16,667 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 7,548 | | | 707 | 857 | 966 | 843 | 1,210 | 1,550 | 966 |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 11,993 | | | 721 | 1,287 | 3,998 | 3,277 | 2,711 | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 578 | | | 193 | 193 | 193 | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 4,708 | | | 258 | 558 | 1,053 | 925 | 772 | 408 | 386 |
| Conyers Dill & Pearman Limited | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 2,368 | | | | 331 | 389 | 477 | 175 | 117 | 313 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 30,910 | | | 1,773 | 6,424 | 8,250 | 8,390 | 3,879 | 1,917 | 140 |
| Dannemann Siemsen Bigler & Ipanema | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 35,724 | | | 1,090 | 3,068 | 5,503 | 8,898 | 8,235 | 5,763 | 1,919 |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | 54 | 54 | 54 | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 50 | | | | | | 17 | 17 | 17 | |
| Dentons US LLP | OCP Tier 2 | 75,000 | 900,000 | 400,000 | | | 33,333 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | 80 | 80 | 106 | 56 | 56 | 31 | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 18,987 | | | 3,336 | 5,327 | 5,327 | 2,262 | 764 | 764 | 730 |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 49,938 | | | 1,189 | 2,068 | 3,511 | 4,835 | 7,069 | 9,778 | 10,621 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 2,620 | | | 422 | 740 | 848 | 426 | 133 | 26 | 26 |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | | 140 | 140 | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | | | 369 | | 456 | 456 | 456 | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 8,539 | | | | 364 | 546 | 802 | 931 | 1,390 | 2,044 |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 6,171 | | | 36 | 36 | 442 | 945 | 1,596 | 1,615 | 1,076 |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 1,717 | | | 505 | 505 | 505 | | 58 | 67 | 67 |
| Gunderson, Palmer, Nelson, Ashmore LL | OCP Tier 3 | 5,000 | 60,000 | 3,443 | | | 705 | 1,041 | 1,054 | 422 | 87 | 93 | 20 |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 1,956 | | | 625 | 625 | 625 | 27 | 27 | 27 | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | 134 | 400 | 427 | 293 | 27 | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | | | | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 75,000 | 900,000 | 328,358 | | | 30,969 | 29,636 | 31,059 | 39,684 | 40,381 | 52,584 | 38,799 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 21,060 | | | 2,121 | 1,199 | 4,899 | 4,899 | 4,899 | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 256,310 | | | 32,119 | 40,015 | 38,829 | 29,501 | 36,789 | 31,661 | 23,817 |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | 883 | 883 | 883 | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 11,772 | | | 3,040 | 3,924 | 1,645 | 884 | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 281,917 | | | 19,667 | 30,010 | 35,838 | 42,546 | 44,560 | 47,564 | 31,759 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 13,299 | | | | | | 1,445 | 3,801 | 4,364 | 2,988 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,176,000 | | | 98,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | 70 | 70 | 100 | 30 | 30 | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 33,308 | | | 4,523 | 4,031 | 3,672 | 3,065 | 2,441 | 4,632 | 3,515 |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 11,317 | | | 512 | 1,284 | 1,580 | 1,462 | 1,288 | 2,040 | 1,799 |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 3,547 | | | 862 | 901 | 901 | 320 | 282 | 282 | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | 107 | 345 | 556 | 450 | 211 | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 90 | | | | 30 | 30 | 30 | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 33,664 | | | 3,670 | 4,299 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | | 104 | 146 | 198 | 94 | 198 | 146 | 260 |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 16,999 | | | 5,271 | 2,315 | 396 | 396 | 396 | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 139,908 | | | 15,430 | 15,605 | 12,219 | 17,040 | 23,559 | 22,509 | 14,166 |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 489,060 | | | 62,297 | 44,180 | 53,833 | 49,311 | 50,520 | 34,502 | 51,412 |

19-23649-shl    Doc 1314-1    Filed 06/30/20    Entered 06/30/20 15:33:28    Ordinary
Course Professional Payments Tracking Status    Pg 2 of 6

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (RDD)

