**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649 (RDD) |
| **Debtors.** | (Joint Administration Pending) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Eric L. Young, request admission, ***pro hac vice**,* before the Honorable Robert D. Drain, to represent the Sheet Metal Workers Local No. 25 Health & Welfare Fund, a creditor in the above referenced case.

*I certify I am a member in good standing* of the bar in the Commonwealth of Pennsylvania; and, if applicable, the bars of the U.S. District Courts for the Eastern, Middle and Western Districts of Pennsylvania; the U.S. Bankruptcy Courts for the Eastern, Middle and Western Districts of Pennsylvania; the U.S. Court of Appeals for the Third Circuit; and the United States Supreme Court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 30, 2020        **SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**

*/s/ Eric L. Young*
Eric L. Young
PA Bar No. 84109
1845 Walnut St., Suite 806
Philadelphia, PA 19103
Email: eyoung@sfmslaw.com
Phone: (610) 891-9880
Fax: (866) 300-7367

*Proposed Counsel for the Sheet Metal Workers Local No. 25 Health & Welfare Fund*