

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Eric Leighton Young, Esq.*

**DATE OF ADMISSION**

*October 29, 1999*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  June 16, 2020**

Patricia A. Johnson
Chief Clerk