**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649 (RDD) |
| **Debtors.** | (Joint Administration Pending) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of ERIC L. YOUNG (the "Movant"), to be admitted, *pro hac vice,* to represent the Sheet Metal Workers Local No. 25 Health & Welfare Fund, a creditor in the above referenced case, and upon the Movant's certification that he is a member in good standing of the bar of the Commonwealth of Pennsylvania; and the bars of the U.S. District Courts for the Eastern, Middle and Western Districts of Pennsylvania; the U.S. Bankruptcy Courts for the Eastern, Middle and Western Districts of Pennsylvania; the U.S. Court of Appeals for the Third Circuit; and the United States Supreme Court, it is hereby

**ORDERED,** that ERIC L. YOUNG, Esq. is admitted to practice, *pro hac vice,* in the above referenced case to represent the Sheet Metal Workers Local No. 25 Health & Welfare Fund, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: _____, 2020
_____, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE