## **CERTIFICATE OF SERVICE**

I, Eric L. Young, certify that on June 30, 2020, a copy of the forgoing *Motion for Admission to Practice, Pro Hac Vice* was filed and served through ECF notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing system.

*/s/ Eric L. Young*
Eric L. Young, Esq.