Gerard Uzzi
Alexander B. Lees
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000

Gregory P. Joseph
Mara Leventhal
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone: (212) 407-1200

*Counsel to the Raymond Sackler Family*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

## SUGGESTION OF DEATH

**PLEASE TAKE NOTICE** pursuant to FED. R. CIV. P. 25(a) as made applicable by FED. R. BANKR. P. 7025 that, after a long battle with cancer, Jonathan Sackler died on June 30, 2020, during the pendency of these cases.

Dated: June 30, 2020
New York, New York

**MILBANK LLP**

By:  /s/ Gerard Uzzi
Gerard Uzzi
Alexander B. Lees
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000

**JOSEPH HAGE AARONSON LLC**

By:  /s/ Gregory P. Joseph
Gregory P. Joseph
Mara Leventhal
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone:  (212) 407-1200

*Counsel to the Raymond Sackler Family*