**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY  10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
                                                             :
PURDUE PHARMA L.P., *et al.*,                                :    Case No. 19-23649 (RDD)
                                                             :
                             Debtors[1].                      :    (Jointly Administered)
                                                             :
-------------------------------------------------------------- X

**EIGHTH MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF MAY 1, 2020 THROUGH MAY 31, 2020**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Brown Rudnick LLP |
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | May 1, 2020 through May 31, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $109,186.00 |
| **Current Fee Request** | $87,348.80 (80% of $109,186.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $2,431.37 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $89,780.17 |
| **Total Fees and Expenses Inclusive of Holdback** | $111,617.37 |
| **This is a(n):**   _X_ Monthly Application     ___Interim Application     ___Final Application |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Eighth Monthly Fee Statement (the "Fee Statement") for the period of May 1, 2020 through and including May 31, 2020 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the project categories.  As reflected in Exhibit A, Brown Rudnick incurred $109,186.00 in fees during the Statement Period.  Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $87,348.80.

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,002.60.  The blended hourly rate of all paraprofessionals is $395.00.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $2,431.37 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "Allocation Fees").  To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application.   Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

## **Notice**

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

**"*Concluded on following page*"**

Dated:  July 2, 2020

Respectfully submitted,

BROWN RUDNICK LLP

/s/ *David J. Molton*

David J. Molton
Steven D. Pohl (admitted *pro hac vice*)
Seven Times Square
New York, New York 10019
Telephone:      (212) 209-4800
Facsimile:       (212) 209-4801
E-mail: dmolton@brownrudnick.com
            spohl@brownrudnick.com

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent Litigation*
*Claimants*

**EXHIBIT A**

**SERVICES RENDERED BY
BROWN RUDNICK LLP**

**COMMENCING MAY 1, 2020 THROUGH MAY 31, 2020[‡]**

**Summary of Fees Task Code**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 25.3 | $19,144.00 |
| 003 Assumption and Rejection of Leases and Contracts | 0.0 | $0.0 |
| 004 Business Operations | 2.3 | $1,659.50 |
| 005 Case Administration | 7.4 | $4,722.00 |
| 007 Claims Analysis | 27.2 | $28,993.00 |
| 008 Employment and Fee Applications | 4.5 | $1,777.50 |
| 009 Emergency Financing | 0.0 | $0.0 |
| 010 Litigation: Contested Matters and Adversary Proceedings | 9.3 | $11,526.50 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 27.4 | $29,330.00 |
| 014 Plan and Disclosure Statement | 11.2 | $12,033.50 |
| **Total** | **114.6** | **$109,186.00** |
| | | |
| 20% Fee Holdback | | **$21,837.20** |
| 80% of Fees | | **$87,348.80** |
| Plus Expenses | | **$2,431.37** |
| Requested Amount | | **$111,617.37** |

## EXHIBIT B

### SERVICES RENDERED BY
### BROWN RUDNICK LLP

### COMMENCING MAY 1, 2020 THROUGH MAY 31, 2020

### Summary of Hours and Fees by Professional

| Name of Professional | Position/Year Admitted to Practice/Department | 2020 Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Molton | Partner 1983<br>Bankruptcy & Corporate Restructuring | $1,405.00 | 25.10 | $35,265.50 |
| Steven D. Pohl | Partner 1989<br>Bankruptcy & Corporate Restructuring | $1,295.00 | 16.70 | $21,626.50 |
| Barbara J. Kelly | Counsel 1982<br>Corporate & Capital Markets | $1,060.00 | 17.40 | $18,444.00 |
| Max D. Schlan | Associate 2013<br>Bankruptcy & Corporate Restructuring | $815.00 | 0.30 | $244.50 |
| Gerard T. Cicero | Associate 2015<br>Bankruptcy & Corporate Restructuring | $800.00 | 16.40 | $13,120.00 |
| Cyavash, N. Ahmadi | Associate 2014<br>Corporate & Capital Markets | $585.00 | 20.10 | $11,758.50 |
| Uriel Pinelo | Associate 2019<br>Bankruptcy & Corporate Restructuring | $545.00 | 9.20 | $5,014.00 |
| Alexandra M. Deering | Paralegal<br>Bankruptcy & Corporate Restructuring | $395.00 | 9.40 | $3,713.00 |
| **Total Fees Requested** | | | **114.6** | **$109,186.00** |

## EXHIBIT C

**ACTUAL AND NECESSARY COSTS INCURRED BY
BROWN RUDNICK LLP**

**COMMENCING MAY 1, 2020 THROUGH MAY 31, 2020**

| EXPENSE | AMOUNT |
|---|---|
| | |
| Meals | $162.25 |
| Pacer | $19.30 |
| Teleconferencing | $213.82 |
| Westlaw | $2,036.00 |
| **Total Expenses** | **$2,431.37** |

