# EXHIBIT A

<u>Schedule of Private Insurance Class Actions</u>

**Schedule of Private Insurance Class Actions**

1. *Stracener v. Purdue Pharma, L.P., et. al.*, No. 19-cv-86 (S.D. Ala.).
2. *Hopkins v. Purdue Pharma, L.P., et. al.*, No. 18-cv-2646 (D. Ariz.).
3. *Chu v. Purdue Pharma, L.P., et. al.*, No. 18-cv-2576 (N.D. Cal.).
4. *Eiland v. Purdue Pharma, L.P., et. al.*, No. 18-cv-46283 (D. Colo.).
5. *Streiter v. Purdue Pharma, L.P., et. al.*, No. 18-cv-1425 (D. Conn.).
6. *Konig v. Purdue Pharma, L.P., et. al.*, No. 18-cv-61960 (S.D. Fla.).
7. *Bolden v. Teva Pharmaceutical Industries, Ltd., et al.*, No. 19-cv-5354 (N.D. Ga).
8. *Medina v. Purdue Pharma, L.P., et. al.*, No. 18-cv-369 (D. Idaho).
9. *Rivers v. Purdue Pharma, L.P., et. al.*, No. 18-cv-3116 (N.D. Ill.).
10. *Marketing Services of Indiana, Inc. v. Purdue Pharma, L.P., et. al.*, No. 18-cv-2778 (S.D. Ind.).
11. *Taylor v. Purdue Pharma, L.P., et. al.*, No. 19-cv-2596 (D. Kan.).
12. *Golden et. al. v. Purdue Pharma, L.P., et. al.*, No. 19-cv-1048 (E.D. La.).
13. *Grace v. Purdue Pharma, L.P., et. al.*, No. 18-cv-10857 (D. Mass.).
14. *Dawsey v. Purdue Pharma, L.P., et. al.*, No. 19-cv-94 (W.D. Mich.).
15. *Sherman v. Purdue Pharma, L.P., et. al.*, No. 18-cv-3335 (D. Minn.).
16. *Brand v. Purdue Pharma, L.P., et. al.*, No. 18-cv-653 (W.D. Mo.).
17. *Sardella v. Purdue Pharma, L.P., et. al.*, No. 18-cv-8706 (D.N.J.).
18. *Klodzinski v. Purdue Pharma, L.P., et. al.*, No. 18-cv-3927 (S.D.N.Y.).
19. *Wilk v. Purdue Pharma, L.P., et. al.*, No. 18-cv-181 (E.D.N.C.).
20. *Enders v. Purdue Pharma, L.P., et. al.*, No. 19-cv-448 (S.D. Ohio).
21. *Stock v. Purdue Pharma, L.P., et. al.*, No. 19-cv-526 (N.D. Okla.).
22. *Reynolds v. Purdue Pharma, L.P., et. al.*, No. 18-cv-1911 (D. Or.).
23. *MSI Corp. v. Purdue Pharma, L.P., et. al.*, No. 18-cv-1109 (W.D. Pa.).
24. *Green-Kuchta v. Purdue Pharma, L.P., et. al.*, No. 18-cv-4132 (D.S.D.).

25. *Fox v. Purdue Pharma, L.P., et. al.*, No. 18-cv-194 (E.D. Tenn.).

26. *Lawrence v. Purdue Pharma, L.P., et. al.*, No. 18-cv-2889 (S.D. Tex.).

27. *Lopez v. Purdue Pharma, L.P., et. al.*, No. 18-cv-719 (D. Utah).

28. *Moe v. Teva Pharmaceutical Industries, Ltd., et al.*, No. 19-cv-1469 (E.D. Va.)

29. *Schneider v. Purdue Pharma, L.P., et. al.*, No. 19-cv-611 (E.D. Wis.).

30. *Al Marino, Inc. v. Purdue Pharma, L.P., et. al.*, No. 19-cv-723 (S.D.W. Va.).