# EXHIBIT C

Table of State Specific Claims

**Table of State Specific Claims**

Alabama
1. Alabama Unfair Trade Practices Code, Ala. Code 1975 § 8-19-5, *et seq.*
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

Alaska
1. Alaska Unfair Trade Practices and Consumer Protection Act, Alaska Stat. § 45.50.471
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

Arizona
1. Arizona Consumer Fraud Act, A.R.S. §§ 44-1521-34, *et seq.*
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Pattern of Unlawful Activity, A.R.S. § 13-2314.04
5. Public Nuisance, A.R.S. § 13-2917
6. Unjust Enrichment
7. Negligence
8. Civil Conspiracy

Arkansas
1. Arkansas Deceptive Trade Practices Act, Ark. Code Ann. § 4-88-107
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Unjust Enrichment
5. Negligence
6. Tortious Interference With Business Expectancy

    7.  Civil Conspiracy

California
1.  California Unfair Competition Law, Business and Professions Code §§ 17200, *et seq.*
2.  The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3.  Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
4.  Public Nuisance
5.  Unjust Enrichment
6.  Negligence
7.  Negligent Interference with Prospective Economic Advantage
8.  Civil Conspiracy

Colorado
1.  Colorado Consumer Protection Act, Colo. Rev. Stat. 1975 § 6-1-105(1)(b), *et seq.*
2.  Colorado Consumer Protection Act, Colo. Rev. Stat. 1975 § 6-1-105(1)(c), *et seq.*
3.  Colorado Consumer Protection Act, Colo. Rev. Stat. 1975 § 6-1-105(1)(e), *et seq.*
4.  Colorado Consumer Protection Act, Colo. Rev. Stat. 1975 § 6-1-105(1)(g), *et seq.*
5.  Colorado Consumer Protection Act, Colo. Rev. Stat. 1975 § 6-1-105(1)(h), *et seq.*
6.  Colorado Consumer Protection Act, Colo. Rev. Stat. 1975 § 6-1-105(1)(u), *et seq.*
7.  The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
8.  Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
9.  Unjust Enrichment
10. Negligence
11. Civil Conspiracy

Connecticut
1.  Connecticut Unfair Trade Practices Act, C.G.S. § 42-110A-110Q
2.  The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3.  Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
4.  Public Nuisance
5.  Unjust Enrichment
6.  Negligence
7.  Civil Conspiracy

Delaware
1.  Delaware Consumer Fraud Act, Del. Code Ann. tit. 6, § 2513
2.  The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*

3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance, Del. Code Ann. tit. 31, § 4106
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

District of Columbia
1. Consumer Protection Procedures Act, DC Official Code §§ 28-3901, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

Florida
1. Florida Deceptive and Unfair Trade Practices Act, §§ 501.201-.213
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Unjust Enrichment
5. Negligence
6. Civil Conspiracy

Georgia
1. Georgia Fair Business Practices Act, C.G.S. O.C.G.A. § 10-1-390, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Negligence
6. Civil Conspiracy

Hawaii
1. Hawaii Uniform Deceptive Trade Practices Act, H.R.S. § 480-1, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment

     6.  Negligence

     7.  Civil Conspiracy

Idaho

1. Idaho Consumer Protection Act, Idaho Code Ann. § 48-603, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence

Illinois

1. Illinois Consumer Fraud Act, 815 ILCS 505/2, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

Indiana

1. Indiana Deceptive Consumer Sales Act, I.C. § 24-5-0.5-3(a), *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Negligent Interference with Prospective Economic Advantage
8. Civil Conspiracy

Iowa

1. Iowa Private Right of Action for Consumer Frauds Act, Iowa Code Ann. § 714H.1, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence

7. Intentional Interference With Contract
8. Civil Conspiracy

Kansas
1. Kansas Consumer Protection Act, K.S.A. § 50-626, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

Kentucky
1. Kentucky Consumer Protection Act, Ky. Rev. Stat. Ann. § 367.110, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

Louisiana
1. Louisiana Unfair Trade Practices and Consumer Protection Act, La. Stat. Ann. § 51:1405, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Unjust Enrichment
5. Negligence
6. Civil Conspiracy
7. Fraud and Fraudulent Misrepresentation, La. C.C. Art. 1953
8. Louisiana Racketeering Act, La. R.S. § 15:1353, *et seq*. & La. R.S. § 14.70.1

Maine
1. Maine Unfair Trade Practices Act, Me. Rev. Stat. tit. 5, § 205, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment

6. Negligence
7. Tortious Interference with a Prospective Economic Advantage
8. Civil Conspiracy

Maryland
1. Maryland Consumer Protection Act, Md. Code Ann., Com. Law § 13-301, *et seq.*
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

Massachusetts
1. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
2. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
3. Public Nuisance
4. Unjust Enrichment
5. Negligence
6. Negligent Misrepresentation
7. Civil Conspiracy

Michigan
1. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
2. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
3. Unjust Enrichment
4. Negligence
5. Civil Conspiracy

Minnesota
1. Minnesota Deceptive Trade Practices Act, Minn. Stat. Ann. § 325D.44, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Intentional Misrepresentation/Fraudulent Misrepresentation
5. Unjust Enrichment
6. Negligence and Negligence Per Se
7. Civil Conspiracy

Mississippi
1. Mississippi Consumer Protection Act, Miss. Code. Ann. § 75-24-5, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

Missouri
1. Missouri Merchandising Practices Act, Mo. Rev. Stat. Ann. § 407.010, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

