# EXHIBIT F

<u>Morgan & Morgan Firm Description and Qualification</u>



Morgan & Morgan is a leading civil trial law firm representing consumers and commercial clients nationwide. With over 500 lawyers, and more than 2,000 non-lawyer employees, Morgan & Morgan is the largest plaintiffs' firm in the state of Florida and one of the largest if not the largest in the nation.  Morgan & Morgan maintains over 50 offices in multiple states including Alabama, Arkansas, California, Florida, Georgia, Indiana, Illinois, Kentucky, Massachusetts, Michigan, Mississippi, New York, Pennsylvania, and Tennessee.  Among its lawyers are a former Cabinet member of President Clinton's administration, a former United States Congressman, a former state attorney general and present and former members of state legislatures.

Morgan & Morgan has a dedicated Complex Litigation Group staffed with  lawyers, paralegals, and retired FBI agents serving as investigators committed to representing consumers in complex litigation, MDL proceedings and class action cases throughout the country. It has achieved many remarkable results in class litigation, including the settlement of *In re Black Farmers Discrimination Litigation*, no. 08-0511 (D.C. Oct. 27, 2017), where one of its partners served as co-lead. The case resulted in a settlement with the United States Government in the amount of $1.2 billion for African American farmers who had been systematically discriminated against on the basis of race, in violation of the Fifth Amendment to the United States Constitution, the Equal Credit Opportunity Act, Title VI of the Civil Rights Act, and the Administrative Procedure Act. Morgan & Morgan has assembled a talented team of lawyers:

*Mr. Yanchunis* leads the class action section of the law firm. His  practice—which began after completing a two-year clerkship with United States District Judge Carl O. Bue, Jr., S. D. Tex.—has concentrated on complex litigation and spans over 35 years, including consumer class actions for more than two-thirds of that time.  As a result of his extensive experience in privacy and data-breach litigation, he regularly lectures at seminars regarding privacy litigation.

Alongside his experience in the area of privacy, he also served as lead, co-lead, and class counsel in numerous national class actions, including multi-district litigation, involving a wide range of subjects affecting consumers, including antitrust, defective products, life insurance, annuities, and deceptive and unfair acts and practices.

As a result of his experience in insurance and complex litigation, beginning in 2005, he was selected by Tom Gallagher, the Chief Financial Officer for the state of Florida and a member of the Florida Cabinet, to serve as lead counsel for the Florida Department of Financial Services and the Florida Department of Insurance Regulation (the insurance regulators of Florida) in their investigations of the insurance industry on issues concerning possible antitrust activity and other possible unlawful activities regarding the payment of undisclosed compensation to insurance brokers. He served as lead regulator counsel and worked with a core group of state Attorneys General from the National Association of Attorneys General, which were selected to conduct the investigations. The insurance regulator for Florida was the only insurance regulator in the group. The litigation that was filed and the related investigations netted millions of dollars in restitution for Florida consumers and resulted in significant changes in the way commercial insurance is sold in Florida and across the country.

During his career, he has tried numerous cases in state and federal courts, including one of the largest and longest insurance coverage cases in U.S. history, which was filed in 1991 by the Celotex Corporation and its subsidiary, Carey Canada, Inc. During the seventeen years the case pended, he served as lead counsel for several insurance companies, regarding coverage for asbestos and environmental claims. The case was tried in three phases over several years beginning in 1992. He was also lead counsel for these parties in the subsequent appeals that followed a judgment in favor of his clients.

As result of his experience in the area of class litigation and ethics, he has served as an expert for The Florida Bar on ethical issues arising in class action litigation.

While at the University of Florida Mr. Yanchunis was a member of Florida Blue Key and Omicron Delta Kappa. He received his Juris Doctor degree from the South Texas College of Law in 1980, where he graduated magna cum laude. During law school, Mr. Yanchunis was a member of the Order of the Lytae, Associate Editor-in-Chief and Technical Editor of the South Texas Law Journal.

