**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | (Joint Administration Pending) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, James E. Miller, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Sheet Metal Workers Local No. 25 Health & Welfare Fund, a creditor in the above-referenced case.

I certify I am a member in good standing of the bars of the states of California, Connecticut, New Jersey and Pennsylvania and, if applicable, the Northern, Southern and Central Districts of California; the Eastern District of Pennsylvania; the District of Colorado; and the Court of Appeals for the First, Second, Third, Fourth, Sixth, Ninth and Tenth circuits.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

DATED: July 2, 2020                                        SHEPHERD FINKELMAN MILLER
                                                                                   & SHAH, LLP

*/s/ James E. Miller*
James E. Miller
CT Bar No. 420518
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jmiller@sfmslaw.com