**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | (Joint Administration Pending) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of JAMES E. MILLER (the "Movant") to be admitted *pro hac vice* to represent the Sheet Metal Workers Local No. 25 Health & Welfare Fund, a creditor in the above-referenced case, and upon Movant's certification that he is a member in good standing of the bars of the states of California, Connecticut, New Jersey and Pennsylvania, and, if applicable, the Northern, Southern and Central Districts of California; the Eastern District of Pennsylvania; the District of Colorado; and the Court of Appeals for the First, Second, Third, Fourth, Sixth, Ninth and Tenth circuits, it is hereby

**ORDERED** that JAMES E. MILLER is admitted to practice *pro hac vice* in the above-referenced case to represent the Sheet Metal Workers Local No. 25 Health & Welfare Fund in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2020

_____, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE