## **CERTIFICATE OF SERVICE**

    I, James E. Miller, certify that on July 2, 2020, a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed and served through ECF notification upon all parties who receive notification in this matter pursuant to the Court's ECF filing system.

                                         */s/ James E. Miller*
                                         James E. Miller