## Exhibit A

**Dismissal Agreement**

**[REDACTED]**