**Exhibit C**

**Granted**
**/s/Judge Dan Aaron Polster on 1/4/2018**
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) | MDL No. 2804 |
| | | Case No. 17-md-02804 |
| THIS DOCUMENT RELATES TO: | | Judge Dan Aaron Polster |
| ALL CASES | | |

**Plaintiffs' Renewed Motion**
**to Approve Co-Leads, Co-Liaisons, and Executive Committee**

Pursuant to the Court's December 21, 2017, Order (Doc. #22), Plaintiffs submit this Renewed Motion to Approve Co-Leads, Co-Liaisons, and Executive Committee. Plaintiffs' Renewed Motion addresses and resolves all objections to Plaintiffs' original Motion (Doc. #16) and complies with this Court's Order (Doc. #22) regarding those objections.

Plaintiffs filed their original Motion to Approve Co-Leads, Co-Liaisons and Plaintiffs' Executive Committee on December 20, 2017. The Court subsequently requested, and Plaintiffs' filed, an Amended Motion further describing the function of the proposed leadership structure (Doc. #17). There were three objections to Plaintiffs' amended motion; one from a group representing hospitals (Doc. #19), one from a group representing Third-Party Payors (TPPs) (Doc. # 20) and a third from a group representing seven governmental entities in southern West Virginia. (Doc. #18). All groups sought inclusion on the Plaintiffs' Executive Committee.

After reviewing Plaintiffs' motion and the three objections, the Court issued an order providing the following (Doc. #22):