**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**NOTICE OF SEVENTH MONTHLY FEE STATEMENT OF JONES DAY FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | May 1, 2020 through May 31, 2020 |
| **Amount of Compensation Requested (after 13% discount and credits):** | $178,904.63[2] |
| **Less 20% Holdback** | $35,780.93 |
| **Net of Holdback:** | $143,123.70 |
| **Amount of Expense Reimbursement Requested:** | $7,652.50 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]    Includes a credit on account of a billable rate discrepancies in the amount of $1,226.70.

**Total Compensation (Net of Holdback) and Expense Reimbursement Requested:**       $150,776.20

**This is a**                                    <u>X</u>__ Monthly _____Interim ___ Final Fee Statement

*[The remainder of this page has been intentionally left blank]*

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[3] Jones Day hereby submits this seventh monthly fee statement (the "Seventh Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from May 1, 2020 through May 31, 2020 (the "Seventh Monthly Fee Period"). By this Seventh Monthly Fee Statement, and after taking into account certain substantial voluntary discounts and reductions,[4] Jones Day seeks payment in the amount of $150,776.20, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Seventh Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Seventh Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended hourly

---

[3]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[4]     The total amount sought for fees reflects (a) voluntary write offs in the amount of $5,317.50 and (b) application of a subsequent 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $26,916.18 for the Seventh Monthly Fee Period), for an overall voluntary reduction of approximately 16%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2020, Jones Day is using 2019 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 16% reduction.

billing rate of Jones Day timekeepers during the Seventh Monthly Fee Period is approximately $631.15.[5]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Seventh Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Seventh Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Seventh Monthly Fee Period.[6]

## NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Seventh Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801, Attn: Justin R. Alberto and Daniel N. Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and

---

[5]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Seventh Monthly Fee Period.

[6]      The time records included in **Exhibit D** have been minimally redacted to protect privileged information.

(v) the fee examiner, Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

6.      Objections to this Seventh Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Anna Kordas (akordas@jonesday.com) no later than July 17, 2020 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

7.      If no objections to this Seventh Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Seventh Monthly Fee Statement.

8.      To the extent that an objection to this Seventh Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Seventh Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.


*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Seventh Monthly Fee Statement has

been made to this or any other court.

Dated: July 3, 2020                           _/s/ Anna Kordas_____
      New York, NY                          JONES DAY
                                        John J. Normile
                                        Anna Kordas
                                        250 Vesey Street
                                        New York, NY 10281
                                        Telephone:     (212) 326-3939
                                        Facsimile:      (212) 755-7306
                                        Email:           jjnormile@jonesday.com
                                                         akordas@jonesday.com

                                        *Special Counsel to the Debtors and*
                                        *Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**MAY 1, 2020 – MAY 31, 2020**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Pablo D. Hendler | 1995 | $1,125.00 | $978.75 | 13.4 | $15,075.00 |
| John J. Normile | 1989 | $1,225.00 | $1,065.75 | 57.1 | $69,947.50 |
| **TOTAL PARTNER:** | | | | **70.5** | **$85,022.50** |
| **OF COUNSEL** | | | | | |
| Olaf Benning | 1998 | $800.00 | $696.00 | 4.0 | $3,200.00 |
| Kelsey I. Nix | 1988 | $1,125.00 | $978.75 | 3.0 | $3,375.00 |
| **TOTAL OF COUNSEL:** | | | | **7.0** | **$6,575.00** |
| **ASSOCIATE** | | | | | |
| Anna Kordas | 2014 | $750.00 | $652.50 | 8.2 | $6,150.00 |
| Kevin V. McCarthy | 2016 | $605.00 | $526.35 | 81.5 | $49,307.50 |
| Adam M. Nicolais | 2017 | $550.00 | $478.50 | 17.1 | $9,405.00 |
| Furqaan Siddiqui | 2018 | $550.00 | $478.50 | 8.9 | $4,895.00 |
| **TOTAL ASSOCIATE:** | | | | **115.7** | **$69,757.50** |
| **PARALEGAL & STAFF** | | | | | |
| Lynne Fischer | N/A | $525.00 | $456.75 | 78.0 | $40,950.00 |
| Jason J. Darensbourg | N/A | $325.00 | $282.75 | 7.4 | $2,405.00 |
| Kristina Horn | N/A | $400.00 | $348.00 | 4.0 | $1,600.00 |
| Marguerite Melvin | N/A | $375.00 | $326.25 | 0.3 | $112.50 |
| Julie H. Spaulding | N/A | $250.00 | $217.50 | 2.5 | $625.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **92.2** | **$45,692.50** |
| **TOTAL:** | | | | **285.40** | **$207,047.50** |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**

