**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### SUPPLEMENTAL DECLARATION OF ARIK PREIS IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PURDUE PHARMA L.P., *ET AL.* TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS COUNSEL, *NUNC PRO TUNC* TO SEPTEMBER 26, 2019

Pursuant to 28 U.S.C. § 1746 and Rule 2014(a) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), I, Arik Preis, hereby declare as follows:

1.       I am an attorney admitted to practice in the State of New York and the United States

District Court for the Southern District of New York.  I am a partner at the firm of Akin Gump

Strauss Hauer & Feld LLP ("Akin Gump").  Akin Gump maintains offices at, among other places,

One Bryant Park, New York, New York 10036.  There are no disciplinary proceedings pending

against me.

2.       I am familiar with the matters set forth herein and make this supplemental

declaration (the "Supplemental Declaration") in connection with the *Application of the Official*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Committee of Unsecured Creditors* (the "Committee") *of Purdue Pharma L.P.,* et al. *to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel,* Nunc Pro Tunc *to September 29, 2019* [ECF No. 421] (the "Application")[2] filed on November 5, 2019 and the initial declaration in support of the Application (the "Initial Declaration").[3]  As set forth in the Application, Akin Gump committed to file a supplemental declaration pursuant to Bankruptcy Rule 2014 to the extent it discovered new information regarding its representation of potential parties in interest that required the Application to be updated.  *See* Initial Declaration ¶ 20.  Accordingly, I submit this Supplemental Declaration in further support of the Application.

3.        On September 26, 2019, pursuant to section 1102 of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for Region 2 (the "U.S. Trustee") appointed nine members to sit on the Committee.  *See Appointment of Official Committee of Unsecured Creditors* [ECF No. 131].  As originally constituted, the Committee comprised the following members: (i) The Blue Cross and Blue Shield Association; (ii) CVS Caremark Part D Services L.L.C. and CaremarkPCS Health, L.L.C.; (iii) Ryan Hampton; (iv) Cheryl Juaire; (v) LTS Lohmann Therapy Systems, Corp.; (vi) Pension Benefit Guaranty Corporation; (vii) Walter Lee Salmons; (viii) Kara Trainor; and (ix) West Boca Medical Center.  *Id.*  Following careful consideration and consistent with the Committee's fiduciary obligations to all unsecured creditors, the Committee determined to add three *ex officio* members: (x) Cameron County, Texas, on behalf of approximately 1,222 entities, including 1,172 cities, counties and other governmental entities, seven Native American tribal nations, six hospitals, two districts, 34 medical groups, two funds,

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

[3] On November 21, 2019, the Court entered the *Order Authorizing the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al*., To Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Nunc Pro Tunc to September 26, 2019* [ECF No. 1190].

and one veterans' class across 36 states, representing the interests of approximately 60,000,000 individuals; (y) the Cheyenne and Arapaho tribes, on behalf of certain Native American Tribes and Native American affiliated creditors; and (z) Thornton Township High School District 205 on behalf of certain public school districts. *See Second Amended Verified Statement of the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al. *Pursuant to Bankruptcy Rule 2019 to Disclose Addition of Third* Ex Officio Member [ECF No. 1294].

4.      In preparing the Application at the beginning of the Chapter 11 Cases, Akin Gump compiled a list of (i) parties in interest identified by the Debtors in connection with their own professional retention applications and (ii) additional parties identified by Akin Gump (the "Initial Potential Parties in Interest List").[4]  In the Initial Declaration, I disclosed that Akin Gump compared each of the parties on the Initial Potential Parties in Interest List to a computerized client and conflict database maintained by Akin Gump (the "Conflict Database").  The Conflict Database is designed to include each matter on which the firm is now or has been engaged, and includes information regarding the entity engaging Akin Gump, the attorneys in the firm that are most knowledgeable about the matter and the identity of certain related and adverse parties.  Pursuant to Akin Gump's firm policy, no new matter is accepted or opened without the responsible partner completing and submitting to those charged with maintaining the Conflict Database information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter and related and adverse parties.  Accordingly, Akin Gump maintains and updates the Conflict Database in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.

5.      Since the Petition Date, the Debtors have identified additional potential parties in

---

[4] The Initial Potential Parties in Interest List is included as Schedule 1 to the Initial Declaration.

interest that were not included in their initial disclosures.  Akin Gump is committed to conducting

an ongoing review of its records in order to ensure that no disqualifying circumstances arise during

the Chapter 11 Cases.  As such, Akin Gump has conducted a review of such parties (collectively

the "Searched Parties") by searching all clients in the Conflict Database against a list of the

Searched Parties, which is attached as **Schedule 1** hereto (the "Additional Potential Parties in

Interest List").  The results of such search are set forth in this Supplemental Declaration.

### Representation of Parties in Interest

6.    Set forth in **Schedule 2** annexed hereto is a list of the Searched Parties from

Schedule 1 that Akin Gump either (i) currently represents (the "Current Clients") in matters wholly

unrelated to the Chapter 11 Cases or (ii) has represented in the past in matters wholly unrelated to

the Chapter 11 Cases.  In connection with the services to be rendered to the Committee, Akin

Gump will not commence a cause of action against any Current Client with respect to the Chapter

11 Cases unless Akin Gump has received a waiver from the Current Client allowing Akin Gump

to commence such an action.

7.    To the extent any causes of action are commenced by or against any Current Client,

and a waiver letter is not obtained permitting Akin Gump to participate in such action, Cole Schotz

P.C. ("Cole Schotz"), the Committee's efficiency counsel,[5] or other conflicts counsel will

represent the interests of the Debtors' unsecured creditors in connection with the Chapter 11 Cases.

8.    Set forth in **Schedule 3** annexed hereto is a list of the Searched Parties from

Schedule 1 that are currently or have in the past been adverse to clients of Akin Gump in matters

---

[5] The Committee selected Akin Gump to serve as its primary counsel and Bayard, P.A. ("Bayard") to serve as its
efficiency counsel.  The lead partner at Bayard that was principally responsible for this matter joined Cole Schotz as
a Member on February 24, 2020.  Accordingly, the Committee decided to engage Cole Schotz.  Cole Schotz has
substituted for Bayard as efficiency counsel.  *See* Notice of Change of Firm and Substitution of Counsel [ECF No.
900].

wholly unrelated to these Chapter 11 Cases.  Set forth in **Schedule 4** annexed hereto is a list of Searched Parties from Schedule 1 that currently are serving or have in the past served on other informal and/or official creditors' committees represented by Akin Gump.

9.    Akin Gump's revenues for services rendered on behalf of the Searched Parties from Schedule 1 aggregate, with respect to each such party, less than 1% of Akin Gump's annual revenue for each of the following calendar years: 2016, 2017, 2018 and 2019.

### Other Information

10.    On June 30, 2020, Katherine Goldstein joined Akin Gump as a partner in the White Collar and Regulatory Group in the New York office.  Prior to joining Akin Gump, Ms. Goldstein had been a partner at Milbank LLP ("Milbank") since 2017.  Milbank represents Dr. Richard Sackler, Jonathan Sackler and David Sackler (the "Initial Sackler Clients") and certain other Sackler family members, entities and affiliates (together with the Initial Sackler Clients, "Sackler Family Side B and Affiliates") in the Chapter 11 Cases.  Ms. Goldstein and Milbank have represented to Akin Gump that while at Milbank, Ms. Goldstein performed a limited amount of work for the Initial Sackler Clients from July 2018 through September 2018 (the "Sackler Matter").  Ultimately, according to representations made by Ms. Goldstein and Milbank, the Initial Sackler Clients retained an additional law firm in connection with the Sackler Matter, and Ms. Goldstein's involvement in such matter terminated in September 2018.  Finally, Ms. Goldstein and Milbank have represented that Ms. Goldstein's work in connection with the Sackler Matter pre-dated the Debtors' bankruptcy filing by one year, was limited in duration and scope and only involved work for the Initial Sackler Clients in their individual capacities.

