**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| PURDUE PHARMA L.P., *et al*., | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Constantine D. Pourakis, hereby certify that on July 2, 2020, true and correct copies of the following:

1. *Motion of The Private Insurance Plaintiffs and the Putative Classes For Leave to File Class Proof of Claim, with Exhibits A through F [Doc. No. 1321]; and*

2. *Notice of Motion of The Private Insurance Plaintiffs and the Putative Classes For Leave to File Class Proof of Claim [Doc. No. 1322]*

were served (a) on all parties in interest through the Court's CM/ECF system; (b) by email on all parties on the Master Service List maintained by the Debtors; and (c) by U.S. First Class Mail upon parties listed in the Service List attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

|  |  |
|---|---|
| Dated:  July 6, 2020 | By: */s/ Constantine D. Pourakis*<br>Nicholas F. Kajon<br>nfk@stevenslee.com<br>Constantine D. Pourakis<br>cp@stevenslee.com<br>STEVENS & LEE, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY  10022<br>Tel:  212.319.8500<br><br>*Counsel for Private Insurance Plaintiffs and the Putative Classes* |

# EXHIBIT A

| | |
|---|---|
| Air Liquide Industrial U.S. LP<br>Attn: President or General Counsel<br>9811 Katy Freeway, Suite 100<br>Houston, TX 77024 | Honorable Robert D. Drain<br>U.S. Bankruptcy Court – SDNY<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601 |
| State Attorney General<br>Commonwealth of Puerto Rico<br>Attn: Bankruptcy Department<br>Apartado 9020192<br>San Juan, PR 00902-0192 | Ikon Financial Services<br>Attn: President or General Counsel<br>1738 Bass Road<br>Macon, GA 31210-1043 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia, PA 19104-5016 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Kimm Law Firm<br>Attn: Michael S. Kimm, Esq.<br>333 Sylvan Avenue, Suite 106<br>Englewood Cliffs, NJ 07632 | State of Alabama Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 |
| State of Colorado Attorney General<br>Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | State of Florida Attorney General<br>Attn: Bankruptcy Department<br>The Capitol, PL 01<br>Tallahassee, FL 32399-1050 |
| State of Georgia Attorney General<br>Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300 | State of Idaho Attorney General<br>Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise, ID 83720-1000 |

SL1 1642029v1 113572.00002

| | |
|---|---|
| State of Indiana Attorney General<br>Attn: Bankruptcy Department<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204 | State of Iowa Attorney General<br>Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines, IA 50319 |
| State of Kansas Attorney General<br>Attn: Bankruptcy Department<br>120 S.W. 10th Ave., 2nd Floor<br>Topeka, KS 66612-1597 | State of Kentucky Attorney General<br>Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601 |
| Statement of Minnesota Attorney General<br>Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101-2131 | State of Mississippi Attorney General<br>Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, PO Box 220<br>Jackson, MS 39201 |
| State of Nevada Attorney General<br>Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City, NV 98701 | State of New Mexico Attorney General<br>Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| State of Ohio Attorney General<br>Attn: Bankruptcy Department<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 | State of Oklahoma Attorney General<br>Attn: Bankruptcy Department<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105 |
| State of Pennsylvania Attorney General<br>Attn: Bankruptcy Department<br>Strawberry Square, 16th Floor<br>Harrisburg, PA 17120 | State of Rhode Island Attorney General<br>Attn: Bankruptcy Department<br>150 South Main Street<br>Providence, RI 02903 |

SL1 1642029v1 113572.00002

| | |
|---|---|
| State of South Carolina Attorney General<br>Attn:  Bankruptcy Department<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | State of Wisconsin Attorney General<br>Attn:  Bankruptcy Department<br>Wisconsin Dept. of Justice<br>State Capitol, Room 114 East, P.O. Box 7857<br>Madison, WI 53707-7857 |
| State of Wyoming Attorney General<br>Attn:  Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne, WY 82002 | U.S. Bank Equipment Finance<br>Attn:  President or General Counsel<br>1310 Madrid Street<br>Marshall, MN 56258 |
| U.S. Department of Justice<br>Attn:  Legal Department<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | United States Attorney's Office<br>Attn:  U.S. Attorney<br>300 Quarropas Street, room 248<br>White Plains, NY 10601-4150 |
| Washington DC Attorney General<br>Attn:  Bankruptcy Department<br>441 4th Street, NW<br>Washington, DC 20001 | |

SL1 1642029v1 113572.00002