Objection Deadline: July 21, 2020 at 4:00 p.m. (Prevailing Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 |
| Debtors. [1] | (Jointly Administered) |

## NOTICE OF EIGHTH MONTHLY STATEMENT OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020

| | |
|---|---|
| Name of Applicant: | Skadden, Arps, Slate, Meagher & Flom LLP |
| Authorized to Provide Services to: | Purdue Pharma L.P., *et al*. |
| Date of Retention: | November 25, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Expense Reimbursement is Sought: | May 1, 2020 through May 31, 2020 |
| Amount of Compensation Requested: | $1,066,591.70 |
| Less 20% Holdback: | $213,318.34 |
| Net of Holdback: | $853,273.36 |
| Amount of Expense Reimbursement Requested: | $7,092.50 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $860,365.86 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"),[2] Skadden, Arps, Slate, Meagher & Flom LLP ("**Skadden**") hereby submits this Eighth monthly statement (the "**Eighth Monthly Statement**"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from May 1, 2020 through May 31, 2020 (the "**Eighth Monthly Period**"). By this Eighth Monthly Statement, and after taking into account certain voluntary discounts and reductions,[3] Skadden seeks payment in the amount of $860,365.86, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Eighth Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Skadden professionals by individual, setting forth the (a) name and title of each individual who provided services for the Eighth Monthly Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Skadden's then-current billing rates, (d) amount of fees earned by each Skadden professional, and (e) year of bar admission for each attorney. The blended hourly billing rate of Skadden timekeepers during the Eighth Monthly Period is approximately $863.15.[4]

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]     In addition to the volume discount, the total amount sought for fees and expenses ($1,073,684.20) reflects voluntary reductions for this period of $42,904.50 in fees and $86.72 in expenses, for an overall voluntary reduction of 3.03%. Skadden reserves the right to request these amounts.

[4]     The blended rate is comprised of all Skadden timekeepers who provided services during the Eighth Monthly Period.

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Eighth Monthly Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Eighth Monthly Period.

4.      Attached hereto as **Exhibit D** is itemized time records of Skadden professionals for the Eighth  Monthly Period and summary materials related thereto.

5.      Attached hereto as **Exhibit E** is an itemized record of all expenses for the Eighth Monthly Period.

## NOTICE AND OBJECTION PROCEDURES

6.      Notice of this Eighth Monthly Statement shall be given by hand or overnight delivery upon the following parties (the "**Application Recipients**"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn.: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036-6745, Attn.: Arik Preis and Sara L. Brauner, Email: apreis@akingump.com and sbrauner@akingump.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801, Attn.: Justin R. Alberto and Daniel N. Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; and (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn.: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov. (collectively, the "**Notice Parties**").

7.       Objections to this Eighth Monthly Statement, if any, must be served upon the

Notice Parties, and by email, hand, or overnight delivery upon Skadden, Arps, Slate, Meagher &

Flom LLP, 1440 New York Avenue NW, Washington, D.C. 20005, Attn.: Jennifer Bragg, Email:

Jennifer.Bragg@skadden.com, 155 North Wacker Drive, Chicago, Illinois 60606, Attn.: Patrick

Fitzgerald, Email: Patrick.Fitzgerald@skadden.com, One Rodney Square, 920 N. King Street,

Wilmington, Delaware 19801, Attn.: Anthony W. Clark, Email: Anthony.Clark@skadden.com,

and 525 University Avenue, Palo Alto, California, 94301, Attn.: Jennifer Madden, Email:

Jennifer.Madden@skadden.com no later than July 21, 2020 at 4:00 p.m. (Prevailing Eastern

Time) (the "**Objection Deadline**"), setting forth the nature of the objection and the specific

amount of fees or expenses at issue.

8.       If no objections to this Eighth Monthly Statement are received by the Objection

Deadline, the Debtors shall promptly pay Skadden 80% of the fees and 100% of the expenses

identified in this Eighth Monthly Statement.

9.       To the extent that an objection to this Eighth Monthly Statement is received on or

before the Objection Deadline, the Debtors shall withhold payment of that portion of this Eighth

Monthly Statement to which the objection is directed and promptly pay the remainder of the fees

and expenses in the percentages set forth above. To the extent such objection is not resolved, it

shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[Remainder of Page Intentionally Left Blank]*

Dated:  New York, New York
        July 7, 2020

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/  *Julie E. Cohen*
Julie E. Cohen
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
Fax:  (212) 735-2000

– and –

Patrick Fitzgerald
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

– and –

Jennifer L. Bragg
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Fax: (202) 393-5760

*Special Counsel to Debtors*
*and Debtors-in-Possession*

## EXHIBIT A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**PROFESSIONAL PERSON SUMMARY**
**(May 1, 2020 - May 31, 2020)**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNER** | | | | |
| John T. Bentivoglio | 1994 | $1,485.00 | 5.00 | $ 7,425.00 |
| Jennifer L. Bragg | 1996 | 1,485.00 | 118.80 | 176,418.00 |
| Anthony W. Clark | 1979 | 1,485.00 | 1.90 | 2,821.50 |
| Julie E. Cohen | 2009 | 1,225.00 | 0.50 | 612.50 |
| Patrick Fitzgerald | 1986 | 1,695.00 | 134.30 | 227,638.50 |
| Maya P. Florence | 2004 | 1,350.00 | 165.20 | 223,020.00 |
| William (Bill) McConagha | 1993 | 1,225.00 | 18.70 | 22,907.50 |
| Noelle M. Reed | 1998 | 1,485.00 | 3.40 | 5,049.00 |
| William Ridgway | 2006 | 1,350.00 | 128.30 | 173,205.00 |
| | | | | |
| | **TOTAL PARTNER** | | **576.10** | **$ 839,097.00** |
| **COUNSEL** | | | | |
| Michael S. Bailey | 2007 | $1,120.00 | 14.80 | $ 16,576.00 |
| John Boyle | 1996 | 1,200.00 | 5.80 | 6,960.00 |
| Daniel S. Mayerfeld | 2003 | 1,120.00 | 5.00 | 5,600.00 |
| | | | | |
| | **TOTAL COUNSEL** | | **25.60** | **$ 29,136.00** |
| **ASSOCIATE** | | | | |
| William A. Bejan | 2018 | $660.00 | 98.30 | $ 64,878.00 |
| Elizabeth L. Berry | 2016 | 895.00 | 19.50 | 17,452.50 |
| Jonathan Casseus | 2018 | 785.00 | 61.60 | 48,356.00 |
| Amanda H. Chan | 2019 | 660.00 | 7.40 | 4,884.00 |
| Peter Y. Cheun | 2016 | 895.00 | 10.30 | 9,218.50 |
| Timothy M. Frey | 2010 | 1,050.00 | 28.40 | 29,820.00 |
| Emily Hellman | 2017 | 895.00 | 151.10 | 135,234.50 |
| Drew M. Horwood | 2017 | 785.00 | 28.80 | 22,608.00 |
| Corbin D. Houston | 2017 | 785.00 | 36.50 | 28,652.50 |
| Gail E. Lee | 2014 | 1,025.00 | 22.30 | 22,857.50 |
| Jennifer Madden | 2010 | 1,050.00 | 4.70 | 4,935.00 |
| Noha K. Moustafa | 2016 | 950.00 | 48.20 | 45,790.00 |
| Sterling M. Paulson | 2018 | 660.00 | 62.10 | 40,986.00 |
| Kathleen Shelton | 2019 | 660.00 | 14.80 | 9,768.00 |
| | | | | |
| | **TOTAL ASSOCIATE** | | **594.00** | **$ 485,440.50** |

**PARAPROFESSIONALS**

| | | | | |
|---|---|---|---|---|
| Mark D. Campana | N/A | $430.00 | 3.50 | $     1,505.00 |
| William R. Fieberg | N/A | 430.00 | 2.50 | 1,075.00 |
| William A. Hendricks | N/A | 430.00 | 3.80 | 1,634.00 |
| John Hewson | N/A | 385.00 | 23.60 | 9,086.00 |
| Rachel Redman | N/A | 430.00 | 6.60 | 2,838.00 |
| | | | | |
| **TOTAL PARAPROFESSIONALS** | | | **40.00** | **$    16,138.00** |
| | | | | |
| **TOTAL** | | | **1,235.70** | **$1,369,811.50** |
| **VOLUME DISCOUNT** | | | | **$   303,219.80** |
| **TOTAL FEES** | | | | **$1,066,591.70** |
| | | | | |
| | | | | |

**BLENDED HOURLY RATE**       **$863.15**

**<u>EXHIBIT B</u>**

**COMPENSATION BY PROJECT CATEGORY**
**(May 1, 2020 - May 31, 2020)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| DOJ | 1,091.30 | $1,226,608.50 |
| Various Texas Actions | 20.80 | 20,447.00 |
| Retention/Fee Matter | 84.50 | 76,998.00 |
| Litigation Discovery Issues | 39.10 | 45,758.00 |
| **TOTAL** | **1,235.70** | **$1,369,811.50** |
| **VOLUME DISCOUNT** | | **$   303,219.80** |
| **TOTAL FEES** | | **$1,066,591.70** |

**<u>EXHIBIT C</u>**
**EXPENSE SUMMARY**
**(May 1, 2020 - May 31, 2020)**

| Expense Category | Total Expenses |
|---|---:|
| Computer Legal Research | $6,928.50 |
| Long Distance Telephone | $140.00 |
| Outside Research | $24.00 |
| **TOTAL** | **$7,092.50** |

## EXHIBIT D

**TIME DETAIL**

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
<u>PRIVILEGED AND CONFIDENTIAL</u>

**Purdue Pharma L.P.**                                                    **Bill Date: 07/02/20**
**Litigation Discovery Issues**                                          **Bill Number: 1815505**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 05/06/20 | 2.70 | CONFER WITH SKADDEN TEAM RE: REGULATORY ISSUES (0.7); PREPARE REVISIONS TO LETTERS RE: SAME (2.0). |
| BRAGG JL | 05/07/20 | 0.60 | PARTICIPATE IN CALL WITH C. RICARTE AND W. MCCONAGHA RE: REGULATORY ISSUES (0.6). |
| BRAGG JL | 05/08/20 | 0.50 | PARTICIPATE IN CALL WITH C. RICARTE AND W. MCCONAGHA RE: REGULATORY ISSUES (0.5). |
| BRAGG JL | 05/11/20 | 0.90 | FINALIZE SUBMISSION TO FDA RE: REGULATORY ISSUES (0.9). |
| BRAGG JL | 05/12/20 | 2.20 | REVIEW AND EDIT MATERIALS TO FDA RE: REGULATORY ISSUES (2.2). |
| BRAGG JL | 05/14/20 | 2.50 | FINALIZE SUBMISSION TO FDA RE: REGULATORY ISSUES (2.5). |
| BRAGG JL | 05/29/20 | 0.50 | CONFER WITH C. RICARTE AND W. MCCONAGHA RE: REGULATORY ISSUES (0.5). |
|  |  | **9.90** |  |
| FLORENCE MP | 05/06/20 | 1.70 | CONFER WITH J. BRAGG AND W. MCCONAGHA RE: REGULATORY ISSUES (0.7); REVIEW DRAFT LETTER RE: SAME (1.0). |
| FLORENCE MP | 05/28/20 | 0.40 | CORRESPOND WITH SKADDEN TEAM RE: REGULATORY ISSUES (0.4). |
|  |  | **2.10** |  |
| MCCONAGHA W | 05/01/20 | 0.50 | REVIEW COMMENTS FROM P. LAFATA RE: REGULATORY ISSUES (0.2); DRAFT MEMO RE: SAME (0.3). |
| MCCONAGHA W | 05/05/20 | 1.30 | DRAFT RESPONSE RE: REGULATORY ISSUES (1.0); DRAFT EMAILS RE: SAME (0.3). |
| MCCONAGHA W | 05/06/20 | 3.80 | DRAFT LETTER RE: REGULATORY ISSUES (1.0); PARTICIPATE IN CALL WITH SKADDEN TEAM AND P. LAFATA RE: BACKLOG ISSUES (0.7); FINALIZE EDITS RE: LETTER TO FDA (1.5); DRAFT EMAIL TO C. RICARTE RE: SAME (0.6). |

