## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF MOTION OF THE PRIVATE INSURANCE CLASS
CLAIMANTS CONCERNING DISCOVERY DISPUTES BETWEEN OFFICIAL
COMMITTEE OF UNSECURED CREDITORS AND THE SACKLERS AND
APPLICATION UNDER BANKRUPTCY RULE 2004
[DOCKET NO. 1099]**

On April 29, 2020, Eric Hestrup, *et al.* (collectively, "Private Insurance Plaintiffs"), in their individual and representative capacities (and with the class members, collectively, the "Private Insurance Class Claimants"), filed their Application under Bankruptcy Rule 2004 to request documents and examine the Sackler Family Members and Family Entities (the "Rule 2004 Application") [Docket No. 1099]. The Rule 2004 Application is presently scheduled to be heard on July 23, 2020.

On June 22, 2020, the Official Committee of Unsecured Creditors filed its *Notice of Filing of Stipulations and Agreed Orders Among the Official Committee and (I) the Mortimer Side Covered Parties, (II) Certain Raymond Side Covered Parties and (III) the IACs Regarding Discovery in the Chapter 11 Cases* [Docket No. 1295].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

On June 30, 2020, the Official Committee of Unsecured Creditors filed its *Omnibus Ex Parte Motion For Authorization to Conduct Examinations Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016* [Docket No. 1317].  By Order dated July 6, 2020, the Court approved the Motion [Docket No. 1340].

As a result, the Private Insurance Class Claimants, by and through their undersigned counsel, hereby withdraw the Rule 2004 Application.

Respectfully submitted,

Dated: July 8, 2020

By: /s/ *Nicholas F. Kajon*
Nicholas F. Kajon
nfk@stevenslee.com
Constantine D. Pourakis
cp@stevenslee.com
STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY  10022
Tel:  212.319.8500

James Young *(pro hac vice)*
jyoung@ForThePeople.com
MORGAN & MORGAN, P.A.[2]
COMPLEX LITIGATION GROUP
76 S. Laura St., Suite 1100
Jacksonville, FL  32202
Tel:  904.361.0012

Juan R. Martinez *(pro hac vice)*
juanmartinez@ForThePeople.com
MORGAN & MORGAN, P.A.
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida  33602
Tel:  813.223.5505

*Counsel for Private Insurance Plaintiffs and the Putative Classes*

---

[2]  Morgan & Morgan, P.A. also represent clients in diverse other matters pending against the Debtors, as specified in the Second Amended Verified Statement of Stevens & Lee, P.C. Pursuant to Bankruptcy Procedure 2019, dated May 26, 2020.  [Dkt. No. 1181].

SL1 1646543v1 113572.00002