**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:   (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | **Case No. 19-23649 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**NINTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER**
**KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND**
**REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS**
**FOR THE PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | May 1, 2020 through May 31, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| | |
| **Total Compensation Incurred** | $129,842.18[2] |
| **Less 20% Holdback** | $25,968.44 |
| **Total Reimbursement Requested** | $0 |
| **Total Compensation and Reimbursement Requested in this Statement** | $103,873.74 |

**This is a(n):**    **X** Monthly Application    \_\_    Interim Application \_\_    Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from May 1, 2020 Through May 31, 2020* (this "**Fee Statement**").[3]    By this Fee Statement, A&P seeks (i) compensation in the amount of

---

[2] This amount reflects a reduction in fees in the amount of $22,913.32 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3] The period from May 1, 2020, through and including May 31, 2020, is referred to herein as the "**Fee Period**."

$103,873.74 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $129,842.18) and (ii) payment of $0 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $129,842.18 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $103,873.74.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $898.39.[4]  The blended hourly billing rate of all paraprofessionals is $335.75.[5]

3.      A&P did not incur or disburse any expenses during the Fee Period.

4.      Attached hereto as **Exhibit C** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

---

[4] This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5] This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

**<u>Notice</u>**

5.      A&P will provide notice of this Fee Statement in accordance with the Interim

Compensation Order. A&P submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $103,873.74, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $129,842.18) and (ii) payment of $0 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

June 8, 2020                                          Respectfully submitted,


By:   /s/ Rory Greiss
      **ARNOLD & PORTER KAYE
      SCHOLER LLP**
      Rory Greiss
      250 West 55th Street
      New York, New York 10019
      rory.greiss@arnoldporter.com

      **-AND-**

      Rosa J. Evergreen
      601 Massachusetts Ave, NW
      Washington, DC 2001-3743
      rosa.evergreen@arnoldporter.com

      ***Special Counsel to the Debtors***

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous - General Advice | 48.00 | 40,009.08 |
| ORF:EUR:Grunenthal Obligations - 2100000 | 1.60 | 1,604.80 |
| Cognitive Agreement | 0.30 | 300.90 |
| Commercial Contracts Advice | 10.70 | 8,633.88 |
| Regulatory Advice | 2.40 | 1,914.62 |
| Project Hawk | 12.10 | 12,136.30 |
| Project Indigo | 25.40 | 25,548.45 |
| Project Catalyst | 0.70 | 803.25 |
| Oncology Development Agreement | 32.10 | 29,728.32 |
| Retention and Fee Applications | 10.30 | 4,660.98 |
| Project Pluto | 5.50 | 4,501.60 |
| **Total**[6] | **149.10** | **129,842.18** |

---

[6] This amount reflects a reduction in fees in the amount of $22,913.32 on account of voluntary discounts on fees as described in the Retention Application.

## **Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Blanchard, Charles A. | Partner | 1987 | 1,150.00 | 3.8 | 4,370.00 |
| Evergreen, Rosa J. | Partner | 2005 | 950.00 | 2.00 | 1,900.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,350.00 | 2.40 | 3,240.00 |
| Greiss, Rory | Partner | 1981 | 1,180.00 | 86.20 | 101,716.00 |
| Roussanov, Aleksander | Partner | 2010 | 940.00 | 1.70 | 1,598.00 |
| Habtemariam, Abeba | Counsel | 2011 | 870.00 | 0.80 | 696.00 |
| Perkins, Nancy L. | Counsel | 1989 | 935.00 | 0.70 | 654.50 |
| Rothman, Eric | Counsel | 2008 | 905.00 | 21.40 | 19,367.00 |
| Clements, Ginger | Associate | 2016 | 700.00 | 1.00 | 700.00 |
| Zausner, Ethan | Associate | 2017 | 700.00 | 17.90 | 12,530.00 |
| Samuels, Michael | Associate | 2014 | 795.00 | 3.90 | 3,100.50 |
| Reddix, Darrell | Legal Assistant | N/A | 395.00 | 7.30 | 2,883.50 |
| **Total** | | | | **149.10** | **152,755.50** |
| Less 15% Discount | | | | | (22,913.32) |
| **Discounted Total** | | | | | **129,842.18** |
| Less 20% Holdback | | | | | (25,968.44) |
| **Total Amount Requested Herein** | | | | | **103,873.74** |

**<u>Exhibit C</u>**

**Detailed Time Records and Expenses**