# Arnold&Porter

Purdue Pharma L.P.                                    July 7, 2020
Philip C. Strassburger, Esq.                    Invoice # 30113905
One Stamford Forum                                  EIN 53-0208605
Dept. VN: 1008442
Stamford, CT  06901-3431


Client/Matter # 1049218.00001

Miscellaneous

1000000570


For Legal Services Rendered through May 31, 2020        $        47,069.50

Less Discount:                                                   -7,060.42

Fee Total                                                       40,009.08


Total Amount Due                                        $        40,009.08


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

**(1049218.00001)**
Miscellaneous


**Legal Services:**


| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 05/01/20 | 2.50 | Call with P. Strassburger re: Secondment Agreement (.5); revise agreement (1.0); arrange files to be sent to O. Chautney at DPW re: settlement documents (1.0). |
| Rory Greiss | 05/05/20 | 1.20 | Review, revise Secondment Agreement (1.1); distribute to P. Strassburger (.1). |
| Rory Greiss | 05/07/20 | 1.10 | Review, revise Confidentiality Agreement (1.0); distribute same to K. McCarthy (.1). |
| Rory Greiss | 05/08/20 | 0.50 | Review, analyze Confidentiality Agreement. |
| Rory Greiss | 05/12/20 | 1.40 | Review, revise Confidentiality Agreement in accordance with comments from K. McCarthy and others (1.0); correspond with same re: changes (.4). |
| Rory Greiss | 05/13/20 | 2.20 | Review correspondence from P. Strassburger re: preparation of sublicense agreement for sublicense extension (.5); call with E. Rothman and E. Zausner re: same (.7); finalize draft confidentiality agreement (.9) and distribute same (.1). |
| Eric Rothman | 05/13/20 | 1.10 | Telephone conference with R. Greiss and E. Zausner to discuss preparation of sublicense agreement for sublicense extension. (.7); review materials in preparation for call (.4). |
| Ethan Zausner | 05/13/20 | 1.70 | Teleconference with E. Rothman and R. Greiss to discuss Sub-license (.7); review of license and related analysis for sub-license in preparation for call (1.0). |
| Rory Greiss | 05/14/20 | 2.50 | Review license agreement to determine which sections are appropriate to include in sublicense extension, including E. Zausner's suggestions (1.3); conference call with E. Rothman and E. Zausner re: same (1.2). |
| Eric Rothman | 05/14/20 | 1.60 | Telephone conference with R. Greiss, E. Zausner to discuss sublicense extension (1.2); review, revise same (.4). |
| Ethan Zausner | 05/14/20 | 2.00 | Teleconference with E. Rothman, R. Greiss to discuss agreement (1.2); draft sublicense (.8). |
| Ethan Zausner | 05/15/20 | 2.50 | Review, analyze sublicense agreement. |
| Ethan Zausner | 05/18/20 | 3.20 | Review, analyze sublicense agreement. |
| Rory Greiss | 05/19/20 | 2.50 | Review draft sublicense agreement (1.1); revise with comments (1.0); discuss royalty calculation with E. Rothman (.4). |
| Eric Rothman | 05/19/20 | 1.40 | Review draft sublicense agreement (1.0); discuss royalty calculation with R. Greiss (.4). |
| Ethan Zausner | 05/19/20 | 2.00 | Review, analyze sublicense agreement. |
| Rory Greiss | 05/20/20 | 2.50 | Review and comment on draft Sublicense Agreement as revised by E. Zausner (1.0) and correspondence with E. Rothman and E. Zausner re: same (.8); correspondence with P. Strassburger and E. Rothman re: proposal (.7). |
| Ethan Zausner | 05/20/20 | 1.40 | Review, revise sublicense agreement (.6); correspondence with E. Rothman and R. Greiss re: the same (8). |
| Rory Greiss | 05/21/20 | 2.50 | Review comments to draft Sublicense Agreement and underlying documents in preparation for call with Purdue |

July 7, 2020                                                          Invoice # 30113905

