# APPENDIX A

## Biographies of PJT Professionals

- **Tim Coleman.** Mr. Coleman is a Partner and Global Head of the Restructuring and Special Situations Group at PJT Partners LP. Prior to joining PJT Partners, Mr. Coleman worked for twenty-three years at The Blackstone Group serving as a Senior Managing Director and Head of the Restructuring & Reorganization Group. Mr. Coleman worked on a variety of restructuring and special situation assignments for companies, municipalities, creditor groups, special committees of corporate boards, corporate parents of troubled companies and acquirers of distressed assets, and is a recognized leader in the field. Mr. Coleman is a frequent guest lecturer at Columbia University and NYU Stern Business Schools. He is a member of the Teach for America New York Board of Directors, the Board of Leaders of the Marshall School of Business at the University of Southern California, and the Yale-New Haven Children's Hospital Council. Mr. Coleman received a BA from the University of California at Santa Barbara and an MBA from the University of Southern California.

- **Jamie O'Connell.** Mr. O'Connell is a Partner in the Restructuring and Special Situations Group (RSSG), having joined the predecessor group of RSSG at Blackstone in 2004. Mr. O'Connell was a Senior Managing Director at Blackstone at the time of the group's spinoff to PJT in 2015. His chapter 11 experience includes Aegean Marine Petroleum Network Babcock & Wilcox, Central European Distribution Corp. (CEDC), Dow Corning, Excel Maritime Carriers, Genco Shipping & Trading, Mrs. Fields Famous Brands, Nautilus Holdings, New World Pasta, Overseas Shipholding Group (OSG), Simmons Bedding Company, Solutia, Specialty Products Holding Corp., Stearns Holdings, Targus, Toisa, Ultrapetrol, W. R. Grace & Co., and Winn-Dixie Stores. Before joining Blackstone, Mr. O'Connell worked at Dolphin Equity Partners LP and in the Corporate Recovery Services Group of Arthur Andersen LLP. He graduated magna cum laude from Notre Dame and received an MBA with honors from the Wharton School.

- **Rafael Schnitzler.** Mr. Schnitzler is a Director in the Strategic Advisory Group. Mr. Schnitzler joined PJT Partners in 2015 and has advised on a variety of mergers and acquisitions. Prior to joining PJT Partners, Mr. Schnitzler worked at Deutsche Bank. Mr. Schnitzler graduated from UC Davis with a BA in economics and received an MBA from the University of Virginia.

- **Joe Turner.** Mr. Turner is a Vice President in the Restructuring and Special Situations Group (RSSG), having joined the predecessor group of RSSG at Blackstone in 2013. Mr. Turner initially began his career at the firm in Blackstone's London offices, before moving to New York shortly after the group's spinoff to PJT in 2015. While at Blackstone/PJT, Mr. Turner has assisted in advising on a variety of in and out-of-court restructuring transactions, including Afren Plc, Caesars Entertainment Corporation, Dannemora Minerals, Dubai World, Penn Virginia, rue21, SLS Las Vegas, Sports Authority and syncreon. Prior to joining Blackstone in 2013, Mr. Turner worked in Citigroup's London Leveraged Finance team. There, Mr. Turner helped execute a number of structured capital raisings for non-investment-grade borrowers, including AlgecoScotsman, Dixons Retail, Fiat SpA, Frigoglass and Orange Switzerland. Mr. Turner began his career in HSBC's Macroeconomic and Equity Strategy research team,

- covering a number of EMEA indices and listed companies. Previously, Mr. Turner graduated from The University of Bath with First Class Honours in Economics.

- **Tom Melvin.** Mr. Melvin is an Associate in the Restructuring & Special Situations Group and has advised on a number of in and out-of-court restructuring transactions including PaperWorks Industries, Expanse Energy Solutions, Aspect Software and Legacy Reserves. Before joining PJT Partners in 2017, Tom worked as an investment banking analyst at an industry focused boutique in New York City, executing capital raising and merger and acquisition transactions in the healthcare and chemical industries. Prior to that Mr. Melvin was an associate at Deloitte. Tom graduated with High Honors from the University of Illinois where he obtained both a Bachelor's and Master's degree in Accountancy. He also received an MBA from Northwestern University's Kellogg School of Management where he completed majors in Finance and Health Enterprise Management. He is also a CPA.

- **Jade Wang.** Ms. Wang is an associate in the Strategic Advisory Group. Prior to joining PJT Partners in 2019, Ms. Wang was a consultant at Cornerstone Research, where she supported experts through discovery and trial on financial litigations, including security class actions and structured financial product valuations. Ms. Wang graduated summa cum laude from Carleton College and received an MBA with honors from Columbia Business School.

- **Jovana Arsic.** Ms Arsic is an Associate in the Restructuring & Special Situations Group. Ms. Arsic has previously been based in PJT Partners' London office, where she advised on variety of in and out-of-court restructuring transactions, including advising Extraordinary Commissioner of Agrokor on negotiations with creditors in €6.0bn quasi-sovereign restructuring of the Croatian retailer, landlords to Arcadia on the £3.5bn CVA proposal of the leading UK high-street retailer and a group of bank lenders in the $500m restructuring of DESS, ring-fenced subsidiary of SolstadFalstad, Norwegian offshore operator. Prior to joining PJT Partners in 2017, Jovana worked as an Investment Banking analyst in TMT and Oil & Gas teams of Citigroup London. Ms. Arsic received an MSc. in Finance in 2015 and a BSc. in Finance in 2012, both from Bocconi University in Milan, Italy.

- **Gerald Sim.** Mr. Sim is an Analyst in the PJT Partners Restructuring & Special Situations Group. Mr. Sim graduated summa cum laude from the University of Pennsylvania, The Wharton School, where he received a BS in Finance.

- **Aakriti Suri.** Ms. Suri is an analyst in the Strategic Advisory Group. She has worked on a range of M&A situations including healthcare, real estate and media. Previously, she graduated from Stern School of Business at New York University.

- **Ismail Mian.** Mr. Mian is an analyst in the Strategic Advisory group at PJT Partners. While at PJT, Mr. Mian has assisted in advising on a variety of mergers & acquisitions as well as restructuring transactions. Mr. Mian graduated with honors from the University of Waterloo where he obtained a Bachelor's of Accounting and Financial Management.