# APPENDIX B

**PJT Partners**

July 5, 2020

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of February 1, 2020 through February 29, 2020: | $ | 225,000.00 |

Out-of-pocket expenses processed through March 10, 2020:[1]

| | | | |
|---|---|---|---|
| Airfare | $ | 2,414.00 | |
| Ground Transportation | | 2,916.70 | |
| Communications | | 15.99 | |
| Meals | | 1,475.93 | |
| Lodging | | 4,003.20 | 10,825.82 |
| **Total Amount Due** | | | $ 235,825.82 |

**Please wire transfer funds to:**

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020
ABA# 321 081 669
Credit Account: PJT Partners LP | PJT RSSG Account
Account # 80008146369

**Invoice No. 10012195**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Mar-20 | Total Expenses |
|---|---:|---:|
| Airfare | $ 2,414.00 | $ 2,414.00 |
| Ground Transportation | 2,916.70 | **2,916.70** |
| Communications | 15.99 | **15.99** |
| Meals with Clients | 246.09 | **246.09** |
| Employee Meals | 1,229.84 | **1,229.84** |
| Lodging | 4,003.20 | **4,003.20** |
| **Total Expenses** | $ 10,825.82 | $ **10,825.82** |

| | |
|---|---:|
| **Airfare** | $ **2,414.00** |
| **Ground Transportation** | **2,916.70** |
| **Communications** | **15.99** |
| **Meals** | **1,475.93** |
| **Lodging** | **4,003.20** |
| **Total Expenses** | $ **10,825.82** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through March 10, 2020**
**Invoice No. 10012195**

### Airfare

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Schnitzler (coach class flights from Chicago, IL to London, UK to Queens, NY) | 01/14/20 - 01/18/20 | 1,051.00 | |
| Turner (travel agency booking fee for flight to/from Dubai, UAE from/to Queens, NY on 02/08 - 02/12/20) | 02/07/20 | 50.00 | |
| Turner (round trip coach class flight to/from Dubai, UAE from/to Queens, NY) | 02/08/20 - 02/12/20 | 1,313.00 | |
| **Subtotal - Airfare** | | | **$ 2,414.00** |

### Ground Transportation

| Description | Date | Amount |
|---|---|---:|
| Melvin (weeknight taxi home from office) | 01/28/20 | 27.48 |
| Schnitzler (taxi to client offices in Stamford, CT from home) | 11/13/19 | 151.98 |
| Schnitzler (taxi home from client offices in Stamford, CT) | 11/13/19 | 156.60 |
| Schnitzler (taxi to client offices in Stamford, CT from home) | 12/10/19 | 227.03 |
| Schnitzler (car service while in London, UK) | 01/13/20 | 262.43 |
| Schnitzler (car service while in London, UK) | 01/15/20 | 467.10 |
| Schnitzler (car service while in London, UK) | 01/17/20 | 18.32 |
| Schnitzler (car service while in London, UK) | 01/18/20 | 87.68 |
| Sim (taxi while in San Francisco, CA) | 02/20/20 | 27.43 |
| Turner (weeknight taxi home from office) | 01/22/20 | 17.16 |
| Turner (weekend taxi home from office) | 01/25/20 | 33.85 |
| Turner (weeknight taxi home from office) | 01/27/20 | 32.29 |
| Turner (taxi to client meeting in New York, NY) | 01/28/20 | 30.13 |
| Turner (taxi to client meeting in New York, NY) | 01/30/20 | 15.41 |
| Turner (weekend taxi home from office) | 02/02/20 | 19.54 |
| Turner (weeknight taxi home from office) | 02/04/20 | 18.08 |
| Turner (taxi to JFK Airport in Queens, NY from home) | 02/08/20 | 96.15 |
| Turner (taxi while in Dubai, UAE) | 02/09/20 | 29.67 |
| Turner (taxi while in Dubai, UAE) | 02/11/20 | 8.19 |
| Turner (taxi while in Dubai, UAE) | 02/11/20 | 20.69 |
| Turner (taxi while in Dubai, UAE) | 02/11/20 | 21.78 |
| Turner (taxi to client meeting in New York, NY) | 02/12/20 | 19.15 |
| Turner (taxi to client meeting in New York, NY) | 02/21/20 | 17.40 |
| Wang (weeknight taxi home from office) | 01/06/20 | 55.98 |
| Wang (weeknight taxi home from office) | 01/07/20 | 68.65 |
| Wang (weeknight taxi home from office) | 01/08/20 | 72.50 |
| Wang (weeknight taxi home from office) | 01/09/20 | 71.86 |
| Wang (weeknight taxi home from office) | 01/13/20 | 72.82 |
| Wang (weeknight taxi home from office) | 01/14/20 | 72.67 |
| Wang (weeknight taxi home from office) | 01/15/20 | 72.31 |
| Wang (weeknight taxi home from office) | 01/16/20 | 71.19 |
| Wang (weeknight taxi home from office) | 01/17/20 | 76.90 |
| Wang (weeknight taxi home from office) | 01/21/20 | 69.68 |
| Wang (weeknight taxi home from office) | 01/22/20 | 70.94 |
| Wang (weeknight taxi home from office) | 01/27/20 | 70.77 |
| Wang (weeknight taxi home from office) | 02/04/20 | 65.99 |
| Wang (weeknight taxi home from office) | 02/12/20 | 68.65 |
| Wang (weeknight taxi home from office) | 02/13/20 | 61.80 |
| Wang (weeknight taxi home from office) | 02/14/20 | 68.45 |
| **Subtotal - Ground Transportation** | | **2,916.70** |

