Sandy Opacich, Clerk of the Court
John F. Seiberling Federal Building & U.S. Courthouse
2 South Main Street
Cleveland, Ohio 44113

June 6, 2020

**Re: Civil Action No.2:19-cv-19709 related case 7431 in MDL No. 2804**

Dear Clerk;

This is Tag-along motion for default of judgment, pursuant to Federal Rule of Civil Procedures, Rule 55; File with Judge Dan Aaron Polster for the Multi-District Litigation of the Opiate Epidemic (also refer to: www.na.org/conference*) see the above reference Civil Action Number and the Multi-District Litigation Case No.: 2804.

Attached copy of the order by the Clerk of the Multi-Litigation Panel closing the Briefing Schedule.

Ronald Bass, Sr.

*Narcotics Anonymous World Services, "the effects of the opiate on humanity"

FILED
U.S. BANKRUPTCY COURT
2020 JUN 2 A 10 4!
S.D.N.Y.

TRANSFERRED

# United States Judicial Panel on Multidistrict Litigation
## CIVIL DOCKET FOR CASE #: MDL No. 2804
### Internal Use Only

**IN RE: National Prescription Opiate Litigation**
Assigned to: Dan A. Polster
Transferee District: Ohio Northern
Master Docket Number: 1:17-md-2804

Date Filed: 09/25/2017
MDL Status: Transferred
Date Ordered: 12/05/2017
Citation: 290 F.Supp.3d 1375
Staff Attorney: Bullock

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2020 | 7597 | **MINUTE ORDER CLOSING BRIEFING** re: pldg. ( 7431 in MDL No. 2804, 10 in NJ/2:19-cv-19709) <br><br> Briefing in this matter is now closed. The parties to action(s) on the motion(s) remain under a duty, pursuant to Panel Rule 6.1(f), to notify the Clerk of the Panel promptly of any development that would partially or completely moot this matter. <br><br> Signed by Clerk of the Panel John W. Nichols on 5/6/2020. <br><br> Associated Cases: MDL No. 2804, NJ/2:19-cv-19709 (SM) (Entered: 05/06/2020) |

John W. Nichols, Clerk
Clerk of the Panel's Office
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Washington, DC 20002-8004

May 12, 2020

**Re:   Associated Cases MDL No. 2804, NJ/2:19-cv-19709(SM)**

Dear Mr. Nichole, Clerk of the Court

Find my motion to be heard on short notice for Default of Judgment, pursuant Fed. R. Civ. Pro., **Rule 55**; I agreed for the centralization of my complaint in the Northern District of Ohio; However, the motion comes before the court under the National Opiate Litigation in support of damages, injuries, economic losses, housing, employments and the mental anguish because of the parental interference I suffered as the result of being stigmatize because of the legally prescribe opiates and its synthetics provided to me by license doctors and other medical entities and public employees who were aware of my consumption of the opiate pain medications and the United States Department of Justice, Secretary of Homeland Security allegations of holding information they alleged in **retention, about me.**

*[signature: Ronald Bass Sr.]*
Ronald Bass, Sr.

# PROOF OF SERVICE

I, certify that the following people below have been sent by regular U.S. Postal Service mail, unless otherwise indicated type of U.S. Postal Services requested:

Clerk of the Panel John W. Nichole
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.      **Certified mail**
Washington, DC 2002-8004

Alexander M. Bullock, Staff Attorney
6071 14th Street, NW   Suite 900           **Certified mail**
Washington DC 2005

KEEFE LAW FIRM
125 Half Mile Road,  Suite 100      **Certified mail**
Red Bank, New Jersey 07701

 State of New Jersey Department of Treasury & Bureau of Risk Management
**Tort & Contract Unit**
Gurbir S. Grewal, Attorney General of New Jersey
P.O. Box 620
One West State Street           **Certified mail**
Trenton, New Jersey 08625

Justin E. Herdman, Attorney
United States Attorney General Office
United States Department of Justice
801 W. Superior Avenue,  Suite 400      **Certified mail**
Cleveland, Ohio 44113

Teva Pharmaceutical Industries, Ltd.
Legal Department

400 Interpace Parkway
Parsippany-Troy Hills, New Jersey 07054        **Certified mail**

PURDUE PHARMA, L.P., ET AL.,
Legal Department
201 Tresser Blvd.
Stamford, CT 06901        **Certified mail**


I'm requesting that the United States District Court Clerk, electronically serve all defendants my motion for default of judgment, due my financial status I am unable to serve defendants.

*[signature]*
Ronald Bass, Sr.

IN THE UNITED STATES COURT
John F. Seiberling Federal Building & U.S. Courthouse
2 South Main Street
Cleveland, Ohio 44113

Ronald Bass, Sr.
Ronald Bass, Jr., et al.

    Plaintiffs                                **Federal Rule of Civil Procedure**
                                                  **Rule 55**

v.

                                      Civil Action No.2:19-cv-19709 related case 7431 in MDL
                                      No. 2804

PURDUE PHARMA, L.P.
PURDUE PHARMA, INC.,
THE PURDUE FREDERICK.,
AND the XYZZ CORPORATION 1-20
et al.

    Defendants

### MOTION FOR DEFAULT JUDMENT

**To:** Hon. Judge Dan A. Polster

    Plaintiffs move this court for a judgment by default in this action, and show that the complaint in the above case was filed in the United States District Court on November 1, 2019, defendants were served, as well I requested that the court serve the complaint through electronic filing to defendants due to my

financial status or inability to pay the cause of filing or serving the complaint as Transferred **Tag-along** Multi-District Litigation claims under the National **opiate** settlement and the amending the United States Department of Homeland Security to this action. No answers or other defense has been filed by the defendants since the closing of the schedule Briefing signed by Clerk of the Panel John W. Nichole on 5/6/2020 as related to the associated cases MDL No. 2804, NJ/2:19-cv-19709; Defendants was not in the military services and is not an infant or incompetent as appears in the original complaint and affidavit or certification.

       Wherefore, plaintiffs move that this court make and enter orders for *judgment of default* and *relief* in my complaint and relevant supporting documents.

June 8, 2020

Ronald Bass, Sr.