UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

CONSOLIDATED MONTHLY FEE STATEMENT OF
CORNERSTONE RESEARCH FOR COMPENSATION FOR
SERVICES RENDERED AS CONSULTANT TO THE
DEBTORS FOR THE PERIOD FROM
JANUARY 14, 2020 THROUGH May 31, 2020

| Name of Applicant | Cornerstone Research |
|---|---|
| Applicant's Role in Case | Consultant to Purdue Pharma L.P., *et al.*, |
| Date Order of Employment Signed | June 11, 2020 |
| Period for which compensation and reimbursement is sought | January 14, 2020 through May 31, 2020 |

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $386,843.20 (80% of $483,554.00) |
| Total reimbursement requested in this statement | $0.00 |
| Total compensation and reimbursement requested in this statement | $386,843.20 |
| This is a(n):   X  Monthly Application_____Interim Application_____Final Application | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Cornerstone Research as Consultants for the Debtors Nunc Pro Tunc to January 14, 2020* [ECF No. 1255] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Cornerstone Research, consultant for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Consolidated Monthly Fee Statement of Cornerstone Research for Services Rendered as Consultant to the Debtor for the Period from January 14, 2020 Through May 31, 2020* (this "**Fee Statement**").[2] By this Fee Statement, Cornerstone Research seeks compensation in the amount of $386,843.20, which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., $483,554.00).

---

[2] The period from January 14, 2020, through and including May 31, 2020, is referred to herein as the "**Fee Period**."

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Cornerstone Research consultants during the Fee Period with respect to each project category, as reflected in **Exhibit A**, Cornerstone Research incurred $483,554.00 in fees during the Fee Period. Pursuant to this Fee Statement, Cornerstone Research seeks reimbursement for 80% of such fees, totaling $386,843.20.

2. Attached hereto as **Exhibit B** is a chart of Cornerstone Research staff, including the standard hourly rate for each consultant who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each consultant. The blended hourly billing rate of consultants for all services provided during the Fee Period is $511.91.[3]

3. Attached hereto as **Exhibit C** are the time records of Cornerstone Research for The Fee Period organized by month and project category with a daily time log describing the time spent by each consultant during Fee Period.

**Notice**

4. The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

---

[3] The blended hourly billing rate of $511.91 for consultants is derived by dividing the total fees for consultants of $483,554.00 by the total hours of 944.6.

3

WHEREFORE, Cornerstone Research, in connection with services rendered on behalf of the Debtors, respectfully requests compensation in the amount of $386,843.20 which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., $483,554.00.

Dated:   July 08, 2020
         Boston, Massachusetts

                              CORNERSTONE RESEARCH

                              By:  /s/ Sally Woodhouse

                              699 Boylston Street
                              Boston, Massachusetts 02116
                              Telephone: (617) 927-3000
                              Facsimile: (617) 927-3100

**Exhibit A**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Claims Estimation Issues | 819.2 | $421,940.00 |
| Settlement Issues | 125.4 | $61,614.00 |
| **Total** | 944.6 | $483,554.00 |

**Exhibit B**

**Professional Fees**

| Individual | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Woodhouse, Sally | Vice President | $850.00 | 45.60 | $38,760.00 |
| Chernin, Abe | Vice President | $830.00 | 17.00 | $14,110.00 |
| Kovacheva, Penka | Principal | $705.00 | 113.60 | $80,088.00 |
| Haque, Rezwan | Manager | $625.00 | 51.80 | $32,375.00 |
| Lee, James | Manager | $625.00 | 129.40 | $80,875.00 |
| Guo, Fang | Associate | $570.00 | 16.20 | $9,234.00 |
| Yanguas, Maria Lucia | Associate | $495.00 | 184.70 | $91,426.50 |
| Russell, Nolan P. | Research Associate | $410.00 | 40.00 | $16,400.00 |
| King, Kyla M. | Senior Analyst | $380.00 | 109.90 | $41,762.00 |
| Xin, Xingyue | Senior Analyst | $380.00 | 36.30 | $13,794.00 |
| McGill, Jeffrey S. | Analyst | $345.00 | 27.90 | $9,625.50 |
| Bazak, Eric R. | Analyst | $320.00 | 65.70 | $21,024.00 |
| Guo, Ruihan | Analyst | $320.00 | 7.50 | $2,400.00 |
| Miller, Robert M. | Analyst | $320.00 | 66.90 | $21,408.00 |
| Sturm, Matthew T. | Analyst | $320.00 | 32.10 | $10,272.00 |
| | | ***Total*** | ***944.60*** | ***$483,554.00*** |

