**EXHIBIT E**

**TARTER KRINSKY & DROGIN**
*Counsel Ad Hoc Committee for NAS Children*
1350 Broadway, 11th Floor
New York, NY 10018
Tel: (212) 216-8000
Scott S. Markowitz, Esq.
Rocco A. Cavaliere, Esq.
Michael Z. Brownstein, Esq.
Email: smarkowitz@tarterkrinsky.com
Email: rcavaliere@tarterkrinsky.com
Email: mbrownstein@tarterkrinsky.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>PURDUE PHARMA, L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case Nos.19-23649 (RDD)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br><br>**Objections due by:** |

## DECLARATION OF SCOTT R. BICKFORD

Pursuant to 28 U.S.C. § 1746, I, Scott R. Bickford, hereby declare as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Adlon Therapeutics L.P. (6745), Greenfield Bio Ventures L.P. (6150), Imbrium Therapeutics L.P. (8810) Seven Seas Hill Corp. (4591), Ophir Green Corp (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' mailing address is One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901. For ease of reference, the term "Purdue" as used herein, refers to Debtors. For the purposes of this Motion, all allegations set forth herein related to or pertaining to "Manufacturers" apply equally to Purdue.

EXHIBIT E

1. I am an attorney licensed to practice in Louisiana. My bar number is LA 1165. I am one of the lead attorneys for Legal Guardians of neonatal abstinence syndrome ("NAS") Children in the above-described bankruptcy proceeding.[2]

2. Over eighty (80) class and individual actions have been asserted by Legal Guardians of NAS Children against the Debtors (sometimes hereinafter referred to as "Purdue") and other manufacturers, suppliers and pharmacy defendants seeking, among other things, relief for their NAS Children in the form of abatement and medical surveillance. Attached to this declaration as **Exhibit 1** is a true and correct copy of a list of those actions.

3. I am also one of the attorney members of the NAS Ad Hoc Children's Committee in the above-described case and have been actively engaged in communications with the Debtors related to their Noticing Plan. On January 7, 2020, I sent a letter to Debtors' counsel which stated that the Noticing Plan "fails to recognize in substance or even in name the issue of the more than 500,000 children who were born diagnosed as NAS or under some other diagnostic classification indicating those children's exposure to an opiate in the womb and subsequent birth." Attached to this declaration as **Exhibit 2** is a true and correct copy of the January 7, 2020 letter.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of July 2020.

_____
Scott R. Bickford

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion by NAS Guardians on behalf of the NAS Children's Abatement Class Action Claimants for Entry of an Order Pursuant to Fed. R. Bankr. P. 9014 and 7023 Permitting them to File a Class Proof of Claim and Granting Related Relief.

