**MCGRAIL & BENSINGER LLP**
Ilana Volkov
888-C 8th Avenue #107
New York, NY 10019
Telephone: (201) 931-6910
Email: ivolkov@mcgrailbensinger.com

*Counsel to the Ad Hoc Group of Hospitals*

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PURDUE PHARMA L.P., *et al*. | ) Case No.: 19-23649 (RDD) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |

## AMENDED VERIFIED STATEMENT OF THE AD HOC GROUP OF HOSPITALS PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), a group of hospitals (the "Ad Hoc Group of Hospitals") that have treated and treat patients for conditions related to the use of opiates manufactured by Purdue Pharma L.P. and/or the other debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits this amended verified statement pursuant to Fed. R. Bankr. P. 2019 (this "Amended Verified Statement") and, in support thereof, states as follows:

1. On or about November 26, 2019, the Ad Hoc Group of Hospitals was formed. On or about April 23, 2020, the Ad Hoc Group of Hospitals retained McGrail & Bensinger LLP ("M&B") as

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

substitute counsel in the Debtors' chapter 11 cases.[2]

2.   On December 3, 2019, the Ad Hoc Group of Hospitals filed its original verified statement

pursuant to Fed. R. Bankr. P. 2019 [Docket No. 577] (the "Original Verified Statement"].  Since

the filing of the Original Verified Statement, additional hospitals across the United States that have

treated and treat patients for conditions related to the use of opiates manufactured by some or all of

the Debtors have joined the Ad Hoc Group of Hospitals.  We file this amended statement to add

these additional hospitals.  Additionally, we also amend the statement to identify the business

entities that operate the hospitals, rather than the trade names of the hospitals (which were provided

in the initial Rule 2019 Statement).

### Amended Composition of the Ad Hoc Group of Hospitals

3.   In accordance with Bankruptcy Rule 2019, the list of the names and addresses of, and the

nature and amount of all disclosable economic interests held by, each member of the Ad Hoc

Group of Hospitals, directly or through entities managed or advised by such member, in relation

to the Debtors is set forth on Exhibit A. The information set forth in this Amended Verified

Statement and on Exhibit A, including the claims of the Ad Hoc Group of Hospitals and related

claim amounts have been provided to M&B by the applicable counsel to the members of the Ad

Hoc Group of Hospitals, and by filing this Verified Statement, the Ad Hoc Group of Hospitals

(and each member thereof) makes no representation with respect to the amount, allowance,

validity, secured status or priority of such claims and reserves all rights with respect thereto.

4.   Nothing contained in this Amended Verified Statement or Exhibit A hereto should be

construed as a limitation upon or waiver of any rights of any existing or new member of the Ad Hoc

---

[2] M&B also may serve as its respective clients' representatives on the Ad Hoc Group of Hospitals and represents the so-called "Hospital Claimants," as putative class representatives in connection with their request to file a Class Proof of Claim.

Group of Hospitals to assert, file and/or amend its claim(s) in accordance with applicable law and any orders entered in these chapter 11 cases establishing procedures for filing proofs of claim (including the right to file a consolidated proof of claim on behalf of all members of the Ad Hoc Group of Hospitals).

5.    The Ad Hoc Group of Hospitals reserves the right to amend or supplement this Amended Verified Statement (including <u>Exhibit A</u>) in accordance with the requirements set forth in Bankruptcy Rule 2019.

New York, New York
Dated: July 10, 2020

**MCGRAIL & BENSINGER LLP**

<u>*/s/ Ilana Volkov*</u>
Ilana Volkov
888-C 8th Avenue  #107
New York, NY 10019
Telephone: (201) 931-6910
Email: ivolkov@mcgrailbensinger.com
*Counsel to the Ad Hoc Group of Hospitals*

## CERTIFICATE OF SERVICE

I, Pearl Shah, hereby certify that a true and correct copy of the *Amended Verified Statement Of The Ad Hoc Group Of Hospitals Pursuant To Bankruptcy Rule 2019* will be forwarded by electronic transmission to all parties registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF), via this Court's CM/ECF system.  I also certify that service is being made via first-class mail upon the parties listed on the Master Service List maintained by Prime Clerk.  Further service is made, pursuant to the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* (ECF No. 498), upon the following parties:

Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601
***Via Federal Express***

Attn: Paul K. Schwartzberg
Office of the United States Trustee
Southern District of New York
201 Varick Street, Suite 1006
New York, NY 10014
***Via First-Class Mail***

*/s/ Pearl Shah*
Pearl Shah