**Exhibit D**

**Demetrios Perdikaris v Purdue Pharma et al**

| | |
|---|---|
| J.C. R. | BARRINGTON FOOTE J. |
| QBG 1073 of 2012 | SEPTEMBER 28, 2018 |

## CASE MANAGEMENT CONFERENCE

**COUNSEL:**
E. F. Anthony Merchant, Q.C. for the plaintiff
Joel Rochon, Class Counsel for Ontario, Quebec and Nova Scotia
Jason Mohrbutter and Barry Glaspell for Purdue Pharma, Purdue Pharma Inc. and Purdue Frederick Inc.
David Byers for Purdue Frederick Company Inc. and Purdue Pharma LLP
Peter Lawless, Counsel for BC Ministry of AG and on behalf of Alberta, Saskatchewan, Ontario, Quebec, Manitoba, Nova Scotia, PEI, New Brunswick, Newfoundland and Labrador
Suzanne Maier for Alberta Health, Third Party Liability
Brian Jones for Manitoba Justice
Janna Cumming and Karen Dyck, Manitoba Ministry of Health, Seniors and Active Living
Sonal Gandhi and Matthew Chung – Ministry of the AG of Ontario
Maya Hamou – Ministry of AG of New Brunswick
Chantelle MacDonald-Newhook – Dept. of Justice & Public Safety, Newfoundland and Labrador
Lisa Renner – Ministry of Justice, Saskatchewan
Analeyse Thorsen Cavers – Class counsel - Ontario
Ray Wagner, Q.C. – Class counsel – Nova Scotia
Cindy Clarke – Purdue Canada
Kelly Miller – Province of British Columbia
Emilie Maxwell – Class counsel - Ontario
Justin Caines – Province of Newfoundland

A case management call was convened to discuss scheduling a further hearing to consider further evidence and submissions relating to approval by provincial health insurers [PHIs] of the settlement agreement and whether the settlement is fair, reasonable and in the best interests of class members. The following matters were discussed:

1. Plaintiffs' counsel advised PHIs on September 18, 2018 they will no longer represent PHIs, as they have concluded their continuing representation of PHIs conflicted with their representation of class members.

2. The plaintiffs intend to file new evidence and request that a hearing date be set to deal finally with whether PHIs approved the settlement agreement and whether the settlement is fair and reasonable.

**Demetrios Perdikaris v Purdue Pharma et al**

J.C. R.  
QBG 1073 of 2012

BARRINGTON FOOTE J.  
SEPTEMBER 28, 2018

3. Counsel for British Columbia, New Brunswick, Prince Edward Island, Northwest Territories, Newfoundland and Ontario PHIs advised that their clients take the position they did not agree to the settlement agreement. They say there is no new evidence to the contrary.

4. Saskatchewan, Alberta and Manitoba have not yet determined their position.

5. Counsel for Newfoundland and Ontario advised they are concerned that plaintiffs' counsel may file evidence that is subject to solicitor client privilege.

6. Counsel for PHIs advised they need time to seek instructions and for PHIs to consult in relation to the termination letter from plaintiffs' counsel and the proposal to file further evidence and hear further submissions. They want further disclosure about the evidence plaintiffs wish to file.

7. Counsel for Purdue noted his client may wish to file further evidence, depending on what plaintiffs produce.

8. Plaintiffs' counsel advised they could deliver draft affidavits promptly.

9. Counsel for British Columbia confirmed British Columbia has filed a putative class action and will seek certification of a provincial class.

The court did not determine whether a further hearing would be set, and if so, in relation to what issues. The parties were directed to proceed as follows:

a. Plaintiffs will deliver their draft affidavits to PHIs by October 11, 2018.

b. PHIs will have until November 1, 2018 to consider their positions, including their response to the termination letter from plaintiffs' counsel and the proposal to file further evidence relating to PHI approval of the settlement agreement.

c. A further management conference call will be held on the earliest available date after November 1, 2018 to be set by the Local Registrar.

**Demetrios Perdikaris v Purdue Pharma et al**

| | |
|---|---|
| J.C. R. | BARRINGTON FOOTE J. |
| QBG 1073 of 2012 | SEPTEMBER 28, 2018 |

---

d.  Plaintiffs' counsel will provide submissions as to whether the court can approve the settlement for class members absent PHI approval, in light of the March 15, 2018 fiat.

*BBarrington Foote* J.