**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA, L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

# CERTIFICATE OF SERVICE

      I hereby certify that, on this 10th day of July 2020, I caused a true and correct copy of the *Objection of Her Majesty the Queen in Right of the Province of British Columbia to Notice of Presentment of Stipulation and Order Permitting the Filing of a Class Proof of Claim Solely for Administrative Convenience in Order to Effectuate a Potential Settlement in Respect of Certain Canadian Litigation* to be served via e-mail upon the parties listed on the attached Service List, and by Federal Express on the parties listed below:

| | |
|---|---|
| Chambers of the Hon. Robert D. Drain | Marshall Scott Huebner, Esq. |
| United States Bankruptcy Court | Benjamin S. Kaminetzky, Esq. |
| Southern District of New York | Timothy Graulich, Esq. |
| 300 Quarropas Street | Christopher Robertson, Esq. |
| White Plains, NY 10601-7246 | Eli J. Vonnegut, Esq. |
| | Davis Polk & Wardwell LLP |
| | 450 Lexington Avenue |
| | New York, NY 10017 |

Dated: July 10, 2020

  /s/ Nickolas Karavolas

Nickolas Karavolas

Doc #8592851.1

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

# **SERVICE LIST**

cbs@agentislaw.com
apreis@akingump.com
mhurley@akingump.com
sbrauner@akingump.com
elisovicz@akingump.com
william.hao@alston.com
will.sugden@alston.com
jacob.johnson@alston.com
gspizer@anapolweiss.com
aa@andrewsthornton.com
shiggins@andrewsthornton.com
rsiko@andrewsthornton.com
eneiger@askllp.com
jchristian@askllp.com
vandermeusejl@doj.state.wi.us
dina.yunker@atg.wa.gov
daluzt@ballardspahr.com
roglenl@ballardspahr.com
DonBarrettPA@gmail.com
mbentley@bentleyandbruning.com
dwallace@bentleyandbruning.com
Klaw@bbslaw.com
tbielli@bk-legal.com
bmc@ecfAlerts.com
daniel.connolly@bracewell.com
robert.burns@bracewell.com
dludman@brownconnery.com
GCicero@brownrudnick.com
DMolton@brownrudnick.com
spohl@brownrudnick.com
jgarfinkle@buchalter.com
dslate@buchalter.com
bernard.eskandari@doj.ca.gov
michelle.burkart@doj.ca.gov
timothy.lundgren@doj.ca.gov
judith.fiorentini@doj.ca.gov
kmaclay@capdale.com
jwehner@capdale.com
jliesemer@capdale.com
tphillips@capdale.com
bankruptcy@clm.com
jalberto@coleschotz.com
eric.gold@mass.gov

cmomjian@attorneygeneral.gov
mike@consovoymccarthy.com
cbrustowicz@clfnola.com
jdetty@clfnola.com
lrichardson@clfnola.com
donald@creadorelawfirm.com
jonc@cuneolaw.com
jonc@cuneolaw.com
Purdue.noticing@dpw.com
GWillard@dubllc.com
badams@egletlaw.com
aham@egletlaw.com
eentsminger@egletlaw.com
ggoodman@foley.com
leisenberg@foley.com
panderson@foxswibel.com
jfrank@fgllp.com
jkleinman@fgllp.com
fredhill70@gmail.com
litherlandc@gilbertlegal.com
quinnk@gilbertlegal.com
gilberts@gilbertlegal.com
kstadler@gklaw.com
mgoldstein@goodwinlaw.com
wweintraub@goodwinlaw.com
hsteel@goodwinlaw.com
benh@hbsslaw.com
purduebankruptcy@hbsslaw.com
dzwally@haugpartners.com
jdougherty@haugpartners.com
Caleb.Holzaepfel@huschblackwell.com
marshall.turner@huschblackwell.com
CSteege@jenner.com
rlevin@jenner.com
mleventhal@jha.com
dpepe@jha.com
pjerdee@jha.com
cstanley@jha.com
gjoseph@jha.com
jkasen@kasenlaw.com
sam@kellerlenkner.com
mgold@kkwc.comrtuchman@kkwc.com
keckstein@kramerlevin.com

