Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

-------------------------------------------------------- x

## EIGHTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C.
## FOR ALLOWANCE OF COMPENSATION FOR SERVICES
## RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
## AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE
## <u>PERIOD OF MAY 1, 2020 THROUGH AND INCLUDING MAY 31, 2020</u>

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Period for Which Compensation is Sought: | May 1, 2020 – May 31, 2020 |
| Total Amount of Fees Incurred: | $78,149.50 |
| Total Fees Requested (80%): | $62,519.60 |
| Total Reimbursement of Expenses Incurred: | $166.99 |
| Total Reimbursement of Expenses Requested (100%): | $166.99 |
| Total compensation and Reimbursement Requested in this Statement: | $62,686.59 |
| This is Applicant's: | Eighth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Eighth Monthly Fee Statement (the "Fee Statement") for the period of May 1, 2020 through and including May 31, 2020 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $78,149.50 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $62,519.60.

2

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,123.45[2]. The Blended hourly rate of all paraprofessionals is $305.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $166.99 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors (the "Allocation Fees"). Pursuant to the Fee Assumption Order, Applicant may request Allocation Fees through a separate application at a later date.

<u>**Notice**</u>

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests

---

[2]      The blended hourly billing rate of $1,171.44 is derived by dividing the total fees for attorneys of $77,783.50 by the total hours of 66.4.

[3]      The Blended hourly billing rate of $305.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $366.00 by the total hours of 1.2.

(i) compensation in the amount of $62,519.60 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $78,149.50) and (ii) payment of $166.99 for the actual, necessary expenses that Applicant incurred in connection with such services during the Statement Period.

Dated: July 13, 2020
      New York, New York

OTTERBOURG P.C.

By:    /s/ *Melanie L. Cyganowski*
      Melanie L. Cyganowski, Esq.
      Jennifer S. Feeney, Esq.
      230 Park Avenue
      New York, New York 10169
      Telephone:    (212) 661-9100
      Facsimile:    (212) 682-6104

      Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

# EXHIBIT A

## Fees By Project Category

6186499.1

**SUMMARY OF COMPENSATION BY PROJECT CODE**
**FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU01 | Asset Analysis and Recovery | 8.5 | $9,178.00 |
| PU03 | Business Operations | 5.5 | $6,535.00 |
| PU04 | Case Administration | 12.5 | $15,995.00 |
| PU05 | Claims Analysis | 12.1 | $14,144.50 |
| PU06 | Employment and Fee Applications | 1.9 | $1,310.50 |
| PU09 | Meetings and Communications w/ AHC | 18.4 | $19,546.00 |
| PU11 | Plan and Disclosure Statement | 8.7 | $11,440.50 |
| | **TOTALS:** | **67.6** | **$78,149.50** |

1

## **EXHIBIT B**

### **Professional and Paraprofessional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1315.00 | 45.9 | $60,358.50 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $850.00 | 20.5 | $17,425.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $305.00 | 1.2 | $366.00 |
| | **TOTAL** | | **67.6** | **$78,149.50** |

# **EXHIBIT C**

**Time Detail**

# Otterbourg P.C.

230 Park Avenue

New York, NY  10169-0075

June 26, 2020
BILL NO. 210791

Client/Matter No.:    20186/0002
Matter Name:         CHAPTER 11
Billing Partner:     RL STEHL

For Services Rendered Through May 31, 2020:

---

Phase: PU01                          ASSET ANALYSIS AND RECOVERY

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/01/20 JSF | Telephone Call(s)<br>Court Hearing via Conference Call on 2004 Discovery Issues (partial attendance) | 2.30 | 1,955.00 |
| 05/01/20 MLC | Court Appearance - General<br>Appeared at court conference concerning discovery disputes with Sacklers (partial attendance by MLC) | .90 | 1,183.50 |
| 05/04/20 MLC | Analysis of Memorandum<br>Review and analysis of memo prepared by KL re discovery issues presented in connection with Sacklers | 1.40 | 1,841.00 |
| 05/05/20 JSF | Examine Documents<br>Letter to IAC's re: Discovery open issues | .20 | 170.00 |
| 05/08/20 JSF | Examine Documents<br>Update on Due Diligence and Document Production by Sacklers | .20 | 170.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      June 26, 2020
Page 2                                                           BILL NO. 210791

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/11/20 MLC | Analysis of Memorandum Review of 2004 Discovery Orders entered by Court | 1.10 | 1,446.50 |
| 05/14/20 JSF | Examine Documents Update on Discovery and Letter to Court from Sackler Family Attorney re: NY AG | .20 | 170.00 |
| 05/15/20 JSF | Telephone Call(s) Due Dilgence Call with AHC Subcommittee and Non-Consenting State Group | 1.20 | 1,020.00 |
| 05/20/20 JSF | Examine Documents HL Overview Analysis of Potential Asset Value | .20 | 170.00 |
| 05/28/20 MLC | Correspondence Correspondence with UCC concerning discovery stipulation and limitations upon AHC due diligence | .80 | 1,052.00 |
| TOTAL PHASE PU01 | | 8.50 | $9,178.00 |

