Kami E. Quinn
Gilbert LLP
1100 New York Avenue, NW
7th Floor
Washington, DC 20005
Tele: 202.772.2200
Fax: 202.772.3333
Email: quinnk@gotofirm.com

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| *In re:* | : | |
| | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | |
| | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**EIGHTH MONTHLY FEE STATEMENT OF GILBERT LLP, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS <u>FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020</u>**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant: | Gilbert LLP |
| --- | --- |
| Authorized to provide professional services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 (Docket #553) |
| Period for which compensation and reimbursement is sought: | May 1, 2020 through May 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $176,335.60 (80% of $220,419.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $6,539.57 (100%) |
| This is a: | Monthly Fee Statement |

Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* entered by this Court on December 2, 2019 [Docket #553] (the "**Reimbursement Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket #529] (the "**Procedures Order**"), the law firm of Gilbert LLP ("**Gilbert LLP**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**AHC**"), hereby submits this eighth monthly fee statement (the "**Monthly Fee Statement**") for legal services rendered and reimbursement for expenses incurred for the period commencing May 1, 2020 through May 31, 2020 (the "**Application Period**").

**Itemization of Services Rendered and Expenses Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Application Period by project category.  As reflected on Exhibit A, Gilbert LLP incurred $220,419.50 in fees during

the Application Period.  Pursuant to this Monthly Fee Statement, Gilbert LLP seeks

reimbursement of 80% of such fees, totaling $176,335.60.

2.      Annexed hereto as **Exhibit B** is a chart of Gilbert LLP's professionals and

paraprofessionals, including title, hourly rate, number of hours billed, and total fees of each

attorney and paraprofessional who rendered services to the AHC in connection with these

chapter 11 proceedings during the Application Period.  The blended hourly rate of the attorneys

during the Application Period is $590.04.  The blended hourly rate of paraprofessionals during

the Application Period is $297.03.

3.      Annexed hereto as **Exhibit C** is the summary of reasonable and necessary

expenses incurred during the Application Period.  As reflected on Exhibit C, Gilbert LLP

incurred $6,539.57 in expenses during the Application Period.  Pursuant to this Monthly Fee

Statement, Gilbert LLP seeks reimbursement of 100% of such expenses, totaling $6,539.57.

4.      Annexed hereto as **Exhibit D** are the time records of Gilbert LLP for the

Application Period, organized by project category with a daily log detailing the time spent by

each professional and an itemization of expenses.

5.      Pursuant to the Reimbursement Order, Gilbert LLP has separately recorded

services performed relating to allocation of value among the Debtors' creditors, and to the best of

Gilbert LLP's knowledge, has not included time relating to intercreditor allocation in this

Monthly Fee Statement.

## FILING AND SERVICE

6.      This Monthly Fee Statement will be filed and served in accordance with the

directives in the Procedures Order.

7.      Pursuant to the Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Monthly Fee Statement, serve via email, to the Notice Parties (as defined in the Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue.

8.      If an objection is timely served pursuant to the Procedures Order, the Debtors shall be authorized and directed to pay Gilbert LLP the amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue.  It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Gilbert LLP respectfully requests compensation in the amount of $176,335.60 (80% of $220,419.50) and reimbursement of reasonable and necessary expenses incurred in the amount of $6,539.57 (100%), for a total amount of $182,875.17, for the Application Period.

Dated:  July 13, 2020
        Washington, DC

Respectfully submitted,

**GILBERT LLP**


 */s/ Kami E. Quinn*
Kami E. Quinn
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Tele: 202.772.2200
Fax: 202.772.3333
Email: quinnk@gotofirm.com

*Counsel for the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants.*

**Exhibit A**

**Summary of Services by Category**

**SUMMARY OF SERVICES BY PROJECT CATEGORY**

| Project Code | Project Category | Hours Billed in Period | Fees for Period |
|---|---|---|---|
| A001 | Asset Analysis & Recovery | 376.3 | $173,970.50 |
| A003 | Business Operations | 0.7 | $665.00 |
| A004 | Case Administration | 6.4 | $5,240.00 |
| A005 | Claims Analysis | 4.3 | $3,424.00 |
| A006 | Employment / Fee Applications | 2.7 | $1,327.50 |
| A009 | Meetings / Communications with AHC & Creditors | 13.6 | $13,205.00 |
| A019 | Plan of Reorganization / Disclosure Statement | 30.5 | $22,587.50 |
| | | **434.5** | **$220,419.50** |

**Exhibit B**

**Summary of Compensation by Professional**

## SUMMARY OF COMPENSATION BY PROFESSIONAL

| Name of Professional | Position / Year Admitted to Practice | Hourly Billing Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| Scott D. Gilbert | Partner / District of Columbia - 1979<br>U.S. Court of Appeals for the District of Columbia – 1980<br>U.S. Court of International Trade - 1984<br>U.S. Supreme Court - 1987<br>U.S. District Court for the District of Columbia – 2008<br>Cherokee Nation - 2017<br>U.S. Court of Federal Claims - 2019 | $1,500.00 | 7.3 | $10,950.00 |
| Kami E. Quinn | Partner / Commonwealth of Virginia – 2000<br>District of Columbia – 2006<br>U.S. Court of Appeals for the Third Circuit – 2009 | $950.00 | 23.0 | $21,850.00 |
| Richard Shore | Partner / State of New York – 1988<br>District of Columbia – 1989<br>U.S. Court of Appeals for the Third Circuit – 2009<br>U.S. Court of Appeals for the Fourth Circuit – 2014<br>U.S. Court of Appeals for the Ninth Circuit – 2014<br>U.S. Court of Appeals for the Fifth Circuit – 2017<br>Cherokee Nation – 2017 | $1,200.00 | 6.7 | $8,040.00 |
| Richard Leveridge | Partner / District of Columbia – 1981<br>State of New York - 1997 | $1,250.00 | 3.5 | $4,375.00 |
| Jenna Hudson | Partner / State of Maryland – 2010<br>State of Massachusetts – 2010<br>District of Columbia - 2011<br>U.S. District Court for the District of Maryland – 2011<br>U.S. Court of Appeals for the First Circuit – 2015<br>U.S. Supreme Court - 2016<br>Cherokee Nation – 2017<br>U.S. District Court for the District of Columbia - 2019 | $675.00 | 15.9 | $10,732.50 |
| Monique Abrishami | Of Counsel / State of Florida – 2009<br>District of Columbia - 2019 | $640.00 | 68.9 | $44,096.00 |
| Mike Rush | Of Counsel / State of Delaware – 2007<br>District of Columbia 2017 | $640.00 | 14.6 | $9,344.00 |
| Emily Grim | Associate / Commonwealth of Pennsylvania – 2010<br>State of Illinois – 2010<br>District of Columbia – 2012<br>U.S. District Court for the District of Columbia - 2016<br>U.S. Court of Federal Claims – 2020 | $600.00 | 29.4 | $17,640.00 |
| Daniel Wolf | Associate / State of New York – 2011<br>District of Columbia – 2013<br>Southern District of New York – 2011<br>U.S. Court of Appeals for the Ninth Circuit – 2012 | $600.00 | 10.9 | $6,540.00 |
| Benjamin Massarsky | Associate / New York – 2011<br>District of Columbia – 2012<br>U.S. District Court for the District of Columbia – 2012<br>Maryland - 2016 | $500.00 | 13.8 | $6,900.00 |

