**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 19-23649 (RDD) |
| PURDUE PHARMA L.P., *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

**EIGHTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM MAY 1, 2020 THROUGH MAY, 31, 2020**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | May 1, 2020 through May 31, 2020 |
| Monthly Fees Incurred: | $303,367.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

| Monthly Expenses Incurred: | $4,325.26 |
|---|---|
| Total Fees and Expenses Due: | $307,692.26 |

This is a:  X  monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

| Docked No./Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $623,033.20 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $662,060.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $641,629.20 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $619,729.60 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $492,071.20 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $449,490.80 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $342,642.40 | $1,732.28 |

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P.,

*et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the **"Orders"**). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from May 1, 2020 through and including May 31, 2020 (the "**Eighth Fee Period**") amount to:

   | | |
   |---|---|
   | Professional Fees | $303,367.00 |
   | Expenses | 4,325.26 |
   | **TOTAL** | **$307,692.26** |

2. In accordance with the Orders, FTI has separately recorded its fees in connection with or relating to the allocation of value among the Debtors' creditors (the "**Allocation Fees**") and has not, to the best of its knowledge, included Allocation Fees in this Fee Statement. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---|
   | Professional Fees at 80% | $242,693.60 |
   | Expenses at 100% | 4,325.26 |
   | **TOTAL** | **$247,018.86** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Eighth Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Eighth Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5. Detailed time entry by task code during the Eighth Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. A summary of expenses incurred during the Eighth Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7. Detailed breakdown of the expenses incurred during the Eighth Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Eighth Fee Period, as such expenses may not have been captured to date in FTI's billing system.

**NOTICE AND OBJECTION PROCEDURES**

9. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than July 27, 2020 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

10. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

11. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be

preserved and scheduled for consideration at the next interim fee application hearing to be

heard by the Court.

Dated: New York, New York
July 13, 2020

                                      FTI CONSULTING, INC.
                                      Financial Advisors to the Ad Hoc Committee of
                                      Governmental and Other Contingent Litigation
                                      Claimants of Purdue Pharma L.P.

By:    */s/ Matthew Diaz*
        Matthew Diaz, Senior Managing Director
        Three Times Square, 10th Floor
        New York, New York 10036
        Telephone: (212) 499-3611
        Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Professional | Position | Specialty | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,085 | 49.7 | $ 53,924.50 |
| Greenblatt, Matthew | Sr Managing Director | Forensics | 985 | 4.2 | 4,137.00 |
| Joffe, Steven | Sr Managing Director | Tax | 1,125 | 18.0 | 20,250.00 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,295 | 2.8 | 3,626.00 |
| Kyviakidis, Peter | Managing Director | Forensics | 765 | 7.4 | 5,661.00 |
| Costaldo, Nicole | Sr Director | Forensics | 700 | 5.8 | 4,060.00 |
| Suric, Emil | Sr Director | Healthcare | 820 | 4.0 | 3,280.00 |
| Bromberg, Brian | Director | Restructuring | 815 | 170.6 | 139,039.00 |
| Kim, Ye Darm | Sr Consultant | Restructuring | 560 | 75.4 | 42,224.00 |
| Tirabassi, Kathryn | Sr Consultant | Restructuring | 560 | 8.1 | 4,536.00 |
| Mazzari, Meredith | Sr Consultant | Forensics | 530 | 10.4 | 5,512.00 |
| Kurtz, Emma | Consultant | Restructuring | 415 | 40.1 | 16,641.50 |
| Hellmund-Mora, Marili | Associate | Restructuring | 280 | 1.7 | 476.00 |
| **GRAND TOTAL** | | | | **398.2** | **$ 303,367.00** |

1. Billing rates of international professionals have been translated to USD using the relevant spot rate.

**EXHIBIT B**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 17.0 | $ 10,419.50 |
| 2 | Cash & Liquidity Analysis | 6.9 | 4,676.00 |
| 7 | Analysis of Domestic Business Plan | 149.4 | 114,753.50 |
| 10 | Analysis of Tax Issues | 33.1 | 32,922.50 |
| 13 | Analysis of Other Miscellaneous Motions | 1.2 | 672.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 5.2 | 4,103.00 |
| 18 | Review of Historical Transactions | 32.3 | 22,866.00 |
| 19 | Case Management | 6.8 | 5,358.50 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 5.6 | 5,656.00 |
| 22 | Meetings with Other Parties | 6.4 | 5,894.00 |
| 24 | Preparation of Fee Application | 10.7 | 5,988.50 |
| 28 | Review of IAC Business Plan | 123.6 | 90,057.50 |
| | **GRAND TOTAL**[1] | **398.2** | **$ 303,367.00** |

