WILMER CUTLER PICKERING HALE
AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | |

**SEVENTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE
AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
<u>MAY 1, 2020 THROUGH MAY 31, 2020</u>**

| **Name of Applicant** | Wilmer Cutler Pickering Hale and Dorr LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | May 1, 2020 through May 31, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested ||
|---|---:|
| **Total compensation requested in this statement** | **$10,938.75**[2] <br> **(80% of $13,673.44)** |
| **Total reimbursement of expenses requested in this statement** | **$245.50** |
| **Total compensation and reimbursement requested in this statement** | **$11,184.25** |
| **This is a(n):**   _X_ Monthly Application   __ Interim Application   __ Final Application ||

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 25, 2019 [Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Seventh Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2020 Through May 31, 2020* ("**Fee Statement**").[3] By this Fee Statement, WilmerHale seeks (i) compensation in the amount of $10,938.75 which is 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $13,673.44), and (ii)

---

[2] This amount reflects an agreed reduction in fees in the amount of $1,864.56.

[3] The period from May 1, 2020 through and including May 31, 2020 is referred to herein as the "**Fee Period**."

2

payment of $245.50 for the actual, necessary expenses that WilmerHale incurred in connection with rendering such services during the Fee Period.

**Itemization of Services Rendered and Disbursement Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories WilmerHale established in accordance with its internal billing procedures. As reflected in **Exhibit A**, WilmerHale incurred $15,538.00 in fees during the Fee Period and, pursuant to its agreement with Purdue Pharma, L.P., reduced that amount to $13,673.44. Pursuant to this Fee Statement, WilmerHale seeks compensation for 80% of such fees, totaling $10,938.75.

2.      Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $1,377.16.[4] The blended hourly billing rate of all paraprofessionals is $294.74.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or disbursed in the amount of $245.50 in connection with providing professional services to the Debtors during the Fee Period. These expense amounts are intended to cover WilmerHale's direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates. Only the clients for whom the services are actually used are separately charged for such services.

---

[4] The blended hourly billing rate of $1,377.16 for attorneys is derived by dividing the total fees for attorneys of $12,119.00 by the total hours of 8.80.

[5] The blended hourly billing rate of $294.74 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $3,419.00 by the total hours of 11.60.

3

The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4. Attached hereto as **Exhibit D** is the related invoice showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

## Notice

5. WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order. WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $10,938.75 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $13,673.44), and (ii) payment of $245.50 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: July 14, 2020
    New York, New York

By:   /s/ George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE
 AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

5

# Exhibit A

## Fees By Project Category

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee/Employment Applications (B160) | 0.70 | **381.50** |
| Congressional Investigation (L400) | 19.70 | **15,156.50** |
| **Total** | **20.40** | **$15,538.00** |
| Less Agreed Reduction | | **-$1,864.56** |
| **GRAND TOTAL** | | **$13,673.44** |

## Exhibit B

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 6.20 | 9,610.00 |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar since 2012; Regulatory and Government Affairs. | 965.00 | 2.60 | 2,509.00 |
| **Partners Total** | | | **8.80** | **12,119.00** |
| **Paraprofessionals** | | | | |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 10.10 | 2,777.50 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; BFR. | 545.00 | 0.70 | 381.50 |
| Saige Wenik | Sr. Project Assistant; joined firm in 2017; Litigation / Controversy. | 325.00 | 0.80 | 260.00 |
| **Paraprofessionals Total** | | | **11.60** | **3,419.00** |
| **TOTAL** | | | **20.40** | **$15,538.00** |
| Less Agreed Reduction | | | | -$1,864.56 |
| **GRAND TOTAL** | | | | **$13,673.44** |

---

[1] WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| Courier Services | 146.01 |
| Court Services | 70.00 |
| Federal Express | 29.49 |
| **TOTAL** | **$245.50** |

## Exhibit D

**Detailed Time Records and Expenses**

# WILMERHALE [WH]

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ▮
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 07/07/20 |
| Invoice No. | 2596295 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through May 31, 2020 in connection with the Post Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 15,538.00 |
| Less 12% Volume Discount | | -1,864.56 |
| Total Disbursements | | 245.50 |
| **Total Amount Due** | $ | **13,918.94** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ▮

Routing Number: ▮

Citibank NA One Penn's Way New Castle, DE 19720
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300  
Matter No. 1653300-00136  

Purdue Pharma, L.P.  
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2596295  
Invoice Date 07/07/20  
Legal Services through May 31, 2020

Colleen MacDonald  
Purdue Pharma, L.P.  
One Stamford Forum  
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | |
| 05/05/20 | Thompson, Yolande | 0.10 | Email to Ms. Kennedy re invoice for March fee statement |
| 05/06/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re status of invoice for March fee statement |
| 05/18/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re request for client for new billing matter for work related to engagement as a Retained Professional |
| 05/21/20 | Thompson, Yolande | 0.10 | Email to Ms. Kennedy re status of invoice for March fee statement |
| 05/22/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re status of invoices for fee statement |
| 05/22/20 | Thompson, Yolande | 0.10 | Review draft invoice to address Ms. DaCunha's comments |
| 05/22/20 | Thompson, Yolande | 0.10 | Emails with Ms. DaCunha re issues related to comments on certain time entries |
| | | **0.70** | |
| **L400 - Congressional Investigation** | | | |
| 05/01/20 | Rockett, Elizabeth W. | 0.60 | Complete [redacted] |
| 05/04/20 | Rockett, Elizabeth W. | 0.60 | Complete [redacted] |
| 05/05/20 | Brown, Reginald | 0.50 | Participate in [redacted] |
| 05/05/20 | DaCunha, Alyssa | 1.00 | Participate in [redacted] |

