BAYARD, P.A.
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
Sophie E. Macon (No. 6562)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

*Former Co-Counsel to the Official Committee of
Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**FOURTH MONTHLY FEE STATEMENT OF BAYARD, P.A. FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH MAY 31, 2020**

| | |
|---|---|
| **Applicant** | Bayard, P.A. |
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Time Period Covered by Application** | February 1, 2020–May 31, 2020[2] |
| **Total Compensation Sought by Application** | $225,588.50 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] In February 2020, Cole Schotz P.C. replaced Bayard, P.A. as efficiency counsel to the Official Committee of Unsecured Creditors. All time and expenses incurred by Bayard, P.A. following such time have related to the fee application process.

| | |
|---|---|
| **Total Expenses Sought by Application** | $578.94 |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | November 21, 2019 (*nunc pro tunc* to September 29, 2019) |
| **Total Compensation Approved by Interim Order to Date** | $950,561.00[3] |
| **Total Expenses Approved by Interim Order to Date** | $7,715.34 |
| **Total Compensation Paid to Date** | $760,448.80 |
| **Total Allowed Expenses Paid to Date** | $7,715.34 |
| **Blended Rate in Application for All Attorneys** | $395.22 |
| **Blended Rate in Application for All Timekeepers** | $395.15 |

This is Bayard's fourth monthly fee statement in these cases.

Bayard, P.A. ("Bayard"), former co-counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Fourth Monthly Fee Statement") covering the period from February 1, 2020 through and including May 31, 2020 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529]. By this Fourth Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions, Bayard requests (a) interim allowance and payment of compensation in the amount of $180,470.80 (80% of $225,588.50) for fees on account of reasonable and necessary professional services rendered to the Committee by

---

[3] The fees requested Bayard's First Interim Fee Application were approved in the above amount pursuant to the Court's *Omnibus Order Granting First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses* [D.I. 1159] (the "First Interim Fee Order"). Pursuant to the First Interim Fee Order, $190,112.20 of the approved amount remains subject to holdback pending further order of the Bankruptcy Court in connection with the review of Bayard's fees by the independent fee examiner appointed in these cases.

Bayard and (b) reimbursement of actual and necessary costs and expenses in the amount of $578.94 incurred by Bayard during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

1.     **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates, and aggregate hours spent by each Bayard professional and paraprofessional that provided services to the Committee during the Compensation Period.  The rates charged by Bayard for services rendered to the Committee are the same rates that Bayard charges generally for professional services rendered to its non-bankruptcy clients.

2.     **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Bayard professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3.     **Exhibit C** sets forth a complete itemization of tasks performed by Bayard professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED DURING THE COMPENSATION PERIOD

4.     **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Bayard in connection with services rendered to the Committee during the Compensation Period.

5.     **Exhibit E** sets forth a complete itemization of disbursements incurred by Bayard in connection with services rendered to the Committee during the Compensation Period.

## <u>NOTICE OF OBJECTION PROCEDURES</u>

6.      Notice of this Fourth Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, Connecticut 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) counsel to the Committee, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn: Arik Preis (apreis@akingump.com); (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "<u>Notice Parties</u>").

7.      Objections to this Fourth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel so as to be received by no later than July 28, 2020 at 12:00 p.m. (ET) (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8.      If no objections to this Fourth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9.      If an objection to this Fourth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fourth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved,

it shall be preserved and scheduled for consideration at the next interim fee application hearing to

be heard by the Court.

Dated:  July 14, 2020
       New York, New York

AKIN GUMP STRAUSS HAUER & FELD LLP

/s/ *Arik Preis*
Ira Dizengoff, Esq.
Arik Preis, Esq.
Sara Brauner, Esq.
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
apreis@akingump.com
sbrauner@akingump.com

- *and* -

BAYARD, P.A.
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
Sophie E. Macon (No. 6562)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail:    efay@bayardlaw.com
           dbrogan@bayardlaw.com
           smacon@bayardlaw.com

*Co-Counsel and Former Co-Counsel to the Official
Committee of Unsecured Creditors of Purdue Pharma
L.P.,* et al.

**EXHIBIT A**

**Timekeeper Summary**

| Attorneys | | | | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Position** | **Description** | **Rate** | **Hours** | **Amounts** |
| Neil B. Glassman | Director | Director since 1988.  Joined firm in 1986. Member of DE Bar since 1982.  Areas of Expertise: Bankruptcy and Commercial Law. | $1,050.00 | 0.8 | $840.00 |
| Marla H. Norton | Director | Director since 1998.  Joined firm in 1987. Member of DE Bar since 1987.  Area of Expertise: Corporate and Commercial Law. | $795.00 | 1.1 | $874.50 |
| Scott D. Cousins | Director | Director since 2014.  Joined firm in 2014. Member of DE Bar since 1992.  Areas of Expertise: Bankruptcy and Commercial Law. | $750.00 | 1.8 | $1,350.00 |
| Justin R. Alberto | Director | Director from 2016–2020.  Joined firm in 2008. Member of DE Bar since 2008. Areas of Expertise:  Bankruptcy and Litigation. | $625.00 | 30.5 | $19,062.50 |
| Erin R. Fay | Director | Director since 2019.  Joined firm in 2017. Member of DE and WI Bars since 2009. Areas of Expertise:  Bankruptcy and Litigation. | $575.00 | 21.8 | $12,535.00 |
| Daniel N. Brogan | Associate | Associate since 2018.  Member of DE Bar since 2012.  Area of Expertise: Bankruptcy. | $500.00 | 7.7 | $3,850.00 |
| Gregory J. Flasser | Associate | Associate since 2016. Member of DE Bar since 2015. Area of Expertise: Bankruptcy. | $425.00 | 47.2 | $20,060.00 |
| Sophie E. Macon | Associate | Associate since 2018.  Joined firm in 2017. Member of DE Bar since 2018.  Area of Expertise: Bankruptcy. | $400.00 | 120.8 | $48,320.00 |
| Scott D. Jones | Associate | Associate since 2019.  Member of DE Bar since 2019.  Area of Expertise: Bankruptcy | $350.00 | 77.2 | $27,020.00 |
| Sarah T. Andrade | Associate | Associate since 2019.  Member of DE Bar since 2015.  Area of Expertise: Litigation. | $425.00 | 49.8 | $21,165.00 |
| Megan M. McGovern | Associate | Associate since 2016.  Member of DE Bar since 2015. Member of PA Bar since 2016. Areas of Expertise: Litigation and Family Law. | $350.00 | 13.7 | $4,795.00 |

| | | | | | |
|---|---|---|---|---|---|
| Emily A. Letcher | Associate | Associate since 2019.  Member of DE Bar since 2018.  Area of Expertise: Litigation. | $365.00 | 30.4 | $11,096.00 |
| David Miller-Myers | Associate | Associate since 2018. Area of Expertise: Litigation/Electronic Discovery. | $325.00 | 122.6 | $39,845.00 |
| Shawna Riley | Associate | Associate from 2019–2020.  Area of Expertise: Corporate and Commercial Law. | $325.00 | 9.1 | $2,957.50 |
| Alessandra Mungioli | Law Clerk | Joined firm in 2019.  Area of Expertise: Litigation. | $325.00 | 10.5 | $3,412.50 |
| Gabriel B. Ragsdale | Law Clerk | Joined firm in 2019.  Area of Expertise: Litigation. | $325.00 | 25.5 | $8,287.50 |
| | | | **Totals** | **570.5** | **$225,470.50** |
| | | | **Blended Attorney Rate** | | **$395.22** |

| Paraprofessionals | | | | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Position** | **Description** | **Rate** | **Hours** | **Amount** |
| Kristin McCloskey | Paralegal | Paralegal.  Joined firm in 2020. Area of Expertise: Bankruptcy. | $295.00 | 0.3 | $88.50 |
| Larry Morton | Paralegal | Paralegal.  Joined firm in 2010.  Area of Expertise: Bankruptcy. | $295.00 | 0.1 | $29.50 |
| | | | **Totals** | **0.4** | **$118.00** |
| | | | **Blended Rate for All Timekeepers** | | **$395.15** |

