BEDELL CRISTIN JERSEY PARTNERSHIP
Edward Drummond
26 New Street
Saint Helier, Jersey JE2 3RA
Tel: +44 (0)1534 814814
edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*, | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**FIRST CONSOLIDATED MONTHLY FEE STATEMENT OF
BEDELL CRISTIN JERSEY PARTNERSHIP
FOR PROFESSIONAL SERVICES RENDERED AS SPECIAL FOREIGN COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD OF 27 FEBRUARY 2020 THROUGH 31 MAY 2020**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Bedell Cristin Jersey Partnership |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | 29 June 2020, *nunc pro tunc* to 27 February, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | 27 February 2020 through 31 May 2020 |
| Fees Incurred: | $30,288.00 |
| 20% Holdback: | $6,057.60 |
| Total Compensation Less 20% Holdback: | $24,230.40 |
| Monthly Expenses Incurred: | $0.00 |
| Total Fees and Expenses Requested: | **$24,230.40** |

This is a consolidated monthly fee statement.

Bedell Cristin Jersey Partnership ("<u>Bedell Cristin</u>"), special foreign counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "<u>Debtors</u>"), hereby submits this consolidated statement of fees and disbursements (the "<u>First Consolidated Monthly Fee Statement</u>") covering the period from 27 February 2020 through and including 31 May 2020 (the "<u>Compensation Period</u>") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023]. The Honourable Robert R Drain, United States Bankruptcy Judge, approved the retention of Bedell Cristin *nun pro tunc* to 27 February 2020 by order dated 29 June 2020.

2

By this First Consolidated Monthly Fee Statement, Bedell Cristin requests interim allowance and payment of compensation in the amount of $24,230.40 (80% of $30,288.00) for fees on account of reasonable and necessary professional services rendered to the Committee by Bedell Cristin during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, hourly billing rates and aggregate hours spent by each Bedell Cristin professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Bedell Cristin for services rendered to the Committee are the same rates that Bedell Cristin charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Bedell Cristin professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Bedell Cristin professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

Bedell Cristin confirms that no disbursements or expenses were incurred by it during the Compensation Period.

3

## NOTICE AND OBJECTION PROCEDURES

Notice of this First Consolidated Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this First Consolidated Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on 28 July 2020** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If no objections to this First Consolidated Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees identified herein.

If an objection to this First Consolidated Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this First Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved,

it shall be preserved and scheduled for consideration at the next interim fee application hearing to

be held by the Court.


Dated: St Helier, Jersey                     Bedell Cristin Jersey Partnership
14 July 2020

                                             By:  */s/  Edward Drummond*
                                                  26 New Street, St Helier, Jersey, JE2 3RA
                                                  Telephone:  +44 (0) 1534 814621
                                                  Edward.drummond@bedellcristin.com


                                             *Special Foreign Counsel to the Official
                                             Committee of Unsecured Creditors Purdue
                                             Pharma L.P.,* et al.

## Exhibit A

### Timekeeper Summary

| Partners | Department | Rate | Hours | Amount ($) |
|---|---|---|---|---|
| Advocate E. Drummond | Litigation | $750.00 | 22.2 | $16,650.00 |
| Advocate M.H.D Taylor | Litigation | $750.00 | 8 | $6,000.00 |
| Advocate A. Hunter | Financial Services Law | $750.00 | 0.5 | $375.00 |
| Advocate D.M Cadin | Litigation | $750.00 | 0.2 | $150.00 |
| **Partner Total** | | | **30.9** | **$23,175.00** |
| **Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs C. C. Young | Litigation | $430.00 | 15.6 | $6,708.00 |
| **Associate Total** | | | **15.6** | **$6,708.00** |
| **Staff Attorneys and Paraprofessionals** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Library Research | Admin | $225.00 | 1.8 | $405.00 |
| **Staff Attorneys and Paraprofessional Total** | | | **1.8** | **$405.00** |
| **Total Hours / Fees Requested** | | | **48.3** | **$30,288.00** |

## TOTAL FEES FOR THE COMPENSATION PERIOD

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $750 | 30.9 | $23,175.00 |
| Associates | $430 | 15.6 | $6,708.00 |
| Staff Attorneys & Paraprofessionals | $225 | 1.8 | $405 |
| **Blended Attorney Rate** | **$642.65** | | |
| **Blended Rate for All Timekeepers** | **$627.10** | | |
| **Total Hours / Fees Requested:** | | **48.3** | **$30,288.00** |

**Exhibit B**

**Task Code Summary**

| Task Code | Matter | Hours | Value($) |
|---|---|---|---|
| 6 | Retention of Professionals | 39.5 | $25,241.00 |
| 13 | Analysis of Pre-Petition Transactions | 8.8 | $5,047.00 |
| | **TOTAL:** | **48.3** | **$30,288.00** |

