**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF SEVENTH MONTHLY FEE STATEMENT OF**
**JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT**
**BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
<u>**FOR THE PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020**</u>

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | May 1, 2020 through May 31, 2020 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $3,110.10 |

This is a(n):   monthly <u> x </u>   interim <u>  </u>   final application <u>  </u>

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**SEVENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
<u>**May 1, 2020 through May 31, 2020**</u>

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 14.0 |
| 2 | Sale Process | 12.5 |
| 3 | Creditor Communication | 50.5 |
| 4 | Debtor Communication | - |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence | 271.5 |
| 10 | Business Plan | - |
| 11 | Case Strategy | 9.0 |
| **Total** | | **357.5** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-head/Managing Director, Debt Advisory & Restructuring | 38.5 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 13.0 |
| Jaspinder Kanwal | Vice President, Debt Advisory & Restructuring | 42.0 |
| Ben Troester | Associate, Debt Advisory & Restructuring | 67.5 |
| Kevin Chen | Analyst, Debt Advisory & Restructuring | 106.5 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 32.0 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 16.5 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 15.0 |
| Connor Hattersley | Analyst, Global Healthcare Investment Banking | 26.5 |
| **Total** | | **357.5** |

**SEVENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**May 1, 2020 through May 31, 2020**

| Category | May 2020 |
|---|---|
| Meals | $- |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 3,110.10 |
| General | - |
| **Total Expenses** | **$3,110.10** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

### SEVENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from May 1, 2020 through May 31, 2020 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $3,110.10.  In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This

matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of this matter is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2.      On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary

petition with this Court for relief under chapter 11 of title 11 of the United States Code (the

"Bankruptcy Code").

3.      On September 26, 2019, the United States Trustee for the Southern District of New

York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code

[Docket No. 131].  Shortly after its appointment, the Committee selected Jefferies as its investment

banker.

4.      On November 5, 2019, the Committee filed an application to employ and retain

Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc*

*pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement

letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019

[Docket No. 425] (the "Retention Application").[2]  A copy of the Engagement Letter was annexed

to the Retention Application as Exhibit B.

5.      On November 21, 2019, the Court entered the order granting the Retention

Application [Docket No. 526] (the "Retention Order").  Subject to application to the Court, the

Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2]      Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the
Retention Application.

2

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6.      On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases.  The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement").  Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline").  At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

## Relief Requested

7.      By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from May 1, 2020 through May 31, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $3,110.10.

3

8.      All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee.  Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order.  Such time records are attached hereto as Exhibit A.

9.      The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters.  Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

## Actual and Necessary Expenses

10.      Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order.  As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $3,110.10, including outside counsel fees as permitted under the Retention Order.

4

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from May 1, 2020 through May 31, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $3,110.10.

Dated: July 14, 2020
       New York, New York

                                        Respectfully submitted,

                                        _/s/ Leon Szlezinger_____
                                        Leon Szlezinger
                                        Managing Director and Joint Global Head of
                                        Debt Advisory & Restructuring
                                        JEFFERIES LLC

