KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah H. Bryan

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.* | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

-------------------------------------------------------------x

**SIXTH MONTHLY FEE STATEMENT OF KURTZMAN CARSON**
**CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED**
**AND EXPENSES INCURRED AS INFORMATION AGENT FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |
| *Summary of Fees and Expenses Sought in the Fee Application* | |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | May 1, 2020 through May 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $97,255.52 (80% of $121,569.40) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $2,544.03 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $99,799.55 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its sixth monthly fee statement (the "Monthly Fee Statement") for the period beginning May 1, 2020 through and including May 31, 2020 (the "Fee Period"). During the Fee Period, the fees and expenses incurred by KCC were $124,113.43.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $99,799.55, which represents 80% of KCC's total fees for reasonable and necessary professional

services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**.  A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**.  A schedule of expenses incurred by category.

c. **Exhibit C**.  KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245, Attn: Sarah Bryan, Email: sbryan@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on July 28, 2020** (the

"Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated:  July 14, 2020
      El Segundo, California

                  /s/ Sarah Bryan            
                  **KURTZMAN CARSON CONSULTANTS LLC**
                  Sarah H. Bryan
                  Drake D. Foster
                  222 N. Pacific Coast Highway
                  3rd Floor
                  El Segundo, California 90403
                  Tel: (310) 823-9000

## <u>CERTIFICATION</u>

I, Sarah H. Bryan, pursuant to 28 U.S.C. § 1746, state as follows:

      a)      I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

      b)      I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

      c)      I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  July 14, 2020
      El Segundo, California


                                      _____
                                        Sarah H. Bryan

**Exhibit A**

**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|----------|------|----------|-------|------|-------|
| ACY | Aiesha Clay | Consultant | 18.7 | $188.10 | $3,517.47 |
| BYH | Bryanna Hensley | Consultant | 83.2 | $182.60 | $15,192.32 |
| CET | Christopher Estes | Consultant | 20.7 | $184.80 | $3,825.36 |
| CHD | Christopher Do | Senior Consultant | 1.5 | $188.10 | $282.15 |
| GYC | Gregory Crosby | Consultant | 87.6 | $182.60 | $15,995.76 |
| HBU | Hannah Bussey | Consultant | 1.1 | $182.60 | $200.86 |
| JBU | Joseph Bunning | Senior Consultant | 68.5 | $188.10 | $12,884.85 |
| JCC | Janece Carr | Consultant | 95.1 | $182.60 | $17,365.26 |
| JHM | Joetta Thomas | Consultant | 87.1 | $182.60 | $15,904.46 |
| KYF | Kimberly Foree | Consultant | 40.3 | $182.60 | $7,358.78 |
| MDO | Matthew Orr | Consultant | 0.3 | $182.60 | $54.78 |
| MVZ | Michael Valadez | Consultant | 0.3 | $182.60 | $54.78 |
| RHR | Robert Harrison | Consultant | 80 | $182.60 | $14,608.00 |
| SPI | Sophia Brown | Consultant | 70.9 | $182.60 | $12,946.34 |
| STP | Stephanie Paul | Consultant | 3.9 | $113.85 | $444.00 |
| SYU | Susan Yu | Consultant | 3.7 | $184.80 | $683.76 |
| TFL | Teresa Flores | Consultant | 2.2 | $113.85 | $250.47 |
|  |  |  |  |  |  |
|  | **TOTAL:** |  | **665.1** |  | **$121,569.40** |

**Exhibit B**

**Summary of Expenses by Category**

| Category | Units | Rate | Amount |
|---|---|---|---|
| Reimbursement of Case Related Phone Costs | | | $2,544.03 |
| | | | |
| **TOTAL** | | | **$2,544.03** |

**<u>Exhibit C</u>**

**<u>Invoice</u>**

# *Kurtzman Carson Consultants LLC*

| Account Number | 70789KCC | Invoice Date | June 26, 2020 |
|---|---|---|---|
| Invoice Number | US_KCC1853935 | Due Date | Due upon receipt |

