## Exhibit C

## Professional and Paraprofessional Fees for Fee Period

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Azzopardi, Frank J. | Partner; joined partnership in 2008; admitted New York 2004 | Intellectual Property | $1,685 | 2.6 | $4,381.00 |
| Bauer, David R. | Partner; joined partnership in 2018; admitted New York 2008 | Intellectual Property | $1,530 | 94.6 | $144,738.00 |
| Bivens, Frances E. | Partner; joined partnership in 2001; admitted New York 1993 | Litigation | $1,685 | 148.3 | $249,885.50 |
| Conway, Mary | Partner; joined partnership in 2007; admitted New York 1994 | Tax | $1,685 | 0.1 | $168.50 |
| Crandall, Jeffrey P. | Partner; joined partnership in 2011; admitted New York 1983 | Employment | $1,685 | 8.0 | $13,480.00 |
| Curran, William A. | Partner; joined partnership in 2017; admitted New York 2010 | Tax | $1,655 | 39.7 | $65,703.50 |
| Dostal, Derek | Partner; joined partnership in 2016; admitted New York 2007 | Capital Markets | $1,655 | 5.9 | $9,764.50 |
| Duggan, Charles S. | Partner; joined partnership in 2002; admitted New York 1997 | Litigation | $1,685 | 187.7 | $316,274.50 |
| Graulich, Timothy | Partner; joined partnership in 2009; admitted New York 2015 | Restructuring | $1,685 | 275.3 | $463,880.50 |
| Huebner, Marshall S. | Partner; joined partnership in 2002; admitted New York 1994 | Restructuring | $1,685 | 606.5 | $1,021,952.50 |
| Kaminetzky, Benjamin S. | Partner; joined partnership in 2003; admitted New York 1995 | Litigation | $1,685 | 277.1 | $466,913.50 |
| Lisson, David | Partner; joined partnership in 2017; admitted California 2007 | Litigation | $1,655 | 7.1 | $11,750.50 |
| McClammy, James I. | Partner; joined partnership in 2015; admitted New York 1999 | Litigation | $1,655 | 310.4 | $513,712.00 |
| Rishty, Michael J. | Partner; joined partnership in 2015; admitted New York 2002 | Real Estate | $1,685 | 0.1 | $168.50 |
| Ryan, Paula A. | Partner; joined partnership in 2008; admitted New York 1987 | Trusts and Estates | $1,685 | 1.7 | $2,864.50 |
| Schwartz, Jeffrey N. | Partner; joined partnership in 2000; admitted New York 1992 | Trusts and Estates | $1,685 | 48.5 | $81,722.50 |
| Taylor, William L. | Partner; joined partnership in 1995; admitted New York 1991 | Mergers and Acquisitions | $1,685 | 29.4 | $49,539.00 |
| Verdolini, Mario J. | Partner; joined partnership in 1997; admitted New York 1992 | Tax | $1,685 | 7.4 | $12,469.00 |
| Vonnegut, Eli J. | Partner; joined partnership in 2015; admitted New York 2009 | Restructuring | $1,655 | 173.5 | $287,142.50 |
| **Partner Total:** | | | | **2,223.9** | **$3,716,510.50** |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Counsel** | | | | | |
| Altus, Leslie J. | Counsel; joined Davis Polk 1985; admitted New York 1984 | Tax | $1,295 | 65.9 | $85,340.50 |
| Brecher, Stephen I. | Counsel; joined Davis Polk 2018; admitted New York 2000 | Employment | $1,295 | 103.0 | $133,385.00 |
| Chen, Bonnie | Counsel; joined Davis Polk in 2015; admitted New York 2012 | Intellectual Property | $1,295 | 199.5 | $258,352.50 |
| Clarens, Margarita[1] | Counsel; joined Davis Polk 2008; admitted New York 2009 | Litigation | $1,095 | 405.4 | $443,913.00 |
