# **Exhibit D**

## **Fees by Project Category for Fee Period**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Acquisitions/Dispositions | 31.5 | $39,928.00 |
| Automatic Stay/Preliminary Injunction/Litigation/DOJ | 2,739.1 | $2,974,309.00 |
| Bar Date/Estimation/Claims Allowance Issues | 2,059.2 | $2,333,458.50 |
| Corporate Governance, Board Matters and Communications | 637.9 | $746,086.00 |
| Creditor/UCC/AHC Issues | 4,167.9 | $3,283,964.50 |
| Cross-Border/International Issues | 15.5 | $21,572.00 |
| Equityholder/IAC Issues | 54.9 | $69,174.50 |
| Customer/Vendor/Lease/Contract Issues | 622.4 | $742,943.50 |
| Employee/Pension Issues | 176.0 | $226,482.00 |
| General Case Administration | 1,173.5 | $1,188,231.00 |
| Non-DPW Retention and Fee Issues | 227.3 | $245,398.50 |
| Non-Working Travel Time (50%) | 23.4 | $11,438.75 |
| Support Agreement/Plan/Disclosure Statement | 1,125.2 | $1,340,238.00 |
| DPW Retention/Preparation of Fee Statements/Applications Budget | 708.5 | $460,235.50 |
| IP, Regulatory and Tax | 1,303.5 | $1,481,750.50 |
| Special Committee/Investigations Issues | 4,258.2 | $4,049,229.00 |
| Rule 2004 Discovery | 231.9 | $218,668.50 |
| **Total** | **19,555.9** | **$19,433,107.75[1]** |

---

[1] This amount reflects a reduction in fees in the amount of $38,497.25 on account of the following: (a) $11,438.75 from a 50% reduction of Non-Working Travel Time; and (b) $27,058.50 of voluntary write-offs.