## Exhibit F

### Expense Summary

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Research | *LexisNexis and Westlaw* | **$68,249.66** |
| Court and Related Fees | *Court related* | **$4,786.62** |
| Duplication | *N/A* | **$2,825.10** |
| Litigation Support | *Davis Polk* | **$143.90** |
| Meals | *See Meal Detail provided in Davis Polk's Monthly Fee Statements* | **$5,716.85** |
| Office charges | *N/A* | **$520.44** |
| Outside Documents & Research | *LexisNexis* | **$5,983.00** |
| Postage, Courier & Freight | *N/A* | **$1,362.90** |
| Travel | *See Travel Detail provided in Davis Polk's Monthly Fee Statements* | **$8,119.49** |
| Overcharge Credit | *N/A* | **($67.50)[9]** |
| **TOTAL** | | **$97,640.46** |

---

[9] This amount reflects a reduction in disbursements and credit to the Debtors in the amount of $67.50 on account of word processing and secretarial charges that were inadvertently included in Davis Polk's *Sixth Monthly Statement of Services Rendered and Expenses Incurred for the Period from February 1, 2020 Through February 29, 2020* [ECF No. 986].