# Exhibit G

**Customary and Comparable Compensation Disclosures for the Fee period**

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE | |
| --- | --- | --- |
| | Professionals at the New York Office of Davis Polk & Wardwell LLP for a 12-Month Period Ending on May 30, 2020, Excluding Bankruptcy Matters[1] | Purdue Application |
| Partner | $1,414.53 | $1,671.17 |
| Counsel | $1,140.67 | $1,295.00 |
| Other Attorneys[2] | $764.26 | $938.08 |
| Paraprofessionals | $396.84 | $436.77 |
| **All Timekeepers Aggregated** | **$867.68** | **$993.72** |

---

[1] This blended hourly rate is adjusted to exclude hours and compensation billed to certain clients with special billing arrangements.

[2] This category includes Law Clerks.