Thomas D. Bielli, Esquire (Admitted *Pro Hac Vice*)
Bielli & Klauder, LLC
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Telephone: (215) 642-8217
Facsimile: (215) 754-4177
*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., *et al.*,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**FIRST MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER,
<u>FOR THE PERIOD FROM APRIL 8, 2020 THROUGH MAY 31, 2020</u>**

| | |
|---|---|
| **Name of Applicant** | Bielli & Klauder, LLC |
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| | |
|---|---|
| **Period for which compensation and reimbursement is sought** | April 8, 2020 through May 31, 2020 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$66,700.00 (80% of $83,375.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

**This is a(n):**   _X_ Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner, Pro Hac Vice to the Petition Date*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("B&K"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *First Monthly Statement of Services Rendered and Expenses Incurred for the Period from April 8, 2020 through May 31, 2020* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $66,700.00, which is equal to 80% of the total amount of reasonable compensation for actual, necessary expenses that B&K incurred in connection with such services during the Fee Period.

<u>**Itemization of Services Rendered and Disbursements Incurred**</u>

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from April 8, 2020 through and including May 31, 2020, is referred to herein as the "**Fee Period**".

2.       Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.       Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").  Because of the circumstances of this case, neither B&K nor Legal Decoder is requesting a monthly fee for April 2020.  B&K is also not seeking any additional fee for the retrospective lookback for professionals for the First Interim Application Period,[3] but B&K seeks payment of the cost of Legal Decoder for that additional, expedited work at 50% of the invoiced amount. The specifics of the fees and costs are set forth on **Exhibit C**.

4.       Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

---

[3] As set forth in the Retention Application, B&K sought an additional one-time fee of $125,000.00 to complete the First Interim Fee Application review in an expedited fashion.

## Notice

5.     The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $66,700.00 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal service and expenses that B&K incurred in connection with such services during the Fee Period.

Dated: July 15, 2020                          **BIELLI & KLAUDER LLC**


                                                       */s/ Thomas D. Bielli*
                                                       Thomas D. Bielli, Esquire (Admitted *Pro Hac Vice*)
                                                       1500 Walnut Street, Suite 900
                                                       Philadelphia, PA 19102
                                                       Phone: (215) 642-8271
                                                       Fax: (215) 754-4177
                                                       tbielli@bk-legal.com

                                                       *Counsel to Fee Examiner*
                                                       *David M. Klauder, Esquire*

4

## **Exhibit A**

**Project Categories**

| Project Category | Total Hours |
|---|---|
| BK/Fee Examiner- Retention and Fee Applications | 19.60 |
| Case Administration | 74.50 |
| Fee/Employment Applications- Retention Professionals | 127.50 |
| **Total** | **221.60** |

**<u>Exhibit B</u>**

**Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted Pennsylvania 2006 | $350.00 | 28.60 |
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 25.00 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 72.70 |
| Brandi Chambers | Law Clerk; Joined B&K in 2019 | $120.00 | 40.00 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $100.00 | 55.30 |

## **Exhibit C**

**Computation of Monthly Fee**

| Fee Description | Amount |
|---|---|
| Monthly Fee for May 2020 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| Legal Decoder, Inc. (Fee for Retrospective review of First Interim Fee Applications) | $28,375.00 |
| **Total** | **$83,375** |

**Exhibit D**

**Detailed Time Records and Legal Decoder Invoices**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
215-642-8271

07-15-2020

Purdue Pharma, L.P.

