George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald J. Brown
Alyssa DaCunha
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | |

## SUMMARY SHEET FOR SECOND INTERIM FEE APPLICATION OF
## WILMER CUTLER PICKERING HALE AND DORR LLP

| | |
|---|---|
| **Name of Applicant:** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Application Period:** | February 1, 2020 through May 31, 2020 |
| **Applicant's Role in Case:** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Total Fees Requested:** | **$294,865.56**[2] |
| **Total Expenses Requested:** | **$2,416.88** |
| **Total Fee and Expenses Requested:** | **$297,282.44** |
| **Date of Retention:** | November 25, 2019 *nunc pro tunc* to September 15, 2019 |
| **Total compensation approved by interim order to date** | $436,585.25 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

[2]    This amount reflects an agreed reduction in the aggregate amount of $40,208.94.

| | |
|---|---|
| **Total expenses approved by interim order to date** | $3,529.30 |
| **Total allowed compensation paid to date** | $0.00 |
| **Total allowed expenses paid to date** | $0.00 |
| **Blended rate in application for all attorneys** | $730.07 |
| **Blended rate in application for all timekeepers** | $630.08 |
| **Compensation sought in application already paid pursuant to a monthly compensation order but not yet allowed** | $0.00 |
| **Expenses sought in application already paid pursuant to a monthly compensation order but not yet allowed** | $0.00 |
| **Number of professionals included in application** | 21 |
| **If applicable, number of professionals in application not included in staffing plan approved by client** | N/A |
| **If applicable, difference between fees budgeted and compensation sought during application period** | Amt. Budgeted:  $290,000.00<br>Amount Sought: $294,865.56<br>Difference: $4,865.56 |
| **Number of professionals billing fewer than 15 hours to the case during application period** | 12 |
| **Are any rates higher than those approved or disclosed at retention?** | WilmerHale increased its standard billing rates effective as of January 1, 2020[3] |

---

[3]    WilmerHale also negotiated a reduction of those rates with the Debtors as set forth in the *Wilmer Cutler Pickering Hale and Dorr LLP's First Notice of Increase in Hourly Rates* [Docket No. 653] and Exhibit B attached hereto.

## COMPENSATION BY PROFESSIONAL

## (FEBRUARY 1, 2020 - MAY 31, 2020)

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[4] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald J. Brown | Partner; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 25.20 | 39,060.00 |
| Alyssa DaCunha | Partner; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 965.00 | 95.70 | 92,350.50 |
| **Partners Total** | | | **120.90** | **131,410.50** |
| **Counsel** | | | | |
| John T. Byrnes | Counsel; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 940.00 | 0.40 | 376.00 |
| **Counsel Total** | | | **0.40** | **376.00** |
| **Associates and Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 525.00 | 21.60 | 11,340.00 |
| Sheila E. Menz | Sr. Associate; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 815.00 | 55.60 | 45,314.00 |
| Elena M. Satten-Lopez | Associate; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 117.40 | 64,570.00 |
| Allyson M. Pierce | Associate; admitted to CA Bar in 2019; BFR. | 595.00 | 4.60 | 2,737.00 |
| Phoebe Stroede | Sr. Discovery Attorney; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 50.60 | 15,180.00 |
| **Associates and Attorneys Total** | | | **249.80** | **139,141.00** |

---

[4]     WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[4] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Paraprofessionals** | | | | |
| Truong Chau | Litigation Support Coordinator; Litigation Support. | 480.00 | 0.20 | 96.00 |
| Russell Coker | Paralegal; Litigation / Controversy. | 445.00 | 6.40 | 2,848.00 |
| Jeffrey Dillard | Reference Coordinator; Library and Research Services. | 415.00 | 0.10 | 41.50 |
| Wendi Hoffenberg | Sr. Research and Reference Specialist; Library and Research Services. | 505.00 | 0.60 | 303.00 |
| William E. Lannon | Paralegal; Litigation / Controversy. | 385.00 | 6.40 | 2,464.00 |
| Allyson Lazarre | Co-op Student; Litigation Support. | 155.00 | 0.50 | 77.50 |
| Kevin Le | Sr. Litigation Support Coordinator; Litigation Support. | 480.00 | 3.70 | 1,776.00 |
| Aaron P. Murphy | Research and Reference Specialist; Library and Research Services. | 415.00 | 1.40 | 581.00 |
| Elizabeth W. Rockett | Legislative Assistant; Regulatory and Government Affairs. | 275.00 | 48.60 | 13,365.00 |
| Megan I. Scanlon | Sr. Research and Reference Specialist; Library and Research Services. | 505.00 | 0.30 | 151.50 |
| Tamir Shemesh | Project Assistant; Securities Litigation & Enforcement. | 275.00 | 26.50 | 7,287.50 |
| Yolande Thompson | Sr. Paralegal; BFR. | 545.00 | 62.30 | 33,953.50 |
| Saige Wenik | Sr. Project Assistant; Litigation / Controversy. | 325.00 | 3.70 | 1,202.50 |
| **Paraprofessionals Total** | | | **160.70** | **64,147.00** |
| **TOTAL** | | | **531.80** | **$335,074.50** |
| **Less Agreed Reduction** | | | | **-$40,208.94** |
| **GRAND TOTAL** | | | **531.80** | **$294,865.56** |

**Total Attorney Hours for Interim Fee Period:**      **371.10**

**Total Attorney Compensation for Interim Fee Period:**      **270,927.50**

**Attorney Blended Hourly Rate for Interim Fee Period:**      **730.07**


**Total Paraprofessional Hours for Interim Fee Period:**      **160.70**

**Total Paraprofessional Compensation for Interim Fee Period:**      **64,147.00**

**Paraprofessional Blended Hourly Rate for Interim Fee Period:**      **399.17**


**All Professionals Blended Hourly Rate for Interim Fee Period:**      **630.08**

## SUMMARY OF MONTHLY FEE STATEMENTS

| PERIOD | FEES | EXPENSES | STATUS |
|---|---|---|---|
| 09/16/2019 – 11/30/2019 [Docket Nos. 730 & 739] | $273,955.00[5] | $418.89 | An omnibus order dated May 12, 2020 [Docket No. 1159] allowing payment of 80% of the fees ($358,915.40) and 100% of the expenses ($3,529.30) requested in WilmerHale's First Interim Fee Application was entered on May 15, 2020.  On June 26, 2020, an omnibus supplemental order [Docket No. 1306] directing payment of fees that were subject to a 20% holdback in the reduced amount of $77,669.85 was entered by the court.  As of the date of this Application, WilmerHale has not received any payment on account of fees or expenses incurred during the first interim period. |
| 12/1/2019 – 12/31/2019 [Docket No. 844] | $50,639.17[6] | $161.18 | |
| 01/01/2020 – 01/31/2020 [Docket No. 907] | $124,050.08[7] | $2,949.23 | |
| **TOTAL FOR FIRST INTERIM PERIOD** | **$448,644.25** | **$3,529.30** | |
| 02/01/2020 – 02/28/2020 [Docket No. 1046] | $96,888.88[8] | $1,710.34 | Pending.  WilmerHale has not received any payment on account of fees or expenses incurred during this period as of the date of this Application. |
| 03/01/2020 – 03/31/2020 [Docket No. 1267] | $140,578.24[9] | $267.79 | Pending.  WilmerHale has not received any payment on account of fees or expenses incurred during this period as of the date of this Application. |
| 04/01/2020 – 04/30/2020 [Docket No. 1268] | $43,725.00[10] | $193.25 | Pending.  WilmerHale has not received any payment on account of fees or expenses incurred during this period as of the date of this Application. |
| 05/01/2020 – 05/31/2020 [Docket No. 1380] | $13,673.44[11] | $245.50 | Pending.  WilmerHale has not received any payment on account of fees or expenses incurred during this period as of the date of this Application. |
| **TOTAL FOR SECOND INTERIM PERIOD** | **$294,865.56** | **$2,416.88** | Pending.  WilmerHale has not received any payment on account of fees or expenses incurred during the second interim period as of the date of this Application. |

---

[5]    This amount reflects an agreed reduction in fees in the amount of $48,345.00.

[6]    This amount reflects an agreed reduction in fees in the amount of $8,936.33.

[7]    This amount reflects an agreed reduction in fees in the amount of $17,830.92 and 50% reduction of non-working travel time in the amount of $6,710.00 for a total reduction in the aggregate amount of $24,540.92.

[8]    This amount reflects an agreed reduction in fees in the amount of $13,212.12.

[9]    This amount reflects an agreed reduction in fees in the amount of $19,169.76.

[10]    This amount reflects an agreed reduction in fees in the amount of $5,962.50.

[11]    This amount reflects an agreed reduction in fees in the amount of $1,864.56.

George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald J. Brown
Alyssa DaCunha
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.***,** | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

### SECOND INTERIM FEE APPLICATION OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the

above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby

respectfully submits this second interim fee application (the "**Application**") for the period from

February 1, 2020 through May 31, 2020 (the "**Interim Fee Period**") pursuant to 11 U.S.C. §§

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

330 and 331 for interim allowance of compensation for professional services rendered and for

reimbursement of expenses incurred in connection therewith and respectfully represents:

## PRELIMINARY STATEMENT

1.      This Application has been prepared in accordance with the guidelines and

applicable requirements established by the Office of the United States Trustee (as amended, the

"**UST Guidelines**"), the Amended Guidelines for Fees and Disbursements for Professionals in

Southern District of New York Bankruptcy Cases, adopted by the Court in General Order M-447

on January 29, 2013 (the "**Local Guidelines**") and the *Order Establishing Procedures for*

*Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated

November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order"**).

2.      By this Application, WilmerHale seeks allowance of interim compensation for

legal services rendered on behalf of the Debtors during the Interim Fee Period in the aggregate

amount of **$294,865.56**[2] and for reimbursement of actual and necessary expenses incurred in

connection with rendering such services in the aggregate amount of **$2,416.88**, including all

holdbacks, pursuant to sections 330 and 331 of the Bankruptcy Code.  During the Interim Fee

Period, WilmerHale attorneys and paraprofessionals expended a total of **531.80** hours for which

compensation is sought.

3.      The fees charged by WilmerHale in these cases are billed in accordance with its

agreed-upon billing rates and procedures in effect during the Interim Fee Period. The rates

charged by WilmerHale for the services rendered in these chapter 11 cases do not (and will not)

exceed the rates WilmerHale customarily charges for services rendered in comparable matters.

Such fees are reasonable based on the customary compensation charged by comparably skilled

---

[2]      This amount reflects an agreed reduction in the aggregate amount of $40,208.94.

practitioners in comparable assignments in a competitive national legal market.

4.      Pursuant to the UST Guidelines, annexed hereto as <u>Exhibit A</u> is a schedule setting

forth the Customary and Comparable Compensation Disclosures.

5.      Annexed hereto as <u>Exhibit B</u> is a schedule setting forth all WilmerHale

professionals and paraprofessionals who have performed services during the Interim Fee Period,

the capacities in which each such individual is employed by WilmerHale, the department in

which each individual practices, the hourly billing rate charged by WilmerHale for services

performed by such individual, the year in which each professional was licensed to practice law,

if applicable, and the aggregate number of hours expended in this matter and fees billed therefor.

6.      Annexed hereto as <u>Exhibit C</u> is a schedule setting forth the Budget and Staffing

Plan, pursuant to the UST Guidelines.

7.      Annexed hereto as <u>Exhibit D</u> is a summary of the number of hours and amounts

billed by WilmerHale during the Interim Fee Period, organized by project categories, pursuant to

the UST Guidelines.

8.      Annexed hereto as <u>Exhibit E</u> is a summary of the expenses incurred by

WilmerHale during the Interim Fee Period, pursuant to the UST Guidelines.

9.      Pursuant to the Local Guidelines, a certification regarding compliance with the

same is annexed hereto as <u>Exhibit F</u>.

## <u>JURISDICTION</u>

10.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and

1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief

sought herein are sections 330 and 331 of chapter 11 of title 11 of the United States Code (the

"**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedures, Local

Bankruptcy Rule 2016-1 and the UST Guidelines.

## BACKGROUND

11.     On September 15, 2019 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are continuing to operate their business and manage their properties as debtors in possession pursuant to sections 1007(a) and 1108 of the Bankruptcy Code.

12.     On September 27, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "**Creditors Committee**") [Docket No. 131]. No trustee or examiner has been appointed.

13.     On November 5, 2019, the Debtors filed the *Application of Debtors for Authority to Retain and Employ Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel to the Debtors Nunc Pro Tunc to the Petition Date*, [Docket No. 428], which was granted by order entered on November 25, 2019 [Docket No. 544].

14.     Pursuant to the Interim Compensation Order, retained professionals are authorized to submit monthly fee statements. Provided that no objection to a monthly fee statement is timely filed, the Debtors are authorized to pay such professional an amount equal to eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in such monthly fee statement. The Interim Compensation Order further directs professionals to submit an application requesting interim allowance of the compensation and reimbursement of expenses sought in the monthly statements, including any holdback, pursuant to sections 330 and 331 of the Bankruptcy Code.

15.     On January 10, 2020, WilmerHale requested allowance of compensation in the amount of **$219,164.00**[3] (80% of the actual fees incurred in the amount of **$273,955.00)** and

---

[3]     This amount reflects an agreed reduction in fees in the amount of $48,345.00.

reimbursement of expenses in the amount of **$418.89** incurred in connection with the actual,

reasonable and necessary professional services rendered during the period commencing on

September 16, 2019 through and including November 30, 2019 [Docket Nos. 730, 739] (the

"**First Fee Statement**"). As of the date of this Application, WilmerHale has not received any

payment on account of the fees and expenses sought in the First Fee Statement.

16.    On February 19, 2020, WilmerHale requested allowance of compensation in the

amount of **$40,511.34**[4] (80% of the actual fees incurred in the amount of **$50,639.17**) and

reimbursement of expenses in the amount of **$161.18** incurred in connection with the actual,

reasonable and necessary professional services rendered during the period commencing on

December 1, 2019 through and including December 31, 2019 [Docket No. 844] (the "**Second**

**Fee Statement**"). As of the date of this Application, WilmerHale has not received any payment

on account of the fees and expenses sought in the Second Fee Statement.

17.    On March 11, 2020, WilmerHale requested allowance of compensation in the

amount of **$99,240.06**[5] (80% of the actual fees incurred in the amount of **$124,050.08**) and

reimbursement of expenses in the amount of **$2,949.23** incurred in connection with the actual,

reasonable and necessary professional services rendered during the period commencing on

January 1, 2020 through and including January 31, 2020 [Docket No. 907] (the "**Third Fee**

**Statement**"). As of the date of this Application, WilmerHale has not received any payment on

account of the fees and expenses sought in the Third Fee Statement.

18.    On March 16, 2020, WilmerHale filed the *First Interim Fee Application of*

*Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and*

---

[4]    This amount reflects an agreed reduction in fees in the amount of $8,936.33.

[5]    This amount reflects an agreed reduction in fees in the amount of $17,830.92 and 50% reduction of non-working travel time in the amount of $6,710.00 for a total reduction in the aggregate amount of $24,540.92.

*Reimbursement of Expenses* [Docket No. 941] (the "<u>First Interim Fee Application</u>") seeking

approval of payment for the amounts requested in the First, Second, and Third Fee Statements.

19.     On March 25, 2020, WilmerHale filed the *Supplement to First Interim Fee*

*Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and*

*Reimbursement of Expenses* [Docket No. 982].

20.     On April 8, 2020, the Court entered an *Order Authorizing Appointment of*

*Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation*

*Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [Docket No. 1023].

21.     On April 15, 2020, WilmerHale requested allowance of compensation in the

amount of **$77,511.10**[6] (80% of the actual fees incurred in the amount of **$96,888.88**) and

reimbursement of expenses in the amount of **$1,710.34** incurred in connection with the actual,

reasonable and necessary professional services rendered during the period commencing on

February 1, 2020 through and including February 29, 2020 [Docket No. 1046] (the "**Fourth Fee**

**Statement**"). As of the date of this Application, WilmerHale has not received any payment on

account of the fees and expenses sought in the Fourth Fee Statement.

22.     On May 15, 2020, the Court entered the *Omnibus Order Granting First Interim*

*Fee Applications for Allowance and Payment of Compensation for Professional Services*

*Rendered and for Reimbursement of Actual and Necessary Expenses* [Docket No. 1159]

awarding 80% of the fees and 100% of the expenses requested in the First Interim Fee

Application on an interim basis.

23.     On June 11, 2020, the Fee Examiner provided WilmerHale with an Interim Report

on the First Interim Fee Application recommending a reduction of fees as detailed therein.

---

[6]     This amount reflects an agreed reduction in fees in the amount of $13,212.12.

24.    On June 15, 2020, WilmerHale requested allowance of compensation in the amount of **$112,462.59**[7] (80% of the actual fees incurred in the amount of **$140,578.24**) and reimbursement of expenses in the amount of **$267.79** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on March 1, 2020 through and including March 31, 2020 [Docket No. 1267] (the "**Fifth Fee Statement**"). As of the date of this Application, WilmerHale has not received any payment on account of the fees and expenses sought in the Fifth Fee Statement.

25.    On June 15, 2020, WilmerHale requested allowance of compensation in the amount of **$34,980.00**[8] (80% of the actual fees incurred in the amount of **$43,725.00**) and reimbursement of expenses in the amount of **$193.25** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on April 1, 2020 through and including April 30, 2020 [Docket No. 1268] (the "**Sixth Fee Statement**"). As of the date of this Application, WilmerHale has not received any payment on account of the fees and expenses sought in the Sixth Fee Statement.

26.    On June 26, 2020, the Court entered the *Omnibus Supplemental Order Authorizing and Directing Payment of First Interim Fee Period Holdback Amounts* [Docket No. 1306] directing payment of WilmerHale's fees that were subject to a 20% holdback in the reduced amount of $77,669.85 on an interim basis.

27.    On July 14, 2020, WilmerHale requested allowance of compensation in the amount of **$10,938.75**[9] (80% of the actual fees incurred in the amount of **$13,673.44**) and reimbursement of expenses in the amount of **$245.50** incurred in connection with the actual,

---

[7]    This amount reflects an agreed reduction in fees in the amount of $19,169.76.

[8]    This amount reflects an agreed reduction in fees in the amount of $5,962.50.

[9]    This amount reflects an agreed reduction in fees in the amount of $1,864.56.

reasonable and necessary professional services rendered during the period commencing on May 1, 2020 through and including May 31, 2020 [Docket No. 1380] (the "**Seventh Fee Statement**"). As of the date of this Application, WilmerHale has not received any payment on account of the fees and expenses sought in the Seventh Fee Statement.

