**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

---

**SECOND JOINT INTERIM FEE APPLICATION OF KPMG LLP
AS TAX CONSULTANT TO THE DEBTORS AND THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH MAY 31, 2020**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | February 24, 2020 *Nunc Pro Tunc* to December 23, 2019 |
| Period for which Compensation and Expense Reimbursement is sought: | February 1, 2020 through May 31, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary: | $   2,000,637.75 |
| Amount of Expense reimbursement sought as actual, reasonable and necessary: | $          592.22 |

This is a _____ Monthly __X__ Interim _____ Final Application

The Application does not request compensation at this time for services rendered in preparing this Second Interim Fee Application. The Applicant intends to seek such compensation at a later date.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

**Prior Interim Applications Filed:**

| Period Covered: | Monthly Fee Application Totals: | | Total Monthly Amount Requested: | | Total Holdback fees Requested: (@20%) |
|---|---|---|---|---|---|
| | Fees (@100%) | Expenses (@100%) | Fees (@80%) | Expenses (@100%) | |
| 12/23/2019–1/31/2020 Docket # 893 Filed: 3/3/2020 (First Interim) | $580,539.30 | $614.93 | $465,046.37 | $614.93 | $116,107.86 |
| Less agreed upon reduction with Fee Examiner related to KPMG's 1st Interim: | | | | | ($15,000.00) |
| | | | | **Total Holdback Fees Requested:** | $101,107.86 |

**Prior Fee Applications Filed:**

| Period Covered: | Monthly Fee Application Totals: | | Total Monthly Amount Requested: | | Total Holdback fees Requested: (@20%) |
|---|---|---|---|---|---|
| | Fees (@100%) | Expenses (@100%) | Fees (@80%) | Expenses (@100%) | |
| 2/1/2020 – 2/29/2020 Docket # 1011 Filed: 4/2/2020 (Second Monthly) | $449,728.00 | $522.22 | $359,782.40 | $522.22 | $89,945.60 |
| 3/1/2020 – 3/31/2020 Docket # 1028 Filed: 5/4/2020 (Third Monthly) | $592,298.90 | $0.00 | $473,839.12 | $0.00 | $118,459.78 |
| 4/1/2020 – 4/30/2020 Docket # 1233 Filed: 6/5/2020 (Fourth Monthly) | $578,790.45 | $0.00 | $463,032.36 | $0.00 | $115,758.09 |
| 5/1/2020 – 5/31/2020 Docket # 1329 Filed: 7/2/2020 (Fifth Monthly) | $379,820.40 | $70.00 | $303,856.32 | $70.00 | $75,964.08 |
| **Totals:** | **$2,000,637.75** | **$592.22** | **$1,600,510.20** | **$592.22** | **$385,127.55** |

## ATTACHMENT A TO FEE APPLICATION

| Professional Person | Position & Department | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Alan Zhao | Senior Manager - Tax | 4.3 | $695 | $2,988.50 |
| Alejandro Merelles Rodriguez | Senior Associate - Tax | 29.8 | $640 | $19,072.00 |
| Ankit Mohan | Senior Manager - Tax | 3.1 | $578 | $1,791.80 |
| Arik Eytan | Partner - Tax | 4.1 | $555 | $2,275.50 |
| Aroen Rambhadjan | Partner - Tax | 18.8 | $884 | $16,619.20 |
| Arpit Desai | Senior Manager - Tax | 23.5 | $750 | $17,625.00 |
| Arpit Kakar | Senior Associate - Tax | 6.5 | $315 | $2,047.50 |
| Ashley Armfield | Senior Associate - M&A Tax | 486.5 | $534 | $259,791.00 |
| Becky Holtje | Senior Manager - Washington National Tax | 77.8 | $744 | $57,883.20 |
| Bela Unell | Senior Manager - Washington National Tax | 9.2 | $744 | $6,844.80 |
| Carlotta Bertu | Senior Associate - Tax | 31.1 | $214 | $6,655.40 |
| Casey Nunez | Senior Manager - M&A Tax | 189.6 | $744 | $141,062.40 |
| Christian Schmid | Partner - Int'l Tax | 10.3 | $817 | $8,415.10 |
| Christin Witt | Manager - German Intl' Tax | 16.5 | $650 | $10,725.00 |
| Claudio Mengotti | Manager - Tax | 57.6 | $610 | $35,136.00 |
| Courtney Alonzo | Senior Associate - Intl' Tax | 20.3 | $534 | $10,840.20 |
| Curt Wilson | Senior Manager - Washington National Tax | 3.3 | $744 | $2,455.20 |
| Danielle Moloughney | Associate - Tax | 12.7 | $172 | $2,184.40 |
| Dawn Krishnamurthy | Manager - M&A Tax | 33.3 | $695 | $23,143.50 |
| Denis Larkin | Principal - Tax | 8.1 | $566 | $4,584.60 |
| Devon Rowles | Associate - M&A Tax | 305.9 | $350 | $107,065.00 |
| Diego Lipp | Senior Associate - Tax | 27.2 | $430 | $11,696.00 |
| Dong-Ju Shin | Senior Manager - Global Tax | 7.7 | $476 | $3,665.20 |
| Dora Xu | Senior Associate - Tax | 2.4 | $315 | $756.00 |
| Douglas Holland | Principal - Washington National Tax | 20.9 | $985 | $20,586.50 |
| Eli Slonim | Manager - Tax | 14.4 | $405 | $5,832.00 |
| Emilien Lebas | Partner - Tax | 8.2 | $985 | $8,077.00 |
| Eugenio Graziani | Partner - Tax | 2.8 | $476 | $1,332.80 |
| Frank Caratzola | Senior Associate - Intl' Tax | 5.0 | $534 | $2,670.00 |

