<u>Exhibit C</u>

Professionals and Paraprofessionals

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted Pennsylvania 2006 | $350.00 | 28.60 |
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 25.00 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 72.70 |
| Brandi Chambers | Law Clerk; Joined B&K in 2019 | $120.00 | 40.00 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $100.00 | 55.30 |