Exhibit D

Project Categories

| Project Category | Total Hours |
|---|---:|
| BK/Fee Examiner- Retention and Fee Applications | 19.60 |
| Case Administration | 74.50 |
| Fee/Employment Applications- Retention Professionals | 127.60 |
| **Total** | **221.60** |