<u>Exhibit E</u>

Summary Chart of Fees for the Fee Period

**<u>Fee Computation (April 8, 2020 – May 31, 2020)</u>**

| **<u>Fee Description</u>** | **<u>Amount</u>** |
|---|---|
| Monthly Fee for May 2020 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| Legal Decoder, Inc. (Fee for Retrospective review of First Interim Fee Applications) | $28,375.00 |
| **Total** | **$83,375.00** |