<u>Exhibit F</u>

Time Records and Legal Decoder Invoices

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
215-642-8271

07-15-2020

Purdue Pharma, L.P.

**Invoice Number: 2130**
Invoice Period: 04-08-2020 - 05-31-2020

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-09-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Review email from Akin Gump with fee detail | | | |
| 04-10-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Various emails from professionals with fee detail | | | |
| 04-13-2020 | Thomas Bielli | [ALL] Case Administration | 0.40 | 350.00 | 140.00 |
| | | Prepare for call with Debtors' counsel | | | |
| 04-13-2020 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |
| | | Review docket and relevant case information | | | |
| 04-13-2020 | David Klauder | [ALL] Case Administration | 0.20 | 375.00 | 75.00 |
| | | Discuss case/fee app review with T. Bielli | | | |
| 04-13-2020 | David Klauder | [ALL] Case Administration | 0.20 | 375.00 | 75.00 |
| | | Phone call with debtor's counsel re: case/fee app review | | | |
| 04-13-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails from various professionals re: fee apps | | | |
| 04-13-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Conference call with Debtors counsel re preliminary steps | | | |
| 04-14-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Various emails re: professional fee apps | | | |
| 04-14-2020 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |
| | | Attention to case review issues | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-14-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Review fee application list; conference with FE Klauder re same | | | |
| 04-14-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Attention to review process | | | |
| 04-15-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with debtor's counsel re: professionals list for fee review | | | |
| 04-15-2020 | David Klauder | [ALL] Case Administration | 1.20 | 375.00 | 450.00 |
| | | Attention to case review and administration issues including internal protocol setup | | | |
| 04-16-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Various emails re: professional fee apps | | | |
| 04-17-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Review emails with monthly fee apps | | | |
| 04-17-2020 | David Klauder | [ALL] Case Administration | 0.60 | 375.00 | 225.00 |
| | | Attention to case admin issues | | | |
| 04-20-2020 | David Klauder | [ALL] Case Administration | 1.00 | 375.00 | 375.00 |
| | | Attention to case admin issues | | | |
| 04-20-2020 | David Klauder | [ALL] Case Administration | 0.10 | 375.00 | 37.50 |
| | | Emails with UST re: case | | | |
| 04-20-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails re: professional fee app detail | | | |
| 04-20-2020 | David Klauder | [ALL] Case Administration | 0.30 | 375.00 | 112.50 |
| | | Review docket and notice of hearing (4/22) and sign-up for same | | | |
| 04-20-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attention to fee structure; correspondence and conference with Gallegos | | | |
| 04-20-2020 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | | Review of local counsel and local counsel requirements | | | |
| 04-21-2020 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Attention to setting up structure for review | | | |
| 04-21-2020 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |
| | | Attention to case admin issues | | | |
| 04-22-2020 | David Klauder | [ALL] Case Administration | 0.10 | 375.00 | 37.50 |
| | | Review hearing agenda | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-22-2020 | David Klauder    [ALL] Case Administration | | 1.00 | 375.00 | 375.00 |
| | Attend omnibus hearing | | | | |
| 04-22-2020 | Thomas Bielli    [ALL] Case Administration | | 0.30 | 350.00 | 105.00 |
| | Conference call with UST re flat fee | | | | |
| 04-22-2020 | Thomas Bielli    [ALL] Case Administration | | 0.10 | 350.00 | 35.00 |
| | Correspondence with local counsel re flat fee v. hourly | | | | |
| 04-22-2020 | David Klauder    [ALL] Case Administration | | 0.30 | 375.00 | 112.50 |
| | Phone call with US Trustee re: fee structure | | | | |
| 04-23-2020 | Thomas Bielli    [ALL] Case Administration | | 0.30 | 350.00 | 105.00 |
| | Review file and spreadsheets with respect to next steps; conference with LD and UST re same | | | | |
| 04-23-2020 | Brandi Chambers  [ALL] Case Administration | | 1.90 | 125.00 | 237.50 |
| | Discuss PACER procedures with T. Bielli and download case documents for Purdue Pharma | | | | |
| 04-23-2020 | David Klauder    [ALL] Case Administration | | 1.00 | 375.00 | 375.00 |
| | Attention to administration/retention issues | | | | |
| 04-24-2020 | David Klauder    [ALL] Case Administration | | 1.00 | 375.00 | 375.00 |
| | Attention to administrative/retention issues including phone call with debtor's counsel | | | | |
| 04-24-2020 | Thomas Bielli    [ALL] Case Administration | | 0.50 | 350.00 | 175.00 |
| | Conference call with Debtors counsel re Fee Structure | | | | |
| 04-24-2020 | Thomas Bielli    [ALL] Case Administration | | 0.20 | 350.00 | 70.00 |
| | Correspondence with UST with respect to Fees | | | | |
| 04-25-2020 | Thomas Bielli    [ALL] Case Administration | | 0.50 | 350.00 | 175.00 |
| | Amin set up for Noblis (gmail, docs, timesolv) | | | | |
| 04-25-2020 | Thomas Bielli    [ALL] Case Administration | | 0.50 | 350.00 | 175.00 |
| | Attention to Retention Application | | | | |
| 04-26-2020 | David Klauder    [ALL] Case Administration | | 0.50 | 375.00 | 187.50 |
| | Address administrative/staffing issues | | | | |
| 04-27-2020 | Tracey Nobis    [ALL] Case Administration | | 0.50 | 195.00 | 97.50 |
| | Phone conference with B&K and Legal Decoder re: user interface and process | | | | |
| 04-27-2020 | Thomas Bielli    [ALL] Case Administration | | 0.50 | 350.00 | 175.00 |
| | Conference call with Legal Decoder | | | | |
| 04-27-2020 | Thomas Bielli    [ALL] Case Administration | | 0.50 | 350.00 | 175.00 |
| | Conference call with TN | | | | |
| 04-27-2020 | Thomas Bielli    [ALL] Case Administration | | 0.50 | 350.00 | 175.00 |
| | Prepare Retention Application | | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-27-2020 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |

