**EXHIBIT B**
**EXPENSE DETAIL**

| Last Name | First Name | Title | Transaction Date | Category Description | Expense Amount | Description |
|---|---|---|---|---|---|---|
| | | Unknown | 25 Feb 2020 | Other | $183.82 | Cash Confirmation Requests (standard industry service provided by banks to confirm the balance of cash accounts) |
| | | Unknown | 25 Feb 2020 | Other | $1,261.49 | Cash Confirmation Requests (standard industry service provided by banks to confirm the balance of cash accounts) |
| | | Unknown | 21 Feb 2020 | Other | $137.50 | Creative Services Group Time & Materials |
| | | Unknown | 21 Feb 2020 | Other | $45.84 | Creative Services Group Time & Materials |
| Squitieri | Johnna | Staff/Assistant | 27 Feb 2020 | Meals | $39.94 | Meals consumed on-site to discuss year-end procedures. PPED approved by Devon Brady. |
| Squitieri | Johnna | Staff/Assistant | 25 Feb 2020 | Meals | $37.09 | Meals consumed on-site to discuss year-end procedures. PPED approved by Devon Brady. |
| Squitieri | Johnna | Staff/Assistant | 26 Feb 2020 | Meals | $35.07 | Meals consumed on-site to discuss year-end procedures. PPED approved by Devon Brady. |
| Unknown | | Unknown | 21 Feb 2020 | Other | $41.25 | Creative Services Group Time & Materials |
| Aznar | Tiffany | Staff/Assistant | 02 Mar 2020 | Meals | $95.97 | Incurred Expense for Dinner due to working over 10 hours for YE substantive audit procedures during busy season on Purdue Pharma. Therefore, I ordered dinner for my team, Tiffany Aznar, Johnna Squitieri, Matt Ulman, Nicholas D'Alessandro and Greg Voutsinas. Incurred an expense cost of $95.97 while working on site at Purdue P |
| | | Unknown | 03 Mar 2020 | Other | $236.34 | Cash Confirmation Requests (standard industry service provided by banks to confirm the balance of cash accounts) |
| Aznar | Tiffany | Staff/Assistant | 03 Mar 2020 | Meals | $89.35 | Incurred Expense for Dinner due to working over 10 hours for YE substantive audit procedures during busy season on Purdue Pharma. Therefore, I ordered dinner for my team Tiffany Aznar, Johnna Squitieri, Matt Ulman, Nicholas D'Alessandro, Greg Voutsinas. Incurred an expense cost of $89.35 while working on site at Purdue P |
| Sonika | Avinash | Senior Manager | 04 Mar 2020 | Ground | $11.50 | Train Ticket expense from Stamford to Grand Central while returning from EY Stamford office to home after attending Team Planning Event for 2019 audit |

