# EXHIBIT C
# OUTSIDE COUNSEL FEES

| Date | Name | Description | Hours | Fees | Rate | Narrative |
|---|---|---|---|---|---|---|
| 02/13/2020 | Riela, Michael J. | PARTNER | 0.3 | $181.50 | $605.00 | Telephone conference with M. Hosbach regarding e-discovery work. |
| 03/06/2020 | Riela, Michael J. | PARTNER | 0.2 | $121.00 | $605.00 | Email exchange with M. Hosbach to respond to her question re Purdue retention. |
| | | **Total** | | **$302.50** | | |