JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

*Special Counsel to the Debtors*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

## SUMMARY OF JONES DAY'S SECOND INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING RETENTION PERIOD FROM FEBRUARY 1, 2020 THROUGH MAY 31, 2020

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services as: | Special Counsel |
| Date of Appointment: | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | February 1, 2020 through and including May 31, 2020 |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Amount of Compensation Requested for this Period: | $735,002.54 (after agreed upon discount and an adjustment) |
| Amount of Expense Reimbursement Requested for this Period: | $40,243.35 |
| Total Amount of Compensation and Expense Reimbursement Sought for this Period: | $775,245.89 |
| Total Amount of Compensation Sought for this Period Already Paid Pursuant to Monthly Fee Statements: | $244,564.08 |
| Blended Rate in This Application for all Partners, Of Counsel, and Associates: | $727.06 |
| Blended Rate in This Application for all Timekeepers: | $706.42 |
| Number of Timekeepers Included in this Application: | 22 |
| Number of Timekeepers Billing Fewer Than 15 Hours: | 13 |
| This is a | __ Monthly  _X_ Interim  ___ Final Fee Application |

## Fee Summary for the Period from February 1, 2020 through and including May 31, 2020

| NAME | YEAR OF ADMISSION | RATE[1] | EFFECTIVE RATE[2] | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Pablo D. Hendler | 1995 | $1,125.00 | $978.75 | 90.00 | $101,250.00 |
| Gasper J. LaRosa | 2002 | $1,075.00 | $935.25 | 3.00 | $3,225.00 |
| Dan T. Moss | 2007 | $1,000.00 | $870.00 | 0.60 | $645.00 |
| John J. Normile | 1989 | $1,225.00 | $1,065.75 | 257.10 | $314,947.50 |
| TOTAL PARTNER: | | | | 350.70 | $420,067.50 |
| **OF COUNSEL** | | | | | |
| Olaf Benning | 1998 | $800.00 | $696.00 | 5.50 | $4,400.00 |
| Kelsey I. Nix | 1988 | $1,125.00 | $978.75 | 46.40 | $52,200.00 |
| TOTAL OF COUNSEL: | | | | 51.90 | $56,600.00 |
| **ASSOCIATE** | | | | | |
| Anna Kordas | 2014 | $750.00 | $652.50 | 51.50 | $38,625.00 |
| Robert Latta | 2011 | $875.00 | $761.25 | 4.90 | $4,287.50 |
| Kevin V. McCarthy | 2016 | $605.00 | $526.35 | 322.60 | $195,173.00 |
| Adam M. Nicolais | 2017 | $550.00 | $478.50 | 81.70 | $44,935.00 |
| Furqaan Siddiqui | 2017 | $550.00 | $478.50 | 27.10 | $16,270.00 |
| TOTAL ASSOCIATE: | | | | 487.80 | $299,290.50 |
| **STAFF ATTORNEY** | | | | | |
| Lynne Fischer | 1996 | $525.00 | $456.75 | 102.50 | $53,812.50 |
| TOTAL STAFF ATTORNEY: | | | | 102.50 | $53,812.50 |
| **LEGAL SUPPORT STAFF** | | | | | |
| Monika Barrios | N/A | $300.00 | $261.00 | 1.00 | $300.00 |
| Jason Darensbourg | N/A | $325.00 | $282.75 | 22.50 | $7,312.50 |
| Steven T. Johnson | N/A | $375.00 | $326.25 | 12.80 | $4,800.00 |
| Kristina Horn | N/A | $400.00 | $348.00 | 5.00 | $2,000.00 |
| Martin Ihle | N/A | $350.00 | $304.50 | 1.50 | $525.00 |
| Marguerite Melvin | N/A | $375.00 | $326.25 | 0.70 | $262.50 |
| Maria P. Garcia | N/A | $175.00 | $152.25 | 0.40 | $70.00 |
| Brendan Y. Keenan | N/A | $250.00 | $217.50 | 0.90 | $225.00 |
| Alex J. Salemmo | N/A | $175.00 | $152.25 | 2.00 | $350.00 |
| Julie Harbay Spaulding | N/A | $250.00 | $217.50 | 2.50 | $625.00 |
| TOTAL LEGAL SUPPORT: | | | | 49.30 | $16,470.00 |
| TOTAL: | | | | 1,042.20 | $846,240.50 |
| AFTER 13% DISCOUNT: | | | | | $736,229.24 |
| BILLABLE RATE ADJUSTMENT CREDIT: | | | | | ($1,226.70)[3] |
| TOTAL: | | | | | $735,002.54 |

---

[1]   This rate reflects the agreed upon discounted rate arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2020, Jones Day used 2019 standard billable rates in calculating amounts due for legal services performed).

[2]   This rate reflects the effective billable rate after application of the thirteen percent (13%) discount.

[3]   Due to an internal error, the billable rates for two timekeepers (Dan Moss and Furqaan Siddiqui) were not adjusted to reflect prior year's rates. As a result, upon discovering the error, Jones Day issued a credit of $1,226.70 on the May invoice to reflect a rate adjustment for these two timekeepers.

## Summary of Disbursements and Expenses for the Period from February 1, 2020 through and including May 31, 2020

| Expenses | Amount |
| --- | --- |
| Consultant Fees | $40,196.50 |
| Printing Charges | $(93.15) |
| Court Costs | $140.00 |
| **Total:** | **$40,243.35** |

**Blended Rate of Professionals – Total (After 13% Discount)**

| Category of Timekeepers | Blended Rate | Total Hours | Total Compensation |
|---|---|---|---|
| Partners & Counsel | $1,030.06 | 402.60 | $414,700.73 |
| Associates | $533.79 | 487.80 | $260,382.74 |
| Law Clerks | $456.75 | 102.5 | $46,816.875 |
| Legal Support | $290.65 | 49.30 | $14,328.90 |
| **TOTAL** | **$706.42** | **1,042.2** | **$736,229.24** |

**Comparable and Customary Compensation Disclosure**

| Category of Timekeepers | Blended Rate[1] Comparable Non-Bankruptcy Invoices[2] | Blended Rate This Compensation Period[3] |
|---|---|---|
| Partners & Counsel | $973.11 | $1,030.06 |
| Associates | $562.77 | $533.79 |
| Law Clerks | $460.67 | $456.75 |
| Legal Support | $312.50 | $290.65 |
| **TOTAL** | **$722.06** | **$706.42** |

---

[1]    Pursuant to ¶ C.3.a.i.b of the Guidelines, "Comparable Non-Bankruptcy Invoices" provides the blended hourly rate for the aggregate of "[a]ll timekeepers in each of [Jones Day's] domestic offices in which timekeepers collectively billed at least 10% of the hours to the bankruptcy case during the [Compensation Period]." During the Compensation Period, no office other than New York office billed at least 10% of the hours to the bankruptcy case.

[2]    Jones Day calculated the average hourly rate for Comparable Non-Bankruptcy Invoices by dividing the total dollar amount billed by each class of timekeepers during the applicable period by the total amount of hours billed by such timekeepers during the Compensation Period (excluding all data from timekeepers practicing primarily in a bankruptcy group or section).

[3]    Jones Day calculated the average hourly rate for timekeepers who billed the Debtors by dividing the total dollar amount billed by each class of timekeepers by the total number of hours billed by such timekeepers during the Compensation Period.

## Monthly Fee Statements/Interim Fee Applications (Filed)

| Date and ECF No. | Fee Period | Fees Incurred | Fees Requested | Expenses Requested | Allowed Fees | Allowed Expenses | Total Fees/ Expenses Paid | Balance Remaining |
|---|---|---|---|---|---|---|---|---|
| March 16, 2020 ECF No. 948 | September 15, 2019 – January 31, 2020 | $1,067,512.46 | $1,067,512.46 (100%) | $12,001.56 | $1,046,946.21 (reduced by $20,566.25) | $12,001.56 (100%) | $872,159.04 | $186,788.73 |
| March 31, 2020 ECF No. 1004 | February 1, 2020 – February 29, 2020 | $86,548.04 | $69,238.43 (80%) | $2,265.25 | $69,238.43 (80%) | $2,265.25 (100%) | $71,503.68 | $17,309.62 |
| May 8, 2020 ECF No. 1138 | March 1, 2020 – March 31, 2020 | $216,325.50 | $173,060.40 (80%) | $0.00 | $173,060.40 (80%) | $0.00 | $173,060.40 | $43,265.11 |
| June 15, 2020 ECF No. 1266 | April 1, 2020 – April 30, 2020 | $253,224.38 | $202,579.50 (80%) | $30,325.60 | $202,579.50 (80%) | $30,325.60 (100%) | $0.00 | $283,549.98 |
| July 3, 2020 ECF No. 1333 | May 1, 2020 – May 31, 2020 | $178,904.63 | $143,123.70 (80%) | $7,652.50 | $143,123.70 (80%) | $7,652.50 (100%) | $0.00 | $186,557.14 |
| **TOTAL** | | **$1,802,515.01** | **$1,655,514.49** | **$52,244.91** | **1,634,948.24** | **$52,244.91** | **$1,116,723.12** | **$717,470.58** |

JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**JONES DAY'S SECOND INTERIM APPLICATION FOR
ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES INCURRED DURING RETENTION
PERIOD FROM FEBRUARY 1, 2020 THROUGH MAY 31, 2020**

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Jones Day, special counsel to the above-captioned debtors and debtors in possession

(the "Debtors"), hereby files its second interim application (this "Application"), pursuant to

sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-1 of the

Local Rules for the United States Bankruptcy Court for the Southern District of New York

(the "Local Bankruptcy Rules"), for (i) allowance of compensation in the amount of $735,002.54

(as discounted from $846,240.50) for professional services rendered for the Debtors and

(ii) reimbursement of actual and necessary expenses incurred in the amount of $40,243.35, for the

period from February 1, 2020 through and including May 31, 2020 (the "Compensation Period").

In support of this Application, Jones Day respectfully represents as follows:

## Background

### General Background

1.      On September 15, 2019 (the "Petition Date"), each of the Debtors filed a

voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are

authorized to continue to manage and operate their businesses as debtors in possession pursuant

to sections 1107 and 1108 of the Bankruptcy Code.  No trustee has been appointed in the

Debtors' chapter 11 cases (the "Chapter 11 Cases") as of the date hereof.

2.      Background information regarding the Debtors and these Chapter 11 Cases,

including the Debtors' business operations, corporate structure, financial condition and the events

leading up to these Chapter 11 Cases, is set forth in the *Debtors' Informational Brief* filed on

September 16, 2019 [ECF No. 17].

3.      On December 5, 2019, the Debtors filed an *Application of the Debtors for

an Order Authorizing them to Retain and Employ Jones Day as Special Counsel Nunc Pro Tunc

to the Petition Date* [ECF No. 601].

4.      On December 20, 2019, this Court entered an *Order Authorizing the

Debtors to Retain and Employ Jones Day as Special Counsel Nunc Pro Tunc to the Petition Date*

[ECF No. 690].

5.      On April 8, 2020, the Court entered an order appointing an independent fee examiner (the "Fee Examiner") in these Chapter 11 Cases [ECF No. 1023].

6.      Jones Day has been representing the Debtors since 2004 in connection with intellectual property prosecution and litigation, including Hatch-Waxman patent litigation and related matters.  Additionally, over the years Jones Day has provided the Debtors with general intellectual property related counseling and opinion work.  Over the course of the engagement, Jones Day attorneys have worked closely with the Debtors' management and in-house counsel and, as a result, have acquired extensive knowledge of the Debtors' history, intellectual property portfolio, litigation needs and related matters.

7.      During the Compensation Period, Jones Day has continued providing the Debtors with targeted advice on discrete matters of patent and intellectual property law.  Additionally, Jones Day continued representing the Debtors in connection with several active patent litigation matters.  Jones Day now seeks compensation for services rendered and reimbursement of expenses incurred in connection with the aforementioned representation.

## Statements by Jones Day

8.      Jones Day makes the following statements consistent with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (the "U.S. Trustee Guidelines") and the *General Order M-447, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases* (the "Local Guidelines").

***Statements by Jones Day Pursuant to Section C(5) of***
***the U.S. Trustee Guidelines – Certain Fee and Rate Matters***

9.      Consistent with the pre-petition practice, Jones Day agreed to charge the Debtors lower billing rates than the standard rates customarily billed by the firm.  For 2020, Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, Jones Day used 2019 billable rates in calculating amounts due for legal services performed), and the current rates are also subject to a thirteen percent (13%) discount.

10.      None of the hourly rates of Jones Day's professionals and paralegals included in this Application have been varied based on the geographic location of these Chapter 11 Cases.

11.      This Application includes minimal time (4.6 hours) related to reviewing time records to ensure the protection of any privileged or other confidential information and revising invoices that are separate from the reasonable fees incurred for preparing the Monthly Fee Statements (as defined below) or this Application.

12.      This Application does not include any rate increases occurring during the Compensation Period.

***Statements by Jones Day Pursuant to Section C(6) of the***
***U.S. Trustee Guidelines — Information About Budget and Staffing Plans***

13.      As previously disclosed in the *Supplemental Declaration of John J. Normile in Support of Jones Day's First Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from September 15, 2019 to January 31, 2020* filed on March 26, 2020 [ECF No. 987], Jones Day and the Debtors agreed to a budget for each significant litigation matter being handled by Jones Day beginning with the Compensation Period covered by this Application.  The fees sought in this Application are in line with the budget discussed with and approved by the Debtors.

For matters for which no budget was agreed upon, the work flow was not as predictable and hours expended were not as susceptible to estimation.

### Jurisdiction and Venue

14.     The Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Relief Requested and Reasons Therefore

*Authority for Relief*

15.     Jones Day makes this Application (a) pursuant to sections 330(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1; and (b) consistent with (i) the U.S. Trustee Guidelines, (ii) Local Guidelines and (iii) the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [ECF No. 529] (the "Interim Compensation Procedures Order" and, collectively with the U.S. Trustee Guidelines and the Local Guidelines, the "Guidelines").

*Request for Interim Allowance of*
*Compensation and Reimbursement of Expenses*

16.     Jones Day hereby seeks  interim (i) allowance of compensation in the amount of $735,002.54 (as discounted from $846,240.50) for professional services rendered for the Debtors and (ii) reimbursement of actual and necessary expenses incurred in the amount of $40,243.35 for the Compensation Period.  This is the second application for reimbursement of fees and expenses filed by Jones Day in connection with the Debtors' Chapter 11 Cases.

17.    Pursuant to Local Bankruptcy Rule 2016-1, section A(3) of the Local Guidelines and Section C of the U.S. Trustee Guidelines, prefixed to this Application and incorporated herein are the following:

(a)    a cover sheet summarizing the contents of this Application;

(b)    a schedule identifying all Jones Day professionals and legal support staff who performed services in these Chapter 11 Cases during the Compensation Period, including, with respect to each professional or paraprofessional, as applicable, his or her title or position, date of first admission, number of hours and fees billed, current and initial billing rate and the number of rate increases (if any) since the commencement of these Chapter 11 Cases;

(c)    a summary of actual and necessary expenses that Jones Day incurred during the Compensation Period in connection with the performance of professional services for the Debtors, and for which it seeks reimbursement herein;

(d)    computation of blended hourly rate for persons who billed time during the Compensation Period; and

(e)    a summary of total compensation and expenses previously awarded by the court.

18.    In addition, (a) the certification of John J. Normile with respect to the Application in accordance with the Local Guidelines is attached hereto as <u>Exhibit A</u>; (b) a table identifying the number of hours and amount of fees requested by each Jones Day timekeeper is attached hereto as <u>Exhibit B</u>; (c) a summary of the expenses incurred by Jones Day during the Compensation Period in performing professional services to the Debtors and the bankruptcy estate is attached hereto as <u>Exhibit C</u>; (d) a table identifying, by project category, the number of hours worked and amount of fees requested as compared to the agreed-upon budget is attached hereto as <u>Exhibit D</u>; and (e) detailed time records for the Compensation Period are attached hereto as <u>Exhibit E</u>.[2]

---

[2]    The time records included in <u>Exhibit E</u> have been minimally redacted to protect privileged information.

***Prior Payments to Jones Day***

19.     In accordance with the Interim Compensation Procedures Order, Jones Day

filed the following first interim fee application (the "First Interim Fee Application") and monthly

fee statements (the "Monthly Fee Statements"):

> a.     On March 16, 2020, Jones Day filed the *First Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from September 15, 2019 to January 31, 2020* [ECF No. 948], seeking allowance of $1,067,512.46 (after application or agreed upon discount) in fees for services rendered and reimbursement of $12,001.56 in expenses incurred in connection with the services provided for the Debtors.  The Court approved this application subject to a $20,566.25 reduction agreed upon between Jones Day and the Fee Examiner.

> b.     On March 31, 2020, Jones Day filed and served the *Fourth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from February 1, 2020 Through February 29, 2020* [ECF No. 1004], seeking allowance of $86,548.04 (after application or agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $2,265.25 in expenses incurred in connection with the services provided for the Debtors.

> c.     On May 8, 2020, Jones Day filed and served the *Fifth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from March 1, 2020 Through March 31, 2020* [ECF No. 1138], seeking allowance of $216,325.50 (after application or agreed upon discount and subject to 20% holdback) in fees for services provided for the Debtors.

> d.     On June 15, 2020, Jones Day filed and served the *Sixth Monthly Fee Statement of Jones Day for Compensation for Services Rendered And Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from April 1, 2020 Through April 30, 2020* [ECF No. 1266], seeking allowance of $253,224.38 (after application or agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $30,325.60 in expenses incurred in connection with the services provided for the Debtors.

e.    On July 3, 2020, Jones Day filed and served the *Seventh Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from May 1, 2020 Through May 31, 2020* [ECF No. 1333], seeking allowance of $178,904.63 (after application or agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $7,652.50 in expenses incurred in connection with the services provided for the Debtors.

20.    To date, Jones Day has received $1,116,723.12 on account of the aforementioned First Interim Fee Application and Monthly Fee Statements.

***Services Provided by Jones Day by Project Category***

21.    The following is a brief description of the principal activities of Jones Day's professionals during the Compensation Period for each project category, consistent with the requirements of the Interim Compensation Procedures Order, section C(8)(c) of the U.S. Trustee Guidelines and section A(4)(iii) of the Local Guidelines.[3] For each project category, the narrative summary provides a description of the project, its necessity and benefit to the estate and its status, including any pending litigation for which compensation and reimbursement are requested. Exhibits D and E provide the remaining information required by the Interim Compensation Procedures Order, section C(8)(c) of the U.S. Trustee Guidelines and section A(4)(iii) of the Local Guidelines, including, for each project category, (a) the identity of each person providing services on the project, (b) a statement of the number of hours spent and the amount of compensation requested for each timekeeper on the project, and (c) a detailed description of each individual's activities.

---

[3] The below summary omits project descriptions for two matters – IPC II and Non-Adversarial Ex-Parte Advice – on which Jones Day spent minimal time (0.80 and 1.60 hours, respectively).

(1)     *Purdue Pharma L.P., et al. v Collegium Pharmaceuticals (338.80 hours)*

22.     During the Compensation Period, Jones Day professionals advised the Debtors with respect to this on-going litigation matter, including reviewing and analyzing summary judgment pleadings, reviewing document productions, and preparing various pleadings in connection with the matter. Jones Day further advised the Debtors with respect to strategic decisions in connection with this litigation.

(2)     *Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. (377.30 hours)*

23.     During the Compensation Period, Jones Day professionals advised the Debtors with respect to this on-going litigation matter, including preparing various pleadings and stipulations, communicating with the court, preparing a joint status report to the court, reviewing document productions, and considering overall strategy for the case.

(3)     *Collegium 961 PGR (4.60 hours)*

24.     While the bulk of the work on this matter was performed during the last compensation period, during this Compensation Period, Jones Day professionals continued monitoring the proceedings and providing the Debtors with timely updates on the status of the matter.

(4)     *Strategic Corporate Advice (118.50)*

25.     During the Compensation Period, Jones Day professionals dedicated time to preparing and participating in numerous meetings and telephonic conferences with the Debtors and their primary counsel, unsecured creditors' committee and other stakeholders regarding the Chapter 11 Cases. Jones Day professionals also considered overall litigation strategy and other intellectual property issues in light of the bankruptcy proceedings.

