Sander L. Esserman
Peter C. D'Apice
STUTZMAN, BROMBERG, ESSERMAN &
 PLIFKA, A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, TX 75201
Telephone:    214-969-4900
Facsimile:    214-969-4999
esserman@sbep-law.com
dapice@sbep-law.com
*Counsel to Tiffany Dunford as Next Friend of T.N. Dunford*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **PURDUE PHARMA, INC.,** *et al.*,[1] | **Case No. 19-23649 (RDD)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

**MOTION TO SHORTEN THE NOTICE PERIOD WITH RESPECT TO THE
MOTION TO PERMIT THE FILING OF A CLASS PROOF OF CLAIM**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Tiffany Dunford as Next Friend of T.N. Dunford ("**Movant**"), by and through her undersigned counsel, respectfully submits this *Motion to Shorten the Notice Period with Respect to Motion to Permit the Filing of a Class Proof of Claim* (this "**Motion**"), filed contemporaneously herewith, and respectfully states as follows.

### RELIEF REQUESTED

1. By this Motion, Movant seeks entry of an order, substantially in the form attached hereto as **Exhibit A**, to shorten the notice period with respect to the Movant's *Motion to Permit the Filing of a Class Proof of Claim* filed contemporaneously herewith. In accordance with the Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures (the "Case Management Procedures"), entered on November 18, 2019 [Docket No. 498], Movant respectfully requests that the Court authorize the *Motion to Permit the Filing of a Class Proof of Claim* be heard at the omnibus hearing currently scheduled for **July 23, 2020, at 2:00 p.m.** (prevailing Eastern Time) and set **July 22, 2020 at 12:00 p.m.** (prevailing Eastern Time) as the objection deadline (the "Objection Deadline").

### JURISDICTION AND VENUE

2. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

**BASIS FOR RELIEF**

3.     Pursuant to Rule 9007 of the Federal Rules of Bankruptcy Procedure, the Court has authority to regulate the form and matter in which notice provided. The Case Management Procedures provide that "[i]n accordance with Local Rule 9006-1(b), if a party files and serves a Request for Relief at least fourteen (14) calendar days before the next Omnibus Hearing, the matter shall be set for hearing at such Omnibus Hearing." Case Management Procedures ¶ 19. However, Paragraph 17 of the Case Management Procedures provide that a party has the right to seek an amendment or waiver of the provisions in the Case Management Procedures upon a showing of good cause, including the right to file a motion seeking relief upon shortened notice.

4.     The *Motion to Permit the Filing of a Class Proof of Claim* seeks to protect the interests of some 4,000 infants born in West Virginia since October 2016, whose identities and contact information are held by the West Virginia Department of Health and Human Resources and who have been diagnosed with Neonatal Abstinence Syndrome ("NAS"). These infants constitute identifiable, known creditors of the Debtors and have a Constitutional right to actual notice of this bankruptcy. There is no indication that these infants have received such notice. Counsel to Movant recently learned of the existence of this identifying data and have been diligently trying to obtain the data on such infants from the West Virginia Department of Health and Human Resources but has been met with bureaucratic resistance and overall delays caused by the pandemic. To protect the interests of these approximately 4,000 West Virginia infants. Movant respectfully requests that the *Motion to Permit the Filing of a Class Proof of Claim* be heard on the July 23 omnibus date with the other filed class action motions; with all class motions set to be heard on one day, there will be no undue prejudice to the other parties.

3

Further, with the claims bar date as July 30, 2020, it makes sense to hear Movant's motion prior to the bar date, since Movant's motion seeks approval of a class action proof of claim to be filed by Movant, as class representative, on behalf of the putative class. Movant also reports that she did not retain bankruptcy counsel until July 10, and her other proposed class counsel were not aware that July 23rd was the last hearing date prior to July 30. To the extent other class action motions are adjourned, Movant agrees to adjourn her motion on the same basis as the others.

5. Since the *Motion to Permit the Filing of a Class Proof of Claim* was filed fewer than 14 days before the applicable hearing date, Movant is proposing that the objection deadline be set for July 22, 2020, which is consistent with the Case Management Procedures.

6. In accordance with the Case Management Procedures, counsel to Movant conferred with counsel to the Debtors, the Official Committee, and the United States Trustee on July 15, 2020, and the United States Trustee does not oppose, the Debtors oppose, and the Official Committee takes no position on the relief requested herein.

7. Accordingly, Movant submits that cause exists for the Court to shorten the notice period with respect to *Motion to Permit the Filing of a Class Proof of Claim* to allow that motion to be heard at the omnibus hearing scheduled for July 23, 2020, at 2:00 p.m. (prevailing Eastern Time).

## CONCLUSION

Based on the foregoing, Tiffany Dunford as Next Friend of T.N. Dunford respectfully requests that the Court: (a) enter an order to shorten the notice period with respect to *Motion to Permit the Filing of a Class Proof of Claim and* allow that motion to

be heard at the July 23, 2020 omnibus hearing; and (b) set July 22, 2020 at 12:00 p.m. ET as the objection deadline.

July 15, 2020
Dallas, Texas

        **STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A PROFESSIONAL CORPORATION**

        By: *Sander L. Esserman*
        Sander L. Esserman
        Peter C. D'Apice
        2323 Bryan Street, Suite 2200
        Dallas, TX 75201
        Telephone: (214) 969-4900
        Facsimile: (214) 969-4999

        P. Rodney Jackson, Esq.
        Law Offices of P. Rodney Jackson
        Fifth Third Center
        700 Virginia Street, East
        Charleston, WV 25301
        (843) 870-6879
        prodjackson27@icloud.com

        W. Jesse Forbes, Esq. (WVSB #9956)
        FORBES LAW OFFICES, PLLC
        1118 Kanawha Blvd., East
        Charleston, WV 25301
        Phone: 304-343-4050
        Fax: 304-343-7450
        wjforbes@forbeslawwv.com

        R. Booth Goodwin II, Esq. (WVSB #7165)
        Benjamin B. Ware (WVSB #10008)
        W. Jeffrey Vollmer (WVSB #10277)
        Goodwin & Goodwin, LLP
        300 Summers Street, Suite 1500
        P.O. Box 2107
        Charleston, WV 25328-2107
        Phone: (304) 346-7000
        Facsimile: (304) 344-9692
        rbg@goodwingoodwin.com
        bbw@goodwingoodwin.com
        wjv@goodwingoodwin.com

W. Stuart Calwell, Jr., Esq.
L. Dante diTrapano, Esq.
Alex McLaughlin, Esq.
Benjamin D. Adams, Esq.
Calwell Luce diTrapano, PLLC
Law and Arts Center West
500 Randolph Street
Charleston, WV 25302
Phone: (304) 343-4323
Facsimile: (304) 344-3684
scalwell@cldlaw.com
dditrapano@cldlaw.com
amclaughlin@cldlaw.com
badams@cldlaw.com

*Counsel to Tiffany Dunford as Next Friend of T.N. Dunford*

6