IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| PURDUE PHARMA, INC., *et al.*,[1] | Case No. 19-23649 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

**ORDER ON SHORTENING THE NOTICE PERIOD WITH RESPECT TO THE MOTION TO PERMIT THE FILING OF A CLASS PROOF OF CLAIM**

Upon consideration of the motion of Tiffany Dunford as Next Friend of T.N. Dunford, dated July 15, 2020, for entry of an order to shorten the notice period with respect to the *Motion to Permit the Filing of a Class Proof of Claim*; and it appearing that this Court has jurisdiction over the matter; and it appearing that due and adequate notice of the motion having been given; and that no other or further notice need be provided; and it further appearing that the relief requested in the motion is in the best interest of Tiffany Dunford as Next Friend of T.N. Dunford; and upon all of the proceedings had before the Court; and after due deliberation and sufficient case appearing therefore; it is hereby ORDERED:

1.      The Motion is GRANTED as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2. The Court grants the *Motion to Shorten the Notice Period with Respect to Motion to Permit the Filing of a Class Proof of Claim.*

3. A hearing on the *Motion to Permit the Filing of a Class Proof of Claim* will be held on **July 23, 2020, at 2:00 p.m.** (Prevailing Eastern Time) (the "Hearing") before the Honorable Judge Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "Bankruptcy Court") or at such other time as the Bankruptcy Court may determine.

4. Responses or objections to the *Motion to Permit the Filing of a Class Proof of Claim* shall be in writing, shall comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 and the Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures, entered on November 18, 2019 [Docket No. 498], so as to be filed and received no later than **July 22, 2020, at 12:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

Dated: _____
      White Plains, New York

 

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE