**ROBINS KAPLAN, LLP**
Scott F. Gautier
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: SGautier@RobinsKaplan.com

*Proposed Attorney for Collegium Pharmaceuticals, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- X
            :   Chapter 11
In re:      :
            :   Case No. 19-23649 (RDD)
PURDUE PHARMA L.P., et al.,
            :   (Jointly Administered)
        Debtors.
            :
--------------------------------------------------------- X

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Scott F. Gautier, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Collegium Pharmaceuticals, Inc. in the above-referenced case.

I certify that I am a member in good standing of (a) the bars of the States of California and Illinois, (b) the United States Courts of Appeals for the Eighth and Ninth Circuits, and (c) the United States District Courts for the Central, Eastern, and Northern Districts of California, the Northern District of Illinois, and the Eastern District of Tennessee.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 16, 2020              /s/ Scott F. Gautier
Los Angeles, California           Scott F. Gautier
                                  2049 Century Park East, Suite 3400
                                  Los Angeles, CA 90067
                                  Telephone: (310) 552-0130
                                  Facsimile: (310) 229-5800
                                  Email: SGautier@RobinsKaplan.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- X
: Chapter 11
In re:
: Case No. 19-23649 (RDD)
PURDUE PHARMA L.P., et al.,
: (Jointly Administered)
        Debtors.
:
----------------------------------------------------------- X

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Scott F. Gautier, to be admitted, *pro hac vice*, to represent Collegium Pharmaceuticals, Inc. ("Collegium") in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of (a) the bars of the States of California and Illinois, (b) the United States Courts of Appeals for the Eighth and Ninth Circuits, and (c) the United States District Courts for the Central, Eastern, and Northern Districts of California, the Northern District of Illinois, and the Eastern District of Tennessee, it is hereby

ORDERED, that Scott F. Gautier is admitted to practice, *pro hac vice*, in the above-referenced case to represent Collegium in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July 16, 2020            /s/_____
New York, New York         HONORABLE ROBERT D. DRAIN