Exhibit G

Customary and Comparable Compensation Disclosures for the Fee Period

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE ||
|---|---|---|
| | Professionals at Bielli & Klauder, LLC for a 12 Month Period Ending on May 31, 2020 Excluding Bankruptcy Matters | Purdue Application[1] |
| Partner | $350.00 | $362.50 |
| Counsel | $325.00 | $325.00 |
| Other Attorneys | $225.00 | $250.00 |
| Paraprofessionals and Law Clerks | $150.00 | $150.00 |
| All Timekeepers Aggregated (Blended rate) | $262.50 | $271.88 |

---

[1] Comparable rate disclosures related to this case are listed herein for disclosure purposes only.  As noted, B&K is billing on a flat monthly fee for this case.