Exhibit H

**BUDGET FOR FIRST INTERIM PERIOD**
**APRIL 8, 2020 THROUGH MAY 31, 2020**

| Fee Description | Actual Fees | Budgeted Fees |
|---|---|---|
| Flat Fee for B&K, Fee Examiner and Legal Decoder, Inc. (April 8 – April 30, 2020) | $0.00 | $40,333.33 |
| Flat Fee for B&K, Fee Examiner and Legal Decoder, Inc. (May 1 – May 31, 2020) | $55,000.00 | $55,000.00 |
| One-Time Retrospective Flat Fee for Review of 1st Interim Fee Applications | $28,375.00 (this amount equals one-half of Legal Decoder, Inc.'s retrospective fee) | $125,000.00 |
| **TOTALS** | **$83,375.00** | **$220,333.00** |