**Hearing Date: July, 23, 2020 at 2:00 p.m. (Prevailing Eastern Time)**
**Objection Deadline: July 22, 2020 at 12:00 p.m. (Prevailing Eastern Time)**

Sander L. Esserman (admitted *pro hac vice)*
Peter C. D'Apice
STUTZMAN, BROMBERG, ESSERMAN &
 PLIFKA, A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, TX 75201
Telephone: 214-969-4900
Facsimile: 214-969-4999
esserman@sbep-law.com
dapice@sbep-law.com
*Counsel to Tiffany Dunford as Next*
*Friend of T.N. Dunford*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               )
**In re**                                                      )          **Chapter 11**
                                                               )
**PURDUE PHARMA L.P.,** *et al.,*[1]                          )          **Case No. 19-23649 (RDD)**
                                                               )
        **Debtors.**                                           )          **(Jointly Administered)**
                                                               )
---------------------------------------------------------------x

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on July 15, 2020, Tiffany Dunford as Next

Friend of T.N. Dunford filed her *Motion to Permit the Filing of a Class Proof of Claim*

[Docket No. 1408], and her *Motion to the Shorten Notice Period with Respect to the*

*Motion to Permit the Filing of a Class Proof of Claim* [Docket No. 1409]  (collectively,

the "**Motions**"). A hearing on the Motions will be held on **July 23, 2020, at 2:00 p.m.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**(Prevailing Eastern Time)**  (the "**Hearing**") before the Honorable Judge Robert D.

Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern

District of New York, at the United States Bankruptcy Court for the Southern District of

New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy**

**Court**") or at such other time as the Bankruptcy Court may determine.

PLEASE TAKE FURTHER NOTICE that copies of the Motions may be

obtained free of charge by visiting the website of Prime Clerk LLC at

https://restructuring.primeclerk.com/purduepharma.  You may also obtain copies of any

pleadings by visiting the Bankruptcy Court's website at http://nysb.uscourts.gov in

accordance with the procedures and fees set forth therein.

PLEASE TAKE FURTHER NOTICE that the Hearing may be continued or

adjourned thereafter from time to time without further notice other than an announcement

of the adjourned date or dates that the Hearing or a later hearing.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the

Motions shall be in writing, shall comply with the Federal Rules of Bankruptcy

Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall

be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court,

including attorneys admitted *pro hac vice*, electronically in accordance with General

Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other

parties in interest, on a CD-ROM, in text-searchable portable document format (PDF)

(with a hard copy delivered directly to Chambers), in accordance with the customary

practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and

shall be served in accordance with General Order M-399 and the Second Amended Order

Establishing Certain Notice, Case Management, and Administrative Procedures, entered on November 18, 2019 [Docket No. 498], so as to be filed and received no later than **July 22, 2020, at 12:00 p.m. (Prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motions, Tiffany Dunford as Next Friend of T.N. Dunford may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motions, which order may be entered without further notice or opportunity to be heard.

July 17, 2020
Dallas, Texas

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A PROFESSIONAL CORPORATION**

By: *Sander L. Esserman*

Sander L. Esserman (admitted *pro hac vice*)
Peter C. D'Apice
2323 Bryan Street, Suite 2200
Dallas, TX 75201
Telephone:  (214) 969-4900
Facsimile:   (214) 969-4999

**COUNSEL TO TIFFANY DUNFORD AS NEXT FRIEND OF T.N. DUNFORD**