**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                                    )
**In re**                                                    )          Chapter 11
                                                                    )
**PURDUE PHARMA L.P.** *et al.*,            )          Case No. 19-23649 (RDD)
                                                                    )
           Debtors.                                        )          (Jointly Administered)
                                                                    )
---------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, R. Booth Goodwin II, request admission *pro hac vice* before the Honorable Robert D. Drain to represent Tiffany Dunford as Next Friend of T.N. Dunford in these jointly administered cases and any related adversary proceedings.

I certify that I am a member in good standing of the bar in the State of West Virginia and the bars of the United States District Court for the Southern District of West Virginia and the United States District Court for the Northern District of West Virginia.

I have submitted the filing fee of $200.00 with this motion for my *pro hac vice* admission.

Dated: July 17, 2020
           Charleston, West Virginia

                                                                                    */s/ R. Booth Goodwin II*
                                                                                    R. Booth Goodwin II
                                                                                    Goodwin & Goodwin, LLP
                                                                                    300 Summers Street, Suite 1500
                                                                                    P.O. Box 2107
                                                                                    Charleston, WV 25328-2107
                                                                                    Phone: (304) 346-7000
                                                                                    Facsimile: (304) 344-9692
                                                                                    Email: rbg@goodwingoodwin.com