**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                        )

**In re**                                                  )        **Chapter 11**

**PURDUE PHARMA L.P.,** *et al.*,        )        **Case No. 19-23649 (RDD)**

             **Debtors.**                        )        **(Jointly Administered)**

------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of R. Booth Goodwin II to be admitted, ***pro hac vice***, to represent Tiffany Dunford as Next Friend of T.N. Dunford (the "**Client**") in the referenced jointly administered cases and any related adversary proceedings and upon the movant's certification that the movant is a member in good standing of the bar in the State of West Virginia and the bars of the United States District Court for the Southern District of West Virginia and the United States District Court for the Northern District of West Virginia, it is hereby

**ORDERED** that R. Booth Goodwin II is admitted to practice, ***pro hac vice***, in the above-referenced cases and any related adversary proceedings to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2020
        White Plains, New York

                                                      _____
                                                      UNITED STATES BANKRUPTCY JUDGE