UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

In re:                       :      Chapter 11

                           :

PURDUE PHARMA L.P., *et al.*,       :      Case No. 19-23649 (RDD)

                           :

             Debtors.[1]    :      (Jointly Administered)

                           :

-------------------------------------------------------- x

## STATEMENT OF FEES AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF JUNE 1, 2020 THROUGH JUNE 30, 2020

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of June 1, 2020 through June 30, 2020 (the "Sixth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

## I. **Background**

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.   On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.   On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.   On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Compensation and Reimbursement of Out-of-Pocket Expenses

5.   For the Sixth Compensation Period, PJT (a) earned monthly fees in the aggregate amount of $225,000.00, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,000.00 (representing 80% of the total amount of PJT's monthly fees earned by PJT during the Sixth Compensation Period). Although every effort has been made to include all expenses incurred during the Sixth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to

this Court for allowance of such expenses incurred during the Sixth Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned by PJT during the Sixth Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned and out-of-pocket expenses incurred during the Sixth Compensation Period is outlined below:

| Sixth Compensation Period | Monthly Fee | Holdback @ 20% | Amount Due |
|---|---|---|---|
| June 1 – 30, 2020 | $225,000.00 | ($45,000.00) | **$180,000.00** |

7. The amount of compensation and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 319.5 hours expended by PJT professionals in providing investment banking services to the Debtors during the Sixth Compensation Period are provided in <u>Appendix B</u>.

8. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | June 2020 |
|---|---|
| Tim Coleman | 3.5 |
| Jamie O'Connell | 15.0 |
| Rafael Schnitzler | 47.0 |
| Joe Turner | 64.5 |
| Tom Melvin | 83.5 |
| Jade Wang | 16.0 |
| Jovana Arsic | 31.5 |
| Gerald Sim | 20.5 |
| Aakriti Suri | 3.0 |
| Ismail Mian | 35.0 |
| **Total Hours** | **319.5** |

### III. <u>Requested Relief</u>

9.    Pursuant to the Retention Order and the Procedures Order, with respect to PJT's

monthly fees in the amount of $225,000.00 earned during the Sixth Compensation Period, PJT

hereby requests that the Debtors make the following payments to PJT:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| **Total Amount Due** | **$180,000.00** |

Dated: July 17, 2020                    PJT PARTNERS LP

By: /s/ John James O'Connell
      John James O'Connell III
      Partner
      280 Park Avenue
      New York, NY 10017
      (212) 364-7800

**APPENDIX A**

PJT Partners



July 15, 2020

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of June 1, 2020 through June 30, 2020: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |
| **Total Amount Due**[1] | **$** | **180,000.00** |

