Shmuel Vasser
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email: shmuel.vasser@dechert.com

*Special Counsel for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF AMENDED SUMMARY STATEMENT FOR SECOND INTERIM FEE APPLICATION OF DECHERT LLP, SPECIAL COUNSEL FOR THE DEBTORS, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED**

PLEASE TAKE NOTICE that on July 15, 2020, Dechert LLP filed the *Second Interim*

*Fee Application of Dechert LLP, Special Counsel for the Debtors, for Compensation for*

*Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred*

[ECF No. 1399] (the "**Second Interim Fee Application**").

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that included in the Second Interim Fee Application is a Summary Statement (the "**Summary Statement**").

**PLEASE TAKE FURTHER NOTICE** that Dechert LLP corrected the Summary Statement (the "**Amended Summary Statement**").  A copy of the Amended Summary Statement is attached hereto as <u>**Exhibit A**</u>.

**PLEASE TAKE FURTHER NOTICE** that a comparison between the Summary Statement and the Amended Summary Statement is attached hereto as <u>**Exhibit B**</u>.

**PLEASE TAKE FURTHER NOTICE** that copies of the Second Interim Fee Application and the Amended Summary Statement may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   July 17, 2020
       New York, New York

                                                      */s/ Shmuel Vasser*
                                                      Shmuel Vasser
                                                      DECHERT LLP
                                                      1095 Avenue of the Americas
                                                    New York, New York  10036
                                                      Telephone:  (212) 698-3500
                                                      Facsimile:  (212) 698-3599
                                                      Email:  shmuel.vasser@dechert.com

                                                      *Special Counsel for Debtors and Debtors in Possession*

## **<u>EXHIBIT A</u>**

**Amended Summary Statement**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[2] | (Jointly Administered) |

**AMENDED SUMMARY STATEMENT FOR SECOND INTERIM FEE**
**APPLICATION OF DECHERT LLP, SPECIAL COUNSEL FOR THE DEBTORS,**
**FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND**
**REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED**

| | |
|---|---|
| Name of applicant | Dechert LLP |
| Name of client | Purdue Debtors and Debtors in Possession |
| Time period covered by this application | February 1, 2020 through and including May 31, 2020 |
| Total compensation sought this period | $3,434,410.64[3] |
| Total expenses sought this period | $408,656.15[4] |
| Petition date | September 15, 2019 |
| Retention date | *nunc pro tunc* to November 21, 2019 |

---

[2]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[3]   This amount reflects a reduction in fees in the amount of $749,304.36 on account of the following voluntary discounts:  (i) a voluntary discount of $740,042.25 for aggregate fees as described in the *Application of Debtors for Authority to Retain and Employ Dechert LLP as Special Counsel to the Debtors* Nunc Pro Tunc *to the Petition Date* [Docket No. 424] (the "**Retention Application**") and *Dechert LLP's First Notice of Increase in Hourly Rates for Patent Services* [Docket No. 965] (the "**Notice of Increased Patent Fees**"); and (ii) a voluntary discount of $8,085 for transient and suspect timekeepers due to concerns previously raised by the Fee Examiner.  Additionally, this amount is $1,177.11 less than the aggregate amount of the Monthly Fee Statements due to minor mistakes in use of billing rates as reflected in fn. 2 to Exhibit C.

[4]   This amount reflects an adjustment in meal expenses, lowering the amount sought for individual meals to $20.

| | |
|---|---|
| Date of order approving employment | November 21, 2019 |
| Total compensation approved by interim order to date | $5,238,965.98 |
| Total expenses approved by interim order to date | $815,614.96 |
| Total allowed compensation paid to date | $5,238,965.98 |
| Total allowed expenses paid to date | $815,614.96 |
| Blended rate in this application for all attorneys | $872.96 |
| Blended rate in this application for all timekeepers | $769.26 |
| Compensation sought in this application already paid (or credited against prepetition retainer) pursuant to a monthly compensation order but not yet allowed | $2,754,938.18[5] |
| Expenses sought in this application already paid (or credited against prepetition retainer) pursuant to a monthly compensation order but not yet allowed | $408,656.15[6] |
| Number of professionals included in this application | 67 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period | Amount Budgeted: $5,455,000 – 5,860,000[7]<br>Amount Sought: $3,434,410.64 |
| Number of professionals billing fewer than 15 hours to the case during this period | 28 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | Yes. Dechert increased its hourly rates for the Patent Services effective as of February 1, 2020 [Docket No. 965].  Using the original rates for the Patent Services the total compensation for the Fee Period would have been: $3,428,763.68 |

This is a(n):  _____Monthly   __X__Interim   _____Final application.

