| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Kenneth H. Eckstein<br>David E. Blabey Jr.<br>Rachael Ringer<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100 | GILBERT LLP<br>Scott D. Gilbert (admitted *pro hac vice*)<br>Craig Litherland (admitted *pro hac vice*)<br>Kami E. Quinn (admitted *pro hac vice*)<br>100 New York Ave, NW, Suite 700<br>Washington, D.C. 20005<br>Telephone: (202) 772-2200 |
| BROWN RUDNICK LLP<br>David J. Molton<br>Steven D. Pohl<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800 | OTTERBOURG P.C.<br>Melanie L. Cyganowski<br>Jennifer S. Feeney<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: (212) 661-9100 |
| *Attorneys for the Ad Hoc Committee* | |
| PILLSBURY WINTHROP SHAW PITTMAN  LLP<br>Andrew M. Troop<br>31 West 52nd Street<br>New York, New York 10019<br>212-858-1000 | CAPLIN & DRYSDALE, CHARTERED<br>Kevin C. Maclay (admitted *pro hac vice*)<br>James P. Wehner<br>Jeffrey A. Liesemer (admitted *pro hac vice*)<br>George M. O'Connor (admitted *pro hac vice*)<br>One Thomas Circle, NW, Suite 1100<br>Washington, DC 20005 |
| *Attorneys for the Ad Hoc Group of Non-Consenting States* | *Attorneys for the Multi-State Governmental Entities Group* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
:
In re:                                         :    Chapter 11
:
PURDUE PHARMA L.P., *et al.*,                  :    Case No. 19-23649 (RDD)
:
           Debtors.                            :    (Jointly Administered)
:
------------------------------------------------------------------ X

**PUBLIC CLAIMANTS' JOINDER TO DEBTORS' OBJECTION TO TIFFANY DUNFORD'S MOTION TO SHORTEN THE NOTICE PERIOD WITH RESPECT TO THE MOTION TO PERMIT THE FILING OF A CLASS PROOF OF CLAIM**

The (i) Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), (ii) Ad Hoc Group of Non-Consenting States (the "**Non-Consenting States**"), and (iii) Multi-State Governmental Entities Group (the "**MSGE Group**," and, together with the Ad Hoc Committee and the Non-Consenting States, the "**Public Claimants**"[1]), by and through their undersigned counsel, submit this joinder (the "**Joinder**") to the *Debtors' Objection to Tiffany Dunford's Motion* (the "**Motion to Shorten**") *to Shorten the Notice Period with Respect to the Motion to Permit the Filing of a Class Proof of Claim* [Dkt. No. 1432] (the "**Objection**") and respectfully state as follows:

## JOINDER

The Public Claimants join in the Objection and the arguments set forth therein as if fully set forth herein. Counsel to Ms. Dunford can articulate no legitimate basis for having delayed in filing a motion for class certification, particularly where, as here, the very same counsel filed a similar motion on behalf of other claimants just over a week ago. Indeed, the untimeliness of the underlying motion for class certification should doom that motion on a substantive level, as well. *See generally In re Musicland Holding Corp.*, 362 B.R. 644, 656 (Bankr. S.D.N.Y. 2007) (declining to apply Rule 7023 where, inter alia, "the class claim would seriously delay the administration of the case, a fact exacerbated by the delay in making the certification motion"). The Court should be particularly loath to grant a motion to shorten time with respect to a motion that could have and should have been filed weeks, if not months, ago, and which bears almost no chance of success on the merits.

---

[1] The members of the Ad Hoc Committee, the Non-Consenting States, and the MSGE Group are set forth in the 2019 statements filed, respectively, at Docket Numbers 279, 296, and 409.

Nothing contained herein shall constitute a waiver of any rights or remedies of the Public Claimants under title 11 of the United States Code or applicable law, including, without limitation, the right to (i) amend, modify, or supplement this Joinder, or (ii) raise any other additional arguments at a later date.

## CONCLUSION

The Public Claimants respectfully request that the Court (i) deny the Motion to Shorten and (ii) grant such other and further relief as this Court deems just and proper.

Dated:  July 17, 2020                                  Respectfully submitted,


/s/ *Kenneth H. Eckstein*
Kenneth H. Eckstein
David E. Blabey Jr.
Rachael Ringer
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Email:      keckstein@kramerlevin.com
            dblabey@kramerlevin.com
            rringer@kramerlevin.com

Scott D. Gilbert (admitted *pro hac vice*)
Craig Litherland (admitted *pro hac vice*)
Kami E. Quinn (admitted *pro hac vice*)
GILBERT LLP
100 New York Ave, NW, Suite 700
Washington, D.C. 20005
Telephone: (202) 772-2200
Email:      gilberts@gilberlegal.com
      litherlandc@gilbertlegal.com
      quinnk@gilbertlegal.com

David J. Molton
Steven D. Pohl
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email:       dmolton@brownrudnick.com
       spohl@brownrudnick.com

Melanie L. Cyganowski
Jennifer S. Feeney
OTTERBOURG P.C.
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100
Email:       mcyganowski@otterbourg.com
       jfeeney@otterbourg.com

*Attorneys for the Ad Hoc Committee*

/s/ *Andrew M. Troop*
Andrew M. Troop
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1000
Email: andrew.troop@pillsburylaw.com

*Attorneys for the Ad Hoc Group of Non Consenting States*

/s/ *Kevin C. Maclay*
Kevin C. Maclay (admitted *pro hac vice*)
James P. Wehner
Jeffrey A. Liesemer (admitted *pro hac vice*)
George M. O'Connor (admitted *pro hac vice*)
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle
NW, Suite 1100 Washington, DC 20005
Telephone: (202) 862-5000
Email: kmaclay@capdale.com
jwehner@capdale.com
jliesemer@capdale.com
goconnor@capdale.com

*Attorneys for the
Multi-State Governmental Entities Group*