| | |
|---|---|
| Sander L. Esserman<br>Peter C. D'Apice<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,<br>A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>(214) 969-4900<br>(214) 969-4999 (facsimile)<br>esserman@sbep-law.com<br>dapice@sbep-law.com | T. Roe Frazer II<br>FRAZER PLC<br>30 Burton Hills Blvd., Ste 450<br>Nashville TN 37215<br>(T) 615.647.6464<br>(F) 866.314.2466<br>roe@frazer.law |
| J. Nixon Daniel, III<br>Mary Jane Bass<br>John R. Zoesch, III<br>BEGGS & LANE, RLLP<br>501 Commendencia Street<br>Pensacola, FL 32502<br>(T) 850.432.2451<br>jnd@beggslane.com<br>mjb@beggslane.com<br>jrz@beggslane.com | Frederick T. Kuykendall, III<br>THE KUYKENDALL GROUP, LLC<br>P.O. Box 2129<br>Fairhope, Alabama 36533<br>(T) 205.252.6127<br>ftk@thekuykendallgroup.com |

*Counsel to the C & A Tribes*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**PURDUE PHARMA, INC.,** *et al.,*[1]<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 19-23649 (RDD)**<br>**(Jointly Administered)** |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF
MOTION BY CHEYENNE & ARAPAHO TRIBES AND CERTAIN OTHER
INDIAN TRIBES CLAIMANTS PURSUANT TO FED. BANKR. P. 9014 AND 7023 TO
PERMIT THE FILING OF A CLASS PROOF OF CLAIM [Dkt. No. 1363]**

---

[1] The Debtors in these Chapter 11 cases are: Purdue Pharma L.P., Purdue Pharma, Inc., The Purdue Frederick Company, Inc., and other Purdue related entities or individuals.

**PLEASE TAKE NOTICE** that the Cheyenne & Arapaho Tribes, joined by certain other Indian Tribes[2] (collectively, the "**C&A Tribes**"), by and through their undersigned counsel, hereby withdraw without prejudice their *Motion by Cheyenne & Arapaho Tribes and Certain Other Indian Tribes Claimants Pursuant to Fed. R. Bankr. P. 9014 and 7023 To Permit the Filing of a Class Proof of Claim* (the "**Motion**") [Dkt. No. 1363].

This withdrawal of the Motion is without prejudice to, and nothing herein shall constitute a waiver of, any rights or remedies the C&A Tribes collectively or individually may have under title 11 of the United States Code or under any applicable law.

DATED this 19th day of July 2020.

    By:  STUTZMAN, BROMBERG, ESSERMAN
           & PLIFKA, A PROFESSIONAL CORPORATION

    By: *Sander L. Esserman*
    Sander L. Esserman (admitted pro hac vice)
    Peter C. D'Apice
    2323 Bryan Street, Suite 2200
    Dallas, Texas 75201
    Telephone: (214) 969-4900
    Facsimile: (214) 969-4999
    esserman@sbep-law.com
    dapice@sbep-law.com

    T. Roe Frazer II
    FRAZER PLC
    30 Burton Hills Blvd., Ste 450
    Nashville TN 37215

---

[2] Other federally recognized Indian Tribes that joined in the Motion are: Bad River Band of Lake Superior Tribe of Chippewa Indians, Battle Mountain Band of Te-Moak Tribe of Western Shoshone Indians, Big Sandy Rancheria of Mono Indians, Big Valley Band of Pomo Indians, Cahto Tribe of the Laytonville Rancheria, Che-Ae Heights Indian Community of the Trinidad Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, Chitimacha Tribe of Louisiana, Confederated Tribes of the Goshute Reservation, Coquille Indian Tribe, Coyote Valley Band of Pomo Indians, Elko Band of the Te Moak Tribe of Western Shoshone Indians, Ely Shoshone Tribe of Nevada, Ewiiaapaayp Band of Kumeyaay Indians, Fallon Paiute-Shoshone Tribe, Fond du Lac Band of Lake Superior Superior Chippewa, Guidiville Rancheria of California, Ho-Chunk Nation, Hopland Band of Pomo Indians, Koi Nation, Lac Courte Oreilles Band of Lake Superior, Lac du Flambeau Band of Lake Superior Indians, Manchester Band of Pomo Indians, Mentasta Traditional Council, Pinoleville Pomo Nation, Poarch Band of Creek Indians, Potter Valley Tribe, Pueblo of Pojoaque, Pyramid Lake Paiute Tribe, Red Cliff Band of Lake Superior Chippewa, Redwood Valley Tribe, Resighini Rancheria, Reno-Sparks Indian Colony, Robinson Rancheria of Pomo Indians, Round Valley Indian Tribes, Scotts Valley Band of Pomo Indians, Shinnecock Indian Nation, South Fork Band of the Te-Moak Tribe of Western Shoshone Indians, St. Croix Chippewa Indians of Wisconsin, Walker River Paiute Tribe, Wampanoag Tribe of Gay Head (Aquinnah), Narragansett Indian Tribe, Kickapoo Traditional Tribe of Texas, and Mohegan Tribe in Connecticut.

(T) 615.647.6464
(F) 866.314.2466
roe@frazer.law

J. Nixon Daniel, III
Mary Jane Bass
John R. Zoesch, III
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
(T) 850.432.2451
jnd@beggslane.com
mjb@beggslane.com
jrz@beggslane.com

Frederick T. Kuykendall, III
THE KUYKENDALL GROUP, LLC
P.O. Box 2129
Fairhope, Alabama 36533
(T) 205.252.6127
ftk@thekuykendallgroup.com

**COUNSEL TO THE C&A TRIBES**