Sander L. Esserman (admitted *pro hac vice*)
Peter C. D'Apice
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
(214) 969-4900
(214) 969-4999 (facsimile)
esserman@sbep-law.com
dapice@sbep-law.com
*Counsel to C & A Tribes*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re** | **Chapter 11** |
| **PURDUE PHARMA, INC.,** *et al.,*[1] | **Case No. 19-23649 (RDD)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

### CERTIFICATE OF SERVICE

I certify that a copy of the (i) *Notice of Withdrawal Without Prejudice of Motion By Cheyenne & Arapaho Tribes And Certain Other Indian Tribes Claimants Pursuant to Fed. Bankr. P. 9014 And 7023 To Permit The Filing Of A Class Proof Of Claim [Dkt. No. 1363]* has been duly served upon all counsel or parties of record by the Court's ECF system and otherwise in accordance with the Court's Order Establishing Certain Notice, Case Management, and Administrative Procedures. Parties were served (1) via the Court's ECF system on all those parties receiving such service on July 19th, 2020; (2) via email on July 19th, 2020; and (3) via first-class mail on July 20th, 2020.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: July 20, 2020

          **STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION**

By:   */s/ Sander L. Esserman*
Sander L. Esserman (admitted *pro hac vice*)
Peter C. D'Apice

2323 Bryan Street
Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999
esserman@sbep-law.com
dapice@sbep-law.com

**COUNSEL TO C & A TRIBES**