**Hearing Date and Time: July 23, 2020, at 2:00 p.m. (prevailing Eastern Time)**
**Objection Date and Time: July 23, 2020, at 2:00 p.m. (prevailing Eastern Time)**

**ROBINS KAPLAN LLP**
Scott F. Gautier (*pro hac vice* pending)
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Emails:      sgautier@robinskaplan.com

*Counsel to Collegium Pharmaceutical, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON *EX PARTE* MOTION FOR ENTRY OF AN ORDER SHORTENING NOTICE WITH RESPECT TO COLLEGIUM'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT THE PTAB ACTION TO PROCEED**

1

**PLEASE TAKE NOTICE** that on July 20, 2020, Collegium Pharmaceutical, Inc. ("**Collegium**") filed the *Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Collegium's Motion for Relief from the Automatic Stay to Permit the PTAB Action to Proceed* (the "**Motion**") [Doc No. 1464]. A hearing on the Motion will be held on **July 23, 2020** at **2:00 p.m.** (prevailing Eastern Time) (the "**Hearing**") before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing. Collegium will file an agenda before the Hearing, which may modify or supplement the motions to be heard at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M399 (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* entered on November 18, 2019 [Doc No. 498], so as to be filed and received no later than **July 23, 2020** at **2:00 p.m.** (prevailing Eastern Time) (the "**Objection Deadline**"), or may be delivered orally at that time.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, Collegium may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion may be obtained free of charge by visiting Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: July 20, 2020
Los Angeles, California

**ROBINS KAPLAN LLP**

By: /s/ Scott F. Gautier
Scott F. Gautier (*pro hac vice* pending)
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

*Counsel to Collegium Pharmaceutical, Inc.*