# EXHIBIT A

# DECLARATION OF BENJAMIN GOLDBERG IN SUPPORT OF MOTION BY PUBLIC SCHOOL DISTRICTS FOR AN ORDER ALLOWING THEM TO PROCEED <u>WITH A CLASS PROOF OF CLAIM AND CERTIFYING A CLASS</u>

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a paralegal at the law firm of Hughes Socol Piers Resnick & Dym.

2. I have located and reviewed the complaints of forty-eight states and Washington D.C. to recover costs they have been forced to incur because of the deceptive production, marketing, and sale of opioids. I was unable to locate the complaints of two states (Nebraska and South Dakota).

3. The complaints of the forty-eight states and Washington D.C. can be located at the following links:

| State | Location of Complaint |
|---|---|
| Alabama | https://cases.justia.com/federal/district-courts/alabama/almdce/2:2018cv00089/65822/1/0.pdf?ts=1518210817 |
| Alaska | http://law.alaska.gov/pdf/press/171031-PurdueComplaint.pdf |
| Arizona | https://www.azag.gov/sites/default/files/docs/press-releases/2018/filings/Purdue_PL_OSC_Application_Redacted.pdf |
| Arkansas | https://www.law360.com/articles/1024811/attachments/0 |
| California | https://oag.ca.gov/system/files/attachments/press-docs/53464758.pdf |
| Colorado | https://coloradosun.com/wp- |

|  |  |
|---|---|
|  | content/uploads/sites/15/2019/02/Purdue-Pharma-opioids-lawsuit.pdf |
| Connecticut | https://portal.ct.gov/-/media/AG/Press_Releases/2019/Purdue-Amended-Complaint-redacted.pdf?la=en |
| Delaware | https://assets.documentcloud.org/documents/4356131/2018-01-19-Final-Opioid-Complaint.pdf |
| District of Columbia | https://oag.dc.gov/sites/default/files/2019-06/DC-v-Purdue-Redacted-Complaint.pdf |
| Florida | http://myfloridalegal.com/webfiles.nsf/WF/GWRY-B6KV32/$file/Amended+Complaint+(Filed).pdf |
| Georgia | https://law.georgia.gov/document/publication/opioid-lawsuitcarr-v-manufacturers-and-distributorspdf/download |
| Hawaii | https://www.mass.gov/files/documents/2019/09/16/Hawaii%20%281%29_0.pdf |
| Idaho | https://www.mass.gov/files/documents/2019/09/05/ID%20-Complaint_Filed.pdf |
| Illinois | https://news.wttw.com/sites/default/files/article/file-attachments/FS%20Complaint%20at%20Law.pdf |
| Indiana | https://www.in.gov/attorneygeneral/files/2018.11.13%20FINAL1%20State%20of%20Indiana%20v%20Purdue%20Complaint%20-%20Unredacted.pdf |
| Iowa | https://www.iowaattorneygeneral.gov/media/cms/Purdue_9419_First_Amended_Petition__E0333D49E8293.PDF |
| Kansas | https://ag.ks.gov/docs/default-source/documents/kansas-v-purdue-pharma-petition.pdf?Status=Temp&sfvrsn=7ff6d31a_2 |
| Kentucky | https://ag.ky.gov/pdf_news/20171106_Complaint.pdf |
| Louisiana | https://bloximages.newyork1.vip.townnews.com/theadvocate.com/c |

