**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            )
In re                                                       )    Chapter 11
                                                            )
**PURDUE PHARMA L.P.** *et al.*,                            )    Case No. 19-23649 (RDD)
                                                            )
         Debtors.                                           )    **(Jointly Administered)**
                                                            )
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, L. Dante diTrapano, request admission ***pro hac vice*** before the Honorable Robert D. Drain to represent Tiffany Dunford as Next Friend of T.N. Dunford in these jointly administered cases and any related adversary proceedings.

I certify that I am a member in good standing of the bar in the State of West Virginia and the bars of the United States District Court for the Northern District of West Virginia and the United States District Court for the Southern District of West Virginia.

I have submitted the filing fee of $200.00 with this motion for my *pro hac vice* admission.

Dated:  July 21, 2020
        Charleston, West Virginia

                                                    */s/ L. Dante diTrapano*
                                                    L. Dante diTrapano, Esq.
                                                    Calwell Luce diTrapano, PLLC
                                                    Law and Arts Center West
                                                    500 Randolph Street
                                                    Charleston, WV 25302
                                                    Phone: (304) 343-4323
                                                    Facsimile: (304) 344-3684
                                                    Email: dditrapano@cldlaw.com