# EXHIBIT A

| Name | Address | Nature and Amount of Disclosable Economic Interests |
|---|---|---|
| Kathleen ("Kay") Scarpone | c/o Edward Neiger<br>ASK LLP<br>151 W. 46th Street, 4th Floor<br>New York, NY 10036 | Unliquidated unsecured claim of at least $5 million on the basis of wrongful death |
| Robert F. List, Esq., as attorney for certain victims who wish to remain anonymous | c/o Edward Neiger<br>ASK LLP<br>151 W. 46th Street, 4th Floor<br>New York, NY 10036 | Unliquidated unsecured claim of at least $2.5 million on the basis of personal injury |
| Jill Cichowicz | c/o Edward Neiger<br>ASK LLP<br>151 W. 46th Street, 4th Floor<br>New York, NY 10036 | Unliquidated unsecured claim of at least $5 million on the basis of wrongful death |
| Diana ("Dede") Yoder | c/o Edward Neiger<br>ASK LLP<br>151 W. 46th Street, 4th Floor<br>New York, NY 10036 | Unliquidated unsecured claim of at least $5 million on the basis of wrongful death |
| Garrett Hade | c/o Edward Neiger<br>ASK LLP<br>151 W. 46th Street, 4th Floor<br>New York, NY 10036 | Unliquidated unsecured claim of at least $2.5 million on the basis of personal injury |
| Will Allphin | c/o Edward Neiger<br>ASK LLP<br>151 W. 46th Street, 4th Floor<br>New York, NY 10036 | Unliquidated unsecured claim of at least $2.5 million on the basis of personal injury |
| Lindsey Arrington | c/o Edward Neiger<br>ASK LLP<br>151 W. 46th Street, 4th Floor<br>New York, NY 10036 | Unliquidated unsecured claim of at least $2.5 million on the basis of personal injury |
| Chad Sabora | c/o Edward Neiger<br>ASK LLP<br>151 W. 46th Street, 4th Floor<br>New York, NY 10036 | Unliquidated unsecured claim of at least $2.5 million on the basis of personal injury |
| Nicholas Boatman | c/o Edward Neiger<br>ASK LLP<br>151 W. 46th Street, 4th Floor<br>New York, NY 10036 | Unliquidated unsecured claim of at least $2.5 million on the basis of personal injury |

| | | |
|---|---|---|
| Sharon Murillo | c/o Edward Neiger<br>ASK LLP<br>151 W. 46th Street, 4th Floor<br>New York, NY 10036 | Unliquidated unsecured claim of at least $2.5 million on the basis of personal injury |
| Julie Strickler | c/o Edward Neiger<br>ASK LLP<br>151 W. 46th Street, 4th Floor<br>New York, NY 10036 | Unliquidated unsecured claim of at least $5 million on the basis of wrongful death |
| Claire Rudy Foster | c/o Edward Neiger<br>ASK LLP<br>151 W. 46th Street, 4th Floor<br>New York, NY 10036 | Unliquidated unsecured claim of at least $2.5 million on the basis of personal injury |
| Tiffinee Scott | c/o Edward Neiger<br>ASK LLP<br>151 W. 46th Street, 4th Floor<br>New York, NY 10036 | Unliquidated unsecured claim of at least $5 million on the basis of wrongful death |