DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

## AGENDA FOR JULY 23, 2020 HEARING

Time and Date of Hearing:    July 23, 2020 at 2:00 p.m. (prevailing Eastern Time)

Location of Hearing:    In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. Please register with Court Solutions at www.court-solutions.com.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 132 000 4541#.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. |

## I. UNCONTESTED MATTERS:

1. ***Exclusivity Extension Motion.*** Motion of Debtors for Entry of a Second Order Extending the Exclusive Periods within which to File a Chapter 11 Plan and Solicit Acceptances Thereof [ECF No. 1365]

    Objection Deadline: July 20, 2020 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Reply: None

    Related Documents:

    A. Public Claimants' Statement in Support of the Motion of the Debtors for Entry of a Second Order Extending the Exclusive Periods within which to File a Chapter 11 Plan and Solicit Acceptances Thereof [ECF No. 1471]

    Status: This matter is going forward on an uncontested basis.

2. ***Dismissal Agreement Motion.*** Motion of Debtors for Entry of an Order (I) Approving the Dismissal Agreement By and Among the Debtors and Intellipharmaceutics and (II) Granting Related Relief [ECF No. 1327]

    Objection Deadline: July 16, 2020 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Related Documents:

    A. Debtors Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(A), 107(B) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information and Exhibits Under Seal in Connection with Motion of Debtors for Entry of an Order (I) Approving the Dismissal Agreement By and Among the Debtors and Intellipharmaceutics and (II) Granting Related Relief [ECF No. 1326]

    B. Order Granting Debtors' Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information and Exhibits under Seal in Connection with Debtors' Motion for Entry of an Order (I) Approving the Dismissal Agreement by and Among the Debtors

and Intellipharmaceutics, and (II) Granting Related Relief [ECF No. 1338]

Status: This matter is going forward on an uncontested basis.

3. ***Motion to Shorten Notice Period for UCC Political Contributions Motion.*** Motion of the Official Committee of Unsecured Creditors to Shorten the Notice Period With Respect to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Clarifying the Debtors' Obligations With Regard to Political Contributions [ECF No. 1372]

Objection Deadline:

Responses Received: None

Reply: None

Related Documents: None

Status: This matter is going forward on an uncontested basis.

4. ***UCC Political Contributions Motion.*** Motion of the Official Committee of Unsecured Creditors for Entry of an Order Clarifying the Debtors' Obligations With Regard to Political Contributions [ECF No. 1373]

Objection Deadline: July 22, 2020 at 12:00 p.m. (prevailing Eastern Time).

Responses Received: None

Reply: None

Related Documents: None

Status: This matter is going forward on an uncontested basis subject to the Court's ruling on the Motion to Shorten Notice Period for UCC Political Contributions Motion. The Debtors and the Creditors' Committee have reached a resolution that will be announced on the record.

## II. CONTESTED MATTERS:

5. ***Canadian Litigation Class Stipulation.*** Notice of Presentment of Stipulation and Order Permitting the Filing of a Class Proof of Claim Solely for Administrative Convenience in Order to Effectuate a Potential Settlement in Respect of Certain Canadian Litigation [ECF No. 1313]

Objection Deadline: July 10, 2020 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

    A. Objection of Her Majesty the Queen in Right of the Province of British Columbia to Notice of Presentment of Stipulation and Order Permitting the Filing of a Class Proof of Claim Solely for Administrative Convenience in Order to Effectuate a Potential Settlement in Respect of Certain Canadian Litigation [ECF No. 1369]

Reply: None

Related Documents:

    A. Notice of Hearing on Stipulation and Order Permitting the Filing of a Class Proof of Claim Solely for Administrative Convenience in Order to Effectuate a Potential Settlement in Respect of Certain Canadian Litigation [ECF No. 1450]

Status: This matter is going forward on a contested basis.

6. ***Motion to Shorten Notice Period for West Virginia NAS Class Claims Motion.*** Motion to Shorten the Notice Period with respect to the Motion to Permit the Filing of a Class Proof of Claim [ECF No. 1409]

Objection Deadline:

Responses Received:

    A. Debtor's Objection to Motion to Shorten the Notice Period with respect to the Motion to Permit the Filing of a Class Proof of Claim [ECF No. 1432]

    B. Public Claimants' Joinder to Debtor's Objection to Tiffany Dunford's Motion to Shorten the Notice Period with Respect to the Motion to Permit the Filing of a Class Proof of Claim [ECF No. 1448]

Reply: None

Related Documents:

    A. Notice of Hearing on Motion to Permit the Filing of a Class Proof of Claim and Motion to Shorten the Notice Period with respect to the Motion to Permit the Filing of a Class Proof of Claim [ECF No. 1435]

> Status: This matter is going forward on a contested basis.

