**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |

---

### SECOND SUPPLEMENTAL DECLARATION OF LEON SZLEZINGER IN SUPPORT OF EMPLOYMENT OF JEFFERIES LLC AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

I, Leon Szlezinger, hereby declare under penalty of perjury that, to the best of my knowledge and belief, and after reasonable inquiry, the following is true and correct:

1.     I am a Managing Director and Joint Global Head of Restructuring & Recapitalization at Jefferies LLC ("Jefferies"), an investment banking and financial advisory firm with principal offices located at 520 Madison Avenue, New York, New York 10022, as well as at other locations worldwide.

2.     I submit this second supplemental declaration in support of Jefferies' employment as investment banker to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P., *et al.* (collectively, the "Debtors"). I have personal knowledge of the matters set forth herein.[2]

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]    Certain of the disclosures herein relate to matters within the knowledge of other professionals at Jefferies.

3.      On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Application").  On November 21, 2019, the Court entered the order granting the Application [Docket No. 526].

4.      In connection with the Application, I submitted a declaration (the "Initial Declaration") describing Jefferies' connections with the Debtors and other Potential Parties in Interest.  The Initial Declaration was attached to the Application as Exhibit C.  Subsequently, on February 24, 2020, I submitted a supplemental declaration [Docket No. 871] providing additional disclosures.

5.      Since filing the Initial Declaration and First Supplemental Declaration, it has come to my attention that Collegium Pharmaceutical, Inc. ("Collegium") was not included on the Potential Parties in Interest list attached as Schedule 1 to the Initial Declaration.  Jefferies recently has been made aware that Collegium is a defendant in a prepetition action commenced by certain Debtors and a non-Debtor.  Jefferies has in the past, currently and may in the future provide Collegium with capital raising and/or advisory services unrelated to this matter.  Notwithstanding that these services are unrelated to this matter, out of an abundance of caution, no one on the Jefferies engagement team providing services to the Committee is providing or will provide in the future (prior to the termination of the Committee) services to Collegium, nor is anyone on the Collegium engagement team providing or will anyone on a Collegium engagement team provide services to the Committee.

[This space is intentionally left blank.]

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2020
      New York, New York

                         **JEFFERIES LLC**

                         */s/ Leon Szlezinger*
                         Leon Szlezinger
                         Managing Director