**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: Purdue Pharma L.P., et al

Case No.: 19-23649

Chapter 11

Debtor

------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Peter H. Weinberger, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Plaintiffs' Co-Leads and Plaintiffs' Executive Committee in MDL 2804, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Northern District of Ohio.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 7/22/20

White Plains, New York

/s/Peter H. Weinberger

*Mailing Address*:

1001 Lakeside Avenue East

Suite 1700

Cleveland, OH  44114

*E-mail address*: pweinberger@spanglaw.

*Telephone number*: (216) 696-3232