**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re: Purdue Pharma, L.P., et al

                   Debtor

Case No.: 19-23649

Chapter 11

-----------------------------------------------------------x

                   Plaintiff

Adversary Proceeding No.: _____

               v.

                   Defendant

-----------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Peter H. Weinberger , to be admitted, ***pro hac vice***, to represent Plaintiffs' Co-Leads and Plaintiffs' Executive Committee in MDL 2804 (the "Client") a creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Northern District of Ohio , it is hereby

**ORDERED**, that Peter H. Weinberger , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York     /s/ _____

                                   UNITED STATES BANKRUPTCY JUDGE