DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
James I. McClammy
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

**NOTICE OF FILING OF AMENDED AND RESTATED STIPULATION AND ORDER PERMITTING THE FILING OF A CLASS PROOF OF CLAIM SOLELY FOR ADMINISTRATIVE CONVENIENCE IN ORDER TO EFFECTUATE A POTENTIAL SETTLEMENT IN RESPECT OF CERTAIN CANADIAN LITIGATION**

**PLEASE TAKE NOTICE** that on June 30, 2020, Purdue Pharma L.P. and certain of its

affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

(collectively, the "**Debtors**"), filed the *Stipulation and Order Permitting the Filing of a Class Proof of Claim Solely For Administrative Convenience in Order to Effectuate a Potential Settlement in Respect of Certain Canadian Litigation* (the "**Stipulation**") on notice of presentment [ECF No. 1313].

**PLEASE TAKE FURTHER NOTICE** that the deadline to file an objection with respect to the Stipulation was **July 10, 2020 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that a written objection (the "**Objection**") was timely filed and served with respect to the Stipulation [ECF No. 1369] by the Canadian Government Objectors (as defined in the Objection).

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file an amended and restated Stipulation attached hereto as **Exhibit A** (the "**Amended and Restated Stipulation**").

**PLEASE TAKE FURTHER NOTICE** that a comparison between the Amended and Restated Stipulation and the Stipulation is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors understand that the Canadian Government Objectors (as defined in the Objection) do not contest approval of the Amended and Restated Stipulation.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Stipulation will be held on **July 23, 2020** at **2:00 p.m.** (prevailing Eastern Time) (the "**Hearing**") before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"); *provided* that, pursuant to General Order M-543, dated March 20, 2020

(Morris, C.J.) ("**General Order M-543**"), such Hearing shall be conducted **telephonically**.[2]

**PLEASE TAKE FURTHER NOTICE** that copies of the Amended and Restated Stipulation may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: July 22, 2020
       New York, New York

                DAVIS POLK & WARDWELL LLP

                By: */s/ James I. McClammy*

                450 Lexington Avenue
                New York, New York 10017
                Telephone: (212) 450-4000
                Facsimile: (212) 701-5800
                Marshall S. Huebner
                Benjamin S. Kaminetzky
                Timothy Graulich
                James I. McClammy
                Eli J. Vonnegut

                *Counsel to the Debtors*
                *and Debtors in Possession*

---

[2] A copy of General Order M-543 can be obtained by visiting http://www.nysb.uscourts.gov/news/court-operations-under-exigent-circumstances-created-covid-19.