UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
-------------------------------------------------------------------X
In re:
    PURDUE PHARMA, L.P., et. al.                    CHAPTER 11

                                                                               CASE NO. 19-23649
                                      Debtor(s)
-------------------------------------------------------------------X
**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

      Please take notice that Brian Fetzko, Esq. of Fetzko Law Offices, P.C., 12 Evergreen Drive, Suite 102, Middletown, NY 10940, hereby appears on behalf of MALCOLM B. KINNAIRD and JUSTINE R. KINNAIRD, and requests pursuant to Bankruptcy Rules 2002(g) and 9010(b) that copies of all notices and papers required to be served in this case be directed to the undersigned counsel at the address set forth below.

Dated:      Middletown, NY
               July 22, 2020                                                 Respectfully Submitted:

                                                                                 Brian Fetzko, Esq.
                                                                                 Fetzko Law Offices, P.C.
                                                                                 Attorney for MALCOLM B.
                                                                                 KINNAIRD and JUSTINE R.
                                                                                 KINNAIRD
                                                                                 12 Evergreen Drive
                                                                                 Suite 102
                                                                                 Middletown, NY 10940
                                                                                 845-775-4363