UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
-------------------------------------------------------------------X
In re:
    PURDUE PHARMA, L.P., et. al.                    CHAPTER 11

                                                                                   CASE NO. 19-23649
                                      Debtor(s)
-------------------------------------------------------------------X

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

      Please take notice that Brian Fetzko, Esq. of Fetzko Law Offices, P.C., 12 Evergreen Drive, Suite 102, Middletown, NY 10940, hereby appears on behalf of HUNT KINNAIRD, and requests pursuant to Bankruptcy Rules 2002(g) and 9010(b) that copies of all notices and papers required to be served in this case be directed to the undersigned counsel at the address set forth below.

Dated:       Middletown, NY
                July 23, 2020                                      Respectfully Submitted:

                                                                          Brian Fetzko, Esq.
                                                                           Fetzko Law Offices, P.C.
                                                                           Attorney for HUNT
                                                                           KINNAIRD
                                                                           12 Evergreen Drive
                                                                           Suite 102
                                                                           Middletown, NY 10940
                                                                           845-775-4363