**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Herb Baer, depose and say that I am employed by Prime Clerk LLC, the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

Upon information and belief, on July 13, 2020, the following document was served via email by the ECF notification system on the ECF Parties Service List attached hereto as **Exhibit A**:

- Notice of Presentment of Third Amended Order Extending Time to Object to Dischargeability of Certain Debts [Docket No. 1375]

Dated: July 27, 2020

*/s/ Herb Baer*
Herb Baer

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 27, 2020, by Herb Baer, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Exhibit A**

Exhibit A

ECF Parties Service List

Served via Email

| Party | Name | Email |
|---|---|---|
| Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants | Melanie L. Cyganowski | mcyganowski@oshr.com; awilliams@oshr.com; jfeeney@otterbourg.com; Slane@otterbourg.com; ryan@otterbourg.com; jhildebrandt@otterbourg.com; hildebrandtjr81341@notify.bestcase.com; mmaizel@otterbourg.com; mpantzer@otterbourg.com |
| Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants | Kenneth H. Eckstein | keckstein@kramerlevin.com; corporate-reorg-1449@ecf.pacerpro.com |
| Ad Hoc Committee of NAS Babies | Scott S. Markowitz | smarkowitz@tarterkrinsky.com; snobles@tarterkrinsky.com; jseitllari@tarterkrinsky.com |
| Ad Hoc Committee on Accountability | Paul A. Rachmuth | paul@paresq.com |
| Ad Hoc Group of Hospitals | Pearl Shah | pshah@mcgrailbensinger.com |
| Ad Hoc Group of Hospitals | Ilana Volkov | ivolkov@mcgrailbensinger.com; ivolkov@mcgrailbensinger.com |
| Ad Hoc Group of Individual Victims of Purdue Pharma L.P. | Thomas Lauria | tlauria@whitecase.com |
| Ad Hoc Group of Individual Victims of Purdue Pharma L.P. | Edward E. Neiger | eneiger@askllp.com; lmiskowiec@askllp.com; ttatting@askllp.com; jsteinfeld@askllp.com |
| Ad Hoc Group of Individual Victims of Purdue Pharma L.P. | J. Christopher Shore | cshore@whitecase.com; jdisanti@whitecase.com; mcosbny@whitecase.com |
| Ad Hoc Group of Non-Consenting States | Andrew M. Troop | andrew.troop@pillsburylaw.com |
| Ad Hoc Group of Self-Funded Health Plans | Laurie Rubinow | lrubinow@sfmslaw.com |
| Ada County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Adams County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Al Marino, Inc. | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Allergan Finance LLC | George Robert Gage, Jr | grgage@gagespencer.com |
| Amel Eiland | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| AmerisourceBergen Drug Corporation | Morton R. Branzburg | mbranzburg@klehr.com; jtaylor@klehr.com |
| AmerisourceBergen Drug Corporation | Christopher A. Lynch | clynch@reedsmith.com |
| Anda, Inc. | Michael Goldstein | mgoldstein@goodwinlaw.com |
| Anda, Inc. | William P. Weintraub | wweintraub@goodwinprocter.com; gfox@goodwinprocter.com |
| Anne Alexander, et al. | Lowell W. Finson | lowellwfinson@gmail.com |
| Arapahoe County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Arizona Counties Insurance Pool | Gary A. Gotto | ggotto@kellerrohrback.com |
| Arizona Municipal Risk Retention Pool | Gary A. Gotto | ggotto@kellerrohrback.com |
| Arizona School Alliance for Workers' Compensation | Gary A. Gotto | ggotto@kellerrohrback.com |
| Arkansas Plaintiffs | Katherine Stadler | kstadler@gklaw.com; kboucher@gklaw.com |
| Arkansas Plaintiffs | Erin West | ewest@gklaw.com; kboucher@gklaw.com; elewerenz@gklaw.com |
| Arkansas Plaintiffs | Brady C. Williamson | bwilliamson@gklaw.com |
| Ascent Health Services | Marshall C. Turner | marshall.turner@husch.com; marshall-turner-8668@ecf.pacerpro.com |
| Attorney Dechert LLP | Shmuel Vasser | shmuel.vasser@dechert.com; nycmanagingclerks@dechert.com; brett.stone@dechert.com |
| Attorney General, State of Arizona | John Michael Connolly | mike@consovoymccarthy.com |
| Attorney General, State of Arizona | William S Consovoy | will@consovoymccarthy.com |
| Attorney General, State of Arizona | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Attorney General, State of Arizona | Seth Adam Meyer | sam@kellerlenkner.com; docket@kellerlenkner.com |
| Attorney General, State of Florida | Robert P. Charbonneau | rpc@agentislaw.com; bss@agentislaw.com; bankruptcy.ecc@ecf.courtdrive.com |
| Attorney General, State of Florida | Christopher B Spuches | cbs@ecclegal.com; bankruptcy@ecclegal.com; nsocorro@ecclegal.com; nvillegas@ecclegal.com |

