**ROBINS KAPLAN, LLP**
Jake M. Holdreith
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: JHoldreith@RobinsKaplan.com

*Proposed Attorney for Collegium Pharmaceuticals, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., et al., | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Jake M. Holdreith, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Collegium Pharmaceuticals, Inc. in the above-referenced case.

I certify that I am a member in good standing of (a) the bars of the States of Minnesota and New York, (b) the United States Courts of Appeals for the Federal and Ninth Circuits, and (c) the United States District Courts for the District of Minnesota, the Western District of Wisconsin, the District of Colorado, and Eastern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 21, 2020
Minneapolis, Minnesota

*/s/ Jake M. Holdreith*
Jake M. Holdreith
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: JHoldreith@RobinsKaplan.com

90817349.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : Case No. 19-23649 (RDD) |
| PURDUE PHARMA L.P., et al., |  |
|  | : (Jointly Administered) |
| Debtors. | : |

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Jake M. Holdreith, to be admitted, *pro hac vice*, to represent Collegium Pharmaceuticals, Inc. ("Collegium") in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of (a) the bars of the States of Minnesota and New York, (b) the United States Courts of Appeals for the Federal and Ninth Circuits, and (c) the United States District Courts for the District of Minnesota, the Western District of Wisconsin, the District of Colorado, and Eastern District of Texas, it is hereby

ORDERED, that Jake M. Holdreith is admitted to practice, *pro hac vice*, in the above-referenced case to represent Collegium in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July 21, 2020  /s/ _____
New York, New York       HONORABLE ROBERT D. DRAIN

90817349.1