**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re: Purdue Pharma, L.P., et al.　　　　　　　　　　Case No.: 19-23649 (RDD)

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　　　　　　　　　　　Debtors.　　　　　　　　(Jointly Administered)

-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

　　Upon the motion of Peter H. Weinberger, to be admitted, *pro hac vice*, to represent Plaintiffs' Co-Leads and Plaintiffs' Executive Committee in MDL 2804 (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and the bar of the U.S. District Court for the Northern District of Ohio, it is hereby

　　**ORDERED**, that Peter H. Weinberger, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court or the Southern District of New York, provided that the filing fee has been paid.

Dated: July 28, 2020

　　White Plains, New York　　　　　　　　*/s/Robert D. Drain*
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE