UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Asir U. Ashraf, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 13, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Individual Parties Service List attached hereto as **Exhibit A**:

- Notice of Deadlines Requiring Filing of Proofs of Claim, a copy of which is attached hereto as **Exhibit B** (the "***Bar Date Notice***")

- General Opioid Claimant Proof of Claim Form, a blank copy of which is attached hereto as **Exhibit C** (the "***General Opioid Proof of Claim Form***")

- Non-Opioid Claimant Proof of Claim Form, a blank copy of which is attached hereto as **Exhibit D** (the "***Non-Opioid Proof of Claim Form***")

- Personal Injury Claimant Proof of Claim Form, a blank copy of which is attached hereto as **Exhibit E** (the "***Personal Injury Proof of Claim Form***")

On May 13, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Bar Date Notice, the General Opioid Proof of Claim Form, the Non-Opioid Proof of Claim Form, and the Personal Injury Proof of Claim Form and a plain-language one-page notice, a copy of which is attached hereto as **Exhibit F**, to be served via first class mail on the Prescribers Individual Service List attached hereto as **Exhibit G**.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: July 28, 2020

<div style="text-align:center">

*/s/ Asir U. Ashraf*
Asir U. Ashraf

</div>

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 28, 2020, by Asir U. Ashraf, proved
to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

<div style="text-align:center">

2

</div>

SRF 42130

## Exhibit A

## Exhibit A
### Individual Parties Service List
Served via first class mail

**<u>Exhibit B</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649** |
| **Debtors.**[1] | **(Jointly Administered)** |

### NOTICE OF DEADLINES REQUIRING FILING OF PROOFS OF CLAIM

**TO ALL PERSONS (INCLUDING LEGAL GUARDIANS OF CHILDREN AND PERSONS CLAIMING ON BEHALF OF DECEASED PERSONS) AND ENTITIES WITH CLAIMS AGAINST ANY OF THE DEBTOR ENTITIES LISTED BELOW:**

| Name of Debtor | Case Number | Tax Identification Number |
|---|---|---|
| Purdue Pharma L.P. | 19-23649 | XX-XXX7484 |
| Purdue Pharma Inc. | 19-23648 | XX-XXX7486 |
| Purdue Transdermal Technologies L.P. | 19-23650 | XX-XXX1868 |
| Purdue Pharma Manufacturing L.P. | 19-23651 | XX-XXX3821 |
| Purdue Pharmaceuticals L.P. | 19-23652 | XX-XXX0034 |
| Imbrium Therapeutics L.P. | 19-23653 | XX-XXX8810 |
| Adlon Therapeutics L.P. | 19-23654 | XX-XXX6745 |
| Greenfield BioVentures L.P. | 19-23655 | XX-XXX6150 |
| Seven Seas Hill Corp. | 19-23656 | XX-XXX4591 |
| Ophir Green Corp. | 19-23657 | XX-XXX4594 |
| Purdue Pharma of Puerto Rico | 19-23658 | XX-XXX3925 |
| Avrio Health L.P. | 19-23659 | XX-XXX4140 |
| Purdue Pharmaceutical Products L.P. | 19-23660 | XX-XXX3902 |
| Purdue Neuroscience Company | 19-23661 | XX-XXX4712 |
| Nayatt Cove Lifescience Inc. | 19-23662 | XX-XXX7805 |
| Button Land L.P. | 19-23663 | XX-XXX7502 |
| Rhodes Associates L.P. | 19-23666 | N/A |
| Paul Land Inc. | 19-23664 | XX-XXX7425 |
| Quicknick Land L.P. | 19-23665 | XX-XXX7584 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Rhodes Pharmaceuticals L.P. | 19-23667 | XX-XXX6166 |
| Rhodes Technologies | 19-23668 | XX-XXX7143 |
| UDF LP | 19-23669 | XX-XXX0495 |
| SVC Pharma LP | 19-23670 | XX-XXX5717 |
| SVC Pharma Inc. | 19-23671 | XX-XXX4014 |

The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has entered an Order (the "**Bar Date Order**") establishing **5:00 p.m. (Prevailing Eastern Time) on June 30, 2020** (the "**General Bar Date**") as the last date for each person or entity (including individuals (which includes legal guardians of children and persons claiming on behalf of deceased persons), partnerships, corporations, joint ventures, trusts, governmental units, and Native American Tribes) to file a proof of claim against any of the Debtors listed above (the "**Debtors**").

The General Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose prior to September 15, 2019 (in other words, for claims that arise from an action that the Debtors took prior to September 15, 2019, but you may assert a claim for damages suffered by any person or entity both prior to and after that date), the date on which the Debtors commenced cases under chapter 11 of the United States Bankruptcy Code (the "**Petition Date**"), except for claims listed in Section 4 below that are specifically excluded from the General Bar Date filing requirement.

## 1.  WHO MUST FILE A PROOF OF CLAIM

Unless you hold a type of claim described in Section 4(c) below or the Court orders otherwise, you MUST file a proof of claim to vote on any chapter 11 plan filed in these cases.  In addition, failure to file a proof of claim may prevent you from sharing in distributions from the Debtors' bankruptcy estates if you have a claim that arose prior to Petition Date, and is not one of the types of claims described in Section 4 below.  Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or prior to the General Bar Date, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before the Petition Date.

Under Section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means:  (a) **a right to payment**, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) **a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment**, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors.  The fact that you have received this Notice does not mean that you have a claim or that the Debtors or the Court believe that you have a claim against the Debtors.**

## 2.  WHICH FORM TO FILE

Your filed proof of claim must conform substantially to the appropriate case-specific proof of claim form that accompanies this Notice.

For the purpose of this Notice and the accompanying proof of claim forms, "**Purdue Opioid**" means all natural, semi-synthetic or synthetic chemicals that interact with opioid receptors on nerve cells in the body and brain, and that are approved by the U.S. Food & Drug Administration (FDA) and listed by the DEA as Schedule II or III drugs pursuant to the federal Controlled Substances Act, produced, marketed, or sold by the Debtors as: (i) the following **Brand Name Medications**:  OxyContin®, Hysingla ER®, Butrans®, Dilaudid®, Ryzolt, MS Contin®, MSIR®, Palladone®, DHC Plus®, OxyIR®, or OxyFast®; and (ii) the following **Generic Medications:** oxycodone extended-release tablets, buprenorphine transdermal system, hydromorphone immediate-release tablets, hydromorphone oral solution, tramadol extended-release tablets, morphine extended-release tablets, oxycodone immediate-release tablets, oxycodone and acetaminophen tablets (generic to Percocet®), hydrocodone and acetaminophen tablets (generic to Vicodin® or Norco®).[2]

Personal Injury Claimant Proof of Claim Form:

If you have a claim against the Debtors based on your own personal injury or another person's personal injury (for example, you are filing on behalf of a deceased or incapacitated individual or a minor) related to the taking of a Purdue Opioid and/or the taking of another opioid for which you believe Purdue is responsible for your damages, you must file a proof of claim form that is (or is substantially similar to) the Personal Injury Claimant Proof of Claim Form.

For example, individuals seeking damages for death, addiction or dependence, lost wages, loss of consortium, or Neonatal Abstinence Syndrome ("**NAS**"), regardless of the legal cause of action (fraud, negligence, misrepresentation, conspiracy, etc.), must file the Personal Injury Claimant Proof of Claim Form.

If you have a claim against the Debtors based on the Debtors' production, marketing and sale of Purdue Opioids, in addition to your claim based on personal injury as a result of taking a Purdue Opioid or another opioid, you may include those claims on the Personal Injury Claimant Proof of Claim Form by completing Part 5 of the Personal Injury Claimant Proof of Claim Form.

**Confidentiality of Forms:**  All Personal Injury Claimant Proof of Claim Forms and any supporting documentation submitted with those forms, shall remain highly confidential and shall not be made available to the public.  For the avoidance of doubt, only the claim number, claim amount, and the total number of the personal injury claims, including any subcategories thereof (such as claims on behalf of minors with NAS) will be made publicly available on the Debtors' case website hosted by Prime Clerk (the "**Case Website**") and only such information will be included in the publicly available Claims Register.  Copies of Personal Injury Claimant Proof of Claim Forms and supporting documentation shall be treated as Professionals' Eyes Only/Confidential and, as applicable, as Information Protected Pursuant to the Health Insurance Portability and Accountability Act of 1996 as set forth in the Protective Order entered by the Court on January 28, 2020 [Dkt. No. 784], and made available only to Prime Clerk, the Court and those that agree to be bound by the Protective Order.

---

[2] The term "Purdue Opioid(s)" shall not mean: (i) medications and other substances to treat opioid or other substance use disorders, abuse, addiction or overdose; (ii) raw materials and/or immediate precursors used in the manufacture or study of opioids or opioid products, but only when such materials and/or immediate precursors are sold or marketed exclusively to DEA-licensed manufacturers or DEA-licensed researchers; or (iii) opioids listed by the DEA as Schedule IV drugs pursuant to the federal Controlled Substances Act.

Governmental Opioid Claimant Proof of Claim Form:

If you are a governmental unit or a Native American Tribe, and you have a claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids, you must file a proof of claim form that is (or is substantially similar to) the Governmental Opioid Claimant Proof of Claim Form.

General Opioid Claimant Proof of Claim Form:

If you are a person or entity, other than a governmental unit or Native American Tribe, and you have a claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids, excluding claims for personal injury, you must file a proof of claim form that is (or is substantially similar to) the General Opioid Claimant Proof of Claim Form.

For example, hospitals, insurers, third-party payors, or insureds seeking damages for an injury other than a personal injury—a financial or economic injury, for instance—must file the General Opioid Claimant Proof of Claim Form.

If you have a claim against the Debtors based on non-opioid-related injuries or harm, in addition to your claim based on the Debtors' production, marketing and sale of Purdue Opioids, you may include those claims on the General Opioid Claimant Proof of Claim Form by filling out Part 4 on the General Opioid Claimant Proof of Claim Form.

Non-Opioid Claimant Proof of Claim Form (Official Form 410):

If you are a person or entity and you have a claim against the Debtors based on non-opioid related injuries or harm, you must file a proof of claim form that is (or is substantially similar to) the Non-Opioid Claimant Proof of Claim Form (Official Form 410).

For example, trade creditors seeking outstanding payments or governmental units asserting tax claims must file the Non-Opioid Claimant Proof of Claim Form.

Any holder of a claim against more than one Debtor for non-opioid related injuries or harm must file a separate proof of claim with respect to each such Debtor, and all holders of such claims must identify on their proof of claim the specific Debtor against which their claim is asserted and the case number of that Debtor's bankruptcy case.  A list of the names of the Debtors and their case numbers is set forth in the table on the first page of this Notice.

