UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
------------------------------------------------------------------X
In re:
    PURDUE PHARMA, L.P., et. al.                    CHAPTER 11

                                                                        CASE NO. 19-23649
                                     Debtor(s)
------------------------------------------------------------------X

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

      Please take notice that Brian Fetzko, Esq. of Fetzko Law Offices, P.C., 12 Evergreen Drive, Suite 102, Middletown, NY 10940, hereby appears on behalf of JOAN E. VASKO as the Administratrix of the Estate of Kathleen Louise Daugherty, deceased, and requests pursuant to Bankruptcy Rules 2002(g) and 9010(b) that copies of all notices and papers required to be served in this case be directed to the undersigned counsel at the address set forth below.

Dated:        Middletown, NY
                 July 28, 2020                                         Respectfully Submitted:

                                                                            Brian Fetzko, Esq.
                                                                            Fetzko Law Offices, P.C.
                                                                            Attorney for JOAN E. VASKO as the
                                                                            Administratrix of the Estate of Kathleen
                                                                             Louise Daugherty
                                                                            12 Evergreen Drive
                                                                            Suite 102
                                                                            Middletown, NY 10940
                                                                            845-775-4363