MICHAEL G. LOUIS, ESQUIRE
ATTORNEY I.D. NO. 32202
MacELREE HARVEY, LTD.
17 W. Miner Street
P.O. Box 660
West Chester, PA 19381-0660
(610) 436-0100
(610) 430-7885 (Fax)
mlouis@macelree.com

*Counsel for Malcolm and Justine Kinnaird; Hunt Kinnaird; and Joan Vasko, Administratrix of the Estate of Kathleen Louise Daugherty, Deceased*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

Purdue Pharma L.P., et al                : Chapter 11
        Debtors                         : Case No.: 19-23649 (RDD)
                                   : (Jointly Administered)

## **MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL G. LOUIS**

I, Michael G. Louis, request admission *pro hac vice*, before the Honorable Robert D. Drain, to represent Malcolm and Justine Kinnaird; Hunt Kinnaird; and Joan Vasko, Administratrix of the Estate of Kathleen Louise Daugherty, Deceased in the above-referenced Chapter 11 cases.

I certify that I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am admitted to practice before the United States District Court for the Eastern District of Pennsylvania.

I have submitted the filing fee of $200.00 with this Motion for *pro hac vice* admission.

                                        MacELREE HARVEY, LTD.

Date: July 28, 2020                  By: /s/ Michael G. Louis
                                             Michael G. Louis, Esquire
                                             17 W. Miner Street, Box 660
                                             West Chester, PA 19381-0660
                                             (610) 436-0100
                                             (610) 430-7885 (Fax)
                                             mlouis@macelree.com

                                             *Counsel For Malcolm and Justine Kinnaird; Hunt Kinnaird; and Joan Vasko, Administratrix of the Estate of Kathleen Louise Daugherty, Deceased*