MICHAEL G. LOUIS, ESQUIRE
ATTORNEY I.D. NO. 32202
MacELREE HARVEY, LTD.
17 W. Miner Street
P.O. Box 660
West Chester, PA 19381-0660
(610) 436-0100
(610) 430-7885 (Fax)
mlouis@macelree.com

*Counsel for Malcolm and Justine Kinnaird; Hunt Kinnaird; and Joan Vasko, Administratrix of the Estate of Kathleen Louise Daugherty, Deceased*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

| | |
|---|---|
| Purdue Pharma L.P., et al | : Chapter 11 |
| Debtors | : Case No.: 19-23649 (RDD) |
| | : (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of MICHAEL G. LOUIS, ESQ., to be admitted, ***pro hac vice***, to represent Malcolm and Justine Kinnaird; Hunt Kinnaird; and Joan Vasko, Administratrix of the Estate of Kathleen Louise Daugherty, Deceased (the "Clients") creditors in the above referenced case adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Pennsylvania and the bar of the U.S. District Court for the Eastern District of Pennsylvania, it is hereby

**ORDERED**, that MICHAEL G. LOUIS, ESQ. is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.