**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Kelsey L. Gordon, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 22, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on the Email Master Service List attached hereto as **Exhibit A**:

- Agenda for July 23, 2020 Hearing [Docket No. 1485] (the ***"Hearing Agenda"***)

- Debtors' Objection to Tiffany Dunford's Motion to Permit the Filing of a Class Proof of Claim  [Docket No. 1489] (the ***"Objection to Dunford Motion"***)

- Amended and Restated Stipulation and (Proposed) Order Permitting the Filing of a Class Proof of Claim Solely for Administrative Convenience in Order to Effectuate a Potential Settlement in Respect of Certain Canadian Patient Litigation [Docket No. 1498] (the ***"Amended Proposed Class Proof of Claim Order"***)

On July 22, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Objection to Dunford Motion and the Amended Proposed Class Proof of Claim order to be served by the method set forth on the Hardcopy Master Service List attached hereto as **Exhibit B.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

On July 23, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on the Email Master Service List attached hereto as **Exhibit A**:

- Amended Agenda for July 23, 2020 Hearing [Docket No. 1505]

At my direction and under my supervision, employees of Prime Clerk caused the Hearing Agenda to be served on July 22, 2020, and the Amended Hearing Agenda to be served on July 23, 2020, via email on the Respondents Service List attached hereto as **Exhibit C**.


Dated: July 29, 2020

                                                            */s/ Kelsey L. Gordon*
                                                            Kelsey L. Gordon

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 29, 2020, by Kelsey L. Gordon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.


*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 44323

## Exhibit A

Exhibit A

Email Master Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to the Attorney General, State of Florida | Agentis PLLC | cbs@agentislaw.com |
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Akin Gump Strauss Hauer & Feld LLP | idizengoff@akingump.com<br>apreis@akingump.com<br>mhurley@akingump.com<br>sbrauner@akingump.com<br>elisovicz@akingump.com |
| Counsel to OptumRX, Inc. | Alston & Bird LLP | william.hao@alston.com |
| Counsel to OptumRX, Inc. | Alston & Bird LLP | will.sugden@alston.com<br>jacob.johnson@alston.com |
| Counsel to United Food and Commercial Workers; Western Pennsylvania Electrical Employees Insurance Trust Fund; International Brotherhood of Electrical Workers Local 98 Health & Welfare Fund; Iron Workers District Council of Philadelphia and Vicinity, Benefit Fund; and International Union of Painters and Allied Trades, District Council No. 21 Welfare Fund | Anapol Weiss | gspizer@anapolweiss.com |
| Counsel to Ryan Hampton | Andrews & Thornton | aa@andrewsthornton.com<br>shiggins@andrewsthornton.com<br>rsiko@andrewsthornton.com |
| Counsel to the Ad Hoc Group of Individual Victims | Ask LLP | eneiger@askllp.com<br>jchristian@askllp.com |
| State Attorney General | Attorney General for the State of Wisconsin | vandermeusejl@doj.state.wi.us |
| Counsel to Washington State Department of Revenue | Attorney General of Washington | dina.yunker@atg.wa.gov |
| Counsel to DuPont de Nemours, Inc. | Ballard Spahr LLP | daluzt@ballardspahr.com<br>roglenl@ballardspahr.com |

