**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF EIGHTH MONTHLY FEE STATEMENT OF JONES DAY FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM JUNE 1, 2020 THROUGH JUNE 30, 2020**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | June 1, 2020 through June 30, 2020 |
| **Amount of Compensation Requested (after 13% discount):** | $177,640.52 |
| **Less 20% Holdback** | $35,528.10 |
| **Net of Holdback:** | $142,112.41 |
| **Amount of Expense Reimbursement Requested:** | $0.00 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Total Compensation (Net of Holdback) and Expense Reimbursement Requested:**     $142,112.41

**This is a**                    <u>X</u>   Monthly  _____Interim  ___ Final Fee Statement

*[The remainder of this page has been intentionally left blank]*

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this eighth monthly fee statement (the "Eighth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from June 1, 2020 through June 30, 2020 (the "Eighth Monthly Fee Period").   By this Eighth Monthly Fee Statement, and after taking into account certain substantial voluntary discounts,[3] Jones Day seeks payment in the amount of $142,112.41 which comprises 80% of the total amount of compensation sought for actual and necessary services rendered during the Eighth Monthly Fee Period.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Eighth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney.  The blended hourly billing rate of Jones Day timekeepers during the Eighth Monthly Fee Period is approximately $713.42.[4]

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]      The total amount sought for fees reflects (a) voluntary write offs in the amount of $225.00 and (b) application of a subsequent 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $26,543.99 for the Eighth Monthly Fee Period), for an overall voluntary reduction of approximately 13.1%.  In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2020, Jones Day is using 2019 billable rates in calculating amounts due for legal services performed).  The additional value attributable to application of the prior year's billable rates is not reflected in the 13.1% reduction.

[4]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Eighth Monthly Fee Period.

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Eighth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** are copies of Jones Day invoices for the Eighth Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

4.      Notice of this Eighth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801, Attn: Justin R. Alberto and Daniel N. Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

5.      Objections to this Eighth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Anna Kordas (akordas@jonesday.com) no later than August 13, 2020 at 12:00 p.m. (prevailing Eastern

---

[5]      The time records included in **Exhibit C** have been minimally redacted to protect privileged information.

Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6.      If no objections to this Eighth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees identified in this Eighth Monthly Fee Statement.

7.      To the extent that an objection to this Eighth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Eighth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

8.      No prior request for the relief sought in this Eighth Monthly Fee Statement has been

made to this or any other court.

Dated: July 30, 2020                          /s/  Anna Kordas
       New York, NY                       JONES DAY
                                      John J. Normile
                                      Anna Kordas
                                      250 Vesey Street
                                      New York, NY 10281
                                      Telephone:      (212) 326-3939
                                      Facsimile:      (212) 755-7306
                                      Email:             jjnormile@jonesday.com
                                                      akordas@jonesday.com

                                    *Special Counsel to the Debtors and*
                                    *Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**JUNE 1, 2020 – JUNE 30, 2020**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Pablo D. Hendler | 1995 | $1,125.00 | $978.75 | 8.00 | $9,000.00 |
| Michael H. Knight | 1994 | $1,075.00 | $935.25 | 8.60 | $9,245.00 |
| Dan T. Moss | 2007 | $1,000.00 | $870.00 | 3.80 | $3,800.00 |
| John J. Normile | 1989 | $1,225.00 | $1,065.75 | 75.20 | $92,120.00 |
| Kevyn D. Orr | 1984 | $1,350.00 | $1,174.50 | 2.50 | $3,375.00 |
| **TOTAL PARTNER:** | | | | **98.10** | **$117,540.00** |
| **ASSOCIATE** | | | | | |
| Anna Kordas | 2014 | $750.00 | $652.50 | 10.30 | $7,725.00 |
| Kevin V. McCarthy | 2016 | $605.00 | $526.35 | 61.90 | $37,449.50 |
| Adam M. Nicolais | 2017 | $550.00 | $478.50 | 5.00 | $2,750.00 |
| Ryan Sims | 2016 | $550.00 | $478.50 | 1.90 | $1,045.00 |
| Furqaan Siddiqui | 2018 | $550.00 | $478.50 | 6.40 | $3,520.00 |
| **TOTAL ASSOCIATE:** | | | | **85.50** | **$52,489.50** |
| **LAW CLERK** | | | | | |
| Lynne Fischer | 1996 | $525.00 | $456.75 | 64.50 | $33,862.50 |
| **TOTAL LAW CLERK:** | | | | **64.50** | **$33,862.50** |
| **PARALEGAL & STAFF** | | | | | |
| Jason J. Darensbourg | N/A | $325.00 | $282.75 | 0.90 | $292.50 |
| **TOTAL LEGAL SUPPORT:** | | | | **0.90** | **$292.50** |
| **TOTAL:** | | | | **249** | **$204,184.50** |

