UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---

**ACKNOWLEDGEMENT AND AGREEMENT
TO BE BOUND BY PROTECTIVE ORDER**

The undersigned agrees:

On behalf of the parties named below (the "Parties"), I declare under penalty of perjury that each Party has read in its entirety and understands the Protective Order that was issued by the United States Bankruptcy Court for the Southern District of New York in above-captioned chapter 11 cases (the "Proceeding").

Each Party agrees to comply with and to be bound by all the terms of the Protective Order, and each Party understands and acknowledges that failure to so comply, and failure by counsel or other professionals employed or retained by each Party to so comply, could expose each Party to sanctions and punishment in the nature of contempt.  Each Party solemnly promises that it will not disclose in any manner any discovery material that is subject to the Protective Order to any person or entity except in strict compliance with the provisions of the Protective Order.

Each Party further agrees to submit to the jurisdiction of the United States Bankruptcy Court for the Southern District of New York for the purposes of enforcing terms of the Protective Order, even if such enforcement proceedings occur after the closing of the Proceeding.

Name of the Parties: Avrio Health Inc. (fka Purdue Products Inc.); BR Holdings Associates Inc.; BR Holdings Associates L.P.; Caas Leasing, Inc.; Connecticut Avenue Realty Co., Inc.; Coventry Technologies L.P.; E.R.G. Realty, Inc.; Essential Raw Materials; Hospice Provident LLC; IAF Corporation; Midvale Chemical Company; Nappwood Land Corporation; New Suffolk Holdings LLP; One Stamford Land Inc.; One Stamford Realty L.P.; Pharma Associates Inc.; Pharma Associates L.P. (fka Purdue Associates L.P.); Pharma Technologies Inc.; Pharmaceutical Research Associates, Inc.; Pharmaceutical Research Associates L.P.; PLP Associates Holdings Inc.; PLP Associates Holdings L.P.; PRA Holdings, Inc.; Purdue Biopharma Inc.; Purdue Biopharma L.P.; Purdue Healthcare Technologies Inc.; Purdue Healthcare Technologies L.P.; Purdue Pharma Technologies Inc.; Rhodes Pharmaceuticals Inc.; Rhodes Technologies Inc.; RSJ Company L.P.; Sawwood Land Corporation; The P.F. Laboratories, Inc.; The Purdue Frederick Company Inc.; The Seven Hundred Realty Corporation;

The Terramar Foundation, Inc.; TXP Services, Inc.; Vitamerican Chemicals, Inc.; and Vitamerican Corporation.

<u>Name of Company Representative</u>:    John C. Dougherty

<u>Title of Company Representative</u>:    Partner
Haug Partners LLP

Date:  August 4, 2020                         By:  */s/ John C. Dougherty*

                                               John C. Dougherty
HAUG PARTNERS LLP
One Post Office Square, 31st Floor
Boston, MA 02109
Telephone:  (617) 426-6800
E-mail: jdougherty@haugpartners.com

David A. Zwally
HAUG PARTNERS LLP
745 Fifth Avenue
New York, New York  10151
Telephone:  (212) 588-0800
E-mail: dzwally@haugpartners.com

*Counsel for Avrio Health Inc. (fka Purdue Products Inc.), BR Holdings Associates Inc., BR Holdings Associates L.P., Caas Leasing, Inc., Connecticut Avenue Realty Co., Inc., Coventry Technologies L.P., E.R.G. Realty, Inc., Essential Raw Materials, Hospice Provident LLC, IAF Corporation, Midvale Chemical Company, Nappwood Land Corporation, New Suffolk Holdings LLP, One Stamford Land Inc., One Stamford Realty L.P., Pharma Associates Inc., Pharma Associates L.P. (fka Purdue Associates L.P.), Pharma Technologies Inc., Pharmaceutical Research Associates, Inc., Pharmaceutical Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., PRA Holdings, Inc., Purdue Biopharma Inc., Purdue Biopharma L.P., Purdue Healthcare Technologies Inc., Purdue Healthcare Technologies L.P., Purdue Pharma Technologies Inc., Rhodes Pharmaceuticals*

*Inc., Rhodes Technologies Inc., RSJ Company L.P., Sawwood Land Corporation, The P.F. Laboratories, Inc., The Purdue Frederick Company Inc., The Seven Hundred Realty Corporation, The Terramar Foundation, Inc., TXP Services, Inc., Vitamerican Chemicals, Inc., and Vitamerican Corporation*

19-23649-shl    Doc 1547    Filed 08/04/20    Entered 08/04/20 16:52:07    Main Document
Pg 3 of 4

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2020 I served a true and correct copy of the foregoing document by electronic transmission to all parties registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF), via this Court's CM/ECF system.

_/s/ David A. Zwally_
David A. Zwally
