UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

| | |
|---|---|
| Purdue Pharma L.P., et al., | Chapter 11 |
| | Case No.: 19-23649 (RDD) |
| Debtors | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of MICHAEL G. LOUIS to be admitted, ***pro hac vice***, to represent Malcolm and Justine Kinnaird; Hunt Kinnaird; and Joan Vasko, Administratrix of the Estate of Kathleen Louise Daugherty, Deceased (the "Clients") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Pennsylvania and the bar of the U.S. District Court for the Eastern District of Pennsylvania, it is hereby

**ORDERED**, that MICHAEL G. LOUIS, ESQ. is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       August 6, 2020

>                      /s/ Robert D. Drain_____
>                      United States Bankruptcy Judge