OCP Payment Report - Three Month Fee Average
May 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | 353 | 353 | 353 | | 77 | 77 | 77 |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | 92 | 92 | 92 | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 8,128 | | | 1,312 | 1,495 | 1,517 | 205 | 809 | 1,192 | 1,192 |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 618,661 | | 56,060 | 96,454 | 74,816 | 85,924 | 78,046 | 98,799 | 64,236 | |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 370,845 | | 68,057 | 54,020 | 35,471 | 30,314 | 27,148 | 26,426 | 25,245 | |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 32,000 | | 2,667 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | 1,504 | 2,226 | 2,297 | 1,527 | 805 |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 104,394 | | 10,786 | 12,635 | 10,155 | 9,426 | 14,042 | 16,583 | 14,587 | |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 776,006 | | 162,448 | 133,466 | 46,122 | 61,967 | 56,119 | 49,088 | 34,253 | |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | 51 | 51 | 51 | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | 53 | 53 | 80 | 112 | 730 | 703 | 618 | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 34,000 | | 3,333 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 13,885 | | 417 | 393 | 1,370 | 1,800 | 3,680 | 3,134 | 2,412 | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 2,978 | | | 299 | 299 | 598 | 299 | 299 | 395 | |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 571,850 | | | 35,751 | 41,908 | 52,948 | 59,033 | 76,042 | 79,212 | 95,832 |

19-23649-shl   Doc 1314-1   Filed 06/30/20   Entered 06/30/20 15:33:28   Ordinary
Course Professional Payments Tracking Status   Pg 3 of 6

In re: PURDUE PHARMA L.P., et al.   OCP Payment Report - Monthly Fees (as Incurred)   Case No.: 19-23649 (RDD)
May 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 3,925,267 | 294,904 | 673,501 | 343,387 | 473,942 | 419,275 | 446,781 | 490,806 | 430,908 | 351,763 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 2,122,427 | 169,453 | 305,767 | 226,551 | 245,208 | 259,571 | 240,923 | 294,101 | 264,654 | 116,199 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 118,933 | | | 35,854 | 20,381 | 18,830 | 11,397 | 14,277 | 11,588 | 6,605 |
| OCP Total | Total | | 25,000,000 | 6,166,627 | | | | | | | | | |
| | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | 140 | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 787 | | | 398 | 389 | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | 1,753 | 1,250 | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 2,193 | | | | | 895 | | 1,298 | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 200,000 | | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 7,548 | | | 2,122 | 449 | 326 | 1,754 | 1,550 | 1,346 | |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 11,993 | | | 2,164 | 1,698 | 8,132 | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 578 | | | 578 | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 4,708 | | | 775 | 898 | 1,485 | 392 | 441 | 392 | 326 |
| Conyers Dill & Pearman Limited | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 2,368 | | | 992 | | 175 | 263 | 88 | | 850 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 30,910 | | 409 | 4,910 | 13,952 | 5,887 | 5,330 | 421 | | |
| Dannemann Siemsen Bigler & Ipanema M | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 35,724 | 790 | 1,135 | 1,347 | 6,722 | 8,440 | 11,533 | 4,732 | 1,025 | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | 163 | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 50 | | | | | | | 50 | | |
| Dentons US LLP | OCP Tier 2 | 75,000 | 900,000 | 400,000 | | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | 240 | | 77 | 92 | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 18,987 | | | 10,009 | 5,971 | | 816 | 1,476 | | 715 |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 49,938 | | 2,218 | 1,350 | 2,636 | 6,547 | 5,323 | 9,336 | 14,675 | 7,853 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 2,620 | | | 1,265 | 956 | 323 | | 77 | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | 421 | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | 1,106 | | | | 1,368 | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 8,539 | | | | 1,093 | 546 | 768 | 1,478 | 1,922 | 2,732 |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 6,171 | | | 108 | | 1,220 | 1,616 | 1,953 | 1,275 | |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 1,717 | | | 1,515 | | | | 173 | 29 | |
| Gunderson, Palmer, Nelson, Ashmore LL | OCP Tier 3 | 5,000 | 60,000 | 3,443 | | | 2,116 | 1,006 | 41 | 220 | | 60 | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 1,956 | | | 1,875 | | | 82 | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | 402 | 799 | 80 | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | | | | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 75,000 | 900,000 | 328,358 | 45,546 | 31,883 | 15,478 | 41,548 | 36,152 | 41,353 | 43,640 | 72,759 | |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 21,060 | 2,766 | 3,598 | | | 14,696 | | | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 256,310 | 4,557 | 40,285 | 51,516 | 28,244 | 36,725 | 23,533 | 50,109 | 21,341 | |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | | 2,650 | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 11,772 | | 6,839 | 2,282 | 2,652 | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 281,917 | 10,704 | 21,005 | 27,293 | 41,733 | 38,488 | 47,417 | 47,775 | 47,501 | |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 13,299 | | | | | | 4,335 | 7,068 | 1,688 | 208 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,176,000 | | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | 210 | | 90 | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 33,308 | 7,167 | 1,231 | 5,171 | 5,692 | 153 | 3,351 | 3,819 | 6,725 | |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 11,317 | | | 1,536 | 2,318 | 887 | 1,179 | 1,797 | 3,145 | 455 |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 3,547 | | | 2,587 | 115 | | 845 | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | 320 | 717 | 632 | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 90 | | | | | 90 | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 33,664 | 1,888 | 5,347 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | | 312 | 125 | 156 | | 437 | | 343 |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 16,999 | 8,868 | 6,944 | | | 1,187 | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 139,908 | 10,685 | 25,038 | 10,566 | 11,210 | 14,882 | 25,028 | 30,766 | 11,733 | |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 489,060 | 74,685 | 76,560 | 35,645 | 20,335 | 105,519 | 22,078 | 23,962 | 57,466 | 72,809 |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | 1,059 | | | | 230 | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |