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6899087 |
| ATTN: DAVID MOLTON | Date | Jun 4, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through May 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0001 | COSTS | 0.00 | 2,431.37 | 2,431.37 |
| | **Total** | **0.00** | **2,431.37** | **2,431.37** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $2,431.37 |
| **Total Invoice** | **$2,431.37** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6899087
RE: COSTS                                                                        Page 2
June 4, 2020

## COST DETAIL

| Date | Description | Value |
|------|-------------|------:|
| 03/08/20 | MEALS - 02/26/20; VENDOR: SEAMLESSWEB NORTH AMERICA LLC; INVOICE#: 3257336; DATE: 3/8/2020 | 162.25 |
| 03/14/20 | TELECONFERENCING | 19.51 |
| 03/16/20 | TELECONFERENCING | 7.73 |
| 03/18/20 | TELECONFERENCING | 18.03 |
| 03/19/20 | TELECONFERENCING | 1.04 |
| 03/25/20 | TELECONFERENCING | 1.06 |
| 04/07/20 | TELECONFERENCING | 5.29 |
| 04/14/20 | TELECONFERENCING | 48.03 |
| 04/16/20 | TELECONFERENCING | 7.65 |
| 04/17/20 | TELECONFERENCING | 2.13 |
| 04/23/20 | TELECONFERENCING | 60.04 |
| 04/23/20 | TELECONFERENCING | 30.82 |
| 05/01/20 | PACER | 3.00 |
| 05/01/20 | PACER | 16.30 |
| 05/04/20 | TELECONFERENCING | 4.05 |
| 05/08/20 | TELECONFERENCING | 5.68 |
| 05/10/20 | TELECONFERENCING | 2.76 |
| 05/16/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 05/16/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 370.00 |
| 05/16/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 396.00 |
| 05/18/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 6.00 |
| 05/18/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 841.00 |
| 05/18/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |
| 05/19/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 45.00 |
| 05/20/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 05/20/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 90.00 |
| 05/21/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 05/21/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 80.00 |
| | **Total Costs** | **2,431.37** |

**BR**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
RE: COSTS
June 4, 2020

Invoice 6899087
Page 3

## C O S T   S U M M A R Y

| Description | Value |
|---|---|
| MEALS | 162.25 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2,036.00 |
| TELECONFERENCING | 213.82 |
| PACER | 19.30 |
| **Total Costs** | **2,431.37** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6899087 |
| ATTN: DAVID MOLTON | Date | Jun 4, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS


Remittance

**Balance Due:  $2,431.37**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
399 Park Avenue
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 6792734594

## <u>EXHIBIT D</u>

**Time Entries for Each Professional by Task Code (Invoice)**

63780638 v3

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6899079 |
| Date | Jun 23, 2020 |
| Client | 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through May 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0002 | ASSET ANALYSIS AND RECOVERY | 19,144.00 | 0.00 | 19,144.00 |
| 035843.0004 | BUSINESS OPERATIONS | 1,659.50 | 0.00 | 1,659.50 |
| 035843.0005 | CASE ADMINISTRATION | 4,722.00 | 0.00 | 4,722.00 |
| 035843.0007 | CLAIMS ANALYSIS | 28,993.00 | 0.00 | 28,993.00 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 1,777.50 | 0.00 | 1,777.50 |
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 11,526.50 | 0.00 | 11,526.50 |
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 29,330.00 | 0.00 | 29,330.00 |
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 12,033.50 | 0.00 | 12,033.50 |
| | **Total** | **109,186.00** | **0.00** | **109,186.00** |

| | |
|---|---:|
| Total Current Fees | $109,186.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$109,186.00** |

# brown**rudnick**

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6899079 |
| ATTN: DAVID MOLTON | Date | Jun 23, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: ASSET ANALYSIS AND RECOVERY

## I N V O I C E

For professional services rendered in connection with the above captioned matter through May 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0002 | ASSET ANALYSIS AND RECOVERY | 19,144.00 | 0.00 | 19,144.00 |
| | **Total** | **19,144.00** | **0.00** | **19,144.00** |

| | |
|---|---|
| Total Current Fees | $19,144.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$19,144.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
June 23, 2020