Montana
1. Montana Unfair Trade Practices and Consumer Protection Act, Mont. Code Ann. § 30-14-103, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

Nebraska
1. Nebraska Uniform Deceptive Trade Practices Act, Neb. Rev. Stat. § 87-302, *et seq.*
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

Nevada
1. Nevada Deceptive Trade Practices Act, N.R.S. § 598.0915, *et seq.*
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

New Hampshire
1. New Hampshire Regulation of Business Practices for Consumer Protection Act, N.H. Rev. Stat. Ann. § 358-A, *et seq.*
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

New Jersey
1. New Jersey Consumer Fraud Act, N.J.S.A. § 56:8-1, *et seq.*
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Negligent Interference with Prospective Economic Advantage
8. Civil Conspiracy

New Mexico
1. New Mexico Unfair Trade Practices Act, N.M. Stat. § 57-12, *et seq.*
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

New York
1. New York General Business Law § 349
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Tortious Interference with Prospective Economic Advantage
8. Civil Conspiracy

North Carolina
1. N.C. Gen. Stat. § 75-1.1, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Unjust Enrichment
5. Negligence
6. Civil Conspiracy

North Dakota
1. North Dakota Unlawful Sales or Advertising Practices Act, N.D.C.C. § 51-15-02, *et seq.*
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

Ohio
1. Ohio Consumer Sales Protection Act, O.R.C. § 1345, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Tortious Interference with Prospective Economic Advantage
8. Civil Conspiracy

Oklahoma
1. Oklahoma Deceptive Trade Practices Act, Okla. Stat. tit. 78 § 53, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

Oregon
1. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
2. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
3. Public Nuisance
4. Unjust Enrichment
5. Negligence
6. Civil Conspiracy

Pennsylvania
1. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
2. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
3. Unjust Enrichment
4. Negligence
5. Civil Conspiracy

Puerto Rico
1. Consumer Protection, 26 L.P.R.A. § 2701, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance, 32 L.P.R.A. § 2761
5. Unjust Enrichment
6. Negligence, 31 L.P.R.A. § 5141, et seq.

Rhode Island
1. Rhode Island Unfair Trade Practice and Consumer Protection Act, R.I. Gen. Laws § 6-13.1, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*

    3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations
Act, 18 U.S.C. §§ 1961, *et seq*.
    4. Public Nuisance
    5. Unjust Enrichment
    6. Negligence
    7. Civil Conspiracy

South Carolina
    1. South Carolina Unfair Trade Practice Act, S.C. Code § 39-5-10(a), *et seq*.
    2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961,
*et seq.*
    3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations
Act, 18 U.S.C. §§ 1961, *et seq*.
    4. Public Nuisance
    5. Unjust Enrichment
    6. Negligence
    7. Intentional Interference with Contractual Relations & Prospective Contractual
Relations
    8. Civil Conspiracy

South Dakota
    1. South Dakota Deceptive Trade Practices and Consumer Protection Act, S.D.
Codified Laws § 37-24-1, *et seq.*
    2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961,
*et seq.*
    3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations
Act, 18 U.S.C. §§ 1961, *et seq*.
    4. Public Nuisance
    5. Unjust Enrichment
    6. Negligence
    7. Civil Conspiracy

Tennessee
    1. Tennessee Consumer Protection Act, T.C.A. § 47-18-104, *et seq*.
    2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961,
*et seq.*
    3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations
Act, 18 U.S.C. §§ 1961, *et seq*.
    4. Public Nuisance
    5. Unjust Enrichment
    6. Negligence
    7. Negligent Interference with Prospective Economic Advantage
    8. Civil Conspiracy

Texas

1. Texas' Deceptive Trade Practices Act, Consumer Protection Act, Tex. Bus. & Com. Code §§ 17.41–17.63
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
4. Negligence
5. Civil Conspiracy

Utah

1. Utah Deceptive Commerce and Trade, Utah Ann. Code § 13-11a-1, *et seq.*
2. Utah Consumer Sales Practices Act, Utah Ann. Code § 13-11-1, *et seq.*
3. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
4. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
5. Public Nuisance
6. Unjust Enrichment
7. Negligence
8. Fraud, Misrepresentation, and Fraudulent Concealment
9. Civil Conspiracy

Vermont

1. Vermont Consumer Protection Act, VT. STAT. ANN. tit. 9, §§ 2451, *et seq.*
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

Virginia

1. Virginia Consumer Protection Act, Va. Code Ann. § 59.1-196, *et seq.*
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Tortious Interference with Prospective Economic Advantage
8. Civil Conspiracy

Washington
1. Washington's Consumer Protection Act, Wash. Rev. Code § 19.86.020, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Tortious Interference with Business Expectancy
8. Civil Conspiracy

West Virginia
1. West Virginia Consumer Protection Act, W. Va. Code § 46A-6-104, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy

Wisconsin
1. Wisconsin Deceptive Trade Practices Act, WIS. STAT. §§ 100.18, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence
7. Civil Conspiracy
8. Negligence and Negligent Misrepresentation
9. Negligence Per Se
10. Fraud and Fraudulent Misrepresentation

Wyoming
1. Wyoming's Consumer Protection Act, Wyo. Stat. §§ 40-12-101, *et seq*.
2. The Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.*
3. Conspiracy to Violate the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq*.
4. Public Nuisance
5. Unjust Enrichment
6. Negligence

7. Civil Conspiracy