*Jean Sutton Martin.* For more than 20 years, Ms. Martin has concentrated her practice on complex litigation, including consumer protection and defective products class action. She has served in leadership positions in many consumer class actions and consolidated proceedings in federal courts around the country, including *inter alia*: *In re Brinker Data Incident Litigation*, No. 18-cv-686 (M.D. Fla.) (interim co-lead counsel); *Gordon, et al. v. Chipotle Mexican Grill, Inc.*, No. 17-cv-01415 (D. Colo.) (data breach) (co-lead counsel)(preliminary approval granted); *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*, No. 17-md-2775 (D. Md.) (defective hip implant) (member of Plaintiffs' Steering

Committee and bellwether trial team) *Linnins v. HAECO Americas, Inc., et al.*, No. 16-cv-486 (M.D.N.C.) (employee data disclosure) (co-lead counsel); *Torres v. Wendy's International, LLC*, No. 6:16- cv-210 (M.D. Fla.) (data breach) (class counsel); *Fuentes, et al. v. UniRush, LLC, et al.,* No. 1:15- cv-08372 (S.D.N.Y.) (disruption in servicing of financial accounts) (co-lead counsel); *Lewis, et al., v. Green Dot Corp., et al*., No. 2:16-cv-03557 (C.D. Cal.) (disruption in servicing of financial accounts) (class counsel); *Brady, et al. v. Due North Holdings, LLC, et al.*, No. 1:17-cv-01313 (S.D. Ind.) (employee data disclosure) (class counsel); *Foreman v. Solera Holdings, Inc.*, No. 6:17-cv-02002 (M.D. Fla.) (employee data disclosure) (class counsel); *In Re: Outer Banks Power Outage Litigation*, No. 4:17-cv-141 (E.D.N.C.) (extended island power outage due to defective construction practices) (class counsel); and, *McCoy v. North State Aviation, LLC, et al.*, No. 17- cv-346 (M.D.N.C.) (WARN Act violations) (class counsel).

Ms. Martin received her Juris Doctor degree from Wake Forest University School of Law, where she served as Editor-in-Chief of the *Wake Forest Law Review*. She obtained eDiscovery certification from the eDiscovery Training Academy at Georgetown Law Center in 2017. Ms. Martin graduated from Wake Forest University with a Bachelor of Science in Mathematical Economics in 1989. She earned a Master of International Business from the University of South Carolina in 1991. She interned with the sales finance team of Digital Equipment Company in Munich, Germany and was tasked with compiling the sales figures for European operations as well as determining sales forecasts and pricing models for sales to universities and other educational institutions for the company's expansion into the Eastern European market after the fall of the Berlin wall. Before heading back to law school, Ms. Martin worked as a marketing manager for an international candy manufacturer where her responsibilities included product development, brand licensing, market research, and sales analysis.

Ms. Martin has been honored with the prestigious "AV" rating by Martindale-Hubbell. In 2015, she was inducted as a Fellow of the Litigation Counsel of America, a prestigious trial lawyer honorary society comprised of less than one-half of one percent of American lawyers. Fellows are selected based upon excellence and accomplishment in litigation, both at the trial and appellate levels, and superior ethical reputation. For upholding the highest principles of the legal profession and for outstanding dedication to the welfare of others, Ms. Martin has also been selected as a Fellow of the American Bar Foundation, an honorary legal organization whose membership is limited to one third of one percent of lawyers in each state. In 2016, Ms. Martin was selected by her peers as the foremost Litigation attorney in the State of North Carolina for *Business North Carolina Magazine's Legal Elite*, gaining membership in the *Legal Elite* Hall of Fame. Since 2012, she has been selected to the Super Lawyers list for North Carolina in the areas of mass torts and class actions, with selection to the Top 50 Women North Carolina list since 2014. Additionally, Ms. Martin has been named by

National Trial Lawyers to the Top 100 Trial Lawyers, Top 50 Class Action Lawyers, and Top 50 Mass Torts Lawyers for North Carolina.

Ms. Martin is a member of the North Carolina bar, having been admitted in 1998. She is also admitted to practice before the United States Supreme Court, the United States Court of Federal Claims, the United States Court of Appeals for the Fourth Circuit, the Western, Middle, and Eastern Districts of North Carolina, and the United States District Court of Colorado.

*Patrick Barthle.*  Mr. Barthle was born and raised in Dade City, Florida. He attended the University of Florida where he was admitted to the Honors Program and graduated, *cum laude*, with a double major in History and Criminology in 2009. While at UF, Patrick was inducted into the Phi Beta Kappa Honor Society and served as President of the Catholic Student Center. Patrick attended Washington and Lee University School of Law, graduating *summa cum laude* in 2012; where he was a Lead Articles Editor for the Wash. & Lee Law Review, a member of the Order of the Coif and the Phi Delta Phi Legal Honor Society, and President of the W&L Law Families organization.