**JONES DAY**
**PROJECT CATEGORY SUMMARY**
**MAY 1, 2020 – MAY 31, 2020**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 51.40 | $37,501.00 |
| Intellipharmaceutics Corp. | 89.00 | $73,687.50 |
| Strategic Corporate Advice | 47.60 | $41,301.50 |
| Retention Matters | 97.40 | $54,557.50 |
| **TOTAL** | **285.40** | **$207,047.50** |
| **13% DISCOUNT** | | **$26,916.18** |
| **Subtotal** | | **$180,131.33** |
| **Overbilling Adjustment** | | **($1,226.70)** |
| **TOTAL FEES** | | **$178,904.63** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**MAY 1, 2020 – MAY 31, 2020**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $7,512.50 |
| Court Costs | $140.00 |
| **TOTAL** | **$7,652.50** |

**EXHIBIT D**

**TIME DETAIL**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

June 30, 2020                                                   305158-610005

                                                          Invoice: 33395639

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through May 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 37,501.00 |
| Less 13% Fee Discount | | (4,875.13) |
| | USD | 32,625.87 |
| **TOTAL** | **USD** | **32,625.87** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610005/33395639 WITH YOUR PAYMENT

JONES DAY

305158-610005

Page 2

June 30, 2020

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice:  33395639

### TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 4.20 | 1,125.00 | 4,725.00 |
| J J NORMILE | 5.50 | 1,225.00 | 6,737.50 |
| OF COUNSEL |  |  |  |
| K I NIX | 2.70 | 1,125.00 | 3,037.50 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 28.20 | 605.00 | 17,061.00 |
| A M NICOLAIS | 10.80 | 550.00 | 5,940.00 |
| **TOTAL** | **51.40** | **USD** | **37,501.00** |

**JONES DAY**

305158-610005                                                                    Page 3
                                                                          June 30, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33395639

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 05/01/20 | K MCCARTHY | 1.00 |

Draft/revise patent analysis.

| 05/04/20 | P D HENDLER | 1.20 |

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status (.40); attention to draft filings and comments from client regarding same (.80).

| 05/04/20 | K MCCARTHY | 4.50 |

Draft/revise motion and supporting declaration (2.00) and draft/revise ███████████ (2.00); attention to correspondence with J. Normile, R. Inz, and B. Koch re: same (.50).

| 05/04/20 | A M NICOLAIS | 1.60 |

Edits/revisions to memo and declaration re ongoing litigation (1.30); communication in firm with K. McCarthy re same (.30).

| 05/04/20 | K I NIX | 0.70 |

Reviewed draft ███████████ (.40); ███████ and R. Inz comments regarding same (.30).

| 05/04/20 | J J NORMILE | 1.50 |

Review and revise various draft pleadings and related teleconferences with K. McCarthy.

| 05/06/20 | K I NIX | 0.40 |

Conferred with J. Normile regarding strategy for ████████████████████.

| 05/07/20 | K I NIX | 0.50 |

Work regarding ███████ and email to J. Normile regarding same.

| 05/08/20 | K I NIX | 0.50 |

Studied Collegium first quarter press release (.30); e-mails from R. Inz and B. Koch regarding same (.20).

| 05/11/20 | P D HENDLER | 0.50 |

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status.

| 05/12/20 | K MCCARTHY | 1.00 |

Draft/revise patent analysis.

| 05/13/20 | K MCCARTHY | 1.00 |

Draft/revise patent analysis.

| 05/15/20 | K I NIX | 0.30 |

E-mails with J. Normile regarding ███████.

| 05/17/20 | K MCCARTHY | 3.00 |

Draft/revise patent analysis re: ███████████.

| 05/18/20 | P D HENDLER | 0.90 |

Preparation for, participation in and teleconference with client (including B. Koch) regarding status of matter (.40); preparation for, participation in and attention to teleconferences with client (B. Koch) regarding ███████, including confer with K. McCarthy regarding same (.50).

| 05/18/20 | K MCCARTHY | 2.00 |

Draft/revise patent analysis (1.00); preparation for and participation in teleconference with B. Koch, R. Inz, and P. Hendler re: patent analyses (.50), including review of related produced documents (.50).

| 05/19/20 | K MCCARTHY | 1.00 |

Draft/revise ███████████████.

## JONES DAY

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice:  33395639

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**05/19/20    A M NICOLAIS                                                    5.20**
Communication in firm with K. McCarthy re legal analysis for ▮▮▮▮▮▮▮▮ (.50); review/analyze summary judgment briefing and opinion re same (2.80); drafting summary of analysis re same (1.90).

**05/19/20    K I NIX                                                          0.30**
Conferred with P. Hendler regarding ▮▮▮▮▮▮▮.

**05/20/20    K MCCARTHY                                                      5.00**
Draft/revise ▮▮▮▮▮▮▮▮ (1.70), including review of ▮▮▮▮▮▮▮▮ (2.00), communicate with P. Hendler re: same (.30); communicate with B. Koch and R. Inz re: same (.20); attention to status of matter and ongoing drafts (.50), and communicate with J. Normile re: same (.30).