11.    Confidential client information of the Initial Sackler Clients, which, according to representations made by Ms. Goldstein and Milbank, was disclosed to Ms. Goldstein while at

5

Milbank in connection with the Sackler Matter, will not be available to Akin Gump attorneys and staff representing the Committee in the Chapter 11 Cases (collectively, the "Purdue Pharma Team"). Accordingly, and to ensure that no improper transmission of confidences has occurred or will occur, Akin Gump has established an ethical wall between the Purdue Pharma Team and Ms. Goldstein. Pursuant to the terms of the ethical wall, which have been circulated by a firmwide email communication, Ms. Goldstein will have absolutely no involvement in the Chapter 11 Cases. Specifically, Ms. Goldstein will not be present, physically or through technology, at any meeting, conference, discussion or proceeding in connection with the Chapter 11 Cases. The Purdue Pharma Team working on the Chapter 11 Cases will not have any discussions, communications or other contact with Ms. Goldstein concerning the Chapter 11 Cases or the Sackler Matter, and Ms. Goldstein will not communicate in any manner with any Akin Gump attorney or staff member regarding the Chapter 11 Cases or about the Sackler Matter. Attorneys on the Purdue Pharma Team are responsible for the supervision necessary to ensure that the undertakings of staff are guided by and in line with the ethical wall and the underlying principles of the applicable Rules of Professional Conduct. Ms. Goldstein will not access, and will be restricted from accessing, files regarding the Chapter 11 Cases (whether such files are stored on a shared server, restricted server, or other digital or hard copy form). Finally, Ms. Goldstein will not retain any client files of the Sackler Family Side B and Affiliates and will not transfer to Akin Gump any client files of the Sackler Family Side B and Affiliates.

12.    Moreover, and out of an abundance of caution, Akin Gump sought and obtained a conflict waiver from the Initial Sackler Clients (the "Sackler Conflict Waiver") prior to hiring Ms. Goldstein.[6] Pursuant to the Sackler Conflict Waiver, the Initial Sackler Clients agreed: (i) to

---

[6] Based on the information available to Akin Gump, Ms. Goldstein's work might have been considered prospective client discussions under Rule 1.18 of the New York Rules of Professional Conduct, which would not have required a

waive any conflict of interest that may be imputed to Akin Gump as a result of (x) Ms. Goldstein's involvement in connection with the Sackler Matter or (y) Akin Gump's representation of the Committee in the Chapter 11 Cases or any related matter; (ii) not to seek to disqualify Akin Gump from representing the Committee in the Chapter 11 Cases or any related matter as a result of Ms. Goldstein's involvement in connection with the Sackler Matter; and (iii) that Akin Gump may share general information relating to Ms. Goldstein's involvement in connection with the Sackler Matter with (x) the Committee, for the purpose of notifying and seeking the Committee's consent with regard to Ms. Goldstein's lateral move and (y) the Bankruptcy Court, in connection with Akin Gump's disclosure obligations related to its retention in this matter.

13. While Akin Gump believes that the implementation of an ethical wall and the Sackler Conflict Waiver discharge its ethical duties, Akin Gump also notified the Committee of Ms. Goldstein's proposed lateral move and her involvement in the Sackler Matter via email correspondence and discussed the foregoing with the Committee during telephonic Committee meetings held on June 25, 2020 and on June 29, 2020. Akin Gump informed the Committee of the measures it was undertaking to prevent any potential conflict of interest and requested that the Committee discuss with Akin Gump any concerns it had. Thereafter, the Committee Co-Chair signed a letter agreeing on behalf of the Committee that any conflict of interest that might have been imputed to Akin Gump upon Ms. Goldstein's lateral move, absent a conflict waiver from the Initial Sacker Clients, had been addressed satisfactorily.

---

waiver from any other party, but only an ethical screen and fee apportionment restrictions. Out of an abundance of caution, however, Akin Gump considered Ms. Goldstein's work on the Sackler Matter to be a brief former client matter under Rule 1.9 of the New York Rules of Professional Conduct. It was substantially related to the Chapter 11 Cases, and the Initial Sackler Clients are adverse to the Committee in the Chapter 11 Cases. Rule 1.9, requires informed consent from the former client only, which Akin Gump obtained. Such consent also satisfied the consent requirement set forth in Rule 1.10 of the New York Rules of Professional Conduct in connection with a former client matter preventing Ms. Goldstein's conflict on the Sackler Matter from being imputed to attorneys at Akin Gump upon her joinder.

**General Disclosures**

14.     Akin Gump may have represented in the past and/or may currently represent or in the future may represent entities (other than parties in the attached schedules) not currently known to Akin Gump in matters wholly unrelated to the Chapter 11 Cases, that may be parties in interest in these cases.  To the extent Akin Gump becomes aware of any such information or needs to update the information disclosed herein, Akin Gump will disclose such information by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

15.     It is possible that a professionally managed retirement plan on behalf of Akin Gump employees or members of a 401(k) type plan may hold equity interests in or other securities of the Debtors, but it is unknown to me at this time.

16.     None of Akin Gump's representations of creditors or other parties in interest that are involved in these Chapter 11 Cases comprises a material component of Akin Gump's practice, nor doe Akin Gump currently represent such parties on any issue relating to these Chapter 11 Cases.

17.     For the reasons stated herein, Akin Gump represents no interests adverse to the Debtors' individual unsecured creditors or the Committee and, therefore, is capable of fulfilling its duties to the Committee.

18.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief on this 3rd day of July 2020.

/s/ *Arik Preis*
Name: Arik Preis

## Schedule 1

### Schedule of Searched Parties[1]

#### Vendors

65 WEST 36 LLC
A Z CORPORATION
ALACRITA CONSULTING INC
ALCALIBER S.A.U.
ANTARES PHARMA INC
ASSOCIATION FOR ACCESSIBLE
  MEDICINE
BEHAVIORAL HEALTH LEADERSHIP
BENEFITFOCUS.COM INC
BLUTEST LABORATORIES LTD
BURNS GROUP
CAMBREX PROFARMACO MILANO
  SRL
CLARIANT CORPORATION
CMS COMMUNICATIONS INC
DDP SPECIALTY ELECTRONIC
  MATERIALS
DUBEL & ASSOCIATES LLC
EVONIK CORPORATION
FREWITT USA INC
HARMONY FOODS CORPORATION
HTS ENGINEERING INC
HUMCO HOLDING GROUP
ICONTRACTS INC
ILC DOVER INC
INDEX ENCAPSULATION EQUIPT LLC

INMAR RX SOLUTIONS INC
INSTEDD
LORENZ INTERNATIONAL LLC
MCGUIRE WOODS LLP
MEDIASSOCIATES INC
NOVATEUR VENTURES INC
NOVUM PRS OF DELAWARE INC
NYS COMMISSIONER OF TAXATION &
  FIN
PAUL HASTINGS LLP
PHILLIPS ADR ENTERPRISES PC
PRA INC
RF RLA INC
SCHAWK ASIA PACIFIC PTE LTD
SEMMES BOWEN & SEMMES
SLAYBACK PHARMA LLC
SOVEREIGN PHARMACEUTICALS LLC
STAFFORD COMMUNICATIONS
  GROUP INC
STATE OF DELAWARE DIVISION OF
STRATEGIC RESEARCH INSIGHTS INC
THE AMERICAN ASSN OF POISON
THE LAW OFFICES OF KENNETH
THE MEDICAL AFFAIRS CO LLC
TREK MEDICS INTERNATIONAL
WILLIS TOWERS WATSON US LLC

#### Ad Hoc Creditor Committee Professionals

HOULIHAN LOKEY
PILLSBURY WINTHROP SHAW PITTMAN LLP
AGENTIS PLLC
BARRON & BUDD
COUNSEL'S OFFICE
KELLER ROHRBACK
OTTERBOURG P.C.