D02B

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MCCONAGHA W | 05/07/20 | 3.50 | PARTICIPATE IN CALL WITH C. RICARTE AND J. BRAGG RE: LETTER TO FDA (0.6); DRAFT EMAILS TO SKADDEN TEAM RE: SAME (0.4); PARTICIPATE IN CALL WITH P. LAFATA RE: SAME (1.0); UPDATE MATERIALS RE: REGULATORY ISSUES (1.0); DISCUSS UPDATES WITH P. LAFATA, J. BRAGG, AND C. RICARTE RE: REGULATORY ISSUES (0.5). |
| MCCONAGHA W | 05/08/20 | 2.30 | PARTICIPATE IN CALL WITH A. JOHNSON AND SKADDEN TEAM RE: REGULATORY ISSUES (0.7); REVISE MATERIALS RE: SAME (0.8); DRAFT EMAIL TO S. JAMADE RE: SAME (0.3); CORRESPOND WITH K. SHELTON RE: REGULATORY ISSUES (0.5). |
| MCCONAGHA W | 05/11/20 | 0.80 | REVISE LETTER RE: REGULATORY ISSUES (0.5); CORRESPOND WITH P. LAFATA, J. BRAGG, AND C. RICARTE RE: REGULATORY ISSUES (0.3). |
| MCCONAGHA W | 05/13/20 | 1.30 | REVISE MATERIALS TO FDA RE: REGULATORY ISSUES (1.0); REVIEW CORRESPONDENCE FROM S. JAMADE RE: REGULATORY ISSUES (0.3). |
| MCCONAGHA W | 05/14/20 | 2.30 | FINALIZE MATERIALS TO FDA RE: REGULATORY ISSUES (1.0); CORRESPOND WITH K. SHELTON, L. EDSALL, AND J. BRAGG RE: REGULATORY ISSUES (0.3); DRAFT CORRESPONDENCE TO FDA RE: REGULATORY ISSUES (0.5); FINALIZE MATERIALS TO FDA RE: REGULATORY ISSUES (0.5). |
| MCCONAGHA W | 05/27/20 | 0.80 | DRAFT MATERIALS RE: REGULATORY ISSUES (0.5); CORRESPOND WITH P. LAFATA AND SKADDEN TEAM RE: REGULATORY ISSUES (0.3). |
| MCCONAGHA W | 05/28/20 | 1.30 | PARTICIPATE IN CALL WITH J. BRAGG AND M. FLORENCE RE: REGULATORY ISSUES (0.5); DRAFT MATERIALS RE: REGULATORY ISSUES (0.8). |
| MCCONAGHA W | 05/29/20 | 0.80 | PARTICIPATE IN CALL WITH C. RICARTE AND J. BRAGG RE: REGULATORY QUESTION (0.5); REVIEW DRAFT RESPONSE FROM C. RICARTE RE: REGULATORY ISSUES (0.2); DRAFT EMAIL TO J. BRAGG RE: SAME (0.1). |
| | | **18.70** | |
| **Total Partner** | | **30.70** | |
| SHELTON K | 05/05/20 | 0.10 | REVISE MATERIALS RE: REGULATORY ISSUES (0.1). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| SHELTON K | 05/06/20 | 2.80 | CONDUCT RESEARCH RE: REGULATORY ISSUES (2.8). |
| SHELTON K | 05/07/20 | 3.10 | PARTICIPATE IN CALL WITH CLIENT AND SKADDEN TEAM RE: REGULATORY ISSUES (0.8); CONDUCT RESEARCH RE: REGULATORY ISSUES (2.3). |
| SHELTON K | 05/08/20 | 1.00 | PARTICIPATE IN CALL WITH CLIENT AND SKADDEN TEAM RE: REGULATORY ISSUES (1.0). |
| SHELTON K | 05/28/20 | 0.40 | REVIEW CLIENT EMAIL RE: REGULATORY ISSUES (0.1); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: REGULATORY ISSUES (0.3). |
| | | **7.40** | |
| **Total Associate** | | **7.40** | |
| HENDRICKS WA | 05/04/20 | 1.00 | CONDUCT RESEARCH RE: REGULATORY ISSUES (1.0). |
| | | **1.00** | |
| **Total Legal Assistant** | | **1.00** | |
| **TOTAL TIME** | | **<u>39.10</u>** | |
| **CLIENT TOTAL** | | **<u>39.10</u>** | |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                         **Bill Date: 07/02/20**
**Retention/Fee Matter**                                       **Bill Number: 1815507**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 05/20/20 | 0.50 | REVIEW AND EDIT DISCLOSURE MATERIALS (0.5). |
| | | **0.50** | |
| CLARK AW | 05/08/20 | 0.30 | REVIEW AND ANALYZE AUDIT LETTER RESPONSE (0.3). |
| CLARK AW | 05/19/20 | 0.40 | REVIEW DISCLOSURE MATERIALS (0.4). |
| CLARK AW | 05/20/20 | 0.30 | REVIEW AND REVISE DISCLOSURE MATERIALS (0.3). |
| CLARK AW | 05/28/20 | 0.50 | REVIEW FEE APPLICATION STATEMENT FOR FILING (0.5). |
| CLARK AW | 05/29/20 | 0.40 | REVIEW FEE APPLICATION STATEMENT FOR FILING (0.4). |
| | | **1.90** | |
| COHEN JE | 05/14/20 | 0.50 | REVIEW MATERIALS RE: CALL FROM COURT (0.5). |
| | | **0.50** | |
| FITZGERALD P | 05/20/20 | 0.20 | REVIEW AND REVISE DISCLOSURE MATERIALS (0.2). |
| | | **0.20** | |
| **Total Partner** | | **3.10** | |
| BAILEY MS | 05/13/20 | 0.30 | CORRESPOND WITH SKADDEN TEAM RE: FEE STATEMENT MATERIALS (0.3). |
| BAILEY MS | 05/14/20 | 0.80 | DRAFT EMAIL TO N. MOUSTAFA RE: FEE APPLICATION WORKSTREAM (0.2); PARTICIPATE IN CALL WITH M. FLORENCE AND N. MOUSTAFA RE: SAME (0.4); DRAFT CORRESPONDENCE TO SKADDEN TEAM RE: FEE STATEMENT FILINGS (0.2). |
| BAILEY MS | 05/15/20 | 0.30 | REVIEW AND PREPARE REVISIONS TO FEE STATEMENT MATERIALS (0.3). |
| BAILEY MS | 05/17/20 | 1.00 | REVIEW AND PREPARE REVISIONS TO FEE STATEMENT MATERIALS (1.0). |
| BAILEY MS | 05/18/20 | 0.80 | PREPARE REVISIONS TO FEE STATEMENT MATERIALS (0.8). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BAILEY MS | 05/19/20 | 3.00 | REVIEW AND PREPARE REVISIONS TO FEE STATEMENT MATERIALS (2.8); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.2). |
| BAILEY MS | 05/20/20 | 0.40 | REVIEW AND PREPARE REVISIONS TO FEE STATEMENT MATERIALS (0.4). |
| BAILEY MS | 05/22/20 | 0.50 | REVIEW AND PREPARE REVISIONS TO FEE STATEMENT MATERIALS (0.2); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.3). |
| BAILEY MS | 05/26/20 | 0.70 | REVIEW AND PREPARE REVISIONS TO FEE STATEMENT MATERIALS (0.7). |
| BAILEY MS | 05/27/20 | 1.50 | REVIEW AND PREPARE REVISIONS TO FEE STATEMENT MATERIALS (1.5). |
| BAILEY MS | 05/28/20 | 3.70 | CORRESPOND WITH SKADDEN TEAM RE: FEE STATEMENT MATERIALS (0.4); PREPARE REVISIONS RE: SAME (3.3). |
| BAILEY MS | 05/29/20 | 1.00 | REVIEW AND REVISE FEE APPLICATION MATERIALS (0.6); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.4). |
| | | **14.00** | |
| **Total Counsel** | | **14.00** | |
| CHEUN PY | 05/04/20 | 3.20 | REVIEW AND PREPARE MATERIALS RE: DISCLOSURES (3.2). |
| CHEUN PY | 05/05/20 | 1.10 | REVIEW AND PREPARE MATERIALS RE: DISCLOSURES (1.1). |
| CHEUN PY | 05/06/20 | 1.50 | REVIEW AND PREPARE MATERIALS RE: DISCLOSURES (1.5). |
| CHEUN PY | 05/07/20 | 3.10 | REVIEW AND PREPARE MATERIALS RE: DISCLOSURES (3.1). |
| CHEUN PY | 05/11/20 | 0.60 | REVIEW AND PREPARE MATERIALS RE: DISCLOSURES (0.6). |
| CHEUN PY | 05/12/20 | 0.10 | REVIEW AND ANALYZE DISCLOSURE MATERIALS (0.1). |
| CHEUN PY | 05/13/20 | 0.70 | PREPARE DISCLOSURE MATERIALS (0.7). |
| | | **10.30** | |
| MADDEN J | 05/04/20 | 0.20 | CORRESPOND WITH SKADDEN TEAM RE: DISCLOSURE ISSUES (0.2). |
| MADDEN J | 05/06/20 | 0.50 | ANALYZE DISCLOSURE MATERIALS (0.5). |
| MADDEN J | 05/07/20 | 0.30 | ANALYZE DISCLOSURE MATERIALS (0.3). |
| MADDEN J | 05/11/20 | 0.30 | ANALYZE DISCLOSURE MATERIALS (0.3). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MADDEN J | 05/13/20 | 0.20 | ANALYZE DISCLOSURE MATERIALS (0.2). |
| MADDEN J | 05/14/20 | 0.40 | RESPOND TO COURT REQUEST RE: INTERIM FEE APPLICATION (0.4). |
| MADDEN J | 05/19/20 | 1.10 | PREPARE SUPPLEMENTAL DECLARATION (1.1). |
| MADDEN J | 05/22/20 | 0.20 | UPDATE DISCLOSURE MATERIALS (0.2). |
| MADDEN J | 05/26/20 | 0.50 | FINALIZE DISCLOSURE MATERIALS (0.3); COORDINATE FILING RE: SAME (0.2). |
| MADDEN J | 05/28/20 | 0.40 | REVIEW REVISIONS TO FEE STATEMENT MATERIALS (0.4). |
| MADDEN J | 05/29/20 | 0.60 | ANALYZE REVISIONS TO FEE STATEMENT MATERIALS (0.4); ANALYZE FEE STATEMENT APPLICATION FOR FILING (0.2). |
| | | **4.70** | |
| MOUSTAFA NK | 05/01/20 | 2.40 | REVIEW AND EDIT FEE STATEMENT FOR FILING (2.4). |
| MOUSTAFA NK | 05/04/20 | 1.50 | REVIEW AND EDIT FEE STATEMENT FOR FILING (1.5). |
| MOUSTAFA NK | 05/05/20 | 3.10 | REVIEW AND EDIT FEE STATEMENT FOR FILING (3.1). |
| MOUSTAFA NK | 05/06/20 | 2.20 | REVIEW AND EDIT FEE STATEMENT FOR FILING (2.2). |
| MOUSTAFA NK | 05/08/20 | 2.70 | REVIEW AND EDIT FEE STATEMENT FOR FILING (2.7). |
| MOUSTAFA NK | 05/09/20 | 0.70 | REVIEW AND EDIT FEE STATEMENT FOR FILING (0.7). |
| MOUSTAFA NK | 05/10/20 | 1.90 | REVIEW AND EDIT FEE STATEMENT FOR FILING (1.9). |
| MOUSTAFA NK | 05/13/20 | 3.10 | REVIEW AND EDIT FEE STATEMENT FOR FILING (2.8); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.3). |
| MOUSTAFA NK | 05/14/20 | 3.30 | REVIEW AND EDIT FEE STATEMENT FOR FILING (2.9); CORRESPOND WITH M. BAILEY AND M. FLORENCE RE: SAME (0.4). |
| MOUSTAFA NK | 05/15/20 | 3.00 | EDIT FEE STATEMENT FOR FILING (3.0). |
| MOUSTAFA NK | 05/18/20 | 0.70 | EDIT FEE STATEMENT FOR FILING (0.7). |
| MOUSTAFA NK | 05/20/20 | 3.00 | EDIT FEE STATEMENT FOR FILING (2.6); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.4). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MOUSTAFA NK | 05/21/20 | 1.30 | REVIEW AND EDIT FEE STATEMENT APPLICATION FOR FILING (1.0); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.3). |
| MOUSTAFA NK | 05/26/20 | 2.30 | REVIEW AND EDIT FEE STATEMENT FOR FILING (2.0); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.3). |
| MOUSTAFA NK | 05/27/20 | 1.80 | REVIEW AND EDIT FEE STATEMENT FOR FILING (1.5); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.3). |
| MOUSTAFA NK | 05/28/20 | 4.10 | REVIEW AND EDIT FEE STATEMENT FOR FILING (1.9); DRAFT FEE STATEMENT APPLICATION (1.7); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.5). |
| MOUSTAFA NK | 05/29/20 | 2.40 | REVIEW AND EDIT FEE STATEMENT MATERIALS FOR FILING (1.5); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.6); FINALIZE FEE STATEMENT APPLICATION FOR FILING (0.3). |
| | | **39.50** | |
| **Total Associate** | | **54.50** | |
| CAMPANA MD | 05/14/20 | 2.90 | ASSIST WITH FILING OF FEE STATEMENT MATERIALS (2.9). |
| CAMPANA MD | 05/15/20 | 0.30 | CORRESPOND WITH COURT CLERK RE: FEE STATEMENT FILINGS  (0.3). |
| CAMPANA MD | 05/26/20 | 0.30 | ASSIST WITH FILING OF SUPPLEMENTAL DECLARATION (0.3). |
| | | **3.50** | |
| HEWSON J | 05/20/20 | 2.50 | REVIEW AND PREPARE REVISIONS TO FEE APPLICATION MATERIALS (2.5). |
| HEWSON J | 05/21/20 | 0.30 | PREPARE FEE STATEMENT APPLICATION FOR FILING (0.3). |
| HEWSON J | 05/26/20 | 3.00 | REVIEW REVISIONS TO FEE STATEMENT APPLICATION FOR FILING (3.0). |
| HEWSON J | 05/28/20 | 2.90 | REVIEW REVISIONS TO FEE STATEMENT APPLICATION FOR FILING (2.9). |
| HEWSON J | 05/29/20 | 0.70 | PREPARE FEE STATEMENT APPLICATION FOR FILING (0.7). |
| | | **9.40** | |
| **Total Legal Assistant** | | **12.90** | |
| **TOTAL TIME** | | **84.50** | |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**CLIENT TOTAL**                    <u>84.50</u>

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

Purdue Pharma L.P.                                      Bill Date: 07/02/20
DOJ                                                     Bill Number: 1815504

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BENTIVOGLIO JT | 05/08/20 | 1.50 | PARTICIPATE IN CALL WITH M. FLORENCE AND J. BRAGG RE: MATTER STATUS AND STRATEGY (0.5); ANALYZE LEGAL RESEARCH RE: DOJ RESOLUTION ISSUES (1.0). |
| BENTIVOGLIO JT | 05/10/20 | 3.50 | CONDUCT AND ANALYZE LEGAL RESEARCH RE: DOJ RESOLUTION ISSUES (2.7); DRAFT SUMMARY ANALYSIS RE: SAME (0.8). |
| | | 5.00 | |
| BRAGG JL | 05/01/20 | 4.50 | PARTICIPATE IN CALL WITH CO-COUNSEL RE: DOJ RESOLUTION ISSUES (0.5); REVIEW AND ANALYZE NOTES RE: STRATEGY AND NEXT STEPS (0.9); PARTICIPATE IN WEEKLY CALL WITH SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (1.0); PREPARE FOR CALL RE: INVESTIGATION STATUS (0.8); PARTICIPATE IN CALL WITH INVESTIGATION TEAM RE: SAME (0.8); CONFER WITH P. FITZGERALD RE: RESOLUTION ISSUES (0.5). |
| BRAGG JL | 05/03/20 | 2.30 | PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL AND P. FITZGERALD RE: DOJ ISSUES (0.7); PARTICIPATE IN CALL WITH P. FITZGERALD RE: SAME (0.1); REVIEW AND ANALYZE NOTES RE: DOJ RESOLUTION ISSUES (1.5). |
| BRAGG JL | 05/04/20 | 2.40 | PREPARE FOR CALL WITH DOJ (0.1); PARTICIPATE IN CALL WITH DOJ RE: INVESTIGATION ISSUES (0.7); PARTICIPATE IN CALL WITH SKADDEN TEAM, CLIENT, AND CO-COUNSEL RE: DOJ RESOLUTION ISSUES (1.6). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| BRAGG JL | 05/05/20 | 5.30 | REVIEW AND ANALYZE MATERIALS FROM DOJ RE: RESOLUTION ISSUES (1.5); PARTICIPATE IN CALL WITH CLIENT RE: MATTER STATUS AND STRATEGY (0.9); PARTICIPATE IN CALL WITH M. KESSELMAN, J. ADAMS, J. BUCHOLTZ, P. FITZGERALD, AND M. FLORENCE RE: DOJ ISSUES (0.5); PARTICIPATE IN CALLS WITH P. FITZGERALD RE: DOJ ISSUES (1.1); PARTICIPATE IN WEEKLY PRINCIPLES LITIGATION UPDATE CALL (0.9); PARTICIPATE IN CALL WITH J. MCCLAMMY, M. FLORENCE, AND P. FITZGERALD RE: U.S. ATTORNEYS' OFFICE REQUESTS (0.4). |
|---|---|---|---|
| BRAGG JL | 05/06/20 | 2.30 | PARTICIPATE IN CALL WITH SKADDEN TEAM AND J. BUCHOLTZ RE: DOJ ISSUES (2.0); PARTICIPATE IN CALL RE: DISCOVERY ISSUES (0.3). |
| BRAGG JL | 05/07/20 | 5.80 | PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL AND P. FITZGERALD RE: DOJ ISSUES (0.5); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (0.6); REVIEW AND ANALYZE MATERIALS RE: DOJ RESOLUTION ISSUES (1.6); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ MATTER STATUS AND NEXT STEPS (0.5); PARTICIPATE IN CALL WITH J. ADAMS, J. BUCHOLTZ, AND SKADDEN TEAM RE: DOJ STRATEGY ISSUES (1.8); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: UPDATES TO MATTER (0.2); CORRESPOND WITH M. FLORENCE RE: AUDIT RESPONSE (0.6). |
| BRAGG JL | 05/08/20 | 3.60 | PARTICIPATE IN CALL WITH P. STRASSBURGER RE: FACTUAL ISSUES RELATING TO DOJ INVESTIGATION (0.3); PARTICIPATE IN CALL WITH J. BENTIVOGLIO AND M. FLORENCE RE: MATTER STATUS AND STRATEGY (0.5); PARTICIPATE IN WEEKLY DOJ CALL WITH SKADDEN TEAM (1.0); PARTICIPATE IN CALL WITH J. ADAMS RE: DOJ RESOLUTION ISSUES (0.4); PARTICIPATE IN CALL WITH J. BUCHOLTZ AND SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (1.4). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

BRAGG JL          05/11/20      9.30   PARTICIPATE IN CALL WITH M.
                                       KESSELMAN, J. BUCHOLTZ, AND SKADDEN
                                       TEAM RE: DOJ RESPONSE (0.5);
                                       PARTICIPATE IN CALL WITH M.
                                       KESSELMAN, J. ADAMS, J. BUCHOLTZ,
                                       AND SKADDEN TEAM RE: DOJ RESOLUTION
                                       ISSUES (1.7); PARTICIPATE IN
                                       INTERNAL CALLS RE: SAME (1.0);
                                       PARTICIPATE IN CALL WITH SKADDEN
                                       TEAM, M. KESSELMAN, J. ADAMS, AND T.
                                       GRAULICH RE: DOJ RESOLUTION ISSUES
                                       (1.3); REVIEW AND ANALYZE FILINGS
                                       REGARDING MATTER (1.9); PARTICIPATE
                                       IN SKADDEN TEAM CALL TO DISCUSS
                                       STRATEGIC ISSUES (0.4); CONFER WITH
                                       SKADDEN TEAM RE: RESOLUTION ISSUES
                                       (0.3); REVIEW AND EDIT MATERIALS RE:
                                       LITIGATION STATUS (0.4); PREPARE FOR
                                       CALL WITH U.S. ATTORNEYS' OFFICE
                                       (0.5); PARTICIPATE IN CALL WITH U.S.
                                       ATTORNEYS' OFFICE RE: RESOLUTION
                                       ISSUES (0.5); PARTICIPATE IN CALL
                                       WITH P. STRASSBURGER RE: FACTUAL
                                       ISSUES IDENTIFIED IN DOJ
                                       INVESTIGATION (0.3); CONFER WITH K.
                                       COMEAUX RE: STRATEGY AND RESOLUTION
                                       ISSUES (0.5).

BRAGG JL          05/12/20      7.10   PREPARE REVISIONS TO MATERIALS RE:
                                       DOJ RESOLUTION ISSUES (2.6); PREPARE
                                       FOR PRINCIPALS UPDATE CALL (0.3);
                                       PARTICIPATE IN WEEKLY PRINCIPALS
                                       LITIGATION UPDATE CALL (0.7); CONFER
                                       WITH CLIENT COUNSEL RE: DOJ
                                       RESOLUTION ISSUES (0.7); CONFER WITH
                                       W. RIDGWAY, P. FITZGERALD, AND M.
                                       FLORENCE RE: FACTUAL ISSUES
                                       IDENTIFIED IN DOJ INVESTIGATION
                                       (0.8); CONFER WITH M. FLORENCE RE:
                                       DOJ INVESTIGATION ISSUES (0.5);
                                       CONFER WITH D. GENTIN RE: SAME
                                       (0.5); CONFER WITH DAVIS POLK RE:
                                       DOCUMENT REQUESTS (0.5); CONFER WITH
                                       P. STRASSBURGER RE: FACTUAL ISSUES
                                       IDENTIFIED IN DOJ INVESTIGATION
                                       (0.5).

BRAGG JL          05/13/20      4.60   PARTICIPATE IN CALL WITH D. GENTIN
                                       STOCK RE: RESOLUTION ISSUES (0.5);
                                       REVIEW MATERIALS RE: SAME (0.5);
                                       REVIEW AND ANALYZE MATERIALS RE:
                                       RESOLUTION ISSUES (1.2); CONFER WITH
                                       P. FITZGERALD RE: DOJ MATTERS (0.7);
                                       CONFER WITH M. FLORENCE RE: DOJ
                                       RESOLUTION ISSUES (0.7); PREPARE FOR
                                       CALL RE: U.S. ATTORNEYS' OFFICE
                                       REQUEST (0.3); PARTICIPATE IN CALL
                                       WITH P. STRASSBURGER RE: SAME (0.7).

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

BRAGG JL          05/14/20      5.30   CONFER WITH W. RIDGWAY, P.
                                       FITZGERALD, AND M. FLORENCE RE: DOJ
                                       RESOLUTION ISSUES (1.3); PREPARE FOR
                                       CALL WITH FAMILY COUNSEL RE: CASE
                                       ISSUES (1.4); PREPARE FOR AUDIT
                                       COMMITTEE MEETING (0.5); PARTICIPATE
                                       IN AUDIT COMMITTEE MEETING (1.0);
                                       CONFER WITH D. GENTIN STOCK RE:
                                       FACTUAL ISSUES RELATING TO DOJ
                                       INVESTIGATION (0.5); CONFER WITH J.
                                       MCCLAMMY RE: DISCOVERY ISSUES (0.6).