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| | | | team (.8); call with Purdue team re: Sublicense and questions re: royalties to be clarified with finance (1.1); follow up with E. Rothman and E. Zausner (.6). |
| Eric Rothman | 05/21/20 | 1.40 | Teleconference with Purdue team re: Sublicense and questions re: royalties to be clarified with finance (1.1); review, revise Sublicense agreement (.3). |
| Ethan Zausner | 05/21/20 | 0.80 | Teleconference with client re: Sublicense agreement (in part). |
| Rory Greiss | 05/22/20 | 2.20 | Correspondence with P. Strassburger re: preparation of slides for board presentation (.5); prepare slides (1.0); revise slides after review of relevant agreements (.6); and send to P. Strassburger (.1). |
| Rory Greiss | 05/27/20 | 0.70 | Correspondence with E. Zausner and E. Rothman re: sublicense draft. |
| Ethan Zausner | 05/27/20 | 0.50 | Review, analyze sublicense agreement. |
| Rory Greiss | 05/28/20 | 1.80 | Review revisions to sublicense draft made by E. Zausner (.8); provide feedback re: the same. (.3); research precedent language on DMF rights (.6); send same to Purdue team (.1). |
| Ethan Zausner | 05/28/20 | 0.40 | Review, revise draft of sublicense. |
| Rory Greiss | 05/29/20 | 1.60 | Review, analayze sublicense (.6); conference call with E. Zausner, R. Inz, P. Strassburger and E. Rothman re: same. (.8). |
| Eric Rothman | 05/29/20 | 1.20 | Teleconference with Purdue team, R. Greiss, E. Zausner re sublicense (.8); review, revise sublicense (.4). |
| Ethan Zausner | 05/29/20 | 1.60 | Teleconference with Purdue team, R. Greiss, E. Zausner re sublicense (.8); review, revise sublicense (.8). |

**Total Hours**                        **48.00**


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 25.20 | 1,180.00 | 29,736.00 |
| Eric Rothman | 6.70 | 905.00 | 6,063.50 |
| Ethan Zausner | 16.10 | 700.00 | 11,270.00 |
| **TOTAL** | **48.00** | | **47,069.50** |


**Total Current Amount Due**                                    **$40,009.08**

# Arnold&Porter

| | |
|---|---|
| Purdue Pharma L.P. | July 7, 2020 |
| Attn: Philip C Strassburger | Invoice # 30113906 |
| Vice President & General Counsel | EIN 53-0208605 |
| Purdue Pharma L.P. | |
| One Stamford Forum | |
| Stamford, CT  06901-3431 | |

**Client/Matter # 1049218.00067**

ORF:EUR:Grunenthal Obligations - 2100000

21000008537

| | | |
|---|---|---|
| **For Legal Services Rendered through May 31, 2020** | $ | 1,888.00 |
| Discount: | | -283.20 |
| **Fee Total** | | 1,604.80 |
| **Total Amount Due** | $ | 1,604.80 |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| Or Remit To: | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

July 7, 2020                                                                                     Invoice # 30113906

## (1049218.00067)
ORF:EUR:Grunenthal Obligations - 2100000

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 05/04/20 | 1.10 | Review amendments (.4); conference call with R. Kreppel and C. Robertson re: strategy (.7). |
| Rory Greiss | 05/05/20 | 0.50 | Correspondence with R. Kreppel, P. Strassburger re: communications with Grunenthal. |
| **Total Hours** | | **1.60** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 1.60 | 1,180.00 | 1,888.00 |
| **TOTAL** | **1.60** | | **1,888.00** |

**Total Current Amount Due**                                                     **$1,604.80**

# Arnold&Porter

Purdue Pharma L.P.                                                July 7, 2020
One Stamford Forum                                        Invoice # 30113907
Stamford, CT  06901-3431                                    EIN 53-0208605
Attn: Philip C Strassburger
Vice President & General Counsel


Client/Matter # 1049218.00083

Cognitive Agreement

20200002786


| | | |
|---|---|---|
| **For Legal Services Rendered through May 31, 2020** | $ | 354.00 |
| Discount: | | -53.10 |
| **Fee Total** | | 300.90 |
| **Total Amount Due** | $ | 300.90 |


Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:             Arnold & Porter Kaye Scholer LLP
                         P.O. Box 759451
                         Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 7, 2020

**(1049218.00083)**
**Cognitive Agreement**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 05/08/20 | 0.30 | Correspondence with K. McCarthy re agreement. |

**Total Hours**     **0.30**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 0.30 | 1,180.00 | 354.00 |
| TOTAL | 0.30 | | 354.00 |

**Task Code Summary:**

| | Hours | Value |
|------|-------|-------|
| L110 Fact Investigation/Development | 0.30 | 354.00 |
| **Total Fees** | **0.30** | **$354.00** |

**Total Current Amount Due**     **$300.90**

# Arnold&Porter

| | |
|---|---|
| **Purdue Pharma L.P.** | July 7, 2020 |
| **Attn: Maria Barton** | Invoice # 30113908 |
| **General Counsel** | EIN 53-0208605 |
| **One Stamford Forum** | |
| **Stamford, CT  06901** | |

Client/Matter # 1049218.00117

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through May 31, 2020** | $ | 10,157.50 |
| Discount: | | -1,523.62 |
| **Fee Total** | | **8,633.88** |
| **Total Amount Due** | $ | 8,633.88 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To: Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 7, 2020                                                                          Invoice # 30113908

## (1049218.00117)
### Commercial Contracts Advice

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 05/05/20 | 1.10 | Review data privacy matters on agreement. |
| Eric Rothman | 05/08/20 | 1.10 | Review data privacy matters on agreement. |
| Abeba Habtemariam | 05/20/20 | 0.80 | Call with Purdue team re: QA review (.6); review materials re: same (.2). |
| Charles A. Blanchard | 05/27/20 | 1.00 | Review, analyze SAM and FSS clauses (.7); correspondence with K. McCarthy regarding same (.3). |
| Michael Samuels | 05/27/20 | 0.50 | Review documents from client regarding FSS contract. |
| Charles A. Blanchard | 05/28/20 | 1.40 | Outline approach to FSS clause project (1.1); correspondence with M. Samuels regarding same (.3). |
| Michael Samuels | 05/28/20 | 1.50 | Review materials from client (.5); draft memo on new contractual FAR clauses (1.0). |
| Charles A. Blanchard | 05/29/20 | 1.40 | Review, revise memorandum on FSS clauses (1.0); and send to client (.1); correspondence with client regarding same (.3). |
| Michael Samuels | 05/29/20 | 1.90 | Review, draft memo regarding compliance obligations under newly added FAR clauses for FSS contract. |

**Total Hours**                        **10.70**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Charles A. Blanchard | 3.80 | 1,150.00 | 4,370.00 |
| Eric Rothman | 2.20 | 905.00 | 1,991.00 |
| Abeba Habtemariam | 0.80 | 870.00 | 696.00 |
| Michael Samuels | 3.90 | 795.00 | 3,100.50 |
| **TOTAL** | **10.70** | | **10,157.50** |

**Total Current Amount Due**                        **$8,633.88**

# Arnold&Porter

Purdue Pharma L.P.                                                July 7, 2020
Attn: Maria Barton                                        Invoice # 30113910
General Counsel                                              EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00118

Regulatory Advice
20170001134


| | | |
|---|---|---|
| **For Legal Services Rendered through May 31, 2020** | $ | 2,252.50 |
| Discount: | | -337.88 |
| **Fee Total** | | 1,914.62 |
| **Total Amount Due** | $ | 1,914.62 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:          Arnold & Porter Kaye Scholer LLP
                      P.O. Box 759451
                      Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 7, 2020                                                                              Invoice # 30113910


## (1049218.00118)
### Regulatory Advice


**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Aleksander Roussanov | 05/05/20 | 1.70 | Review Article 8 of MSA from EU data protection perspective (1.2); propose revisions re: same (.5). |
| Nancy L. Perkins | 05/08/20 | 0.70 | Review, revise data protection section in draft agreement (.5); correspond with A. Roussanov re same (.2). |