### Communications

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Turner (wi-fi access will traveling) | 02/08/20 | 15.99 | |
| **Subtotal - Communications** | | | **15.99** |

### Meals with Clients

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Turner (client dinner for 4 people during meeting in Dubai, UAE) | 02/11/20 | 246.09 | |
| **Subtotal - Meals with Clients** | | | **246.09** |

### Employee Meals

| Description | Date | Amount |
|---|---|---:|
| Sim (weeknight working dinner meal @ office) | 09/27/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 10/02/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 10/03/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 10/08/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 10/09/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 10/10/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 10/14/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 01/28/20 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 02/04/20 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 12/16/19 | 18.51 |
| Suri (weeknight working dinner meal @ office) | 01/14/20 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 02/18/20 | 6.52 |
| Turner (weeknight working dinner meal @ office) | 01/10/20 | 20.00 |
| Turner (working dinner meal while in London, UK) | 01/12/20 | 20.00 |
| Turner (working breakfast meal while in London, UK) | 01/13/20 | 7.49 |
| Turner (working dinner meal while in London, UK) | 01/13/20 | 80.97 |
| Turner (working breakfast meal while in London, UK) | 01/14/20 | 34.45 |
| Turner (working lunch meal while in London, UK) | 01/14/20 | 20.48 |
| Turner (working dinner meal while in London, UK) | 01/14/20 | 35.95 |
| Turner (working breakfast meal while in London, UK) | 01/15/20 | 29.25 |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through March 10, 2020**
**Invoice No. 10012195**