## Exhibit C

### Time Detail by Project Category and Month

**Project Category: Claims Estimation Issues**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Kovacheva, Penka | 1/14/2020 | 0.4 | Prepared for call with counsel. |
| Kovacheva, Penka | 1/15/2020 | 2.3 | Reviewed plaintiff expert reports from opioid litigations. |
| Abe Chernin | 1/16/2020 | 1.2 | Prepared for and attended call with counsel. |
| Chernin, Abe | 1/16/2020 | 1.8 | Reviewed background documents. |
| Chernin, Abe | 1/16/2020 | 1 | Discussed follow-up tasks with team members. |
| Haque, Rezwan | 1/16/2020 | 2.9 | Reviewed attorney memo re claimants. |
| Haque, Rezwan | 1/16/2020 | 1.3 | Prepared for and attended call with counsel. |
| Kovacheva, Penka | 1/16/2020 | 2.1 | Reviewed bar date papers and claimant forms. |
| Kovacheva, Penka | 1/16/2020 | 1.5 | Prepared for and attended call with counsel. |
| Kovacheva, Penka | 1/16/2020 | 1 | Discussed follow up tasks with team members. |
| Lee, James | 1/16/2020 | 3.2 | Prepared for and attended call with counsel. |
| Woodhouse, Sally | 1/16/2020 | 1.3 | Prepared for and attended call with counsel. |
| Woodhouse, Sally | 1/16/2020 | 1 | Discussed follow-up tasks with team members. |
| Chernin, Abe | 1/17/2020 | 1.5 | Reviewed attorney memo re plaintiff claims. |
| Haque, Rezwan | 1/17/2020 | 1.6 | Reviewed case documents. |
| Haque, Rezwan | 1/17/2020 | 2.1 | Drafted questions for claimant presentations. |
| Kovacheva, Penka | 1/17/2020 | 1.3 | Reviewed attorney memo re claimants. |
| Haque, Rezwan | 1/20/2020 | 0.7 | Reviewed case documents. |
| Haque, Rezwan | 1/20/2020 | 1.1 | Drafted questions for claimant presentations. |
| Kovacheva, Penka | 1/20/2020 | 0.3 | Worked on outline of potential economic analyses. |
| Woodhouse, Sally | 1/20/2020 | 0.5 | Reviewed attorney memo related to plaintiff claims. |
| Chernin, Abe | 1/21/2020 | 1.5 | Reviewed attorney memo re plaintiff claims. |
| Haque, Rezwan | 1/21/2020 | 2.8 | Updated questions for claimant presentations. |
| Kovacheva, Penka | 1/21/2020 | 3.7 | Worked on memo outlining potential economic analyses. |
| Kovacheva, Penka | 1/21/2020 | 3.4 | Reviewed and updated list of questions for claimant presentations. |
| Woodhouse, Sally | 1/21/2020 | 0.5 | Continued review of attorney memo related to plaintiff claims. |
| Haque, Rezwan | 1/22/2020 | 2.7 | Reviewed case documents. |
| Haque, Rezwan | 1/22/2020 | 3.1 | Updated questions for claimant presentations. |
| Kovacheva, Penka | 1/22/2020 | 1.8 | Reviewed Insys bankruptcy plan. |
| Lee, James | 1/22/2020 | 2.9 | Reviewed and updated memo re potential analyses. |
| Lee, James | 1/22/2020 | 2.1 | Reviewed attorney memo re claimants. |
| Woodhouse, Sally | 1/22/2020 | 1.6 | Reviewed draft analysis proposal and questions for claimants. |
| Chernin, Abe | 1/23/2020 | 2 | Reviewed questions for claimants. |

| | | | |
|---|---|---|---|
| Chernin, Abe | 1/23/2020 | 1 | Discussed questions for claimants and potential economic analyses with team. |
| Haque, Rezwan | 1/23/2020 | 3.5 | Updated questions for claimant presentations. |
| Haque, Rezwan | 1/23/2020 | 1 | Discussed analyses with team. |
| Kovacheva, Penka | 1/23/2020 | 0.5 | Reviewed questions for claimant presentations. |
| Kovacheva, Penka | 1/23/2020 | 1 | Discussed questions and analysis proposal with team members. |
| Kovacheva, Penka | 1/23/2020 | 0.7 | Updated analysis proposal. |
| Lee, James | 1/23/2020 | 3.6 | Prepared summary of harms alleged by claimants. |
| Lee, James | 1/23/2020 | 1 | Discussed analysis proposal with team. |
| Woodhouse, Sally | 1/23/2020 | 1 | Discussed analysis proposal and questions for claimants with team. |
| Chernin, Abe | 1/24/2020 | 1.3 | Reviewed attorney memo re plaintiff claims. |
| Chernin, Abe | 1/24/2020 | 0.7 | Discussed memo and summary of harms alleged by claimants with team. |
| Haque, Rezwan | 1/24/2020 | 2 | Reviewed summary of harms alleged by claimants. |
| Haque, Rezwan | 1/24/2020 | 0.7 | Discussed analyses with team. |
| Kovacheva, Penka | 1/24/2020 | 0.2 | Reviewed summary of harms alleged by claimants. |
| Kovacheva, Penka | 1/24/2020 | 0.7 | Discussed attorney memo and summary of harms with team members. |
| Lee, James | 1/24/2020 | 3.1 | Updated summary of harms alleged by claimants. |
| Lee, James | 1/24/2020 | 0.7 | Discussed summary and attorney memo with team. |
| Woodhouse, Sally | 1/24/2020 | 0.7 | Discussed attorney memo and summary of harms alleged by claimants with team. |
| Lee, James | 1/26/2020 | 0.1 | Updated summary of harms alleged by claimants. |
| Woodhouse, Sally | 1/26/2020 | 3.6 | Reviewed attorney memo related to plaintiff claims and summary of claims. |
| Haque, Rezwan | 1/27/2020 | 1.4 | Reviewed summary of harms alleged by claimants. |
| Haque, Rezwan | 1/27/2020 | 1.3 | Prepared for and attended call with counsel. |
| Kovacheva, Penka | 1/27/2020 | 1 | Discussed follow-up analyses with team member. |
| Kovacheva, Penka | 1/27/2020 | 1.9 | Prepared for and attended call with counsel. |
| Lee, James | 1/27/2020 | 1 | Prepared for and attended call with counsel. |
| Lee, James | 1/27/2020 | 1 | Discussed follow-up analyses with team member. |
| Woodhouse, Sally | 1/27/2020 | 1.4 | Prepared for and attended call with Davis Polk and Dechert. |
| Kovacheva, Penka | 1/28/2020 | 1.4 | Prepared work plan for initial claim analyses. |
| Lee, James | 1/28/2020 | 0.2 | Reviewed claimant complaints. |
| Yanguas, Maria Lucia | 1/28/2020 | 1.6 | Reviewed case materials. |
| Guo, Ruihan | 1/29/2020 | 1.4 | Prepared table summarizing MME trends for Purdue and Rhodes drugs. |
| Kovacheva, Penka | 1/29/2020 | 2.1 | Reviewed MME trends for Purdue and Rhodes drugs. |
| Kovacheva, Penka | 1/29/2020 | 2.3 | Reviewed and updated questions for claimant presentations. |
| Woodhouse, Sally | 1/29/2020 | 0.4 | Reviewed MME trends for Purdue and Rhodes drugs. |
| Woodhouse, Sally | 1/29/2020 | 1.1 | Prepared for and attended call with Davis Polk. |
| Woodhouse, Sally | 1/29/2020 | 0.6 | Researched potential experts. |
| Yanguas, Maria Lucia | 1/29/2020 | 5.4 | Reviewed and summarized complaints. |