2

| Client Name | Case Type | Suit filed date | Individual Docket # | State |
|---|---|---|---|---|
| Roach, Tyler | Class Action | 2/26/18 | 1:18-op-45662-DAP | Louisiana |
| Rees, Derric and Ceonda | Class Action | 2/28/18 | 1:18-op-45252-DAP | Illinois |
| Salmons, Walter and Virginia | Class Action | 3/2/18 | 1:18-op-45268-DAP | W. Virginia |
| Wood, Rachel | Class Action | 3/3/18 | 1:18-op-45264-DAP | Missouri |
| Ambrosio, Melissa | Class Action | 3/16/18 | 1:18-op-45375-DAP | California |
| Roxie Whitley, Chris and Diane Denson | Class Action | 3/16/18 | 1:18-op-45598-DAP | Tennessee |
| Doyle, Erin | Class Action | 5/9/18 | 1:18-op-46327-DAP | Ohio |
| Hunt, Shannon | Class Action | 5/10/18 | 1:18-op-45681-DAP | Maryland |
| Moore, Bobbi Lou | Class Action | 8/15/18 | 1:18-op-46305-DAP | West Virginia |
| Hanlon, Amanda | Class Action | 8/23/18 | 1:19-op-45052-DAP | New York |
| Hampel, Jessica | Class Action | 6/14/19 | 1:19-op-45473-DAP | Alabama |
| Gilson, Jamiee | Individual | 6/14/19 | 1:19-op-45461-DAP | Alaska |
| Peterson, Sally | Class Action | 6/14/19 | 1:19-op-45472-DAP | Arkansas |
| Whittaker, Shelly | Class Action | 6/14/19 | 1:19-op-45475-DAP | Colorado |
| Brumbarger, Brandi | Class Action | 6/14/19 | 1:19-op-45469-DAP | Indiana |
| Means, Corey | Class Action | 6/14/19 | 1:19-op-45470-DAP | Louisiana |
| Cruz, Gloria | Class Action | 6/14/19 | 1:19-op-45466-DAP | Massachussetts |
| Ellis, Esperenza | Class Action | 6/14/19 | 1:19-op-45464-DAP | New Mexico |
| DeMaro, Samantha | Class Action | 6/14/19 | 1:19-op-45465-DAP | Oklahoma |
| Lechuga, Niola | Class Action | 6/14/19 | 1:19-op-45468-DAP | Oregon |
| Paul, Chloe | Class Action | 6/14/19 | 1:19-op-45467-DAP | South Carolina |
| Rodriguez, Jessica | Class Action | 6/14/19 | 1:19-op-45463-DAP | Utah |
| Tuttle, Nicole | Class Action | 6/15/19 | 1:19-op-45476-DAP | Delaware |
| Hamawi, Marijha; Meghan Lara | Class Action | 6/15/19 | 1:19-op-45477-DAP | Kentucky |
| Gauthier, Krista; Angela Sawyers; Jessica Springborn | Class Action | 6/15/19 | 1:19-op-45478-DAP | Michigan |
| Delancey, Christina | Class Action | 6/15/19 | 1:19-op-45480-DAP | Nevada |
| Simonson, Alicia | Class Action | 6/15/19 | 1:19-op-45479-DAP | North Dakota |
| Stewart, Wendy | Class Action | 6/15/19 | 1:19-op-45481-DAP | Ohio |
| Cherry, Angela | Class Action | 6/16/19 | 1:19-op-45490-DAP | Arizona |
| Warren, Desirae | Class Action | 6/16/19 | 1:19-op-45486-DAP | Georgia |
| Weatherwax, Quincy | Class Action | 6/16/19 | 1:19-op-45483-DAP | Montana |
| Flach, Brittany | Class Action | 6/16/19 | 1:19-op-45488-DAP | New Jersey |
| Ivie, Billie | Class Action | 6/16/19 | 1:19-op-45489-DAP | North Carolina |
| Carlson, Desiree | Class Action | 6/16/19 | 1:19-op-45487-DAP | Pennsylvania |
| Williams, Farrah | Class Action | 6/16/19 | 1:19-op-45485-DAP | Tennessee |
| Martinez, Jacquelynn | Class Action | 6/16/19 | 1:19-op-45484-DAP | Virginia |
| Shewmake, Shilo | Class Action | 6/16/19 | 1:19-op-45482-DAP | Washington |
| Berzinski, April | Individual | 6/17/19 | 1:19-op-45503-DAP | Wisconsin |
| Brant, Shelby L. | Class Action | 6/17/19 | 1:19-op-45494-DAP | Arizona |
| Artz, Jennifer | Class Action | 6/17/19 | 1:19-op-45459-DAP | California |
| Johnson, Jamie | Individual | 6/17/19 | 1:19-op-45504-DAP | Indiana |
| Martin, Penny | Individual | 6/17/19 | 1:19-op-45508-DAP | Indiana |
| Muffley, Amanda | Individual | 6/17/19 | 1:19-op-45507-DAP | Maryland |
| Meinecke, Kjellsi | Class Action | 6/17/19 | 1:19-op-45493-DAP | Minnesota |
| Alexander, Melba | Individual | 6/17/19 | 1:19-op-45502-DAP | Mississippi |
| Kirk, Krystle | Individual | 6/17/19 | 1:19-op-45509-DAP | North Carolina |
| Collier, Jessica | Individual | 6/17/19 | 1:19-op-45506-DAP | Ohio |
| Howell, Reannan | Individual | 6/17/19 | 1:19-op-45520-DAP | Texas |
| Ortiz, Maria | Class Action | 6/17/19 | 1:19-op-45492-DAP | Wisconsin |
| Johnson, Aracya | Individual | 6/18/19 | 1:19-op-45521-DAP | Alaska |