rringer@kramerlevin.com
vrubinstein@loeb.com
luskin@lsellp.com stern@lsellp.com
nowak@marcus-shapira.com
rbarnes@marcus-shapira.com
gbressler@mdmc-law.com
mmorano@mdmc-law.com
nleonard@mdmc-law.com
ivolkov@mcgrailbensinger.com
guzzi@milbank.com
estodola@milbank.com
alees@milbank.com
sdnyecf@dor.mo.gov
sam@mitchellspeights.com
jyoung@forthepeople.com
juanmartinez@forthepeople.com
mbuchman@motleyrice.com
kmccraw@ncdoj.gov
kcordry@naag.org
nicolas.keller@dfs.ny.gov
Heather.Crockett@atg.in.gov
lara.fogel@law.njoag.gov
David.Nachman@ag.ny.gov
Kathryn.Blake@ag.ny.gov
Umair.Khan@ag.ny.gov
amathews@scag.gov
jlibet@scag.gov
Denise.Mondell@ct.gov
brett.delange@ag.idaho.gov
william.pearson@ag.iowa.gov
Jill.abrams@vermont.gov
paul.schwartzberg@usdoj.gov
Alison.Archer@ohioattorneygeneral.gov
Trish.Lazich@ohioattorneygeneral.gov
mcyganowski@otterbourg.com
jfeeney@otterbourg.com
mvaneck@attorneygeneral.gov
andrew.troop@pillsburylaw.com
andrew.alfano@pillsburylaw.com
jason.sharp@pillsburylaw.com
jryan@potteranderson.com
astulman@potteranderson.com
rslaugh@potteranderson.com
purduepharmateam@primeclerk.com
serviceqa@primeclerk.com
Jon.Lowne@pharma.com

mdf@rawlingsandassociates.com
clynch@reedsmith.com
cspringer@reedsmith.com
bkaswan@scott-scott.com
jscolnick@scott-scott.com
egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com
jamie.fell@stblaw.com
egraff@stblaw.com
attorney.general@alaska.gov
aginfo@azag.gov
oag@ArkansasAG.gov
bankruptcy@coag.gov
Attorney.General@ct.gov
Attorney.General@state.DE.US
hawaiiag@hawaii.gov
webmaster@atg.state.il.us
ConsumerInfo@ag.state.la.us
consumer.mediation@maine.gov
oag@oag.state.md.us
ago@state.ma.us
miag@michigan.gov
attorney.general@ago.mo.gov
contactdoj@mt.gov
ago.info.help@nebraska.gov
attorneygeneral@doj.nh.gov
askconsumeraffairs@lps.state.nj.us
Louis.Testa@ag.ny.gov
jsutton2@ncdoj.gov
ndag@nd.gov
consumer.hotline@doj.state.or.us
consumerhelp@state.sd.us
reg.boards@tn.gov
paul.singer@oag.texas.gov
bk-robaldo@oag.texas.gov
public.information@oag.state.tx.us
uag@utah.gov
ago.info@vermont.gov
mailoag@oag.state.va.us
emailago@atg.wa.gov
Abby.G.Cunningham@wvago.gov
nfk@stevenslee.com
cp@stevenslee.com
esserman@sbep-law.com
dapice@sbep-law.com

smarkowitz@tarterkrinsky.com
rcavaliere@tarterkrinsky.com
mbrownstein@tarterkrinsky.com
Marvin.Clements@ag.tn.gov
jblask@tuckerlaw.com
twaldrep@waldrepllp.com
jlyday@waldrepllp.com
jlanik@waldrepllp.com
cshore@whitecase.com
michele.meises@whitecase.com
alice.tsier@whitecase.com
ashley.chase@whitecase.com
tlauria@whitecase.com
laura.femino@whitecase.com
esnyder@wilkauslander.com