Phase: PU03                                                 BUSINESS OPERATIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

# OTTERBOURG P.C.

### 230 PARK AVENUE

### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                         June 26, 2020
Page 3                                                              BILL NO. 210791

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/06/20<br>MLC | Analysis of Memorandum<br>Review and analysis of memorandum re<br>revised HRT motion to be presented by<br>debtors | .90 | 1,183.50 |
| 05/11/20<br>JSF | Examine Documents<br>Update on HRT | .10 | 85.00 |
| 05/12/20<br>JSF | Telephone Call(s)<br>Call with Monitor to Preview Upcoming<br>Report | 1.00 | 850.00 |
| 05/12/20<br>JSF | Examine Documents<br>Update on HRT Motion and Revisions to<br>Relief Requested | .20 | 170.00 |
| 05/12/20<br>MLC | Analysis of Memorandum<br>Review of analysis of HRT motion prepared<br>by FTI and KL | 1.10 | 1,446.50 |
| 05/12/20<br>MLC | Correspondence<br>Correspondence with counsel re report<br>prepared by Dr Benkus | .60 | 789.00 |
| 05/27/20<br>JSF | Examine Documents<br>Update on HRT Agreement | .20 | 170.00 |
| 05/28/20<br>MLC | Analysis of Memorandum<br>Review of tax analysis prepared by BR | .70 | 920.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                   June 26, 2020
Page 4                                                        BILL NO. 210791

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/31/20 MLC | Correspondence<br>Correspondence with UCC and NCSG re HRT motion | .40 | 526.00 |
| 05/31/20 MLC | Correspondence<br>Correspondence re scheduling of interview of Dr Brenkus | .30 | 394.50 |
| TOTAL PHASE PU03 | | 5.50 | $6,535.00 |

| Phase: PU04 | | | CASE ADMINISTRATION |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/02/20 MLC | Correspondence<br>Correspondence with Aaron Cahn and K Eckstein concerning W Virginia questions re plan structure questions | .40 | 526.00 |
| 05/07/20 MLC | Analysis of Memorandum<br>Review of KL memo analyzing Eighth Circuit in context of plan structure decision | .70 | 920.50 |
| 05/08/20 MLC | Analysis of Memorandum<br>Review of memo re proof of claim process and requirements for non-states and localities | 1.50 | 1,972.50 |

# Otterbourg P.C.

230 Park Avenue

New York, NY  10169-0075

Client/Matter:   20186/0002                                    June 26, 2020
Page 5                                                         BILL NO. 210791

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/08/20 MLC | Conference call(s) Conference call with AHC states and counsel re proof of claim process | .50 | 657.50 |
| 05/10/20 MLC | Correspondence Correspondence re general scheduling of mediation and outlining of open issues | 1.30 | 1,709.50 |
| 05/11/20 MLC | Analysis of Memorandum Review of certain newly released Interlinks memos | 2.10 | 2,761.50 |
| 05/12/20 MLC | Conference call(s) Conference call with AHC counsel re HRT motion | .30 | 394.50 |
| 05/13/20 MLC | Telephone Call(s) Telcon with Rachael Ringer re general scheduling and next steps | .40 | 526.00 |
| 05/13/20 MLC | Correspondence Correspondence with AHC counsel re coordination of tasks | .40 | 526.00 |
| 05/14/20 MLC | Telephone Call(s) Telcon with Ken Eckstein re HRT adjournment | .20 | 263.00 |
| 05/18/20 JKH | Diary & Docket Review of email containing hearing dates and calendaring same | .20 | 61.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                          June 26, 2020
Page 6                                                             BILL NO. 210791

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/21/20 MLC | Analysis of Memorandum<br>Analysis of report filed by Monitor | .60 | 789.00 |
| 05/21/20 JKH | Diary & Docket<br>Review of email re: bar date motion and calendar hearing | .10 | 30.50 |
| 05/22/20 MLC | Analysis of Memorandum<br>Review of report filed by Monitor | .60 | 789.00 |
| 05/26/20 JSF | Examine Documents<br>Review of Purdue Monitor's Report Summary | .30 | 255.00 |
| 05/26/20 MLC | Analysis of Memorandum<br>Review of KL memo and the underlying application re Cornerstone retention application | 1.10 | 1,446.50 |
| 05/27/20 MLC | Analysis of Memorandum<br>Review of KL memo re revisions to Cornerstone retention application and pending motions | 1.20 | 1,578.00 |
| 05/31/20 MLC | Correspondence<br>Correspondence re call with state members of AHC re status of various matters including response to bar date motion | .60 | 789.00 |