| Name of Professional | Position / Year Admitted to Practice | Hourly Billing Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| Allison Gaske | Associate / District of Columbia - 2016 | $450.00 | 10.2 | $4,590.00 |
| Sarah Sraders | Associate / State of New York – 2016 District of Columbia - 2017 | $380.00 | 63.8 | $24,244.00 |
| John Girgenti | Staff Attorney / State of New York – 2002 District of Columbia - 2007 | $335.00 | 43.8 | $14,673.00 |
| Christian Carey | Law Clerk – Joined firm in 2019 | $325.00 | 85.6 | $27,820.00 |
| Lauren Fastenau | Paralegal – Joined firm in 2019 | $300.00 | 3.1 | $930.00 |
| Katherine Johnson | Paralegal – Joined firm in 2018 | $225.00 | 33.1 | $7,447.50 |
| Peggy Holland | Litigation Specialist – Joined firm in 2002 | $275.00 | 0.9 | $247.50 |
| | | **Totals** | 434.5 | **$220,419.50** |
| | | **Attorney Blended Rate** | **$590.04** | |
| | | **Paraprofessional Blended Rate** | **$297.03** | |

**Exhibit C**

**Summary of Expenses Incurred**

### SUMMARY OF EXPENSES INCURRED

| DESCRIPTION | Total Expenses for Period |
|---|---:|
| PACER | $88.10 |
| Westlaw | $6,451.47 |
| | **$6,539.57** |

**Exhibit D**

**Time and Expense Detail**



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

July 13, 2020

Ad Hoc Committee                        Invoice Number:      11320281
c/o Marshall S. Huebner                 Client Number:          1599
Davis Polk & Wardwell LLP               Tax ID:            52-2283869
450 Lexington Avenue
New York, NY  10017

---

**FOR PROFESSIONAL SERVICES RENDERED through May 31, 2020**

**Re:   Ad Hoc Committee (Purdue)**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Purdue Bankruptcy | 220,419.50 | 6,539.57 | 226,959.07 |
| **Total** | **220,419.50** | **6,539.57** | **226,959.07** |

|  |  |
|---|---|
| TOTAL FEES | $ 220,419.50 |
| TOTAL EXPENSES | $ 6,539.57 |
| **TOTAL FEES AND EXPENSES** | **$ 226,959.07** |



**FOR PROFESSIONAL SERVICES RENDERED through May 31, 2020**

**Purdue Bankruptcy**

**A001: Asset Analysis & Recovery**

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Shore, R. | 5/01/20 | Communicate with J. Hudson re insurance analysis. | .20 | 240.00 |
| Hudson, J. | 5/01/20 | Communicate with R. Shore re insurance analysis. | .20 | 135.00 |
| Hudson, J. | 5/01/20 | Review and revise insurance strategy summaries based on feedback. | .50 | 337.50 |
| Girgenti, J. | 5/01/20 | Draft spreadsheets re market share data for purposes of insurance analysis. | 2.40 | 804.00 |
| Girgenti, J. | 5/01/20 | Analyze and aggregate market share data for insurance analysis. | 2.40 | 804.00 |
| Wolf, D. | 5/01/20 | Review document production re D&O coverage analysis. | .80 | 480.00 |
| Wolf, D. | 5/01/20 | Review coverage analysis logistics. | .40 | 240.00 |
| Massarsky, B. | 5/01/20 | Review and categorize policy correspondence for purpose of insurance analysis. | .80 | 400.00 |
| Massarsky, B. | 5/01/20 | Review recent Intralinks uploads re insurance documentation. | .40 | 200.00 |
| Johnson, K. | 5/01/20 | Review Debtors' production for insurance-related materials. | 1.50 | 337.50 |
| Abrishami, M. | 5/01/20 | Legal research re Insurance Issues #5 and #43. | 3.90 | 2,496.00 |
| Carey, C. | 5/01/20 | Research re Insurance Issue #5. | 4.10 | 1,332.50 |
| Carey, C. | 5/01/20 | Draft analysis of research on Insurance Issue #5. | 3.20 | 1,040.00 |
| Sraders, S. | 5/01/20 | Research re Insurance Issue #43. | 2.90 | 1,102.00 |
| Hudson, J. | 5/02/20 | Communicate with D. Wolf and B. Massarsky re reviewing newly produced underwriting materials. | .10 | 67.50 |
| Abrishami, M. | 5/02/20 | Continue researching Insurance Issues #5 and #43. | 2.00 | 1,280.00 |
| Hudson, J. | 5/04/20 | Confer with R. Leveridge, M. Abrishami, and M. Rush re insurance status and strategy. | .20 | 135.00 |
| Hudson, J. | 5/04/20 | Communicate with team re market share analysis and impact on insurance strategy. | .10 | 67.50 |
| Hudson, J. | 5/04/20 | Confer with A. Kramer re additional policy evidence. | .10 | 67.50 |
| Hudson, J. | 5/04/20 | Confer with C. Matheson and D. Windscheffel re policy evidence. | .10 | 67.50 |
| Hudson, J. | 5/04/20 | Analyze plan for implementing insurance strategy. | 1.30 | 877.50 |