1. Billing rates of international professionals have been translated to USD using the relevant spot rate.

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 5/1/2020 | Diaz, Matthew | 0.6 | Develop outline re: HRT funding presentation. |
| 1 | 5/1/2020 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/4/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/5/2020 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/6/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/7/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/8/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/11/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/12/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/13/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/14/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/15/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/18/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/19/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/20/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/21/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/22/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/25/2020 | Diaz, Matthew | 0.5 | Review operating results re: the monitor report. |
| 1 | 5/26/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/26/2020 | Bromberg, Brian | 1.3 | Review Debtors' March YTD operating report. |
| 1 | 5/27/2020 | Kim, Ye Darm | 0.4 | Participate in call re: March operating results. |
| 1 | 5/27/2020 | Kim, Ye Darm | 1.8 | Prepare draft presentation re: March operating report. |
| 1 | 5/27/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/27/2020 | Bromberg, Brian | 2.0 | Prepare revisions to March YTD operating report slides. |
| 1 | 5/28/2020 | Kim, Ye Darm | 0.4 | Update budget to actual analysis of March operating results. |
| 1 | 5/28/2020 | Kim, Ye Darm | 0.9 | Prepare budget to actual analysis of March operating results. |
| 1 | 5/28/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/28/2020 | Bromberg, Brian | 2.0 | Continue preparing revisions to March YTD operating report slides. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 5/29/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **17.0** | |
| 2 | 5/6/2020 | Kim, Ye Darm | 1.1 | Analyze variances between latest cash update and the revised business plan. |
| 2 | 5/26/2020 | Costaldo, Nicole | 2.1 | Conduct preliminary review of supporting documents provided re: Cash Transfers of Value report |
| 2 | 5/27/2020 | Costaldo, Nicole | 1.5 | Attend meeting with the forensic accounting team re: plan of action for detailed inventory of documents and information relied upon for the Cash Transfers of Value report |
| 2 | 5/29/2020 | Costaldo, Nicole | 2.2 | Build out questions and information requests for AlixPartners re: Cash Transfers analysis |
| **2 Total** | | | **6.9** | |
| 7 | 5/1/2020 | Diaz, Matthew | 1.2 | Review HRT responses to our due diligence questions. |
| 7 | 5/1/2020 | Kim, Ye Darm | 0.4 | Participate in call re: revised US business plan diligence. |
| 7 | 5/1/2020 | Kim, Ye Darm | 1.3 | Prepare draft of revised US business plan diligence presentation. |
| 7 | 5/1/2020 | Bromberg, Brian | 1.8 | Review the revised US business plan provided by the Debtors. |
| 7 | 5/2/2020 | Diaz, Matthew | 0.6 | Participate in a call with the Debtors to discuss the HRT motion. |
| 7 | 5/2/2020 | Diaz, Matthew | 0.7 | Preparation for the call on the HRT motion. |
| 7 | 5/2/2020 | Kim, Ye Darm | 2.3 | Continue preparation of draft revised US business plan diligence presentation. |
| 7 | 5/3/2020 | Diaz, Matthew | 0.6 | Review due diligence responses to HRT diligence questions. |
| 7 | 5/4/2020 | Diaz, Matthew | 1.6 | Review a draft of HRT diligence presentation to the Committee. |
| 7 | 5/4/2020 | Kim, Ye Darm | 2.1 | Process updates to revised US business plan diligence presentation. |
| 7 | 5/4/2020 | Kim, Ye Darm | 1.4 | Continue processing revisions to the revised US business plan presentation. |
| 7 | 5/5/2020 | Diaz, Matthew | 0.5 | Review the updated report to the committee on HRT funding. |
| 7 | 5/5/2020 | Kim, Ye Darm | 2.3 | Process revisions to revised US business plan diligence presentation. |
| 7 | 5/5/2020 | Kim, Ye Darm | 0.6 | Participate in internal discussion re: revised US business plan diligence. |
| 7 | 5/5/2020 | Kim, Ye Darm | 1.9 | Update revised US business plan diligence presentation. |
| 7 | 5/5/2020 | Kim, Ye Darm | 1.8 | Review Debtors' revised business plan support files for financial information. |
| 7 | 5/5/2020 | Bromberg, Brian | 1.1 | Review February domestic business plan to compare variances and changes in assumptions. |
| 7 | 5/5/2020 | Bromberg, Brian | 1.1 | Review revised domestic business plan to compare variances and changes in assumptions from prior version. |
| 7 | 5/5/2020 | Bromberg, Brian | 2.7 | Review US business plan backup files provided in dataroom. |
| 7 | 5/5/2020 | Bromberg, Brian | 1.8 | Continue to review business plan diligence files in the dataroom. |
| 7 | 5/6/2020 | Diaz, Matthew | 0.9 | Review an updated draft of the HRT funding presentation to the Committee. |
| 7 | 5/6/2020 | Kim, Ye Darm | 2.7 | Prepare updates to revised US business plan presentation. |
| 7 | 5/6/2020 | Bromberg, Brian | 3.4 | Review latest revised business plan presentation prepare revisions. |
| 7 | 5/6/2020 | Bromberg, Brian | 0.4 | Discuss US business plan with Houlihan. |
| 7 | 5/6/2020 | Bromberg, Brian | 3.5 | Review April updated business plan and variance presentation. |
| 7 | 5/7/2020 | Diaz, Matthew | 2.1 | Review the Debtors revised April business plan. |
| 7 | 5/7/2020 | Kim, Ye Darm | 3.1 | Process revisions to revised US business plan diligence presentation. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 5/7/2020 | Kim, Ye Darm | 1.6 | Continue processing revisions to revised US business plan diligence presentation. |
| 7 | 5/7/2020 | Bromberg, Brian | 1.1 | Finalize version of business plan presentation to send to team. |
| 7 | 5/7/2020 | Bromberg, Brian | 1.3 | Review business plan and incorporate revisions to latest version of diligence presentation. |
| 7 | 5/7/2020 | Bromberg, Brian | 2.7 | Compare Rhodes product forecasts to prior business plan. |
| 7 | 5/7/2020 | Bromberg, Brian | 2.6 | Continue review of Rhodes product level forecasts and incorporate changes to commentary. |
| 7 | 5/8/2020 | Diaz, Matthew | 2.6 | Perform detailed review of the business plan presentation to the subcommittee. |
| 7 | 5/8/2020 | Diaz, Matthew | 1.5 | Review the Debtors' revised business plan. |