Client No. 1653300  
Matter No. 1653300-00136  

Purdue Pharma, L.P.  
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2596295  
Invoice Date 07/07/20  
Legal Services through May 31, 2020

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/05/20 | Rockett, Elizabeth W. | 0.60 | Complete ████ |
| 05/06/20 | Rockett, Elizabeth W. | 0.60 | Complete ████ |
| 05/07/20 | DaCunha, Alyssa | 0.20 | Multiple communications with ████ |
| 05/07/20 | DaCunha, Alyssa | 0.40 | Telecon with ████ |
| 05/07/20 | Rockett, Elizabeth W. | 0.60 | Complete ████ |
| 05/08/20 | Rockett, Elizabeth W. | 0.60 | Complete ████ |
| 05/10/20 | Brown, Reginald | 0.40 | ████ call with ████ |
| 05/11/20 | Rockett, Elizabeth W. | 0.60 | Complete ████ |
| 05/12/20 | Brown, Reginald | 1.00 | ████ call with ████ |
| 05/12/20 | Rockett, Elizabeth W. | 0.10 | Complete ████ |
| 05/13/20 | Rockett, Elizabeth W. | 0.60 | Complete ████ |
| 05/14/20 | Rockett, Elizabeth W. | 0.60 | Complete ████ |
| 05/15/20 | Rockett, Elizabeth W. | 0.60 | Complete ████ |
| 05/18/20 | Rockett, Elizabeth W. | 0.60 | Complete ████ |
| 05/19/20 | DaCunha, Alyssa | 1.00 | Participate in ████ |
| 05/19/20 | Rockett, Elizabeth W. | 0.60 | Complete ████ |
| 05/20/20 | Rockett, Elizabeth W. | 0.60 | Complete ████ |

Client No. 1653300  
Matter No. 1653300-00136  

Purdue Pharma, L.P.  
Post Bankruptcy: House Energy & Commerce Inquiry  

Invoice No. 2596295  
Invoice Date 07/07/20  
Legal Services through May 31, 2020  

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/21/20 | Rockett, Elizabeth W. | 0.60 | Complete ███ |
| 05/22/20 | Rockett, Elizabeth W. | 0.50 | Complete ███ |
| 05/26/20 | Brown, Reginald | 0.60 | ███ meeting |
| 05/26/20 | Rockett, Elizabeth W. | 0.60 | Complete ███ |
| 05/27/20 | Brown, Reginald | 3.70 | ███ meeting |
| 05/27/20 | Rockett, Elizabeth W. | 0.50 | Complete ███ |
| 05/28/20 | Wenik, Saige | 0.40 | Complete ███ |
| 05/29/20 | Wenik, Saige | 0.40 | Complete ███ |
| | | **19.70** | |

**Total**     **20.40**

Client No. 1653300  Purdue Pharma, L.P.
Matter No. 1653300-00136  Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2596295
Invoice Date 07/07/20
Legal Services through May 31, 2020

| Date | Cost | Description |
|---|---|---|
| 05/05/20 | 14.85 | Federal Express Corp; Invoice# 697285644 (Mar-31,2020); Inv#697285644 391382003191 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| 05/20/20 | 14.64 | Federal Express Corp; Invoice# 699162289 (Apr-21,2020); Inv#699162289 391910664613 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
|  | 29.49 |  |
| 05/08/20 | 146.01 | Washington Express dba Washington Express Visa; Invoice# 188153 (Mar-31,2020); 3/26/2020 Tkpr: 30824 Track#: 3086745 Inv#:188153 Sent To: 317 Mansion Dr -- Michelle Leonard |
|  | 146.01 |  |
| 05/28/20 | 70.00 | CHRISTOPHER CARRION - COURTSOLUTIONS LLC - SDNY Bankruptcy court hearing for telephonic sessions |
|  | 70.00 |  |

Total Disbursements  $ __245.50__

Client No. 1653300  
Matter No. 1653300-00136  

Purdue Pharma, L.P.  
Post Bankruptcy: House Energy & Commerce Inquiry  

Invoice No. 2596295  
Invoice Date 07/07/20  
Legal Services through May 31, 2020  

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 6.20 | 1,550.00 | 9,610.00 |
| DaCunha, Alyssa | 2.60 | 965.00 | 2,509.00 |
| Thompson, Yolande | 0.70 | 545.00 | 381.50 |
| Wenik, Saige | 0.80 | 325.00 | 260.00 |
| Rockett, Elizabeth W. | 10.10 | 275.00 | 2,777.50 |
| **Total Legal Services** | **20.40** | | **$15,538.00** |

| Task | Description | Hours | Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 0.70 | 381.50 |
| L400 | Congressional Investigation | 19.70 | 15,156.50 |
| **Total Legal Services** | | **20.40** | **$15,538.00** |

## DISBURSEMENTS

| Description | Total |
|---|---|
| FEDERAL EXPRESS | 29.49 |
| COURT SERVICES | 70.00 |
| COURIER SERVICES | 146.01 |
| **Total Disbursements** | **$245.50** |

Page 6 of 7