**EXHIBIT B**

**Project Category Summary by Task Code**

| Project Category | Hours | Amount |
|---|---|---|
| Litigation/Adversary Proceedings (AP) | 486.8 | $181,705.50 |
| Case Administration (CA) | 7.9 | $3,200.50 |
| Court Hearings (CH) | 4.6 | $2,582.50 |
| Customer, Supplier, and Vendor Issues (CV) | 0.1 | $32.50 |
| Retention of Professionals (EA) | 6.6 | $3,795.00 |
| Lease Executory Contracts (EC) | 3.5 | $1,812.50 |
| Bayard Fee Application (F1) | 33.0 | $15,462.50 |
| Other Professional Fee Applications (F2) | 2.2 | $1,257.50 |
| Interaction/Review of Other Opioid Companies and Cases (OR) | 0.3 | $187.50 |
| Claims, Analysis, Objections and Resolutions (PC) | 0.6 | $307.50 |
| Statutory Committee and Committee Meetings (SC) | 25.3 | $15,245.00 |
| **Totals** | **570.9** | **$225,588.50** |

## **EXHIBIT C**

### **Invoice**

# BAYARD, P.A.

600 N. KING STREET, SUITE 400
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

Purdue Pharma L.P. - Official Committee of Unsecured Creditors
Akin Gump Strauss Hauer & Feld LLP
c/o Arik Preis
One Bryant Park
Bank of America Tower
New York, NY  10036

Invoice  1029440

July 13, 2020

ID: 39352-00001 - JRA

Re: Purdue Pharma L.P. - SDNY

For Services Rendered Through  5/31/2020

| | | |
|---|---|---|
| Current Fees | 225,588.50 | |
| Current Disbursements | 578.94 | |
| Total Current Charges | | $226,167.44 |

MAKE CHECKS PAYABLE TO **BAYARD, P.A.** PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

**Bayard, P.A.**

| | |
|---|---|
| Purdue Pharma L.P. - Official Committee of Unsecured Credito | July 13, 2020 |
| I.D. 39352-00001 - JRA | Invoice  1029440 |
| Re: Purdue Pharma L.P. - SDNY | Page  2 |

<table>
<tr><td colspan="5" align="center"><b>Fees by Task Code</b></td></tr>
<tr><td><b>Date</b></td><td><b>Description of Services</b></td><td><b>Atty</b></td><td><b>Hours</b></td><td><b>Amount</b></td></tr>
<tr><td>AP</td><td>Litigation/Adversary Proceedings</td><td></td><td></td><td></td></tr>
<tr><td>02/01/20</td><td>Reviewed documents in Production</td><td>AM</td><td>2.50</td><td>812.50</td></tr>
<tr><td>02/01/20</td><td>Continue reviewing production (4.1); email with Bayard team re: populated documents  (0.1)</td><td>DMM</td><td>4.20</td><td>1,365.00</td></tr>
<tr><td>02/01/20</td><td>Analysis, review, issue, and category tagging for documents</td><td>GBR</td><td>3.50</td><td>1,137.50</td></tr>
<tr><td>02/01/20</td><td>email with DMM re doc review</td><td>JRA</td><td>0.10</td><td>62.50</td></tr>
<tr><td>02/01/20</td><td>Attention to email re: document review</td><td>EAL</td><td>0.10</td><td>36.50</td></tr>
<tr><td>02/01/20</td><td>Continue QC doc review</td><td>SEM</td><td>8.20</td><td>3,280.00</td></tr>
<tr><td>02/02/20</td><td>Continue reviewing documents  (3.1); email with Bayard team re: batches  (0.1); emails with S. Macon re: status of review(1.2).</td><td>DMM</td><td>4.40</td><td>1,430.00</td></tr>
<tr><td>02/02/20</td><td>Reviewed documents</td><td>AM</td><td>2.20</td><td>715.00</td></tr>
<tr><td>02/02/20</td><td>email with DMM re doc review update</td><td>JRA</td><td>0.10</td><td>62.50</td></tr>
<tr><td>02/02/20</td><td>Attention to email re: document review</td><td>EAL</td><td>0.10</td><td>36.50</td></tr>
<tr><td>02/02/20</td><td>Continue doc review: QC (2.5); review batch documents (10.2)</td><td>SEM</td><td>12.70</td><td>5,080.00</td></tr>
<tr><td>02/02/20</td><td>Emails w/ DMM re project management/timeline/review team assignments and related issues</td><td>SEM</td><td>0.40</td><td>160.00</td></tr>
<tr><td>02/03/20</td><td>emails with DMM re doc review</td><td>JRA</td><td>0.10</td><td>62.50</td></tr>
<tr><td>02/03/20</td><td>o/c with DMM re doc review</td><td>JRA</td><td>0.10</td><td>62.50</td></tr>
<tr><td>02/03/20</td><td>Continue reviewing production (6.8); email with Bayard team re: batches (0.1); coordination with S. Macon re: status of review (1.5); email to Bayard team re:review (0.2)</td><td>DMM</td><td>8.60</td><td>2,795.00</td></tr>
<tr><td>02/03/20</td><td>document review.</td><td>SLR</td><td>0.90</td><td>292.50</td></tr>
<tr><td>02/03/20</td><td>document review</td><td>SDJ</td><td>3.70</td><td>1,295.00</td></tr>
<tr><td>02/03/20</td><td>research re LP issues</td><td>SLR</td><td>0.90</td><td>292.50</td></tr>
<tr><td>02/03/20</td><td>document review</td><td>SDJ</td><td>2.70</td><td>945.00</td></tr>
<tr><td>02/03/20</td><td>Email from Jack Murphy re LLC memo (.1) and research question raised by him resulting from LLC memo (.3)</td><td>NBG</td><td>0.40</td><td>420.00</td></tr>
<tr><td>02/03/20</td><td>Reviewed documents in production.</td><td>AM</td><td>4.10</td><td>1,332.50</td></tr>
<tr><td>02/03/20</td><td>Analysis, review, issue, and category tagging for documents in production;</td><td>GBR</td><td>3.80</td><td>1,235.00</td></tr>
<tr><td>02/03/20</td><td>further emails with DMM, MHN and J. Murphy re doc reveiw and fiduciary duties</td><td>JRA</td><td>0.60</td><td>375.00</td></tr>
<tr><td>02/03/20</td><td>Document review</td><td>STA</td><td>3.80</td><td>1,615.00</td></tr>
<tr><td>02/03/20</td><td>Document review for responsiveness and issue tags (1.3); attention to SEM email re: same (.1)</td><td>EAL</td><td>1.40</td><td>511.00</td></tr>
<tr><td>02/03/20</td><td>Emails with J. Murphy and S. Riley re fiduciary duty issues</td><td>MHN</td><td>0.20</td><td>159.00</td></tr>
<tr><td>02/03/20</td><td>Emails with S. Riley re fiduciary duties</td><td>MHN</td><td>0.20</td><td>159.00</td></tr>
<tr><td>02/03/20</td><td>Document review: initial review</td><td>SEM</td><td>7.40</td><td>2,960.00</td></tr>
</table>