## **Exhibit C**

**Itemized Fees**

# BEDELL CRISTIN

LEGAL SERVICES

| | |
|---|---|
| Mitchell Hurley | **Our ref** EBD/CCY/136744.0001 |
| Akin Gump Strauss Hauer & Feld LLP | **Invoice No** 357159 |
| One Bryant Park | **Tax date** 03 July 2020 |
| Bank of America Tower | **GST No.** 0009162 |
| New York | **Tel:** +44 (0) 1534 814814 |
| NY 10036 | |

**INVOICE**

Advice re: Purdue Pharma LP

| | Charge | GST Rate |
|---|---|---|
| **Professional Fees** | | |
| To professional services rendered from 27/02/2020 to 31/05/2020 | 30,288.00 | 0.0% |
| | | |
| **Expenses** | | |
| | 0.00 | |
| | | |
| **Third Party Charges** | | |
| | 0.00 | |
| Total excluding GST | US$ 30,288.00 | |
| Total GST | US$ 0.00 | |
| **TOTAL BALANCE DUE** | **US$ 30,288.00** | |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE          Sort Code: 20-45-05
Account Name: Bedell Group Services Offices  USD          Account Number: 62384922
Swift Code: BARCGB22          IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,          **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA          A list of Partners is available for inspection at the principal office

bedellcristin.com          BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

# BEDELL
# CRISTIN

LEGAL SERVICES

Advice re: Purdue Pharma LP

| | |
|---|---|
| Our ref: | EBD/CCY/136744.0001 |
| Invoice: | 357159 |
| Tax date: | 03 July 2020 |

| Date | Details (with time allocated to tenths of an hour) | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate A. Hunter** | | |
| 15/04/20 | 0006 – Retention: Emails (.3) and call with Ed re conflict clearance (.2) | 0:30 | 375.00 |
| | **Advocate D.M. Cadin** | | |
| 09/04/20 | 0006 – Retention: Discussion EBD | 0:12 | 150.00 |
| | **Advocate E. Drummond** | | |
| 26/03/20 | 0006 – Retention: Akin Gump – emails (.1). Call with them. (1.0) | 1:06 | 825.00 |
| | 0006 – Retention: Akin Gump - review engagement letter. | 0:18 | 225.00 |
| 27/03/20 | 0006 – Retention: Akin Gump – review recognition case | 0:18 | 225.00 |
| | 0006 – Retention: Akin Gump - conflicts. | 0:24 | 300.00 |
| 30/03/20 | 0006 – Retention: Akin Gump - file opening (.1) and conflict checks (.6) | 0:42 | 525.00 |
| | 0013 - Claim: Consider Jersey case (.2). Email exchange with Akin Gump (.3). | 0:30 | 375.00 |
| 31/03/20 | 0006 – Retention: Conflict check emails. | 0:06 | 75.00 |
| 01/04/20 | 0006 – Retention: Email re conflict checks | 0:12 | 150.00 |
| 02/04/20 | 0006 – Retention: Call with conflict team. | 0:30 | 375.00 |
| | 0013 - Claim: Research re: trusts law issues. | 0:48 | 600.00 |
| 03/04/20 | 0013 - Claim: Research re: trusts law issues. | 0:12 | 150.00 |
| 06/04/20 | 0006 – Retention: Conflicts - Email to IT and MHT. | 0:18 | 225.00 |
| 07/04/20 | 0006 – Retention: Conflicts | 0:06 | 75.00 |
| | 0013 – Agreement re: Jersey law issues - comments to Akin Gump. | 1:36 | 1,200.00 |
| 08/04/20 | 0006 – Retention: Review amendments to engagement letter. | 0:24 | 300.00 |
| | 0006 – Retention: Conflicts | 0:24 | 300.00 |
| | 0013 - Agreement re: Jersey law issues: call with Akin Gump. | 0:54 | 675.00 |
| 09/04/20 | 0006 – Retention: Reviewing conflict checks (2.4). Call with Akin Gump re: retention application and conflicts (.8). Email to them with unclear names (.2). Email from them with new names (.2). Email our revised engagement letter (.2). Speak MHT (.2). Email to all fee earners: Debtor confirmation (.4). | 4:24 | 3,300.00 |
| 14/04/20 | 0006 – Retention: Reviewing hits from additional conflict names (1.0). Emails to lawyers (particularly in our Cayman office) (.7). Speak to them (.2). | 1:54 | 1,425.00 |
| | 0006 - Retention: Retention application and engagement letter - email exchanges with Akin Gump. | 0:30 | 375.00 |
| | 0013 - Agreement re: Jersey law issues: Telephone call with Davis Polk (for debtors) and Akin Gump re: amendments (.5). Follow up email to Jackie at Akin Gump (.1). | 0:36 | 450.00 |
| 15/04/20 | 0006 – Retention: review potential conflicts (1.4) emails (.5) and calls internally (.5) with Akin Gump (.01)). | 2:30 | 1,875.00 |
| 16/04/20 | 0006 – Retention: conflict clearance emails (1.0) and calls (.4) | 1:24 | 1,050.00 |
| 17/04/20 | 0006 – Retention: email confirmation from potential conflict party 2 (.1). Email exchange with Akin Gump re: conflict name (.1). | 0:12 | 150.00 |
| 20/04/20 | 0013 – Agreement re: Jersey law issues: email from Akin Gump with amendments from Davis Polk (.1). Compare with notes on earlier draft, AG mark up and call notes (.3). Email to Akin Gump (.1). | 0:30 | 375.00 |
| 22/04/20 | 0006 – Retention: chasing up potential conflict parties 1 and 3. | 0:06 | 75.00 |
| 28/04/20 | 0006 – Retention: review emails re conflict parties. | 0:12 | 150.00 |
| 29/04/20 | 0006 – Retention: chasing up potential conflict party 1 - speak FW, PA to JB. | 0:18 | 225.00 |
| 06/05/20 | 0006 – Retention: chasers to potential conflict parties 1 (.1) and 3 (.1). Responses from both (.1). | 0:18 | 225.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE          Sort Code: 20-45-05
Account Name:  Bedell Group Services Offices  USD          Account Number: 62384922
Swift Code: BARCGB22          IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,          **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA          A list of Partners is available for inspection at the principal office