**<u>Exhibit A</u>**

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| | | **May 1, 2020 - May 31, 2020 Hours for Case Administration / General** | **14.0** | |
| 05/01/20 | Leon Szlezinger | Call with SDNY FA | 0.5 | 1 |
| 05/01/20 | Leon Szlezinger | Review notes from call with SDNY FA | 0.5 | 1 |
| 05/01/20 | Robert White | Call with SDNY FA | 0.5 | 1 |
| 05/01/20 | Jaspinder Kanwal | Call with SDNY FA | 0.5 | 1 |
| 05/01/20 | Jaspinder Kanwal | Review notes from call with SDNY FA | 0.5 | 1 |
| 05/01/20 | Benjamin Troester | Call with SDNY FA | 0.5 | 1 |
| 05/01/20 | Kevin Chen | Call with SDNY FA | 0.5 | 1 |
| 05/01/20 | Kevin Chen | Organize notes from call with SDNY FA | 0.5 | 1 |
| 05/01/20 | Kevin Sheridan | Call with SDNY FA | 0.5 | 1 |
| 05/01/20 | James Wiltshire | Call with SDNY FA | 0.5 | 1 |
| 05/01/20 | William Maselli | Call with SDNY FA | 0.5 | 1 |
| 05/01/20 | Connor Hattersley | Call with SDNY FA | 0.5 | 1 |
| 05/12/20 | Kevin Chen | Prepare Jefferies Monthly Fee Statement | 3.0 | 1 |
| 05/13/20 | Leon Szlezinger | Review Jefferies Monthly Fee Statement | 0.5 | 1 |
| 05/13/20 | Jaspinder Kanwal | Review Jefferies Monthly Fee Statement | 0.5 | 1 |
| 05/13/20 | Kevin Chen | Prepare Jefferies Monthly Fee Statement | 1.0 | 1 |
| 05/18/20 | Jaspinder Kanwal | Review LEDES data for Fee Examiner | 0.5 | 1 |
| 05/18/20 | Kevin Chen | Prepare LEDES data for Fee Examiner | 1.5 | 1 |
| 05/19/20 | Leon Szlezinger | Review LEDES data for Fee Examiner | 0.5 | 1 |
| 05/27/20 | Kevin Chen | Administrative Tasks re: Billing | 0.5 | 1 |
| | | | | |
| | | **May 1, 2020 - May 31, 2020 Hours for Sale Process** | **12.5** | |
| 05/13/20 | Leon Szlezinger | Call with KPMG re: IAC Tax | 1.0 | 2 |
| 05/13/20 | Leon Szlezinger | Review KPMG tax presentation | 1.5 | 2 |
| 05/13/20 | Leon Szlezinger | Review notes from KPMG tax call | 1.0 | 2 |
| 05/13/20 | Robert White | Call with KPMG re: IAC Tax | 1.0 | 2 |
| 05/13/20 | Jaspinder Kanwal | Call with KPMG re: IAC Tax | 1.0 | 2 |
| 05/13/20 | Benjamin Troester | Call with KPMG re: IAC Tax | 1.0 | 2 |
| 05/13/20 | Kevin Chen | Call with KPMG re: IAC Tax | 1.0 | 2 |
| 05/13/20 | Kevin Chen | Organize notes from call with KPMG re: IAC Tax | 0.5 | 2 |
| 05/13/20 | Kevin Sheridan | Call with KPMG re: IAC Tax | 1.0 | 2 |
| 05/13/20 | James Wiltshire | Call with KPMG re: IAC Tax | 1.0 | 2 |
| 05/13/20 | William Maselli | Call with KPMG re: IAC Tax | 1.0 | 2 |
| 05/13/20 | Connor Hattersley | Call with KPMG re: IAC Tax | 0.5 | 2 |
| 05/15/20 | Jaspinder Kanwal | Review notes from KPMG tax call | 0.5 | 2 |
| | | **May 1, 2020 - May 31, 2020 Hours for Creditor Communication** | **50.5** | |
| 05/04/20 | Leon Szlezinger | Weekly UCC Update Call | 1.0 | 3 |
| 05/04/20 | Robert White | Weekly UCC Update Call | 1.0 | 3 |
| 05/04/20 | Jaspinder Kanwal | Weekly UCC Update Call | 1.0 | 3 |
| 05/04/20 | Benjamin Troester | Weekly UCC Update Call | 1.0 | 3 |
| 05/04/20 | Kevin Chen | Weekly UCC Update Call | 1.0 | 3 |
| 05/04/20 | Kevin Sheridan | Weekly UCC Update Call | 1.0 | 3 |
| 05/11/20 | Leon Szlezinger | Weekly UCC Update Call | 1.0 | 3 |
| 05/11/20 | Jaspinder Kanwal | Weekly UCC Update Call | 1.0 | 3 |
| 05/11/20 | Benjamin Troester | Weekly UCC Update Call | 1.0 | 3 |
| 05/11/20 | Kevin Chen | Weekly UCC Update Call | 1.0 | 3 |
| 05/11/20 | Kevin Sheridan | Weekly UCC Update Call | 1.0 | 3 |
| 05/14/20 | Leon Szlezinger | Prepare for weekly UCC update call | 0.5 | 3 |
| 05/14/20 | Leon Szlezinger | Weekly UCC Update Call | 1.0 | 3 |
| 05/14/20 | Robert White | Weekly UCC Update Call | 1.0 | 3 |
| 05/14/20 | Jaspinder Kanwal | Weekly UCC Update Call | 1.0 | 3 |
| 05/14/20 | Benjamin Troester | Weekly UCC Update Call | 1.0 | 3 |
| 05/14/20 | Kevin Chen | Weekly UCC Update Call | 1.0 | 3 |
| 05/14/20 | Kevin Sheridan | Prepare for weekly UCC update call | 0.5 | 3 |
| 05/14/20 | Kevin Sheridan | Weekly UCC Update Call | 1.0 | 3 |
| 05/18/20 | Leon Szlezinger | Prepare for weekly UCC update call | 0.5 | 3 |
| 05/18/20 | Leon Szlezinger | Weekly UCC Update Call | 1.0 | 3 |
| 05/18/20 | Jaspinder Kanwal | Weekly UCC Update Call | 1.0 | 3 |
| 05/18/20 | Benjamin Troester | Weekly UCC Update Call | 1.0 | 3 |
| 05/18/20 | Kevin Chen | Weekly UCC Update Call | 1.0 | 3 |
| 05/18/20 | Kevin Sheridan | Weekly UCC Update Call | 1.0 | 3 |
| 05/21/20 | Leon Szlezinger | Prepare for weekly UCC update call | 0.5 | 3 |
| 05/21/20 | Leon Szlezinger | Weekly UCC Update Call | 1.0 | 3 |
| 05/21/20 | Robert White | Weekly UCC Update Call | 1.0 | 3 |
| 05/21/20 | Jaspinder Kanwal | Weekly UCC Update Call | 1.0 | 3 |
| 05/21/20 | Benjamin Troester | Weekly UCC Update Call | 1.0 | 3 |
| 05/21/20 | Kevin Chen | Weekly UCC Update Call | 1.0 | 3 |
| 05/21/20 | Kevin Sheridan | Weekly UCC Update Call | 1.0 | 3 |
| 05/26/20 | Leon Szlezinger | Weekly UCC Update Call | 1.0 | 3 |
| 05/26/26 | Robert White | Weekly UCC Update Call | 1.0 | 3 |
| 05/26/20 | Jaspinder Kanwal | Weekly UCC Update Call | 1.0 | 3 |
| 05/26/20 | Benjamin Troester | Weekly UCC Update Call | 1.0 | 3 |
| 05/26/20 | Kevin Chen | Weekly UCC Update Call | 1.0 | 3 |
| 05/26/20 | Kevin Sheridan | Weekly UCC Update Call | 1.0 | 3 |
| 05/28/20 | Leon Szlezinger | Weekly UCC Update Call | 1.0 | 3 |
| 05/28/20 | Jaspinder Kanwal | Weekly UCC Update Call | 1.0 | 3 |

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 05/28/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 05/28/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 05/28/20 | Kevin Sheridan | *Prepare for weekly UCC update call* | 0.5 | 3 |
| 05/28/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 05/29/20 | Leon Szlezinger | *UCC Update Call re: Report* | 1.0 | 3 |
| 05/29/20 | Robert White | *UCC Update Call re: Report* | 1.0 | 3 |
| 05/29/20 | Jaspinder Kanwal | *UCC Update Call re: Report* | 1.0 | 3 |
| 05/29/20 | Benjamin Troester | *UCC Update Call re: Report* | 1.0 | 3 |
| 05/29/20 | Kevin Chen | *UCC Update Call re: Report* | 1.0 | 3 |
| 05/29/20 | Kevin Sheridan | *UCC Update Call re: Report* | 1.0 | 3 |
| 05/29/20 | James Wiltshire | *UCC Update Call re: Report* | 1.0 | 3 |
| 05/29/20 | William Maselli | *UCC Update Call re: Report* | 1.0 | 3 |
| 05/29/20 | Connor Hattersley | *UCC Update Call re: Report* | 1.0 | 3 |
| | | | | |
| | | **May 1, 2020 - May 31, 2020 Hours for Due Diligence** | **271.5** | |
| 05/01/20 | Kevin Chen | *Review PPLP data room* | 1.5 | 9 |
| 05/03/20 | Benjamin Troester | *Review Debtors' Business Plan Documents* | 1.5 | 9 |
| 05/04/20 | Leon Szlezinger | *Call with PJT re: Updated Debtor PPLP Plan* | 1.0 | 9 |
| 05/04/20 | Leon Szlezinger | *Review notes from call with PJT re: Updated Debtor PPLP Plan* | 1.5 | 9 |
| 05/04/20 | Robert White | *Call with PJT re: Updated Debtor PPLP Plan* | 1.0 | 9 |
| 05/04/20 | Jaspinder Kanwal | *Call with PJT re: Updated Debtor PPLP Plan* | 1.0 | 9 |
| 05/04/20 | Jaspinder Kanwal | *Review notes from call with PJT re: Updated Debtor PPLP Plan* | 1.5 | 9 |
| 05/04/20 | Benjamin Troester | *Call with PJT re: Updated Debtor PPLP Plan* | 1.0 | 9 |
| 05/04/20 | Benjamin Troester | *Review Rhodes Pharmaceutical Diligence Information* | 1.0 | 9 |
| 05/04/20 | Benjamin Troester | *IAC Diligence Review* | 1.5 | 9 |
| 05/04/20 | Kevin Chen | *Review Purdue financial model from Debtor* | 3.0 | 9 |
| 05/04/20 | Kevin Chen | *Call with PJT re: Updated Debtor PPLP Plan* | 1.0 | 9 |
| 05/04/20 | Kevin Chen | *Organize Notes from Call with PJT re: Updated Debtor PPLP Plan* | 1.5 | 9 |
| 05/04/20 | Kevin Chen | *Review IMS analysis on Rhodes drugs* | 1.5 | 9 |
| 05/04/20 | Kevin Sheridan | *Call with PJT re: Updated Debtor PPLP Plan* | 1.0 | 9 |
| 05/04/20 | Kevin Sheridan | *Review notes from call with PJT re: Updated Debtor PPLP Plan* | 2.0 | 9 |
| 05/04/20 | James Wiltshire | *Call with PJT re: Updated Debtor PPLP Plan* | 1.0 | 9 |
| 05/04/20 | James Wiltshire | *Review notes from call with PJT re: Updated Debtor PPLP Plan* | 0.5 | 9 |
| 05/04/20 | William Maselli | *Call with PJT re: Updated Debtor PPLP Plan* | 1.0 | 9 |
| 05/04/20 | William Maselli | *Review notes from call with PJT re: Updated Debtor PPLP Plan* | 1.5 | 9 |
| 05/04/20 | Connor Hattersley | *Call with PJT re: Updated Debtor PPLP Plan* | 1.0 | 9 |
| 05/04/20 | Connor Hattersley | *Organize notes from call with PJT re: Updated Debtor PPLP Plan* | 1.0 | 9 |
| 05/04/20 | Connor Hattersley | *Prepare IMS data analysis on Rhodes drugs* | 3.0 | 9 |
| 05/04/20 | Connor Hattersley | *Continue to prepare IMS data analysis on Rhodes drugs* | 1.5 | 9 |
| 05/05/20 | Leon Szlezinger | *Review updated Purdue business plan* | 2.5 | 9 |
| 05/05/20 | Robert White | *Review notes from call with PJT re: Updated Debtor PPLP Plan* | 1.0 | 9 |
| 05/05/20 | Jaspinder Kanwal | *Review Purdue financial model from Debtor* | 2.5 | 9 |
| 05/05/20 | Jaspinder Kanwal | *Continue to review Purdue financial model from Debtor* | 2.5 | 9 |
| 05/05/20 | Kevin Sheridan | *Review updated PPLP business plan* | 2.0 | 9 |
| 05/05/20 | Kevin Sheridan | *Review IMS data analysis on Rhodes drugs* | 1.5 | 9 |
| 05/05/20 | James Wiltshire | *Review IMS data analysis on Rhodes drugs* | 1.5 | 9 |
| 05/05/20 | William Maselli | *Review IMS data analysis on Rhodes drugs* | 2.5 | 9 |
| 05/05/20 | Benjamin Troester | *Review Debtors' Updated Business Plan Financials* | 3.0 | 9 |
| 05/06/20 | Leon Szlezinger | *Review Province presentation on Purdue business plan* | 1.5 | 9 |
| 05/06/20 | Leon Szlezinger | *Continue to review Province presentation on Purdue business plan* | 1.0 | 9 |
| 05/06/20 | Jaspinder Kanwal | *Review IAC diligence responses* | 1.0 | 9 |
| 05/06/20 | Jaspinder Kanwal | *Review Province presentation on Purdue business plan* | 3.0 | 9 |
| 05/06/20 | Benjamin Troester | *Review IAC Country Level Forecasts* | 4.0 | 9 |
| 05/06/20 | Benjamin Troester | *Review IMS Sales Data* | 1.0 | 9 |
| 05/06/20 | Kevin Chen | *Review IAC diligence responses* | 3.0 | 9 |
| 05/06/20 | Kevin Chen | *Continue to review IAC diligence responses* | 2.0 | 9 |
| 05/06/20 | Kevin Chen | *Review Province presentation on Purdue business plan* | 1.5 | 9 |
| 05/06/20 | Kevin Sheridan | *Continue to review updated PPLP business plan* | 3.0 | 9 |
| 05/07/20 | Leon Szlezinger | *Review updated Purdue business plan* | 1.0 | 9 |
| 05/07/20 | Jaspinder Kanwal | *Internal discussion re: IAC IQVIA data* | 0.5 | 9 |
| 05/07/20 | Benjamin Troester | *UCC Committee Presentation Review* | 2.5 | 9 |
| 05/07/20 | Benjamin Troester | *Internal discussion re: IAC IQVIA data* | 0.5 | 9 |
| 05/07/20 | Benjamin Troester | *Review Price / Volume Data* | 1.0 | 9 |
| 05/07/20 | Kevin Chen | *Prepare IAC IQVIA data analysis* | 3.0 | 9 |
| 05/07/20 | Kevin Chen | *Continue to prepare IAC IQVIA data analysis* | 2.0 | 9 |
| 05/07/20 | Kevin Chen | *Internal discussion re: IAC IQVIA data* | 0.5 | 9 |
| 05/07/20 | Kevin Sheridan | *Internal discussion re: IAC IQVIA data* | 0.5 | 9 |
| 05/07/20 | James Wiltshire | *Internal discussion re: IAC IQVIA data* | 0.5 | 9 |
| 05/07/20 | William Maselli | *Internal discussion re: IAC IQVIA data* | 0.5 | 9 |
| 05/07/20 | Connor Hattersley | *Prepare IMS data analysis on Opioid drugs* | 3.0 | 9 |
| 05/07/20 | Connor Hattersley | *Continue to prepare IMS data analysis on Opioid drugs* | 2.0 | 9 |
| 05/07/20 | Connor Hattersley | *Internal discussion re: IAC IQVIA data* | 0.5 | 9 |
| 05/08/20 | Leon Szlezinger | *Review IAC diligence responses* | 1.0 | 9 |
| 05/08/20 | Jaspinder Kanwal | *Review IAC IQVIA data analysis* | 1.0 | 9 |
| 05/08/20 | Benjamin Troester | *Draft IAC Price Volume Data* | 2.5 | 9 |
| 05/08/20 | Kevin Chen | *Review IMS analysis on Opioid drugs* | 2.0 | 9 |
| 05/08/20 | Kevin Chen | *Review IAC data room* | 1.0 | 9 |
| 05/08/20 | Kevin Chen | *Review PPLP data room* | 1.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 05/08/20 | William Maselli | Review IMS data analysis on Opioid drugs | 3.0 | 9 |
| 05/09/20 | Leon Szlezinger | Review IMS analysis on Rhodes and Opioid drugs | 1.5 | 9 |
| 05/09/20 | Kevin Chen | Review IAC data room | 0.5 | 9 |
| 05/09/20 | Kevin Sheridan | Review IMS data analysis on Opioid drugs | 2.0 | 9 |
| 05/09/20 | James Wiltshire | Review IAC diligence responses | 3.5 | 9 |
| 05/09/20 | James Wiltshire | Review IMS data analysis on Opioid drugs | 2.0 | 9 |
| 05/10/20 | Benjamin Troester | Review PPLP Financials | 1.5 | 9 |
| 05/10/20 | Kevin Chen | Review PPLP data room | 1.5 | 9 |
| 05/11/20 | Benjamin Troester | Draft IAC Price Volume Data | 1.5 | 9 |
| 05/11/20 | Kevin Chen | Prepare IAC IQVA data analysis | 2.0 | 9 |
| 05/11/20 | Kevin Chen | Prepare updated Purdue business plan financial model | 3.5 | 9 |
| 05/11/20 | Kevin Chen | Continue to prepare updated Purdue business plan financial model | 3.0 | 9 |
| 05/11/20 | Connor Hattersley | Review IAC IQVA data analysis | 1.0 | 9 |
| 05/12/20 | Benjamin Troester | Review IAC Market Level Data | 2.5 | 9 |
| 05/12/20 | Benjamin Troester | Review IAC Consumer Health Diligence | 1.5 | 9 |
| 05/12/20 | Kevin Chen | Review IAC financial model | 2.0 | 9 |
| 05/12/20 | Kevin Chen | Continue to prepare updated Purdue business plan financial model | 4.0 | 9 |
| 05/12/20 | Kevin Chen | Continue to prepare updated Purdue business plan financial model | 1.5 | 9 |
| 05/12/20 | Connor Hattersley | Prepare IAC IQVA data analysis | 2.5 | 9 |
| 05/12/20 | Connor Hattersley | Continue to prepare IAC IQVA data analysis | 1.5 | 9 |
| 05/13/20 | Benjamin Troester | Review Debtor Cash Tax Model Summary | 1.5 | 9 |
| 05/13/20 | Benjamin Troester | Review KMPG Draft Analysis | 3.0 | 9 |
| 05/13/20 | Kevin Chen | Continue to prepare updated Purdue business plan financial model | 4.0 | 9 |
| 05/13/20 | William Maselli | Review IAC IQVA data analysis | 2.0 | 9 |
| 05/14/20 | Benjamin Troester | Administrative Task: Fee Application | 1.0 | 9 |
| 05/14/20 | Kevin Chen | Continue to prepare updated Purdue business plan financial model | 2.5 | 9 |
| 05/14/20 | William Maselli | Review IAC IQVA data analysis | 1.0 | 9 |
| 05/14/20 | Connor Hattersley | Continue to prepare IAC IQVA data analysis | 2.0 | 9 |
| 05/15/20 | Leon Szlezinger | Review IAC IQVA data analysis | 0.5 | 9 |
| 05/15/20 | Jaspinder Kanwal | Review PJT presentation re PBC value | 3.0 | 9 |
| 05/15/20 | Benjamin Troester | Review Debtors IAC Diligence Information | 2.5 | 9 |
| 05/15/20 | Benjamin Troester | Review Debtors PPLP Presentation | 2.0 | 9 |
| 05/15/20 | Kevin Chen | Review PJT presentation re PBC value | 3.0 | 9 |
| 05/15/20 | Kevin Chen | Continue to review PJT presentation re PBC value | 2.0 | 9 |
| 05/15/20 | Kevin Chen | Continue to prepare updated Purdue business plan financial model | 3.5 | 9 |
| 05/15/20 | Kevin Sheridan | Continue to review PJT presentation re PBC value | 3.5 | 9 |
| 05/15/20 | James Wiltshire | Review IAC IQVA data analysis | 1.5 | 9 |
| 05/16/20 | Robert White | Review PJT presentation re PBC value | 1.5 | 9 |
| 05/16/20 | Jaspinder Kanwal | Continue to review PJT presentation re PBC value | 1.5 | 9 |
| 05/16/20 | Benjamin Troester | Draft Updated Business Plan Model | 3.0 | 9 |
| 05/16/20 | Kevin Chen | Continue to prepare updated Purdue business plan financial model | 4.0 | 9 |
| 05/17/20 | Leon Szlezinger | Review PJT presentation re PBC value | 2.5 | 9 |
| 05/17/20 | Kevin Chen | Continue to prepare updated Purdue business plan financial model | 3.0 | 9 |
| 05/17/20 | Kevin Chen | Review IAC data room | 1.0 | 9 |
| 05/17/20 | Kevin Chen | Review PPLP data room | 2.0 | 9 |
| 05/18/20 | Benjamin Troester | Draft Updated Business Plan Model | 1.5 | 9 |
| 05/18/20 | Kevin Chen | Continue to prepare updated Purdue business plan financial model | 1.0 | 9 |
| 05/18/20 | Kevin Sheridan | Review IAC IQVA data analysis | 1.0 | 9 |
| 05/19/20 | Connor Hattersley | Review updated Purdue business plan financial model | 3.0 | 9 |
| 05/20/20 | Jaspinder Kanwal | Review updated Purdue business plan financial model | 2.5 | 9 |
| 05/20/20 | Jaspinder Kanwal | Continue to review updated Purdue business plan financial model | 1.5 | 9 |
| 05/20/20 | Benjamin Troester | Review Debtor Dataroom Documents | 1.0 | 9 |
| 05/21/20 | Leon Szlezinger | Review updated Purdue business plan financial model | 1.5 | 9 |
| 05/21/20 | Jaspinder Kanwal | Continue to review updated Purdue business plan financial model | 2.0 | 9 |
| 05/23/20 | Leon Szlezinger | Review PJT presentation re PBC value | 1.5 | 9 |
| 05/23/20 | Kevin Chen | Review IAC data room | 1.5 | 9 |
| 05/24/20 | Kevin Chen | Review PPLP data room | 1.0 | 9 |
| 05/25/20 | Jaspinder Kanwal | Review PJT potential buyer log | 0.5 | 9 |
| 05/25/20 | Benjamin Troester | Review PPLP Presentation | 1.0 | 9 |
| 05/25/20 | Benjamin Troester | Draft Business Plan Analysis | 2.0 | 9 |
| 05/25/20 | Kevin Chen | Review PJT potential buyer log | 0.5 | 9 |
| 05/25/20 | Kevin Sheridan | Review PJT potential buyer log | 0.5 | 9 |
| 05/26/20 | Jaspinder Kanwal | Prepare WACC analysis | 1.0 | 9 |
| 05/26/20 | Benjamin Troester | Draft PPLP Analysis | 4.5 | 9 |
| 05/26/20 | Benjamin Troester | Review IAC Diligence Responses | 2.0 | 9 |
| 05/26/20 | Kevin Chen | Prepare WACC analysis | 3.0 | 9 |
| 05/27/20 | Jaspinder Kanwal | Review Province presentation on Purdue business plan and PHI | 2.5 | 9 |
| 05/27/20 | Benjamin Troester | Review Illustrative Value Scenarios | 1.5 | 9 |
| 05/27/20 | Kevin Chen | Prepare WACC analysis | 3.5 | 9 |
| 05/27/20 | Kevin Chen | Continue to prepare WACC analysis | 2.5 | 9 |
| 05/27/20 | Kevin Chen | Review Province presentation on Purdue business plan and PHI | 2.5 | 9 |
| 05/28/20 | Robert White | Review Province presentation on Purdue business plan and PHI | 2.0 | 9 |
| 05/28/20 | Jaspinder Kanwal | Continue to review Province presentation on Purdue business plan and PHI | 1.5 | 9 |
| 05/28/20 | Benjamin Troester | Draft PPLP Analysis | 3.5 | 9 |
| 05/28/20 | Kevin Chen | Continue to prepare WACC analysis | 4.0 | 9 |
| 05/28/20 | Kevin Sheridan | Review Province presentation on Purdue business plan and PHI | 3.0 | 9 |
| 05/28/20 | James Wiltshire | Review Province presentation on Purdue business plan and PHI | 1.5 | 9 |
| 05/28/20 | James Wiltshire | Review updated Purdue business plan financial model | 2.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 05/28/20 | William Maselli | *Review Province presentation on Purdue business plan and PHI* | 1.0 | 9 |
| 05/28/20 | Connor Hattersley | *Review Province presentation on Purdue business plan and PHI* | 2.0 | 9 |
| 05/29/20 | Leon Szlezinger | *Review Province presentation on Purdue business plan and PHI* | 3.0 | 9 |
| 05/29/20 | Leon Szlezinger | *Continue to review Province presentation on Purdue business plan and PHI* | 1.5 | 9 |
| 05/29/20 | Kevin Chen | *Continue to prepare WACC analysis* | 2.0 | 9 |
| | **May 1, 2020 - May 31, 2020 Hours for Case Strategy** | | **9.0** | |
| 05/11/20 | Leon Szlezinger | *Prepare for weekly FA coordination call* | 0.5 | 11 |
| 05/11/20 | Leon Szlezinger | *Weekly FA Coordination Call* | 0.5 | 11 |
| 05/11/20 | Robert White | *Weekly FA Coordination Call* | 0.5 | 11 |
| 05/11/20 | Jaspinder Kanwal | *Weekly FA Coordination Call* | 0.5 | 11 |
| 05/11/20 | Benjamin Troester | *Weekly FA Coordination Call* | 0.5 | 11 |
| 05/11/20 | Kevin Chen | *Weekly FA Coordination Call* | 0.5 | 11 |
| 05/11/20 | Kevin Sheridan | *Weekly FA Coordination Call* | 0.5 | 11 |
| 05/18/20 | Leon Szlezinger | *Weekly FA Coordination Call* | 0.5 | 11 |
| 05/18/20 | Jaspinder Kanwal | *Weekly FA Coordination Call* | 0.5 | 11 |
| 05/18/20 | Benjamin Troester | *Weekly FA Coordination Call* | 0.5 | 11 |
| 05/18/20 | Kevin Chen | *Weekly FA Coordination Call* | 0.5 | 11 |
| 05/18/20 | Kevin Sheridan | *Weekly FA Coordination Call* | 0.5 | 11 |
| 05/25/20 | Leon Szlezinger | *Weekly FA Coordination Call* | 0.5 | 11 |
| 05/25/20 | Robert White | *Weekly FA Coordination Call* | 0.5 | 11 |
| 05/25/20 | Jaspinder Kanwal | *Weekly FA Coordination Call* | 0.5 | 11 |
| 05/25/20 | Benjamin Troester | *Weekly FA Coordination Call* | 0.5 | 11 |
| 05/25/20 | Kevin Chen | *Weekly FA Coordination Call* | 0.5 | 11 |
| 05/25/20 | Kevin Sheridan | *Weekly FA Coordination Call* | 0.5 | 11 |

## Exhibit B

### Expenses

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Baker Botts LLP | 3,110.10 | 05/31/20 | Legal | Invoice from legal counsel |

# BAKER BOTTS L.L.P.

Austin          London
Beijing          Moscow
Brussels         New York
Dallas           Palo Alto
Dubai            Riyadh
Hong Kong        San Francisco
**Houston**      Washington

TAX ID 74-1195457

Jefferies LLC
520 Madison Avenue
New York, NY  10022
Attn:  Leon Szlezinger

| | |
|---|---|
| Invoice Number: | 1701841 |
| Invoice Date: | June 4, 2020 |
| Attorney: | R L Spigel |

---

Total fees for services and expenses for the matter shown below through May 31, 2020.

**082383.0108**
Purdue Retention

---

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/01/20 | J R Herz | 0.1 | Email K. Chen re: March 2020 time records (.1) |
| 05/06/20 | J R Herz | 0.8 | Email J. Coleman regarding items for the fee examiner (.1); email B. Troester regarding fifth monthly fee statement (.1); Draft fifth monthly fee statement (.6) |
| 05/06/20 | R L Spigel | 0.1 | Review March fee statement and email with J. Herz re same |
| 05/13/20 | J R Herz | 0.3 | Email K. Chen re: fee examiner's requests concerning expenses and LEDES data (.2); email K. Chen re: March fee statement (.1) |
| 05/14/20 | J R Herz | 0.3 | Review March fee statement (.2); email K. Chen re: same (.1) |
| 05/14/20 | R L Spigel | 0.1 | Review monthly fee app and emails with J. Herz re same |
| 05/15/20 | J R Herz | 0.6 | Revise 5th monthly fee statement based on updated expense information (.2); email E. Lisovicz re: compliance with the fee examiner order (.1); email K. Chen regarding seeking payment for 4th monthly fee application (.1); email R. Spigel re: finalizing 5th monthly fee application (.1); email J. Coleman re: 5th monthly fee statement (.1) |
| 05/18/20 | J R Herz | 0.4 | Email Jefferies team regarding omnibus fee order (.1); review expense detail prior to sending to examiner (.1); email T. Nobis re: review of expense data (.1); email J. Coleman re: sending spreadsheet data to the examiner (.1) |
| 05/22/20 | J R Herz | 0.4 | Being to prepare April fee statement |
| 05/26/20 | J R Herz | 0.2 | Email Akin re: April fee statement timing (.1); email K. Chen re: preparing April fee statement (.1) |
| 05/26/20 | R L Spigel | 0.1 | Review sixth monthly fee application; email with J. Herz re same |

# BAKER BOTTS LLP

Invoice No:       1701841
Invoice Date:   June 4, 2020
Matter:              082383.0108

JEFFERIES LLC
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/28/20 | J R Herz | 0.1 | Email K. Chen regarding status of sixth fee statement (.1) |

**Matter Hours**      **3.50**
**Matter Fees**      **$3,110.00**

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 1701841 |
| Invoice Date: | June 4, 2020 |
| Matter: | 082383.0108 |

JEFFERIES LLC
Purdue Retention

**2020 Lawyer Summary**

| Timekeeper | HOURS | RATE | TOTAL |
|---|---|---|---|
| Herz, J R | 3.2 | 865.00 | 2,768.00 |
| Spigel, R L | 0.3 | 1,140.00 | 342.00 |
| | **3.5** | | **$3,110.00** |

**For Expenses Incurred:**

| | |
|---|---|
| Electronic Court Records | 0.10 |
| **Total Expenses** | **$0.10** |

| | |
|---|---|
| Total Current Fees | $3,110.00 |
| Total Current Costs | $0.10 |
| **Total Due This Invoice** | **$3,110.10** |