### Purdue Pharma L.P. (Creditors' Committee)
### *Summary*

| <u>Description</u> | <u>Amount</u> |
|---|---|
| **<u>Hourly Fees</u>** | |
| Hourly Fees Charged | $121,569.40 |
| ***Total of Hourly Fees*** | $121,569.40 |
| | |
| **<u>Expenses</u>** | |
| Expenses | $2,544.03 |
| ***Total Expenses*** | $2,544.03 |
| | |
| ***Invoice Subtotal*** | **$124,113.43** |
| Sales and Use Tax | 0.00 |
| ***Total Invoice*** | **$124,113.43** |

--- - --- - --- - --- - --- - --- - --- - --- - --- - --- - ---

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 70789KCC |
|---|---|
| Invoice Number | US_KCC1853935 |
| Total Amount Due | $124,113.43 |
| Amount Paid | $ |

**Check Payments to:**

Kurtzman Carson Consultants LLC
Dept CH 16639
Palatine, IL 60055-6639

**Wire Payments to:**

Kurtzman Carson Consultants LLC
HSBC Bank, NA
452 Fifth Avenue, New York, NY 10018
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020

# *Kurtzman Carson Consultants LLC*

05/01/2020 - 05/31/2020

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| ACY | Aiesha Clay | CON | 18.70 | $188.10 | $3,517.47 |
| BYH | Bryanna Hensley | CON | 83.20 | $182.60 | $15,192.32 |
| CET | Christopher Estes | CON | 20.70 | $184.80 | $3,825.36 |
| CHD | Christopher Do | SC | 1.50 | $188.10 | $282.15 |
| GYC | Gregory Crosby | CON | 87.60 | $182.60 | $15,995.76 |
| HBU | Hannah Bussey | CON | 1.10 | $182.60 | $200.86 |
| JBU | Joseph Bunning | SC | 68.50 | $188.10 | $12,884.85 |
| JCC | Janece Carr | CON | 95.10 | $182.60 | $17,365.26 |
| JHM | Joetta Thomas | CON | 87.10 | $182.60 | $15,904.46 |
| KYF | Kimberly Foree | CON | 40.30 | $182.60 | $7,358.78 |
| MDO | Matthew Orr | CON | 0.30 | $182.60 | $54.78 |
| MVZ | Michael Valadez | CON | 0.30 | $182.60 | $54.78 |
| RHR | Robert Harrison | CON | 80.00 | $182.60 | $14,608.00 |
| SPI | Sophia Brown | CON | 70.90 | $182.60 | $12,946.34 |
| STP | Stephanie Paul | CON | 3.90 | $113.85 | $444.00 |
| SYU | Susan Yu | CON | 3.70 | $184.80 | $683.76 |
| TFL | Teresa Flores | CON | 2.20 | $113.85 | $250.47 |

|  |  |  | *Total* | | *$121,569.40* |

# *Kurtzman Carson Consultants LLC*

## 05/01/2020 - 05/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/1/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 3.90 |
| 5/1/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Cole Schotz Retention App [DN 1013] | SC | Noticing | 0.30 |
| 5/1/2020 | SYU | Prepare Certificate of Service re Reply & Preis Declaration [DNs 1109, 1110] mailing | CON | Noticing | 0.80 |
| 5/1/2020 | SYU | Electronically file 2 Certificates of Service with the court | CON | Noticing | 0.20 |
| 5/1/2020 | SYU | Update the case calendar to the public access website | CON | Maintenance of Public Access Website | 0.50 |
| 5/1/2020 | CET | Respond to creditor inquiries (2) regarding claim filing procedures | CON | Communications / Call Center | 0.40 |
| 5/1/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 5/1/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 3.60 |
| 5/1/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 2.90 |
| 5/1/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 2.50 |
| 5/1/2020 | JCC | Respond to inquiry from creditor re claim filing procedures | CON | Communications / Call Center | 6.30 |
| 5/1/2020 | JHM | Respond to patient and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.00 |
| 5/1/2020 | KYF | Participate in training session | CON | Communications / Call Center | 0.20 |
| 5/1/2020 | KYF | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/1/2020 | RHR | Respond to creditor and patient inquiries regarding claim processing. | CON | Communications / Call Center | 1.00 |
| 5/1/2020 | SPI | Respond to creditor and patient inquiry due to filling procedures. | CON | Communications / Call Center | 0.50 |
| | | | *Total for 5/1/2020* | | **27.70** |
| 5/4/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 4.10 |
| 5/4/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Examination of Financial Institution Motion [DN 1026] | SC | Noticing | 0.30 |
| 5/4/2020 | SYU | Review mail report for Letter to Judge Drain [DN 1089] | CON | Noticing | 0.10 |
| 5/4/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (8) | CON | Communications / Call Center | 0.80 |
| 5/4/2020 | CET | Respond to creditor inquiries (5) regarding claim filing procedures | CON | Communications / Call Center | 0.70 |
| 5/4/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 1.20 |
| 5/4/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.40 |
| 5/4/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.50 |

# *Kurtzman Carson Consultants LLC*

### 05/01/2020 - 05/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/4/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/4/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.60 |
| 5/4/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.90 |
| 5/4/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.10 |
| 5/4/2020 | JHM | Respond to patient and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.50 |
| 5/4/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.30 |
| 5/4/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/4/2020 | KYF | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 4.50 |
| 5/4/2020 | RHR | Respond to inquiry from creditors regarding patients questions concerning claim forms. | CON | Communications / Call Center | 0.40 |
| 5/4/2020 | SPI | Respond to creditor inquiries on filling out claim and procedures | CON | Communications / Call Center | 2.50 |
| | | | **Total for 5/4/2020** | | **33.90** |
| 5/5/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 3.90 |
| 5/5/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Objection to Allergan Lift Stay Motion [DN 1050] | SC | Noticing | 0.30 |
| 5/5/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (8) | CON | Communications / Call Center | 0.80 |
| 5/5/2020 | HBU | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 5/5/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.10 |
| 5/5/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 2.70 |
| 5/5/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.60 |
| 5/5/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.30 |
| 5/5/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.80 |
| 5/5/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.30 |
| 5/5/2020 | JCC | Respond to inquiry from creditor | CON | Communications / Call Center | 2.50 |
| 5/5/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.10 |
| 5/5/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.70 |
| 5/5/2020 | JHM | Respond to patient and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.50 |

# *Kurtzman Carson Consultants LLC*

### 05/01/2020 - 05/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/5/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.70 |
| 5/5/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.40 |
| 5/5/2020 | KYF | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 1.30 |
| 5/5/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.20 |
| 5/5/2020 | SPI | Respond to creditors on filling claim procedures | CON | Communications / Call Center | 2.50 |
| 5/5/2020 | SPI | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.50 |
| 5/5/2020 | SPI | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| | | | | *Total for 5/5/2020* | *38.90* |
| 5/6/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Letter to Judge Drain [DN 1089] | CON | Noticing | 0.10 |
| 5/6/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 4.10 |
| 5/6/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 1.20 |
| 5/6/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 2.00 |
| 5/6/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.40 |
| 5/6/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.40 |
| 5/6/2020 | GYC | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 2.70 |
| 5/6/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.60 |
| 5/6/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.70 |
| 5/6/2020 | JCC | Respond to inquiry from creditor | CON | Communications / Call Center | 4.10 |
| 5/6/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/6/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/6/2020 | JHM | Respond to patient and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.50 |
| 5/6/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/6/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.60 |
| 5/6/2020 | RHR | Respond to inquiry from creditor regarding patients questions concerning claim forms. | CON | Communications / Call Center | 1.60 |
| 5/6/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.40 |

# *Kurtzman Carson Consultants LLC*

05/01/2020 - 05/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/6/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.60 |
| 5/6/2020 | SPI | Respond to creditors on filling claim procedures | CON | Communications / Call Center | 2.10 |
| 5/6/2020 | SPI | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.40 |
| 5/6/2020 | SPI | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.90 |
| | | | | *Total for 5/6/2020* | *42.90* |
| 5/7/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 3.80 |
| 5/7/2020 | CET | Respond to creditor inquiries (3) regarding claim filing procedures | CON | Communications / Call Center | 0.70 |
| 5/7/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.20 |
| 5/7/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 2.20 |
| 5/7/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.60 |
| 5/7/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.50 |
| 5/7/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.50 |
| 5/7/2020 | GYC | Responded to patient and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.90 |
| 5/7/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.90 |
| 5/7/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.10 |
| 5/7/2020 | JCC | Respond to inquiry from creditor | CON | Communications / Call Center | 3.80 |
| 5/7/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.90 |
| 5/7/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/7/2020 | JHM | Respond to patient and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.40 |
| 5/7/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.40 |
| 5/7/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.60 |
| 5/7/2020 | KYF | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.10 |
| 5/7/2020 | RHR | Respond to inquiry from creditor regarding patients questions concerning claim forms. | CON | Communications / Call Center | 1.40 |
| 5/7/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.60 |
| 5/7/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.80 |

## *Kurtzman Carson Consultants LLC*

05/01/2020 - 05/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/7/2020 | SPI | Responding to inquiries on claim cases | CON | Communications / Call Center | 2.00 |
| 5/7/2020 | SPI | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.70 |
| 5/7/2020 | SPI | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.20 |
| | | | | *Total for 5/7/2020* | *46.80* |
| 5/8/2020 | JBU | Respond to creditor inquiries regarding the Chapter 11 process and claim filing procedures | SC | Communications / Call Center | 3.90 |
| 5/8/2020 | CET | Respond to creditor inquiries (8) regarding claim filing procedures | CON | Communications / Call Center | 1.60 |
| 5/8/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 2.50 |
| 5/8/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 1.90 |
| 5/8/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.40 |
| 5/8/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.80 |
| 5/8/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.20 |
| 5/8/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.70 |
| 5/8/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.10 |
| 5/8/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.10 |
| 5/8/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.70 |
| 5/8/2020 | JHM | Respond to patient and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 4.00 |
| 5/8/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.90 |
| 5/8/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.90 |
| 5/8/2020 | RHR | Respond to inquiry from creditor regarding patients questions concerning claim forms. | CON | Communications / Call Center | 0.40 |
| 5/8/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.10 |
| 5/8/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.40 |
| 5/8/2020 | SPI | Responded to inquires on filling claim forms | CON | Communications / Call Center | 2.40 |
| 5/8/2020 | SPI | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.10 |
| 5/8/2020 | SPI | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.90 |
| | | | | *Total for 5/8/2020* | *40.00* |

# *Kurtzman Carson Consultants LLC*

05/01/2020 - 05/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/11/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures and explanation of the Chapter 11 process | SC | Communications / Call Center | 3.30 |
| 5/11/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Reply & Preis Declaration [DNs 1109, 1110] | SC | Noticing | 0.20 |
| 5/11/2020 | CET | Respond to creditor inquiries (9) regarding claim filing procedures | CON | Communications / Call Center | 1.60 |
| 5/11/2020 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Reply & Preis Declaration [DNs 1109, 1110] | CON | Noticing | 0.30 |
| 5/11/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (15) | CON | Communications / Call Center | 1.30 |
| 5/11/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.60 |
| 5/11/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.50 |
| 5/11/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.40 |
| 5/11/2020 | GYC | Respond to customer and creditor inquiries regarding claim filing procedures | CON | Communications / Call Center | 3.90 |
| 5/11/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/11/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/11/2020 | JCC | Respond to inquiries from creditors regarding the claims filing process. | CON | Communications / Call Center | 2.10 |
| 5/11/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/11/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.60 |
| 5/11/2020 | JHM | Respond to patient and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.50 |
| 5/11/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.00 |
| 5/11/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.10 |
| 5/11/2020 | RHR | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.80 |
| 5/11/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.40 |
| 5/11/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.90 |
| 5/11/2020 | SPI | Respond to inquiries on filling out claim forms | CON | Communications / Call Center | 3.50 |
| 5/11/2020 | SPI | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.50 |
| 5/11/2020 | SPI | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| | | | | ***Total for 5/11/2020*** | ***46.50*** |
| 5/12/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures | SC | Communications / Call Center | 3.10 |

# *Kurtzman Carson Consultants LLC*

### 05/01/2020 - 05/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/12/2020 | SYU | Review mail report for Examination of Financial Institution Motion [DN 1026] | CON | Noticing | 0.10 |
| 5/12/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (6) | CON | Communications / Call Center | 0.60 |
| 5/12/2020 | HBU | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 5/12/2020 | CET | Respond to creditor inquiries (5) regarding claim filing procedures | CON | Communications / Call Center | 1.00 |
| 5/12/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 1.70 |
| 5/12/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.40 |
| 5/12/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.30 |
| 5/12/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.50 |
| 5/12/2020 | GYC | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.30 |
| 5/12/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.90 |
| 5/12/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/12/2020 | JCC | Respond to inquiries from creditors regarding the claims filing process. | CON | Communications / Call Center | 2.60 |
| 5/12/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.40 |
| 5/12/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.30 |
| 5/12/2020 | JHM | Respond to customer and creditor inquires regarding the Claim filing procedures | CON | Communications / Call Center | 2.00 |
| 5/12/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.20 |
| 5/12/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/12/2020 | KYF | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.90 |
| 5/12/2020 | RHR | Respond to customer and creditor inquiries regarding the claim filing procedures. | CON | Communications / Call Center | 1.70 |
| 5/12/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.50 |
| 5/12/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.40 |
| 5/12/2020 | SPI | Respond to inquiries involving filling a claim | CON | Communications / Call Center | 1.00 |
| 5/12/2020 | SPI | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.00 |
| 5/12/2020 | SPI | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.50 |
| | | | | *Total for 5/12/2020* | *40.50* |
| 5/13/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures and explanation of the Chapter 11 | SC | Communications / Call Center | 3.50 |

# *Kurtzman Carson Consultants LLC*

05/01/2020 - 05/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/13/2020 | SYU | Review mail report for Objection to Allergan Lift Stay Motion [DN 1050] | CON | Noticing | 0.10 |
| 5/13/2020 | SYU | Review mail report for Objection to Allergan Lift Stay Motion [DN 1050] | CON | Noticing | 0.10 |
| 5/13/2020 | SYU | Review mail report for Reply & Preis Declaration [DNs 1109, 1110] | CON | Noticing | 0.10 |
| 5/13/2020 | HBU | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 5/13/2020 | CET | Respond to creditor inquiries (3) regarding claim filing procedures | CON | Communications / Call Center | 0.70 |
| 5/13/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 1.10 |
| 5/13/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures. | CON | Communications / Call Center | 1.30 |
| 5/13/2020 | BYH | Respond live to calls from customers regarding the confirmation hearing notice and the reason it was mailed | CON | Communications / Call Center | 2.40 |
| 5/13/2020 | BYH | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.60 |
| 5/13/2020 | GYC | Respond to customer and creditor inquiries regarding the Chapter 11 process and claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/13/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.10 |
| 5/13/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.70 |
| 5/13/2020 | JCC | Respond to inquiries from creditors regarding the claims filing process. | CON | Communications / Call Center | 1.30 |
| 5/13/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.70 |
| 5/13/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.60 |
| 5/13/2020 | JHM | Respond to patient and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.10 |
| 5/13/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.70 |
| 5/13/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.40 |
| 5/13/2020 | KYF | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.20 |
| 5/13/2020 | RHR | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.40 |
| 5/13/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.40 |
| 5/13/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.60 |
| 5/13/2020 | SPI | Respond to inquiries involving filling a claim | CON | Communications / Call Center | 2.20 |
| 5/13/2020 | SPI | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.90 |
| 5/13/2020 | SPI | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.00 |

*Total for 5/13/2020*          *43.80*

# *Kurtzman Carson Consultants LLC*

05/01/2020 - 05/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/14/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Objection to Allergan Lift Stay Motion [DN 1050] | CON | Noticing | 0.10 |
| 5/14/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Reply & Preis Declaration [DNs 1109, 1110] | CON | Noticing | 0.10 |
| 5/14/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures and explanation of the Chapter 11 process | SC | Communications / Call Center | 3.30 |
| 5/14/2020 | HBU | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 5/14/2020 | CET | Respond to creditor inquiry regarding claim filing procedures | CON | Communications / Call Center | 0.40 |
| 5/14/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 1.00 |
| 5/14/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 1.50 |
| 5/14/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/14/2020 | GYC | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.80 |
| 5/14/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.60 |
| 5/14/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/14/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/14/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.60 |
| 5/14/2020 | JHM | Respond to customer and creditor regarding the claim filing procedures | CON | Communications / Call Center | 3.00 |
| 5/14/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.40 |
| 5/14/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.80 |
| 5/14/2020 | KYF | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.50 |
| 5/14/2020 | RHR | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.30 |
| 5/14/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.20 |
| 5/14/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.60 |
| 5/14/2020 | SPI | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.10 |
| 5/14/2020 | SPI | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.90 |
| | | | | *Total for 5/14/2020* | *37.80* |
| 5/15/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures and explanation of the Chapter 11 process | SC | Communications / Call Center | 3.10 |
| 5/15/2020 | SYU | Upload the case calendar to the public access website | CON | Maintenance of Public Access Website | 0.50 |

# *Kurtzman Carson Consultants LLC*

### 05/01/2020 - 05/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/15/2020 | HBU | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 5/15/2020 | CET | Respond to creditor inquiries (2) regarding claim filing procedures | CON | Communications / Call Center | 0.50 |
| 5/15/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 1.30 |
| 5/15/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 2.10 |
| 5/15/2020 | GYC | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 1.60 |
| 5/15/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.40 |
| 5/15/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.30 |
| 5/15/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.90 |
| 5/15/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.40 |
| 5/15/2020 | JHM | Respond to customer and creditor inquiries regarding the claim | CON | Communications / Call Center | 2.50 |
| 5/15/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.90 |
| 5/15/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.80 |
| 5/15/2020 | KYF | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.90 |
| 5/15/2020 | RHR | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/15/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.40 |
| 5/15/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.80 |
| 5/15/2020 | SPI | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.00 |
| | | | | **Total for 5/15/2020** | **32.00** |
| 5/18/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures and explanation of the Chapter 11 process | SC | Communications / Call Center | 3.10 |
| 5/18/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.50 |
| 5/18/2020 | GYC | Respond to patient and creditor inquiries regarding claim processing procedures. | CON | Communications / Call Center | 3.30 |
| 5/18/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.60 |
| 5/18/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.70 |
| 5/18/2020 | JCC | Answer customer inquiries live regarding claim filing. | CON | Communications / Call Center | 3.00 |
| 5/18/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.10 |

# Kurtzman Carson Consultants LLC

05/01/2020 - 05/31/2020

## Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/18/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.90 |
| 5/18/2020 | JHM | Respond to customer and creditor inquiries regarding the claim | CON | Communications / Call Center | 3.50 |
| 5/18/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.10 |
| 5/18/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.20 |
| 5/18/2020 | KYF | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.40 |
| 5/18/2020 | RHR | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.30 |
| 5/18/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.50 |
| 5/18/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.50 |
| 5/18/2020 | SPI | Respond to inquiries on filling claim | CON | Communications / Call Center | 1.80 |
| | | | | **Total for 5/18/2020** | **31.50** |
| 5/19/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 3.50 |
| 5/19/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Letter to Judge Drain [DN 1089] | SC | Noticing | 0.20 |
| 5/19/2020 | CET | Respond to creditor inquiries (8) regarding claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/19/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (5) | CON | Communications / Call Center | 0.40 |
| 5/19/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 2.60 |
| 5/19/2020 | GYC | Respond to patient and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.20 |
| 5/19/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.40 |
| 5/19/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.60 |
| 5/19/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/19/2020 | JCC | Answer customer inquiries live regarding claim filing. | CON | Communications / Call Center | 3.20 |
| 5/19/2020 | JHM | Respond to customer and creditor inquiries regarding the claim | CON | Communications / Call Center | 3.20 |
| 5/19/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.40 |
| 5/19/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.70 |
| 5/19/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.30 |
| 5/19/2020 | KYF | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.50 |

# *Kurtzman Carson Consultants LLC*

### 05/01/2020 - 05/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/19/2020 | RHR | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.30 |
| 5/19/2020 | RHR | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.50 |
| 5/19/2020 | SPI | Respond to inquiries on filling claim | CON | Communications / Call Center | 2.40 |
| | | | | *Total for 5/19/2020* | *34.40* |
| 5/20/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 3.40 |
| 5/20/2020 | SYU | Update the Master Service List per filed Notice of Removal | CON | Noticing | 0.20 |
| 5/20/2020 | CET | Respond to creditor inquiries (3) regarding claim filing procedures | CON | Communications / Call Center | 0.80 |
| 5/20/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.50 |
| 5/20/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 1.30 |
| 5/20/2020 | GYC | Respond to patient and creditor inquiries regarding the claim filing process | CON | Communications / Call Center | 3.60 |
| 5/20/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.10 |
| 5/20/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.90 |
| 5/20/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.90 |
| 5/20/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.20 |
| 5/20/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.90 |
| 5/20/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.10 |
| 5/20/2020 | JHM | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.10 |
| 5/20/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.30 |
| 5/20/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.50 |
| 5/20/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.90 |
| 5/20/2020 | RHR | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.40 |
| 5/20/2020 | SPI | Respond to callers inquiries regarding filling claim forms for chapter 11 | CON | Communications / Call Center | 1.90 |
| | | | | *Total for 5/20/2020* | *31.00* |
| 5/21/2020 | JBU | Respond to creditor inquiries regarding the status of claims; explanation of the Chapter 11 process | SC | Communications / Call Center | 2.40 |
| 5/21/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 1.00 |
| 5/21/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (7) | CON | Communications / Call Center | 0.60 |

# *Kurtzman Carson Consultants LLC*

05/01/2020 - 05/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/21/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 1.10 |
| 5/21/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 0.60 |
| 5/21/2020 | GYC | Respond to patient and creditor inquiries regarding claim filing procedures | CON | Communications / Call Center | 2.30 |
| 5/21/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.00 |
| 5/21/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.30 |
| 5/21/2020 | JHM | Respond to customer and creditor inquiries regarding claim filing procedures | CON | Communications / Call Center | 2.20 |
| 5/21/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.50 |
| 5/21/2020 | KYF | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.30 |
| 5/21/2020 | KYF | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.30 |
| 5/21/2020 | RHR | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.70 |
| 5/21/2020 | SPI | Respond to inquires regarding chapter 11 claim filling | CON | Communications / Call Center | 1.40 |
| | | | | **Total for 5/21/2020** | **22.70** |
| 5/22/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 3.10 |
| 5/22/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.50 |
| 5/22/2020 | CET | Respond to creditor inquiries (7) regarding claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/22/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 1.20 |
| 5/22/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 1.40 |
| 5/22/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.20 |
| 5/22/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.40 |
| 5/22/2020 | JHM | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.20 |
| 5/22/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.50 |
| 5/22/2020 | KYF | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 4.00 |
| 5/22/2020 | KYF | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.80 |
| 5/22/2020 | RHR | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.10 |
| 5/22/2020 | SPI | Respond to inquires regarding chapter 11 claim filling | CON | Communications / Call Center | 2.00 |

# *Kurtzman Carson Consultants LLC*

05/01/2020 - 05/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | | **Total for 5/22/2020** | **22.90** |
| 5/25/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/25/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.50 |
| 5/25/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.40 |
| | | | | **Total for 5/25/2020** | **5.40** |
| 5/26/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 3.10 |
| 5/26/2020 | SYU | Update the case calendar to the public access website | CON | Maintenance of Public Access Website | 0.40 |
| 5/26/2020 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| 5/26/2020 | HBU | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 5/26/2020 | CET | Respond to creditor inquiries (6) regarding claim filing procedures | CON | Communications / Call Center | 1.20 |
| 5/26/2020 | ACY | Oversee and assist call center agents in responding to creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.60 |
| 5/26/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 2.40 |
| 5/26/2020 | GYC | Respond to patient and creditor inquiries regarding claim filing procedures | CON | Communications / Call Center | 4.50 |
| 5/26/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.40 |
| 5/26/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.50 |
| 5/26/2020 | JHM | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.30 |
| 5/26/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.70 |
| 5/26/2020 | KYF | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.30 |
| 5/26/2020 | RHR | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.20 |
| 5/26/2020 | SPI | Respond to creditor inquiries on filling out claim and procedures regarding chapter 11 | CON | Communications / Call Center | 1.60 |
| | | | | **Total for 5/26/2020** | **23.60** |
| 5/27/2020 | JBU | Respond to creditor inquiries regarding claim filing procedures | SC | Communications / Call Center | 3.20 |
| 5/27/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Cole Schotz Retention App [DN 1013] - Additional Core Party | SC | Noticing | 0.20 |
| 5/27/2020 | HBU | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 5/27/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |

# Kurtzman Carson Consultants LLC

05/01/2020 - 05/31/2020

## Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/27/2020 | CET | Respond to creditor inquiries (6) regarding claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/27/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (10) | CON | Communications / Call Center | 1.00 |
| 5/27/2020 | GYC | Respond to patient and creditor inquiries regarding claim filing procedures | CON | Communications / Call Center | 2.40 |
| 5/27/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.70 |
| 5/27/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.70 |
| 5/27/2020 | JHM | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.20 |
| 5/27/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.90 |
| 5/27/2020 | RHR | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.40 |
| 5/27/2020 | SPI | Respond to chapter 11 inquires on filling a claim | CON | Communications / Call Center | 1.00 |
| | | | | **Total for 5/27/2020** | **22.80** |
| 5/28/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 3.30 |
| 5/28/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 1.10 |
| 5/28/2020 | CET | Return creditor inquiries (2) regarding claim filing procedures | CON | Communications / Call Center | 0.50 |
| 5/28/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 1.40 |
| 5/28/2020 | GYC | Respond to patient and creditor inquiries regarding claim filing process. | CON | Communications / Call Center | 1.20 |
| 5/28/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.80 |
| 5/28/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 3.20 |
| 5/28/2020 | JHM | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.50 |
| 5/28/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.40 |
| 5/28/2020 | KYF | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.50 |
| 5/28/2020 | RHR | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.20 |
| | | | | **Total for 5/28/2020** | **19.10** |
| 5/29/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 3.40 |
| 5/29/2020 | SYU | Update the case calendar to the public access website | CON | Maintenance of Public Access Website | 0.40 |
| 5/29/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 1.00 |

## *Kurtzman Carson Consultants LLC*

05/01/2020 - 05/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/29/2020 | CET | Respond to creditor inquiries (3) regarding claim filing procedures | CON | Communications / Call Center | 0.70 |
| 5/29/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.20 |
| 5/29/2020 | BYH | Respond to patient and creditor inquires regarding the claim filing procedures | CON | Communications / Call Center | 1.30 |
| 5/29/2020 | GYC | Respond to patient and creditor inquiries regarding claim filing procedures | CON | Communications / Call Center | 1.40 |
| 5/29/2020 | GYC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.40 |
| 5/29/2020 | JCC | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.90 |
| 5/29/2020 | JHM | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 1.90 |
| 5/29/2020 | JHM | Respond to inquiries regarding the claim filing procedures | CON | Communications / Call Center | 0.60 |
| 5/29/2020 | KYF | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.10 |
| 5/29/2020 | RHR | Respond to customer and creditor inquiries regarding the claim filing procedures | CON | Communications / Call Center | 2.10 |
| 5/29/2020 | SPI | Responded to inquiries on chapter 11 case filling | CON | Communications / Call Center | 1.50 |

|  |  |  |  | *Total for 5/29/2020* | *20.90* |
|--|--|--|--|--|--|

|  |  |  |  | *Total Hours* | *665.10* |
|--|--|--|--|--|--|

## *Kurtzman Carson Consultants LLC*

05/01/2020 - 05/31/2020

### *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| Reimbursement of case related phone costs | | | $2,544.03 |
| | | ***Total Expenses*** | ***$2,544.03*** |