| | | | $1,295 | 170.7 | $221,056.50 |
| DeBergalis, Sarah L. | Counsel: joined Davis Polk 2007; admitted New York 2008 | Trusts and Estates | $1,295 | 1.3 | $1,683.50 |
| Forester, Daniel F. | Counsel; joined Davis Polk 2017; admitted New York 2012 | Intellectual Property | $1,295 | 70.8 | $91,686.00 |
| Goldman, Ethan R. | Counsel: joined Davis Polk 2008; admitted New York 2009 | Tax | $1,295 | 0.5 | $647.50 |
| Kennedy, Susan D. | Counsel; joined Davis Polk 1985; admitted New York 1984 | Real Estate | $1,295 | 0.3 | $388.50 |
| Lele, Ajay B. | Counsel; joined Davis Polk 2000; admitted New York 2001 | Mergers and Acquisitions | $1,295 | 105.8 | $137,011.00 |
| Millerman, James M. | Counsel; joined Davis Polk 2009; admitted New York 2000 | Restructuring | $1,295 | 132.5 | $171,587.50 |
| Robertson, Christopher | Counsel; joined Davis Polk 2011; admitted New York 2013 | Restructuring | $1,295 | 707.3 | $915,953.50 |
| Schwartz, Daniel J. | Counsel: joined Davis Polk 2008; admitted New York 2009 | Litigation | $1,295 | 16.4 | $21,238.00 |
| Tobak, Marc J. | Counsel; joined Davis Polk 2009; admitted New York 2009 | Litigation | $1,295 | 213.5 | $276,482.50 |
| **Counsel Total:** | | | | **2,192.9** | **$2,758,725.50** |
| **Associates, Law Clerks and Legal Assistants** | | | | | |
| Benedict, Kathryn S. | Associate; joined Davis Polk 2017; admitted New York 2015 | Litigation | $1,095 | 796.9 | $872,605.50 |
| Boehm, Korey | Associate; joined Davis Polk 2018; admitted New York 2019 | Litigation | $785 | 393.7 | $309,054.50 |
| Brock, Matthew R. | Associate; joined Davis Polk 2014; admitted New York 2015 | Litigation | $1,095 | 68.4 | $74,898.00 |
| Brown, Joseph S. | Associate; joined Davis Polk 2017; admitted New York 2016 | Employment | $1,080 | 4.6 | $4,968.00 |

---

[1] For the months of February, March and April 2020, this professional held the position of Associate. For the month of May 2020, this professional held the position of Counsel.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Cardillo, Garrett | Associate; joined Davis Polk 2017; admitted New York 2017 | Litigation | $1,065 | 301.6 | $321,204.00 |
| Chen, Yifu | Associate; joined Davis Polk 2017; admitted New York 2018 | Intellectual Property | $990 | 195.6 | $193,644.00 |
| Clarke, Molly O'Malley | Associate; joined Davis Polk 2017; admitted New York 2018 | Litigation | $990 | 81.8 | $80,982.00 |
| Consla, Dylan A. | Associate; joined Davis Polk 2015; admitted New York 2015 | Restructuring | $1,095 | 634.1 | $694,339.50 |
| D'Angelo, Nicholas | Associate; joined Davis Polk 2017; admitted New York 2017 | Litigation | $990 | 79.0 | $78,210.00 |
| Diggs, Elizabeth R. | Associate; joined Davis Polk 2017; admitted New York 2018 | Mergers and Acquisitions | $990 | 132.1 | $130,779.00 |
| DiMarco, Nicholas | Associate; joined Davis Polk 2017; admitted New York 2017 | Litigation | $785 | 83.5 | $65,547.50 |
| Dorsey, Stephanie | Associate; joined Davis Polk 2017; admitted New York 2018 | Litigation | $990 | 117.0 | $115,830.00 |
| Frankel, Jay | Associate; joined Davis Polk 2016; admitted New York 2017 | Intellectual Property | $1,065 | 21.0 | $22,365.00 |
| Gelbfish, Isaac M. | Associate; joined Davis Polk 2020; admitted New York 2018 | Litigation | $990 | 39.0 | $38,610.00 |
| Goldmintz, Gene | Associate; joined Davis Polk 2019; admitted New York 2016 | Restructuring | $1,080 | 37.0 | $39,960.00 |
| Green, Thomas S. | Associate; joined Davis Polk 2019; admitted New York 2016 | Restructuring | $1,080 | 28.5 | $30,780.00 |
| Hendin, Alexander J. | Associate; joined Davis Polk 2016; admitted New York 2017 | Tax | $1,065 | 64.0 | $68,160.00 |
| Holland-Stergar, Brianne | Associate; joined Davis Polk 2019; admitted New York 2019 | Litigation | $785 | 7.1 | $5,573.50 |
| Horley, Tim | Associate; joined Davis Polk 2018; admitted New York 2019 | Litigation | $785 | 409.7 | $321,614.50 |
| Jacobson, Alexa | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $690 | 56.5 | $38,985.00 |
| Jose, Daniel L. | Associate; joined Davis Polk 2016; admitted New York 2017 | Tax | $1,065 | 30.1 | $32,056.50 |
| Katz, Jaclyn | Associate; joined Davis Polk 2017; admitted New York 2018 | Real Estate | $990 | 1.1 | $1,089.00 |
| Kaufman, Zachary A. | Associate; joined Davis Polk 2018; admitted New York 2017 | Litigation | $1,065 | 518.7 | $552,415.50 |
| Kearney, Daniel P. | Associate; joined Davis Polk 2018; admitted New York 2019 | Intellectual Property | $785 | 138.8 | $108,958.00 |
| Kim, Clara Y. | Associate; joined Davis Polk 2017; admitted New York 2018 | Litigation | $990 | 87.5 | $86,625.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Kim, Eric M. | Associate; joined Davis Polk 2017; admitted New York 2017 | Litigation | $1,065 | 399.3 | $425,254.50 |
| King, Robert G. | Associate; joined Davis Polk 2016; admitted New York 2017 | Litigation | $1,065 | 62.5 | $66,562.50 |
| Knudson, Jacquelyn Swanner | Associate; joined Davis Polk 2017; admitted New York 2015 | Litigation | $1,080 | 752.5 | $812,700.00 |
| Levine, Zachary | Associate; joined Davis Polk 2017; admitted New York 2018 | Restructuring | $990 | 178.3 | $176,517.00 |
| Lojac, Dylan H. | Associate; joined Davis Polk 2019; admitted New York 2020 | Mergers and Acquisitions | $690 | 165.6 | $114,264.00 |
| Lutchen, Alexa B. | Associate; joined Davis Polk 2014; admitted New York 2015 | Litigation | $1,095 | 280.3 | $306,928.50 |
| Matlock, Tracy L. | Associate; joined Davis Polk 2011; admitted New York 2013 | Tax | $1,095 | 107.9 | $118,150.50 |
| Mazer, Deborah S. | Associate; joined Davis Polk 2018; admitted New York 2018 | Litigation | $990 | 196.3 | $194,337.00 |
| McCarthy, Gerard | Associate; joined Davis Polk 2012; admitted New York 2015 | Litigation | $1,095 | 374.8 | $410,406.00 |
| Meyer, Corey M. | Associate; joined Davis Polk 2019; admitted New York 2019 | Litigation | $690 | 252.6 | $174,294.00 |
| Oluwole, Chautney M. | Associate; joined Davis Polk 2015; admitted New York 2016 | Litigation | $1,080 | 662.4 | $715,392.00 |
| Park, James Y. | Associate; joined Davis Polk 2017; admitted New York 2017 | Litigation | $1,065 | 10.2 | $10,863.00 |
| Peck, Dan | Associate; joined Davis Polk 2017; admitted New York 2018 | Litigation | $990 | 101.1 | $100,089.00 |
| Pera, Michael | Associate; joined Davis Polk 2016; admitted New York 2017 | Restructuring | $1,065 | 66.5 | $70,822.50 |
| Popkin, David | Associate; joined Davis Polk 2018; admitted New York 2019 | Litigation | $785 | 18.3 | $14,365.50 |
| Rarrick, Mohini P.B. | Associate; joined Davis Polk 2019; admitted New York 2019 | Restructuring | $785 | 12.9 | $10,126.50 |
| Ricci, Anthony J. | Associate; joined Davis Polk 2019; admitted District of Columbia 2019 | Litigation | $690 | 16.5 | $11,385.00 |
| Rincon, Cristina M. | Associate; joined Davis Polk 2016; admitted New York 2015 | Litigation | $1,095 | 27.9 | $30,550.50 |
| Rubin, Dylan S. | Associate; joined Davis Polk 2016; admitted New York 2017 | Litigation | $1,065 | 152.4 | $162,306.00 |
| Sieben, Brian Gregory | Associate; joined Davis Polk 2015; admitted New York 2016 | Trusts and Estates | $1,080 | 89.2 | $96,336.00 |
| Staropoli, Krista | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $690 | 11.8 | $8,142.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Steinberg, Richard J. | Associate; joined Davis Polk 2019; admitted New York 2019 | Restructuring | $785 | 46.8 | $36,738.00 |
| Townes, Esther C. | Associate; joined Davis Polk 2018; admitted New York 2018 | Litigation | $990 | 522.8 | $517,572.00 |
| Vitiello, Sofia A. | Associate; joined Davis Polk 2018; admitted New York 2016 | Litigation | $1,080 | 331.4 | $357,912.00 |
| Wasim, Roshaan | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $690 | 172.9 | $119,301.00 |
| Wasserman, Benjamin D. | Associate; joined Davis Polk 2018; admitted New York 2018 | Litigation | $990 | 25.4 | $25,146.00 |
| Whisenant, Anna Lee | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $690 | 410.0 | $282,900.00 |
| Williams, Nikolaus | Associate; joined Davis Polk 2014; admitted New York 2015 | Litigation | $1,095 | 154.4 | $169,068.00 |
| Wohlberg, Charlie | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $690 | 214.2 | $147,798.00 |
| Workman, Brett J. | Associate; joined Davis Polk 2018; admitted New York 2019 | Litigation | $785 | 10.4 | $8,164.00 |
| Wu, Serena D. | Associate; joined Davis Polk 2016; admitted New York 2017 | Litigation | $1,065 | 73.4 | $78,171.00 |
| Carvajal, Shanaye | Law Clerk; joined Davis Polk 2019 | Litigation | $785 | 164.9 | $129,446.50 |
| Combs, Chris | Law Clerk; joined Davis Polk 2019 | Litigation | $690 | 172.4 | $118,956.00 |
| Eng, Brendan | Law Clerk; joined Davis Polk 2019 | Litigation | $690 | 55.0 | $37,950.00 |
| Guo, Angela W. | Law Clerk; joined Davis Polk 2019 | Litigation | $785 | 732.2 | $574,777.00 |
| Hamby, Aly | Law Clerk; joined Davis Polk 2019 | Litigation | $690 | 249.8 | $172,362.00 |
| Harutian, Liana | Law Clerk; joined Davis Polk 2019 | Litigation | $690 | 87.8 | $60,582.00 |
| Hwang, Eric | Law Clerk; joined Davis Polk 2019 | Restructuring | $690 | 247.0 | $170,430.00 |
| Jernigan, Ben | Law Clerk; joined Davis Polk 2019 | Litigation | $690 | 118.0 | $81,420.00 |
| Kratzer, David | Law Clerk; joined Davis Polk 2019 | Restructuring | $690 | 19.3 | $13,317.00 |
| Levavi, Dov | Law Clerk; joined Davis Polk 2019 | Litigation | $690 | 22.6 | $15,594.00 |
| Mazzoni, Gianluca | Law Clerk; joined Davis Polk 2019 | Tax | $785 | 92.0 | $72,220.00 |
| Mendelson, Alex S. | Law Clerk; joined Davis Polk 2019 | Litigation | $690 | 347.3 | $239,637.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Póo, Alexa | Law Clerk; joined Davis Polk 2019 | Employment | $690 | 5.8 | $4,002.00 |
| Romero-Wagner, Alex B. | Law Clerk; joined Davis Polk 2019 | Restructuring | $690 | 180.8 | $124,752.00 |
| Sud, Akhil | Law Clerk; joined Davis Polk 2019 | Litigation | $690 | 8.3 | $5,727.00 |
| Tobierre, Elizabeth Reba | Law Clerk; joined Davis Polk 2019 | Litigation | $690 | 13.9 | $9,591.00 |
| Parris, Jeffrey | Discovery Attorney; joined Davis Polk 2014 | Litigation | $495 | 223.8 | $110,781.00 |
| Sanfilippo, Anthony Joseph | Discovery Attorney; joined Davis Polk 2004 | Litigation | $495 | 312.7 | $154,786.50 |
| Altman, Olivia | Legal Assistant; joined Davis Polk 2019 | Corporate | $325 | 18.7 | $6,077.50 |
| Bruney, Theresa | Legal Assistant; joined Davis Polk 2017 | Litigation | $450 | 2.9 | $1,305.00 |
| Giddens, Magali | Legal Assistant; joined Davis Polk 2019 | Corporate | $450 | 460.5 | $207,225.00 |
| Halford, Edgar Bernard | Legal Assistant; joined Davis Polk 2003 | Litigation | $450 | 49.8 | $22,410.00 |
| Hirakawa, Lisa | Legal Assistant; joined Davis Polk 2014 | Litigation | $450 | 2.9 | $1,305.00 |
| Hug, Kayla | Legal Assistant; joined Davis Polk 2019 | Corporate | $325 | 22.9 | $7,442.50 |
| Hutton, Rachel | Legal Assistant; joined Davis Polk 2019 | Corporate | $450 | 4.0 | $1,800.00 |
| Ismail, Mohamed Ali | Legal Assistant; joined Davis Polk 1993 | Litigation | $450 | 3.9 | $1,755.00 |
| Kaletka, Erich J | Legal Assistant; joined Davis Polk 2018 | Litigation | $450 | 22.2 | $9,990.00 |
| Schiavone, Cara[2] | Legal Assistant; joined Davis Polk 2019 | Litigation | $325 | 11.4 | $3,705.00 |
| | | | $450 | 8.3 | $3,735.00 |
| Stevens, Kelsey D. | Legal Assistant; joined Davis Polk 1992 | Corporate | $450 | 2.2 | $990.00 |

---

[2] The change in hourly rates during the Fee Period reflects this timekeeper's promotion.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Young, Ryan | Legal Assistant; joined Davis Polk 2019 | Litigation | $325 | 23.8 | $7,735.00 |
| Colchamiro, Emma J. | Court Clerk; joined Davis Polk 2019 | Manging Attorney's Office | $190 | 4.0 | $760.00 |
| Suchan, Ryan E. | Court Clerk; joined Davis Polk 2015 | Manging Attorney's Office | $265 | 8.5 | $2,252.50 |
| White, Rita G. | Document Clerk; joined Davis Polk 2013 | Word Processing Center | $170 | 3.2 | $544.00 |
| Chau, Kin Man | Ediscovery Management Analyst; joined Davis Polk 2015 | eDiscovery Project Management | $405 | 415.0 | $168,075.00 |
| Chen, Johnny W. | Ediscovery Management Analyst; joined Davis Polk 2008 | eDiscovery Project Management | $405 | 364.5 | $147,622.50 |
| Hinton, Carla Nadine | Ediscovery Project Manager; joined Davis Polk 2000 | eDiscovery Project Management | $505 | 425.7 | $214,978.50 |
| Richmond, Marjorie | Legal Reference Librarian; joined Davis Polk 2007 | Library | $520 | 2.8 | $1,456.00 |
| **Associates, Law Clerks and Legal Assistants Total:** | | | | **15,139.1** | **$12,969,310.50** |
| **TOTAL FEES** | | | | | **$19,444,546.50** |
| (Less 50% Discount for Non-Working Travel Time) | | | | | **($11,438.75)** |
| **GRAND TOTAL** | | | | **19,555.9** | **$19,433,107.75** |