**Invoice Number: 2130**
Invoice Period: 04-08-2020 - 05-31-2020

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-09-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Review email from Akin Gump with fee detail | | | |
| 04-10-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Various emails from professionals with fee detail | | | |
| 04-13-2020 | Thomas Bielli | [ALL] Case Administration | 0.40 | 350.00 | 140.00 |
| | | Prepare for call with Debtors' counsel | | | |
| 04-13-2020 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |
| | | Review docket and relevant case information | | | |
| 04-13-2020 | David Klauder | [ALL] Case Administration | 0.20 | 375.00 | 75.00 |
| | | Discuss case/fee app review with T. Bielli | | | |
| 04-13-2020 | David Klauder | [ALL] Case Administration | 0.20 | 375.00 | 75.00 |
| | | Phone call with debtor's counsel re: case/fee app review | | | |
| 04-13-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails from various professionals re: fee apps | | | |
| 04-13-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Conference call with Debtors counsel re preliminary steps | | | |
| 04-14-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Various emails re: professional fee apps | | | |
| 04-14-2020 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |
| | | Attention to case review issues | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-14-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | Review fee application list; conference with FE Klauder re same | | | | |
| 04-14-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | Attention to review process | | | | |
| 04-15-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | Emails with debtor's counsel re: professionals list for fee review | | | | |
| 04-15-2020 | David Klauder | [ALL] Case Administration | 1.20 | 375.00 | 450.00 |
| | Attention to case review and administration issues including internal protocol setup | | | | |
| 04-16-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | Various emails re: professional fee apps | | | | |
| 04-17-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | Review emails with monthly fee apps | | | | |
| 04-17-2020 | David Klauder | [ALL] Case Administration | 0.60 | 375.00 | 225.00 |
| | Attention to case admin issues | | | | |
| 04-20-2020 | David Klauder | [ALL] Case Administration | 1.00 | 375.00 | 375.00 |
| | Attention to case admin issues | | | | |
| 04-20-2020 | David Klauder | [ALL] Case Administration | 0.10 | 375.00 | 37.50 |
| | Emails with UST re: case | | | | |
| 04-20-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | Emails re: professional fee app detail | | | | |
| 04-20-2020 | David Klauder | [ALL] Case Administration | 0.30 | 375.00 | 112.50 |
| | Review docket and notice of hearing (4/22) and sign-up for same | | | | |
| 04-20-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | Attention to fee structure; correspondence and conference with Gallegos | | | | |
| 04-20-2020 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | Review of local counsel and local counsel requirements | | | | |
| 04-21-2020 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | Attention to setting up structure for review | | | | |
| 04-21-2020 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |
| | Attention to case admin issues | | | | |
| 04-22-2020 | David Klauder | [ALL] Case Administration | 0.10 | 375.00 | 37.50 |
| | Review hearing agenda | | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 04-22-2020 | David Klauder | [ALL] Case Administration | 1.00 | 375.00 | 375.00 |
| | Attend omnibus hearing | | | | |
| 04-22-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | Conference call with UST re flat fee | | | | |
| 04-22-2020 | Thomas Bielli | [ALL] Case Administration | 0.10 | 350.00 | 35.00 |
| | Correspondence with local counsel re flat fee v. hourly | | | | |
| 04-22-2020 | David Klauder | [ALL] Case Administration | 0.30 | 375.00 | 112.50 |
| | Phone call with US Trustee re: fee structure | | | | |
| 04-23-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | Review file and spreadsheets with respect to next steps; conference with LD and UST re same | | | | |
| 04-23-2020 | Brandi Chambers | [ALL] Case Administration | 1.90 | 125.00 | 237.50 |
| | Discuss PACER procedures with T. Bielli and download case documents for Purdue Pharma | | | | |
| 04-23-2020 | David Klauder | [ALL] Case Administration | 1.00 | 375.00 | 375.00 |
| | Attention to administration/retention issues | | | | |
| 04-24-2020 | David Klauder | [ALL] Case Administration | 1.00 | 375.00 | 375.00 |
| | Attention to administrative/retention issues including phone call with debtor's counsel | | | | |
| 04-24-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | Conference call with Debtors counsel re Fee Structure | | | | |
| 04-24-2020 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | Correspondence with UST with respect to Fees | | | | |
| 04-25-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | Amin set up for Noblis (gmail, docs, timesolv) | | | | |
| 04-25-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | Attention to Retention Application | | | | |
| 04-26-2020 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |
| | Address administrative/staffing issues | | | | |
| 04-27-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | Phone conference with B&K and Legal Decoder re: user interface and process | | | | |
| 04-27-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | Conference call with Legal Decoder | | | | |
| 04-27-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | Conference call with TN | | | | |
| 04-27-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | Prepare Retention Application | | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-27-2020 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |

Begin preparation of Assignment Log and file structure for fee review administration; Review of Application and Order Authorizing Retention of KPMG; Receipt of First and Second Monthly Fee Statements and First Interim Fee Application

| 04-27-2020 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |

Review of Dechert LLP Application and Order Authorizing Retention; Receipt of Monthly Fee and Interim Application filed to-date; Receipt of Notice of Rate Increase; Preparation of Review Report Template

| 04-27-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |

Review of FTI's monthly fee statements and interim fee application filed to-date; review of Order Authorizing Reimbursement Agreement (Doc553); correspondence to B&K re: same

| 04-27-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |

Receipt and response of email correspondence with B&K re: fee review team

| 04-27-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |

Review of Davis Polk Application and Order Authorizing Retention; Receipt of monthly statements and interim application filed to-date; preparation of Review Report Template

| 04-27-2020 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |

Draft Retention Application

| 04-27-2020 | David Klauder | [ALL] Case Administration | 1.00 | 375.00 | 375.00 |

Attention to administrative issues

| 04-27-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |

Correspond with Nolis and LD re set up, admin and test drive

| 04-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |

Review of Application, retention order, six monthly fee statements and first interim fee application for AlixPartners; receipt and forward of data received from AlixPartners, Dechert and Davis Polk

| 04-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |

Correspondence to Legal Decoder re: professionals listing and data uploads

| 04-28-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |

Review correspondence with respect to holdback and review of backog

| 04-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |

Send FTI data to Legal Decoder; Receipt of 5 fee statements and first interim application of Brown Rudnick and forward data to Legal Decoder; update assignment/professional log; Receipt of Gilbert 1-5 monthly fee statements and 1st Interim Fee Application and forward data to legal Decoder

| 04-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |

Receipt of Kramer Levin's 1-5 monthly fee statements and 1st Interim fee application; forward data to Legal Decoder

| 04-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |

Receipt of 1-5 monthly fee statements and 1st interim fee application for Otterbourg; forward data to Legal Decoder; update of assignment/professional log

| 04-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |

Receipt of application and order retaining Cole Schotz P.C.; Review of Application and Order retaining PJT

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|

Partners; Receipt of PJT 1-3 monthly fee statements and 1st Interim fee application

| 04-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |

Review of King & Spalding's Retention Application and Order, 1-6 Monthly Fee Statements, 1st Interim Fee Application, Supplement to 1st Fee Application, and Notice of Rate Increase

| 04-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |

Review of Arnold & Porter Retention Application and Order, 1-6 monthly fee statements, and 1st Interim Fee Application; Review of Jones Day Retention Application and Order, 1-4 monthly fee statements, and 1st Interim Fee Application

| 04-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |

Review of E&Y's Retention Application and Order and 1st Interim Fee Application; Review of Akin Gump's Retention Application and Order, 1-4 monthly fee statements, and 1st interim fee application; update of assignment/professional log

| 04-28-2020 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |

Attention to administrative issues

| 04-29-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 375.00 | 375.00 |

Edit retention app

| 04-29-2020 | David Klauder | [ALL] Case Administration | 0.20 | 375.00 | 75.00 |

Review notice of appearance and discuss with T. bielli

| 04-29-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |

Review, revise and edit EOS

| 04-29-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |

Review, revise and edit PHV

| 04-30-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.20 | 375.00 | 450.00 |

Attention to BK retention app

| 04-30-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |

Review of emails received by NY court system re: filed documents and correspondence to B&K re: same; Review of Bayard's Retention Application, Order, 1-3 monthly fee statements and 1 interim statement

| 04-30-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |

Review of Province's Retention Application, Order, 1-5 monthly fee statements and 1st interim fee application; Review of Jefferies' Retention Application, Order, 1-4 monthly fee statements and 1st interim fee application

| 04-30-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |

Review of Kurtzman's Retention Application, Order, 1-3 monthly fee statements and 1st interim fee application; Review of Wilmer Hale's Retention Application, Order, 1-4 monthly fee statements, Notice of Rate Increase, 1st interim fee application and Supplement to 1st fee application

| 04-30-2020 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |

Review and research flat fee v. hourly professionals

| 05-01-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |

Receipt of Akin's 5th monthly fee statement; Receipt of Cole Schotz's 1st monthly fee statement;Receipt of Arnold & Porter's 7th monthly fee statement; Receipt of Dechert's 7th monthly fee statement

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 05-01-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Receipt of Skadden's Retention Application, Order, 1-5 monthly fee statements and 1st interim fee application | | | |
| 05-01-2020 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Receipt and upload of 1st interim data for Arnold & Porter, Ernst & Young, Jones Day, King & Spalding, KPMG, Skadden, Wilmer Hale and UCC Professionals | | | |
| 05-01-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt of King & Spalding's 7th monthly fee statement and data for 6th and 7th monthly statements; Receipt of Dechert's 7th monthly fee data; correspondence to Dechert re: introduction | | | |
| 05-01-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | QC and revision of assignment log | | | |
| 05-01-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.50 | 375.00 | 562.50 |
| | | Work on BK retention app | | | |
| 05-01-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 375.00 | 187.50 |
| | | Work on administrative issues | | | |
| 05-01-2020 | Thomas Bielli | [ALL] Case Administration | 2.00 | 350.00 | 700.00 |
| | | Review revise and edit Retention Application and Declarations | | | |
| 05-02-2020 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Correspondence and conference with Tracey with respect to review, rules, expenses | | | |
| 05-02-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Review of Notice of Presentment of Fee Examiner order | | | |
| 05-02-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Email correspondence with DK & TB re: review process and protocol | | | |
| 05-02-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Prepare Akin Review Report template | | | |
| 05-04-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Correspondence with B&K re: fee examiner expense rules; review of DK report example; correspondence with fee review team | | | |
| 05-04-2020 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Meeting with Legal Decoder re: timing of analysis, provisioning of users, and changes to the dashboard for efficient review process | | | |
| 05-04-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | email correspondence with Jason Chi re: data received to-date; email correspondence with Dechert re: data protocol; email correspondence with DWP re: points of contact and Cole Schotz outstanding data | | | |
| 05-04-2020 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |
| | | Attention to retention and administrative issues | | | |
| 05-04-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Attention to Notice of Presentment for Retention Motion | | | |
| 05-05-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Prepare Notice of Application and Notice of Presentment | | | |
| 05-05-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 350.00 | 70.00 |
| | | Investigate service issues | | | |
| 05-05-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Receipt of DWP's 7th monthly fee statement; Receipt of KPMG's 3rd monthly fee statement; email correspondence with DWP re: points of contact; email correspondence to Cole Schotz requesting data files; email correspondence with Akin re: introduction and Committee professionals contacts | | | |
| 05-06-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Receipt of Kramer's 5th monthly fee statement; Receipt of Cole Schotz's 1st monthly fee data; Receipt of contact for Committee professionals and update assignment log; email correspondence with Akin Gump re: process for data collection for Committee's professionals | | | |
| 05-07-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Email correspondence with Akin Gump re: monthly data collection process; email correspondence with Legal Decoder re: E&Y - King data issues and published data | | | |
| 05-07-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Correspond with UST and Chambers re Hearing v. Presentment | | | |
| 05-07-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 195.00 | 312.00 |
| | | Begin review of Arnold & Porter 1st Interim fee data | | | |
| 05-07-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.20 | 375.00 | 450.00 |
| | | Attention to BK retention app including editing same and coordinate filing | | | |
| 05-07-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.50 | 350.00 | 525.00 |
| | | Final review and revisions to Retention Application; electronically file and coordinate service of same | | | |
| 05-07-2020 | Isabel Bielli | [ALL] Case Administration | 1.00 | 100.00 | 100.00 |
| | | Call with Tracey to go over the software and what goes into the fee report. | | | |
| 05-08-2020 | Isabel Bielli | [ALL] Case Administration | 1.00 | 100.00 | 100.00 |
| | | B100 - Administration Call with Tracey on how to use the software and how to write up the fee reports. | | | |
| 05-08-2020 | Brandi Chambers | [ALL] Case Administration | 1.00 | 125.00 | 125.00 |
| | | [ALL] Case Administration  Training with T. Bielli and T. Nobis on Legal Decoder | | | |
| 05-08-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Receipt of February data for all UCC professionals | | | |
| 05-08-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Preparation for team meeting including agenda preparation and workflow chart | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-08-2020 | Tracey Nobis | [ALL] Case Administration | 1.00 | 195.00 | 195.00 |
| | Team Meeting re: workflow, file structure and LSA UI overview | | | | |
| 05-08-2020 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |
| | Attention to fee review and admin issues | | | | |
| 05-09-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | Receipt of KPMG's 2nd and 3rd fee statement data; correspondence to legal decoder regarding potential formatting issues | | | | |
| 05-09-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | Receipt and review of multiple emails re: legal decoder provisioning; review of email correspondence re: KPMG's 2nd and 3rd month data; Receipt of Jones Day 5th monthly fee statement; Receipt of Brown Rudnick 6th monthly fee statement; Brief review of Fee Examiner Retention Application; correspondence with Legal Decoder re: discount data issue | | | | |
| 05-09-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.20 | 195.00 | 624.00 |
| | Complete Arnold & Porter 1st interim review; preparation of report | | | | |
| 05-11-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 125.00 | 175.00 |
| | [ALL] BK/Fee Examiner - Retention and Fee Applications. Review applications from Legal Decoder to draft reports from King and Spalding interim report from video instruction by T. Nobis | | | | |
| 05-11-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | Receipt and review of email correspondence relating to training and timing of first interim reviews. | | | | |
| 05-11-2020 | Tracey Nobis | [ALL] Case Administration | 2.00 | 195.00 | 390.00 |
| | Preparation of review report templates | | | | |
| 05-11-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | Call with Legal Decoder and B-K re: timing of interim reviews | | | | |
| 05-11-2020 | Tracey Nobis | [ALL] Case Administration | 1.40 | 195.00 | 273.00 |
| | Fee Review Training | | | | |
| 05-11-2020 | Tracey Nobis | [ALL] Case Administration | 0.10 | 195.00 | 19.50 |
| | Email correspondence with Legal Decoder re: Jefferies data processing (flat fee - expense review only) | | | | |
| 05-11-2020 | Isabel Bielli | [ALL] Case Administration | 1.30 | 100.00 | 130.00 |
| | Second Training call with Tracey to go over fee application review template and flaggers through Legal Decoder. | | | | |
| 05-11-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | Downloaded data from legal decoder into excel and started to distribute flags based on the hierarchy. | | | | |
| 05-11-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | Team conference call re deadline from 1st interim period | | | | |
| 05-11-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | Review open issues with reviewers | | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 05-11-2020 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |
| | | Attention to admin issues | | | |
| 05-11-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Arnold & Porter review and discuss with T. Bielli | | | |
| 05-12-2020 | Tracey Nobis | [ALL] Case Administration | 0.10 | 195.00 | 19.50 |
| | | Receipt of Alix Partners' 7th monthly fee statement | | | |
| 05-12-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 100.00 | 140.00 |
| | | Put data from legal decoder into excel formulated charts. Started to work on review template. | | | |
| 05-12-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 100.00 | 150.00 |
| | | Entered more information into Fee review template, just about to start on the expenses. | | | |
| 05-13-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Correspondence with Legal Decoder re: Jefferies data; correspondence to Jefferies requesting expense data for review and correspondence with Baker Botts re: same | | | |
| 05-13-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Call with IB re: questions on Akin review; follow-up email with instructions for HM flagging | | | |
| 05-13-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Call with IB re: questions on Akin 1st Interim review | | | |
| 05-13-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 4.20 | 100.00 | 420.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals Finished draft one for fee review, sent to Tracey to go over and let me know of changes that need to be made. | | | |
| 05-13-2020 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | | Review of and comment on Akin Gump draft review report | | | |
| 05-14-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 100.00 | 100.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals. Make corrections based on Tracey's suggestions then send back over to Tracey for review. | | | |
| 05-15-2020 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Training session with IB | | | |
| 05-15-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Email correspondence with Davis Polk regarding duplicate fee apps filed | | | |
| 05-15-2020 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | | Review of duplicate First Interim Applications filed by A&P and Skadden; Brief review of Akin Gump's revised first interim report and correspondence to IB re: same; correspondence to Legal Decoder and Gilbert re: data issues | | | |
| 05-15-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - | 0.60 | 100.00 | 60.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Retained Professionals | | | |
| | | Call with Tracey about the review report, and the flag hierarchy to be aware of. | | | |
| 05-15-2020 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Review status reports and attention to duplicate fee applications | | | |
| 05-15-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Attention to Skadden Arps and Arnold Porter interim fee apps | | | |
| 05-15-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails/discussions re: status of fee reviews | | | |
| 05-16-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.10 | 195.00 | 409.50 |
| | | complete review and preparation of report for Jefferies' 1st Interim fee application | | | |
| 05-16-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.40 | 195.00 | 468.00 |
| | | Review of Otterbourg's First Interim Fee Application and preparation of report | | | |
| 05-16-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt and review of correspondence from Legal Decoder re: published data; planning of assignments and correspondence to fee review team re: same; update file structure for review information | | | |
| 05-16-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 195.00 | 156.00 |
| | | Begin review of Jefferies' 1st interim; QC and fix expense data | | | |
| 05-17-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 4.50 | 100.00 | 450.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals Updated and changed review report for Akin & Gump based on the flag hierarchy and submitted it into Tracey. Downloaded the data for Ernst & Young from legal decoder into excel and separated it based on flag. | | | |
| 05-18-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 125.00 | 112.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals. Meeting with T. Nobis to discuss King and Spalding interim fee report | | | |
| 05-18-2020 | Tracey Nobis | [ALL] Case Administration | 1.00 | 195.00 | 195.00 |
| | | Fee review training with B. Chambers | | | |
| 05-18-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 100.00 | 140.00 |
| | | Embedded data into the Akin & Gump Review Report and finished the first draft for the Ernst & Young review report. | | | |
| 05-18-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 100.00 | 90.00 |
| | | Downloaded data for Kramer & Levin from legal decoder into excel and started to sort the data based on the flags. | | | |
| 05-18-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - | 2.40 | 100.00 | 240.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Retained Professionals | | | |
| | | Worked on Kramer & Levin review report, finished the section for fees now moving onto the expenses. | | | |
| 05-18-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Attention to fee review and reporting issues | | | |
| 05-18-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 375.00 | 112.50 |
| | | Attention to BK retention app | | | |
| 05-18-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Correspond with team re reports and status update | | | |
| 05-18-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 350.00 | 175.00 |
| | | Attention to objection deadline, chambers procedures and local rules | | | |
| 05-18-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 350.00 | 105.00 |
| | | Correspond with Debtors' counsel re next steps on retention | | | |
| 05-19-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Receipt of Jefferies' 5th monthly fee statement; Receipt of Akin Gump's 6th monthly fee statement; Receipt of Province's 6th monthly fee statement; Receipt of KCC's 4th monthly fee statement; Receipt of Cole Schotz's 2nd monthly fee statement; correspondence with TB re: weekly reporting | | | |
| 05-19-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Receipt of Gilbert's corrected 1st interim fee data; receipt of Jefferies' 1st interim expense data; email correspondence with IB re: Akin 1st interim review report | | | |
| 05-19-2020 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |
| | | Discuss fee review status and other issues with T. Bielli | | | |
| 05-19-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 5.40 | 125.00 | 675.00 |
| | | Fee/Employment Application pulling data and organizing report from King and Spalding interim reports | | | |
| 05-19-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 100.00 | 120.00 |
| | | Download data for the expenses for Kramer Levin and sort the data. | | | |
| 05-19-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 100.00 | 80.00 |
| | | Finished up review report for Kramer Levin and sent to Tracey for review. | | | |
| 05-19-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 350.00 | 175.00 |
| | | Attention to Retention issues; CNO and Agenda | | | |
| 05-19-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Correspond with Team with respect to reports and status update | | | |
| 05-19-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 375.00 | 112.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Discuss status of retention app and next steps with T. Bielli | | | |
| 05-20-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review of Akin Gump draft report; correspondence with IB re: revisions necessary | | | |
| 05-20-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 2.20 | 125.00 | 275.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals Gather data from Legal Decoder to prepare report from King and Spalding interim application | | | |
| 05-20-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Review email from tracey and start to make changes on for the Akin Gump report. | | | |
| 05-20-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 100.00 | 150.00 |
| | | Finish making changes for the Akin Gump report. | | | |
| 05-20-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Email correspondence with Legal Decoder and update of assignment log; correspondence with BC and IB re: status; weekly report to B-K re: status | | | |
| 05-20-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.90 | 195.00 | 370.50 |
| | | Begin review of Skadden's 1st Interim | | | |
| 05-20-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.40 | 350.00 | 140.00 |
| | | Final edits and edit of Cert of No Objection to BK Retention Application | | | |
| 05-20-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 350.00 | 70.00 |
| | | Prepare correspondence to Chambers with CNO and Proposed form of Order | | | |
| 05-20-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | | Review CNO for BK retention app | | | |
| 05-20-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review professional review assignment log and status | | | |
| 05-20-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Receipt of Otterbourg's 6th monthly fee statement; Receipt of FTI's 6th monthly fee statement; email correspondence with Legal Decoder re: issues with Drive for data processing | | | |
| 05-21-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 100.00 | 130.00 |
| | | Made more edits to my review reports, added to google drive for final review | | | |
| 05-21-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Call with IB re: questions on current reviews | | | |
| 05-21-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - | 0.30 | 100.00 | 30.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Retained Professionals | | | |
| | | Call with Tracey about moving forward. | | | |
| 05-21-2020 | Tracey Nobis | [ALL] Case Administration | 1.00 | 195.00 | 195.00 |
| | | Call with BC re: fee review training | | | |
| 05-21-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals Video conference with T. Nobis to go over King and Spalding Reports from interim fee application | | | |
| 05-21-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Receipt of March data for UCC professionals; email correspondence to fee review team regarding rule clarifications; correspondence with Legal Decoder re: FTI and KPMG data published; Receipt of Gilbert's 6th monthly fee statement | | | |
| 05-21-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Continued review of Skadden's 1st interim fee application | | | |
| 05-21-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Update reports after call with Tracey, then uploaded them to google drive. | | | |
| 05-21-2020 | David Klauder | [ALL] Case Administration | 0.20 | 375.00 | 75.00 |
| | | Emails/phone call re: status | | | |
| 05-21-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Correspondence and conference with Tracey and Dace re status update | | | |
| 05-21-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 7.40 | 125.00 | 925.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals Gather data from Legal Decoder to prepare reports from King and Spalding interim fee application | | | |
| 05-21-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Conference call with Tracy re update | | | |
| 05-22-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 100.00 | 100.00 |
| | | Download data from legaldecoder for FTI. | | | |
| 05-22-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 7.50 | 125.00 | 937.50 |
| | | B160 - Fee/Employment Application. Prepare review reports from  Province interim fee application | | | |
| 05-22-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.90 | 100.00 | 190.00 |
| | | Work on fee report for FTI. | | | |
| 05-22-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Call with BC re: questions on review | | | |
| 05-23-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.50 | 195.00 | 487.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Final review and finalization of Akin Gump report | | | |
| 05-23-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 195.00 | 19.50 |
| | | Review and finalize E&Y First Interim Fee Report | | | |
| 05-23-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Debrief/Training session with IB | | | |
| 05-23-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Preparation of Review Tips "cheat sheet" for review team | | | |
| 05-23-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.30 | 195.00 | 448.50 |
| | | Review Skadden's expense data and finalize First Interim review report | | | |
| 05-23-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 100.00 | 100.00 |
| | | Phone call with tracey about revising the review reports. | | | |
| 05-23-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 100.00 | 200.00 |
| | | Revise Review application, fix the travel and meal expenses. | | | |
| 05-23-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 195.00 | 351.00 |
| | | Review of KPMG;'s 1st Interim fee data; preparation of report | | | |
| 05-23-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 125.00 | 62.50 |
| | | [ALL] Fee/Employment Applications - Retained Professional Prepared Reports for Province Interim fee Application | | | |
| 05-23-2020 | Tracey Nobis | [ALL] Case Administration | 0.10 | 195.00 | 19.50 |
| | | Email correspondence with Legal Decoder re: published data and remaining data outstanding | | | |
| 05-24-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 3.30 | 125.00 | 412.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals Preparing reports from Province  interim fee application | | | |
| 05-24-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 100.00 | 200.00 |
| | | Made changes to Kramer & Levin spreadsheet and word document, then uploaded them to google drive. | | | |
| 05-25-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss fee review with T. Bielli | | | |
| 05-26-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Review of assignment log; email correspondence with Legal Decoder; email correspondence with fee review team | | | |
| 05-26-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - | 1.50 | 100.00 | 150.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Retained Professionals | | | |
| | | Finished the fees portion of the FTI fee review report. | | | |
| 05-26-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Call with IB re: questions on FTI expenses and fee review general questions | | | |
| 05-26-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 3.80 | 100.00 | 380.00 |
| | | Finished FTI fee review report, uploaded to google drive for further review from Tracey. | | | |
| 05-26-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 195.00 | 273.00 |
| | | Review, revise and finalize Kramer Levin's 1st interim Review Report | | | |
| 05-26-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.60 | 195.00 | 507.00 |
| | | Begin Alix Partners' First Interim review and report | | | |
| 05-26-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 375.00 | 187.50 |
| | | Review retention order and discussions with T. Bielli and UST re: same | | | |
| 05-26-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Review report on Arnold & Porter 1st interim fee app and begin draft interim report | | | |
| 05-26-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 350.00 | 175.00 |
| | | Review Retention Order; compare and contract to order submitted | | | |
| 05-26-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review of Arnold & Porter Report | | | |
| 05-27-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Call with IB re: Kramer review (for training) | | | |
| 05-27-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Training call with Tracey to go over needed changes | | | |
| 05-27-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Edited the expenses for FTI fee review report due to training call. | | | |
| 05-27-2020 | Tracey Nobis | [ALL] BK/Fee Examiner - Retention and Fee Applications | 5.10 | 195.00 | 994.50 |
| | | Review of Davis Polk First Interim Fee data and begin preparation of review report | | | |
| 05-27-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 100.00 | 160.00 |
| | | download data for Brown Rudnick and start on the review report | | | |
| 05-27-2020 | Tracey Nobis | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.30 | 195.00 | 253.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Finish Alix Partners First Interim review and report | | | |
| 05-27-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | | Discuss retention issues with T. Bielli | | | |
| 05-27-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to interim report for Arnold & Porter fee app | | | |
| 05-27-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to report of Arnold & Porter.  Review and revise correspondence to professionals | | | |
| 05-27-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Review of Interim Comp Procedures Order; correspondence with Legal Decoder re same | | | |
| 05-28-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Conference call with Legal Decoder re Retention Order | | | |
| 05-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | bi-weekly call with Legal Decoder re: status and LSA improvement requests | | | |
| 05-28-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 3.50 | 100.00 | 350.00 |
| | | Finished up fee section for Brown & Rudnick Review Report, downloaded the data for Dechert from legal decoder. | | | |
| 05-28-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 375.00 | 112.50 |
| | | Phone call with Legal Decoder re: fee review and BK retention | | | |
| 05-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Email correspondence with B-K with completed interim review reports and weekly status update | | | |
| 05-28-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attention to Akin Gump Report | | | |
| 05-29-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Conference with LD re flags to be removed and reports to be streamlined | | | |
| 05-29-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review file with respect to fee data request | | | |
| 05-29-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.40 | 350.00 | 140.00 |
| | | Conference call and correspondence with Debtors' counsel with respect to BK Retention Order and changes with respect to same; conference call and correspondence re Stikeman | | | |
| 05-29-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with Debtors counsel and Fee Examiner with respect to PJT's Expense request | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 05-29-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to prioritizing Stikeman Fee Review | | | |
| 05-29-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | | Discuss retention order with T. Bielli and Davis Polk | | | |
| 05-29-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 375.00 | 112.50 |
| | | Attention to Stikeman Elliott fee app | | | |
| 05-29-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt of correspondence from Legal Decoder re: Cole Schotz data issues and KCC data; update assignment log; correspondence to Davis Polk requesting Debtors' data; correspondence to Kramer Levin requesting ad hoc committee data | | | |
| 05-29-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 2.90 | 125.00 | 362.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals Pulling information from Legal Decoder to complete reports from Province interim application | | | |
| 05-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 100.00 | 90.00 |
| | | Finished sorting data for Dechert, started on the review report | | | |
| 05-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 100.00 | 200.00 |
| | | Worked on the expenses section of Brown Rudnick's review report. | | | |
| 05-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 3.30 | 100.00 | 330.00 |
| | | Finished up Brown Rudnick report, started report for Dechert | | | |
| 05-29-2020 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Review of correspondence re: PJT data; brief review of PJT First Interim fee application; email correspondence with Legal Decoder re: KCC data status; Receipt and review of Stikeman Elliott application for excess compensation; Receipt of data for Ad Hoc Committee and correspondence re: Gilbert data | | | |
| 05-29-2020 | Tracey Nobis | [ALL] Case Administration | 1.40 | 195.00 | 273.00 |
| | | Finish review and finalize report of Davis Polk 1st Interim | | | |
| 05-30-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.30 | 195.00 | 448.50 |
| | | Review of Gilbert's 1st interim fee data and preparation of report | | | |
| 05-30-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Review, revise and finalize FTI's 1st interim review report | | | |
| 05-30-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 195.00 | 39.00 |
| | | Review of correspondence re: PJT expense data and attorney fee reasonableness determination; provide direction to IB for review | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 05-30-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 195.00 | 390.00 |
| | | Begin review and report preparation for Jones Day's 1st Interim | | | |
| 05-30-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to PJT expense review | | | |
| 05-31-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 4.60 | 125.00 | 575.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals Pulling Info from Legal Decoder from Province interim fee applications | | | |
| 05-31-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 100.00 | 100.00 |
| | | Finalized Brown Rudnick review report and uploaded into google drive. Worked more on Dechert's review report. | | | |
| 05-31-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 100.00 | 100.00 |
| | | Work on Dechert review report. | | | |
| 05-31-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review fee reports and discuss with T. Bielli | | | |
| 05-31-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Triaging outstanding Fee Reports; correspond with Fee Examiner with respect to same | | | |

## Time Summary

| Professional | Hours |
|-------------|-------|
| Brandi Chambers | 40.00 |
| David Klauder | 25.00 |
| Isabel Bielli | 55.30 |
| Thomas Bielli | 28.60 |
| Tracey Nobis | 72.70 |

| Task | Hours |
|------|-------|
| [ALL] BK/Fee Examiner - Retention and Fee Applications | 19.60 |
| [ALL] Case Administration | 74.50 |
| [ALL] Fee/Employment Applications - Retained Professionals | 127.50 |

We appreciate your business

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

1500 Walnut Street, Suite 900
Philadelphia, PA  19102

**INVOICE #** 1232
**DATE** 06/01/2020
**DUE DATE** 06/01/2020
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - Retrospective | 1 | 56,750.00 | 56,750.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE**

## $56,750.00

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

1500 Walnut Street, Suite 900

Philadelphia, PA  19102

**INVOICE #** 1245

**DATE** 06/01/2020

**DUE DATE** 06/01/2020

**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - May Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:

Legal Decoder

105 North Virginia Avenue

Suite 204

Falls Church, VA 22046

BALANCE DUE

**$24,250.00**