28.     During the Interim Fee Period, other than pursuant to the Interim Compensation Order, WilmerHale has received no payment and no promises of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between WilmerHale and any other person, other than partners of the firm, for the sharing of compensation to be received for services rendered in these cases.

29.     Pursuant to the Interim Compensation Order, during the Interim Fee Period, WilmerHale sent the Debtors, the U.S. Trustee, the Creditors Committee, and the Fee Examiner monthly fee statements setting forth WilmerHale's fees for professional services rendered and expenses incurred during the Interim Fee Period. In connection with preparing each of the monthly statements and this Application, WilmerHale has adjusted its fees and expenses in favor of the estates. Specifically, WilmerHale has reduced its fees and expenses by **$40,208.94** pursuant to its agreement with Purdue Pharma, L.P. and to comply with the UST Guidelines. No party has objected to any of WilmerHale's monthly statements filed during the Interim Fee Period.

## **SUMMARY OF SERVICES RENDERED**

30.     This Application requests interim allowance of the compensation for and reimbursement of expenses sought in the Fourth, Fifth, Sixth and Seventh Fee Statements (collectively, the "**Monthly Statements**"), annexed hereto as <u>Exhibits G-J</u>, including all holdbacks, pursuant to sections 330 and 331 of the Bankruptcy Code.

8

31.    During the Interim Fee Period, a total of **531.80** hours was incurred by all timekeepers, with the fees totaling **$335,074.50**[10] for a blended rate of **$730.07** per hour for attorneys and **$399.17** for paraprofessionals. WilmerHale believes that these rates are reasonable and fair in light of the complexity of these cases.

32.    The services performed during the Interim Fee Period generally include the following categories, as summarized below, but is not intended to be a detailed description of the work performed. Rather, it is merely an attempt to highlight certain of those areas in which services were rendered to the Debtors. A more detailed description of WilmerHale's services are reflected in the Monthly Statements.

### A.  Fee/Employment Applications (B160)

33.    During the Interim Fee Period, WilmerHale professionals spent time preparing monthly fee statements, fee applications, and other documents related to WilmerHale's retention as special counsel to the Debtors.

34.    WilmerHale expended **78.70** hours with a value of **$46,337.50** in this category during the Interim Fee Period.

### B.  Congressional Investigation (L400)

35.    During the Interim Fee Period, WilmerHale professionals spent time preparing materials relevant to continuing to advise Purdue Pharma LP in connection with certain inquiries by Congressional committees into opioid product sales and marketing practices as set forth in the retention application.

36.    WilmerHale expended **453.10** hours with a value of **$288,737.00** in this category during the Interim Fee Period.

---

[10]    This amount was further reduced to $294,865.56 on account of an agreed reduction in the aggregate amount of $40,208.94.

9

## ALLOWANCE OF COMPENSATION

37.    The allowance of interim compensation for services rendered and reimbursement

of expenses in bankruptcy cases is expressly provided for in section 331 of the Bankruptcy Code:

> [A]ny professional person employed under section 327 . . . may apply to the
> court not more than once every 120 days after an order for relief in a case
> under this title, or more often if the court permits, for such compensation
> for services rendered . . . as is provided under section 330 of this title.

11 U.S.C. § 331. Moreover, this Court has authorized the filing of this Application in the

Interim Compensation Order.

38.    With respect to the level of compensation, section 330 of the Bankruptcy Code

provides, in pertinent part, that the Court may award to a professional person "reasonable

compensation for actual, necessary services rendered . . . ." 11 U.S.C. § 330(a)(1)(A).

Furthermore, section 330(a)(3) provides that

> In determining the amount of reasonable compensation to be awarded
> to . . . [a] professional person, the court shall consider the nature, the
> extent, and the value of such services, taking into account all relevant
> factors, including –
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or
> beneficial at the time at which the service was rendered toward
> the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable
> amount of time commensurate with the complexity, importance,
> and nature of the problem, issue, or task addressed;
>
> (E)    with respect to a professional person, whether the person is
> board certified or otherwise has demonstrated skill and
> experience in the bankruptcy field; and
>
> (F)    whether the compensation is reasonable based on the customary
> compensation charged by comparably skilled practitioners in
> cases other than cases under this title.

11 U.S.C. § 330(a)(3).

39.    The total time spent by WilmerHale attorneys and paraprofessionals during the

Interim Fee Period was **531.80** hours with the fees totaling **$335,074.50**[11]. The work involved,

and thus the time expended, was carefully assigned in light of the experience and expertise

required for a particular task. As shown by this Application and supporting documents,

WilmerHale spent its time economically and without unnecessary duplication of time.

40.    The fees charged by WilmerHale in these cases are billed in accordance with its

agreed-upon billing rates and procedures in effect during the Interim Fee Period.

41.    The professional services rendered by WilmerHale required a high degree of

professional competence and expertise so that the numerous issues requiring evaluation and

determination by the Debtors could be addressed with skill and dispatch. The professional

services have, therefore, required WilmerHale to expend substantial time and effort. It is

respectfully submitted that the services rendered to the Debtors were necessary and beneficial to

the administration of the chapter 11 cases, and were performed efficiently, effectively and

economically.

42.    Most of the services performed by partners, counsel, and associates at

WilmerHale were rendered by WilmerHale's regulatory and government affairs group.

WilmerHale has a prominent practice in this area. Due to the facts and circumstances of the

Debtors' chapter 11 cases, attorneys from WilmerHale's litigation and bankruptcy & financial

restructuring practice groups have also been involved with WilmerHale's representation of the

Debtors. Like the regulatory and government affairs group, the litigation and bankruptcy &

financial restructuring practice groups enjoy national and international reputations for their

expertise. Overall, WilmerHale brings to these chapter 11 cases a particularly high level of skill

---

[11]    This amount was further reduced to $294,865.56 on account of an agreed reduction in the aggregate
amount of $40,208.94.

and knowledge, which inured to the benefit of the Debtors and their estates.

43.    WilmerHale charges for its legal services on an hourly basis in accordance with

its ordinary and customary hourly rates in effect on the date such services are rendered, subject

to sections 328(a), 1103(a) and 330 of the Bankruptcy Code. The hourly rates are subject to

periodic adjustments in order to reflect economic and other conditions. Such fees are reasonable

based on the customary compensation charged by comparably skilled practitioners in comparable

non-bankruptcy cases in a competitive national legal market.

44.    Pursuant to the Interim Compensation Order, WilmerHale's monthly fees are

subject to a 20% "holdback." However, WilmerHale respectfully requests that the Court not

"hold back" any portion of the allowed fees. The amount of WilmerHale's holdback for the four

monthly fee statements filed during the Interim Fee Period ending May 31, 2020 is **$58,973.11**.

WilmerHale requests that all of its fees and expenses, including any holdback amount, be

approved for payment, and suggests that there is no need for a continuing holdback of fees

sought for the Interim Fee Period.

45.    WilmerHale incurred actual out-of-pocket expenses in connection with the

rendition of the professional services to the Debtors in the aggregate amount of **$2,416.88** for

which WilmerHale respectfully requests reimbursement in full. The disbursements and expenses

have been incurred in accordance with WilmerHale's normal practice of charging clients for

expenses clearly related to and required by particular matters. WilmerHale has endeavored to

minimize these expenses to the fullest extent possible.

46.    For the purpose of setting billing rates, WilmerHale does not include charges for

photocopying, document printing, telephone and facsimile charges, computerized research, travel

expenses, "working meals," secretarial overtime, postage, and certain other office services,

because the needs of each client for such services differ. Instead, to the extent such expenses are

12

incurred, WilmerHale itemizes the related charges. WilmerHale believes that it is fairest to charge each client only for the services actually used in performing services for it. In these proceedings, WilmerHale charges $0.10 per page for internal document printing in color and photocopying. The actual expenses incurred in providing professional services to the Debtors were absolutely necessary, reasonable, and justified under the circumstances to serve the needs of the Debtors.

47.    In summary, the services rendered by WilmerHale were necessary and beneficial to the Debtors and their estates, and were consistently performed in a timely manner commensurate with the complexity, importance, novelty and nature of the issues involved. Accordingly, WilmerHale respectfully submits that approval and allowance of the compensation and expense reimbursement sought herein is warranted.

48.    No prior application has been made in this Court or in any other court for the relief requested herein for the Interim Fee Period.

**WHEREFORE**, WilmerHale respectfully requests that this Court enter an order:

(a)    approving the allowance of **$294,865.56** for compensation for professional services rendered to the Debtors during the Interim Fee Period;

(b)    approving the reimbursement of WilmerHale's necessary and actual out-of-pocket expenses incurred in connection with the rendering of such services during the Interim Fee Period in the amount of **$2,416.88**;

(c)    authorizing and directing the Debtors to pay the fees and expenses awarded, including but not limited to any holdback; and

(d)    granting to WilmerHale such other and further relief as this Court may deem just and proper.

13

Dated: July 15, 2020
      New York, New York

By:    <u>/s/ George W. Shuster, Jr.</u>
      George W. Shuster, Jr.
      WILMER CUTLER PICKERING HALE
        AND DORR LLP
      7 World Trade Center
      New York, NY  10007
      Telephone:  (212) 937-7518
      Facsimile:  (212) 230-8888

      Reginald J. Brown
      Alyssa DaCunha
      WILMER CUTLER PICKERING HALE
        AND DORR LLP
      1875 Pennsylvania Avenue, N.W.
      Washington, D.C. 20006
      Telephone:  (202) 663-6000
      Facsimile:  (202) 663-6363

      *Special Counsel to the Debtors and Debtors
in Possession*

# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

WilmerHale's hourly rates for services rendered in these chapter 11 cases are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled attorneys. In addition, WilmerHale's hourly rates for services rendered in these chapter 11 cases are comparable to the rates charged by the firm, and by comparably skilled practitioners in other firms, for complex regulatory and government affairs matters, whether in court or otherwise, regardless of whether a fee application is required. WilmerHale's blended hourly rates for attorneys and paraprofessionals for the 12-month period preceding the end of the Interim Fee Period are as set forth below.

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE | |
|---|---|---|
| | **Billed**<br>Firmwide for preceding year, excluding bankruptcy[1] | **Billed**<br>Second Interim Fee Application |
| Partner | 1,130.49 | 1,086.94 |
| Counsel | 936.44 | 940.00 |
| Associate & Attorney | 631.59 | 557.01 |
| Paraprofessional | 391.58 | 399.17 |
| **All Timekeepers Aggregated:** | **786.32** | **630.08** |

---

[1] The blended hourly rate includes discounts and write-downs to reflect amounts that were actually billed by the firm.

# EXHIBIT B

### SUMMARY OF TIMEKEEPERS IN SECOND INTERIM APPLICATION

| Timekeeper | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald J. Brown | Partner; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 25.20 | 39,060.00 |
| Alyssa DaCunha | Partner; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 965.00 | 95.70 | 92,350.50 |
| **Partners Total** | | | **120.90** | **131,410.50** |
| **Counsel** | | | | |
| John T. Byrnes | Counsel; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 940.00 | 0.40 | 376.00 |
| **Counsel Total** | | | **0.40** | **376.00** |
| **Associates and Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 525.00 | 21.60 | 11,340.00 |
| Sheila E. Menz | Sr. Associate; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 815.00 | 55.60 | 45,314.00 |
| Elena M. Satten-Lopez | Associate; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 117.40 | 64,570.00 |
| Allyson M. Pierce | Associate; admitted to CA Bar in 2019; BFR. | 595.00 | 4.60 | 2,737.00 |
| Phoebe Stroede | Sr. Discovery Attorney; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 50.60 | 15,180.00 |
| **Associates and Attorneys Total** | | | **249.80** | **139,141.00** |

---

[1]    WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Timekeeper | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Paraprofessionals** | | | | |
| Truong Chau | Litigation Support Coordinator; Litigation Support. | 480.00 | 0.20 | 96.00 |
| Russell Coker | Paralegal; Litigation / Controversy. | 445.00 | 6.40 | 2,848.00 |
| Jeffrey Dillard | Reference Coordinator; Library and Research Services. | 415.00 | 0.10 | 41.50 |
| Wendi Hoffenberg | Sr. Research and Reference Specialist; Library and Research Services. | 505.00 | 0.60 | 303.00 |
| William E. Lannon | Paralegal; Litigation / Controversy. | 385.00 | 6.40 | 2,464.00 |
| Allyson Lazarre | Co-op Student; Litigation Support. | 155.00 | 0.50 | 77.50 |
| Kevin Le | Sr. Litigation Support Coordinator; Litigation Support. | 480.00 | 3.70 | 1,776.00 |
| Aaron P. Murphy | Research and Reference Specialist; Library and Research Services. | 415.00 | 1.40 | 581.00 |
| Elizabeth W. Rockett | Legislative Assistant; Regulatory and Government Affairs. | 275.00 | 48.60 | 13,365.00 |
| Megan I. Scanlon | Sr. Research and Reference Specialist; Library and Research Services. | 505.00 | 0.30 | 151.50 |
| Tamir Shemesh | Project Assistant; Securities Litigation & Enforcement. | 275.00 | 26.50 | 7,287.50 |
| Yolande Thompson | Sr. Paralegal; BFR. | 545.00 | 62.30 | 33,953.50 |
| Saige Wenik | Sr. Project Assistant; Litigation / Controversy. | 325.00 | 3.70 | 1,202.50 |
| **Paraprofessionals Total** | | | **160.70** | **64,147.00** |
| **TOTAL** | | | **531.80** | **$335,074.50** |
| **Less Agreed Reduction** | | | | **-$40,208.94** |
| **GRAND TOTAL** | | | **531.80** | **$294,865.56** |

## EXHIBIT C

**BUDGET**

| PROJECT CATEGORY | ESTIMATED HOURS / MONTH | ESTIMATED FEES / MONTH |
|---|---|---|
| Fee/Employment Applications (B160) | 15 | $7,500 |
| Congressional Investigation (L400) | 110 | $65,000 |
| **TOTAL** | **125** | **$72,500** |

**STAFFING PLAN**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS | RANGE OF HOURLY RATE |
|---|---|---|
| Partner | 2 | $849.20 - $1,3640.00 |
| Counsel | 1 | $827.20 |
| Associate & Attorney | 5 | $462.00 - $717.20 |
| Paraprofessional | 6 | $136.40 - $479.60 |

## EXHIBIT D

### SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Fee/Employment Applications (B160) | 78.70 | 46,337.50 |
| Congressional Investigation (L400) | 453.10 | 288,737.00 |
| **Total** | **531.80** | **$335,074.50** |
| **Less Agreed Reduction** | | **-$40,208.94** |
| **GRAND TOTAL** | **531.80** | **$294,865.56** |

# EXHIBIT E

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

| CATEGORY | AMOUNT |
|---|---|
| Courier Services | 146.01 |
| Court Services | 140.00 |
| Data Hosting | 230.40 |
| Document Printing Color[1] | 214.80 |
| Federal Express | 109.56 |
| Local Transportation | 21.38 |
| Meals-Out of Town | 94.45 |
| Miscellaneous (Hard Drive) | 169.07 |
| Out of Town Lodging | 542.82 |
| Photocopying | 5.20 |
| Photocopying Color | 0.20 |
| Travel | 742.99 |
| **TOTAL** | **$2,416.88** |

---

[1]    During the Interim Fee Period, WilmerHale charged $0.10 per page for color document printing and $0.00 per page for printing in black and white.

## EXHIBIT F

## Certification

George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald J. Brown
Alyssa DaCunha
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**CERTIFICATION IN RESPECT OF SECOND INTERIM FEE APPLICATION OF
WILMER CUTLER PICKERING HALE AND DORR LLP FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Reginald J. Brown, hereby certify as follows:

1.      I am a partner with the applicant firm, Wilmer Cutler Pickering Hale and Dorr

LLP ("**WilmerHale**"), with responsibility for the representation of the above-captioned debtors

and debtors in possession. I submit this Certification in compliance with the *Order Establishing*

*Procedures for Interim Compensation and Reimbursement of Expenses for Retained*

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

*Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation**

**Order**"), General Order M-447 of the Bankruptcy Court for the Southern District of New York

(the "**Local Guidelines**"), and applicable requirements established by the Office of the United

States Trustee (as amended, the "**UST Guidelines**").

2.      This certification is made in respect of the *Second Interim Fee Application of*

*Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and*

*Reimbursement of Expenses* (the "**Application**"), for the period commencing February 1, 2020

through and including May 31, 2020 in accordance with the Local Guidelines.

3.      With respect to section B.1 of the Local Guidelines, I certify that:

      a.      I have read the Application;

      b.      to the best of my knowledge, information and belief formed after

           reasonable inquiry, the fees and disbursements sought in the

           Application fall within the Local Guidelines and UST Guidelines;

      c.      except to the extent that fees or disbursements are prohibited by

           the Local Guidelines or the UST Guidelines, the fees and expense

           reimbursements sought are billed at rates customarily employed by

           WilmerHale in bankruptcy matters of this type and generally

           accepted by WilmerHale's clients in such matters; and

      d.      in providing a reimbursable service, WilmerHale does not make a

           profit on that service, whether the service is performed by

           WilmerHale in-house or through a third party.

4.      With respect to section B.2 of the Local Guidelines, I certify that, in accordance

with the terms of the Interim Compensation Order, the Debtors, the United States Trustee, the

Official Committee of Unsecured Creditors (the "**Creditors Committee**"), and the Fee Examiner

have been provided with a statement of the fees and disbursements accrued during such month

containing a list of professionals and paraprofessionals providing services, their billing rates, the

aggregate hours spent by each professional and paraprofessional, a general description of the

services rendered, and a reasonably detailed breakdown of the disbursements incurred for each

month.

5.    With respect to section B.3 of the Local Guidelines, I certify that the Debtors, the

United States Trustee, the Creditors Committee, and the Fee Examiner are each being provided

with a copy of this Application.

6.    WilmerHale respectfully addresses the questions set forth in section C.5 of the

UST Guidelines as follows:

a.    **Question:**  Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

Answer:  The fees charged by WilmerHale in these cases are billed in accordance with its agreed-upon billing rates.  Prior to the petition date, the Debtors and WilmerHale agreed to a discounted fee arrangement, which WilmerHale and the Debtors agreed to maintain during the Interim Fee Period.

b.    **Question:**  If the fees sought in the fee application as compared to the fees budgeted for the time period covered by the fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

Answer:  Not Applicable.  The fees sought in the fee application ($294,865.56) were not 10% higher than the fees budgeted for the time period covered by the fee application ($290,000).

c.    **Question:** Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

Answer:  The professionals included in the Application did not vary their hourly rate based on geographic location of the bankruptcy case.

d.    **Question:** Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices other than reasonable fees for preparing fee applications?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include

reasonable fees for preparing a fee application).  If so, please quantify by hours and fees.

Answer:  During the Interim Fee Period, in connection with preparing certain monthly fee statements, WilmerHale expended approximately 6.70 hours for an aggregate value of $3,651.50 reviewing time records and invoices to ensure compliance with fee guidelines.

e.      **Question:** Does the fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

Answer:  During the Interim Fee Period, in connection with preparing certain monthly fee statements, WilmerHale spent 4.00 hours for an aggregate value of $2,120.00 reviewing time records to redact any privileged or other confidential information.

f.      **Question:** If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance?  (ii) Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

Answer:  During the Interim Fee Period, WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

Dated: July 15, 2020
       Washington, DC

 /s/ Reginald J. Brown
Reginald J. Brown
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

# **EXHIBIT G**

## **Fourth Monthly Fee Statement**

WILMER CUTLER PICKERING HALE
 AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] |  |

## FOURTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

| Name of Applicant | Wilmer Cutler Pickering Hale and Dorr LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | February 1, 2020 through February 29, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total compensation requested in this statement** | **$77,511.10[2]** (80% of $96,888.88) |
| **Total reimbursement of expenses requested in this statement** | **$1,710.34** |
| **Total compensation and reimbursement requested in this statement** | **$79,221.44** |
| **This is a(n):**   _X Monthly Application  __ Interim Application  __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States

Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order*

*Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as*

*Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019

[Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21,

2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale

and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in

possession (collectively, the "**Debtors**"), submits this *Fourth Monthly Fee Statement for*

*Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period*

*from February 1, 2020 Through February 29, 2020* ("**Fee Statement**").[3]  By this Fee Statement,

WilmerHale seeks (i) compensation in the amount of $77,511.10 which is 80% of the total

amount of reasonable compensation for actual, necessary legal services that WilmerHale

---

[2] This amount reflects an agreed reduction in fees in the amount of $13,212.12.

[3] The period from February 1, 2020 through and including February 29, 2020 is referred to herein as the "**Fee Period**."

2

incurred in connection with such services during the Fee Period (i.e., $96,888.88), and (ii) payment of $1,710.34 for the actual, necessary expenses that WilmerHale incurred in connection with rendering such services during the Fee Period.

### Itemization of Services Rendered and Disbursement Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories WilmerHale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, WilmerHale incurred $110,101.00 in fees during the Fee Period and, pursuant to its agreement with Purdue Pharma, L.P., reduced that amount to $96,888.88.  Pursuant to this Fee Statement, WilmerHale seeks compensation for 80% of such fees, totaling $77,511.10.

2.      Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $643.77.[4]  The blended hourly billing rate of all paraprofessionals is $370.11.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or disbursed in the amount of $1,710.34 in connection with providing professional services to the Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.

---

[4]  The blended hourly billing rate of $643.77 for attorneys is derived by dividing the total fees for attorneys of $96,888.00 by the total hours of 150.50.

[5]  The blended hourly billing rate of $370.11 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $13,213.00 by the total hours of 35.70.

3

Only the clients for whom the services are actually used are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.       Attached hereto as **Exhibit D** is the related invoice showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.       WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $77,511.10 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $96,888.88), and (ii) payment of $1,710.34 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

4

Dated: April 15, 2020
     New York, New York

              By:    /s/ George W. Shuster, Jr.
                     WILMER CUTLER PICKERING HALE
                      AND DORR LLP

                     George W. Shuster, Jr.
                     7 World Trade Center
                     New York, NY  10007
                     Telephone:  (212) 937-7518
                     Facsimile:  (212) 230-8888

                     Reginald Brown
                     Alyssa DaCunha
                     1875 Pennsylvania Avenue, N.W.
                     Washington, D.C. 20006
                     Telephone:  (202) 663-6000
                     Facsimile:  (202) 663-6363

                     *Special Counsel to the Debtors and Debtors*
                     *in Possession*

## Exhibit A

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (B160) | 11.30 | 6,446.50 |
| Congressional Investigation (L400) | 174.90 | 103,654.50 |
| **Total** | **186.20** | **$110,101.00** |
| **Less Agreed Reduction** | | **-$13,212.12** |
| **GRAND TOTAL** | **186.20** | **$96,888.88** |

## Exhibit B

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 2.60 | 4,030.00 |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 965.00 | 28.30 | 27,309.50 |
| **Partners Total** | | | **30.90** | **$31,339.50** |
| **Counsel** | | | | |
| John T. Byrnes | Counsel; joined firm in 2013; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 940.00 | 0.40 | 376.00 |
| **Counsel Total** | | | **0.40** | **$376.00** |
| **Associates and Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 525.00 | 17.40 | 9,135.00 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 815.00 | 22.30 | 18,174.50 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 54.40 | 29,920.00 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring ("BFR"). | 595.00 | 1.40 | 833.00 |

---

[1] WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Phoebe Stroede | Sr. Discovery Attorney; joined firm in 2013; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 23.70 | 7,110.00 |
| | | | 119.20 | $65,172.50 |
| **Paraprofessionals** | | | | |
| Wendi Hoffenberg | Sr. Research and Reference Specialist; joined firm in 2011; Library and Research Services. | 505.00 | 0.60 | 303.00 |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 385.00 | 2.00 | 770.00 |
| Kevin Le | Litigation Support Coordinator; joined firm in 2009; Litigation Support. | 480.00 | 3.70 | 1,776.00 |
| Aaron P. Murphy | Research and Reference Specialist; joined firm in 2019; Library and Research Services. | 415.00 | 0.60 | 249.00 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 9.60 | 2,640.00 |
| Tamir Shemesh | Project Assistant; joined firm in 2018; Securities Litigation & Enforcement. | 275.00 | 10.50 | 2,887.50 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; BFR. | 545.00 | 8.00 | 4,360.00 |
| Saige Wenik | Sr. Project Assistant; joined firm in 2017; Litigation / Controversy. | 325.00 | 0.70 | 227.50 |
| **Paraprofessionals Total** | | | **35.70** | **$13,213.00** |
| **TOTAL** | | | **186.20** | **$110,101.00** |
| **Less Agreed Reduction** | | | | **-$13,212.12** |
| **GRAND TOTAL** | | | **186.20** | **$96,888.88** |

## Exhibit C

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| Data Hosting | 115.20 |
| Document Printing Color[1] | 176.10 |
| Federal Express | 17.40 |
| Local Transportation | 21.38 |
| Meals-Out of Town | 94.45 |
| Out of Town Lodging | 542.82 |
| Travel | 742.99 |
| **TOTAL** | **$1,710.34** |

---

[1] During the Fee Period, WilmerHale charged $0.10 per page for color document printing and $0.00 per page for printing in black and white.

## Exhibit D

**Detailed Time Records and Expenses**

# WILMERHALE 

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

|  |  |
|---|---|
| Invoice Date | 04/07/20 |
| Invoice No. | 2585995 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through February 29, 2020 in connection with the Post Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 110,101.00 |
| Less 12% Volume Discount | | -13,212.12 |
| Total Disbursements | | 1,710.34 |
| **Total Amount Due** | **$** | **98,599.22** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ███████

Routing Number: ███████

Citibank NA 1101 Pennsylvania Avenue NW Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| **B160 - Fee/Employment Applications** | | | |
| 02/07/20 | Thompson, Yolande | 0.40 | Prepare draft December 2019 Monthly Fee Statement |
| 02/10/20 | Pierce, Allyson | 0.10 | Respond to update from Ms. Thompson |
| 02/10/20 | Thompson, Yolande | 0.10 | E-mail to Ms. Pierce re: status of finalizing invoice and related Monthly Fee Statement for December 2019 |
| 02/10/20 | Thompson, Yolande | 0.10 | Confer with Accounting re: status of finalizing invoice for December 2019 Monthly Fee Statement |
| 02/11/20 | Thompson, Yolande | 0.10 | E-mail to Ms. Pierce re: draft invoice for December 2019 |
| 02/11/20 | Thompson, Yolande | 0.10 | Review e-mail from Accounting to Ms. DaCunha re: draft invoice for December 2019 Monthly Fee Statement |
| 02/13/20 | Thompson, Yolande | 0.60 | Prepare spreadsheet calculating certain amounts to be included in fee statement |
| 02/13/20 | Thompson, Yolande | 0.10 | E-mail to Ms. DaCunha, Mr. Shuster, and Ms. Pierce re: draft monthly fee statement |
| 02/13/20 | Thompson, Yolande | 1.50 | Update draft Monthly Fee Statement and related exhibits |
| 02/13/20 | Thompson, Yolande | 0.20 | Confer with Ms. Kennedy in Accounting re: revised invoice |
| 02/13/20 | Thompson, Yolande | 0.20 | Compile information to be included in fee application re: additional professional and paraprofessionals |
| 02/13/20 | Thompson, Yolande | 0.10 | Confer with Ms. Pierce re: fee statement |
| 02/18/20 | Pierce, Allyson | 0.20 | Review e-mail from Ms. Thompson re: draft of fee application |

Page 2 of 22

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | Pierce, Allyson | 0.10 | Discuss fee application with Ms. Thompson |
| 02/18/20 | Thompson, Yolande | 0.50 | Review invoice for December 2019 to ensure compliance with bankruptcy requirements |
| 02/18/20 | Thompson, Yolande | 0.10 | Confer with Ms. Pierce re: fee statement |
| 02/18/20 | Thompson, Yolande | 0.20 | E-mails with Ms. Kennedy in Accounting re: additional edits to invoice |
| 02/18/20 | Thompson, Yolande | 1.20 | Finalize Monthly Fee Statement and related exhibits for attorney review |
| 02/18/20 | Thompson, Yolande | 0.10 | E-mail to Ms. DaCunha, Mr. Shuster, and Ms. Pierce re: updated monthly fee statement and final invoice for redaction |
| 02/19/20 | DaCunha, Alyssa | 0.40 | Review fee petition materials |
| 02/19/20 | DaCunha, Alyssa | 0.50 | Multiple communications with Mr. Lannon, Ms. Thompson re: December fee petition |
| 02/19/20 | Pierce, Allyson | 0.50 | Review second monthly fee application |
| 02/19/20 | Lannon, William E. | 1.00 | Redact materials for filing |
| 02/19/20 | Thompson, Yolande | 0.10 | E-mails with Ms. DaCunha re: redacted invoice and authorization to e-file fee statement |
| 02/19/20 | Thompson, Yolande | 0.10 | Review e-mail from Ms. Kennedy in Accounting enclosing updated final invoice |
| 02/19/20 | Thompson, Yolande | 0.10 | Send courtesy copies of filed Fee Statement and Certificate of Service to Judge Drain via FedEx |
| 02/19/20 | Thompson, Yolande | 0.20 | Prepare Certificate of Service |
| 02/19/20 | Thompson, Yolande | 0.10 | Review blackline of invoice to ensure that amounts did not change |
| 02/19/20 | Thompson, Yolande | 0.20 | E-file Certificate of Service |
| 02/19/20 | Thompson, Yolande | 0.10 | Review e-mail from Ms. DaCunha re: status of finalized and redacted invoice |
| 02/19/20 | Thompson, Yolande | 0.30 | Prepare service materials, serve Fee Statement via e-mail and first class mail |
| 02/19/20 | Thompson, Yolande | 0.20 | Finalize Fee statement and exhibits for filing |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/19/20 | Thompson, Yolande | 0.20 | E-file Second Monthly Fee Statement |
| 02/19/20 | Thompson, Yolande | 0.10 | Prepare blackline of updated invoice |
| 02/25/20 | Pierce, Allyson | 0.10 | Review and respond to Ms. Thompson e-mail with update re: January fee application |
| 02/25/20 | Thompson, Yolande | 0.10 | Confer with Ms. Pierce re: Third Monthly Fee Statement and First Interim Fee Application |
| 02/25/20 | Thompson, Yolande | 0.10 | Review Interim Compensation Order to confirm deadline to file First Interim Fee Application |
| 02/25/20 | Thompson, Yolande | 0.10 | E-mails with Ms. Pierce re: status of invoice related to Third Monthly Fee Statement |
| 02/25/20 | Thompson, Yolande | 0.10 | Teleconference with Ms. Kennedy in Accounting re: status of draft invoice for January, 2020 |
| 02/28/20 | Pierce, Allyson | 0.10 | Discuss updates to fee application status with Ms. Thompson |
| 02/28/20 | Pierce, Allyson | 0.10 | Email Ms. DaCunha re upcoming fee deadlines |
| 02/28/20 | Pierce, Allyson | 0.20 | Email Mr. Shuster with update to fee application status |
| 02/28/20 | Thompson, Yolande | 0.10 | Confer with Ms. Pierce re status of invoice for January fee statement |
| 02/28/20 | Thompson, Yolande | 0.10 | Review emails between Ms. DaCunha and Ms. Pierce re January fee statement, and first interim fee application |
| 02/28/20 | Thompson, Yolande | 0.10 | Confer with Ms. Kennedy in Accounting re status of edits to draft invoice for January, 2020 |

11.30

## L400 - Congressional Investigation

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/02/20 | Menz, Sheila E. | 0.10 | Communicate with ███████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/03/20 | DaCunha, Alyssa | 0.30 | Revise ▮ |
| 02/03/20 | Menz, Sheila E. | 0.10 | Review ▮ |
| 02/03/20 | Menz, Sheila E. | 0.10 | Multiple communications with ▮ |
| 02/03/20 | Menz, Sheila E. | 0.40 | Multiple communications with ▮ |
| 02/03/20 | Menz, Sheila E. | 0.10 | Review ▮ |
| 02/03/20 | Menz, Sheila E. | 0.30 | E-mail correspondence with ▮ |
| 02/03/20 | Menz, Sheila E. | 0.30 | Review ▮ |
| 02/03/20 | Rockett, Elizabeth W | 0.60 | Complete ▮ |
| 02/03/20 | Satten-Lopez, Elena M. | 2.00 | Research ▮ |
| 02/03/20 | Satten-Lopez, Elena M. | 0.50 | Confer with ▮ |
| 02/04/20 | DaCunha, Alyssa | 0.50 | Multiple communications with ▮ |
| 02/04/20 | Rockett, Elizabeth W | 0.60 | Complete ▮ |
| 02/05/20 | Brown, Reginald | 0.40 | Update ▮ |
| 02/05/20 | DaCunha, Alyssa | 0.20 | Multiple communications with ▮ |
| 02/05/20 | DaCunha, Alyssa | 0.30 | Meet with ▮ |
| 02/05/20 | Hromada, Patricia | 0.60 | Multiple communications with ▮ |
| 02/05/20 | Hromada, Patricia | 0.80 | Analyze ▮ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 02/05/20 | Menz, Sheila E. | 0.20 | Meet with █████████████████████ |
| 02/05/20 | Menz, Sheila E. | 0.20 | Review █████████████████ |
| 02/05/20 | Menz, Sheila E. | 0.40 | Revise █████████████ |
| 02/05/20 | Menz, Sheila E. | 1.60 | Multiple communications with ███████ |
| 02/05/20 | Satten-Lopez, Elena M. | 0.30 | Confer with ████████████ |
| 02/05/20 | Satten-Lopez, Elena M. | 0.40 | Confer with █████████████ |
| 02/05/20 | Satten-Lopez, Elena M. | 1.10 | Review ████████ |
| 02/05/20 | Satten-Lopez, Elena M. | 0.40 | Draft ██████████ |
| 02/05/20 | Satten-Lopez, Elena M. | 0.80 | Compile ███████████ |
| 02/05/20 | Satten-Lopez, Elena M. | 0.40 | Revise ███████████ |
| 02/05/20 | Shemesh, Tamir | 2.00 | Prepare ███████████ |
| 02/05/20 | Stroede, Phoebe | 0.30 | E-mail communication with █████ |
| 02/05/20 | Stroede, Phoebe | 3.10 | Draft and execute ████████ |
| 02/06/20 | DaCunha, Alyssa | 0.50 | Teleconference with ███████ |
| 02/06/20 | Hromada, Patricia | 0.90 | Analyze ████████████ |
| 02/06/20 | Menz, Sheila E. | 0.40 | Prep for ██████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 02/06/20 | Menz, Sheila E. | 0.30 | Multiple communications with ███████ |
| 02/06/20 | Menz, Sheila E. | 0.30 | Follow-up communications with ███████ |
| 02/06/20 | Menz, Sheila E. | 0.40 | Teleconference with ███████ |
| 02/06/20 | Rockett, Elizabeth W | 0.60 | Complete ███████ |
| 02/06/20 | Satten-Lopez, Elena M. | 0.30 | Confer with ███████ |
| 02/06/20 | Satten-Lopez, Elena M. | 0.30 | Confer with ███████ |
| 02/06/20 | Satten-Lopez, Elena M. | 0.20 | Review ███████ |
| 02/06/20 | Satten-Lopez, Elena M. | 0.30 | Incorporate revisions ███████ |
| 02/06/20 | Satten-Lopez, Elena M. | 3.60 | Revise ███████ |
| 02/07/20 | Menz, Sheila E. | 0.50 | Teleconference with ███████ |
| 02/07/20 | Menz, Sheila E. | 0.10 | Circulate ███████ |
| 02/07/20 | Rockett, Elizabeth W | 0.60 | Complete ███████ |
| 02/07/20 | Satten-Lopez, Elena M. | 0.60 | Confer with ███████ |
| 02/07/20 | Satten-Lopez, Elena M. | 1.10 | Draft ███████ |
| 02/07/20 | Satten-Lopez, Elena M. | 1.30 | Review ███████ |
| 02/09/20 | Satten-Lopez, Elena M. | 1.10 | Summarize ███████ |

Client No. 1653300                 Purdue Pharma, L.P.
Matter No. 1653300-00136           Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/10/20 | DaCunha, Alyssa | 0.80 | Multiple communications with ███████ |
| 02/10/20 | Hromada, Patricia | 0.50 | Analyze ███████ |
| 02/10/20 | Menz, Sheila E. | 0.60 | Implement ███████ |
| 02/10/20 | Menz, Sheila E. | 0.20 | Meet with ███████ |
| 02/10/20 | Menz, Sheila E. | 0.40 | Multiple communications with ███████ |
| 02/10/20 | Menz, Sheila E. | 0.60 | Analyze ███████ |
| 02/10/20 | Menz, Sheila E. | 0.30 | Multiple communications with ███████ |
| 02/10/20 | Menz, Sheila E. | 0.20 | Analyze ███████ |
| 02/10/20 | Menz, Sheila E. | 1.00 | Draft ███████ |
| 02/10/20 | Rockett, Elizabeth W | 0.60 | Complete ███████ |
| 02/10/20 | Satten-Lopez, Elena M. | 0.20 | Confer with ███████ |
| 02/10/20 | Satten-Lopez, Elena M. | 0.30 | Prepare for ███████ |
| 02/10/20 | Satten-Lopez, Elena M. | 0.60 | Review ███████ |
| 02/10/20 | Satten-Lopez, Elena M. | 0.30 | Confer with ███████ |
| 02/10/20 | Satten-Lopez, Elena M. | 0.30 | Draft ███████ |
| 02/10/20 | Satten-Lopez, Elena M. | 0.40 | Draft ███████ |
| 02/10/20 | Satten-Lopez, Elena M. | 0.30 | Incorporate ███████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/10/20 | Satten-Lopez, Elena M. | 0.20 | Confer with █████ |
| 02/10/20 | Satten-Lopez, Elena M. | 0.20 | Revise █████ |
| 02/11/20 | Hromada, Patricia | 1.50 | Analyze █████ |
| 02/11/20 | Rockett, Elizabeth W | 0.60 | Complete █████ |
| 02/11/20 | Satten-Lopez, Elena M. | 2.50 | Review █████ |
| 02/11/20 | Satten-Lopez, Elena M. | 4.30 | Review █████ |
| 02/11/20 | Shemesh, Tamir | 1.00 | Prepare █████ |
| 02/11/20 | Stroede, Phoebe | 0.60 | Create █████ |
| 02/12/20 | DaCunha, Alyssa | 0.70 | Review █████ |
| 02/12/20 | DaCunha, Alyssa | 0.30 | Multiple communications with █████ |
| 02/12/20 | DaCunha, Alyssa | 0.80 | Multiple communications with █████ |
| 02/12/20 | DaCunha, Alyssa | 0.90 | Revise █████ |
| 02/12/20 | DaCunha, Alyssa | 3.50 | Review █████ |
| 02/12/20 | Hromada, Patricia | 2.40 | Analyze █████ |
| 02/12/20 | Hromada, Patricia | 1.10 | Multiple communications with █████ |
| 02/12/20 | Menz, Sheila E. | 0.20 | Meet with █████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/12/20 | Menz, Sheila E. | 1.50 | Analyze ▇▇▇▇ |
| 02/12/20 | Menz, Sheila E. | 0.80 | Multiple communications with ▇▇▇▇ |
| 02/12/20 | Menz, Sheila E. | 1.50 | Draft ▇▇▇▇ |
| 02/12/20 | Satten-Lopez, Elena M. | 1.10 | Revise ▇▇▇▇ |
| 02/12/20 | Satten-Lopez, Elena M. | 0.50 | Revise ▇▇▇▇ |
| 02/12/20 | Satten-Lopez, Elena M. | 3.50 | Review ▇▇▇▇ |
| 02/12/20 | Satten-Lopez, Elena M. | 1.10 | Review ▇▇▇▇ |
| 02/12/20 | Shemesh, Tamir | 2.50 | Prepare ▇▇▇▇ |
| 02/12/20 | Stroede, Phoebe | 0.30 | Apply ▇▇▇▇ |
| 02/12/20 | Stroede, Phoebe | 2.00 | Search ▇▇▇▇ |
| 02/12/20 | Stroede, Phoebe | 0.80 | Multiple communications with ▇▇▇▇ |
| 02/12/20 | Stroede, Phoebe | 1.10 | Cross reference ▇▇▇▇ |
| 02/12/20 | Stroede, Phoebe | 1.90 | Create ▇▇▇▇ |
| 02/13/20 | DaCunha, Alyssa | 0.90 | Review ▇▇▇▇ |
| 02/13/20 | DaCunha, Alyssa | 1.80 | Multiple communications with ▇▇▇▇ |
| 02/13/20 | DaCunha, Alyssa | 0.40 | Confer with ▇▇▇▇ |
| 02/13/20 | DaCunha, Alyssa | 0.60 | Multiple communications with ▇▇▇▇ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/13/20 | Hromada, Patricia | 1.40 | Multiple communications with ▮ |
| 02/13/20 | Hromada, Patricia | 2.80 | Review, analyze and stage ▮ |
| 02/13/20 | Hromada, Patricia | 1.30 | Conduct ▮ |
| 02/13/20 | Le, Kevin | 1.90 | Create ▮ |
| 02/13/20 | Menz, Sheila E. | 0.30 | Meet with ▮ |
| 02/13/20 | Menz, Sheila E. | 1.30 | Finalize ▮ |
| 02/13/20 | Menz, Sheila E. | 0.70 | Multiple communications with ▮ |
| 02/13/20 | Menz, Sheila E. | 0.30 | Multiple communications with ▮ |
| 02/13/20 | Menz, Sheila E. | 2.30 | Multiple communications with ▮ |
| 02/13/20 | Rockett, Elizabeth W | 0.60 | Complete ▮ |
| 02/13/20 | Satten-Lopez, Elena M. | 0.20 | Incorporate ▮ |
| 02/13/20 | Satten-Lopez, Elena M. | 1.50 | Revise ▮ |
| 02/13/20 | Satten-Lopez, Elena M. | 0.50 | Confer with ▮ |
| 02/13/20 | Stroede, Phoebe | 1.20 | Apply ▮ |
| 02/13/20 | Stroede, Phoebe | 0.40 | Cross reference ▮ |
| 02/13/20 | Stroede, Phoebe | 4.30 | Create ▮ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/13/20 | Stroede, Phoebe | 0.40 | Multiple communications with |
| 02/14/20 | DaCunha, Alyssa | 0.40 | Multiple communications with |
| 02/14/20 | Le, Kevin | 0.50 | Create |
| 02/14/20 | Menz, Sheila E. | 0.60 | Multiple communications with |
| 02/14/20 | Menz, Sheila E. | 0.40 | Review |
| 02/14/20 | Murphy, Aaron P. | 0.60 | Search for |
| 02/14/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 02/14/20 | Shemesh, Tamir | 1.00 | Prepare |
| 02/14/20 | Shemesh, Tamir | 1.00 | Deliver |
| 02/14/20 | Stroede, Phoebe | 0.20 | Apply |
| 02/15/20 | Menz, Sheila E. | 0.10 | Circulate |
| 02/15/20 | Menz, Sheila E. | 0.20 | Communicate with |
| 02/16/20 | Satten-Lopez, Elena M. | 0.40 | Revise |
| 02/17/20 | Satten-Lopez, Elena M. | 0.20 | Incorporate |
| 02/18/20 | Brown, Reginald | 1.00 | call |
| 02/18/20 | DaCunha, Alyssa | 0.90 | Participate in |
| 02/18/20 | DaCunha, Alyssa | 0.30 | Multiple communications with |
| 02/18/20 | DaCunha, Alyssa | 1.00 | Review |
| 02/18/20 | DaCunha, Alyssa | 0.80 | Revise |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | Hromada, Patricia | 1.00 | Conduct ███████████████ |
| 02/18/20 | Menz, Sheila E. | 0.40 | Multiple communications with ████████ |
| 02/18/20 | Menz, Sheila E. | 0.20 | Multiple communications with ████████ |
| 02/18/20 | Satten-Lopez, Elena M. | 1.00 | Revise ██████████ |
| 02/18/20 | Satten-Lopez, Elena M. | 0.50 | Compile ███████ |
| 02/18/20 | Shemesh, Tamir | 2.00 | Prepare ██████████ |
| 02/18/20 | Stroede, Phoebe | 2.90 | Draft ███████████ |
| 02/18/20 | Wenik, Saige | 0.70 | Complete ██████████ |
| 02/19/20 | Rockett, Elizabeth W | 0.60 | Complete █████████ |
| 02/19/20 | Satten-Lopez, Elena M. | 0.30 | Revise █████████ |
| 02/19/20 | Satten-Lopez, Elena M. | 0.40 | Draft ████████ |
| 02/19/20 | Shemesh, Tamir | 1.00 | Prepare █████████ |
| 02/20/20 | Brown, Reginald | 0.30 | ███ meeting ██████ |
| 02/20/20 | Byrnes, John T. | 0.30 | Meet with ████████ |
| 02/20/20 | DaCunha, Alyssa | 0.30 | Meet with ███████ |
| 02/20/20 | DaCunha, Alyssa | 2.40 | Review ███████ |
| 02/20/20 | Menz, Sheila E. | 0.20 | Meet with ███████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/20/20 | Menz, Sheila E. | 0.20 | Revise ████████ |
| 02/20/20 | Rockett, Elizabeth W | 0.60 | Complete ████████ |
| 02/20/20 | Satten-Lopez, Elena M. | 0.20 | Incorporate ████████ |
| 02/20/20 | Satten-Lopez, Elena M. | 0.30 | Confer with ████████ |
| 02/20/20 | Satten-Lopez, Elena M. | 0.20 | Confer with ████████ |
| 02/20/20 | Satten-Lopez, Elena M. | 0.20 | Review ████████ |
| 02/20/20 | Satten-Lopez, Elena M. | 0.60 | Revise ████████ |
| 02/20/20 | Satten-Lopez, Elena M. | 0.20 | Review ████████ |
| 02/21/20 | DaCunha, Alyssa | 0.50 | E-mails with ████████ |
| 02/21/20 | DaCunha, Alyssa | 0.60 | Revise ████████ |
| 02/21/20 | DaCunha, Alyssa | 0.30 | Multiple communications with ████████ |
| 02/21/20 | Hromada, Patricia | 0.60 | Multiple communications with ████████ |
| 02/21/20 | Rockett, Elizabeth W | 0.60 | Complete ████████ |
| 02/21/20 | Satten-Lopez, Elena M. | 0.10 | Coordinate ████████ |
| 02/21/20 | Satten-Lopez, Elena M. | 0.90 | Revise ████████ |
| 02/21/20 | Satten-Lopez, Elena M. | 0.30 | Revise ████████ |
| 02/21/20 | Satten-Lopez, Elena M. | 0.10 | Coordinate ████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/22/20 | Satten-Lopez, Elena M. | 0.40 | Review |
| 02/24/20 | DaCunha, Alyssa | 0.50 | Review |
| 02/24/20 | DaCunha, Alyssa | 0.50 | Multiple communications |
| 02/24/20 | Hromada, Patricia | 0.70 | Multiple communications with |
| 02/24/20 | Hromada, Patricia | 1.30 | Review, analyze and stage |
| 02/24/20 | Menz, Sheila E. | 0.20 | Multiple communications with |
| 02/24/20 | Menz, Sheila E. | 0.40 | Multiple communications with |
| 02/24/20 | Menz, Sheila E. | 0.30 | Revise |
| 02/24/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 02/24/20 | Satten-Lopez, Elena M. | 0.50 | Review |
| 02/24/20 | Satten-Lopez, Elena M. | 0.30 | Review |
| 02/24/20 | Satten-Lopez, Elena M. | 1.40 | Analyze |
| 02/24/20 | Satten-Lopez, Elena M. | 0.80 | Review |
| 02/24/20 | Stroede, Phoebe | 1.90 | Provide |
| 02/24/20 | Stroede, Phoebe | 1.20 | Manually add |
| 02/24/20 | Stroede, Phoebe | 0.40 | Provide |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/25/20 | Brown, Reginald | 0.60 | ███████ call |
| 02/25/20 | DaCunha, Alyssa | 0.30 | Multiple communications with ████████ ██████████ |
| 02/25/20 | DaCunha, Alyssa | 0.50 | Multiple communications with ██████████ |
| 02/25/20 | DaCunha, Alyssa | 0.50 | Revise ██████████████ |
| 02/25/20 | DaCunha, Alyssa | 0.80 | Participate in ████████ call with ██████ |
| 02/25/20 | Hoffenberg, Wendi | 0.60 | Research ███████████████ ████ |
| 02/25/20 | Hromada, Patricia | 0.50 | Multiple communications with ████████████ ████ |
| 02/25/20 | Le, Kevin | 1.30 | Create ███████████ ████ |
| 02/25/20 | Rockett, Elizabeth W | 0.60 | Complete ██████████████ |
| 02/25/20 | Satten-Lopez, Elena M. | 1.90 | Revise ████████████ |
| 02/25/20 | Satten-Lopez, Elena M. | 3.70 | Prepare ████████████ |
| 02/25/20 | Stroede, Phoebe | 0.70 | Conduct ██████████ ███ |
| 02/26/20 | Lannon, William E. | 1.00 | Prepare ███████████ |
| 02/26/20 | Menz, Sheila E. | 0.40 | Confer with ███████████ |
| 02/26/20 | Rockett, Elizabeth W | 0.60 | Complete ███████████ |
| 02/26/20 | Satten-Lopez, Elena M. | 1.30 | Review ███████████ |
| 02/26/20 | Satten-Lopez, Elena M. | 0.20 | Prepare ████████ |
| 02/26/20 | Satten-Lopez, Elena M. | 0.30 | Confer with ████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/27/20 | DaCunha, Alyssa | 3.00 | Participate in ███████████ |
| 02/27/20 | Menz, Sheila E. | 0.40 | Review ███████████ |
| 02/27/20 | Menz, Sheila E. | 0.20 | Multiple communications with ███████████ |
| 02/27/20 | Rockett, Elizabeth W | 0.60 | Complete ███████████ |
| 02/27/20 | Satten-Lopez, Elena M. | 0.40 | Provide ███████████ |
| 02/27/20 | Satten-Lopez, Elena M. | 3.20 | Prepare ███████████ |
| 02/28/20 | Brown, Reginald | 0.30 | ███████ meeting ███████ |
| 02/28/20 | Byrnes, John T. | 0.10 | Meet with ███████████ |
| 02/28/20 | DaCunha, Alyssa | 0.50 | Review ███████████ |
| 02/28/20 | DaCunha, Alyssa | 0.80 | Multiple communications with ███████████ |
| 02/28/20 | Menz, Sheila E. | 0.10 | Meet with ███████████ |
| 02/28/20 | Rockett, Elizabeth W | 0.60 | Complete ███████████ |
| 02/28/20 | Satten-Lopez, Elena M. | 1.20 | Draft ███████████ |
| 02/28/20 | Satten-Lopez, Elena M. | 0.20 | Confer with ███████████ |
| | | **174.90** | |

| | | | |
|---|---|---|---|
| **Total** | | **186.20** | |

Client No. 1653300                 Purdue Pharma, L.P.
Matter No. 1653300-00136           Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Cost | Description |
|------|------|-------------|
| 01/01/20 | 57.60 | OTHER - DAY - Hosting Fee: 1.92 GB @ $30.00 ea |
| 02/01/20 | 57.60 | OTHER - DAY - Hosting Fee: 1.92 GB @ $30.00 ea |
|  | **115.20** |  |
| 02/11/20 | 17.40 | Federal Express Corp; Invoice# 690277801 (Jan-21,2020); Inv#690277801 779582791695 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
|  | **17.40** |  |
| 02/13/20 | 41.61 | Hotel - Meals Other, Alyssa DaCunha, 01/30/20, INV: 3991668002132131; Minibar food purchase Alyssa DaCunha |
| 02/13/20 | 52.84 | Hotel - Breakfast, Alyssa DaCunha, 01/30/20, INV: 3991668002132131; Breakfast in the hotel Alyssa DaCunha |
|  | **94.45** |  |
| 02/13/20 | 18.11 | Taxi, Alyssa DaCunha, 01/30/20, INV: 3991260102132131; Taxi to DCA Merchant: Uber Technologies, Inc. Merchant: Uber Technologies, Inc. |
| 02/13/20 | 29.72 | Taxi, Alyssa DaCunha, 01/29/20, INV: 3991260102132131; Taxi in NYC Merchant: Uber Technologies, Inc. Merchant: Uber Technologies, Inc. |
| 02/13/20 | 99.04 | Taxi, Alyssa DaCunha, 01/29/20, INV: 3991260102132131; Taxi in NYC Merchant: Uber Technologies, Inc. Merchant: Uber Technologies, Inc. |
| 02/13/20 | 435.80 | Airfare, Alyssa DaCunha, 01/29/2020 to 01/30/2020, INV: 3991668002132131; Round trip airfare to NYC |
| 02/13/20 | 45.32 | Airfare, Alyssa DaCunha, 01/29/2020 to 01/29/2020, INV: 3991668002132131; Extra legroom seat purchase |
| 02/13/20 | 10.00 | Travel Fee, Alyssa DaCunha, 01/29/20, INV: 3991668002132131; Ultramar service fee Ultramar service fee |
| 02/13/20 | 59.86 | Car Service, Alyssa DaCunha, 01/29/20, INV: 3991668002132131; Car service to the Surrey hotel |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Cost | Description |
|---|---|---|
| 02/13/20 | 25.14 | Airfare, Alyssa DaCunha, 01/30/2020 to 01/30/2020, INV: 3991668002132131; Extra legroom seat purchase |
| 02/13/20 | 20.00 | Tips, Alyssa DaCunha, 01/30/20, INV: 3991668002132131; Cash tips given on trip to NYC Cash tips given on trip to NYC |
| | **742.99** | |
| 02/13/20 | 542.82 | Lodging, Alyssa DaCunha, 01/29/2020 to 01/30/2020, INV: 3991668002132131; Hotel accommodation in NYC |
| | **542.82** | |
| 02/25/20 | 10.44 | Taxi, Tamir Shemesh, 02/14/20, INV: 4018684102252133; Deliver production to Hill Merchant: Uber Technologies, Inc. Merchant: Uber Technologies, Inc. |
| 02/25/20 | 10.94 | Taxi, Tamir Shemesh, 02/14/20, INV: 4018684102252133; Deliver production to Hill Merchant: Uber Technologies, Inc. Merchant: Uber Technologies, Inc. |
| | **21.38** | |
| 01/13/20 | 0.40 | DOCUMENT COLOR PRINTING - DC - FOR 13-Jan-2020 - 28198 |
| 01/13/20 | 2.10 | DOCUMENT COLOR PRINTING - DC - FOR 13-Jan-2020 - 28198 |
| 02/03/20 | 0.40 | DOCUMENT COLOR PRINTING - DC - FOR 03-Feb-2020 - 28198 |
| 02/05/20 | 0.40 | DOCUMENT COLOR PRINTING - DC - FOR 05-Feb-2020 - 28198 |
| 02/05/20 | 1.00 | DOCUMENT COLOR PRINTING - DC - FOR 05-Feb-2020 - 30755 |
| 02/05/20 | 1.00 | DOCUMENT COLOR PRINTING - DC - FOR 05-Feb-2020 - 30755 |
| 02/05/20 | 1.50 | DOCUMENT COLOR PRINTING - DC - FOR 05-Feb-2020 - 30755 |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

| Date | Cost | Description |
|------|------|-------------|
| 02/05/20 | 0.80 | DOCUMENT COLOR PRINTING - DC - FOR 05-Feb-2020 - 30755 |
| 02/05/20 | 0.50 | DOCUMENT COLOR PRINTING - DC - FOR 05-Feb-2020 - 30755 |
| 02/05/20 | 0.80 | DOCUMENT COLOR PRINTING - DC - FOR 05-Feb-2020 – 30755 |
| 02/18/20 | 2.00 | DOCUMENT COLOR PRINTING - DC - FOR 18-Feb-2020 - 30755 |
| 02/19/20 | 0.60 | DOCUMENT COLOR PRINTING - DC - FOR 19-Feb-2020 - 30755 |
| 02/19/20 | 77.20 | DOCUMENT COLOR PRINTING - DC - FOR 19-Feb-2020 - 30824 Color Blowbacks CHARGED ON 12-FEB-2020 - 772 PAGE(S) |
| 02/19/20 | 0.40 | DOCUMENT COLOR PRINTING - DC - FOR 19-Feb-2020 - 30824 |
| 02/19/20 | 0.60 | DOCUMENT COLOR PRINTING - DC - FOR 19-Feb-2020 - 30755 |
| 02/21/20 | 86.00 | DOCUMENT COLOR PRINTING - DC - FOR 21-Feb-2020 - 30824 Color Blowbacks CHARGED ON 18-FEB-2020 - 860 PAGE(S) |
| 02/25/20 | 0.40 | DOCUMENT COLOR PRINTING - DC - FOR 25-Feb-2020 – 23650 |

176.10

Total Disbursements    $1,710.34

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown. Reginald | 2.60 | 1,550.00 | 4,030.00 |
| DaCunha, Alyssa | 28.30 | 965.00 | 27,309.50 |
| Byrnes, John T. | 0.40 | 940.00 | 376.00 |
| Menz, Sheila E. | 22.30 | 815.00 | 18,174.50 |
| Pierce, Allyson | 1.40 | 595.00 | 833.00 |
| Satten-Lopez, Elena M. | 54.40 | 550.00 | 29,920.00 |
| Thompson, Yolande | 8.00 | 545.00 | 4,360.00 |
| Hromada, Patricia | 17.40 | 525.00 | 9,135.00 |
| Hoffenberg, Wendi | 0.60 | 505.00 | 303.00 |
| Le, Kevin | 3.70 | 480.00 | 1,776.00 |
| Murphy, Aaron P. | 0.60 | 415.00 | 249.00 |
| Lannon, William E. | 2.00 | 385.00 | 770.00 |
| Wenik, Saige | 0.70 | 325.00 | 227.50 |
| Stroede, Phoebe | 23.70 | 300.00 | 7,110.00 |
| Rockett, Elizabeth W | 9.60 | 275.00 | 2,640.00 |
| Shemesh, Tamir | 10.50 | 275.00 | 2,887.50 |
| **Total Legal Services** | **186.20** | | **$110,101.00** |

| Task | Description | Hours | Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 11.30 | 6,446.50 |
| L400 | Congressional Investigation | 174.90 | 103,654.50 |
| **Total Legal Services** | | **186.20** | **$110,101.00** |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2585995
Invoice Date 04/07/20
Legal Services through February 29, 2020

**DISBURSEMENTS**

| Description | Total |
|---|---|
| WHDS DATA HOSTING - INGESTED DOCUMENTS DOCUMENT INSTANCE HOSTING | 115.20 |
| TRAVEL | 742.99 |
| OUT OF TOWN LODGING | 542.82 |
| MEALS-OUT OF TOWN | 94.45 |
| LOCAL TRANSPORTATION | 21.38 |
| FEDERAL EXPRESS | 17.40 |
| DOCUMENT PRINTING COLOR | 176.10 |
| **Total Disbursements** | **$1,710.34** |

# **EXHIBIT H**

## **Fifth Monthly Fee Statement**

WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**FIFTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE
AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
MARCH 1, 2020 THROUGH MARCH 31, 2020**

| | |
|---|---|
| **Name of Applicant** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | March 1, 2020 through March 31, 2020 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total compensation requested in this statement** | **$112,462.59**[2] (80% of $140,578.24) |
| **Total reimbursement of expenses requested in this statement** | **$267.79** |
| **Total compensation and reimbursement requested in this statement** | **$112,730.38** |
| **This is a(n):**   _X Monthly Application   __ Interim Application   __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States

Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order*

*Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as*

*Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019

[Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21,

2019 [Docket No. 529] (the "**Interim Compensation Order"**), Wilmer Cutler Pickering Hale

and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in

possession (collectively, the "**Debtors**"), submits this *Fifth Monthly Fee Statement for*

*Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period*

*from March 1, 2020 Through March 31, 2020* ("**Fee Statement**").[3]  By this Fee Statement,

WilmerHale seeks (i) compensation in the amount of $112,462.59 which is 80% of the total

amount of reasonable compensation for actual, necessary legal services that WilmerHale

incurred in connection with such services during the Fee Period (i.e., $140,578.24), and (ii)

---

[2]  This amount reflects an agreed reduction in fees in the amount of $19,169.76.

[3]  The period from March 1, 2020 through and including March 31, 2020 is referred to herein as the "**Fee Period**."

payment of $267.79 for the actual, necessary expenses that WilmerHale incurred in connection with rendering such services during the Fee Period.

**Itemization of Services Rendered and Disbursement Incurred**

1.       Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories WilmerHale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, WilmerHale incurred $159,748.00 in fees during the Fee Period and, pursuant to its agreement with Purdue Pharma, L.P., reduced that amount to $140,578.24.  Pursuant to this Fee Statement, WilmerHale seeks compensation for 80% of such fees, totaling $112,462.59.

2.       Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $708.55.[4]  The blended hourly billing rate of all paraprofessionals is $423.41.[5]

3.       Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or disbursed in the amount of $267.79 in connection with providing professional services to the Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates. Only the clients for whom the services are actually used are separately charged for such services.

---

[4]  The blended hourly billing rate of $708.55 for attorneys is derived by dividing the total fees for attorneys of $124,351.00 by the total hours of 175.50.

[5]  The blended hourly billing rate of $423.41 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $35,397.00 by the total hours of 83.60.

The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.      Attached hereto as **Exhibit D** is the related invoice showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.      WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $112,462.59 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $140,578.24), and (ii) payment of $267.79 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: June 15, 2020
      New York, New York

By:    /s/ George W. Shuster, Jr.
      WILMER CUTLER PICKERING HALE
       AND DORR LLP

      George W. Shuster, Jr.
      7 World Trade Center
      New York, NY  10007
      Telephone:  (212) 937-7518
      Facsimile:  (212) 230-8888

      Reginald Brown
      Alyssa DaCunha
      1875 Pennsylvania Avenue, N.W.
      Washington, D.C. 20006
      Telephone:  (202) 663-6000
      Facsimile:  (202) 663-6363

      *Special Counsel to the Debtors and Debtors*
      *in Possession*

## Exhibit A

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (B160) | 49.30 | 29,322.50 |
| Congressional Investigation (L400) | 209.80 | 130,425.50 |
| **Total** | **259.10** | **$159,748.00** |
| **Less Agreed Reduction** | | **-$19,169.76** |
| **GRAND TOTAL** | **259.10** | **$140,578.24** |

## Exhibit B

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 8.40 | 13,020.00 |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 965.00 | 45.00 | 43,425.00 |
| **Partners Total** | | | **53.40** | **$56,445.00** |
| **Associates and Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 525.00 | 4.20 | 2,205.00 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 815.00 | 28.20 | 22,983.00 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 60.40 | 33,220.00 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring ("BFR"). | 595.00 | 2.40 | 1,428.00 |
| Phoebe Stroede | Sr. Discovery Attorney; joined firm in 2013; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 26.90 | 8,070.00 |
| **Associates and Attorneys Total** | | | **122.10** | **$67,906.00** |

[1] WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Paraprofessionals** | | | | |
| Truong Chau | Litigation Support Coordinator; joined firm in 2010; Litigation Support. | 480.00 | 0.20 | 96.00 |
| Russell Coker | Paralegal; joined firm in 2004; Litigation / Controversy. | 445.00 | 6.40 | 2,848.00 |
| Jeffrey Dillard | Reference Coordinator; joined firm in 1993; Library and Research Services. | 415.00 | 0.10 | 41.50 |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 385.00 | 2.50 | 962.50 |
| Allyson Lazarre | Co-op Student; joined firm in 2020; Litigation Support. | 155.00 | 0.50 | 77.50 |
| Aaron P. Murphy | Research and Reference Specialist; joined firm in 2019; Library and Research Services. | 415.00 | 0.80 | 332.00 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 15.80 | 4,345.00 |
| Tamir Shemesh | Project Assistant; joined firm in 2018; Securities Litigation & Enforcement. | 275.00 | 15.00 | 4,125.00 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; BFR. | 545.00 | 40.10 | 21,854.50 |
| Saige Wenik | Sr. Project Assistant; joined firm in 2017; Litigation / Controversy. | 325.00 | 2.20 | 715.00 |
| **Paraprofessionals Total** | | | 83.60 | $35,397.00 |
| **TOTAL** | | | 259.10 | $159,748.00 |
| **Less Agreed Reduction** | | | | -$19,169.76 |
| **GRAND TOTAL** | | | 259.10 | $140,578.24 |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| Data Hosting | 57.60 |
| Document Printing Color[1] | 3.40 |
| Federal Express | 32.32 |
| Miscellaneous (Hard Drive) | 169.07 |
| Photocopy | 5.20 |
| Photocopy Color | 0.20 |
| **TOTAL** | **$267.79** |

---

[1] During the Fee Period, WilmerHale charged $0.10 per page for color document printing and $0.00 per page for printing in black and white.

**Exhibit D**

**Detailed Time Records and Expenses**

# WILMERHALE

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ████████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 06/08/20 |
| Invoice No. | 2592769 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through March 31, 2020 in connection with the Post Bankruptcy:
House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 159,748.00 |
| Less 12% Volume Discount | | -19,169.76 |
| Total Disbursements | | 267.79 |
| **Total Amount Due** | **$** | **140,846.03** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ██████

Routing Number: ██████

Citibank NA One Penn's Way New Castle, DE 19720
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020


Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| **B160 - Fee/Employment Applications** | | | |
| 03/03/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re status of draft invoice for January, 2020 |
| 03/04/20 | Thompson, Yolande | 0.10 | Telephone conference with Ms. Kennedy in Accounting re status of finalizing rates for 2020 |
| 03/04/20 | Thompson, Yolande | 0.10 | Review emails forwarded by Ms. DaCunha re information related to preparation of interim fee application |
| 03/05/20 | Pierce, Allyson | 0.20 | Review and respond to Ms. Thompson re initial draft of fee statement and invoice |
| 03/05/20 | Thompson, Yolande | 3.60 | Prepare draft Monthly Fee Statement and related exhibits for January |
| 03/05/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re edits to draft invoice for January 2020 |
| 03/05/20 | Thompson, Yolande | 0.20 | Emails and telephone conferences with Ms. Kennedy in Accounting re additional edits to draft invoice for January 2020 |
| 03/06/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re status of revising draft invoice for January 2020 |
| 03/09/20 | Pierce, Allyson | 0.10 | Follow up with Ms. Thompson re interim fee statement |
| 03/09/20 | Thompson, Yolande | 0.20 | Emails with Ms. Kennedy in Accounting re additional edits to draft invoice for January 2020 |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/09/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re status of monthly fee statement and interim fee application |
| 03/09/20 | Thompson, Yolande | 1.00 | Revise draft Monthly Fee Statement and related exhibits for January |
| 03/10/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. Thompson re January fee statement |
| 03/10/20 | Pierce, Allyson | 0.20 | Review January fee statement and exhibits |
| 03/10/20 | Pierce, Allyson | 0.40 | Compose email to Ms. DaCunha re January 2020 fee statement |
| 03/10/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. DaCunha re version of fee statement for redaction |
| 03/10/20 | Thompson, Yolande | 1.80 | Revise, proofread, finalize draft Monthly Fee Statement and related exhibits for January 2020 |
| 03/10/20 | Thompson, Yolande | 0.10 | Telephone conference with and email to Ms. Pierce re U.S. Trustee Fee Guidelines |
| 03/10/20 | Thompson, Yolande | 0.20 | Review U.S. Trustee Fee Guidelines |
| 03/10/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and Ms. DaCunha re finalizing invoice for redaction |
| 03/10/20 | Thompson, Yolande | 0.20 | Emails and telephone conference with Ms. Kennedy in Accounting re finalizing invoice for January 2020 |
| 03/10/20 | Thompson, Yolande | 0.20 | Emails with Ms. Pierce re draft monthly fee statement and related invoice |
| 03/11/20 | Lannon, William E. | 0.90 | Redact materials for filing |
| 03/11/20 | Pierce, Allyson | 0.10 | Email Mr. Shuster to confirm filed fee statement |
| 03/11/20 | Thompson, Yolande | 0.10 | Send courtesy copies of filed Fee Statement and Certificate of Service |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | to Judge Drain via FedEx |
| 03/11/20 | Thompson, Yolande | 0.30 | Review U.S. Trustee Fee Guidelines |
| 03/11/20 | Thompson, Yolande | 1.60 | Prepare spreadsheet calculating amounts to be included in fee application |
| 03/11/20 | Thompson, Yolande | 0.20 | E-file Certificate of Service |
| 03/11/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re monthly fee statement and interim fee application |
| 03/11/20 | Thompson, Yolande | 0.20 | Review Interim Compensation Order |
| 03/11/20 | Thompson, Yolande | 0.30 | Prepare service materials, serve Fee Statement via email and first class mail |
| 03/11/20 | Thompson, Yolande | 0.10 | Emails with Ms. DaCunha re redacted invoice and authorization to e-file fee statement |
| 03/11/20 | Thompson, Yolande | 0.20 | Prepare Certificate of Service |
| 03/11/20 | Thompson, Yolande | 0.30 | Review General Order re Amended Guidelines for Fees and Disbursements in Southern District of New York |
| 03/11/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re confirming total amounts for interim period and whether any payments were received |
| 03/11/20 | Thompson, Yolande | 0.20 | Finalize fee statement and exhibits for filing |
| 03/11/20 | Thompson, Yolande | 0.20 | E-file Third Monthly Fee Statement |
| 03/11/20 | Thompson, Yolande | 4.40 | Prepare First Interim Fee Application and related exhibits |
| 03/12/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. Thompson with draft of first interim fee application |
| 03/12/20 | Pierce, Allyson | 0.20 | Email Mr. Shuster and Mr. Brown |

Client No. 1653300                         Purdue Pharma, L.P.
Matter No. 1653300-00136                   Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | re first interim fee application |
| 03/12/20 | Thompson, Yolande | 0.10 | Emails and telephone conference with Ms. Kennedy re confirming total amounts for interim period and whether any payments were received |
| 03/12/20 | Thompson, Yolande | 4.80 | Continue preparing draft First Interim Fee Application and related exhibits |
| 03/12/20 | Thompson, Yolande | 0.10 | Email draft first interim fee application and guidelines to Ms. Pierce |
| 03/13/20 | DaCunha, Alyssa | 0.20 | Multiple communications with Mr. Brown, Ms. Pierce re draft fee statement |
| 03/13/20 | DaCunha, Alyssa | 0.30 | Review draft fee statement |
| 03/13/20 | Pierce, Allyson | 0.10 | Coordinate with Ms. Brown re signature on interim fee application certification |
| 03/13/20 | Pierce, Allyson | 0.10 | Email Ms. Thompson re filing interim fee application |
| 03/13/20 | Pierce, Allyson | 0.10 | Email Ms. DaCunha re interim fee application |
| 03/13/20 | Pierce, Allyson | 0.10 | Email Ms. Thompson re interim fee application |
| 03/13/20 | Thompson, Yolande | 0.10 | Review email from Ms. Pierce transmitting draft first interim fee application and guidelines to partners |
| 03/13/20 | Thompson, Yolande | 0.10 | Extract Certification for Mr. Brown's signature |
| 03/13/20 | Thompson, Yolande | 0.10 | Review signed Certification |
| 03/13/20 | Thompson, Yolande | 0.10 | Email finalized Interim Fee Application with exhibits to Ms. DaCunha and Ms. Pierce for final approval |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00136               Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/13/20 | Thompson, Yolande | 0.20 | Emails with Ms. Pierce re revising Certification for Mr. Brown's signature and status of filing fee application |
| 03/13/20 | Thompson, Yolande | 1.10 | Revise, finalize and compile Interim Fee Application with respective exhibits for attorney review |
| 03/13/20 | Thompson, Yolande | 0.10 | Review emails from Mr. Shuster and Ms. DaCunha re draft first interim fee application |
| 03/13/20 | Thompson, Yolande | 0.10 | Email Certification to Mr. Brown's assistant for his signature |
| 03/16/20 | Thompson, Yolande | 0.50 | Prepare draft Supplement to Fee Application |
| 03/16/20 | Thompson, Yolande | 0.10 | Prepare courtesy copy of filed Fee Application with exhibit tabs for Court |
| 03/16/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re final confirmation that no payment has been received from debtors |
| 03/16/20 | Thompson, Yolande | 0.50 | Review Fee Applications filed by other law firms for information related to U.S. Trustee's request |
| 03/16/20 | Thompson, Yolande | 0.30 | Serve Fee Application via first class mail |
| 03/16/20 | Thompson, Yolande | 0.30 | Prepare service materials |
| 03/16/20 | Thompson, Yolande | 0.10 | Send courtesy copies of filed Fee Application and Certificate of Service to Judge Drain via FedEx |
| 03/16/20 | Thompson, Yolande | 0.10 | Serve Fee Application via email |
| 03/16/20 | Thompson, Yolande | 0.50 | Finalize and compile Interim Fee Application with respective exhibits |
| 03/16/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re filing first interim fee application |
| 03/16/20 | Thompson, Yolande | 0.30 | E-file First Interim Fee Application |

Client No. 1653300                           Purdue Pharma, L.P.
Matter No. 1653300-00136                     Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/16/20 | Thompson, Yolande | 0.20 | E-file Certificate of Service |
| 03/16/20 | Thompson, Yolande | 0.80 | Peruse Appendix B Guidelines for Reviewing Fee Applications by Attorneys in Larger Chapter 11 Cases |
| 03/16/20 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re preparing supplement to fee application re budget, comparable rates and answers to several questions regarding fee applications to comply with Large Fee Guidelines per U.S. Trustee's request |
| 03/16/20 | Thompson, Yolande | 0.20 | Prepare Certificate of Service |
| 03/17/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re information needed to complete supplement |
| 03/17/20 | Thompson, Yolande | 2.00 | Continue preparing draft Supplement to Fee Application |
| 03/17/20 | Thompson, Yolande | 0.20 | Emails and telephone conference with Mr. Bruner in Accounting re information regarding comparable rates needed to complete supplement |
| 03/17/20 | Thompson, Yolande | 0.50 | Review information received from Accounting and calculate related amounts to be disclosed in supplement |
| 03/17/20 | Thompson, Yolande | 0.50 | Review sample Supplements to Fee Application |
| 03/18/20 | DaCunha, Alyssa | 0.40 | Multiple communications with Ms. Thompson re supplemental filing |
| 03/18/20 | Thompson, Yolande | 0.20 | Emails with Ms. DaCunha re information to be included in Supplement and related exhibits |
| 03/18/20 | Thompson, Yolande | 1.50 | Proofread and finalize draft Supplement to Fee Application for |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00136               Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
|      |           |       | attorney review |
| 03/18/20 | Thompson, Yolande | 0.20 | Review information regarding comparable rates |
| 03/18/20 | Thompson, Yolande | 0.10 | Emails with Mr. Bruner in Accounting re information regarding comparable rates |
| 03/18/20 | Thompson, Yolande | 0.20 | Retrieve certain fee applications requested by Mr. DaCunha |
| 03/18/20 | Thompson, Yolande | 0.30 | Peruse Appendix B Guidelines Fillable Forms on U.S. Trustee's website |
| 03/19/20 | DaCunha, Alyssa | 0.90 | Revise supplemental fee application |
| 03/19/20 | DaCunha, Alyssa | 0.80 | Multiple communications with Mr. Brown, Ms. Thompson re supplemental fee application |
| 03/19/20 | Thompson, Yolande | 0.20 | Revise Supplement to Fee Application |
| 03/19/20 | Thompson, Yolande | 0.10 | Review emails between Ms. DaCunha and Mr. Bruner in Accounting re whether firm prepared budget for client |
| 03/19/20 | Thompson, Yolande | 0.20 | Emails with Ms. DaCunha re revisions to Supplement |
| 03/20/20 | DaCunha, Alyssa | 0.70 | Multiple communications with Ms. Thompson, Ms. Pierce, Mr. Shuster re supplemental fee application |
| 03/20/20 | DaCunha, Alyssa | 0.60 | Revise supplemental fee application |
| 03/20/20 | Pierce, Allyson | 0.20 | Review emails from Ms. DaCunha, Mr. Shuster and Ms. Thompson re finalizing fee application |
| 03/20/20 | Pierce, Allyson | 0.20 | Review fee application for compliance with UST guidelines |
| 03/20/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. DaCunha re supplement to the fee application |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/20/20 | Thompson, Yolande | 0.50 | Review information received from Accounting related to First Interim Fee Application to respond to Ms. DaCunha |
| 03/20/20 | Thompson, Yolande | 0.20 | Revise Supplement to Fee Application |
| 03/20/20 | Thompson, Yolande | 0.20 | Emails with Ms. DaCunha re revising certain information contained in Supplement to Fee Application |
| 03/23/20 | DaCunha, Alyssa | 0.50 | Multiple communications with Ms. Thompson, Mr. Shuster re supplemental fee application |
| 03/23/20 | DaCunha, Alyssa | 0.70 | Revise supplemental fee application |
| 03/23/20 | Thompson, Yolande | 0.20 | Revise Supplement to include statement about preparing project category budget |
| 03/23/20 | Thompson, Yolande | 0.10 | Review emails from Ms. DaCunha and Mr. Shuster re approval of supplement to fee application and transmitting same to U.S. Trustee |
| 03/23/20 | Thompson, Yolande | 0.10 | Email to Ms. DaCunha and Mr. Shuster re suggested revision to supplement to fee application |
| 03/23/20 | Thompson, Yolande | 0.10 | Review email from Mr. Schwartzberg re including statement in supplement about preparing project category budget |
| 03/23/20 | Thompson, Yolande | 0.20 | Prepare draft Certificate of Service for Supplement |
| 03/23/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re draft invoice for February 2020 |
| 03/24/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re status of finalizing invoice for February 2020 |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/25/20 | DaCunha, Alyssa | 0.30 | Revise supplemental fee application |
| 03/25/20 | DaCunha, Alyssa | 0.50 | Multiple communications with Mr. Shuster, Ms. Thompson re revised supplemental fee application |
| 03/25/20 | Thompson, Yolande | 0.10 | Prepare Supplement to First Interim Fee Application for filing |
| 03/25/20 | Thompson, Yolande | 0.10 | Emails with Services re printing and sending packages containing filed Supplement via first class mail and via FedEx to Chambers |
| 03/25/20 | Thompson, Yolande | 0.20 | E-file Certificate of Service |
| 03/25/20 | Thompson, Yolande | 0.10 | Review emails between Ms. DaCunha and Mr. Shuster re revisions to supplement |
| 03/25/20 | Thompson, Yolande | 0.20 | E-file Supplement to First Interim Fee Application |
| 03/25/20 | Thompson, Yolande | 0.10 | Serve Supplement to Fee Application via email |
| 03/25/20 | Thompson, Yolande | 0.20 | Emails with Mr. Shuster re revisions to supplement to fee application |
| 03/25/20 | Thompson, Yolande | 0.10 | Prepare Certificate of Service for filing |
| 03/25/20 | Thompson, Yolande | 0.10 | Review emails between Mr. Shuster and U.S. Trustee re revisions to supplement |
| 03/25/20 | Thompson, Yolande | 0.20 | Prepare service materials |
| 03/25/20 | Thompson, Yolande | 0.30 | Revise Supplement accordingly |
| 03/31/20 | Thompson, Yolande | 2.60 | Prepare draft monthly fee statement for February 2020 |
| 03/31/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re revisions to invoice for February 2020 |

**49.30**

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|

L400 - Congressional Investigation

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 03/02/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 03/03/20 | Brown, Reginald | 0.60 | call |
| 03/03/20 | DaCunha, Alyssa | 1.00 | Participate in |
| 03/03/20 | DaCunha, Alyssa | 1.80 | Revise |
| 03/03/20 | DaCunha, Alyssa | 0.20 | Multiple communications with |
| 03/03/20 | DaCunha, Alyssa | 0.20 | Multiple communications with |
| 03/03/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 03/03/20 | Rockett, Elizabeth W | 5.00 | Monitor and summarize |
| 03/03/20 | Satten-Lopez, Elena M. | 0.70 | Attention to |
| 03/03/20 | Satten-Lopez, Elena M. | 0.20 | Confer with |
| 03/03/20 | Satten-Lopez, Elena M. | 0.20 | Research |
| 03/04/20 | DaCunha, Alyssa | 0.60 | Multiple communications with |
| 03/04/20 | Menz, Sheila E. | 1.20 | Multiple communications with |
| 03/04/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 03/04/20 | Satten-Lopez, Elena M. | 2.20 | Prepare |
| 03/04/20 | Shemesh, Tamir | 3.00 | Prepare |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/04/20 | Stroede, Phoebe | 6.90 | Cross reference |
| 03/04/20 | Stroede, Phoebe | 1.40 | Confirm |
| 03/05/20 | Chau, Truong | 0.20 | Revise |
| 03/05/20 | Hromada, Patricia | 0.60 | Conduct |
| 03/05/20 | Lannon, William E. | 0.60 | Prepare |
| 03/05/20 | Lazarre, Allyson | 0.50 | Create |
| 03/05/20 | Menz, Sheila E. | 0.60 | Confer |
| 03/05/20 | Menz, Sheila E. | 0.30 | Analyze |
| 03/05/20 | Satten-Lopez, Elena M. | 7.00 | Revise |
| 03/05/20 | Satten-Lopez, Elena M. | 0.90 | Confer with |
| 03/05/20 | Stroede, Phoebe | 5.30 | Cross reference |
| 03/05/20 | Wenik, Saige | 0.60 | Complete |
| 03/06/20 | DaCunha, Alyssa | 0.80 | Multiple communications with |
| 03/06/20 | Menz, Sheila E. | 0.10 | Draft |
| 03/06/20 | Menz, Sheila E. | 0.20 | Multiple email communications |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | with ▮▮▮▮▮ |
| 03/06/20 | Menz, Sheila E. | 1.20 | Multiple communications with ▮▮▮ |
| 03/06/20 | Satten-Lopez, Elena M. | 0.90 | Finalize ▮▮▮ |
| 03/06/20 | Satten-Lopez, Elena M. | 3.80 | Research ▮▮▮ |
| 03/06/20 | Shemesh, Tamir | 2.00 | Prepare ▮▮▮ |
| 03/06/20 | Shemesh, Tamir | 1.50 | Deliver ▮▮▮ |
| 03/06/20 | Stroede, Phoebe | 5.70 | Cross reference ▮▮▮ |
| 03/06/20 | Wenik, Saige | 0.70 | Complete ▮▮▮ |
| 03/09/20 | DaCunha, Alyssa | 1.30 | Revise ▮▮▮ |
| 03/09/20 | DaCunha, Alyssa | 0.30 | Multiple communications with ▮▮▮ |
| 03/09/20 | Wenik, Saige | 0.50 | Complete ▮▮▮ |
| 03/10/20 | DaCunha, Alyssa | 2.90 | Revise ▮▮▮ |
| 03/10/20 | DaCunha, Alyssa | 0.80 | Multiple communications with ▮▮▮ |
| 03/10/20 | Satten-Lopez, Elena M. | 1.00 | Research ▮▮▮ |
| 03/10/20 | Shemesh, Tamir | 0.50 | Prepare ▮▮▮ |
| 03/10/20 | Wenik, Saige | 0.40 | Complete ▮▮▮ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/11/20 | Rockett, Elizabeth W | 0.60 | Complete ███████████████ |
| 03/11/20 | Satten-Lopez, Elena M. | 3.60 | Research ██████████████ ██ |
| 03/12/20 | DaCunha, Alyssa | 0.50 | Multiple communications with ██ ████████████████ |
| 03/12/20 | Rockett, Elizabeth W | 0.60 | Complete ███████████████ |
| 03/12/20 | Satten-Lopez, Elena M. | 0.80 | Research ████████████ |
| 03/13/20 | DaCunha, Alyssa | 0.30 | Multiple communications with ██ ████████████████ |
| 03/13/20 | DaCunha, Alyssa | 0.40 | Multiple communications with ██ ████████████████ |
| 03/13/20 | Menz, Sheila E. | 0.20 | Review ██████████ |
| 03/13/20 | Rockett, Elizabeth W | 0.60 | Complete ███████████████ |
| 03/13/20 | Satten-Lopez, Elena M. | 1.70 | Research ██████████████ ██ |
| 03/14/20 | DaCunha, Alyssa | 0.50 | Revise ████████████ |
| 03/14/20 | DaCunha, Alyssa | 0.50 | Multiple communications with ██ ███████████████ |
| 03/14/20 | Satten-Lopez, Elena M. | 1.40 | Research ████████████ ██ |
| 03/15/20 | Satten-Lopez, Elena M. | 0.30 | Research ████████████ ██ |
| 03/16/20 | Brown, Reginald | 0.50 | ██████ call ████████████ |
| 03/16/20 | DaCunha, Alyssa | 0.70 | Revise ████████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/16/20 | DaCunha, Alyssa | 2.40 | Review |
| 03/16/20 | DaCunha, Alyssa | 0.70 | Multiple communications with |
| 03/16/20 | DaCunha, Alyssa | 0.80 | Telecon with |
| 03/16/20 | Hromada, Patricia | 0.50 | Review, analyze |
| 03/16/20 | Menz, Sheila E. | 1.40 | Draft |
| 03/16/20 | Menz, Sheila E. | 0.80 | Participate in |
| 03/16/20 | Menz, Sheila E. | 0.90 | Multiple communications with |
| 03/16/20 | Menz, Sheila E. | 0.50 | Multiple follow-up communications with |
| 03/16/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 03/16/20 | Satten-Lopez, Elena M. | 2.80 | Research |
| 03/16/20 | Satten-Lopez, Elena M. | 1.00 | Revise |
| 03/16/20 | Satten-Lopez, Elena M. | 0.50 | Confer with |
| 03/16/20 | Stroede, Phoebe | 0.40 | Search |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00136               Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | ▮▮▮▮▮▮▮▮▮ |
| 03/17/20 | Brown, Reginald | 0.50 | ▮▮▮▮▮ call |
| 03/17/20 | DaCunha, Alyssa | 1.00 | Draft ▮▮▮▮▮ |
| 03/17/20 | DaCunha, Alyssa | 0.80 | Participate in ▮▮▮▮▮ |
| 03/17/20 | DaCunha, Alyssa | 1.30 | Review ▮▮▮▮▮ |
| 03/17/20 | Lannon, William E. | 0.60 | Analyze ▮▮▮▮▮ |
| 03/17/20 | Rockett, Elizabeth W | 0.60 | Complete ▮▮▮▮▮ |
| 03/17/20 | Satten-Lopez, Elena M. | 2.30 | Research ▮▮▮▮▮ |
| 03/17/20 | Shemesh, Tamir | 2.00 | Search ▮▮▮▮▮ |
| 03/17/20 | Shemesh, Tamir | 0.50 | File ▮▮▮▮▮ |
| 03/18/20 | DaCunha, Alyssa | 1.70 | Revise ▮▮▮▮▮ |
| 03/18/20 | DaCunha, Alyssa | 2.30 | Review ▮▮▮▮▮ |
| 03/18/20 | DaCunha, Alyssa | 0.20 | Multiple communications with ▮▮▮▮▮ |
| 03/18/20 | Menz, Sheila E. | 0.20 | Confer with ▮▮▮▮▮ |
| 03/18/20 | Menz, Sheila E. | 0.80 | Multiple communications with ▮▮▮▮▮ |
| 03/18/20 | Rockett, Elizabeth W | 0.60 | Complete ▮▮▮▮▮ |
| 03/18/20 | Satten-Lopez, Elena M. | 7.10 | Research ▮▮▮▮▮ |
| 03/18/20 | Stroede, Phoebe | 0.60 | Assist ▮▮▮▮▮ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/19/20 | DaCunha, Alyssa | 0.80 | Revise ███████ |
| 03/19/20 | Rockett, Elizabeth W | 0.60 | Complete ███████ |
| 03/19/20 | Satten-Lopez, Elena M. | 0.60 | Research ███████ |
| 03/20/20 | DaCunha, Alyssa | 0.30 | Draft ███████ |
| 03/20/20 | DaCunha, Alyssa | 0.60 | Multiple communications with ███████ |
| 03/20/20 | DaCunha, Alyssa | 0.90 | Revise ███████ |
| 03/20/20 | Hromada, Patricia | 0.20 | Communications with ███████ |
| 03/20/20 | Murphy, Aaron P. | 0.80 | Research ███████ |
| 03/20/20 | Rockett, Elizabeth W | 0.60 | Complete ███████ |
| 03/20/20 | Satten-Lopez, Elena M. | 6.60 | Research ███████ |
| 03/21/20 | Satten-Lopez, Elena M. | 0.70 | Research ███████ |
| 03/22/20 | Menz, Sheila E. | 4.80 | Revise ███████ |
| 03/22/20 | Satten-Lopez, Elena M. | 0.10 | Research ███████ |
| 03/23/20 | Coker, Russell | 6.40 | Identify and organize ███████ |
| 03/23/20 | DaCunha, Alyssa | 0.60 | Revise ███████ |
| 03/23/20 | DaCunha, Alyssa | 0.50 | Review ███████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
| --- | --- | --- | --- |
| 03/23/20 | DaCunha, Alyssa | 0.50 | Revise |
| 03/23/20 | DaCunha, Alyssa | 0.70 | Multiple communications with |
| 03/23/20 | Dillard, Jeffrey | 0.10 | Download |
| 03/23/20 | Hromada, Patricia | 2.60 | Revise |
| 03/23/20 | Hromada, Patricia | 0.30 | Communications with |
| 03/23/20 | Lannon, William E. | 0.40 | File |
| 03/23/20 | Menz, Sheila E. | 6.70 | Multiple revisions to |
| 03/23/20 | Menz, Sheila E. | 1.40 | Multiple communications with |
| 03/23/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 03/23/20 | Satten-Lopez, Elena M. | 3.40 | Revise |
| 03/23/20 | Shemesh, Tamir | 3.00 | Prepare |
| 03/23/20 | Shemesh, Tamir | 0.50 | Prepare |
| 03/23/20 | Stroede, Phoebe | 6.60 | Cross reference |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 03/24/20 | Brown, Reginald | 0.60 | call |
| 03/24/20 | Brown, Reginald | 3.00 | Review |
| 03/24/20 | Brown, Reginald | 0.90 | call |
| 03/24/20 | DaCunha, Alyssa | 0.50 | Revise |
| 03/24/20 | DaCunha, Alyssa | 0.90 | Participate in |
| 03/24/20 | DaCunha, Alyssa | 0.40 | Telecon with |
| 03/24/20 | DaCunha, Alyssa | 0.30 | Telecon with |
| 03/24/20 | Menz, Sheila E. | 0.40 | Research |
| 03/24/20 | Menz, Sheila E. | 0.50 | call |
| 03/24/20 | Menz, Sheila E. | 0.80 | Review |
| 03/24/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 03/24/20 | Satten-Lopez, Elena M. | 2.50 | Revise |
| 03/24/20 | Satten-Lopez, Elena M. | 0.10 | Confer with |
| 03/24/20 | Satten-Lopez, Elena M. | 0.60 | Confer with |
| 03/25/20 | DaCunha, Alyssa | 2.40 | Revise |
| 03/25/20 | DaCunha, Alyssa | 0.60 | Multiple communications with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/25/20 | Menz, Sheila E. | 0.20 | Review |
| 03/25/20 | Menz, Sheila E. | 0.40 | Call with |
| 03/25/20 | Menz, Sheila E. | 0.80 | Implement |
| 03/25/20 | Menz, Sheila E. | 0.20 | Review |
| 03/25/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 03/25/20 | Satten-Lopez, Elena M. | 5.00 | Revise |
| 03/25/20 | Shemesh, Tamir | 1.00 | Prepare |
| 03/26/20 | Brown, Reginald | 1.30 | Prep for |
| 03/26/20 | Brown, Reginald | 1.00 | Participate in |
| 03/26/20 | DaCunha, Alyssa | 0.70 | Finalize |
| 03/26/20 | DaCunha, Alyssa | 1.30 | Participate in |
| 03/26/20 | DaCunha, Alyssa | 1.40 | Participate in |
| 03/26/20 | DaCunha, Alyssa | 0.50 | Multiple communications with |
| 03/26/20 | Menz, Sheila E. | 1.50 | Prep for |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/26/20 | Menz, Sheila E. | 1.30 | Participate in █████ |
| 03/26/20 | Menz, Sheila E. | 0.30 | Follow-up communications with ████████ |
| 03/26/20 | Menz, Sheila E. | 0.50 | Finalize ████ |
| 03/26/20 | Rockett, Elizabeth W | 0.60 | Complete ██████ |
| 03/26/20 | Satten-Lopez, Elena M. | 0.40 | Confer with ██████ |
| 03/26/20 | Satten-Lopez, Elena M. | 1.30 | Participate in ████ |
| 03/26/20 | Satten-Lopez, Elena M. | 0.70 | Draft ██████ |
| 03/27/20 | Rockett, Elizabeth W | 0.60 | Complete ██████ |
| 03/30/20 | Rockett, Elizabeth W | 0.60 | Complete ██████ |
| 03/30/20 | Shemesh, Tamir | 1.00 | Prepare █████ |
| 03/31/20 | DaCunha, Alyssa | 1.20 | Participate in ██████ |
| 03/31/20 | Rockett, Elizabeth W | 0.60 | Complete ██████ |
| | | **209.80** | |

**Total**          **259.10**

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

| Date | Cost | Description |
|---|---|---|
| 03/01/20 | 57.60 | OTHER - DAY - Hosting Fee: 1.92 GB @ $30.00 ea |
| 03/05/20 | 15.14 | Federal Express Corp; Invoice# 693860941 (Feb-25,2020); Inv#693860941 390508497830 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| 03/05/20 | 17.18 | Federal Express Corp; Invoice# 692339903 (Feb-11,2020); Inv#692339903 390076609704 Shemesh, Tamir TO Akin Gump Strauss Hauer & Feld Steven Ross WASHINGTON DC -- Michelle Leonard |
| 03/05/20 | 169.07 | CDW Direct LLC; Invoice# 27910-030220-E (Mar-02,2020); PO# 48155; Orig Inv# MLV8175; Client Charge back of Apricorn Padlock 500GB Hard Drive (Qty 1); per email from K. Weyant dated Mar. 02, 2020 @ 2:56 PM; Transaction Date: 01/30/2020 -- Rhonda Baggett |
| 03/05/20 | 1.00 | DOCUMENT COLOR PRINTING - DC - FOR 05-Mar-2020 - 30755 |
| 03/06/20 | 0.20 | COLOR PHOTOCOPY - DC - FOR 06-Mar-2020 - 2 PAGE(S) - 30824 |
| 03/06/20 | 5.20 | PHOTOCOPY - DC - FOR 06-Mar-2020 - 52 PAGE(S) - 30824 |
| 03/06/20 | 2.40 | DOCUMENT COLOR PRINTING - DC - FOR 06-Mar-2020 - 28198 |
| Total | **267.79** | |

Client No. 1653300

Purdue Pharma, L.P.

Matter No. 1653300-00136

Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 8.40 | 1,550.00 | 13,020.00 |
| DaCunha, Alyssa | 45.00 | 965.00 | 43,425.00 |
| Menz, Sheila E. | 28.20 | 815.00 | 22,983.00 |
| Pierce, Allyson | 2.40 | 595.00 | 1,428.00 |
| Satten-Lopez, Elena M. | 60.40 | 550.00 | 33,220.00 |
| Thompson, Yolande | 40.10 | 545.00 | 21,854.50 |
| Hromada, Patricia | 4.20 | 525.00 | 2,205.00 |
| Chau, Truong | 0.20 | 480.00 | 96.00 |
| Coker, Russell | 6.40 | 445.00 | 2,848.00 |
| Murphy, Aaron P. | 0.80 | 415.00 | 332.00 |
| Dillard, Jeffrey | 0.10 | 415.00 | 41.50 |
| Lannon, William E. | 2.50 | 385.00 | 962.50 |
| Wenik, Saige | 2.20 | 325.00 | 715.00 |
| Stroede, Phoebe | 26.90 | 300.00 | 8,070.00 |
| Rockett, Elizabeth W | 15.80 | 275.00 | 4,345.00 |
| Shemesh, Tamir | 15.00 | 275.00 | 4,125.00 |
| Lazarre, Allyson | 0.50 | 155.00 | 77.50 |
| **Total Legal Services** | **259.10** | | **$159,748.00** |

| Task | Description | Hours | Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 49.30 | 29,322.50 |
| L400 | Congressional Investigation | 209.80 | 130,425.50 |
| **Total Legal Services** | | **259.10** | **$159,748.00** |

Client No. 1653300            Purdue Pharma, L.P.
Matter No. 1653300-00136    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592769
Invoice Date 06/08/20
Legal Services through March 31, 2020

**DISBURSEMENTS**

| Description | Total |
|---|---|
| WHDS DATA HOSTING - INGESTED DOCUMENTS DOCUMENT INSTANCE HOSTING | 57.60 |
| PHOTOCOPY COLOR | 0.20 |
| PHOTOCOPY | 5.20 |
| MISCELLANEOUS | 169.07 |
| FEDERAL EXPRESS | 32.32 |
| DOCUMENT PRINTING COLOR | 3.40 |
| **Total Disbursements** | **$267.79** |

# **EXHIBIT I**

## **Sixth Monthly Fee Statement**

WILMER CUTLER PICKERING HALE
 AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] |  |

**SIXTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE
AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
APRIL 1, 2020 THROUGH APRIL 30, 2020**

| | |
|---|---|
| **Name of Applicant** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | April 1, 2020 through April 30, 2020 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested ||
|---|---|
| Total compensation requested in this statement | $34,980.00[2] (80% of $43,725.00) |
| Total reimbursement of expenses requested in this statement | $193.25 |
| Total compensation and reimbursement requested in this statement | $35,173.25 |
| **This is a(n):** _X Monthly Application __ Interim Application __ Final Application ||

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 25, 2019 [Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order"**), Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Sixth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2020 Through April 30, 2020* ("**Fee Statement**").[3]  By this Fee Statement, WilmerHale seeks (i) compensation in the amount of $34,980.00 which is 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $43,725.00), and (ii)

---

[2]  This amount reflects an agreed reduction in fees in the amount of $5,962.50.

[3]  The period from April 1, 2020 through and including April 30, 2020 is referred to herein as the "**Fee Period**."

payment of $193.25 for the actual, necessary expenses that WilmerHale incurred in connection
with rendering such services during the Fee Period.

**Itemization of Services Rendered and Disbursement Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees
incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and
paraprofessionals during the Fee Period with respect to each of the project categories
WilmerHale established in accordance with its internal billing procedures.  As reflected in
**Exhibit A**, WilmerHale incurred $49,687.50 in fees during the Fee Period and, pursuant to its
agreement with Purdue Pharma, L.P., reduced that amount to $43,725.00.  Pursuant to this Fee
Statement, WilmerHale seeks compensation for 80% of such fees, totaling $34,980.00.

2.      Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and
paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who
rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period
and the title, hourly rate, aggregate hours worked and the amount of fees earned by each
professional.  The blended hourly billing rate of attorneys for all services provided during the
Fee Period is $1,034.97.[4]  The blended hourly billing rate of all paraprofessionals is $406.64.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or
disbursed in the amount of $193.25 in connection with providing professional services to the
Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's
direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.
Only the clients for whom the services are actually used are separately charged for such services.

---

[4]  The blended hourly billing rate of $1,034.97 for attorneys is derived by dividing the total fees for attorneys of
$37,569.50 by the total hours of 36.30.

[5]  The blended hourly billing rate of $406.64 for paraprofessionals is similarly derived by dividing the total fees for
paraprofessionals of $12,118.00 by the total hours of 29.80.

3

The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.      Attached hereto as **Exhibit D** is the related invoice showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.      WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $34,980.00 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $43,725.00), and (ii) payment of $193.25 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: June 15, 2020
       New York, New York

By:    /s/ George W. Shuster, Jr.
       WILMER CUTLER PICKERING HALE
        AND DORR LLP

       George W. Shuster, Jr.
       7 World Trade Center
       New York, NY  10007
       Telephone:  (212) 937-7518
       Facsimile:  (212) 230-8888

       Reginald Brown
       Alyssa DaCunha
       1875 Pennsylvania Avenue, N.W.
       Washington, D.C. 20006
       Telephone:  (202) 663-6000
       Facsimile:  (202) 663-6363

       *Special Counsel to the Debtors and Debtors
       in Possession*

## Exhibit A

### Fees By Project Category

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (B160) | 17.40 | 10,187.00 |
| Congressional Investigation (L400) | 48.70 | 39,500.00 |
| **Total** | **66.10** | **$49,687.50** |
| **Less Agreed Reduction** | | **-$5,962.50** |
| **GRAND TOTAL** | **66.10** | **$43,725.00** |

## Exhibit B

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 8.00 | 12,400.00 |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 965.00 | 19.80 | 19,107.00 |
| **Partners Total** | | | 27.80 | $31,507.00 |
| **Associates and Attorneys** | | | | |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 815.00 | 5.10 | 4,156.50 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 2.60 | 1,430.00 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring ("BFR"). | 595.00 | 0.80 | 476.00 |
| **Associates and Attorneys Total** | | | 8.50 | $6,062.50 |
| **Paraprofessionals** | | | | |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 385.00 | 1.90 | 731.50 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 13.10 | 3,602.50 |

[1] WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Megan I. Scanlon | Sr. Research and Reference Specialist; joined firm in 2019; Library and Research Services. | 505.00 | 0.30 | 151.50 |
| Tamir Shemesh | Project Assistant; joined firm in 2018; Securities Litigation & Enforcement. | 275.00 | 1.00 | 275.00 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; BFR. | 545.00 | 13.50 | 7,357.50 |
| **Paraprofessionals Total** | | | **29.80** | **$12,118.00** |
| **TOTAL** | | | **66.10** | **$49,687.50** |
| **Less Agreed Reduction** | | | | **-$5,962.50** |
| **GRAND TOTAL** | | | **66.10** | **$43,725.00** |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| Court Services | 70.00 |
| Data Hosting | 57.60 |
| Document Printing Color[1] | 35.30 |
| Federal Express | 30.35 |
| **TOTAL** | **$193.25** |

[1] During the Fee Period, WilmerHale charged $0.10 per page for color document printing and $0.00 per page for printing in black and white.

**Exhibit D**

**Detailed Time Records and Expenses**

# WILMERHALE

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ▮▮▮▮▮▮
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 06/08/20 |
| Invoice No. | 2592776 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through April 30, 2020 in connection with the Post Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 49,687.50 |
| Less 12% Volume Discount | | -5,962.50 |
| Total Disbursements | | 193.25 |
| **Total Amount Due** | **$** | **43,918.25** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ▮▮▮▮▮

Routing Number: ▮▮▮▮▮

Citibank NA One Penn's Way New Castle, DE 19720
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| **B160 - Fee/Employment Applications** | | | |
| 04/01/20 | Thompson, Yolande | 0.50 | Review draft invoice to ensure compliance with bankruptcy guidelines |
| 04/01/20 | Thompson, Yolande | 2.20 | Continue preparing draft monthly fee statement and related exhibits for February |
| 04/02/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy and Mr. Bowling in Accounting re printing charges |
| 04/02/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re finalizing invoice for February fee statement |
| 04/02/20 | Thompson, Yolande | 2.40 | Revise draft monthly fee statement and related exhibits for February |
| 04/03/20 | Thompson, Yolande | 0.10 | Emails with Mr. Bowling in Accounting re finalizing invoice for February fee statement |
| 04/06/20 | Thompson, Yolande | 0.10 | Email to Ms. Kennedy re finalizing invoice for February fee statement |
| 04/07/20 | Thompson, Yolande | 0.20 | Emails with Ms. Kennedy re finalizing invoice for February fee statement |
| 04/07/20 | Thompson, Yolande | 2.40 | Update draft monthly fee statment and related exhibits for February |
| 04/08/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. Thompson re fee statement |
| 04/08/20 | Pierce, Allyson | 0.30 | Review draft of February fee statement |
| 04/08/20 | Pierce, Allyson | 0.10 | Email Ms. DaCunha re review of February fee statement and |

Client No. 1653300                              Purdue Pharma, L.P.
Matter No. 1653300-00136                        Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | redaction |
| 04/08/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re monthly fee statement and final invoice for redaction for review |
| 04/08/20 | Thompson, Yolande | 0.20 | Review Order Authorizing Appointment of Independent Fee Examiner |
| 04/08/20 | Thompson, Yolande | 1.00 | Finalize draft monthly fee statement and related exhibits for attorney review |
| 04/08/20 | Thompson, Yolande | 0.20 | Prepare draft Certificate of Service for Fourth Monthly Fee Statement |
| 04/08/20 | Thompson, Yolande | 0.10 | Update service labels to include fee examiner |
| 04/08/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re final invoice for February fee statement |
| 04/08/20 | Thompson, Yolande | 0.10 | Review email from Ms. Pierce to Ms. DaCunha re monthly fee statement and final invoice for redaction |
| 04/14/20 | DaCunha, Alyssa | 0.30 | Review draft fee statement, filing |
| 04/14/20 | DaCunha, Alyssa | 0.20 | Multiple communications with Ms. Pierce re fee statements |
| 04/14/20 | Pierce, Allyson | 0.10 | Email Ms. DaCunha re fourth fee application |
| 04/14/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. Thompson re fourth fee application |
| 04/14/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re February fee statement |
| 04/15/20 | Lannon, William E. | 1.10 | Redact materials for filing |
| 04/15/20 | Thompson, Yolande | 0.10 | Serve fee statement upon notices parties via email |
| 04/15/20 | Thompson, Yolande | 0.30 | Finalize fee statement and exhibits for filing |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 04/15/20 | Thompson, Yolande | 0.10 | Finalize Certificate of Service for filing |
| 04/15/20 | Thompson, Yolande | 0.10 | Emails with Services re printing and scanning fee statement for filing per Ms. DaCunha's instructions |
| 04/15/20 | Thompson, Yolande | 0.10 | Emails with Services re printing and sending packages containing filed fee statement via first class mail and via FedEx to Chambers |
| 04/15/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 04/15/20 | Thompson, Yolande | 0.20 | Prepare service materials |
| 04/15/20 | Thompson, Yolande | 0.10 | Emails with Ms. DaCunha re redacted invoice and filed fee statement |
| 04/15/20 | Thompson, Yolande | 0.20 | E-file Fourth Monthly Fee Statement |
| 04/20/20 | DaCunha, Alyssa | 0.70 | Multiple communications with Ms. Menz, Mr. Byrnes, Mr. Shuster, Mr. Consla re fee application hearing |
| 04/20/20 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re CourtSolutions account |
| 04/20/20 | Thompson, Yolande | 0.10 | Review emails from Ms. DaCunha and Mr. Shuster re scheduling telephonic participation in April 22nd hearing on fee application |
| 04/20/20 | Thompson, Yolande | 0.20 | Emails with Ms. DaCunha and Mr. Byrnes re fee statements and application filed in case and retrieve same from files |
| 04/20/20 | Thompson, Yolande | 0.10 | Schedule Mr. Shuster's telephonic participation in April 22nd hearing on CourtSolutions' website |
| 04/20/20 | Thompson, Yolande | 0.10 | Review CourtSolutions approval for Mr. Shuster |
| 04/20/20 | Thompson, Yolande | 0.10 | Schedule Ms. DaCunha's telephonic participation in April 22nd hearing |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | on CourtSolutions' website |
| 04/20/20 | Thompson, Yolande | 0.10 | Set up CourtSolutions account for Ms. DaCunha |
| 04/20/20 | Thompson, Yolande | 0.10 | Review CourtSolutions approval email for Ms. DaCunha |
| 04/20/20 | Thompson, Yolande | 0.10 | Email first interim fee application and supplement to Mr. Shuster and Ms. DaCunha |
| 04/21/20 | DaCunha, Alyssa | 0.40 | Multiple communications with Mr. Brown, Mr. Shuster re fee application hearing |
| 04/22/20 | Thompson, Yolande | 0.10 | Emails with Ms. DaCunha re expense reimbursement for telephonic participation in fee hearing |
| 04/22/20 | Thompson, Yolande | 0.20 | Review and circulate Fee Examiner Order |
| 04/22/20 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re results of fee hearing and fee examiner order |
| 04/27/20 | Pierce, Allyson | 0.10 | Update calendar for second interim fee application deadline |
| 04/27/20 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re LEDES Data for Fee Examiner Review |
| 04/27/20 | Thompson, Yolande | 0.10 | Email to Ms. Kennedy in Accounting requesting time entry detail for September 15, 2019 to January 31, 2020 in LEDES format |
| 04/28/20 | DaCunha, Alyssa | 0.40 | Multiple communications with Mr. Consla, Ms. Thompson re information for fee examiner |
| 04/28/20 | Thompson, Yolande | 0.10 | Review emails from Ms. DaCunha and Mr. Consla at Davis Polk re maintaining confidentiality of data sent to fee examiner |
| 04/28/20 | Thompson, Yolande | 0.20 | Review and rename document |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | names for invoices in LEDES format to include "Confidential" |
| 04/28/20 | Thompson, Yolande | 0.10 | Emails with Ms. DaCunha re invoices in LEDES format for Fee Examiner review |
| 04/28/20 | Thompson, Yolande | 0.10 | Email time entry detail in LEDES format to Mr. Consla at Davis Polk requesting confidential treatment for same |
| 04/28/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re time entry detail for September 15, 2019 to January 31, 2020 in LEDES format |
| | | **17.40** | |

L400 - Congressional Investigation

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/01/20 | Rockett, Elizabeth W | 0.60 | Complete ███████ |
| 04/02/20 | Brown, Reginald | 0.80 | Confer with ███████ |
| 04/02/20 | Brown, Reginald | 1.00 | ████ call with ████ |
| 04/02/20 | DaCunha, Alyssa | 0.30 | Multiple communications with ████ |
| 04/02/20 | DaCunha, Alyssa | 1.90 | Participate in telecon with ████ |
| 04/02/20 | Rockett, Elizabeth W | 0.60 | Complete ███████ |
| 04/03/20 | Rockett, Elizabeth W | 0.60 | Complete ███████ |
| 04/04/20 | DaCunha, Alyssa | 0.50 | Draft ████ |
| 04/05/20 | Brown, Reginald | 2.30 | ████ call with ████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/05/20 | DaCunha, Alyssa | 0.20 | Multiple communications with ▮ |
| 04/05/20 | DaCunha, Alyssa | 2.00 | Participate in ▮ |
| 04/06/20 | DaCunha, Alyssa | 2.50 | Participate in ▮ |
| 04/06/20 | Rockett, Elizabeth W | 0.60 | Complete ▮ |
| 04/07/20 | Rockett, Elizabeth W | 0.60 | Complete ▮ |
| 04/08/20 | DaCunha, Alyssa | 0.50 | Multiple communications with ▮ |
| 04/08/20 | Lannon, William E. | 0.80 | Prepare ▮ |
| 04/08/20 | Menz, Sheila E. | 0.60 | Identify ▮ |
| 04/08/20 | Menz, Sheila E. | 0.40 | Multiple communications with ▮ |
| 04/08/20 | Rockett, Elizabeth W | 0.60 | Complete ▮ |
| 04/08/20 | Shemesh, Tamir | 0.50 | Revise ▮ |
| 04/08/20 | Shemesh, Tamir | 0.50 | Prepare ▮ |
| 04/09/20 | Rockett, Elizabeth W | 0.60 | Complete ▮ |
| 04/10/20 | Rockett, Elizabeth W | 0.60 | Complete ▮ |
| 04/13/20 | Brown, Reginald | 1.00 | ▮ call |
| 04/13/20 | DaCunha, Alyssa | 1.60 | Participate in ▮ |

Client No. 1653300  
Matter No. 1653300-00136

Purdue Pharma, L.P.  
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776  
Invoice Date 06/08/20  
Legal Services through April 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | |
| 04/13/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 04/14/20 | Brown, Reginald | 0.60 | call |
| 04/14/20 | DaCunha, Alyssa | 0.50 | Participate in |
| 04/14/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 04/15/20 | DaCunha, Alyssa | 0.30 | Research |
| 04/15/20 | Rockett, Elizabeth W | 0.50 | Complete |
| 04/15/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 04/16/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 04/17/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 04/20/20 | DaCunha, Alyssa | 0.50 | Revise |
| 04/20/20 | DaCunha, Alyssa | 0.50 | Multiple communications with |
| 04/20/20 | Menz, Sheila E. | 1.90 | Draft |
| 04/20/20 | Menz, Sheila E. | 0.30 | Communicate with |
| 04/20/20 | Menz, Sheila E. | 0.30 | Finalize |
| 04/20/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 04/20/20 | Satten-Lopez, Elena M. | 0.60 | Research |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/20/20 | Satten-Lopez, Elena M. | 0.50 | Review |
| 04/20/20 | Scanlon, Megan I | 0.30 | reviewed for |
| 04/21/20 | Brown, Reginald | 0.80 | Participate in |
| 04/21/20 | DaCunha, Alyssa | 0.60 | Participate in |
| 04/21/20 | DaCunha, Alyssa | 0.60 | Multiple communications with |
| 04/21/20 | Menz, Sheila E. | 0.20 | Prep for call with |
| 04/21/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 04/21/20 | Satten-Lopez, Elena M. | 0.20 | Prepare for call |
| 04/22/20 | DaCunha, Alyssa | 1.00 | Participate in |
| 04/22/20 | DaCunha, Alyssa | 0.30 | Multiple communications with |
| 04/22/20 | Menz, Sheila E. | 0.20 | Analyze |
| 04/22/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 04/23/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 04/24/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 04/27/20 | Brown, Reginald | 0.50 | Call |
| 04/27/20 | DaCunha, Alyssa | 0.50 | Telecon with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/27/20 | DaCunha, Alyssa | 0.50 | Multiple communications with |
| 04/27/20 | Menz, Sheila E. | 0.30 | Multiple communications with |
| 04/27/20 | Menz, Sheila E. | 0.20 | Summarize |
| 04/27/20 | Menz, Sheila E. | 0.50 | Call with |
| 04/27/20 | Menz, Sheila E. | 0.20 | Analyze |
| 04/27/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 04/27/20 | Satten-Lopez, Elena M. | 1.30 | Research |
| 04/28/20 | Brown, Reginald | 1.00 | call |
| 04/28/20 | DaCunha, Alyssa | 1.00 | Participate in |
| 04/28/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 04/29/20 | Rockett, Elizabeth W | 0.60 | Complete |
| 04/30/20 | DaCunha, Alyssa | 2.00 | Participate in |
| | | **48.70** | |

**Total** **66.10**

Client No. 1653300                      Purdue Pharma, L.P.
Matter No. 1653300-00136                Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

| Date | Cost | Description |
|---|---|---|
| 04/01/20 | 57.60 | OTHER - DAY - Hosting Fee: 1.92 GB @ $30.00 ea |
| 04/02/20 | 3.50 | DOCUMENT COLOR PRINTING - DC - FOR 02-Apr-2020 - 30824 Color Blowbacks CHARGED ON 25-MAR-2020 - 35 PAGE(S) |
| 04/02/20 | 27.30 | DOCUMENT COLOR PRINTING - DC - FOR 02-Apr-2020 - 03832 Color Blowbacks CHARGED ON 24-MAR-2020 - 273 PAGE(S) |
| 04/08/20 | 15.25 | Federal Express Corp; Invoice# 695890481 (Mar-17,2020); Inv#695890481 391023171455 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| 04/08/20 | 15.10 | Federal Express Corp; Invoice# 696580485 (Mar-24,2020); Inv#696580485 391136512703 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| 04/28/20 | 4.50 | DOCUMENT COLOR PRINTING - DC - FOR 28-Apr-2020 - 21578 Color Blowbacks CHARGED ON 21-APR-2020 - 45 PAGE(S) |
| 04/29/20 | 70.00 | Court Costs, Yolande Thompson, 04/22/20, INV: 4137684504291352; Payment for Ms. DaCunha's telephonic participation in April 22, 2020 hearing. (COURTSOLUTIONS, NEW YORK, NY) |
| Total | **193.25** | |

Client No. 1653300     Purdue Pharma, L.P.
Matter No. 1653300-00136   Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 8.00 | 1,550.00 | 12,400.00 |
| DaCunha, Alyssa | 19.80 | 965.00 | 19,107.00 |
| Menz, Sheila E. | 5.10 | 815.00 | 4,156.50 |
| Pierce, Allyson | 0.80 | 595.00 | 476.00 |
| Satten-Lopez, Elena M. | 2.60 | 550.00 | 1,430.00 |
| Thompson, Yolande | 13.50 | 545.00 | 7,357.50 |
| Scanlon, Megan I | 0.30 | 505.00 | 151.50 |
| Lannon, William E. | 1.90 | 385.00 | 731.50 |
| Rockett, Elizabeth W | 13.10 | 275.00 | 3,602.50 |
| Shemesh, Tamir | 1.00 | 275.00 | 275.00 |
| **Total Legal Services** | **66.10** | | **$49,687.50** |

| Task | Description | Hours | Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 17.40 | 10,187.00 |
| L400 | Congressional Investigation | 48.70 | 39,500.50 |
| **Total Legal Services** | | **66.10** | **$49,687.50** |

## DISBURSEMENTS

| Description | Total |
|---|---|
| WHDS DATA HOSTING - INGESTED DOCUMENTS DOCUMENT INSTANCE HOSTING | 57.60 |
| FEDERAL EXPRESS | 30.35 |
| DOCUMENT PRINTING COLOR | 35.30 |
| COURT SERVICES | 70.00 |

Client No. 1653300                      Purdue Pharma, L.P.
Matter No. 1653300-00136                Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2592776
Invoice Date 06/08/20
Legal Services through April 30, 2020

| Description | Total |
|-------------|-------|
| **Total Disbursements** | **$193.25** |

## **EXHIBIT J**

### **Seventh Monthly Fee Statement**

WILMER CUTLER PICKERING HALE
 AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**SEVENTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE
AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
MAY 1, 2020 THROUGH MAY 31, 2020**

| Name of Applicant | Wilmer Cutler Pickering Hale and Dorr LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | May 1, 2020 through May 31, 2020 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $10,938.75[2] (80% of $13,673.44) |
| Total reimbursement of expenses requested in this statement | $245.50 |
| Total compensation and reimbursement requested in this statement | $11,184.25 |
| **This is a(n):** _X Monthly Application __ Interim Application __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States

Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order*

*Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as*

*Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 25, 2019

[Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21,

2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale

and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in

possession (collectively, the "**Debtors**"), submits this *Seventh Monthly Fee Statement for*

*Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period*

*from May 1, 2020 Through May 31, 2020* ("**Fee Statement**").[3]  By this Fee Statement,

WilmerHale seeks (i) compensation in the amount of $10,938.75 which is 80% of the total

amount of reasonable compensation for actual, necessary legal services that WilmerHale

incurred in connection with such services during the Fee Period (i.e., $13,673.44), and (ii)

---

[2]  This amount reflects an agreed reduction in fees in the amount of $1,864.56.

[3]  The period from May 1, 2020 through and including May 31, 2020 is referred to herein as the "**Fee Period**."

payment of $245.50 for the actual, necessary expenses that WilmerHale incurred in connection

with rendering such services during the Fee Period.

**Itemization of Services Rendered and Disbursement Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees

incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and

paraprofessionals during the Fee Period with respect to each of the project categories

WilmerHale established in accordance with its internal billing procedures.  As reflected in

**Exhibit A**, WilmerHale incurred $15,538.00 in fees during the Fee Period and, pursuant to its

agreement with Purdue Pharma, L.P., reduced that amount to $13,673.44.  Pursuant to this Fee

Statement, WilmerHale seeks compensation for 80% of such fees, totaling $10,938.75.

2.      Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and

paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who

rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period

and the title, hourly rate, aggregate hours worked and the amount of fees earned by each

professional.  The blended hourly billing rate of attorneys for all services provided during the

Fee Period is $1,377.16.[4]  The blended hourly billing rate of all paraprofessionals is $294.74.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or

disbursed in the amount of $245.50 in connection with providing professional services to the

Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's

direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.

Only the clients for whom the services are actually used are separately charged for such services.

---

[4]  The blended hourly billing rate of $1,377.16 for attorneys is derived by dividing the total fees for attorneys of
$12,119.00 by the total hours of 8.80.

[5]  The blended hourly billing rate of $294.74 for paraprofessionals is similarly derived by dividing the total fees for
paraprofessionals of $3,419.00 by the total hours of 11.60.

The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.      Attached hereto as **Exhibit D** is the related invoice showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.      WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $10,938.75 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $13,673.44), and (ii) payment of $245.50 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: July 14, 2020
     New York, New York

By:    /s/ George W. Shuster, Jr.
       WILMER CUTLER PICKERING HALE
        AND DORR LLP

       George W. Shuster, Jr.
       7 World Trade Center
       New York, NY  10007
       Telephone:  (212) 937-7518
       Facsimile:  (212) 230-8888

       Reginald Brown
       Alyssa DaCunha
       1875 Pennsylvania Avenue, N.W.
       Washington, D.C. 20006
       Telephone:  (202) 663-6000
       Facsimile:  (202) 663-6363

       *Special Counsel to the Debtors and Debtors
       in Possession*

**Exhibit A**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (B160) | 0.70 | **381.50** |
| Congressional Investigation (L400) | 19.70 | **15,156.50** |
| **Total** | **20.40** | **$15,538.00** |
| **Less Agreed Reduction** | | **-$1,864.56** |
| **GRAND TOTAL** | | **$13,673.44** |

**<u>Exhibit B</u>**

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 6.20 | 9,610.00 |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar since 2012; Regulatory and Government Affairs. | 965.00 | 2.60 | 2,509.00 |
| **Partners Total** | | | **8.80** | **12,119.00** |
| **Paraprofessionals** | | | | |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 10.10 | 2,777.50 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; BFR. | 545.00 | 0.70 | 381.50 |
| Saige Wenik | Sr. Project Assistant; joined firm in 2017; Litigation / Controversy. | 325.00 | 0.80 | 260.00 |
| **Paraprofessionals Total** | | | **11.60** | **3,419.00** |
| **TOTAL** | | | **20.40** | **$15,538.00** |
| **Less Agreed Reduction** | | | | **-$1,864.56** |
| **GRAND TOTAL** | | | | **$13,673.44** |

---

[1] WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| Courier Services | 146.01 |
| Court Services | 70.00 |
| Federal Express | 29.49 |
| **TOTAL** | **$245.50** |

## Exhibit D

**Detailed Time Records and Expenses**

# WILMERHALE [WH]

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ▪▪▪▪
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 07/07/20 |
| Invoice No. | 2596295 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through May 31, 2020 in connection with the Post Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 15,538.00 |
| Less 12% Volume Discount | | -1,864.56 |
| Total Disbursements | | 245.50 |
| **Total Amount Due** | **$** | **13,918.94** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ▪▪▪▪

Routing Number: ▪▪▪▪

Citibank NA One Penn's Way New Castle, DE 19720
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership   Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                   Purdue Pharma, L.P.
Matter No. 1653300-00136             Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2596295
Invoice Date 07/07/20
Legal Services through May 31, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| B160 - Fee/Employment Applications | | | |
| 05/05/20 | Thompson, Yolande | 0.10 | Email to Ms. Kennedy re invoice for March fee statement |
| 05/06/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re status of invoice for March fee statement |
| 05/18/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re request for client for new billing matter for work related to engagement as a Retained Professional |
| 05/21/20 | Thompson, Yolande | 0.10 | Email to Ms. Kennedy re status of invoice for March fee statement |
| 05/22/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re status of invoices for fee statement |
| 05/22/20 | Thompson, Yolande | 0.10 | Review draft invoice to address Ms. DaCunha's comments |
| 05/22/20 | Thompson, Yolande | 0.10 | Emails with Ms. DaCunha re issues related to comments on certain time entries |
| | | **0.70** | |

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| L400 - Congressional Investigation | | | |
| 05/01/20 | Rockett, Elizabeth W. | 0.60 | Complete ▮▮▮▮▮ |
| 05/04/20 | Rockett, Elizabeth W. | 0.60 | Complete ▮▮▮▮▮ |
| 05/05/20 | Brown, Reginald | 0.50 | Participate in ▮▮▮ |
| 05/05/20 | DaCunha, Alyssa | 1.00 | Participate in ▮▮▮▮ |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2596295
Invoice Date 07/07/20
Legal Services through May 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/05/20 | Rockett, Elizabeth W. | 0.60 | Complete |
| 05/06/20 | Rockett, Elizabeth W. | 0.60 | Complete |
| 05/07/20 | DaCunha, Alyssa | 0.20 | Multiple communications with |
| 05/07/20 | DaCunha, Alyssa | 0.40 | Telecon with |
| 05/07/20 | Rockett, Elizabeth W. | 0.60 | Complete |
| 05/08/20 | Rockett, Elizabeth W. | 0.60 | Complete |
| 05/10/20 | Brown, Reginald | 0.40 | call with |
| 05/11/20 | Rockett, Elizabeth W. | 0.60 | Complete |
| 05/12/20 | Brown, Reginald | 1.00 | call with |
| 05/12/20 | Rockett, Elizabeth W. | 0.10 | Complete |
| 05/13/20 | Rockett, Elizabeth W. | 0.60 | Complete |
| 05/14/20 | Rockett, Elizabeth W. | 0.60 | Complete |
| 05/15/20 | Rockett, Elizabeth W. | 0.60 | Complete |
| 05/18/20 | Rockett, Elizabeth W. | 0.60 | Complete |
| 05/19/20 | DaCunha, Alyssa | 1.00 | Participate in |
| 05/19/20 | Rockett, Elizabeth W. | 0.60 | Complete |
| 05/20/20 | Rockett, Elizabeth W. | 0.60 | Complete |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2596295
Invoice Date 07/07/20
Legal Services through May 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/21/20 | Rockett, Elizabeth W. | 0.60 | Complete █████████████ |
| 05/22/20 | Rockett, Elizabeth W. | 0.50 | Complete ██████████ |
| 05/26/20 | Brown, Reginald | 0.60 | ███████ meeting |
| 05/26/20 | Rockett, Elizabeth W. | 0.60 | Complete ██████████ |
| 05/27/20 | Brown, Reginald | 3.70 | ███████████████ meeting |
| 05/27/20 | Rockett, Elizabeth W. | 0.50 | Complete ██████████ |
| 05/28/20 | Wenik, Saige | 0.40 | Complete ██████████ |
| 05/29/20 | Wenik, Saige | 0.40 | Complete ██████████ |
|  |  | **19.70** |  |

**Total**                              **20.40**

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2596295
Invoice Date 07/07/20
Legal Services through May 31, 2020

| Date | Cost | Description |
|------|------|-------------|
| 05/05/20 | 14.85 | Federal Express Corp; Invoice# 697285644 (Mar-31,2020); Inv#697285644 391382003191 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| 05/20/20 | 14.64 | Federal Express Corp; Invoice# 699162289 (Apr-21,2020); Inv#699162289 391910664613 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| | 29.49 | |
| 05/08/20 | 146.01 | Washington Express dba Washington Express Visa; Invoice# 188153 (Mar-31,2020); 3/26/2020 Tkpr: 30824 Track#: 3086745 Inv#:188153 Sent To: 317 Mansion Dr -- Michelle Leonard |
| | 146.01 | |
| 05/28/20 | 70.00 | CHRISTOPHER CARRION - COURTSOLUTIONS LLC - SDNY Bankruptcy court hearing for telephonic sessions |
| | 70.00 | |

Total Disbursements          $     245.50

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2596295
Invoice Date 07/07/20
Legal Services through May 31, 2020

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 6.20 | 1,550.00 | 9,610.00 |
| DaCunha, Alyssa | 2.60 | 965.00 | 2,509.00 |
| Thompson, Yolande | 0.70 | 545.00 | 381.50 |
| Wenik, Saige | 0.80 | 325.00 | 260.00 |
| Rockett, Elizabeth W. | 10.10 | 275.00 | 2,777.50 |
| **Total Legal Services** | **20.40** | | **$15,538.00** |

| Task | Description | Hours | Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 0.70 | 381.50 |
| L400 | Congressional Investigation | 19.70 | 15,156.50 |
| **Total Legal Services** | | **20.40** | **$15,538.00** |

## DISBURSEMENTS

| Description | Total |
|---|---|
| FEDERAL EXPRESS | 29.49 |
| COURT SERVICES | 70.00 |
| COURIER SERVICES | 146.01 |
| **Total Disbursements** | **$245.50** |