3

## ATTACHMENT A TO FEE APPLICATION, continued

| Professional Person | Position & Department | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Frankie Angeleri | Associate - Economic & Valuation Services | 1.7 | $520 | $884.00 |
| Gabriele Scavinskyte | Associate - Tax | 4.0 | $380 | $1,520.00 |
| Gavin Little | Managing Director - Tax | 12.1 | $985 | $11,918.50 |
| Gordon Lawson | Partner - Tax | 4.4 | $791 | $3,480.40 |
| Gregory Bell | Partner - Tax | 4.9 | $743 | $3,640.70 |
| Hanah Lewis | Senior Associate - Tax | 20.6 | $239 | $4,923.40 |
| Henrique Palm | Managing Director - Tax | 2.0 | $550 | $1,100.00 |
| Howard Steinberg | Partner - M&A Tax | 19.0 | $856 | $16,264.00 |
| Isaac Hirsch | Managing Director - Int'l Tax | 334.8 | $819 | $274,201.20 |
| Jess Commisso | Associate - M&A Tax | 442.1 | $350 | $154,735.00 |
| John Modzelewski | Managing Director - Tax | 0.3 | $769 | $230.70 |
| Jonas Lau | Senior Manager - Tax | 17.6 | $614 | $10,806.40 |
| Joyce Tan | Partner - Tax | 0.8 | $985 | $788.00 |
| Justin Davis | Partner - Tax | 2.8 | $655 | $1,834.00 |
| Karl Tong | Manager - Tax | 6.0 | $594 | $3,564.00 |
| Kees Van Meel | Principal - Int'l Tax | 1.4 | $757 | $1,059.80 |
| Kevin Broich | Senior Manager - M&A Tax | 3.2 | $744 | $2,380.80 |
| Kieran Taylor | Senior Manager - Tax | 5.7 | $744 | $4,240.80 |
| Kyung-Min Kim | Senior Manager - Tax | 6.7 | $476 | $3,189.20 |
| Lorena Lencina | Manager - State & Local Tax | 7.3 | $650 | $4,745.00 |
| Lorenzo Bellavite | Partner - Tax | 10.5 | $476 | $4,998.00 |
| Lukas van der Veen | Manager - Tax | 43.6 | $565 | $24,634.00 |
| Madeleine Latham | Associate - Tax | 45.9 | $343 | $15,743.70 |
| Maggie Scully | Associate - M&A Tax | 11.2 | $350 | $3,920.00 |
| Marissa Low | Manager - Tax | 20.0 | $247 | $4,940.00 |
| Mark Hoffenberg | Principal - Washington National Tax | 18.9 | $980 | $18,522.00 |
| Massimiliano Bozzola | Associate - Tax | 3.9 | $172 | $670.80 |
| Michael Land | Senior Associate - M&A Tax | 212.1 | $534 | $113,261.40 |
| Molly Minnear | Principal - Economic & Valuation Services | 1.1 | $955 | $1,050.50 |

4

## ATTACHMENT A TO FEE APPLICATION, continued

| Professional Person | Position & Department | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Monica Plangman | Associate Director - Bankruptcy | 18.5 | $264 | $4,884.00 |
| Naman Gupta | Senior Associate - Tax | 16.5 | $315 | $5,197.50 |
| Nick Morgan | Associate - M&A Tax | 82.1 | $350 | $28,735.00 |
| Nicolas Meer | Paraprofessional - Tax | 12.0 | $220 | $2,640.00 |
| Nidhi Jain | Senior Associate - Tax | 6.0 | $315 | $1,890.00 |
| Oron Zeevi | Senior Manager - Tax | 1.5 | $450 | $675.00 |
| Pascal von Ah | Senior Associate - Tax | 0.8 | $640 | $512.00 |
| Paul Harden | Managing Director - Tax | 10.1 | $985 | $9,948.50 |
| Paul Kunkel | Senior Manager - Washington National Tax | 5.1 | $744 | $3,794.40 |
| Pete DiMatteo | Manager - Int'l Tax | 363.4 | $650 | $236,210.00 |
| Philip Janus | Paraprofessional - Tax | 4.7 | $247 | $1,160.90 |
| Philipp Reer | Partner - German Intl Tax | 1.6 | $765 | $1,224.00 |
| Radhika Rastogi | Senior Manager - Tax | 9.1 | $469 | $4,267.90 |
| Ray Bosques | Associate - M&A Tax | 0.6 | $350 | $210.00 |
| Rob Keller | Managing Director - Washington National Tax | 5.6 | $893 | $5,000.80 |
| Robin Lijzenga | Manager - Tax | 22.7 | $730 | $16,571.00 |
| Roger Lee | Manager - Tax | 6.1 | $371 | $2,263.10 |
| Sam Tyler | Partner - Tax | 7.5 | $743 | $5,572.50 |
| Sang-Bum Oh | Partner - Global Tax | 0.6 | $616 | $369.60 |
| Sara Gonzalez Perez | Associate - Tax | 33.3 | $380 | $12,654.00 |
| Sayan Basak | Associate - Tax | 38.9 | $124 | $4,823.60 |
| Scott Salmon | Partner - Washington National Tax | 1.7 | $905 | $1,538.50 |
| Serena Xu | Senior Manager - Washington National Tax | 3.8 | $744 | $2,827.20 |
| Simon Juon | Partner - Tax | 13.7 | $850 | $11,645.00 |
| Sonia Stricker | Associate - Tax | 78.6 | $233 | $18,313.80 |
| Teresa Williams | Associate - Bankruptcy | 3.6 | $280 | $1,008.00 |
| Thomas Giordano | Associate - Int'l Tax | 169.4 | $350 | $59,290.00 |
| Thomas Heubach | Senior Manager - Tax | 52.0 | $653 | $33,956.00 |

# ATTACHMENT A TO FEE APPLICATION, continued

| Professional Person | Position & Department | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Tracy Stone | Principal - Washington National Tax | 14.9 | $906 | $13,499.40 |
| Urs Kipfer | Senior Manager - Tax | 1.1 | $750 | $825.00 |
| Wendy Shaffer | Manager - Bankruptcy | 153.3 | $202 | $30,966.60 |
| Will McCallum | Managing Director - Tax | 3.4 | $637 | $2,165.80 |
| Yaniv Hertz | Partner - Tax | 3.0 | $555 | $1,665.00 |
| Zafer Ülgen | Associate - Tax | 10.9 | $309 | $3,368.10 |
| **Hours and Fees and Discounted Rates** | | **3,861.6** | | **$2,016,739.30** |
| Less 50% Rate Reduction related to Non-Working Travel Time | | | | ($1,228.50) |
| **Subtotal of Hours and Discounted Fees** | | | | **$2,015,510.80** |
| Less KPMG Voluntary Reduction related to Non-Working Travel Time | | | | ($1,228.50) |
| Credit related to updated foreign member firm rates in KPMG's 1st monthly fee application | | | | ($13,644.55) |
| **Total Discounted Fees** | | | | **$2,000,637.75** |
| Out of Pocket Expenses | | | | $592.22 |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$2,001,229.97** |
| **Blended Rate** | | **$518.09** | | |

6

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Bankruptcy Tax Consulting Services | 3,679.5 | $ 1,961,365.35 |
| Non-Working Travel Time | 3.0 | $ - |
| Retention Services | 0.6 | $ 158.40 |
| Fee Application Preparation Services | 178.5 | $ 39,114.00 |
| | 3,861.6 | $ 2,000,637.75 |

## EXPENSE SUMMARY

| Service Description | Amount | |
|---|---|---|
| Airfare | $ | - |
| Lodging | $ | - |
| Meals | $ | 58.13 |
| Ground Transportation | $ | 607.18 |
| Miscellaneous | $ | 70.00 |
| **Expense Subtotal** | $ | 735.31 |
| Less KPMG Voluntary Reduction | $ | (143.09) [1] |
| **Total** | $ | **592.22** |

[1] KPMG is taking a voluntary reduction of expenses under $50.00.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---

**INDEX OF SECOND JOINT INTERIM FEE APPLICATION OF KPMG LLP
AS TAX CONSULTANT TO THE DEBTORS AND THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH MAY 31, 2020**

INDEX

| | |
|---|---|
| SCHEDULE 1 | Copy of KPMG Second Monthly Fee Application |
| SCHEDULE 2 | Copy of KPMG Third Monthly Fee Application |
| SCHEDULE 3 | Copy of KPMG Fourth Monthly Fee Application |
| SCHEDULE 4 | Copy of KPMG Fifth Monthly Fee Application |
| SCHEDULE 5 | Copy of Retention Order |
| SCHEDULE 6 | Certification of Professional |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**SECOND JOINT INTERIM FEE APPLICATION OF KPMG LLP
AS TAX CONSULTANT TO THE DEBTORS AND THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH MAY 31, 2020**

KPMG LLP, ("KPMG"), as Tax Consultant to the above captioned Debtors and Debtors-in-possession (the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee") files this First Joint Interim Fee Application (the "Joint Application") for Allowance of Compensation for Services Rendered and Reimbursement of Expenses pursuant to sections 328(a) and 1103 (a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the General Order M-412 (Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals, dated December 21, 2010), Administrative Order M-447 (Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, dated January 29, 2013, the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. Section 330 issued by the Executive Office of the United States Trustee's Guidelines (the "Guidelines"), and this Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals dated November 21,

9

2019 (the "Interim Compensation Order") [Docket No. 529]. By this First Joint Interim Application, KPMG seeks the allowance of compensation for professional services performed and actual and necessary expenses incurred by KPMG for the period from February 1, 2020 through May 31, 2020 (the "Compensation Period"), in the amount of $2,001,229.97 (the "Compensation Amount"), and respectfully represents:

## Background

1. On September 15, 2019 and September 16, 2019, the (the "Petition Dates"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On September 18, 2019, the Court entered an order directing the joint administration and procedural consolidation of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 59].

2. On September 26, 2019, the Office of the United States Trustee (the "US Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 131]. No request for the appointment of a trustee or fee examiner has been made in these chapter 11 cases.

## Jurisdiction and Venue

3. The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

4. The bases for the relief requested herein are section 330, and 331 and 1103 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Bankruptcy Rules 2014 and 2016, and Rules 2014-1 and 2016-1 of the Local Rules for the Southern District of New York ("the Local Rules").

**Relief Requested**

5.     By this Court's Order, dated February 24, 2020, (the "<u>Retention Order</u>"), [Docket No. 867] the Debtors and the Committee were authorized to retain KPMG as tax consultants *nunc pro tunc* to December 23, 2019. The Retention Order authorized the Debtors and the Committee to compensate KPMG in accordance with the procedures set forth in section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the Retention Order and any order of this Court establishing procedures for compensation and reimbursement of expenses for retained professionals.

**Summary of Joint Application**

6.     During the Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtors and the Committee. By this Joint Application, KPMG requests interim allowance of and approval of compensation of professional fees totaling $2,000,637.75 and reimbursement of necessary and actual out-of-pocket expenses in the amount of $592.22.

**Summary of Services During the Compensation Period**

7.     This Joint Application is KPMG's second interim application for compensation and expense reimbursement filed in these chapter 11 cases as referenced in Attachment A. During the Compensation Period, KPMG provided professional services to the Debtors and the Committee in their efforts to navigate their business through the chapter 11 process.

8.     Set forth below is a summary of the significant professional services that KPMG rendered to the Debtors and the Committee during the Compensation Period:

**Tax Consulting Services**

    a.   Tax analysis and proposal of structuring alternatives with respect to any disposition of the assets of the Debtors, their affiliates, and any IACs pursuant to any plan proposed in the Chapter 11 Cases;

11

    b.     Quantitative analysis, including preparation and/or review of cash tax models, regarding the projection of cash taxes arising from operations, dispositions, reorganization, and repatriation of funds held by the Debtors and IACs;

    c.     Diligence regarding the historical tax positions and tax attributes of the Debtors and the IACs; diligence during this Interim period was very limited and consisted of analyzing tax returns and financial statements provided in the data room for any insight into the historical tax positions and tax attributes of the IACs; and

    d.     Analysis of the tax implications of any payments made by the Debtors to settle claims.

**Retention Services**

    a.     Services included research on docket regarding upcoming hearing, and communication with Debtors' counsel regarding questions /request for guidance related to same.

**Fee Application Preparation Services**

    a.     The billing procedures required by the Local Rules and the Interim Compensation Order entered in these cases is different from KPMG's normal billing procedures and as such, have required additional effort to inform the timekeepers of their responsibilities, compile detailed time entries, prepare detailed and summary schedules of fees incurred, and draft the narrative and schedules included in monthly and interim applications.

9.     During the Compensation Period, KPMG billed the Debtors and the Committee for time expended by professionals based on hourly rates ranging from $124 to $985 per hour. The rates reflected in this Joint Application represent a discount of up to 38% from KPMG's standard rates. Of the aggregate time expended, 180.0 hours were expended by partners and principals, 386.8 hours were expended by managing directors and associate directors, 1,168.5 hours were expended by senior managers and managers, 2,109.6 were expended by senior associates and associates and 16.7 hours were expended by paraprofessionals. KPMG's blended hourly rate provided during the Compensation Period is $518.09.

10.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation. 11 U.S.C. § 331. Section 330 provides that a court may award a professional

employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." Id. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded…the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
> 
> (A) the time spent on such services;
> 
> (B) the rates charged for such services;
> 
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the
> 
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
> 
> (E) with respect to a professional person whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
> 
> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

11.    In addition to Attachment A, a copy of KPMG's second, third, fourth and fifth monthly fee application filed with the Court is annexed hereto as Schedules, 1, 2, 3 and 4, respectively. KPMG maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with these chapter 11 cases and such records are maintained in the ordinary course of business.

12.    KPMG charges its fees in these cases in accordance with the terms set forth in the retention application and the corresponding Steinberg declaration. The fees applied for herein are

based on the usual and customary fees KPMG charges to tax clients and are commensurate with the usual and customary rates charged for services performed.

13. KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtors and the Committee in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in these chapter 11 cases.

14. The time and labor expended by KPMG during the Compensation Period has been commensurate with the size and complexity of these cases. In rendering these services, KPMG has made every effort to maximize the benefit to the Debtors' and the Committee to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

15. Except as provided in section 504(b) of the Bankruptcy Code, KPMG has not shared, or agreed to share, any compensation received as a result of these cases with any person, firm or entity. Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person or entity.

**Summary of Actual and Necessary Expenses During the Compensation Period**

16. As set forth in Exhibits D and D1 of KPMG's first monthly fee application, KPMG seeks reimbursement of actual and necessary expenses incurred by KPMG during the Compensation Period in the aggregate amount of $592.22. These expenses are reasonable and necessary in light of the size and complexity of the Debtors' cases.

**Reservation**

17. To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period, but were not processed prior to the preparation of this

14

Joint Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application. Furthermore, KPMG reserves the right to seek interim approval of the fees and expenses requested herein.

## Conclusion

17.     WHEREFORE, subject to the terms of the Interim Compensation Order, KPMG respectfully requests (a) approving and allowing, on an interim basis, compensation in the amount of $2,000,637.75 for professional services performed on behalf of the Debtors and the Committee during the Compensation Period of February 1, 2020 through May 31, 2020 and reimbursement of $592.22 for actual and necessary expenses incurred during the Compensation Period; (b) authorizing and directing the Debtors and the Committee to pay KPMG an amount equal to the sum of such allowed compensation and reimbursement; and (c) granting such other further relief as the Court deems just and proper.

*[Remainder of this page left intentionally blank]*

Dated: July 15, 2020

                Respectfully submitted:

                */s/ Howard Steinberg*

                Howard Steinberg
                Partner, KPMG LLP
                1350 Avenue of the Americas
                New York, New York 10019