Begin preparation of Assignment Log and file structure for fee review administration; Review of Application and Order Authorizing Retention of KPMG; Receipt of First and Second Monthly Fee Statements and First Interim Fee Application

| 04-27-2020 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |

Review of Dechert LLP Application and Order Authorizing Retention; Receipt of Monthly Fee and Interim Application filed to-date; Receipt of Notice of Rate Increase; Preparation of Review Report Template

| 04-27-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |

Review of FTI's monthly fee statements and interim fee application filed to-date; review of Order Authorizing Reimbursement Agreement (Doc553); correspondence to B&K re: same

| 04-27-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |

Receipt and response of email correspondence with B&K re: fee review team

| 04-27-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |

Review of Davis Polk Application and Order Authorizing Retention; Receipt of monthly statements and interim application filed to-date; preparation of Review Report Template

| 04-27-2020 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |

Draft Retention Application

| 04-27-2020 | David Klauder | [ALL] Case Administration | 1.00 | 375.00 | 375.00 |

Attention to administrative issues

| 04-27-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |

Correspond with Nolis and LD re set up, admin and test drive

| 04-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |

Review of Application, retention order, six monthly fee statements and first interim fee application for AlixPartners; receipt and forward of data received from AlixPartners, Dechert and Davis Polk

| 04-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |

Correspondence to Legal Decoder re: professionals listing and data uploads

| 04-28-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |

Review correspondence with respect to holdback and review of backog

| 04-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |

Send FTI data to Legal Decoder; Receipt of 5 fee statements and first interim application of Brown Rudnick and forward data to Legal Decoder; update assignment/professional log; Receipt of Gilbert 1-5 monthly fee statements and 1st Interim Fee Application and forward data to legal Decoder

| 04-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |

Receipt of Kramer Levin's 1-5 monthly fee statements and 1st Interim fee application; forward data to Legal Decoder

| 04-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |

Receipt of 1-5 monthly fee statements and 1st interim fee application for Otterbourg; forward data to Legal Decoder; update of assignment/professional log

| 04-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |

Receipt of application and order retaining Cole Schotz P.C.; Review of Application and Order retaining PJT

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Partners; Receipt of PJT 1-3 monthly fee statements and 1st Interim fee application | | | |
| 04-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Review of King & Spalding's Retention Application and Order, 1-6 Monthly Fee Statements, 1st Interim Fee Application, Supplement to 1st Fee Application, and Notice of Rate Increase | | | |
| 04-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Review of Arnold & Porter Retention Application and Order, 1-6 monthly fee statements, and 1st Interim Fee Application; Review of Jones Day Retention Application and Order, 1-4 monthly fee statements, and 1st Interim Fee Application | | | |
| 04-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Review of E&Y's Retention Application and Order and 1st Interim Fee Application; Review of Akin Gump's Retention Application and Order, 1-4 monthly fee statements, and 1st interim fee application; update of assignment/professional log | | | |
| 04-28-2020 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |
| | | Attention to administrative issues | | | |
| 04-29-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 375.00 | 375.00 |
| | | Edit retention app | | | |
| 04-29-2020 | David Klauder | [ALL] Case Administration | 0.20 | 375.00 | 75.00 |
| | | Review notice of appearance and discuss with T. bielli | | | |
| 04-29-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Review, revise and edit EOS | | | |
| 04-29-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Review, revise and edit PHV | | | |
| 04-30-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.20 | 375.00 | 450.00 |
| | | Attention to BK retention app | | | |
| 04-30-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Review of emails received by NY court system re: filed documents and correspondence to B&K re: same; Review of Bayard's Retention Application, Order, 1-3 monthly fee statements and 1 interim statement | | | |
| 04-30-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Review of Province's Retention Application, Order, 1-5 monthly fee statements and 1st interim fee application; Review of Jefferies' Retention Application, Order, 1-4 monthly fee statements and 1st interim fee application | | | |
| 04-30-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Review of Kurtzman's Retention Application, Order, 1-3 monthly fee statements and 1st interim fee application; Review of Wilmer Hale's Retention Application, Order, 1-4 monthly fee statements, Notice of Rate Increase, 1st interim fee application and Supplement to 1st fee application | | | |
| 04-30-2020 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | | Review and research flat fee v. hourly professionals | | | |
| 05-01-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt of Akin's 5th monthly fee statement; Receipt of Cole Schotz's 1st monthly fee statement;Receipt of Arnold & Porter's 7th monthly fee statement; Receipt of Dechert's 7th monthly fee statement | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 05-01-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | Receipt of Skadden's Retention Application, Order, 1-5 monthly fee statements and 1st interim fee application | | | | |
| 05-01-2020 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | Receipt and upload of 1st interim data for Arnold & Porter, Ernst & Young, Jones Day, King & Spalding, KPMG, Skadden, Wilmer Hale and UCC Professionals | | | | |
| 05-01-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | Receipt of King & Spalding's 7th monthly fee statement and data for 6th and 7th monthly statements; Receipt of Dechert's 7th monthly fee data; correspondence to Dechert re: introduction | | | | |
| 05-01-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | QC and revision of assignment log | | | | |
| 05-01-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.50 | 375.00 | 562.50 |
| | Work on BK retention app | | | | |
| 05-01-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 375.00 | 187.50 |
| | Work on administrative issues | | | | |
| 05-01-2020 | Thomas Bielli | [ALL] Case Administration | 2.00 | 350.00 | 700.00 |
| | Review revise and edit Retention Application and Declarations | | | | |
| 05-02-2020 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | Correspondence and conference with Tracey with respect to review, rules, expenses | | | | |
| 05-02-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | Review of Notice of Presentment of Fee Examiner order | | | | |
| 05-02-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | Email correspondence with DK & TB re: review process and protocol | | | | |
| 05-02-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | Prepare Akin Review Report template | | | | |
| 05-04-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | Correspondence with B&K re: fee examiner expense rules; review of DK report example; correspondence with fee review team | | | | |
| 05-04-2020 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | Meeting with Legal Decoder re: timing of analysis, provisioning of users, and changes to the dashboard for efficient review process | | | | |
| 05-04-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | email correspondence with Jason Chi re: data received to-date; email correspondence with Dechert re: data protocol; email correspondence with DWP re: points of contact and Cole Schotz outstanding data | | | | |
| 05-04-2020 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |
| | Attention to retention and administrative issues | | | | |
| 05-04-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Attention to Notice of Presentment for Retention Motion | | | |
| 05-05-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | Prepare Notice of Application and Notice of Presentment | | | | |
| 05-05-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 350.00 | 70.00 |
| | Investigate service issues | | | | |
| 05-05-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | Receipt of DWP's 7th monthly fee statement; Receipt of KPMG's 3rd monthly fee statement; email correspondence with DWP re: points of contact; email correspondence to Cole Schotz requesting data files; email correspondence with Akin re: introduction and Committee professionals contacts | | | | |
| 05-06-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | Receipt of Kramer's 5th monthly fee statement; Receipt of Cole Schotz's 1st monthly fee data; Receipt of contact for Committee professionals and update assignment log; email correspondence with Akin Gump re: process for data collection for Committee's professionals | | | | |
| 05-07-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | Email correspondence with Akin Gump re: monthly data collection process; email correspondence with Legal Decoder re: E&Y - King data issues and published data | | | | |
| 05-07-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | Correspond with UST and Chambers re Hearing v. Presentment | | | | |
| 05-07-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 195.00 | 312.00 |
| | Begin review of Arnold & Porter 1st Interim fee data | | | | |
| 05-07-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.20 | 375.00 | 450.00 |
| | Attention to BK retention app including editing same and coordinate filing | | | | |
| 05-07-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.50 | 350.00 | 525.00 |
| | Final review and revisions to Retention Application; electronically file and coordinate service of same | | | | |
| 05-07-2020 | Isabel Bielli | [ALL] Case Administration | 1.00 | 100.00 | 100.00 |
| | Call with Tracey to go over the software and what goes into the fee report. | | | | |
| 05-08-2020 | Isabel Bielli | [ALL] Case Administration | 1.00 | 100.00 | 100.00 |
| | B100 - Administration  Call with Tracey on how to use the software and how to write up the fee reports. | | | | |
| 05-08-2020 | Brandi Chambers | [ALL] Case Administration | 1.00 | 125.00 | 125.00 |
| | [ALL] Case Administration  Training with T. Bielli and T. Nobis on Legal Decoder | | | | |
| 05-08-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | Receipt of February data for all UCC professionals | | | | |
| 05-08-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | Preparation for team meeting including agenda preparation and workflow chart | | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-08-2020 | Tracey Nobis | [ALL] Case Administration | 1.00 | 195.00 | 195.00 |
| | Team Meeting re: workflow, file structure and LSA UI overview | | | | |
| 05-08-2020 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |
| | Attention to fee review and admin issues | | | | |
| 05-09-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | Receipt of KPMG's 2nd and 3rd fee statement data; correspondence to legal decoder regarding potential formatting issues | | | | |
| 05-09-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | Receipt and review of multiple emails re: legal decoder provisioning; review of email correspondence re: KPMG's 2nd and 3rd month data; Receipt of Jones Day 5th monthly fee statement; Receipt of Brown Rudnick 6th monthly fee statement; Brief review of Fee Examiner Retention Application; correspondence with Legal Decoder re: discount data issue | | | | |
| 05-09-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.20 | 195.00 | 624.00 |
| | Complete Arnold & Porter 1st interim review; preparation of report | | | | |
| 05-11-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 125.00 | 175.00 |
| | [ALL] BK/Fee Examiner - Retention and Fee Applications. Review applications from Legal Decoder to draft reports from King and Spalding interim report from video instruction by T. Nobis | | | | |
| 05-11-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | Receipt and review of email correspondence relating to training and timing of first interim reviews. | | | | |
| 05-11-2020 | Tracey Nobis | [ALL] Case Administration | 2.00 | 195.00 | 390.00 |
| | Preparation of review report templates | | | | |
| 05-11-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | Call with Legal Decoder and B-K re: timing of interim reviews | | | | |
| 05-11-2020 | Tracey Nobis | [ALL] Case Administration | 1.40 | 195.00 | 273.00 |
| | Fee Review Training | | | | |
| 05-11-2020 | Tracey Nobis | [ALL] Case Administration | 0.10 | 195.00 | 19.50 |
| | Email correspondence with Legal Decoder re: Jefferies data processing (flat fee - expense review only) | | | | |
| 05-11-2020 | Isabel Bielli | [ALL] Case Administration | 1.30 | 100.00 | 130.00 |
| | Second Training call with Tracey to go over fee application review template and flaggers through Legal Decoder. | | | | |
| 05-11-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | Downloaded data from legal decoder into excel and started to distribute flags based on the hierarchy. | | | | |
| 05-11-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | Team conference call re deadline from 1st interim period | | | | |
| 05-11-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | Review open issues with reviewers | | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 05-11-2020 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |
| | Attention to admin issues | | | | |
| 05-11-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | Review Arnold & Porter review and discuss with T. Bielli | | | | |
| 05-12-2020 | Tracey Nobis | [ALL] Case Administration | 0.10 | 195.00 | 19.50 |
| | Receipt of Alix Partners' 7th monthly fee statement | | | | |
| 05-12-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 100.00 | 140.00 |
| | Put data from legal decoder into excel formulated charts. Started to work on review template. | | | | |
| 05-12-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 100.00 | 150.00 |
| | Entered more information into Fee review template, just about to start on the expenses. | | | | |
| 05-13-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | Correspondence with Legal Decoder re: Jefferies data; correspondence to Jefferies requesting expense data for review and correspondence with Baker Botts re: same | | | | |
| 05-13-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | Call with IB re: questions on Akin review; follow-up email with instructions for HM flagging | | | | |
| 05-13-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | Call with IB re: questions on Akin 1st Interim review | | | | |
| 05-13-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 4.20 | 100.00 | 420.00 |
| | [ALL] Fee/Employment Applications - Retained Professionals Finished draft one for fee review, sent to Tracey to go over and let me know of changes that need to be made. | | | | |
| 05-13-2020 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | Review of and comment on Akin Gump draft review report | | | | |
| 05-14-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 100.00 | 100.00 |
| | [ALL] Fee/Employment Applications - Retained Professionals. Make corrections based on Tracey's suggestions then send back over to Tracey for review. | | | | |
| 05-15-2020 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | Training session with IB | | | | |
| 05-15-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | Email correspondence with Davis Polk regarding duplicate fee apps filed | | | | |
| 05-15-2020 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | Review of duplicate First Interim Applications filed by A&P and Skadden; Brief review of Akin Gump's revised first interim report and correspondence to IB re: same; correspondence to Legal Decoder and Gilbert re: data issues | | | | |
| 05-15-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - | 0.60 | 100.00 | 60.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Retained Professionals | | | |
| | | Call with Tracey about the review report, and the flag hierarchy to be aware of. | | | |
| 05-15-2020 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Review status reports and attention to duplicate fee applications | | | |
| 05-15-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Attention to Skadden Arps and Arnold Porter interim fee apps | | | |
| 05-15-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails/discussions re: status of fee reviews | | | |
| 05-16-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.10 | 195.00 | 409.50 |
| | | complete review and preparation of report for Jefferies' 1st Interim fee application | | | |
| 05-16-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.40 | 195.00 | 468.00 |
| | | Review of Otterbourg's First Interim Fee Application and preparation of report | | | |
| 05-16-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt and review of correspondence from Legal Decoder re: published data; planning of assignments and correspondence to fee review team re: same; update file structure for review information | | | |
| 05-16-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 195.00 | 156.00 |
| | | Begin review of Jefferies' 1st interim; QC and fix expense data | | | |
| 05-17-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 4.50 | 100.00 | 450.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals Updated and changed review report for Akin & Gump based on the flag hierarchy and submitted it into Tracey. Downloaded the data for Ernst & Young from legal decoder into excel and separated it based on flag. | | | |
| 05-18-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 125.00 | 112.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals. Meeting with T. Nobis to discuss King and Spalding interim fee report | | | |
| 05-18-2020 | Tracey Nobis | [ALL] Case Administration | 1.00 | 195.00 | 195.00 |
| | | Fee review training with B. Chambers | | | |
| 05-18-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 100.00 | 140.00 |
| | | Embedded data into the Akin & Gump Review Report and finished the first draft for the Ernst & Young review report. | | | |
| 05-18-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 100.00 | 90.00 |
| | | Downloaded data for Kramer & Levin from legal decoder into excel and started to sort the data based on the flags. | | | |
| 05-18-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - | 2.40 | 100.00 | 240.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Retained Professionals | | | |
| | | Worked on Kramer & Levin review report, finished the section for fees now moving onto the expenses. | | | |
| 05-18-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Attention to fee review and reporting issues | | | |
| 05-18-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 375.00 | 112.50 |
| | | Attention to BK retention app | | | |
| 05-18-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Correspond with team re reports and status update | | | |
| 05-18-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 350.00 | 175.00 |
| | | Attention to objection deadline, chambers procedures and local rules | | | |
| 05-18-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 350.00 | 105.00 |
| | | Correspond with Debtors' counsel re next steps on retention | | | |
| 05-19-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Receipt of Jefferies' 5th monthly fee statement; Receipt of Akin Gump's 6th monthly fee statement; Receipt of Province's 6th monthly fee statement; Receipt of KCC's 4th monthly fee statement; Receipt of Cole Schotz's 2nd monthly fee statement; correspondence with TB re: weekly reporting | | | |
| 05-19-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Receipt of Gilbert's corrected 1st interim fee data; receipt of Jefferies' 1st interim expense data; email correspondence with IB re: Akin 1st interim review report | | | |
| 05-19-2020 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |
| | | Discuss fee review status and other issues with T. Bielli | | | |
| 05-19-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 5.40 | 125.00 | 675.00 |
| | | Fee/Employment Application pulling data and organizing report from King and Spalding interim reports | | | |
| 05-19-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 100.00 | 120.00 |
| | | Download data for the expenses for Kramer Levin and sort the data. | | | |
| 05-19-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 100.00 | 80.00 |
| | | Finished up review report for Kramer Levin and sent to Tracey for review. | | | |
| 05-19-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 350.00 | 175.00 |
| | | Attention to Retention issues; CNO and Agenda | | | |
| 05-19-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Correspond with Team with respect to reports and status update | | | |
| 05-19-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 375.00 | 112.50 |

We appreciate your business

| Date | Professional | | Hours | Rate | Amount |
|------|--------------|---|-------|------|--------|
| | | Discuss status of retention app and next steps with T. Bielli | | | |
| 05-20-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review of Akin Gump draft report; correspondence with IB re: revisions necessary | | | |
| 05-20-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 2.20 | 125.00 | 275.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals Gather data from Legal Decoder to prepare report from King and Spalding interim application | | | |
| 05-20-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Review email from tracey and start to make changes on for the Akin Gump report. | | | |
| 05-20-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 100.00 | 150.00 |
| | | Finish making changes for the Akin Gump report. | | | |
| 05-20-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Email correspondence with Legal Decoder and update of assignment log; correspondence with BC and IB re: status; weekly report to B-K re: status | | | |
| 05-20-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.90 | 195.00 | 370.50 |
| | | Begin review of Skadden's 1st Interim | | | |
| 05-20-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.40 | 350.00 | 140.00 |
| | | Final edits and edit of Cert of No Objection to BK Retention Application | | | |
| 05-20-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 350.00 | 70.00 |
| | | Prepare correspondence to Chambers with CNO and Proposed form of Order | | | |
| 05-20-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | | Review CNO for BK retention app | | | |
| 05-20-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review professional review assignment log and status | | | |
| 05-20-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Receipt of Otterbourg's 6th monthly fee statement; Receipt of FTI's 6th monthly fee statement; email correspondence with Legal Decoder re: issues with Drive for data processing | | | |
| 05-21-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 100.00 | 130.00 |
| | | Made more edits to my review reports, added to google drive for final review | | | |
| 05-21-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Call with IB re: questions on current reviews | | | |
| 05-21-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - | 0.30 | 100.00 | 30.00 |

We appreciate your business

| Date | Professional | | Hours | Rate | Amount |
|------|-------------|---|-------|------|--------|
| | | Retained Professionals | | | |
| | Call with Tracey about moving forward. | | | | |
| 05-21-2020 | Tracey Nobis | [ALL] Case Administration | 1.00 | 195.00 | 195.00 |
| | Call with BC re: fee review training | | | | |
| 05-21-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | [ALL] Fee/Employment Applications - Retained Professionals Video conference with T. Nobis to go over King and Spalding Reports from interim fee application | | | | |
| 05-21-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | Receipt of March data for UCC professionals; email correspondence to fee review team regarding rule clarifications; correspondence with Legal Decoder re: FTI and KPMG data published; Receipt of Gilbert's 6th monthly fee statement | | | | |
| 05-21-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | Continued review of Skadden's 1st interim fee application | | | | |
| 05-21-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | Update reports after call with Tracey, then uploaded them to google drive. | | | | |
| 05-21-2020 | David Klauder | [ALL] Case Administration | 0.20 | 375.00 | 75.00 |
| | Emails/phone call re: status | | | | |
| 05-21-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | Correspondence and conference with Tracey and Dace re status update | | | | |
| 05-21-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 7.40 | 125.00 | 925.00 |
| | [ALL] Fee/Employment Applications - Retained Professionals Gather data from Legal Decoder to prepare reports from King and Spalding interim fee application | | | | |
| 05-21-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | Conference call with Tracy re update | | | | |
| 05-22-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 100.00 | 100.00 |
| | Download data from legaldecoder for FTI. | | | | |
| 05-22-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 7.50 | 125.00 | 937.50 |
| | B160 - Fee/Employment Application. Prepare review reports from  Province interim fee application | | | | |
| 05-22-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.90 | 100.00 | 190.00 |
| | Work on fee report for FTI. | | | | |
| 05-22-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | Call with BC re: questions on review | | | | |
| 05-23-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.50 | 195.00 | 487.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Final review and finalization of Akin Gump report | | | |
| 05-23-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 195.00 | 19.50 |
| | | Review and finalize E&Y First Interim Fee Report | | | |
| 05-23-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Debrief/Training session with IB | | | |
| 05-23-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Preparation of Review Tips "cheat sheet" for review team | | | |
| 05-23-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.30 | 195.00 | 448.50 |
| | | Review Skadden's expense data and finalize First Interim review report | | | |
| 05-23-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 100.00 | 100.00 |
| | | Phone call with tracey about revising the review reports. | | | |
| 05-23-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 100.00 | 200.00 |
| | | Revise Review application, fix the travel and meal expenses. | | | |
| 05-23-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 195.00 | 351.00 |
| | | Review of KPMG;'s 1st Interim fee data; preparation of report | | | |
| 05-23-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 125.00 | 62.50 |
| | | [ALL] Fee/Employment Applications - Retained Professional Prepared Reports for Province Interim fee Application | | | |
| 05-23-2020 | Tracey Nobis | [ALL] Case Administration | 0.10 | 195.00 | 19.50 |
| | | Email correspondence with Legal Decoder re: published data and remaining data outstanding | | | |
| 05-24-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 3.30 | 125.00 | 412.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals Preparing reports from Province interim fee application | | | |
| 05-24-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 100.00 | 200.00 |
| | | Made changes to Kramer & Levin spreadsheet and word document, then uploaded them to google drive. | | | |
| 05-25-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss fee review with T. Bielli | | | |
| 05-26-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Review of assignment log; email correspondence with Legal Decoder; email correspondence with fee review team | | | |
| 05-26-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - | 1.50 | 100.00 | 150.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|

Retained Professionals
Finished the fees portion of the FTI fee review report.

| 05-26-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |

Call with IB re: questions on FTI expenses and fee review general questions

| 05-26-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 3.80 | 100.00 | 380.00 |

Finished FTI fee review report, uploaded to google drive for further review from Tracey.

| 05-26-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 195.00 | 273.00 |

Review, revise and finalize Kramer Levin's 1st  interim Review Report

| 05-26-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.60 | 195.00 | 507.00 |

Begin Alix Partners' First Interim review and report

| 05-26-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 375.00 | 187.50 |

Review retention order and discussions with T. Bielli and UST re: same

| 05-26-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |

Review report on Arnold & Porter 1st interim fee app and begin draft interim report

| 05-26-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 350.00 | 175.00 |

Review Retention Order; compare and contract to order submitted

| 05-26-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |

Review of Arnold & Porter Report

| 05-27-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |

Call with IB re: Kramer review (for training)

| 05-27-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |

Training call with Tracey to go over needed changes

| 05-27-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |

Edited the expenses for FTI fee review report due to training call.

| 05-27-2020 | Tracey Nobis | [ALL] BK/Fee Examiner - Retention and Fee Applications | 5.10 | 195.00 | 994.50 |

Review of Davis Polk First Interim Fee data and begin preparation of review report

| 05-27-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 100.00 | 160.00 |

download data for Brown Rudnick and start on the review report

| 05-27-2020 | Tracey Nobis | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.30 | 195.00 | 253.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Finish Alix Partners First Interim review and report | | | |
| 05-27-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | | Discuss retention issues with T. Bielli | | | |
| 05-27-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to interim report for Arnold & Porter fee app | | | |
| 05-27-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to report of Arnold & Porter.  Review and revise correspondence to professionals | | | |
| 05-27-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Review of Interim Comp Procedures Order; correspondence with Legal Decoder re same | | | |
| 05-28-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Conference call with Legal Decoder re Retention Order | | | |
| 05-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | bi-weekly call with Legal Decoder re: status and LSA improvement requests | | | |
| 05-28-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 3.50 | 100.00 | 350.00 |
| | | Finished up fee section for Brown & Rudnick Review Report, downloaded the data for Dechert from legal decoder. | | | |
| 05-28-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 375.00 | 112.50 |
| | | Phone call with Legal Decoder re: fee review and BK retention | | | |
| 05-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Email correspondence with B-K with completed interim review reports and weekly status update | | | |
| 05-28-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attention to Akin Gump Report | | | |
| 05-29-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Conference with LD re flags to be removed and reports to be streamlined | | | |
| 05-29-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review file with respect to fee data request | | | |
| 05-29-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.40 | 350.00 | 140.00 |
| | | Conference call and correspondence with Debtors' counsel with respect to BK Retention Order and changes with respect to same; conference call and correspondence re Stikeman | | | |
| 05-29-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with Debtors counsel and Fee Examiner with respect to PJT's Expense request | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 05-29-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to prioritizing Stikeman Fee Review | | | |
| 05-29-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | | Discuss retention order with T. Bielli and Davis Polk | | | |
| 05-29-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 375.00 | 112.50 |
| | | Attention to Stikeman Elliott fee app | | | |
| 05-29-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt of correspondence from Legal Decoder re: Cole Schotz data issues and KCC data; update assignment log; correspondence to Davis Polk requesting Debtors' data; correspondence to Kramer Levin requesting ad hoc committee data | | | |
| 05-29-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 2.90 | 125.00 | 362.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals Pulling information from Legal Decoder to complete reports from Province interim application | | | |
| 05-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 100.00 | 90.00 |
| | | Finished sorting data for Dechert, started on the review report | | | |
| 05-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 100.00 | 200.00 |
| | | Worked on the expenses section of Brown Rudnick's review report. | | | |
| 05-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 3.30 | 100.00 | 330.00 |
| | | Finished up Brown Rudnick report, started report for Dechert | | | |
| 05-29-2020 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Review of correspondence re: PJT data; brief review of PJT First Interim fee application; email correspondence with Legal Decoder re: KCC data status; Receipt and review of Stikeman Elliott application for excess compensation; Receipt of data for Ad Hoc Committee and correspondence re: Gilbert data | | | |
| 05-29-2020 | Tracey Nobis | [ALL] Case Administration | 1.40 | 195.00 | 273.00 |
| | | Finish review and finalize report of Davis Polk 1st Interim | | | |
| 05-30-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.30 | 195.00 | 448.50 |
| | | Review of Gilbert's 1st interim fee data and preparation of report | | | |
| 05-30-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Review, revise and finalize FTI's 1st interim review report | | | |
| 05-30-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 195.00 | 39.00 |
| | | Review of correspondence re: PJT expense data and attorney fee reasonableness determination; provide direction to IB for review | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 05-30-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 195.00 | 390.00 |
| | | Begin review and report preparation for Jones Day's 1st Interim | | | |
| 05-30-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to PJT expense review | | | |
| 05-31-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 4.60 | 125.00 | 575.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals Pulling Info from Legal Decoder from Province interim fee applications | | | |
| 05-31-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 100.00 | 100.00 |
| | | Finalized Brown Rudnick review report and uploaded into google drive. Worked more on Dechert's review report. | | | |
| 05-31-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 100.00 | 100.00 |
| | | Work on Dechert review report. | | | |
| 05-31-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review fee reports and discuss with T. Bielli | | | |
| 05-31-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Triaging outstanding Fee Reports; correspond with Fee Examiner with respect to same | | | |

## Time Summary

| Professional | Hours |
|--------------|-------|
| Brandi Chambers | 40.00 |
| David Klauder | 25.00 |
| Isabel Bielli | 55.30 |
| Thomas Bielli | 28.60 |
| Tracey Nobis | 72.70 |

| Task | Hours |
|------|-------|
| [ALL] BK/Fee Examiner - Retention and Fee Applications | 19.60 |
| [ALL] Case Administration | 74.50 |
| [ALL] Fee/Employment Applications - Retained Professionals | 127.50 |

We appreciate your business

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

1500 Walnut Street, Suite 900

Philadelphia, PA  19102

**INVOICE #** 1232
**DATE** 06/01/2020
**DUE DATE** 06/01/2020
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - Retrospective | 1 | 56,750.00 | 56,750.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE**            **$56,750.00**

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

1500 Walnut Street, Suite 900

Philadelphia, PA  19102

**INVOICE #** 1245

**DATE** 06/01/2020

**DUE DATE** 06/01/2020

**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - May Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:

Legal Decoder

105 North Virginia Avenue

Suite 204

Falls Church, VA 22046

**BALANCE DUE**

**$24,250.00**