| Last Name | First Name | Title | Transaction Date | Category Description | Expense Amount | Description |
|---|---|---|---|---|---|---|
| | | Unknown | 04 Mar 2020 | Other | $52.52 | Cash Confirmation Requests (standard industry service provided by banks to confirm the balance of cash accounts) |
| Aznar | Tiffany | Staff/Assistant | 04 Mar 2020 | Meals | $124.14 | Incurred Expense for Dinner due to working over 10 hours for YE substantive audit procedures during busy season on Purdue Pharma. Therefore, I ordered dinner for my team, Tiffany Aznar, Johnna Squitieri, Matt Ulman, Nicholas D'Alessandro, Greg Voutsinas. Incurred an expense cost of $124.14 while working on site at Purdue |
| Aznar | Tiffany | Staff/Assistant | 05 Mar 2020 | Meals | $97.04 | Incurred Expense for Dinner due to working over 10 hours for YE substantive audit procedures during busy season on Purdue Pharma. Therefore, I ordered dinner for my team, Tiffany Aznar, Johnna Squitieri, Matt Ulman, Nicholas D'Alessandro, Greg Voutsinas. Incurred an expense cost of $97.04 while working on site at Purdue P |
| Aznar | Tiffany | Staff/Assistant | 11 Mar 2020 | Meals | $2.69 | Additional dinner expense incurred at Fin II which was charged to my card for additions/substitutions we made to the order based on the team's requests. |
| Aznar | Tiffany | Staff/Assistant | 09 Mar 2020 | Meals | $102.34 | Incurred Expense for Dinner due to working over 10 hours for YE substantive audit procedures during busy season on Purdue Pharma. Therefore, I ordered dinner for my team, Tiffany Aznar, Johnna Squitieri, Matt Ulman, Nicholas D'Alessandro, Greg Voutsinas. Incurred an expense cost of $102.34 while working on site at Purdue |
| Sonika | Avinash | Senior Manager | 10 Mar 2020 | Ground | $23.00 | LIRR ticket expenses @14 from Hicksville LIRR to Penn Station NY [peak trip] and @9 from Penn Station NY to Hicksville [off peak] while returning from client's office at Stamford after work for the year end audit |
| Sonika | Avinash | Senior Manager | 10 Mar 2020 | Meals | $21.00 | Dinner expenses while working for the year end audit approved by PPED Devon Brady |
| Aznar | Tiffany | Staff/Assistant | 10 Mar 2020 | Meals | $2.13 | Additional dinner expense incurred at Roasted which was charged to my card for additions/substitutions we made to the order based on the team's requests. |
| Sonika | Avinash | Senior Manager | 10 Mar 2020 | Ground | $11.00 | Taxi expenses Hicksville LIRR while returning from client's office on March 10 |

| Last Name | First Name | Title | Transaction Date | Category Description | Expense Amount | Description |
|---|---|---|---|---|---|---|
| Sonika | Avinash | Senior Manager | 10 Mar 2020 | Ground | $23.00 | Train ticket expenses from Penn Station NY to Stamford and return while going to client's office at Stamford for the year end audit |
| Porrazzo | John | Senior | 10 Mar 2020 | Meals | $16.48 | Incurred Expense for Dinner due to working over 10 hours for YE substantive audit procedures during busy season on Purdue Pharma. Therefore, I ordered dinner which cost $16.48 while working on site at Purdue Pharma, which I paid for with my Corporate American Express. |
| Aznar | Tiffany | Staff/Assistant | 10 Mar 2020 | Meals | $152.17 | Incurred Expense for Dinner due to working over 10 hours for YE substantive audit procedures during busy season on Purdue Pharma. Therefore, I ordered dinner for my team, Tiffany Aznar, Johnna Squitieri, Matt Ulman, Nicholas D'Alessandro, Greg Voutsinas. Incurred an expense cost of $152.17 while working on site at Purdue |
| Porrazzo | John | Senior | 11 Mar 2020 | Meals | $13.37 | Incurred Expense for Dinner due to working over 10 hours for YE substantive audit procedures during busy season on Purdue Pharma. Therefore, I ordered dinner which cost $13.37 while working on site at Purdue Pharma, which I paid for with my Corporate American Express. |
| Aznar | Tiffany | Staff/Assistant | 11 Mar 2020 | Meals | $2.69 | Additional dinner expense incurred at Fin II which was charged to my card for additions/substitutions we made to the order based on the team's requests. |
| Fan | Wenhan | Staff/Assistant | 12 Mar 2020 | Meals | $134.95 | Busy Season Dinner with Greg D Voutsinas, Nicholas A D'Alessandro, Matthew Ulman, Johnna Squitieri, Eddie Piotroski, Tiffany Aznar, and Myself during a meeting to discuss progression of the audit. Approved by PPEDD Devon Brady. Food was delivered, I just ordered on their website |
| | | Unknown | 13 Mar 2020 | Other | $77.00 | CSG March Week 2 2020 Time & Materials Creative Service Charges |
| | | | | **Total** | **$3,070.68** | |