(5)    *Project Alpha (8.50 hours)*

26.    During the Compensation Period, Jones Day professionals continued evaluating strategy with respect to a new confidential matter and provided advice to the Debtors in connection with same.

(6)    *Retention Matters (192.10 hours)*

27.    During the Compensation Period, Jones Day professionals prepared Jones Day's first interim fee application and four Monthly Fee Statements. Jones Day professionals also spent time reviewing voluminous conflict reports and preparing supplemental disclosures in connection with Jones Day's continued retention as special counsel.

*The Requested Fees Are Reasonable*

28.    The amount of fees sought by Jones Day is appropriate given the issues presented by the Debtors' Chapter 11 Cases. In addition, these fees are commensurate with fees that other attorneys of comparable experience and expertise have charged and been awarded in similar chapter 11 cases. Jones Day's work on the aforementioned active litigation matters, including advising the Debtors with respect to preservation of rights in pending litigation matters in light of the bankruptcy proceedings, is beneficial to the Debtors, the Debtors' estates and other parties in interest and furthers the Debtors' ultimate goal of maximizing the value of the estates for the benefit of all parties in interest.

**Expenses Incurred By Jones Day**

29.    Section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by professionals employed in a chapter 11 case. 11 U.S.C. § 330. Accordingly, Jones Day seeks interim allowance of reimbursement of expenses incurred during the Compensation Period, in the amount of $40,243.35. The expenses for which Jones Day seeks

reimbursement are reasonable, actual and necessary, and are of the kind customarily billed to non-bankruptcy clients.

30.     Consistent with section C(13) of the U.S. Trustee Guidelines and sections A(4)(vi) and A(5)(iii) of the Local Guidelines, the expense details attached as <u>Exhibits C</u> and <u>E</u> hereto identify the expenses sought to be reimbursed herein in chronological order, including for each expense (a) the amount, (b) a description and pertinent detail, (c) the date(s) incurred, (d) the Jones Day professional or paralegal that incurred the expense (if relevant) and (e) the reason for the expense.

31.     In accordance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Guidelines, Jones Day maintains the following policies with respect to expenses for which reimbursement is sought herein:

(a)     No amortization of the cost of any investment, equipment or capital outlay is included in the expenses. In addition, for those items or services that Jones Day purchased or contracted from a third party (such as consultants), Jones Day seeks reimbursement only for the exact amount billed to Jones Day by the third party vendor and paid by Jones Day to the third party vendor.

(b)     Photocopying by Jones Day, to the extent charged, was charged at 10 cents per page. To the extent practicable, Jones Day utilized less expensive outside copying services.

(c)     The time pressures associated with the services rendered by Jones Day frequently required Jones Day's professionals and paralegals to devote substantial amounts of time during the evenings and on weekends. Jones Day has not charged the Debtors for secretarial and other staff overtime expense.

32.     Jones Day believes that this Application reflects all expenses incurred during the Compensation Period. To the extent any such expenses have not yet been billed as of the date of filing of this Application, however, due to, for example, delays in the applicable billing cycle, Jones Day reserves the right to supplement this Application to include such expenses at or

prior to the hearing thereon or to seek reimbursement of such expenses in connection with the next interim compensation period.

## Adjustment to Fees and Expenses

33.    Consistent with its own internal policies and to comply with the "reasonableness" requirements of section 330 of the Bankruptcy Code, Jones Day has reviewed the service descriptions and expense detail associated with the Compensation Period and has determined that certain fees should not be charged to the Debtors.  This Application reflects these adjustments.  The adjustments made by Jones Day result from, among other things:  (a) the reduction (or elimination) of fees where the time charged for the particular services exceeded the amount of time that, in Jones Day's estimation, it should have taken the lawyer or the paraprofessional to render the services; (b) the deletion of charges for duplicative or nonproductive services; and (c) other adjustments considered appropriate by Jones Day or required by applicable rules.

## The Requested Compensation Should Be Allowed

34.    Section 330(a)(1) of the Bankruptcy Code provides that the Court may award a professional person employed under section 327 or 1103 of the Bankruptcy Code:

> (A)    reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B)    reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).  Section 330(a)(3)(A) further provides the following standards for the Court's review of a fee application:

> In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—

1.      the time spent on such services;

2.      the rates charged for such services;

3.      whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

4.      whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

5.      with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

6.      whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A).

35.     Jones Day respectfully submits that it has satisfied the requirements for the allowance of the compensation and reimbursement of expenses sought herein.  The services described above were necessary to the administration of the Debtors' Chapter 11 Cases and were beneficial to the Debtors and parties in interest.  Jones Day's services were often performed in a minimum amount of time and commensurate with the complexity of the matters facing the Debtors.  Further, the compensation sought by Jones Day is reasonable because it is based on the customary compensation charged by comparably skilled practitioners outside of bankruptcy.

**Review by the Debtors**

36.     The Debtors and the U.S. Trustee have received copies of the Monthly Fee Statements filed in these Chapter 11 Cases and had the opportunity to review the invoices for the Compensation Period.

**Notice**

37.     Notice of this Application has been provided in accordance with procedures
set forth in the Interim Compensation Procedures Order and the *Second Amended Order
Establishing Certain Notice, Case Management, and Administrative Procedures* [ECF No. 498].
Jones Day respectfully submits that no other or further notice need be provided.

WHEREFORE, Jones Day respectfully requests that the Court enter an order: (i) approving this Application; (ii) allowing on an interim basis compensation in the amount of $735,002.54 for professional services rendered by Jones Day during the Compensation Period; (iii) allowing on an interim basis reimbursement of expenses of $40,243.35 incurred by Jones Day during the Compensation Period; (iv) authorizing and directing the Debtors to pay the approved fees and expenses to Jones Day; and (v) granting such other and further relief to Jones Day as is just and proper.

Dated:  July 15, 2020
       New York, New York

Respectfully submitted,

/s/ Anna Kordas
John J. Normile
Anna Kordas
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone: 212.326.3939
Facsimile:  212.755.7306
Email:     jnormile@jonesday.com
          akordas@jonesday.com

*Special Counsel to the Debtors*

## EXHIBIT A

**Certification of John J. Normile**

19-23649-shl    Doc 1406    Filed 07/15/20    Entered 07/15/20 19:10:46    Main Document
Pg 23 of 126

JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

## CERTIFICATION OF JOHN J. NORMILE

I, John J. Normile, hereby certify as follows:

1.    I am a partner in the law firm of Jones Day.  I submit this certification with respect to *Jones Day's Second Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from February 1, 2020 through May 31, 2020* (the "Application").[2]

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]    All capitalized terms used but not defined herein have the meanings given to them in the Application.

NAI-1513710207v1

2.      I make this certification in accordance with the Local Guidelines and the U.S. Trustee Guidelines.

3.      In connection therewith, I hereby certify that:

(a)      I have read the Application;

(b)      To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Local Guidelines and the U.S. Trustee Guidelines;

(c)      Except to the extent that fees or disbursements are prohibited by the Local Guidelines or the U.S. Trustee Guidelines, the disbursements sought are billed at rates customarily employed by Jones Day and generally accepted by Jones Day's clients;

(d)      The fees sought are billed at the rates lower than the rates customarily employed by Jones Day and generally accepted by Jones Day's clients as an accommodation to the Debtors and upon mutual agreement;

(e)      In providing a reimbursable service included in its expense reimbursement request, Jones Day does not make a profit on that service, whether the service is performed by Jones Day in-house or through a third party;

(f)      With respect to B.2 of the Local Guidelines, I certify that Jones Day has previously provided monthly statements of Jones Day's fees and disbursements in accordance with section B.2 of the Local Guidelines by filing and serving monthly statements in accordance with the Interim Compensation Procedures Order; and

(g)      With respect to section B.3 of the Local Guidelines, I certify that the Debtors and the U.S. Trustee have received copies of the Monthly Fee Statements filed in these Chapter 11 Cases.

<u>Statements by Jones Day Pursuant to Section C.5 of the U.S. Trustee Guidelines</u>

4.     The following statement is provided pursuant to section C.5 of the U.S. Trustee

Guidelines:

(a)     **Question:**  Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?

**Answer:**  Prior to the Petition Date, the Debtors and Jones Day agreed to a discounted fee arrangement. Jones Day and the Debtors agreed to maintain this discounted fee arrangement following the Petition Date.

(b)     **Question:**  If the fees sought in the fee application as compared to the fees budgeted for the time period covered by the fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Answer:**  The fees sought in this Application do not exceed the budget contemplated for each significant matter (to the extent agreed upon) during the Compensation Period discussed with and approved by the Debtors prior to the Petition Date, as shown on <u>Exhibit D</u> attached hereto.  For matters for which no budget was agreed upon, the work flow was not as predictable and hours expended were not susceptible to estimation.

(c)     **Question:**  Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Answer:**  No.

(d)     **Question:**  Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices other than reasonable fees for preparing fee applications?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.)  If so, please quantify by hours and fees.

**Answer:**  No.

(e)     **Question:**  Does the fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

**Answer:**  Yes, the application includes 4.6 hours ($2,723.10 in fees) spent on redacting privileged and confidential information from the time records.

(f)     **Question:**  If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did

your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

**Answer:**  This Application does not include any rate increases for Jones Day's professionals' fees implemented during this Compensation Period.

Dated:  July 15, 2020
        New York, New York

Respectfully submitted,

*/s/ John J. Normile*
John J. Normile
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone: 212.326.3939
Facsimile:  212.755.7306
Email:      jnormile@jonesday.com

*Special Counsel to the Debtors*

**<u>EXHIBIT B</u>**

**Summary of Professionals for Compensation Period**

## SUMMARY OF PROFESSIONALS/STAFF FOR COMPENSATION PERIOD

| NAME | YEAR OF ADMISSION | RATE[1] | EFFECTIVE RATE[2] | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Pablo D. Hendler | 1995 | $1,125.00 | $978.75 | 90.00 | $101,250.00 |
| Gasper J. LaRosa | 2002 | $1,075.00 | $935.25 | 3.00 | $3,225.00 |
| Dan T. Moss | 2007 | $1,000.00 | $870.00 | 0.60 | $645.00 |
| John J. Normile | 1989 | $1,225.00 | $1,065.75 | 257.10 | $314,947.50 |
| **TOTAL PARTNER:** | | | | **350.70** | **$420,067.50** |
| **OF COUNSEL** | | | | | |
| Olaf Benning | 1998 | $800.00 | $696.00 | 5.50 | $4,400.00 |
| Kelsey I. Nix | 1988 | $1,125.00 | $978.75 | 46.40 | $52,200.00 |
| **TOTAL OF COUNSEL:** | | | | **51.90** | **$56,600.00** |
| **ASSOCIATE** | | | | | |
| Anna Kordas | 2014 | $750.00 | $652.50 | 51.50 | $38,625.00 |
| Robert Latta | 2011 | $875.00 | $761.25 | 4.90 | $4,287.50 |
| Kevin V. McCarthy | 2016 | $605.00 | $526.35 | 322.60 | $195,173.00 |
| Adam M. Nicolais | 2017 | $550.00 | $478.50 | 81.70 | $44,935.00 |
| Furqaan Siddiqui | 2017 | $550.00 | $478.50 | 27.10 | $16,270.00 |
| **TOTAL ASSOCIATE:** | | | | **487.80** | **$299,290.50** |
| **STAFF ATTORNEY** | | | | | |
| Lynne Fischer | 1996 | $525.00 | $456.75 | 102.50 | $53,812.50 |
| **TOTAL STAFF ATTORNEY:** | | | | **102.50** | **$53,812.50** |
| **LEGAL SUPPORT STAFF** | | | | | |
| Monika Barrios | N/A | $300.00 | $261.00 | 1.00 | $300.00 |
| Jason Darensbourg | N/A | $325.00 | $282.75 | 22.50 | $7,312.50 |
| Steven T. Johnson | N/A | $375.00 | $326.25 | 12.80 | $4,800.00 |
| Kristina Horn | N/A | $400.00 | $348.00 | 5.00 | $2,000.00 |
| Martin Ihle | N/A | $350.00 | $304.50 | 1.50 | $525.00 |
| Marguerite Melvin | N/A | $375.00 | $326.25 | 0.70 | $262.50 |
| Maria P. Garcia | N/A | $175.00 | $152.25 | 0.40 | $70.00 |
| Brendan Y. Keenan | N/A | $250.00 | $217.50 | 0.90 | $225.00 |
| Alex J. Salemmo | N/A | $175.00 | $152.25 | 2.00 | $350.00 |
| Julie Harbay Spaulding | N/A | $250.00 | $217.50 | 2.50 | $625.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **49.30** | **$16,470.00** |
| **TOTAL:** | | | | **1,042.20** | **$846,240.50** |
| **AFTER 13% DISCOUNT:** | | | | | **$736,229.24** |
| **BILLABLE RATE ADJUSTMENT CREDIT:** | | | | | **($1,226.70)[3]** |
| **TOTAL:** | | | | | **$735,002.54** |

---

[1]  This rate reflects the agreed upon discounted fee arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2020, Jones Day used 2019 standard billable rates in calculating amounts due for legal services performed).

[2]  This rate reflects the effective billable rate after application of the thirteen percent (13%) discount.

[3]  Due to an internal error, the billable rates for two timekeepers (Dan Moss and Furqaan Siddiqui) were not adjusted to reflect prior year's rates. As a result, upon discovering the error, Jones Day issued a credit of $1,226.70 on the May invoice to reflect a rate adjustment for these two timekeepers.

## **EXHIBIT C**

**Summary of Disbursements and Expenses for Compensation Period**

NAI-1513710207v1

## SUMMARY OF DISBURSEMENTS AND EXPENSES
## FOR COMPENSATION PERIOD

| Expenses | Amount |
|---|---|
| Consultant Fees | $40,196.50 |
| Printing Charges | $(93.15) |
| Court Costs | $140.00 |
| **Total:** | **$40,243.35** |

**<u>EXHIBIT D</u>**

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND COMPLIANCE WITH THE BUDGET

| Matter | Hours Billed this Compensation Period | Fees Incurred this Compensation Period | Agreed Upon Budget for this Compensation Period |
|---|---|---|---|
| Collegium Pharmaceuticals | 338.80 | $264,487.50 | N/A |
| Intellipharmaceutics Corp. | 377.30 | $330,315.00 | $950,000.00 |
| Collegium 961 PGR | 4.60 | $4,725.00 | $35,000.00 |
| IPC II | 0.80 | $260.00 | $485,000.00 |
| Strategic Corporate Advice | 118.50 | $114,068.00 | N/A |
| Project Alpha | 8.50 | $10,412.50 | N/A |
| Retention Matters | 192.10 | $120,572.50 | N/A |
| Non-Adversarial Ex Parte Counseling | 1.60 | $1,400.00 | N/A |
| **Total:** | **1,042.20** | **$846,240.50** | **$1,470,000.00** |

## **EXHIBIT E**

**Time Detail for February 1, 2020 through May 31, 2020**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 30, 2020                                                     305158-600032

                                                                 Invoice: 33365592

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 29, 2020:

| | | |
|---|---|---|
| Non-Adversarial Ex Parte Counseling | USD | 350.00 |
| Less 13% Fee Discount | | (45.50) |
| | USD | 304.50 |
| **TOTAL** | **USD** | **304.50** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name: Jones Day               Account Name: Jones Day
Account No: 37026407                  Account No: 37026407
ABA No: 021000089                     ABA No: 021000089
                                      Swift Code: CITIUS33

PLEASE REFERENCE 305158-600032/33365592 WITH YOUR PAYMENT

**JONES DAY**

305158-600032                                                          Page 2
                                                                  March 30, 2020
Non-Adversarial Ex Parte Counseling                       Invoice:  33365592

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| ASSOCIATE | | | |
| R T LATTA | 0.40 | 875.00 | 350.00 |
| **TOTAL** | **0.40** | **USD** | **350.00** |

**JONES DAY**

305158-600032

Page 3

March 30, 2020

Non-Adversarial Ex Parte Counseling

Invoice:  33365592

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/20/20 | R T LATTA | 0.40 |
| | Review revisions to Common Interest Agreement; provide comments on same to J. Normile. | |
| **TOTAL** | | **0.40** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 30, 2020                                                             305158-610005

                                                                    Invoice: 33365599

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 29, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 13,437.50 |
| Less 13% Fee Discount | | (1,746.87) |
| | USD | 11,690.63 |
| **TOTAL** | **USD** | **11,690.63** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610005/33365599 WITH YOUR PAYMENT

**JONES DAY**

305158-610005

Page 2

March 30, 2020

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice:  33365599

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 6.70 | 1,125.00 | 7,537.50 |
| J J NORMILE | 1.50 | 1,225.00 | 1,837.50 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 6.50 | 605.00 | 3,932.50 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 0.40 | 325.00 | 130.00 |
| **TOTAL** | **15.10** | **USD** | **13,437.50** |

JONES DAY

305158-610005                                                                    Page 3
                                                                          March 30, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice:  33365599

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

02/03/20    **P D HENDLER**                                          0.30
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding
status of matter and strategy going forward.

02/05/20    **P D HENDLER**                                          0.50
Respond to request of client (B. Koch) regarding ██████████████████████████████

02/06/20    **J J DARENSBOURG**                                      0.40
Manage documents relating to ████████████████████ for review by K McCarthy and P
Hendler.

02/06/20    **P D HENDLER**                                          0.50
███████████████████████████████████ (.30); confer with associate (K.
McCarthy) and paralegal (J. Darensbourg) regarding same (.20).

02/06/20    **K MCCARTHY**                                           0.80
Review/analyze ████████████████ (.50); communicate internally with P. Hendler, with client B.
Koch, and with expert regarding same (.30).

02/13/20    **J J NORMILE**                                          1.50
Review and revision of memorandum regarding ████████████████ .

02/23/20    **K MCCARTHY**                                           1.50
Review/analyze ████████████████████████ (1.00);
communicate internally with P. Hendler ████████████ (.50).

02/24/20    **P D HENDLER**                                          2.00
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding
matter and strategy regarding same (.40); consider strategy ████████████ (1.00); teleconference
with client (B. Koch) regarding same (.60).

02/24/20    **K MCCARTHY**                                           0.90
Call with client (B. Koch) re: Project Alpha issues (.60); communicate internally with P. Hendler re: matter
(.30).

02/25/20    **P D HENDLER**                                          1.40
████████████████████████████████████████████████████████

02/26/20    **P D HENDLER**                                          2.00
Preparation for, participation in and attention to teleconference with client (including P. Strassburger)
regarding ████████████████████████████

02/27/20    **K MCCARTHY**                                           0.70
Review/analyze Protective Order regarding ████████████████████ and
communicate internally and with the client (B. Koch) regarding same (.40); draft/revise preliminary
████████████ (.30).

02/28/20    **K MCCARTHY**                                           0.60
Communicate with client B. Koch ████████████████████████████ (.30);
draft/revise ████████████████████ (.30).

02/29/20    **K MCCARTHY**                                           2.00
Draft/revise ████████████████████ and review produced documents ████████
████ regarding same (1.00); perform legal research ████████████ (1.00).

**TOTAL**                                                           **15.10**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 30, 2020                                          305158-610022

                                                        Invoice: 33365649

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 29, 2020:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 4,725.00 |
| Less 13% Fee Discount | | (614.25) |
| | USD | 4,110.75 |
| **TOTAL** | **USD** | **4,110.75** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610022/33365649 WITH YOUR PAYMENT

**JONES DAY**

305158-610022

Page 2
March 30, 2020
Collegium 961 PGR

Invoice:  33365649

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 2.20 | 1,125.00 | 2,475.00 |
| G J LAROSA | 2.00 | 1,075.00 | 2,150.00 |
| STAFF |  |  |  |
| B Y KEENAN | 0.40 | 250.00 | 100.00 |
| **TOTAL** | **4.60** | **USD** | **4,725.00** |

JONES DAY

305158-610022                                                              Page 3
                                                                    March 30, 2020
Collegium 961 PGR                                           Invoice:  33365649

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/24/20 | P D HENDLER | 0.50 |

Review order regarding upcoming conference with Board, communications regarding same.

| 02/24/20 | G J LAROSA | 0.50 |

Communicate with P.Hendler regarding status conference requested by the Board.

| 02/25/20 | P D HENDLER | 1.20 |

Review order regarding upcoming conference with Board (.70); communications with client (B. Koch) and Davis Polk regarding same (.50).

| 02/25/20 | G J LAROSA | 0.50 |

Communicate with J. Holdreith (Robins Kaplan) regarding PTAB status conference.

| 02/26/20 | P D HENDLER | 0.50 |

Preparation for, participation in and attention to conference with Board regarding status of bankruptcy.

| 02/26/20 | G J LAROSA | 1.00 |

Communicate with P. Hendler and with the Board regarding status of automatic stay and impact on PGR proceedings (.50); attention to related legal research (.50).

| 02/27/20 | B Y KEENAN | 0.40 |

█████████████████████████████████████████████████

**TOTAL**                                                                   **4.60**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 30, 2020                                                   305158-610027

                                                          Invoice: 33365650

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 29, 2020:

| | | |
|---|---|---:|
| Project Alpha | USD | 10,412.50 |
| Less 13% Fee Discount | | (1,353.62) |
| | USD | 9,058.88 |
| **TOTAL** | **USD** | **9,058.88** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610027/33365650 WITH YOUR PAYMENT

**JONES DAY**

305158-610027

Project Alpha

Page 2
March 30, 2020
Invoice: 33365650

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 8.50 | 1,225.00 | 10,412.50 |
| **TOTAL** | **8.50** | **USD** | **10,412.50** |

**JONES DAY**

305158-610027

Project Alpha

Page 3
March 30, 2020
Invoice:  33365650

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/20/20 | J J NORMILE | 2.00 |
| | Review of various background materials regarding potential damages. | |
| 02/21/20 | J J NORMILE | 1.50 |
| | Review of various background materials regarding potential damages. | |
| 02/24/20 | J J NORMILE | 1.50 |
| | Correspondence from P. Strassburger regarding calculation of damages and upcoming conference regarding same including review of background materials. | |
| 02/25/20 | J J NORMILE | 1.50 |
| | Review various materials forwarded by B. Koch including Rosen declaration and various spreadsheets. | |
| 02/26/20 | J J NORMILE | 2.00 |
| | Preparation for and participation in teleconference with P. Strassburger, B. Koch and R. Kreppel regarding calculation of damages. | |
| **TOTAL** | | **8.50** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 30, 2020                                                     305158-610013

                                                              Invoice: 33365655

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 29, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 50,968.00 |
| Less 13% Fee Discount | | (6,625.84) |
| | USD | 44,342.16 |

### DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Consultants and Agents Fees | 2,265.25 | |
| | | 2,265.25 |
| **TOTAL** | **USD** | **46,607.41** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610013/33365655 WITH YOUR PAYMENT

**JONES DAY**

305158-610013                                                          Page 2
                                                                March 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.         Invoice:  33365655

TIMEKEEPER DETAIL SCHEDULE

|                    | Hours | Rate     | Amount    |
|--------------------|-------|----------|-----------|
| PARTNER            |       |          |           |
| P D HENDLER        | 8.90  | 1,125.00 | 10,012.50 |
| J J NORMILE        | 20.00 | 1,225.00 | 24,500.00 |
| OF COUNSEL         |       |          |           |
| K I NIX            | 4.40  | 1,125.00 | 4,950.00  |
| ASSOCIATE          |       |          |           |
| K MCCARTHY         | 13.60 | 605.00   | 8,228.00  |
| A M NICOLAIS       | 1.60  | 550.00   | 880.00    |
| PARALEGAL          |       |          |           |
| J J DARENSBOURG    | 6.80  | 325.00   | 2,210.00  |
| S T JOHNSON        | 0.50  | 375.00   | 187.50    |
| **TOTAL**          | 55.80 | USD      | 50,968.00 |

JONES DAY

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/03/20 | P D HENDLER | 0.30 |

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter and strategy going forward.

| 02/03/20 | K MCCARTHY | 0.80 |
|---|---|---|

Participate in weekly client call with J. Normile (0.30); draft/revise memorandum of law regarding potential dismissal of pending litigations and discuss internally with J. Normile and A. Nicolais (0.50).

| 02/04/20 | K MCCARTHY | 2.00 |
|---|---|---|

Perform legal research regarding ▮▮▮▮▮▮▮▮▮ (1.00); draft/revise memoranda of law regarding ▮▮▮▮▮▮▮ (.50); discuss memoranda internally with J. Normile, P. Hendler, and A. Nicolais (.50).

| 02/04/20 | A M NICOLAIS | 1.60 |
|---|---|---|

Meeting with K. McCarthy ▮▮▮▮▮▮▮▮ memo (.30); edits/revisions to same (1.30).

| 02/05/20 | P D HENDLER | 0.50 |
|---|---|---|

Respond to request of client (P. Strassburger) regarding ▮▮▮▮▮▮▮, and teleconference with client regarding same.

| 02/06/20 | J J DARENSBOURG | 4.00 |
|---|---|---|

Manage/research ▮▮▮▮▮▮▮▮ documents for review by K McCarthy and P Hendler.

| 02/06/20 | K MCCARTHY | 1.00 |
|---|---|---|

Review/analyze ▮▮▮▮▮▮▮ and communicate internally with P. Hendler regarding same in response to client P. Strassburger research requests.

| 02/06/20 | J J NORMILE | 0.50 |
|---|---|---|

Preparation for and participation in teleconference with P. Strassburger regarding the status of ▮▮▮▮▮.

| 02/07/20 | J J DARENSBOURG | 0.30 |
|---|---|---|

Manage/research ▮▮▮▮▮▮▮▮ documents for review by K McCarthy and P Hendler.

| 02/10/20 | J J DARENSBOURG | 1.10 |
|---|---|---|

Manage/research ▮▮▮▮▮▮▮▮ documents for review by K McCarthy and P Hendler.

| 02/10/20 | K MCCARTHY | 0.70 |
|---|---|---|

Finalize legal memoranda and communicate internally with J. Normile regarding same (.20); review/analyze ▮▮▮▮▮▮▮▮▮ and communicate internally with P. Hendler regarding same in response to client P. Strassburger research requests (.50).

| 02/11/20 | J J DARENSBOURG | 1.40 |
|---|---|---|

Manage/research ▮▮▮▮▮▮▮ documents for review by K McCarthy, P Hendler, and client (P Strassburger, R Inz, and J Giordano, and D Igo).

| 02/14/20 | K MCCARTHY | 0.20 |
|---|---|---|

Draft/revise Purdue litigation status updates.

| 02/14/20 | J J NORMILE | 2.50 |
|---|---|---|

Preparation for and participation in status teleconference with B. Koch, R. Inz, R. Silbert, R. Kreppel and K. McCarthy (1.00); review background materials relating to ▮▮▮▮▮▮▮▮▮▮▮ (1.50).

| 02/17/20 | J J NORMILE | 2.00 |
|---|---|---|

Continued review of relevant materials relating ▮▮▮▮▮▮▮▮▮▮▮.

JONES DAY

305158-610013                                                                    Page 4
                                                                          March 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.           Invoice:  33365655

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

02/18/20    K MCCARTHY                                                    0.70
Participate in weekly client teleconference regarding litigation status updates.

02/18/20    J J NORMILE                                                   2.00
Preparation for and participation in weekly team teleconference with B. Koch, R. Inz, R. Silbert, R.
Kreppel, P. Hendler and K. McCarthy (1.50); review materials regarding Mylan compliance with settlement
terms (.50).

02/19/20    J J NORMILE                                                   2.00
Consider various issues relating to status ████████████████████████████
██████████████ including review of background materials (1.00); office conferences with P.
Hendler and K. McCarthy regarding same (1.00).

02/20/20    K MCCARTHY                                                    1.00
Draft/revise letter to court re: 30-month stay expiration date and communicate internally with J. Normile
and A. Nicolais re: same.

02/20/20    J J NORMILE                                                   1.50
Preparation for and participation in teleconference with P. Strassburger regarding status of proceedings and
discussions ████████.

02/23/20    K MCCARTHY                                                    3.40
Draft/revise letter to court re: 30-month stay expiration date and communicate internally with J. Normile
and A. Nicolais re: same.

02/23/20    J J NORMILE                                                   3.00
Review correspondence from P. Strassburger regarding ██████████████████████ (1.50);
review and revise draft letter to Judge Andrews regarding expiration of 30-month stay and related
background materials (1.50).

02/24/20    P D HENDLER                                                   2.60
Draft letter to the court regarding 30 month stay (1.60); correspondence with ██████ regarding same
(.50); communications with client (B. Koch) regarding same (.50).

02/24/20    K MCCARTHY                                                    2.30
Draft/revise Purdue weekly litigation status updates and communicate internally re: same (.20); draft/revise
letter to Judge Andrews re: 30-month stay expiration date and communicate internally and with local
counsel re: same (1.50); draft/revise email to opposing counsel re: expiration of the 30-month stay and
communicate internally re: same (.20); weekly client teleconference re: litigation status updates (.40).

02/24/20    K I NIX                                                       0.70
Review/ revise draft joint status report.

02/24/20    J J NORMILE                                                   4.00
Preparation for and participation in team status teleconference with P. Strassburger, R. Kreppel, B. Koch,
R. Inz, R. Silbert, P. Hendler and K. McCarthy (1.50); various office and teleconferences with R. Smith
(local counsel), P. Hendler, K. McCarthy and client regarding draft letter to Judge Andrews (2.50).

02/25/20    P D HENDLER                                                   1.60
Draft stipulation regarding 30 month stay and communications regarding same.

02/25/20    K I NIX                                                       0.40
Research regarding expiration of stay and proposed "no launch" date, considered emails with opposing
counsel regarding same.

02/25/20    J J NORMILE                                                   1.50
Review various correspondence regarding ████████████████ and P. Hendler and related background
materials.

02/26/20    P D HENDLER                                                   1.00
Consideration of strategy regarding 30-month stay and draft stipulation regarding same.

**JONES DAY**

305158-610013                                                                         Page 5

                                                                                    March 30, 2020

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                    Invoice:  33365655

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

02/26/20    K MCCARTHY                                                           0.50
Draft/revise stipulation and proposed order regarding ████████████ and communicate
internally and with client re: same.

02/27/20    P D HENDLER                                                           1.70
Revise stipulation regarding 30-month stay (1.00); communications with client and opposing counsel
regarding same (.70).

02/27/20    S T JOHNSON                                                           0.50
Review and format key recent correspondence reflecting disputes with opposing counsel for reference by
attorneys.

02/27/20    K MCCARTHY                                                           1.00
Draft/revise stipulation and proposed order and communicate with P. Hendler, B. Koch and co-counsel
regarding same (.60); read and respond to opposing counsel emails regarding stipulation (.40).

02/27/20    K I NIX                                                               0.30
Reviewed draft stipulation regarding commercial launch and correspondence with opposing counsel.

02/28/20    P D HENDLER                                                           1.20
Finalize stipulation regarding 30-month stay.

02/28/20    K I NIX                                                               3.00
Reviewed revised stipulation regarding launch date (2.00); reviewed correspondence between counsel (P.
Hendler and Y. Tang) regarding same (1.00).

02/28/20    J J NORMILE                                                           1.00
Review numerous emails from P. Hendler, Y. Tang, et al. relating to proposed stipulation regarding 30-
month stay.

**TOTAL**                                                                        **55.80**

**JONES DAY**

305158-610013                                                          Page 6
                                                                March 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.          Invoice:  33365655

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|----------------|----------|--------|-------|

**CONSULTANTS FEES**

| 02/18/20 | NYC ACCOUNTING | NYC | 2,265.25 | |

Experts fees - RICHARD O MANNION for professional services rendered - January 2020.

| | **Consultants fees Subtotal** | | | **2,265.25** |
| | **TOTAL** | | **USD** | **2,265.25** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 30, 2020                                                          305158-640002

                                                                Invoice: 33365675

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 29, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 14,937.50 |
| Less 13% Fee Discount | | (1,941.87) |
| | USD | 12,995.63 |
| **TOTAL** | **USD** | **12,995.63** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33365675 WITH YOUR PAYMENT

**JONES DAY**

305158-640002                                                    Page 2
                                                              March 30, 2020
Strategic Corporate Advice                          Invoice:  33365675

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| G J LAROSA | 1.00 | 1,075.00 | 1,075.00 |
| J J NORMILE | 9.00 | 1,225.00 | 11,025.00 |
| OF COUNSEL | | | |
| O BENNING | 1.50 | 800.00 | 1,200.00 |
| ASSOCIATE | | | |
| K MCCARTHY | 2.50 | 605.00 | 1,512.50 |
| STAFF | | | |
| B Y KEENAN | 0.50 | 250.00 | 125.00 |
| **TOTAL** | **14.50** | **USD** | **14,937.50** |

JONES DAY

305158-640002                                                                                        Page 3
                                                                                          March 30, 2020
Strategic Corporate Advice                                                    Invoice:  33365675


SERVICES DETAIL SCHEDULE

*Date of Service*       *Timekeeper Name*                                          *Hours*

02/02/20        J J NORMILE                                                        1.00
        Review of revised draft amendment to various OxyContin license agreements provided by R. Geise and
        review of related background materials.

02/05/20        J J NORMILE                                                        2.50
        Review and revision of final drafts of various memos relating to outstanding OxyContin license agreements
        (2.0); various teleconferences with R. Silbert and P. Strassburger regarding various deponents (.50).

02/10/20        J J NORMILE                                                        1.00
        Review of various emails regarding modification of certain OxyContin license agreements.

02/11/20        O BENNING                                                          1.50
        E-mail correspondence with P. Strassburger (Purdue Pharma L.P.) and K. McCarthy on reporting to
        CellAct Pharma GmbH (.50); legal analysis regarding same (.50); meeting with T. Mahlich on reporting to
        CellAct Pharma GmbH (.50).

02/11/20        J J NORMILE                                                        1.00
        Review various correspondence from K. McCarthy, O. Benning and P. Strassburger regarding transfer of
        information to Mundipharma.

02/22/20        J J NORMILE                                                        1.50
        Review correspondence from P. Strassburger regarding EDO issues and prepare to forward materials to B.
        Chen.

02/23/20        K MCCARTHY                                                         0.50
        Review/analyze Mundipharma EDO documents re: Toni and Tino IP assets and communicate internally
        with J. Normile re: same.

02/24/20        B Y KEENAN                                                         0.50
        Research active cases involving Mylan and 22 patents for K. McCarthy.

02/24/20        K MCCARTHY                                                         0.20
        Send EDO materials to Davis Polk and Purdue at Phil Strassburger's request (0.20).

02/26/20        G J LAROSA                                                         0.50
        Review/analyze Oncology presentation materials and conferred with team regarding same.

02/27/20        G J LAROSA                                                         0.50
        Communicate with K. McCarthy and J. Normile regarding Oncology disclosures and related Board Call.

02/27/20        K MCCARTHY                                                         1.80
        Review Purdue draft board presentation and communicate internally with G. LaRosa and B. Koch
        regarding same.

02/28/20        J J NORMILE                                                        2.00
        Review relevant materials forwarded by client relating to EDO and HRT matters and related emails.

        **TOTAL**                                                                  **14.50**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 30, 2020                                             305158-999007

                                                    Invoice: 33365681

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 29, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 4,650.00 |
| Less 13% Fee Discount | | (604.50) |
| | USD | 4,045.50 |
| **TOTAL** | **USD** | **4,045.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33365681 WITH YOUR PAYMENT

**JONES DAY**

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| ASSOCIATE |  |  |  |
| A KORDAS | 2.70 | 750.00 | 2,025.00 |
| F SIDDIQUI | 3.60 | 625.00 | 2,250.00 |
| PARALEGAL |  |  |  |
| M T BARRIOS | 1.00 | 300.00 | 300.00 |
| M M MELVIN | 0.20 | 375.00 | 75.00 |
| **TOTAL** | **7.50** | **USD** | **4,650.00** |

**JONES DAY**

305158-999007                                                                                   Page 3
                                                                                          March 30, 2020
Retention Matters                                                              Invoice:  33365681

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/03/20 | M M MELVIN | 0.20 |

Review and e-file an Affidavit of Service regarding service of Jones Day's first monthly fee statement.

| 02/06/20 | M T BARRIOS | 0.30 |

File second monthly fee statement and coordinate e-mail service of same.

| 02/06/20 | A KORDAS | 1.10 |

Finalize second monthly fee statement and coordinate filing and service of same (1.00); correspond with J. Normile regarding matter (.10).

| 02/07/20 | M T BARRIOS | 0.70 |

Coordinate hard copy service (.30); draft affidavit of service and circulate same (.20); file affidavit of service and circulate same to team (.20).

| 02/19/20 | A KORDAS | 1.60 |

Draft/revise monthly fee statement (1.10); confer with F. Siddiqui regarding fee application and upcoming deadlines (.50).

| 02/28/20 | F SIDDIQUI | 3.60 |

Draft first interim fee application.

**TOTAL**                                                                                   **7.50**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

May 5, 2020                                                    305158-600032

                                                            Invoice: 33377541

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2020:

| | | |
|---|---|---|
| Non-Adversarial Ex Parte Counseling | USD | 1,050.00 |
| Less 13% Fee Discount | | (136.50) |
| | USD | 913.50 |
| **TOTAL** | **USD** | **913.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-600032/33377541 WITH YOUR PAYMENT

**JONES DAY**

305158-600032                                                                                  Page 2

                                                                                               May 5, 2020

Non-Adversarial Ex Parte Counseling                                    Invoice:  33377541

TIMEKEEPER DETAIL SCHEDULE

|                | Hours | Rate | Amount |
|----------------|-------|------|--------|
| ASSOCIATE      |       |      |        |
| R T LATTA      | 1.20  | 875.00 | 1,050.00 |
| **TOTAL**      | **1.20** | **USD** | **1,050.00** |

JONES DAY

305158-600032

Non-Adversarial Ex Parte Counseling

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/06/20 | R T LATTA | 0.40 |
| | Finalize ▮▮▮▮▮▮ and send to J. Normile. | |
| 03/30/20 | R T LATTA | 0.80 |
| | Confirm case law ▮▮▮▮▮ and prepare response for J. Normile to forward to client. | |
| **TOTAL** | | **1.20** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

May 5, 2020                                                                     305158-610005

Invoice: 33377545

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 63,399.00 |
| Less 13% Fee Discount | | (8,241.87) |
| | USD | 55,157.13 |
| **TOTAL** | **USD** | **55,157.13** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610005/33377545 WITH YOUR PAYMENT

**JONES DAY**

305158-610005                                                                                    Page 2
                                                                                            May 5, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                        Invoice:  33377545

TIMEKEEPER DETAIL SCHEDULE

|                | Hours | Rate     | Amount    |
|----------------|-------|----------|-----------|
| PARTNER        |       |          |           |
| P D HENDLER    | 12.30 | 1,125.00 | 13,837.50 |
| J J NORMILE    | 6.50  | 1,225.00 | 7,962.50  |
| OF COUNSEL     |       |          |           |
| K I NIX        | 7.20  | 1,125.00 | 8,100.00  |
| ASSOCIATE      |       |          |           |
| K MCCARTHY     | 54.80 | 605.00   | 33,154.00 |
| A M NICOLAIS   | 0.50  | 550.00   | 275.00    |
| STAFF          |       |          |           |
| M P GARCIA     | 0.40  | 175.00   | 70.00     |
| **TOTAL**      | **81.70** | **USD** | **63,399.00** |

JONES DAY

305158-610005                                                                    Page 3
                                                                          May 5, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals            Invoice:  33377545

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 03/02/20 | P D HENDLER | 1.20 |

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter (.40); consideration of patents (.80).

| 03/02/20 | K MCCARTHY | 0.60 |

Participate in weekly client call re: litigation status updates (.30); participate in client call re: case strategy (.30).

| 03/03/20 | K MCCARTHY | 0.40 |

Review/analyze produced documents and communicate internally with P. Hendler re: same.

| 03/04/20 | P D HENDLER | 2.40 |

Analyze patents and infringement contentions.

| 03/04/20 | K MCCARTHY | 6.40 |

Review/analyze produced documents (4.00); draft/revise internal summary of same (1.00); communicate with P. Hendler and with client B. Koch re: same (.40); perform legal research re: same (1.00).

| 03/04/20 | K I NIX | 1.00 |

Conferred with J. Normile regarding preparing damages summary and worked on same.

| 03/05/20 | K MCCARTHY | 3.30 |

Review/analyze produced documents (2.00); draft/revise internal summary of same (1.30).

| 03/05/20 | K I NIX | 1.80 |

Draft damages summary for client.

| 03/05/20 | J J NORMILE | 1.00 |

Review of litigation outline prepared by K. Nix.

| 03/06/20 | K MCCARTHY | 3.70 |

Review/analyze produced documents (2.00); draft/revise internal summary of same (1.00); communicate with J. Normile and P. Hendler re: same (.20); perform related legal research re: same (.50).

| 03/06/20 | K I NIX | 0.50 |

Studied asserted patents and ███████████████ .

| 03/09/20 | P D HENDLER | 0.80 |

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter (.30); attention to consideration of patents and infringement contentions (.50).

| 03/09/20 | K MCCARTHY | 4.10 |

Review/analyze produced documents (2.00); draft/revise internal summary of same (1.00) communicate with P.Hendler and client B. Koch re: same (.70); perform related follow-up legal research re: same (.40).

| 03/09/20 | K I NIX | 2.00 |

Continue drafting damages summary for client.

| 03/10/20 | K MCCARTHY | 2.00 |

Review/analyze produced documents (1.50); draft/revise patent analysis re: same (.50).

| 03/10/20 | K I NIX | 1.20 |

Conferred with J. Normile regarding damages outline for client (.50); revised same (.70).

| 03/10/20 | J J NORMILE | 1.50 |

Review of summary report relating to case strategy issues (1.00); related teleconference with K. Nix (.50).

| 03/11/20 | K MCCARTHY | 0.50 |

Review/analyze produced documents, draft/revise internal summaries of same.

**JONES DAY**

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 4
May 5, 2020
Invoice:  33377545

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/12/20 | K MCCARTHY | 0.40 |

Review/analyze produced documents, draft/revise internal summaries of same.

| 03/13/20 | K MCCARTHY | 0.70 |

Review/analyze produced documents and draft/revise internal patent analysis re: same.

| 03/13/20 | J J NORMILE | 1.00 |

Preparation for and participation in teleconference with P. Strassburger, B. Koch, M. Ronning and B. Shenk regarding status of various market dynamics.

| 03/16/20 | P D HENDLER | 0.80 |

Preparation for, participation in and attention to teleconference with client (including P. Strassburger) regarding status of matter (.3)0; preparation for, participation in and attention to teleconference with client (B. Koch) regarding ███████████████████████ (.50).

| 03/16/20 | K MCCARTHY | 0.80 |

Review/analyze produced documents, draft/revise internal summaries of same, and communicate internally and with client re: same.

| 03/16/20 | J J NORMILE | 1.00 |

Various office and teleconferences regarding status of proceedings and strategic matters going forward.

| 03/17/20 | P D HENDLER | 1.20 |

Consideration of infringement contentions and status of matter (1.00); confer with K. McCarthy regarding same (.20).

| 03/17/20 | K MCCARTHY | 0.90 |

Review/analyze produced documents (.50) draft/revise internal patent analysis re: same (.20); communicate with P. Hendler re: same (.20).

| 03/17/20 | K I NIX | 0.30 |

Reviewed order regarding ██████████████████████████.

| 03/18/20 | K MCCARTHY | 0.90 |

████████████████.

| 03/19/20 | K MCCARTHY | 4.00 |

████████████ (3.00) and perform legal research ██████████████ (1.00).

| 03/20/20 | K MCCARTHY | 3.50 |

████████████ (1.50) and perform legal research ██████████████ (2.00).

| 03/21/20 | K MCCARTHY | 4.40 |

████████████ (3.00) and perform legal research ██████████████ (1.40).

| 03/22/20 | K MCCARTHY | 3.40 |

███████████ (1.40) and ███████████ (2.00).

| 03/23/20 | M P GARCIA | 0.40 |

Research to obtain copy of terminal disclaimers, and obtain expiration date of patents, for K. McCarthy (NY).

| 03/23/20 | P D HENDLER | 1.90 |

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter (.40); analyze patents and infringement contentions (1.20); confer with K. McCarthy regarding same (.30).

| 03/23/20 | K MCCARTHY | 2.60 |

Review/analyze produced documents (1.80); draft/revise internal summary of same(.80).

**JONES DAY**

305158-610005                                                                                              Page 5

May 5, 2020

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                    Invoice:  33377545

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/24/20 | P D HENDLER | 1.30 |
| | Draft/revise patent analysis. | |
| 03/24/20 | K MCCARTHY | 2.70 |
| | Draft/revise internal patent analysis (1.50); perform legal research re: same (.80); communicate internally with P. Hendler re: same (.40). | |
| 03/24/20 | K I NIX | 0.40 |
| | Conferred with J. Normile and P. Hendler regarding motion to lift stay. | |
| 03/24/20 | J J NORMILE | 2.00 |
| | Review of various patent documents and correspondence relating to Purdue and Grunenthal patent portfolios and related communications and summaries from P. Hendler and K. McCarthy. | |
| 03/25/20 | P D HENDLER | 1.00 |
| | Draft/revise patent analysis (.50); teleconference with client (B. Koch) regarding same (.50). | |
| 03/26/20 | K MCCARTHY | 1.50 |
| | ███████ (1.00); communicate internally with J. Normile and P. Hendler re: same (.50). | |
| 03/27/20 | K MCCARTHY | 2.50 |
| | ████████████████████ | |
| 03/30/20 | P D HENDLER | 1.70 |
| | Attention to status of matter (1.00); communication with K. McCarthy regarding same (.70). | |
| 03/30/20 | K MCCARTHY | 1.00 |
| | Attention to status of matter (.50) and communicate internally with P. Hendler re: same (.50). | |
| 03/31/20 | K MCCARTHY | 4.50 |
| | ████████████████████ perform legal research in support of same (1.00). | |
| 03/31/20 | A M NICOLAIS | 0.50 |
| | ████████████████████ | |

**TOTAL**                                                                                  **81.70**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

May 5, 2020                                                        305158-610013

                                                                                Invoice: 33377551

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2020:

| | | |
|---|---|---:|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 114,824.50 |
| Less 13% Fee Discount | | (14,927.18) |
| | USD | 99,897.32 |
| **TOTAL** | **USD** | **99,897.32** |

Please remit payment to:

**ACH Transfer (preferred)**            **Wire Transfer**
Citibank, N.A.                                   Citibank, N.A.
New York, NY                                    New York, NY
Account Name: Jones Day                Account Name: Jones Day
Account No: 37026407                     Account No: 37026407
ABA No: 021000089                          ABA No: 021000089
                                                          Swift Code: CITIUS33

PLEASE REFERENCE 305158-610013/33377551 WITH YOUR PAYMENT

305158-610013                                                              Page 2
                                                                     May 5, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.        Invoice:  33377551

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 23.80 | 1,125.00 | 26,775.00 |
| J J NORMILE | 38.40 | 1,225.00 | 47,040.00 |
| OF COUNSEL |  |  |  |
| K I NIX | 4.20 | 1,125.00 | 4,725.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 39.40 | 605.00 | 23,837.00 |
| A M NICOLAIS | 14.10 | 550.00 | 7,755.00 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 0.40 | 325.00 | 130.00 |
| S T JOHNSON | 11.10 | 375.00 | 4,162.50 |
| LEGAL SUPPORT |  |  |  |
| K HORN | 1.00 | 400.00 | 400.00 |
| **TOTAL** | **132.40** | **USD** | **114,824.50** |

JONES DAY

305158-610013                                                              Page 3
                                                                      May 5, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.        Invoice:  33377551


SERVICES DETAIL SCHEDULE

*Date of Service*      *Timekeeper Name*                              *Hours*

03/02/20        P D HENDLER                                          4.40
        Preparation for, participation in teleconference with client (including B. Koch) regarding status of matter
        (.40); draft/revise joint status letter (3.00); confer with J. Normile regarding same (.20); research regarding
        IPC (.60); attention to Court orders (.20).

03/02/20        S T JOHNSON                                          0.70
        Review and format recent pleadings and case correspondence for reference by attorneys in planning
        strategy for ongoing disputes with opposing counsel.

03/02/20        K MCCARTHY                                           0.50
        Draft/revise Purdue weekly litigation status updates (.10); review IPC's recent public financial disclosures
        (.40).

03/02/20        K I NIX                                              1.00
        Reviewed court orders regarding stipulated launch date (.50); studied IPC 2019 fiscal results (.50).

03/02/20        J J NORMILE                                          1.20
        Preparation for and participation in weekly team teleconference with B. Koch, R. Inz, R. Silbert, R.
        Kreppel, P. Hendler and K. McCarthy and review of background materials (1.00); review of Judge Andrews'
        Order regarding 30-month stay (.20).

03/03/20        P D HENDLER                                          2.70
        Research for and preparation of draft joint status report.

03/03/20        K MCCARTHY                                           0.20
        Review documents re: IPC's January 15, 2020 AdComm meeting for upcoming joint status letter to Court.

03/03/20        A M NICOLAIS                                         1.50
        Reviewing AdComm materials and press releases for joint status letter update (1.00); drafting summary
        regarding same (.50).

03/04/20        P D HENDLER                                          1.50
        Draft/revise status report to the court.

03/04/20        K HORN                                               0.50
        Search for submission with respect to reformulation and stay of proceedings per P. Hendler.

03/04/20        K MCCARTHY                                           0.40
        Draft/revise joint status report.

03/04/20        J J NORMILE                                          2.00
        Review and revise draft Joint Status Report and various emails from P. Hendler and section from DPW
        (1.00); review various materials from IPC 1/15/20 AdComm meeting regarding same (1.00).

03/05/20        S T JOHNSON                                          0.50
        Select and format exhibits to be attached to and filed with pleadings at court.

03/05/20        K MCCARTHY                                           2.90
        Draft/revise joint status report (2.50); communicate internally with P.Hendler re: same (.40).

03/05/20        J J NORMILE                                          2.50
        Review and revise draft Joint Status Reports and various emails from P. Hendler and section from DPW
        (1.00); review various materials from IPC 1/15/20 AdComm meeting regarding same (1.00); review various
        emails from P. Hendler and K. McCarthy regarding same (.50).

03/06/20        P D HENDLER                                          0.70
        Draft status report and comments from client regarding same.

03/06/20        S T JOHNSON                                          0.50
        Format Exhibits to be submitted to Judge with Joint Status Report.

JONES DAY

305158-610013                                                                    Page 4
                                                                              May 5, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.            Invoice:  33377551


*Date of Service*        *Timekeeper Name*                              *Hours*

03/06/20        K MCCARTHY                                      2.30
        Draft/revise joint status report (2.00) and communicate with client re: same (.30).

03/06/20        J J NORMILE                                    2.00
        Prepare Purdue's portion of Joint Status Report including various comments from B. Koch, R. Inz and P. Strassburger.

03/09/20        P D HENDLER                                    0.70
        Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter (.30); draft status report and comments from client (.40).

03/09/20        K MCCARTHY                                      2.90
        Draft/revise joint status report (2.00) and communicate internally with J. Normile and P.Hendler re: same (.40); participate in client teleconference re: weekly litigation status updates (.50).

03/09/20        J J NORMILE                                    2.50
        Review and revision of Purdue portion of Joint Status Report including various background materials and comments from R. Kreppel, B. Koch and R. Inz regarding same (1.50); preparation for and participation in weekly team teleconference with P. Strassburger, B. Koch, R. Silbert, R. Inz, R. Kreppel, P. Hendler and K. McCarthy (1.00).

03/10/20        P D HENDLER                                    0.50
        Draft/revise status report, including attention to IPC's proposed insert.

03/10/20        K MCCARTHY                                      2.80
        Draft/revise joint status letter (2.00); miscellaneous communications internally with J. Normile and P. Hendler and local counsel R. Smith re: same (.50);communicate with opposing counsel re: same (.30).

03/10/20        K I NIX                                        0.80
        Review/analyze the parties' joint draft report to the court and the parties' email communications regarding same.

03/10/20        J J NORMILE                                    1.50
        Review and revision of Purdue section to Joint Status Report including review various comments (B. Koch and R. Smith) and background materials.

03/11/20        S T JOHNSON                                    0.30
        Review and format recent case correspondence with opposing counsel exchanging drafts of expected joint status report to judge.

03/11/20        K MCCARTHY                                      0.50
        Attention to correspondence between local counsel and opposing counsel re: joint status letter.

03/11/20        J J NORMILE                                    1.00
        Various office and teleconferences regarding review and revision of Purdue's portion of Joint Status Report and review of background materials relating to same.

03/12/20        K MCCARTHY                                      2.50
        Perform follow-up factual research regarding IPC's edits to joint status report (2.20); communicate with J. Normile and with client re: same (.30).

03/12/20        K I NIX                                        0.40
        Reviewed defendant's proposed changes to joint status report.

03/12/20        J J NORMILE                                    1.30
        Continued review and revision of Purdue's portion of Joint Status Report including various emails from K. McCarthy, P. Hendler and Y. Tang (1.00); conference with K. McCarthy (.30).

03/13/20        S T JOHNSON                                    0.30
        Format joint status report materials for reference and citation by attorneys.

JONES DAY

305158-610013                                                          Page 5
                                                                    May 5, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.      Invoice:  33377551


| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/13/20 | K MCCARTHY | 0.80 |

Finalize joint status report for filing (.40), and communicate with local counsel and opposing counsel re: same (.40).

| 03/13/20 | J J NORMILE | 1.00 |

Finalize Joint Status Report to Judge Andrews including various emails from K. McCarthy and R. Smith.

| 03/14/20 | J J NORMILE | 0.60 |

Review correspondence from R. Kreppel and B. Koch regarding various statements made by IPC in the parties' Joint Status Report (.30); review background materials regarding same (.30).

| 03/16/20 | P D HENDLER | 0.30 |

Preparation for, participation in and attention to teleconference with client (including P. Strassburger) regarding status of matter.

| 03/16/20 | K MCCARTHY | 0.70 |

Draft/revise Purdue weekly litigation status updates (0.20); participate in client meeting re: weekly litigation status updates (0.50).

| 03/16/20 | K I NIX | 1.10 |

Studied final joint status report and attachments.

| 03/16/20 | J J NORMILE | 1.00 |

Preparation for and participation in weekly status teleconference with P. Strassburger, R. Kreppel, B. Koch, R. Inz, R. Silbert, P. Hendler and review of background materials regarding same.

| 03/17/20 | P D HENDLER | 0.30 |

Review/analyze order regarding stay.

| 03/17/20 | J J NORMILE | 1.00 |

Review Judge Andrews' oral order regarding status of proceedings (.50); related correspondence and teleconferences regarding same (.50).

| 03/18/20 | P D HENDLER | 0.80 |

Attention to new Par. IV notice letter and patents addressed therein.

| 03/18/20 | J J NORMILE | 1.50 |

Review of ITC paragraph IV letter and related correspondence.

| 03/19/20 | K HORN | 0.50 |

Review/analyze Wuest expert reports per P. Hendler.

| 03/19/20 | J J NORMILE | 1.00 |

Continued review of IPC paragraph IV letter (.50); various correspondence with P. Strassburger and B. Koch regarding same (.50).

| 03/20/20 | P D HENDLER | 2.00 |

Consideration of new Par. IV notice letter; (1.50) consideration of patents and infringement contentions (.50).

| 03/20/20 | S T JOHNSON | 2.00 |

Search for relevant process data for current patent prosecution and claims construction.

| 03/20/20 | K MCCARTHY | 1.00 |

Review/analyze IPC's Paragraph IV notice letter.

| 03/20/20 | J J NORMILE | 1.50 |

Continued attention and review of IPC paragraph IV letter and summary charts prepared by P. Hendler and K. McCarthy.

| 03/21/20 | J J NORMILE | 1.00 |

Review of notice of allowance of new Grunenthal patent and related correspondence.

JONES DAY

305158-610013

Page 6
May 5, 2020

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                          Invoice:  33377551

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

03/23/20    P D HENDLER                                                    2.70
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter (.40); analyze patents and infringement contentions (2.30).

03/23/20    S T JOHNSON                                                    6.00
Review and analyze key expert reports, deposition exhibits and production documents for relevant process data for patent prosecution and claims construction.

03/23/20    K MCCARTHY                                                    3.90
Review/analyze IPC Paragraph IV notice letter (3.00); draft/revise internal summaries in response to same (.90).

03/23/20    K I NIX                                                    0.70
Reviewed notice letter regarding new patents.

03/23/20    J J NORMILE                                                    2.00
Preparation for and participation in weekly team teleconference with P. Strassburger, B. Koch, R. Inz, R. Kreppel, P. Hendler and T. McCarthy (1.00); analyze various OCA issues relating to IPC's paragraph IV letter (.50); consider strategic analysis relating to Purdue patent portfolio (.50).

03/24/20    P D HENDLER                                                    2.90
Draft/revise Par. IV notice letter (1.50); draft/revise patent analysis (1.40).

03/24/20    S T JOHNSON                                                    0.80
Search for, collect and format key expert reports from previous litigations for reference and citation by attorneys in current claims construction projects.

03/24/20    K MCCARTHY                                                    1.90
Review/analyze IPC's paragraph IV notice letter (.50); draft/revise internal summary of same (1,00), and communicate with co-counsel J. Roscetti and M. Luneack re: same (.40).

03/25/20    P D HENDLER                                                    1.00
Draft/revise Par. IV notice letter (.50) teleconference with client (B. Koch) regarding same (.50).

03/25/20    K MCCARTHY                                                    6.00
Draft/revise patent analysis re: IPC's Paragraph IV Notice Letter (5.50), and communicate with P. Hendler and B. Koch re: same (.50).

03/25/20    J J NORMILE                                                    2.50
Review of Purdue patent portfolio and summary analysis of same (1.5); review various correspondence from counsel for ITC regarding OCA and related teleconferences regarding same (1.0).

03/26/20    K MCCARTHY                                                    1.50
Draft/revise patent analysis re: IPC's Paragraph IV notice letter (1.00) and communicate with co-counsel M. Luneack re: same (.50).

03/26/20    A M NICOLAIS                                                    3.10
Draft/revise certain documents re: ongoing litigations.

03/26/20    J J NORMILE                                                    1.00
Continued drafting/revising IPC paragraph IV notice letter and various OCA issues regarding same.

03/27/20    P D HENDLER                                                    1.50
Draft/revise Par. IV notice letter.

03/27/20    K MCCARTHY                                                    2.50
Draft/revise patent analysis re: IPC's Paragraph IV notice letter (2.00) and communicate internally with A. Nicolais re: same (.50).

03/27/20    A M NICOLAIS                                                    4.60
Draft/revise patent analysis (2.60); review/analyze produced documents re same (2.00).

JONES DAY

305158-610013                                                                                    Page 7
                                                                                            May 5, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                          Invoice:  33377551


| Date of Service | Timekeeper Name | Hours |
|---|---|---|

03/27/20        J J NORMILE                                                                  4.50
Review of background materials relating to various Mannion patents (1.00); review correspondence from
and related teleconferences with P. Hendler and K. McCarthy regarding IPC OCA letter (1.00); review
various Purdue patents in view of IPC pending NDA (2.50).

03/28/20        J J NORMILE                                                                  1.50
Analysis of Purdue OxyContin patent portfolio vis-a-vis IPC's pending NDA.

03/30/20        J J DARENSBOURG                                                              0.40
Manage shared database for attorneys of Notice of Withdrawal of Rutter as Counsel, Joint Status Report
and accompanying exhibits, and Oral Order Continuing Stay.

03/30/20        P D HENDLER                                                                  1.80
Review complaint and patent infringement contentions (1.50); communications with K. McCarthy
regarding same (.30).

03/30/20        K MCCARTHY                                                                   2.60
Review patent analysis re: IPC's Paragraph IV notice letter prepared by A. Nicolais (.60); draft/revise patent
analysis re: IPC's Paragraph IV notice letter (1.00); preparation for and participation in weekly client
teleconference with J. Normile and B. Koch, R. Silbert, R. Inz, and R. Kreppel (1.00).

03/30/20        A M NICOLAIS                                                                 2.70
Draft/revise patent analysis (1.70); review/analyze produced documents re same (1.00).

03/30/20        J J NORMILE                                                                  1.80
Preparation for and participation in teleconference with Mr. Mathers regarding various FDA matters (.80);
preparation for and participation in weekly team teleconference with R. Silbert, R. Inz, B. Koch, R.
Kreppel, P. Mathers and K. McCarthy and review of litigation trackers for same (1.00).

03/31/20        K MCCARTHY                                                                   3.50
Draft/revise patent analysis re: IPC's Paragraph IV notice letter (2.10) and communicate internally with
P.Hendler re: same (.20); preparation for and participation in teleconference with B. Koch, J. Normile, and
P. Hendler re: IPC's Paragraph IV notice letter (1.20).

03/31/20        A M NICOLAIS                                                                 2.20
Draft/revise patent analysis (1.50); review/analyze produced documents re same (.70).

03/31/20        K I NIX                                                                      0.20
Reviewed correspondence between counsel (P. Hendler and Y. Tang) regarding access to confidential
information regarding notice letter.

03/31/20        J J NORMILE                                                                  2.50
Preparation for and participation in teleconference with B. Koch, P. Hendler and K. McCarthy regarding
IPC's recently filed paragraph 4 statement and review of background materials relating to same (1.5); review
of various protective order issues regarding same and Y. Tang emails regarding access by in-house counsel
(1.0).

**TOTAL**                                                                                **132.40**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

May 5, 2020                                         305158-610025

                                              Invoice: 33377555

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2020:

| | | |
|---|---|---|
| IPC II | USD | 260.00 |
| Less 13% Fee Discount | | (33.80) |
| | USD | 226.20 |
| **TOTAL** | **USD** | **226.20** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610025/33377555 WITH YOUR PAYMENT

**JONES DAY**

305158-610025

IPC II

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARALEGAL | | | |
| J J DARENSBOURG | 0.80 | 325.00 | 260.00 |
| **TOTAL** | **0.80** | **USD** | **260.00** |

**JONES DAY**

305158-610025                                                          Page 3
                                                                      May 5, 2020
IPC II                                                      Invoice:  33377555


### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/31/20 | J J DARENSBOURG | 0.80 |

Manage shared database for attorneys of Notice of Withdrawal of Rutter as Counsel, Joint Status Report and accompanying exhibits, and Oral Order Continuing Stay.

**TOTAL**                                                          **0.80**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

May 5, 2020                                                      305158-640002

                                                      Invoice: 33377557

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 35,166.50 |
| Less 13% Fee Discount | | (4,571.64) |
| | USD | 30,594.86 |
| **TOTAL** | **USD** | **30,594.86** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33377557 WITH YOUR PAYMENT

**JONES DAY**

305158-640002

Strategic Corporate Advice

Page 2
May 5, 2020
Invoice:  33377557

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 2.60 | 1,125.00 | 2,925.00 |
| J J NORMILE | 19.60 | 1,225.00 | 24,010.00 |
| ASSOCIATE |  |  |  |
| R T LATTA | 3.30 | 875.00 | 2,887.50 |
| K MCCARTHY | 1.80 | 605.00 | 1,089.00 |
| A M NICOLAIS | 4.50 | 550.00 | 2,475.00 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 1.40 | 325.00 | 455.00 |
| S T JOHNSON | 1.20 | 375.00 | 450.00 |
| PROJECT ASST |  |  |  |
| M IHLE | 1.50 | 350.00 | 525.00 |
| STAFF |  |  |  |
| A J SALEMMO | 2.00 | 175.00 | 350.00 |
| **TOTAL** | **37.90** | **USD** | **35,166.50** |

JONES DAY

305158-640002                                                                    Page 3
                                                                            May 5, 2020
Strategic Corporate Advice                                         Invoice: 33377557

## SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**03/01/20**    J J NORMILE                                                3.30
Preparation for and participation in teleconference with P. Strassburger regarding ▮▮▮▮
▮▮ (.80); review relevant background materials regarding same (1.00); review recent correspondence
regarding EDO assets and relevant background materials (1.50).

**03/02/20**    R T LATTA                                                  3.30
Revise Common Interest Agreement and incorporate J. Normile's comments.

**03/02/20**    K MCCARTHY                                                 1.30
Preparation for and participation in teleconference with Davis Polk regarding ▮▮▮▮
▮▮▮▮ (.80); related office conference with J. Normile (.50).

**03/02/20**    A M NICOLAIS                                               0.40
Drafting updates to weekly tracker; communication with J. Normile re same.

**03/02/20**    J J NORMILE                                                3.50
Preparation for and participation in teleconference with Davis Polk regarding ▮▮▮▮
▮▮▮▮ (1.5); related office conferences with K. McCarthy (.50); review materials
forwarded by P. Strassburger regarding ▮▮▮▮ with J. Giordano and R. Paradiso (1.5).

**03/03/20**    J J NORMILE                                                1.50
Review of additional materials relating to ▮▮▮▮.

**03/11/20**    J J NORMILE                                                1.50
Various teleconferences with P. Strassburger and R. Kreppel regarding various litigation strategy
considerations and review of ▮▮▮▮.

**03/13/20**    A M NICOLAIS                                               2.30
Research re ▮▮▮▮ (1.70); drafting summary re same (.60).

**03/13/20**    A J SALEMMO                                                2.00
Research articles or publications regarding pharmaceutical companies for A. Nicolais.

**03/19/20**    P D HENDLER                                                1.20
Attention to request from client (R. Inz) concerning OxyContin.

**03/19/20**    K MCCARTHY                                                 0.50
Research ▮▮▮▮ and
communicate with J. Normile re: same.

**03/19/20**    J J NORMILE                                                1.00
Analyze ▮▮▮▮.

**03/20/20**    P D HENDLER                                                1.40
Attention to request from client (R.Inz) regarding OxyContin.

**03/20/20**    M IHLE                                                     1.50
Retrieve specified documents from Caselink and R Drive relating to prior Oxy litigations and review in
response to attorney request.

**03/22/20**    J J NORMILE                                                1.50
Preparation for and participation in teleconference with Davis Polk, P. Strassburger and R. Inz regarding
various OxyContin patent families and review of relevant background materials relating to same.

**03/23/20**    A M NICOLAIS                                               0.40
Draft/revise weekly calendar update.

**JONES DAY**

305158-640002

Strategic Corporate Advice

Page 4
May 5, 2020
Invoice: 33377557

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/24/20 | S T JOHNSON | 1.20 |

Search for, collect and format key production documents from previous litigations for new patent claims chart.

| 03/24/20 | A M NICOLAIS | 0.90 |

Draft/revise certain documents re: ongoing litigations.

| 03/26/20 | J J DARENSBOURG | 1.40 |

███████████████████ for review by J Normile and R Silbert for draft briefing document.

| 03/26/20 | J J NORMILE | 1.80 |

Review background materials for upcoming AdComm meeting including correspondence from R. Silbert (.80); review Purdue patent portfolio and various ownership issues regarding same (1.00).

| 03/29/20 | J J NORMILE | 2.00 |

Preparation for and participation in teleconference with P. Strassburger and R. Inz regarding various outstanding Purdue Pharma L.P. - ███████████████ and review of same.

| 03/30/20 | A M NICOLAIS | 0.50 |

Edits/revisions to weekly IPC calendar (.20); communication with J. Normile re same (.10); reviewing prior oral orders re same (.20).

| 03/30/20 | J J NORMILE | 3.50 |

Preparation for and participation in teleconference with P. Strassburger, R. Inz and R. Griese regarding ███████████████ (1.00); review various amended agreements forwarded by R. Griese (1.00); preparation for and participation in teleconference with P. Strassburger, R. Inz, and Davis Polk regarding various Purdue Pharma L.P. patent assets (.50); review of background materials and relevant case law regarding same (1.00).

**TOTAL**                                                       **37.90**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

May 5, 2020                                                                 305158-999007

Invoice: 33377559

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 33,950.00 |
| Less 13% Fee Discount | | (4,413.50) |
| | USD | 29,536.50 |
| **TOTAL** | **USD** | **29,536.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-999007/33377559 WITH YOUR PAYMENT

**JONES DAY**

305158-999007

Retention Matters

Page 2
May 5, 2020
Invoice:  33377559

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 1.00 | 1,225.00 | 1,225.00 |
| ASSOCIATE |  |  |  |
| A KORDAS | 31.70 | 750.00 | 23,775.00 |
| F SIDDIQUI | 14.20 | 625.00 | 8,875.00 |
| PARALEGAL |  |  |  |
| M M MELVIN | 0.20 | 375.00 | 75.00 |
| **TOTAL** | **47.10** | **USD** | **33,950.00** |

JONES DAY

305158-999007                                                                                       Page 3
                                                                                              May 5, 2020

Retention Matters                                                                      Invoice:  33377559


SERVICES DETAIL SCHEDULE


| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 03/01/20 | A KORDAS | 2.40 |

Revise invoices to conform to UST guidelines (1.20); draft monthly fee statement and accompanying worksheet (1.20).

| 03/02/20 | F SIDDIQUI | 4.90 |

Draft/revise Jones Day's first interim fee application.

| 03/05/20 | F SIDDIQUI | 0.30 |

Discuss Purdue invoices and fee application with A. Kordas and next steps.

| 03/06/20 | A KORDAS | 1.00 |

Draft/revise first interim fee application.

| 03/10/20 | A KORDAS | 1.00 |

Draft/revise fee application.

| 03/11/20 | A KORDAS | 2.50 |

Draft/revise fee application.

| 03/12/20 | A KORDAS | 2.00 |

Research regarding supplemental declaration.

| 03/13/20 | A KORDAS | 4.60 |

Review January invoices and prepare excel worksheet summarizing same (2.00); draft/review fee application (2.60).

| 03/14/20 | A KORDAS | 2.70 |

Draft/revise fee application and research in connection with same.

| 03/15/20 | A KORDAS | 1.00 |

Draft/revise fee application (.80); correspond with J. Normile and J. McCarthy regarding same (.20).

| 03/15/20 | F SIDDIQUI | 2.10 |

Revise and edit fee application per A. Kordas changes and send back to A. Kordas for review.

| 03/16/20 | A KORDAS | 3.90 |

Draft/revise first interim fee application (1.50); draft/revise third monthly fee statement (1.00); redact invoices (.50); confer with J. Normile and F. Siddiqui regarding matter (.30); confer with D. Consla (DPW) regarding matter (.10); coordinate filing and service of same (.50).

| 03/16/20 | M M MELVIN | 0.20 |

Serve Jones Day's Third Monthly Fee Statement by e-mail upon the service list.

| 03/16/20 | F SIDDIQUI | 5.60 |

Draft monthly fee statement and file same (4.00); collect and compile invoices (.50); redact invoices (.30); review and file first interim fee application (.80).

| 03/17/20 | A KORDAS | 1.00 |

Correspond with UST regarding fee application (.30); confer with J. Normile regarding same (.20); draft supplemental declaration (.50).

| 03/23/20 | A KORDAS | 0.90 |

Draft/revise supplemental declaration (.70); correspondence regarding same (.20).

| 03/25/20 | A KORDAS | 0.80 |

Revise supplemental declaration (.30); correspond with J. Normile regarding matter (.10); review ledes files and circulate same (.40).

JONES DAY

305158-999007                                                                          Page 4
                                                                                    May 5, 2020
Retention Matters                                                         Invoice:  33377559

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/26/20 | A KORDAS | 1.90 |

Revise invoices in connection with monthly fee statement (.90); finalize and coordinate filing of supplemental declaration (.70); correspond with UST and J. Normile regarding matter (.30).

| 03/26/20 | F SIDDIQUI | 0.40 |

File supplemental declaration in support of JD first interim fee application.

| 03/28/20 | A KORDAS | 1.50 |

Draft/revise invoices and redact same in connection with monthly fee statement.

| 03/30/20 | A KORDAS | 2.30 |

Draft/revise monthly fee statement and accompanying worksheet (1.50); redact invoices in connection with same (.50); confer with J. Normile regarding budget and related matters (.30).

| 03/30/20 | J J NORMILE | 1.00 |

Review/edit interim Purdue fee application (.70); teleconference with A. Kordas regarding same (.30).

| 03/31/20 | A KORDAS | 2.20 |

Draft/revise monthly fee statement and worksheet (1.20); finalize invoice redactions (.50); coordinate filing and service of same (.50).

| 03/31/20 | F SIDDIQUI | 0.90 |

Finalize fourth monthly fee statement and file same.

**TOTAL**                                                                              **47.10**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

June 10, 2020

305158-999007

Invoice: 33388710

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through April 30, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 27,415.00 |
| Less 13% Fee Discount | | (3,563.95) |
| | USD | 23,851.05 |
| **TOTAL** | **USD** | **23,851.05** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33388710 WITH YOUR PAYMENT

**JONES DAY**

305158-999007                                                     Page 2
                                                          June 10, 2020
Retention Matters                                  Invoice:  33388710

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER | | | |
| D T MOSS | 0.60 | 1,075.00 | 645.00 |
| J J NORMILE | 5.70 | 1,225.00 | 6,982.50 |
| ASSOCIATE | | | |
| A KORDAS | 8.90 | 750.00 | 6,675.00 |
| F SIDDIQUI | 0.40 | 625.00 | 250.00 |
| STAFF ATTY | | | |
| L C FISCHER | 24.50 | 525.00 | 12,862.50 |
| **TOTAL** | **40.10** | **USD** | **27,415.00** |

JONES DAY

305158-999007                                                                                   Page 3
                                                                                        June 10, 2020
Retention Matters                                                              Invoice:  33388710


SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 04/01/20 | A KORDAS | 0.30 |

Correspond with L. Fischer and D. Consla (DPW) regarding updated disclosures.

| 04/01/20 | D T MOSS | 0.20 |
|---|---|---|

Communicate with Kordas and Fisher regarding conflict review and retention matters.

| 04/07/20 | A KORDAS | 0.50 |
|---|---|---|

Review updated interested parties list; correspond with L. Fischer regarding same.

| 04/13/20 | F SIDDIQUI | 0.40 |
|---|---|---|

Review docket (.20); calendar hearing and objection deadline for J. Normile and A. Kordas (.20).

| 04/17/20 | L C FISCHER | 2.00 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 04/17/20 | A KORDAS | 0.30 |
|---|---|---|

Review/analyze fee examiner appointment order; confer with DPW regarding same.

| 04/18/20 | L C FISCHER | 2.00 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 04/20/20 | L C FISCHER | 2.50 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 04/21/20 | L C FISCHER | 3.50 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 04/21/20 | A KORDAS | 1.90 |
|---|---|---|

Prepare for hearing on fee application (1.50); calls with J. Normile regarding same (.40).

| 04/21/20 | J J NORMILE | 1.50 |
|---|---|---|

Preparation for upcoming hearing on interim fee petition (1.00); teleconferences with D. Moss and A. Kordas (.50).

| 04/22/20 | L C FISCHER | 4.00 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 04/22/20 | A KORDAS | 2.20 |
|---|---|---|

Prepare for and attend telephonic hearing.

| 04/22/20 | D T MOSS | 0.20 |
|---|---|---|

Communicate with Normile and Kordas regarding fee application hearing, fee examiner, and next steps.

| 04/22/20 | J J NORMILE | 1.50 |
|---|---|---|

Preparation for and participation in hearing relating to the first interim fee petition (1.00);  various follow-up emails with A. Kordas (.50).

| 04/23/20 | L C FISCHER | 2.50 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 04/23/20 | D T MOSS | 0.20 |
|---|---|---|

Review proposed order and communicate with Kordas regarding same.

JONES DAY

305158-999007                                                                    Page 4
                                                                          June 10, 2020

Retention Matters                                                    Invoice:  33388710

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 04/23/20 | J J NORMILE | 1.00 |

Follow-up regarding hearing on first interim fee application including review of draft order provided by Davis Polk.

| 04/24/20 | L C FISCHER | 2.50 |

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 04/25/20 | A KORDAS | 3.20 |

Draft/revise invoices to conform to UST guidelines (3.00); correspond with J. Normile regarding same (.20).

| 04/26/20 | J J NORMILE | 0.70 |

Preparation for various fee statements including correspondence with A. Kordas, K. McCarthy and A. Nicolais.

| 04/28/20 | A KORDAS | 0.50 |

Correspond with J. McCarthy and K. McCarthy regarding monthly fee statement (.30); correspond with J. Normile regarding sharing of information with fee examiner (.20).

| 04/29/20 | L C FISCHER | 2.50 |

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel for the debtors.

| 04/29/20 | J J NORMILE | 1.00 |

Review of various correspondence from Davis Polk and A. Kordas regarding submission of redacted version of interim fee application (.50); review underlying documents relating to same (.50).

| 04/30/20 | L C FISCHER | 3.00 |

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

**TOTAL**                                                                    **40.10**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

June 10, 2020                                                                 305158-610005

                                                                      Invoice: 33388958

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through April 30, 2020:

| | | |
|---|---|---:|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 150,150.00 |
| Less 13% Fee Discount | | (19,519.50) |
| | USD | 130,630.50 |
| **TOTAL** | **USD** | **130,630.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610005/33388958 WITH YOUR PAYMENT

**JONES DAY**

305158-610005                                                    Page 2
                                                            June 10, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals        Invoice:  33388958

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
|   P D HENDLER | 13.60 | 1,125.00 | 15,300.00 |
|   J J NORMILE | 26.00 | 1,225.00 | 31,850.00 |
| OF COUNSEL |  |  |  |
|   K I NIX | 27.60 | 1,125.00 | 31,050.00 |
| ASSOCIATE |  |  |  |
|   K MCCARTHY | 84.00 | 605.00 | 50,820.00 |
|   A M NICOLAIS | 37.00 | 550.00 | 20,350.00 |
| PARALEGAL |  |  |  |
|   J J DARENSBOURG | 2.40 | 325.00 | 780.00 |
| **TOTAL** | **190.60** | **USD** | **150,150.00** |

305158-610005                                                                            Page 3
                                                                                  June 10, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                    Invoice:  33388958

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

04/01/20        P D HENDLER                                                         1.20
Attention to status of matter, █████████████████████ (.70); teleconference with client (B. Koch) regarding same (.50).

04/01/20        K MCCARTHY                                                          4.00
Attention to status of matter and related correspondence with P. Hendler (.50); draft/revise patent analysis and ████████████████ (2.00); communicate with J. Normile and P. Hendler re: same (.50); preparation for and participation in teleconference with P. Hendler and B. Koch re: same (1.00).

04/01/20        J J NORMILE                                                         4.00
Review of status of proceedings and related correspondence with P. Hendler (1.50); review of Purdue OxyContin patent portfolio and related correspondence with K. McCarthy and P. Hendler (1.50); review of various marketplace analysis and related teleconferences with K. McCarthy and P. Hendler (1.00).

04/02/20        K MCCARTHY                                                          1.00
Draft/revise ████████████████ (.80); and communicate with P. Hendler re: same (.20).

04/02/20        A M NICOLAIS                                                        0.70
Draft/revise certain documents re: ongoing litigations.

04/02/20        K I NIX                                                             1.30
E-mails with K. McCarthy (.30); studied D. Rosen declaration and brief in opposition to Collegium's motion to stay pending PGR (.60); teleconference with J. Normile regarding ██████████ (.20); e-mails and teleconference with D. Rosen (Purdue) regarding sales data (.20).

04/02/20        J J NORMILE                                                         2.50
Review of status of proceedings and related correspondence with P. Hendler (1.00); review of Purdue OxyContin patent portfolio and related correspondence with K. McCarthy and P. Hendler (.50); review of various marketplace analysis and related teleconferences with K. McCarthy and P. Hendler (1.00).

04/03/20        P D HENDLER                                                         1.40
Review patents and ████████████████.

04/03/20        A M NICOLAIS                                                        2.90
Communication in firm with K. McCarthy re ongoing litigations (.50); research re same (2.40).

04/03/20        K I NIX                                                             3.60
Studied and summarized materials, e-mails and prescription data received from D. Rosen (Purdue) regarding ████████████████ (3.30); e-mails with D. Rosen regarding same (.30).

04/03/20        J J NORMILE                                                         1.50
Review of various materials regarding ERO marketplace conditions and correspondence from B. Koch regarding same.

04/05/20        K MCCARTHY                                                          1.00
Attention to status of proceedings (.50); teleconference with J. Normile and P. Hendler re: same (.50).

04/05/20        J J NORMILE                                                         2.00
Review of status of proceedings and various teleconferences with P. Hendler and K. McCarthy regarding strategic action items going forward.

04/06/20        P D HENDLER                                                         0.90
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter (.40); consideration of strategy regarding matter (.50).

04/06/20        K MCCARTHY                                                          2.00
Draft/revise ██████ (1.40); preparation for and participation in teleconference with J. Normile, P. Hendler and C. Morrison re: same (.60).

JONES DAY

305158-610005                                                    Page 4
                                                           June 10, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals      Invoice: 33388958

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**04/06/20  K I NIX                                2.50**
Teleconference with D. Rosen (Purdue) regarding formulary and rebate rate issues (1.00); ██████████ (1.50).

**04/06/20  J J NORMILE                            2.00**
Preparation for and participation in weekly team teleconference with P. Strassburger, B. Koch, R. Inz, R. Silbert, R. Kreppel and K. McCarthy including discussion about strategic options going forward.

**04/07/20  P D HENDLER                            0.50**
Review/analyze papers and client comments regarding same.

**04/07/20  K MCCARTHY                             4.20**
Draft/revise ██████████ (1.00); review related document and legal research in support of same (3.20).

**04/07/20  A M NICOLAIS                           4.30**
Research re ongoing litigations (4.30).

**04/07/20  K I NIX                                2.30**
Studied rebate rate evidence (1.00); ██████████ and email to D. Rosen regarding same (1.30).

**04/08/20  K MCCARTHY                             3.70**
Draft/revise ██████████ (1.00); review related documents and legal research in support of same (2.20); communicate with P. Hendler and A. Nicolais re: same (.50).

**04/08/20  K I NIX                                2.00**
██████████ (1.00); ██████████ (1.00).

**04/08/20  J J NORMILE                            1.00**
Review of recent correspondence regarding status of proceedings and various considerations relating to Purdue patent portfolio.

**04/09/20  K MCCARTHY                             4.10**
Draft/revise ██████████ (1.50); perform legal research re: applicable legal standard in support of same (2.00); review client correspondence re: same (.60).

**04/09/20  A M NICOLAIS                           4.20**
Research re ongoing litigations (2.00); drafting certain documents re ongoing litigations (2.20).

**04/09/20  K I NIX                                0.40**
Teleconferences with P. Hendler regarding ██████████; draft declaration.

**04/10/20  P D HENDLER                            0.70**
Review market data at request of client.

**04/10/20  K MCCARTHY                             2.70**
Review/respond to correspondence re: ERO market conditions (.50), including review of related materials received from client (2.00); communicate with K. Nix regarding same (.20).

**04/10/20  A M NICOLAIS                           4.00**
Communication in firm with K. McCarthy re ongoing litigations (.25); conducting legal research re same (1.5); drafting certain document re same (2.25).

**04/10/20  K I NIX                                1.80**
Teleconferences with J. Normile and K. McCarthy (.40); e-mails with team (.40); ██████████ (1.00).

**04/10/20  J J NORMILE                            2.00**
Review recent correspondence and underlying materials relating to the various market conditions on ERO's and related teleconference with K. Nix.

# JONES DAY

305158-610005                                                           Page 5
                                                                    June 10, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals        Invoice:  33388958

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

04/12/20       K MCCARTHY                                              4.00
███████████████████████████████.

04/13/20       J J DARENSBOURG                                         1.20
Manage documents collected by D Rosen for ████████████████.

04/13/20       K MCCARTHY                                              4.40
Draft/revise ██████t and related ████████ (2.50); correspondence with J. Normile, P. Hendler and
K. Nix re:drafts (1.00); review R. Inz correspondence re: allowed patent claims and review of related
materials (.90).

04/13/20       A M NICOLAIS                                            4.00
Continue drafting certain documents re ongoing litigation (2.5); research regarding same (1.0);
communication with K. McCarthy re same (.5).

04/13/20       K I NIX                                                 1.20
E-mails with D. Rosen; e-mails with team (J. Normile, P. Hendler, K. McCarthy) regarding ████████████
████████; studied Collegium press releases.

04/13/20       J J NORMILE                                             1.50
Continued review and revision of draft materials relating to current market conditions for ERO's and
related teleconferences.

04/14/20       K MCCARTHY                                              4.50
Draft/revise ███████████████████ (3.50); correspondence with J. Normile, P. Hendler and K.
Nix ████████ (1.00).

04/14/20       A M NICOLAIS                                            0.60
Continue draft/revise certain documents re ongoing litigations.

04/14/20       J J NORMILE                                             2.00
Continued review and revision of draft materials relating to current market conditions for ERO's and
related teleconferences.

04/15/20       J J DARENSBOURG                                         1.20
████████████████████████████████.

04/15/20       K MCCARTHY                                              3.50
Draft/revise ███████ and █████████ (2.00); including review of related materials (1.50).

04/15/20       A M NICOLAIS                                            1.60
Continue drafting certain documents re ongoing litigations (1.00); research re same (.60).

04/15/20       K I NIX                                                 1.70
Draft ████████████████████████ (1.50); email to J. Normile and P. Hendler
regarding same (.20).

04/16/20       P D HENDLER                                             1.30
Review market data at request of client.

04/16/20       K MCCARTHY                                              4.50
Draft/revise █████████████████ (4.00); and attention to correspondence and teleconference
with K. Nix re: same (.50).

04/16/20       A M NICOLAIS                                            0.50
Review/revise certain documents regarding ongoing litigations.

04/16/20       K I NIX                                                 1.00
Teleconference with D. Rosen regarding his ████████████ and follow up regarding same; teleconference
and e-mails with K. McCarthy regarding ████████.

JONES DAY

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 6
June 10, 2020
Invoice: 33388958

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/16/20 | J J NORMILE | 1.50 |

Review of various background materials and supporting declarations relating to historic market conditions for the sale of EROs.

| 04/17/20 | P D HENDLER | 1.00 |

Attention to market data at request of client.

| 04/17/20 | K MCCARTHY | 6.00 |

Draft/revise motion ████ and related ████ t (1.80); ███████████████
████ (1.70); communicate with J. Normile, P. Hendler and K. Nix re: same (.50); perform legal research in support of same (2.00).

| 04/17/20 | A M NICOLAIS | 1.80 |

Continue drafting certain documents regarding ongoing litigation (1.6); communication in firm with K. McCarthy re same (.2).

| 04/17/20 | K I NIX | 1.50 |

████████████████████████████ .

| 04/17/20 | J J NORMILE | 2.50 |

Review of various summary documents relating to historic market conditions of EROs and review of comments from R. Inz and K. Nix regarding same.

| 04/18/20 | K I NIX | 1.20 |

███████████████

| 04/19/20 | K I NIX | 0.40 |

████████████████████████

| 04/20/20 | K MCCARTHY | 5.50 |

Draft/revise ███████████████ (2.20); draft/revise ████████████████
████ (1.80);communicate with J. Normile, P. Hendler and K. Nix re: same (.50); perform legal research in support of same (1.00).

| 04/20/20 | A M NICOLAIS | 5.00 |

Weekly call with Purdue regarding status (.50); communication in firm with K. McCarthy re drafting certain documents (.20); edits/revisions regarding same (2.90); research regarding same (1.40).

| 04/20/20 | K I NIX | 2.70 |

████████████████████████ (1.00); email to D. Rosen regarding market data (.20).

| 04/21/20 | P D HENDLER | 1.70 |

Review/analyze schedule (.70); draft submissions regarding same (1.00).

| 04/21/20 | K MCCARTHY | 5.50 |

█████████████████████ (2.50); █████████████████████
████ (2.50); perform legal research in support of same (.50).

| 04/21/20 | A M NICOLAIS | 3.10 |

Edits/revisions to certain documents regarding ongoing litigation (1.90); researching case law regarding same (1.00); communication in firm with K. McCarthy regarding same (.20).

| 04/21/20 | J J NORMILE | 1.50 |

Review of various draft pleadings and comments to same.

| 04/22/20 | K MCCARTHY | 3.00 |

████████████████████████ (1.00); perform legal research in support of same (1.00).

JONES DAY

305158-610005                                                                    Page 7
                                                                            June 10, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice:  33388958

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

04/22/20    A M NICOLAIS                                                    0.30
Continue revisions of certain documents regarding ongoing litigation (.30).

04/22/20    K I NIX                                                         2.80
███████████, including studying market data (2.30); e-mails with D. Rosen and conferred
with K. McCarthy (.50).

04/23/20    K MCCARTHY                                                      4.50
Draft/revise patent analysis re: ███████████████(2.20), and communicate with P.
Hendler re: same (.30); draft/revise ███████████████ (1.80) and communicate with A.
Nicolais re: same (.20).

04/23/20    A M NICOLAIS                                                    2.00
Continue drafting certain documents re ongoing litigations.

04/24/20    P D HENDLER                                                     2.70
████████████████████████ (1.30); ███████████████ (1.40).

04/24/20    K MCCARTHY                                                      2.50
Draft/revise patent analysis (1.20), and communicate with P. Hendler re: same (.30); ██████████
(.80) and communicate with P. Hendler re: same (.20).

04/24/20    A M NICOLAIS                                                    2.00
Continue edits/revisions to certain documents re ongoing litigations (1.80); communication in firm with K.
McCarthy re same (.20).

04/24/20    K I NIX                                                         1.20
████████████████████and email to J. Normile regarding same.

04/24/20    J J NORMILE                                                     2.00
Review of materials prepared by K. McCarthy relating to historic market analysis for EROS and review of
various pleadings from Massachusetts action including comments from P. Hendler.

04/27/20    P D HENDLER                                                     0.60
Preparation for, participation in and attention to teleconference with client (including B. Koch) re status
(.30); preparation for, participation in and attention to teleconference with client (B. Koch) regarding ████
███ (.30).

04/27/20    K MCCARTHY                                                      2.70
Draft/revise ███████████████ (.30), and correspondence with J. Normile and K. Nix re:
same (.20); ███████████████ (.90) and correspondence with P. Hendler re: same (.20); draft/revise
patent analysis regarding ███████████████ (.60), and preparation for and participation in
teleconference with P. Hendler, B. Koch, and R. Inz re: same (.50).

04/28/20    P D HENDLER                                                     0.60
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding
same (.30); ███████████████ (.30).

04/28/20    K MCCARTHY                                                      3.20
███████████████ (1.50) and communicate with P. Hendler re: same (.20); draft/revise patent analysis
(1.50).

04/29/20    P D HENDLER                                                     1.00
Review/revise draft court submission.

JONES DAY

305158-610005                                                              Page 8
                                                                   June 10, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33388958

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/29/20 | K MCCARTHY | 3.50 |

Draft/revise ▇▇▇▇▇ (1.80) and communicate with P. Hendler re: same (.30); review/analyze produced documents (.90) and draft/revise patent analysis re: same (.50).

| 04/30/20 | K MCCARTHY | 4.00 |

▇▇▇▇▇▇▇▇▇▇▇▇▇ (1.00) and communicate with K. Nix re: same (.20); ▇▇▇▇▇▇ (1.10) and communicate with J. Normile re: same (20); review/analyze produced documents (.80) and draft/revise patent analysis re: same (.40); correspondence with R. Inz re: patent analysis (.30).

**TOTAL**                                                          **190.60**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

June 10, 2020                                                          305158-610013

Invoice: 33388960

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through April 30, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 90,835.00 |
| Less 13% Fee Discount | | (11,808.55) |
| | USD | 79,026.45 |

### DISBURSEMENTS & CHARGES

| | |
|---|---|
| Consultants and Agents Fees | 30,418.75 |
| Document Reproduction Charges | (93.15) |
| | 30,325.60 |

| | | |
|---|---|---|
| **TOTAL** | **USD** | **109,352.05** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610013/33388960 WITH YOUR PAYMENT

**JONES DAY**

305158-610013                                                                    Page 2
                                                                         June 10, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.              Invoice:  33388960

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 6.50 | 1,125.00 | 7,312.50 |
| J J NORMILE | 45.30 | 1,225.00 | 55,492.50 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 38.50 | 605.00 | 23,292.50 |
| A M NICOLAIS | 6.90 | 550.00 | 3,795.00 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 2.90 | 325.00 | 942.50 |
| **TOTAL** | **100.10** | **USD** | **90,835.00** |

JONES DAY

305158-610013                                                                                          Page 3
                                                                                                   June 10, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                              Invoice:  33388960

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 04/01/20 | J J DARENSBOURG | 0.10 |

Manage shared database of attorneys of correspondence regarding confidential access to IPC information for B Koch.

| 04/02/20 | K MCCARTHY | 4.00 |

Draft/revise IPC complaint (3.50) and communicate with J. Normile re: same (.50).

| 04/02/20 | A M NICOLAIS | 0.90 |

Continue to draft/revise certain documents re: ongoing litigations .

| 04/02/20 | J J NORMILE | 1.50 |

Review and revision of draft IPC complaint and related teleconferences with K. McCarthy.

| 04/03/20 | J J DARENSBOURG | 1.70 |

Manage references from initial infringement contentions for '109 patent.

| 04/03/20 | P D HENDLER | 1.50 |

Review/analyze patents and infringement contentions.

| 04/03/20 | K MCCARTHY | 3.00 |

Draft/revise infringement analysis (1.00); review related documents (1.60) and communicate with A. Nicolais re: same (.40).

| 04/03/20 | A M NICOLAIS | 0.80 |

Draft/revise certain documents re: ongoing litigations (.40); communication in firm and drafting summary re same (.40).

| 04/05/20 | K MCCARTHY | 1.00 |

Draft/revise IPC complaint (.50) and communicate with J. Normile, P. Hendler and R. Smith re: same (.50).

| 04/05/20 | J J NORMILE | 2.00 |

Review and revision of draft IPC complaint and related teleconferences with P. Hendler and K. McCarthy and email to R. Smith.

| 04/06/20 | P D HENDLER | 1.10 |

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter (.40); teleconference with co-counsel R. Smith regarding matter (.30); consideration of strategy regarding matter (.40).

| 04/06/20 | K MCCARTHY | 1.50 |

Communicate with P. Hendler and A. Nicolais re: status of matter and case strategy (.40); preparation for and participation in teleconference with P. Hendler and client B. Koch re: status of matter (.60); preparation for and participation in teleconference with local counsel R. Smith re: status of matter (.50).

| 04/06/20 | A M NICOLAIS | 0.80 |

Weekly Purdue meeting (.25); drafting weekly calendar update (.25); communication in firm with K. McCarthy re ongoing litigations (.30).

| 04/06/20 | J J NORMILE | 3.00 |

Preparation for and participation in teleconference with R. Smith, P. Hendler and K. McCarthy regarding preparation and filing of IPC complaint and ancillary documents (2.00); various email correspondence regarding same (1.00).

| 04/07/20 | K MCCARTHY | 1.70 |

Preparation for and participation in various teleconferences with J. Normile, P. Hendler and local counsel R. Smith.

JONES DAY

305158-610013                                                                Page 4
                                                                        June 10, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.          Invoice:  33388960


| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

04/07/20       J J NORMILE                                          3.00
        Continued review and revision of IPC complaint and ancillary documents (2.00); teleconferences with P.
        Hendler, K. McCarthy and local counsel (1.00).

04/08/20       P D HENDLER                                          0.50
        Review/analyze complaint.

04/08/20       K MCCARTHY                                           2.10
        Draft/revise IPC complaint and related forms (1.00); correspondence with J. Normile, P. Hendler and R.
        Smith re: same (1.10).

04/08/20       J J NORMILE                                          2.00
        ███████████████████████████████████████████████████████.

04/10/20       P D HENDLER                                          1.20
        Draft complaint submission.

04/10/20       K MCCARTHY                                           2.00
        Draft/revise IPC complaint and related forms (1.00) and attention to correspondence with J. Normile, P.
        Hendler and R. Smith re: same (1.00).

04/10/20       J J NORMILE                                          0.80
        Review of various correspondence relating to the filing of the complaint and the associated ANDA form.

04/13/20       K MCCARTHY                                           1.80
        Preparation for and participation in weekly team status teleconference with P. Strassburger, B. Koch, R.
        Inz, R. Silbert, R. Kreppel and P. Hendler (1.00); correspondence with J. Normile, P. Hendler and R. Smith
        re IPC complaint (.80).

04/13/20       A M NICOLAIS                                         0.60
        Drafting weekly calendar summary (.30); weekly teleconference meeting update (.30).

04/13/20       J J NORMILE                                          2.50
        Preparation for and participation in weekly team status teleconference with P. Strassburger, B. Koch, R.
        Inz, R. Silbert, R. Kreppel, P. Hendler and K. McCarthy (1.00); analyze various issues relating to IPC
        complaint (1.50).

04/14/20       K MCCARTHY                                           1.50
        Draft/revise IPC complaint in response to internal and client comments.

04/14/20       J J NORMILE                                          1.00
        Provide final comments to draft IPC complaint and related ancillary documents.

04/15/20       K MCCARTHY                                           1.00
        Finalize complaint and related filing forms for filing and communicate with local counsel re: same.

04/16/20       K MCCARTHY                                           0.50
        Communicate with J. Normile, P. Hendler and opposing counsel re: newly-filed 20-515 action.

04/16/20       J J NORMILE                                          2.00
        Review/analyze various matters relating to new complaint and various issues relating to service of process
        of same.

04/18/20       J J NORMILE                                          2.00
        Preparation for and participation in teleconference with P. Strassburger relating to the status of various
        parties in the litigation and review of background materials regarding same.

04/19/20       J J NORMILE                                          1.00
        Review of materials forwarded by R. Kreppel regarding IPC.

JONES DAY

305158-610013                                                                      Page 5
                                                                                June 10, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.              Invoice:  33388960

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 04/20/20 | K MCCARTHY | 0.50 |

Participate in client call re: weekly litigation status updates.

| 04/20/20 | A M NICOLAIS | 0.50 |
|---|---|---|

Updates to weekly tracker information (.40); communication in firm with K McCarthy re same (.10).

| 04/20/20 | J J NORMILE | 2.00 |
|---|---|---|

Preparation for and participation in weekly status teleconference with P. Strassburger, R. Kreppel, R. Silbert, R. Inz, B. Koch, P. Hendler and K. McCarthy (1.00); review of summary documents prepared by P. Mathers (1.00).

| 04/21/20 | J J DARENSBOURG | 1.10 |
|---|---|---|

Manage shared database for attorneys of complaint and related documents (.60); correspondence regarding acceptance of service (.50).

| 04/21/20 | P D HENDLER | 0.50 |
|---|---|---|

Attention to potential settlement and communications regarding same.

| 04/21/20 | K MCCARTHY | 0.50 |
|---|---|---|

Communicate internally and with local counsel re: issues concerning ongoing litigations and newly-filed complaint.

| 04/21/20 | J J NORMILE | 4.00 |
|---|---|---|

Review of letter prepared by P. Mathers relating to various regulatory issues (.50); review of memos prepared by K. McCarthy regarding various issues relating to parties to the litigation including various teleconferences with R. Smith and K. McCarthy (1.50); review of correspondence to IPC regarding to status of proceedings and newly filed lawsuit (1.00); preparation for and participation in teleconference with P. Strassburger, R. Kreppel, B. Koch and R. Inz regarding correspondence with IPC (1.00).

| 04/22/20 | J J NORMILE | 1.50 |
|---|---|---|

Preparation for and participation in teleconference with P. Strassburger, B. Koch, R. Inz and R. Greiss regarding communications with IPC (1.30); attention to ECF communication relating to assignment of new case to Judge Andrews (.20).

| 04/23/20 | K MCCARTHY | 2.00 |
|---|---|---|

Preparation for and participation in teleconference with J. Normile and local counsel R. Smith re: patents in suit (1.00), and review of relevant background materials (.50); draft/revise stipulation and proposed order re: same (.50).

| 04/23/20 | J J NORMILE | 2.50 |
|---|---|---|

Review and revision of various correspondence with IPC (1.50); related teleconferences with P. Mathers, R. Greiss, P. Strassburger, B. Koch and R. Inz (1.00).

| 04/24/20 | P D HENDLER | 0.50 |
|---|---|---|

Attention to new patent at request of client (.30); including teleconference with K. McCarthy (.20).

| 04/24/20 | K MCCARTHY | 2.50 |
|---|---|---|

Draft/revise stipulations and proposed orders (1.30) and communicate with J. Normile re: same (.30); attention to correspondence with R. Inz re: stipulations and proposed orders (.20); attention to status of matter and communicate with P. Hendler and A. Nicolais re: same (.70).

| 04/24/20 | J J NORMILE | 2.00 |
|---|---|---|

Review and revision of various correspondence to IPC including comments from P. Mathers and B. Koch.

| 04/26/20 | J J NORMILE | 1.00 |
|---|---|---|

Review and revision of draft stipulation relating to the parties in IPC I and IPC II.

| 04/27/20 | P D HENDLER | 0.60 |
|---|---|---|

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status (.30); review/revise draft stipulation regarding assignments (.30).

JONES DAY

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Page 6
June 10, 2020
Invoice:  33388960

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/27/20 | K MCCARTHY | 2.30 |

Preparation for and participation in weekly client teleconference with J. Normile and P. Hendler (.80); draft/revise stipulations and proposed orders (.90) and communicate with J. Normile re: edits to same (.20); attention to correspondence with P. Hendler and R. Inz re: edits to stipulations and proposed orders (.40).

| 04/27/20 | J J NORMILE | 3.00 |
|---|---|---|

Preparation for and participation in weekly status teleconference with P. Strassburger, R. Kreppel, R. Silbert, R. Inz, B. Koch, P. Hendler and K. McCarthy (1.00); review and revise various correspondence and stipulations to be submitted to IPC including comments from P. Mathers (2.00).

| 04/28/20 | P D HENDLER | 0.60 |
|---|---|---|

Preparation for, participation in and attention to teleconference with client regarding same (.30); review/revise draft stipulations (.30).

| 04/28/20 | K MCCARTHY | 2.80 |
|---|---|---|

Draft/revise stipulations and proposed orders (.50) and review background materials re: same (.50); communicate with R. Inz re: edits and comments to draft stipulations (.30); review/analyze produced materials (1.00) and draft/revise patent analysis re: same (.50).

| 04/28/20 | J J NORMILE | 2.50 |
|---|---|---|

Review and revise various correspondence and stipulations to be submitted to IPC (1.50); various correspondence with P. Strassburger regarding same (1.00).

| 04/29/20 | K MCCARTHY | 3.80 |
|---|---|---|

Correspondence with co-counsel M. Luneack (Finnegan) re: stipulations and proposed orders (.20); attention to correspondence with R. Inz re: █████ (.40); teleconference with J. Normile re: █████ (.30), and teleconference with A. Nicolais re: same (.30); review draft █████ (.40), and communicate with A. Nicolais re: comments to same (.20); review/analyze produced documents (1.20) and draft/revise patent analysis re: same (.80).

| 04/29/20 | A M NICOLAIS | 1.60 |
|---|---|---|

Call with K. McCarthy re drafting scheduling order (.20); drafting scheduling order (1.40).

| 04/29/20 | J J NORMILE | 3.00 |
|---|---|---|

Review and revise various correspondence and stipulations to be submitted to IPC including various correspondence with P. Strassburger (2.00); teleconference with B. Koch regarding preparation of draft case management schedule for IPC I, II and III including teleconference with K. McCarthy regarding same (1.00).

| 04/30/20 | K MCCARTHY | 4.00 |
|---|---|---|

Draft/revise █████ (1.70) and communicate with J. Normile and A. Nicolais re: same (.50); attention to case status (.50) and communicate with K. Horn and J. Darensbourg re: same (.30); review/analyze produced documents (.50) and draft/revise patent analysis re: same (.50).

| 04/30/20 | A M NICOLAIS | 1.70 |
|---|---|---|

Draft/revise proposed scheduling order re ongoing litigation (1.50); communication in firm with K. McCarthy re same (.20).

| 04/30/20 | J J NORMILE | 3.00 |
|---|---|---|

Review and revision of various correspondence with IPC and attached exhibits (2.00); various teleconferences with P. Strassburger, R. Greiss and K. McCarthy (1.00).

**TOTAL**                                                                                              **100.10**

JONES DAY

305158-610013                                                                                    Page 7
                                                                                       June 10, 2020

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                     Invoice:  33388960

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|

**CONSULTANTS FEES**

| 04/09/20 | NYC ACCOUNTING | NYC | 1,500.00 | |

Consultants fees - EMERSON RESOURCES Inc. for February 2020 Storage (Invoice 22934 2/28/2020).

| 04/14/20 | NYC ACCOUNTING | NYC | 1,500.00 | |

Consultants fees - EMERSON RESOURCES, INC. for January 2020 storage (Invoice 22829 1/31/2020).

| 04/14/20 | NYC ACCOUNTING | NYC | 1,500.00 | |

Consultants fees - EMERSON RESOURCES, INC. for March 2020 storage.

| 04/30/20 | NYC ACCOUNTING | NYC | 12,537.50 | |

Consultants fees - MANNION CONSULTING LLC for professional services February 2020 (Invoice 1068 3/01/2020).

| 04/30/20 | NYC ACCOUNTING | NYC | 13,381.25 | |

Consultants fees - MANNION CONSULTING LLC for professional services March 2020 (Invoice 1072 4/04/2020).

|  | **Consultants fees Subtotal** | | | **30,418.75** |

**DUPLICATION CHARGES**

| 12/27/19 | NYC ACCOUNTING | NYC | (93.15) | |

Duplication charges - SPECIAL COUNSEL, INC. refund for duplicate payment of invoice no. 10752759 / 10721909.

|  | **Duplication charges Subtotal** | | | **(93.15)** |

|  | **TOTAL** | | **USD** | **30,325.60** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

June 10, 2020                                                          305158-640002

Invoice: 33388962

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through April 30, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 22,662.50 |
| Less 13% Fee Discount | | (2,946.12) |
| | USD | 19,716.38 |
| **TOTAL** | **USD** | **19,716.38** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33388962 WITH YOUR PAYMENT

**JONES DAY**

305158-640002

Strategic Corporate Advice

Page 2

June 10, 2020

Invoice: 33388962

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| J J NORMILE | 18.50 | 1,225.00 | 22,662.50 |
| **TOTAL** | **18.50** | **USD** | **22,662.50** |

JONES DAY

305158-640002                                                              Page 3
                                                                    June 10, 2020
Strategic Corporate Advice                                    Invoice:  33388962

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/03/20 | J J NORMILE | 1.00 |

Review materials provided by P. Strassburger relating to HRT for upcoming unsecured creditors' committee teleconference.

| 04/04/20 | J J NORMILE | 2.50 |

Review additional materials provided by P. Strassburger relating to HRT for upcoming unsecured creditors' committee teleconference.

| 04/05/20 | J J NORMILE | 0.50 |

Review additional materials provided by P. Strassburger relating to HRT for upcoming unsecured creditors' committee teleconference and review correspondence from P. Strassburger regarding same.

| 04/13/20 | J J NORMILE | 1.00 |

Preparation for and participation in teleconference with P. Strassburger, R. Inz, P. Mathers and J. Davidson regarding various API issues.

| 04/15/20 | J J NORMILE | 2.50 |

Preparation for and participation in teleconference with P. Strassburger regarding the status of various Purdue patent assets including review of underlying schedule and assignments.

| 04/17/20 | J J NORMILE | 2.00 |

Review of various materials relating to Purdue's OxyContin patent portfolio and analysis of ownership interest relating to same (1.50); related teleconference with P. Strassburger (.50).

| 04/18/20 | J J NORMILE | 1.00 |

Review of various materials relating to Purdue's OxyContin patent portfolio and analysis of ownership interest relating to same (.50); related teleconference with P. Strassburger (.50).

| 04/20/20 | J J NORMILE | 1.50 |

Review of various matters relating to ownership and assignment of various Purdue OxyContin patents.

| 04/22/20 | J J NORMILE | 2.00 |

Review of Purdue OxyContin patent portfolio including analysis of various ownership and assignment issues including teleconference with R. Smith and K. McCarthy (1.00); preparation for and participation in teleconference with K. Nix regarding historical information relating to ERO market (1.00).

| 04/23/20 | J J NORMILE | 1.50 |

Review of various materials relating to Purdue's OxyContin patent portfolio (1.00); related teleconferences with K. McCarthy and R. Smith. (.50).

| 04/24/20 | J J NORMILE | 1.00 |

Continued review of various materials relating to Purdue's OxyContin patent portfolio (.50); related teleconferences with K. McCarthy and R. Smith (.50).

| 04/30/20 | J J NORMILE | 2.00 |

Review of various agreements relating to the ownership and assignment of various Purdue OxyContin patents and patent applications.

**TOTAL**                                                              **18.50**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

June 30, 2020                                                             305158-610005

Invoice: 33395639

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through May 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 37,501.00 |
| Less 13% Fee Discount | | (4,875.13) |
| | USD | 32,625.87 |
| **TOTAL** | **USD** | **32,625.87** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610005/33395639 WITH YOUR PAYMENT

**JONES DAY**

305158-610005

Page 2

June 30, 2020

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice:  33395639

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 4.20 | 1,125.00 | 4,725.00 |
| J J NORMILE | 5.50 | 1,225.00 | 6,737.50 |
| OF COUNSEL |  |  |  |
| K I NIX | 2.70 | 1,125.00 | 3,037.50 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 28.20 | 605.00 | 17,061.00 |
| A M NICOLAIS | 10.80 | 550.00 | 5,940.00 |
| **TOTAL** | **51.40** | **USD** | **37,501.00** |

JONES DAY

305158-610005                                                                    Page 3
                                                                        June 30, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice: 33395639

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 05/01/20 | K MCCARTHY | 1.00 |

Draft/revise patent analysis.

| 05/04/20 | P D HENDLER | 1.20 |

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status (.40); attention to draft filings and comments from client regarding same (.80).

| 05/04/20 | K MCCARTHY | 4.50 |

Draft/revise motion and supporting declaration (2.00) and draft/revise █████████████ (2.00); attention to correspondence with J. Normile, R. Inz, and B. Koch re: same (.50).

| 05/04/20 | A M NICOLAIS | 1.60 |

Edits/revisions to memo and declaration re ongoing litigation (1.30); communication in firm with K. McCarthy re same (.30).

| 05/04/20 | K I NIX | 0.70 |

Reviewed draft ████████████ (.40); ████████ and R. Inz comments regarding same (.30).

| 05/04/20 | J J NORMILE | 1.50 |

Review and revise various draft pleadings and related teleconferences with K. McCarthy.

| 05/06/20 | K I NIX | 0.40 |

Conferred with J. Normile regarding strategy for ████████████████████.

| 05/07/20 | K I NIX | 0.50 |

Work regarding ██████████ and email to J. Normile regarding same.

| 05/08/20 | K I NIX | 0.50 |

Studied Collegium first quarter press release (.30); e-mails from R. Inz and B. Koch regarding same (.20).

| 05/11/20 | P D HENDLER | 0.50 |

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status.

| 05/12/20 | K MCCARTHY | 1.00 |

Draft/revise patent analysis.

| 05/13/20 | K MCCARTHY | 1.00 |

Draft/revise patent analysis.

| 05/15/20 | K I NIX | 0.30 |

E-mails with J. Normile regarding ████████.

| 05/17/20 | K MCCARTHY | 3.00 |

Draft/revise patent analysis re: ████████████.

| 05/18/20 | P D HENDLER | 0.90 |

Preparation for, participation in and teleconference with client (including B. Koch) regarding status of matter (.40); preparation for, participation in and attention to teleconferences with client (B. Koch) regarding ███████, including confer with K. McCarthy regarding same (.50).

| 05/18/20 | K MCCARTHY | 2.00 |

Draft/revise patent analysis (1.00); preparation for and participation in teleconference with B. Koch, R. Inz, and P. Hendler re: patent analyses (.50), including review of related produced documents (.50).

| 05/19/20 | K MCCARTHY | 1.00 |

Draft/revise ██████████████████.

JONES DAY

305158-610005                                                                                    Page 4
                                                                                        June 30, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                      Invoice:  33395639

*Date of Service*      *Timekeeper Name*                                        *Hours*

05/19/20       A M NICOLAIS                                        5.20
         Communication in firm with K. McCarthy re legal analysis for ██████████████ (.50);
         review/analyze summary judgment briefing and opinion re same (2.80); drafting summary of analysis re
         same (1.90).

05/19/20       K I NIX                                             0.30
         Conferred with P. Hendler regarding ████████████.

05/20/20       K MCCARTHY                                         5.00
         Draft/revise █████████████████ (1.70), including review of ████████████████
         ██████ (2.00), communicate with P. Hendler re: same (.30); communicate with B. Koch and R. Inz re:
         same (.20); attention to status of matter and ongoing drafts (.50), and communicate with J. Normile re:
         same (.30).

05/21/20       K MCCARTHY                                         4.50
         Review parties briefing re: Collegium's motions for summary judgment (1.20) and internal summary re:
         same (.30); communicate with A. Nicolais re: review of same (.30); draft/revise ████████████ and
         ████████████████ (1.20); draft/revise █████████████████ (1.00), preparation for and
         participation in teleconference with B. Koch, R. Inz, and P. Hendler re: same (.50).

05/21/20       A M NICOLAIS                                        1.50
         Communication in firm with K. McCarthy re follow-up legal analysis for ███████████████████
         (.40); review/analyze summary judgment briefing re same (.40); drafting/updating summary of analysis and
         background for P. Hendler re same (.70).

05/22/20       P D HENDLER                                        0.50
         Draft court submission and confer with associates regarding same.

05/22/20       K MCCARTHY                                         1.90
         Preparation for and participation in call with P. Hendler re: case strategy ████████████████ (1.40),
         including review of related materials (.50).

05/22/20       A M NICOLAIS                                        2.50
         Communication in firm with P. Hendler and K. McCarthy ███████████████ and review of summary
         judgment briefing (.80); communication with K. McCarthy re same (.30); edits/revisions to ████████████
         ███ (1.40).

05/25/20       P D HENDLER                                        0.70
         Draft/revise court submission (.50); communication with K. McCarthy regarding same (.20).

05/25/20       K MCCARTHY                                         2.70
         Draft/revise █████████████████████ (2.50) and communicate with J. Normile and P.
         Hendler re: same (.20).

05/25/20       J J NORMILE                                        4.00
         Review and revision of various case management drafts including correspondence from K. McCarthy
         (2.00); review correspondence from K. McCarthy and relevant background materials (2.00).

05/26/20       P D HENDLER                                        0.40
         Preparation for and participation in teleconference with client (including B. Koch) regarding status of
         matter.

05/27/20       K MCCARTHY                                         0.60
         Draft/revise ███████████████████ (.40) and communicate with J. Normile and P. Hendler re: same
         (.20).

**TOTAL**                                                        **51.40**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

June 30, 2020                                                              305158-610013

                                                                    Invoice: 33395673

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through May 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 73,687.50 |
| Less 13% Fee Discount | | (9,579.37) |
| | USD | 64,108.13 |

### DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Consultants and Agents Fees | 7,512.50 | |
| | | 7,512.50 |
| **TOTAL** | **USD** | **71,620.63** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610013/33395673 WITH YOUR PAYMENT

**JONES DAY**

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Page 2
June 30, 2020
Invoice:  33395673

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| P D HENDLER | 9.20 | 1,125.00 | 10,350.00 |
| J J NORMILE | 27.60 | 1,225.00 | 33,810.00 |
| **OF COUNSEL** | | | |
| K I NIX | 0.30 | 1,125.00 | 337.50 |
| **ASSOCIATE** | | | |
| K MCCARTHY | 42.00 | 605.00 | 25,410.00 |
| A M NICOLAIS | 2.50 | 550.00 | 1,375.00 |
| **PARALEGAL** | | | |
| J J DARENSBOURG | 7.40 | 325.00 | 2,405.00 |
| **TOTAL** | **89.00** | **USD** | **73,687.50** |

JONES DAY

305158-610013                                                                                    Page 3
                                                                                        June 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                    Invoice:  33395673

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 05/01/20 | J J DARENSBOURG | 1.60 |

Manage claim construction briefs, accompanying documents, Markman transcripts, and Markman Orders from Amneal III and IV and IPC I matters for review by K McCarthy.

| 05/01/20 | K MCCARTHY | 3.20 |

Draft/revise proposed consolidated case schedule chart and consolidated scheduling order (2.00) and communicate internally with J. Normile re: same (.20); draft/revise patent analysis (1.00).

| 05/01/20 | J J NORMILE | 1.50 |

Review and revision of correspondence and attached exhibits to IPC (1.00); including teleconference with R. Kreppel and review of R. Kreppel correspondence regarding same (.50).

| 05/03/20 | J J NORMILE | 1.00 |

Review and revision of correspondence to IPC.

| 05/04/20 | P D HENDLER | 0.40 |

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status.

| 05/04/20 | K MCCARTHY | 1.00 |

Preparation for and participation in weekly client teleconference re: litigation status updates.

| 05/04/20 | A M NICOLAIS | 0.80 |

Weekly client meeting (.50); drafting weekly calendar updates (.30).

| 05/04/20 | J J NORMILE | 3.50 |

Preparation for and participation in weekly team status teleconference with P. Strassburger, R. Kreppel, R Silbert, R. Inz, B. Koch, P. Hendler and K. McCarthy (1.00); continued review and revision of correspondence and exhibits to IPC (2.00); including various teleconferences and emails with R. Greiss, R. Kreppel, B. Koch and R. Inz (.50).

| 05/05/20 | K MCCARTHY | 0.30 |

Communicate with J. Darensbourg and K. Horn (Jones Day) and M. Dellinger (MNAT) regarding case files.

| 05/06/20 | J J DARENSBOURG | 4.50 |

Manage shared database for attorneys of Claim Construction and Discovery documents for IPC II.

| 05/06/20 | K MCCARTHY | 1.50 |

██████████████████████████ (.60) and review related documents (.90).

| 05/07/20 | K MCCARTHY | 0.50 |

██████████████████████████

| 05/07/20 | J J NORMILE | 1.00 |

Review/analyze correspondence from R. Inz regarding Grunenthal.

| 05/08/20 | K MCCARTHY | 1.50 |

Draft/review weekly litigation status updates (.30) and communicate with A. Nicolais re: same (.20); draft/revise summary of ongoing OxyContin litigations (.50), review related materials (.30), and communicate with J. Normile re: same (.20).

| 05/11/20 | P D HENDLER | 1.30 |

Review research regarding ████████████████ (.50); preparation for and participation in teleconference with client (including B. Koch) regarding status (.80).

JONES DAY

305158-610013                                                                      Page 4
                                                                            June 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                    Invoice:  33395673

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**05/11/20    K MCCARTHY    6.50**
Preparation for and participation in weekly teleconference with J. Normile, P. Hendler, and clients P. Strassburger, B. Koch, R. Silbert, R. Inz., and R. Kreppel re: litigation status (1.00); draft/revise analysis of allowed patent applications (1.20), review related materials (2.00) and communicate with P. Hendler re: same (.30); perform legal research re: Rule 4(m) (1.50) and communicate with J. Normile, P. Hendler, and client re: same (.50).

**05/11/20    A M NICOLAIS    1.00**
Drafting updates/revisions to Purdue weekly tracker (.50); weekly Purdue teleconference call (.50).

**05/11/20    J J NORMILE    0.80**
Preparation for and participation in weekly status teleconference with P. Strassburger, R. Kreppel, R. Silbert, R. Inz, B. Koch, P. Hendler and K. McCarthy.

**05/12/20    K MCCARTHY    1.70**
Perform legal and factual research regarding ███████████████████ (1.00), including review of prior case pleadings (.40) and communicate with P. Hendler re: same (.30).

**05/13/20    K MCCARTHY    1.00**
Perform legal and factual research re: Fed. R. Civ. P. 4 (.80) and communicate with P. Hendler re: same (.20).

**05/14/20    K MCCARTHY    5.50**
Draft/revise patent analysis (1.00); perform legal and factual research re: service of process of foreign defendants (3.20), including review of prior service documents (.70), and communicate with J. Normile and P. Hendler re: same (.60).

**05/14/20    J J NORMILE    1.50**
Review various correspondence from K. McCarthy and P. Hendler regarding ████████████████ ████████████████████████.

**05/15/20    P D HENDLER    1.20**
Review research regarding service on foreign entity (.70); confer with J. Normile and K. McCarthy regarding same (.50).

**05/15/20    K MCCARTHY    3.80**
Review/analyze pleadings and transcripts re: rescheduling trial and staying actions (.50); draft/revise patent analysis (1.50); perform legal research re: Rule 4(m) and draft client summary re: same (1.30); attention to correspondence with P. Strassburger, J. Normile, P. Hendler, and R. Smith (MNAT) re: same (.50).

**05/18/20    P D HENDLER    0.90**
Preparation for, participation in teleconference with client (including B. Koch) regarding status of matter (.40); preparation for, participation in teleconferences with client (B. Koch) regarding new patent including confer with K. McCarthy regarding same (.50).

**05/18/20    K MCCARTHY    2.00**
Draft/revise patent analysis (1.00); preparation for and participation in teleconference with P. Strassburger, B. Koch, R. Silbert, R. Inz, R. Kreppel, J. Normile, and P. Hendler re: litigation status updates (1.00).

**05/18/20    J J NORMILE    0.80**
Preparation for and participation in weekly team status teleconference including B. Koch, R. Kreppel, R. Inz, R. Silbert, W. Yang, P. Hendler, A. Nicolais and K. McCarthy.

**05/19/20    K MCCARTHY    1.00**
Draft/revise ██████████████████████.

**05/20/20    P D HENDLER    0.80**
Review ███████████████████.

JONES DAY

305158-610013                                                              Page 5
                                                                    June 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.          Invoice:  33395673

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

05/21/20        P D HENDLER                                        1.00
    Confer with J. Normile and K. McCarthy regarding status report (.50); preparation for and participation in
    teleconference with client (B. Koch and R. Inz) regarding new patent (.50).

05/21/20        K MCCARTHY                                         2.00
    Preparation for and participation in teleconference with J. Normile and P. Hendler re: upcoming joint
    status report (.40), including review of related materials (.40); draft/revise proposal to IPC re: joint status
    report (.60), communicate with P. Strassburger, B. Koch, J. Normile, and P. Hendler re: same (.40), and
    communicate with IPC's counsel re: same (.20).

05/21/20        J J NORMILE                                        1.00
    Preparation for and participation in teleconference with K. McCarthy and P. Hendler regarding preparation
    of joint status report and review of draft correspondence to Y. Tang.

05/22/20        J J DARENSBOURG                                    0.20
    Manage shared database for attorneys of correspondence regarding joint status report preparations.

05/22/20        P D HENDLER                                        0.70
    Draft/revise status report.

05/22/20        K MCCARTHY                                         5.10
    Draft/revise joint status report (2.70): perform legal research in support of same (.40); review related
    materials in support of same (1.60); communicate with P. Hendler re: same (.40).

05/22/20        J J NORMILE                                        2.00
    Prepare joint status report including review of draft section on bankruptcy proceedings (1.00); review of
    correspondence to IPC including various comments from P. Strassburger and R. Inz (1.00).

05/23/20        P D HENDLER                                        0.80
    Draft/revise status report.

05/23/20        K MCCARTHY                                         1.50
    Draft/revise joint status report (1.20) and communicate with J. Normile and P. Hendler re: same (.30).

05/23/20        A M NICOLAIS                                       0.20
    Review/revise draft joint status report.

05/23/20        J J NORMILE                                        1.50
    Review and revision of correspondence to IPC including various correspondence from R. Inz, R. Greiss
    and P. Strassburger.

05/24/20        J J NORMILE                                        2.50
    Prepare correspondence to IPC including review of various emails from B. Koch and R. Inz (1.50);
    attention to preparation of joint status report including various emails from K. McCarthy (1.00).

05/25/20        P D HENDLER                                        0.50
    Attention to draft status report, stipulation and communications with J. Normile and K. McCarthy
    regarding same.

05/25/20        K MCCARTHY                                         1.30
    Draft/revise stipulation and proposed order re: schedule (.90); attention to correspondence with opposing
    counsel, J. Normile, P. Hendler, P. Strassburger, and R. Inz re: same (.40).

05/25/20        J J NORMILE                                        2.00
    Continued review and revision of correspondence to IPC including various emails from P. Strassburger
    (1.00); prepare various stipulations relating to upcoming due dates and addition of ECSA to the case (1.00).

05/26/20        J J DARENSBOURG                                    0.10
    Manage shared database for attorneys of correspondence regarding joint status report preparations.

JONES DAY

305158-610013                                                                                                Page 6
                                                                                                      June 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                                        Invoice:  33395673


| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

05/26/20      P D HENDLER                                                              0.70
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding status of matter (.40); attention to draft stipulation regarding status report (.30).

05/26/20      K MCCARTHY                                                              1.50
Preparation for and participation in teleconference with J. Normile, P. Hendler, P. Strassburger, B. Koch, R. Kreppel, and R. Inz re: litigation status updates (.70), including review of litigation status tracker (.20); attention to correspondence with P. Hendler, local counsel R. Smith, co-counsel M. Luneack, and opposing counsel re: stipulation to extend stay (.60).

05/26/20      A M NICOLAIS                                                            0.50
Weekly team call re Purdue matters (.40); updates to Purdue weekly tracker (.10).

05/26/20      J J NORMILE                                                            5.00
Preparation for and participation in weekly status teleconference with P. Strassburger, B. Koch, R. Silbert, R. Inz, R. Kreppel, P. Hendler and K. McCarthy (1.00); continued review and revision of correspondence to IPC including multiple teleconferences with P. Strassburger, R. Kreppel, R. Inz, B. Koch, P. Mathers and R. Greiss (3.00); attention to drafting and filing various stipulations relating to upcoming due diligence dates and addition of ECSA to the case (1.00).

05/27/20      P D HENDLER                                                            0.50
Attention to stipulations.

05/27/20      K MCCARTHY                                                              0.60
Draft/revise stipulations re: ECSA (.20) and communicate with J. Normile, R. Smith, and P. Strassburger re: same (.40).

05/27/20      K I NIX                                                                0.30
Reviewed stipulations and J. Andrew's order entering same.

05/27/20      J J NORMILE                                                            2.50
Review and revision of draft communication to IPC regarding case status including various teleconferences and emails with K. McCarthy (1.00); attention to preparation and filing of joint stipulation regarding ECSA including various emails from R. Inz, K. McCarthy and R. Smith (1.00); review of Judge Andrews' Order regarding end of stay date and submission of joint status report and related emails with K. McCarthy (.50).

05/28/20      J J DARENSBOURG
Manage shared database for attorneys of correspondence and pleadings regarding stipulations to modify schedule and to add Euro-Celtique S.A. as a plaintiff.

05/28/20      K MCCARTHY                                                              0.50
Attention to case files and communicate with J. Darensbourg and K. Horn re: organization of same (.30); communicate with A. Nicolais re: entries for weekly litigation status updates (.20).

05/28/20      J J NORMILE                                                            1.00
Preparation for and participation in teleconference with K. Orr and D. Moss regarding communication with IPC and review of background materials regarding same.

05/29/20      P D HENDLER                                                            0.40
Attention to IPC financial report.

**TOTAL**                                                                            **89.00**

**JONES DAY**

305158-610013                                                        Page 7
                                                                June 30, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.        Invoice:  33395673

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|

**CONSULTANTS FEES**

| 05/07/20 | NYC ACCOUNTING | NYC | 2,337.50 | |

Experts fees - RICHARD O MANNION for professional services rendered - February 2020 (Invoice 1065 2/16/20).

| 05/14/20 | NYC ACCOUNTING | NYC | 5,175.00 | |

Experts fees - RICHARD O MANNION for professional services rendered - April 2020 (Invoice 1074 4/18/20).

| | **Consultants fees Subtotal** | | | **7,512.50** |
| | **TOTAL** | | **USD** | **7,512.50** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

June 30, 2020                                                            305158-640002

Invoice: 33395675

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through May 31, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 41,301.50 |
| Less 13% Fee Discount | | (5,369.19) |
| | USD | 35,932.31 |
| **TOTAL** | **USD** | **35,932.31** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-640002/33395675 WITH YOUR PAYMENT

**JONES DAY**

305158-640002                                                                                      Page 2
                                                                                                June 30, 2020
Strategic Corporate Advice                                                          Invoice:  33395675

### TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 22.00 | 1,225.00 | 26,950.00 |
| OF COUNSEL |  |  |  |
| O BENNING | 4.00 | 800.00 | 3,200.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 11.30 | 605.00 | 6,836.50 |
| A M NICOLAIS | 3.80 | 550.00 | 2,090.00 |
| LEGAL SUPPORT |  |  |  |
| K HORN | 4.00 | 400.00 | 1,600.00 |
| STAFF |  |  |  |
| J A HARBAY SPAULDING | 2.50 | 250.00 | 625.00 |
| **TOTAL** | **47.60** | **USD** | **41,301.50** |

**JONES DAY**

305158-640002                                                              Page 3
                                                                    June 30, 2020
Strategic Corporate Advice                                   Invoice:  33395675

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 05/02/20 | K MCCARTHY | 2.00 |

Perform legal and factual research regarding naloxone intranasal sprays (1.70) and communicate with J. Normile re: same (.30).

| 05/02/20 | J J NORMILE | 1.50 |

Review correspondence from P. Strassburger regarding Narcon sales and marketing data including various emails with K. McCarthy regarding same.

| 05/04/20 | J A HARBAY SPAULDING | 2.50 |

Research on NARCAN pricing for J. Normile.

| 05/04/20 | K MCCARTHY | 1.50 |

Perform legal and factual research regarding naloxone intranasal sprays (1.00) and communicate with J. Normile re: same (.20); attention to correspondence with researchers re: same (.30).

| 05/04/20 | J J NORMILE | 1.00 |

Review correspondence from P. Strassburger regarding Narcon sales and marketing data including various emails with K. McCarthy regarding same.

| 05/05/20 | K HORN | 1.00 |

Draft response to audit letter.

| 05/05/20 | K MCCARTHY | 1.50 |

Perform legal and factual research regarding naloxone intranasal sprays (1.30) and communicate with J. Normile re: same (.20).

| 05/05/20 | J J NORMILE | 3.00 |

Continued review and revision of materials relating to Naloxone Spray sales and marketing information (1.50); review correspondence from P. Strassburger regarding upcoming UCC teleconference and related review of background materials (1.50).

| 05/06/20 | K MCCARTHY | 1.50 |

Draft/revise summary of ongoing and dismissed OxyContin litigations.

| 05/06/20 | J J NORMILE | 2.00 |

Review various due diligence questions and related background materials to be addressed at upcoming unsecured creditors committee teleconference (1.00); attention to preparation of annual audit letter (1.00).

| 05/07/20 | K HORN | 1.50 |

Attention to preparation of Auditor's letter.

| 05/07/20 | K MCCARTHY | 2.00 |

Draft/revise summary of ongoing and dismissed OxyContin litigations (1.10), review related materials (.60), and communicate with J. Normile and K. Horn re: same (.30).

| 05/07/20 | J J NORMILE | 4.00 |

Preparation for and participation in teleconference with B. Koch regarding preparation for upcoming budgets for various litigation matters (1.00); preparation for and participation in various teleconferences with P. Strassburger, R. Kreppel and E. Ruiz regarding upcoming teleconference with UCC committee including review of due diligence questionnaire and responsive slides (2.00); attention to preparation of annual audit letter including various emails with A. Kordas (1.00).

| 05/08/20 | O BENNING | 4.00 |

Drafting note on audit letter and underlying questionnaire (1.20); legal analysis of Notice of Breach dated September 3, 2019, summary of claims asserted in Notice of Breach and other German-law issues (2.40); e-mail correspondence with Kristina Horn, Kevin McCarthy re. audit letter (.40).

| 05/08/20 | K HORN | 1.50 |

Draft/revise audit letter.

JONES DAY

305158-640002                                                                    Page 4
                                                                         June 30, 2020
Strategic Corporate Advice                                         Invoice:  33395675

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

05/08/20        K MCCARTHY                                              0.50
Draft/revise UCC presentation (.30) and related patent summary (.20).

05/08/20        A M NICOLAIS                                            3.00
Communication in firm with K. McCarthy regarding updates needed to Purdue tracker and patent
litigation/assignment history (.20); reviewing dockets/assignments and drafting updates regarding same
(2.80).

05/08/20        J J NORMILE                                            4.00
Preparation for upcoming UCC teleconference including various teleconferences with P. Strassburger, R.
Kreppel, J. Lowne, E. Ruiz and review and revision of various slide presentations regarding same (2.00);
various teleconferences and emails with K. McCarthy regarding same (.50); attention to finalizing Purdue
audit letter including various communications with A. Kordas, K. McCarthy and K. Horn (1.50).

05/10/20        K MCCARTHY                                             1.00
Draft/revise IP presentation to unsecured creditors committee (.30), review related documents (.60), and
communicate with J. Normile re: same (.10).

05/10/20        J J NORMILE                                           1.50
Preparation for upcoming UCC teleconference including review of background materials and slides for
same.

05/11/20        K MCCARTHY                                            1.00
Draft/revise summary of patents-in-suit in ongoing litigations ███████████ (.80) and
communicate with J. Normile re: same (.20).

05/11/20        J J NORMILE                                           3.00
Preparation for and participation in UCC teleconference including various teleconferences with P.
Strassburger, R. Kreppel and K. McCarthy.

05/12/20        K MCCARTHY                                            0.30
Perform legal research re: naloxone intranasal spray.

05/12/20        J J NORMILE                                           2.00
Preparation for and participation in teleconference with P. Strassburger, B. Koch and Davis Polk relating to
various procedural issues in pending litigations (1.50); review of correspondence from P. Strassburger
relating to status of Teva Narcon proceedings and research regarding same (.50).

05/18/20        A M NICOLAIS                                          0.80
Edits/revisions to weekly tracker (.30); weekly team status update call (.50).

**TOTAL**                                                            **47.60**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

June 30, 2020                                                    305158-999007

                                                    Invoice: 33395680

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through May 31, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 54,557.50 |
| Less 13% Fee Discount | | (7,092.47) |
| | USD | 47,465.03 |

## DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Court Costs | 140.00 | |
| | | 140.00 |
| **TOTAL** | **USD** | **47,605.03** |
| CREDIT re: Billable Rate Discrepancies | USD | (1,226.70) |
| **AMOUNT DUE THIS INVOICE** | **USD** | **46,378.33** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33395680 WITH YOUR PAYMENT

**JONES DAY**

305158-999007                                                                                           Page 2
                                                                                                    June 30, 2020
Retention Matters                                                                          Invoice:  33395680

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 2.00 | 1,225.00 | 2,450.00 |
| ASSOCIATE |  |  |  |
| A KORDAS | 8.20 | 750.00 | 6,150.00 |
| F SIDDIQUI | 8.90 | 550.00 | 4,895.00 |
| STAFF ATTY |  |  |  |
| L C FISCHER | 78.00 | 525.00 | 40,950.00 |
| PARALEGAL |  |  |  |
| M M MELVIN | 0.30 | 375.00 | 112.50 |
| **TOTAL** | **97.40** | **USD** | **54,557.50** |

305158-999007                                                          Page 3
                                                                  June 30, 2020
Retention Matters                                          Invoice:  33395680

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

05/01/20   A KORDAS   1.30
Draft/revise monthly fee statement and worksheet (1.00); correspond with J. Normile and F. Siddiqui regarding same (.30).

05/01/20   F SIDDIQUI   3.40
Draft fifth monthly fee statement (2.50) and redact relevant invoices (.90).

05/02/20   L C FISCHER   2.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

05/03/20   L C FISCHER   5.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

05/04/20   L C FISCHER   5.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

05/04/20   A KORDAS   1.00
Draft/revise monthly fee statement (.50); confer with J. Normile and F. Siddiqui regarding matter (.50).

05/04/20   J J NORMILE   1.00
Review and revise March bills (.80); teleconference with A. Kordas (.20).

05/05/20   L C FISCHER   6.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

05/05/20   F SIDDIQUI   0.60
Review communications re revisions to March 2020 invoice (.20); redact revised invoice for March 2020 (.40).

05/05/20   F SIDDIQUI   1.60
Update excel worksheet for Purdue Pharma fee statement based on write-offs (.80); amend fee application (.80).

05/06/20   L C FISCHER   1.50
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

05/06/20   J J NORMILE   1.00
Review and revision of correspondence relating to 2020 litigation budgets from P. Strassburger, R. Kreppel and B. Koch.

05/06/20   F SIDDIQUI   2.00
Review and edit Purdue Pharma monthly fee statement per write-offs and revisions to March invoice.

05/07/20   L C FISCHER   1.50
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the Debtors.

05/07/20   A KORDAS   1.30
Draft/revise monthly fee statement and coordinate filing and service of same (1.00); draft/revise insert for audit letter (.30).

05/07/20   F SIDDIQUI   0.80
Finalize and file fifth monthly fee statement.

JONES DAY

305158-999007                                                                      Page 4
                                                                               June 30, 2020
Retention Matters                                                      Invoice:  33395680


| Date of Service | Timekeeper Name | Hours |
|---|---|---|

*Date of Service*          *Timekeeper Name*                                          *Hours*

05/08/20        M M MELVIN                                          0.30
Serve Jones Day's fifth monthly fee statement by e-mail (.10); coordinate first class mail service to Judge Drain (.20).

05/08/20        F SIDDIQUI                                          0.50
Circulate as-filed fee statement (.30); review communications re service re same (.20)

05/11/20        L C FISCHER                                         6.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the Debtors. (5.00); review and revise list of new parties to be included in the supplemental conflicts review (1.00).

05/13/20        L C FISCHER                                         4.00
Review and analyze updated conflict inquiry reports for all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel for the debtors.

05/14/20        L C FISCHER                                         5.50
Review and analyze updated conflict inquiry reports for all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel for the debtors.

05/15/20        L C FISCHER                                         5.50
Review and analyze updated conflict inquiry reports for all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel for the debtors.

05/15/20        A KORDAS                                            0.40
Review/analyze claims register regarding claim; correspond with J. Normile regarding same.

05/16/20        L C FISCHER                                         5.00
Review and analyze updated conflict inquiry reports in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

05/18/20        L C FISCHER                                         5.20
Draft and revise list of interested parties regarding new parties in interest to be included in conflicts review for the Firm's first supplemental disclosure as special litigation counsel to the debtors.

05/19/20        L C FISCHER                                         2.00
Review and analyze conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure.

05/19/20        L C FISCHER                                         2.00
Draft and revise list of all interested parties to be included in conflicts review for the Firm's first supplemental disclosure as special litigation counsel to the debtors.

05/20/20        L C FISCHER                                         2.00
Review and analyze conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure.

05/20/20        A KORDAS                                            2.00
Revise invoices for compliance with UST guidelines.

05/21/20        L C FISCHER                                         3.00
Draft and revise list of new interested parties to be included in the Firm's first supplemental disclosure review (2.00); review and analyze redlined versions regarding new parties, deleted parties and edited party names for same (1.00).

05/21/20        L C FISCHER                                         2.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

05/21/20        A KORDAS                                            2.20
Draft/revise monthly fee statement (1.00); review/revise invoices in connection with same (1.20).

**JONES DAY**

305158-999007                                                                                          Page 5
                                                                                                   June 30, 2020

Retention Matters                                                                      Invoice:  33395680

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 05/22/20 | L C FISCHER | 2.80 |

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the Debtors.

| 05/25/20 | L C FISCHER | 2.00 |
|---|---|---|

Draft and revise list of new interested parties to be included in the conflicts reviewed for the Firm's first supplemental disclosure as special litigation counsel to the debtors (1.80); email communication with A. Kordas regarding same (.20).

| 05/26/20 | L C FISCHER | 5.00 |
|---|---|---|

Review and analyze updated conflict inquiry reports in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 05/27/20 | L C FISCHER | 5.00 |
|---|---|---|

Review and analyze updated conflict reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

**TOTAL**                                                                                              **97.40**

305158-999007

Page 6
June 30, 2020

Invoice: 33395680

Retention Matters

### DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **COURT COSTS** | | | | |
| 05/28/20 | A KORDAS | NYC | 70.00 | |
| | Court costs - COURTSOLUTIONS - court appearance fee for Anna Kordas 22-Apr-2020. | | | |
| 05/28/20 | J J NORMILE | NYC | 70.00 | |
| | Court costs - COURTSOLUTIONS court appearance fee for John Normile 22-Apr-2020 | | | |
| | **Court costs Subtotal** | | | **140.00** |
| **TOTAL** | | | **USD** | **140.00** |