**Invoice No. 10013476**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Dept. - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Professional | Title | Hours |
|---|---|---|
| Tim Coleman | Partner | 3.5 |
| Jamie O'Connell | Partner | 15.0 |
| Rafael Schnitzler | Director | 47.0 |
| Joe Turner | Vice President | 64.5 |
| Tom Melvin | Associate | 83.5 |
| Jade Wang | Associate | 16.0 |
| Jovana Arsic | Associate | 31.5 |
| Gerald Sim | Analyst | 20.5 |
| Aakriti Suri | Analyst | 3.0 |
| Ismail Mian | Analyst | 35.0 |
| | **Total** | **319.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tim Coleman | 06/04/20 | 1.0 | Weekly update call |
| Tim Coleman | 06/05/20 | 0.5 | Call with financial advisor |
| Tim Coleman | 06/08/20 | 0.5 | Internal team call regarding financial matter |
| Tim Coleman | 06/18/20 | 1.0 | Weekly update call |
| Tim Coleman | 06/29/20 | 0.5 | Internal call regarding various matters |
| | | **3.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 06/01/20 | 2.0 | Review of materials in advance of mediation presentation |
| Jamie O'Connell | 06/01/20 | 1.0 | Presentation as part of mediation process |
| Jamie O'Connell | 06/02/20 | 0.5 | Internal team call regarding financial matter |
| Jamie O'Connell | 06/03/20 | 0.5 | Internal catch-up with J. Turner and R. Schnitzler |
| Jamie O'Connell | 06/04/20 | 1.0 | Weekly update call |
| Jamie O'Connell | 06/05/20 | 0.5 | Call with financial advisor |
| Jamie O'Connell | 06/08/20 | 0.5 | Internal team call regarding financial matter |
| Jamie O'Connell | 06/08/20 | 0.5 | Review correspondence regarding diligence |
| Jamie O'Connell | 06/15/20 | 0.5 | Correspondence regarding expense matter |
| Jamie O'Connell | 06/17/20 | 0.5 | Internal catch-up with J. Turner |
| Jamie O'Connell | 06/18/20 | 1.0 | Weekly update call |
| Jamie O'Connell | 06/21/20 | 0.5 | Internal update call regarding various matters |
| Jamie O'Connell | 06/22/20 | 2.0 | Preparation for presentation |
| Jamie O'Connell | 06/22/20 | 1.0 | Presentation of financial matters to ad hoc group of supporting states |
| Jamie O'Connell | 06/22/20 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 06/23/20 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 06/29/20 | 0.5 | Review of draft financial analysis |
| Jamie O'Connell | 06/29/20 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 06/29/20 | 0.5 | Internal call regarding various matters |
| Jamie O'Connell | 06/30/20 | 0.5 | Call with J. Turner regarding board meeting |
| | | **15.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 06/01/20 | 1.0 | Review of IAC financial analysis |
| Rafael Schnitzler | 06/01/20 | 1.5 | Project Catalyst internal call |
| Rafael Schnitzler | 06/01/20 | 2.0 | Review materials for certain creditor advisors |
| Rafael Schnitzler | 06/01/20 | 0.5 | Discussion with Alix re financial analysis |
| Rafael Schnitzler | 06/01/20 | 2.0 | Financial tele-presentation to certain creditor advisors |
| Rafael Schnitzler | 06/01/20 | 0.5 | Internal PJT weekly catch-up call |
| Rafael Schnitzler | 06/02/20 | 1.0 | Advisor-only diligence call with certain creditor advisors |
| Rafael Schnitzler | 06/02/20 | 1.0 | Advisor and Company diligence call with certain creditor advisors |
| Rafael Schnitzler | 06/03/20 | 0.5 | Internal catch-up with J .O'Connell and J. Turner |
| Rafael Schnitzler | 06/03/20 | 1.5 | Project Catalyst internal call |
| Rafael Schnitzler | 06/03/20 | 0.5 | Emails regarding diligence process |
| Rafael Schnitzler | 06/04/20 | 1.0 | Weekly update call |
| Rafael Schnitzler | 06/04/20 | 0.5 | Emails regarding diligence process |
| Rafael Schnitzler | 06/05/20 | 1.0 | Review materials for certain creditor advisors |
| Rafael Schnitzler | 06/05/20 | 0.5 | Call with financial advisor |
| Rafael Schnitzler | 06/05/20 | 1.0 | Project Catalyst internal call |
| Rafael Schnitzler | 06/08/20 | 0.5 | Internal team call regarding financial matter |
| Rafael Schnitzler | 06/09/20 | 2.0 | Review of IAC materials |
| Rafael Schnitzler | 06/09/20 | 0.5 | Emails regarding diligence process |
| Rafael Schnitzler | 06/12/20 | 1.0 | Emails regarding diligence process |
| Rafael Schnitzler | 06/13/20 | 2.5 | Review of IAC materials |
| Rafael Schnitzler | 06/14/20 | 1.0 | Emails regarding diligence process |
| Rafael Schnitzler | 06/15/20 | 4.0 | Project Catalyst  draft documents |
| Rafael Schnitzler | 06/16/20 | 1.0 | Project Catalyst internal call |
| Rafael Schnitzler | 06/16/20 | 0.5 | Project Catalyst internal call |
| Rafael Schnitzler | 06/17/20 | 1.0 | Project Catalyst internal call |
| Rafael Schnitzler | 06/17/20 | 1.0 | Project Catalyst  call |
| Rafael Schnitzler | 06/17/20 | 1.0 | Project Catalyst  draft documents |
| Rafael Schnitzler | 06/18/20 | 1.0 | Weekly update call |
| Rafael Schnitzler | 06/19/20 | 1.0 | Project Catalyst  call |
| Rafael Schnitzler | 06/19/20 | 1.0 | Project Catalyst  call |
| Rafael Schnitzler | 06/21/20 | 0.5 | Internal update call regarding various matters |
| Rafael Schnitzler | 06/22/20 | 1.0 | Presentation of financial matters to ad hoc group of supporting states |
| Rafael Schnitzler | 06/22/20 | 1.5 | Project Catalyst  review emails / draft documents |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 06/23/20 | 0.5 | Project Catalyst internal call |
| Rafael Schnitzler | 06/23/20 | 0.5 | Project Catalyst  call |
| Rafael Schnitzler | 06/24/20 | 0.5 | Project Catalyst internal call |
| Rafael Schnitzler | 06/24/20 | 1.5 | Emails regarding diligence process |
| Rafael Schnitzler | 06/25/20 | 0.5 | Project Catalyst internal call |
| Rafael Schnitzler | 06/25/20 | 0.5 | Emails regarding diligence process |
| Rafael Schnitzler | 06/26/20 | 0.5 | Project Catalyst internal call |
| Rafael Schnitzler | 06/26/20 | 0.5 | Project Catalyst internal call |
| Rafael Schnitzler | 06/29/20 | 0.5 | Internal call regarding various matters |
| Rafael Schnitzler | 06/29/20 | 1.5 | Reievw of financial presentation re certain BD assets |
| Rafael Schnitzler | 06/29/20 | 1.0 | Project Catalyst |
| Rafael Schnitzler | 06/30/20 | 1.0 | Review certain presentation materials |
|  |  | **47.0** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 06/01/20 | 1.0 | Review of IAC financial anlysis |
| Joe Turner | 06/01/20 | 0.5 | Discussion with Alix re financial analysis |
| Joe Turner | 06/01/20 | 1.0 | Prep for presentation to certain creditor advisors |
| Joe Turner | 06/01/20 | 2.0 | Financial tele-presentation to certain creditor advisors |
| Joe Turner | 06/01/20 | 0.5 | Internal PJT weekly catch-up call |
| Joe Turner | 06/02/20 | 1.0 | Advisor-only diligence call with certain creditor advisors |
| Joe Turner | 06/02/20 | 1.0 | Advisor and Company diligence call with certain creditor advisors |
| Joe Turner | 06/03/20 | 1.5 | Listening to telephone hearing |
| Joe Turner | 06/03/20 | 0.5 | Advisor-only diligence call with certain creditor advisors |
| Joe Turner | 06/03/20 | 1.5 | Call with company regarding certain financial assets |
| Joe Turner | 06/03/20 | 0.5 | Internal catch-up with J. O'Connell and R. Schnitzler |
| Joe Turner | 06/04/20 | 1.0 | Weekly catch-up call with advisors and management |
| Joe Turner | 06/04/20 | 0.5 | Discussion with Alix and DPW re IAC process |
| Joe Turner | 06/04/20 | 1.0 | Review of status of diligence process(es) |
| Joe Turner | 06/05/20 | 0.5 | Discussion with creditor advisors re IAC process |
| Joe Turner | 06/05/20 | 0.5 | Discussion with 3rd party advisor regarding interest in certain assets |
| Joe Turner | 06/07/20 | 1.5 | Review of status of diligence process(es) |
| Joe Turner | 06/07/20 | 1.5 | Review of IAC financial analysis |
| Joe Turner | 06/08/20 | 0.5 | Internal catch up re business plan model |
| Joe Turner | 06/08/20 | 1.5 | Review of IAC materials |
| Joe Turner | 06/08/20 | 0.5 | Internal weekly team catch up call |
| Joe Turner | 06/11/20 | 1.0 | Weekly catch-up call with advisors and management |
| Joe Turner | 06/12/20 | 0.5 | Discussion with creditor advisors re IAC process |
| Joe Turner | 06/15/20 | 2.0 | Emails regarding diligence process |
| Joe Turner | 06/15/20 | 1.0 | Emails regarding diligence process |
| Joe Turner | 06/15/20 | 0.5 | Internal weekly team catch up call |
| Joe Turner | 06/15/20 | 2.0 | Review of IAC materials |
| Joe Turner | 06/15/20 | 0.5 | Further emails regarding diligence process |
| Joe Turner | 06/16/20 | 0.5 | Emails regarding diligence process |
| Joe Turner | 06/16/20 | 3.0 | Review of Non-US IAC materials |
| Joe Turner | 06/16/20 | 3.0 | Discussion with team (email and phone) re IAC materials |
| Joe Turner | 06/16/20 | 1.0 | Reivew of financial presentation re certain BD assets |
| Joe Turner | 06/16/20 | 0.5 | Discussion with company re certain BD assets |
| Joe Turner | 06/17/20 | 0.5 | Internal catch-up with J. O'Connell |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 06/17/20 | 1.0 | Discussion with company and advisors re certain BD assets |
| Joe Turner | 06/17/20 | 1.0 | Emails with creditor advisors and company regarding diligence items |
| Joe Turner | 06/18/20 | 1.0 | Weekly catch-up call with advisors and management |
| Joe Turner | 06/18/20 | 0.5 | Review of financial presentation re Rhodes asset |
| Joe Turner | 06/18/20 | 1.0 | Reivew of financial presentation re certain BD assets |
| Joe Turner | 06/19/20 | 1.0 | Reivew of financial presentation re certain BD assets |
| Joe Turner | 06/19/20 | 1.5 | Review of Non-US IAC materials |
| Joe Turner | 06/21/20 | 0.5 | Internal update call regarding various matters |
| Joe Turner | 06/22/20 | 1.5 | Prep for financial presentation |
| Joe Turner | 06/22/20 | 1.0 | Presentation of financial matters to ad hoc group of supporting states |
| Joe Turner | 06/22/20 | 0.5 | Call with claimant advisor |
| Joe Turner | 06/22/20 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 06/23/20 | 1.5 | Listening to telephonic hearing |
| Joe Turner | 06/23/20 | 1.0 | Diligence call re IAC assets |
| Joe Turner | 06/23/20 | 0.5 | Review of emails regarding diligence process |
| Joe Turner | 06/24/20 | 2.0 | Diligence call re IAC assets |
| Joe Turner | 06/24/20 | 1.0 | Review of Non-US IAC materials |
| Joe Turner | 06/25/20 | 5.5 | Telephonic BOD meeting (inc. prep time) |
| Joe Turner | 06/26/20 | 0.5 | Diligence call re IAC assets |
| Joe Turner | 06/26/20 | 0.5 | Call with certain claimant and debtor advisors re bankruptcy process |
| Joe Turner | 06/29/20 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 06/29/20 | 0.5 | Internal call regarding various matters |
| Joe Turner | 06/29/20 | 1.0 | Reivew of financial presentation re certain BD assets |
| Joe Turner | 06/29/20 | 1.5 | Review of Non-US IAC materials |
| Joe Turner | 06/30/20 | 0.5 | Call with J. O'Connell regarding board meeting |
| Joe Turner | 06/30/20 | 1.0 | Diligence call re IAC assets |
| | | **64.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 06/01/20 | 0.5 | Weekly internal team call |
| Thomas Melvin | 06/01/20 | 0.5 | Call with Company management to walk through recent creditor diligence requests |
| Thomas Melvin | 06/01/20 | 0.5 | E-mail correspondence with certain creditor advisors to discuss diligence requests and coordinate upcoming calls |
| Thomas Melvin | 06/01/20 | 1.0 | E-mail correspondence with Company management regarding creditor diligence requests |
| Thomas Melvin | 06/01/20 | 1.0 | Update and review of consolidated Company excel model |
| Thomas Melvin | 06/01/20 | 1.5 | Review creditor diligence requests and potential responses from management |
| Thomas Melvin | 06/02/20 | 1.0 | Conference call with certain creditor advisors regarding financial analysis |
| Thomas Melvin | 06/02/20 | 1.0 | Conference call with certain creditor advisors regarding latest business plan |
| Thomas Melvin | 06/02/20 | 0.5 | Call with R. Schnitzler regarding upcoming calls with creditor group advisors |
| Thomas Melvin | 06/02/20 | 2.0 | Review of management responses to creditor diligence requests |
| Thomas Melvin | 06/02/20 | 0.5 | E-mail correspondence with AlixPartners team regarding creditor diligence requests |
| Thomas Melvin | 06/02/20 | 1.0 | Update and review of consolidated Company excel model |
| Thomas Melvin | 06/03/20 | 1.0 | Dial-in to bankruptcy court hearing |
| Thomas Melvin | 06/03/20 | 1.0 | Conference call with Rhodes management team regarding creditor diligence requests |
| Thomas Melvin | 06/03/20 | 0.5 | E-mail correspondence with Company management regarding creditor diligence requests |
| Thomas Melvin | 06/03/20 | 0.5 | Prepare and review agenda for weekly update call |
| Thomas Melvin | 06/03/20 | 1.0 | Update and review of consolidated Company excel model |
| Thomas Melvin | 06/03/20 | 1.0 | Review of management responses to creditor diligence requests |
| Thomas Melvin | 06/03/20 | 0.5 | Call with certain creditor group advisor to discuss recent diligence requests |
| Thomas Melvin | 06/04/20 | 2.0 | Review of management responses to creditor diligence requests |
| Thomas Melvin | 06/04/20 | 1.0 | Weekly update call |
| Thomas Melvin | 06/04/20 | 1.0 | E-mail correspondence with certain creditor advisors to discuss diligence requests |
| Thomas Melvin | 06/04/20 | 1.0 | E-mail correspondence with Company management to discuss draft responses to diligence requests |
| Thomas Melvin | 06/05/20 | 0.5 | Call with R. Schnitzler regarding creditor advisor diligence requests |
| Thomas Melvin | 06/05/20 | 2.0 | Review creditor advisor diligence requests and prepare and review potential responses |
| Thomas Melvin | 06/05/20 | 1.0 | Update and review of consolidated Company excel model |
| Thomas Melvin | 06/05/20 | 1.0 | E-mail correspondence with Company regarding consolidated excel model review and other diligence requests |
| Thomas Melvin | 06/08/20 | 0.5 | Internal team call regarding financial matter |
| Thomas Melvin | 06/08/20 | 1.0 | Internal team e-mail communications regarding financial analysis |
| Thomas Melvin | 06/08/20 | 0.5 | E-mail correspondence with AlixPartners team regarding creditor diligence requests |
| Thomas Melvin | 06/08/20 | 1.0 | Review creditor advisor diligence requests and prepare and review potential responses |
| Thomas Melvin | 06/09/20 | 0.5 | Conference call with Company management and certain creditor advisors regarding diligence requests |
| Thomas Melvin | 06/09/20 | 0.5 | Call with R. Schnitzler regarding creditor advisor diligence requests |
| Thomas Melvin | 06/09/20 | 2.5 | Review creditor advisor diligence requests and prepare and review potential responses |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 06/09/20 | 0.5 | E-mail correspondence with Company management regarding uploading responses to creditor advisor requests |
| Thomas Melvin | 06/10/20 | 1.0 | Review creditor diligence requests and potential responses from management |
| Thomas Melvin | 06/10/20 | 1.0 | Assist Company management with updates of financial forecast |
| Thomas Melvin | 06/10/20 | 1.0 | E-mail correspondence with Company management and DPW team regarding upload of diligence request responses |
| Thomas Melvin | 06/11/20 | 1.0 | Weekly update call |
| Thomas Melvin | 06/11/20 | 1.5 | Update and review of consolidated Company excel model |
| Thomas Melvin | 06/11/20 | 1.0 | Review creditor advisor diligence requests and prepare and review potential responses |
| Thomas Melvin | 06/12/20 | 0.5 | Conference call with AlixPartners team regarding IAC diligence updates |
| Thomas Melvin | 06/12/20 | 1.0 | Conference call with KPMG regarding tax analysis |
| Thomas Melvin | 06/12/20 | 1.5 | Aggregate and review certain Rhodes related diligence material |
| Thomas Melvin | 06/12/20 | 1.0 | Assist Company management with updates of financial forecast |
| Thomas Melvin | 06/12/20 | 1.0 | Review responses to creditor advisor diligence requests and submit responses for processing |
| Thomas Melvin | 06/12/20 | 1.0 | Prepare update of previously provided diligence material |
| Thomas Melvin | 06/12/20 | 0.5 | E-mail correspondence with Company management regarding financial analyses and creditor diligence requests |
| Thomas Melvin | 06/14/20 | 1.0 | Update and review financial analysis requested by creditor advisors |
| Thomas Melvin | 06/14/20 | 1.0 | Assist Company management with updates and review of financial forecast |
| Thomas Melvin | 06/15/20 | 0.5 | Conference call with DPW and Company management regarding data requests |
| Thomas Melvin | 06/15/20 | 0.5 | Weekly internal team call |
| Thomas Melvin | 06/15/20 | 1.5 | Update and review consolidated Company excel model |
| Thomas Melvin | 06/15/20 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding data requested by creditor groups |
| Thomas Melvin | 06/15/20 | 2.0 | Aggregate and review and prepare responses to creditor advisor diligence requests |
| Thomas Melvin | 06/16/20 | 2.5 | Aggregate and review and prepare responses to creditor advisor diligence requests |
| Thomas Melvin | 06/16/20 | 1.0 | Update and review consolidated Company excel model |
| Thomas Melvin | 06/16/20 | 1.0 | Assist Company management with updates and review of financial forecast |
| Thomas Melvin | 06/16/20 | 0.5 | E-mail correspondence with DPW team regarding creditor advisor diligence requests |
| Thomas Melvin | 06/17/20 | 1.5 | Update and review consolidated Company excel model |
| Thomas Melvin | 06/17/20 | 0.5 | E-mail correspondence with DPW team and Company management regarding certain creditor advisor requests |
| Thomas Melvin | 06/17/20 | 1.0 | Assist Company management with updates and review of financial forecast |
| Thomas Melvin | 06/17/20 | 1.0 | Aggregate and review and prepare responses to creditor advisor diligence requests |
| Thomas Melvin | 06/17/20 | 0.5 | E-mail correspondence with AHC and UCC advisors regarding estimates for ongoing advisor fees |
| Thomas Melvin | 06/18/20 | 0.5 | Review AlixPartners presentation for upcoming call with creditor advisors |
| Thomas Melvin | 06/18/20 | 1.0 | E-mail correspondence with certain creditor group advisors regarding recent diligence requests |
| Thomas Melvin | 06/18/20 | 2.0 | Aggregate and review and prepare responses to creditor advisor diligence requests |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 06/18/20 | 1.0 | Weekly update call |
| Thomas Melvin | 06/18/20 | 0.5 | Update and review consolidated Company excel model |
| Thomas Melvin | 06/19/20 | 1.5 | Review responses to creditor advisor diligence requests |
| Thomas Melvin | 06/19/20 | 1.0 | Review financial analysis update |
| Thomas Melvin | 06/20/20 | 0.5 | Review AlixPartners presentation for upcoming call with creditor advisors |
| Thomas Melvin | 06/21/20 | 0.5 | Review creditor group advisor diligence requests |
| Thomas Melvin | 06/22/20 | 0.5 | Call with J. Turner regarding updates to financial analysis |
| Thomas Melvin | 06/22/20 | 0.5 | Call with J. Wang regarding updates to financial analysis |
| Thomas Melvin | 06/22/20 | 0.5 | Call with R. Schnitzler regarding updates to financial analysis |
| Thomas Melvin | 06/22/20 | 0.5 | Call with Company management to walk through financial analysis |
| Thomas Melvin | 06/22/20 | 1.0 | Update and review consolidated Company excel model |
| Thomas Melvin | 06/22/20 | 0.5 | Review of management responses to creditor diligence requests |
| Thomas Melvin | 06/22/20 | 0.5 | E-mail correspondence with DPW team regarding creditor advisor diligence requests |
| Thomas Melvin | 06/23/20 | 1.0 | Dial-in to bankruptcy court hearing |
| Thomas Melvin | 06/23/20 | 0.5 | Review AlixPartners presentation for upcoming call with creditor advisors |
| Thomas Melvin | 06/23/20 | 1.0 | Review and prepare responses to Company management questions regarding updated financial analysis |
| Thomas Melvin | 06/24/20 | 0.5 | Conference call with Company management regarding certain creditor advisor diligence requests |
| Thomas Melvin | 06/24/20 | 0.5 | Internal e-mail communication regarding updated financial analysis |
| Thomas Melvin | 06/26/20 | 0.5 | Dial-in for portion of conference call with management and certain creditor advisors regarding requested analysis |
| Thomas Melvin | 06/29/20 | 1.0 | Conference call with AlixPartners and certain creditor advisors regarding Rhodes business updates |
| Thomas Melvin | 06/29/20 | 1.0 | Review of management responses to creditor diligence requests |
| Thomas Melvin | 06/29/20 | 0.5 | Internal call regarding various matters |
| Thomas Melvin | 06/30/20 | 1.0 | E-mail correspondence with Company management and DPW team regarding recent creditor advisor request for call |
| Thomas Melvin | 06/30/20 | 0.5 | E-mail correspondence with certain creditor group advisors regarding diligence requests |
| | | **83.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jade Wang | 06/01/20 | 1.0 | Internal Update Call |
| Jade Wang | 06/01/20 | 0.5 | Call with the management regarding Project Catalyst |
| Jade Wang | 06/04/20 | 1.0 | Weekly update call |
| Jade Wang | 06/04/20 | 0.5 | Call with the management regarding Project Catalyst |
| Jade Wang | 06/08/20 | 0.5 | Internal team call regarding financial matter |
| Jade Wang | 06/09/20 | 0.5 | Call with the management regarding Project Catalyst |
| Jade Wang | 06/11/20 | 0.5 | Call with the management regarding Project Catalyst |
| Jade Wang | 06/15/20 | 0.5 | Call with the management regarding Project Catalyst |
| Jade Wang | 06/16/20 | 0.5 | Call with the management regarding Project Catalyst |
| Jade Wang | 06/17/20 | 1.0 | Call with the management regarding Project Catalyst |
| Jade Wang | 06/18/20 | 1.0 | Weekly update call |
| Jade Wang | 06/18/20 | 0.5 | Call with the management regarding Project Catalyst |
| Jade Wang | 06/19/20 | 1.0 | Call with the management regarding Project Catalyst |
| Jade Wang | 06/22/20 | 3.5 | Worked on financial analysis |
| Jade Wang | 06/23/20 | 0.5 | Call with the management regarding Project Catalyst |
| Jade Wang | 06/24/20 | 0.5 | Call with the management regarding financial analysis |
| Jade Wang | 06/25/20 | 0.5 | Call with the management regarding Project Catalyst |
| Jade Wang | 06/29/20 | 0.5 | Internal call regarding various matters |
| Jade Wang | 06/30/20 | 1.5 | Call with the management regarding Project Catalyst |
| | | **16.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 06/01/20 | 1.0 | Internal Team Call on Non-US IACs materials |
| Jovana Arsic | 06/01/20 | 0.5 | Discussion with Alix re financial analysis |
| Jovana Arsic | 06/01/20 | 0.5 | Internal Update Call |
| Jovana Arsic | 06/01/20 | 2.0 | Working on Non-US IACs materials |
| Jovana Arsic | 06/03/20 | 3.0 | Working on Non-US IACs materials |
| Jovana Arsic | 06/04/20 | 0.5 | Weekly catch-up call with advisors and management |
| Jovana Arsic | 06/05/20 | 0.5 | Advisors Call on Non-US IACs materials |
| Jovana Arsic | 06/05/20 | 0.5 | Internal Team Call on Non-US IACs materials |
| Jovana Arsic | 06/07/20 | 3.0 | Working on Non-US IACs materials |
| Jovana Arsic | 06/08/20 | 0.5 | Internal Update Call |
| Jovana Arsic | 06/10/20 | 0.5 | Review of Non-US IACs materials |
| Jovana Arsic | 06/11/20 | 0.5 | Weekly catch-up call with advisors and management |
| Jovana Arsic | 06/12/20 | 0.5 | Call with Alix and DLP on Non-US IACs materials |
| Jovana Arsic | 06/12/20 | 2.0 | Review of Non-US IACs materials |
| Jovana Arsic | 06/12/20 | 0.5 | Call with KPMG on tax treatment of Non-US IACs |
| Jovana Arsic | 06/12/20 | 2.0 | Review of Non-US IACs materials |
| Jovana Arsic | 06/15/20 | 0.5 | Internal Update Call |
| Jovana Arsic | 06/16/20 | 1.0 | Review of Non-US IACs materials |
| Jovana Arsic | 06/18/20 | 1.0 | Weekly catch-up call with advisors and management |
| Jovana Arsic | 06/19/20 | 2.0 | Review of Non-US IACs materials |
| Jovana Arsic | 06/23/20 | 1.0 | Diligence call re IAC assets |
| Jovana Arsic | 06/24/20 | 2.0 | Diligence call re IAC assets |
| Jovana Arsic | 06/25/20 | 1.5 | Diligence call re IAC assets |
| Jovana Arsic | 06/26/20 | 1.0 | Diligence call re IAC assets |
| Jovana Arsic | 06/29/20 | 1.0 | Internal Update Call |
| Jovana Arsic | 06/29/20 | 1.0 | Working on Non-US IACs materials |
| Jovana Arsic | 06/30/20 | 1.0 | Diligence call re IAC assets |
| Jovana Arsic | 06/30/20 | 0.5 | Call with Alix on Non-US IACs materials |
| | | **31.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Gerald Sim | 06/01/20 | 0.5 | Internal team call regarding financial matter |
| Gerald Sim | 06/02/20 | 1.0 | Diligence call with financial advisors |
| Gerald Sim | 06/02/20 | 1.0 | Diligence call with financial advisors |
| Gerald Sim | 06/03/20 | 1.0 | Call with management regarding diligence requests |
| Gerald Sim | 06/03/20 | 1.0 | Update consolidated model |
| Gerald Sim | 06/03/20 | 0.5 | Prepared agenda for weekly update call |
| Gerald Sim | 06/04/20 | 1.0 | Weekly update call |
| Gerald Sim | 06/08/20 | 0.5 | Internal team call regarding financial matter |
| Gerald Sim | 06/09/20 | 0.5 | Diligence call with management |
| Gerald Sim | 06/11/20 | 2.0 | Update consolidated model |
| Gerald Sim | 06/15/20 | 1.0 | Call with T.Melvin on various matters |
| Gerald Sim | 06/16/20 | 2.5 | Formatted diligence excel materials |
| Gerald Sim | 06/17/20 | 0.5 | Prepared agenda for weekly update call |
| Gerald Sim | 06/17/20 | 2.0 | Update consolidated model |
| Gerald Sim | 06/18/20 | 1.0 | Weekly update call |
| Gerald Sim | 06/22/20 | 2.0 | Update consolidated model |
| Gerald Sim | 06/23/20 | 2.0 | Dialed in for hearing |
| Gerald Sim | 06/29/20 | 0.5 | Internal call regarding various matters |
| | | **20.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Aakriti Suri | 06/04/20 | 1.0 | Weekly update call |
| Aakriti Suri | 06/08/20 | 0.5 | Internal team call regarding financial matter |
| Aakriti Suri | 06/18/20 | 1.0 | Weekly update call |
| Aakriti Suri | 06/29/20 | 0.5 | Internal call regarding various matters |
| | | **3.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Ismail Mian | 06/01/20 | 1.0 | Internal Team Call on Non-US IACs materials |
| Ismail Mian | 06/01/20 | 0.5 | Internal Update Call |
| Ismail Mian | 06/01/20 | 3.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 06/02/20 | 5.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 06/04/20 | 1.0 | Weekly update call |
| Ismail Mian | 06/03/20 | 4.5 | Working on Ex-US IAC Presentation |
| Ismail Mian | 06/05/20 | 0.5 | Advisors Call on Non-US IACs materials |
| Ismail Mian | 06/05/20 | 0.5 | Internal Team Call on Non-US IACs materials |
| Ismail Mian | 06/05/20 | 2.5 | Working on Ex-US IAC Presentation |
| Ismail Mian | 06/06/20 | 2.5 | Working on Ex-US IAC Presentation |
| Ismail Mian | 06/08/20 | 0.5 | Internal team call regarding financial matter |
| Ismail Mian | 06/09/20 | 4.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 06/11/20 | 3.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 06/17/20 | 5.0 | Working on Ex-US IAC Presentation |
| Ismail Mian | 06/18/20 | 1.0 | Weekly update call |
| Ismail Mian | 06/29/20 | 0.5 | Internal call regarding various matters |
| | | **35.0** | |