This application includes 459.7 hours with a value of $138,007.23 incurred in connection with the preparation of Fee Applications for the Debtors.[8]

---

[5]    This amount assumes no objections are raised to Dechert's Fifth Monthly Fee Statement for the Period from May 1, 2020 Through May 31, 2020 [ECF No. 1331].

[6]    This amount assumes no objections are raised to Dechert's Fifth Monthly Fee Statement for the Period from May 1, 2020 Through May 31, 2020 [ECF No. 1331].

[7]    The budget includes amounts budgeted in the Bankruptcy Related Budget, which was mistakenly prepared to cover fees through April 30, 2020, rather than through May 31, 2020; however, this mistake is of no consequence, because Dechert's fees within these categories are either well below or within the estimated fees.

[8]    A breakdown of the fees attributed to time spent on retention and fee applications since the Petition date reflecting the aggregate discount can be found at **Exhibit H**.

## SUMMARY OF MONTHLY FEE STATEMENTS

| Application | Total Compensation and Expenses Incurred for Period Covered | | | Total Amount Requested in Fee Statements | | Total Unpaid |
|---|---|---|---|---|---|---|
| Date Filed/Docket No. | Period Covered | Total Fees | Expenses | Fees (80%) | Expenses (100%) | Fees and Expenses |
| 04/20/2020 Docket No. 1065 | 02/01/2020-02/29/2020 | $825,205.95 | $108,937.50 | $660,164.76 | $108,937.50 | $165,041.19 |
| 04/28/2020 Docket No. 1095 | 03/01/2020-03/31/2020 | $705,835.49 | $114,355.29 | $564,668.39 | $114,355.29 | $141,167.10 |
| 05/30/2020 Docket No. 1195 | 04/01/2020-04/30/2020 | $1,020,788.86 | $181,824.00 | $816,631.09 | $181,824.00 | $204,157.77 |
| 07/02/2020 Docket No. 1331 | 05/01/2020-05/31/2020 | $891,842.45 | $3,539.36 | $713,473.96 | $3,539.36 | $178,368.49 |
| **Totals:** | | **$3,443,672.75** | **$408,656.15** | **$2,754,938.18** | **$408,656.15** | **$688,734.55** |

# EXHIBIT B

**Redline**

17323078

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**AMENDED SUMMARY STATEMENT FOR SECOND INTERIM FEE ~~APPLICATION~~ APPLICATION OF DECHERT LLP, SPECIAL COUNSEL FOR THE DEBTORS, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED**

| | |
|---|---|
| Name of applicant | Dechert LLP |
| Name of client | Purdue Debtors and Debtors in Possession |
| Time period covered by this application | February 1, 2020 through and including May 31, 2020 |
| Total compensation sought this period | $3,434,410.64[2] |
| Total expenses sought this period | $408,656.15[3] |
| Petition date | September 15, 2019 |
| Retention date | *nunc pro tunc* to November 21, 2019 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] This amount reflects a reduction in fees in the amount of $749,304.36 on account of the following voluntary discounts: (i) a voluntary discount of $740,042.25 for aggregate fees as described in the *Application of Debtors for Authority to Retain and Employ Dechert LLP as Special Counsel to the Debtors* Nunc Pro Tunc *to the Petition Date* [Docket No. 424] (the "**Retention Application**") and *Dechert LLP's First Notice of Increase in Hourly Rates for Patent Services* [Docket No. 965] (the "**Notice of Increased Patent Fees**"); and (ii) a voluntary discount of $8,085 for transient and suspect timekeepers due to concerns previously raised by the Fee Examiner. Additionally, this amount is $1,177.11 less than the aggregate amount of the Monthly Fee Statements due to minor mistakes in use of billing rates as reflected in fn. 2 to Exhibit C.

[3] This amount reflects an adjustment in meal expenses, lowering the amount sought for individual meals to $20.

| | |
|---|---|
| Date of order approving employment | November 21, 2019 |
| Total compensation approved by interim order to date | $5,238,965.98 |
| Total expenses approved by interim order to date | $815,614.96 |
| Total allowed compensation paid to date | $5,238,965.98 |
| Total allowed expenses paid to date | $815,614.96 |
| Blended rate in this application for all attorneys | $872.96 |
| Blended rate in this application for all timekeepers | $769.26 |
| Compensation sought in this application already paid (or credited against prepetition retainer) pursuant to a monthly compensation order but not yet allowed | $2,754,938.18[4] |
| Expenses sought in this application already paid (or credited against prepetition retainer) pursuant to a monthly compensation order but not yet allowed | $408,656.15[5] |
| Number of professionals included in this application | 67 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period | Amount Budgeted: $5,455,000 – 5,860,000[6] Amount Sought: $3,434,410.64 |
| Number of professionals billing fewer than 15 hours to the case during this period | 28 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No.Yes. Dechert increased its hourly rates for the Patent Services effective as of February 1, 2020 [Docket No. 965].  Using the original rates for the Patent Services the total compensation for the Fee Period would have been: $3,428,763.68 |

This is a(n):    _____Monthly    __X__Interim    _____Final application.

This application includes 459.7 hours with a value of $138,007.23 incurred in connection with the preparation of Fee Applications for the Debtors.[7]

---

[4]   This amount assumes no objections are raised to Dechert's Fifth Monthly Fee Statement for the Period from May 1, 2020 Through May 31, 2020 [ECF No. 1331].

[5]   This amount assumes no objections are raised to Dechert's Fifth Monthly Fee Statement for the Period from May 1, 2020 Through May 31, 2020 [ECF No. 1331].

[6]   The budget includes amounts budgeted in the Bankruptcy Related Budget, which was mistakenly prepared to cover fees through April 30, 2020, rather than through May 31, 2020; however, this mistake is of no consequence, because Dechert's fees within these categories are either well below or within the estimated fees.

[7]   A breakdown of the fees attributed to time spent on retention and fee applications since the Petition date reflecting the aggregate discount can be found in **Exhibit H**.

**SUMMARY OF MONTHLY FEE STATEMENTS**

| Application | Total Compensation and Expenses Incurred for Period Covered | | | Total Amount Requested in Fee Statements | | Total Unpaid |
|---|---|---|---|---|---|---|
| **Date Filed/Docket No.** | **Period Covered** | **Total Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** | **Fees and Expenses** |
| 04/20/2020 Docket No. 1065 | 02/01/2020-02/29/2020 | $825,205.95 | $108,937.50 | $660,164.76 | $108,937.50 | $165,041.19 |
| 04/28/2020 Docket No. 1095 | 03/01/2020-03/31/2020 | $705,835.49 | $114,355.29 | $564,668.39 | $114,355.29 | $141,167.10 |
| 05/30/2020 Docket No. 1195 | 04/01/2020-04/30/2020 | $1,020,788.86 | $181,824.00 | $816,631.09 | $181,824.00 | $204,157.77 |
| 07/02/2020 Docket No. 1331 | 05/01/2020-05/31/2020 | $891,842.45 | $3,539.36 | $713,473.96 | $3,539.36 | $178,368.49 |
| **Totals:** | | **$3,443,672.75** | **$408,656.15** | **$2,754,938.18** | **$408,656.15** | **$688,734.55** |

| Summary report: Litera® Change-Pro for Word 10.2.0.10 Document comparison done on 7/17/2020 4:41:38 PM | |
|---|---|
| **Style name:** Dechert Default | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** Purdue - Cover Page for Second Interim Fee Application.docx | |
| **Modified filename:** Purdue - Amended Summary Statement for Second Interim Fee Application.docx | |
| **Changes:** | |
| Add | 3 |
| Delete | 2 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 5 |