| | |
|---|---|
| | ontent/tncms/assets/v3/editorial/1/ca/1ca91e84-a3dd-11e7-bfed-f7fe81715ecb/59cc36d764b28.pdf.pdf |
| Maine | https://www.maine.gov/tools/whatsnew/attach.php?id=1286957&an=1 |
| Maryland | https://www.marylandattorneygeneral.gov/News%20Documents/052919_Purdue_Pharma_Amended_SOC.pdf |
| Massachusetts | https://www.mass.gov/files/documents/2019/07/11/43_01%20First%20Amended%20Complaint%20filed%2001-31-2019_0.pdf |
| Michigan | https://www.michigan.gov/documents/ag/Opioid_Complaint_674087_7.pdf |
| Minnesota | http://www.ag.state.mn.us/Office/Cases/PurduePharma/FirstAmendedComplaint_Final.pdf |
| Mississippi | http://www.dbslawfirm.net/wp-content/uploads/2020/04/292-Amended-Complaint-MS-MN.pdf |
| Missouri | https://ago.mo.gov/docs/default-source/press-releases/2019/firstamendedpetition.pdf?sfvrsn=2 |
| Montana | https://dojmt.gov/wp-content/uploads/MT-Complaint-Final-Redacted.pdf |
| Nebraska | *Not found* |
| Nevada | http://ag.nv.gov/uploadedFiles/agnvgov/Content/News/PR/PR_Docs/2019/2019-06-14_State_NV_Complaint.pdf |
| New Hampshire | https://www.law360.com/cases/59bc3962e938f806fe000001 |
| New Jersey | https://nj.gov/oag/newsreleases17/NJ-Purdue-Complaint_Redacted_final.pdf |
| New Mexico | https://www.nmag.gov/uploads/PressRelease/48737699ae174b30ac51a7eb286e661f/AG_Balderas_Files_Lawsuit_Against_Opioid_Manufacturers_and_Distributors.pdf |

| | | |
|---|---|---|
| | New York | https://ag.ny.gov/sites/default/files/oag_opioid_lawsuit.pdf |
| | North Carolina | https://www.law360.com/articles/997434/attachments/0 |
| | North Dakota | https://attorneygeneral.nd.gov/sites/ag/files/documents/MediaAttachments/2018-05-15-Complaint-Purdue.pdf |
| | Ohio | https://assets.documentcloud.org/documents/3761767/Ohio-opioid-drug-lawsuit.pdf |
| | Oklahoma | https://s3.amazonaws.com/content.newsok.com/documents/1037086440-20170630-122306-.pdf |
| | Oregon | https://www.doj.state.or.us/wp-content/uploads/2018/09/State_v._Purdue_Complaint.pdf |
| | Pennsylvania | https://www.attorneygeneral.gov/wp-content/uploads/2019/05/2019-05-14-Filed-Purdue-Complaint3.pdf |
| | Rhode Island | http://www.riag.ri.gov/documents/StateVPurdue.pdf |
| | South Carolina | http://2hsvz0l74ah31vgcm16peuy12tz.wpengine.netdna-cdn.com/wp-content/uploads/2017/08/8-15-17-clocked-Purdue-complaint-01422887xD2C78.pdf |
| | South Dakota | *Not found* |
| | Tennessee | https://www.tn.gov/content/dam/tn/attorneygeneral/documents/foi/purdue/purduecomplaint-5-15-2018.pdf |
| | Texas | https://www.texasattorneygeneral.gov/sites/default/files/files/press/Purdue_Petition_5.15.18.pdf |
| | Utah | https://attorneygeneral.utah.gov/wp-content/uploads/2018/05/Filed-Purdue-Complaint.pdf |
| | Vermont | https://ago.vermont.gov/wp-content/uploads/2019/05/VT-Sacklers-REDACTED-Final.pdf |
| | Virginia | http://files.constantcontact.com/bfcd0cef001/91570e6b-54bf-4cfa- |

| | |
|---|---|
| | bd12-267713fcc803.pdf |
| Washington | http://agportal-s3bucket.s3.amazonaws.com/uploadedfiles/Another/News/Press_Releases/Washington%20v%20Purdue%20Complaint%209-28-17.pdf |
| West Virginia | https://ago.wv.gov/Documents/Complaint%20signed%20not%20entered%20-%20Purdue.PDF |
| Wisconsin | https://www.doj.state.wi.us/sites/default/files/news-media/5.16.19_Purdue_Lawsuit_Complaint.pdf |
| Wyoming | https://www.kfbcradio.com/state-of-wyoming-announces-lawsuit-against-opioid-manufacturer/ |

4. Forty-five of the forty-nine complaints I reviewed make no mention of the cost of special education or other school-based services.

5. Of the remaining four states, only two (Pennsylvania and Michigan) reference costs of special education or other school-based services for children with disabilities due to prenatal opioid exposure.  The complaints of the other two states (Delaware and Utah) note that states incur K-12 education expenses associated with substance abuse but do not discuss prenatal opioid exposure.

*Benjamin Goldberg*
_____
Benjamin Goldberg