7. ***Public School Districts Class Claims Motion.*** Motion by Public School Districts for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1211]

   > Objection Deadline: July 16, 2020 at 4:00 p.m. (prevailing Eastern Time).
   >
   > Responses Received:
   >
   > A. The State of Florida's Omnibus Objection to the Request by the Hospital Claimants, the Private Insurance Class Plaintiffs, the Independent Public School Districts, the NAS Guardians, and the Cheyenne and Arapaho Tribes for Leave to File Motions for Class Relief [ECF No. 1415]
   >
   > B. Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1421]
   >
   > C. The Ad Hoc Group of Individual Victims' Statement in Support of Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1423]
   >
   > D. The Official Committee of Unsecured Creditors' Response to and Request for Adjournment of Class Claim Motions until Conclusion of Mediation [ECF No. 1425]
   >
   > E. Public Claimants' Omnibus Objection to Motions for Leave to File Class Proofs of Claim [ECF No. 1431]
   >
   > Reply:
   >
   > A. Omnibus Reply by Independent Public School Districts in Support of Their Motion for Class Certification and a Classwide Proof of Claim [ECF No. 1473]
   >
   > Related Documents:
   >
   > A. Notice of Hearing on Motion by Public School Districts for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1212]
   >
   > B. Corrected Notice of Hearing on Motion by Public School Districts for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1217]
   >
   > C. Notice of Adjournment of June 23, 2020 Hearing of the Public School Districts' Motion for an Order Allowing Them to Proceed

   With a Class Proof of Claim and Certifying a Class [ECF No. 1283]

   Status: This matter is going forward on a contested basis.

8. *Private Insurance Class Claims Motion.* Motion of the Private Insurance Class Claimants for Leave to File Class Proofs of Claim [ECF No. 1321]

   Objection Deadline: July 20, 2020 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:

   A. The State of Florida's Omnibus Objection to the Request by the Hospital Claimants, the Private Insurance Class Plaintiffs, the Independent Public School Districts, the NAS Guardians, and the Cheyenne and Arapaho Tribes for Leave to File Motions for Class Relief [ECF No. 1415]

   B. Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1421]

   C. The Ad Hoc Group of Individual Victims' Statement in Support of Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1423]

   D. The Official Committee of Unsecured Creditors' Response to and Request for Adjournment of Class Claim Motions until Conclusion of Mediation [ECF No. 1425]

   E. Public Claimants' Omnibus Objection to Motions for Leave to File Class Proofs of Claim [ECF No. 1431]

   Reply:

   A. Reply of the Private Insurance Class Claimants in Further Support of Motion for Leave to File Class Proofs of Claim [ECF No. 1475]

   Related Documents:

   A. Notice of Hearing on Motion of The Private Insurance Class Claimants For Leave To File Class Proofs of Claim [ECF No. 1322]

   B. Notice of Amendment to Motion of The Private Insurance Class Claimants for Leave to File Class Proofs of Claim [ECF No. 1334]

   Status: This matter is going forward on a contested basis.

9. ***Hospitals Class Claims Motion.*** Hospital Claimants' Motion Pursuant to Fed. Bankr. P. 9014 and 7023 for an Order Making Fed. R. Civ. P. 23 Applicable to These Proceedings, Permitting Them to File a Class Proof of Claim and Granting Related Relief [ECF No. 1330]

   Objection Deadline: July 16, 2020 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:

   A. The State of Florida's Omnibus Objection to the Request by the Hospital Claimants, the Private Insurance Class Plaintiffs, the Independent Public School Districts, the NAS Guardians, and the Cheyenne and Arapaho Tribes for Leave to File Motions for Class Relief [ECF No. 1415]

   B. Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1421]

   C. The Ad Hoc Group of Individual Victims' Statement in Support of Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1423]

   D. The Official Committee of Unsecured Creditors' Response to and Request for Adjournment of Class Claim Motions until Conclusion of Mediation [ECF No. 1425]

   E. Public Claimants' Omnibus Objection to Motions for Leave to File Class Proofs of Claim [ECF No. 1431]

   Reply:

   A. Hospital Claimants' Omnibus Reply to the Objections/Responses Filed at Docket Nos. 1415, 1421, 1423, 1425 and 1431 to Hospital Claimants' Motion Pursuant to Fed. Bankr. P. 9014 and 7023 for an Order Making Fed. R. Civ. P. 23 Applicable to These Proceedings, Permitting Them to File a Class Proof of Claim and Granting Related Relief [ECF No. 1461]

   B. Supplement to Hospital Claimants' Omnibus Reply to the Objections/Responses Filed at Docket Nos. 1415, 1421, 1423, 1425 and 1431 to Hospital Claimants' Motion Pursuant to Fed. Bankr. P. 9014 and 7023 for an Order Making Fed. R. Civ. P. 23 Applicable to These Proceedings, Permitting Them to File a Class Proof of Claim and Granting Related Relief [ECF No. 1462]

Related Documents:

A. Supplement to Hospital Claimants' Motion Pursuant to Fed. Bankr. P. 9014 and 7023 for an Order Making Fed. R. Civ. P. 23 Applicable to These Proceedings, Permitting Them to File a Class Proof of Claim and Granting Related Relief [ECF No. 1424]

Status: This matter is going forward on a contested basis.

10. *NAS Class Claims Motion.* NAS Guardians on Behalf of the NAS Children's Abatement Class Action Claimants Motion For Entry of an Order Pursuant to Fed. R. Bankr. P. 9014 and 7023 Permitting Them to File a Class Proof of Claim and Granting Related Relief [ECF No. 1362]

Objection Deadline: July 16, 2020 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. The State of Florida's Omnibus Objection to the Request by the Hospital Claimants, the Private Insurance Class Plaintiffs, the Independent Public School Districts, the NAS Guardians, and the Cheyenne and Arapaho Tribes for Leave to File Motions for Class Relief [ECF No. 1415]

B. Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1421]

C. The Ad Hoc Group of Individual Victims' Statement in Support of Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1423]

D. The Official Committee of Unsecured Creditors' Response to and Request for Adjournment of Class Claim Motions until Conclusion of Mediation [ECF No. 1425]

E. Public Claimants' Omnibus Objection to Motions for Leave to File Class Proofs of Claim [ECF No. 1431]

Reply: None

Related Documents: None

Status: This matter is going forward on a contested basis.

11. ***West Virginia NAS Class Claims Motion.*** Motion to Permit the Filing of a Class Proof of Claim [ECF No. 1408]

> Objection Deadline: July 22, 2020 at 12:00 p.m. (prevailing Eastern Time).
>
> Responses Received:
>
>> A. The Official Committee of Unsecured Creditors' Response to and Request for Adjournment of Class Claim Motions until Conclusion of Mediation [ECF No. 1425]
>
> Reply: None
>
> Related Documents:
>
>> A. Notice of Hearing on Motion to Permit the Filing of a Class Proof of Claim and Motion to Shorten the Notice Period with respect to the Motion to Permit the Filing of a Class Proof of Claim [ECF No. 1435]
>
> Status: This matter is going forward on a contested basis subject to the Court's ruling on the Motion to Shorten Notice Period for West Virginia NAS Class Claims Motion.

## III. CONTINUED MATTERS:

12. ***Debtors' Stay Modification Motion.*** Debtors' Motion for Order Modifying the Automatic Stay to Permit the Debtors to Prosecute Certain Pending Patent Litigation [ECF No. 1328]

> Objection Deadline: July 16, 2020 at 4:00 p.m. (prevailing Eastern Time) (for all parties other than the Official Committee of Unsecured Creditors, with respect to whom the Objection Deadline was extended to July 17, 2020 at 4:00 p.m. (prevailing Eastern Time), the Ad-Hoc Committee of Governmental and Other Contingent Litigation Claimants, with respect to whom the Objection Deadline was extended to July 17, 2020 at 4:00 p.m. (prevailing Eastern Time), and Collegium Pharmaceutical, Inc., with respect to whom the Objection Deadline was extended to July 20, 2020 at 4:00 p.m. (prevailing Eastern Time)).
>
> Responses Received:
>
>> A. Response of Collegium Pharmaceutical, Inc. to Debtors' Motion for Order Modifying the Automatic Stay to Permit the Debtors to Prosecute Certain Pending Litigation [ECF No. 1463]
>
> Reply: None
>
> Related Documents: None

Status: This matter is continued to August 26, 2020.

13. ***Collegium's Stay Modification Motion.*** Motion of Collegium Pharmaceutical, Inc. for Relief from the Automatic Stay [ECF No. 1465]

    Objection Deadline: July 23, 2020 at 2:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Reply: None

    Related Documents:

    A. Notice of Hearing on Motion of Collegium Pharmaceutical, Inc. for Relief from the Automatic Stay [ECF No. 1467]

    Status: This matter is continued to August 26, 2020.

Dated: July 21, 2020
       New York, New York

    DAVIS POLK & WARDWELL LLP

    By: */s/ Eli J. Vonnegut*
         Eli J. Vonnegut

    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4000
    Facsimile: (212) 701-5800
    Marshall S. Huebner
    Benjamin S. Kaminetzky
    Timothy Graulich
    Eli J. Vonnegut
    Christopher S. Robertson

    *Counsel to the Debtors*
    *and Debtors in Possession*