Exhibit A

ECF Parties Service List

Served via Email

| Party | Name | Email |
|---|---|---|
| Attorney Sarasota County Public Hospital District | Morgan R Bentley | mbentley@bentleyandbruning.com |
| Attorney Village of Amityville, NY, et al. | Mark Tate | wkell@tatelawgroup.com |
| Barbara Rivers | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Beacon Company | Jasmine Ball | jball@debevoise.com; cponeal@debevoise.com; amcdermott@debevoise.com; nquigley@debevoise.com |
| Beverly Sackler | Daniel S. Connolly | daniel.connolly@bracewell.com; mco@bracewell.com; joseph.lasher@bracewell.com |
| Beverly Sackler | Gregory P. Joseph | gjoseph@jha.com |
| Beverly Sackler | Gerard Uzzi | guzzi@milbank.com; jackie-brewster-1417@ecf.pacerpro.com; dporat@milbank.com; nprey@milbank.com; gerard-uzzi-2982@ecf.pacerpro.com |
| Blue Cross Blue Shield Association | Lauren Guth Barnes | lauren@hbsslaw.com; purduebankruptcy@hbsslaw.com |
| BMC Group, Inc | Steven P Ordaz | sordaz@bmcgroup.com; bmc@ecfAlerts.com |
| Board of Chicago School District No. 299 | Emily Brown | ebrown@hsplegal.com |
| Board of Chicago School District No. 299 | Mark S. Dym | mdym@hsplegal.com |
| Board of Chicago School District No. 299 | Leslie A. Goller | lgoller@terrellhogan.com |
| Board of Chicago School District No. 299 | Neil L Henrichsen | nhenrichsen@hslawyers.com |
| Board of Chicago School District No. 299 | John Wayne Hogan | hogan@terrellhogan.com |
| Board of Chicago School District No. 299 | Chiung-Hui Huang | chuang@hslawyers.com |
| Board of Chicago School District No. 299 | Joshua Karsh | pleadings@findjustice.com |
| Board of Chicago School District No. 299 | Cyrus Mehri | cmehri@findjustice.com |
| Board of Chicago School District No. 299 | Matthew J. Piers | mpiers@hsplegal.com; rortiz@hsplegal.com; docketing@hsplegal.com |
| Board of Chicago School District No. 299 | Aisha Rich | arich@findjustice.com |
| Board of Chicago School District No. 299 | Steven A Skalet | sskalet@findjustice.com |
| Board of Chicago School District No. 299 | Dawn Stewart | dstewart@thestewartlawfirm.com |
| Board of Chicago School District No. 299 | Margaret Truesdale | mtruesdale@hsplegal.com |
| Board of Chicago School District No. 299 | Charles Wysong | cwysong@hsplegal.com |
| Board of Education of East Aurora School District 131 | Mark S. Dym | mdym@hsplegal.com |
| Board of Education of East Aurora School District 131 | Chiung-Hui Huang | chuang@hslawyers.com |
| Board of Education of East Aurora School District 131 | Joshua Karsh | pleadings@findjustice.com |
| Board of Education of East Aurora School District 131 | Cyrus Mehri | cmehri@findjustice.com |
| Board of Education of East Aurora School District 131 | Justino D Petrarca | jpetrarca@edlawyer.com; emcnulty@edlawyer.com |
| Board of Education of East Aurora School District 131 | Matthew J. Piers | mpiers@hsplegal.com; rortiz@hsplegal.com; docketing@hsplegal.com |
| Board of Education of East Aurora School District 131 | Steven A Skalet | sskalet@findjustice.com |
| Board of Education of Thornton Fractional Township High School District 215 | Mark S. Dym | mdym@hsplegal.com |
| Board of Education of Thornton Fractional Township High School District 215 | Chiung-Hui Huang | chuang@hslawyers.com |
| Board of Education of Thornton Fractional Township High School District 215 | Joshua Karsh | pleadings@findjustice.com |
| Board of Education of Thornton Fractional Township High School District 215 | Cyrus Mehri | cmehri@findjustice.com |
| Board of Education of Thornton Fractional Township High School District 215 | Justino D Petrarca | jpetrarca@edlawyer.com; emcnulty@edlawyer.com |
| Board of Education of Thornton Fractional Township High School District 215 | Matthew J. Piers | mpiers@hsplegal.com; rortiz@hsplegal.com; docketing@hsplegal.com |
| Board of Education of Thornton Fractional Township High School District 215 | Steven A Skalet | sskalet@findjustice.com |
| Board of Education of Thornton Township High School District 205 | Mark S. Dym | mdym@hsplegal.com |

**Exhibit A**
ECF Parties Service List
Served via Email

| Party | Name | Email |
|---|---|---|
| Board of Education of Thornton Township High School District 205 | Chiung-Hui Huang | chuang@hslawyers.com |
| Board of Education of Thornton Township High School District 205 | Joshua Karsh | pleadings@findjustice.com |
| Board of Education of Thornton Township High School District 205 | Cyrus Mehri | cmehri@findjustice.com |
| Board of Education of Thornton Township High School District 205 | Justino D Petrarca | jpetrarca@edlawyer.com; emcnulty@edlawyer.com |
| Board of Education of Thornton Township High School District 205 | Matthew J. Piers | mpiers@hsplegal.com; rortiz@hsplegal.com; docketing@hsplegal.com |
| Board of Education of Thornton Township High School District 205 | Steven A Skalet | sskalet@findjustice.com |
| Boulder County | Gary A. Gotto | ggotto@kellerrohrback.com |
| BR Holdings Associates Inc. | David Zwally | dzwally@haugpartners.com |
| BR Holdings Associates L.P. | David Zwally | dzwally@haugpartners.com |
| Bullitt County School District, Kentucky | Cyrus Mehri | cmehri@findjustice.com |
| CaremarkPCS Health, L.L.C. | Leah M. Eisenberg | leisenberg@foley.com; leisenberg@foley.com |
| Certain Native American Tribes and Others | Peter D'Apice | dapice@sbep-law.com |
| Chelan County | Gary A. Gotto | ggotto@kellerrohrback.com |
| City and County of Broomfield | Gary A. Gotto | ggotto@kellerrohrback.com |
| City and County of Denver | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Anacortes | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Aurora | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Bainbridge | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Black Hawk | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Brighton | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Burlington | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Cambridge | Beth Kaswan | bkaswan@scott-scott.com |
| City of Chicopee | Beth Kaswan | bkaswan@scott-scott.com |
| City of Commerce City | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Eureka | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Federal Heights | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Framingham | Beth Kaswan | bkaswan@scott-scott.com |
| City of Gloucester | Beth Kaswan | bkaswan@scott-scott.com |
| City of Greeley | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Haverhill | Beth Kaswan | bkaswan@scott-scott.com |
| City of Kent | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Kingman | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Lakewood | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Middletown | Beth Kaswan | bkaswan@scott-scott.com |
| City of Mount Vernon | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Northglenn | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Norwich | Beth Kaswan | bkaswan@scott-scott.com |
| City of Olympia | Gary A. Gotto | ggotto@kellerrohrback.com |
| City Of Paterson, New Jersey | Beth Kaswan | bkaswan@scott-scott.com |
| City of Portsmouth | Beth Kaswan | bkaswan@scott-scott.com |
| City of Salem | Beth Kaswan | bkaswan@scott-scott.com |
| City of Seattle | Ben Harrington | benh@hbsslaw.com |
| City of Sedro-Woolley | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Sheridan | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Spokane | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Springfield, Mass. | Beth Kaswan | bkaswan@scott-scott.com |
| City of Tacoma | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Thornton | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Trenton | Beth Kaswan | bkaswan@scott-scott.com |
| City of Vancouver | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Westminster | Gary A. Gotto | ggotto@kellerrohrback.com |
| City of Worcester | Beth Kaswan | bkaswan@scott-scott.com |
| Clallam County | Gary A. Gotto | ggotto@kellerrohrback.com |

Exhibit A

ECF Parties Service List

Served via Email

| Party | Name | Email |
|---|---|---|
| Clark County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Cochise County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Colorado Attorney General | Leslie A. Eaton | leslie.eaton@coag.gov |
| Colorado Attorney General | Megan Paris Rundlet | megan.rundlet@coag.gov |
| Colorado Department of Law | Leslie A. Eaton | leslie.eaton@coag.gov |
| Colorado Department of Law | Robert Padjen | robert.padjen@coag.gov |
| Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Ira S. Dizengoff | idizengoff@akingump.com; apreis@akingump.com; dkrasa-berstell@akingump.com; nymco@akingump.com; AGSearch-Lit@akingump.com; mreichert@akingump.com |
| Commonwealth of Massachusetts | Sydenham B. Alexander, III | sandy.alexander@mass.gov |
| Commonwealth of Massachusetts | Gillian Feiner | gillian.feiner@mass.gov |
| Commonwealth of Massachusetts | Eric M. Gold | eric.gold@state.ma.us |
| Commonwealth of Massachusetts | Joanna Lydgate | joanna.lydgate@mass.gov |
| Commonwealth of Pennsylvania | Carol E. Momjian | cmomjian@attorneygeneral.gov |
| Commonwealth of Pennsylvania | Melissa L. Van Eck | mvaneck@attorneygeneral.gov |
| Commonwealth of Virginia, ex rel. Mark R. Herring, Attorney General | Thomas Moultrie Beshere, III | tbeshere@oag.state.va.us |
| Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al | Jonathan Watson Cuneo | jonc@cuneolaw.com |
| Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al | Jay Teitelbaum | jteitelbaum@tblawllp.com; dcampagne@tblawllp.com |
| Consumer Protection Division Office of the Attorney General (Md.) | Sara Tonnesen | stonnesen@oag.state.md.us |
| CRG Financial LLC | CRG Financial LLC | notices@CRGfinancial.com |
| CRG Financial, LLC as Assignee of Fike Corporation | CRG Financial LLC | notices@CRGfinancial.com |
| CVS Caremark Part D Services, L.L.C. | Leah M. Eisenberg | leisenberg@foley.com; leisenberg@foley.com |
| Darcy Sherman | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| David Sackler | Daniel S. Connolly | daniel.connolly@bracewell.com; mco@bracewell.com; joseph.lasher@bracewell.com |
| David Sackler | Gregory P. Joseph | gjoseph@jha.com |
| David Sackler | Gerard Uzzi | guzzi@milbank.com; jackie-brewster-1417@ecf.pacerpro.com; dporat@milbank.com; nprey@milbank.com; gerard-uzzi-2982@ecf.pacerpro.com |
| Deborah Green-Kuchta | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Debra Dawsey | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Debtor Purdue Pharma L.P. | Anthony D. Boccanfuso | Anthony.Boccanfuso@apks.com; ecf-b9841d808f73@ecf.pacerpro.com |
| Debtor Purdue Pharma L.P. | Julie Elizabeth Cohen | julie.cohen@skadden.com |
| Debtor Purdue Pharma L.P. | Scott I. Davidson | sdavidson@kslaw.com; jmccullough@kslaw.com |
| Debtor Purdue Pharma L.P. | Timothy E. Graulich | ecf.ct.papers@davispolk.com; bankruptcy_routing@davispolk.com |
| Debtor Purdue Pharma L.P. | Benjamin S. Kaminetzky | kaminet@dpw.com; ecf.ct.papers@davispolk.com |
| Debtor Purdue Pharma L.P. | Anna Kordas | akordas@jonesday.com |
| Debtor Purdue Pharma L.P. | George W. Shuster, Jr. | george.shuster@wilmerhale.com; WHDocketing@wilmerhale.com; yolande.thompson@wilmerhale.com |
| Dora Lawrence | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Gerard Uzzi | guzzi@milbank.com; jackie-brewster-1417@ecf.pacerpro.com; dporat@milbank.com; nprey@milbank.com; gerard-uzzi-2982@ecf.pacerpro.com |
| DuPont de Nemours, Inc. | Laurel D. Roglen | roglenl@ballardspahr.com; ambroses@ballardspahr.com |

Exhibit A
ECF Parties Service List
Served via Email

| Party | Name | Email |
|---|---|---|
| Edward Grace | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Eli Medina | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Eric Hestrup, et al. | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Eric Hestrup, et al. | Constantine Dean Pourakis | cp@stevenslee.com |
| Examiner David M. Klauder | Thomas D. Bielli | tbielli@bk-legal.com; dklauder@bk-legal.com; tnobis@bk-legal.com |
| Express Scripts Senior Care Holdings, Inc. | Marshall C. Turner | marshall.turner@husch.com; marshall-turner-8668@ecf.pacerpro.com |
| Express Scripts, Inc. | Marshall C. Turner | marshall.turner@husch.com; marshall-turner-8668@ecf.pacerpro.com |
| F. Kirk Hopkins | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Franklin County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Fredrick Hill | Michael J Kasen | mkasen@kasenlaw.com |
| Fremont County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Giant Eagle, Inc. | Darlene M. Nowak | nowak@marcus-shapira.com |
| Glenn Golden | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Gretta Golden | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Heather Enders | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Her Majesty in Right of the Province of British Columbia | Nickolas Karavolas | nkaravolas@phillipslytle.com; ddrons@phillipslytle.com |
| Hospital Claimants | Pearl Shah | pshah@mcgrailbensinger.com |
| Humboldt County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Ironshore Specialty Insurance Company | George Calhoun, IV | george@ifrahlaw.com |
| Island County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. | Evan M. Jones | ejones@omm.com; evan-jones-5677@ecf.pacerpro.com |
| Janssen Pharmaceuticals, Inc. | Evan M. Jones | ejones@omm.com; evan-jones-5677@ecf.pacerpro.com |
| Jason Reynolds | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Jefferson County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Johnson & Johnson | Evan M. Jones | ejones@omm.com; evan-jones-5677@ecf.pacerpro.com |
| Jonathan Sackler | Daniel S. Connolly | daniel.connolly@bracewell.com; mco@bracewell.com; joseph.lasher@bracewell.com |
| Jonathan Sackler | Gregory P. Joseph | gjoseph@jha.com |
| Jonathan Sackler | Gerard Uzzi | guzzi@milbank.com; jackie-brewster-1417@ecf.pacerpro.com; dporat@milbank.com; nprey@milbank.com; gerard-uzzi-2982@ecf.pacerpro.com |
| Jordan Chu | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Jung U. Kim | Michael S. Kimm | msk@kimmlaw.com; law@kimmlaw.com; proh@kimmlaw.com |
| Kara Trainor Brucato | Celeste Brustowicz | cbrustowicz@clfnola.com; lrichardson@clfnola.com |
| Kennedy Forum and other national organizations | Ira Burnim | irabster@gmail.com |
| Kevin Wilk | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Kimberly Brand | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| King County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Kitsap County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Kittitas County | Gary A. Gotto | ggotto@kellerrohrback.com |
| La Conner School District | Gary A. Gotto | ggotto@kellerrohrback.com |
| La Rue County School District, Kentucky | Cyrus Mehri | cmehri@findjustice.com |
| Larimer County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Lincoln County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Lou Sardella | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Lummi Tribe of the Lummi Reservation | Gary A. Gotto | ggotto@kellerrohrback.com |
| Maricopa County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Marketing Services of Indiana, Inc. | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |

Exhibit 1
ECF Parties Service List
Served via Email

| Party | Name | Email |
|---|---|---|
| McKesson Corporation | Jeffrey K. Garfinkle | jgarfinkle@buchalter.com; dcyrankowski@buchalter.com; docket@buchalter.com |
| McKesson Corporation | Richard B. Levin | rlevin@jenner.com |
| McKesson Corporation | Daniel H. Slate | dslate@buchalter.com |
| McKesson Corporation | Catherine Steege | csteege@jenner.com;  jeffrey_cross@discovery.com |
| Mesa County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Michael Christy | Nicholas F. Kajon | nfk@stevenslee.com;  NFK@ECFAlerts.com |
| Michael Klodzinski | Nicholas F. Kajon | nfk@stevenslee.com;  NFK@ECFAlerts.com |
| Michael Konig | Nicholas F. Kajon | nfk@stevenslee.com;  NFK@ECFAlerts.com |
| Michael Lopez | Nicholas F. Kajon | nfk@stevenslee.com;  NFK@ECFAlerts.com |
| Missoula County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Missouri Department of Revenue | Steven A. Ginther | sdnyecf@dor.mo.gov |
| Mohave County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Mount Vernon School District | Gary A. Gotto | ggotto@kellerrohrback.com |
| MSI Corporation | Nicholas F. Kajon | nfk@stevenslee.com;  NFK@ECFAlerts.com |
| Multi-State Governmental Entities Group | Kevin C. Maclay | kmaclay@capdale.com;  cecilia-guerrero-caplin-6140@ecf.pacerpro.com |
| Multi-State Governmental Entities Group | Todd E. Phillips | tphillips@capdale.com;  cecilia-guerrero-caplin-6140@ecf.pacerpro.com;  cguerrero@capdale.com |
| Nadja Streiter | Nicholas F. Kajon | nfk@stevenslee.com;  NFK@ECFAlerts.com |
| Navajo County | Gary A. Gotto | ggotto@kellerrohrback.com |
| NC Dept. of Health and Human Services | Katherine McCraw | kmccraw@ncdoj.gov;  kchadwick@ncdoj.gov; etant@ncdoj.gov; lbulls@ncdoj.gov |
| Nevada Counties and Municipalities | Vadim J. Rubinstein | vrubinstein@loeb.com; vrubinstein@ecf.courtdrive.com; nybkdocket@loeb.com |
| New York State Department of Financial Services | Nicolas G. Keller | nicolas.keller@dfs.ny.gov |
| Nez Perce Tribe | Gary A. Gotto | ggotto@kellerrohrback.com |
| Northwest Arizona Employee Benefit Trust | Gary A. Gotto | ggotto@kellerrohrback.com |
| Ohio Attorney General | Alison Archer | alison.archer@ohioattorneygeneral.gov |
| Ohio Attorney General | Trish Lazich | trish.lazich@ohioattorneygeneral.gov |
| Old Republic Insurance Company | Michael Luskin | luskin@lsellp.com |
| OptumRX, Inc. | William Hao | william.hao@alston.com;  leslie.salcedo@alston.com |
| Oracle America, Inc. | Shawn M. Christianson | schristianson@buchalter.com; cmcintire@buchalter.com |
| Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc. | Evan M. Jones | ejones@omm.com;  evan-jones-5677@ecf.pacerpro.com |
| Pension Benefit Guaranty Corporation | Michael I. Baird | baird.michael@pbgc.gov;  efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Lori A. Butler | butler.lori@pbgc.gov;  efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Mai Lan G. Rodgers | rodgers.mailan@pbgc.gov;  efile@pbgc.gov |
| People of the State of New York | Kathryn Blake | kathryn.blake@ag.ny.gov |
| People of the State of New York | Muhammad Umair Khan | umair.khan@ag.ny.gov |
| People of the State of New York | David Eli Nachman | david.nachman@ag.ny.gov |
| People of the State of New York | Louis J. Testa | louis.testa@ag.ny.gov |
| Pharmaceutical Research Associates L.P. | David Zwally | dzwally@haugpartners.com |
| Pierce County | Gary A. Gotto | ggotto@kellerrohrback.com |
| PJT Partners LP | Jamie Fell | jamie.fell@stblaw.com |
| PJT Partners LP | Elisha D. Graff | egraff@stblaw.com |
| Plaintiff Avrio Health L.P. | Benjamin S. Kaminetzky | kaminet@dpw.com;  ecf.ct.papers@davispolk.com |
| Plaintiff Purdue Pharma Inc. | Benjamin S. Kaminetzky | kaminet@dpw.com;  ecf.ct.papers@davispolk.com |
| Plaintiff Purdue Pharma L.P. | Benjamin S. Kaminetzky | kaminet@dpw.com;  ecf.ct.papers@davispolk.com |

Exhibit A
ECF Parties Service List
Served via Email

| Party | Name | Email |
|---|---|---|
| Plaintiff Purdue Pharma Manufacturing L.P. | Benjamin S. Kaminetzky | kaminet@dpw.com;  ecf.ct.papers@davispolk.com |
| Plaintiff Purdue Pharma of Puerto Rico | Benjamin S. Kaminetzky | kaminet@dpw.com;  ecf.ct.papers@davispolk.com |
| Plaintiff Purdue Pharmaceutical Products L.P. | Benjamin S. Kaminetzky | kaminet@dpw.com;  ecf.ct.papers@davispolk.com |
| Plaintiff Purdue Pharmaceuticals L.P. | Benjamin S. Kaminetzky | kaminet@dpw.com;  ecf.ct.papers@davispolk.com |
| Plaintiff Purdue Transdermal Technologies L.P. | Benjamin S. Kaminetzky | kaminet@dpw.com;  ecf.ct.papers@davispolk.com |
| Plaintiff Rhodes Pharmaceuticals L.P. | Benjamin S. Kaminetzky | kaminet@dpw.com;  ecf.ct.papers@davispolk.com |
| Plaintiff Rhodes Technologies | Benjamin S. Kaminetzky | kaminet@dpw.com;  ecf.ct.papers@davispolk.com |
| PLP Associates Holding Inc. | David Zwally | dzwally@haugpartners.com |
| PLP Associates Holdings L.P. | David Zwally | dzwally@haugpartners.com |
| Raymond Sackler Family | Alexander Lees | alees@milbank.com;  alexander-lees-2212@ecf.pacerpro.com;  AutoDocketECF@milbank.com |
| Raymond Sackler Family | Gerard Uzzi | guzzi@milbank.com;  jackie-brewster-1417@ecf.pacerpro.com; dporat@milbank.com; nprey@milbank.com; gerard-uzzi-2982@ecf.pacerpro.com |
| Richard Sackler | Daniel S. Connolly | daniel.connolly@bracewell.com;  mco@bracewell.com; joseph.lasher@bracewell.com |
| Richard Sackler | Gregory P. Joseph | gjoseph@jha.com |
| Richard Sackler | Gerard Uzzi | guzzi@milbank.com;  jackie-brewster-1417@ecf.pacerpro.com; dporat@milbank.com; nprey@milbank.com; gerard-uzzi-2982@ecf.pacerpro.com |
| Ronald D. Stracener | Nicholas F. Kajon | nfk@stevenslee.com;  NFK@ECFAlerts.com |
| Ryan Hampton | Anne Andrews | aa@andrewsthornton.com |
| Saint Regis Mohawk Tribe | Gary A. Gotto | ggotto@kellerrohrback.com |
| San Juan County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Santa Barbara County | Gary A. Gotto | ggotto@kellerrohrback.com |
| SAP America, Inc. | Donald K. Ludman | dludman@brownconnery.com |
| Sedro-Woolley School District | Gary A. Gotto | ggotto@kellerrohrback.com |
| Skagit County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Spokane County | Gary A. Gotto | ggotto@kellerrohrback.com |
| State of Alabama | Eric J. Snyder | esnyder@wilkauslander.com;  jstauder@wilkauslander.com |
| State of Arizona | Seth Adam Meyer | sam@kellerlenkner.com;  docket@kellerlenkner.com |
| State of Arizona, ex rel. Mark Brnovich, Attorney General | Ashley Keller | ack@kellerlenkner.com |
| State of Arizona, ex rel. Mark Brnovich, Attorney General | Seth Adam Meyer | sam@kellerlenkner.com;  docket@kellerlenkner.com |
| State of Colorado | Robert Padjen | robert.padjen@coag.gov |
| State of Colorado | Megan Paris Rundlet | megan.rundlet@coag.gov |
| State of Connecticut | Kimberly P. Massicotte | kimberly.massicotte@ct.gov |
| State of Connecticut | Denise Mondell | denise.mondell@ct.gov |
| State of Connecticut | Eleanor M. Mullen | eleanor.mullen@ct.gov |
| State of Connecticut | Jeremy Pearlman | jeremy.pearlman@ct.gov |
| State of Florida, Office of the Attorney General, Department of Legal Affairs | Christopher B Spuches | cbs@ecclegal.com;  bankruptcy@ecclegal.com; nsocorro@ecclegal.com; nvillegas@ecclegal.com |
| State of Hawaii ex rel. Clare E. Connors, Attorney General | Patrick Francis McTernan | pmcternan@croninfried.com;  cfskf@croninfried.com |

Exhibit A
ECF Parties Service List
Served via Email

| Party | Name | Email |
|---|---|---|
| State of Hawaii ex rel. Clare E. Connors, Attorney General | Lawrence L. Tong | lawrence.l.tong@hawaii.gov; mana.moriarty@hawaii.gov; aaron.s.joyce@hawaii.gov |
| State of Hawaii, ex rel. Clare E. Connors, Attorney General | Patrick Francis McTernan | pmcternan@croninfried.com; cfskf@croninfried.com |
| State of Idaho, Through Attorney General Lawrence G. Wasden | Brett T DeLange | brett.delange@ag.idaho.gov |
| State of Illinois | Susan Ellis | sellis@atg.state.il.us |
| State of Illinois | Andrea Law | alaw@atg.state.il.us |
| State of Indiana | Heather M Crockett | heather.crockett@atg.in.gov; marie.baker@atg.in.gov |
| State of Indiana | Amanda Quick | amanda.quick@atg.in.gov; marie.baker@atg.in.gov |
| State of Iowa, Ex Rel | William R Pearson | william.pearson@ag.iowa.gov |
| State of Iowa, Thomas J. Miller, Attorney General of Iowa | William R Pearson | william.pearson@ag.iowa.gov |
| State of Maine | Linda J Conti | linda.conti@maine.gov |
| State of Maine | Brendan O'Neil | brendan.oneil@maine.gov |
| State Of Maryland | Brian Edmunds | bedmunds@oag.state.md.us |
| State of Minnesota | Mawerdi Hamid | mawerdi.hamid@ag.state.mn.us |
| State of Minnesota | Eric John Maloney | eric.maloney@ag.state.mn.us |
| State of Minnesota | Evan Romanoff | evan.romanoff@ag.state.mn.us |
| State of Minnesota by its Attorney General, Keith Ellison | Eric John Maloney | eric.maloney@ag.state.mn.us |
| State of Minnesota by its Attorney General, Keith Ellison | Wendy Tien | wendy.tien@ag.state.mn.us |
| State of Missouri, by its Attorney General Eric S. Schmitt | Gregory Dale Willard | gwillard@dubllc.com |
| State of Nevada | Mark Krueger | mkrueger@ag.nv.gov; dpotnar@ag.nv.gov; jwhitson@ag.nv.gov; vbmonroy@ag.nv.gov; lmtucker@ag.nv.gov |
| State of New Hampshire | James T. Boffetti | james.boffetti@doj.nh.gov; janet.demers@doj.nh.gov |
| State of New Jersey | Lara J Fogel | lfogel@levinelee.com |
| State of North Carolina | Jennifer B Lyday | jlyday@waldrepllp.com |
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS | Neil Francis Xavier Kelly | nkelly@riag.ri.gov; mdifonzo@riag.ri.gov |
| State of South Carolina, by and through Attorney General Alan Wilson | Annemarie Belanger Mathews | amathews@scag.gov |
| State of Texas, acting by and through the Attorney General of Texas, Ken Paxton | Melanie L. Cyganowski | mcyganowski@oshr.com; awilliams@oshr.com; jfeeney@otterbourg.com; Slane@otterbourg.com; ryan@otterbourg.com; jhildebrandt@otterbourg.com; hildebrandtjr81341@notify.bestcase.com; mmaizel@otterbourg.com; mpantzer@otterbourg.com |
| State of Washington | Matthew J. Gold | mgold@kkwc.com |
| State of West Virginia, ex rel. Patrick Morrisey, Attorney General | Aaron R. Cahn | cahn@clm.com; cahn@clm.com; bankruptcy@clm.com; CourtMail@clm.com |
| State of West Virginia, ex. rel. Patrick Morrisey, Attorney General | Aaron R. Cahn | cahn@clm.com; cahn@clm.com; bankruptcy@clm.com; CourtMail@clm.com |
| State of Wisconsin | Sean Michael Murphy | murphysm@doj.state.wi.us; radkeke@doj.state.wi.us |
| State of Wisconsin | Jennifer Lynn Vandermeuse | vandermeusejl@doj.state.wi.us; radkeke@doj.state.wi.us |
| Teller County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Tennessee Attorney General's Office | Marvin E. Clements, Jr. | agbanknewyork@ag.tn.gov |
| Tennessee Plaintiffs | Katherine Stadler | kstadler@gklaw.com; kboucher@gklaw.com |
| Tennessee Plaintiffs | Erin West | ewest@gklaw.com; kboucher@gklaw.com; elewerenz@gklaw.com |
| Tennessee Plaintiffs | Brady C. Williamson | bwilliamson@gklaw.com |

Exhibit A
ECF Parties Service List
Served via Email

| Party | Name | Email |
|---|---|---|
| Teva Canada Limited | Michael Goldstein | mgoldstein@goodwinlaw.com |
| Teva Canada Limited | William P. Weintraub | wweintraub@goodwinprocter.com; gfox@goodwinprocter.com |
| Teva Pharmaceuticals USA, Inc. | Michael Goldstein | mgoldstein@goodwinlaw.com |
| Teva Pharmaceuticals USA, Inc. | William P. Weintraub | wweintraub@goodwinprocter.com; gfox@goodwinprocter.com |
| The Board of Education of East Aurora School District 131 | Chiung-Hui Huang | chuang@hslawyers.com |
| The Board of Education of Thornton Fractional Township High School District 215 | Chiung-Hui Huang | chuang@hslawyers.com |
| The Board of Education of Thornton Township High School District 205 | Chiung-Hui Huang | chuang@hslawyers.com |
| The Makah Indian Tribe | Gary A. Gotto | ggotto@kellerrohrback.com |
| The People of the State of California | Nicklas Arnold Akers | nicklas.akers@doj.ca.gov |
| The People of the State of California | Michiyo Michelle Burkart | michelle.burkart@doj.ca.gov |
| The People of the State of California | Bernard Ardavan Eskandari | bernard.eskandari@doj.ca.gov |
| The People of the State of California | Judith Aurora Yosepha Fiorentini | judith.fiorentini@doj.ca.gov |
| The People of the State of California | Timothy Lundgren | timothy.lundgren@doj.ca.gov |
| The People of the State of New York, by Letitia James, Attorney General of the State of New York | Kathryn Blake | kathryn.blake@ag.ny.gov |
| The People of the State of New York, by Letitia James, Attorney General of the State of New York | David Eli Nachman | david.nachman@ag.ny.gov |
| The People of the State of New York, by Letitia James, Attorney General of the State of New York | Louis J. Testa | louis.testa@ag.ny.gov |
| The Raymond Sackler Family | Gerard Uzzi | guzzi@milbank.com; jackie-brewster-1417@ecf.pacerpro.com; dporat@milbank.com; nprey@milbank.com; gerard-uzzi-2982@ecf.pacerpro.com |
| the State of Texas, acting by and through the Attorney General of Texas, Ken Paxton | Melanie L. Cyganowski | mcyganowski@oshr.com; awilliams@oshr.com; jfeeney@otterbourg.com; Slane@otterbourg.com; ryan@otterbourg.com; jhildebrandt@otterbourg.com; hildebrandtjr81341@notify.bestcase.com; mmaizel@otterbourg.com; mpantzer@otterbourg.com |
| The State of Vermont, by and through Attorney General Thomas J. Donovan Jr. | Jill Abrams | jill.abrams@vermont.gov |
| Thermo Fisher Scientific | Jordan S. Blask | jblask@tuckerlaw.com; agilbert@tuckerlaw.com |
| Thurston County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Town of Canton | Beth Kaswan | bkaswan@scott-scott.com |
| Town of Enfield | Beth Kaswan | bkaswan@scott-scott.com |
| Town of Hudson | Gary A. Gotto | ggotto@kellerrohrback.com |
| Town of Lynnfield | Beth Kaswan | bkaswan@scott-scott.com |
| Town of Natick | Beth Kaswan | bkaswan@scott-scott.com |
| Town of Randolph | Beth Kaswan | bkaswan@scott-scott.com |
| Town of Springfield | Beth Kaswan | bkaswan@scott-scott.com |
| Town of Wakefield | Beth Kaswan | bkaswan@scott-scott.com |
| Town of Wethersfield | Beth Kaswan | bkaswan@scott-scott.com |
| Tri-County Health Department | Gary A. Gotto | ggotto@kellerrohrback.com |
| Tucson Medical Center | Michael Morris Buchman | mbuchman@motleyrice.com |
| Tucson Medical Center | Samuel Mitchell | sam@mitchellspeights.com |
| Tulalip Tribes | Gary A. Gotto | ggotto@kellerrohrback.com |
| TXP Services, Inc. | David Zwally | dzwally@haugpartners.com |
| U.S. Trustee United States Trustee | Brian S. Masumoto | nysbnotice@gmail.com |
| United HealthCare Services, Inc. | Eric Goldstein | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| United States Trustee | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

Exhibit A

ECF Parties Service List

Served via Email

| Party | Name | Email |
|---|---|---|
| W. Andrew Fox | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Walgreen Co. and certain corporate affiliates and subsidiaries | Joseph D. Frank | jfrank@fgllp.com; csucic@fgllp.com; csmith@fgllp.com |
| Walgreen Co. and certain corporate affiliates and subsidiaries | Jeremy C. Kleinman | jkleinman@fgllp.com |
| Walla Walla County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Walmart, Inc. | Aaron H. Stulman | astulman@potteranderson.com; bankruptcy@potteranderson.com |
| Washington State Department of Revenue | Dina L. Yunker Frank | bcuyunker@atg.wa.gov |
| Westchester Fire Insurance Company | Gary D. Bressler | gbressler@mdmc-law.com; kdeans@mdmc-law.com; scarney@mdmc-law.com; nleonard@mdmc-law.com |
| Westchester Fire Insurance Company | Nicole A Leonard | nleonard@mdmc-law.com; sshidner@mdmc-law.com |
| Whatcom County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Whitman County | Gary A. Gotto | ggotto@kellerrohrback.com |
| William Stock | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| William Taylor | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |
| Yuma County | Gary A. Gotto | ggotto@kellerrohrback.com |
| Zachary R. Schneider | Nicholas F. Kajon | nfk@stevenslee.com; NFK@ECFAlerts.com |