Applicable to All Proof of Claim Forms:

The Debtors are enclosing the appropriate proof of claim form for use in these cases; if your claim is scheduled by the Debtors, the form also sets forth the amount of your claim as scheduled by the Debtors, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as disputed, contingent, or unliquidated.  You will receive a different proof of claim form for each claim scheduled in your name by the Debtors.  Additional proof of claim forms may be obtained at the website established by Prime Clerk, located at http://PurduePharmaClaims.com.

All proof of claim forms must be **signed** by the claimant or such individual authorized to act on behalf of the claimant.  If the claimant is not an individual, an authorized agent of the

claimant (such as the claimant's lawyer) must sign the claim form.  It must be written in English and be denominated in United States currency.

**You may attach to your completed proof of claim any documents on which the claim is based (if voluminous, a summary may be attached) if you would like, but you are not required to do so, and failure to attach any such documents will not affect your ability to submit a proof of claim form or result in the denial of your claim.  You may be required, in the future, to provide supporting documents for your claim.  You may also amend or supplement your proof of claim after it is filed, including, for the avoidance of doubt, after the applicable Bar Date, but not, without permission from the Court, to assert a new or additional claim.  Do not send original documents with your proof of claim, as they will not be returned to you and may be destroyed after they are processed and reviewed.**

Your proof of claim form must **not** contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials), or a financial account number (only the last four digits of such financial account).

All proof of claim forms that are <u>not</u> Personal Injury Claimant Proof of Claim Forms will be made publicly available on the Case Website in their entirety.  For the avoidance of doubt, the Governmental Opioid Claimant Proof of Claim Forms, the General Opioid Proof of Claim Forms, and the Non-Opioid Proof of Claim Forms will be made publicly available on the Case Website in their entirety.

## 3.    WHEN AND WHERE TO FILE

All proofs of claim must be filed so as to be received on or before **June 30, 2020, at 5:00 p.m. (Prevailing Eastern Time)** as follows:

<u>IF BY U.S. POSTAL SERVICE MAIL:</u>

Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

<u>IF BY OVERNIGHT MAIL</u>

Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

IF DELIVERED BY HAND

> Purdue Pharma Claims Processing Center
> c/o Prime Clerk LLC
> 850 Third Avenue, Suite 412
> Brooklyn, NY 11232

OR

> United States Bankruptcy Court
> Southern District of New York
> 300 Quarropas Street
> White Plains, NY 10601[3]

IF ELECTRONICALLY

> The website established by Prime Clerk, via the link entitled "Submit a Claim" on such website located at http://PurduePharmaClaims.com and following the instructions provided.

Proofs of claim will be deemed filed only when underlined received at the addresses listed above or filed electronically on or before the General Bar Date. Proofs of claim may not be delivered by facsimile, telecopy, or electronic mail transmission.

## 4.  CLAIMS FOR WHICH PROOFS OF CLAIM NEED NOT BE FILED

You do **not** need to file a proof of claim on behalf of a claim on or prior to the General Bar Date if the claim falls into one of the following categories:

a.  the Office of the United States Trustee for the Southern District of New York on account of claims for fees and applicable interests payable pursuant to 28 U.S.C. § 1930;

b.  any person or entity alleging a claim against the Debtors that has already filed a proof of claim in the above-captioned case in a form substantially similar to Official Bankruptcy Form 410 (unless you wish to assert the claim against a Debtor not mentioned in the prior proof of claim, in which case an additional proof of claim must be filed);

c.  any person or entity whose claim is listed on the Schedules filed by the Debtors, provided that (i) the claim is not scheduled as "disputed," "contingent", or "unliquidated"; and (ii) the claimant does not disagree with the amount, nature and priority of the claim as set forth in the Schedules;

d.  any holder of a claim that heretofore has been allowed by Order of the Court;

e.  any person or entity whose claim has been paid in full by any of the Debtors;

---

[3] Proofs of claim delivered by hand to the Clerk's Office of the Court that contain confidential information as permitted hereby must be delivered in an envelope marked "CONFIDENTIAL."

f. any holder of a claim for which specific deadlines have previously been fixed by the Court;

g. any party that is exempt from filing a proof of claim pursuant to an order of the Court in these chapter 11 cases;

h. any Debtor having a claim against another Debtor;

i. any holder of a claim allowable under § 503(b) and § 507(a)(2) of the Bankruptcy Code as an expense of administration (other than any claim allowable under section 503(b)(9) of the Bankruptcy Code), including any professionals retained by the Debtors pursuant to orders of the Court who assert administrative claims for fees and expenses subject to the Court's approval pursuant to sections 330 and 331 of the Bankruptcy Code;

j. current or former employees of the Debtors and current and former officers and directors of the Debtors who are not parties to currently pending litigation arising from or related to the Debtors' production, marketing and sale of Purdue Opioids who assert claims for indemnification and/or contribution arising as a result of such individuals' services to the Debtors; and

k. a current or former employee of the Debtors, if an order of the Court authorized the Debtors to honor such claim in the ordinary course of business as a wage, commission or benefit, including any order of the Court approving the *Motion of Debtors for Entry of an Order Authorizing (I) Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers* [D.I. 6]; *provided* that a current or former employee must submit a Proof of Claim by the General Bar Date for all other claims arising on or before the Petition Date, including claims for benefits not provided for pursuant to an order of the Court, wrongful termination, discrimination, harassment, hostile work environment, and/or retaliation.

## 5.  EXECUTORY CONTRACTS AND UNEXPIRED LEASES

The Bankruptcy Code provides that the Debtors may, at any time before a plan of reorganization or liquidation is confirmed by the Court, choose to reject certain executory contracts or unexpired leases.  If your contract or lease is rejected, you may have a claim resulting from that rejection.  The deadline to file a Proof of Claim for damages relating to the rejection of the contract or lease is **the later of (i) the General Bar Date and (ii) thirty (30) days after entry of any order authorizing the rejection of the contract or lease**.

## 6.  CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

## 7.  THE DEBTORS' SCHEDULES AND ACCESS THERETO

You may be listed as the holder of a claim against one or more of the Debtors in the Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contract and Unexpired Leases (collectively, the "**Schedules**").

To determine if and how you are listed on the Schedules, please refer to the descriptions set forth on the enclosed proof of claim forms regarding the nature, amount, and status of your claim(s).  If you received post-petition payments (i.e., after September 15, 2019) from the Debtors (as authorized by the Court) on account of your claim, the enclosed proof of claim form will reflect the net amount of your claims.  If the Debtors believe that you hold claims against one or more than one Debtor, you will receive multiple proof of claim forms, each of which will reflect the nature and amount of your claims against one Debtor, as listed in the Schedules.

As set forth above, if you agree with the nature, amount, and status of your claim as listed in the Debtors' Schedules, and if you do not dispute that your claims is only against the Debtor specified by the Debtors, and if you clam is not described as "disputed," "contingent," or "unliquidated," you need not file a proof of claim.  Otherwise, or if you decide to file a proof of claim, you must do so before the General Bar Date in accordance with the procedures set forth in this Notice.

In the event that the Debtors amend or supplement their Schedules, the holder of claim affected by the Debtors' amendment(s) or supplement(s) shall have until **the later of (i) the General Bar Date and (ii) thirty (30) days after the holder of a claim is served with notice that the Debtors amended or supplemented their Schedules**.

Copies of Debtors' schedules are available for inspection on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on (a) the website established by Prime Clerk for the Debtors at http://PurduePharmaClaims.com and (b) on the Courts website at http://www.nysb.uscourts.gov.  A login and password to the Court's Public access to Electronic Court Records ("**PACER**") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.gov.  Copies of the Schedules may also be examined between the hours of 9:00 a.m. and 4:30 p.m., Monday through Friday at the Office of the Clerk of the Court, 300 Quarropas Street, White Plains, NY 10601.  Copies of the Debtors' Schedules may also be obtained by request to Prime Clerk at the following address, telephone number, and email address:

<div align="center">

Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412, Brooklyn, NY 11232
Toll Free:  (844) 217-0912    Email:  purduepharmainfo@primeclerk.com

</div>

**Please note that Prime Clerk cannot provide legal advice, nor can it advise you as to whether you should file a proof of claim.  A holder of a possible claim against the Debtors should consult an attorney regarding any matters not covered by this Notice, such as whether the holder should file a proof of claim.**

Dated: February 3, 2020                    **BY ORDER OF THE COURT**
          White Plains, New York

**<u>Exhibit C</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-23649 (RDD)** |
| Debtors. | **(Jointly Administered)** |

# General Opioid Claimant Proof of Claim Form

**You may file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."**

**For questions regarding this Proof of Claim Form, please call Prime Clerk at (844) 217-0912 or visit PurduePharmaClaims.com.**

**Read the instructions at the end of this document before filling out this form. This form is for any person or entity, other than a governmental unit or Native American Tribe, to assert a claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids, excluding claims for personal injury.**

**Do not** use this form to assert a claim against the Debtors seeking damages based on personal injury related to the taking of a Purdue Opioid and/or the taking of another opioid for which You believe Purdue is responsible for Your damages. File such claims on a Personal Injury Claimant Proof of Claim Form.

**Do not** use this form to assert any other pre-petition claims, including secured claims or claims entitled to priority under 11 U.S.C. § 507(a). Secured claims, claims entitled to priority under 11 U.S.C. § 507(a), and non-opioid related claims should be filed on a Non-Opioid Claimant Proof of Claim Form (Form 410). However, if You have a claim against the Debtors based on non-opioid-related injuries or harm, in addition to Your claim based on or involving the Debtors' production, marketing and sale of Purdue Opioids, You may include information related to that claim on the General Opioid Claimant Proof of Claim Form by completing Part 4 of this form.

Creditor (also referred to as "You" throughout) shall provide information responsive to the questions set forth below. Instructions and Definitions are provided at the end of this document. You shall provide information reasonably available to You and are not excused from providing the requested information for failure to appropriately investigate Your claim. Creditor shall supplement its responses if it learns that they are incomplete or incorrect in any material respect.

**You must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim. **Do not send original documents** as they will not be returned, and they may be destroyed after scanning.

**Fill in all the information about the claim as of September 15, 2019, the Petition Date. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form. This form should be completed to the best of Your ability with the information available to You. If You are unable to answer certain questions at this time, the absence of an answer, by itself, will not result in the denial of Your claim, though You may be asked or required to provide additional information at a later date. You may also amend or supplement Your claim after it is filed.**

## Part 1:    Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | _____<br>Name of the individual or entity to be paid for this claim. If the creditor is a minor (under 18), please provide only the minor's initials.<br><br>Other names the creditor used with the debtor, including maiden, d/b/a/, or other names used:<br>_____ |
| 2. **Describe the creditor making the claim.** | ❑ Individual       ❑ Retirement or Pension Fund Administrator<br>❑ Hospital       ❑ Pharmacy Benefit Manager<br>❑ Third Party Payor   ❑ Other (describe): _____ |
| 3. **Has this claim been acquired from someone else or some other entity?** | ❑ No<br>❑ Yes. From whom? _____ |
| 4. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Name _____<br><br>Number    Street<br><br>City      State    ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ | **Where should payments to the creditor be sent?** (if different)<br><br>Name _____<br><br>Number    Street<br><br>City      State    ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |

| | | |
|---|---|---|
| 5. | **Does this claim amend one already filed?** | ☐ No<br>☐ Yes.  Claim number on court claims registry (if known)_____        Filed on _____<br>_MM_ / _DD_ / _YYYY_ |
| 6. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No<br>☐ Yes. Who made the earlier filing? _____ |

---

**Part 2:**   **Attorney Information (Optional)**

| | | |
|---|---|---|
| 7. | **Are you represented by an attorney in this matter?**<br><br>You do not need an attorney to file this form. | ☐ No.<br>☐ Yes. If yes, please provide the following information:<br><br>_____<br>Law Firm Name<br><br>_____<br>Attorney Name<br><br>_____<br>Address<br><br>_____<br>City                      State                      ZIP Code<br><br>Contact phone _____  Contact email _____ |

---

**Part 3:**   **Information as of September 15, 2019, the Petition Date, About Your Claim**

| | | |
|---|---|---|
| 8. | **Do you have any number you use to identify the debtor?** | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 9. | **How much is the claim?** | $ _____ or<br>☐ Unknown. |
| 10. | **When do You allege You were first injured as a result of the Debtors' alleged conduct?** | _____ / _____<br>Month       Year |
| 11. | **Describe the conduct of the Debtors You allege resulted in injury or damages to You.**<br><br>Attach additional sheets if necessary. | _____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____ |

12. **Describe all alleged causes of action, sources of damages, legal theories of recovery, etc. that You are asserting against the Debtors.**

Attach additional sheets if necessary.

_____
_____
_____
_____
_____
_____
_____
_____
_____

13. **Please identify and quantify each category of damages or monetary relief that You allege, including all injunctive relief that You seek (for example, actual damages, compensatory damages, punitive damages, and/or penalty damages).**

Please attach all supporting documentation including, but not limited to, any records supporting Your claims of damages, if You would like (but You are not required), to supplement this proof of claim. Do not include medical records.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

14. **Have you ever filed a lawsuit against any of the Debtors at any time?**

☐ No

☐ Yes. If yes, please provide the following information and attach supporting documentation:

Case Caption:    _____

Court and Case/Docket Number:  _____

Attorney Information:

_____
Law Firm Name

_____
Attorney Name

_____
Address

_____
City                          State                    ZIP Code

Contact phone  _____  Contact email  _____

---

**General Opioid Claimant Proof of Claim Form**                          page 3

| Part 4: | Non-Opioid-Related Claims |
|---------|---------------------------|

| | |
|---|---|
| 15. **Do You believe You have any claims against the Debtors based on non-opioid-related claims or harm?** | ☐ No.<br><br>☐ Yes. If yes, please describe the nature of the claim(s) (Attach additional sheets if necessary).<br><br>_____<br>_____<br>_____<br>_____<br>_____ |
| 16. **How much is the claim?** | $ _____ or<br><br>☐   Unknown. |

| Part 5: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐   I am the creditor.

☐   I am the creditor's attorney or authorized agent.

☐   I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐   I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____ (mm/dd/yyyy)

_____
   Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
First name          Middle name          Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
Number       Street

_____
City                          State     ZIP Code

# Instructions for General Opioid Proof of Claim Form

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the bankruptcy case was filed, September 15, 2019.  You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because they will not be returned and may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

- **Each question in this proof of claim form should be construed independently, unless otherwise noted.  No question should be construed by reference to any other question if the result is a limitation of the scope of the answer to such question.**

- **The questions herein do not seek the discovery of information protected by the attorney-client privilege.**

- **The words "and" and "or" should be construed as necessary to bring within the scope of the request all responses and information that might otherwise be construed to be outside its scope.**

- **After reviewing this form and any supporting documentation submitted with this form, additional information and documentation may be requested.**

- **Purdue Pharma (Canada) is not a debtor in this case. If Your claim is against only Purdue Pharma (Canada), You do not have a claim in this case and should not file and submit this form.**

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at PurduePharmaClaims.com.

## Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Purdue Opioid** means all natural, semi-synthetic or synthetic chemicals that interact with opioid receptors on nerve cells in the body and brain, and that are approved by the U.S. Food & Drug Administration (FDA) and listed by the DEA as Schedule II or III drugs pursuant to the federal Controlled Substances Act, produced, marketed or sold by the Debtors as (i) the following **Brand Name Medications:** OxyContin®, Hysingla ER®, Butrans®, Dilaudid®, Ryzolt, MS Contin®, MSIR®, Palladone®, DHC Plus®, OxyIR®, and OxyFast®, and (ii) the following **Generic Medications:** oxycodone extended-release tablets, buprenorphine transdermal system, hydromorphone immediate-release tablets, hydromorphone oral solution, tramadol extended-release tablets, morphine extended-release tablets, oxycodone immediate-release tablets, oxycodone and acetaminophen tablets (generic to Percocet®), hydrocodone and acetaminophen tablets (generic to Vicodin® or Norco®). The term "Purdue Opioid(s)" shall not mean: (i) medications and other substances to treat opioid or other substance use disorders, abuse, addiction or overdose; (ii) raw materials and/or immediate precursors used in the manufacture or study of opioids or opioid products, but only when such materials and/or immediate precursors are sold or marketed exclusively to DEA-licensed manufacturers or DEA-licensed researchers; or (iii) opioids listed by the DEA as Schedule IV drugs pursuant to the federal Controlled Substances Act.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."**

> **Do not file these instructions with your form**

**Exhibit D**

# UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| **Fill in this information to identify the case (Select only one Debtor per claim form):** | | |
|---|---|---|
| ☐ Purdue Pharma L.P. (Case No. 19-23649) | ☐ Seven Seas Hill Corp. (Case No. 19-23656) | ☐ Paul Land Inc. (Case No. 19-23664) |
| ☐ Purdue Pharma Inc. (Case No. 19-23648) | ☐ Ophir Green Corp. (Case No. 19-23657) | ☐ Quidnick Land L.P. (Case No. 19-23665) |
| ☐ Purdue Transdermal Technologies L.P.(Case No. 19-23650) | ☐ Purdue Pharma of Puerto Rico (Case No. 19-23658) | ☐ Rhodes Associates L.P. (Case No. 19-23666) |
| ☐ Purdue Pharma Manufacturing L.P. (Case No. 19-23651) | ☐ Avrio Health L.P. (Case No. 19-23659) | ☐ Rhodes Pharmaceuticals L.P. (Case No. 19-23667) |
| ☐ Purdue Pharmaceuticals L.P. (Case No. 19-23652) | ☐ Purdue Pharmaceutical Products L.P. (Case No. 19-23660) | ☐ Rhodes Technologies (Case No. 19-23668) |
| ☐ Imbrium Therapeutics L.P. (Case No. 19-23653) | ☐ Purdue Neuroscience Company (Case No. 19-23661) | ☐ UDF LP (Case No. 19-23669) |
| ☐ Adlon Therapeutics L.P. (Case No. 19-23654) | ☐ Nayatt Cove Lifescience Inc. (Case No. 19-23662) | ☐ SVC Pharma LP (Case No. 19-23670) |
| ☐ Greenfield BioVentures L.P. (Case No. 19-23655) | ☐ Button Land L.P. (Case No. 19-23663) | ☐ SVC Pharma Inc. (Case No. 19-23671) |

## Modified Form 410
# Non-Opioid Claimant Proof of Claim Form                                04/19

**You may file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."**

**For questions regarding this Proof of Claim Form, please call Prime Clerk at (844) 217-0912 or visit PurduePharmaClaims.com.**

Read the instructions at the end of this document before filling out this form. This form is for making a claim for payment in a bankruptcy case.

**Do not** use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Do not** use this form to assert a claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids, or if you are seeking damages based on personal injury as a result of taking a Purdue Opioid. File such claims on either a General Opioid Claimant Proof of Claim Form, a Personal Injury Claimant Proof of Claim Form, or a Governmental Opioid Claimant Proof of Claim Form, as applicable.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents** as they will not be returned, and they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of September 15, 2019.**

## Part 1:    Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | _____<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. **Has this claim been acquired from someone else?** | ☐ No<br>☐ Yes. From whom? _____ |
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**   **Where should payments to the creditor be sent?** (if different)<br><br>Name _____    Name _____<br><br>Number    Street    Number    Street<br><br>City    State    ZIP Code    City    State    ZIP Code<br><br>Contact phone _____    Contact phone _____<br><br>Contact email _____    Contact email _____ |

| 4. Does this claim amend one already filed? | ☐ No<br>☐ Yes. Claim number on court claims registry (if known)_____    Filed on _____<br>MM / DD / YYYY |
|---|---|
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☐ No<br>☐ Yes. Who made the earlier filing? _____ |

---

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed (September 15, 2019)**

| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
|---|---|
| 7. How much is the claim? | $_____. **Does this amount include interest or other charges?**<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| 9. Is all or part of the claim secured? | ☐ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**    $_____<br><br>**Amount of the claim that is secured:**    $_____<br><br>**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☐ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |

| 11. **Is this claim subject to a right of setoff?** | ☐ No |
| | ☐ Yes. Identify the property: _____ |

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No | |
| | ☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.** | $_____ |

---

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____(mm/dd/yyyy)

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | _____ |
| | First name          Middle name          Last name |
| Title | _____ |
| Company | _____ |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | _____ |
| | Number          Street |
| | _____ |
| | City          State          ZIP Code |
| Contact phone | _____    Email _____ |

# Instructions for Non-Opioid Claimant Proof of Claim Form

United States Bankruptcy Court                                                                 12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the bankruptcy case was filed, September 15, 2019.**

- **Check the box for the debtor against whom you are filing a claim.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**

  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because they will not be returned and may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at [PurduePharmaClaims.com](PurduePharmaClaims.com).

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. § 503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Purdue Opioid** means all natural, semi-synthetic or synthetic chemicals that interact with opioid receptors on nerve cells in the body and brain, and that are approved by the U.S. Food & Drug Administration (FDA) and listed by the DEA as Schedule II or III drugs pursuant to the federal Controlled Substances Act, produced, marketed or sold by the Debtors as (i) the following **Brand Name Medications:** OxyContin®, Hysingla ER®, Butrans®, Dilaudid®, Ryzolt, MS Contin®, MSIR®, Palladone®, DHC Plus®, OxyIR®, and OxyFast®, and (ii) the following **Generic Medications:** oxycodone extended-release tablets, buprenorphine transdermal system, hydromorphone immediate-release tablets, hydromorphone oral solution, tramadol extended-release tablets, morphine extended-release tablets, oxycodone immediate-release tablets, oxycodone and acetaminophen tablets (generic to Percocet®), hydrocodone and acetaminophen tablets (generic to Vicodin® or Norco®). The term "Purdue Opioid(s)" shall not mean: (i) medications and other substances to treat opioid or other substance use disorders, abuse, addiction or overdose; (ii) raw materials and/or immediate precursors used in the manufacture or study of opioids or opioid products, but only when such materials and/or immediate precursors are sold or marketed exclusively to DEA-licensed manufacturers or DEA-licensed researchers; or (iii) opioids listed by the DEA as Schedule IV drugs pursuant to the federal Controlled Substances Act.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."**

| **Do not file these instructions with your form** |
| --- |

## Exhibit E

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors. | **(Jointly Administered)** |

# Personal Injury Claimant Proof of Claim Form
## (Including Parents and Guardians)

You may file your claim electronically at **PurduePharmaClaims.com** via the link entitled "Submit a Claim."

**For questions regarding this Proof of Claim Form, please call Prime Clerk at (844) 217-0912 or visit PurduePharmaClaims.com.**

Read the instructions at the end of this document before filling out this form. This form is for individuals to assert an unsecured claim against the Debtors seeking damages based on actual or potential future personal injury to the claimant or another (for example, deceased, incapacitated, or minor family member) related to the taking of a Purdue Opioid and/or the taking of another opioid for which You believe Purdue is responsible for Your damages.

**Do not** use this form to assert only a non-personal injury claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids. File such claims on a General Opioid Claimant Proof of Claim Form.  However, if You have a claim against the Debtors based on or involving the production, marketing and sale of opioids, in addition to Your claim based on personal injury, You may include information related to that claim on the Personal Injury Claimant Proof of Claim Form by completing Part 5 of this form.

**Do not** use this form to assert any other pre-petition claims, including secured claims or claims entitled to priority under 11 U.S.C. § 507(a). Secured claims, claims entitled to priority under 11 U.S.C. § 507(a) and non-opioid related claims should be filed on a Non-Opioid Claimant Proof of Claim Form (Form 410).

Creditor (also referred to as "You" throughout) shall provide information responsive to the questions set forth below. Creditors may include parents, foster parents, and guardians submitting claims on behalf of minors with Neonatal Abstinence Syndrome ("NAS"). Instructions and definitions are provided at the end of this document. You shall provide information reasonably available to You and are not excused from providing the requested information for failure to appropriately investigate Your claim. You shall supplement Your responses if You learn that they are incomplete or incorrect in any material respect.

Personal Injury Claimant Proof of Claim Forms and any supporting documentation submitted with the form shall remain highly confidential and shall not be made available to the public.  For the avoidance of doubt, all pages of the Personal Injury Claimant Proof of Claim Form and supporting documentation shall be treated as highly confidential and made available only to Prime Clerk, the Court and to those that agree to be bound by the Protective Order.

**Fill in all the information about the claim as of September 15, 2019, the Petition Date.  You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form. This form should be completed to the best of Your ability with the information available to You.  If You are unable to answer certain questions at this time, the absence of an answer, by itself, will not result in the denial of Your claim, though You may be asked or required to provide additional information at a later date.  You may also amend or supplement Your claim after it is filed.**

Please note that supporting documentation is requested in certain portions of the form.  Please provide the requested information to the best of Your ability. At Your discretion, You may also provide additional information to supplement Your claim in any manner available to You.

**Do not** send original documents, as they will not be returned, and they may be destroyed after scanning.

| **Part 1:** | **Identify the Claim** |
|---|---|

1. **Who is the creditor?**

Name of the individual to be paid for this claim. If the creditor is a minor (under 18), please provide only the minor's initials.

_____

Other names the creditor used with the debtor, including maiden or other names used:

_____

If Your claim is based on personal injury to another (for example, a deceased, incapacitated, or minor family member), please provide the name of that other person (that is, the injured person).  If the injured person is a minor (under 18), please provide only the minor's initials:

_____

If You are submitting a claim on behalf of another person, please provide Your name and relationship to that person:

_____

If you are submitting a claim on behalf of a minor, are You the Legal Guardian?

❑ No        ❑ Yes

| 2. | **What is the year of birth, gender, and last 4 digits of the social security number of the creditor (or injured person, if the claim is based on the personal injury of another)?** | Year of Birth: _____<br><br>Gender:   ☐ Male          ☐ Female<br><br>Last 4 Digits of Social Security Number (if available):  XXX-XX-____   ____   ____   ____ |

| 3. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|---|
| | | _____<br>Name | _____<br>Name |
| | | _____<br>Number        Street | _____<br>Number        Street |
| | | _____<br>City                State            ZIP Code | _____<br>City                State            ZIP Code |
| | | Contact phone _____ | Contact phone _____ |
| | | Contact email _____ | Contact email _____ |

| 4. | **Does this claim amend one already filed?** | ☐ No.<br>☐ Yes. Claim number on court claims registry (if known)_____          Filed on _____<br> MM  / DD   / YYYY |

| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No.<br>☐ Yes. Who made the earlier filing? _____ |

| **Part 2:** | **Attorney Information (Optional)** |

| 6. | **Are You represented by an attorney in this matter?**<br><br>You do not need an attorney to file this form. | ☐ No.<br>☐ Yes. If yes, please provide the following information:<br><br>_____<br>Law Firm Name<br><br>_____<br>Attorney Name<br><br>_____<br>Address<br><br>_____<br>City                        State                        ZIP Code<br><br>Contact phone _____ Contact email _____ |

| **Part 3:** | **Information as of September 15, 2019, the Petition Date, About Your Claim** |

| 7. | **How much is the claim?** | $ _____ or<br>☐   Unknown. |

| 8. | **Select all that apply to You.** | ☐   Creditor has been injured by use of an opioid.<br><br>☐   Although Creditor is not currently aware of any injury, Creditor wants to file now to keep the ability to seek payment if Creditor has a future injury or harm due to use of an opioid.<br><br>☐   Creditor has a claim arising out of another person's use of an opioid. ***Please answer all questions in Part 4 as if that person (the injured person) is filling out the form.***<br><br>☐   Creditor is submitting a claim on behalf of a minor with NAS. ***Please answer all questions in Part 4 as if the birth mother of the minor is filling out the form (to the extent such information is available to You).*** |

9.  **Briefly describe the type of injury alleged from Your use or another person's use of an opioid. Select all that apply.**

Attach additional sheets if necessary.

❑  Death

❑  Overdose

❑  Addiction/Dependence/Substance Use Disorder

❑  Lost Wages/Earning Capacity

❑  Loss of Consortium

❑  NAS-related

   ❑  Learning Disability

   ❑  Spina Bifida

   ❑  Developmental Disability

   ❑  Heart Defects

   ❑  Congenital Defects or Malformations

❑  Expenses for Treatment

❑  Other (describe): _____

_____

_____

10. **Describe the basis for Your claim, including all alleged causes of action, sources of damages, etc., You are asserting against the Debtors.**

Attach additional sheets if necessary.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

11. **Please identify and quantify each category of damages or monetary relief that You allege, including all injunctive relief that You seek. Check as many boxes as are applicable.**

❑  Compensatory:  $_____   or   ❑ Unknown

(for example, lost wages, pain and suffering, expenses not reimbursed, loss of consortium, etc.)

Punitive:  $_____   or   ❑ Unknown

❑  Other (describe):  _____

_____

| 12. **Have You ever filed a lawsuit against any of the Debtors at any time?** | ☐ No |
|---|---|
| | ☐ Yes. If yes, please provide the following information and attach supporting documentation: |

Case Caption: _____

Court and Case/Docket Number: _____

Attorney Information:

_____
Law Firm Name

_____
Attorney Name

_____
Address

_____
City                              State                        ZIP Code

Contact phone _____    Contact email _____

---

**Part 4:**    **Information About Opioid Use**

If You have a claim arising out of another person's use of an opioid, please answer these questions as if the injured person is filling out the form.  If You are submitting a claim on behalf of a minor with NAS, please answer these questions as if the birth mother of the minor is filling out the form (to the extent such information is available to You).

| 13. **Were You prescribed or administered a Purdue brand name opioid by a healthcare professional?** | ☐ Unknown (select if You were prescribed a prescription opioid but do not know the specific medication). |
|---|---|
| | ☐ No. |
| | ☐ Yes. If yes, please provide the following information to the extent reasonably available: |

**Please identify the Purdue brand name opioid(s) that You were prescribed or administered by a healthcare professional.  Check as many medications as applicable.**

☐ Butrans®                              ☐ OxyContin®

☐ DHC Plus®                            ☐ OxyFast®

☐ Dilaudid®                             ☐ OxyIR®

☐ Hysingla ER®                        ☐ Palladone®

☐ MS Contin®                          ☐ Ryzolt®

☐ MSIR®

---

| 14. **Were You ever prescribed or administered** *any* **opioid (other than a Purdue brand name opioid) by a healthcare professional?** | ☐ Unknown (select if You were prescribed a prescription opioid but do not know the specific medication). |
|---|---|
| | ☐ No. |
| | ☐ Yes. If yes, please provide the following information to the extent reasonably available: |

Non-Purdue Brand Name Opioid, if known: _____

**Please identify the generic opioid(s) that You were prescribed or administered by a healthcare professional. Check as many medications as applicable.**

☐ Buprenorphine transdermal system              ☐ Oxycodone extended-release tablets

☐ Hydrocodone and acetaminophen tablets (generic to Vicodin® or Norco®)              ☐ Oxycodone immediate-release tablets

☐ Hydromorphone immediate-release tablets              ☐ Oxycodone and acetaminophen tablets (generic to Percocet®)

☐ Hydromorphone oral solution              ☐ Tramadol extended-release tablets

☐ Morphine extended-release tablets

☐ Other Generic: _____

| Part 5: | Other (Non-Personal Injury) Opioid-Related Claims |
|---|---|

**15. Do You believe You have any other claims against the Debtors based on or involving the Debtors' production, marketing and sale of Purdue Opioids that are not based on a personal injury?**

❏ No.

❏ Yes. If yes, please describe the nature of the claim(s) (Attach additional sheets if necessary).

_____

_____

_____

_____

_____

_____

**16. How much is the claim?**

$ _____ or

❏ Unknown.

| Part 6: | Supporting Documentation |
|---|---|

**17. Please provide the following supporting documentation if You would like (but You are not required) to supplement this proof of claim.**

■ Provide any documents supporting Your claim, including but not limited to:  any complaint that You have filed against the Debtor(s), prescriptions, pharmacy records or statements showing prescriptions, or any records supporting Your claims of damages.

| Part 7: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❏ I am the creditor.

❏ I am the creditor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized agent.

❏ Other (describe): _____

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____(mm/dd/yyyy)

_____
    Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
        First name            Middle name              Last name

Title _____

Company _____

Address _____
        Number        Street

        _____
        City                        State        ZIP Code

Contact phone _____    Email _____

# Instructions for Personal Injury Claimant Proof of Claim Form

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the bankruptcy case was filed, September 15, 2019. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any available supporting documents to this form.** Attach copies of any documents that show that the debt exists, a lien secures the debt, or both.

  Also attach copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because they will not be returned and may be destroyed after scanning.**

- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **A parent, foster parent, or guardian may complete this form on behalf of a minor child if there is reason to believe that the birth mother may have taken opioid products.**

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

- **Each question in this proof of claim form should be construed independently, unless otherwise noted. No question should be construed by reference to any other question if the result is a limitation of the scope of the answer to such question.**

- **The questions herein do not seek the discovery of information protected by the attorney-client privilege.**

- **The words "and" and "or" should be construed as necessary to bring within the scope of the request all responses and information that might otherwise be construed to be outside its scope.**

- **After reviewing this form and any supporting documentation submitted with this form, additional information and documentation may be requested.**

- **Purdue Pharma (Canada) is not a debtor in this case. If Your claim is against only Purdue Pharma (Canada), You do not have a claim in this case and should not file and submit this form.**

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may also call Prime Clerk at (844) 217-0912, send an inquiry to purduepharmainfo@primeclerk.com, or submit an inquiry or live chat with Prime Clerk through the case website at PurduePharmaClaims.com.

## Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Purdue Opioid** means all natural, semi-synthetic or synthetic chemicals that interact with opioid receptors on nerve cells in the body and brain, and that are approved by the U.S. Food & Drug Administration (FDA) and listed by the DEA as Schedule II or III drugs pursuant to the federal Controlled Substances Act, produced, marketed or sold by the Debtors as (i) the following **Brand Name Medications:** OxyContin®, Hysingla ER®, Butrans®, Dilaudid®, Ryzolt, MS Contin®, MSIR®, Palladone®, DHC Plus®, OxyIR®, and OxyFast®, and (ii) the following **Generic Medications:** oxycodone extended-release tablets, buprenorphine transdermal system, hydromorphone immediate-release tablets, hydromorphone oral solution, tramadol extended-release tablets, morphine extended-release tablets, oxycodone immediate-release tablets, oxycodone and acetaminophen tablets (generic to Percocet®), hydrocodone and acetaminophen tablets (generic to Vicodin® or Norco®). The term "Purdue Opioid(s)" shall not mean: (i) medications and other substances to treat opioid or other substance use disorders, abuse, addiction or overdose; (ii) raw materials and/or immediate precursors used in the manufacture or study of opioids or opioid products, but only when such materials and/or immediate precursors are sold or marketed exclusively to DEA-licensed manufacturers or DEA-licensed researchers; or (iii) opioids listed by the DEA as Schedule IV drugs pursuant to the federal Controlled Substances Act.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."**

| |
|---|
| **Do not file these instructions with your form** |

**<u>Exhibit F</u>**

# HAS THE PRESCRIPTION OPIOID CRISIS AFFECTED YOU OR SOMEONE YOU KNOW? YOU COULD BE COMPENSATED FROM THE PURDUE PHARMA L.P. BANKRUPTCY

## FILE YOUR CLAIM BY JUNE 30, 2020

### WHAT IS THIS ABOUT?

If you think you've been hurt by Purdue Pharma L.P., a U.S. limited partnership, and its affiliated Debtor companies ("Purdue"), or Purdue prescription opioids, like OxyContin, or other prescription opioids manufactured or sold by Purdue, you can file a claim for compensation in the Purdue bankruptcy proceeding. The deadline to file a claim is June 30, 2020, at 5:00 p.m. Eastern Time.

### WHAT IS A CLAIM AND WHO CAN FILE?

A "claim" means a right to seek payment or other compensation. You must file a Proof of Claim Form so it is actually received at the address indicated on the form's instructions by the deadline. It can be filed by you, by a legal guardian, by survivors, or by relatives of people who have died or are disabled. All "Personal Injury Claimant Proof of Claim Forms" and any supporting documentation will be kept highly confidential and will not be made available to the public. You do not need an attorney in order to file a Proof of Claim.

Additionally, partnerships, corporations, joint ventures, trusts, governmental units, and Native American Tribes may also file a claim against Purdue or any of its affiliated Debtor companies.

Go to **PurduePharmaClaims.com** to find a complete list of instructions on how to file a claim. You will also find a list of the opioids produced, manufactured or sold by Purdue or its subsidiaries.

You may file a Proof of Claim even if a settlement is contemplated in the Purdue bankruptcy so that your claim can be considered as part of any settlement.

" ANYONE CAN BE IMPACTED BY PRESCRIPTION OPIOIDS. "

# IMPORTANT INFORMATION FOR YOU

**WHO DOES THIS AFFECT AND WHAT ARE MY RIGHTS?**
If you think you've suffered harm from Purdue or Purdue prescription opioids, you have the right to file a claim even if you may have also received reimbursement from insurance.  Examples of claims that may be filed in the Purdue bankruptcy include death, addiction or dependence, lost wages, loss of spousal relationship benefit for things like child-rearing, enjoyment of life, etc., or Neonatal Abstinence Syndrome ("NAS"), among others.

**THE DEADLINE TO FILE A CLAIM IS JUNE 30, 2020, AT 5:00 P.M. EASTERN TIME.**
If you do not file a claim by the deadline, you will lose the right to file a claim against Purdue, and you will lose any right you may have had to seek payment or compensation. Proof of Claim Forms, a list of opioids manufactured or sold by Purdue, and instructions for how to file a claim are online at **PurduePharmaClaims.com**.

**IS PURDUE OUT OF MONEY?** No.

**WHAT IS A BAR DATE?**
The Bar Date is the court approved deadline for filing claims against Purdue for money owed or harm you believe was caused by acts or omissions of any of the Debtors (Purdue Pharma L.P. and its subsidiaries and general partner) from before the September 15, 2019 Chapter 11 filing date. The Bar Date has been established as June 30, 2020, at 5:00 p.m. Prevailing Eastern Time.

**WHAT IS A PROOF OF CLAIM?**
A "Proof of Claim" is the official form that a creditor or other interested party (or litigant, or someone who believes that Purdue has caused them damages) must submit in order to assert and support any claim against any or all of the Debtors. The Bankruptcy Court has approved four Proof of Claim Forms that seek certain baseline information that will be important for evaluating claims filed against the Debtors.  These forms are: (i) a Non-Opioid Claimant Proof of Claim Form; (ii) a Governmental Opioid Claimant Proof of Claim Form; (iii) a General Opioid Claimant Proof of Claim Form; and (iv) a Personal Injury Claimant Proof of Claim Form.

**THIS IS ONLY A SUMMARY**
For more information concerning Purdue's bankruptcy, Frequently Asked Questions, examples of personal injury and other claims that can be filed, instructions on how to file a claim, and important documents including the Bar Date Notice, visit **PurduePharmaClaims.com.** You can also request a Proof of Claim Form by mail, phone or email:

Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412, Brooklyn, NY 11232
Toll Free: (844) 217-0912
Email: purduepharmainfo@primeclerk.com

**PurduePharmaClaims.com    Phone: 1.844.217.0912**

**Exhibit G**

Exhibit G

Prescribers Individual Service List
Served via first class mail

| MMLID | NAME | ADDRESS1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 6189137 | ABU-HAMDA, EYAD MOHAMMAD | 8301 ARLINGTON BLVD STE T10 | FAIRFAX | VA | 22031 |
| 6189924 | ACORD, SHELLY LA | 113 LATIGO LN STE D | CANON CITY | CO | 81212 |
| 6193585 | AGGARWAL, MONICA | 5889 FORBES AVE STE 305 | PITTSBURGH | PA | 15217 |
| 6195387 | AHMED, IFFAT SULTANA | 1107 N PROSPECT AVE STE 100 | ITASCA | IL | 60143 |
| 6198901 | ALBERT, CLIVE | 1100 NORTHSIDE FORSYTH DR STE 330 | CUMMING | GA | 30041 |
| 6203549 | ALLISON, BETH ANN | 7070 FORWARD AVE APT 708 | PITTSBURGH | PA | 15217 |
| 6204017 | ALMERICO, BEN ARTHUR | 195 GREENBRIER BLVD STE 100 | COVINGTON | LA | 70433 |
| 6204019 | ALMERICO, SANDRA RU | 1330 OCHSNER BLVD | COVINGTON | LA | 70433 |
| 6204528 | ALSAIDY, ALIA | 3227 VESTA LN | HARRISBURG | PA | 17110 |
| 6208438 | ANDERSON, BRADLEY TROY | 13123 E 16TH B158 | AURORA | CO | 80045 |
| 6209596 | ANDERSON, LYLE FREDRICK | 2626 N 3RD ST STE 2B | HARRISBURG | PA | 17110 |
| 6210860 | ANDREWS, CODY ALAN | 205 S FRONT ST | HARRISBURG | PA | 17104 |
| 6216898 | ARORA, ANJU | 6301 FORBES AVE STE 301 | PITTSBURGH | PA | 15217 |
| 6220691 | AUBLEY, GEORGE LEONID | 6460 SPALDING DR STE A | NORCROSS | GA | 30092 |
| 6222584 | AXTON JON CLAYTON | 5300 N GRAND BLVD STE 200 | OKLAHOMA CITY | OK | 73112 |
| 6223953 | BABCOCK, BRANDON SCOTT | 4502 E 41ST | TULSA | OK | 74135 |
| 6227554 | BAKER,ANGUS SELLERS | 125 DOUGHTY ST STE 500 | CHARLESTON | SC | 29403 |
| 6229512 | BALESTRI, CAMILLE F. | 2262 MAIN POLAND RD | WILLIAMBURG | MA | 01096 |
| 6240986 | BEACH, PAUL KEVIN | 125 DOUGHTY ST STE 400 | CHARLESTON | SC | 29403 |
| 6253292 | BETHKE, GARRETT ANDREW | 21715 KINGSLAND BLVD STE 105 | KATY | TX | 77450 |
| 6261173 | BLECHA, JOHNATHAN P. | 981225 NEBRASKA MEDICAL CTR | OMAHA | NE | 68198 |
| 6261382 | BLEZSCZ, MARY | 1 ATWELL RD | COOPERSTOWN | NY | 13326 |
| 6263993 | BOFINGER, LINDSEY CRESS | 11990 JACKSON ST | CLINTON | LA | 70722 |
| 7437103 | BRACHT, RUEDIGER | 4500 E 9TH AVE | DENVER | CO | 80220 |
| 6277543 | BRIGHT, RHONDA MARIE | 5920 MCINTYRE ST | GOLDEN | CO | 80403 |
| 7399600 | BUCY, WILLIAM | 2162 JUDICIAL DR | GERMANTOWN | TN | 38138 |
| 7349053 | BUGGELN, CRAIG | 14 QUARRY ST | WILLIMANTIC | CT | 06226 |
| 6291242 | BURRIS, RICHARD RAYVON | 2161 HENDERSONVILLE RD | ARDEN | NC | 28704 |
| 6298723 | CAMPBELL, STEPHEN EDWARD | 701 OSTRUM ST STE 403 | FOUNTAIN HILL | PA | 18015 |
| 6305096 | CARTER, CHARLES ROBERT | 1391 WOODSIDE RD STE 210 | REDWOOD CITY | CA | 94061 |
| 7437250 | CAVANAGH, MICHAEL | 12001 PECOS ST | WESTMINSTER | CO | 80234 |
| 6309521 | CEGELSKI, JOHN J. | 2806 W SOUTHCROSS BLVD | SAN ANTONIO | TX | 78211 |
| 7362901 | CILLEY, ROBERT | 500 UNIVERSITY DR | HERSHEY | PA | 17033 |
| 6329177 | CLARKE, FRED CRAWFORD | 11120 MERRICK BLVD | JAMAICA | NY | 11433 |
| 6335025 | COLEMAN,MICHAEL HOWARD | 109 BRISTOL DR | SEVEN FIELDS | PA | 16046 |
| 6343476 | CORSELLO, MICHAEL | 4725 MCKNIGHT RD STE 201 | PITTSBURGH | PA | 15237 |

## Exhibit G
### Prescribers Individual Service List
Served via first class mail

| | | | | |
|---|---|---|---|---|
| 6345016 | COURCHESNE, JOHN RI | 1200 WESTWOOD DR | HAMILTON | MT | 59840 |
| 6351396 | CULHANE,LINDA E. | 2900 W OKAHOLMA AVE | MILWAUKEE | WI | 53215 |
| 7406347 | CUNNAGIN, CARRIE | 2351 STANLEY AVE | DAYTON | OH | 45404 |
| 6357589 | DANIELS, CLIFTON A. | 8300 W 38TH AVE | WHEAT RIDGE | CO | 80033 |
| 6364099 | DE FEDERICIS, MARGARITA ROSA | 1448 ROUTE 9 | FORT EDWARD | NY | 12828 |
| 6366615 | DEFREITAS, TIFFANY MICHELLE | 5920 MCINTYRE ST | GOLDEN | CO | 80403 |
| 7438153 | DEHLER, JANET | 400 W 16TH ST | PUEBLO | CO | 81003 |
| 7381702 | DEVLIN, CHARLIE | 2001 LAUREL ST | COLUMBIA | SC | 29204 |
| 7411989 | DEWEESE, PAUL | 3370 E JOLLY RD | LANSING | MI | 48910 |
| 6378304 | DIMARTINO, ABIGAIL R. | 5920 MCINTYRE ST | GOLDEN | CO | 80403 |
| 6387557 | DRONAVALLI, SANJAY | 3901 RAINBOW BLVD 4010 | KANSAS CITY | KS | 66160 |
| 6395832 | EDMUNDS, ALAINA LAFAWN | 601 CLARA BARTON BLVD STE 340 | GARLAND | TX | 75042 |
| 6398120 | EISENBERG, STEVEN G. | 3901 NOSTRAND AVE STE L5 | BROOKLYN | NY | 11235 |
| 6400567 | ELLIS, CRAIG WOLFGANG | 4 EASTERN BLVD | YORK | PA | 17402 |
| 6407407 | EVANS, AKE SP | 9005 GRANT ST | THORNTON | CO | 80229 |
| 6410249 | FAKOURI, MOHAMMADHOSSEIN FARZAD | 1900 PINE ST RM 6409 | ABILENE | TX | 79601 |
| 6430705 | FRANCE, LAURA ANNE | 1030 COUNTY ROAD E W STE 200 | SHOREVIEW | MN | 55126 |
| 7409292 | GARCIA, EDGARDO | 100 W COURT AVE | JEFFERSONVILLE | IN | 47130 |
| 6445629 | GARRISON, JULIANNE R. | 8080 PARK MEADOWS DR | LONE TREE | CO | 80124 |
| 6450667 | GERHARDT, ROBERT TAFT | 3851 ROGER BROOKE DR BLDG 3600 | SAN ANTONIO | TX | 78234 |
| 6454183 | GILBERT, CHRISTOPHER BENEDICT | 701 OSTRUM ST STE 203 | FOUNTAIN HILL | PA | 18015 |
| 6455105 | GILLARD, JOHN NORMAN | 801 OSTRUM ST | BETHLEHEM | PA | 18015 |
| 7448245 | GOLDBERG, KENNETH | 201 N COLLEGE DR | SANTA MARIA | CA | 93454 |
| 6462051 | GOLDSTEIN, ANDREW ROBERT | 401 BICENTENNIAL WAY | SANTA ROSA | CA | 95403 |
| 6464363 | GONZALEZ, STEPHANIE | 11234 ANDERSON ST | LOMA LINDA | CA | 92354 |
| 6466138 | GORDON, ASHLEY ELIZABETH | 130 W 12TH ST | NEW YORK | NY | 10011 |
| 6467168 | GOROKHOV, TATYANA ROMANOVNA | 2012 HAROBI DR STE B | TUCKER | GA | 30084 |
| 6471705 | GRAY, TIMOTHY KENNEY | P.O. BOX 2653 | BLUFFTON | SC | 29910 |
| 6479351 | GUARLOTTI, CLEMENT ANTHONY | 401 S MAPLE AVE | GREENSBURG | PA | 15601 |
| 6481003 | GUMM, NANCY ELAINE | 1275 S MAIN ST | GREENSBURG | PA | 15601 |
| 6481145 | GUNDERSEN, DORIS CHRISTINE | 4455 E 12TH AVE STE 431G | DENVER | CO | 80220 |
| 6482340 | GUPTA, SUKANT | 4870 LAWRENCEVILLE HWY | TUCKER | GA | 30084 |
| 6500485 | HASAN, RABIA | 800 MEDICAL CENTER DR | FAIRMONT | MN | 56031 |
| 6511995 | HERRERA, MONIQUE DESIRAE | 1000 E DOMINGUEZ ST STE 110 | CARSON | CA | 90746 |
| 6513384 | HEUZEY, ELIZABETH ANN | 34 MAPLE ST | NORWALK | CT | 06850 |
| 6516538 | HINDS, MICHAEL W. | 215 HAWKS RD | MARTIN | TN | 38237 |

Exhibit G

Prescribers Individual Service List

Served via first class mail

| 6517641 | HISEY, MICHAEL SC | 2817 S MAYHILL RD STE 100 | DENTON | TX | 76208 |
| 6520887 | HOH, ARLEN RANDALL | 110 UPLAND DR | SAN FRANCISCO | CA | 94127 |
| 6526342 | HORST, WILLIAM PETER | 3000 15TH AVE S | GREAT FALLS | MT | 59405 |
| 6527767 | HOUSTON, ROBERT EDGAR | 460 SPRING ST | JEFFERSONVILLE | IN | 47130 |
| 6528493 | HOWE, JEREMY MICHAEL | 4920 S 30TH ST STE 103 | OMAHA | NE | 68107 |
| 6528813 | HOWERTON, DOUGLAS H. | 400 GRESHAM DR STE 172 | NORFOLK | VA | 23507 |
| 6530684 | HUBBARD, THOMAS WAITE | 601 CHILDRENS LN | NORFOLK | VA | 23507 |
| 6531862 | HUFFSTETLER, SARAH E. | 215 HAWKS RD STE 6 | MARTIN | TN | 38237 |
| 6532342 | HUGHES, MARYBETH S. | 825 FAIRFAX AVE FL 6 | NORFOLK | VA | 23507 |
| 6532715 | HUISMAN SHERRY RAE | 700 HENSON ST | LAKE CITY | CO | 81235 |
| 6536411 | HUYNH, JULIE | 16133 VENTURA BLVD STE 470 | ENCINO | CA | 91436 |
| 7360210 | IBABAO, JAIRUS | 51 GLASGOW AVE | JAMESTOWN | NY | 14701 |
| 6550344 | JENNINGS, DANA NICOLE | 4200 E 9TH AVE STE B177 | DENVER | CO | 80220 |
| 6551311 | JESSELL, SUSAN AN | 5115 CENTRE AVE FL 2 | PITTSBURGH | PA | 15232 |
| 6551529 | JEWELL, COTY WAYNE | 5224 E I 240 SERVICE RD STE 201 | OKLAHOMA CITY | OK | 73135 |
| 7414038 | JUNG, MICHAEL | 2501 PIERCE ST | SIOUX CITY | IA | 51104 |
| 7437036 | KACZMARCZYK, GREGORY | 4720 TEJON ST | DENVER | CO | 80211 |
| 6573494 | KAVALER, ELIZABETH | 245 E 54TH ST FL 2 | NEW YORK | NY | 10022 |
| 6576815 | KELLSTADT, RHONDA LEA | 900 MAIN ST | PLEASANTON | KS | 66075 |
| 6576907 | KELLY, BRIAN | 134 INDUSTRIAL PARK RD STE 2000 | GREENSBURG | PA | 15601 |
| 6581552 | KHALIL, SAMIR K. | P.O. BOX 473 | PITTSFORD | NY | 14534 |
| 6581761 | KHAN, AGHA KHURSHID | 5224 E I 240 SERVICE RD FL 2 | OKLAHOMA CITY | OK | 73135 |
| 6586610 | KIM, JAE YUL | 209 FAIR OAKS AVE | SOUTH PASADENA | CA | 91030 |
| 6590538 | KIRK, EARL DA | 2600 N WOODLAWN ST | WICHITA | KS | 67220 |
| 6591470 | KITAHATA, MARI MASSEY | 1001 BROADWAY STE 215 | SEATTLE | WA | 98122 |
| 6591700 | KITZ, JESSIE | 105 CORPORATE DR | PORTSMOUTH | NH | 03801 |
| 6594565 | KNIGHT, DAWN CAMILLE | 410 WOOD ST | MONROE | LA | 71201 |
| 6601208 | KOVACS, ELIZABETH | 1522 RAMONA AVE | SOUTH PASADENA | CA | 91030 |
| 6607614 | KUMAR, SHRIA | 3400 CIVIC CENTER BLVD FL 6 | PHILADELPHIA | PA | 19104 |
| 6612429 | LAIRD, DENNIS ANDREW | 345 W END AVE | NEW YORK | NY | 10024 |
| 6617157 | LAPRAY, CHAD DELMER | 3195 DOWLEN RD STE 105 | BEAUMONT | TX | 77706 |
| 7383891 | LEFF, RICHARD | 2712 LAWRENCEVILLE HWY | DECATUR | GA | 30033 |
| 6629423 | LEMDANI, HINDA | 131 MORRISTOWN RD | BASKING RIDGE | NJ | 07920 |
| 6631792 | LEU, AMY NICOLE | 101 THE CITY DR S RM 512 | ORANGE | CA | 92868 |
| 7382480 | LEUPOLD, JOHN | 997 JOHNNIE DODDS BLVD | MOUNT PLEASANT | SC | 29464 |
| 6632778 | LEVINE, DAVID JO | 1265 UPPER HEMBREE RD STE 100 | ROSWELL | GA | 30076 |

Exhibit G

Prescribers Individual Service List

Served via first class mail

| | | | | |
|---|---|---|---|---|
| 6632879 | LEVINE, JEFFFREY ALAN | 1310 W STEWART DR STE 301 | ORANGE | CA | 92868 |
| 6638564 | LIN, JEFFREY YEN | 2150 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20037 |
| 6641499 | LITOVSKY, DANIEL ALBERT | 1350 WOODBOURNE RD | LEVITTOWN | PA | 19057 |
| 6643425 | LOBALSAMO, LOUIS JOSEPH | 1616 KENSINGTON AVE | BUFFALO | NY | 14215 |
| 6648701 | LOVELL, GRAY D. | 1102 W MAIN ST | HENRYETTA | OK | 74437 |
| 7382482 | MACDOWELL, MARGARET | 1000 JOHNNIE DODDS BLVD | MOUNT PLEASANT | SC | 29464 |
| 6661637 | MALHAN, RISHI | 1111 AMSTERDAM AVE RM 5732 | NEW YORK | NY | 10025 |
| 6669488 | MARLEY, CIARA SIOBHAN | 245 E 54TH ST FL 2 | NEW YORK | NY | 10022 |
| 7418957 | MARTIN, BRYAN | 1117 29TH ST S | GREAT FALLS | MT | 59405 |
| 6671340 | MARTIN, BRYAN ERIC | 1117 29TH ST S | GREAT FALLS | MT | 59405 |
| 6672232 | MARTIN, MARVIN | 4590 SALEM DR | HUDSONVILLE | MI | 49426 |
| 6683028 | MCCARTY, DAVID WI | 1925 WEST MOUNTAIN VIEW AVENUE | LONGMONT | CO | 80501 |
| 6685561 | MCDERMOTT, JESSICA DREGER | 1055 CLERMONT ST | DENVER | CO | 80220 |
| 6685651 | MCDEVITT, MATTHEW JOHN | 4567 9TH AVE | DENVER | CO | 80220 |
| 6688361 | MCGUINNESS, TIMOTHY BR | 25 MONUMENT RD STE 190 | YORK | PA | 17403 |
| 6689674 | MCKENZIE, EUGENE E. | 3960 KNIGHT ARNOLD RD STE 420 | MEMPHIS | TN | 38118 |
| 6690685 | MCLAUGHLIN, SHANNON GAY | 2115 STUART AVE | ALAMOSA | CO | 81101 |
| 7438267 | MCMILLAN, JON | 2115 STUART AVE | ALAMOSA | CO | 81101 |
| 6691564 | MCMILLAN, JON MI | 106 BLANCA AVE 1 | ALAMOSA | CO | 81101 |
| 6692608 | MCPHERSON,MARYANNE | 13044 ADAMS CT | THORNTON | CO | 80241 |
| 6693079 | MCWHITE, KERTRISA RENETTE | 4200 W MEMORIAL RD STE 708 | OKLAHOMA | OK | 73120 |
| 6693896 | MEDINA, EDWARD ANDREW | 1131 MAIN ST | ALAMOSA | CO | 81101 |
| 6695666 | MEINIG, RICHARD PA | 1263 LAKE PLAZA DR STE 210 | COLORADO SPRINGS | CO | 80906 |
| 6695936 | MEKEEL, KRISTIN LEIGH | 4200 E 9TH AVE 31 | DENVER | CO | 80220 |
| 6696123 | MELDRUM, DANIEL RICHARD | 870 DEXTER ST APT 301 | DENVER | CO | 80220 |
| 6696539 | MELLMAN, DAVID LE | 4700 HALE PKWY STE 300 | DENVER | CO | 80220 |
| 6698497 | MERCADO, MIGUEL ANGEL | 6620 MAIN ST STE 1325 | HOUSTON | TX | 77030 |
| 7437133 | METCALF, DIANNE | 4200 E 9TH AVE | DENVER | CO | 80220 |
| 6701979 | MICHAEL, LORI ANN | 90 SLATE CREEK DR APT 8 | BUFFALO | NY | 14227 |
| 6702715 | MIDDAUGH, LOUISE | 106 BLANCA AVE | ALAMOSA | CO | 81101 |
| 6703804 | MILAZZO, PETER JOHN | 576 STERTHAUS DR | ORMOND BEACH | FL | 32174 |
| 6704706 | MILLER, CARA DAWN | 516 DELAWARE ST SE | MINNEAPOLIS | MN | 55455 |
| 6721913 | MORRIS, WALTER GLENN | 1 SPRUCE ST | FRANKLIN | PA | 16323 |
| 6722533 | MORROW, THOMAS JAMES | 5530 WINDWARD PKWY STE 1210 | ALPHARETTA | GA | 30004 |
| 6722613 | MORSE, JESSE A. | 601 N 30TH ST | OMAHA | NE | 68131 |
| 6727645 | MUNDY, ERICA A. | 8572 76TH ST | WOODHAVEN | NY | 11421 |

Exhibit G
Prescribers Individual Service List
Served via first class mail

| 7365144 | MURRAY, PATRICK | 1240 SR 307 | LAKE WINOLA | PA | 18625 |
|---|---|---|---|---|---|
| 6730048 | MURRAY, PATRICK M | 1240 SR 307 | LAKE WINOLA | PA | 18625 |
| 6736565 | NATT,NEENA | 2817 19TH AVE NW APT D | ROCHESTER | MN | 55901 |
| 6743611 | NGUYEN, HUONG THI | 627 EASTLAND AVE STE 201 | WARREN | OH | 44484 |
| 6749993 | NORTON, JAMES FRANKLIN | 100 RAVINIA PL | ORLAND PARK | IL | 60462 |
| 6750005 | NORTON, JOHN DENNIS | 320 E FONTANERO ST STE 100 | COLORADO SPRINGS | CO | 80907 |
| 6751256 | NUGENT, KENNETH MICHAEL | 3601 4TH ST | LUBBOCK | TX | 79430 |
| 6751778 | NUTIS, DINORAH JANET | 1700 CURIE DR STE 4700 | EL PASO | TX | 79902 |
| 6752360 | NYSTROM, ROBERT RA | 620 S LEMAY AVE | FORT COLLINS | CO | 80524 |
| 6752949 | OBBEHAT, AMIR | 2115 STUART AVE | ALAMOSA | CO | 81101 |
| 7362266 | OBENRADER, DOUGLAS | 1 DALE AVE | FRANKLIN | PA | 16323 |
| 6754921 | ODOM, STEPHEN R. | 106 BLANCA AVE | ALAMOSA | CO | 81101 |
| 6755432 | OFFUTT, CHRISTOPHER | 2415 MULLINS AVE UNIT 2 | ALAMOSA | CO | 81101 |
| 6760581 | ONGER, FREDRICK RABAH | 3601 4TH ST | LUBBOCK | TX | 79430 |
| 7438268 | ORR, MAUREEN | 106 BLANCA AVE | ALAMOSA | CO | 81101 |
| 6762274 | ORR, MAUREEN ANN | 106 BLANCA AVE | ALAMOSA | CO | 81101 |
| 6767971 | PAIGE, JAMES R. | 802 W WASHINGTON ST | NEW CASTLE | PA | 16101 |
| 6768863 | PALLAN, ELIZABETH | 1380 PROGRESS WAY STE 114 | ELDERSBURG | MD | 21784 |
| 6776596 | PATEL, ANIL BHAILALBHA | 1111 HIGHWAY 6 STE 174 | SUGAR LAND | TX | 77478 |
| 6777874 | PATEL, KANCHANLAL S. | 415 HIGHLAND AVE | NEW CASTLE | PA | 16101 |
| 6788033 | PERKINS, HAROLD LEE | 911 N MAIN ST STE 2 | GARDEN CITY | KS | 67846 |
| 6788469 | PERNETT, ASHLEY ELIZABETH | 12389 CRABAPPLE RD | ALPHARETTA | GA | 30004 |
| 6794083 | PHILLIPS, KYLE S. | 120 MARKET ST | ALAMOSA | CO | 81101 |
| 7447304 | PIERCE,JEROME | 23961 CALLE DE LA MAGDALENA | LAGUNA HILLS | CA | 92653 |
| 6796902 | PINEO, ROSS V. | 606 ERIE ST | EDINBORO | PA | 16412 |
| 6800433 | POLES, GWENDOLYN A. | 1114 ABERDEEN CT | HARRISBURG | PA | 17111 |
| 6801250 | POLTERSDORF, DANIELLE L. | 755 NORMAN DR | LEBANON | PA | 17042 |
| 6802205 | POPE, ROSS E. | 4401 S WESTERN AVE | OKLAHOMA CITY | OK | 73109 |
| 7361026 | POUTOUS, GEORGE | 300 HALKET ST | PITTSBURGH | PA | 15213 |
| 6810008 | PULLINS, MICHAH DA | 196 ARROWHEAD DR STE 7 | EVANSTON | WY | 82930 |
| 6817161 | RAMAN, ANASUYA AMBUR | 831 STATE HIGHWAY 150 S | EVANSTON | WY | 82930 |
| 6823431 | RAZZAK, ASHRAF | 401 N JEFFERSON ST | NEW CASTLE | PA | 16101 |
| 6823593 | READER, CHAD M. | 255 UNION BLVD | LAKEWOOD | CO | 80228 |
| 7436588 | REID, JAMES | 1556 NORTHFIELD LN | LAFAYETTE | CO | 80026 |
| 6831288 | REZAIAN, SEYED-MAHMOUD | 8677 WILSHIRE BLVD | BEVERLY HILLS | CA | 90211 |
| 6835900 | RILEY, STACEY M. | 237 ROUTE 108 | SOMERSWORTH | NH | 03878 |

Exhibit G

Prescribers Individual Service List

Served via first class mail

| 6836060 | RINALDI, RENEE ZAIRA | 150 N ROBERTSON BLVD STE 224 | BEVERLY HILLS | CA | 90211 |
|---|---|---|---|---|---|
| 6846045 | ROMAGOSA. ANGELO E. | 1000 STAR RIDGE PL | EL PASO | TX | 79912 |
| 7437397 | ROTER, DAVID | 975 NORTH ST | BOULDER | CO | 80304 |
| 7363760 | RUSSO, MARC | 562 W 2ND AVE | LITITZ | PA | 17543 |
| 6858438 | RYCHECK, RUSSELL RULE | 609 DRIFTWOOD DR | PITTSBURGH | PA | 15238 |
| 6864113 | SALZER, RICHARD L. | 401 S VAN BRUNT ST | ENGLEWOOD | NJ | 07631 |
| 6865928 | SANDBERG, DARRYL WI | 2312 N NEVADA AVE STE 305 | COLORADO SPRINGS | CO | 80907 |
| 6867169 | SANFILIPPO, KRISTINA ANNE | 1400 E BOULDER ST | COLORADO SPRINGS | CO | 80909 |
| 7385569 | SASINE, ROBERT | 1170 CLEVELAND AVE | EAST POINT | GA | 30344 |
| 6872116 | SAYRE, ROBERT LYNN | 2115 STUART AVE | ALAMOSA | CO | 81101 |
| 6876112 | SCHMELING,GREGORY JA | 9200 W WISCONSIN AVE | MILWAUKEE | WI | 53226 |
| 6877705 | SCHNETZLER, KENT ALLEN | 400 CRESTWOOD CIR | MENA | AR | 71953 |
| 6879352 | SCHRUP HANSLEY, MARGARET MARY | 687 CAMPBELL AVE | WEST HAVEN | CT | 06516 |
| 6882171 | SCHWIED, ELLIS MICHAEL | 24800 CHRISANTA DR STE 220 | MISSION VIEJO | CA | 92691 |
| 7372888 | SEED, JOHN | 3554 CHAIN BRIDGE RD STE 203 | FAIRFAX | VA | 22030 |
| 6886218 | SELDOMRIDGE PEPPER, REBECCA DAWN | 155 WILSON AVE | WASHINGTON | PA | 15301 |
| 6887822 | SERRAHN, JILL NICOLE | 4600 HALE PKWY STE 400 | DENVER | CO | 80220 |
| 6891050 | SHAH, SAMIRKUMAR JA | 1360 OLD FREEPORT RD | PITTSBURGH | PA | 15238 |
| 6891389 | SHAH, VIJAL | 12103 MAPLE FOREST CT APT F | FAIRFAX | VA | 22030 |
| 6899738 | SHIN, SCOTT HEEJOON | 777 RICHMOND DR | SICKLERVILLE | NJ | 08081 |
| 6901754 | SHTORCH,EYAL | 16133 VENTURA BLVD | ENCINO | CA | 91436 |
| 6904859 | SILBERT, DAVID IRVING | 2110 HARRISBURG PIKE STE 215 | LANCASTER | PA | 17601 |
| 6909101 | SINGH,NEETU | 1170 CLEVELAND AVE STE 1004 | EAST POINT | GA | 30344 |
| 6916820 | SMITH, KIMBERLY SARA | 14900 N PENNSYLVANIA AVE APT 424 | OKLAHOMA CITY | OK | 73134 |
| 7449044 | SMITH, NELLIS | 1950 UNIVERSITY AVE | EAST PALO ALTO | CA | 94303 |
| 6927452 | SPILLMAN, KENT JAMES | 7574 TAFT CT | ARVADA | CO | 80005 |
| 6928105 | SPOTTS, KELLI RENEE | 1000 LINCOLN ST | FORT MORGAN | CO | 80701 |
| 6933871 | STEINBERG, JASON W. | 751 S BASCOM AVE | SAN JOSE | CA | 95128 |
| 7438240 | STEVENS, MARK | 3676 PARKER BLVD | PUEBLO | CO | 81008 |
| 6938188 | STOCKWELL, ELIZABETH LEGRO | 655 MAIN ST | SACO | ME | 04072 |
| 6941414 | STROCHKOV, SERGEY | 150 55TH ST STE 1 | BROOKLYN | NY | 11220 |
| 7433811 | SUBRAMANIAN, NAVIN | 4219 RICHMOND AVE | HOUSTON | TX | 77027 |
| 6945616 | SUMNER, LAURA B. | 3800 RESERVOIR RD NW | WASHINGTON | DC | 20007 |
| 7364450 | SUNDLOF, DEBORAH | 2649 SCHOENERVILLE RD | BETHLEHEM | PA | 18017 |
| 6953042 | TAMURA, KRYSTAL MARIE | 14300 ORCHARD PKWY | WESTMINSTER | CO | 80023 |
| 6954112 | TANNER, LISA M. | 12280 HOUZE RD | ALPHARETTA | GA | 30004 |

Exhibit G

Prescribers Individual Service List

Served via first class mail

| 7426589 | TARANTOLO, STEFFANO | 17201 WRIGHT ST | OMAHA | NE | 68130 |
|---|---|---|---|---|---|
| 6955101 | TASHOLOVA, ALBENA BOGDANOVA | 41 E POST RD | WHITE PLAINS | NY | 10601 |
| 6959981 | THADATHIL, LINCY S. | 4126 SOUTHWEST FWY STE 1700 | HOUSTON | TX | 77027 |
| 6960272 | THAL, WENDY | 301 40TH ST | LUBBOCK | TX | 79404 |
| 6967441 | TIPTON, MATTHEW T. | 611 ALCORN DR | CORINTH | MS | 38834 |
| 6967808 | TIWANA, HARMANDEEP SINGH | 400 E OAK AVE | VISALIA | CA | 93291 |
| 6970019 | TOOK, KEVIN JOHN | 6000 UNIVERSITY AVE | WEST DES MOINES | IA | 50266 |
| 6975110 | TROJANSKY, THOMAS | 920 TOWNSHIP LINE RD | PERKIOMENVILLE | PA | 18074 |
| 6978291 | TURCINHODZIC, DZENITA | 950 2ND AVE | PITTSBURGH | PA | 15219 |
| 6981081 | ULRICH, RICHARD GARY | 4401 FARGREEN RD | HARRISBURG | PA | 17110 |
| 6981549 | UNGER, DONALD | 1700 PEACH ST STE 200 | ERIE | PA | 16501 |
| 6985358 | VANAM, KAMALAKAR RAO | 8907 104TH ST | RICHMOND HILL | NY | 11418 |
| 6986222 | VANDIVIER, JENNIFER A. | 6000 UNIVERSITY AVE STE 450 | WEST DES MOINES | IA | 50266 |
| 6986336 | VANEK, STEVEN JOHN | 13440 W ALAMEDA PKWY | LAKEWOOD | CO | 80228 |
| 6986591 | VANICEK, JEREMY JOSEPH | 2725 S 144TH ST STE 212 | OMAHA | NE | 68144 |
| 6986697 | VANMETER, CHARLES J. | 63 THOMAS JOHNSON DR STE A | FREDERICK | MD | 21702 |
| 6990540 | VENKATACHALLAM, SUNITHA | 10340 DEMOCRACY LN STE 102 | FAIRFAX | VA | 22030 |
| 6991211 | VERLA, THOMAS D. | 440 ALTAPASS HWY | SPRUCE PINE | NC | 28777 |
| 6993941 | VIOLAGO, MICHAEL PHILLIP FERMIN | 41 HERMITAGE HILLS BLVD | HERMITAGE | PA | 16148 |
| 7367028 | VIVINO, FREDERICK | 39TH & MARKET STS | PHILADELPHIA | PA | 19104 |
| 6998806 | WAITE, ELIZABETH CAROL | 3416 STATE ST | ERIE | PA | 16508 |
| 7000032 | WALKER, JENNIFER PAGE | 7101 JAHNKE RD STE 1054 | RICHMOND | VA | 23225 |
| 7001099 | WALLACE, MICHAEL HUGH | 1025 PENNOCK PL FL 2 | FORT COLLINS | CO | 80524 |
| 7008627 | WEBB, BRACKEN | 2200 BERGQUIST DR | LACKLAND AFB | TX | 78236 |
| 7009382 | WEBER, SARAH J. | 3900 JERMANTOWN RD STE 460 | FAIRFAX | VA | 22030 |
| 7012797 | WELCH, BERT A | 1640 LELIA DR STE 220 | JACKSON | MS | 39216 |
| 7014327 | WENTWORTH , JUSTIN | 8775 NORWIN AVE | IRWIN | PA | 15642 |
| 7017745 | WHITE, HARRY COLEMAN | 8405 W ALAMEDA AVE | LAKEWOOD | CO | 80226 |
| 7455275 | WHITEFIELD, JAN | 4115 LAKE OTIS PKWY | ANCHORAGE | AK | 99508 |
| 7018958 | WHITING, DONALD MARK | 380 W CHESTNUT ST STE 103 | WASHINGTON | PA | 15301 |
| 7019818 | WICKIZER, BOYD ROY | 801 S ADAMS ST | PETERSBURG | VA | 23803 |
| 7025723 | WILLISTON, LAUREL KA | 1441 E 75TH PL | TULSA | OK | 74136 |
| 7438149 | WILLS, CHERYL | 4020 JERRY MURPHY RD | PUEBLO | CO | 81001 |
| 7026807 | WILSON, JOHN STEVEN | 125 N FRANKLIN DR STE 1 | WASHINGTON | PA | 15301 |
| 7030115 | WITT, PETER CLAYTON | 1900 16TH ST | GREELEY | CO | 80631 |
| 7437804 | YAGER,MICHAEL | 1502 9TH AVE | GREELEY | CO | 80631 |

Exhibit G

Prescribers Individual Service List

Served via first class mail

| | | | | |
|---|---|---|---|---|
| 7414001 | YOUNG THOMAS | 1441 165TH ST | CRESTON | IA | 50801 |
| 7045062 | YU, BENSON WAISUN | 3601 CHAIN BRIDGE RD STE D | FAIRFAX | VA | 22030 |
| 7437416 | ZACHARIAS, ALAN | 1000 ALPINE AVE | BOULDER | CO | 80304 |
| 7047113 | ZAKUTNEY, MARY ANN | 8775 NORWIN AVE STE 34 | NORTH HUNTINGDON | PA | 15642 |
| 7047598 | ZAND, MARTIN STUART | 601 ELMWOOD AVE | ROCHESTER | NY | 14642 |
| 7051539 | ZIMMERMANN, TERENCE MATTHEW ZW | 200 1ST ST SW | ROCHESTER | MN | 55905 |