Exhibit A

Email Master Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Barrett Law Group, P.A. | DonBarrettPA@gmail.com |
| Counsel to Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc. | Bentley & Bruning P.A. | mbentley@bentleyandbruning.com dwallace@bentleyandbruning.com |
| Counsel to United Parcel Service, Inc. | Bialson, Bergen & Schwab | Klaw@bbslaw.com |
| Proposed Counsel to Fee Examiner, David M. Klauder, Esquire | Bielli & Klauder, LLC | tbielli@bk-legal.com |
| Interested Party | BMC Group, Inc. | bmc@ecfAlerts.com |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Bracewell LLP | daniel.connolly@bracewell.com robert.burns@bracewell.com |
| Attorneys for SAP America, Inc., SAP SE, and Ariba, Inc. | Brown & Connery, LLP | dludman@brownconnery.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | GCicero@brownrudnick.com DMolton@brownrudnick.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | spohl@brownrudnick.com |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Buchalter, a Professional Corporation | jgarfinkle@buchalter.com dslate@buchalter.com |
| Counsel to the People of the State of California | California Department of Justice | bernard.eskandari@doj.ca.gov michelle.burkart@doj.ca.gov timothy.lundgren@doj.ca.gov |
| Counsel for the People of the State of California | California Department of Justice | judith.fiorentini@doj.ca.gov |
| Counsel to the Multi-State Governmental Entities Group | Caplin & Drysdale, Chartered | kmaclay@capdale.com jwehner@capdale.com jliesemer@capdale.com tphillips@capdale.com |
| Counsel to the State of West Virginia, ex. rel. Patrick Morrisey, Attorney General | Carter Ledyard & Milburn LLP | bankruptcy@clm.com |

Exhibit A

Email Master Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Cole Schotz P.C. | jalberto@coleschotz.com |
| Counsel to the Commonwealth of Massachusetts | Commonwealth of Massachusetts | eric.gold@mass.gov |
| Counsel to Commonwealth of Pennsylvania | Commonwealth of Pennsylvania | cmomjian@attorneygeneral.gov |
| Counsel to the State of Arizona | Consovoy McCarthy PLLC | mike@consovoymccarthy.com |
| Counsel to Kara Trainor Brucato | Cooper Law Firm, LLC | cbrustowicz@clfnola.com<br>jdetty@clfnola.com<br>lrichardson@clfnola.com |
| Counsel for NAS Ad Hoc Committee | Creadore Law Firm PC | donald@creadorelawfirm.com |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Cuneo Gilbert & Laduca, LLP | jonc@cuneolaw.com |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Cuneo Gilbert & Laduca, LLP | jonc@cuneolaw.com |
| Counsel to the Debtors and Debtors in Possession | Davis Polk & Wardwell LLP | Purdue.noticing@dpw.com |
| Counsel to the State of Missouri | Doster, Ullom & Boyle, LLC | GWillard@dubllc.com |
| Counsel to Counsel to Nevada Counties and Municipalities | Eglet Adams | badams@egletlaw.com<br>aham@egletlaw.com<br>eentsminger@egletlaw.com |
| Counsel to CVS Caremark Part D Services, L.L.C. and CaremarkPCS Health, L.L.C. | Foley & Lardner LLP | ggoodman@foley.com |
| Counsel to CVS Caremark Part D Services, L.L.C. and CaremarkPCS Health, L.L.C. | Foley & Lardner LLP | leisenberg@foley.com |
| Counsel to Old Republic Insurance Company and its affiliated entities | Fox Swibel Levin & Carroll LLP | panderson@foxswibel.com |

Exhibit A

Email Master Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Walgreen Co., Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries | Frankgecker LLP | jfrank@fgllp.com<br>jkleinman@fgllp.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Gilbert, LLP | litherlandc@gilbertlegal.com<br>quinnk@gilbertlegal.com<br>gilberts@gilbertlegal.com |
| Counsel to the Arkansas Plaintiffs and the Tennessee Plaintiffs | Godfrey & Kahn, S.C. | kstadler@gklaw.com |
| Counsel to Teva Pharmaceuticals USA, Inc., Anda, Inc. and Teva Canada Limited | Goodwin Procter LLP | mgoldstein@goodwinlaw.com<br>wweintraub@goodwinlaw.com<br>hsteel@goodwinlaw.com |
| Counsel to the City of Seattle | Hagens Berman Sobol Shapiro LLP | benh@hbsslaw.com |
| Counsel to Blue Cross Blue Shield Association | HAGENS BERMAN SOBOL SHAPIRO LLP | purduebankruptcy@hbsslaw.com |
| Counsel to BR Holdings Associates Inc., BR Holdings Associates L.P., Pharmaceutical Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., and TXP Services, Inc. | Haug Partners LLP | dzwally@haugpartners.com |
| Counsel to BR Holdings Associates Inc., BR Holdings Associates L.P., Pharmaceutical Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., and TXP Services, Inc. | Haug Partners LLP | jdougherty@haugpartners.com |
| Counsel to Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., and Ascent Health Services | Husch Blackwell LLP | Caleb.Holzaepfel@huschblackwell.com |
| Counsel to Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., and Ascent Health Services | Husch Blackwell LLP | marshall.turner@huschblackwell.com |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Jenner & Block, LLP | CSteege@jenner.com |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Jenner & Block, LLP | rlevin@jenner.com |

Exhibit A

Email Master Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Joseph Hage Aaronson LLC | mleventhal@jha.com<br>dpepe@jha.com<br>pjerdee@jha.com<br>cstanley@jha.com<br>gjoseph@jha.com |
| Counsel to Fredrick Hill | Kasen & Kasen, P.C. | jkasen@kasenlaw.com |
| Counsel to the State of Arizona | Keller Lenkner LLC | sam@kellerlenkner.com |
| Counsel to State of Washington | Kleinberg, Kaplan, Wolff & Cohen, P.C. | mgold@kkwc.com<br>rtuchman@kkwc.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Kramer Levin Naftalis & Frankel | keckstein@kramerlevin.com<br>rringer@kramerlevin.com |
| Counsel to Counsel to Nevada Counties and Municipalities | Loeb & Loeb LLP | vrubinstein@loeb.com |
| Counsel to Old Republic Insurance Company and its affiliated entities | Luskin, Stern & Eisler LLP | luskin@lsellp.com<br>stern@lsellp.com |
| Counsel to Giant Eagle, Inc. | Marcus & Shapira LLP | nowak@marcus-shapira.com<br>rbarnes@marcus-shapira.com |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | gbressler@mdmc-law.com |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | mmorano@mdmc-law.com<br>nleonard@mdmc-law.com |
| Counsel to the Ad Hoc Group of Hospitals | McGrail & Bensinger LLP | ivolkov@mcgrailbensinger.com |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Milbank LLP | guzzi@milbank.com<br>estodola@milbank.com<br>alees@milbank.com |
| Counsel to The Missouri Department of Revenue | Missouri Department of Revenue | sdnyecf@dor.mo.gov |
| Counsel to Tucson Medical Center | Mitchell & Speights | sam@mitchellspeights.com |

Exhibit A

Email Master Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., and the Putative Classes | Morgan & Morgan | jyoung@forthepeople.com |
| Counsel to Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., and the Putative Classes | Morgan & Morgan | juanmartinez@forthepeople.com |
| Counsel to Tucson Medical Center | Motley Rice LLC | mbuchman@motleyrice.com |
| Counsel for NC DHHS/DHB | N.C. Department of Justice | kmccraw@ncdoj.gov |
| State Attorney General | National Association of Attorneys General | kcordry@naag.org |
| Counsel to New York State Department of Financial Services | New York State Department of Financial Services | nicolas.keller@dfs.ny.gov |
| Counsel to State of Indiana | Office of the Indiana Attorney General | Heather.Crockett@atg.in.gov |
| State Attorney General | Office of the New Jersey State Attorney General | lara.fogel@law.njoag.gov |
| Counsel to Opioids and Impact Litigation | Office of the New York State Attorney General | David.Nachman@ag.ny.gov |

Exhibit A

Email Master Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| State Attorney General | Office of the New York State Attorney General | Kathryn.Blake@ag.ny.gov |
| State Attorney General, Counsel to Counsel for Opioids and Impact Litigation | Office of the New York State Attorney General | Umair.Khan@ag.ny.gov |
| Counsel to the State of South Carolina | Office of the South Carolina Attorney General | amathews@scag.gov |
| Counsel to the State of South Carolina | Office of the South Carolina Attorney General | jlibet@scag.gov |
| State Attorney General | Office of the State of Connecticut Attorney General | Denise.Mondell@ct.gov |
| State Attorney General | Office of the State of Idaho Attorney General | brett.delange@ag.idaho.gov |
| State Attorney General | Office of the State of Iowa Attorney General | william.pearson@ag.iowa.gov |
| State Attorney General | Office of the State of Vermont Attorney General | Jill.abrams@vermont.gov |
| Office of The United States Trustee | Office of The United States Trustee | paul.schwartzberg@usdoj.gov |
| Counsel to Ohio Attorney General | Ohio Attorney General | Alison.Archer@ohioattorneygeneral.gov |
| Counsel to Ohio Attorney General | Ohio Attorney General | Trish.Lazich@ohioattorneygeneral.gov |
| Counsel to the State of Texas | Otterbourg P.C. | mcyganowski@otterbourg.com jfeeney@otterbourg.com |
| Counsel to Commonwealth of Pennsylvania | Pennsylvania Office of Attorney General | mvaneck@attorneygeneral.gov |
| Counsel to the Ad Hoc Group of Non-Consenting States | Pillsbury Winthrop Shaw Pittman LLP | andrew.troop@pillsburylaw.com andrew.alfano@pillsburylaw.com |
| Counsel to the Ad Hoc Group of Non-Consenting States | Pillsbury Winthrop Shaw Pittman LLP | jason.sharp@pillsburylaw.com |
| Counsel to Walmart, Inc. and its Subsidiaries | Potter Anderson & Corroon LLP | jryan@potteranderson.com astulman@potteranderson.com rslaugh@potteranderson.com |

Exhibit A

Email Master Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Debtors | Purdue Pharma L.P. | Jon.Lowne@pharma.com |
| Counsel to Blue Cross Blue Shield Association | RAWLINGS & ASSOCIATES | mdf@rawlingsandassociates.com |
| Counsel to AmerisourceBergen Drug Corporation | Reed Smith LLP | clynch@reedsmith.com |
| Counsel to AmerisourceBergen Drug Corporation | Reed Smith LLP | cspringer@reedsmith.com |
| Counsel to Casey David Nadolski | Sahn Ward Coschignano, PLLC | jshafferman@swc-law.com |
| Counsel to Consortium of Some Massachusetts Municipalities | Scott+Scott Attorneys at Law LLP | bkaswan@scott-scott.com |
| | | jscolnick@scott-scott.com |
| Counsel to United HealthCare Services, Inc. | Shipman & Goodwin LLP | egoldstein@goodwin.com |
| | | bankruptcy@goodwin.com |
| | | bankruptcyparalegal@goodwin.com |
| Counsel to PJT Partners LP | Simpson Thacher & Bartlett LLP | jamie.fell@stblaw.com |
| | | egraff@stblaw.com |
| State Attorney General | State of Alaska Attorney General | attorney.general@alaska.gov |
| State Attorney General | State of Arizona Attorney General | aginfo@azag.gov |
| State Attorney General | State of Arkansas Attorney General | oag@ArkansasAG.gov |
| State Attorney General | State of California Attorney General | bankruptcy@coag.gov |
| State Attorney General | State of Connecticut Attorney General | Attorney.General@ct.gov |
| State Attorney General | State of Delaware Attorney General | Attorney.General@state.DE.US |
| State Attorney General | State of Hawaii Attorney General | hawaiiag@hawaii.gov |
| State Attorney General | State of Illinois Attorney General | webmaster@atg.state.il.us |
| State Attorney General | State of Louisiana Attorney General | ConsumerInfo@ag.state.la.us |
| State Attorney General | State of Maine Attorney General | consumer.mediation@maine.gov |
| State Attorney General | State of Maryland Attorney General | oag@oag.state.md.us |
| State Attorney General | State of Massachusetts Attorney General | ago@state.ma.us |
| State Attorney General | State of Michigan Attorney General | miag@michigan.gov |

Exhibit A

Email Master Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| State Attorney General | State of Missouri Attorney General | attorney.general@ago.mo.gov |
| State Attorney General | State of Montana Attorney General | contactdoj@mt.gov |
| State Attorney General | State of Nebraska Attorney General | ago.info.help@nebraska.gov |
| State Attorney General | State of New Hampshire Attorney General | attorneygeneral@doj.nh.gov |
| State Attorney General | State of New Jersey Attorney General | askconsumeraffairs@lps.state.nj.us |
| State Attorney General | State of New York Attorney General | Louis.Testa@ag.ny.gov |
| State Attorney General | State of North Carolina Attorney General | jsutton2@ncdoj.gov |
| State Attorney General | State of North Dakota Attorney General | ndag@nd.gov |
| State Attorney General | State of Oregon Attorney General | consumer.hotline@doj.state.or.us |
| State Attorney General | State of South Dakota Attorney General | consumerhelp@state.sd.us |
| State Attorney General | State of Tennessee Attorney General | reg.boards@tn.gov |
| Counsel to the State of Texas | State of Texas | paul.singer@oag.texas.gov |
| Counsel to the State of Texas | State of Texas | bk-robaldo@oag.texas.gov |
| State Attorney General | State of Texas Attorney General | public.information@oag.state.tx.us |
| State Attorney General | State of Utah Attorney General | uag@utah.gov |
| State Attorney General | State of Vermont Attorney General | ago.info@vermont.gov |
| State Attorney General | State of Virginia Attorney General | mailoag@oag.state.va.us |
| State Attorney General | State of Washington Attorney General | emailago@atg.wa.gov |
| State Attorney General | State of West Virginia Attorney General | Abby.G.Cunningham@wvago.gov |
| Counsel to Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., and the Putative Classes | Stevens & Lee, P.C. | nfk@stevenslee.com<br>cp@stevenslee.com |

Exhibit A

Email Master Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Certain Native American Tribes, Health Organizations, Municipalities and Unions | Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation | esserman@sbep-law.com<br>dapice@sbep-law.com |
| Counsel to the Ad Hoc Committee of NAS Babies | Tarter Krinsky & Drogin LLP | smarkowitz@tarterkrinsky.com<br>rcavaliere@tarterkrinsky.com<br>mbrownstein@tarterkrinsky.com |
| State of Tennessee | Tennessee Attorney General's Office | Marvin.Clements@ag.tn.gov |
| Counsel to Thermo Fisher Scientific | Tucker Arensberg, P.C. | jblask@tuckerlaw.com |
| Counsel to the State of North Carolina | Waldrep LLP | twaldrep@waldrepllp.com<br>jlyday@waldrepllp.com<br>jlanik@waldrepllp.com |
| Counsel to the Ad Hoc Group of Individual Victims | White & Case LLP | cshore@whitecase.com<br>michele.meises@whitecase.com<br>alice.tsier@whitecase.com<br>ashley.chase@whitecase.com |
| Counsel to the Ad Hoc Group of Individual Victims | White & Case LLP | tlauria@whitecase.com<br>laura.femino@whitecase.com |
| Counsel to the State of Alabama | Wilk Auslander LLP | esnyder@wilkauslander.com |

**Exhibit B**

Exhibit B

Hardcopy Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|---|
| Top 3 Largest Secured Creditor | Air Liquide Industrial U.S. LP | Attn: President or General Counsel<br>9811 Katy Freeway<br>Suite 100<br>Houston TX 77024 | First Class Mail |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Robert D. Drain | Purdue Pharma L.P. - Chambers Copy<br>US Bankruptcy Court SDNY<br>300 Quarropas Street, Room 248<br>White Plains NY 10601 | Overnight Mail |
| State Attorney General | Commonwealth of Puerto Rico | Attn: Bankruptcy Department<br>Apartado 9020192<br>San Juan PR 00902-0192 | First Class Mail |
| Interested Party | Fredrick Hill | 25 Stephen Drive<br>Glendora NJ 08029 | First Class Mail |
| Top 3 Largest Secured Creditor | Ikon Financial Services | Attn: President or General Counsel<br>1738 Bass Rd<br>Macon GA 31210-1043 | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | First Class Mail |
| Counsel to Jung U. Kim | Kimm Law Firm | Attn: Michael S. Kimm<br>333 Sylvan Avenue, Suite 106<br>Englewood Cliffs NJ 07632 | First Class Mail |
| Interested Party | Ronald George Dandar | c/o Legal Mail Department<br>50 Overlook Drive<br>KQ7780<br>Labelle PA 15450 | First Class Mail |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | First Class Mail |

Exhibit B

Hardcopy Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|---|
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | First Class Mail |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department<br>The Capitol, PL 01<br>Tallahassee FL 32399-1050 | First Class Mail |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | First Class Mail |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | First Class Mail |
| State Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis IN 46204 | First Class Mail |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | First Class Mail |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka  KS 66612-1597 | First Class Mail |
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort  KY 40601 | First Class Mail |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | First Class Mail |
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson MS 39201 | First Class Mail |

Exhibit B

Hardcopy Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|---|
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | First Class Mail |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | First Class Mail |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | First Class Mail |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department<br>313 NE 21st Street<br>Oklahoma City OK 73105 | First Class Mail |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department<br>Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | First Class Mail |
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department<br>150 South Main Street<br>Providence RI 02903 | First Class Mail |
| State Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia SC 29211-1549 | First Class Mail |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P.O. Box 7857<br>Madison WI 53707-7857 | First Class Mail |
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | First Class Mail |
| Top 3 Largest Secured Creditor | U.S. Bank Equipment Finance | Attn: President or General Counsel<br>1310 Madrid Street<br>Marshall MN 56258 | First Class Mail |
| United States Department of Justice | U.S. Department of Justice | Attn: Legal Department<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | First Class Mail |

Exhibit B

Hardcopy Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|---|
| United States Attorney's Office for the Southern District of New York | United States Attorney's Office | Attn: U.S. Attorney<br>300 Quarropas Street, Room 248<br>White Plains NY 10601-4150 | First Class Mail |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department<br>441 4th Street, NW<br>Washington DC 20001 | First Class Mail |

**Exhibit C**

## Exhibit C

Respondents Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Ira S. Dizengoff, Arik Preis, Mitchell Hurley, Sara L. Brauner | idizengoff@akingump.com; apreis@akingump.com; mhurley@akingump.com; sbrauner@akingump.com |
| Brown Rudnick LLP | David J. Molton, Steven D. Pohl | dmolton@brownrudnick.com, spohl@brownrudnick.com; |
| Gilbert LLP | Scott D. Gilbert, Craig Litherland, Kami E. Quinn | gilberts@gilberlegal.com; litherlandc@gilbertlegal.com; quinnk@gilbertlegal.com; |
| Kramer Levin Naftalis & Frankel LLP | Kenneth H. Eckstein, David E. Blabey Jr., Rachael Ringer | keckstein@kramerlevin.com; dblabey@kramerlevin.com; rringer@kramerlevin.com; |
| Otterbourg P.C. | Melanie L. Cyganowski, Jennifer S. Feeney | mcyganowski@otterbourg.com; jfeeney@otterbourg.com |
| Phillips Lytle LLP | Nickolas Karavolas, Esq, Local Counsel for Her Majesty the Queen in Right of the Province of British Columbia | nkaravolas@phillipslytle.com |
| Robins Kaplan LLP | Scott F. Gautier | sgautier@robinskaplan.com |
| White & Case LLP | Thomas E Lauria, Michele J. Meises, Alice Tsier, Ashley R. Chase | tlauria@whitecase.com; michele.meises@whitecase.com; alice.tsier@whitecase.com; ashley.chase@whitecase.com |