## **EXHIBIT B**

## **COMPENSATION BY PROJECT CATEGORY**

**JONES DAY**
**PROJECT CATEGORY SUMMARY**
**JUNE 1, 2020 – JUNE 30, 2020**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 10.10 | $9,864.50 |
| Intellipharmaceutics Corp. | 87.20 | $89,165.00 |
| Collegium 961 PGR | 1.00 | $1,225.00 |
| Strategic Corporate Advice | 68.10 | $57,107.50 |
| Retention Matters | 82.60 | $46,822.50 |
| **TOTAL** | **249.00** | **$204,184.50** |
| **13% DISCOUNT** | | **$26,543.99** |
| **TOTAL FEES** | | **$177,640.52** |

# EXHIBIT C

**TIME DETAIL**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

July 24, 2020                                                                        305158-610005

                                                                                  Invoice: 33402849

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through June 30, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 9,864.50 |
| Less 13% Fee Discount | | (1,282.38) |
| | USD | 8,582.12 |
| **TOTAL** | **USD** | **8,582.12** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610005/33402849 WITH YOUR PAYMENT

**JONES DAY**

305158-610005                                                              Page 2
                                                                    July 24, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33402849

TIMEKEEPER DETAIL SCHEDULE

|                | Hours | Rate | Amount |
|----------------|-------|------|--------|
| PARTNER        |       |      |        |
| P D HENDLER    | 0.90  | 1,125.00 | 1,012.50 |
| J J NORMILE    | 5.30  | 1,225.00 | 6,492.50 |
| ASSOCIATE      |       |      |        |
| K MCCARTHY     | 3.90  | 605.00 | 2,359.50 |
| **TOTAL**      | **10.10** | **USD** | **9,864.50** |

## JONES DAY

305158-610005                                                                                    Page 3
                                                                                        July 24, 2020

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                          Invoice:  33402849

SERVICES DETAIL SCHEDULE

*Date of Service*      *Timekeeper Name*                                           *Hours*

06/01/20        P D HENDLER                                                        0.30
Preparation for, participation in and attention to teleconference with client regarding status of proceedings.

06/02/20        K MCCARTHY                                                         0.50
Review bankruptcy court motion to lift stay (.30) and communicate with J. Normile re: same (.20).

06/02/20        J J NORMILE                                                        1.50
Review correspondence from B. Koch regarding status of proceedings and upcoming action items including email from P. Strassburger (.50); review of correspondence from C. Robertson of DPW regarding status of the proceedings and upcoming action items (1.00).

06/03/20        K MCCARTHY                                                         2.00
Draft/revise bankruptcy court motion to lift stay (1.70) and communicate with J. Normile re: same (.30).

06/03/20        J J NORMILE                                                        2.00
Review of memorandum forwarded by C. Robertson of DPW regarding status of proceedings and future action items (1.00); review various correspondence from R. Inz and K. McCarthy regarding same (1.00).

06/05/20        K MCCARTHY                                                         0.40
Attention to correspondence with J. Normile and P. Hendler re: Collegium's API supplier.

06/05/20        J J NORMILE                                                        0.50
Review correspondence from P. Strassburger regarding Collegium's Xtampza product and various emails regarding same.

06/22/20        P D HENDLER                                                        0.30
Preparation for, attention to and participation in status call with client (including B. Koch).

06/27/20        J J NORMILE                                                        1.30
Review and revision of draft motion provided by DPW to lift the stay in the bankruptcy proceeding (1.00); review of comments from R. Inz, P. Strassburger and C. Robertson regarding same (.30).

06/29/20        P D HENDLER                                                        0.30
Preparation for, participation in and attention to call with client (including B. Koch).

06/30/20        K MCCARTHY                                                         1.00
Prepare for and participate in teleconference with J. Normile and M. Johnson regarding B. Koch legal research questions (.20), including review of related memorandum (.30); perform follow-up legal research regarding same (.50).

**TOTAL**                                                                         **10.10**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

July 24, 2020                                                      305158-610013

Invoice: 33402851

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through June 30, 2020:

| | | |
|---|---|---:|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 89,165.00 |
| Less 13% Fee Discount | | (11,591.45) |
| | USD | 77,573.55 |
| **TOTAL** | **USD** | **77,573.55** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|:---:|:---:|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610013/33402851 WITH YOUR PAYMENT

**JONES DAY**

305158-610013                                                            Page 2
                                                                    July 24, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.              Invoice:  33402851

### TIMEKEEPER DETAIL SCHEDULE

|                   | Hours | Rate     | Amount    |
|-------------------|-------|----------|-----------|
| PARTNER           |       |          |           |
| P D HENDLER       | 7.10  | 1,125.00 | 7,987.50  |
| M H KNIGHT        | 8.60  | 1,075.00 | 9,245.00  |
| D T MOSS          | 3.80  | 1,000.00 | 3,800.00  |
| J J NORMILE       | 41.40 | 1,225.00 | 50,715.00 |
| K D ORR           | 2.50  | 1,350.00 | 3,375.00  |
| ASSOCIATE         |       |          |           |
| K MCCARTHY        | 21.00 | 605.00   | 12,705.00 |
| R SIMS            | 1.90  | 550.00   | 1,045.00  |
| PARALEGAL         |       |          |           |
| J J DARENSBOURG   | 0.90  | 325.00   | 292.50    |
| **TOTAL**         | **87.20** | **USD** | **89,165.00** |

JONES DAY

305158-610013                                                                    Page 3
                                                                       July 24, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.              Invoice:  33402851

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

06/01/20     J J DARENSBOURG                                          0.10
Manage shared database for attorneys of Stipulation and Order to Continue Stay and File Joint Status Report.

06/01/20     P D HENDLER                                              1.50
Preparation for, participation in and attention to teleconference with client regarding status (.30); attention to IPC financial report and communications regarding same (1.20).

06/01/20     K MCCARTHY                                              4.00
Preparation for and participation in teleconference with J. Normile, P. Hendler, P. Strassburger, B. Koch, R. Silbert, R. Inz, and R. Kreppel re: litigation status updates (1.00); draft/revise litigation status tracker and communicate with J. Normile and A. Nicolais re: same (1.00); review/analyze patent assignment and related materials (1.00) and communicate with J. Normile re: same (.10); draft/revise stipulation and proposed order re: schedule (.60) and communicate with J. Normile, P. Hendler, and P. Strassburger re: same (.30).

06/01/20     J J NORMILE                                             3.50
Preparation for and participation in weekly status teleconference with P. Strassburger, R. Kreppel, B. Koch, R. Silbert, R. Inz, P. Hendler and K. McCarthy (1.00); review of various OxyContin license agreements (1.00); review of correspondence from counsel for IPC regarding term sheet and related emails and teleconferences with R. Kreppel and R. Greiss (1.50).

06/02/20     P D HENDLER                                             1.00
Attention to IPC financial reports.

06/03/20     K MCCARTHY                                              0.50
Draft/revise stipulation and proposed order (.30); attention to correspondence from R. Kreppel and opposing counsel re: same (.20).

06/03/20     J J NORMILE                                             1.50
Review of various draft correspondence and stipulations between the parties including various emails and teleconferences with R. Kreppel.

06/04/20     K MCCARTHY                                              0.50
Draft/revise stipulation and proposed order (.30); attention to correspondence with R. Kreppel, J. Normile, J. Roscetti (co-counsel), and R. Smith (local counsel) re: same (.20).

06/04/20     J J NORMILE                                             1.00
Attention to preparation of various stipulations relating to end of 30 month stay, joint status report and deadline for IPC commercial launch.

06/05/20     K MCCARTHY                                              0.60
Draft/revise stipulation re: schedule (.30) and attention to correspondence with J. Normile, R. Smith, and opposing counsel re: same (.30).

06/05/20     J J NORMILE                                             2.10
Review of correspondence with IPC including various emails from B. Koch, R. Inz, R. Greiss and P. Mathers (1.30); attention to finalizing and filing various stipulations (.50); teleconference with local counsel, R. Smith regarding same (.30).

06/08/20     J J DARENSBOURG                                          0.20
Manage shared database for attorneys of Stipulation and Order to Continue Stay and File Joint Status Report.

06/08/20     K MCCARTHY                                              1.50
Preparation for and participation in teleconference with J. Normile, P. Strassburger, B. Koch, R. Silbert, R. Inz, and R. Kreppel re: litigation status updates (.90); draft/revise litigation status tracker (.30) and communicate with A. Nicolais re: same (.30).

JONES DAY

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Page 4
July 24, 2020
Invoice: 33402851

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 06/08/20 | J J NORMILE | 1.00 |

Preparation for and participation in weekly team teleconference with P. Strassburger, R. Inz, R. Kreppel and K. McCarthy (.50); review of background materials for same (.50).

| 06/10/20 | J J NORMILE | 1.50 |

Continued review of relevant background materials relating to divestiture of ██████████ ████ and implications of same on current and future ANDA litigations.

| 06/11/20 | D T MOSS | 1.00 |

Communicate with client regarding settlement agreement strategy (.90); cursory review of settlement term sheet in advance of client call (.10).

| 06/11/20 | J J NORMILE | 1.00 |

Preparation for and participation in teleconference with P. Strassburger, R. Kreppel, D. Moss and K. Orr regarding various terms of proposed IPC settlement.

| 06/11/20 | K D ORR | 1.00 |

Discussion regarding IPC settlement terms.

| 06/12/20 | D T MOSS | 1.00 |

Review (.70) and markup (.30) settlement term sheet.

| 06/12/20 | J J NORMILE | 1.50 |

Review of relevant background materials to IPC term sheet and consideration of various bankruptcy issues (1.00); review of correspondence from D. Moss and K. Orr regarding same (.50).

| 06/12/20 | K D ORR | 0.50 |

Review of draft IPC proposed terms and term sheet.

| 06/12/20 | R SIMS | 1.90 |

Call with D. Moss regarding revisions to settlement term sheet (.10); review and analyze settlement term sheet (.30) and research regarding same (.80); revise settlement agreement (.40); further revisions to settlement term sheet (.20) and correspond regarding same (.10).

| 06/13/20 | J J NORMILE | 0.80 |

Review of comments from R. Simms relating to bankruptcy issues and the IPC term sheet.

| 06/15/20 | K MCCARTHY | 0.50 |

Preparation for and participation in teleconference with J. Normile, P. Strassburger, B. Koch, R. Kreppel, R. Inz re: weekly litigation status updates, including review of litigation tracker.

| 06/15/20 | J J NORMILE | 0.80 |

Preparation for and participation in weekly status teleconference with P. Strassburger, R. Kreppel, R. Silbert, R. Inz and K. McCarthy.

| 06/16/20 | P D HENDLER | 0.50 |

Attention to IPC's formulation and public disclosures regarding same.

| 06/16/20 | K MCCARTHY | 0.50 |

Review/analyze case materials regarding accused products and communicate with J. Normile and P. Hendler regarding same.

| 06/16/20 | J J NORMILE | 1.50 |

Review various correspondence and comments regarding IPC recent draft of the term sheet including correspondence from R. Kreppel, P. Strassburger, B. Koch and R. Inz.

| 06/17/20 | P D HENDLER | 0.50 |

Attention to patents in suit including teleconference with client (including B. Koch).

| 06/17/20 | K MCCARTHY | 1.50 |

Preparation for and participation in teleconference with J. Normile and B. Koch regarding case budget (.40), including review of draft budget (.20); draft/revise budget per teleconference discussion (.90).

JONES DAY

305158-610013                                                                                                 Page 5
                                                                                                    July 24, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                              Invoice:  33402851

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**06/19/20**    K MCCARTHY                                                                          1.00
Draft/revise proposed case schedule (.60) and communicate with J. Normile regarding same (.40).

**06/20/20**    K MCCARTHY                                                                          2.00
Draft/revise proposed consolidated case schedule (1.00); prepare for and participate in teleconference with
J. Normile and R. Kreppel regarding same (.50); revise proposed consolidated case schedule per
teleconference and send draft to client (.50).

**06/20/20**    J J NORMILE                                                                         3.00
Review and revise draft stipulated dismissal agreement including attachment to litigation schedule including
various correspondence from B. Koch, R. Kreppel, K. McCarthy and P. Strassburger (2.00); attention to
preparation of stipulation regarding ECSA and related teleconference with P. Strassburger (1.00).

**06/20/20**    K D ORR                                                                             1.00
Review and analysis of IPCI draft settlement agreement; preparation of revisions to draft agreement.

**06/21/20**    D T MOSS                                                                            1.30
Review stipulated settlement and dismissal papers (.80) and comment on same (.40) and communicate (.10)
with Orr and Normile.

**06/21/20**    J J NORMILE                                                                         1.00
Continued attention to review and revision of stipulated dismissal agreement and related correspondence
with D. Moss.

**06/22/20**    P D HENDLER                                                                         0.30
Preparation for, attention to and participation in status call with client (including B. Koch).

**06/22/20**    K MCCARTHY                                                                          2.00
Review weekly litigation status tracker and communicate with A. Nicolais regarding same (.20); attention to
miscellaneous case correspondence from P. Strassburger, B. Koch, and R. Inz (.30); prepare for and
participate in teleconference with J. Normile, P. Hendler, P. Strassburger, B. Koch, R. Inz,, and R. Kreppel
regarding weekly litigation status updates (.50); draft/revise stipulations dismissing plaintiff Euro-Celtique
S.A. (1.00).

**06/22/20**    J J NORMILE                                                                         3.50
Preparation for and participation in weekly status teleconference with P. Strassburger, R. Kreppel, B. Koch,
R. Inz, R. Silbert, P. Hendler, K. McCarthy and R. Greiss (1.00); continued review and revision of stipulated
dismissal including review of various correspondence from P. Mathers, R. Greiss, B. Koch and R. Inz
(1.50); attention to various matters relating to stipulation to dismiss ECSA from IPC I and II (1.00).

**06/23/20**    M H KNIGHT                                                                          1.00
Begin reviewing draft dismissal agreement (.50); teleconference with J. Normile to discuss ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ (.50).

**06/23/20**    D T MOSS                                                                            0.50
Review stipulated dismissal (.20) and communicate with Orr, Normile, and Purdue regarding same (.30).

**06/23/20**    J J NORMILE                                                                         2.80
Review and revise draft Stipulated Dismissal Agreement and review of various comments relating to same
from P. Strassburger, R. Inz and P. Mathers (1.50); preparation for and participation in teleconference with
P. Strassburger, R. Kreppel, K. Orr and D. Moss regarding various bankruptcy issues relating to draft
Stipulated Dismissal Agreement (.80); preparation for and participation in teleconference with M. Knight
regarding ▮▮▮▮▮▮▮▮▮▮▮▮ relating to draft Stipulated Dismissal Agreement (.50).

**06/24/20**    P D HENDLER                                                                         1.00
Consideration of patents to be asserted in potential future litigation (.50); teleconference with J. Normile
and K. McCarthy regarding same (.50).

JONES DAY

305158-610013                                                                                    Page 6
                                                                                        July 24, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                        Invoice:  33402851

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**06/24/20    M H KNIGHT    3.70**
Continue review of draft dismissal agreement (.70); review ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉ (1.00); prepare summary of agreement and key issues
and communicate with J. Normile regarding same (1.00); prepare for and attend teleconference with J.
Normile, P. Strassburger, R. Kreppel to discuss agreement and potential modifications to same (.50);
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ (.50).

**06/24/20    K MCCARTHY    1.00**
Review/analyze asserted claims of patents in suit (.80) and communicate with P. Hendler and J. Normile
regarding same (.20).

**06/24/20    J J NORMILE    3.50**
Continued review and revision of draft Stipulated Dismissal Agreement (1.00); preparation for and
participation in teleconference with P. Strassburger, R. Kreppel and M. Knight regarding draft Stipulated
Dismissal Agreement and review M. Knight memorandum regarding same (1.00); various correspondence
with K. Reinker of Clearly Gottlieb regarding review of draft Stipulated Dismissal Agreement (.50);
preparation for and participation in teleconference with K. McCarthy and P. Hendler regarding Orange
Book listed patents asserted against IPC and review of relevant background materials (1.00).

**06/25/20    P D HENDLER    1.50**
Consideration of patents to be asserted in potential future litigation.

**06/25/20    M H KNIGHT    2.20**
Prepare proposed edits to draft agreement, along with summary of preliminary key issues (.90);
communicate with J. Normile regarding same (.30); telephone calls with L. Bergin and J. Berman to discuss
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ (.50); review additional background materials regarding same (.50).

**06/25/20    J J NORMILE    1.00**
Continued review and revision of Stipulated Dismissal Agreement and related teleconference with counsel
for Grunenthal regarding same.

**06/26/20    P D HENDLER    0.50**
Consideration of patents to be asserted in potential future litigation including teleconference with J.
Normile and K. McCarthy regarding same.

**06/26/20    K MCCARTHY    0.50**
Review patents in suit and communicate with J. Normile and P. Hendler regarding same.

**06/26/20    J J NORMILE    1.50**
Continued review and revision of Stipulated Dismissal Agreement and Stipulation to Dismiss ECSA from
IPC I and II (1.00); preparation for and participation in teleconference with K. McCarthy regarding patents
to be included in Stipulated Dismissal Agreement and review of background materials regarding same (.50).

**06/27/20    K MCCARTHY    1.70**
Review/analyze IPC edits to proposed stipulated dismissal agreement (.50); communicate with J. Normile,
P. Strassburger, R.Kreppel, and R.Inz regarding same (.50); draft/revise proposed stipulated dismissal
agreement and communicate with J. Normile regarding same (.70).

**06/27/20    J J NORMILE    2.00**
Review and revise draft Stipulated Dismissal Agreement and various teleconferences with R. Kreppel, P.
Strassburger, B. Koch, R. Inz and K. McCarthy regarding same and in particular definition of "major
change" (1.50); review of relevant background materials regarding same (.50).

**06/28/20    M H KNIGHT    1.70**
Review and comment on revised draft dismissal agreement (.50); ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉ (.70); communicate with P. Strassburger, R.
Kreppel, J. Normile regarding draft agreement (.50).

JONES DAY

305158-610013                                                                                    Page 7
                                                                                        July 24, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                    Invoice: 33402851

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

06/28/20    K MCCARTHY                                                             0.20
Communicate with J. Normile and R. Smith regarding filing joint stipulations dismissing Euro-Celtique S.A. from ongoing litigations (.20).

06/28/20    J J NORMILE                                                            1.50
Review and revision of current draft of Stipulated Dismissal Agreement including review of comments from P. Strassburger, M. Knight, R. Inz, R. Greiss and B. Koch (1.00); attention to preparation and filing of stipulations to dismiss ECSA including teleconferences with R. Kreppel and K. McCarthy (.50).

06/29/20    J J DARENSBOURG                                                        0.60
Manage shared database for attorneys of correspondence and pleadings relating to Stipulation and (Proposed) Order Regarding Dismissal of Euro-Celtique S.A. (including Judge's Order).

06/29/20    P D HENDLER                                                            0.30
Preparation for, participation in and attention to call with client (including B. Koch).

06/29/20    K MCCARTHY                                                             2.50
Prepare for and participate in teleconference with J. Normile, P. Hendler, P. Strassburger, B.Koch, R. Silbert, R. Kreppel, and R. Inz regarding weekly litigation status updates (.50) including providing comments to weekly tracker (.10); review recent IPC public press releases and filings in response to P. Strassburger request (.50) and communicate with J. Normile regarding same (.20); draft/revise letter to Court regarding recent case developments (.90) and attention to client correspondence regarding comments and edits to same (.30).

06/29/20    J J NORMILE                                                            2.90
Preparation for and participation in weekly team status teleconference including P. Strassburger, R. Kreppel, B. Koch, R. Inz, R. Silbert, P. Hendler and K. McCarthy (.80); continued review and revision of draft Stipulated Dismissal Agreement including review of various correspondence with comments on same (1.00); attention to filing stipulations dismissing ECSA from proceedings (.30); review and revise letter to Judge Andrews regarding potential settlement including various teleconferences with K. McCarthy (.80).

06/30/20    K MCCARTHY                                                             0.50
Draft/revise letter to Court regarding case status (.30) and communicate with J. Normile and R. Smith regarding same (.20).

06/30/20    J J NORMILE                                                            2.50
Preparation for and participation in various teleconferences with P. Strassburger, M. Knight, C. Robertson, J. Davidson, P. Mathers and R. Kreppel regarding various ███████████ issues pertaining to Stipulated Dismissal Agreement (1.50); review of background materials regarding same (1.00).

**TOTAL**                                                                         **87.20**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

July 24, 2020                                                                              305158-610022

                                                                              Invoice: 33402853

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through June 30, 2020:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 1,225.00 |
| Less 13% Fee Discount | | (159.25) |
| | USD | 1,065.75 |
| **TOTAL** | **USD** | **1,065.75** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610022/33402853 WITH YOUR PAYMENT

**JONES DAY**

305158-610022

Collegium 961 PGR

Page 2
July 24, 2020
Invoice:  33402853

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 1.00 | 1,225.00 | 1,225.00 |
| **TOTAL** | **1.00** | **USD** | **1,225.00** |

**JONES DAY**

305158-610022                                                              Page 3

                                                                           July 24, 2020

Collegium 961 PGR                                                          Invoice:  33402853

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 06/30/20 | J J NORMILE | 1.00 |

Review of materials forwarded by B. Koch regarding legal research pertaining to the status of Collegium's '961 PGR (.50); related teleconference with K. McCarthy and M. Johnson (.50).

**TOTAL**                                                                 **1.00**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

July 24, 2020                                                                                              305158-640002

                                                                                                   Invoice: 33402860

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through June 30, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 57,107.50 |
| Less 13% Fee Discount | | (7,423.97) |
| | USD | 49,683.53 |
| **TOTAL** | **USD** | **49,683.53** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-640002/33402860 WITH YOUR PAYMENT

**JONES DAY**

305158-640002

Page 2

July 24, 2020

Strategic Corporate Advice

Invoice: 33402860

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 26.10 | 1,225.00 | 31,972.50 |
| ASSOCIATE | | | |
| K MCCARTHY | 37.00 | 605.00 | 22,385.00 |
| A M NICOLAIS | 5.00 | 550.00 | 2,750.00 |
| **TOTAL** | **68.10** | **USD** | **57,107.50** |

JONES DAY

305158-640002                                                                            Page 3
                                                                                    July 24, 2020
Strategic Corporate Advice                                                  Invoice:  33402860

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

06/01/20        A M NICOLAIS                                          1.00
Weekly team meeting regarding Purdue litigations (.50); edits/revisions/updates to Purdue weekly tracker
(.30); communication in firm with K. McCarthy and J. Normile re same (.20).

06/04/20        A M NICOLAIS                                          0.50
Revise/update Purdue Patents-in-Suit summary and ownership chart in re to potential assignments;
communication in firm with J. Normile re same.

06/04/20        J J NORMILE                                          3.00
Preparation for and participation in teleconference with P. Strassburger, B. Koch and R. Inz regarding
various potential procedural motions and status of various low ABUK patents (1.50); review and revise
draft procedural motion prepared by Davis Polk (1.00); related teleconference with C. Robertson and K.
McCarthy (.50).

06/05/20        A M NICOLAIS                                          0.30
Edits/revisions to Purdue weekly tracker.

06/08/20        A M NICOLAIS                                          1.10
Edits/revisions to Purdue weekly tracker (.40); communication in firm with K. McCarthy re same (.20);
Purdue weekly update meeting (.50).

06/09/20        K MCCARTHY                                           2.00
Preparation for and participation for teleconference with J. Normile re: planned asset divestiture and related
patent law issues (.50), including review of legal research re: implied licenses provided by B. Koch (.50);
perform legal research re: rights of patent co-owners and involuntary joinder of patent co-owners (1.00).

06/09/20        J J NORMILE                                          2.50
Preparation for and participation in teleconference with K. McCarthy and A. Simms regarding ████████
██████████████████████████ and implications of same on pending and future ANDA
cases and review of relevant background materials (2.00); preparation for and participation in
teleconference with P. Strassburger regarding same (.50).

06/10/20        K MCCARTHY                                           2.00
Review legal research regarding patent exhaustion and perform follow-up research re: same (1.00);
draft/revise memo outline (.80); correspondence with J. Normile re: memo (.20).

06/11/20        K MCCARTHY                                           4.00
Draft/revise memo outline (.50); review legal research regarding patent co-ownership, patent exhaustion,
and implied license, and perform follow-up legal research regarding same (2.50); draft/revise internal
summary of legal research regarding patent co-ownership issues (1.00).

06/11/20        J J NORMILE                                          1.00
Review of various materials relating to the potential sale of ██████████████████████████
and implications of same on current and future ANDA litigations.

06/12/20        K MCCARTHY                                           7.00
Draft/revise memorandum of law regarding patent co-ownership, patent exhaustion, and implied license
(5.00) and communicate internally with J. Normile regarding same (.50); preparation for and participation in
teleconferences with P. Strassburger, B. Koch, J. Normile, and deal team in-house and outside counsel
regarding potential asset purchase agreement (1.50).

06/13/20        K MCCARTHY                                           7.00
Draft/revise memorandum of law regarding patent co-ownership, patent exhaustion, and implied license
(5.00) and perform related legal research (2.00).

JONES DAY

305158-640002                                                                    Page 4
                                                                         July 24, 2020
Strategic Corporate Advice                                    Invoice:  33402860

*Date of Service*        *Timekeeper Name*                          *Hours*

06/13/20        J J NORMILE                                         3.50
Review of various deal documents relating to the potential sale of ███████
███ (1.00); review of correspondence from R. Schlossberg and M. Sumner regarding same (.50); review
and revision of legal memorandum relating to exhaustion and implied license issues and review of related
case law (1.00); review of legal memorandum prepared by Skadden Arps and relevant cited cases therein
(1.00).

06/14/20        K MCCARTHY                                         5.50
Draft/revise memorandum of law regarding patent co-ownership, patent exhaustion, and implied license
(4.00); preparation for and participation in teleconferences with P. Strassburger, B. Koch, J. Normile, and
deal team in-house and outside counsel regarding potential asset purchase agreement (1.50).

06/14/20        J J NORMILE                                         3.00
Preparation for and participation in teleconference with P. Strassburger and B. Koch relating to potential
sale of ██████████ (.50); preparation for and participation in
teleconference with P. Strassburger, B. Koch, K. McCarthy (Purdue), K. McCarthy (Jones Day), R. Aleali,
R. Schlossberg, M. Sumner, E. Tulin and D. Feinstein regarding ████████████████████
██████ (1.00); review and revise draft deal documents and review P. Strassburger edits to
same (1.50).

06/15/20        K MCCARTHY                                         0.50
Review updated Catalyst term sheet (.20); attention to correspondence with J. Normile, P. Strassburger, and
B. Koch re: same (.30).

06/15/20        A M NICOLAIS                                        0.60
Edits/revisions to Purdue weekly tracker (.20); weekly Purdue team strategy call (.40).

06/15/20        J J NORMILE                                         3.30
Preparation for and participation in various teleconferences with P. Strassburger, B. Koch and Skadden
Arps relating to the potential sale of ██████████████████ and review of various
revised deal documents including comments from P. Strassburger, B. Koch and Skadden Arps (2.50);
preparation for and participation in teleconference with G. Castanias and J. Swize regarding Judge
Martinotti's decision in the Teva/Narcon matter and review of P. Strassburger email regarding same (.80).

06/17/20        K MCCARTHY                                         0.50
Preparation for and participation in teleconference with P. Hendler, B. Koch, and R. Inz regarding patent
analysis with respect to OxyContin.

06/22/20        A M NICOLAIS                                        0.80
Edits/revisions to weekly tracker (.20); weekly Purdue update/status call (.60).

06/22/20        J J NORMILE                                         2.00
Preparation for and participation in teleconference with P. Strassburger regarding Mundipharma EDO
assets investigation (1.00); review various memos and related materials from Davis Polk and Jones Day
(1.00).

06/23/20        K MCCARTHY                                         5.00
Draft/revise letter to Mundipharma regarding certain intellectual property assets and communicate with J.
Normile and P. Strassburger regarding same (2.50), review relevant agreements, background materials, and
legal memoranda regarding same (2.00); revise draft letter in response to P. Strassburger comments and
edits (.50).

06/23/20        J J NORMILE                                         2.50
Preparation for and participation in various teleconferences with P. Strassburger and K. McCarthy
regarding preparation of letter to ██████████████████ (1.50); review of relevant
background materials including underlying collaboration agreements (1.00).

06/24/20        K MCCARTHY                                         1.70
Draft/revise proposed budgets (.70); draft/revise proposed letter to ██████████████████
(1.00).

**JONES DAY**

305158-640002                                                                          Page 5
                                                                                   July 24, 2020
Strategic Corporate Advice                                               Invoice: 33402860

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

06/24/20     J J NORMILE                                                          3.30
Review multiple drafts and revise letter to ███████████████ (1.50); preparation for
and participation in various teleconferences with K. McCarthy and P. Strassburger regarding same and
review of various emails regarding same (1.00); review of redacted Narcan opinion by Judge Martinotti
(.80).

06/27/20     J J NORMILE                                                          1.00
Review and revision of draft letter to ███████████████ (.50); review related email
from P. Strassburger and teleconference with K. McCarthy regarding same (.50).

06/28/20     K MCCARTHY                                                           1.80
Draft/revise letter to ███████████████ (1.50); attention to correspondence with J.
Normile and P. Strassburger regarding same (.30).

06/28/20     J J NORMILE                                                          1.00
Review and revise draft letter to ███████████████ (.50); related teleconferences with
P. Strassburger and K. McCarthy (.50).

06/29/20     A M NICOLAIS                                                         0.70
Edits/revisions to Purdue weekly tracker (.20); weekly Purdue client call meeting (.30); communication in
firm with K. McCarthy re Purdue updates and planning (.20).

**TOTAL**                                                                         **68.10**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

July 24, 2020                                                                                305158-999007

                                                                                   Invoice: 33402861

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through June 30, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 46,822.50 |
| Less 13% Fee Discount | | (6,086.92) |
| | USD | 40,735.58 |
| **TOTAL** | **USD** | **40,735.58** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                             Citibank, N.A.
New York, NY                              New York, NY
Account Name: Jones Day          Account Name: Jones Day
Account No: 37026407               Account No: 37026407
ABA No: 021000089                   ABA No: 021000089
                                                 Swift Code: CITIUS33

PLEASE REFERENCE 305158-999007/33402861 WITH YOUR PAYMENT

**JONES DAY**

305158-999007                                                        Page 2
                                                                July 24, 2020
Retention Matters                                          Invoice:  33402861

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 1.40 | 1,225.00 | 1,715.00 |
| ASSOCIATE |  |  |  |
| A KORDAS | 10.30 | 750.00 | 7,725.00 |
| F SIDDIQUI | 6.40 | 550.00 | 3,520.00 |
| STAFF ATTY |  |  |  |
| L C FISCHER | 64.50 | 525.00 | 33,862.50 |
| **TOTAL** | **82.60** | **USD** | **46,822.50** |

**JONES DAY**

305158-999007                                                                                  Page 3
                                                                                          July 24, 2020
Retention Matters                                                                  Invoice:  33402861

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 06/01/20 | L C FISCHER | 4.00 |

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 06/02/20 | L C FISCHER | 4.50 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 06/04/20 | L C FISCHER | 5.50 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 06/05/20 | L C FISCHER | 5.00 |
|---|---|---|

Review and analyze updated conflict reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 06/07/20 | L C FISCHER | 4.00 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 06/08/20 | L C FISCHER | 6.50 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 06/10/20 | L C FISCHER | 5.00 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 06/10/20 | A KORDAS | 1.00 |
|---|---|---|

Draft/revise monthly fee statement worksheet (.50); review fee examiner report (.40); confer with J. Normile regarding same (.10).

| 06/11/20 | L C FISCHER | 7.00 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 06/12/20 | A KORDAS | 1.00 |
|---|---|---|

Draft/revise monthly fee statement and worksheet (.80); correspond with F. Siddiqui regarding same (.20).

| 06/12/20 | F SIDDIQUI | 6.00 |
|---|---|---|

Review April invoices and input information into excel worksheet (3.00); draft monthly fee statement re same (2.50); redact April invoices (.50).

| 06/13/20 | L C FISCHER | 4.00 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 06/14/20 | L C FISCHER | 6.00 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 06/15/20 | L C FISCHER | 3.00 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 06/15/20 | A KORDAS | 1.80 |
|---|---|---|

Draft/revise fee statement (1.00); coordinate filing/service of same (.50); correspond with fee examiner's office regarding back up files (.20); correspond with debtors' counsel regarding same (.10).

**JONES DAY**

305158-999007                                                                 Page 4
                                                                        July 24, 2020
Retention Matters                                                  Invoice: 33402861


| Date of Service | Timekeeper Name | Hours |
|---|---|---|

| | | |
|---|---|---|
| 06/15/20 | F SIDDIQUI | 0.40 |
| | File sixth monthly fee statement. | |
| 06/17/20 | A KORDAS | 2.50 |
| | Call with J. Normile regarding monthly fee statements and fee examiner's report (.30); prepare response to fee examiner's letter (2.0); internal research in connection with same (.20). | |
| 06/17/20 | J J NORMILE | 0.60 |
| | Preparation for and participation in teleconference with B. Koch and K. McCarthy regarding litigation budgets (.30); preparation of May bills (.30). | |
| 06/18/20 | L C FISCHER | 4.00 |
| | Review and analyze conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors. | |
| 06/18/20 | J J NORMILE | 0.80 |
| | Preparation of correspondence to court-appointed fee examiner and review of underlying First Interim Fee Application. | |
| 06/19/20 | A KORDAS | 0.80 |
| | Prepare for and participate in call with fee examiner. | |
| 06/23/20 | L C FISCHER | 1.00 |
| | Review and analyze conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors. | |
| 06/24/20 | L C FISCHER | 5.00 |
| | Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel for the debtors. | |
| 06/26/20 | A KORDAS | 2.20 |
| | Draft/revise May invoices in connection with fee application (2.00); correspond with J. Normile regarding same (.20). | |
| 06/30/20 | A KORDAS | 1.00 |
| | Draft/revise monthly fee statement (.50); confer with J. Normile and J. McCarthy regarding May invoices (.50). | |

**TOTAL**                                                                 **82.60**