19-23649-shl   Doc 1314-1   Filed 06/30/20   Entered 06/30/20 15:33:28   Ordinary
Course Professional Payments Tracking Status   Pg 4 of 6

In re: PURDUE PHARMA L.P., et al.   OCP Payment Report - Monthly Fees (as Incurred)   Case No.: 19-23649 (RDD)
May 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | 275 | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 8,128 | | | 3,937 | 546 | 69 | | 2,358 | 1,218 | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 618,661 | 32,902 | 64,915 | 70,363 | 154,084 | | 103,689 | 130,451 | 62,258 | |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 370,845 | 79,858 | 83,933 | 40,380 | 37,746 | 28,288 | 24,907 | 28,248 | 26,124 | 21,362 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 32,000 | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | 4,511 | 2,167 | 213 | 2,202 | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 104,394 | 3,951 | 20,228 | 8,179 | 9,498 | 12,789 | 5,990 | 23,347 | 20,413 | |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 776,006 | 151,158 | 318,434 | 17,752 | 64,211 | 56,402 | 65,289 | 46,667 | 35,307 | 20,785 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | 154 | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | 159 | | 81 | 256 | 1,853 | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 34,000 | 2,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 13,885 | 272 | 99 | 879 | 200 | 3,032 | 2,167 | 5,840 | 1,395 | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 2,978 | | | | 897 | | 897 | | | 1,184 |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 571,850 | 25,455 | 38,748 | 43,052 | 43,926 | 71,866 | 61,308 | 94,951 | 81,376 | 111,170 |

19-23649-shl    Doc 1314-1    Filed 06/30/20    Entered 06/30/20 15:33:28    Ordinary
Course Professional Payments Tracking Status    Pg 5 of 6

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Expenses Incurred
May 2020

| Name | Tier | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | 414,741 | 31,224 | 33,492 | 81,277 | 32,616 | 65,548 | 31,899 | 53,745 | 80,926 | 4,015 |
| OCP Tier 2 Total | OCP Tier 2 | 268,923 | 13,674 | 21,382 | 58,561 | 60,173 | 26,410 | 11,579 | 41,566 | 26,658 | 8,920 |
| OCP Tier 3 Total | OCP Tier 3 | 1,604 | | | 795 | 716 | 15 | 32 | 15 | 31 | |
| OCP Total | Total | 685,267 | | | | | | | | | |
| | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | | | | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | | | | | | | | | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 42 | | | | 42 | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 3 | | | | | | 3 | | | |
| Cipriani & Werner PC | OCP Tier 3 | 350 | | | 350 | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | | | | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 3 | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 90 | | | 90 | | | | | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 315 | | | | 267 | 48 | | | | |
| Dannemann Siemsen Bigler & Ipanema | OCP Tier 2 | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 6,811 | 1,000 | | 781 | 160 | | 1,320 | 2,550 | 1,000 | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 45 | | | 15 | 15 | | | 15 | | |
| Dentons US LLP | OCP Tier 2 | 17,983 | | 2,190 | 1,203 | 554 | 10,540 | 2,761 | 735 | | |
| Dinse, Knapp & McAndrew | OCP Tier 3 | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 321 | | | 51 | 270 | | | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 5,149 | | 250 | | -241 | | | 2,400 | 1,700 | 1,040 |
| Duke Scanlan | OCP Tier 3 | 2 | | | | 2 | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 27 | | | | | | | | 27 | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 5 | | | | | | | 5 | | |
| Frost Brown Todd LLC | OCP Tier 3 | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 83 | | | 60 | 23 | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LL | OCP Tier 3 | 224 | | | 138 | 65 | 3 | 14 | | 4 | |
| Hepler Broom LLC | OCP Tier 3 | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 19 | | | | 19 | | | | | |
| Hood Law Firm | OCP Tier 3 | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | | | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 13 | | | | 13 | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 1,329 | 575 | 227 | 204 | | | 323 | | | |
| Larson & O'Brien | OCP Tier 3 | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 2,000 | | 1,400 | | | 600 | | | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 141,445 | 3,503 | 8,465 | 46,301 | 51,656 | 7,682 | 1,321 | 5,828 | 16,689 | |
| Lynch & Pine | OCP Tier 2 | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 9,632 | | 3,408 | 42 | | 6,182 | | | | |
| Maiwald | OCP Tier 1 | 251,582 | 18,665 | 20,632 | 26,648 | 28,970 | 32,105 | 25,346 | 52,491 | 46,725 | |
| McCarter & English | OCP Tier 2 | 3,600 | | | | | | | 3,600 | | |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 34,166 | 3,568 | 9,166 | 4,954 | 3,052 | 7,512 | 5,913 | | | |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 3 | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woody | OCP Tier 3 | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 38 | | | | 18 | | 8 | 13 | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 502 | 39 | | 15 | 41 | | | 7 | 400 | |
| Morrison & Foerster LLP | OCP Tier 2 | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 60 | | | | 60 | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | | | | | | | | | | |

| Name | Tier | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nixon Peabody | OCP Tier 3 | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | | | | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 13 | | | 6 | 6 | 1 | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | | | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | | | | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | | | | | | | | | | |
| Poyner Spruill LLP | OCP Tier 2 | 306 | 160 | 125 | | | 22 | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 41,693 | 7,076 | 2,508 | 6,437 | 5,335 | 2,159 | 2,382 | 4,925 | 2,991 | 7,880 |
| Reed Smith, LLP | OCP Tier 1 | 117 | 63 | -319 | 31 | 106 | 116 | 31 | 60 | 30 | |
| Reichard & Escalera LLC | OCP Tier 3 | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 68 | | | 68 | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 3,646 | 13 | 16 | 2,291 | 106 | | 2 | 1,177 | 40 | |
| Skarzynski Black | OCP Tier 2 | 4,398 | 1,321 | 1,858 | | 1,051 | 23 | 146 | | | |
| Smith Anderson | OCP Tier 2 | 252 | | | | | 252 | | | | |
| Snell & Wilmer | OCP Tier 3 | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 15,278 | | 4,360 | 160 | 1,350 | 1,300 | 51 | 6,417 | 1,640 | |
| Stikeman Elliott, LLP | OCP Tier 1 | 5,122 | 680 | 548 | | 383 | 2,913 | 584 | | | 14 |
| Stites & Harbison, PLLC | OCP Tier 2 | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 200 | | | | 200 | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | | | | | | | | | | |
| Troutman Sanders LLP | OCP Tier 2 | 27,861 | | | 3,460 | | 3,785 | 3,275 | 15,103 | 2,238 | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | | | | | | | | | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 110,475 | 8,234 | 40 | 47,310 | | 16,720 | 23 | 17 | 34,131 | 4,000 |