Invoice 6899079
Page 3

RE: ASSET ANALYSIS AND RECOVERY

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 05/04/20 | AHMADI | PREPARE DIAGRAMS/ORG. CHART DEPICTIONS FOR POTENTIAL POST-EMERGENCE VEHICLES | 0.50 | 292.50 |
| 05/05/20 | AHMADI | DRAFT AND REVISE MEMORANDUM RE: TAX PLANNING FOR REORGANIZED DEBTOR (1.4); CONFERENCE CALL WITH NON-STATE GROUP OF AD HOC COMMITTEE (1.3) | 2.70 | 1,579.50 |
| 05/08/20 | POHL | REVIEW TAX/STRUCTURE UPDATES | 1.10 | 1,424.50 |
| 05/08/20 | AHMADI | AHC TAX GROUP CONFERENCE CALL TO DISCUSS ONGOING MATTERS RELATED TO RESTRUCTURING | 0.70 | 409.50 |
| 05/11/20 | AHMADI | TAX RESEARCH AND ANALYSIS RE: TAX STRUCTURE FOR SETTLEMENT OF DEBTOR LIABILITIES | 2.00 | 1,170.00 |
| 05/12/20 | AHMADI | CONFERENCE CALL TO DISCUSS TAX STRUCTURING OF SETTLEMENT FUND (.7); DRAFT CORRESPONDENCE RE: SETTLEMENT FUND TAX STRUCTURING CONFERENCE CALL (.4); TAX RESEARCH RE: SETTLEMENT FUND TAX STRUCTURING (1.2); AD HOC COMMITTEE CONFERENCE CALL (1.5) | 3.80 | 2,223.00 |
| 05/13/20 | KELLY | REVIEW KPMG IAC DECKS (.5); CONF CALL MEETING WITH KPMG, TAX PROFESSIONALS TO REVIEW IAC NET SALES PROCEEDS (1.4) | 1.90 | 2,014.00 |
| 05/13/20 | AHMADI | TAX RESEARCH AND ANALYSIS RE: POTENTIAL DEDUCTION FROM TAXABLE INCOME (1.8); CONFERENCE CALL TO REVIEW TAX MODEL PREPARED BY THIRD PARTY TAX PROFESSIONALS (1.5) | 3.30 | 1,930.50 |
| 05/14/20 | KELLY | PREPARE SUMMARY OF KPMG IAC PRESENTATION FOR AHC TAX AND RESTRUCTURING PROFESSIONALS (.8); CALL WITH AHC TAX PROFESSIONALS TO REVIEW NOL ISSUES; IAC SALES PROCEEDS ISSUES: PLR ISSUES; EXEMPT ORG ISSUES (.6) | 1.40 | 1,484.00 |
| 05/14/20 | AHMADI | AHC TAX GROUP CONFERENCE CALL | 0.50 | 292.50 |
| 05/19/20 | AHMADI | REVIEW AND RESPOND TO INCOMING CORRESPONDENCE RE TAX GROUP ANALYSIS | 0.30 | 175.50 |
| 05/21/20 | AHMADI | AHC TAX GROUP CONFERENCE CALL (.5); AHC TAX GROUP CONFERENCE CALL WITH DEBTOR'S TAX COUNSEL (.8) | 1.30 | 760.50 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6899079
June 23, 2020                                                                                                          Page 4

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 05/21/20 | KELLY | DRAFT AND REVISE SUMMARY MEMO OF KPMG PRESENTATION FOR RESTRUCTURING PROFESSIONALS (1.1); RESPOND TO INCOMING CORRESPONDENCE ON IAC MATTERS AND CARES ACT MATTERS (.6); CALL WITH AHC TAX GROUP TO DISCUSS UPDATES AND STATUS(.5); CALL WITH DAVIS POLK TAX GROUP TO DISCUSS RSA AND TAX EFFICIENCIES FOR STRUCTURE (.6); REVIEW RSA AND KL COMMENT CHART AND RESPOND TO INCOMING CORRESPONDENCE ON SAME (.7) | 3.50 | 3,710.00 |
| 05/27/20 | AHMADI | TAX RESEARCH AND ANALYSIS FOR CH. 11 PLAN | 0.50 | 292.50 |
| 05/28/20 | AHMADI | TAX RESEARCH FOR PLAN TAX STRUCTURING (.8); AHC TAX GROUP CONFERENCE CALL (.3) | 1.10 | 643.50 |
| 05/28/20 | KELLY | AHC TAX GROUP CALL TO ADDRESS CARES TAX MATTER (.3);DRAFT AND REVISE EMAIL COMMUNICATION TO AHC BANKRUPTCY GROUP RE TAX DILIGENCE AND CARES TAX MATTER (.4) | 0.70 | 742.00 |
| | **Total Hours and Fees** | | **25.30** | **19,144.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|------|------|-------|
| STEVEN POHL | 1.10 | hours at | 1,295.00 | 1,424.50 |
| BARBARA J. KELLY | 7.50 | hours at | 1,060.00 | 7,950.00 |
| CYAVASH N. AHMADI | 16.70 | hours at | 585.00 | 9,769.50 |
| **Total Fees** | | | | **19,144.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | | |
|---|---|---|
| Invoice | 6899079 |
| Date | Jun 23, 2020 |
| Client | 035843 |

RE: BUSINESS OPERATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through May 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0004 | BUSINESS OPERATIONS | 1,659.50 | 0.00 | 1,659.50 |
| | **Total** | **1,659.50** | **0.00** | **1,659.50** |

| | |
|---|---|
| Total Current Fees | $1,659.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,659.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES    Invoice 6899079
June 23, 2020                                              Page 6

RE: BUSINESS OPERATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 05/04/20 | POHL | HRT DILIGENCE | 0.20 | 259.00 |
| 05/12/20 | CICERO | ATTEND CALL WITH PURDUE MONITOR RE: UPDATE. | 0.80 | 640.00 |
| 05/15/20 | AHMADI | CONFERENCE CALL RE: BUSINESS DUE DILIGENCE | 1.30 | 760.50 |
| | **Total Hours and Fees** | | **2.30** | **1,659.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 0.20 | hours at | 1,295.00 | 259.00 |
| GERARD T. CICERO | 0.80 | hours at | 800.00 | 640.00 |
| CYAVASH N. AHMADI | 1.30 | hours at | 585.00 | 760.50 |
| **Total Fees** | | | | **1,659.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | |
|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice 6899079 |
| ATTN: DAVID MOLTON | Date Jun 23, 2020 |
| BROWN RUDNICK | Client 035843 |
| 7 TIMES SQUARE | |
| NEW YORK, NY 10036 | |

RE: CASE ADMINISTRATION

**I N V O I C E**

For professional services rendered in connection with the above captioned matter
through May 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 4,722.00 | 0.00 | 4,722.00 |
| | **Total** | **4,722.00** | **0.00** | **4,722.00** |

| | |
|---|---|
| Total Current Fees | $4,722.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$4,722.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
June 23, 2020

Invoice 6899079
Page 8

RE: CASE ADMINISTRATION

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|------------|-------------|-------|-------|
| 05/01/20 | DEERING | COORDINATE TELEPHONIC APPEARANCE FOR G. CICERO FOR HEARING ON 5.1.20 | 0.30 | 118.50 |
| 05/01/20 | DEERING | REVIEW PLEADINGS FILED ON 5.1.20 | 0.50 | 197.50 |
| 05/04/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH LOCAL GOVERNMENT MEMBERS RE CONSOLIDATED PROOF OF CLAM FOR MUNICIPALITIES | 1.30 | 1,826.50 |
| 05/06/20 | DEERING | REVIEW PLEADINGS FILED ON 5.6.20 AND UPDATE CASE CALENDAR | 0.40 | 158.00 |
| 05/07/20 | DEERING | REVIEW PLEADINGS FILED ON 5.7.20 | 0.30 | 118.50 |
| 05/11/20 | DEERING | REVIEW PLEADINGS FILED ON 5.11.20 | 0.30 | 118.50 |
| 05/12/20 | DEERING | REVIEW DOCKET FOR PLEADINGS FILED ON 5.12.20 | 0.50 | 197.50 |
| 05/14/20 | DEERING | REVIEW PLEADINGS FILED ON 5.14.20 | 0.20 | 79.00 |
| 05/18/20 | DEERING | REVIEW PLEADINGS FILED ON 5.18.20 | 0.50 | 197.50 |
| 05/19/20 | DEERING | REVIEW PLEADINGS FILED ON 5.19.20 | 0.50 | 197.50 |
| 05/20/20 | DEERING | REVIEW PLEADINGS FILED ON 5.20.20 | 0.50 | 197.50 |
| 05/22/20 | DEERING | REVIEW PLEADINGS FILED ON 5.22.20 | 0.50 | 197.50 |
| 05/28/20 | CICERO | WORK ON BAR DATE MOTION ISSUES | 1.20 | 960.00 |
| 05/29/20 | DEERING | REVIEW PLEADINGS FILED ON 5.29.20 | 0.40 | 158.00 |
| | **Total Hours and Fees** | | **7.40** | **4,722.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|------------|-------|---|------|-------|
| DAVID J. MOLTON | 1.30 | hours at | 1,405.00 | 1,826.50 |
| GERARD T. CICERO | 1.20 | hours at | 800.00 | 960.00 |
| ALEXANDRA M. DEERING | 4.90 | hours at | 395.00 | 1,935.50 |
| **Total Fees** | | | | **4,722.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| Invoice | 6899079 |
| Date | Jun 23, 2020 |
| Client | 035843 |

RE: CLAIMS ANALYSIS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through May 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|------------|-------------|------|-------|-------|
| 035843.0007 | CLAIMS ANALYSIS | 28,993.00 | 0.00 | 28,993.00 |
| | **Total** | **28,993.00** | **0.00** | **28,993.00** |

|  |  |
|---|---|
| Total Current Fees | $28,993.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$28,993.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6899079
June 23, 2020                                                                                    Page 10

RE: CLAIMS ANALYSIS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 05/01/20 | PINELO | REVISE CONSOLIDATED CLAIM AUTHORIZATION FORM AND RE-CIRCULATE TO D. MOLTON AND S. POHL | 0.30 | 163.50 |
| 05/04/20 | POHL | REVIEW COMMUNICATIONS ON CONSOLIDATED POC FILING COMMUNICATIONS | 0.20 | 259.00 |
| 05/05/20 | POHL | REVIEW AND COMMENTS TO CONSOLIDATED PROOF OF CLAIM FILING MATTERS | 1.20 | 1,554.00 |
| 05/05/20 | PINELO | REVISE CONSOLIDATED CLAIM COVER LETTER W/ CO-COUNSEL'S EDITS (1.6); CIRCULATE CONSOLIDATED CLAIM FORMS TO G. CICERO (.2) | 1.80 | 981.00 |
| 05/06/20 | CICERO | EMAILS AND CORRESPONDENCE WITH CO-COUNSEL RE: CONSOLIDATED PROOF OF CLAIM. | 0.60 | 480.00 |
| 05/06/20 | POHL | REVIEW MATERIAL RE: CONSOLIDATED PROOF OF CLAIM FILING | 0.20 | 259.00 |
| 05/06/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CALL WITH ANDREW TROOP (NCSG) RE STATE/MUNI POC ISSUES | 0.80 | 1,124.00 |
| 05/06/20 | MOLTON | REVIEW BAR DATE ORDER; PREPARE NOTE ON CONSOLIDATED POCS RE STATES AND MUNIS; COMMUNICATE WITH AHC COUNSEL AND MEMBERS RE SAME | 2.50 | 3,512.50 |
| 05/07/20 | CICERO | WORK ON CONSOLIDATED CLAIM AUTHORIZATION FORMS AND RELATED DOCUMENTATION (4.1); STRATEGY COORDINATION WITH AHC RE: SAME (1.2) | 5.30 | 4,240.00 |
| 05/07/20 | PINELO | REVIEW AND REVISE CONSOLIDATED CLAIM FORMS CIRCULATED BY G. CICERO | 0.80 | 436.00 |
| 05/07/20 | POHL | REVIEW AND COMMENTS TO CONSOLIDATED PROOF OF CLAIM DOCUMENTS | 0.70 | 906.50 |
| 05/07/20 | MOLTON | REVIEW CONSIDERATIONS RE CONSOLIDATED PROOF OF CLAIM FOR AHC | 1.80 | 2,529.00 |
| 05/08/20 | CICERO | DRAFT AND REVISE CONSOLIDATED PROOF OF CLAIM MEMO AND ACCOMPANYING DOCUMENTS AND AUTHORIZATION FORMS. | 1.90 | 1,520.00 |
| 05/08/20 | PINELO | REVIEW CONSOLIDATED CLAIM FORMS FOR DISTRIBUTION TO NEGOTIATION CLASS | 0.40 | 218.00 |
| 05/08/20 | POHL | CALL RE CONSOLIDATED PROOF OF CLAIM FILINGS | 0.90 | 1,165.50 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
June 23, 2020

Invoice 6899079
Page 11

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 05/08/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN ZOOM CONFERENCE WITH PEC AND NEGOTIATION CLASS COUNSEL RE CONSOLIDATED POC ISSUES AND IMPLEMENTATION | 1.90 | 2,669.50 |
| 05/14/20 | PINELO | REVISE CONSOLIDATED CLAIM LETTER INCORPORATING MOTLEY RICE'S COMMENTS AND EDITS (.4); CIRCULATE REVISED DRAFT TO G. CICERO (.2) | 0.60 | 327.00 |
| 05/14/20 | POHL | CONTINUED REVIEW OF CONSOLIDATED PROOF OF CLAIM FILINGS | 0.40 | 518.00 |
| 05/18/20 | PINELO | REVISE CONSOLIDATED CLAIM FORMS AND CIRCULATE TO G. CICERO | 0.80 | 436.00 |
| 05/21/20 | MOLTON | REVIEW BAR DATE MOTION AND ACCOMPANYING DECLARATIONS | 0.80 | 1,124.00 |
| 05/26/20 | MOLTON | REVIEW BAR DATE ISSUES AND AHC POSITION | 0.80 | 1,124.00 |
| 05/28/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH VARIOUS AHC MEMBERS RE POC ISSUES AND LOGISTICS | 1.10 | 1,545.50 |
| 05/29/20 | POHL | REVIEW AND COMMENT ON  AHC BAR DATE MOTION RESPONSE | 0.60 | 777.00 |
| 05/29/20 | MOLTON | REVIEW BAR DATE EXTENSION MOTION AND PROPOSED AHC RESPONSE THERETO | 0.80 | 1,124.00 |
| | **Total Hours and Fees** | | **27.20** | **28,993.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| STEVEN POHL | 4.20 | hours at | 1,295.00 | 5,439.00 |
| DAVID J. MOLTON | 10.50 | hours at | 1,405.00 | 14,752.50 |
| GERARD T. CICERO | 7.80 | hours at | 800.00 | 6,240.00 |
| URIEL PINELO | 4.70 | hours at | 545.00 | 2,561.50 |
| **Total Fees** | | | | **28,993.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brown rudnick

| | |
|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice 6899079 |
| ATTN: DAVID MOLTON | Date Jun 23, 2020 |
| BROWN RUDNICK | Client 035843 |
| 7 TIMES SQUARE | |
| NEW YORK, NY 10036 | |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through May 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 1,777.50 | 0.00 | 1,777.50 |
| | **Total** | **1,777.50** | **0.00** | **1,777.50** |

| | |
|---|---|
| Total Current Fees | $1,777.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,777.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
June 23, 2020

Invoice 6899079
Page 13

RE: EMPLOYMENT AND FEE APPLICATIONS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 05/07/20 | DEERING | FILE SIXTH MONTHLY FEE STATEMENT (.5) AND SERVE ON NOTICE PARTIES (.2) | 0.70 | 276.50 |
| 05/13/20 | DEERING | REVIEW EMAILS RE RE-FILING FIRST INTERIM FEE APPLICATION | 0.30 | 118.50 |
| 05/18/20 | DEERING | EMAILS WITH G. CICERO RE APRIL FEE STATEMENT | 0.30 | 118.50 |
| 05/21/20 | DEERING | DRAFT SEVENTH MONTHLY FEE STATEMENT AND CIRCULATE TO TEAM | 1.50 | 592.50 |
| 05/21/20 | DEERING | REVIEW INTERIM COMPENSATION ORDER RE SECOND INTERIM FEE APPLICATION, EMAIL TO G. CICERO AND S. POHL RE SAME AND UPDATE CALENDAR WITH DEADLINE | 0.70 | 276.50 |
| 05/22/20 | DEERING | EMAILS WITH G. CICERO AND S. POHL RE EXPENSE DETAIL FOR MARCH FEE STATEMENT AND EMAIL TO BILING RE SAME | 0.60 | 237.00 |
| 05/26/20 | DEERING | REVIEW AND FINALIZE SEVENTH MONTHLY FEE STATEMENT FOR CIRCULATION TO PROFESSIONALS | 0.40 | 158.00 |
| **Total Hours and Fees** | | | **4.50** | **1,777.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| ALEXANDRA M. DEERING | 4.50 | hours at | 395.00 | 1,777.50 |
| **Total Fees** | | | | **1,777.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brown rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6899079 |
| ATTN: DAVID MOLTON | Date | Jun 23, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY
PROCEEDINGS, AND AUTOMATIC STAY

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through May 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 11,526.50 | 0.00 | 11,526.50 |
| | **Total** | **11,526.50** | **0.00** | **11,526.50** |

| | |
|---|---|
| Total Current Fees | $11,526.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$11,526.50** |



RE: LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 05/01/20 | CICERO | ATTEND CONTESTED 2004 HEARING | 2.00 | 1,600.00 |
| 05/01/20 | POHL | ATTEND TELEPHONIC DISCOVERY HEARING | 2.00 | 2,590.00 |
| 05/01/20 | MOLTON | PARTICIPATE IN PORTIONS OF HEARING BEFORE JUDGE DRAIN RE SUBPOENAS ON SACKLERS | 1.10 | 1,545.50 |
| 05/06/20 | POHL | REVIEW RE: DRUG SLIDE DECK | 0.50 | 647.50 |
| 05/11/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN HRT CALL WITH TROOP, ARIK P AND AHC COUNSEL RE STATUS AND JOINT POSITIONS AND FOLLOW-UP THEREON | 1.30 | 1,826.50 |
| 05/13/20 | MOLTON | REVIEW BAR DATE ISSUES; NUMEROUS CONFERENCES WITH VARIOUS STAKEHOLDERS RE SAME | 1.10 | 1,545.50 |
| 05/19/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH DR. BRENKUS RE MAKING HIMSELF AVAILABLE FOR TROOP AND ARIK P RE HRT FUNDING MOTION | 0.80 | 1,124.00 |
| 05/28/20 | POHL | REVIEW DRAFT DISCOVERY  STIPULATION | 0.50 | 647.50 |
| | **Total Hours and Fees** | | **9.30** | **11,526.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 3.00 | hours at | 1,295.00 | 3,885.00 |
| DAVID J. MOLTON | 4.30 | hours at | 1,405.00 | 6,041.50 |
| GERARD T. CICERO | 2.00 | hours at | 800.00 | 1,600.00 |
| **Total Fees** | | | | **11,526.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6899079 |
| Date | Jun 23, 2020 |
| Client | 035843 |

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC
COMMITTEE & CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through May 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 29,330.00 | 0.00 | 29,330.00 |
| | **Total** | **29,330.00** | **0.00** | **29,330.00** |

| | |
|---|---|
| Total Current Fees | $29,330.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$29,330.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                Invoice 6899079
June 23, 2020                                                                                                    Page 17

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 05/05/20 | POHL | ATTEND NON STATES WEEKLY CALL | 1.40 | 1,813.00 |
| 05/05/20 | CICERO | ATTEND NON-STATE MEMBER UPDATE AND STRATEGY CALL | 1.30 | 1,040.00 |
| 05/05/20 | MOLTON | UPDATE CALL WITH DOJ RE VARIOUS ISSUES | 0.70 | 983.50 |
| 05/05/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN WEEKLY AHC NON-STATE MEMBER CALL | 1.90 | 2,669.50 |
| 05/06/20 | CICERO | COORDINATION EMAIL AND CORRESPONDENCE WITH D. SIMON RE: SUBSET OF ALASKAN NATIVE AMERICAN TRIBES AND BAR DATE QUESTIONS (.4); ATTEND FULL AHC CALL ON ALL CASE PROGRESSION ISSUES (2.1) | 2.50 | 2,000.00 |
| 05/06/20 | POHL | WEEKLY AD HOC COMMITTEE CALL | 2.40 | 3,108.00 |
| 05/06/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN WEEKLY AHC MEETING | 1.20 | 1,686.00 |
| 05/07/20 | PINELO | REVISE CONSOLIDATED CLAIMS FORMS AND CIRCULATE TO G. CICERO | 3.80 | 2,071.00 |
| 05/07/20 | POHL | REVIEW COMMITTEE UPDATES | 0.40 | 518.00 |
| 05/08/20 | PINELO | CALL W NEGOTIATION CLASS/PEC | 0.70 | 381.50 |
| 05/08/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH MARK CHALOS AND OTHERS RE VARIOUS CASE MATTERS | 0.70 | 983.50 |
| 05/12/20 | POHL | WEEKLY AD HOC COMMITTEE CALL | 1.50 | 1,942.50 |
| 05/12/20 | MOLTON | PREPARE FOR, PARTICIPATE IN AND FOLLOW UP RE WEEKLY AHC CALL | 1.80 | 2,529.00 |
| 05/18/20 | POHL | ATTEND AND PARTICIPATE IN FULL AHC CALL | 0.60 | 777.00 |
| 05/18/20 | AHMADI | AHC CONFERENCE CALL | 1.30 | 760.50 |
| 05/20/20 | POHL | REVIEW COMMITTEE CASE UPDATES | 0.80 | 1,036.00 |
| 05/22/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CALL WITH DOJ RE VARIOUS CASE ISSUES | 1.10 | 1,545.50 |
| 05/26/20 | POHL | REVIEW CLIENT UPDATES ON UPSOMING STRATEGY DECISIONS AND POSITIONS IN FRONT OF THE COURT | 0.10 | 129.50 |
| 05/26/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN WEEKLY AHC NON-STATE MEMBERS CALL | 1.60 | 2,248.00 |
| 05/27/20 | CICERO | ATTEND FULL AHC CALL RE: CASE UPDATES | 0.80 | 640.00 |
| 05/27/20 | AHMADI | AHC WEEKLY CONFERENCE CALL | 0.80 | 468.00 |
| | **Total Hours and Fees** | | **27.40** | **29,330.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
June 23, 2020

Invoice 6899079
Page 18

| TIME SUMMARY | | | | |
| --- | --- | --- | --- | --- |

| Professional | Hours | | Rate | Value |
| --- | --- | --- | --- | --- |
| STEVEN POHL | 7.20 | hours at | 1,295.00 | 9,324.00 |
| DAVID J. MOLTON | 9.00 | hours at | 1,405.00 | 12,645.00 |
| GERARD T. CICERO | 4.60 | hours at | 800.00 | 3,680.00 |
| URIEL PINELO | 4.50 | hours at | 545.00 | 2,452.50 |
| CYAVASH N. AHMADI | 2.10 | hours at | 585.00 | 1,228.50 |
| **Total Fees** | | | | **29,330.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6899079 |
| Date | Jun 23, 2020 |
| Client | 035843 |

RE: PLAN AND DISCLOSURE STATEMENT

## INVOICE

For professional services rendered in connection with the above captioned matter
through May 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 12,033.50 | 0.00 | 12,033.50 |
| | **Total** | **12,033.50** | **0.00** | **12,033.50** |

| | |
|---|---|
| Total Current Fees | $12,033.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$12,033.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
June 23, 2020

Invoice 6899079
Page 20

RE: PLAN AND DISCLOSURE STATEMENT

### TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 05/01/20 | KELLY | DRAFT AHC TAX MEMO ON CURRENT DEVELOPMENTS (1.1); RESPOND TO INCOMING CORRESPONDENCE ON KPMG UPDATE (.4) | 1.50 | 1,590.00 |
| 05/05/20 | KELLY | REVIEW AND REVISED AHC TAX MEMO FOR RESTRUCTURING PROFESSIONALS | 0.80 | 848.00 |
| 05/06/20 | KELLY | REVIEW, REVISE TAX SETTLEMENT STRUCTURING MEMORANDUM (1.1); DRAFT SUMMARY CORRESPONDENCE FOR RESTRUCTURING AHC TEAM (.3) | 1.40 | 1,484.00 |
| 05/07/20 | KELLY | DISTRIBUTE STAND ALONE TAX MEMORANDUM ON TAXABLE/NONTAXABLE SETTLEMENT FUND CONSIDERATIONS | 0.50 | 530.00 |
| 05/08/20 | KELLY | TAX CALL WITH AHC TAX GROUP (.7); RESPOND TO INCOMING CORRESPONDENCE REGARDING CARES ACT IMPACT FOR NOL CARRYBACKS (.3); RESPOND TO INCOMING CORRESPONDENCE REGARDING POST-CLOSING SETTLEMENT STRUCTURE (.3) | 1.30 | 1,378.00 |
| 05/11/20 | KELLY | REVIEW PLR AND UNDERLYING TRUST AGREEMENT COMPARABLE FOR CONSIDERATION OF COMPARABLE QSF TAX RULING FOR SETTLEMENT VEHICLE (1.1); DRAFT AND CIRCULATE TO AHC TAX PROFESSIONALS FOLLOW UP QSF/PLR QUESTIONS FOR ANALYSIS (1.1) | 2.20 | 2,332.00 |
| 05/12/20 | KELLY | ANALYSIS OF QSF SETTLEMENT STRUCTURE FOR STATE/MUNI GOVERNMENTS AND DISCUSS PLR WITH COUNSEL (.9); PREPARE SUMMARY EMAIL FOR ACH TAX GROUP (.9) | 1.80 | 1,908.00 |
| 05/18/20 | POHL | INITIAL REVIEW OF DRAFT RSA PROVIDED BY DEBTORS | 0.60 | 777.00 |
| 05/18/20 | KELLY | DRAFT AND RESPOND TO CORRESPONDENCE REGARDING RSA AND TAX STRUCTURING | 0.40 | 424.00 |
| 05/28/20 | POHL | RV RSA AND TERM SHEET MATTERS WITH MAX SCHLAN | 0.40 | 518.00 |
| 05/28/20 | SCHLAN | TELEPHONE CONFERENCE WITH POHL AND CICERO RE TERM SHEET | 0.30 | 244.50 |
| | **Total Hours and Fees** | | **11.20** | **12,033.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6899079
June 23, 2020                                                                                                Page 21

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| STEVEN POHL | 1.00 | hours at | 1,295.00 | 1,295.00 |
| BARBARA J. KELLY | 9.90 | hours at | 1,060.00 | 10,494.00 |
| MAX D. SCHLAN | 0.30 | hours at | 815.00 | 244.50 |
| **Total Fees** | | | | **12,033.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6899079 |
| ATTN: DAVID MOLTON | Date | Jun 23, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES



Remittance

**Balance Due: $109,186.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
399 Park Avenue
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  6792734594