Before joining Morgan & Morgan in 2015, Patrick worked at one of the country's largest law firms, Greenberg Traurig, LLP, and then served as a judicial law clerk for two years to the Honorable Mary S. Scriven, United States District Judge, Middle District of Florida.  Patrick has extensive privacy and consumer fraud class action experiencing, having actively participated in the following litigations:  *In re: U.S. Office of Personnel Management Data Security Breach Litigation*, 1:15-mc-01394-ABJ (D.C.); *Torres v. Wendy's International, LLC*, No. 6:16-cv-210 (M.D. Fla.); *Morrow v. Quest Diagnostics, Inc*., No. 2:17-cv-0948 (Dist. NJ); *In Re: Equifax, Inc. Customer Data Security Breach Litigation*, 1:17-md-2800-TWT (N.D. Ga.); *In re The Home Depot, Inc. Customer Data Security Data Breach Litigation*, No. 1:14-md-02583-TWT (N.D. Ga.); *In re Yahoo! Inc. Customer Data Sec. Breach Litig.*, 16-md-02752-LHK (N.D. Cal.); and *Finerman v. Marriott Ownership Resorts, Inc.*, Case No.: 3:14-cv-1154-J-32MCR (M.D. Fla.).

Patrick was selected as a Florida Super Lawyer Rising Star in 2019 in the field of Class Actions.  He is also active in speaking on privacy and class action topics, having spoken in June 2018, at the NetDiligence Cyber Risk Summit on the topic of Unauthorized Use of Personal Data; in November 2018 at the American Association for Justice's Advanced 30(b)(6) Seminar, on the topic of 30(b)(6) Depositions in in Data Breach Cases; and in January 2019 at HarrisMartin's Marriott Data Breach Litigation Conference on that topics of damage models and settlements in data breach cases; and Rule 23(c)(4) classes at the Mass Torts Made Perfect conference.

Mr. Barthle was admitted to the Florida Bar in 2012 and is also admitted to practice in the Middle District of Florida, the Southern District of Florida, and the District of Colorado.

***Ryan J. McGee***. Mr. McGee was born and raised in Tampa, Florida. He studied business economics and history at the University of Florida, where he was a teaching assistant for technology classes in the business school, and received his law degree from Stetson University College of Law, where he was an editor on the *Stetson Law Review*, a research assistant for antitrust and consumer protection laws, and a teaching assistant for Stetson's trial advocacy program.

Ryan began his legal career as a state-appointed prosecutor, where he tried over 50 jury trials to verdict, mostly felonies, as well as a special prosecutor appointed to investigate police officers' deadly use-of-force and corruption within various law enforcement agencies. Ryan also served as a law clerk for two years for the Honorable Elizabeth A. Kovachevich, the former Chief United States District Judge, Middle District of Florida. Before joining Morgan & Morgan, Ryan's practice involved complex business disputes, antitrust, trade secret, data security, and class action investigations and defense-side litigation in state and federal courts across the country.

Since shifting his focus entirely to consumer class action representation, Ryan has been selected as a Florida Super Lawyer Rising Star in 2018 and 2019 in the field of Class Actions, and has extensive privacy and consumer fraud class action experiencing, having actively participated in the following litigations: *In re Yahoo! Inc. Customer Data Sec. Breach Litig.*, No. 16-md-02752-LHK (N.D. Cal.); *In re Equifax, Inc. Customer Data Sec. Breach Litigation*, No. 1:17-md-02800 (N.D. Ga.); *Morrow v. Quest*, No. 2:17-cv-0948(CCC)(JBC) (D.N.J.); *In re Google Plus Profile Litigation*, No. 5:18-cv-06164 EJD (N.D. Cal.); *Kuss v. American HomePatient, Inc., et al.*, No. 8:18-cv-02348 (M.D. Fla.); *Richardson, et al. v. Progressive Am. Ins. Co., et al.*, No. 2:18-cv-00715 (M.D. Fla.);   *Hymes, et al. v. Earl Enterprises Holdings, Inc.*, No. 6:19-cv-00644 (M.D. Fla.); *Orange v. Ring, LLC, et al.*, No. 2:19-cv-10899 (C.D. Cal.).

Ryan was admitted to the Florida Bar in 2009 and is also admitted to practice in the Northern, Middle, and Southern Districts of Florida.

***Marcio Valladares.*** Mr. Valladares was born in Managua, Nicaragua and immigrated to the United States during Nicaragua's civil war. In 1990, Marcio obtained a Bachelor of Science degree in psychology from the University of Florida. In 1993, he obtained his Juris Doctor degree, *magna cum laude*, from Florida State University. He is pursuing a Masters in Law (LL.M.) degree from Columbia University, focusing on federal and comparative law.

Before joining Morgan & Morgan, Marcio worked in both the public and private sectors. He served as a judicial law clerk to the Honorable Steven D. Merryday, United States District Judge, Middle District of Florida, and then served as a judicial law clerk to the Honorable Susan H. Black, United States Circuit Court Judge, Court of Appeals for the Eleventh Circuit. Marcio served as an Assistant United States Attorney for the Middle District of Florida. In the private sector, Marcio practiced commercial litigation and insurance defense at Holland & Knight LLP. Marcio also worked as in-house counsel for the Mayo Clinic. Marcio is fluent in English and Spanish.

*Francesca Kester.* Ms. Kester was born and raised in Scranton, Pennsylvania. She attended Marywood University, where she graduated with a major in English Literature, and The Pennsylvania State University's Dickinson School of Law, where she received her Juris Doctor degree in 2017. While at Dickinson, Ms. Kester competed in the American Bar Association's National Appellate Advocacy Competition, where she was awarded the highest honor for her legal brief writing, and the Texas Young Lawyer's National Trial Competition, where she finished as a regional finalist. Ms. Kester also served as Executive Chair of the Dickinson Law Moot Court Board, Founder of the Dickinson Law partnership with Big Brothers Big Sisters, and Student Director of the Bethesda Mission Men's Shelter legal clinic. At graduation, she was honored with the D. Arthur Magaziner Human Services Award for outstanding academic achievement and service to others, the Joseph T. McDonald Memorial Scholarship for excellence in trial advocacy, and the peer-selected Lee Popp Award for her devotion to the legal field.

Ms. Kester interned as a judicial clerk to United States Magistrate Judge Martin C. Carlson while in law school. After graduation, she served for two years as a law clerk to the Honorable James M. Munley in the United States District Court for the Middle District of Pennsylvania. Ms. Kester is a member of the Lackawanna County Bar Association, the Pennsylvania Bar Association, the American Association for Justice, and Order of the Barristers. In 2018 and 2019, she served as the attorney advisor for her alma mater's high school mock trial team, coaching them to a first place finish in the state and ninth in the nation.

Ms. Kester is admitted to practice law in both Pennsylvania and Florida.

*Angela Mirabole.* Ms. Mirabole is a staff attorney with the Morgan and Morgan Complex Litigation Group meaning she handles discrete projects at the firm but is not a full- time associate of the firm or eligible for partnership. She primarily handles discovery tasks and document review assignments for the class actions and mass torts sections. Ms. Mirabole attended the University of Florida, graduating in 1999 with a degree in Sociology, awarded with Honors. Ms. Mirabole also attended law school at the University of Florida, and received her law degree with Honors in 2003.

While in law school, Ms. Mirabole obtained a Certificate in Intellectual Property and published an article in the UCLA Entertainment Law Review.

*David Reign.* Mr. Reign is the former Assistant Special Agent in Charge of the Tampa FBI Field office, with nearly 25 years of investigative experience. He has investigated and managed some of the FBI's most complex white-collar crime cases, with an emphasis on health care fraud, public corruption, and financial crimes. As Deputy Chief of the Enron Task Force, he led a team of investigators and analysts in the successful investigation and prosecution of several executives of the Enron Corporation. He received the Attorney General's Award for Exceptional Service for his work on the Enron matter.

*Lee Walters.* Mr. Walters is a former FBI Supervisory Special Agent with more than 24 years of experience conducting investigations for the FBI, including several years in the top-secret TacOps-Electronic Access Group. He worked on a variety of white-collar crime matters including healthcare and bank fraud, public corruption, and violations of the Foreign Corrupt Practices Act. He was also one of the first agents assigned to the Whitewater investigation of Bill & Hillary Clinton. Mr. Walters spent 23 years as a Firearms Instructor and Defensive Tactics Instructor and 14 years in the Special Weapons & Tactics (SWAT) program as an Observer/Sniper. He was deployed as a SWAT member to the Branch Davidian siege in Waco, Texas, during the Los Angeles riots after the Rodney King verdict, and participated in numerous other high-risk operations.

**John A. Yanchunis**   Mr. Yanchunis practices in Morgan & Morgan's Complex Litigation Group and leads the National Consumer Class Action Department.   Morgan & Morgan is the largest plaintiffs' law firm in the country with approximately 460 lawyers practicing in 50 offices across 11 states including Florida, California, Georgia, Mississippi, Tennessee, Kentucky, Alabama, Arkansas, Massachusetts, New York, Pennsylvania, and Massachusetts.  Before entering private practice in 1982, Mr. Yanchunis served for two years as a law clerk for the Honorable Carl O. Bue, Jr., a United States District Judge in Houston, Texas.

Mr. Yanchunis has concentrated on complex litigation during his 37 years practicing law, including consumer class actions for approximately two-thirds of that practice.

His work in the area of privacy litigation began in 1999 with the filing of *In re Doubleclick Inc. Privacy Litigation*, 154 F. Supp. 497 (S.D.N.Y. 2001), alleging privacy violations based on the placement of cookies on hard drives of internet users. Beginning in 2003, he served as co-lead counsel in the successful prosecution and settlement of privacy class action cases involving the protection of privacy rights arising from the misuse of information of more than 200 million consumers under the Driver's Protection Privacy Act against the world's largest data and information brokers, including Experian, R.L. Polk, Acxiom, and Reed Elsevier (which owns Lexis/Nexis). *Fresco v. Auto. Directions, Inc*., No. 03-cv-61063 and *Fresco v. R.L. Polk,* No. 07-cv-60695 (S.D. Fla.).

In the last several years his practice has focused almost exclusively on privacy class litigation. Recently as sole lead counsel , he orchestrated the settlement of a data breach case ,  *In Re: Yahoo! Inc. Customer Data Security Breach Litigation,* 5:16-md-02752-LHK (N.D. Cal.) ( (data breach which affected over 2.85  billion users worldwide) . The settlement , which has been preliminarily approved , provides a common fund of $117 million , which when the settlement was reached , created  the largest settlement fund in a data breach case. The Court has also conditionally certified a class of U S residents ( 194 million U S residents) and Israeli residents ( approximately 200,000 ) . As a member of the court appointed Plaintiffs' Steering Committee , he also was one of the members of the Committee who was involved in negotiating the settlement of *In re Equifax, Inc. Customer Data Sec. Breach Litig.*, 1:17-md-02800 (N.D. Ga.) (Plaintiffs' Steering Committee in data breach case impacting 145.5 million people0. The settlement creates a fund of $380.5 million.

His work in the area of privacy has also included the settlement of *In re Target Corp. Customer Data Sec. Breach Litig.*, MDL No. 2522 (D. Minn.) (member of the Executive Committee overseeing the consumer class, financial institution class, and shareholder derivative litigation); *In re Office of Pers. Mgmt. Data Breach*, 1:15-mc-01394-ABJ (D.D.C.) (Plaintiffs' Steering Committee); and *In re The Home Depot, Inc. Consumer Data Sec. Data Breach Litig.*, No. 1:14-md-02583-TWT (N.D. Ga.) (co-lead counsel for case in which resulted in a $19.5 million common fund settlement).

Mr. Yanchunis has also litigated to settlement the following non-MDL, Privacy Rights, Data Security and Data Disclosure Class Cases: *In re Arby's Rest. Grp., Inc. Litig.*, 1:17-cv-1035-AT (N.D. Ga.) (co-liaison counsel); *Morrow v. Quest Diagnostics, Inc.*, 2:17-cv-0948 (D. N.J.) (healthcare data breach) (Lead Counsel); *Walters v. Kimpton Hotel & Rest. Grp., LLC*, 3:16-cv-

5387-VC (N.D. Cal.) (Lead Counsel); *Torres v. Wendy's Int'l., LLC*, 6:16-cv-210 (M.D. Fla.) (Lead Counsel);); *Brady v. Scotty's Holdings, LLC*, 1:17-cv-01313 (S.D. Ind.) (final approval of the settlement granted) (Co-Lead Counsel); *Linnins v. TIMCO Aviation Services, Inc.,* 16-cv-486 (M.D.N.C.) (final approval of settlement granted) (Co-Lead Counsel); *Burrows v. Purchasing Power, LLC*, 1:12-cv-22800 (S.D. Fla.) (settled) (Lead Counsel); and *Bishop v. Shorter University*, 4:15-cv-00033-HLM (N.D. Ga) (settled) (Lead Counsel); and *Albert v. School Board of Manatee County, Florida,* 17-CA-004113 (Fla. 12th Cir.); and *Elyzabeth Ramirez v. ChenMed, LLC*, No. 14-12319-CA-04 (Fla. 11th Cir. Ct.); and *Carsten v. University of Miami*, No. 1:14-cv-20497-KMW (S.D. Fla.); and *John Doe v. Tampa General Hospital*, No. 14-CA-012657 (Fla. 13th Cir. Ct.);and *Fulton-Green v. Accolade, Inc.,* 2:18-cv-00274-GEKP, (E.D. PA); and *Hughley v. University of Central Florida Board of Trustees,* No. 2016-CA-001654-O (Fla. 9th Cir. Ct.); and *Ortiz v. UCLA Health System*, No. BC589327 (Cal. Sup. Ct. Los Angeles Cnty.); and *Diaz v. Intuit, Inc.*, No. 5:15-cv-1778-EJD (C.D. Cal); and *In re Anthem, Inc. Data Breach Litigation*, No. 5:15-MD-02617 (N.D. Cal.); and *Curry v. Schletter, Inc.,* No. 1:17-cv-00001 (W.D. NC); and *Beckett v. Aetna, Inc., et al.,* No. 2:17-cv-3864 (E.D. Penn.); and *Orr v. Inter-Continental Hotels Group, PLC, et al.,* No. 1:17-cv-01622 (N.D. Ga.)

Because of his long-standing and notable work in this area, in 2016 the National Law Journal selected Mr. Yanchunis as a Trailblazer in the Area of Cybersecurity & Data Privacy.

Mr. Yanchunis has been a speaker at the following NetDiligence Cyber Risk & Privacy Liability Forum, October 6, 2015; HB Litigation Conferences, February 11, 2016; NetDiligence Cyber Risk & Privacy Liability Forum, June 7, 2016; CPLC CLE, June 18, 2016; Advisen's Executive Risk Insights Conference on Wednesday, September 21, 2016, New York, New York; HB Litigation Conferences, March 17, 2017; NetDiligence Cyber Risk & Privacy Liability Forum, June 6, 2017; Martin Harris Conference, September 28, 2017; New Jersey Association For Justice, May 10, 2018; Los Angeles Wage & Hour Conference, January 11, 2019; The Sedona Conference, February 28, 2019; International Conference on Class Actions and Collective Red, March 28, 2019; Mass Tort Made Perfect, October 23, 2019.

Mr. Yanchunis has represented The Florida Bar in many capacities. He has served as an expert for The Florida Bar in the area of class actions and ethics, and also served as special counsel in the prosecution of individuals for The Unauthorized Practice of Law, often leading to criminal contempt proceedings. Mr. Yanchunis is actively involved in his profession. Because of his work in the area of consumer protection, he was appointed Chair of The Florida Bar's Consumer Protection Law Committee. He was appointed by the Florida Supreme Court to serve as a member of The Florida Board of Bar Examiners (FBBE), on which he served from 1997 to 2002, and he has annually been re-appointed by the Court to serve as an Emeritus Member where he participates on character and fitness panels of bar applicants and serves as an arbiter at final hearings.

Mr. Yanchunis also served as a member of the Board of Directors for The Florida Bar Foundation, and is a Fellow of The Florida Bar Foundation. He served as Chairman of the Special Commission on Multi-Jurisdictional Practice, and was a member of the Special Committee on the Enhancement of the Practice of Law. Mr. Yanchunis was elected to the Board of Governors (BOG) of The Florida Bar, and was involved with many subcommittees of the BOG, including the Budget Committee, Multi-Disciplinary Practice Committee, and Board Review Committee on

Professional Ethics.  He has served on The Florida Bar's Ethics Committee, Standing Committee on Simplified Forms where he was a member and Vice Chairperson, and the Task Force on the Unlicensed Practice of Law.  He has served as Chairperson, Vice Chairperson, and a member of the Standing Committee on the Unlicensed Practice of Law.  Mr. Yanchunis is a former member of the Standing Committee on Professionalism, the Continuing Legal Education Committee, the Public Relations Committee, and the Board of Governors of the Young Lawyers Division of The Florida Bar.  He was a member and the Chairperson of the 6A Circuit Committee for the Unlicensed Practice of Law and the Chairperson of the 6B Circuit Committee and a member of the Supreme Court of Florida's Judicial Management Council.

Mr. Yanchunis frequently lectures around the United States on topics related to class actions.

In the community, Mr. Yanchunis served as a member of the Elder Law Board for the Center for Excellence in Elder Law at Stetson University College of Law; served as Vice President of the St. Vincent de Paul Society, St. Petersburg Downtown Conference; was a National Council Member and Council Representative for the Boy Scouts of America; served in the West Central Family Council of the Boy Scouts of America as Council President and was the Skyway District Chairman.  Mr. Yanchunis presently serves as a member of the Executive Committee of the West Central Florida Council of the Boy Scouts of America.  For his services as a Boy Scout Leader, Mr. Yanchunis received the Silver Beaver award and the District Award of Merit.

Mr. Yanchunis served as both a member and an officer of the Board of Directors of the FBI Tampa Bay Citizens' Academy Alumni Association.

Mr. Yanchunis is a member of The Florida Bar.  Additionally, he is admitted to the United States Supreme Court; the United States Courts of Appeal for the Fifth, Sixth, Seventh, Ninth, and Eleventh Circuits; and numerous United States District Courts around the country.

In 2005, the Elder Law Section of The Florida Bar awarded him its Chair's Honor Award for Mr. Yanchunis' handling with Jill Bowman of a class action against the state of Florida for violations of federal law in failing to deliver a benefit under Medicaid to approximately 41,000 poor, elderly residents of nursing homes in Florida. The case resulted in Florida's funding the delivery of dental and ocular care for the elderly in nursing homes, as well as enabling the elderly to purchase Medicare gap coverage to pay for physicians who would not take Medicaid patients because of low reimbursement rates. He is also the recipient of The Florida Bar Foundation President's Award for Excellence for his outstanding leadership in promoting the Foundation's mission to help provide legal assistance for the poor.

Mr. Yanchunis has been honored with the prestigious "AV" rating by Martindale-Hubbell. He has also been continuously recognized as a Florida Super Lawyer.

Mr. Yanchunis received his Bachelor's degree from the University of Florida. While at the University of Florida, he was a member of Florida Blue Key and Omicron Delta Kappa.  He received his Doctor of Jurisprudence degree from South Texas College of Law where he attended school at night while working full time during the day. He graduated *magna cum laude*, was a

member of the Order of the Lytae, and was Associate Editor-in-Chief of the *South Texas College of Law Journal*.

As a result of his experience in insurance and complex litigation, beginning in 2005, he was selected by Tom Gallagher, the Chief Financial Officer for the state of Florida and a member of the Florida Cabinet, to serve as lead counsel for the Florida Department of Financial Services and the Florida Department of Insurance Regulation (the insurance regulators of Florida) in their investigations of the insurance industry on issues concerning possible antitrust activity and other possible unlawful activities regarding the payment of undisclosed compensation to insurance brokers. He served as lead regulator counsel and worked with a core group of state Attorneys General from the National Association of Attorneys General, which was selected to conduct the investigations. The insurance regulator for Florida was the only insurance regulator in the group. The litigation that was filed and the related investigations netted millions of dollars in restitution for Florida consumers and resulted in significant changes in the way commercial insurance is sold in Florida and across the country.

During his career, he has tried numerous cases in state and federal courts, including one of the largest and longest insurance coverage cases in U.S. history, which was filed in 1991 by the Celotex Corporation and its subsidiary, Carey Canada, Inc. During the seventeen years the case pended, he served as lead counsel for several insurance companies, regarding coverage for asbestos and environmental claims. The case was tried in three phases over several years beginning in 1992. He was also lead counsel for these parties in the subsequent appeals that followed a judgment in favor of his clients.