**05/21/20    K MCCARTHY                                                      4.50**
Review parties briefing re: Collegium's motions for summary judgment (1.20) and internal summary re: same (.30); communicate with A. Nicolais re: review of same (.30); draft/revise ▮▮▮▮▮▮ and ▮▮▮▮▮▮ (1.20); draft/revise ▮▮▮▮▮▮▮ (1.00), preparation for and participation in teleconference with B. Koch, R. Inz, and P. Hendler re: same (.50).

**05/21/20    A M NICOLAIS                                                    1.50**
Communication in firm with K. McCarthy re follow-up of legal analysis for ▮▮▮▮▮▮▮ (.40); review/analyze summary judgment briefing re same (.40); drafting/updating summary of analysis and background for P. Hendler re same (.70).

**05/22/20    P D HENDLER                                                     0.50**
Draft court submission and confer with associates regarding same.

**05/22/20    K MCCARTHY                                                      1.90**
Preparation for and participation in call with P. Hendler re: case strategy ▮▮▮▮▮▮ (1.40), including review of related materials (.50).

**05/22/20    A M NICOLAIS                                                    2.50**
Communication in firm with P. Hendler and K. McCarthy ▮▮▮▮▮▮ and review of summary judgment briefing (.80); communication with K. McCarthy re same (.30); edits/revisions to ▮▮▮▮▮▮ (1.40).

**05/25/20    P D HENDLER                                                     0.70**
Draft/revise court submission (.50); communication with K. McCarthy regarding same (.20).

**05/25/20    K MCCARTHY                                                      2.70**
Draft/revise ▮▮▮▮▮▮▮ (2.50) and communicate with J. Normile and P. Hendler re: same (.20).

**05/25/20    J J NORMILE                                                     4.00**
Review and revision of various case management drafts including correspondence from K. McCarthy (2.00); review correspondence from K. McCarthy and relevant background materials (2.00).

**05/26/20    P D HENDLER                                                     0.40**
Preparation for and participation in teleconference with client (including B. Koch) regarding status of matter.

**05/27/20    K MCCARTHY                                                      0.60**
Draft/revise ▮▮▮▮▮▮▮ (.40) and communicate with J. Normile and P. Hendler re: same (.20).

**TOTAL                                                                      51.40**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

June 30, 2020                                                                305158-610013

                                                                Invoice: 33395673

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through May 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 73,687.50 |
| Less 13% Fee Discount | | (9,579.37) |
| | USD | 64,108.13 |

### DISBURSEMENTS & CHARGES

| | |
|---|---|
| Consultants and Agents Fees | 7,512.50 |
| | 7,512.50 |

| **TOTAL** | **USD** | **71,620.63** |
|---|---|---|

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610013/33395673 WITH YOUR PAYMENT

**JONES DAY**

305158-610013                                                      Page 2
                                                              June 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.          Invoice:  33395673

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER | | | |
| P D HENDLER | 9.20 | 1,125.00 | 10,350.00 |
| J J NORMILE | 27.60 | 1,225.00 | 33,810.00 |
| OF COUNSEL | | | |
| K I NIX | 0.30 | 1,125.00 | 337.50 |
| ASSOCIATE | | | |
| K MCCARTHY | 42.00 | 605.00 | 25,410.00 |
| A M NICOLAIS | 2.50 | 550.00 | 1,375.00 |
| PARALEGAL | | | |
| J J DARENSBOURG | 7.40 | 325.00 | 2,405.00 |
| **TOTAL** | **89.00** | **USD** | **73,687.50** |

JONES DAY

305158-610013                                                                                    Page 3
                                                                                          June 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                        Invoice:  33395673

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

*Date of Service*     *Timekeeper Name*                                           *Hours*

05/01/20      J J DARENSBOURG                                                      1.60
Manage claim construction briefs, accompanying documents, Markman transcripts, and Markman Orders
from Amneal III and IV and IPC I matters for review by K McCarthy.

05/01/20      K MCCARTHY                                                              3.20
Draft/revise proposed consolidated case schedule chart and consolidated scheduling order (2.00) and
communicate internally with J. Normile re: same (.20); draft/revise patent analysis (1.00).

05/01/20      J J NORMILE                                                              1.50
Review and revision of correspondence and attached exhibits to IPC (1.00); including teleconference with
R. Kreppel and review of R. Kreppel correspondence regarding same (.50).

05/03/20      J J NORMILE                                                              1.00
Review and revision of correspondence to IPC.

05/04/20      P D HENDLER                                                            0.40
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding
status.

05/04/20      K MCCARTHY                                                              1.00
Preparation for and participation in weekly client teleconference re: litigation status updates.

05/04/20      A M NICOLAIS                                                            0.80
Weekly client meeting (.50); drafting weekly calendar updates (.30).

05/04/20      J J NORMILE                                                              3.50
Preparation for and participation in weekly team status teleconference with P. Strassburger, R. Kreppel, R
Silbert, R. Inz, B. Koch, P. Hendler and K. McCarthy (1.00); continued review and revision of
correspondence and exhibits to IPC (2.00); including various teleconferences and emails with R. Greiss, R.
Kreppel, B. Koch and R. Inz (.50).

05/05/20      K MCCARTHY                                                              0.30
Communicate with J. Darensbourg and K. Horn (Jones Day) and M. Dellinger (MNAT) regarding case
files.

05/06/20      J J DARENSBOURG                                                      4.50
Manage shared database for attorneys of Claim Construction and Discovery documents for IPC II.

05/06/20      K MCCARTHY                                                              1.50
██████████████████████████████████████ (.60) and review related documents (.90).

05/07/20      K MCCARTHY                                                              0.50
███████████████████████████████

05/07/20      J J NORMILE                                                              1.00
Review/analyze correspondence from R. Inz regarding Grunenthal.

05/08/20      K MCCARTHY                                                              1.50
Draft/review weekly litigation status updates (.30) and communicate with A. Nicolais re: same (.20);
draft/revise summary of ongoing OxyContin litigations (.50), review related materials (.30), and
communicate with J. Normile re: same (.20).

05/11/20      P D HENDLER                                                            1.30
Review research regarding ██████████████████ (.50); preparation for and participation in
teleconference with client (including B. Koch) regarding status (.80).

JONES DAY

305158-610013                                                                    Page 4
                                                                          June 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.            Invoice:  33395673

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

05/11/20       K MCCARTHY                                              6.50
Preparation for and participation in weekly teleconference with J. Normile, P. Hendler, and clients P. Strassburger, B. Koch, R. Silbert, R. Inz., and R. Kreppel re: litigation status (1.00); draft/revise analysis of allowed patent applications (1.20), review related materials (2.00) and communicate with P. Hendler re: same (.30); perform legal research re: Rule 4(m) (1.50) and communicate with J. Normile, P. Hendler, and client re: same (.50).

05/11/20       A M NICOLAIS                                            1.00
Drafting updates/revisions to Purdue weekly tracker (.50); weekly Purdue teleconference call (.50).

05/11/20       J J NORMILE                                            0.80
Preparation for and participation in weekly status teleconference with P. Strassburger, R. Kreppel, R. Silbert, R. Inz, B. Koch, P. Hendler and K. McCarthy.

05/12/20       K MCCARTHY                                             1.70
Perform legal and factual research regarding ██████████████████ (1.00), including review of prior case pleadings (.40) and communicate with P. Hendler re: same (.30).

05/13/20       K MCCARTHY                                             1.00
Perform legal and factual research re: Fed. R. Civ. P. 4 (.80) and communicate with P. Hendler re: same (.20).

05/14/20       K MCCARTHY                                             5.50
Draft/revise patent analysis (1.00); perform legal and factual research re: service of process of foreign defendants (3.20), including review of prior service documents (.70), and communicate with J. Normile and P. Hendler re: same (.60).

05/14/20       J J NORMILE                                            1.50
Review various correspondence from K. McCarthy and P. Hendler regarding ██████████████████ ████████████████████.

05/15/20       P D HENDLER                                            1.20
Review research regarding service on foreign entity (.70); confer with J. Normile and K. McCarthy regarding same (.50).

05/15/20       K MCCARTHY                                             3.80
Review/analyze pleadings and transcripts re: rescheduling trial and staying actions (.50); draft/revise patent analysis (1.50); perform legal research re: Rule 4(m) and draft client summary re: same (1.30); attention to correspondence with P. Strassburger, J. Normile, P. Hendler, and R. Smith (MNAT) re: same (.50).

05/18/20       P D HENDLER                                            0.90
Preparation for, participation in teleconference with client (including B. Koch) regarding status of matter (.40); preparation for, participation in teleconferences with client (B. Koch) regarding new patent including confer with K. McCarthy regarding same (.50).

05/18/20       K MCCARTHY                                             2.00
Draft/revise patent analysis (1.00); preparation for and participation in teleconference with P. Strassburger, B. Koch, R. Silbert, R. Inz, R. Kreppel, J. Normile, and P. Hendler re: litigation status updates (1.00).

05/18/20       J J NORMILE                                            0.80
Preparation for and participation in weekly team status teleconference including B. Koch, R. Kreppel, R. Inz, R. Silbert, W. Yang, P. Hendler, A. Nicolais and K. McCarthy.

05/19/20       K MCCARTHY                                             1.00
Draft/revise ██████████████.

05/20/20       P D HENDLER                                            0.80
Review ██████████████.

JONES DAY

305158-610013                                                              Page 5
                                                                    June 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.      Invoice:  33395673


*Date of Service*        *Timekeeper Name*                              *Hours*

05/21/20        P D HENDLER                                              1.00
   Confer with J. Normile and K. McCarthy regarding status report (.50); preparation for and participation in
   teleconference with client (B. Koch and R. Inz) regarding new patent (.50).

05/21/20        K MCCARTHY                                              2.00
   Preparation for and participation in teleconference with J. Normile and P. Hendler re: upcoming joint
   status report (.40), including review of related materials (.40); draft/revise proposal to IPC re: joint status
   report (.60), communicate with P. Strassburger, B. Koch, J. Normile, and P. Hendler re: same (.40), and
   communicate with IPC's counsel re: same (.20).

05/21/20        J J NORMILE                                             1.00
   Preparation for and participation in teleconference with K. McCarthy and P. Hendler regarding preparation
   of joint status report and review of draft correspondence to Y. Tang.

05/22/20        J J DARENSBOURG                                         0.20
   Manage shared database for attorneys of correspondence regarding joint status report preparations.

05/22/20        P D HENDLER                                             0.70
   Draft/revise status report.

05/22/20        K MCCARTHY                                              5.10
   Draft/revise joint status report (2.70): perform legal research in support of same (.40); review related
   materials in support of same (1.60); communicate with P. Hendler re: same (.40).

05/22/20        J J NORMILE                                             2.00
   Prepare joint status report including review of draft section on bankruptcy proceedings (1.00); review of
   correspondence to IPC including various comments from P. Strassburger and R. Inz (1.00).

05/23/20        P D HENDLER                                             0.80
   Draft/revise status report.

05/23/20        K MCCARTHY                                              1.50
   Draft/revise joint status report (1.20) and communicate with J. Normile and P. Hendler re: same (.30).

05/23/20        A M NICOLAIS                                            0.20
   Review/revise draft joint status report.

05/23/20        J J NORMILE                                             1.50
   Review and revision of correspondence to IPC including various correspondence from R. Inz, R. Greiss
   and P. Strassburger.

05/24/20        J J NORMILE                                             2.50
   Prepare correspondence to IPC including review of various emails from B. Koch and R. Inz (1.50);
   attention to preparation of joint status report including various emails from K. McCarthy (1.00).

05/25/20        P D HENDLER                                             0.50
   Attention to draft status report, stipulation and communications with J. Normile and K. McCarthy
   regarding same.

05/25/20        K MCCARTHY                                              1.30
   Draft/revise stipulation and proposed order re: schedule (.90); attention to correspondence with opposing
   counsel, J. Normile, P. Hendler, P. Strassburger, and R. Inz re: same (.40).

05/25/20        J J NORMILE                                             2.00
   Continued review and revision of correspondence to IPC including various emails from P. Strassburger
   (1.00); prepare various stipulations relating to upcoming due dates and addition of ECSA to the case (1.00).

05/26/20        J J DARENSBOURG                                         0.10
   Manage shared database for attorneys of correspondence regarding joint status report preparations.

JONES DAY

305158-610013                                                                                          Page 6
                                                                                                  June 30, 2020

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                              Invoice:  33395673

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

05/26/20        P D HENDLER                                                    0.70
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter (.40); attention to draft stipulation regarding status report (.30).

05/26/20        K MCCARTHY                                                    1.50
Preparation for and participation in teleconference with J. Normile, P. Hendler, P. Strassburger, B. Koch, R. Kreppel, and R. Inz re: litigation status updates (.70), including review of litigation status tracker (.20); attention to correspondence with P. Hendler, local counsel R. Smith, co-counsel M. Luneack, and opposing counsel re: stipulation to extend stay (.60).

05/26/20        A M NICOLAIS                                                    0.50
Weekly team call re Purdue matters (.40); updates to Purdue weekly tracker (.10).

05/26/20        J J NORMILE                                                    5.00
Preparation for and participation in weekly status teleconference with P. Strassburger, B. Koch, R. Silbert, R. Inz, R. Kreppel, P. Hendler and K. McCarthy (1.00); continued review and revision of correspondence to IPC including multiple teleconferences with P. Strassburger, R. Kreppel, R. Inz, B. Koch, P. Mathers and R. Greiss (3.00); attention to drafting and filing various stipulations relating to upcoming due diligence dates and addition of ECSA to the case (1.00).

05/27/20        P D HENDLER                                                    0.50
Attention to stipulations.

05/27/20        K MCCARTHY                                                    0.60
Draft/revise stipulations re: ECSA (.20) and communicate with J. Normile, R. Smith, and P. Strassburger re: same (.40).

05/27/20        K I NIX                                                    0.30
Reviewed stipulations and J. Andrew's order entering same.

05/27/20        J J NORMILE                                                    2.50
Review and revision of draft communication to IPC regarding case status including various teleconferences and emails with K. McCarthy (1.00); attention to preparation and filing of joint stipulation regarding ECSA including various emails from R. Inz, K. McCarthy and R. Smith (1.00); review of Judge Andrews' Order regarding end of stay date and submission of joint status report and related emails with K. McCarthy (.50).

05/28/20        J J DARENSBOURG
Manage shared database for attorneys of correspondence and pleadings regarding stipulations to modify schedule and to add Euro-Celtique S.A. as a plaintiff.

05/28/20        K MCCARTHY                                                    0.50
Attention to case files and communicate with J. Darensbourg and K. Horn re: organization of same (.30); communicate with A. Nicolais re: entries for weekly litigation status updates (.20).

05/28/20        J J NORMILE                                                    1.00
Preparation for and participation in teleconference with K. Orr and D. Moss regarding communication with IPC and review of background materials regarding same.

05/29/20        P D HENDLER                                                    0.40
Attention to IPC financial report.

**TOTAL**                                                                     **89.00**

**JONES DAY**

305158-610013                                                          Page 7
                                                                  June 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.          Invoice: 33395673

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|

**CONSULTANTS FEES**

05/07/20    NYC ACCOUNTING                          NYC        2,337.50
        Experts fees - RICHARD O MANNION for professional services rendered - February 2020 (Invoice
        1065 2/16/20).
05/14/20    NYC ACCOUNTING                          NYC        5,175.00
        Experts fees - RICHARD O MANNION for professional services rendered - April 2020 (Invoice
        1074 4/18/20).

                    **Consultants fees Subtotal**                        **7,512.50**

        **TOTAL**                                      **USD**    **7,512.50**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

June 30, 2020                                                     305158-640002

Invoice: 33395675

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through May 31, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 41,301.50 |
| Less 13% Fee Discount | | (5,369.19) |
| | USD | 35,932.31 |
| **TOTAL** | **USD** | **35,932.31** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33395675 WITH YOUR PAYMENT

**JONES DAY**

305158-640002

Strategic Corporate Advice

Page 2

June 30, 2020

Invoice:  33395675

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 22.00 | 1,225.00 | 26,950.00 |
| OF COUNSEL | | | |
| O BENNING | 4.00 | 800.00 | 3,200.00 |
| ASSOCIATE | | | |
| K MCCARTHY | 11.30 | 605.00 | 6,836.50 |
| A M NICOLAIS | 3.80 | 550.00 | 2,090.00 |
| LEGAL SUPPORT | | | |
| K HORN | 4.00 | 400.00 | 1,600.00 |
| STAFF | | | |
| J A HARBAY SPAULDING | 2.50 | 250.00 | 625.00 |
| **TOTAL** | **47.60** | **USD** | **41,301.50** |

JONES DAY

305158-640002                                                                 Page 3
                                                                      June 30, 2020
Strategic Corporate Advice                                      Invoice:  33395675

SERVICES DETAIL SCHEDULE

*Date of Service*      *Timekeeper Name*                              *Hours*

05/02/20        K MCCARTHY                                            2.00
Perform legal and factual research regarding naloxone intranasal sprays (1.70) and communicate with J.
Normile re: same (.30).

05/02/20        J J NORMILE                                           1.50
Review correspondence from P. Strassburger regarding Narcon sales and marketing data including various
emails with K. McCarthy regarding same.

05/04/20        J A HARBAY SPAULDING                                  2.50
Research on NARCAN pricing for J. Normile.

05/04/20        K MCCARTHY                                            1.50
Perform legal and factual research regarding naloxone intranasal sprays (1.00) and communicate with J.
Normile re: same (.20); attention to correspondence with researchers re: same (.30).

05/04/20        J J NORMILE                                           1.00
Review correspondence from P. Strassburger regarding Narcon sales and marketing data including various
emails with K. McCarthy regarding same.

05/05/20        K HORN                                                1.00
Draft response to audit letter.

05/05/20        K MCCARTHY                                            1.50
Perform legal and factual research regarding naloxone intranasal sprays (1.30) and communicate with J.
Normile re: same (.20).

05/05/20        J J NORMILE                                           3.00
Continued review and revision of materials relating to Naloxone Spray sales and marketing information
(1.50); review correspondence from P. Strassburger regarding upcoming UCC teleconference and related
review of background materials (1.50).

05/06/20        K MCCARTHY                                            1.50
Draft/revise summary of ongoing and dismissed OxyContin litigations.

05/06/20        J J NORMILE                                           2.00
Review various due diligence questions and related background materials to be addressed at upcoming
unsecured creditors committee teleconference (1.00); attention to preparation of annual audit letter (1.00).

05/07/20        K HORN                                                1.50
Attention to preparation of Auditor's letter.

05/07/20        K MCCARTHY                                            2.00
Draft/revise summary of ongoing and dismissed OxyContin litigations (1.10), review related materials (.60),
and communicate with J. Normile and K. Horn re: same (.30).

05/07/20        J J NORMILE                                           4.00
Preparation for and participation in teleconference with B. Koch regarding preparation for upcoming
budgets for various litigation matters (1.00); preparation for and participation in various teleconferences
with P. Strassburger, R. Kreppel and E. Ruiz regarding upcoming teleconference with UCC committee
including review of due diligence questionnaire and responsive slides (2.00); attention to preparation of
annual audit letter including various emails with A. Kordas (1.00).

05/08/20        O BENNING                                             4.00
Drafting note on audit letter and underlying questionnaire (1.20); legal analysis of Notice of Breach dated
September 3, 2019, summary of claims asserted in Notice of Breach and other German-law issues (2.40); e-
mail correspondence with Kristina Horn, Kevin McCarthy re. audit letter (.40).

05/08/20        K HORN                                                1.50
Draft/revise audit letter.

JONES DAY

305158-640002                                                                                                   Page 4
                                                                                                          June 30, 2020
Strategic Corporate Advice                                                                   Invoice:  33395675


| Date of Service | Timekeeper Name | Hours |
|---|---|---|

05/08/20        K MCCARTHY                                                                              0.50
Draft/revise UCC presentation (.30) and related patent summary (.20).

05/08/20        A M NICOLAIS                                                                            3.00
Communication in firm with K. McCarthy regarding updates needed to Purdue tracker and patent
litigation/assignment history (.20); reviewing dockets/assignments and drafting updates regarding same
(2.80).

05/08/20        J J NORMILE                                                                             4.00
Preparation for upcoming UCC teleconference including various teleconferences with P. Strassburger, R.
Kreppel, J. Lowne, E. Ruiz and review and revision of various slide presentations regarding same (2.00);
various teleconferences and emails with K. McCarthy regarding same (.50); attention to finalizing Purdue
audit letter including various communications with A. Kordas, K. McCarthy and K. Horn (1.50).

05/10/20        K MCCARTHY                                                                              1.00
Draft/revise IP presentation to unsecured creditors committee (.30), review related documents (.60), and
communicate with J. Normile re: same (.10).

05/10/20        J J NORMILE                                                                             1.50
Preparation for upcoming UCC teleconference including review of background materials and slides for
same.

05/11/20        K MCCARTHY                                                                              1.00
Draft/revise summary of patents-in-suit in ongoing litigations ██████████████ (.80) and
communicate with J. Normile re: same (.20).

05/11/20        J J NORMILE                                                                             3.00
Preparation for and participation in UCC teleconference including various teleconferences with P.
Strassburger, R. Kreppel and K. McCarthy.

05/12/20        K MCCARTHY                                                                              0.30
Perform legal research re: naloxone intranasal spray.

05/12/20        J J NORMILE                                                                             2.00
Preparation for and participation in teleconference with P. Strassburger, B. Koch and Davis Polk relating to
various procedural issues in pending litigations (1.50); review of correspondence from P. Strassburger
relating to status of Teva Narcon proceedings and research regarding same (.50).

05/18/20        A M NICOLAIS                                                                            0.80
Edits/revisions to weekly tracker (.30); weekly team status update call (.50).

**TOTAL**                                                                                              **47.60**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

June 30, 2020                                                     305158-999007

Invoice: 33395680

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through May 31, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 54,557.50 |
| Less 13% Fee Discount | | (7,092.47) |
| | USD | 47,465.03 |

## DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Court Costs | 140.00 | |
| | | 140.00 |
| **TOTAL** | **USD** | **47,605.03** |
| CREDIT re: Billable Rate Discrepancies | USD | (1,226.70) |
| **AMOUNT DUE THIS INVOICE** | **USD** | **46,378.33** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-999007/33395680 WITH YOUR PAYMENT

**JONES DAY**

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 2.00 | 1,225.00 | 2,450.00 |
| ASSOCIATE |  |  |  |
| A KORDAS | 8.20 | 750.00 | 6,150.00 |
| F SIDDIQUI | 8.90 | 550.00 | 4,895.00 |
| STAFF ATTY |  |  |  |
| L C FISCHER | 78.00 | 525.00 | 40,950.00 |
| PARALEGAL |  |  |  |
| M M MELVIN | 0.30 | 375.00 | 112.50 |
| **TOTAL** | **97.40** | **USD** | **54,557.50** |

JONES DAY

305158-999007                                                                                          Page 3
                                                                                                 June 30, 2020
Retention Matters                                                                      Invoice:  33395680

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

05/01/20      A KORDAS                                                                          1.30
Draft/revise monthly fee statement and worksheet (1.00); correspond with J. Normile and F. Siddiqui
regarding same (.30).

05/01/20      F SIDDIQUI                                                                         3.40
Draft fifth monthly fee statement (2.50) and redact relevant invoices (.90).

05/02/20      L C FISCHER                                                                        2.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

05/03/20      L C FISCHER                                                                        5.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

05/04/20      L C FISCHER                                                                        5.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

05/04/20      A KORDAS                                                                           1.00
Draft/revise monthly fee statement (.50); confer with J. Normile and F. Siddiqui regarding matter (.50).

05/04/20      J J NORMILE                                                                        1.00
Review and revise March bills (.80); teleconference with A. Kordas (.20).

05/05/20      L C FISCHER                                                                        6.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

05/05/20      F SIDDIQUI                                                                         0.60
Review communications re revisions to March 2020 invoice (.20); redact revised invoice for March 2020
(.40).

05/05/20      F SIDDIQUI                                                                         1.60
Update excel worksheet for Purdue Pharma fee statement based on write-offs (.80); amend fee application
(.80).

05/06/20      L C FISCHER                                                                        1.50
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

05/06/20      J J NORMILE                                                                        1.00
Review and revision of correspondence relating to 2020 litigation budgets from P. Strassburger, R. Kreppel
and B. Koch.

05/06/20      F SIDDIQUI                                                                         2.00
Review and edit Purdue Pharma monthly fee statement per write-offs and revisions to March invoice.

05/07/20      L C FISCHER                                                                        1.50
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
preparing the Firm's first supplemental disclosure as special litigation counsel to the Debtors.

05/07/20      A KORDAS                                                                           1.30
Draft/revise monthly fee statement and coordinate filing and service of same (1.00); draft/revise insert for
audit letter (.30).

05/07/20      F SIDDIQUI                                                                         0.80
Finalize and file fifth monthly fee statement.

JONES DAY

305158-999007                                                                    Page 4
                                                                              June 30, 2020
Retention Matters                                                        Invoice:  33395680

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

05/08/20        M M MELVIN                                              0.30
Serve Jones Day's fifth monthly fee statement by e-mail (.10); coordinate first class mail service to Judge Drain (.20).

05/08/20        F SIDDIQUI                                              0.50
Circulate as-filed fee statement (.30); review communications re service re same (.20)

05/11/20        L C FISCHER                                             6.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the Debtors. (5.00); review and revise list of new parties to be included in the supplemental conflicts review (1.00).

05/13/20        L C FISCHER                                             4.00
Review and analyze updated conflict inquiry reports for all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel for the debtors.

05/14/20        L C FISCHER                                             5.50
Review and analyze updated conflict inquiry reports for all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel for the debtors.

05/15/20        L C FISCHER                                             5.50
Review and analyze updated conflict inquiry reports for all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel for the debtors.

05/15/20        A KORDAS                                                0.40
Review/analyze claims register regarding claim; correspond with J. Normile regarding same.

05/16/20        L C FISCHER                                             5.00
Review and analyze updated conflict inquiry reports in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

05/18/20        L C FISCHER                                             5.20
Draft and revise list of interested parties regarding new parties in interest to be included in conflicts review for the Firm's first supplemental disclosure as special litigation counsel to the debtors.

05/19/20        L C FISCHER                                             2.00
Review and analyze conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure.

05/19/20        L C FISCHER                                             2.00
Draft and revise list of all interested parties to be included in conflicts review for the Firm's first supplemental disclosure as special litigation counsel to the debtors.

05/20/20        L C FISCHER                                             2.00
Review and analyze conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure.

05/20/20        A KORDAS                                                2.00
Revise invoices for compliance with UST guidelines.

05/21/20        L C FISCHER                                             3.00
Draft and revise list of new interested parties to be included in the Firm's first supplemental disclosure review (2.00); review and analyze redlined versions regarding new parties, deleted parties and edited party names for same (1.00).

05/21/20        L C FISCHER                                             2.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

05/21/20        A KORDAS                                                2.20
Draft/revise monthly fee statement (1.00); review/revise invoices in connection with same (1.20).

JONES DAY

305158-999007                                                                              Page 5
                                                                                    June 30, 2020
Retention Matters                                                          Invoice:  33395680

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

05/22/20        L C FISCHER                                                    2.80
        Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
        preparing the Firm's first supplemental disclosure as special litigation counsel to the Debtors.

05/25/20        L C FISCHER                                                    2.00
        Draft and revise list of new interested parties to be included in the conflicts reviewed for the Firm's first
        supplemental disclosure as special litigation counsel to the debtors (1.80); email communication with A.
        Kordas regarding same (.20).

05/26/20        L C FISCHER                                                    5.00
        Review and analyze updated conflict inquiry reports in conjunction with preparing the Firm's first
        supplemental disclosure as special litigation counsel to the debtors.

05/27/20        L C FISCHER                                                    5.00
        Review and analyze updated conflict reports covering all interested parties in conjunction with preparing
        the Firm's first supplemental disclosure as special litigation counsel to the debtors.

**TOTAL**                                                                      **97.40**

**JONES DAY**

305158-999007                                                                                    Page 6
                                                                                            June 30, 2020
Retention Matters                                                                   Invoice:  33395680

### DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|---|---|---|---|---|
| **COURT COSTS** | | | | |
| 05/28/20 | A KORDAS | NYC | 70.00 | |
| | Court costs - COURTSOLUTIONS - court appearance fee for Anna Kordas 22-Apr-2020. | | | |
| 05/28/20 | J J NORMILE | NYC | 70.00 | |
| | Court costs - COURTSOLUTIONS court appearance fee for John Normile 22-Apr-2020 | | | |
| | **Court costs Subtotal** | | | **140.00** |
| | **TOTAL** | | **USD** | **140.00** |