**Ad Hoc Group of NAS Babies**

KHR LAW OFFICES (KENT HARRISON
  ROBINS LAW OFFICES)

LEVENFELD PEARLSTEIN
MB FIRM

**Hospital Plaintiffs' Group**

CUNEO LAW
SCHULTE ROTH & ZABEL

SHERRARD ROE VOIGHT &
  HARBISON

**Multi-State Group Entity (MSGE)**

CAPLIN & DRYSDALE

**Professionals for Individual Victims Group**

ANDREWS THORNTON
ASK LLP
DUNDON ADVISERS LLC

GENTLE TURNER AND SEXTON
PROTIVI

**State Attorneys General**

ALABAMA AG'S OFFICE
ALASKA AG'S OFFICE
ARKANSAS AG'S OFFICE
GEORGIA AG'S OFFICE
INDIANA AG'S OFFICE
KANSAS AG'S OFFICE
KENTUCKY AG'S OFFICE

LOUISIANA AG'S OFFICE
MICHIGAN AG'S OFFICE
MISSISSIPPI AG'S OFFICE
MONTANA AG'S OFFICE
NEBRASKA AG'S OFFICE
NEW HAMPSHIRE AG'S OFFICE
WISCONSIN AG'S OFFICE

**Licenses/Product Development**

ALIVIO
ANABIOS
CELLACT
COGNITION
EISAI
ESTEVE
EXICURE, INC.

GL PHARMA
JAGOTEC/VECTURA
MARINUS PHARMACEUTICALS
OCULAR
TETRAGENETICS
UNIVERSITY OF NEBRASKA
VM PHARMA

**Claim Transferees**

CRG Financial LLC

## Notice of Appearance Parties, as of June 23, 2020

Al Marino, Inc.
David M. Klauder
DuPont de Nemours, Inc.
Eric Hestrup
Jung U. Kim
Ronald George Dandar

State of Missouri Attorney General Eric S.
  Schmitt
Tuscon Medical Center
United Healthcare Services, Inc.
Washington State Department of Revenue
William Stock
William Taylor

## Parties Listed on Filed 2019 Statements, as of June 23, 2020

Abbeville County, South Carolina
Accomack County, Virginia
Adair County, Missouri
Adams County, Pennsylvania
Adona, Arkansas
Aiken County, South Carolina
Al Marino, Inc.
Alicia, Arkansas
Alleghany County, Virginia
Allendale County, South Carolina
Almyra, Arkansas
Alpena, Arkansas
Altheimer, Arkansas
Amagon, Arkansas
Amherst County, Virginia
Anaconda-Deer Lodge County, Montana
Anderson County, South Carolina
Anderson County, Tennessee
Angelina County, Texas
Anthonyville, Arkansas
Apache County, Arizona
Arkadelphia, Arkansas
Arkansas City, Arkansas
Arkansas County, Arkansas
Arlington County, Virginia
Armstrong County, Pennsylvania
Asbestos Workers Local No. 32 Welfare
  Fund
Ash Flat, Arkansas
Ashdown, Arkansas
Atkins, Arkansas
Atoka County, Oklahoma
Augusta, Arkansas
Austin, Arkansas

Avoca, Arkansas
Bailey County, Texas
Bald Knob, Arkansas
Bamberg County, South Carolina
Banks, Arkansas
Barbara Van Rooyen
Barling, Arkansas
Barnes County, North Dakota
Barnwell County, South Carolina
Barton County, Missouri
Batesville, Arkansas
Bauxite, Arkansas
Baxter County, Arkansas
Bay, Arkansas
BCTGM Local 53 Health Benefits Fund
Bearden, Arkansas
Beaufort County, South Carolina
Beaver County, Pennsylvania
Beaver, Arkansas
Beckham County, Oklahoma
Bedford County, Tennessee
Bee County, Texas
Beebe, Arkansas
Beedeville, Arkansas
Bella Vista, Arkansas
Belleville, Arkansas
Ben Lomond, Arkansas
Bensalem Township, Pennsylvania
Benson County, North Dakota
Benton County, Arkansas
Berryville, Arkansas
Bethel Heights, Arkansas
Bexar County Hospital District, Texas
Bexar County, Texas

Big Flat, Arkansas
Biggers, Arkansas
Birdsong, Arkansas
Biscoe, Arkansas
Black Oak, Arkansas
Black Rock, Arkansas
Blanco County, Texas
Bledsoe County, Tennessee
Blue Eye, Arkansas
Bluff City, Arkansas
Blytheville, Arkansas
Bonanza, Arkansas
Booneville, Arkansas
Botetourt County, Virginia
Bowie County, Texas
Bradford County, Pennsylvania
Bradford, Arkansas
Bradley County, Tennessee
Bradley, Arkansas
Branch, Arkansas
Brazos County, Texas
Brinkley, Arkansas
Brookland, Arkansas
Bryant, Arkansas
Buckner, Arkansas
Bucks County, Pennsylvania
Bull Shoals, Arkansas
Burdette, Arkansas
Burleigh County, North Dakota
Burleson County Hospital District, Texas
Burleson County, Texas
Burnet County, Texas
Butler County, Missouri
Cabot, Arkansas
Caddo County, Oklahoma
Caddo Valley, Arkansas
Cale, Arkansas
Calhoun County, South Carolina
Calico Rock, Arkansas
Calion, Arkansas
Calvert County, Maryland
Cambria County, Pennsylvania
Camden County, Missouri
Camden, Arkansas
Cameron County, Texas

Cameron Parish Hospital and Psychiatric
  Facility, Louisiana
Cammack Village, Arkansas
Camp County, Texas
Campbell County, Tennessee
Cannon County, Tennessee
Cape Girardeau County, Missouri
Caraway, Arkansas
Carbon County, Pennsylvania
Carlisle, Arkansas
Carroll County, Arkansas
Carroll County, Maryland
Carter County, Tennessee
Casa, Arkansas
Cascade County, Montana
Cass County, Texas
Cave City, Arkansas
Cave Springs, Arkansas
Cedar County, Missouri
Cedarville, Arkansas
Centerton, Arkansas
Central City, Arkansas
Chambers County, Texas
Charles County, Maryland
Charlotte County, Virginia
Cherokee County, South Carolina
Cherokee County, Texas
Cherokee Village, Arkansas
Cherry Valley, Arkansas
Chester, Arkansas
Chesterfield County, South Carolina
Chicot County, Arkansas
Chidester, Arkansas
Choctaw County, Oklahoma
Christian County, Mississippi
Churchill County, Nevada
Cimarron County, Oklahoma
City of Aberdeen, Maryland
City of Ada, Oklahoma
City of Albuquerque, New Mexico
City of Alexandria, Louisiana
City of Alexandria, Virginia
City of Algood, Tennessee
City of Allardt, Tennessee
City of Anadarko
City of Ansonia, Connecticut

City of Ardmore, Tennessee
City of Athens, Tennessee
City of Atoka, Oklahoma
City of Baneberry, Tennessee
City of Bastrop, Louisiana
City of Bean Station, Tennessee
City of Benham, Kentucky
City of Benton, Tennessee
City of Bethany, Oklahoma
City of Bismarck, North Dakota
City of Bluff, Tennessee
City of Bristol, Tennessee
City of Bristol, Virginia
City of Broken Arrow, Oklahoma
City of Buckhorn, Kentucky
City of Buena Vista, Virginia
City of Bullhead City, Arizona
City of Cambridge, Maryland
City of Cambridge, Massachusetts
City of Carson City, Nevada
City of Celine, Tennessee
City of Charleston, Tennessee
City of Charlestown, Maryland
City of Chesapeake, Virginia
City of Chicopee, Massachusetts
City of Church Hill, Tennessee
City of Clarksdale, Mississippi
City of Cleveland, Tennessee
City of Clifton, Tennessee
City of Clinton, Tennessee
City of Coalmont, Tennessee
City of Collinwood, Tennessee
City of Columbia, Tennessee
City of Cookeville, Tennessee
City of Copperhill, Tennessee
City of Covington, Virginia
City of Cowan, Tennessee
City of Crab Orchard, Tennessee
City of Crossville, Tennessee
City of Danbury, Connecticut
City of Dayton, Tennessee
City of Decherd, Tennessee
City of Derby, Connecticut
City of Devils Lake, North Dakota
City of Dover, Delaware
City of Ducktown, Tennessee

City of Dunlap, Tennessee
City of Eagleville, Tennessee
City of Edmond, Oklahoma
City of Elizabethton, Tennessee
City of Elkton, Tennessee
City of Emporia, Virginia
City of Enid, Oklahoma
City of Etowah, Tennessee
City of Eunice, Louisiana
City of Fairfax, Virginia
City of Fayetteville, Tennessee
City of Fernley, Nevada
City of Framingham, Massachusetts
City of Fredericksburg, Virginia
City of Galax, Virginia
City of Gatlinburg, Tennessee
City of Glendale, Arizona
City of Gloucester, Massachusetts
City of Great Falls, Montana
City of Greenback, Tennessee
City of Grenada, Mississippi
City of Gruetli-Laager, Tennessee
City of Guthrie, Oklahoma
City of Harlan, Kentucky
City of Harriman, Tennessee
City of Harrisville, West Virginia
City of Harrogate, Tennessee
City of Haverhill, Massachusetts
City of Havre de Grace, Maryland
City of Henderson, Nevada
City of Holly Springs, Mississippi
City of Hope, Tennessee
City of Houston, Texas
City of Hyden, Kentucky
City of Independence, Missouri
City of Indianola, Mississippi
City of Iron City, Tennessee
City of Jacksonville, Florida
City of Jamestown, Tennessee
City of Jefferson City, Tennessee
City of Jellico, Tennessee
City of Jenks, Oklahoma
City of Johnson City, Tennessee
City of Joplin, Missouri
City of Kingsport, Tennessee
City of Kingston, Tennessee

City of Knoxville, Tennessee
City of La Vergne, Tennessee
City of LaFollette, Tennessee
City of Lakewood, Ohio
City of Las Vegas, Nevada
City of Laurel, Maryland
City of Lawrenceburg, Tennessee
City of Lawton, Oklahoma
City of Lenoir City, Tennessee
City of Lewisburg, Tennessee
City of Lexington, Virginia
City of Lisbon, North Dakota
City of Lock Haven, Pennsylvania
City of London, Kentucky
City of Loretto, Tennessee
City of Loyall, Kentucky
City of Luttrell, Tennessee
City of Lynch, Kentucky
City of Lynchburg, Tennessee
City of Madisonville, Tennessee
City of Manchester, Kentucky
City of Martinsville, Virginia
City of Maynardville, Tennessee
City of Mcminnville, Tennessee
City of Middletown, Connecticut
City of Midwest City, Oklahoma
City of Minor Hill, Tennessee
City of Missoul, Montana
City of Monroe, Louisiana
City of Morehead, Kentucky
City of Morristown, Tennessee
City of Mount Pleasant, Tennessee
City of Murfreesboro, Tennessee
City of Mustang, Oklahoma
City of Myrtle Beach, South Carolina
City of New Britain, Connecticut
City of New Haven, Connecticut
City of New London, Connecticut
City of Newport, Tennessee
City of Niota, Tennessee
City of Norris, Tennessee
City of North Las Vegas, Nevada
City of Norton, Virginia
City of Norwalk, Connecticut
City of Norwich, Connecticut
City of Oakridge, Tennessee

City of Oklahoma City, Oklahoma
City of Opelousas, Louisiana
City of Owasso, Oklahoma
City of Philadelphia, Tennessee
City of Pigeon Forge, Tennessee
City of Pikeville, Tennessee
City of Pineville, Louisiana
City of Pippa Passes, Kentucky
City of Ponca City, Oklahoma
City of Poquoson, Virginia
City of Portsmouth, Virginia
City of Prescott, Arizona
City of Pulaski, Tennessee
City of Radford, Virginia
City of Reno, Nevada
City of Ripley, West Virginia
City of Roanoke, Virginia
City of Rockwood, Tennessee
City of Rocky Top, Tennessee
City of Salem, Massachusetts
City of Salem, Virginia
City of Santa Fe, New Mexico
City of Seaford, Delaware
City of Seminole, Oklahoma
City of Sevierville, Tennessee
City of Shawnee, Oklahoma
City of Shelbyville, Tennessee
City of Smithville, Tennessee
City of South Pittsburg, Tennessee
City of Sparta, Tennessee
City of Spencer, West Virginia
City of Spring Hill, Tennessee
City of St. Joseph, Tennessee
City of St. Mary's, West Virginia
City of Sunbright, Tennessee
City of Surprise, Arizona
City of Sweetwater, Tennessee
City of Tarrant, Alabama
City of Trenton, New Jersey
City of Trumbull, Connecticut
City of Tullahoma, Tennessee
City of Tusculum, Tennessee
City of Wartburg, Tennessee
City of Watauga, Tennessee
City of Waynesboro, Tennessee
City of Waynesboro, Virginia

City of West Monroe, Louisiana
City of West Wendover, Nevada
City of Whitesburg, Kentucky
City of Whitwell, Tennessee
City of Williamstown, West Virginia
City of Winchester, Tennessee
City of Winchester, Virginia
City of Worcester, Massachusetts
City of Yukon, Oklahoma
Claiborne County, Tennessee
Clarendon County, South Carolina
Clarendon, Arkansas
Clarion County, Pennsylvania
Clark County, Nevada
Clarksville, Arkansas
Clay County, Tennessee
Cleveland County, Oklahoma
Clinton County, Missouri
Clinton County, Pennsylvania
Clinton, Arkansas
Coal County, Oklahoma
Coal Hill, Arkansas
Cocke County, Tennessee
Colleton County, South Carolina
Comanche County, Oklahoma
Concord, Arkansas
Confederated Tribes and Bands of the
  Yakama Nation, Oklahoma
Cooke County, Texas
Corning, Arkansas
Coryell County, Texas
Cotton Plant, Arkansas
County of Douglas, Georgia
County of Kershaw, Kershaw County
  Hospital Board A/K/A KershawHealth
  D/B/A Health Service District of Kershaw
  County, South Carolina
Cove, Arkansas
Crawford County, Arkansas
Crawford County, Missouri
Crossett, Arkansas
Culpeper County, Virginia
Cumberland County, Tennessee
Cumberland County, Virginia
Cushman, Arkansas
Custer County, Oklahoma

Cynthia Munger
Dade County, Missouri
Dallas County, Texas
Damascus, Arkansas
Danville, Arkansas
Dardanelle, Arkansas
Datto, Arkansas
Decatur, Arkansas
Dekalb County, Tennessee
Delaplaine, Arkansas
Delaware Nation, Oklahoma
Delight, Arkansas
Dell, Arkansas
Delta County, Texas
Dent County, Missouri
DeQueen, Arkansas
Dermott, Arkansas
Des Arc, Arkansas
DeVallas Bluff, Arkansas
Dewey County, Oklahoma
Dewitt, Arkansas
Diamond City, Arkansas
Diaz, Arkansas
Dickenson County, Virginia
Dickey County, North Dakota
Dierks, Arkansas
Dillon County, South Carolina
Dimmit County, Texas
Dinwiddie County, Virginia
District Attorney General Barry Staubus for
  the 2d Judicial District, Tennessee
District Attorney General Brent A. Cooper
  for the 22d Judicial District, Tennessee
District Attorney General Bryant C.
  Dunaway for the 13th Judicial District,
  Tennessee
District Attorney General Charme Allen for
  the 6th Judicial District, Tennessee
District Attorney General Dan Armstrong
  for the 3d Judicial District, Tennessee
District Attorney General Dave Clark for the
  7th Judicial District, Tennessee
District Attorney General for the 8th Judicial
  District
District Attorney General Jennings H. Jones
  for the 16th Judicial District, Tennessee

District Attorney General Jimmy Dunn for
  the 4th Judicial District, Tennessee
District Attorney General Lisa S.
  Zavogiannis for the 31st Judicial District,
  Tennessee
District Attorney General Mike Taylor for
  the 12th Judicial District, Tennessee
District Attorney General Robert J. Carter
  for the 17th Judicial District, Tennessee
District Attorney General Russell Johnson
  for the 9th Judicial District, Tennessee
District Attorney General Stephen Crump
  for the 10th Judicial District, Tennessee
District Attorney General Tony Clark for the
  1st Judicial District, Tennessee
Donaldson, Arkansas
Dorchester County, Maryland
Dorchester County, South Carolina
Douglas County, Nevada
Dumas, Arkansas
Dunklin County, Missouri
Dunn County, North Dakota
Duval County, Texas
Dyer, Arkansas
Dyess, Arkansas
East Camden, Arkansas
ECI Healthcare Partners, LLC, Delaware
Ector County, Texas
EdCare Management, Inc., Delaware
Eddy County, North Dakota
Edgefield County, South Carolina
Edmondsom, Arkansas
Edward J Bisch
Egypt, Arkansas
El Dorado, Arkansas
Elaine, Arkansas
Elkins, Arkansas
Elko County, Nevada
Ellis County, Texas
Elm Springs, Arkansas
Emerson, Arkansas
Emily Walden
Emmet, Arkansas
England, Arkansas
Eric Hestrup
Esmerelda County, , Nevada

Etowah, Arkansas
Eudora, Arkansas
Eureka Springs, Arkansas
Evening Shade, Arkansas
Everton, Arkansas
Fairfax County, Virginia
Fairfield Bay, Arkansas
Fairfield County, South Carolina
Falls County, Texas
Fannin County, Georgia
Fannin County, Texas
Fargo, Arkansas
Farmington, Arkansas
Fauquier County, Virginia
Fayette County, Pennsylvania
Felsenthal, Arkansas
Fifty Six, Arkansas
Fisher, Arkansas
Flippin, Arkansas
Florence County, South Carolina
Floyd County, Virginia
Fordyce, Arkansas
Foreman, Arkansas
Forrest City, Arkansas
Fort Bend County, Texas
Foster County, North Dakota
Fouke, Arkansas
Fountain Hill, Arkansas
Fourche, Arkansas
Franklin County, Missouri
Franklin County, Pennsylvania
Franklin County, Tennessee
Franklin County, Texas
Franklin County, Virginia
Franklin, Arkansas
Freestone County, Texas
Friendship, Arkansas
Fulton, Arkansas
Gallatin County, Montana
Galveston County, Texas
Garfield, Arkansas
Garland, Arkansas
Gentry, Arkansas
Gilbert, Arkansas
Giles County, Tennessee
Giles County, Virginia

6

Gillett, Arkansas
Gilmore, Arkansas
Goshen, Arkansas
Gosnell, Arkansas
Gould, Arkansas
Grady County, Oklahoma
Grady, Arkansas
Grainger County, Tennessee
Grand Forks County, North Dakota
Grannis, Arkansas
Grant Parish, Louisiana
Gravette, Arkansas
Grayson County, Texas
Green Forest, Arkansas
Greenbrier, Arkansas
Greene County, Missouri
Greene County, Pennsylvania
Greene County, Tennessee
Greenland, Arkansas
Greensville County, Virginia
Greenville County, South Carolina
Greenwood County, South Carolina
Greenwood, Arkansas
Greer County, Oklahoma
Greers Ferry, Arkansas
Grubbs, Arkansas
Grundy County, Tennessee
Gurdon, Arkansas
Guy, Arkansas
Hackett, Arkansas
Halifax County, Virginia
Hamblen County, Tennessee
Hampton County, South Carolina
Hampton, Arkansas
Hancock County, Tennessee
Hardin County, Texas
Hardy, Arkansas
Harmon County, Oklahoma
Harper County, Oklahoma
Harrell, Arkansas
Harris County, Texas
Harris Health System, Texas
Harrisburg, Arkansas
Harrison, Arkansas
Hartman, Arkansas
Haskell County, Oklahoma

Haskell, Arkansas
Hatfield, Arkansas
Hawkins County, Tennessee
Haynes, Arkansas
Hazen, Arkansas
Heber Springs, Arkansas
Hector, Arkansas
Helena-West Helena, Arkansas
Henderson County, Texas
Henry County, Missouri
Henry County, Virginia
Hermitage, Arkansas
Hidalgo County, Texas
Higden, Arkansas
Higginson, Arkansas
Highfill, Arkansas
Highland, Arkansas
Hope, Arkansas
Hopkins County, Texas
Horatio, Arkansas
Horry County, South Carolina
Horseshoe Bend, Arkansas
Horseshoe Lake, Arkansas
Houston County, Texas
Howard County, Maryland
Hoxie, Arkansas
Hughes County, Oklahoma
Hughes, Arkansas
Humboldt County, , Nevada
Humnoke, Arkansas
Humphrey, Arkansas
Huntingdon County, Pennsylvania
Huntington, Arkansas
Huntsville, Arkansas
Huttig, Arkansas
Imboden, Arkansas
Iron County, Missouri
Isle of Wight County, Virginia
Jackson County, Oklahoma
Jackson County, West Virginia
Jasper County, Missouri
Jasper County, South Carolina
Jasper County, Texas
Jasper, Arkansas
Jefferson County, Arkansas
Jefferson County, Missouri

Jefferson County, New York
Jefferson County, Oklahoma
Jefferson County, Tennessee
Jennette, Arkansas
Jericho, Arkansas
Jim Hogg County, Texas
Jim Wells County, Texas
Joel Bishop, Dean Colman and Pete Lavite, Illinois
Johnson County, Texas
Johnson, Arkansas
Johnston County, Oklahoma
Joiner, Arkansas
Judsonia, Arkansas
Kaufman County, Texas
Kay County, Oklahoma
Keiser, Arkansas
Kendall County, Texas
Kensett, Arkansas
Kent County, Delaware
Kerr County, Texas
Kershaw County, South Carolina
Kibler, Arkansas
King and Queen County, Virginia
Kingsland, Arkansas
Kiowa County, Oklahoma
Kleberg County, Texas
Knox County, Tennessee
Knoxville, Arkansas
La Paz County, Arizona
Lackawanna County, Pennsylvania
Lafayette General Health System, Inc. , Louisiana
Lafe, Arkansas
LaGrange, Arkansas
Lake City, Arkansas
Lake County, Montana
Lake View, Arkansas
Lake Village, Arkansas
Lakeview, Arkansas
Lamar County, Texas
Lamar, Arkansas
Lamoure County, North Dakota
Lancaster County, South Carolina
Lancaster County, Virginia
Latimer County, Oklahoma

Laurens County, South Carolina
Lavaca, Arkansas
Lawrence County, Missouri
Lawrence County, Pennsylvania
Lawrence County, Tennessee
Leachville, Arkansas
Lead Hill, Arkansas
Lee County, Florida
Lee County, South Carolina
Lee County, Virginia
Leflore County, Oklahoma
Leola, Arkansas
Leon County, Texas
Lepanto, Arkansas
Lewisville, Arkansas
Lexa, Arkansas
Lexington County, South Carolina
Liberty County, Texas
Limestone County, Texas
Lincoln County, Missouri
Lincoln County, Nevada
Lincoln County, Oklahoma
Lincoln County, Tennessee
Lincoln, Arkansas
Little Flock, Arkansas
Local 274 Health & Welfare Fund
Lockesburg, Arkansas
Logan County, Oklahoma
London, Arkansas
Louann, Arkansas
Loudon County, Tennessee
Loudoun County, Virginia
Louisa County, Virginia
Love County, Oklahoma
Lowell, Arkansas
Luxora, Arkansas
Lynn, Arkansas
Lyon County, Nevada
Madison County, Missouri
Madison County, Virginia
Madison, Arkansas
Magazine, Arkansas
Magness, Arkansas
Magnolia, Arkansas
Major County, Oklahoma
Malvern, Arkansas

Manila, Arkansas
Mansfield, Arkansas
Marianna, Arkansas
Marie, Arkansas
Marion County, South Carolina
Marion County, Tennessee
Marion County, Texas
Marion, Arkansas
Marked Tree, Arkansas
Marmaduke, Arkansas
Marshall County, Tennessee
Marshall, Arkansas
Marvell, Arkansas
Maumelle, Arkansas
Maury County, Tennessee
Maynard, Arkansas
Mccormick County, South Carolina
McCrory, Arkansas
McCurtain County, Oklahoma
McDonald County, Missouri
McDougal, Arkansas
McGhee, Arkansas
Mckenzie County, North Dakota
Mclean County, North Dakota
Mcminn County, Tennessee
McMullen County, Texas
McNab, Arkansas
McNeil, Arkansas
Mecklenburg County, Virginia
Meigs County, Tennessee
Melbourne, Arkansas
Mena, Arkansas
Menifee, Arkansas
Mercer County, North Dakota
Mercer County, Pennsylvania
Midway, Arkansas
Milam County, Texas
Mineral County, Nevada
Mineral Springs, Arkansas
Mitchellville, Arkansas
Monette, Arkansas
Monroe County, Pennsylvania
Monroe County, Tennessee
Montgomery County, Virginia
Montrose, Arkansas
Moore County, Tennessee

Moorefield, Arkansas
Morgan County, Tennessee
Morrilton, Arkansas
Morris County, Texas
Morrison Bluff, Arkansas
Mount Ida, Arkansas
Mount Pleasant, Arkansas
Mountain Home, Arkansas
Mountain Pine, Arkansas
Mountain View, Arkansas
Mountainburg, Arkansas
Mountrail County, North Dakota
Mt. Vernon, Arkansas
Mulberry, Arkansas
Municipality of Canóvanas, Puerto Rico
Municipality of Juncos, Puerto Rico
Municipality of Norristown, Pennsylvania
Municipality of Rio Grande, Puerto Rico
Municipality of Vega Alta, Puerto Rico
Municipality of Yabucoa, Puerto Rico
Murfreesboro, Arkansas
Muskogee County, Oklahoma
Nacogdoches County, Texas
Nan Goldin
Nashville, Arkansas
New Madrid County, Missouri
Newport, Arkansas
Newton County, Texas
Newtown Township, Pennsylvania
Nimmons, Arkansas
Noble County, Oklahoma
Norfork, Arkansas
Norman, Arkansas
Norphlet, Arkansas
Northampton County, Virginia
Northumberland County, Virginia
Nueces County and Nueces County Hospital
   District, Texas
Oak Grove Heights, Arkansas
Oak Grove, Arkansas
Oak Haven, Arkansas
Oconee County, South Carolina
Oden, Arkansas
O'Kean, Arkansas
Okfuskee County, Oklahoma
Oklahoma County, Oklahoma

Okolona, Arkansas
Opelousas General Hospital Authority
  D/B/A Opelousas General Health System,
  Louisiana
Oppelo, Arkansas
Orange County, Texas
Orangeburg County, South Carolina
Osceola, Arkansas
Oxford, Arkansas
Page County, Virginia
Palestine, Arkansas
Pangburn, Arkansas
Panola County, Texas
Paragould, Arkansas
Paris, Arkansas
Parker County, Texas
Parkin, Arkansas
Patients' Choice Medical Center of
  Claiborne County, LLC
Patients' Choice Medical Center of Erin, TN
Patients' Choice Medical Center of
  Humphreys County, LLC, Mississippi
Patmos, Arkansas
Patrick County, Virginia
Patterson, Arkansas
Pawnee Nation of Oklahoma
Payne County, Oklahoma
Pea Ridge, Arkansas
Peach Orchard, Arkansas
Pembina County, North Dakota
Perla, Arkansas
Perry County, Missouri
Perry, Arkansas
Perryville, Arkansas
Pickens County, South Carolina
Pierce County, North Dakota
Piggott, Arkansas
Pike County, Missouri
Pinal County, Arizona
Pittsburg County, Oklahoma
Pittsylvania County, Virginia
Plainview, Arkansas
Pleasant Plains, Arkansas
Pleasants County, West Virginia
Plumerville, Arkansas
Pocahontas, Arkansas

Polk County, Missouri
Polk County, Tennessee
Pollard, Arkansas
Ponca Tribe of Indians of Oklahoma
Portland, Arkansas
Pottawatomie County, Oklahoma
Potter County, Texas
Powhatan, Arkansas
Poyen, Arkansas
Prairie Grove, Arkansas
Prattsville, Arkansas
Prescott, Arkansas
Prince George County, Virginia
Prince William County, Virginia
Pulaski County, Arkansas
Putnam County, Tennessee
Pyatt, Arkansas
Quitman, Arkansas
Ralls County, Missouri
Ransom County, North Dakota
Ratcliff, Arkansas
Ravenden, Arkansas
Ray County, Missouri
Rector, Arkansas
Red River County, Texas
Redfield, Arkansas
Reed, Arkansas
Rhea County, Tennessee
Richland County, North Dakota
Rison, Arkansas
Roane County, Tennessee
Roane County, West Virginia
Roanoke County, Virginia
Robertson County, Texas
Rockbridge County, Virginia
Rockland County, New York
Rockport, Arkansas
Rockwall County, Texas
Roger Mills County, Oklahoma
Rolette County, North Dakota
Ronald D. Stracener
Rondo, Arkansas
Rose Bud, Arkansas
Rosston, Arkansas
Rudy, Arkansas
Rusk County, Texas

Russelville, Arkansas
Sac and Fox Nation, Oklahoma
Salem, Arkansas
Salesville, Arkansas
Saluda County, South Carolina
San Antonio Police & Fireman's Union, Texas
Sargent County, North Dakota
Schumacher Group of Arkansas, Inc.
Schumacher Medical Corporation of Alabama, Inc.
Schumacher Medical Corporation, Georgia
Scott County, Tennessee
Sedgwick, Arkansas
Sequatchie County, Tennessee
Sevier County, Tennessee
Shannon Hills, Arkansas
Sharp County, Arkansas
Shawnee County, Kansas
Sheet Metal Workers Local 19, Pennsylvania
Shelby County, Texas
Shenandoah County, Virginia
Sheridan, Arkansas
Sidney, Arkansas
Siloam Springs, Arkansas
Smackover, Arkansas
Smith County, Texas
Smithville, Arkansas
Somerset County, Maryland
Sparkman, Arkansas
Spartanburg County, South Carolina
Springtown, Arkansas
St. Charles, Arkansas
St. Clair County, Illinois
St. Clair County, Missouri
St. Francois County, Missouri
St. Joe, Arkansas
St. Paul, Arkansas
Stamps, Arkansas
Star City, Arkansas
Stark County, North Dakota
State of Arkansas
Ste. Genevieve County, Missouri
Stephens County, Oklahoma
Stephens County, Texas

Stephens, Arkansas
Sterling Group Physician Services, LLC, Delaware
Stone County, Missouri
Strawberry, Arkansas
Strong, Arkansas
Stuttgart, Arkansas
Success, Arkansas
Sulphur Rock, Arkansas
Sulphur Springs, Arkansas
Sumter County, South Carolina
Sussex County, Delaware
Taney County, Missouri
Texas County, Missouri
Texas County, Oklahoma
The Schumacher Group of Colorado, Inc.
The Schumacher Group of Florida, Inc.
The Schumacher Group of Illinois, Inc.
The Schumacher Group of Indiana, Inc.
The Schumacher Group of Kentucky, Inc.
The Schumacher Group of Louisiana, Inc.
The Schumacher Group of Michigan, Inc.
The Schumacher Group of Mississippi, Inc.
The Schumacher Group of Missouri, Inc.
The Schumacher Group of Montana, Inc.
The Schumacher Group of Nevada, Inc.
The Schumacher Group of New Jersey, Inc.
The Schumacher Group of New Mexico, Inc.
The Schumacher Group of New York, Inc.
The Schumacher Group of North Carolina, Inc.
The Schumacher Group of Ohio, Inc.
The Schumacher Group of Oklahoma, Inc.
The Schumacher Group of Pennsylvania, Inc.
The Schumacher Group of South Carolina, Inc.
The Schumacher Group of Tennessee, Inc.
The Schumacher Group of Texas, Inc.
The Schumacher Group of Virginia, Inc.
The Schumacher Group of Washington, Inc.
The Schumacher Group of West Virginia, Inc.
The Thlopthlocco Tribal Town, Oklahoma
Thornton, Arkansas

Tillar, Arkansas
Tillman County, Oklahoma
Tinsman, Arkansas
Titus County, Texas
Tollette, Arkansas
Tontitown, Arkansas
Town of Alexandria, Tennessee
Town of Altamont, Tennessee
Town of Auburntown, Tennessee
Town of Baileyton, Tennessee
Town of Baxter, Tennessee
Town of Beersheba Springs, Tennessee
Town of Bel Air, Maryland
Town of Bell Buckle, Tennessee
Town of Bennington, Vermont
Town of Berlin, Maryland
Town of Blaine, Tennessee
Town of Brattleboro, Vermont
Town of Brookfield, Connecticut
Town of Bulls Gap, Tennessee
Town of Burns Flat, Oklahoma
Town of Byrdstown, Tennessee
Town of Calhoun, Tennessee
Town of Canton, Massachusetts
Town of Caryville, Tennessee
Town of Centertown, Tennessee
Town of Chapel Hill, Tennessee
Town of Cornersville, Tennessee
Town of Cottage City, Maryland
Town of Cumberland Gap, Tennessee
Town of Dandridge, Tennessee
Town of Decatur, Tennessee
Town of Delhi, Louisiana
Town of Dowelltown, Tennessee
Town of Doyle, Tennessee
Town of Enfield, Connecticut
Town of Englewood, Tennessee
Town of Erwin, Tennessee
Town of Estill Springs, Tennessee
Town of Ethridge, Tennessee
Town of Farragut, Tennessee
Town of Forest Heights, Maryland
Town of Fort Cobb, Oklahoma
Town of Grantsville, Maryland
Town of Graysville, Tennessee
Town of Greenville, Tennessee

Town of Huntland, Tennessee
Town of Huntsville, Tennessee
Town of Hurlock, Maryland
Town of Jasper, Tennessee
Town of Jonesborough, Tennessee
Town of Jonestown, Mississippi
Town of Kimball, Tennessee
Town of Liberty, Tennessee
Town of Livingston, Tennessee
Town of Loudon, Tennessee
Town of Lynnfield, Massachusetts
Town of Lynnville, Tennessee
Town of Manchester, Connecticut
Town of Manchester, Maryland
Town of Monteagle, Tennessee
Town of Monterey, Tennessee
Town of Morrison, Tennessee
Town of Mosheim, Tennessee
Town of Mount Carmel, Tennessee
Town of Mountain City, Tennessee
Town of Mountain Lake Park, Maryland
Town of Natick, Massachusetts
Town of New Market, Tennessee
Town of New Tazewell, Tennessee
Town of Normandy, Tennessee
Town of North Brentwood, Maryland
Town of North East, Maryland
Town of Oakdale, Tennessee
Town of Oakland, Maryland
Town of Oliver Springs, Tennessee
Town of Oneida, Tennessee
Town of Orme, Tennessee
Town of Palmer, Tennessee
Town of Parrotsville, Tennessee
Town of Perryville, Maryland
Town of Petersburg, Tennessee
Town of Pittman Center, Tennessee
Town of Plainview, Tennessee
Town of Pleasant Hill, Tennessee
Town of Powells Crossroads, Tennessee
Town of Randolph, Massachusetts
Town of Rogersville, Tennessee
Town of Rutledge, Tennessee
Town of Sharon, Vermont
Town of Smyrna, Tennessee
Town of Sneedville, Tennessee

Town of Spencer, Tennessee
Town of Spring City, Tennessee
Town of Surgoinsville, Tennessee
Town of Tazewell, Tennessee
Town of Tellico Plains, Tennessee
Town of Tracy City, Tennessee
Town of Unicoi, Tennessee
Town of Upper Marlboro, Maryland
Town of Vienna, Maryland
Town of Viola, Tennessee
Town of Vonore, Tennessee
Town of Wakefield, Massachusetts
Town of Wallingford, Connecticut
Town of Wartrace, Tennessee
Town of Wethersfield, Connecticut
Town of White Pine, Tennessee
Town of Windham, Connecticut
Town of Winfield, Tennessee
Town of Woodbury, Tennessee
Towner County, North Dakota
Traskwood, Arkansas
Travis County, Texas
Trinity County, Texas
Trumann, Arkansas
Tull, Arkansas
Tupelo, Arkansas
Unicoi County, Tennessee
Union County, South Carolina
Union County, Tennessee
Upshur County, Texas
Valley Springs, Arkansas
Van Buren County, Tennessee
Van Buren, Arkansas
Van Zandt County, Texas
Vernon County, Missouri
Vilonia, Arkansas
Viola, Arkansas
Wabbaseka, Arkansas
Waldo, Arkansas
Waldron, Arkansas
Walnut Ridge, Arkansas
Walsh County, North Dakota
Ward County, North Dakota
Ward, Arkansas
Warminster Township, Pennsylvania
Warren County, Tennessee

Warren, Arkansas
Warrington Township, Pennsylvania
Washington County, Missouri
Washington County, Pennsylvania
Washington County, Tennessee
Washington County, Virginia
Washington, Arkansas
Washita County, Oklahoma
Washoe County, Nevada
Watson, Arkansas
Wayne County, Tennessee
Webb County, Texas
Weiner, Arkansas
Wells County, North Dakota
West Fork, Arkansas
West Memphis, Arkansas
West Norriton Township, Pennsylvania
Westmoreland County, Pennsylvania
Wheatley, Arkansas
Whelen Springs, Arkansas
White County, Tennessee
White Hall, Arkansas
Wickes, Arkansas
Wicomico County, Maryland
Widener, Arkansas
William Stock
William Taylor
Williams County, North Dakota
Williamsburg County, South Carolina
Williamson County, Texas
Wilmar, Arkansas
Wilmot, Arkansas
Wilson, Arkansas
Wilton, Arkansas
Winn Parish, Louisiana
Winthrop, Arkansas
Wirt County, West Virginia
Wood County, Texas
Woods County, Oklahoma
Woods County, West Virginia
Woodward County, Oklahoma
Wooster, Arkansas
Wrightsville, Arkansas
Wynne, Arkansas
Yellville, Arkansas
York County, South Carolina

Zinc, Arkansas

## Schedule 2

**Schedule of Searched Parties and/or Certain Related Parties that Akin Gump
Currently Represents, or Has in the Past Represented, in Matters
Unrelated to these Chapter 11 Cases**[1]

### Vendors

*Akin Gump has represented in the past and currently represents the following entity and/or
certain related parties of such entity on matters wholly unrelated to the Debtors' Chapter 11
Cases:*

Willis Towers Watson US LLC

*Akin Gump has represented in the past the following entities and/or certain related parties of
such entities on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

| | |
|---|---|
| CMS Communications Inc. | McGuire Woods LLP |
| Evonik Corporation | Paul Hastings |

### Ad Hoc Creditor Committee Professionals

*Akin Gump has represented in the past the following entities and/or certain related parties of
such entities on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Houlihan Lokey
Pillsbury Winthrop Shaw Pittman LLP

### Ad Hoc Group of NAS Babies

*Akin Gump has not represented in the past and currently does not represents these parties.*

### Hospital Plaintiffs' Group

*Akin Gump has represented in the past the following entity and/or certain related parties of such
entity on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Schulte Roth & Zabel

---

[1] Due to commonality of names of the individuals marked in this schedule with an asterisk (*), Akin Gump was
unable to determine whether such individuals or entities are in fact parties whom Akin Gump currently represents,
and/or has in the past represented, in matters unrelated to these Chapter 11 Cases. However, Akin Gump has
included such individuals in this schedule out of an abundance of caution.

## Multi-State Group Entity (MSGE)

*Akin Gump has represented in the past the following entity and/or certain related parties of such entity on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Caplin & Drysdale

## Professionals for Individual Victims Group

*Akin Gump has not represented in the past and currently does not represents these Parties.*

## State Attorneys General

*Akin Gump has not represented in the past and currently does not represents these Parties.*

## Licenses/Product Development

*Akin Gump has represented in the past and currently represents the following entities and/or certain related parties of such entities on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Esteve
Ocular

*Akin Gump has represented in the past the following company and/or certain related parties of such company on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Eisai

## Claim Transferees

*Akin Gump has represented in the past the following company and/or certain related parties of such company on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

CRG Financial LLC

## Notice of Appearance Parties, as of June 23, 2020

*Akin Gump has represented in the past and currently represents the following entities and/or certain related parties of such entities on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

United Healthcare Services, Inc.
DuPont de Nemours, Inc.

*Akin Gump has represented in the past the following party and/or certain related parties of such parties on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

William Taylor*

## Parties Listed on Filed 2019 Statements, as of June 23, 2020

*Akin Gump has represented in the past and currently represents the following entities and/or certain related parties of such entities on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

City of Hope, Tennessee
City of Houston, Texas County of Kershaw,
   Kershaw County Hospital Board A/K/A
   KershawHealth D/B/A Health Service

District of Kershaw County, South
   Carolina
Grayson County, Texas
Hope, Arkansas

*Akin Gump has represented in the past the following entities and/or certain related parties of such entities on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Bexar County Hospital District, Texas
Bexar County, Texas
City of Smithville, Tennessee
Dallas County, Texas
Duval County, Texas
Harris County, Texas
Harris Health System, Texas
Jasper County, Missouri*
Jasper County, South Carolina*
Jasper County, Texas*
Kaufman County, Texas

Kerr County, Texas*
Lancaster County, South Carolina*
Lancaster County, Virginia*
Loudon County, Tennessee*
Loudoun County, Virginia*
The Thlopthlocco Tribal Town, Oklahoma
Travis County, Texas
Washington County, Virginia
Webb County, Texas
William Taylor*

3

## Schedule 3

**Schedule of Searched Parties and/or Certain Related Parties that are Currently, or Have in the Past Been, Adverse to Clients of Akin Gump**

Asbestos Workers Local No. 32 Welfare
  Fund
City of Albuquerque, New Mexico
City of Fairfax, Virginia
City of Houston, Texas
City of Portsmouth, Virginia
Clariant Corporation
Dekalb County, Tennessee
Dupont De Nemours, Inc.
Evonik Corporation
Fairfax County, Virginia
Georgia AG's Office
Harris County, Texas
Houlihan Lokey
Indiana AG's Office

McGuire Woods LLP
Michigan AG's Office
Mississippi AG's Office
Montgomery County, Virginia
NYS Commissioner of Taxation & Finance
Ocular
Orange County, Texas
Orangeburg County, South Carolina
Pillsbury Winthrop Shaw Pittman LLP
State of Arkansas
State of Delaware Division Of
Travis County, Texas
United Healthcare Services, Inc.
Willis Towers Watson US LLC

## **Schedule 4**

**Schedule of Searched Parties that are Currently Serving, or Have in the Past Served, on Other Informal and/or Official Creditors' Committees Represented by Akin Gump**

DuPont de Nemours, Inc.