BRAGG JL          05/15/20      6.10   PREPARE FOR CALL RE: REGULATORY
                                       ISSUES (0.3); CALL WITH U.S.
                                       ATTORNEYS' OFFICE RE: REGULATORY
                                       ISSUES (1.0); PARTICIPATE (IN PART)
                                       IN CALL WITH M. KESSELMAN, J. ADAMS,
                                       P. FITZGERALD, M. FLORENCE, AND W.
                                       RIDGWAY RE: DOJ ISSUES (0.5);
                                       PARTICIPATE IN CALL WITH SKADDEN
                                       TEAM RE: DISCOVERY AND RESOLUTION
                                       ISSUES (1.2); CONFER WITH J.
                                       MCCLAMMY RE: SAME (0.6); CALL WITH
                                       DEBEVOISE AND PAUL WEISS RE: FACTUAL
                                       ISSUES IDENTIFIED IN DOJ
                                       INVESTIGATION (1.5); PARTICIPATE IN
                                       WEEKLY SKADDEN DOJ CALL (0.5);
                                       PARTICIPATE IN CALL WITH C. GEORGE
                                       RE: DOJ RESOLUTION ISSUES (0.5).

BRAGG JL          05/17/20      3.00   PARTICIPATE IN SKADDEN TEAM CALL RE:
                                       BANKRUPTCY ISSUES (0.5); PARTICIPATE
                                       IN INTERNAL SKADDEN TEAM CALL RE:
                                       BANKRUPTCY ISSUES (0.4); PARTICIPATE
                                       IN CALL WITH M. KESSELMAN, J. ADAMS,
                                       J. BUCHOLTZ, DAVIS POLK, P.
                                       FITZGERALD, M. FLORENCE, AND W.
                                       RIDGWAY RE: DOJ RESOLUTION ISSUES
                                       (1.4); PARTICIPATE IN CALL WITH R.
                                       HOFF AND M. FLORENCE RE: DOJ
                                       PRODUCTION ISSUES (0.7).

BRAGG JL          05/18/20      4.30   PARTICIPATE IN CALL WITH DEBEVOISE
                                       AND P. FITZGERALD RE: DOJ RESOLUTION
                                       ISSUES (1.0); PARTICIPATE IN CALL
                                       WITH U.S. ATTORNEYS' OFFICE RE:
                                       FACTUAL DEVELOPMENTS IN MATTER
                                       (0.6); PARTICIPATE IN CALL WITH P.
                                       FITZGERALD, M. FLORENCE, AND W.
                                       RIDGWAY RE: BANKRUPTCY ISSUES (0.8);
                                       PARTICIPATE IN CALL WITH J. BUCHOLTZ
                                       AND SKADDEN TEAM RE: RESOLUTION
                                       ISSUES (0.7); CALL WITH M.
                                       KESSELMAN, J. BUCHOLTZ, P.
                                       FITZGERALD, M. FLORENCE, AND W.
                                       RIDGWAY RE: DOJ RESOLUTION ISSUES
                                       (1.2).

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| BRAGG JL | 05/19/20 | 7.80 | PARTICIPATE IN CALL WITH SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (1.4); CALL WITH M. KESSELMAN, J. BUCHOLTZ, P. FITZGERALD, M. FLORENCE, AND W. RIDGWAY RE: SAME (1.5); PARTICIPATE IN WEEKLY PRINCIPALS LITIGATION UPDATE CALL (0.8); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL (1.2); CONFER WITH M. FLORENCE RE: DOJ RESOLUTION ISSUES (0.6); REVIEW AND ANALYZE CORRESPONDENCE RELATING TO DOJ MATTER STATUS (1.7); REVIEW MATERIALS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (0.6). |
|---|---|---|---|
| BRAGG JL | 05/20/20 | 6.60 | REVISE MATERIALS RE: DOJ RESOLUTION ISSUES (1.5); PARTICIPATE IN CALL WITH J. BUCHOLTZ, P. FITZGERALD, M. FLORENCE, AND W. RIDGWAY RE: DOJ RESOLUTION ISSUES (1.0); PARTICIPATE IN CALL WITH CO-COUNSEL RE: DOJ REQUESTS (1.0); PARTICIPATE IN CALL WITH M. KESSELMAN, J. ADAMS, J. BUCHOLTZ, P. FITZGERALD, AND M. FLORENCE RE: DOJ RESOLUTION ISSUES (0.7); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (0.6); CONDUCT LEGAL RESEARCH AND ANALYSIS RE: SAME (1.1); PARTICIPATE IN CALL WITH W. RIDGWAY, P. FITZGERALD, AND M. FLORENCE RE: DOJ MATTER STRATEGY AND NEXT STEPS (0.7). |
| BRAGG JL | 05/21/20 | 6.80 | PARTICIPATE IN CALL WITH J. MCCLAMMY RE: DOJ REQUESTS (0.5); PARTICIPATE IN CALL WITH M. KESSELMAN, J. ADAMS, J. BUCHOLTZ, AND SKADDEN TEAM RE: STRATEGY AND NEXT STEPS (0.9); PARTICIPATE IN FOLLOW-UP STRATEGY CALL WITH M. KESSELMAN, J. ADAMS, J. BUCHOLTZ, AND SKADDEN TEAM (0.7); REVISE MATERIALS RE: DOJ RESOLUTION ISSUES (1.5); CONFER WITH CO-COUNSEL RE: SAME (0.2); PARTICIPATE IN CALL WITH J. BUCHOLTZ RE: DOJ RESOLUTION ISSUES (0.9); PREPARE FOR MEETING RE: REGULATORY ISSUES (1.7); CONFER WITH P. STRASSBURGER, C. GEORGE, AND R. SILBERT RE: REGULATORY ISSUES (0.4). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
BRAGG JL          05/22/20      1.00   PARTICIPATE IN CALL WITH CO-COUNSEL
                                       AND SKADDEN TEAM RE: DOJ DISCOVERY
                                       REQUESTS (0.6); PARTICIPATE IN CALL
                                       WITH M. KESSELMAN, J. ADAMS, P.
                                       FITZGERALD, W. RIDGWAY, AND M.
                                       FLORENCE RE: DOJ RESOLUTION ISSUES
                                       (0.4).

BRAGG JL          05/26/20      8.20   PARTICIPATE IN JOINT DEFENSE CALLS
                                       WITH CONSULTANT RE: DISCOVERY ISSUES
                                       (1.5); REVIEW MATERIALS RE:
                                       RESOLUTION ISSUES IN PREPARATION FOR
                                       DOJ CALL (1.4); STRATEGY CALL WITH
                                       P. FITZGERALD, W. RIDGWAY, AND M.
                                       FLORENCE RE: DOJ ISSUES (0.5);
                                       PREPARE FOR AND PARTICIPATE IN CALL
                                       WITH CO-COUNSEL, P. FITZGERALD, W.
                                       RIDGWAY, AND M. FLORENCE RE: DOJ
                                       RESOLUTION ISSUES (1.0); PARTICIPATE
                                       IN WEEKLY PRINCIPALS LITIGATION
                                       UPDATE CALL (1.0); CALL WITH CO-
                                       COUNSEL RE: DISCOVERY ISSUES (0.5);
                                       CALL WITH CO-COUNSEL, M. FLORENCE,
                                       AND P. FITZGERALD RE: DISCOVERY
                                       REQUESTS (0.5); PARTICIPATE IN CALL
                                       WITH CO-COUNSEL RE: DOJ RESOLUTION
                                       ISSUES (1.0); PREPARE FOR BOARD
                                       MEETING (0.8).

BRAGG JL          05/27/20      6.40   PREPARE FOR BOARD MEETING (0.2);
                                       PARTICIPATE IN BOARD MEETING BY
                                       WEBEX (3.6); PREPARE FOR DUE
                                       DILIGENCE CALL (1.0); SKADDEN DOJ
                                       STRATEGY CALL (1.1); PARTICIPATE IN
                                       WORKING SESSION RE: REGULATORY
                                       ISSUES (0.5).

BRAGG JL          05/28/20      3.30   CONFER WITH J. BUCHOLTZ RE:
                                       RESOLUTION ISSUES (1.2); CONFER WITH
                                       W. MCCONAGHA RE: REGULATORY ISSUES
                                       (0.5); CONFER WITH DAVIS POLK RE:
                                       DISCOVERY ISSUES (0.7); CONFER WITH
                                       P. FITZGERALD RE: DOJ RESOLUTION
                                       ISSUES (0.4); CORRESPOND WITH M.
                                       FLORENCE RE: LEGAL RESEARCH
                                       PERTAINING TO DOJ MATTER (0.5).

BRAGG JL          05/29/20      2.40   PARTICIPATE IN WEEKLY DOJ CALL
                                       (1.0); PARTICIPATE IN CALL WITH R.
                                       ALEALI RE: RESOLUTION ISSUES (0.5);
                                       PARTICIPATE IN CALL WITH M.
                                       KESSELMAN RE: REGULATORY ISSUES
                                       (0.5); CONFER WITH W. RIDGWAY RE:
                                       RESOLUTION ISSUES (0.4).
```

**108.40**

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

FITZGERALD P    05/01/20    4.80    PARTICIPATE IN CALL WITH DOJ, W.
                                    RIDGWAY, AND M. FLORENCE RE:
                                    INVESTIGATION ISSUES (0.7);
                                    PARTICIPATE IN CALL WITH SKADDEN
                                    TEAM AND CO-COUNSEL RE: RESOLUTION
                                    ISSUES (0.6); REVIEW AND ANALYZE
                                    MATERIALS RE: DOJ RESOLUTION ISSUES
                                    (2.4); PARTICIPATE IN CALL WITH J.
                                    BUCHOLTZ RE: STRATEGY AND NEXT STEPS
                                    (0.2); PARTICIPATE IN WEEKLY CALL
                                    WITH SKADDEN TEAM (0.9).

FITZGERALD P    05/02/20    0.40    REVIEW AND ANALYZE DOCUMENTS RE:
                                    RESOLUTION ISSUES (0.4).

FITZGERALD P    05/03/20    0.80    PARTICIPATE IN CALL WITH CO-COUNSEL
                                    AND J. BRAGG RE: DOJ RESOLUTION
                                    ISSUES (0.7); PARTICIPATE IN CALL
                                    WITH J. BRAGG RE: SAME (0.1).

FITZGERALD P    05/04/20    4.80    REVIEW AND ANALYZE MATERIALS RE: DOJ
                                    RESOLUTION ISSUES (1.8); PARTICIPATE
                                    IN CALL WITH SKADDEN TEAM RE:
                                    DOCUMENT PRODUCTION ISSUES (0.6);
                                    PARTICIPATE IN CALL WITH DOJ RE:
                                    INVESTIGATION ISSUES (0.7);
                                    PARTICIPATE IN CALL WITH SKADDEN
                                    TEAM, CLIENT AND CO-COUNSEL RE: DOJ
                                    RESOLUTION ISSUES (1.7).

FITZGERALD P    05/05/20    7.90    REVIEW AND ANALYZE KEY DOCUMENTS RE:
                                    DOJ RESOLUTION ISSUES (3.0);
                                    PARTICIPATE IN CALL WITH W. RIDGWAY
                                    RE: RESOLUTION ISSUES (0.1);
                                    PARTICIPATE IN CALL WITH J. ADAMS,
                                    J. BUCHOLTZ, AND SKADDEN TEAM RE:
                                    DOJ STRATEGY (1.0); PARTICIPATE IN
                                    WEEKLY UPDATE CALL WITH SKADDEN TEAM
                                    (1.0); PARTICIPATE IN CALL WITH M.
                                    KESSELMAN, J. ADAMS, J. BUCHOLTZ,
                                    AND SKADDEN TEAM RE: DOJ STRATEGY
                                    (1.2); PARTICIPATE IN COMMON
                                    INTEREST CALL RE: INVESTIGATION
                                    ISSUES (0.9); PARTICIPATE IN FOLLOW-
                                    UP CALL WITH M. KESSELMAN, J. ADAMS,
                                    J. BUCHOLTZ, AND SKADDEN TEAM RE:
                                    DOJ RESOLUTION STRATEGY (0.5);
                                    PARTICIPATE IN CALL RE: U.S.
                                    ATTORNEYS' OFFICE RE: REQUEST (0.2).

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

FITZGERALD P        05/06/20        3.90    PARTICIPATE IN CALL WITH J. ADAMS
                                            RE: RESOLUTION ISSUES (0.2);
                                            PARTICIPATE IN CALL WITH SKADDEN
                                            TEAM RE: SAME (0.1); PARTICIPATE IN
                                            CALL WITH DOJ RE: INVESTIGATION
                                            ISSUES (0.2); PARTICIPATE IN CALL
                                            WITH J. BUCHOLTZ RE: DOJ RESOLUTION
                                            ISSUES (0.1); REVIEW AND ANALYZE
                                            MATERIALS RE: RESOLUTION ISSUES
                                            (1.0); DRAFT OUTLINE RE: DOJ
                                            STRATEGY AND NEXT STEPS (0.5);
                                            PARTICIPATE IN CALL WITH COMMON
                                            DEFENSE COUNSEL (0.7); PARTICIPATE
                                            IN CALL WITH SKADDEN TEAM AND KING
                                            AND SPALDING RE: DOJ UPDATE (1.0);
                                            PARTICIPATE IN CALL WITH M.
                                            KESSELMAN RE: SAME (0.1).

FITZGERALD P        05/07/20        3.50    PARTICIPATE IN CALL WITH COMMON
                                            DEFENSE COUNSEL RE: RESOLUTION
                                            ISSUES (0.7); PARTICIPATE IN FOLLOW-
                                            UP CALL WITH COMMON DEFENSE COUNSEL
                                            RE: SAME (0.2); REVIEW AND ANALYZE
                                            KEY DOCUMENTS RE: INVESTIGATION
                                            ISSUES (1.0); PARTICIPATE IN CALL
                                            WITH DAVIS POLK RE: DOCUMENT
                                            REQUESTS (0.4); PARTICIPATE IN CALL
                                            WITH SKADDEN TEAM RE: RESOLUTION
                                            ISSUES (1.2).

FITZGERALD P        05/08/20        4.20    PARTICIPATE IN CALL WITH G. LEE RE:
                                            LEGAL RESEARCH (0.6); COORDINATE
                                            WITH COMMON INTEREST COUNSEL RE:
                                            RESOLUTION ISSUES (0.2); PARTICIPATE
                                            IN CALL WITH J. ADAMS RE: DOJ
                                            RESOLUTION ISSUES (0.2); PARTICIPATE
                                            IN WEEKLY SKADDEN CALL (1.4); DRAFT
                                            AND REVISE MATERIALS RE: DOJ
                                            RESOLUTION STRATEGY (1.8).

FITZGERALD P        05/09/20        8.30    REVIEW AND ANALYZE MATERIALS RE: DOJ
                                            RESOLUTION DISCUSSIONS (5.3);
                                            PARTICIPATE IN CALL WITH M.
                                            KESSELMAN, J. BUCHOLTZ, J. ADAMS,
                                            AND SKADDEN TEAM RE: SAME (1.5);
                                            PARTICIPATE IN CALL WITH COMMON
                                            INTEREST COUNSEL, M. KESSELMAN, J.
                                            BUCHOLTZ, J. ADAMS, AND SKADDEN TEAM
                                            RE: RESOLUTION ISSUES (1.1);
                                            PARTICIPATE IN INTERNAL STRATEGY
                                            CALL WITH SKADDEN TEAM RE: SAME
                                            (0.4).

FITZGERALD P        05/10/20        2.70    REVIEW AND ANALYZE MATERIALS RE: DOJ
                                            RESOLUTION STRATEGY (2.7).

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FITZGERALD P | 05/11/20 | 7.00 | REVIEW AND ANALYZE DOCUMENTS RE: DOJ RESOLUTION ISSUES (1.0); REVIEW AND REVISE DOCUMENTS RE: DOJ RESPONSE (1.8); PARTICIPATE IN CALL WITH M. KESSELMAN, J. ADAMS, J. BUCHOLTZ, AND SKADDEN TEAM RE: SAME (0.5); PARTICIPATE IN CALL WITH M. KESSELMAN, J. BUCHOLTZ, AND SKADDEN TEAM RE: SAME (0.5); CALL WITH C. RENDON RE: DOJ INTERVIEW OF WITNESSES (0.3); PARTICIPATE IN CALL WITH M. KESSELMAN, J. ADAMS, J. BUCHOLTZ, AND SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (1.7); PARTICIPATE IN CALL WITH M. KESSELMAN, J. ADAMS, J. BUCHOLTZ, T. GRAULICH, AND SKADDEN TEAM RE: DOJ RESPONSE (1.2). |
| FITZGERALD P | 05/12/20 | 4.60 | REVISE MATERIALS RE: DOJ RESPONSE (1.8); REVIEW AND ANALYZE DOCUMENTS RE: DOJ RESOLUTION ISSUES (1.0); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: RESOLUTION ISSUES (0.4); PARTICIPATE IN FOLLOW-UP CALL WITH COMMON DEFENSE COUNSEL (0.2); PARTICIPATE IN CALL WITH J. BRAGG AND M. FLORENCE RE: RESOLUTION ISSUES (0.2); PARTICIPATE IN WEEKLY PRINCIPALS LITIGATION UPDATE CALL (0.7); PARTICIPATE IN CALL WITH DECHERT AND W. RIDGWAY RE: DOJ REQUEST (0.3). |
| FITZGERALD P | 05/13/20 | 5.60 | PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: RESOLUTION ISSUES (0.2); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.2); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: FOLLOW-UP RESOLUTION ISSUES (0.8); PARTICIPATE IN CALL WITH J. ADAMS RE: RESOLUTION ISSUES (0.4); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: SAME (0.6); PARTICIPATE IN CALL WITH COUNSEL RE: WITNESS PREP ISSUES (0.1); PARTICIPATE IN CALL WITH DECHERT AND W. RIDGWAY RE: COORDINATION OF DOJ STRATEGY (0.4); PARTICIPATE IN CALL IN ADVANCE OF AUDIT COMMITTEE MEETING (0.5); REVIEW AND ANALYZE MATERIALS RE: DOJ RESOLUTION ISSUES (2.4). |

D02B

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

FITZGERALD P        05/14/20        6.40    PARTICIPATE IN CALL WITH M. FLORENCE
                                            RE: RESOLUTION ISSUES (0.3);
                                            PARTICIPATE IN CALL WITH J. BRAGG
                                            RE: SAME (0.2); PARTICIPATE IN CALL
                                            WITH B. BERSHTEYN RE: SAME (0.7);
                                            PARTICIPATE IN CALL WITH DAVIS POLK
                                            AND M. FLORENCE RE: BANKRUPTCY
                                            ISSUES (0.3); PARTICIPATE IN CALL
                                            WITH P. LAFATA OF DECHERT RE: DOJ
                                            REQUESTS (0.2); PARTICIPATE IN CALL
                                            WITH COMMON DEFENSE COUNSEL RE:
                                            RESOLUTION ISSUES (0.5); REVIEW AND
                                            ANALYZE MATERIALS RE: RESOLUTION
                                            ISSUES (2.5); PARTICIPATE IN CALL
                                            WITH M. KESSELMAN, J. ADAMS, J.
                                            BUCHOLTZ, M. FLORENCE, J. BRAGG, AND
                                            W. RIDGWAY RE: DOJ RESOLUTION ISSUES
                                            (1.1); PREPARE INTERNAL PRESENTATION
                                            RE: DOJ STRATEGY AND NEXT STEPS
                                            (0.6).

FITZGERALD P        05/15/20        6.00    PARTICIPATE IN CALL WITH M. FLORENCE
                                            RE: RESOLUTION ISSUES (0.2); CALL
                                            WITH M. KESSELMAN, J. ADAMS, J.
                                            BUCHOLTZ, AND SKADDEN RE: DOJ MATTER
                                            STATUS AND NEXT STEPS (1.0);
                                            PARTICIPATE IN COORDINATION CALL
                                            WITH DAVIS POLK AND SKADDEN TEAM RE:
                                            STRATEGY (0.5); PARTICIPATE IN CALL
                                            WITH COMMON DEFENSE COUNSEL RE:
                                            SUBPOENA RESPONSE (1.0); PARTICIPATE
                                            IN FOLLOW-UP COMMON DEFENSE CALL RE:
                                            SAME (1.8); PARTICIPATE (IN PART) IN
                                            WEEKLY SKADDEN TEAM CALL (0.2);
                                            PARTICIPATE IN CALL WITH J. BUCHOLTZ
                                            RE: RESOLUTION ISSUES (0.2); REVIEW
                                            AND ANALYZE MATERIALS RE: SAME
                                            (1.1).

FITZGERALD P        05/16/20        1.20    PARTICIPATE IN CALL WITH J. ADAMS
                                            RE: RESOLUTION ISSUES (0.2); REVIEW
                                            AND CONDUCT LEGAL ANALYSIS RE:
                                            RESOLUTION ISSUES (1.0).

FITZGERALD P        05/17/20        4.80    PARTICIPATE IN SKADDEN TEAM CALL RE:
                                            BANKRUPTCY ISSUES (0.5); PARTICIPATE
                                            IN CALL WITH M. KESSELMAN, J. ADAMS,
                                            J. BUCHOLTZ, J. MCCLAMMY, C.
                                            OLOWELE, DECHERT, THURBERT DAVIS,
                                            AND C. RICARTE RE: BANKRUPTCY ISSUES
                                            (1.3); PARTICIPATE IN INTERNAL
                                            SKADDEN TEAM CALL RE: BANKRUPTCY
                                            ISSUES (0.5); REVIEW AND ANALYZE
                                            CASE LAW RE: RESOLUTION AND
                                            INVESTIGATION ISSUES (2.0); REVIEW
                                            AND REVISE MATERIALS RE: DOJ
                                            RESOLUTION ISSUES (0.5).

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

FITZGERALD P    05/18/20    7.60    REVISE MATERIALS RE: DOJ RESOLUTION
ISSUES (1.8); PARTICIPATE IN CALL
WITH COMMON DEFENSE COUNSEL RE: SAME
(0.9); PARTICIPATE IN CALL WITH J.
BUCHOLTZ AND SKADDEN TEAM RE: DOJ
STRATEGY AND NEXT STEPS (0.6);
PARTICIPATE IN CALL WITH DOJ, J.
BUCHOLTZ AND SKADDEN TEAM RE:
RESOLUTION ISSUES (0.4); PARTICIPATE
IN FOLLOW-UP CALL WITH J. BUCHOLTZ
AND SKADDEN TEAM RE: DOJ RESOLUTION
STRATEGY (0.6); PARTICIPATE IN CALL
WITH DOJ, J. BUCHOLTZ, AND SKADDEN
TEAM RE: RESOLUTION ISSUES (0.7);
PARTICIPATE IN CALL WITH COMMON
DEFENSE COUNSEL RE: FOLLOW-UP FROM
DOJ CALL (0.4); PARTICIPATE IN
FOLLOW-UP CALL WITH J. BUCHOLTZ AND
SKADDEN TEAM RE: DOJ STRATEGY AND
NEXT STEPS (0.5); REVIEW AND ANALYZE
MATERIALS RE: SAME (0.5);
PARTICIPATE IN CALL WITH M.
KESSELMAN, KING & SPALDING, AND
SKADDEN RE: DOJ MATTER STATUS AND
NEXT STEPS (1.2).

FITZGERALD P    05/19/20    8.30    PARTICIPATE IN CALL WITH SKADDEN
TEAM RE: DOJ STRATEGY AND NEXT STEPS
(1.3); PARTICIPATE IN CALL WITH J.
BUCHOLTZ, P. MEZZINA, M. KESSELMAN,
AND SKADDEN TEAM RE: DOJ RESOLUTION
ISSUES (1.5); PARTICIPATE IN CALL
WITH COMMON DEFENSE COUNSEL RE: SAME
(0.3); PARTICIPATE (IN PART) IN CALL
WITH COMMON DEFENSE COUNSEL AND M.
FLORENCE (0.5); PARTICIPATE IN
WEEKLY PRINCIPALS LITIGATION UPDATE
CALL (0.9); PARTICIPATE IN CALL WITH
M. FLORENCE RE: RESOLUTION ISSUES
(0.4); PARTICIPATE IN CALL WITH
SKADDEN TEAM RE: DOJ STRATEGY AND
NEXT STEPS (0.2); PARTICIPATE IN
COMMON DEFENSE CALL RE: SAME (1.1);
REVIEW AND CONDUCT LEGAL ANALYSIS
RE: VARIOUS RESOLUTION ISSUES (0.9);
REVIEW RELEVANT MATERIALS RE: SAME
(1.2).

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

FITZGERALD P     05/20/20     7.50   REVISE MATERIALS FOR SUBMISSION TO
DOJ (3.3); PARTICIPATE IN CALL WITH
DOJ AND J. BUCHOLTZ RE: DOJ
RESOLUTION ISSUES (0.7); PARTICIPATE
IN FOLLOW-UP CALL WITH J. BUCHOLTZ
RE: SAME (0.5); PARTICIPATE IN CALL
WITH COMMON DEFENSE COUNSEL RE: DOJ
RESOLUTION ISSUES (0.5); PARTICIPATE
IN INTERNAL SKADDEN TEAM CALL RE:
SAME (0.8); PARTICIPATE IN CALL WITH
J. BUCHOLTZ, J. ADAMS, AND SKADDEN
TEAM RE: MATTER STATUS AND NEXT
STEPS (0.9); PARTICIPATE IN CALL
WITH M. FLORENCE RE: DOJ RESOLUTION
ISSUES (0.3); PARTICIPATE IN CALL
WITH COMMON DEFENSE COUNSEL RE:
RESOLUTION ISSUES (0.5).

FITZGERALD P     05/21/20     5.40   PARTICIPATE IN CALL WITH DAVIS POLK
(MCCLAMMY AND OLOWELE), SKADDEN TEAM
RE: DOCUMENT REQUESTS (0.8);
PARTICIPATE IN CALL WITH M.
KESSELMAN, J. ADAMS, J. BUCHOLTZ,
AND SKADDEN TEAM RE: STRATEGY AND
NEXT STEPS(1.0); PARTICIPATE IN
FOLLOW-UP STRATEGY CALL WITH M.
KESSELMAN, J. ADAMS, J. BUCHOLTZ,
AND SKADDEN TEAM (0.7); PARTICIPATE
IN CALL WITH M. KESSELMAN, J. ADAMS,
J. BUCHOLTZ, AND SKADDEN TEAM RE:
MATTER STATUS AND RELATED UPDATES
(0.3); PARTICIPATE IN CALL WITH
COMMON DEFENSE COUNSEL RE:
RESOLUTION ISSUES (0.2); REVIEW,
DISCUSS, AND REVISE SUBMISSION
MATERIALS TO DOJ (2.4).

FITZGERALD P     05/22/20     3.30   PARTICIPATE IN CALL WITH DAVIS POLK
(MCCLAMMY AND OLOWELE), M.
KESSELMAN, J. ADAMS, J. BUCHOLTZ,
AND SKADDEN TEAM RE: DOCUMENT
REQUESTS (0.8); PARTICIPATE IN CALL
WITH J. BUCHOLTZ AND SKADDEN TEAM
RE: DOJ MATTER STATUS AND NEXT STEPS
(0.5); PARTICIPATE IN CALL WITH
COMMON DEFENSE COUNSEL AND SKADDEN
TEAM RE: DOJ RESOLUTION ISSUES
(0.2); EDIT DRAFT RESPONSE RE:
DOCUMENT REQUESTS (0.8); PARTICIPATE
IN COMMON DEFENSE CALL RE: DOJ
ISSUES (1.0).

FITZGERALD P     05/24/20     0.50   PARTICIPATE IN CALL WITH COMMON
DEFENSE COUNSEL RE: RESOLUTION
ISSUES (0.5).

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

FITZGERALD P      05/25/20      0.30    COORDINATE WITH COMMON DEFENSE
                                        COUNSEL RE: DOJ RESOLUTION ISSUES
                                        (0.3).

FITZGERALD P      05/26/20      7.20    PARTICIPATE IN CALL WITH DAVIS POLK
                                        RE: DOCUMENT REQUESTS (0.4);
                                        PARTICIPATE IN CALL WITH SKADDEN
                                        TEAM RE: DOJ MATTER STATUS AND NEXT
                                        STEPS (0.3); PARTICIPATE IN CALL
                                        WITH M. KESSELMAN AND J. ADAMS RE:
                                        RESOLUTION ISSUES (0.3); PARTICIPATE
                                        IN WEEKLY PRINCIPALS LITIGATION
                                        UPDATE CALL (0.9); PARTICIPATE IN
                                        CALL WITH DOJ, M. FLORENCE, AND R.
                                        HOFF RE: RESOLUTION ISSUES (0.2);
                                        REVIEW AND ANALYZE MATERIALS RE: DOJ
                                        RESOLUTION ISSUES (2.0); PREPARE
                                        MATERIALS FOR UPDATE TO THE BOARD
                                        (0.7); PARTICIPATE IN CALL WITH J.
                                        BUCHOLTZ RE: INVESTIGATION ISSUES
                                        (0.4); PARTICIPATE IN CALL WITH
                                        COMMON DEFENSE COUNSEL RE: SAME
                                        (1.0); PARTICIPATE IN CALL WITH
                                        COMMON DEFENSE COUNSEL RE: SAME
                                        (1.0).

FITZGERALD P      05/27/20      6.50    PARTICIPATE IN CALL WITH CLIENT,
                                        KING AND SPALDING, SKADDEN, AND CO-
                                        COUNSEL RE: DOJ RESOLUTION ISSUES
                                        (1.2); PARTICIPATE IN INTERNAL
                                        COORDINATION AND STRATEGY CALL RE:
                                        RESOLUTION ISSUES (1.0); PARTICIPATE
                                        IN CALL WITH J. ADAMS RE: MATTER
                                        UPDATES (0.2); REVIEW AND ANALYZE
                                        MATERIALS RE: DOJ RESOLUTION ISSUES
                                        (0.5); PARTICIPATE IN BOARD MEETING
                                        BY WEBEX (3.6).

FITZGERALD P      05/28/20      5.30    PARTICIPATE IN CALL WITH SKADDEN
                                        TEAM AND KING & SPALDING RE: DOJ
                                        RESOLUTION ISSUES (1.0); PARTICIPATE
                                        IN CALL WITH DAVIS POLK, SKADDEN
                                        TEAM, DECHERT, AND CLIENT RE:
                                        DOCUMENT PRODUCTION ISSUES (0.5);
                                        PARTICIPATE IN CALL WITH M. FLORENCE
                                        RE: DOJ RESOLUTION ISSUES (0.2);
                                        PARTICIPATE IN CALL WITH J. BRAGG
                                        RE: DOJ RESOLUTION ISSUES (0.4);
                                        REVIEW AND ANALYZE DRAFT MATERIALS
                                        RE: DOJ STRATEGY AND NEXT STEPS
                                        (2.5); PARTICIPATE IN CALL WITH R.
                                        HOFF, C. RICARTE, J. ADAMS, AND M.
                                        FLORENCE RE: DOCUMENT REQUESTS AND
                                        PRODUCTION (0.7).

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FITZGERALD P | 05/29/20 | 4.40 | PARTICIPATE IN CALL WITH M. FLORENCE AND COMMON DEFENSE COUNSEL RE: DOCUMENT PRODUCTION ISSUES (0.5); PARTICIPATE IN CALL WITH M. FLORENCE RE: DOCUMENT PRODUCTION ISSUES (0.1); PARTICIPATE IN CALL WITH DOJ, M. FLORENCE, AND R. HOFF RE: DOJ RESOLUTION ISSUES (0.2); PARTICIPATE (IN PART) IN WEEKLY SKADDEN CALL (0.9); PARTICIPATE IN CALL WITH DAVIS POLK, DECHERT, AND SKADDEN TEAM RE: BANKRUPTCY ISSUES (0.6); EDIT DRAFT MATERIALS RE: DOJ RESOLUTION ISSUES (0.8); REVIEW AND ANALYZE MATERIALS RE: SAME (0.6); PARTICIPATE IN CALL WITH J. BUCHOLTZ RE: DOJ MATTER STATUS AND NEXT STEPS (0.7). |
| FITZGERALD P | 05/30/20 | 0.70 | REVIEW AND ANALYZE MATERIALS RE: DOJ RESOLUTION ISSUES (0.7). |
| FITZGERALD P | 05/31/20 | 0.20 | REVIEW AND ANALYZE MATERIALS RE: DOJ RESOLUTION ISSUES (0.2). |
| | | **134.10** | |
| FLORENCE MP | 05/01/20 | 5.80 | PREPARE FOR JOINT DEFENSE MEETING (2.5); PARTICIPATE IN JOINT DEFENSE MEETING RE: DOJ PRODUCTIONS (0.7); PARTICIPATE IN WEEKLY SKADDEN TEAM CALL RE: STRATEGY (1.0); PREPARE FOR CALL WITH U.S. ATTORNEYS' OFFICE (0.4); PARTICIPATE IN CALL WITH U.S. ATTORNEYS' OFFICE RE: DOCUMENT REQUESTS (0.5); PARTICIPATE IN JOINT DEFENSE CALL RE: DOJ REQUESTS (0.7). |
| FLORENCE MP | 05/04/20 | 10.30 | PREPARE FOR DOJ CALL (.2); PARTICIPATE IN CALL WITH DOJ (0.5); CONFER WITH SKADDEN TEAM, J. BUCHOLTZ, AND CLIENT RE: SAME (1.7); REVIEW FOLLOW-UP MATERIALS RE: DOJ RESOLUTION ISSUES (0.6); REVIEW AND ANALYZE MATERIALS RE: DOCUMENT PRODUCTION (3.3); PARTICIPATE IN WEEKLY DISCOVERY CALL WITH CLIENT AND CO-COUNSEL (0.5); PARTICIPATE IN JOINT DEFENSE CALL RE: DOJ PRODUCTION (2.0); PARTICIPATE IN INTERNAL STRATEGY CALL RE: DOJ RESOLUTION ISSUES (0.5); REVIEW AND ANALYZE LEGAL RESEARCH RE: DOJ MATTER (1.0). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 05/05/20 | 11.60 | PREPARE FOR JOINT DEFENSE CALL (.2) PARTICIPATE IN JOINT DEFENSE CALL (1.0); PARTICIPATE IN CALL WITH M. KESSELMAN, J. ADAMS, J. BUCHOLTZ, AND SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (0.5); PARTICIPATE IN CALL WITH U.S. ATTORNEYS' OFFICE, J. BRAGG, J. MCCLAMMY, AND P. FITZGERALD RE: INVESTIGATION ISSUES (0.4); REVIEW AND ANALYZE MATERIALS RE: DOCUMENT REQUESTS (0.6); PARTICIPATE IN WEEKLY STRATEGY CALL WITH CLIENT AND CO-COUNSEL (1.0); PREPARE FOR CALL WITH PARTICIPATE IN CALL WITH J. ADAMS, J. BUCHOLTZ, AND SKADDEN TEAM RE: DOJ STRATEGY (1.5); PARTICIPATE IN CALL WITH J. ADAMS, J. BUCHOLTZ, AND SKADDEN TEAM RE: SAME (1.0); CONFER WITH CLIENT AND CO-COUNSEL RE: PRODUCTION REQUESTS (0.8); REVIEW DOCUMENTS FOR DOJ PRODUCTION (3.6); PARTICIPATE IN JOINT DEFENSE MEETING RE: SAME (1.0). |
| FLORENCE MP | 05/06/20 | 4.80 | CONFER WITH R. HOFF RE: DOJ PRODUCTION REQUESTS (1.0); REVIEW AND FINALIZE DOCUMENTS FOR DOJ PRODUCTION (1.3); PARTICIPATE IN CALL WITH DOJ RE: DISCOVERY REQUESTS (0.5); CONFER INTERNALLY RE: SAME (0.5); PARTICIPATE IN CALL WITH SKADDEN TEAM AND J. BUCHOLTZ RE: DOJ MATTER STRATEGY (1.5). |
| FLORENCE MP | 05/07/20 | 7.40 | CONFER WITH R. HOFF RE: DOJ DOCUMENT REQUESTS (0.5); REVIEW AND COMMENT ON MATERIALS FOR DOJ PRODUCTION (0.9); PREPARE FOR JOINT DEFENSE CALL RE: DOJ MATTER STATUS (0.8); PARTICIPATE IN JOINT DEFENSE CALL RE: DOJ MATTER STATUS (0.7); PARTICIPATE IN CALL WITH J. BRAGG RE: AUDIT (0.6); REVIEW AND EDIT MATERIALS RE: AUDIT (1.4); PREPARE FOR AND PARTICIPATE IN CALL WITH J. ADAMS, J. BUCHOLTZ, AND SKADDEN TEAM RE: DOJ MATTER STRATEGY (1.5); PARTICIPATE IN INTERNAL STRATEGY CALL RE: SAME (0.5); CONFER WITH CO-COUNSEL RE: BANKRUPTCY DOCUMENT REQUESTS (0.5). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
FLORENCE MP      05/08/20     7.50   PREPARE REVISIONS TO AUDIT LETTER
                                     RESPONSE (1.5); REVIEW FINAL
                                     DOCUMENTS FOR PRODUCTION TO DOJ
                                     (1.8); PREPARE FOR CALL RE: MATTER
                                     STATUS AND STRATEGY (0.2);
                                     PARTICIPATE IN CALL WITH J. BRAGG
                                     AND J. BENTIVOGLIO RE: MATTER STATUS
                                     AND STRATEGY (0.5); CONFER WITH
                                     SKADDEN TEAM AND J. BUCHOLTZ RE: DOJ
                                     MATTER STATUS (1.6); PREPARE
                                     MATERIALS RE: DOJ MATTER STATUS
                                     (1.9).

FLORENCE MP      05/09/20     5.30   PARTICIPATE IN CALL WITH CLIENT,
                                     SKADDEN TEAM, AND J. BUCHOLTZ RE:
                                     DOJ MATTER (1.5); PARTICIPATE IN
                                     JOINT DEFENSE CALL RE: SAME (1.0);
                                     PARTICIPATE IN INTERNAL CALL RE:
                                     FOLLOW UP TO SAME (0.5); PREPARE
                                     REVISIONS TO MATERIALS RE: DOJ
                                     MATTER STATUS (2.3).

FLORENCE MP      05/10/20     1.80   PREPARE REVISIONS TO MATERIALS RE:
                                     DOJ MATTER STATUS (1.4); REVISE
                                     LITIGATION FOOTNOTE (0.4).

FLORENCE MP      05/11/20    12.50   PARTICIPATE IN WEEKLY DISCOVERY CALL
                                     (0.5); REVIEW DOCUMENTS FOR
                                     PRODUCTION TO DOJ (0.3); REVISE
                                     MATERIALS RE: DOJ MATTER STATUS
                                     (3.5); REVISE AND FINALIZE
                                     LITIGATION FOOTNOTE (1.3);
                                     PARTICIPATE IN JOINT DEFENSE MEETING
                                     RE: UPCOMING DOJ PRODUCTION (2.5);
                                     PARTICIPATE IN CALLS WITH CLIENT,
                                     SKADDEN TEAM, AND J. BUCHOLTZ RE:
                                     DOJ STRATEGY (4.4).

FLORENCE MP      05/12/20     7.50   PARTICIPATE IN WEEKLY STRATEGY CALL
                                     WITH CLIENT AND CO-COUNSEL (0.9);
                                     CORRESPOND WITH SKADDEN TEAM RE:
                                     SAME (0.6); PREPARE REVISIONS TO
                                     MATERIALS RE: DOJ MATTER STATUS
                                     (4.0); REVIEW DOCUMENTS FOR
                                     PRODUCTION TO DOJ (1.1); CONFER WITH
                                     R. HOFF, C. RICARTE, AND P. LAFATA
                                     RE: DISCOVERY COORDINATION (0.9).
```

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 05/13/20 | 9.70 | CONFER WITH J. BRAGG RE: DOJ RESOLUTION ISSUES (0.7); PARTICIPATE IN JOINT DEFENSE CALL RE: DOJ MATTER STATUS (0.5); CONFER WITH CO-COUNSEL RE: BANKRUPTCY ISSUES (0.6); REVIEW MATERIALS FOR UPCOMING DOJ PRODUCTION (6.1); CONFER WITH CLIENT AND CO-COUNSEL RE: DOJ MATTER STATUS (0.8); PREPARE FOR CALL WITH DOJ RE: STATUS OF DOCUMENT PRODUCTIONS (0.5) PARTICIPATE IN CALL WITH DOJ RE: STATUS OF DOCUMENT PRODUCTIONS (0.5). |
| FLORENCE MP | 05/14/20 | 5.00 | PREPARE FOR CALL WITH CO-COUNSEL RE: BANKRUPTCY ISSUES AND DOJ DISCOVERY REQUESTS (0.5); PARTICIPATE IN  CALL WITH DAVIS POLK RE: BANKRUPTCY AND DOJ DISCOVERY REQUESTS (0.5); CONFER WITH SKADDEN TEAM RE: SAME (0.4); REVIEW AND ANALYZE UPCOMING DOJ PRODUCTION (2.3); CONFER WITH CLIENT, J. BUCHOLTZ, AND SKADDEN TEAM RE: DOJ MATTER STATUS (1.3). |
| FLORENCE MP | 05/15/20 | 5.80 | REVIEW DOCUMENTS FOR PRODUCTION (1.0); COORDINATE WITH SKADDEN TEAM RE: SAME (0.2); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: MATTER STRATEGY AND NEXT STEPS (0.7); PARTICIPATE IN CALL WITH J. BRAGG RE: DISCOVERY REQUESTS (1.2); PREPARE FOR AND PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ MATTER STATUS (1.7); PARTICIPATE IN CALLS WITH CO-COUNSEL RE: BANKRUPTCY DISCOVERY REQUESTS AND MONITOR (1.0). |
| FLORENCE MP | 05/16/20 | 0.40 | CORRESPOND WITH R. HOFF AND SKADDEN TEAM RE: MATERIALS FOR PRODUCTIONS (0.4). |
| FLORENCE MP | 05/17/20 | 3.50 | PREPARE FOR CALL WITH CLIENT AND CO-COUNSEL RE: BANKRUPTCY ISSUES AND DISCOVERY REQUESTS (0.3); PARTICIPATE IN CALL WITH CLIENT AND CO-COUNSEL RE: BANKRUPTCY ISSUES AND DISCOVERY REQUESTS (1.0); CONFER WITH SKADDEN TEAM AND R. HOFF RE: SAME (1.2); CORRESPOND WITH SKADDEN TEAM RE: DOJ MATTER STATUS (1.0). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 05/18/20 | 8.50 | PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ MATTER STATUS (1.4); CONFER WITH KING AND SPALDING AND SKADDEN TEAMS RE: SAME (0.6); PARTICIPATE IN WEEKLY DISCOVERY CALL (0.5); CONFER WITH R. HOFF RE: SAME (0.5); COORDINATE DOJ PRODUCTION (0.3); PREPARE FOR CALL RE: DOJ RESOLUTION ISSUES (1.0); PARTICIPATE IN CALL WITH J. BUCHOLTZ, SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (0.7); CONFER WITH SKADDEN TEAM RE: SAME (0.5); CONFER WITH CLIENT, SKADDEN, AND KING AND SPALDING TEAMS RE: SAME (1.3); CONFER WITH CO-COUNSEL RE: BANKRUPTCY ISSUES AND DISCOVERY REQUESTS (0.9); CONFER INTERNALLY RE: SAME (0.8). |
| FLORENCE MP | 05/19/20 | 8.80 | PARTICIPATE IN WEEKLY STRATEGY CALL WITH CLIENT AND CO-COUNSEL (1.0); CONFER WITH J. BRAGG RE: DOJ RESOLUTION ISSUES (0.6); PARTICIPATE IN CALL WITH CLIENT RE: DOJ MATTER STATUS (0.9); CONFER WITH SKADDEN TEAM IN PREPARATION FOR SAME (1.3); PREPARE FOR CALL WITH SKADDEN TEAM AND CO-COUNSEL RE: DOJ MATTER STRATEGY (1.0); PARTICIPATE IN CALL WITH M. KESSELMAN, J. BUCHOLTZ, P. FITZGERALD, M. FLORENCE, AND W. RIDGWAY RE: SAME (1.5); PREPARE MATERIALS RE: DOJ MATTER STATUS (2.5). |
| FLORENCE MP | 05/20/20 | 7.40 | CONFER WITH U.S. ATTORNEYS' OFFICE RE: DOJ DOCUMENT REQUESTS (0.3); CONFER WITH R. HOFF RE: DOJ PRODUCTIONS (0.4); REVISE MATERIALS RE: RESPONSE TO DOJ (2.4); REVISE MATERIALS RE: DOJ MATTER STATUS (1.9); PARTICIPATE IN CALL WITH KING AND SPALDING AND SKADDEN TEAMS RE: DOJ MATTER STATUS (1.0); CONFER WITH SKADDEN TEAM RE: SAME (0.5); PARTICIPATE IN CALL WITH CLIENT, SKADDEN, AND KING AND SPALDING RE: DOJ MATTER STATUS (0.9). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 05/21/20 | 7.20 | PARTICIPATE IN JOINT DEFENSE CALL RE: DOJ PRODUCTION REQUESTS (0.7); CONFER WITH U.S. ATTORNEYS' OFFICE RE: SAME (0.2); CONFER WITH P. FITZGERALD RE: SAME (0.2); PARTICIPATE IN CALL WITH CO-COUNSEL RE: BANKRUPTCY DISCOVERY REQUESTS (1.0); CONDUCT REVIEW OF MATERIALS RE: SAME (0.5); REVIEW AND EDIT DRAFT MATERIALS RE: DOJ RESOLUTION ISSUES (2.0); PARTICIPATE IN CALLS WITH CLIENT, SKADDEN AND KING AN SPALDING RE: SAME (2.6). |
| FLORENCE MP | 05/22/20 | 4.20 | PARTICIPATE IN CALL WITH R. HOFF AND DAVIS POLK RE: DOCUMENT REVIEW PROCESS (0.6); REVIEW MATERIALS IN PREPARATION FOR CALL RE: DISCOVERY REQUESTS (0.8); PARTICIPATE IN CALL WITH M. KESSELMAN, J. ADAMS, P. FITZGERALD, W. RIDGWAY, AND M. FLORENCE RE: DOJ RESOLUTION ISSUES (0.4); CONFER INTERNALLY RE: SAME (0.8); CONFER WITH SKADDEN TEAM AND J. BUCHOLTZ RE: DOJ MATTER STATUS (0.6); PARTICIPATE IN JOINT DEFENSE CALL RE: DOJ MATTER STATUS (1.0). |
| FLORENCE MP | 05/26/20 | 7.00 | PARTICIPATE IN WEEKLY STRATEGY CALL WITH CLIENT AND CO-COUNSEL (0.8); CONFER WITH SKADDEN TEAM RE: DOJ STRATEGY (0.5); CONFER WITH CO-COUNSEL RE: DOCUMENT REQUESTS (0.5); PARTICIPATE IN WEEKLY DISCOVERY CALL (0.5); CONFER WITH R. HOFF RE: FOLLOW UP FROM SAME (0.5); REVIEW DOCUMENTS FOR DOJ PRODUCTION (1.4); PARTICIPATE IN CALL WITH DOJ RE: DOCUMENT REQUESTS (0.4); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.2); PREPARE FOR JOINT DEFENSE CALLS RE: DOJ MATTER (0.7); PARTICIPATE IN CALL WITH J. MCCLAMMY, J. BRAGG, AND P. FITZGERALD RE: DISCOVERY REQUESTS (0.5); PARTICIPATE IN CALL WITH CLIENT COUNSEL RE: DOJ RESOLUTION ISSUES (1.0). |
| FLORENCE MP | 05/27/20 | 8.50 | REVIEW AND ANALYZE MATERIALS FOR DOJ PRODUCTION (2.4); CONFER WITH DOJ AND R. HOFF RE: PRODUCTION REQUESTS (0.5); PARTICIPATE IN PURDUE BOARD MEETING (3.5); PARTICIPATE IN INTERNAL STRATEGY CALL RE: DOJ RESOLUTION ISSUES AND NEXT STEPS 1.0); PARTICIPATE IN CALL WITH CLIENT AND CO-COUNSEL RE: DOJ RESOLUTION ISSUES (1.1). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 05/28/20 | 5.40 | CONFER WITH R. HOFF RE: DOJ DISCOVERY REQUESTS (0.9); CORRESPOND INTERNALLY AND WITH CO-COUNSEL RE: SAME (1.0); CONFER WITH KING AND SPALDING AND SKADDEN TEAMS RE: DOJ STRATEGY (1.0); CONFER WITH P. FITZGERALD RE: SAME (0.4); REVIEW MATERIALS RE: DOJ RESOLUTION ISSUES (0.8); PARTICIPATE IN CALL WITH CLIENT, R. HOFF, AND P. FITZGERALD RE: PRIVILEGE REVIEW (0.8); CONFER WITH CLIENT AND CO-COUNSEL RE: BANKRUPTCY DISCOVERY REQUESTS (0.5). |
| FLORENCE MP | 05/29/20 | 6.70 | PARTICIPATE IN WEEKLY INTERNAL STRATEGY CALL (0.9); REVIEW MATERIALS RE: DOJ MATTER STATUS (1.0); CONFER WITH U.S. ATTORNEYS' OFFICE RE: DOJ DISCOVERY REQUESTS (0.3); CONFER WITH R. HOFF RE: SAME (0.2); PARTICIPATE IN CALL WITH P. FITZGERALD AND COMMON DEFENSE COUNSEL RE: DOCUMENT PRODUCTION ISSUES (0.5); PARTICIPATE IN CALL WITH P. FITZGERALD RE: SAME (0.1); PREPARE FOR CALL WITH DOJ RE: RESOLUTION ISSUES (1.3); PARTICIPATE IN CALL WITH DOJ, P. FITZGERALD, AND R. HOFF RE: DOJ RESOLUTION ISSUES (0.2); PARTICIPATE IN CALL WITH DAVIS POLK, DECHERT, AND SKADDEN TEAM RE: BANKRUPTCY ISSUES (0.6); CONFER WITH R. HOFF IN RE: SAME (0.8); PREPARE FOR CALL RE: BANKRUPTCY ISSUES (0.2) PARTICIPATE IN CALL WITH CLIENT AND CO-COUNSEL RE: ISSUES (0.6). |
| FLORENCE MP | 05/30/20 | 0.50 | CORRESPOND WITH JOINT DEFENSE COUNSEL RE: DOJ REQUESTS (0.5). |
| | | **163.10** | |
| RIDGWAY W | 05/01/20 | 3.70 | ANALYZE AND REVIEW FACTUAL FINDINGS RE: DOJ INVESTIGATION (1.4); CONFER WITH DEBEVOISE RE: STRATEGY (0.6); CONFER WITH U.S. ATTORNEYS' OFFICE RE: DISCOVERY ISSUES (0.7); CONFER WITH SKADDEN TEAM RE: STRATEGY FOR DOJ (1.0). |

D02B

| | | | |
|---|---|---|---|
| RIDGWAY W | 05/04/20 | 5.30 | CONFER WITH SKADDEN TEAM RE: STRATEGY (0.9); REVIEW AND ANALYZE FACTUAL DEVELOPMENTS RE: DOJ MATTER (1.2); CONFER WITH DOJ RE: RESOLUTION ISSUES (0.7); CONFER WITH CLIENT RE: FOLLOW-UP FROM CALL AND RESOLUTION ISSUES (1.5); CONFER WITH SKADDEN TEAM RE: DOJ STRATEGY (0.5); CORRESPOND INTERNALLY RE: DOJ RESOLUTION ISSUES (0.5). |
| RIDGWAY W | 05/05/20 | 6.00 | CONFER WITH SKADDEN TEAM AND J. ADAMS RE: DOJ STRATEGY (1.1); CONFER WITH SKADDEN TEAM RE: DOJ STRATEGY (1.2); REVIEW AND ANALYZE MATERIALS RE: U.S. ATTORNEYS' OFFICE REQUEST (0.3); REVIEW AND ANALYZE FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (0.4); CONFER WITH SKADDEN TEAM AND CLIENT RE: DOJ STRATEGY (1.4); CONFER WITH CLIENT, SKADDEN, DEBEVOISE, AND CO-COUNSEL RE: STRATEGY AND NEXT STEPS (1.0); PARTICIPATE IN CALL WITH SKADDEN TEAM, J. BUCHOLTZ, AND CLIENT RE: DOJ RESOLUTION ISSUES AND NEXT STEPS (0.6). |
| RIDGWAY W | 05/06/20 | 4.10 | CONFER INTERNALLY RE: DOJ REQUESTS (0.3); CONFER WITH M. FLORENCE RE: DISCOVERY STRATEGY (0.5); REVIEW AND ANALYZE FACTUAL FINDINGS RE: DOJ INVESTIGATION (1.2); ANALYZE MATERIALS RE: DOJ RESOLUTION ISSUES (0.6); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (1.5). |
| RIDGWAY W | 05/07/20 | 4.80 | CONFER WITH SKADDEN TEAM RE: STRATEGY AND NEXT STEPS (1.2); CONFER WITH DEBEVOISE RE: DOJ RESOLUTION ISSUES (0.6); CONFER WITH M. FLORENCE RE: MATTER STATUS AND NEXT STEPS (0.3); REVIEW FACTUAL FINDINGS RE: DOJ INVESTIGATION (1.8); CORRESPOND WITH SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (0.9). |
| RIDGWAY W | 05/08/20 | 4.50 | REVIEW MATERIALS RE: AUDIT (0.5); CONFER WITH SKADDEN TEAM AND J. BUCHOLTZ RE: MATTER STRATEGY AND NEXT STEPS (1.5); CONFER WITH SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (1.0);  REVIEW AND REVISE MATERIALS RE: DOJ RESOLUTION ISSUES (0.8); REVIEW FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (0.7). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

RIDGWAY W          05/09/20      5.00    REVISE MATERIALS RE: DOJ RESOLUTION
                                         ISSUES (0.5); PARTICIPATE IN CALL
                                         WITH SKADDEN TEAM, J. BUCHOLTZ, AND
                                         CLIENT RE: STRATEGY AND NEXT STEPS
                                         (1.5); CONFER WITH CO-COUNSEL RE:
                                         SAME (2.0); CONFER WITH SKADDEN TEAM
                                         RE: DOJ RESOLUTION ISSUES (1.0).

RIDGWAY W          05/10/20      2.70    ANALYZE FACT ISSUES IDENTIFIED IN
                                         DOJ INVESTIGATION (2.1); CONFER WITH
                                         SKADDEN TEAM RE: DOJ RESOLUTION
                                         ISSUES (0.6).

RIDGWAY W          05/11/20      5.70    CONFER WITH SKADDEN TEAM RE: DOJ
                                         RESOLUTION ISSUES (0.5); CONFER WITH
                                         SKADDEN TEAM RE: U.S. ATTORNEYS'
                                         OFFICE REQUEST (0.5); REVIEW
                                         INFORMATION RE: FACTUAL ISSUES
                                         IDENTIFIED IN DOJ INVESTIGATION
                                         (1.3); PARTICIPATE IN CALL WITH M.
                                         KESSELMAN, J. ADAMS, J. BUCHOLTZ,
                                         AND SKADDEN TEAM RE: SAME (0.5);
                                         PARTICIPATE IN CALL WITH M.
                                         KESSELMAN, J. BUCHOLTZ, AND SKADDEN
                                         TEAM RE: SAME (0.5); PARTICIPATE IN
                                         CALL WITH M. KESSELMAN, J. ADAMS, J.
                                         BUCHOLTZ, T. GRAULICH, AND SKADDEN
                                         TEAM RE: DOJ RESPONSE (1.2);
                                         PARTICIPATE IN CALL WITH DAVIS POLK,
                                         CLIENT, SKADDEN, AND J. BUCHOLTZ RE:
                                         DOJ RESOLUTION ISSUES AND BANKRUPTCY
                                         ISSUES (1.2).

RIDGWAY W          05/12/20      2.10    CONFER INTERNALLY RE: EMPLOYEE
                                         INTERVIEW (0.5); REVISE AND REVIEW
                                         RESPONSE TO DOJ (1.1); REVIEW
                                         MATERIALS RE: RESOLUTION ISSUES
                                         (0.8); ANALYZE FACT ISSUES
                                         IDENTIFIED IN DOJ INVESTIGATION
                                         (0.5).

RIDGWAY W          05/13/20      4.10    CONFER WITH PAUL WEISS RE: STRATEGY
                                         (0.7); CONFER WITH DECHERT RE: DOJ
                                         RESOLUTION ISSUES (0.6); REVIEW
                                         MATERIALS RE: SAME (0.8); CONFER
                                         WITH SKADDEN TEAM RE: DOJ STRATEGY
                                         (0.5); REVIEW FACT ISSUES IDENTIFIED
                                         IN DOJ INVESTIGATION (1.0); CONFER
                                         WITH U.S. ATTORNEYS' OFFICE RE:
                                         INVESTIGATION ISSUES (0.5).

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
RIDGWAY W          05/14/20      4.50   ANALYZE LEGAL ISSUES RE: POTENTIAL
                                        DOJ RESOLUTION (0.5); CONFER WITH P.
                                        LAFATA RE: EMPLOYEE INTERVIEWS
                                        (0.5); CONFER WITH P. FITZGERALD RE:
                                        RESPONSE TO U.S. ATTORNEYS' OFFICE
                                        (0.4); PREPARE FOR MEETING WITH PAUL
                                        WEISS AND DEBEVOISE RE: RESOLUTION
                                        ISSUES (0.8); CONFER WITH SKADDEN
                                        TEAM, J. BUCHOLTZ, AND CLIENT RE:
                                        DOJ STRATEGY AND RESOLUTION ISSUES
                                        (1.6); DRAFT CORRESPONDENCE TO U.S.
                                        ATTORNEYS' OFFICE RE: SAME (0.7).

RIDGWAY W          05/15/20      6.70   PREPARE FOR PRESENTATION RE:
                                        RESOLUTION ISSUES (1.3); PARTICIPATE
                                        IN CONFERENCE CALL WITH PAUL WEISS
                                        AND DEBEVOISE RE: SAME (1.6); CONFER
                                        WITH CLIENT RE: MONITOR FINDINGS
                                        (0.5); CONFER WITH SKADDEN TEAM RE:
                                        FOLLOW UP WITH DOJ (0.5); PREPARE
                                        SUMMARY EMAIL RE: RESPONSE TO U.S.
                                        ATTORNEYS' OFFICE (1.2); REVIEW
                                        MATERIALS RE: DOJ RESOLUTION ISSUES
                                        (0.5); CONFER WITH DAVIS POLK RE:
                                        BANKRUPTCY DISCOVERY ISSUES (0.5);
                                        ANALYZE PRIVILEGE ISSUES RE:
                                        BANKRUPTCY DISPUTE (0.6).

RIDGWAY W          05/16/20      1.60   REVISE COMMUNICATION TO U.S.
                                        ATTORNEYS' OFFICE (0.5); CONFER WITH
                                        SKADDEN TEAM RE: SELECTIVE WAIVER
                                        (0.4); ANALYZE CASE LAW RE:
                                        PRIVILEGE ISSUES (0.7).

RIDGWAY W          05/17/20      3.90   REVIEW RESEARCH PRIVILEGE ISSUES
                                        (0.7); PREPARE FOR CALL RE:
                                        BANKRUPTCY ISSUES (0.5); CALL WITH
                                        SKADDEN, DAVIS POLK, DECHERT, AND
                                        CLIENT RE: BANKRUPTCY DISCOVERY
                                        ISSUES (1.0); CONFER WITH SKADDEN
                                        TEAM RE: NEXT STEPS AND RESEARCH
                                        (0.5); CONFER WITH S. PAULSON RE:
                                        PRIVILEGE RESEARCH (0.2); CONFER
                                        WITH G. LEE RE: RESEARCH INTO
                                        INVESTIGATION ISSUES (0.3); REVIEW
                                        INITIAL FINDINGS RE: SAME (0.4);
                                        REVISE DRAFT COMMUNICATION TO U.S.
                                        ATTORNEYS' OFFICE (0.3).
```

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

RIDGWAY W        05/18/20      8.40    CONFER WITH DEBEVOISE RE: BANKRUPTCY
                                       ISSUES (0.7); PARTICIPATE IN CALL
                                       WITH SKADDEN TEAM RE: SAME (0.8);
                                       CONFER WITH C. HOUSTON RE: FACTUAL
                                       ISSUES IDENTIFIED IN DOJ
                                       INVESTIGATION (0.2); CONFER WITH
                                       CLIENT RE: DOJ RESOLUTION ISSUES
                                       (1.5); CONFER WITH DOJ RE: DOJ
                                       RESOLUTION ISSUES (0.5); PARTICIPATE
                                       IN CALL WITH SKADDEN TEAM RE: DOJ
                                       MATTER STRATEGY AND NEXT STEPS
                                       (1.0); CONFER WITH U.S. ATTORNEY'
                                       OFFICE RE: INVESTIGATION ISSUES
                                       (0.8); ANALYZE FOLLOW-UP MATERIALS
                                       RE: U.S. ATTORNEYS' OFFICE REQUEST
                                       (0.7); CONDUCT LEGAL ANALYSIS RE:
                                       PRIVILEGE ISSUES (0.5); CONFER WITH
                                       SKADDEN TEAM RE: BANKRUPTCY ISSUES
                                       AND RELATED STRATEGY (0.2); REVISE
                                       MATERIALS RE: DOJ RESOLUTION ISSUES
                                       (1.5).

RIDGWAY W        05/19/20      11.70   DRAFT RESPONSE MATERIALS TO U.S.
                                       ATTORNEYS' OFFICE REQUEST (0.7);
                                       ANALYZE PRIVILEGE ISSUES RE:
                                       BANKRUPTCY MATTER (0.7); CONFER WITH
                                       SKADDEN TEAM RE: DOJ STRATEGY AND
                                       NEXT STEPS (1.5); CONFER WITH
                                       SKADDEN TEAM, J. BUCHOLTZ, AND
                                       CLIENT RE: DOJ MATTER STATUS AND
                                       STRATEGY (1.5); CONFER WITH U.S.
                                       ATTORNEYS' OFFICE RE: REQUESTS
                                       (0.4); DRAFT MATERIALS RE: DOJ
                                       RESOLUTION ISSUES (5.5); CONFER WITH
                                       PAUL WEISS AND DEBEVOISE RE: DOJ
                                       STRATEGY (1.1); ANALYZE DOCUMENTS
                                       RE: RESOLUTION ISSUES (0.3).

RIDGWAY W        05/20/20      6.30    REVIEW PRIVILEGE ISSUES (0.5);
                                       CONFER WITH SKADDEN RE: RESOLUTION
                                       ISSUES (0.8); CONFER WITH SKADDEN
                                       TEAM AND J. BUCHOLTZ RE: PREP FOR
                                       CALL WITH DOJ (1.1); CALL WITH P.
                                       FITZGERALD RE: STRATEGY FOR DOJ CALL
                                       (0.2); REVIEW AND REVISE DRAFT
                                       MATERIALS RE: RESOLUTION ISSUES
                                       (1.8); CONFER WITH SKADDEN, KING AND
                                       SPALDING, AND J. BUCHOLTZ RE:
                                       SETTLEMENT STRATEGY (1.1); REVIEW
                                       RESEARCH RE: DOJ ISSUES (0.8).

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
RIDGWAY W          05/21/20     6.50   REVIEW AND REVISE MATERIALS RE: DOJ
                                       RESOLUTION ISSUES (2.3); CONFER WITH
                                       SKADDEN AND KING AND SPALDING RE:
                                       REVISIONS TO RESOLUTION MATERIALS
                                       (1.0); CONFER WITH CLIENT RE: DOJ
                                       STRATEGY (1.9); CONFER WITH DAVIS
                                       POLK RE: PRIVILEGE AND DISCOVERY
                                       ISSUES (0.8); CONFER WITH SKADDEN
                                       TEAM RE: RESOLUTION MATERIALS (0.5).

RIDGWAY W          05/22/20     4.40   CALL WITH CLIENT AND DAVIS POLK RE:
                                       DISCOVERY ISSUES IN BANKRUPTCY
                                       (1.3); CONFER WITH SKADDEN AND J.
                                       BUCHOLTZ RE: DOJ STATUS (1.0);
                                       CONFER WITH COMMON DEFENSE COUNSEL
                                       RE: POTENTIAL DOJ WITNESS (0.4);
                                       REVIEW RESEARCH RE: RESOLUTION ISSUE
                                       (0.5); PARTICIPATE IN CONFERENCE
                                       CALL WITH SKADDEN AND PAUL WEISS RE:
                                       DOJ RESOLUTION MATERIALS (1.0);
                                       REVIEW NOTES FROM CALL WITH PAUL
                                       WEISS (0.2).

RIDGWAY W          05/24/20     0.30   CORRESPOND INTERNALLY RE: RESOLUTION
                                       ISSUES (0.3).

RIDGWAY W          05/25/20     0.70   REVIEW DOCUMENTS FROM DOJ RE:
                                       RESOLUTION ISSUES (0.7).

RIDGWAY W          05/26/20     6.70   REVIEW DOCUMENTS RE: RESOLUTION
                                       ISSUES (2.3); CONFER WITH SKADDEN
                                       TEAM RE: RESEARCH ISSUES FOR DOJ
                                       (0.4); CONFER WITH P. FITZGERALD RE:
                                       STRATEGY FOR CALL WITH DEBEVOISE
                                       (0.3); REVIEW DOCUMENTS FROM DOJ RE:
                                       RESOLUTION ISSUES (1.7); CONFER WITH
                                       DEBEVOISE RE: RESOLUTION ISSUES
                                       (1.0); CONFER WITH SKADDEN, PAUL
                                       WEISS, DEBEVOISE, AND CLIENT RE: DOJ
                                       STRATEGY (1.0).

RIDGWAY W          05/27/20     6.10   REVIEW RESEARCH RE: RESOLUTION
                                       ISSUES (1.2); CONFER WITH SKADDEN
                                       TEAM RE: STRATEGY (1.0); CONFER WITH
                                       DEBEVOISE RE: SAME (0.6); REVIEW
                                       MATERIALS RE: RESOLUTION ISSUES
                                       (2.2); CONFER WITH SKADDEN TEAM RE:
                                       RESEARCH ON COOPERATION (0.3);
                                       REVISE MATERIALS FOR DOJ RE:
                                       RESOLUTION ISSUES (0.8).
```

D02B

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| RIDGWAY W | 05/28/20 | 5.70 | REVIEW RESEARCH RE: RESOLUTION ISSUES (0.5); CONFER WITH SKADDEN AND KING AND SPALDING RE: RESOLUTION ISSUES (1.0); CONFER WITH SKADDEN TEAM RE: ADDITIONAL RESOLUTION ISSUES (0.5); REVISE MATERIALS FOR DOJ RE: RESOLUTION ISSUES (2.0); REVIEW MATERIALS RE: RESOLUTION ISSUES (1.2); CONFER WITH SKADDEN AND CLIENT RE: BANKRUPTCY DISCOVERY REQUESTS (0.5). |
| RIDGWAY W | 05/29/20 | 5.60 | CORRESPOND WITH SKADDEN TEAM RE: RESEARCH RE: DOJ INVESTIGATION (0.5); REVIEW DOCUMENTS RELATING TO RESOLUTION ISSUES (2.2); REVISE MATERIALS FOR DOJ PRESENTATION (0.6); CONFER WITH SKADDEN TEAM RE: STRATEGY AND FOLLOW UP (1.0); CONFER WITH COMMON DEFENSE COUNSEL RE: MATTER STATUS AND NEXT STEPS (0.1); CONFER WITH G. LEE RE: RESEARCH ISSUES (0.4); CONFER INTERNALLY RE: DOJ RESOLUTION MATERIALS (0.5); REVIEW MATERIALS RE: RESOLUTION ISSUES (0.3). |
| RIDGWAY W | 05/30/20 | 1.20 | REVIEW AND ANALYZE DOCUMENTS AND SUMMARY RE: RESOLUTION ISSUES (1.2). |
| | | **128.30** | |
| **Total Partner** | | **538.90** | |
| BAILEY MS | 05/04/20 | 0.20 | CORRESPOND WITH SKADDEN TEAM RE: INVESTIGATION AND REPRESENTATION QUESTIONS (0.2). |
| BAILEY MS | 05/05/20 | 0.20 | CORRESPOND WITH K. SHELTON RE: FACT ISSUE QUESTION (0.2). |
| BAILEY MS | 05/26/20 | 0.30 | CORRESPOND INTERNALLY AND WITH CO-COUNSEL RE: INDEMNIFICATION ISSUES (0.3). |
| BAILEY MS | 05/29/20 | 0.10 | CORRESPOND WITH SKADDEN TEAM RE: INDEMNIFICATION ISSUE (0.1). |
| | | **0.80** | |
| **Total Counsel** | | **0.80** | |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BEJAN WA | 05/01/20 | 6.80 | CONDUCT PRIVILEGE REVIEW OF DOCUMENTS RE: DOJ PRODUCTION (3.4); PARTICIPATE IN CALL WITH E. HELLMAN RE: COMMON INTEREST CALL FOR DOJ PRODUCTION (0.1); REVISE NOTES RE: COMMON INTEREST CALL WITH CO-COUNSEL RE: DOJ PRODUCTION (0.3); PARTICIPATE IN COMMON INTEREST CALL WITH CO-COUNSEL RE: DOJ PRODUCTION (2.7); PARTICIPATE IN CALL WITH E. HELLMAN, PAUL WEISS, AND DEBEVOISE RE: DOJ PRODUCTION (0.3). |
| BEJAN WA | 05/02/20 | 3.20 | CONDUCT PRIVILEGE REVIEW AND REDACTIONS RE: DOJ PRODUCTION (3.2). |
| BEJAN WA | 05/04/20 | 8.40 | PARTICIPATE IN COMMON INTEREST CALL WITH CO-COUNSEL RE: DOJ PRODUCTION (3.1); REVIEW NOTES REDACTIONS RE: DOJ PRODUCTION (2.7); PARTICIPATE IN CALL WITH E. HELLMAN RE: DOJ PRODUCTION (0.1); CONDUCT PRIVILEGE REVIEW OF DOCUMENTS RE: DOJ PRODUCTION (1.9); PREPARE FURTHER REDACTIONS TO DOJ PRODUCTION PER COMMON INTEREST CALLS (0.6). |
| BEJAN WA | 05/05/20 | 4.00 | PREPARE FURTHER REDACTIONS TO DOJ PRODUCTION PER COMMON INTEREST CALLS (1.2); ANALYZE MATERIALS IN UPCOMING DOJ PRODUCTION (0.8); PARTICIPATE IN COMMON INTEREST CALL RE: DOJ PRODUCTION (2.0). |
| BEJAN WA | 05/06/20 | 2.30 | PARTICIPATE IN CALL WITH E. HELLMAN RE: DOJ PRODUCTION (0.3); REVIEW DOCUMENTS TO BE PRODUCED IN DOJ PRODUCTION AND APPLY FURTHER REDACTIONS (2.0). |
| BEJAN WA | 05/07/20 | 4.60 | REVIEW DOCUMENTS TO BE PRODUCED IN DOJ PRODUCTION AND APPLY FURTHER REDACTIONS (4.6). |
| BEJAN WA | 05/08/20 | 3.80 | REVIEW DOCUMENTS TO BE PRODUCED IN DOJ PRODUCTION AND APPLY FURTHER REDACTIONS (3.2); REVIEW AND FINALIZE DOJ PRODUCTION (0.6). |
| BEJAN WA | 05/09/20 | 3.00 | REVIEW AND REVISE REDACTIONS RE: DOJ PRODUCTION (3.0). |
| BEJAN WA | 05/11/20 | 7.00 | PARTICIPATE IN COMMON INTEREST CALL WITH CO-COUNSEL RE: DOJ PRODUCTION (2.5); REVIEW DOCUMENTS TO BE PRODUCED IN DOJ PRODUCTION AND APPLY FURTHER REDACTIONS (1.8); REVIEW DOCUMENTS TO BE PRODUCED IN DOJ PRODUCTION (2.7). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BEJAN WA | 05/12/20 | 5.20 | PARTICIPATE IN CALL WITH SKADDEN TEAM AND CO-COUNSEL RE: DOJ PRODUCTION (0.6); PARTICIPATE IN CALL WITH E. HELLMAN RE: DOJ PRODUCTION (0.1); REVIEW AND FINALIZE DOJ PRODUCTION (2.0); REVIEW DOCUMENTS RE: DOJ PRODUCTION (2.5). |
| BEJAN WA | 05/13/20 | 5.80 | REVIEW AND FINALIZE DOJ PRODUCTION (5.8). |
| BEJAN WA | 05/14/20 | 6.70 | CONDUCT QC OF PRIVILEGE REDACTIONS OF DOCUMENTS RE: DOJ PRODUCTION (6.7). |
| BEJAN WA | 05/15/20 | 2.60 | CONDUCT QC OF PRIVILEGE REDACTIONS OF DOCUMENTS RE: DOJ PRODUCTION (2.6). |
| BEJAN WA | 05/18/20 | 4.80 | CONDUCT QC OF PRIVILEGE REDACTIONS OF DOCUMENTS RE: DOJ PRODUCTION (4.8). |
| BEJAN WA | 05/19/20 | 2.60 | CONDUCT QC OF PRIVILEGE REDACTIONS OF DOCUMENTS RE: DOJ PRODUCTION (2.6). |
| BEJAN WA | 05/20/20 | 1.60 | CONDUCT QC OF PRIVILEGE REDACTIONS OF DOCUMENTS RE: DOJ PRODUCTION (1.6). |
| BEJAN WA | 05/21/20 | 5.50 | DRAFT PRIVILEGE LOG RE: DOJ PRODUCTION (5.5). |
| BEJAN WA | 05/26/20 | 3.60 | DRAFT PRIVILEGE LOG RE: DOJ PRODUCTION (3.6). |
| BEJAN WA | 05/27/20 | 6.20 | DRAFT PRIVILEGE LOG RE: DOJ PRODUCTION (6.2). |
| BEJAN WA | 05/28/20 | 5.80 | DRAFT PRIVILEGE LOG RE: DOJ PRODUCTION (5.8). |
| BEJAN WA | 05/29/20 | 4.80 | DRAFT PRIVILEGE LOG RE: DOJ PRODUCTION (4.8). |
| | | **98.30** | |
| BERRY EL | 05/01/20 | 1.30 | FINALIZE RESEARCH RE: DOJ RESOLUTION ISSUES (1.3). |
| BERRY EL | 05/04/20 | 0.50 | CORRESPOND WITH M. FLORENCE RE: RESEARCH AND FACTUAL ANALYSIS RE: DOJ INVESTIGATION (0.5). |
| BERRY EL | 05/05/20 | 4.20 | CONDUCT RESEARCH RE: DOJ RESOLUTION ISSUES (4.2). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
BERRY EL          05/06/20     5.70   CONTINUE RESEARCH ASSIGNMENT RE: DOJ
                                      RESOLUTION ISSUES (3.9); DRAFT
                                      SUMMARY OF FINDINGS RE: SAME (1.8).

BERRY EL          05/07/20     1.70   CONTINUE DRAFTING SUMMARY OF
                                      RESEARCH FINDINGS RE: DOJ RESOLUTION
                                      ISSUES (1.7).

BERRY EL          05/08/20     0.60   CONTINUE DRAFTING SUMMARY OF
                                      RESEARCH FINDINGS RE: DOJ RESOLUTION
                                      ISSUES (0.6).

BERRY EL          05/17/20     0.60   CONDUCT RESEARCH RE: DOJ RESOLUTION
                                      ISSUES (0.6).

BERRY EL          05/18/20     4.90   CONDUCT RESEARCH RE: DOJ RESOLUTION
                                      ISSUES (4.9).

                              19.50

CASSEUS J         05/08/20     7.50   CONDUCT RESEARCH RE: PRIVILEGE
                                      ISSUES (7.5).

CASSEUS J         05/09/20     5.10   CONDUCT RESEARCH RE: PRIVILEGE
                                      ISSUES (5.1).

CASSEUS J         05/10/20     5.40   CONDUCE RESEARCH RE: PRIVILEGE
                                      ISSUES (5.4).

CASSEUS J         05/11/20    12.10   CONDUCT RESEARCH RE: PRIVILEGE
                                      ISSUES (2.4); REVIEW AND ANALYZE
                                      DOCUMENTS RE: DOJ INVESTIGATION
                                      (9.7).

CASSEUS J         05/12/20    13.70   REVIEW AND ANALYZE DOCUMENTS RE: DOJ
                                      INVESTIGATION (5.8); CONDUCT
                                      RESEARCH RE: PRIVILEGE ISSUES (7.9).

CASSEUS J         05/13/20     2.50   CONDUCT RESEARCH RE: PRIVILEGE
                                      ISSUES (2.5).

CASSEUS J         05/26/20    13.30   REVIEW AND ANALYZE DOCUMENTS RE: DOJ
                                      INVESTIGATION (13.3).

CASSEUS J         05/27/20     2.00   REVIEW AND ANALYZE DOCUMENTS RE: DOJ
                                      INVESTIGATION (2.0).

                              61.60

CHAN AH           05/18/20     7.40   CONDUCT LEGAL RESEARCH RE: PRIVILEGE
                                      ISSUES (7.4).

                               7.40

FREY TM           05/04/20     1.00   REVIEW AND ANALYZE FACTUAL ISSUES
                                      RE: DOJ RESOLUTION ISSUES (1.0).

FREY TM           05/05/20     4.00   REVISE MATERIALS RE: FACTUAL ISSUES
                                      PERTINENT TO DOJ RESOLUTION ISSUES
                                      (4.0).
```

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| FREY TM | 05/08/20 | 1.00 | REVIEW AND ANALYZE FACTUAL ISSUES PERTINENT TO DOJ RESOLUTION ISSUES (1.0). |
|---|---|---|---|
| FREY TM | 05/26/20 | 7.00 | ANALYZE FACTUAL ISSUES PERTINENT TO DOJ RESOLUTION ISSUES (7.0). |
| FREY TM | 05/27/20 | 4.20 | ANALYZE FACTUAL ISSUES PERTINENT TO DOJ RESOLUTION ISSUES (4.2). |
| FREY TM | 05/28/20 | 5.00 | ANALYZE FACTUAL ISSUES PERTINENT TO DOJ RESOLUTION ISSUES (5.0). |
| FREY TM | 05/29/20 | 6.20 | COMMUNICATE WITH INTERNAL CO-COUNSEL RE: DOJ NEGOTIATIONS (0.7); ANALYZE FACTUAL ISSUES PERTINENT TO DOJ RESOLUTION ISSUES (2.5); DRAFT POTENTIAL RESPONSE TO DOJ RE: RESOLUTION ISSUES (3.0). |

**28.40**

| HELLMAN E | 05/01/20 | 5.30 | PARTICIPATE IN COMMON INTEREST CALL RE: DOJ PRODUCTION (2.7); PREPARE FOR COMMON INTEREST CALL RE: DOCUMENT PRODUCTION (1.1); PARTICIPATE IN COMMON INTEREST CALL RE: DOCUMENT PRODUCTION (0.4); CONFER WITH W. BEJAN RE: DOCUMENT PRODUCTION ISSUES (0.3); REVIEW DOCUMENTS TO CIRCULATE FOR INTERNAL ANALYSIS (0.8). |
|---|---|---|---|
| HELLMAN E | 05/02/20 | 2.00 | REVIEW MATERIALS REQUESTED BY DOJ FOR KEY ISSUES AND PRIVILEGE (2.0). |
| HELLMAN E | 05/03/20 | 1.10 | REVIEW MATERIALS REQUESTED BY DOJ FOR KEY ISSUES AND PRIVILEGE (1.1). |
| HELLMAN E | 05/04/20 | 10.90 | COORDINATE REVIEW OF DOCUMENTS FOR DOJ PRODUCTION (2.0); PARTICIPATE IN COMMON INTEREST CALL RE: DOJ PRODUCTION MATERIALS (3.1); REVIEW MATERIALS TO PREPARE FOR COMMON INTEREST CALL (1.0); CONFER WITH M. FLORENCE RE: DOJ PRODUCTION (0.3); CONFER WITH D. HORWOOD RE: PRIVILEGE ISSUES (0.2); CONDUCT PRIVILEGE AND MATERIALITY REVIEW OF DOCUMENTS REQUESTED BY DOJ (2.3); REVIEW MATERIALS RE: PRIVILEGE ISSUES (2.0). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
HELLMAN E          05/05/20     7.90   PARTICIPATE IN COMMON INTEREST CALL
                                       RE: DOJ DOCUMENT REQUESTS (2.0);
                                       CONFER WITH M. FLORENCE RE: DOJ
                                       DOCUMENT REQUESTS (0.5); REVIEW
                                       MATERIALS TO PREPARE FOR COMMON
                                       INTEREST CALL (1.1); CONDUCT
                                       PRIVILEGE AND MATERIALITY REVIEW OF
                                       DOCUMENTS REQUESTED BY DOJ (4.3).

HELLMAN E          05/06/20     9.70   COORDINATE CIRCULATION AND REVIEW OF
                                       DOCUMENTS REQUESTED BY DOJ (2.5);
                                       CONDUCT QC OF MATERIALS FOR DOJ
                                       PRODUCTION (7.2).

HELLMAN E          05/07/20    12.80   CONDUCT QC OF MATERIALS FOR DOJ
                                       PRODUCTION (12.5); CONFER WITH M.
                                       FLORENCE RE: PRODUCTION (0.3).

HELLMAN E          05/08/20     6.10   CONDUCT QC OF MATERIALS FOR DOJ
                                       PRODUCTION (6.1).

HELLMAN E          05/10/20     3.00   CONDUCT PRIVILEGE AND MATERIALITY
                                       REVIEW OF DOCUMENTS REQUESTED BY DOJ
                                       (3.0).

HELLMAN E          05/11/20     8.20   CONDUCT PRIVILEGE AND MATERIALITY
                                       REVIEW OF DOCUMENTS REQUESTED BY DOJ
                                       (0.5); PARTICIPATE IN COMMON
                                       INTEREST CALL TO PREPARE FOR
                                       MATERIALS REQUESTED BY THE DOJ
                                       (2.5); PREPARE FOR COMMON INTEREST
                                       CALL RE: MATERIALS REQUESTED BY DOJ
                                       (1.0); CONDUCT PRIVILEGE AND
                                       MATERIALITY REVIEW OF DOCUMENTS
                                       REQUESTED BY DOJ (4.2).

HELLMAN E          05/12/20     6.90   CONFER WITH M. FLORENCE RE: DOJ
                                       PRODUCTION (0.4); CONFER WITH W.
                                       BEJAN RE: DOCUMENT REVIEW (0.1);
                                       CONFER WITH OUTSIDE COUNSEL RE: DOJ
                                       PRODUCTION (0.5); REVIEW MATERIALS
                                       REQUESTED BY DOJ FOR KEY ISSUES AND
                                       PRIVILEGE (5.9).

HELLMAN E          05/13/20     8.30   CONFER WITH OUTSIDE COUNSEL RE:
                                       DOCUMENT REVIEW AND PRODUCTION
                                       (0.3); REVIEW MATERIALS REQUESTED BY
                                       DOJ FOR KEY ISSUES AND PRIVILEGE
                                       (8.0).

HELLMAN E          05/14/20     9.00   CONFER WITH M. FLORENCE RE: DOCUMENT
                                       REVIEW AND PRODUCTION (0.1); CONFER
                                       WITH W. BEJAN RE: DOCUMENT REVIEW
                                       (0.1); REVIEW MATERIALS REQUESTED BY
                                       DOJ FOR KEY ISSUES AND PRIVILEGE
                                       (7.8); COORDINATE DOCUMENT
                                       PRODUCTION (1.0).
```

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| HELLMAN E | 05/15/20 | 6.70 | REVIEW MATERIALS REQUESTED BY DOJ FOR KEY ISSUES AND PRIVILEGE (6.5); COORDINATE LOGISTICS OF DOJ DOCUMENT PRODUCTION (0.2). |
| HELLMAN E | 05/17/20 | 0.10 | PARTICIPATE IN CALL WITH W. BEJAN RE: DOCUMENT PRODUCTION (0.1). |
| HELLMAN E | 05/18/20 | 6.50 | COORDINATE AND CONDUCT QUALITY CONTROL REVIEW OF DOJ PRODUCTION (6.5). |
| HELLMAN E | 05/19/20 | 8.10 | CONFER WITH OUTSIDE COUNSEL RE: DOJ PRODUCTION (0.3); COORDINATE AND QUALITY CONTROL CHECK DOCUMENTS FOR DOJ PRODUCTION (7.8). |
| HELLMAN E | 05/20/20 | 6.40 | COORDINATE QC OF DOCUMENTS REQUESTED BY DOJ (5.8); CONFER WITH OUTSIDE COUNSEL RE: DOJ PRODUCTION LOGISTICS (0.4); CONFER WITH VENDOR RE: PRODUCTION LOGISTICS (0.2). |
| HELLMAN E | 05/21/20 | 3.60 | DRAFT AND REVISE PRIVILEGE LOG (3.4); CONFER WITH W. BEJAN RE: PRIVILEGE LOG (0.2). |
| HELLMAN E | 05/22/20 | 3.00 | DRAFT AND REVISE PRIVILEGE LOG FOR DOJ PRODUCTION (3.0). |
| HELLMAN E | 05/24/20 | 1.90 | DRAFT AND REVISE PRIVILEGE LOG FOR DOJ PRODUCTIONS (1.9). |
| HELLMAN E | 05/25/20 | 3.00 | DRAFT AND REVISE PRIVILEGE LOG FOR DOJ PRODUCTION (3.0). |
| HELLMAN E | 05/26/20 | 4.60 | CONFER WITH W. BEJAN RE: PRIVILEGE LOG (0.1); DRAFT AND REVISE PRIVILEGE LOG (4.5). |
| HELLMAN E | 05/27/20 | 4.90 | REVIEW AND CORRESPOND INTERNALLY RE: DOCUMENT COLLECTION AND REVIEW ISSUES (0.9); DRAFT AND REVISE PRIVILEGE LOG FOR DOJ PRODUCTION (4.0). |
| HELLMAN E | 05/28/20 | 6.80 | CORRESPOND WITH OUTSIDE COUNSEL RE: DOCUMENT COLLECTION FOR PRODUCTION (0.1); DRAFT AND REVISE PRIVILEGE LOG FOR DOJ PRODUCTION (6.7). |
| HELLMAN E | 05/29/20 | 4.30 | DRAFT AND REVISE PRIVILEGE LOG FOR DOJ PRODUCTION (4.3). |
| | | **151.10** | |
| HORWOOD DM | 05/04/20 | 3.20 | DRAFT SUMMARY OF DOCUMENTS FOR DOJ PRODUCTION (3.2). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| HORWOOD DM | 05/05/20 | 4.90 | DRAFT SUMMARY OF FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (4.3); DRAFT SUMMARY OF DOCUMENTS FOR DOJ PRODUCTION (0.6). |
| HORWOOD DM | 05/07/20 | 0.30 | CORRESPOND WITH SKADDEN TEAM RE: FACTUAL ISSUES IDENTIFIED INN DOJ INVESTIGATION (0.3). |
| HORWOOD DM | 05/11/20 | 0.40 | ANALYZE LEGAL RESEARCH RE: DOJ RESOLUTION ISSUES (0.4). |
| HORWOOD DM | 05/20/20 | 0.30 | CORRESPOND WITH SKADDEN TEAM RE: MATTER STATUS AND NEXT STEPS (0.3). |
| HORWOOD DM | 05/21/20 | 3.90 | REVIEW DOCUMENTS RE: DOJ PRODUCTION (3.9). |
| HORWOOD DM | 05/22/20 | 0.30 | REVIEW DOCUMENTS RE: DOJ PRODUCTION (0.3). |
| HORWOOD DM | 05/26/20 | 6.00 | REVIEW AND SUMMARIZE DOCUMENTS FOR RE: DOJ PRODUCTION (6.0). |
| HORWOOD DM | 05/27/20 | 2.30 | REVIEW AND SUMMARIZE DOCUMENTS RE: DOJ PRODUCTION (2.3). |
| HORWOOD DM | 05/28/20 | 2.50 | REVIEW AND SUMMARIZE DOCUMENTS RE: DOJ PRODUCTION (2.5). |
| HORWOOD DM | 05/29/20 | 4.70 | REVIEW AND SUMMARIZE DOCUMENTS RE: DOJ PRODUCTION (4.3); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: DOJ PRODUCTION (0.4). |
| | | **28.80** | |
| HOUSTON CD | 05/01/20 | 2.40 | REVIEW AND ANALYZE MATERIALS RE: DOJ RESOLUTION ISSUES (1.2); DRAFT SUMMARY RE: SAME (1.2). |
| HOUSTON CD | 05/04/20 | 2.80 | REVIEW AND ANALYZE MATERIALS RE: DOJ RESOLUTION ISSUES (2.8). |
| HOUSTON CD | 05/05/20 | 4.90 | REVIEW AND ANALYZE MATERIALS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (2.5); DRAFT SUMMARY OF FINDINGS RE: SAME (2.4). |
| HOUSTON CD | 05/06/20 | 0.50 | REVIEW AND ANALYZE MATERIALS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (0.5). |
| HOUSTON CD | 05/08/20 | 0.80 | REVIEW MATERIALS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (0.8). |
| HOUSTON CD | 05/11/20 | 0.20 | REVIEW MATERIALS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (0.2). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| HOUSTON CD | 05/14/20 | 0.80 | COMPILE SUMMARY OF FINDINGS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (0.8). |
| HOUSTON CD | 05/15/20 | 2.60 | REVIEW DOCUMENTS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (2.6). |
| HOUSTON CD | 05/18/20 | 1.70 | CONTINUE REVIEWING DOCUMENTS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (1.7). |
| HOUSTON CD | 05/19/20 | 4.50 | ANALYZE FINDINGS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (2.5); EDIT SUMMARY OF FINDINGS (2.0). |
| HOUSTON CD | 05/20/20 | 0.40 | CONTINUE REVIEWING DOCUMENTS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (0.4). |
| HOUSTON CD | 05/22/20 | 0.50 | EDIT SUMMARY OF FINDINGS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (0.5). |
| HOUSTON CD | 05/26/20 | 3.80 | PREPARE FOR COMMON INTEREST DISCUSSION (0.6); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: FACTUAL DEVELOPMENTS IN MATTER (0.5); REVIEW AND ANALYZE MATERIALS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (2.7). |
| HOUSTON CD | 05/27/20 | 4.10 | REVIEW MATERIALS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (2.1); REVIEW AND ANALYZE DOCUMENTS RE: DOJ PRODUCTION (2.0). |
| HOUSTON CD | 05/28/20 | 2.80 | REVIEW MATERIALS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (2.8). |
| HOUSTON CD | 05/29/20 | 3.70 | REVIEW MATERIALS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (3.2); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: MATTER STATUS AND NEXT STEPS (0.5). |
| | | **36.50** | |
| LEE GE | 05/08/20 | 1.00 | PARTICIPATE IN CALL WITH P. FITZGERALD RE: LEGAL RESEARCH (0.6); CONDUCT LEGAL RESEARCH RE: DOJ RESOLUTION ISSUES (0.4). |
| LEE GE | 05/11/20 | 6.10 | CONDUCT LEGAL RESEARCH RE: DOJ RESOLUTION ISSUES (6.1). |
| LEE GE | 05/12/20 | 3.00 | CONDUCT LEGAL RESEARCH RE: DOJ RESOLUTION ISSUES (3.0). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| LEE GE | 05/18/20 | 3.30 | CONDUCT LEGAL RESEARCH RE: DOJ RESOLUTION ISSUES (3.3). |
| LEE GE | 05/19/20 | 7.30 | CONDUCT LEGAL RESEARCH RE: DOJ RESOLUTION ISSUES (7.3). |
| LEE GE | 05/28/20 | 1.60 | CONDUCT LEGAL RESEARCH RE: DOJ RESOLUTION ISSUES (1.6). |
| | | **22.30** | |
| MOUSTAFA NK | 05/06/20 | 3.90 | DRAFT SUMMARIES OF ISSUES IDENTIFIED IN DOJ MATTER (3.9). |
| MOUSTAFA NK | 05/07/20 | 4.80 | DRAFT SUMMARIES OF ISSUES IDENTIFIED IN DOJ MATTER (4.8). |
| | | **8.70** | |
| PAULSON SM | 05/04/20 | 0.30 | ANALYZE DOCUMENTS IN CONNECTION WITH FACTUAL DEVELOPMENT AND RESOLUTION OF DOJ MATTER (0.3). |
| PAULSON SM | 05/05/20 | 8.10 | REVIEW AND ANALYZE DOCUMENTS IN CONNECTION WITH FACTUAL DEVELOPMENT AND RESOLUTION OF DOJ MATTER (5.8); DRAFT SLIDE DECK RE: FACTUAL ISSUES IN CONNECTION WITH RESOLUTION OF DOJ MATTER (2.3). |
| PAULSON SM | 05/06/20 | 0.40 | REVIEW SLIDE DECK RE: FACTUAL ISSUES IN CONNECTION WITH DOJ MATTER (0.4). |
| PAULSON SM | 05/11/20 | 3.30 | DRAFT ANALYSIS OF FACTUAL ISSUES IN CONNECTION WITH RESOLUTION OF DOJ MATTER (3.3). |
| PAULSON SM | 05/15/20 | 1.80 | REVIEW MATERIALS RE: FACTUAL ISSUES IN CONNECTION WITH RESOLUTION OF DOJ MATTER (0.4); PREPARE WORK PRODUCT RE: FACTUAL ISSUES IN CONNECTION WITH DOJ MATTER (1.4). |
| PAULSON SM | 05/16/20 | 7.80 | RESEARCH LEGAL ISSUES IN CONNECTION WITH DOJ MATTER (6.7); CORRESPOND WITH W. RIDGWAY, P. FITZGERALD, M. FLORENCE, AND J. BRAGG RE: LEGAL ISSUES IN CONNECTION WITH DOJ MATTER (1.1). |
| PAULSON SM | 05/17/20 | 1.40 | CORRESPOND WITH W. RIDGWAY, P. FITZGERALD, M. FLORENCE, AND J. BRAGG RE: ANALYSIS OF LEGAL ISSUES IN CONNECTION WITH DOJ MATTER (0.5); RESEARCH LEGAL ISSUES IN CONNECTION WITH DOJ MATTER (0.9). |

D02B

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| PAULSON SM | 05/18/20 | 10.30 | RESEARCH LEGAL ISSUES IN CONNECTION WITH DOJ MATTER (4.7); DRAFT MEMORANDUM RE: LEGAL ISSUES IN CONNECTION WITH DOJ MATTER (5.6). |
| PAULSON SM | 05/19/20 | 0.40 | REVIEW MEMORANDUM RE: LEGAL ISSUES IN CONNECTION WITH DOJ MATTER (0.4). |
| PAULSON SM | 05/20/20 | 1.30 | PREPARE WORK PRODUCT RE: LEGAL ISSUES IN CONNECTION WITH DOJ MATTER (1.0); CORRESPOND WITH W. RIDGWAY, D. HORWOOD, C. HOUSTON, AND T. FREY RE: DOJ RESOLUTION ISSUES (0.3). |
| PAULSON SM | 05/21/20 | 3.40 | ANALYZE FACTUAL ISSUES RE: DOJ RESOLUTION ISSUES (3.4). |
| PAULSON SM | 05/22/20 | 0.30 | ANALYZE DOCUMENTS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (0.3). |
| PAULSON SM | 05/24/20 | 2.30 | PREPARE WORK PRODUCT RE: FACTUAL ISSUES IN CONNECTION WITH DOJ MATTER (2.2); CORRESPOND WITH W. RIDGWAY RE: FACTUAL ISSUES IN CONNECTION WITH DOJ MATTER (0.1). |
| PAULSON SM | 05/26/20 | 6.50 | CORRESPOND WITH W. RIDGWAY, T. FREY, C. HOUSTON, AND D. HORWOOD RE: DOJ RESOLUTION ISSUES (0.5); PREPARE SUMMARY OF FACTUAL ISSUES IN CONNECTION WITH DOJ RESOLUTION ISSUES (0.4); ANALYZE FACTUAL ISSUES RE: DOJ RESOLUTION ISSUES (5.2); DISCUSS CASE STATUS AND DEVELOPMENTS WITH W. RIDGWAY, T. FREY, C. HOUSTON, AND D. HORWOOD (0.4). |
| PAULSON SM | 05/27/20 | 1.90 | ANALYZE FACTUAL ISSUES RE: DOJ RESOLUTION ISSUES (1.6); CORRESPOND WITH W. RIDGWAY, T. FREY, C. HOUSTON, AND D. HORWOOD RE: FACTUAL ISSUES IN CONNECTION WITH DOJ MATTER (0.3). |
| PAULSON SM | 05/28/20 | 1.90 | ANALYZE FACTUAL AND LEGAL ISSUES IN CONNECTION WITH GOVERNMENT REQUESTS (1.9). |
| PAULSON SM | 05/29/20 | 10.50 | ANALYZE FACTUAL AND LEGAL ISSUES RE: DOJ RESOLUTION ISSUES (9.3); DRAFT SUMMARY OF FACTUAL ISSUES RE: DOJ RESOLUTION ISSUES (0.9); CONFER WITH SKADDEN TEAM RE: DOJ RESOLUTION LEGAL ISSUES (0.3). |
| PAULSON SM | 05/30/20 | 0.20 | REVIEW SUMMARY OF FACTUAL AND LEGAL ISSUES PERTAINING TO RESOLUTION OF ISSUES (0.2). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**62.10**

| | | | |
|---|---|---|---|
| SHELTON K | 05/05/20 | 0.50 | REVIEW AND ANALYZE DOCUMENTS RE: DOJ REQUESTS (0.5). |
| SHELTON K | 05/07/20 | 3.90 | DRAFT SUMMARY OF ISSUES IDENTIFIED IN DOJ MATTER (3.9). |
| SHELTON K | 05/11/20 | 1.20 | REVIEW AND ANALYZE MATERIALS RE: COMPLIANCE ISSUES (1.2). |
| SHELTON K | 05/14/20 | 1.80 | REVIEW AND ANALYZE MATERIALS RE: COMPLIANCE ISSUES (1.8). |

**7.40**

**Total Associate**          **532.10**

| | | | |
|---|---|---|---|
| FIEBERG WR | 05/01/20 | 0.50 | UPDATE TASK LIST (0.5). |
| FIEBERG WR | 05/08/20 | 0.50 | UPDATE TASK LIST (0.5). |
| FIEBERG WR | 05/15/20 | 0.50 | UPDATE TASK LIST (0.5). |
| FIEBERG WR | 05/22/20 | 0.50 | UPDATE TASK LIST (0.5). |
| FIEBERG WR | 05/29/20 | 0.50 | UPDATE TASK LIST (0.5). |

**2.50**

| | | | |
|---|---|---|---|
| HENDRICKS WA | 05/04/20 | 0.70 | CORRESPOND WITH ATTORNEYS RE: AUDIT LETTER REQUEST (0.7). |
| HENDRICKS WA | 05/07/20 | 1.20 | REVIEW RESPONSES TO AUDIT SURVEY (0.6); DRAFT UPDATE RE: AUDIT SURVEY (0.6). |
| HENDRICKS WA | 05/08/20 | 0.90 | FINALIZE RESPONSE LETTER RE: AUDIT LETTER REQUEST (0.9). |

**2.80**

| | | | |
|---|---|---|---|
| HEWSON J | 05/01/20 | 1.30 | CORRESPOND WITH VENDOR RE: DOCUMENT PRODUCTION ISSUES (0.2); ASSEMBLE FOR ATTORNEY REVIEW MATERIALS RE: DOJ MATTER (0.9); IDENTIFY DOCUMENTS FOR PRODUCTION (0.2). |
| HEWSON J | 05/04/20 | 2.40 | REVIEW AND ORGANIZE INTERNAL DOCUMENTS MANAGEMENT DATABASE (2.4). |
| HEWSON J | 05/06/20 | 1.70 | REVIEW AND ORGANIZE DOCUMENTS ON INTERNAL DOCUMENTS MANAGEMENT DATABASE (0.7); IDENTIFY DOCUMENTS FOR PRODUCTION (0.2); REVIEW AND ORGANIZE DOCUMENTS ON INTERNAL DOCUMENTS MANAGEMENT DATABASE (0.8). |
| HEWSON J | 05/11/20 | 0.80 | REVIEW AND ORGANIZE INTERNAL DOCUMENTS MANAGEMENT DATABASE (0.8). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
HEWSON J          05/12/20      1.50   REVIEW AND ORGANIZE INTERNAL
                                       DOCUMENTS MANAGEMENT DATABASE (1.5).

HEWSON J          05/14/20      2.10   PREPARE CHART OUTLINING RESPONSIVE
                                       DOCUMENTS (2.1).

HEWSON J          05/15/20      0.60   ASSEMBLE FOR ATTORNEY REVIEW
                                       PRIVILEGED DOCUMENTS (0.6).

HEWSON J          05/20/20      0.20   REVIEW AND ORGANIZE INTERNAL
                                       DOCUMENTS MANAGEMENT DATABASE (0.2).

HEWSON J          05/22/20      0.50   ASSEMBLE MATERIALS RE: DOJ
                                       RESOLUTION ISSUES (0.5).

HEWSON J          05/26/20      3.10   ASSEMBLE DOJ MATERIALS RE: DOJ
                                       RESOLUTION ISSUES (3.1).

                               14.20

Total Legal Assistant          19.50

TOTAL TIME                  1,091.30


CLIENT TOTAL                1,091.30
```

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                    Bill Date: 07/02/20
**Various Texas Actions**                                 Bill Number: 1815508

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| REED NM | 05/07/20 | 0.70 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.4); REVIEW AUDIT LETTER RESPONSE ON BEHALF OF PURDUE (0.3). |
| REED NM | 05/08/20 | 0.50 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.5). |
| REED NM | 05/13/20 | 0.80 | REVIEW AND ANALYZE TEXAS FILINGS FROM MAY FOR RELEVANCE TO PURDUE (0.8). |
| REED NM | 05/15/20 | 0.40 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.4). |
| REED NM | 05/19/20 | 1.00 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (1.0). |
|  |  | **3.40** |  |
| **Total Partner** |  | **3.40** |  |
| BOYLE J | 05/07/20 | 2.60 | REVIEW AND ANALYZE TEXAS FILINGS AND CORRESPONDENCE FOR RELEVANCE TO PURDUE (1.4); REVIEW AND REVISE DRAFT 2020 AUDIT LETTER RESPONSE ON BEHALF OF PURDUE (1.2). |
| BOYLE J | 05/13/20 | 1.20 | REVIEW AND ANALYZE TEXAS FILINGS AND CORRESPONDENCE FOR RELEVANCE TO PURDUE (1.2). |
| BOYLE J | 05/14/20 | 0.20 | REVIEW AND ANALYZE TEXAS FILINGS AND CORRESPONDENCE FOR RELEVANCE TO PURDUE (0.2). |
| BOYLE J | 05/18/20 | 0.80 | REVIEW AND ANALYZE TEXAS FILINGS AND CORRESPONDENCE FOR RELEVANCE TO PURDUE (0.8). |
| BOYLE J | 05/28/20 | 1.00 | REVIEW AND ANALYZE TEXAS FILINGS AND CORRESPONDENCE FOR RELEVANCE TO PURDUE (1.0). |
|  |  | **5.80** |  |
| MAYERFELD DS | 05/07/20 | 0.30 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.3). |
| MAYERFELD DS | 05/08/20 | 0.40 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.4). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MAYERFELD DS | 05/11/20 | 0.50 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.5). |
| MAYERFELD DS | 05/12/20 | 0.30 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.3). |
| MAYERFELD DS | 05/13/20 | 0.20 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.2). |
| MAYERFELD DS | 05/14/20 | 0.30 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.3). |
| MAYERFELD DS | 05/15/20 | 0.20 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.2). |
| MAYERFELD DS | 05/20/20 | 0.30 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.3). |
| MAYERFELD DS | 05/21/20 | 0.40 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.4). |
| MAYERFELD DS | 05/22/20 | 0.50 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.5). |
| MAYERFELD DS | 05/26/20 | 0.40 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.4). |
| MAYERFELD DS | 05/27/20 | 0.50 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.5). |
| MAYERFELD DS | 05/28/20 | 0.40 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.4). |
| MAYERFELD DS | 05/29/20 | 0.30 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.3). |
| | | **5.00** | |
| **Total Counsel** | | **10.80** | |
| REDMAN R | 05/01/20 | 0.50 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE FILINGS (0.3). |
| REDMAN R | 05/04/20 | 0.60 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE FILINGS (0.4). |
| REDMAN R | 05/07/20 | 0.60 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE FILINGS (0.4). |
| REDMAN R | 05/08/20 | 0.50 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE FILINGS (0.3). |
| REDMAN R | 05/11/20 | 0.60 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE FILINGS (0.4). |
| REDMAN R | 05/12/20 | 0.40 | ANALYZE INCOMING FILINGS (0.1); UPDATE AND ORGANIZE FILINGS (0.3). |
| REDMAN R | 05/20/20 | 0.60 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE FILINGS (0.4). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
REDMAN R           05/21/20       0.70   ANALYZE INCOMING FILINGS (0.2);
                                         UPDATE AND ORGANIZE FILINGS (0.5).

REDMAN R           05/26/20       0.70   ANALYZE INCOMING FILINGS (0.2);
                                         UPDATE AND ORGANIZE FILINGS (0.5).

REDMAN R           05/28/20       0.80   ANALYZE INCOMING FILINGS (0.3);
                                         UPDATE AND ORGANIZE FILINGS (0.5).

REDMAN R           05/29/20       0.60   ANALYZE INCOMING FILINGS (0.2);
                                         UPDATE AND ORGANIZE FILINGS (0.4).

                                  6.60

Total Legal Assistant             6.60

TOTAL TIME                       20.80


CLIENT TOTAL                     20.80
```

D02B

**<u>EXHIBIT E</u>**

**EXPENSE DETAIL**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Purdue Pharma L.P.**                                          Bill Date: 07/02/20
**Litigation Discovery Issues**                                Bill Number: 1815505

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research | 04/06/20 | Pacer Service Center | 5.90 |
| | | **TOTAL OUTSIDE RESEARCH** | $5.90 |
| | | **TOTAL MATTER** | $5.90 |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Purdue Pharma L.P.**                                               **Bill Date: 07/02/20**
**Retention/Fee Matter**                                            **Bill Number: 1815507**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 04/22/20 | Court Solutions | 70.00 |
| Vendor Hosted Teleconferencing | 04/22/20 | Court Solutions | 70.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$140.00** |
| Outside Research | 04/06/20 | Pacer Service Center | 18.10 |
| | | **TOTAL OUTSIDE RESEARCH** | **$18.10** |
| | | **TOTAL MATTER** | **$158.10** |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Purdue Pharma L.P.**                                      Bill Date: 07/02/20
**DOJ**                                                     Bill Number: 1815504

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 05/08/20 | Casseus J | 2,353.50 |
| Westlaw | 05/09/20 | Casseus J | 321.75 |
| Westlaw | 05/10/20 | Casseus J | 687.75 |
| Westlaw | 05/12/20 | Casseus J | 967.50 |
| Westlaw | 05/16/20 | Paulson SM | 198.75 |
| Westlaw | 05/17/20 | Paulson SM | 376.50 |
| Westlaw | 05/18/20 | Lee GE | 107.25 |
| Westlaw | 05/18/20 | Chan AH | 107.25 |
| Westlaw | 05/18/20 | Paulson SM | 644.25 |
| Westlaw | 05/20/20 | Paulson SM | 536.25 |
| Westlaw | 05/28/20 | Paulson SM | 198.75 |
| Westlaw | 05/29/20 | Paulson SM | 429.00 |

**TOTAL WESTLAW**          $6,928.50

**TOTAL MATTER**           $6,928.50

DD01