**Total Hours**              **2.40**


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Aleksander Roussanov | 1.70 | 940.00 | 1,598.00 |
| Nancy L. Perkins | 0.70 | 935.00 | 654.50 |
| **TOTAL** | **2.40** | | **2,252.50** |


**Total Current Amount Due**                                          **$1,914.62**

# Arnold&Porter

| | |
|---|---|
| Purdue Pharma L.P. | July 7, 2020 |
| Attn: Maria Barton | Invoice # 30113911 |
| General Counsel | EIN 53-0208605 |
| One Stamford Forum | |
| Dept. VN:  1008442 | |
| Stamford, CT  06901-3431 | |

**Client/Matter # 1049218.00128**

Project Hawk

20200002836

| | | |
|---|---|---|
| **For Legal Services Rendered through May 31, 2020** | $ | 14,278.00 |
| Discount: | | -2,141.70 |
| **Fee Total** | | 12,136.30 |
| **Total Amount Due** | $ | 12,136.30 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| Or Remit To: | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

July 7, 2020                                                                                    Invoice # 30113911

## (1049218.00128)
Project Hawk

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 05/07/20 | 1.30 | Teleconference with P. Strassburger to discuss UCC issues re: Funding Agreement. |
| Rory Greiss | 05/08/20 | 3.30 | Video conference with O. Green, M. Hufford, R. Inz and P. Strassburger re: Funding Agreement (1.5); revise same (1.8). |
| Rory Greiss | 05/09/20 | 1.50 | Correspond with Purdue team re Funding Agreement (.5); revise Funding Agreement (1.0). |
| Rory Greiss | 05/10/20 | 1.80 | Revise Funding Agreement in accordance with comments (1.10); correspondence with P. Strassburger, R. Inz re: comments and schedule for call on Monday (.7). |
| Rory Greiss | 05/11/20 | 4.20 | Teleconference call with O. Green, M. Hufford; P. Strassburger; R. Inz re: comments to latest draft of Funding Agreement (1.2); revise Funding Agreement (.9) and distribute same (.1); prepare bullet points re: changes to agreement (.5); send same to P. Strassburger and C. Robertson (.1); prepare versions for submission to creditors committee and court (1.4). |

**Total Hours**          **12.10**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 12.10 | 1,180.00 | 14,278.00 |
| TOTAL | 12.10 | | 14,278.00 |

**Total Current Amount Due**                                              **$12,136.30**

# Arnold&Porter

Purdue Pharma L.P.                                                July 7, 2020
Attn: Phillip C. Strassburger                          Invoice # 30113912
Vice President & General Counsel                        EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00130

Project Indigo

20180001888



| | | |
|---|---|---|
| For Legal Services Rendered through May 31, 2020 | $ | 30,057.00 |
| Discount: | | -4,508.55 |
| Fee Total | | 25,548.45 |
| Total Amount Due | $ | 25,548.45 |



Wire Transfer Instructions:

| | | |
|---|---|---|
| | Account Name: | Arnold & Porter Kaye Scholer LLP |
| | Bank Info: | Wells Fargo Bank NA |
| | | 420 Montgomery Street |
| | | San Francisco, CA  94104 |
| | Account Number: | 4127865475 |
| | ABA Number: | 121000248 |
| | Swift Code: | WFBIUS6S |
| Or Remit To: | | Arnold & Porter Kaye Scholer LLP |
| | | P.O. Box 759451 |
| | | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 7, 2020                                                                            Invoice # 30113912

**(1049218.00130)**
Project Indigo

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 05/01/20 | 2.00 | Correspondence with Purdue team re: latest draft of Funding Agreement (.5); review Exhibit A prepared by J. Normile (.5); revise term sheet (.9) and distribute same (.1). |
| Rory Greiss | 05/04/20 | 3.20 | Revise term sheet to reflect weekend comments (1.0); correspondence with Purdue team regarding additional comments (.5); review R. Kreppel mark-up and correspondence (.5); revise term sheet (1.1) and redistribute same (.1). |
| Deborah L. Feinstein | 05/05/20 | 0.50 | Teleconference with P. Strassburger and R. Kreppel. |
| Rory Greiss | 05/07/20 | 0.50 | Correspondence with Purdue team re: term sheet. |
| Rory Greiss | 05/22/20 | 2.80 | Review comments to our draft term sheet by Indigo in preparation for potential settlement (1.5); review comments of Bruce Koch and R. Inz re: potential settlement (.8) and correspondence with Purdue team re: next steps (.5). |
| Rory Greiss | 05/23/20 | 3.50 | Review, revise term sheet (3.4) and distribute same to Purdue team (.1). |
| Rory Greiss | 05/24/20 | 2.70 | Correspondence with B. Koch, J. Normile and others re: term sheet revisions (1.2); review P. Strassburger comments to revised term sheet (1.2); review correspondence with Purdue team re: schedule for Tuesday (.3). |
| Rory Greiss | 05/26/20 | 4.20 | Review, revise term sheet (2.8); call with Purdue team re same (1.4). |
| Rory Greiss | 05/27/20 | 2.50 | Review, revise draft of term sheet (.4); circulate same (.1); review R. Inz comments (.5); call with P. Strassburger re: revised draft (.7); finalize draft (.7) and send same to P. Strassburger (.1). |
| Rory Greiss | 05/29/20 | 3.50 | Draft Stipulated Dismissal Agreement. |

**Total Hours**              **25.40**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Deborah L. Feinstein | 0.50 | 1,350.00 | 675.00 |
| Rory Greiss | 24.90 | 1,180.00 | 29,382.00 |
| **TOTAL** | **25.40** | | **30,057.00** |

**Total Current Amount Due**                                    **$25,548.45**

# Arnold&Porter

Purdue Pharma L.P.
Philip Strassburger, Esq.
One Stamford Forum
Stamford, CT  06901-3431

July 7, 2020
Invoice # 30113914
EIN 53-0208605

Client/Matter # 1049218.00132

Project Catalyst

20200002830

| | | |
|---|---|---|
| **For Legal Services Rendered through May 31, 2020** | $ | 945.00 |
| Discount: | | -141.75 |
| **Fee Total** | | 803.25 |
| **Total Amount Due** | $ | 803.25 |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:
Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

July 7, 2020                                                                            Invoice # 30113914

## (1049218.00132)
### Project Catalyst

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Deborah L. Feinstein | 05/06/20 | 0.10 | Correspondence with Purdue team re agreement. |
| Deborah L. Feinstein | 05/26/20 | 0.30 | Teleconference with Catalyst team re: clean team issues. |
| Deborah L. Feinstein | 05/27/20 | 0.20 | Review term sheets. |
| Deborah L. Feinstein | 05/31/20 | 0.10 | Review diligence request. |
| **Total Hours** | | **0.70** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Deborah L. Feinstein | 0.70 | 1,350.00 | 945.00 |
| **TOTAL** | **0.70** | | **945.00** |

**Total Current Amount Due**                                              $803.25

# Arnold&Porter

| | |
|---|---|
| **Purdue Pharma L.P.** | July 7, 2020 |
| **Attn: Roxana Aleali** | Invoice # 30113916 |
| **Associate General Counsel** | EIN 53-0208605 |
| **One Stamford Forum** | |
| **Stamford, CT  06901-3431** | |

Client/Matter # 1049218.00143

Oncology Development Agreement

20190002456

| | | |
|---|---|---|
| **For Legal Services Rendered through May 31, 2020** | $ | 34,974.50 |
| Discount: | | -5,246.18 |
| **Fee Total** | | 29,728.32 |
| **Total Amount Due** | $ | 29,728.32 |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 7, 2020                                                                                    Invoice # 30113916

## (1049218.00143)
### Oncology Development Agreement

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 05/01/20 | 1.00 | Review P. Medieros' comments (.5); review revised Key Terms prepared by E.R. (.5). |
| Eric Rothman | 05/01/20 | 1.60 | Review, analyze key terms relating to Oncology Assets Project. |
| Rory Greiss | 05/08/20 | 1.00 | Correspondence with P. Strassburger re: preparing a term sheet for proposed transaction (.5); correspondence with E. Rothman re: same (.5). |
| Rory Greiss | 05/12/20 | 3.20 | Review draft term sheet (2.0); telephone conference with E. Rothman to review draft (1.2). |
| Eric Rothman | 05/12/20 | 2.10 | Review, revise issues list in respect of Oncology Assets Project (.9); teleconference with R. Greiss re same (1.2). |
| Rory Greiss | 05/14/20 | 3.60 | Review P. Strassburger comments on term sheet in preparation for call with Purdue team (.5); conference call with E. Rothman, P. Strassburger, R. Aleali and K. McCarthy to review term sheet (1.0); review Eric Rothman's revisions to term sheet (.5); draft amendment to CDA re: oncology assets (1.5) and distribute same (.1). |
| Eric Rothman | 05/14/20 | 2.20 | Teleconference re issues list in respect of Oncology Assets Project (1.0); review, revise materials re same (1.2). |
| Rory Greiss | 05/15/20 | 3.10 | Review, analyze term sheet (1.6); review, analyze Amendment to CDA (1.0) and correspondence with Purdue team re: both (.5). |
| Rory Greiss | 05/19/20 | 3.30 | Revise CDA amendment (.8); review comments from K. McCarthy to amendment (.6); prepare for conference call on term sheet (.6); conference call with R. Aleali, R. Inz, P. Strassburger, P. Medeiros and E. Rothman to review term sheet (.9); follow-up with E. Rothman (.4). |
| Eric Rothman | 05/19/20 | 1.80 | Teleconference with R. Greiss, Purdue team re issues list in respect of Oncology Assets Project (.9) correspondence with R. Greiss to revise same (.9). |
| Rory Greiss | 05/20/20 | 2.40 | Review revised term sheet (.9) and discuss comments with E. Rothman (.9); correspondence with P. Strassburger re: term sheet and timing (.6). |
| Eric Rothman | 05/20/20 | 1.60 | Teleconference re term sheet with R. Greiss (.9); revise, analyze materials re same (.7). |

Page 1

July 7, 2020                                                                                    Invoice # 30113916

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 05/21/20 | 1.50 | Review, revise term sheet including review of comments (.8); correspondence with P. Strassburger and D. Feinstein re same (.7). |
| Eric Rothman | 05/21/20 | 1.30 | Review, revise term sheet for Oncology Assets Project. |
| Rory Greiss | 05/22/20 | 0.50 | Review R. Inz comments (.3); correspond with E. Rothman re: same (.2). |
| Eric Rothman | 05/22/20 | 0.70 | Review, revise term sheet for Oncology Assets Project. |
| Deborah L. Feinstein | 05/24/20 | 0.30 | Review agreements. |
| Deborah L. Feinstein | 05/26/20 | 0.90 | Teleconference with Purdue team re agreements (.7); correspondence with Purdue team re: Copperweld issues (.2). |

**Total Hours**                                        **32.10**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Deborah L. Feinstein | 1.20 | 1,350.00 | 1,620.00 |
| Rory Greiss | 19.60 | 1,180.00 | 23,128.00 |
| Eric Rothman | 11.30 | 905.00 | 10,226.50 |
| **TOTAL** | **32.10** | | **34,974.50** |

**Total Current Amount Due**                                        **$29,728.32**

# Arnold&Porter

Purdue Pharma L.P.                                    July 7, 2020
Attn: Philip Strassburger                    Invoice # 30113917
**Vice President and General Counsel**          EIN 53-0208605
One Stamford Forum
**Stamford, CT  06901-3431**

Client/Matter # 1049218.00148

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| For Legal Services Rendered through May 31, 2020 | $ | 5,483.50 |
| Discount: | | -822.52 |
| Fee Total | | 4,660.98 |
| Total Amount Due | $ | 4,660.98 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                 Arnold & Porter Kaye Scholer LLP
                             P.O. Box 759451
                             Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 7, 2020

Invoice # 30113917

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services:**

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rosa J. Evergreen | 05/06/20 | 0.30 | Correspond with A&P team re tasks for preparing fee statement. |
| Rosa J. Evergreen | 05/07/20 | 0.30 | Review, analyze invoices (.2); correspond with D. Reddix on same (.1). |
| Darrell B. Reddix | 05/08/20 | 2.20 | Prepare eighth monthly fee statement, including exhibits. |
| Ginger Clements | 05/09/20 | 0.10 | Correspond with D. Reddix re invoice review. |
| Rosa J. Evergreen | 05/14/20 | 0.30 | Correspondence with A&P team re retention application (.1); teleconference with Clerk of Court re same (.2). |
| Darrell B. Reddix | 05/14/20 | 0.10 | Organize Interim Fee Application for re-filing. |
| Ginger Clements | 05/19/20 | 0.60 | Review, analyze invoices re compliance with U.S. Trustee guidelines. |
| Rosa J. Evergreen | 05/19/20 | 0.40 | Review, analyze fee statement for April. |
| Darrell B. Reddix | 05/19/20 | 1.00 | Prepare eighth monthly fee statement, including exhibits. |
| Ginger Clements | 05/20/20 | 0.30 | Telephone conference with D. Reddix re review of invoices for confidentiality, compliance with U.S. Trustee guidelines. |
| Rosa J. Evergreen | 05/20/20 | 0.20 | Review, analyze April statement. |
| Darrell B. Reddix | 05/20/20 | 1.50 | Prepare eighth monthly fee statement, including exhibits. |
| Rosa J. Evergreen | 05/27/20 | 0.20 | Correspond with A&P team re invoices and fee statement. |
| Rosa J. Evergreen | 05/29/20 | 0.30 | Review, analyze invoices and fee statement. |
| Darrell B. Reddix | 05/29/20 | 2.50 | Prepare eighth monthly fee statement, including exhibits. |

**Total Hours**                          **10.30**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 2.00 | 950.00 | 1,900.00 |
| Ginger Clements | 1.00 | 700.00 | 700.00 |
| Darrell B. Reddix | 7.30 | 395.00 | 2,883.50 |
| **TOTAL** | **10.30** | | **5,483.50** |

**Total Current Amount Due**                                              **$4,660.98**

# Arnold&Porter

Purdue Pharma L.P.                                               July 7, 2020
Attn: Phillip C. Strassburger                          Invoice # 30113918
Vice President & General Counsel                        EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00149

Project Pluto

20200002767


| For Legal Services Rendered through May 31, 2020 | $ | 5,296.00 |
|---|---|---|
| Discount: | | -794.40 |
| Fee Total | | 4,501.60 |
| Total Amount Due | $ | 4,501.60 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 7, 2020                                                                                       Invoice # 30113918

**(1049218.00149)**
Project Pluto

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 05/13/20 | 2.50 | Review correspondence from J. Doyle re: Option and License Agreement (.5); review latest draft of Option and License Agreement (.5); telephone conference with E. Rothman and E. Zausner re same (.6); correspondence with E. Rothman and E. Zausner re same (.2); review to comment on E. Zausner's revisions (.7). |
| Eric Rothman | 05/13/20 | 1.20 | Review, revise Pluto License and slide deck (.6); telephone conference with R. Greiss and E. Zausner re option and license agreement (.6). |
| Ethan Zausner | 05/13/20 | 1.80 | Review, revise PowerPoint for board presentation (1.2); telephone conference with R. Greiss and E. Rothman re option and license agreement (.6). |

**Total Hours**                        **5.50**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 2.50 | 1,180.00 | 2,950.00 |
| Eric Rothman | 1.20 | 905.00 | 1,086.00 |
| Ethan Zausner | 1.80 | 700.00 | 1,260.00 |
| **TOTAL** | **5.50** | | **5,296.00** |

**Total Current Amount Due**                                                          **$4,501.60**

Page 1