| Description | Date | Amount | |
|---|---|---|---|
| Turner (working lunch meal while in London, UK) | 01/15/20 | 25.61 | |
| Turner (working dinner meal while in London, UK) | 01/15/20 | 12.80 | |
| Turner (working breakfast meal while in London, UK) | 01/16/20 | 29.30 | |
| Turner (weeknight working dinner meal @ office) | 01/22/20 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 01/24/20 | 20.00 | |
| Turner (weekend working dinner meal @ office) | 01/25/20 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 01/28/20 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 01/30/20 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 01/31/20 | 20.00 | |
| Turner (weekend working dinner meal @ office) | 02/02/20 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 02/03/20 | 20.00 | |
| Turner (working lunch meal while in London, UK) | 02/04/20 | 8.98 | |
| Turner (weeknight working dinner meal @ office) | 02/04/20 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 02/05/20 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 02/06/20 | 20.00 | |
| Turner (working breakfast meal @ JFK Airport in Queens, NY) | 02/08/20 | 20.00 | |
| Turner (working breakfast meal while in Dubai, UAE) | 02/09/20 | 8.44 | |
| Turner (working lunch meal while in Dubai, UAE) | 02/09/20 | 28.62 | |
| Turner (working dinner meal while in Dubai, UAE) | 02/09/20 | 29.01 | |
| Turner (working lunch meal while in Dubai, UAE) | 02/10/20 | 18.66 | |
| Turner (working lunch meal while in Dubai, UAE) | 02/11/20 | 15.18 | |
| Turner (weeknight working dinner meal @ office) | 02/12/20 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 02/19/20 | 20.00 | |
| Turner (working lunch meal @ office) | 02/20/20 | 19.62 | |
| Turner (weeknight working dinner meal @ office) | 02/20/20 | 20.00 | |
| Wang (weeknight working dinner meal @ office) | 01/06/20 | 20.00 | |
| Wang (weeknight working dinner meal @ office) | 01/08/20 | 20.00 | |
| Wang (weeknight working dinner meal @ office) | 01/09/20 | 20.00 | |
| Wang (weeknight working dinner meal @ office) | 01/10/20 | 20.00 | |
| Wang (weeknight working dinner meal @ office) | 01/15/20 | 20.00 | |
| Wang (weeknight working dinner meal @ office) | 01/17/20 | 20.00 | |
| Wang (weeknight working dinner meal @ office) | 01/22/20 | 20.00 | |
| Wang (weeknight working dinner meal @ office) | 01/31/20 | 20.00 | |
| Wang (weeknight working dinner meal @ office) | 02/03/20 | 20.00 | |
| Wang (weeknight working dinner meal @ office) | 02/07/20 | 20.00 | |
| Wang (weeknight working dinner meal @ office) | 02/11/20 | 20.00 | |
| Wang (weeknight working dinner meal @ office) | 02/12/20 | 20.00 | |
| Wang (weeknight working dinner meal @ office) | 02/13/20 | 20.00 | |
| **Subtotal - Employee Meals** | | | **1,229.84** |

**Lodging**

| | | | |
|---|---|---|---|
| Turner (4 day hotel stay in London, UK) | 01/12/20 - 01/16/20 | 1,502.20 | |
| Turner (4 day hotel stay in Dubai, UAE) | 02/08/20 - 02/12/20 | 2,501.00 | |
| **Subtotal - Lodging** | | | **4,003.20** |
| **Total Expenses** | | **$** | **10,825.82** |

**PJT Partners**

July 5, 2020

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---:|---:|
| Monthly Fee for the period of March 1, 2020 through March 31, 2020: | $ | 225,000.00 |

Out-of-pocket expenses through the period of April 3, 2020:[1]

| | | | |
|---|---:|---:|---:|
| Ground Transportation | $ | 50.27 | |
| Meals | | 60.00 | |
| Document Production | | 229.90 | 340.17 |
| **Total Amount Due** | | $ | **225,340.17** |

**Please wire transfer funds to:**

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020
ABA# 321 081 669
Credit Account: PJT Partners LP | PJT RSSG Account
Account # 80008146369

**Invoice No. 10012459**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Dept. - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Apr-20 | Total Expenses |
|---|---|---|
| Ground Transportation | $ 50.27 | $ 50.27 |
| Employee Meals | 60.00 | 60.00 |
| Document Production | 229.90 | 229.90 |
| **Total Expenses** | **$ 340.17** | **$ 340.17** |
|  |  |  |
| **Ground Transportation** |  | **$ 50.27** |
| **Meals** |  | **60.00** |
| **Document Production** |  | **229.90** |
|  |  |  |
| **Total Expenses** |  | **$ 340.17** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through April 3, 2020**
**Invoice No. 10012459**

| | | | |
|---|---|---:|---:|
| **Ground Transportation** | | | |
| Sim (taxi to client meeting in New York, NY) | 02/20/20 | 27.43 | |
| Suri (taxi to client meeting in New York, NY) | 01/28/20 | 22.84 | |
| **Subtotal - Ground Transportation** | | **$** | **50.27** |
| | | | |
| **Employee Meals** | | | |
| Melvin (weeknight working dinner meal @ office) | 03/02/20 | 20.00 | |
| Suri (weeknight working dinner meal @ office) | 01/14/20 | 20.00 | |
| Suri (weeknight working dinner meal @ office) | 01/28/20 | 20.00 | |
| **Subtotal - Employee Meals** | | | **60.00** |
| | | | |
| **Document Production** | | | |
| Sim (609 color photocopies calculated @ a rate of $0.10 per page) | 01/07/20 | 60.90 | |
| Sim (458 color photocopies calculated @ a rate of $0.10 per page) | 01/08/20 | 45.80 | |
| Suri (1,232 color photocopies calculated @ a rate of $0.10 per page) | 01/27/20 | 123.20 | |
| **Subtotal - Document Production** | | | **229.90** |
| | | | |
| **Total Expenses** | | **$** | **340.17** |

# PJT Partners

July 5, 2020

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---:|---:|
| Monthly Fee for the period of April 1, 2020 through April 30, 2020: | | $ 225,000.00 |

Out-of-pocket expenses through the period of May 11, 2020:[1]

| | | |
|---|---:|---:|
| Ground Transportation | $ 72.69 | |
| Communications | 31.98 | |
| Meals | 1,438.68 | |
| Document Production | 1,199.00 | 2,742.35 |
| **Total Amount Due** | | **$ 227,742.35** |

**Please wire transfer funds to:**

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020
ABA# 321 081 669
Credit Account: PJT Partners LP | PJT RSSG Account
Account # 80008146369

**Invoice No. 10012783**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Dept. - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail May-20 | Total Expenses |
|---|---:|---:|
| Ground Transportation | $ 72.69 | $ 72.69 |
| Communications | 31.98 | **31.98** |
| Meals with Clients | 1,218.68 | **1,218.68** |
| Employee Meals | 220.00 | **220.00** |
| Document Production | 1,199.00 | **1,199.00** |
| **Total Expenses** | $ 2,742.35 | $ **2,742.35** |
|  |  |  |
| **Ground Transportation** |  | $ 72.69 |
| **Communications** |  | 31.98 |
| **Meals** |  | 1,438.68 |
| **Document Production** |  | 1,199.00 |
|  |  |  |
| **Total Expenses** |  | $ **2,742.35** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through May 11, 2020**
**Invoice No. 10012783**

### Ground Transportation

| | | | |
|---|---|---|---|
| Melvin (weeknight taxi home from office) | 01/27/20 | 27.48 | |
| Turner (early morning taxi to client meeting in New York, NY from home) | 02/21/20 | 17.40 | |
| Turner (weeknight taxi home from office) | 03/11/20 | 27.81 | |
| **Subtotal - Ground Transportation** | | **$** | **72.69** |

### Communications

| | | | |
|---|---|---|---|
| Melvin (wi-fi access while traveling) | 01/17/20 | 15.99 | |
| Melvin (wi-fi access while traveling) | 01/20/20 | 15.99 | |
| **Subtotal - Communications** | | | **31.98** |

### Meals with Clients

| | | | |
|---|---|---|---|
| Corporate Services (catered meal for 30 people during client meeting @ PJT) | 01/27/20 | 1,218.68 | |
| **Subtotal - Meal with Clients** | | | **1,218.68** |

### Employee Meals

| | | | |
|---|---|---|---|
| Melvin (weeknight working dinner meal @ office) | 01/06/20 | 20.00 | |
| Melvin (weeknight working dinner meal @ office) | 01/08/20 | 20.00 | |
| Melvin (weeknight working dinner meal @ office) | 01/13/20 | 20.00 | |
| Melvin (weeknight working dinner meal @ office) | 01/15/20 | 20.00 | |
| Melvin (weeknight working dinner meal @ office) | 01/21/20 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 02/13/20 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 02/18/20 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 02/19/20 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 02/20/20 | 20.00 | |
| Turner (weekend working dinner meal @ office) | 02/29/20 | 20.00 | |
| Turner (weeknight working dinner meal @ office) | 03/16/20 | 20.00 | |
| **Subtotal - Employee Meals** | | | **220.00** |

### Document Production

| | | | |
|---|---|---|---|
| Sim (1,200 color photocopies calculated @ a rate of $0.10 per page) | 02/18/20 | 120.00 | |
| Sim (2,208 color photocopies calculated @ a rate of $0.10 per page) | 02/07/20 | 220.80 | |
| Sim (4,202 color photocopies calculated @ a rate of $0.10 per page) | 02/02/20 | 420.20 | |
| Sim (4,380 color photocopies calculated @ a rate of $0.10 per page) | 02/09/20 | 438.00 | |
| **Subtotal - Document Production** | | | **1,199.00** |

| | | | |
|---|---|---|---|
| **Total Expenses** | | **$** | **2,742.35** |

**PJT Partners**

July 5, 2020

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | | |
|---|---|---|---|
| Monthly Fee for the period of May 1, 2020 through May 31, 2020: | | $ | 225,000.00 |

Out-of-pocket expenses through the period of June 4, 2020:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 22.78 | |
| Meals | | 632.39 | 655.17 |
| **Total Amount Due** | | | $ 225,655.17 |

**Please wire transfer funds to:**

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020
ABA# 321 081 669
Credit Account: PJT Partners LP | PJT RSSG Account
Account # 80008146369

**Invoice No. 10013095**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Dept. - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Jun-20 | Total Expenses |
|---|---|---|
| Ground Transportation | $ 22.78 | $ 22.78 |
| Employee Meals | 632.39 | 632.39 |
| **Total Expenses** | **$ 655.17** | **$ 655.17** |
|  |  |  |
| **Ground Transportation** |  | **$ 22.78** |
| **Meals** |  | **632.39** |
|  |  |  |
| **Total Expenses** |  | **$ 655.17** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through June 4, 2020**
**Invoice No. 10013095**

**Ground Transportation**

| | | |
|---|---|---|
| Sim (weekend taxi home from office) | 10/13/19 | 22.78 |
| **Subtotal - Ground Transportation** | | **$ 22.78** |

**Employee Meals**

| | | |
|---|---|---|
| Melvin (weeknight working dinner meal @ office) | 01/15/20 | 10.89 |
| Melvin (weeknight working dinner meal @ office) | 02/18/20 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 02/19/20 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 03/18/20 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 03/19/20 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 03/24/20 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 03/26/20 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 03/31/20 | 20.00 |
| Melvin (weeknight working dinner meal @ office) | 04/08/20 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 10/10/19 | 20.00 |
| Sim (weeknight working dinner meal @ office) | 10/14/19 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 03/23/20 | 8.43 |
| Suri (weeknight working dinner meal @ office) | 03/24/20 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 03/26/20 | 11.33 |
| Suri (weeknight working dinner meal @ office) | 03/27/20 | 2.00 |
| Suri (weekend working dinner meal @ office) | 03/29/20 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 03/31/20 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 04/01/20 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 04/02/20 | 20.00 |
| Suri (weeknight working dinner meal @ office) | 04/07/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 02/27/20 | 20.00 |
| Turner (weekend working lunch meal @ office) | 03/01/20 | 19.74 |
| Turner (weeknight working dinner meal @ office) | 03/03/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 03/04/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 03/05/20 | 20.00 |
| Turner (weeknight working dinner meal @ office) | 03/06/20 | 20.00 |
| Wang (weeknight working dinner meal @ office) | 03/17/20 | 20.00 |
| Wang (weeknight working dinner meal @ office) | 03/19/20 | 20.00 |
| Wang (weeknight working dinner meal @ office) | 03/25/20 | 20.00 |
| Wang (weeknight working dinner meal @ office) | 03/26/20 | 20.00 |
| Wang (weeknight working dinner meal @ office) | 03/30/20 | 20.00 |
| Wang (weeknight working dinner meal @ office) | 03/31/20 | 20.00 |
| Wang (weeknight working dinner meal @ office) | 04/02/20 | 20.00 |
| Wang (weeknight working dinner meal @ office) | 04/03/20 | 20.00 |
| **Subtotal - Employee Meals** | | **632.39** |
| **Total Expenses** | | **$ 655.17** |