8

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Kovacheva, Penka | 1/30/2020 | 0.9 | Reviewed list of Purdue and Rhodes drugs at issue. |
| Yanguas, Maria Lucia | 1/30/2020 | 8.8 | Reviewed and summarized complaints. |
| Guo, Ruihan | 1/31/2020 | 2.9 | Prepared list of Purdue and Rhodes drugs at issue. |
| Kovacheva, Penka | 1/31/2020 | 0.4 | Reviewed complaints. |
| Kovacheva, Penka | 1/31/2020 | 2.9 | Updated list of questions for claimant presentations. |
| Kovacheva, Penka | 1/31/2020 | 0.3 | Started list of questions for counsel. |
| Yanguas, Maria Lucia | 1/31/2020 | 3.7 | Reviewed and summarized complaints. |

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Lee, James | 2/1/2020 | 0.8 | Reviewed potential questions for claimants. |
| Lee, James | 2/2/2020 | 0.3 | Worked on potential questions for claimants. |
| Kovacheva, Penka | 2/3/2020 | 1.3 | Reviewed and updated summary of valuation of harms alleged by claimants. |
| Kovacheva, Penka | 2/3/2020 | 1.4 | Reviewed claimant complaints. |
| Lee, James | 2/3/2020 | 1.1 | Worked on potential harms analysis. |
| Lee, James | 2/3/2020 | 0.8 | Reviewed summaries of representative complaints. |
| Yanguas, Maria Lucia | 2/3/2020 | 1.2 | Reviewed summary of complaints and questions for counsel. |
| Yanguas, Maria Lucia | 2/3/2020 | 3.2 | Updated analysis of claimants' alleged harms. |
| King, Kyla M. | 2/4/2020 | 0.8 | Reviewed summary of claimant harms and questions for claimants. |
| Kovacheva, Penka | 2/4/2020 | 2.1 | Updated questions for claimant presentations. |
| Kovacheva, Penka | 2/4/2020 | 2.3 | Discussed with team claimant complaints and summary of harms to claimants. |
| Lee, James | 2/4/2020 | 3.1 | Reviewed summary of potential claimant harms and potential questions for claimants. |
| Miller, Robert M. | 2/4/2020 | 1.7 | Reviewed case materials. |
| Miller, Robert M. | 2/4/2020 | 0.4 | Reviewed summary of harms table and claimant questions. |
| Woodhouse, Sally | 2/4/2020 | 1.9 | Reviewed summary of harms table and claimant questions. |
| Yanguas, Maria Lucia | 2/4/2020 | 3.3 | Updated analysis of claimants' alleged harms. |
| Yanguas, Maria Lucia | 2/4/2020 | 1.1 | Reviewed case documents. |
| Chernin, Abe | 2/5/2020 | 1.5 | Reviewed case documents. |
| Yanguas, Maria Lucia | 2/5/2020 | 3.6 | Reviewed actuarial study. |
| Kovacheva, Penka | 2/6/2020 | 0.9 | Updated list of data questions for counsel. |
| Yanguas, Maria Lucia | 2/6/2020 | 1.6 | Reviewed actuarial study. |
| Lee, James | 2/7/2020 | 0.1 | Reviewed actuarial study re cost of opioid crisis. |
| Yanguas, Maria Lucia | 2/7/2020 | 3.8 | Reviewed actuarial study. |
| Kovacheva, Penka | 2/8/2020 | 0.8 | Reviewed summary of actuarial study. |
| Yanguas, Maria Lucia | 2/8/2020 | 0.9 | Worked on memo re actuarial study. |
| Yanguas, Maria Lucia | 2/9/2020 | 1.1 | Worked on memo re actuarial study. |
| Bazak, Eric R. | 2/10/2020 | 0.5 | Reviewed legal pleadings. |
| Kovacheva, Penka | 2/10/2020 | 1.9 | Reviewed summary of actuarial study. |
| Lee, James | 2/10/2020 | 3.3 | Reviewed actuarial study re cost of opioid crisis. |
| Yanguas, Maria Lucia | 2/10/2020 | 1.4 | Reviewed memo re actuarial study. |
| Bazak, Eric R. | 2/11/2020 | 0.4 | Reviewed legal pleadings. |

| Name | Date | Hours | Description |
|---|---|---|---|
| Bazak, Eric R. | 2/11/2020 | 2 | Researched NAS cost estimates. |
| Bazak, Eric R. | 2/11/2020 | 2.1 | Reviewed and analyzed NAS prevalence data. |
| King, Kyla M. | 2/11/2020 | 2.9 | Conducted academic research re initial estimates of claimant harms. |
| Kovacheva, Penka | 2/11/2020 | 1.5 | Organized follow-up research tasks and analyses. |
| Kovacheva, Penka | 2/11/2020 | 1.4 | Prepared for and attended call with counsel. |
| Lee, James | 2/11/2020 | 7.1 | Reviewed and updated memo re actuarial study. |
| Miller, Robert M. | 2/11/2020 | 4.1 | Reviewed actuarial study and opioid-related cost estimates. |
| Russell, Nolan P. | 2/11/2020 | 2 | Reviewed pleadings from opioid litigations. |
| Woodhouse, Sally | 2/11/2020 | 1.3 | Prepared for and attended call with Davis Polk. |
| Yanguas, Maria Lucia | 2/11/2020 | 8.8 | Worked on memo re actuarial study. |
| Bazak, Eric R. | 2/12/2020 | 4.5 | Analyzed NAS prevalence data. |
| Bazak, Eric R. | 2/12/2020 | 4 | Researched excess medical costs, foster care and pain and suffering costs for NAS babies. |
| King, Kyla M. | 2/12/2020 | 8.9 | Conducted academic research re initial estimates of claimant harms. |
| Kovacheva, Penka | 2/12/2020 | 1.4 | Reviewed actuarial study and related analyses. |
| Lee, James | 2/12/2020 | 8.1 | Worked on memo re actuarial study. |
| McGill, Jeffrey S. | 2/12/2020 | 3.9 | Worked on initial estimates of claimant harms based on actuarial study. |
| Miller, Robert M. | 2/12/2020 | 4.3 | Researched data sources used in actuarial study. |
| Russell, Nolan P. | 2/12/2020 | 1.7 | Reviewed pleadings from opioid litigations. |
| Woodhouse, Sally | 2/12/2020 | 1 | Reviewed actuarial study and related analyses. |
| Yanguas, Maria Lucia | 2/12/2020 | 6.1 | Worked on memo re actuarial study. |
| Bazak, Eric R. | 2/13/2020 | 2.9 | Researched costs estimates in actuarial study. |
| Bazak, Eric R. | 2/13/2020 | 1.9 | Summarized actuarial study methodologies. |
| King, Kyla M. | 2/13/2020 | 8.9 | Updated initial cost estimates for claimant harms. |
| Kovacheva, Penka | 2/13/2020 | 2.6 | Reviewed plaintiff expert reports in opioid litigations and complaints. Reviewed preliminary estimates of alleged harm by claimants. |
| Lee, James | 2/13/2020 | 3.4 | Worked on memo re actuarial study. |
| Lee, James | 2/13/2020 | 5.8 | Researched initial estimates of claimant harms based on actuarial study. |
| McGill, Jeffrey S. | 2/13/2020 | 2.8 | Researched data sources used in actuarial study. |
| Miller, Robert M. | 2/13/2020 | 4.7 | Conducted academic research. |
| Russell, Nolan P. | 2/13/2020 | 2.3 | Researched initial estimates of alleged claimant harms. |
| Woodhouse, Sally | 2/13/2020 | 0.5 | Reviewed analysis of actuarial study. |
| Yanguas, Maria Lucia | 2/13/2020 | 4.8 | Worked on memo re actuarial study and claimant harms. |
| Yanguas, Maria Lucia | 2/13/2020 | 4.4 | Reviewed methodology of initial claimant harms estimates. |
| Bazak, Eric R. | 2/14/2020 | 1.7 | Analyzed claimant harms. |
| Bazak, Eric R. | 2/14/2020 | 1.8 | Reviewed academic literature. |
| Chernin, Abe | 2/14/2020 | 1.2 | Reviewed actuarial study and related analyses. |
| Chernin, Abe | 2/14/2020 | 0.8 | Discussed claim valuation analysis with team members. |
| King, Kyla M. | 2/14/2020 | 4.2 | Updated initial cost estimates for claimant harms. |
| Kovacheva, Penka | 2/14/2020 | 1.8 | Reviewed preliminary estimates of alleged harm by claimants. |

| Name | Date | Hours | Description |
|---|---|---|---|
| Kovacheva, Penka | 2/14/2020 | 0.8 | Discussed claim valuation analysis with team members. |
| Kovacheva, Penka | 2/14/2020 | 1.1 | Prepared for and attended call with counsel. |
| Lee, James | 2/14/2020 | 9.1 | Worked on initial estimates of claimant harms based on actuarial study. |
| Lee, James | 2/14/2020 | 1.1 | Prepared for and attended call with client. |
| McGill, Jeffrey S. | 2/14/2020 | 4.2 | Analyzed actuarial report and researched data sources. |
| Miller, Robert M. | 2/14/2020 | 3.6 | Reviewed statistics cited in actuarial study. |
| Russell, Nolan P. | 2/14/2020 | 2 | Researched initial estimates of alleged claimant harms. |
| Woodhouse, Sally | 2/14/2020 | 1.1 | Prepared for and attended call with Davis Polk and Dechert. |
| Woodhouse, Sally | 2/14/2020 | 0.8 | Follow-up discussion with team members re claim valuation analysis. |
| Yanguas, Maria Lucia | 2/14/2020 | 9 | Worked on memo re actuarial study and initial estimates of claimant harms. |
| Lee, James | 2/15/2020 | 0.1 | Reviewed memo re initial estimates of claimant harms based on actuarial study. |
| Yanguas, Maria Lucia | 2/15/2020 | 0.9 | Reviewed memo re actuarial study and initial estimates of claimant harms. |
| Lee, James | 2/16/2020 | 3 | Worked on memo re initial estimates of claimants harms based on actuarial study. |
| Bazak, Eric R. | 2/17/2020 | 8.4 | Analyzed claimant harms. |
| King, Kyla M. | 2/17/2020 | 8.9 | Updated initial cost estimates for claimants harms. |
| Kovacheva, Penka | 2/17/2020 | 3.3 | Reviewed and updated actuarial study memo and initial estimates of claimants' harms. |
| Lee, James | 2/17/2020 | 3.8 | Worked on memo re initial estimates of claimant harms based on actuarial study. |
| McGill, Jeffrey S. | 2/17/2020 | 7.4 | Investigated statistics used in actuarial study. |
| Miller, Robert M. | 2/17/2020 | 8.2 | Worked on estimating initial claimant harms. |
| Russell, Nolan P. | 2/17/2020 | 4.3 | Researched initial estimates of alleged claimant harms. |
| Yanguas, Maria Lucia | 2/17/2020 | 7.6 | Worked on memo re actuarial study and initial estimates of claimant harms. |
| Bazak, Eric R. | 2/18/2020 | 1.4 | Checked analysis of claimant harms. |
| King, Kyla M. | 2/18/2020 | 9.5 | Checked initial estimates of claimant harms. |
| Kovacheva, Penka | 2/18/2020 | 2.8 | Prepared questions for claimant presentations. |
| Kovacheva, Penka | 2/18/2020 | 2.1 | Reviewed representative complaints by plaintiffs. |
| Lee, James | 2/18/2020 | 7.6 | Worked on memo and exhibit re initial estimates of claimant harms based on actuarial study. |
| McGill, Jeffrey S. | 2/18/2020 | 4.6 | Checked initial estimates of claimant harms. |
| McGill, Jeffrey S. | 2/18/2020 | 3.1 | Investigated statistics used in actuarial study. |
| Miller, Robert M. | 2/18/2020 | 4.8 | Worked on initial estimates of claimant harms. |
| Miller, Robert M. | 2/18/2020 | 4.4 | Checked memo re actuarial study. |
| Russell, Nolan P. | 2/18/2020 | 3.5 | Checked initial estimates of alleged claimant harms. |
| Yanguas, Maria Lucia | 2/18/2020 | 11.6 | Worked on memo re actuarial study and initial estimates of claimant harms. |
| Bazak, Eric R. | 2/19/2020 | 2.1 | Analyzed claimant harms. |
| King, Kyla M. | 2/19/2020 | 8.3 | Checked initial estimates of claimant harms and memo re actuarial study. |

| | | | |
|---|---|---|---|
| Kovacheva, Penka | 2/19/2020 | 4.8 | Reviewed actuarial memo and initial estimates of claimants' harms. |
| Lee, James | 2/19/2020 | 6.9 | Reviewed memo re actuarial study. |
| Miller, Robert M. | 2/19/2020 | 4.9 | Reviewed memo re initial claimant harms and the actuarial study. |
| Woodhouse, Sally | 2/19/2020 | 0.8 | Reviewed analysis of actuarial study with team. |
| Yanguas, Maria Lucia | 2/19/2020 | 11.5 | Worked on memo re actuarial study and initial estimates of claimant harms. |
| Bazak, Eric R. | 2/20/2020 | 3.4 | Researched academic literature for analysis of claimant harms. |
| King, Kyla M. | 2/20/2020 | 4.3 | Researched follow-ups to initial estimates of claimant harms. |
| Kovacheva, Penka | 2/20/2020 | 3.4 | Reviewed and updated actuarial study memo and initial estimates of claimants' harms. |
| Miller, Robert M. | 2/20/2020 | 3.4 | Conducted academic research. |
| Woodhouse, Sally | 2/20/2020 | 1 | Reviewed summary of actuarial study and initial valuation of claimant harms. |
| Yanguas, Maria Lucia | 2/20/2020 | 3.2 | Reviewed questions for claimant hearings. |
| Yanguas, Maria Lucia | 2/20/2020 | 4.8 | Reviewed analysis of clamant harms. |
| Bazak, Eric R. | 2/21/2020 | 6.8 | Researched academic literature for analysis of claimant harms. |
| King, Kyla M. | 2/21/2020 | 4.8 | Researched follow-ups to initial estimates of claimant harms. |
| Kovacheva, Penka | 2/21/2020 | 2.3 | Prepared, reviewed, and updated questions for claimant presentations. |
| McGill, Jeffrey S. | 2/21/2020 | 1.1 | Reviewed research on initial estimates of claimant harms. |
| Miller, Robert M. | 2/21/2020 | 2.9 | Researched follow-ups to initial estimates of claimant excess medical costs based on actuarial study. |
| Russell, Nolan P. | 2/21/2020 | 2.8 | Researched initial estimates of alleged claimant harms. |
| Yanguas, Maria Lucia | 2/21/2020 | 4.2 | Reviewed additional complaints. |
| Yanguas, Maria Lucia | 2/21/2020 | 0.8 | Reviewed questions for claimant hearings. |
| Yanguas, Maria Lucia | 2/21/2020 | 2.1 | Reviewed analysis of claimant harms. |
| Kovacheva, Penka | 2/23/2020 | 0.3 | Reviewed Purdue data received from counsel. |
| Lee, James | 2/23/2020 | 0.5 | Reviewed documents received from Davis Polk. |
| Bazak, Eric R. | 2/24/2020 | 3.9 | Researched academic literature for analysis of claimant harms. |
| King, Kyla M. | 2/24/2020 | 8.7 | Researched follow-ups to initial estimates of claimant harms. |
| Kovacheva, Penka | 2/24/2020 | 1.2 | Reviewed summary of updated estimates of claimants' harms. |
| Lee, James | 2/24/2020 | 6 | Worked on potential questions for different claimant groups' hearings. |
| Miller, Robert M. | 2/24/2020 | 3.6 | Worked on follow-ups to the initial claimant harm estimates. |
| Russell, Nolan P. | 2/24/2020 | 5.8 | Researched initial estimates of alleged claimant harms. |
| Yanguas, Maria Lucia | 2/24/2020 | 6.2 | Reviewed research on claimant harms. |
| Bazak, Eric R. | 2/25/2020 | 1.3 | Updated memo re claimant harms. |
| Guo, Ruihan | 2/25/2020 | 2.1 | Analyzed Purdue share of opioid MMEs. |
| King, Kyla M. | 2/25/2020 | 8 | Researched follow-ups to initial estimates of claimant harms. |
| Kovacheva, Penka | 2/25/2020 | 1.1 | Reviewed summary of updated estimates of claimants' harms. |
| Kovacheva, Penka | 2/25/2020 | 0.7 | Reviewed and updated questions for claimant presentations. |
| Lee, James | 2/25/2020 | 2.1 | Reviewed research re follow-ups to initial claimant harms estimates. |
| McGill, Jeffrey S. | 2/25/2020 | 0.8 | Reviewed initial estimates of claimant harms. |
| Miller, Robert M. | 2/25/2020 | 3.1 | Worked on follow-ups to the initial claimant harms estimates. |

| | | | |
|---|---|---|---|
| Russell, Nolan P. | 2/25/2020 | 5.5 | Drafted memo re follow-ups to initial estimates of alleged claimant harms. |
| Woodhouse, Sally | 2/25/2020 | 2.4 | Reviewed draft questions for claimant groups. |
| Yanguas, Maria Lucia | 2/25/2020 | 2.1 | Reviewed new complaints. |
| Yanguas, Maria Lucia | 2/25/2020 | 2.7 | Reviewed analysis of claimant harms. |
| Bazak, Eric R. | 2/26/2020 | 3.6 | Analyzed data re non-medical opioid use. |
| Bazak, Eric R. | 2/26/2020 | 1.1 | Reviewed and updated memo re claimant harms. |
| Guo, Ruihan | 2/26/2020 | 1.1 | Analyzed Purdue share of opioid MMEs and created tables showing the results. |
| King, Kyla M. | 2/26/2020 | 8.5 | Researched follow-ups to initial estimates of claimant harms. |
| Kovacheva, Penka | 2/26/2020 | 1.1 | Updated questions for claimant presentations. |
| Kovacheva, Penka | 2/26/2020 | 1.8 | Reviewed updates to cost estimates of claimants' harms. |
| Lee, James | 2/26/2020 | 1.4 | Worked on memo re follow-ups to initial claimant harms estimates. |
| Miller, Robert M. | 2/26/2020 | 1.3 | Updated memo re follow-ups to initial claimant harms estimates. |
| Miller, Robert M. | 2/26/2020 | 2.9 | Researched non-medical opioid use and OUD prevalence. |
| Russell, Nolan P. | 2/26/2020 | 2.7 | Conducted academic research. |
| Russell, Nolan P. | 2/26/2020 | 1.1 | Edited memo re follow-ups to initial estimates of alleged claimant harms. |
| Yanguas, Maria Lucia | 2/26/2020 | 3.9 | Researched estimates for claimant harms. |
| Yanguas, Maria Lucia | 2/26/2020 | 1.8 | Reviewed questions for claimant hearings. |
| Yanguas, Maria Lucia | 2/26/2020 | 3.4 | Reviewed analysis of claimant harms. |
| Bazak, Eric R. | 2/27/2020 | 2.9 | Analyzed clamant harms. |
| Bazak, Eric R. | 2/27/2020 | 4.8 | Analyzed data re non-medical opioid use. |
| King, Kyla M. | 2/27/2020 | 6.8 | Researched follow-ups to initial estimates of claimant harms. |
| Kovacheva, Penka | 2/27/2020 | 7.7 | Reviewed and updated memo re cost estimates of claimants' harms. |
| Lee, James | 2/27/2020 | 0.3 | Reviewed memo re follow-ups to initial claimant harms estimates. |
| Miller, Robert M. | 2/27/2020 | 4.5 | Researched follow-ups to initial claimant harms estimates. |
| Russell, Nolan P. | 2/27/2020 | 2.5 | Edited memo re follow-ups to initial estimates of alleged claimant harms. |
| Woodhouse, Sally | 2/27/2020 | 0.4 | Reviewed and updated claimant group questions. |
| Yanguas, Maria Lucia | 2/27/2020 | 4.9 | Reviewed and summarized new complaints. |
| Yanguas, Maria Lucia | 2/27/2020 | 4.2 | Analyzed claimant harms estimates. |
| Bazak, Eric R. | 2/28/2020 | 1.6 | Analyzed data re non-medical opioid used. |
| Bazak, Eric R. | 2/28/2020 | 1.4 | Analyzed clamant harms. |
| Chernin, Abe | 2/28/2020 | 1.5 | Reviewed case documents. |
| King, Kyla M. | 2/28/2020 | 4.8 | Researched follow-ups to initial estimates of claimant harms. |
| Kovacheva, Penka | 2/28/2020 | 0.4 | Reviewed summary of pleadings in opioid MDL. |
| Kovacheva, Penka | 2/28/2020 | 1.2 | Prepared for and attended call with counsel. |
| Lee, James | 2/28/2020 | 1.9 | Reviewed memo re follow-ups to initial claimant harms estimates. |
| Lee, James | 2/28/2020 | 1.2 | Prepared for and attended call with client. |
| Miller, Robert M. | 2/28/2020 | 2.2 | Worked on memo re follow-ups to initial claimant harms estimates. |
| Russell, Nolan P. | 2/28/2020 | 2.6 | Conducted academic research. |
| Russell, Nolan P. | 2/28/2020 | 1.2 | Edited memo re follow-ups to estimates of claimant harms. |
| Yanguas, Maria Lucia | 2/28/2020 | 2.7 | Updated analysis of claimant harms. |

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Yanguas, Maria Lucia | 2/28/2020 | 2.1 | Reviewed pleadings in opioid MDL. |
| Woodhouse, Sally | 3/1/2020 | 1.6 | Reviewed and updated memo on potential claimant harms. |
| King, Kyla M. | 3/2/2020 | 1.9 | Analyzed CDC WONDER data. |
| Kovacheva, Penka | 3/2/2020 | 1.6 | Reviewed and updated memo re initial claimant harm estimates. |
| Lee, James | 3/2/2020 | 8.1 | Worked on memo re actuarial study and initial quantification of claimant harms. |
| Miller, Robert M. | 3/2/2020 | 0.4 | Reviewed edits to memo re actuarial study and initial quantification of claimant harms. |
| Woodhouse, Sally | 3/2/2020 | 0.1 | Reviewed agenda for client call. |
| Yanguas, Maria Lucia | 3/2/2020 | 2.1 | Reviewed memo re initial quantification of claimant harms. |
| Yanguas, Maria Lucia | 3/2/2020 | 1.2 | Reviewed and updated summary of legal pleadings in opioid MDL. |
| Kovacheva, Penka | 3/3/2020 | 2.1 | Reviewed updates to memo re initial claimant harm estimates. |
| Lee, James | 3/3/2020 | 1.3 | Worked on memo re actuarial study and initial quantification of claimant harms. |
| Yanguas, Maria Lucia | 3/3/2020 | 0.3 | Reviewed memo re actuarial study and initial quantification of claimant harms. |
| Bazak, Eric R. | 3/4/2020 | 0.4 | Researched NOWS and NAS prevalence. |
| King, Kyla M. | 3/4/2020 | 3 | Reviewed academic literature on NAS. |
| Kovacheva, Penka | 3/4/2020 | 1.5 | Prepared for and attended call with counsel. |
| Lee, James | 3/4/2020 | 3.3 | Researched actuarial study background. |
| Lee, James | 3/4/2020 | 1.1 | Prepared for and attended call with client. |
| Woodhouse, Sally | 3/4/2020 | 1.1 | Prepared for and attended call with Davis Polk. |
| Yanguas, Maria Lucia | 3/4/2020 | 2 | Researched NOWS prevalence. |
| King, Kyla M. | 3/5/2020 | 5.5 | Reviewed academic literature on NAS. |
| Kovacheva, Penka | 3/5/2020 | 0.7 | Reviewed research on NAS prevalence and actuarial study. |
| Lee, James | 3/5/2020 | 2.6 | Researched actuarial study background. |
| Miller, Robert M. | 3/5/2020 | 1.3 | Researched actuarial study background. |
| Yanguas, Maria Lucia | 3/5/2020 | 2.4 | Reviewed OxyContin settlement data. |
| Yanguas, Maria Lucia | 3/5/2020 | 2.2 | Worked on memo re actuarial study and initial quantification of claimant harms. |
| Yanguas, Maria Lucia | 3/5/2020 | 1.9 | Reviewed academic literature. |
| Bazak, Eric R. | 3/6/2020 | 0.6 | Conducted additional NAS research. |
| King, Kyla M. | 3/6/2020 | 1 | Reviewed academic literature on NAS. |
| Kovacheva, Penka | 3/6/2020 | 2.9 | Reviewed and updated memo re refinements of claimant harm estimates. Researched NAS prevalence. |
| Lee, James | 3/6/2020 | 1.8 | Worked on memo re actuarial study and initial quantification of claimant harms. |
| Woodhouse, Sally | 3/6/2020 | 0.8 | Reviewed and updated memo on potential claimant harms. |

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Yanguas, Maria Lucia | 3/6/2020 | 6.4 | Reviewed and performed initial analyses of OxyContin settlement data. |
| Yanguas, Maria Lucia | 3/6/2020 | 1.8 | Worked on memo re actuarial study and initial quantification of claimant harms. |
| Yanguas, Maria Lucia | 3/6/2020 | 0.7 | Created list of data questions for counsel. |
| Lee, James | 3/9/2020 | 0.1 | Reviewed questions for counsel re OxyContin settlements data. |
| Yanguas, Maria Lucia | 3/9/2020 | 1.8 | Analyzed OxyContin settlement data. |
| Kovacheva, Penka | 3/10/2020 | 1.7 | Reviewed analysis of prior OxyContin settlements. |
| Lee, James | 3/10/2020 | 4.7 | Reviewed OxyContin settlements data and drafted questions for counsel. |
| Yanguas, Maria Lucia | 3/10/2020 | 2.3 | Analyzed OxyContin settlement data. |
| Bazak, Eric R. | 3/11/2020 | 0.2 | Discussed follow-up analyses with team. |
| King, Kyla M. | 3/11/2020 | 0.2 | Discussed case updates with team. |
| Kovacheva, Penka | 3/11/2020 | 0.2 | Discussed follow-up analyses with team. |
| Lee, James | 3/11/2020 | 0.2 | Discussed follow-up analyses with team. |
| Miller, Robert M. | 3/11/2020 | 0.2 | Discussed follow-up analyses with team. |
| Woodhouse, Sally | 3/11/2020 | 0.2 | Discussed analyses with team. |
| Yanguas, Maria Lucia | 3/11/2020 | 0.2 | Discussed analyses with team. |
| Kovacheva, Penka | 3/13/2020 | 0.6 | Reviewed materials and prepared for call with counsel. |
| Lee, James | 3/13/2020 | 1.6 | Prepared materials for call with counsel. |
| Yanguas, Maria Lucia | 3/13/2020 | 0.2 | Reviewed case materials. |
| Lee, James | 3/16/2020 | 0.7 | Reviewed data received from counsel. |
| Yanguas, Maria Lucia | 3/16/2020 | 1.4 | Reviewed new documents from counsel and drafted follow-up questions. |
| Kovacheva, Penka | 3/17/2020 | 0.9 | Prepared for and attended call with counsel. |
| Lee, James | 3/17/2020 | 4.9 | Reviewed OxyContin settlements data and drafted data questions. |
| Lee, James | 3/17/2020 | 1.1 | Prepared for and attended call with counsel. |
| Yanguas, Maria Lucia | 3/17/2020 | 1.2 | Worked on questions for counsel re updated OxyContin settlement data. |
| Kovacheva, Penka | 3/18/2020 | 0.4 | Reviewed data on OxyContin settlements. |
| Lee, James | 3/18/2020 | 0.1 | Reviewed questions re OxyContin settlements data. |

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Kovacheva, Penka | 4/12/2020 | 0.5 | Reviewed MTD decision re hospital bellwether matter. |
| Kovacheva, Penka | 4/28/2020 | 1.4 | Reviewed materials from hospital claimants. |
| Kovacheva, Penka | 4/28/2020 | 1.5 | Attended call with counsel and hospital claimants. |
| Woodhouse, Sally | 4/28/2020 | 1.2 | Reviewed hospital claimant slides. |
| Woodhouse, Sally | 4/28/2020 | 1.5 | Participated in call with hospital claimants to discuss estimates of harm and abatement costs. |

15

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Kovacheva, Penka | 4/29/2020 | 2.3 | Reviewed and assembled prior analyses of demographic characteristics of OUD patients. |
| Woodhouse, Sally | 4/29/2020 | 0.2 | Phone call with H. Freiwald re: hospital claims. |
| Yanguas, Maria Lucia | 4/29/2020 | 0.8 | Assembled prior analyses of demographic characteristics of individuals with OUD. |

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Kovacheva, Penka | 5/1/2020 | 1.6 | Prepared for and attended call with Purdue counsel re: hospital claims. |
| Woodhouse, Sally | 5/1/2020 | 1.1 | Prepared for and took part in call with Purdue counsel re: hospital claims. |
| Woodhouse, Sally | 5/4/2020 | 1.1 | Provided feedback to Leverage on summary of problems with hospital claimants' model of harm. |
| **Total** | | **819.2** | |

## Project Category: Settlement Issues

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Kovacheva, Penka | 4/2/2020 | 1.4 | Reviewed academic literature re medication assisted therapy. |
| Kovacheva, Penka | 4/2/2020 | 0.3 | Corresponded with H. Freiwald. |
| Yanguas, Maria Lucia | 4/2/2020 | 1.3 | Reviewed industry report re medication assisted treatment. |
| Haque, Rezwan | 4/17/2020 | 0.7 | Reviewed analyses related to academic working paper. |
| Haque, Rezwan | 4/17/2020 | 0.5 | Discussed analyses related to academic working paper with team. |
| Kovacheva, Penka | 4/17/2020 | 0.8 | Reviewed prior analyses related to academic working paper. |
| Kovacheva, Penka | 4/17/2020 | 0.5 | Discussed analyses related to academic working paper with team. |
| Woodhouse, Sally | 4/17/2020 | 0.1 | Phone call with H. Freiwald re academic working paper. |
| Woodhouse, Sally | 4/17/2020 | 0.5 | Discussed analyses related to academic working paper with team. |
| Haque, Rezwan | 4/18/2020 | 4.8 | Reviewed analyses related to academic working paper and related academic literature. |
| Haque, Rezwan | 4/19/2020 | 2.3 | Reviewed academic working paper. |
| Woodhouse, Sally | 4/19/2020 | 2.6 | Reviewed academic working paper and prior related analyses. |
| Guo, Fang | 4/20/2020 | 5.4 | Reviewed academic working paper. |
| Haque, Rezwan | 4/20/2020 | 2.2 | Reviewed academic working paper. |
| Haque, Rezwan | 4/20/2020 | 1 | Discussed potential analyses with team. |
| Woodhouse, Sally | 4/20/2020 | 2 | Prepared for and participated in call with H. Freiwald. |
| Woodhouse, Sally | 4/20/2020 | 1 | Discussed analyses of academic working paper with team. |
| Guo, Fang | 4/21/2020 | 1 | Discussed academic working paper with counsel. |
| Guo, Fang | 4/21/2020 | 1.7 | Reviewed marketing data. |
| Haque, Rezwan | 4/21/2020 | 0.8 | Reviewed academic working paper. |
| Haque, Rezwan | 4/21/2020 | 1 | Call with counsel and R. Silbert. |
| Woodhouse, Sally | 4/21/2020 | 1 | Phone call with H. Freiwald and R. Silbert. |
| Woodhouse, Sally | 4/21/2020 | 0.5 | Reviewed potential analyses. |
| Guo, Fang | 4/22/2020 | 0.4 | Reviewed marketing data. |

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Xin, Xingyue | 4/22/2020 | 1.5 | Reviewed marketing data. |
| Guo, Fang | 4/23/2020 | 0.3 | Reviewed marketing data and ARCOS data. |
| Haque, Rezwan | 4/23/2020 | 0.6 | Corresponded with counsel and Purdue. |
| Haque, Rezwan | 4/23/2020 | 0.5 | Downloaded marketing data. |
| Kovacheva, Penka | 4/23/2020 | 0.3 | Reviewed ARCOS data. |
| Xin, Xingyue | 4/24/2020 | 1.1 | Reviewed ARCOS data. |
| Haque, Rezwan | 4/27/2020 | 0.8 | Reviewed marketing data. |
| Guo, Fang | 4/28/2020 | 0.9 | Reviewed marketing data analyses. |
| Haque, Rezwan | 4/28/2020 | 1.5 | Reviewed work plan for analyses. |
| Sturm, Matthew T. | 4/28/2020 | 5.3 | Analyzed marketing data. |
| Xin, Xingyue | 4/28/2020 | 4.2 | Analyzed marketing data. |
| Haque, Rezwan | 4/29/2020 | 0.4 | Reviewed marketing data. |
| Sturm, Matthew T. | 4/29/2020 | 2.4 | Analyzed marketing data. |
| Xin, Xingyue | 4/29/2020 | 3.5 | Analyzed marketing data. |
| Guo, Fang | 4/30/2020 | 0.7 | Reviewed marketing data. |
| Haque, Rezwan | 4/30/2020 | 1.8 | Reviewed marketing analyses. |
| Sturm, Matthew T. | 4/30/2020 | 2.6 | Analyzed marketing data. |
| Xin, Xingyue | 4/30/2020 | 5.4 | Analyzed marketing data. |

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Guo, Fang | 5/1/2020 | 0.4 | Reviewed marketing data. |
| Haque, Rezwan | 5/1/2020 | 1.2 | Reviewed marketing analyses. |
| Sturm, Matthew T. | 5/1/2020 | 9.3 | Analyzed marketing data. |
| Woodhouse, Sally | 5/1/2020 | 1 | Reviewed marketing data analysis. |
| Xin, Xingyue | 5/1/2020 | 5.6 | Analyzed marketing data. |
| Guo, Fang | 5/4/2020 | 1.9 | Reviewed marketing data and prior analysis. |
| Guo, Fang | 5/4/2020 | 0.2 | Corresponded with team members regarding data availability. |
| Haque, Rezwan | 5/4/2020 | 0.6 | Reviewed marketing data and analyses. |
| Haque, Rezwan | 5/4/2020 | 0.2 | Corresponded with team members regarding data availability. |
| Sturm, Matthew T. | 5/4/2020 | 1.3 | Analyzed marketing data. |
| Woodhouse, Sally | 5/4/2020 | 0.2 | Corresponded with team members regarding data availability. |
| Woodhouse, Sally | 5/4/2020 | 0.8 | Prepared for and attended call with H. Freiwald and R. Silbert. |
| Xin, Xingyue | 5/4/2020 | 2.2 | Analyzed marketing data. |
| Kovacheva, Penka | 5/14/2020 | 0.8 | Assembled and sent counsel prior analyses of opioid drugs market shares. |
| Haque, Rezwan | 5/22/2020 | 0.4 | Reviewed marketing data. |
| Woodhouse, Sally | 5/22/2020 | 0.6 | Prepared for and attended call with H. Freiwald re analyses related to academic working paper. |
| Xin, Xingyue | 5/22/2020 | 1.9 | Analyzed marketing data. |
| Sturm, Matthew T. | 5/25/2020 | 4.4 | Analyzed marketing data. |
| Haque, Rezwan | 5/26/2020 | 0.3 | Reviewed marketing analyses. |
| Sturm, Matthew T. | 5/26/2020 | 0.8 | Analyzed marketing data. |
| Xin, Xingyue | 5/26/2020 | 4.5 | Analyzed marketing data. |

| Name | Date | Hours | Description |
|---|---|---|---|
| Guo, Fang | 5/27/2020 | 0.5 | Reviewed analysis of marketing data. |
| Haque, Rezwan | 5/27/2020 | 0.8 | Reviewed marketing data analyses. |
| Xin, Xingyue | 5/27/2020 | 4.5 | Analyzed marketing data. |
| Guo, Fang | 5/28/2020 | 2.8 | Reviewed analysis of marketing data. |
| Haque, Rezwan | 5/28/2020 | 1.2 | Reviewed marketing data analyses. |
| Sturm, Matthew T. | 5/28/2020 | 6 | Analyzed marketing data. |
| Woodhouse, Sally | 5/28/2020 | 0.1 | Reviewed and provided feedback on updated marketing data analysis. |
| Xin, Xingyue | 5/28/2020 | 1.9 | Analyzed marketing data. |
| Woodhouse, Sally | 5/29/2020 | 1.1 | Drafted summary of academic working paper methodological critique. |
| Woodhouse, Sally | 5/29/2020 | 0.3 | Phone call with H. Freiwald to discuss marketing data analysis. |

**Total**     **125.4**

**Grand Total**     **944.6**