Exhibit 1

| Client Name | Case Type | Suit filed date | Individual Docket # | State |
|---|---|---|---|---|
| Goss, Heather | Individual | 6/18/19 | 1:19-op-45518-DAP | Colorado |
| Martin, Kimberly | Individual | 6/18/19 | 1:19-op-45510-DAP | Florida |
| Gauthier, Mechelle | Individual | 6/18/19 | 1:19-op-45514-DAP | Florida |
| Tindall, Nichole | Individual | 6/18/19 | 1:19-op-45530-DAP | Florida |
| Lively, Carol | Individual | 6/18/19 | 1:19-op-45523-DAP | Georgia |
| Lyle, Alyssa | Individual | 6/18/19 | 1:19-op-45524-DAP | Georgia |
| Hutchins, Kiana | Individual | 6/18/19 | 1:19-op-45505-DAP | Indiana |
| Kommer, Elizabeth | Individual | 6/18/19 | 1:19-op-45522-DAP | Indiana |
| Gibson, Amanda | Individual | 6/18/19 | 1:19-op-45515-DAP | North Carolina |
| Massey, Melanie | Individual | 6/18/19 | 1:19-op-45525-DAP | North Carolina |
| Dixon, Deborah | Individual | 6/18/19 | 1:19-op-45511-DAP | South Carolina |
| Herring, Courtney | Individual | 6/18/19 | 1:19-op-45519-DAP | South Carolina |
| Goldman, Jenni | Individual | 6/18/19 | 1:19-op-45516-DAP | Texas |
| McAnany, Samantha | Individual | 6/18/19 | 1:19-op-45526-DAP | Texas |
| Shockley, Kayla | Individual | 6/18/19 | 1:19-op-45527-DAP | Texas |
| Taylor, Jessica | Individual | 6/18/19 | 1:19-op-45528-DAP | Texas |
| Taylor, Lori | Individual | 6/18/19 | 1:19-op-45529-DAP | Texas |
| Goforth, Rebecca | Individual | 6/20/19 | 1:19-op-45532-DAP | Colorado |
| Atkinson, Sandra | Individual | 6/20/19 | 1:19-op-45531-DAP | Florida |
| Perkins, Jessica | Individual | 6/20/19 | 1:19-op-45535-DAP | Florida |
| Thomas, Jennifer | Individual | 6/20/19 | 1:19-op-45542-DAP | Florida |
| Watson, Paula | Individual | 6/20/19 | 1:19-op-45545-DAP | Florida |
| Wright, Naomi | Individual | 6/20/19 | 1:19-op-45543-DAP | Illinois |
| Shepard, Amy | Individual | 6/20/19 | 1:19-op-45536-DAP | Kentucky |
| Chancey, Musette | Individual | 6/20/19 | 1:19-op-45533-DAP | Minnesota |
| Whittington, Kaegan | Individual | 6/20/19 | 1:19-op-45541-DAP | Mississippi |
| Scully, Jenny | Individual | 6/20/19 | 1:19-op-45544-DAP | New York |
| Puckett, Heather | Individual | 6/20/19 | 1:19-op-45439-DAP | North Carolina |
| Richardson, Waikeisha | Individual | 6/20/19 | 1:19-op-45538-DAP | North Carolina |
| VonCannon, Caroline | Individual | 6/20/19 | 1:19-op-45540-DAP | North Carolina |
| Taylor Brooke Underwood | Individual | 6/20/19 | 1:19-op-45537-DAP | Tennessee |
| Patterson, Gena | Individual | 6/20/19 | 1:19-op-45534-DAP | Texas |



John R. Martzell (1937-2007)
Scott R. Bickford *
Lawrence J. Centola, III
Neil F. Nazareth
Spencer R. Doody
Jason Z. Landry
Jeremy J. Landry

Byron J. Jeanice
Office Administrator

* also licensed in
Texas and Colorado

January 7, 2020

**By email and by facsimile:**
james.mcclammy@davispolk.com, et al.
James I. McClammy
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Facsimile: (212) 701-5800
*Counsel to the Debtors
and Debtors in Possession*

Re:   In re Purdue Pharma, L.P, et al. (the "Debtors")
      Case No. 19-23649 (RDD)(Jointly Administered)

Dear Mr. McClammy:

I am writing on behalf of the Purdue NAS Baby Ad Hoc Committee (the "NAS Ad Hoc") concerning the Debtors' Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving Proof of Claim Forms and (III) Approving the Form and Manner Thereof [Dkt. 717] and the noticing plan set forth in the accompanying Affidavit of Jeanne C. Finegan in support thereof. [Docket 719].

As a preliminary matter, the NAS Ad Hoc would like to thank you for working with it to improve the proof of claim form. In connection therewith, as set forth in Harold Israel's December 3, 2019 email to you, a copy of which is attached hereto as Exhibit A, we submitted several comments in connection with the Debtors' proposed noticing plan. Unfortunately, the plan, as evidenced by Ms. Finegan's affidavit, disregarded those comments.

While comprehensive in many other respects, it does not propose to provide notice to NAS babies, NAS children and/or those whom have care, custody or control of them. As you know from your own data and our discussions, a portion of this population is in low socioeconomic status which elevates the need for a more robust notice process.

Specifically, it fails to recognize in substance or even in name the issue of the more than 500,000 children who were born diagnosed as NAS or under some other diagnostic classification indicating those children's exposure to an opiate in the womb and subsequent birth. Ms. Finegan's affidavit

January 7, 2020
Page Two

even fails to mention the words "baby," "children," or even "NAS." While numerous chat groups, Facebook pages and related social media target NAS babies and their caregivers not a single one is referenced in Ms. Finegan's affidavit. The plan further fails to address by name or by reference any specifics as to how the contact of birth mothers, relatives or legal guardians would take place or how such contacts would be so targeted. The plan description also fails to address notice to facilities and programs which provide treatment for the educational, developmental and teratogenic effects of in utero opiate exposure.

Further examples of exclusion of full and fair notice to the NAS class of claimants may be found in Ms. Finegan's list of publications which purport to give further notice. None of these publications, found in paragraph 60 of her affidavit, are directed toward OB/GYNs nor pediatricians/nurses who would treat neonates or children presenting with an array of NAS symptoms. Moreover, there seems to be no attempt to reach the existing birth registries which have listed NAS births. Finally, there is not a mention of a public service campaign targeted to any of the aforementioned groups.

In short, Ms. Finegan's affidavit fails to set forth any research or documentation which seeks to identify and quantify the population of NAS children, their caregivers or the programs and the people who address their ongoing needs. Failing to achieve that important and necessary function, Ms. Finegan's proposed program cannot and does not identify and target this diverse group for full and fair notice.

It is my understanding that the Debtors and Prime Clerk are continuing to modify the notice plan. We would prefer to resolve these matters without the need to file a formal objection. In that light, after you have had time to discuss this matter with Ms. Finegan, please let us know at your earliest convenience when we may talk about these deficiencies.

Yours truly,

MARTZELL, BICKFORD & CENTOLA

Scott R. Bickford

Cc:    Arik Pries, Akin Guimp, by email
       Mitchell Hurley, Akin Gump, by email
       Justin Alberto, The Bayard Firm, by email
       Erin Fay, The Bayard Firm, by email

SRB/jh