TOTAL PHASE PU04                                          12.50        $15,995.00

---

Phase: PU05                                                    CLAIMS ANALYSIS

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075


Client/Matter:   20186/0002                                    June 26, 2020
Page 7                                                         BILL NO. 210791

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/05/20 JSF | Examine Documents Correspondence and Forms re: Filing Aggregate Claim Per Bar Date Order | 1.10 | 935.00 |
| 05/06/20 JSF | Examine Documents Correspondence re: Bar Date Order and Proofs of Claim and Process and Ability to File Aggregate POC and Analysis of Issues Relating Thereto | 1.20 | 1,020.00 |
| 05/08/20 JSF | Examine Documents Schedules of Assets and Liabilities re: Scheduling of State and County Claims | .60 | 510.00 |
| 05/08/20 JSF | Examine Documents Proof of Claim Materials Distributed to Creditors | .30 | 255.00 |
| 05/12/20 MLC | Analysis of Memorandum Review of correspondence and memo re various requests by creditors for extension of the bar date | .80 | 1,052.00 |
| 05/13/20 MLC | Correspondence Correspondence with AHC and MSG members re bar date extension letter requests | .40 | 526.00 |
| 05/14/20 MLC | Conference call(s) Conference call with Jenni Peacock and Paul Singer re bar date extension issues | .40 | 526.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      June 26, 2020
Page 8                                                           BILL NO. 210791

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/18/20<br>MLC | Analysis of Memorandum<br>Review of letter filed by Harrison Cullens<br>in connection with bar date issues | .40 | 526.00 |
| 05/19/20<br>JSF | Examine Documents<br>Pleadings in Support of Extension of Bar<br>Date | .20 | 170.00 |
| 05/21/20<br>MLC | Analysis of Memorandum<br>Review and analysis of motion filed by<br>debtors to extend the bar date | 1.10 | 1,446.50 |
| 05/22/20<br>MLC | Analysis of Memorandum<br>Review of debtors' motion to extend bar<br>date | .70 | 920.50 |
| 05/29/20<br>JSF | Examine Documents<br>Draft Response to Bar Date Motion to Extend<br>Deadline | .40 | 340.00 |
| 05/29/20<br>MLC | Correspondence<br>Correspondence re bar date extension<br>motion and AHC response thereto | .70 | 920.50 |
| 05/29/20<br>MLC | Analysis of Memorandum<br>Reviewed draft of AHC response to bar date<br>extension motion | 1.00 | 1,315.00 |
| 05/30/20<br>MLC | Analysis of Memorandum<br>Review of revised draft of AHC response to<br>bar date motion | .80 | 1,052.00 |

## OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                June 26, 2020
Page 9                                                     BILL NO. 210791

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/31/20 MLC | Analysis of Memorandum Review of further changes to response to bar date extension motion | .90 | 1,183.50 |
| 05/31/20 MLC | Analysis of Memorandum Review of NCSG response to debtors' bar date extension motion | 1.10 | 1,446.50 |
| TOTAL PHASE PU05 | | 12.10 | $14,144.50 |

Phase: PU06                               EMPLOYMENT & FEE APPLICATIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/18/20 MLC | Draft/revise Reviewed and revised monthly fee statement for March | .40 | 526.00 |
| 05/19/20 JSF | Examine Documents Sixth Monthly Fee Statement for Filing | .20 | 170.00 |
| 05/19/20 JKH | Prepare Legal Papers Preparing monthly statement for filing and calendaring objection deadline | .10 | 30.50 |
| 05/20/20 JKH | Prepare Legal Papers Prepare draft monthly statement | .20 | 61.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                    June 26, 2020
Page 10                                                        BILL NO. 210791

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/26/20 JSF | Examine Documents<br>April Monthly Fee Statement | .40 | 340.00 |
| 05/26/20 JKH | Prepare Legal Papers<br>Prepare Seventh Monthly fee Statement | .60 | 183.00 |
| TOTAL PHASE PU06 | | 1.90 | $1,310.50 |

Phase: PU09                           MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/01/20 JSF | Examine Documents<br>Review of updates to AHC Members re:<br>Pending Matters for Review by AHC | .20 | 170.00 |
| 05/02/20 MLC | Correspondence<br>Correspondence with AHC committee members<br>re next steps in mediation process | .50 | 657.50 |
| 05/06/20 JSF | Telephone Call(s)<br>Weekly Call with AHC re: Issues for<br>consideration by AHC | 2.20 | 1,870.00 |
| 05/06/20 MLC | Conference call(s)<br>Meeting of AHC re HRT and other matters | 2.20 | 2,893.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                        June 26, 2020
Page 11                                                            BILL NO. 210791

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/07/20<br>MLC | Correspondence<br>Correspondence with counsel concerning<br>scheduling of various calls with AHC<br>members in anticipation of court hearing<br>next week | .40 | 526.00 |
| 05/07/20<br>MLC | Correspondence<br>Correspondence with AHC state members re<br>various scheduling of calls | .30 | 394.50 |
| 05/08/20<br>JSF | Telephone Call(s)<br>Pre-Call with Texas and Tennessee re:<br>Bankruptcy Plan Issues and Requirements<br>for Confirmation | .50 | 425.00 |
| 05/08/20<br>JSF | Telephone Call(s)<br>Call with States on AHC re: Plan Issues and<br>Confirmation Requirements | 1.30 | 1,105.00 |
| 05/12/20<br>JSF | Telephone Call(s)<br>Weekly AHC Conference Call | 1.60 | 1,360.00 |
| 05/12/20<br>JSF | Examine Documents<br>Agenda for Weekly AHC Meeting | .20 | 170.00 |
| 05/12/20<br>MLC | Prepare for Meeting<br>Prepared for meeting with AHC members | .70 | 920.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                            June 26, 2020
Page 12                                                 BILL NO. 210791

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/15/20 JSF | Examine Documents Review updates to Committee on Pending Motions, Discovery and mediation Discussions | .30 | 255.00 |
| 05/15/20 MLC | Conference call(s) Conference call with AHC States only re plan strategy | 1.20 | 1,578.00 |
| 05/15/20 MLC | Conference call(s) Conference call with AHC representatives re recently filed motions | .80 | 1,052.00 |
| 05/18/20 JSF | Telephone Call(s) AHC Update Conference Call Re: Pending Matters | 1.20 | 1,020.00 |
| 05/19/20 MLC | Conference call(s) Conference call with states re update of pending motions | .80 | 1,052.00 |
| 05/20/20 JSF | Telephone Call(s) AHC Weekly Conference Call | 1.50 | 1,275.00 |
| 05/20/20 MLC | Conference call(s) Meeting of AHC re pending matters | 1.50 | 1,972.50 |
| 05/21/20 JSF | Examine Documents Updates to AHC re: Bar Date Extension and Monitor Report | .30 | 255.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                              June 26, 2020
Page 13                                                  BILL NO. 210791

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/27/20 JSF | Telephone Call(s) Weekly AHC Conference Call | .70 | 595.00 |
| TOTAL PHASE PU09 | | 18.40 | $19,546.00 |

| Phase: PU11 | | PLAN & DISCLOSURE STATEMENT | |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/08/20 MLC | Conference call(s) Conference call with counsel re plan structure and related issues | 1.30 | 1,709.50 |
| 05/18/20 MLC | Conference call(s) Conference call with Singer, Peacock, Thurmond and Ringer/Eckstein re overall structure of proposed plan | .80 | 1,052.00 |
| 05/18/20 MLC | Correspondence Correspondence among AHC counsel re plan discussions with UCC and Debtors' counsel | .70 | 920.50 |
| 05/18/20 MLC | Analysis of Memorandum Review of analysis of RSA draft prepared by KL for discussion purposes | 1.30 | 1,709.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    June 26, 2020
Page 14                                                        BILL NO. 210791

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/19/20 MLC | Telephone Call(s) Telcon with Eric Snyder (Alabama outside counsel) re status of plan discussions and next steps | .60 | 789.00 |
| 05/22/20 MLC | Conference call(s) Conference call with small AHC group re plan strategy | .60 | 789.00 |
| 05/22/20 MLC | Telephone Call(s) Telcon with Ken Eckstein re alternative approaches to plan proposal | .30 | 394.50 |
| 05/26/20 MLC | Conference call(s) Conference call with KL and certain State representatives re nature of proposed plan with abatement as model | 1.10 | 1,446.50 |
| 05/28/20 MLC | Analysis of Memorandum Review and analysis of Tribes memorandum re COVID impact | 1.60 | 2,104.00 |
| 05/29/20 MLC | Correspondence Correspondence involving conversations with debtors' counsel re plan development | .40 | 526.00 |

TOTAL PHASE PU11                                               8.70       $11,440.50

                                                                          $78,149.50

# **<u>EXHIBIT D</u>**

## **Summary of Actual and Necessary Expenses**

## SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE STATEMENT PERIOD

| Expense Category | Total Expenses |
|---|---|
| Electronic Research | $166.99 |
| **TOTAL:** | **$166.99** |

1

## **EXHIBIT E**

**Expense Detail**

6186499.1

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY  10169-0075


Client/Matter:   20186/0002                                      June 26, 2020
Page 15                                                         BILL NO. 210791


DISBURSEMENTS FOR YOUR ACCOUNT


     Electronic Research                                          166.99

                                                              _____

                              TOTAL DISBURSEMENTS                 166.99