Invoice Number: 11320281
July 13, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Girgenti, J. | 5/04/20 | Communicate with J. Hudson, D. Wolf and K. Johnson re analysis of newly received information. | .10 | 33.50 |
| Wolf, D. | 5/04/20 | Review and revise coverage strategy memorandum. | 2.40 | 1,440.00 |
| Rush, M. | 5/04/20 | Review case re Insurance Issue #43. | .40 | 256.00 |
| Rush, M. | 5/04/20 | Analyze policy evidence for Section 2 of Document A. | .90 | 576.00 |
| Massarsky, B. | 5/04/20 | Analyze status of review of insurer correspondence. | .80 | 400.00 |
| Johnson, K. | 5/04/20 | Continue reviewing Debtors' document production for insurance-related materials; revise correspondence tracking sheet. | 4.10 | 922.50 |
| Abrishami, M. | 5/04/20 | Confer with R. Leveridge, J. Hudson, and M. Rush re Insurance Issue #43. | .20 | 128.00 |
| Abrishami, M. | 5/04/20 | Continue research re Insurance Issues #5 and #43. | 5.90 | 3,776.00 |
| Leveridge, R. | 5/04/20 | Confer with J. Hudson, M. Rush and M. Abrishami re next steps in potential efforts to recover insurance assets (0.2); review material re same (0.6). | .80 | 1,000.00 |
| Carey, C. | 5/04/20 | Continue researching Insurance Issue #5. | 4.50 | 1,462.50 |
| Carey, C. | 5/04/20 | Continue drafting analysis re research on Insurance Issue #5. | 3.40 | 1,105.00 |
| Sraders, S. | 5/04/20 | Continue research re Insurance Issue #43. | 2.90 | 1,102.00 |
| Hudson, J. | 5/05/20 | Confer with A. Kramer re request for additional policy evidence. | .50 | 337.50 |
| Hudson, J. | 5/05/20 | Communicate with team re integrating additional policy evidence into analysis. | .20 | 135.00 |
| Hudson, J. | 5/05/20 | Communicate with M. Abrishami re standards of review potentially applicable to insurance strategy. | .30 | 202.50 |
| Hudson, J. | 5/05/20 | Communicate with team re plan for implementing insurance strategy. | .20 | 135.00 |
| Hudson, J. | 5/05/20 | Communicate with D. Wolf re insurance analysis. | .10 | 67.50 |
| Rush, M. | 5/05/20 | Confirm scope of coverage for inclusion in Section 2 of Document A. | 3.40 | 2,176.00 |
| Massarsky, B. | 5/05/20 | Review underwriting materials uploaded to Intralinks site for insurance-related materials. | 3.10 | 1,550.00 |
| Massarsky, B. | 5/05/20 | Review recent insurance Intralinks uploads for insurance-related materials. | .50 | 250.00 |
| Johnson, K. | 5/05/20 | Review Debtors' document production for insurance-related materials. | 1.80 | 405.00 |
| Abrishami, M. | 5/05/20 | Confer with J. Hudson re Insurance Issues #5 and #43. | .20 | 128.00 |

Invoice Number: 11320281
July 13, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Abrishami, M. | 5/05/20 | Confer with R. Leveridge re Insurance Issues #5 and #43. | .40 | 256.00 |
| Abrishami, M. | 5/05/20 | Continue legal research re Insurance Issues #5 and #43. | 5.60 | 3,584.00 |
| Leveridge, R. | 5/05/20 | Confer with M. Abrishami re legal issues for memorandum on Insurance Issue #5. | .40 | 500.00 |
| Fastenau, L. | 5/05/20 | Revise scope and allegations tracking sheet purposes of insurance analysis. | .20 | 60.00 |
| Carey, C. | 5/05/20 | Draft memorandum re Insurance Issues #42 and #46. | 1.40 | 455.00 |
| Carey, C. | 5/05/20 | Research re Insurance Issues #42 and #46. | 5.50 | 1,787.50 |
| Sraders, S. | 5/05/20 | Continue researching Insurance Issue #43. | 2.50 | 950.00 |
| Hudson, J. | 5/06/20 | Confer with A. Kramer re schedules of insurance. | .10 | 67.50 |
| Hudson, J. | 5/06/20 | Review schedules of insurance to confirm aspects of strategy. | .20 | 135.00 |
| Girgenti, J. | 5/06/20 | Draft memorandum re corporate structure and changes through the years (2.1); revise spreadsheets reflecting market share data (1.7). | 3.80 | 1,273.00 |
| Girgenti, J. | 5/06/20 | Review document re corporate history (1.4); analyze and aggregate data re market share research project (2.2). | 3.60 | 1,206.00 |
| Wolf, D. | 5/06/20 | Review and revise coverage strategy memorandum. | 1.10 | 660.00 |
| Massarsky, B. | 5/06/20 | Review schedules of insurance re communications with A. Kramer on missing policy evidence. | .30 | 150.00 |
| Abrishami, M. | 5/06/20 | Confer with S. Sraders re analysis of Insurance Issues #42, #43, and #46. | .30 | 192.00 |
| Abrishami, M. | 5/06/20 | Draft memorandum re Insurance Issues #42, #43, and #46. | 6.00 | 3,840.00 |
| Fastenau, L. | 5/06/20 | Update filed cases tracking sheet to include newly filed cases for purposes of insurance analysis. | 2.90 | 870.00 |
| Carey, C. | 5/06/20 | Research re Insurance Issue #41. | 5.70 | 1,852.50 |
| Sraders, S. | 5/06/20 | Confer with M. Abrishami re Insurance Issue #43. | .30 | 114.00 |
| Sraders, S. | 5/06/20 | Research re Insurance Issue #43. | 5.10 | 1,938.00 |
| Hudson, J. | 5/07/20 | Confer with N. Sochurek re reconciling policy evidence. | .10 | 67.50 |
| Hudson, J. | 5/07/20 | Communication with B. Massarsky, M. Abrishami, and A. Bonesteel re insurance-related research tasks. | .60 | 405.00 |
| Girgenti, J. | 5/07/20 | Draft spreadsheets reflecting market share data for purposes of insurance analysis. | 3.40 | 1,139.00 |

Invoice Number: 11320281
July 13, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Girgenti, J. | 5/07/20 | Analyze and aggregate data re market share research project. | 3.30 | 1,105.50 |
| Abrishami, M. | 5/07/20 | Continue drafting memorandum re Insurance Issues #42, #43, and #46. | 2.90 | 1,856.00 |
| Carey, C. | 5/07/20 | Continue researching Insurance Issue #41. | 3.50 | 1,137.50 |
| Sraders, S. | 5/07/20 | Continue research re Insurance Issue #43. | 4.50 | 1,710.00 |
| Shore, R. | 5/08/20 | Confer with J. Hudson re insurance status and strategy. | .30 | 360.00 |
| Hudson, J. | 5/08/20 | Review status of research assignments. | .40 | 270.00 |
| Hudson, J. | 5/08/20 | Confer with R. Shore re insurance status and strategy. | .30 | 202.50 |
| Massarsky, B. | 5/08/20 | Review latest uploads to Intralinks database for insurance-related materials. | .10 | 50.00 |
| Massarsky, B. | 5/08/20 | Confer with KCIC re missing policies. | .10 | 50.00 |
| Massarsky, B. | 5/08/20 | Research rulings related to Insurance Issue #20. | .60 | 300.00 |
| Abrishami, M. | 5/08/20 | Continue drafting memorandum re Insurance Issues #5, #42, #43, and #46. | 4.90 | 3,136.00 |
| Carey, C. | 5/08/20 | Research re Insurance Issues #41 and #43. | 6.90 | 2,242.50 |
| Sraders, S. | 5/08/20 | Continue research re Insurance Issue #43. | 6.30 | 2,394.00 |
| Abrishami, M. | 5/09/20 | Draft memorandum re Insurance Issues #5, #42, #43, and #46. | 2.10 | 1,344.00 |
| Sraders, S. | 5/10/20 | Draft summary of research re Insurance Issue #43. | 1.60 | 608.00 |
| Hudson, J. | 5/11/20 | Confer with R. Leveridge, M. Abrishami, and M. Rush re status and strategy. | .10 | 67.50 |
| Hudson, J. | 5/11/20 | Confer with J. Girgenti re market share analysis. | .10 | 67.50 |
| Hudson, J. | 5/11/20 | Review continued analysis of coverage under Bermuda-form policies. | .40 | 270.00 |
| Hudson, J. | 5/11/20 | Confer with M. Abrishami re analysis re Insurance Issue #5. | .30 | 202.50 |
| Hudson, J. | 5/11/20 | Review next steps on insurance analysis-related research questions. | .50 | 337.50 |
| Girgenti, J. | 5/11/20 | Confer with J. Hudson re market share review project. | .10 | 33.50 |
| Girgenti, J. | 5/11/20 | Continue drafting spreadsheets reflecting market share data. | 3.10 | 1,038.50 |
| Girgenti, J. | 5/11/20 | Continue analyzing and aggregating data re market share research project. | 3.00 | 1,005.00 |
| Wolf, D. | 5/11/20 | Review Debtors' document productions re materials relevant to D&O coverage. | .60 | 360.00 |
| Wolf, D. | 5/11/20 | Revise memorandum re D&O and Bermuda Form coverage. | .60 | 360.00 |

Invoice Number: 11320281
July 13, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Rush, M. | 5/11/20 | Analyze insurance policy provisions for revisions to Section 2 of Document A. | 2.70 | 1,728.00 |
| Massarsky, B. | 5/11/20 | Review recent uploads to Intralinks site for insurance-related materials. | 1.10 | 550.00 |
| Johnson, K. | 5/11/20 | Review Debtors' document production for underwriting documents and insurance-related documents. | 4.30 | 967.50 |
| Abrishami, M. | 5/11/20 | Confer with R. Leveridge, J. Hudson, and M. Rush re status of insurance coverage analysis. | .10 | 64.00 |
| Abrishami, M. | 5/11/20 | Confer with J. Hudson re Insurance Issues #42, #43, and #46. | .30 | 192.00 |
| Abrishami, M. | 5/11/20 | Confer with S. Sraders re memorandum on Insurance Issues #5 and #43. | .40 | 256.00 |
| Abrishami, M. | 5/11/20 | Continue drafting memorandum re Insurance issues #42, #43, and #46. | 1.30 | 832.00 |
| Carey, C. | 5/11/20 | Research re Insurance Issue #5. | 2.00 | 650.00 |
| Carey, C. | 5/11/20 | Draft memorandum summarizing research re Insurance Issue #5. | 3.30 | 1,072.50 |
| Carey, C. | 5/11/20 | Confer with M. Abrishami re research on Insurance Issue #5. | .40 | 130.00 |
| Sraders, S. | 5/11/20 | Confer with M. Abrishami re memorandum on Insurance Issues #42, #43, and #46. | .40 | 152.00 |
| Sraders, S. | 5/11/20 | Revise memorandum re Insurance Issues #42, #43, and #46. | 3.90 | 1,482.00 |
| Hudson, J. | 5/12/20 | Confer with M. Abrishami re analysis of Insurance Issues #42, #43, and #46. | .50 | 337.50 |
| Girgenti, J. | 5/12/20 | Continue drafting spreadsheets reflecting market share data. | 1.80 | 603.00 |
| Girgenti, J. | 5/12/20 | Continue analyzing and aggregating data re market share research project. | 1.80 | 603.00 |
| Massarsky, B. | 5/12/20 | Research re Insurance Issue #20. | 1.80 | 900.00 |
| Johnson, K. | 5/12/20 | Continue reviewing Debtors' document production for insurance-related correspondence, underwriting documents, and other materials. | 4.80 | 1,080.00 |
| Johnson, K. | 5/12/20 | Review court docket for filings re Insurance Issue #42. | .40 | 90.00 |
| Abrishami, M. | 5/12/20 | Confer with J. Hudson re memorandum on Insurance Issues #5, #42, #43, and #46. | .50 | 320.00 |
| Abrishami, M. | 5/12/20 | Confer with C. Carey re research of Insurance Issue #5. | .40 | 256.00 |
| Abrishami, M. | 5/12/20 | Confer with S. Sraders re memorandum on Insurance Issues #5, #42, #43, and #46. | .60 | 384.00 |

Invoice Number: 11320281
July 13, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Abrishami, M. | 5/12/20 | Continue drafting memorandum re Insurance Issues #5, #42, #43, and #46. | 5.20 | 3,328.00 |
| Gaske, A. | 5/12/20 | Analyze D&O coverage. | 5.70 | 2,565.00 |
| Carey, C. | 5/12/20 | Research Issue #41. | .40 | 130.00 |
| Carey, C. | 5/12/20 | Follow-up research re Insurance Issue #5. | 4.00 | 1,300.00 |
| Carey, C. | 5/12/20 | Revise memorandum summarizing research re Insurance Issues #5 and #43. | 1.90 | 617.50 |
| Sraders, S. | 5/12/20 | Revise memorandum re Insurance Issues #42, #43, and #46. | 2.80 | 1,064.00 |
| Sraders, S. | 5/12/20 | Correspond with team re research on Insurance Issue #3. | .40 | 152.00 |
| Hudson, J. | 5/13/20 | Communicate with B. Massarsky re policy interpretation-related research. | .10 | 67.50 |
| Hudson, J. | 5/13/20 | Analyze research re Insurance Issues #42, #43, and #46. | .70 | 472.50 |
| Hudson, J. | 5/13/20 | Confer with team re items to be addressed at May 21 hearing. | .10 | 67.50 |
| Girgenti, J. | 5/13/20 | Continue drafting spreadsheets reflecting market share data for purposes of insurance analysis. | 2.00 | 670.00 |
| Girgenti, J. | 5/13/20 | Analyze and aggregate data re market share. | 2.10 | 703.50 |
| Johnson, K. | 5/13/20 | Continue reviewing Debtors' document production for underwriting and insurance-related materials. | 2.10 | 472.50 |
| Abrishami, M. | 5/13/20 | Continue drafting memorandum re Insurance Issues #5, #42, #43, and #46. | 6.90 | 4,416.00 |
| Gaske, A. | 5/13/20 | Review D&O policies. | 2.30 | 1,035.00 |
| Carey, C. | 5/13/20 | Research re Insurance Issue #41. | 5.80 | 1,885.00 |
| Sraders, S. | 5/13/20 | Review and revise memorandum re Insurance Issues #42, #43, and #46. | 5.80 | 2,204.00 |
| Hudson, J. | 5/14/20 | Communicate with M. Abrishami re research on Insurance Issues #42, #43, and #46. | .10 | 67.50 |
| Johnson, K. | 5/14/20 | Continue reviewing Debtors' document production for underwriting documents. | 3.30 | 742.50 |
| Abrishami, M. | 5/14/20 | Continue drafting memorandum re Insurance Issues #5, #42, #43, and #46. | 5.20 | 3,328.00 |
| Gaske, A. | 5/14/20 | Review remaining D&O coverage. | 1.50 | 675.00 |
| Carey, C. | 5/14/20 | Continue researching Insurance Issues #5 and #41. | 6.60 | 2,145.00 |
| Sraders, S. | 5/14/20 | Research re Insurance Issue #43. | 7.30 | 2,774.00 |
| Johnson, K. | 5/15/20 | Continue reviewing Debtors' document production for underwriting documents for purposes of insurance analysis. | 2.30 | 517.50 |

Invoice Number: 11320281
July 13, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Abrishami, M. | 5/15/20 | Continue drafting memorandum re Insurance Issues #5, #42, #43, and #46. | 4.50 | 2,880.00 |
| Sraders, S. | 5/15/20 | Review and revise memorandum re Insurance Issue #43. | 6.10 | 2,318.00 |
| Hudson, J. | 5/18/20 | Analyze Insurance Issues #42, #43, and #46. | .10 | 67.50 |
| Rush, M. | 5/18/20 | Review memorandum re insurance strategy. | 4.60 | 2,944.00 |
| Rush, M. | 5/18/20 | Analyze Insurance Issues #42, #43, and #46. | .10 | 64.00 |
| Massarsky, B. | 5/18/20 | Analyze recent uploads to Intralinks site re insurance-related documentation. | .80 | 400.00 |
| Abrishami, M. | 5/18/20 | Confer with C. Carey re Insurance Issue #5. | .20 | 128.00 |
| Abrishami, M. | 5/18/20 | Continue drafting memorandum re Insurance issues #5, #42, #43, and #46. | 2.30 | 1,472.00 |
| Gaske, A. | 5/18/20 | Analyze questions re D&O coverage. | .40 | 180.00 |
| Leveridge, R. | 5/18/20 | Revise memorandum re insurance strategy. | 1.70 | 2,125.00 |
| Carey, C. | 5/18/20 | Research re judicial precedent re Insurance Issue #5. | 3.80 | 1,235.00 |
| Carey, C. | 5/18/20 | Confer with M. Abrishami re research. | .20 | 65.00 |
| Carey, C. | 5/18/20 | Research federal and state law re Insurance Issue #5. | 4.60 | 1,495.00 |
| Sraders, S. | 5/18/20 | Research for memorandum on Insurance issue #43. | 1.30 | 494.00 |
| Shore, R. | 5/19/20 | Communicate with S. Gilbert, K. Quinn, E. Grim, J. Hudson, M. Abrishami, and D. Wolf re insurance analysis. | .10 | 120.00 |
| Shore, R. | 5/19/20 | Communicate with J. Hudson re insurance analysis. | .10 | 120.00 |
| Hudson, J. | 5/19/20 | Communicate with S. Gilbert, K. Quinn, E. Grim, R. Shore, M. Abrishami, and D. Wolf re next steps insurance analysis. | .10 | 67.50 |
| Hudson, J. | 5/19/20 | Communicate with R. Shore re new issue insurance analysis. | .10 | 67.50 |
| Hudson, J. | 5/19/20 | Communicate with E. Grim, M. Rush, and D. Wolf re case development impacting insurance analysis. | .20 | 135.00 |
| Hudson, J. | 5/19/20 | Confer with R. Leveridge and M. Rush re new developments in insurance strategy. | .20 | 135.00 |
| Hudson, J. | 5/19/20 | Analyze next steps on insurance; including discussions with Debtors' counsel. | .20 | 135.00 |
| Grim, E. | 5/19/20 | Review update from Debtors re diligence efforts. | .10 | 60.00 |
| Grim, E. | 5/19/20 | Confer with J. Hudson, D. Wolf, and M. Rush re case developments impacting insurance analysis and recovery. | .20 | 120.00 |
| Wolf, D. | 5/19/20 | Confer with J. Hudson, M. Rush, and E. Grim re case developments impacting coverage analysis. | .20 | 120.00 |

Invoice Number: 11320281
July 13, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Rush, M. | 5/19/20 | Confer with J. Hudson, E. Grim and D. Wolf re development impacting insurance analysis. | .20 | 128.00 |
| Johnson, K. | 5/19/20 | Continue reviewing Debtors' production re underwriting and insurance-related documents. | 3.10 | 697.50 |
| Gaske, A. | 5/19/20 | Confer with D. Wolf re analysis of D&O policies. | .30 | 135.00 |
| Carey, C. | 5/19/20 | Research Insurance Issue #35. | 1.80 | 585.00 |
| Wolf, D. | 5/20/20 | Research case law re potential coverage. | 1.30 | 780.00 |
| Carey, C. | 5/20/20 | Revise memorandum re Insurance Issue #41. | 4.80 | 1,560.00 |
| Carey, C. | 5/20/20 | Research Insurance issue #5. | 7.20 | 2,340.00 |
| Hudson, J. | 5/21/20 | Confer with M. Abrishami re analysis of Insurance Issues #42, #43, and #46. | .20 | 135.00 |
| Girgenti, J. | 5/21/20 | Continue revising spreadsheets reflecting market share data. | 2.50 | 837.50 |
| Girgenti, J. | 5/21/20 | Analyze and aggregate data re market share research project. | 2.50 | 837.50 |
| Grim, E. | 5/21/20 | Review new analysis re IAC value. | .20 | 120.00 |
| Rush, M. | 5/21/20 | Confer with M. Abrishami re insurance strategy. | .20 | 128.00 |
| Rush, M. | 5/21/20 | Review memorandum on insurance recovery strategy and analysis. | 1.60 | 1,024.00 |
| Johnson, K. | 5/21/20 | Review Debtors' document production for underwriting documents for insurance analysis. | 2.90 | 652.50 |
| Abrishami, M. | 5/21/20 | Confer with J. Hudson re memorandum on Insurance Issues #5, #42, #43, and #46. | .20 | 128.00 |
| Abrishami, M. | 5/21/20 | Revise memorandum re Insurance Issues #5, #42, #43, and #46. | 4.30 | 2,752.00 |
| Leveridge, R. | 5/21/20 | Analyze memorandum re insurance issues. | .40 | 500.00 |
| Carey, C. | 5/21/20 | Confer with S. Sraders re Insurance Issues #5 and #41. | .60 | 195.00 |
| Sraders, S. | 5/21/20 | Research re Insurance Issues #42, #43, and #46. | 5.60 | 2,128.00 |
| Shore, R. | 5/22/20 | Communicate with R. Leveridge, M. Abrishami, D. Wolf, and J. Hudson re insurance strategy. | .10 | 120.00 |
| Hudson, J. | 5/22/20 | Communicate with R. Leveridge, M. Abrishami, D. Wolf, and R. Shore re insurance strategy. | .10 | 67.50 |
| Hudson, J. | 5/22/20 | Prepare for meeting with Debtors re next steps on insurance. | .10 | 67.50 |
| Rush, M. | 5/22/20 | Analyze memorandum on insurance recovery strategy and analysis. | .30 | 192.00 |
| Abrishami, M. | 5/22/20 | Revise memorandum re jurisdiction and arbitration. | .20 | 128.00 |
| Shore, R. | 5/26/20 | Prepare for call with S. Birnbaum. | 1.00 | 1,200.00 |
| Hudson, J. | 5/26/20 | Confer with R. Leveridge, M. Rush, and M. Abrishami re status and strategy. | .20 | 135.00 |

Invoice Number: 11320281
July 13, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Girgenti, J. | 5/26/20 | Revise spreadsheets reflecting market share data. | 2.90 | 971.50 |
| Girgenti, J. | 5/26/20 | Analyze and aggregate data re market share research project. | 3.00 | 1,005.00 |
| Rush, M. | 5/26/20 | Confer with R. Leveridge, J. Hudson and M. Abrishami re case status and strategy. | .20 | 128.00 |
| Massarsky, B. | 5/26/20 | Review recently uploaded Intralinks documents re insurance implications. | .50 | 250.00 |
| Johnson, K. | 5/26/20 | Continue reviewing Debtors' production for insurance-related and underwriting documents. | 1.70 | 382.50 |
| Abrishami, M. | 5/26/20 | Confer with J. Hudson, R. Leveridge, and M. Rush re next steps and strategy. | .20 | 128.00 |
| Leveridge, R. | 5/26/20 | Confer with J. Hudson, M. Rush and M. Abrishami re status of insurance analysis. | .20 | 250.00 |
| Gilbert, S. | 5/27/20 | Prepare for call with S. Birnbaum re insurance strategy (.8); confer with S. Birnbaum re same (1.2). | 2.00 | 3,000.00 |
| Quinn, K. | 5/27/20 | Participate in strategy call with Debtors re insurance next steps. | 1.20 | 1,140.00 |
| Shore, R. | 5/27/20 | Confer with S. Gilbert, D. Wolf, E. Grim, and J. Hudson re insurance coverage and analysis. | .30 | 360.00 |
| Shore, R. | 5/27/20 | Confer with S. Birnbaum, C. Ricarte, A. Kramer, S. Roitman, S. Gilbert, K. Quinn, J. Hudson, D. Wolf, and E. Grim re insurance strategy. | 1.20 | 1,440.00 |
| Shore, R. | 5/27/20 | Confer with J. Hudson re insurance recovery strategy. | .40 | 480.00 |
| Shore, R. | 5/27/20 | Prepare for call with S. Birnbaum re next steps. | 1.00 | 1,200.00 |
| Hudson, J. | 5/27/20 | Confer with S. Birnbaum, C. Ricarte, A. Kramer, S. Roitman, S. Gilbert, K. Quinn, R. Shore, D. Wolf, and E. Grim re insurance strategy. | 1.20 | 810.00 |
| Hudson, J. | 5/27/20 | Confer with S. Gilbert, R. Shore, D. Wolf, and E. Grim re follow-up issues from call with Debtors' counsel. | .30 | 202.50 |
| Hudson, J. | 5/27/20 | Confer with R. Shore re insurance recovery strategy. | .40 | 270.00 |
| Hudson, J. | 5/27/20 | Prepare for strategy discussion with S. Birnbaum, A. Kramer, C. Ricarte, and S. Roitman. | .30 | 202.50 |
| Hudson, J. | 5/27/20 | Revise correspondence to insurers. | .80 | 540.00 |
| Hudson, J. | 5/27/20 | Communicate with E. Grim, D. Wolf, and M. Abrishami re Insurance Issue #46. | .10 | 67.50 |
| Hudson, J. | 5/27/20 | Communicate with R. Shore and D. Wolf re insurance strategy. | .10 | 67.50 |
| Grim, E. | 5/27/20 | Confer with Debtors' counsel (S. Birnbaum and others), S. Gilbert, R. Shore, J. Hudson, and D. Wolf re insurance issues. | 1.20 | 720.00 |

Invoice Number: 11320281
July 13, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Grim, E. | 5/27/20 | Confer with S. Gilbert, R. Shore, J. Hudson, and D. Wolf re follow-up issues from insurer meeting. | .30 | 180.00 |
| Grim, E. | 5/27/20 | Research Insurance Issue #46. | .20 | 120.00 |
| Wolf, D. | 5/27/20 | Confer with Purdue counsel re insurance coverage. | 1.20 | 720.00 |
| Wolf, D. | 5/27/20 | Confer with S. Gilbert, R. Shore, and J. Hudson re insurance coverage and analysis. | .30 | 180.00 |
| Wolf, D. | 5/27/20 | Research case law re application of Bermuda form insurance coverage. | .80 | 480.00 |
| Massarsky, B. | 5/27/20 | Confer with K. Johnson re review of Debtors' documents re implications for insurance coverage. | .50 | 250.00 |
| Massarsky, B. | 5/27/20 | Review recently filed documents on Intralinks database for relevance to insurance coverage. | .20 | 100.00 |
| Johnson, K. | 5/27/20 | Review Debtors' document production for underwriting documents for purposes of insurance analysis. | .30 | 67.50 |
| Johnson, K. | 5/27/20 | Confer with B. Massarsky re underwriting documents for insurance analysis. | .50 | 112.50 |
| Abrishami, M. | 5/27/20 | Review memorandum re Insurance Issue #46. | .80 | 512.00 |
| Abrishami, M. | 5/27/20 | Correspond with J. Hudson re Insurance Issue #46. | .10 | 64.00 |
| Shore, R. | 5/28/20 | Confer with D. Wolf and J. Hudson re insurance coverage analysis and strategy. | .80 | 960.00 |
| Shore, R. | 5/28/20 | Review and revise correspondence to insurers. | 1.20 | 1,440.00 |
| Hudson, J. | 5/28/20 | Communicate with team re review of additional Intralinks documents for potential impact on insurance analysis. | .10 | 67.50 |
| Hudson, J. | 5/28/20 | Revise correspondence to insurers. | 1.70 | 1,147.50 |
| Hudson, J. | 5/28/20 | Confer with M. Abrishami and D. Wolf re Insurance Issue #46. | .40 | 270.00 |
| Wolf, D. | 5/28/20 | Confer with R. Shore and J. Hudson re insurance coverage analysis and strategy. | .80 | 480.00 |
| Wolf, D. | 5/28/20 | Confer with J. Hudson and M. Abrishami re Insurance Issue #46. | .40 | 240.00 |
| Massarsky, B. | 5/28/20 | Confer with J. Hudson re review of Debtors' documents for relevance to insurance coverage issues. | .20 | 100.00 |
| Massarsky, B. | 5/28/20 | Analyze documents for relevance to insurance coverage issues. | 2.00 | 1,000.00 |
| Abrishami, M. | 5/28/20 | Confer with J. Hudson and D. Wolf re memorandum on Insurance Issue #46. | .40 | 256.00 |
| Abrishami, M. | 5/28/20 | Confer with S. Sraders re Insurance Issue #46. | .20 | 128.00 |
| Sraders, S. | 5/28/20 | Confer with M. Abrishami re Insurance Issue #46. | .20 | 76.00 |

Invoice Number: 11320281
July 13, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Sraders, S. | 5/28/20 | Review documents in Kiteworks database for insurance analysis purposes. | .40 | 152.00 |
| Hudson, J. | 5/29/20 | Finalize insurance correspondence; communicate with S. Birnbaum re same. | .40 | 270.00 |
| Sraders, S. | 5/31/20 | Research re Insurance Issue #46. | .80 | 304.00 |
| | | **Project Total:** | **376.30** | **$ 173,970.50** |

### A003:  Business Operations

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 5/09/20 | Review materials re Mundiphama diligence. | .20 | 190.00 |
| Quinn, K. | 5/22/20 | Review Brown Rudnick tax analysis and follow up correspondence. | .50 | 475.00 |
| | | **Project Total:** | **.70** | **$ 665.00** |

### A004:  Case Administration

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 5/01/20 | Participate in discovery hearing telephonically. | 2.50 | 2,375.00 |
| Grim, E. | 5/01/20 | Participate in 2004 discovery hearing. | 2.40 | 1,440.00 |
| Quinn, K. | 5/13/20 | Telephone call with co-counsel re strategy. | .50 | 475.00 |
| Quinn, K. | 5/15/20 | Review C. Granger update. | .20 | 190.00 |
| Quinn, K. | 5/27/20 | Confer with co-counsel re case strategy and next steps. | .30 | 285.00 |
| Quinn, K. | 5/28/20 | Confer with K. Eckstein and S. Gilbert re status and strategy. | .50 | 475.00 |
| | | **Project Total:** | **6.40** | **$ 5,240.00** |

### A005:  Claims Analysis

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Grim, E. | 5/05/20 | Review draft proof of claim. | .20 | 120.00 |
| Quinn, K. | 5/06/20 | Correspond with G. Cicero and D. Molton re consolidated claim issues. | .30 | 285.00 |
| Quinn, K. | 5/07/20 | Review correspondence re bar date extension. | .20 | 190.00 |
| Grim, E. | 5/07/20 | Review UCC letter re bar date extension. | .10 | 60.00 |
| Grim, E. | 5/07/20 | Confer with G. Cicero re consolidated claim issues. | .10 | 60.00 |

Invoice Number: 11320281
July 13, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Quinn, K. | 5/08/20 | Confer with D. Molton, G. Cicero, PEC Representatives, S. Gilbert and E. Grim re bar date issues. | .90 | 855.00 |
| Grim, E. | 5/08/20 | Confer with D. Molton, G. Cicero, PEC representatives, S. Gilbert and K. Quinn re consolidated claim issues. | .90 | 540.00 |
| Grim, E. | 5/13/20 | Review revised consolidated claim letter. | .10 | 60.00 |
| Grim, E. | 5/14/20 | Review second consolidated claim letter. | .10 | 60.00 |
| Grim, E. | 5/19/20 | Communicate with J. Hudson and D. Wolf re non-consenting State Group motion to extend bar date. | .10 | 60.00 |
| Grim, E. | 5/19/20 | Review non-consenting State Group motion to extend bar date. | .10 | 60.00 |
| Grim, E. | 5/21/20 | Communicate with J. Hudson and D. Wolf re issues relating to Debtors' motion to extend bar date. | .10 | 60.00 |
| Abrishami, M. | 5/21/20 | Review bar extension motion filed by Debtors. | .10 | 64.00 |
| Quinn, K. | 5/31/20 | Revise draft bar date motion. | 1.00 | 950.00 |
| | | **Project Total:** | **4.30** | **$ 3,424.00** |

### A006:  Employment / Fee Applications

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Holland, P. | 5/01/20 | Communicate with US Trustee and Fee Examiner re LEDES file for February time / costs. | .20 | 55.00 |
| Holland, P. | 5/19/20 | Revise March fee statement; communicate with K. Quinn re same. | .40 | 110.00 |
| Grim, E. | 5/19/20 | Revise sixth monthly fee statement. | .20 | 120.00 |
| Holland, P. | 5/20/20 | Finalize March fee statement; communicate with C. Gange re same. | .30 | 82.50 |
| Grim, E. | 5/29/20 | Revise April fee application. | 1.10 | 660.00 |
| Grim, E. | 5/31/20 | Confer with P. Holland re issues relating to fee application. | .50 | 300.00 |
| | | **Project Total:** | **2.70** | **$ 1,327.50** |

### A009:  Meetings / Communications with AHC & Creditors

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Gilbert, S. | 5/06/20 | Attend AHC meeting re case status, proofs of claim, 2004 discovery and HRT motion. | 1.30 | 1,950.00 |
| Quinn, K. | 5/06/20 | Telephone call with client re updates re case status, proofs of claim, 2004 discovery and other issues. | 1.30 | 1,235.00 |

12

Invoice Number: 11320281
July 13, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Grim, E. | 5/06/20 | Confer with AHC counsel and representatives re case status, proofs of claim, 2004 discovery and HRT motion. | 1.30 | 780.00 |
| Gilbert, S. | 5/12/20 | Attend AHC meeting re weekly update. | 1.00 | 1,500.00 |
| Quinn, K. | 5/12/20 | Participate in call with Committee re weekly update. | 1.00 | 950.00 |
| Quinn, K. | 5/15/20 | Participate in diligence call re financial analysis. | 1.50 | 1,425.00 |
| Grim, E. | 5/15/20 | Confer with non-consenting State Group and diligence subcommittee re Debtors' financial analysis. | 1.50 | 900.00 |
| Quinn, K. | 5/19/20 | Participate in non-state weekly update call (1.0); participate in weekly client call (1.0). | 2.00 | 1,900.00 |
| Quinn, K. | 5/26/20 | Participate in weekly update call with non-state Committee members. | 1.40 | 1,330.00 |
| Quinn, K. | 5/27/20 | Participate in call with client re weekly update. | 1.30 | 1,235.00 |
| | | **Project Total:** | **13.60** | **$ 13,205.00** |

## A019:  Plan of Reorganization / Disclosure Statement

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Gilbert, S. | 5/01/20 | Confer with P. Singer re strategy. | .50 | 750.00 |
| Quinn, K. | 5/05/20 | Review revised TDP talking points. | .40 | 380.00 |
| Grim, E. | 5/05/20 | Draft talking points for TDP negotiations. | 2.40 | 1,440.00 |
| Grim, E. | 5/05/20 | Prepare for call with AHC counsel re TDP strategy issues. | .10 | 60.00 |
| Quinn, K. | 5/06/20 | Confer with Debtors and Committee counsel (S. Gilbert, D. Molton, J. Conroy and others) re TDP negotiations. | .70 | 665.00 |
| Grim, E. | 5/06/20 | Review historical claims data for purposes of drafting TDP. | .20 | 120.00 |
| Grim, E. | 5/06/20 | Confer with TDP subcommittee (S. Gilbert, K. Quinn, D. Molton, J. Conroy, S. Budd, J. Baden, G. Cicero) and Debtors' representatives re TDP negotiations. | .70 | 420.00 |
| Gilbert, S. | 5/07/20 | Confer with subcommittee re TDP strategy. | 1.00 | 1,500.00 |
| Grim, E. | 5/07/20 | Confer with D. Molton, G. Cicero, PEC, and S. Gilbert re TDP strategy. | 1.00 | 600.00 |
| Grim, E. | 5/07/20 | Prepare for TDP strategy discussion with TDP subcommittee. | .20 | 120.00 |
| Grim, E. | 5/07/20 | Review Debtors' claims report and other background documents for purposes of TDP. | .20 | 120.00 |
| Grim, E. | 5/11/20 | Revise TDP term sheet. | .20 | 120.00 |

Invoice Number: 11320281
July 13, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Quinn, K. | 5/12/20 | Participate in call with subcommittee re drafting TDP. | 1.20 | 1,140.00 |
| Hudson, J. | 5/12/20 | Communicate with E. Grim and M. Abrishami re Purdue products for preparing TDP. | .10 | 67.50 |
| Grim, E. | 5/12/20 | Confer with TDP subcommittee re TDP substance and strategy. | 1.20 | 720.00 |
| Grim, E. | 5/12/20 | Revise TDP based on comments from TDP subcommittee. | 2.80 | 1,680.00 |
| Abrishami, M. | 5/12/20 | Correspond with E. Grim and J. Hudson re factual question for trust distribution procedures. | .10 | 64.00 |
| Sraders, S. | 5/12/20 | Telephone call with TDP subcommittee re trust distribution procedures. | 1.20 | 456.00 |
| Quinn, K. | 5/13/20 | Confer with E. Grim re comments to TDP document issues. | .40 | 380.00 |
| Grim, E. | 5/13/20 | Draft trust distribution procedures. | 3.80 | 2,280.00 |
| Grim, E. | 5/13/20 | Confer with K. Quinn re issues relating to TDP. | .40 | 240.00 |
| Quinn, K. | 5/18/20 | Review initial draft of TDP. | .50 | 475.00 |
| Grim, E. | 5/18/20 | Review UCC TDP proposal. | .20 | 120.00 |
| Grim, E. | 5/19/20 | Communicate with D. Molton re issues relating to TDP. | .10 | 60.00 |
| Gilbert, S. | 5/20/20 | Confer with TDP subcommittee re trust distribution procedures. | 1.00 | 1,500.00 |
| Quinn, K. | 5/20/20 | Participate in call with subcommittee re TDP issues. | 1.00 | 950.00 |
| Grim, E. | 5/20/20 | Revise personal injury claimants' TDP proposal. | 1.10 | 660.00 |
| Grim, E. | 5/20/20 | Confer with TDP subcommittee (S. Gilbert, D. Molton, G. Cicero, J. Conroy, S. Baron, J. Baden, S. Sraders) re TDP strategy issues. | 1.00 | 600.00 |
| Sraders, S. | 5/20/20 | Telephone conference with co-counsel re TDP. | 1.00 | 380.00 |
| Quinn, K. | 5/22/20 | Participate in call with subcommittee re TDP issues. | 1.50 | 1,425.00 |
| Grim, E. | 5/22/20 | Confer with TDP subcommittee and A. Andrews re TDP issues. | 1.50 | 900.00 |
| Grim, E. | 5/22/20 | Research issues re underlying claims for purposes of TDP. | .20 | 120.00 |
| Gilbert, S. | 5/26/20 | Confer with TDP subcommittee re TDP. | .50 | 750.00 |
| Quinn, K. | 5/26/20 | Participate in call re TDP issues. | .50 | 475.00 |
| Grim, E. | 5/26/20 | Confer with TDP subcommittee re strategy. | .50 | 300.00 |
| Grim, E. | 5/26/20 | Revise trust distribution procedures based on call with counsel. | .60 | 360.00 |

Invoice Number: 11320281
July 13, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Sraders, S. | 5/26/20 | Telephone conference with subcommittee re trust distribution procedures. | .50 | 190.00 |
| | | **Project Total:** | **30.50** | **$ 22,587.50** |
| | | **TOTAL CHARGEABLE HOURS** | **434.50** | |
| | | **TOTAL FEES** | | **$ 220,419.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Gilbert, S. | 7.30 | 1,500.00 | 10,950.00 |
| Quinn, K. | 23.00 | 950.00 | 21,850.00 |
| Shore, R. | 6.70 | 1,200.00 | 8,040.00 |
| Holland, P. | .90 | 275.00 | 247.50 |
| Hudson, J. | 15.90 | 675.00 | 10,732.50 |
| Girgenti, J. | 43.80 | 335.00 | 14,673.00 |
| Grim, E. | 29.40 | 600.00 | 17,640.00 |
| Wolf, D. | 10.90 | 600.00 | 6,540.00 |
| Rush, M. | 14.60 | 640.00 | 9,344.00 |
| Massarsky, B. | 13.80 | 500.00 | 6,900.00 |
| Johnson, K. | 33.10 | 225.00 | 7,447.50 |
| Abrishami, M. | 68.90 | 640.00 | 44,096.00 |
| Gaske, A. | 10.20 | 450.00 | 4,590.00 |
| Leveridge, R. | 3.50 | 1,250.00 | 4,375.00 |
| Fastenau, L. | 3.10 | 300.00 | 930.00 |
| Carey, C. | 85.60 | 325.00 | 27,820.00 |
| Sraders, S. | 63.80 | 380.00 | 24,244.00 |
| **TOTALS** | **434.50** | | **$ 220,419.50** |

**TASK SUMMARY**

| Task | Description | Hours | Amount |
|---|---|---|---|
| A001 | Asset Analysis and Recovery | 376.30 | 173,970.50 |
| A003 | Business Operations | .70 | 665.00 |
| A004 | Case Administration | 6.40 | 5,240.00 |
| A005 | Claims Analysis | 4.30 | 3,424.00 |
| A006 | Employment / Fee Applications | 2.70 | 1,327.50 |
| A009 | Meetings and Communications with Ad Hoc | 13.60 | 13,205.00 |
| A019 | Term Sheet/Plan Support Agreements | 30.50 | 22,587.50 |

Invoice Number: 11320281
July 13, 2020

**EXPENSE DETAILS**

**E106:  Online Research**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 5/31/20 | Westlaw | E106 | 6,451.47 |
| 5/31/20 | PACER | E106 | 88.10 |
| | **Sub-Total of Expenses:** | | **$ 6,539.57** |
| | **TOTAL EXPENSES** | | **$ 6,539.57** |
| | **TOTAL FEES AND EXPENSES** | | **$ 226,959.07** |