| 7 | 5/8/2020 | Kim, Ye Darm | 1.2 | Process revisions to revised US business plan diligence questions list. |
| 7 | 5/8/2020 | Kim, Ye Darm | 2.1 | Process revisions to revised US business plan diligence presentation. |
| 7 | 5/8/2020 | Bromberg, Brian | 1.8 | Review and clarify diligence request questions for Debtors. |
| 7 | 5/9/2020 | Bromberg, Brian | 1.4 | Review business plan and edit latest version of US business plan diligence presentation. |
| 7 | 5/11/2020 | Diaz, Matthew | 1.3 | Review latest version of the domestic business plan analysis. |
| 7 | 5/11/2020 | Kim, Ye Darm | 1.3 | Process updates to domestic business plan diligence presentation. |
| 7 | 5/11/2020 | Kim, Ye Darm | 0.8 | Process revisions to US business plan diligence questions list. |
| 7 | 5/11/2020 | Kim, Ye Darm | 0.7 | Update list of revised domestic business plan diligence questions. |
| 7 | 5/11/2020 | Kim, Ye Darm | 1.7 | Process revisions to the domestic business plan diligence update deck. |
| 7 | 5/11/2020 | Kim, Ye Darm | 1.0 | Participate in internal meeting re: revised US business plan diligence presentation. |
| 7 | 5/11/2020 | Bromberg, Brian | 2.3 | Process revisions to presentation re: new US business plan. |
| 7 | 5/11/2020 | Bromberg, Brian | 1.2 | Review US business plan backup files provided in dataroom. |
| 7 | 5/11/2020 | Bromberg, Brian | 1.0 | Prepare for internal business plan discussion with team. |
| 7 | 5/11/2020 | Bromberg, Brian | 1.0 | Participate in internal meeting re: US business plan. |
| 7 | 5/12/2020 | Diaz, Matthew | 0.3 | Review the updated HRT proposal. |
| 7 | 5/12/2020 | Diaz, Matthew | 0.5 | Participate in call with the UCC professionals to discuss the HRT motion. |
| 7 | 5/13/2020 | Kim, Ye Darm | 0.4 | Process revisions to US business plan segment update deck to redact privileged information. |
| 7 | 5/13/2020 | Bromberg, Brian | 0.7 | Review follow up requests list for the NCSG. |
| 7 | 5/13/2020 | Bromberg, Brian | 0.8 | Review the updated US business plan request list. |
| 7 | 5/13/2020 | Bromberg, Brian | 1.1 | Review protective order stipulations for business plan summary. |
| 7 | 5/14/2020 | Bromberg, Brian | 0.6 | Coordinate responses to NCSG follow up questions with other advisors. |
| 7 | 5/18/2020 | Diaz, Matthew | 0.9 | Review the updated revised US business plan analysis. |
| 7 | 5/18/2020 | Kim, Ye Darm | 1.2 | Prepare summaries of documents and information referenced re: US business plan presentation. |
| 7 | 5/18/2020 | Kim, Ye Darm | 0.9 | Review PJT domestic business sale considerations presentation. |
| 7 | 5/18/2020 | Kim, Ye Darm | 1.6 | Review latest productions from Debtors for revised business plan support files. |
| 7 | 5/18/2020 | Kim, Ye Darm | 1.9 | Review non-PEO version of revised business plan and update presentation for confidential information. |
| 7 | 5/18/2020 | Bromberg, Brian | 0.8 | Review January 2020 US business plan deck versus protective order. |
| 7 | 5/18/2020 | Bromberg, Brian | 1.1 | Review Project Windsor discussion materials in the dataroom. |
| 7 | 5/18/2020 | Bromberg, Brian | 3.3 | Review and edit latest US business plan presentation. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 5/19/2020 | Kim, Ye Darm | 0.3 | Participate in follow up call re: Purdue workstreams |
| 7 | 5/19/2020 | Kim, Ye Darm | 0.5 | Update US business plan diligence presentation. |
| 7 | 5/21/2020 | Bromberg, Brian | 1.3 | Review dataroom for domestic business plan backup. |
| 7 | 5/21/2020 | Bromberg, Brian | 0.7 | Review status of domestic diligence questions. |
| 7 | 5/22/2020 | Diaz, Matthew | 0.9 | Review the updated PJT valuation analysis. |
| 7 | 5/26/2020 | Kim, Ye Darm | 0.8 | Review Debtors' latest production and review business plan financial support. |
| 7 | 5/26/2020 | Bromberg, Brian | 1.1 | Review IQVIA product level data re: Rhodes generic products. |
| 7 | 5/26/2020 | Bromberg, Brian | 2.8 | Review new domestic business plan support files uploaded to dataroom. |
| 7 | 5/27/2020 | Diaz, Matthew | 0.9 | Review the Debtors' responses to the domestic open item questions. |
| 7 | 5/27/2020 | Kim, Ye Darm | 0.3 | Update revised US business plan diligence presentation. |
| 7 | 5/27/2020 | Kim, Ye Darm | 0.4 | Review and update summary of documents referenced re: business plan diligence presentation. |
| 7 | 5/27/2020 | Bromberg, Brian | 2.3 | Finalize and send draft of domestic business plan presentation to Houlihan Lokey. |
| 7 | 5/27/2020 | Bromberg, Brian | 0.4 | Respond to outstanding questions re: domestic business plan diligence. |
| 7 | 5/27/2020 | Bromberg, Brian | 2.1 | Process revisions to the domestic business plan presentation. |
| 7 | 5/27/2020 | Bromberg, Brian | 0.6 | Participate in discussion re: revised domestic business plan with team. |
| 7 | 5/28/2020 | Diaz, Matthew | 0.6 | Review the updated Purdue domestic presentation to the AHC. |
| 7 | 5/28/2020 | Kim, Ye Darm | 0.3 | Prepare revisions to the updated US business plan diligence deck. |
| 7 | 5/28/2020 | Bromberg, Brian | 1.8 | Process revisions to the domestic business plan presentation. |
| 7 | 5/29/2020 | Bromberg, Brian | 1.3 | Review latest draft of domestic business plan presentation. |
| 7 | 5/29/2020 | Bromberg, Brian | 0.7 | Prepare and request additional diligence requests re: Rhodes forecasts. |
| 7 | 5/29/2020 | Bromberg, Brian | 0.8 | Review information re: Rhodes product data. |
| 7 | 5/4/2020 | Suric, Emil | 0.5 | Review outstanding diligence items to prepare Rhodes due diligence and data request. |
| 7 | 5/6/2020 | Suric, Emil | 1.0 | Participate in call re: due diligence status for Rhodes data. |
| 7 | 5/8/2020 | Suric, Emil | 0.5 | Review latest Rhodes product level information to diligence reasonableness of forecasts. |
| 7 | 5/29/2020 | Suric, Emil | 1.5 | Review Rhodes product data provided by Debtors for forecast diligence. |
| 7 | 5/29/2020 | Suric, Emil | 0.5 | Participate in internal meeting re: next steps for diligence of forecasts and other open items. |
| 7 | 5/1/2020 | Bromberg, Brian | 0.9 | Prepare for call on HRT funding motion. |
| 7 | 5/1/2020 | Bromberg, Brian | 3.1 | Review HRT funding motion and provided diligence documents. |
| 7 | 5/2/2020 | Kim, Ye Darm | 1.9 | Prepare presentation re: HRT diligence update. |
| 7 | 5/2/2020 | Kim, Ye Darm | 1.1 | Participate in call w/ Debtors re: HRT motion diligence. |
| 7 | 5/2/2020 | Kim, Ye Darm | 0.4 | Participate in internal call re: HRT motion diligence workplan. |
| 7 | 5/2/2020 | Bromberg, Brian | 0.5 | Participate in internal call on HRT funding motion. |
| 7 | 5/2/2020 | Bromberg, Brian | 2.1 | Prepare additional slides for presentation on HRT budget. |
| 7 | 5/2/2020 | Bromberg, Brian | 2.0 | Review materials and prepare for call on HRT funding motion. |
| 7 | 5/3/2020 | Kim, Ye Darm | 1.1 | Process revisions to HRT diligence update presentation. |
| 7 | 5/3/2020 | Bromberg, Brian | 1.3 | Review updated HRT diligence presentation and prepare revisions. |
| 7 | 5/4/2020 | Kim, Ye Darm | 0.5 | Participate in meeting re: HRT diligence update presentation. |
| 7 | 5/4/2020 | Kim, Ye Darm | 0.9 | Process revisions to HRT update diligence deck. |
| 7 | 5/4/2020 | Kim, Ye Darm | 0.4 | Continue processing revisions to HRT update diligence deck. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 5/4/2020 | Kim, Ye Darm | 1.1 | Process revisions to HRT diligence update presentation. |
| 7 | 5/4/2020 | Bromberg, Brian | 2.1 | Prepare comments for revision on HRT diligence presentation. |
| 7 | 5/4/2020 | Bromberg, Brian | 2.4 | Review latest draft of HRT presentation. |
| 7 | 5/4/2020 | Bromberg, Brian | 2.6 | Process revisions to HRT diligence update presentation. |
| 7 | 5/5/2020 | Bromberg, Brian | 0.5 | Prepare additional diligence requests re: HRT. |
| 7 | 5/5/2020 | Bromberg, Brian | 1.5 | Incorporate comments from Counsel on HRT presentation. |
| 7 | 5/6/2020 | Bromberg, Brian | 0.7 | Review confidentiality designations on HRT documents. |
| 7 | 5/6/2020 | Bromberg, Brian | 2.3 | Participate in AHC call re: HRT funding. |
| 7 | 5/6/2020 | Bromberg, Brian | 0.5 | Review and update HRT presentation. |
| 7 | 5/6/2020 | Bromberg, Brian | 1.4 | Incorporate comments from Counsel on HRT presentation. |
| 7 | 5/6/2020 | Bromberg, Brian | 0.6 | Prepare additional diligence requests re: HRT. |
| 7 | 5/11/2020 | Bromberg, Brian | 0.4 | Review HRT motion diligence responses. |
| **7 Total** | | | **149.4** | |
| 10 | 5/1/2020 | Joffe, Steven | 0.6 | Review memo to committee professionals re: Tax Considerations. |
| 10 | 5/5/2020 | Joffe, Steven | 0.7 | Review memos from BR for tax-related matters. |
| 10 | 5/6/2020 | Diaz, Matthew | 0.5 | Review latest analysis and considerations re: IAC tax issues. |
| 10 | 5/8/2020 | Joffe, Steven | 0.9 | Conduct research on unrelated business income tax structures re: IACs. |
| 10 | 5/12/2020 | Joffe, Steven | 1.0 | Review trust documents for potential tax considerations. |
| 10 | 5/12/2020 | Joffe, Steven | 0.3 | Review precedent tax rulings for potential tax considerations. |
| 10 | 5/12/2020 | Joffe, Steven | 1.3 | Participate in weekly AHC call re: potential tax issues. |
| 10 | 5/13/2020 | Joffe, Steven | 3.3 | Review latest KPMG tax materials. |
| 10 | 5/13/2020 | Joffe, Steven | 1.3 | Participate in call with KPMG re: tax considerations. |
| 10 | 5/13/2020 | Diaz, Matthew | 0.9 | Review of the KPMG tax materials in preparation for the call with KPMG tax. |
| 10 | 5/13/2020 | Diaz, Matthew | 1.4 | Participate on tax call with KPMG re IAC tax. |
| 10 | 5/13/2020 | Bromberg, Brian | 1.0 | Participate in tax call with KPMG on IACs. |
| 10 | 5/14/2020 | Joffe, Steven | 1.0 | Participate in weekly call with Counsel re: tax issues. |
| 10 | 5/14/2020 | Joffe, Steven | 0.4 | Review Brown Rudnick tax considerations deck. |
| 10 | 5/14/2020 | Joffe, Steven | 0.8 | Review potential tax refund calculations. |
| 10 | 5/14/2020 | Bromberg, Brian | 0.9 | Review analysis re: tax refund impact on Purdue. |
| 10 | 5/14/2020 | Bromberg, Brian | 0.5 | Participate in internal tax diligence call re: recent updates. |
| 10 | 5/15/2020 | Joffe, Steven | 1.0 | Revisions to analysis re: estimated tax refunds |
| 10 | 5/15/2020 | Kim, Ye Darm | 0.6 | Process revisions to slide re: tax refund analysis. |
| 10 | 5/15/2020 | Kim, Ye Darm | 0.6 | Update analysis re: potential tax refunds. |
| 10 | 5/15/2020 | Kim, Ye Darm | 0.6 | Participate in internal discussion re: tax refund analysis. |
| 10 | 5/15/2020 | Bromberg, Brian | 1.0 | Participate in internal discussion re: tax refund analysis. |
| 10 | 5/15/2020 | Bromberg, Brian | 0.7 | Review potential tax refund impact on Purdue. |
| 10 | 5/18/2020 | Joffe, Steven | 0.6 | Participate in internal discussion re: tax refund analysis. |
| 10 | 5/18/2020 | Diaz, Matthew | 0.6 | Review analysis on tax refund impact to Purdue. |
| 10 | 5/18/2020 | Kim, Ye Darm | 0.7 | Process revisions to presentation re: tax refund analysis. |
| 10 | 5/18/2020 | Kim, Ye Darm | 0.3 | Participate in internal meeting re: tax refund analysis. |
| 10 | 5/18/2020 | Bromberg, Brian | 0.5 | Process revisions to analysis re: tax refunds. |
| 10 | 5/19/2020 | Joffe, Steven | 0.7 | Review updated presentation re: tax refund analysis. |
| 10 | 5/20/2020 | Joffe, Steven | 1.2 | Participate in Committee Call re: tax considerations. |
| 10 | 5/21/2020 | Joffe, Steven | 1.0 | Participate in weekly call with Counsel re: tax issues. |
| 10 | 5/21/2020 | Joffe, Steven | 0.9 | Correspond with Counsel re: tax considerations. |
| 10 | 5/21/2020 | Joffe, Steven | 0.7 | Continue correspondence with Counsel re: tax considerations. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 10 | 5/21/2020 | Bromberg, Brian | 1.2 | Review tax responses to Counsel and provide feedback. |
| 10 | 5/21/2020 | Bromberg, Brian | 0.5 | Participate in AHC tax update call. |
| 10 | 5/21/2020 | Bromberg, Brian | 1.0 | Review KPMG materials on tax considerations. |
| 10 | 5/22/2020 | Diaz, Matthew | 0.6 | Review the IAC tax analysis. |
| 10 | 5/28/2020 | Joffe, Steven | 0.3 | Participate in call with Counsel re: tax considerations. |
| 10 | 5/28/2020 | Bromberg, Brian | 0.5 | Prepare summary of update for tax group. |
| 10 | 5/28/2020 | Bromberg, Brian | 0.5 | Participate in call with Counsel re: tax considerations. |
| **10 Total** | | | **33.1** | |
| 13 | 5/13/2020 | Kim, Ye Darm | 1.2 | Review latest production from DPW re: historical complaints. |
| **13 Total** | | | **1.2** | |
| 16 | 5/19/2020 | Diaz, Matthew | 1.2 | Review the updated draft RSA. |
| 16 | 5/19/2020 | Kim, Ye Darm | 1.2 | Review draft RSA for financial issues to track |
| 16 | 5/19/2020 | Kim, Ye Darm | 0.6 | Review Counsel's memo re: RSA issues. |
| 16 | 5/19/2020 | Bromberg, Brian | 2.2 | Review the updated draft RSA and identify key issues. |
| **16 Total** | | | **5.2** | |
| 18 | 5/26/2020 | Greenblatt, Matthew | 1.7 | Review document production and data made available in the Data Room by Alix Partners and Davis Polk related to Alix Partners Cash Transfers Report |
| 18 | 5/26/2020 | Greenblatt, Matthew | 0.8 | Participate in discussions with FTI team and correspondence with Committee counsel to prepare for document production by Alix Partners. |
| 18 | 5/27/2020 | Greenblatt, Matthew | 0.5 | Develop workplan for review of Alix Partners work product |
| 18 | 5/29/2020 | Greenblatt, Matthew | 1.2 | Continue review of document production and data provided by Alix Partners and Davis Polk related to Alix Partners Cash Transfers Report |
| 18 | 5/1/2020 | Diaz, Matthew | 0.4 | Draft correspondence to counsel re: cash transfer analysis. |
| 18 | 5/22/2020 | Bromberg, Brian | 0.5 | Review dataroom for newly uploaded files re: cash transfer report. |
| 18 | 5/26/2020 | Diaz, Matthew | 0.6 | Review latest update to cash transfer analysis. |
| 18 | 5/26/2020 | Kyviakidis, Peter | 0.8 | Participate in internal team meeting re: Cash Transfers of Value Analysis prepared by AlixPartners. |
| 18 | 5/26/2020 | Kyviakidis, Peter | 0.5 | Participate in meeting to discuss scope investigatory work re: Cash Transfers Of Value Analysis prepared by AlixPartners. |
| 18 | 5/26/2020 | Bromberg, Brian | 0.5 | Participate in discussion re: cash transfer report. |
| 18 | 5/26/2020 | Bromberg, Brian | 0.7 | Compile list of known parties for cash transfer report. |
| 18 | 5/27/2020 | Mazzari, Meredith | 1.1 | Participate in internal meeting to determine scope of workplan re: cash transfers of value |
| 18 | 5/27/2020 | Kyviakidis, Peter | 1.0 | Participate in discussion on scope of work re: Cash Transfers of Value Analysis prepared by AlixPartners. |
| 18 | 5/27/2020 | Kyviakidis, Peter | 0.8 | Participate in meeting re: GRIP Group's investigatory work in relation to the Cash Transfers of Value Analysis prepared by AlixPartners. |
| 18 | 5/27/2020 | Kyviakidis, Peter | 2.8 | Draft a detailed information request re: Cash Transfers of Value Analysis prepared by AlixPartners. |
| 18 | 5/27/2020 | Bromberg, Brian | 0.8 | Review and prepare updated list of known parties re: cash transfers report. |
| 18 | 5/28/2020 | Mazzari, Meredith | 2.5 | Review and document files provided by AlixPartners in connection with Cash Transfers of Value Analysis. |
| 18 | 5/29/2020 | Diaz, Matthew | 0.9 | Perform initial review of the non cash transfer report. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 5/29/2020 | Mazzari, Meredith | 1.3 | Review diligence documents received to identify outstanding items within Appendix A of Cash Transfers of Value Analysis. |
| 18 | 5/29/2020 | Mazzari, Meredith | 1.5 | Participate in internal meeting re: outstanding inquiries on the cash transfers report. |
| 18 | 5/29/2020 | Mazzari, Meredith | 2.3 | Review and documentation of files provided by AlixPartners in connection with Cash Transfers of Value Analysis |
| 18 | 5/29/2020 | Kim, Ye Darm | 0.8 | Prepare summary of report 1B for internal use. |
| 18 | 5/29/2020 | Kim, Ye Darm | 2.9 | Review report 1B re: non-cash transfers. |
| 18 | 5/29/2020 | Kim, Ye Darm | 1.6 | Continue review of report 1B re: non-cash transfers. |
| 18 | 5/29/2020 | Kyviakidis, Peter | 1.5 | Participate in meeting to discuss diligence and information requests re: Cash Transfers of Value Analysis prepared by AlixPartners. |
| 18 | 5/29/2020 | Bromberg, Brian | 0.6 | Review non-cash transfers report. |
| 18 | 5/31/2020 | Mazzari, Meredith | 0.5 | Confirm whether documents contained within Appendix A of Cash Transfers of Value Analysis have been received by FTI |
| 18 | 5/31/2020 | Mazzari, Meredith | 0.5 | Participate in correspondence re: review and documentation of files provided by AlixPartners in connection with Cash Transfers of Value Analysis |
| 18 | 5/31/2020 | Mazzari, Meredith | 0.7 | Review Cash Transfers of Value Analysis for scope of each of the cash distribution categories |
| **18 Total** | | | **32.3** | |
| 19 | 5/5/2020 | Kurtz, Emma | 0.4 | Prepare updates to dataroom index to incorporate recently shared documents to share with team. |
| 19 | 5/8/2020 | Simms, Steven | 0.4 | Participate in correspondence re: case status and ongoing diligence. |
| 19 | 5/11/2020 | Kurtz, Emma | 0.9 | Update dataroom index to include recently added documents to share with team. |
| 19 | 5/12/2020 | Simms, Steven | 0.6 | Participate in correspondence re: case status and ongoing diligence. |
| 19 | 5/14/2020 | Simms, Steven | 0.4 | Participate in correspondence re: case status and ongoing diligence. |
| 19 | 5/18/2020 | Kurtz, Emma | 1.3 | Update dataroom index to include recently uploaded files to share update with team. |
| 19 | 5/19/2020 | Simms, Steven | 0.6 | Participate in correspondence re: case status and ongoing diligence. |
| 19 | 5/22/2020 | Simms, Steven | 0.4 | Participate in correspondence re: case status and ongoing diligence. |
| 19 | 5/26/2020 | Kurtz, Emma | 0.9 | Update dataroom index to include recently uploaded information to share with team. |
| 19 | 5/27/2020 | Simms, Steven | 0.4 | Participate in correspondence re: case status and ongoing diligence. |
| 19 | 5/27/2020 | Kim, Ye Darm | 0.5 | Participate in call re: Purdue workstreams. |
| **19 Total** | | | **6.8** | |
| 21 | 5/6/2020 | Diaz, Matthew | 2.2 | Participate in the weekly ad hoc committee call. |
| 21 | 5/12/2020 | Diaz, Matthew | 1.6 | Participate on a call with the ad hoc committee to discuss the hart funding motion, abatement issues and monitor update. |
| 21 | 5/21/2020 | Kim, Ye Darm | 0.8 | Participate in AHC follow up call re: term sheet considerations. |
| 21 | 5/27/2020 | Diaz, Matthew | 1.0 | Participate on the AHC call re: ongoing due diligence. |
| **21 Total** | | | **5.6** | |
| 22 | 5/1/2020 | Diaz, Matthew | 1.1 | Participate in a call with the DOJ to discuss their questions on the domestic and international operations. |
| 22 | 5/14/2020 | Diaz, Matthew | 0.8 | Review diligence responses to the non-consenting states group. |
| 22 | 5/15/2020 | Diaz, Matthew | 0.3 | Review follow up items from call with the non consenting states and send related correspondence to the group. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 22 | 5/15/2020 | Diaz, Matthew | 0.9 | Participate in call with HL and KL to prepare for the meeting with the non consenting states. |
| 22 | 5/15/2020 | Diaz, Matthew | 1.3 | Participate on a call with the non consenting states re: financial and diligence update. |
| 22 | 5/15/2020 | Kim, Ye Darm | 0.8 | Participate in pre-call with counsel prior to NCSG call. |
| 22 | 5/15/2020 | Kim, Ye Darm | 1.2 | Participate in NCSG call re: diligence. |
| **22 Total** | | | **6.4** | |
| 24 | 5/4/2020 | Hellmund-Mora, Marili | 0.5 | Generate fee and cost estimate in connection with reporting budget and fee application. |
| 24 | 5/18/2020 | Hellmund-Mora, Marili | 0.5 | Generate fee and cost estimate in connection with reporting budget and fee application. |
| 24 | 5/19/2020 | Tirabassi, Kathryn | 1.4 | Finalize March 2020 Fee Statement. |
| 24 | 5/19/2020 | Tirabassi, Kathryn | 0.6 | Begin to prepare April 2020 Fee Statement. |
| 24 | 5/20/2020 | Hellmund-Mora, Marili | 0.7 | Finalize the March fee application. |
| 24 | 5/20/2020 | Tirabassi, Kathryn | 0.4 | Prepare April 2020 Fee Statement. |
| 24 | 5/21/2020 | Tirabassi, Kathryn | 0.5 | Prepare April 2020 Fee Statement. |
| 24 | 5/22/2020 | Tirabassi, Kathryn | 2.1 | Prepare April 2020 Fee Statement. |
| 24 | 5/25/2020 | Tirabassi, Kathryn | 2.2 | Prepare April 2020 Fee Statement. |
| 24 | 5/26/2020 | Diaz, Matthew | 0.9 | Review of the April bill. |
| 24 | 5/26/2020 | Tirabassi, Kathryn | 0.3 | Finalize April 2020 Fee Statement. |
| 24 | 5/27/2020 | Tirabassi, Kathryn | 0.6 | Finalize April 2020 Fee Statement. |
| **24 Total** | | | **10.7** | |
| 28 | 5/1/2020 | Kurtz, Emma | 1.4 | Review question list on changes in IAC sales projections to update list to include additional information received in the revised IAC budget. |
| 28 | 5/1/2020 | Kurtz, Emma | 1.6 | Analyze variances between the revised budget received in March and the revised IAC budget received on April 29. |
| 28 | 5/1/2020 | Kurtz, Emma | 2.1 | Continue to analyze country-level variances between the original budget and the revised budget to the business plan. |
| 28 | 5/1/2020 | Bromberg, Brian | 0.9 | Review previously provided price and volume information re: IAC business plan. |
| 28 | 5/1/2020 | Bromberg, Brian | 0.8 | Review product variance issues on IACs. |
| 28 | 5/3/2020 | Bromberg, Brian | 1.3 | Review diligence responses to Europe diligence questions re: IACs. |
| 28 | 5/4/2020 | Kurtz, Emma | 1.2 | Analyze variance between 2019 actuals in the revised P&L and the previous figures received from Steve Jamieson. |
| 28 | 5/4/2020 | Kurtz, Emma | 0.8 | Prepare revised diligence questions for the Company on changes in sales projections by country by product. |
| 28 | 5/4/2020 | Kurtz, Emma | 1.7 | Analyze sales variances between the revised P&L and the previously received price/volume data. |
| 28 | 5/4/2020 | Bromberg, Brian | 1.1 | Review IAC business plan variances by product. |
| 28 | 5/4/2020 | Bromberg, Brian | 1.4 | Compare 2019 actuals provided for IACs to prior business plan forecasts. |
| 28 | 5/4/2020 | Bromberg, Brian | 1.0 | Compile status and follow up review on IAC outstanding diligence. |
| 28 | 5/5/2020 | Kurtz, Emma | 1.1 | Prepare summary analysis of revised IAC budget P&L line items by entity. |
| 28 | 5/5/2020 | Kurtz, Emma | 1.2 | Prepare summary analysis of revised IAC budget to evaluate changes. |
| 28 | 5/5/2020 | Bromberg, Brian | 0.9 | Review entity summary of new IAC P&L. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 5/6/2020 | Bromberg, Brian | 1.1 | Review and compile historical presentations for information sharing protocol. |
| 28 | 5/11/2020 | Diaz, Matthew | 1.4 | Review the updated IAC business plan analysis. |
| 28 | 5/11/2020 | Kim, Ye Darm | 0.8 | Prepare diligence materials and presentations for NCSG. |
| 28 | 5/11/2020 | Kim, Ye Darm | 0.3 | Participate in internal discussion re: IAC workstreams and next steps. |
| 28 | 5/11/2020 | Kim, Ye Darm | 0.5 | Participate in internal discussion re: IAC diligence workplan. |
| 28 | 5/11/2020 | Kurtz, Emma | 0.6 | Discuss progress of IAC 2020 business plan review and next steps. |
| 28 | 5/11/2020 | Bromberg, Brian | 1.8 | Create priority diligence request list re: IACs. |
| 28 | 5/11/2020 | Bromberg, Brian | 0.5 | Participate in discussion with IAC diligence with internal team. |
| 28 | 5/11/2020 | Bromberg, Brian | 1.3 | Update latest priority diligence request list re: IACs. |
| 28 | 5/12/2020 | Diaz, Matthew | 0.8 | Participate in a call with the Debtors re: IAC due diligence. |
| 28 | 5/12/2020 | Diaz, Matthew | 0.9 | Prepare for the call with the Debtors re: the IAC due diligence. |
| 28 | 5/12/2020 | Diaz, Matthew | 0.6 | Develop outline of updates re: IAC diligence presentation. |
| 28 | 5/12/2020 | Kim, Ye Darm | 0.2 | Consolidate prior presentations to share with the NCSG. |
| 28 | 5/12/2020 | Kim, Ye Darm | 0.4 | Participate in meeting re: IAC diligence next steps. |
| 28 | 5/12/2020 | Kim, Ye Darm | 1.4 | Continue preparing analysis re: YEE v. Actual 2019 results. |
| 28 | 5/12/2020 | Kim, Ye Darm | 0.6 | Participate in internal meeting re: IAC diligence workplan. |
| 28 | 5/12/2020 | Kim, Ye Darm | 2.1 | Prepare analysis re: YEE v. Actuals for 2019. |
| 28 | 5/12/2020 | Kurtz, Emma | 0.3 | Discuss outstanding IAC diligence requests and preparation of presentation for Counsel to explain diligence process. |
| 28 | 5/12/2020 | Kurtz, Emma | 1.6 | Prepare variance analysis between revised budget and original budget re: preparation of deck for Counsel on diligence process. |
| 28 | 5/12/2020 | Bromberg, Brian | 1.1 | Discuss IAC diligence requests with Debtor advisors. |
| 28 | 5/12/2020 | Bromberg, Brian | 0.7 | Participate in internal diligence meeting with team re: IAC. |
| 28 | 5/12/2020 | Bromberg, Brian | 2.3 | Review new diligence requests posted to dataroom re: IACs. |
| 28 | 5/12/2020 | Bromberg, Brian | 1.1 | Review prior diligence requests to materials received re: IACs. |
| 28 | 5/12/2020 | Bromberg, Brian | 1.1 | Prepare information sharing presentations for NCSG. |
| 28 | 5/12/2020 | Bromberg, Brian | 0.8 | Continue review of prior diligence requests to materials received re: IACs. |
| 28 | 5/12/2020 | Bromberg, Brian | 2.3 | Finalize priority IAC diligence request list to send to Debtor advisors. |
| 28 | 5/13/2020 | Kim, Ye Darm | 0.3 | Prepare updates of materials package for NCSG. |
| 28 | 5/13/2020 | Kim, Ye Darm | 1.1 | Process revisions analysis re: YEE v. Actual 2019 results. |
| 28 | 5/13/2020 | Kim, Ye Darm | 0.9 | Prepare slide re: YEE v. 2019 Actual results analysis. |
| 28 | 5/13/2020 | Kurtz, Emma | 0.8 | Prepare revisions to outstanding IAC diligence requests tracker and accompanying slides. |
| 28 | 5/13/2020 | Kurtz, Emma | 1.4 | Prepare outstanding diligence requests for IAC 2020 business plan review to share with Counsel. |
| 28 | 5/13/2020 | Kurtz, Emma | 0.3 | Prepare list of parties in due diligence process in preparation for meeting with NCSG. |
| 28 | 5/13/2020 | Kurtz, Emma | 0.8 | Continue to prepare slides on variances between revised and original IAC budget for Counsel. |
| 28 | 5/13/2020 | Kurtz, Emma | 0.6 | Prepare revisions to analysis of variance re: revised and original IAC budgets. |
| 28 | 5/13/2020 | Kurtz, Emma | 0.6 | Prepare slides on variance between revised IAC budget and original IAC budget for Counsel. |
| 28 | 5/13/2020 | Bromberg, Brian | 2.6 | Review analysis re: IAC business plan variance. |
| 28 | 5/13/2020 | Bromberg, Brian | 1.8 | Review latest IAC diligence tracker for outstanding items. |
| 28 | 5/13/2020 | Bromberg, Brian | 3.2 | Review 2019 and future variance of new IAC business plan. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 5/14/2020 | Diaz, Matthew | 0.9 | Review report to the committee re: diligence of the IACs. |
| 28 | 5/14/2020 | Kurtz, Emma | 0.9 | Update IAC business plan review outstanding diligence requests tracker and accompanying slides for Counsel. |
| 28 | 5/14/2020 | Bromberg, Brian | 1.7 | Review updated IAC diligence tracker for outstanding diligence items. |
| 28 | 5/14/2020 | Bromberg, Brian | 0.8 | Finalize list of IAC diligence parties. |
| 28 | 5/14/2020 | Bromberg, Brian | 1.5 | Review updated IAC business plan projections. |
| 28 | 5/15/2020 | Kim, Ye Darm | 0.6 | Prepare materials for sharing with the NCSG. |
| 28 | 5/15/2020 | Bromberg, Brian | 0.4 | Participate in call with Counsel to discuss IAC diligence response. |
| 28 | 5/15/2020 | Bromberg, Brian | 1.3 | Review and finalize IAC diligence tracker. |
| 28 | 5/15/2020 | Bromberg, Brian | 1.1 | Participate in call with NCSG re: diligence. |
| 28 | 5/15/2020 | Bromberg, Brian | 0.7 | Participate in internal discussion re: NCSG call. |
| 28 | 5/15/2020 | Bromberg, Brian | 1.4 | Prepare for call with NCSG re: diligence. |
| 28 | 5/15/2020 | Bromberg, Brian | 0.9 | Discuss NCSG call and documents with AHC advisors. |
| 28 | 5/15/2020 | Bromberg, Brian | 1.6 | Revise IAC business plan diligence update slides. |
| 28 | 5/15/2020 | Bromberg, Brian | 1.0 | Participate in discussion re: document sharing protocol. |
| 28 | 5/18/2020 | Diaz, Matthew | 0.8 | Perform detailed review of updated IAC diligence question list. |
| 28 | 5/18/2020 | Kurtz, Emma | 0.7 | Prepare analysis of revised IAC business plan and compile the relevant documents. |
| 28 | 5/18/2020 | Bromberg, Brian | 2.2 | Revise IAC diligence tracker for items received. |
| 28 | 5/18/2020 | Bromberg, Brian | 1.3 | Review latest IAC financial projections. |
| 28 | 5/19/2020 | Diaz, Matthew | 2.3 | Review and provide comments on the updated business plan diligence presentation. |
| 28 | 5/19/2020 | Kim, Ye Darm | 0.5 | Participate in internal meeting re: variances of IAC plans. |
| 28 | 5/19/2020 | Kurtz, Emma | 1.4 | Prepare revisions to IAC diligence process update presentation. |
| 28 | 5/19/2020 | Kurtz, Emma | 1.3 | Prepare EBITDA bridge analysis between the revised IAC business plan and the November plan. |
| 28 | 5/19/2020 | Kurtz, Emma | 0.5 | Discuss IAC diligence process and next steps. |
| 28 | 5/19/2020 | Kurtz, Emma | 0.3 | Prepare additional revisions to IAC diligence process update presentation per internal comments. |
| 28 | 5/19/2020 | Bromberg, Brian | 1.6 | Participate in internal discussion re: IAC presentation. |
| 28 | 5/19/2020 | Bromberg, Brian | 1.3 | Review latest IAC diligence presentation draft. |
| 28 | 5/19/2020 | Bromberg, Brian | 1.7 | Continue review of latest IAC diligence presentation draft. |
| 28 | 5/19/2020 | Bromberg, Brian | 2.3 | Finalize draft of IAC presentation to send to AHC advisors. |
| 28 | 5/20/2020 | Diaz, Matthew | 0.7 | Participate in call with Alix to discuss the open IAC items and related next steps. |
| 28 | 5/20/2020 | Kim, Ye Darm | 0.4 | Participate in internal call re: IAC diligence workplan. |
| 28 | 5/20/2020 | Bromberg, Brian | 1.0 | Review updated IAC diligence request list. |
| 28 | 5/20/2020 | Bromberg, Brian | 1.8 | Review latest IAC business plan projection support file. |
| 28 | 5/20/2020 | Bromberg, Brian | 0.9 | Finalize and send IAC diligence list to Company advisors. |
| 28 | 5/20/2020 | Bromberg, Brian | 0.5 | Participate in discussion re: IAC diligence with Debtor advisors. |
| 28 | 5/20/2020 | Bromberg, Brian | 1.6 | Coordinate with HL on preparing summary of valuation information and considerations. |
| 28 | 5/22/2020 | Diaz, Matthew | 0.7 | Perform review of the updated IAC diligence presentation. |
| 28 | 5/22/2020 | Kurtz, Emma | 0.4 | Prepare document approval request list re: IAC diligence process update presentation to send to Counsel. |
| 28 | 5/22/2020 | Bromberg, Brian | 0.9 | Review list of documents relied upon for prior IAC report. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 5/22/2020 | Bromberg, Brian | 0.8 | Continue to process revisions to IAC business plan diligence presentation. |
| 28 | 5/22/2020 | Bromberg, Brian | 0.7 | Review list of documents relied upon for draft IAC report. |
| 28 | 5/22/2020 | Bromberg, Brian | 0.7 | Review new IAC diligence response files for business plan support. |
| 28 | 5/22/2020 | Bromberg, Brian | 1.5 | Continue review of IAC business plan diligence presentation. |
| 28 | 5/26/2020 | Diaz, Matthew | 1.7 | Perform review of the updated IAC business plan due diligence presentation. |
| 28 | 5/26/2020 | Kurtz, Emma | 1.9 | Analyze 2020-2024 price/volume information received from the Company to compare to revised budget. |
| 28 | 5/26/2020 | Bromberg, Brian | 0.9 | Continue review of newly provided price volume files supporting the IAC business plan. |
| 28 | 5/26/2020 | Bromberg, Brian | 2.3 | Review newly provided price volume files supporting the IAC business plan. |
| 28 | 5/27/2020 | Diaz, Matthew | 0.7 | Review Huron's responses to IAC open diligence item questions. |
| 28 | 5/27/2020 | Diaz, Matthew | 0.6 | Participate in call with Counsel re: open IAC due diligence. |
| 28 | 5/27/2020 | Kurtz, Emma | 0.6 | Prepare revisions to list of IACs and Sackler persons, trusts, and entities, per internal comments. |
| 28 | 5/27/2020 | Kurtz, Emma | 2.7 | Prepare comprehensive list of IACs and covered Sackler persons, trusts, and entities re: analysis of cash transfers. |
| 28 | 5/27/2020 | Kurtz, Emma | 0.7 | Discuss outstanding diligence process items and identify next steps of business plan review. |
| 28 | 5/27/2020 | Bromberg, Brian | 0.9 | Review document relied upon list for IAC presentation. |
| 28 | 5/27/2020 | Bromberg, Brian | 0.8 | Discuss IAC diligence with team and counsel re: next steps. |
| 28 | 5/27/2020 | Bromberg, Brian | 0.3 | Discuss IAC business plan diligence workplan with team. |
| 28 | 5/27/2020 | Bromberg, Brian | 1.0 | Prepare for call with team re: IAC business plan diligence workplan. |
| 28 | 5/29/2020 | Diaz, Matthew | 1.6 | Review analysis re: IAC country level due diligence information. |
| 28 | 5/29/2020 | Bromberg, Brian | 1.8 | Review latest draft of IAC business plan presentation and provide comments. |
| **28 Total** | | | **123.6** | |
| **Grand Total** | | | **398.2** | |

**EXHIBIT D**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Expense Type | Amount |
| --- | ---: |
| Other | $ 4,325.26 |
| **Grand Total** | **$ 4,325.26** |

**EXHIBIT E**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**EXPENSE DETAIL**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 4/30/2020 | Butterfield, Linda | Other | Access to Lexis Nexis for research regarding the HRT motion. | $ 29.70 |
| 4/30/2020 | Harsha, Adam | Other | Access to Lexis Nexis for research regarding the HRT motion. | 10.05 |
| 5/1/2020 | Butterfield, Linda | Other | Access to TransUnion for research regarding the HRT motion. | 29.60 |
| 5/1/2020 | Harsha, Adam | Other | Access to Thomson Reuters for research regarding the HRT motion. | 3,004.17 |
| 5/1/2020 | Harsha, Adam | Other | Access to TransUnion for research regarding the HRT motion. | 32.20 |
| 5/1/2020 | Causton, Daniel | Other | Access to Factiva for research regarding the HRT motion. | 1,013.44 |
| 5/7/2020 | Butterfield, Linda | Other | Invoice for Allegheny Country court searches for research regarding the HRT motion. | 140.00 |
| 5/31/2020 | Causton, Daniel | Other | Access to Lexis Nexis for research regarding the HRT motion. | 66.10 |
| | | **Other Total** | | **$ 4,325.26** |
| | | **Grand Total** | | **$ 4,325.26** |