**Bayard, P.A.**

| | | | |
|---|---|---|---|
| Purdue Pharma L.P. - Official Committee of Unsecured Credito | | | July 13, 2020 |
| I.D. 39352-00001 - JRA | | | Invoice  1029440 |
| Re: Purdue Pharma L.P. - SDNY | | | Page 3 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 02/03/20 | Emails with DMM re phase 2 assignments (.4); OC w/ DMM re status and next steps (1.0); OC w/ GJF re document review question (.1); emails with DMM re MM review coordination (.2); OC with DMM re same (.2); emails with SDC and JRA re review coordination (.3) | SEM | 2.20 | 880.00 |
| 02/03/20 | Review DMM email to team re new assignments (.1); emails w/ AM and GR re same (.2); OC with DMM re same (.1) | SEM | 0.40 | 160.00 |
| 02/03/20 | Continue doc review | GJF | 4.10 | 1,742.50 |
| 02/04/20 | document review | SDJ | 1.30 | 455.00 |
| 02/04/20 | Review Norton email to Murphy re fiduciary duty and emails with Norton re same | NBG | 0.20 | 210.00 |
| 02/04/20 | further emails with K. Porter re protective order | JRA | 0.30 | 187.50 |
| 02/04/20 | Review cases re fiduciary duty issues (.5) and finalize email to J. Murphy (.2) | MHN | 0.70 | 556.50 |
| 02/04/20 | OC with ERF re status of review (.2); OC w/ S. Jones re status of review and next steps (.2) | SEM | 0.40 | 160.00 |
| 02/04/20 | Document review | SEM | 3.20 | 1,280.00 |
| 02/04/20 | Continue doc review. | GJF | 1.90 | 807.50 |
| 02/05/20 | o/c with ERF re doc review | JRA | 0.20 | 125.00 |
| 02/05/20 | Analysis, review, issue, and category tagging for documents in production; | GBR | 5.80 | 1,885.00 |
| 02/05/20 | document review | SDJ | 9.60 | 3,360.00 |
| 02/05/20 | document review | SDJ | 1.50 | 525.00 |
| 02/05/20 | Discuss fiduciary duty issue with SR and MHN | NBG | 0.20 | 210.00 |
| 02/05/20 | emails with committee members and A. Preis re mediation and committee meeting | JRA | 0.60 | 375.00 |
| 02/05/20 | Document review | STA | 4.50 | 1,912.50 |
| 02/05/20 | Document review for responsiveness and issue tagging | EAL | 1.80 | 657.00 |
| 02/05/20 | Document review | SEM | 10.80 | 4,320.00 |
| 02/05/20 | Emails w/ K. Porter re key document and summarizing same (.6) | SEM | 0.60 | 240.00 |
| 02/06/20 | o/c's with SEM, GJF and ERF re doc review | JRA | 1.10 | 687.50 |
| 02/06/20 | production document review | MM | 1.10 | 385.00 |
| 02/06/20 | document review | SDJ | 6.90 | 2,415.00 |
| 02/06/20 | Emails with S. Macon re: status of project (0.4); Continue reviewing Initial Review (1.9). | DMM | 2.30 | 747.50 |
| 02/06/20 | Emails w/ DMM re doc review project/update (.8); OC with JRA re status and timeline of same (.5); consult with S. Andrade re document review (.8) | SEM | 2.10 | 840.00 |
| 02/06/20 | Coordinate document review and develop review plan | SEM | 1.60 | 640.00 |
| 02/06/20 | Continue document review (QC) | SEM | 1.80 | 720.00 |
| 02/06/20 | emails with K. Porter and SEM re doc review | JRA | 0.20 | 125.00 |
| 02/06/20 | Document review | STA | 5.40 | 2,295.00 |
| 02/06/20 | Continue doc review | GJF | 4.50 | 1,912.50 |
| 02/07/20 | Continue reviewing initial Review. | DMM | 7.60 | 2,470.00 |

**Bayard, P.A.**

| Purdue Pharma L.P. - Official Committee of Unsecured Credito | | | July 13, 2020 |
|---|---|---|---|
| I.D. 39352-00001 - JRA | | | Invoice  1029440 |
| Re: Purdue Pharma L.P. - SDNY | | | Page 4 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 02/07/20 | document review | MM | 1.90 | 665.00 |
| 02/07/20 | document review | SDJ | 8.60 | 3,010.00 |
| 02/07/20 | Analysis, review, issue, and category tagging for documents in production; | GBR | 5.20 | 1,690.00 |
| 02/07/20 | Correspond with S. Andrade and M. McGovern re issues related to review (substantive/tagging) (.8) and project staffing/updates (.5); emails w/ K. Porter re timing update (1.2) | SEM | 2.50 | 1,000.00 |
| 02/07/20 | email with S. Levy re dataroom | JRA | 0.10 | 62.50 |
| 02/07/20 | Document review | STA | 4.10 | 1,742.50 |
| 02/07/20 | Continue doc review | GJF | 0.80 | 340.00 |
| 02/08/20 | Continue reviewing Initial Review. | DMM | 3.50 | 1,137.50 |
| 02/08/20 | Emails w/ J. Jowers, SBB, E. Letcher re doc review(1.2); emails with ERF and TC re same (.7); emails w/ JRA re same (.6); emails with E. Letcher re same (.4); review DMM emails re same (.3); additional emails with ERF re doc review project issues (.3) | SEM | 3.50 | 1,400.00 |
| 02/08/20 | Correspond w/ DMM re document review - new sets and order of priority re same | SEM | 0.30 | 120.00 |
| 02/08/20 | Review and analyze issues related to document review project | SEM | 1.10 | 440.00 |
| 02/08/20 | emails with SEM re doc review | JRA | 0.10 | 62.50 |
| 02/08/20 | t/c's with A. Preis and M. Atkinson re litigation matters and committee meeting | JRA | 0.40 | 250.00 |
| 02/08/20 | Conduct Initial Document Review | EAL | 0.40 | 146.00 |
| 02/08/20 | Continue doc review | GJF | 5.90 | 2,507.50 |
| 02/09/20 | Continue reviewing documents | DMM | 4.60 | 1,495.00 |
| 02/09/20 | Emails with DMM re document review question (substantive/tagging) | SEM | 0.20 | 80.00 |
| 02/10/20 | Discuss document review issues with SEM | ERF | 0.30 | 172.50 |
| 02/10/20 | Analysis, review, issue, and category tagging for documents in production; | GBR | 2.10 | 682.50 |
| 02/10/20 | production document review | MM | 4.30 | 1,505.00 |
| 02/10/20 | document review | SDJ | 1.00 | 350.00 |
| 02/10/20 | document review. | SLR | 0.90 | 292.50 |
| 02/10/20 | Continue reviewing Initial Review. | DMM | 13.20 | 4,290.00 |
| 02/10/20 | emails (.2) and o/c's (.2) with SEM, DMM and K. Porter re doc review | JRA | 0.40 | 250.00 |
| 02/10/20 | email with S. Levy re dataroom updates | JRA | 0.10 | 62.50 |
| 02/10/20 | Document review | STA | 6.20 | 2,635.00 |
| 02/10/20 | Continue doc review | GJF | 3.70 | 1,572.50 |
| 02/10/20 | Assess progress in relativity re doc review & develop revised assignments (.9); OC with ERF re same and other doc review issues (.5); prepare and send email to team re updated assignments (.7); further email with team re same (.5) | SEM | 2.60 | 1,040.00 |
| 02/10/20 | Continue QC doc review | SEM | 7.50 | 3,000.00 |
| 02/10/20 | OC with S. Andrade re progress on doc review (.3); correspond with MM re progress (.2) | SEM | 0.50 | 200.00 |
| 02/11/20 | Reviewed documents in production | AM | 1.60 | 520.00 |

**Bayard, P.A.**

| Purdue Pharma L.P. - Official Committee of Unsecured Credito | | | July 13, 2020 |
|---|---|---|---|
| I.D. 39352-00001 - JRA | | | Invoice  1029440 |
| Re: Purdue Pharma L.P. - SDNY | | | Page 5 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 02/11/20 | document review | SDJ | 5.80 | 2,030.00 |
| 02/11/20 | document review. | SLR | 0.20 | 65.00 |
| 02/11/20 | document review | SDJ | 1.50 | 525.00 |
| 02/11/20 | production document review | MM | 6.40 | 2,240.00 |
| 02/11/20 | Continue reviewing Initial Review (11.8); Email with S. Macon re: Relativity issues (0.2) | DMM | 12.00 | 3,900.00 |
| 02/11/20 | Document review | STA | 7.60 | 3,230.00 |
| 02/11/20 | doc review update emails with DMM | JRA | 0.10 | 62.50 |
| 02/11/20 | Conference with Sophie Macon regarding status of document review (0.2); conference with David Miller-Myers regarding assignment of document review (0.2) | SDC | 0.40 | 300.00 |
| 02/11/20 | Emails with DMM re relativity issue (.2); correspond with S. Andrade re same (.2) | SEM | 0.40 | 160.00 |
| 02/11/20 | Emails with DMM re flagged document and search for mentioned attachment (.2); correspond with MM and SA re doc review questions and progress (.6) and tagging questions (.3); review DMM email to re progress (.1); OC with DMM re relativity issue (.3); review emails between DMM and D. Chau re same (.1) | SEM | 1.60 | 640.00 |
| 02/11/20 | Continue QC doc review | SEM | 9.70 | 3,880.00 |
| 02/12/20 | document review. | SLR | 2.10 | 682.50 |
| 02/12/20 | Analysis, review, issue, and category tagging for documents in production; | GBR | 1.60 | 520.00 |
| 02/12/20 | document review | SDJ | 3.00 | 1,050.00 |
| 02/12/20 | Continue reviewing Initial Review (6.9); Email with Bayard team re: status of review (0.3) | DMM | 7.20 | 2,340.00 |
| 02/12/20 | Emails to/from D. Miller-Myers and S. Macon re: Initial Document Review | EAL | 0.10 | 36.50 |
| 02/12/20 | Document review | STA | 5.60 | 2,380.00 |
| 02/12/20 | Conference with David Miller-Myers regarding assignment of document review | SDC | 0.30 | 225.00 |
| 02/12/20 | Emails with DMM re document review assignments (.4); emails w/ S. Riley and AM/GR re same (.3); OC with SDC re same (.3) | SEM | 1.00 | 400.00 |
| 02/12/20 | Document review | SEM | 2.20 | 880.00 |
| 02/13/20 | document review. | SLR | 0.80 | 260.00 |
| 02/13/20 | document review | SDJ | 8.50 | 2,975.00 |
| 02/13/20 | Continue reviewing Initial Review. | DMM | 6.90 | 2,242.50 |
| 02/13/20 | Document review | STA | 5.70 | 2,422.50 |
| 02/13/20 | Conference with Sophie Macon regarding status of document review | SDC | 0.30 | 225.00 |
| 02/13/20 | OC with ERF re status of doc review and substantive findings so far (.2); OC with SDC re status (.2) | SEM | 0.40 | 160.00 |
| 02/13/20 | Doc review | SEM | 4.70 | 1,880.00 |
| 02/13/20 | Emails and TC with S. Andrade and M.M. re timeline and priority of doc review project | SEM | 0.30 | 120.00 |

**Bayard, P.A.**

| | | | | |
|---|---|---|---|---|
| Purdue Pharma L.P. - Official Committee of Unsecured Credito | | | | July 13, 2020 |
| I.D. 39352-00001 - JRA | | | | Invoice  1029440 |
| Re: Purdue Pharma L.P. - SDNY | | | | Page 6 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 02/14/20 | document review. | SLR | 3.30 | 1,072.50 |
| 02/14/20 | Analysis, review, issue, and category tagging for documents in production; | GBR | 3.50 | 1,137.50 |
| 02/14/20 | document review | SDJ | 9.00 | 3,150.00 |
| 02/14/20 | Continue doc review | GJF | 1.30 | 552.50 |
| 02/14/20 | Continue reviewing Initial Review (6.5); Meet with Bayard team to discuss status of the review (1.7). | DMM | 8.20 | 2,665.00 |
| 02/14/20 | Document review | STA | 3.20 | 1,360.00 |
| 02/14/20 | emails with DMM re doc review update and status | JRA | 0.10 | 62.50 |
| 02/14/20 | email with S. Levy re data room update | JRA | 0.10 | 62.50 |
| 02/14/20 | review A. Preis mediation materials and committee email re same | JRA | 0.30 | 187.50 |
| 02/14/20 | Conference with Sophie Macon regarding status of document review (0.3); conference with David Miller-Myers regarding assignment of document review (0.2) | SDC | 0.50 | 375.00 |
| 02/14/20 | Initial Document Review | EAL | 0.90 | 328.50 |
| 02/14/20 | Attention to email re: Initial Document Review | EAL | 0.10 | 36.50 |
| 02/14/20 | Corr. with MM re document review question (.2); review DMM email re document review (.1); emails and OC with SDC and ERF re same (.2); OC with DMM re same (.2) | SEM | 0.70 | 280.00 |
| 02/14/20 | Continue QC doc review | SEM | 3.50 | 1,400.00 |
| 02/15/20 | Continue doc review | GJF | 4.10 | 1,742.50 |
| 02/16/20 | Continue doc review | GJF | 3.50 | 1,487.50 |
| 02/17/20 | Continue doc review | GJF | 4.40 | 1,870.00 |
| 02/18/20 | document review | SDJ | 2.30 | 805.00 |
| 02/18/20 | Continue reviewing Initial Review. | DMM | 8.60 | 2,795.00 |
| 02/18/20 | Conference with David Miller-Myers regarding document production status | SDC | 0.20 | 150.00 |
| 02/18/20 | Review status emails from David Miller-Myers regarding new documents and document production status | SDC | 0.10 | 75.00 |
| 02/18/20 | Initial Document Review | EAL | 5.40 | 1,971.00 |
| 02/19/20 | Continue reviewing Initial Review (5.5); Email E. Fay, S. Cousins and S.Macon re: status of project (0.4). | DMM | 5.90 | 1,917.50 |
| 02/19/20 | Initial Document Review | EAL | 3.60 | 1,314.00 |
| 02/19/20 | Emails with K. Porter re doc review and hot docs (.6); emails with DMM, SDC, and ERF re same (.3) | SEM | 0.90 | 360.00 |
| 02/20/20 | document review | SDJ | 0.80 | 280.00 |
| 02/20/20 | Continue reviewing Initial Review. | DMM | 5.20 | 1,690.00 |
| 02/20/20 | Initial Document Review | EAL | 5.30 | 1,934.50 |
| 02/21/20 | Continue reviewing Initial Review. | DMM | 5.00 | 1,625.00 |
| 02/21/20 | document review | SDJ | 1.90 | 665.00 |
| 02/21/20 | Document review | STA | 2.20 | 935.00 |
| 02/21/20 | Attention to email re: new documents for review | EAL | 0.20 | 73.00 |
| 02/21/20 | Continue QC review of documents | SEM | 4.80 | 1,920.00 |

**Bayard, P.A.**

| | | | |
|---|---|---|---|
| Purdue Pharma L.P. - Official Committee of Unsecured Credito | | | July 13, 2020 |
| I.D. 39352-00001 - JRA | | | Invoice  1029440 |
| Re: Purdue Pharma L.P. - SDNY | | | Page 7 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 02/22/20 | Attention to email re: review new documents | EAL | 0.40 | 146.00 |
| 02/24/20 | Continue reviewing Initial Review. | DMM | 7.70 | 2,502.50 |
| 02/24/20 | Document review | STA | 1.50 | 637.50 |
| 02/24/20 | Initial Document Review | EAL | 5.90 | 2,153.50 |
| 02/24/20 | Continue QC review of Sackler documents reviewed by Bayard team in Relativity | SEM | 3.90 | 1,560.00 |
| 02/25/20 | Continue reviewing Initial Review. | DMM | 7.50 | 2,437.50 |
| 02/25/20 | document review | SDJ | 3.50 | 1,225.00 |
| 02/25/20 | Initial Document Review | EAL | 0.60 | 219.00 |
| 02/25/20 | Initial Document Review | EAL | 4.00 | 1,460.00 |
| 02/25/20 | Emails to/from D. Miller-Myers re: Initial Document review | EAL | 0.10 | 36.50 |
| 02/25/20 | Emails w/ K. Porter re status of in-process document review batches (re: Sackler claims document review) (.2); continue QC review in Relativity of Sackler documents reviewed by Bayard team (5.2) | SEM | 5.40 | 2,160.00 |
| 03/03/20 | Emails with K. Porter re doc review | SEM | 0.20 | 80.00 |
| 03/04/20 | Emails w/ K. Porter re doc review (.2); TC with K. Porter and Jillie Richards re doc review (.5) | SEM | 0.70 | 280.00 |
| CA | Case Administration | | | |
| 02/03/20 | Summarize 02/03 docket | SDJ | 0.40 | 140.00 |
| 02/03/20 | review docket report | ERF | 0.10 | 57.50 |
| 02/03/20 | email with SJ re docket update | JRA | 0.10 | 62.50 |
| 02/04/20 | Summarize 02/04 docket | SDJ | 0.40 | 140.00 |
| 02/04/20 | review docket update | JRA | 0.10 | 62.50 |
| 02/05/20 | Summarize 02/05 docket summary | SDJ | 0.20 | 70.00 |
| 02/05/20 | review docket update | JRA | 0.10 | 62.50 |
| 02/05/20 | Update the Bankruptcy Calendar with objection deadline and hearing date. | LM | 0.10 | 29.50 |
| 02/06/20 | Summarize 02/05- Docket Activity | SDJ | 0.40 | 140.00 |
| 02/06/20 | review docket update | JRA | 0.10 | 62.50 |
| 02/07/20 | Summarize 02/07- Docket Summary | SDJ | 0.20 | 70.00 |
| 02/09/20 | Review A Preis email re update | ERF | 0.10 | 57.50 |
| 02/10/20 | Summarize 02/10 docket activity | SDJ | 0.80 | 280.00 |
| 02/10/20 | review docket report | ERF | 0.10 | 57.50 |
| 02/10/20 | review supplemental OCP list | JRA | 0.10 | 62.50 |
| 02/10/20 | review docket update | JRA | 0.10 | 62.50 |
| 02/12/20 | Summarize 0212 docket | SDJ | 0.60 | 210.00 |
| 02/14/20 | Summarize 02/14- docket | SDJ | 0.30 | 105.00 |
| 02/18/20 | Summarize 02/18- Docket | SDJ | 0.50 | 175.00 |
| 02/19/20 | Summarize 02/19- docket | SDJ | 0.30 | 105.00 |
| 02/20/20 | Summarize 02/20- docket | SDJ | 0.90 | 315.00 |
| 02/20/20 | Review docket report and attachments to same | ERF | 0.50 | 287.50 |

**Bayard, P.A.**

| | | | | |
|---|---|---|---|---|
| Purdue Pharma L.P. - Official Committee of Unsecured Credito | | | | July 13, 2020 |
| I.D. 39352-00001 - JRA | | | | Invoice  1029440 |
| Re: Purdue Pharma L.P. - SDNY | | | | Page 8 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 02/21/20 | Summarize 02/21 docket | SDJ | 0.60 | 210.00 |
| 02/21/20 | Review docket report and attachments to same | ERF | 0.50 | 287.50 |
| 02/24/20 | Update critical dates | KM | 0.20 | 59.00 |
| 03/06/20 | Review court docket and update critical dates | KM | 0.10 | 29.50 |
| **CH** | **Court Hearings** | | | |
| 02/20/20 | review agenda for tomorrow's hearing | JRA | 0.10 | 62.50 |
| 02/21/20 | email with A. Preis re today's hearing | JRA | 0.10 | 62.50 |
| 02/21/20 | participate telephonically in today's hearing | JRA | 1.00 | 625.00 |
| 02/21/20 | Review A Preis email re hearing summary | ERF | 0.20 | 115.00 |
| 02/27/20 | Revise agenda for 3/2 hearing | SEM | 0.60 | 240.00 |
| 02/27/20 | OC w/ LSM re extended deadline for agenda re 3/2 hearing and upcoming filings | SEM | 0.10 | 40.00 |
| 04/15/20 | Email Chambers re telephonic attendance at 4/22 hearing | ERF | 0.20 | 115.00 |
| 04/22/20 | attend hearing re fee apps, etc. | ERF | 2.30 | 1,322.50 |
| **CV** | **Customer, Supplier, and Vendor Issues (including Critical Vendors)** | | | |
| 02/11/20 | Analyzed CV Agreement uploaded 2/10/20 | AM | 0.10 | 32.50 |
| **EA** | **Retention of Professionals** | | | |
| 02/04/20 | emails with DNB, S. Brauner and D. Consla re KPMG | JRA | 0.40 | 250.00 |
| 02/05/20 | further emails with S. Brauner and DNB re KPMG (.2); review revised retention papers (.3) | JRA | 0.50 | 312.50 |
| 02/05/20 | Review DPW comments to KPMG application (.7); email correspondence with M. Plagman re same (.2); email correspondence with S. Brauner re same (.2). | DNB | 1.10 | 550.00 |
| 02/06/20 | further emails with A. Preis, D. Consla and C. Robertson re KPMG | JRA | 0.50 | 312.50 |
| 02/06/20 | Email to S. Brauner re Schedules to KPMG applicaiton. | DNB | 0.20 | 100.00 |
| 02/07/20 | review as filed KPMG app | JRA | 0.40 | 250.00 |
| 02/07/20 | emails with B. Masumoto, A. Preis and D. Consla, and C. Robertson re KPMG | JRA | 0.60 | 375.00 |
| 02/07/20 | further emails with C. Robertson, A. Miller and DNB re KPMG | JRA | 0.40 | 250.00 |
| 02/07/20 | Review UST comments to KPMG application. | DNB | 0.50 | 250.00 |
| 02/09/20 | emails with E. Liscovicz re KPMG | JRA | 0.10 | 62.50 |
| 02/10/20 | review notice re additional OCPs | ERF | 0.10 | 57.50 |
| 02/10/20 | review Dechert supplemental declaration | JRA | 0.10 | 62.50 |
| 02/12/20 | emails with C. Robertson and A. Miller re KPMG | JRA | 0.10 | 62.50 |
| 02/13/20 | email with A. Miller re KPMG | JRA | 0.10 | 62.50 |
| 02/18/20 | review updated KPMG information sharing stip | JRA | 0.10 | 62.50 |
| 02/19/20 | emails with Z. Levine and A. Miller re KPMG | JRA | 0.20 | 125.00 |
| 02/20/20 | email with D. Consla and S. Brauner re OCP's | JRA | 0.20 | 125.00 |
| 02/20/20 | further emails with E. Vonnegut and M. Hurley re KPMG | JRA | 0.30 | 187.50 |

**Bayard, P.A.**

| | | | |
|---|---|---|---|
| Purdue Pharma L.P. - Official Committee of Unsecured Credito | | | July 13, 2020 |
| I.D. 39352-00001 - JRA | | | Invoice 1029440 |
| Re: Purdue Pharma L.P. - SDNY | | | Page 9 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 02/25/20 | Review updated DLA OCP disclosure | ERF | 0.10 | 57.50 |
| 02/26/20 | Email correspondence with E. Fay, J. Alberto and S. Brauner re KPMG retention (.2); email correspondence with M. Plagman and W. Shaffer re same (.2). | DNB | 0.40 | 200.00 |
| 02/27/20 | OC with SDJ re Bayard retention application (.1) and exhibits thereto (.1) | SEM | 0.20 | 80.00 |
| **EC** | **Lease Executory Contracts** | | | |
| 02/03/20 | review lease rejection motion | JRA | 0.50 | 312.50 |
| 02/04/20 | Review motion re new HQ lease and dec in support of same. | DNB | 0.70 | 350.00 |
| 02/13/20 | Review motion to enter into development agreement and related declaration. | DNB | 0.90 | 450.00 |
| 02/18/20 | Review as-filed UCC statment re HQ lease. | DNB | 0.30 | 150.00 |
| 02/21/20 | Review Debtors' response re HQ lease (.4); review various filed objections/responses to development agreement motion (.7). | DNB | 1.10 | 550.00 |
| **F1** | **Bayard Fee Application** | | | |
| 02/06/20 | continue reviewing draft Bayard November fee app | JRA | 0.70 | 437.50 |
| 02/06/20 | OC w/ JRA (.2) and DNB (.1) re Bayard 2nd monthly fee application; emails w/ E. Lisovicz re Bayard draft 2nd monthly fee application (.1); emails w/ E. Lisovicz re Province question related to same (.2) | SEM | 0.60 | 240.00 |
| 02/24/20 | Emails with E Lisovicz re fee app | ERF | 0.10 | 57.50 |
| 02/25/20 | E-Mail correspondence with E Lisovicz and C. MacDonald re no objections to Bayard fee application. | DNB | 0.30 | 150.00 |
| 02/25/20 | Review DNB email re fee app | ERF | 0.10 | 57.50 |
| 02/28/20 | Review D Costa email re fee apps | ERF | 0.10 | 57.50 |
| 03/12/20 | calls/emails with E Lisovicz re interim fee apps | ERF | 0.20 | 115.00 |
| 03/12/20 | call with E Lisovicz re fee apps | ERF | 0.20 | 115.00 |
| 03/12/20 | review/revise bayard fee application | ERF | 3.10 | 1,782.50 |
| 03/12/20 | Correspond w/ ERF, DNB, SEM, and LM re first interim fee application (.3); begin draft of Bayard's first interim fee app (4.5) | GJF | 4.80 | 2,040.00 |
| 03/12/20 | Emails * OC re interim and monthly fee applications (.4); prepare draft monthly fee application re same (.8); emails w/ GJF re Purdue interim fee application (.2) & assist with preparation of sections of same (.7) | SEM | 2.10 | 840.00 |
| 03/13/20 | review/revise Bayard monthly and interim fee applications | ERF | 0.80 | 460.00 |
| 03/13/20 | further revise Bayard fee apps | ERF | 1.80 | 1,035.00 |
| 03/13/20 | further emails with G Flasser and S Macon re fee apps (.5), review revised interim app (.3) | ERF | 0.80 | 460.00 |
| 03/13/20 | Continue to draft Bayard's first interim fee app (5.7); emails w/ DNB and SEM re same (.3); emails w/ ERF, DNB, and SEM re same (.2) | GJF | 6.20 | 2,635.00 |
| 03/13/20 | Emails w/ ERF re status of Bayard monthly and interim fee applications (.2); revise draft monthly fee application (w/o final numbers) (.4) | SEM | 0.60 | 240.00 |
| 03/13/20 | Review GJF draft interim fee application (.4); emails w/ GJF re status of exhibits/matters related to Bayard monthly and interim fee applications | SEM | 0.70 | 280.00 |

**Bayard, P.A.**

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | (.2); emails w/ ERF re same (.1) | | | |
| 03/13/20 | Revise draft Bayard third monthly fee application per ERF comments (1.1); emails w/ ERF re same (.2) | SEM | 1.30 | 520.00 |
| 03/13/20 | Emails w/ ERF and GJF re expense/disbursement question in connection with Bayard third monthly fee application (.1) | SEM | 0.10 | 40.00 |
| 03/13/20 | Additional emails w/ ERF re Bayard monthly fee application (.1); review files and revise draft fee application in connection with same (.2) | SEM | 0.30 | 120.00 |
| 03/13/20 | Review updated exhibits to Bayard third monthly fee application (.1); revise draft fee application in connection with same and ERF comments (1.0) | SEM | 1.10 | 440.00 |
| 03/13/20 | Emails w/ GJF and ERF re transmittal of draft monthly and interim fee applicaitons to AG (.1); revise/finalize draft interim fee application in connection with same (.2); emails w/ E. Lisovicz re same (.1) | SEM | 0.40 | 160.00 |
| 03/16/20 | emails with E LIsovicz re fee apps and review revisions to same (.5), call with same re same (.2), further emails with same re same (.1) | ERF | 0.80 | 460.00 |
| 03/16/20 | review revised interim fee app (.4) and call with G Flasser re same (.2), emails with same re same (.1) | ERF | 0.70 | 402.50 |
| 03/16/20 | Emails w/ E. Lisovizc and SEM re Bayard's interim fee app (.1); further revise interim fee app pursuant to Akin's comments (1.7); emails w/ ERF, DNB, and SEM re same (.2) | GJF | 2.00 | 850.00 |
| 03/16/20 | Emails w/ E. Lisovicz re Bayard monthly and interim fee applications (.2); emails w/ GJF re same (.1) | SEM | 0.30 | 120.00 |
| 03/16/20 | Revise and finalize Bayard 3rd monthly fee application per AG comments (.4); emails w/ ERF re same (.1); emails w/ E. Lisovicz re same (.1) | SEM | 0.60 | 240.00 |
| 03/18/20 | Emails w/ ERF, DNB, E. Lisovicz, and Bayard admin. personnel re LEDES file needed in connection with Bayard third monthly and first interim fee applications (.1) | SEM | 0.10 | 40.00 |
| 03/19/20 | Emails with E Lisovicz re fee apps | ERF | 0.10 | 57.50 |
| 04/09/20 | Emails w/ ERF re fee examiner order requirements (.1); review order in connection with same (.1) | SEM | 0.20 | 80.00 |
| 04/09/20 | Emails with SEM and E Lisovicz re fee apps | ERF | 0.20 | 115.00 |
| 04/10/20 | Emails with SEM and D Klauder re fee examiner requests | ERF | 0.20 | 115.00 |
| 04/10/20 | Compile and review Bayard monthly and interim fee statements (.4); prepare and send email re same to D. Klauder pursuant to fee examiner order (.2) | SEM | 0.60 | 240.00 |
| 04/20/20 | Emails with E Lisovicz re fee hearing | ERF | 0.10 | 57.50 |
| 05/06/20 | emails with E Lisovicz re fee apps | ERF | 0.20 | 115.00 |
| 05/31/20 | Review/revise exhibits re bayard final fee app. | ERF | 0.50 | 287.50 |
| F2 | Other Professional Fee Applications | | | |
| 02/05/20 | begin reviewing draft November fee app | JRA | 0.30 | 187.50 |
| 02/05/20 | Emails with E. Lisovicz, ERF, and JRA re Bayard 2nd monthly fee application and filing of other porfessionals' fee applications (.3) | SEM | 0.30 | 120.00 |
| 02/06/20 | further emails with E. Liscovicz re fee apps | JRA | 0.20 | 125.00 |

**Bayard, P.A.**

| Purdue Pharma L.P. - Official Committee of Unsecured Credito | | | July 13, 2020 |
|---|---|---|---|
| I.D. 39352-00001 - JRA | | | Invoice 1029440 |
| Re: Purdue Pharma L.P. - SDNY | | | Page 11 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 02/08/20 | review Dechert 3rd fee app | JRA | 0.60 | 375.00 |
| 02/08/20 | review as filed fee apps for committee profs | JRA | 0.50 | 312.50 |
| 02/27/20 | Review CNO re Bayard 2nd monthly fee app (.1); emails w/ K. McCloskey re same (.1) | SEM | 0.20 | 80.00 |
| 03/02/20 | review D Costa email re interim fee apps | ERF | 0.10 | 57.50 |
| OR | Interaction/Review of Other Opioid Companies and Cases | | | |
| 02/09/20 | review litigation update articles | JRA | 0.30 | 187.50 |
| PC | Claims, Analysis, Objections and Resolutions | | | |
| 02/03/20 | Review as-entered bar date order. | DNB | 0.50 | 250.00 |
| 02/24/20 | Review J Knudson email re bar date commercials | ERF | 0.10 | 57.50 |
| SC | Statutory Committee and Committee Meetings | | | |
| 02/02/20 | review A. Preis update materials in advance of committee call (.4); emails with committee members re same (.2) | JRA | 0.60 | 375.00 |
| 02/03/20 | Review A Preis email re agenda/call | ERF | 0.10 | 57.50 |
| 02/03/20 | Attend telephonic meeting of creditors committee. | DNB | 0.90 | 450.00 |
| 02/03/20 | attend committee call | ERF | 0.90 | 517.50 |
| 02/03/20 | participate (partial) in committee call with A. Preis, M. Atkinson and committee members | JRA | 0.60 | 375.00 |
| 02/03/20 | email with A. Preis re meeting with debtors | JRA | 0.10 | 62.50 |
| 02/04/20 | review A Preis UCC update email | ERF | 0.20 | 115.00 |
| 02/04/20 | emails with A. Preis and committee members re committee meeting | JRA | 0.50 | 312.50 |
| 02/05/20 | Review A Preis email re UCC update | ERF | 0.10 | 57.50 |
| 02/05/20 | t/c with A. Preis re agenda for committee call and committee meeting | JRA | 0.20 | 125.00 |
| 02/06/20 | Review A Preis email re UCC call agenda | ERF | 0.10 | 57.50 |
| 02/06/20 | attend committee call | ERF | 0.80 | 460.00 |
| 02/06/20 | participate  (partial) in committee call with A. Preis, L. Szlezinger, M. Atkinson and committee members | JRA | 0.60 | 375.00 |
| 02/06/20 | review debtor/UCC meeting presentation | ERF | 0.30 | 172.50 |
| 02/06/20 | Attend telephonic UCC meeting. | DNB | 0.80 | 400.00 |
| 02/10/20 | t/c with M. Atkinson re committee meeting | JRA | 0.30 | 187.50 |
| 02/10/20 | further emails and t/c's with A. Preis and M. Atkinson re today's meeting | JRA | 0.60 | 375.00 |
| 02/10/20 | continue reviewing materials for meeting with debtors | JRA | 2.30 | 1,437.50 |
| 02/10/20 | attend (telephonically) committee meeting (.5) and meeting with Debtors (3.1) | ERF | 3.60 | 2,070.00 |
| 02/10/20 | attend meeting with debtors management, A. Preis, M. Atkinson, L. Szlezinger and committee members | JRA | 5.50 | 3,437.50 |
| 02/12/20 | emails with A. Preis and committee members re tomorrow's call and items for same | JRA | 0.30 | 187.50 |
| 02/12/20 | review committee update materials in advance of call | JRA | 1.30 | 812.50 |
| 02/12/20 | review A Preis em and attachment re UCC update (.5) review docket | ERF | 0.60 | 345.00 |

**Bayard, P.A.**

| | | | | |
|---|---|---|---|---|
| Purdue Pharma L.P. - Official Committee of Unsecured Credito | | | | July 13, 2020 |
| I.D. 39352-00001 - JRA | | | | Invoice  1029440 |
| Re: Purdue Pharma L.P. - SDNY | | | | Page 12 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| | update (.1) | | | |
| 02/13/20 | emails with A. Preis and committee members re call and mediation (.2); review materials and agenda for today's call (.4) | JRA | 0.60 | 375.00 |
| 02/13/20 | participate in committee call (partial) with A. Preis, M. Atkinson, L. Szlezinger and committee members | JRA | 0.70 | 437.50 |
| 02/13/20 | emails with A Preis re mediation (.2), review email of same re UCC call (.1) | ERF | 0.30 | 172.50 |
| 02/16/20 | review A. Preis committee update email | JRA | 0.10 | 62.50 |
| 02/17/20 | review A Preis em re committee call with lease motion | ERF | 0.10 | 57.50 |
| 02/17/20 | emails with A. Preis and committee members re committee call and agenda for same | JRA | 0.20 | 125.00 |
| 02/18/20 | review committee update materials and agenda for today's call | JRA | 0.30 | 187.50 |
| 02/18/20 | participate in committee update call with A. Preis, M. Atkinson, L. Szlezinger and committee members | JRA | 0.80 | 500.00 |
| 02/19/20 | emails with A. Preis and committee members re mediation | JRA | 0.40 | 250.00 |
| 02/20/20 | emails with A. Preis and agenda and materials for committee update call | JRA | 0.20 | 125.00 |
| 02/20/20 | participate in committee update call with A. Preis, M. Atkinson, L. Szlezinger and committee members | JRA | 0.30 | 187.50 |

| | | |
|---|---|---|
| **Total Fees** | | **$225,588.50** |

**Bayard, P.A.**

| | |
|---|---|
| Purdue Pharma L.P. - Official Committee of Unsecured Credito | July 13, 2020 |
| I.D. 39352-00001 - JRA | Invoice  1029440 |
| Re: Purdue Pharma L.P. - SDNY | Page  13 |

## Fee Recap by Activity Code

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| **AP** | **Litigation/Adversary Proceedings** | | | |
| | Alberto, Justin R. | 5.10 | $625.00 | 3,187.50 |
| | Andrade, Sarah T | 49.80 | $425.00 | 21,165.00 |
| | Cousins, Scott D | 1.80 | $750.00 | 1,350.00 |
| | Fay, Erin R. | 0.30 | $575.00 | 172.50 |
| | Flasser, Greg | 34.20 | $425.00 | 14,535.00 |
| | Glassman, Neil B | 0.80 | $1,050.0 | 840.00 |
| | Jones, Scott D | 71.60 | $350.00 | 25,060.00 |
| | Letcher, Emily A | 30.40 | $365.00 | 11,096.00 |
| | Macon, Sophie Elizabeth | 110.40 | $400.00 | 44,160.00 |
| | McGovern, Megan | 13.70 | $350.00 | 4,795.00 |
| | Miller-Myers, David | 122.60 | $325.00 | 39,845.00 |
| | Mungioli, Alessandra | 10.40 | $325.00 | 3,380.00 |
| | Norton, Marla H | 1.10 | $795.00 | 874.50 |
| | Ragsdale, Gabriel B | 25.50 | $325.00 | 8,287.50 |
| | Riley, Shawna L | 9.10 | $325.00 | 2,957.50 |
| | Subtotal | 486.80 | | $181,705.50 |
| **CA** | **Case Administration** | | | |
| | Alberto, Justin R. | 0.60 | $625.00 | 375.00 |
| | Fay, Erin R. | 1.30 | $575.00 | 747.50 |
| | Jones, Scott D | 5.60 | $350.00 | 1,960.00 |
| | McCloskey, Kristin | 0.30 | $295.00 | 88.50 |
| | Morton, Larry | 0.10 | $295.00 | 29.50 |
| | Subtotal | 7.90 | | $3,200.50 |
| **CH** | **Court Hearings** | | | |
| | Alberto, Justin R. | 1.20 | $625.00 | 750.00 |
| | Fay, Erin R. | 2.70 | $575.00 | 1,552.50 |
| | Macon, Sophie Elizabeth | 0.70 | $400.00 | 280.00 |
| | Subtotal | 4.60 | | $2,582.50 |
| **CV** | **Customer, Supplier, and Vendor Issues (including Critical Vendors)** | | | |
| | Mungioli, Alessandra | 0.10 | $325.00 | 32.50 |
| | Subtotal | 0.10 | | $32.50 |
| **EA** | **Retention of Professionals** | | | |

| Purdue Pharma L.P. - Official Committee of Unsecured Credito | | | | July 13, 2020 |
|---|---|---|---|---|
| I.D. 39352-00001 - JRA | | | | Invoice  1029440 |
| Re: Purdue Pharma L.P. - SDNY | | | | Page 14 |

| | | | | | |
|---|---|---|---|---|---|
| | Alberto, Justin R. | | 4.00 | $625.00 | 2,500.00 |
| | Brogan, Daniel N | | 2.20 | $500.00 | 1,100.00 |
| | Fay, Erin R. | | 0.20 | $575.00 | 115.00 |
| | Macon, Sophie Elizabeth | | 0.20 | $400.00 | 80.00 |
| | | Subtotal | 6.60 | | $3,795.00 |
| EC | Lease Executory Contracts | | | | |
| | Alberto, Justin R. | | 0.50 | $625.00 | 312.50 |
| | Brogan, Daniel N | | 3.00 | $500.00 | 1,500.00 |
| | | Subtotal | 3.50 | | $1,812.50 |
| F1 | Bayard Fee Application | | | | |
| | Alberto, Justin R. | | 0.70 | $625.00 | 437.50 |
| | Brogan, Daniel N | | 0.30 | $500.00 | 150.00 |
| | Fay, Erin R. | | 10.00 | $575.00 | 5,750.00 |
| | Flasser, Greg | | 13.00 | $425.00 | 5,525.00 |
| | Macon, Sophie Elizabeth | | 9.00 | $400.00 | 3,600.00 |
| | | Subtotal | 33.00 | | $15,462.50 |
| F2 | Other Professional Fee Applications | | | | |
| | Alberto, Justin R. | | 1.60 | $625.00 | 1,000.00 |
| | Fay, Erin R. | | 0.10 | $575.00 | 57.50 |
| | Macon, Sophie Elizabeth | | 0.50 | $400.00 | 200.00 |
| | | Subtotal | 2.20 | | $1,257.50 |
| OR | Interaction/Review of Other Opioid Companies and Cases | | | | |
| | Alberto, Justin R. | | 0.30 | $625.00 | 187.50 |
| | | Subtotal | 0.30 | | $187.50 |
| PC | Claims, Analysis, Objections and Resolutions | | | | |
| | Brogan, Daniel N | | 0.50 | $500.00 | 250.00 |
| | Fay, Erin R. | | 0.10 | $575.00 | 57.50 |
| | | Subtotal | 0.60 | | $307.50 |
| SC | Statutory Committee and Committee Meetings | | | | |
| | Alberto, Justin R. | | 16.50 | $625.00 | 10,312.50 |
| | Brogan, Daniel N | | 1.70 | $500.00 | 850.00 |
| | Fay, Erin R. | | 7.10 | $575.00 | 4,082.50 |
| | | Subtotal | 25.30 | | $15,245.00 |
| | | **Totals** | **570.90** | | **$225,588.50** |

**Bayard, P.A.**

| | |
|---|---|
| Purdue Pharma L.P. - Official Committee of Unsecured Credito | July 13, 2020 |
| I.D. 39352-00001 - JRA | Invoice  1029440 |
| Re: Purdue Pharma L.P. - SDNY | Page 15 |

| Disbursement Description | Amount |
|---|---|
| Print Images | 32.40 |
| Pacer Document Downloads | 3.80 |
| Computer Research | 57.74 |
| Travel Costs; Round trip Train Tickets from Wilmington, DE to New York, NY ; Justin Alberto | 404.00 |
| Travel Costs; Parking; Justin Alberto | 11.00 |
| CourtCall Charges | 70.00 |
| **Total Disbursements** | **$578.94** |

**Bayard, P.A.**

| | | | |
|---|---|---|---|
| Purdue Pharma L.P. - Official Committee of Unsecured Credito | | | July 13, 2020 |
| I.D. 39352-00001 - JRA | | | Invoice  1029440 |
| Re: Purdue Pharma L.P. - SDNY | | | Page  16 |

### Monthly Summary of Professional Fees

| | | Rate/Hour | Hours | Amount |
|---|---|---|---|---|
| Neil B Glassman | Director | 1,050.00 | 0.80 | 840.00 |
| Marla H Norton | Director | 795.00 | 1.10 | 874.50 |
| Scott D Cousins | Director | 750.00 | 1.80 | 1,350.00 |
| Justin R. Alberto | Director | 625.00 | 30.50 | 19,062.50 |
| Greg Flasser | Associate | 425.00 | 47.20 | 20,060.00 |
| Megan McGovern | Associate | 350.00 | 13.70 | 4,795.00 |
| Erin R. Fay | Director | 575.00 | 21.80 | 12,535.00 |
| Sophie Elizabeth Macon | Associate | 400.00 | 120.80 | 48,320.00 |
| Daniel N Brogan | Associate | 500.00 | 7.70 | 3,850.00 |
| David Miller-Myers | Associate | 325.00 | 122.60 | 39,845.00 |
| Emily A Letcher | Associate | 365.00 | 30.40 | 11,096.00 |
| Shawna L Riley | Associate | 325.00 | 9.10 | 2,957.50 |
| Sarah T Andrade | Associate | 425.00 | 49.80 | 21,165.00 |
| Gabriel B Ragsdale | Law Clerk | 325.00 | 25.50 | 8,287.50 |
| Alessandra Mungioli | Law Clerk | 325.00 | 10.50 | 3,412.50 |
| Scott D Jones | Associate | 350.00 | 77.20 | 27,020.00 |
| Kristin McCloskey | Paralegal | 295.00 | 0.30 | 88.50 |
| Larry Morton | Paralegal | 295.00 | 0.10 | 29.50 |
| | | **Totals** | **570.90** | **225,588.50** |

### Monthly Summary of Fees

| | Hours | Amount |
|---|---|---|
| **February** | **Hours** | **Amount** |
| Litigation/Adversary Proceedings | 485.90 | 181,345.50 |
| Case Administration | 7.80 | 3,171.00 |
| Court Hearings | 2.10 | 1,145.00 |
| Customer, Supplier, and Vendor Issues (including Critical | 0.10 | 32.50 |
| Retention of Professionals | 6.60 | 3,795.00 |
| Lease Executory Contracts | 3.50 | 1,812.50 |
| Bayard Fee Application | 1.90 | 1,000.00 |
| Other Professional Fee Applications | 2.10 | 1,200.00 |
| Interaction/Review of Other Opioid Companies and Cases | 0.30 | 187.50 |
| Claims, Analysis, Objections and Resolutions | 0.60 | 307.50 |
| Statutory Committee and Committee Meetings | 25.30 | 15,245.00 |
| **March** | **Hours** | **Amount** |
| Litigation/Adversary Proceedings | 0.90 | 360.00 |
| Case Administration | 0.10 | 29.50 |
| Bayard Fee Application | 29.10 | 13,452.50 |

**Bayard, P.A.**

| | | |
|---|---|---|
| Purdue Pharma L.P. - Official Committee of Unsecured Credito | | July 13, 2020 |
| I.D. 39352-00001 - JRA | | Invoice  1029440 |
| Re: Purdue Pharma L.P. - SDNY | | Page 17 |

| | Hours | Amount |
|---|---|---|
| Other Professional Fee Applications | 0.10 | 57.50 |
| **April** | **Hours** | **Amount** |
| Court Hearings | 2.50 | 1,437.50 |
| Bayard Fee Application | 1.30 | 607.50 |
| **May** | **Hours** | **Amount** |
| Bayard Fee Application | 0.70 | 402.50 |
| **Totals** | **570.90** | **$225,588.50** |

### Disbursement Summary by Month

**February**

| | | |
|---|---|---|
| Travel Costs; Round trip Train Tickets from Wilmington, DE to New York, NY ; Justin Alberto | | 404.00 |
| Travel Costs; Parking; Justin Alberto | | 11.00 |
| Print Images | | 32.40 |
| Pacer Document Downloads | | 3.80 |
| Computer Research | | 57.74 |
| Total for February | $508.94 | |

**April**

| | | |
|---|---|---|
| CourtCall Charges | | 70.00 |
| Total for April | $70.00 | |
| **Total Disbursements** | **$578.94** | |

## EXHIBIT D

### Expense Category Summary

| Expense Category | Amount |
|---|---|
| Computer Research | $57.74 |
| CourtCall Charges | $70.00 |
| Pacer Document Downloads | $3.80 |
| Print Images | $32.40 |
| Travel Costs | $415.00 |
| **Totals** | **$578.94** |

**EXHIBIT E**

**Expense Detail**

# BAYARD, P.A.

600 N. KING STREET, SUITE 400
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

Purdue Pharma L.P. - Official Committee of Unsecured Credito
Akin Gump Strauss Hauer & Feld LLP
c/o Arik Preis
One Bryant Park
Bank of America Tower
New York, NY  10036

Invoice  1029440
July 13, 2020

ID: 39352-00001 - JRA

Re: Purdue Pharma L.P. - SDNY

For Services Rendered Through  5/31/2020

| Expense Summary | |
| --- | --- |
| **Expense Category** | **Amount** |
| Print Images | 32.40 |
| Pacer Document Downloads | 3.80 |
| Computer Research | 57.74 |
| Travel Costs; Round trip Train Tickets from Wilmington, DE to New York, NY ; Justin Alberto | 404.00 |
| Travel Costs; Parking; Justin Alberto | 11.00 |
| CourtCall Charges | 70.00 |
| **Total Expenses** | **$578.94** |

| Detailed Disbursement Description | | |
| --- | --- | --- |
| **Date** | **Disbursement Description** | **Amount** |
| 02/03/20 | Computer Research; S. Riley | 21.82 |
| 02/04/20 | Computer Research; M. Norton | 35.92 |
| 02/05/20 | Pacer Document Downloads | 0.40 |
| 02/06/20 | Print Images | 2.70 |
| 02/06/20 | Print Images | 1.10 |
| 02/10/20 | Print Images | 1.90 |
| 02/10/20 | Print Images | 0.70 |
| 02/10/20 | Print Images | 1.00 |
| 02/12/20 | Travel Costs; Round trip Train Tickets from Wilmington, DE to New York, NY ; Justin Alberto | 404.00 |
| 02/12/20 | Travel Costs; Parking; Justin Alberto | 11.00 |
| 03/12/20 | Pacer Document Downloads | 3.30 |
| 03/13/20 | Pacer Document Downloads | 0.10 |
| 03/13/20 | Print Images | 1.10 |

**Bayard, P.A.**

| | | |
|---|---|---|
| Purdue Pharma L.P. - Official Committee of Unsecured Credito | | July 13, 2020 |
| I.D. 39352-00001 - JRA | | Invoice  1029440 |
| Re: Purdue Pharma L.P. - SDNY | | Page 2 |

| Date | Disbursement Description | Amount |
|---|---|---|
| 03/13/20 | Print Images | 5.40 |
| 04/16/20 | Print Images | 4.50 |
| 04/16/20 | Print Images | 6.10 |
| 04/16/20 | Print Images | 4.10 |
| 04/16/20 | Print Images | 3.80 |
| 04/22/20 | CourtCall Charges | 70.00 |
| | **Total Disbursements** | **578.94** |