bedellcristin.com          BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

**BEDELL
CRISTIN**

LEGAL SERVICES

**Advocate E. Drummond**

| | | | |
|---|---|---|---|
| 14/05/20 | 0006 – Retention: Call from Akin Gump. | 0:06 | 75.00 |
| 15/05/20 | 0006 – Retention: email exchange with potential conflict party 1. | 0:12 | 150.00 |
| 20/05/20 | 0006 – Retention: email to potential conflict party 1. | 0:06 | 75.00 |
| 28/05/20 | 0006 – Retention: call with Akin Gump – conflicts clear. | 0:06 | 75.00 |

**Advocate M.H.D. Taylor**

| | | | |
|---|---|---|---|
| 07/04/20 | 0006 – Retention: Due diligence conflict names | 1:30 | 1,125.00 |
| 08/04/20 | 0006 – Retention: Review of conflicts | 2:00 | 1,500.00 |
| 09/04/20 | 0006 – Retention: Carrying out conflicts search of 300 possible (4.3) and consultation with EBD concerning results (.2) | 4:30 | 3,375.00 |

**Library Research**

| | | | |
|---|---|---|---|
| 03/04/20 | 0013 - Claim: Researching case law on Jersey Trust Law issue – for Edward Drummond | 1:48 | 405.00 |

**Mrs C. C. Young**

| | | | |
|---|---|---|---|
| 26/03/20 | 0006 – Retention: Conference call with Akin Gump re: instructions (1.0), amending engagement letter (.2), email to Akin Gump (.2) | 1:24 | 602.00 |
| 27/03/20 | 0006 – Retention: Drafting index for conflict checks | 0:24 | 172.00 |
| | 0006 – Retention: Opening matter | 0:30 | 215.00 |
| 30/03/20 | 0006 – Retention: Create Matter, (.3) organise file (.3), conflict checks (.2) | 0:48 | 344.00 |
| 02/04/20 | 0006 – Retention: Conflict checks | 1:30 | 645.00 |
| 03/04/20 | 0006 – Retention: Conflict Checks | 4:12 | 1,806.00 |
| 04/04/20 | 0006 – Retention: Conflict Checks | 2:42 | 1,161.00 |
| 07/04/20 | 0006 – Retention: Conflict Checks | 1:36 | 688.00 |
| 08/04/20 | 0013 - Agreement re: Jersey law issues: Telephone conference with Akin Gump | 0:54 | 387.00 |
| 09/04/20 | 0006 – Retention: Telephone call with Akin Gump | 0:42 | 301.00 |
| 14/04/20 | 0006 – Retention: Conflict check | 0:24 | 172.00 |
| | 0013 - Agreement re: Jersey law issues: Telephone call with Akin Gump | 0:30 | 215.00 |

| | | |
|---|---|---|
| Total:- | 48:18 | 30,288.00 |

| | | |
|---|---|---|
| Advocate D.M. Cadin | 0:12 | 150.00 |
| Advocate E. Drummond | 22:12 | 16,650.00 |
| Advocate M.H.D. Taylor | 8:00 | 6,000.00 |
| Advocate  A. Hunter | 0:30 | 375.00 |
| Mrs C. C. Young | 15:36 | 6,708.00 |
| Library Research | 1:48 | 405.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE
Account Name:  Bedell Group Services Offices  USD
Swift Code: BARCGB22

Sort Code: 20-45-05
Account Number: 62384922
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

bedellcristin.com

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE