**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**TENTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| Applicant's Role in Case | Special Counsel to the Debtors |
| Date Order of Employment Signed | December 20, 2019 |
| Period for Which Compensation and Reimbursement is Sought | June 1, 2020 through June 30, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $190,886.19[2] |
| Less 20% Holdback | $38,177.24 |
| Total Reimbursement Requested | $0.00 |
| Total Compensation and Reimbursement Requested in this Statement | $152,708.95 |

**This is a(n):**  X Monthly Application    __ Interim Application    __ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from June 1, 2020 Through June 30, 2020* (this "**Fee Statement**").[3]   By this Fee Statement, A&P seeks (i) compensation in the amount of

---

[2]    This amount reflects a reduction in fees in the amount of $33,685.81 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]    The period from June 1, 2020, through and including June 30, 2020, is referred to herein as the "**Fee Period**."

$152,708.95 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $190,886.19) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### **Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $190,886.19 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $152,708.95.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $907.88.[4]  The blended hourly billing rate of all paraprofessionals is $395.00.[5]

3.      A&P did not incur or disburse any expenses during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.  The Litigation Manager position is a paraprofessional position at Arnold & Porter. However, for the purposes of calculating the blended hourly billing rate of attorneys, the Litigation Manager totals are included, as the Litigation Manager role is held by an attorney.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.    Attached hereto as **<u>Exhibit C</u>** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

### <u>Notice</u>

5.    A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A&P submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $152,708.95, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $190,886.19) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

August 6, 2020                                Respectfully submitted,


By:  /s/ *Rory Greiss*

**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous - General Advice | 31.20 | 26,126.02 |
| Commercial Contracts Advice | 43.30 | 36,747.62 |
| Project Hawk | 11.10 | 11,133.30 |
| Project Indigo | 75.60 | 75,826.80 |
| Project Catalyst | 31.00 | 24,964.50 |
| Project Windshield | 5.20 | 5,215.60 |
| Retention and Fee Applications | 16.70 | 10,872.35 |
| **Total[1]** | **214.10** | **$190,886.19** |

---

[1]    This amount reflects a reduction in fees in the amount of $33,685.81 on account of voluntary discounts on fees as described in the Retention Application.

## **Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 950.00 | 3.80 | $3,610.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,350.00 | 7.00 | $9,450.00 |
| Greiss, Rory | Partner | 1981 | 1,180.00 | 136.50 | $161,070.00 |
| Habtemariam, Abeba | Counsel | 2011 | 870.00 | 3.00 | $2,610.00 |
| Rothman, Eric | Counsel | 2008 | 905.00 | 10.50 | $9,502.50 |
| Boyce, Monique | Associate | 2016 | 760.00 | 20.00 | $15,200.00 |
| Clements, Ginger | Associate | 2016 | 700.00 | 2.00 | $1,400.00 |
| Edwards, LaToya | Associate | 2010 | 865.00 | 9.70 | $8,390.50 |
| Lehrburger, Amy | Associate | 2018 | 630.00 | 3.00 | $1,890.00 |
| Prikazsky, Bianca | Associate | 2014 | 760.00 | 5.70 | $4,332.00 |
| Zausner, Ethan | Associate | 2017 | 700.00 | 6.30 | $4,410.00 |
| Boccanfuso, Anthony D. | Litigation Manager | 1989 | 595.00 | 0.50 | $297.50 |
| Reddix, Darrell | Legal Assistant | N/A | 395.00 | 6.10 | $2,409.50 |
| **Total** | | | | **214.10** | **$224,572.00** |
| Less 15% Discount | | | | | $(33,685.51) |
| **Discounted Total** | | | | | **$190,886.19** |
| Less 20% Holdback | | | | | $(38,177.24) |
| **Total Amount Requested Herein** | | | | | **$152,708.95** |

## **Exhibit C**

**Detailed Time Records and Expenses**

# Arnold&Porter

Purdue Pharma L.P.                                    August 5, 2020
Philip C. Strassburger, Esq.                         Invoice # 30115057
One Stamford Forum                                   EIN 53-0208605
Dept. VN: 1008442
Stamford, CT  06901-3431


Client/Matter # 1049218.00001

Miscellaneous

1000000570


| | | |
|---|---|---|
| **For Legal Services Rendered through June 30, 2020** | $ | 30,736.50 |
| Less Discount: | | -4,610.48 |
| **Fee Total** | | 26,126.02 |
| **Total Amount Due** | $ | 26,126.02 |


Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 5, 2020

Invoice # 30115057

**(1049218.00001)**
Miscellaneous

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 06/01/20 | 1.50 | Review latest draft of sublicense agreement in preparation for conference call (.3); call with P. Strassburger, R. Inz, J. Lowne re: financial and other terms (.8); correspondence with E. Zausner and E. Rothman re: changes to be made to draft (.4). |
| Ethan Zausner | 06/01/20 | 0.70 | Review, analyze sublicense agreement. |
| Rory Greiss | 06/02/20 | 4.20 | Review existing agreements with API supplier in preparation for conference call (1.7); call with R. Inz, P. Strassburger and B. Koch re: same (.8); review and comment on revised sublicense draft (1.7). |
| Ethan Zausner | 06/02/20 | 1.70 | Review, analyze sublicense agreement (1.1); review, analyze related communications (.6). |
| Rory Greiss | 06/03/20 | 2.80 | Conference call with Purdue team, E. Rothman and E. Zausner re: sublicense issues (1.1); review and comment on sublicense agreement revised draft (1.7). |
| Ethan Zausner | 06/03/20 | 2.40 | Call with client, R. Greiss, E. Rothman to discuss sublicense (1.1); updates to sublicense agreement (1.5); drafted summary bullets on agreement (.4). |
| Rory Greiss | 06/04/20 | 2.50 | Review and comment on revised sublicense agreement (1.5); review and comment on bullet points drafted by E. Zausner (1.0). |
| Ethan Zausner | 06/04/20 | 1.50 | Review, analyze sublicense summary bullets and agreement (1.0); review, analyze related communications (.5). |
| Rory Greiss | 06/05/20 | 0.40 | Review and comment on R. Inz draft explanation of terms of sublicense. |
| Rory Greiss | 06/15/20 | 3.80 | Conference calls with R. Kreppel, P. Strassburger re: comments on term sheet (1.5); revise term sheet (1.3) and further correspondence with Purdue team re same  (1.0). |
| LaToya Edwards | 06/29/20 | 5.30 | Call with client regarding Supply Agreement (.8); preparation for the same (.6); drafting Supply Agreement template (3.9). |
| LaToya Edwards | 06/30/20 | 4.40 | Drafting Supply Agreement template. |

**Total Hours**            **31.20**

August 5, 2020                                                                                          Invoice # 30115057

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 15.20 | 1,180.00 | 17,936.00 |
| LaToya Edwards | 9.70 | 865.00 | 8,390.50 |
| Ethan Zausner | 6.30 | 700.00 | 4,410.00 |
| **TOTAL** | **31.20** | | **30,736.50** |

**Total Current Amount Due**                                                            **$26,126.02**

# Arnold&Porter

**Purdue Pharma L.P.**                                            August 5, 2020
**Attn: Maria Barton**                                    Invoice # 30115058
**General Counsel**                                         EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**


Client/Matter # 1049218.00117

Commercial Contracts Advice

20170001233


| | | |
|---|---|---|
| **For Legal Services Rendered through June 30, 2020** | $ | 43,232.50 |
| Discount: | | -6,484.88 |
| **Fee Total** | | 36,747.62 |
| **Total Amount Due** | $ | 36,747.62 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                        Arnold & Porter Kaye Scholer LLP
                                     P.O. Box 759451
                                     Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 5, 2020                                                                                    Invoice # 30115058

## (1049218.00117)
**Commercial Contracts Advice**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 06/02/20 | 1.20 | Review, revise draft sublicense agreement. |
| Eric Rothman | 06/03/20 | 1.30 | Correspond with A&P team re: draft sublicense agreement (.5); review, analyze draft of same (.8). |
| Eric Rothman | 06/04/20 | 1.10 | Review, analyze draft of sublicense agreement. |
| Rory Greiss | 06/12/20 | 0.50 | Correspondence with K. McCarthy, E. Rothman re: materials transfer agreement templates. |
| Rory Greiss | 06/16/20 | 3.00 | Review license agreement in preparation for conference call re: IAC licenses (1.0); conference call with P. Strassburger, R. Inz, N. Trueman re: existing licenses and issues (1.2); follow-up with P. Strassburger and R. Inz on next steps (.5); correspondence with E. Rothman to bring him up to date on project (.3). |
| Rory Greiss | 06/17/20 | 1.10 | Correspondence re: amended and restated license agreement project with R. Inz and P. Strassburger (.8); correspondence with K. McCarthy, review of services agreement (.3). |
| Eric Rothman | 06/17/20 | 0.60 | Telephone conference with B. Prikazsky re: MTA Agreement. |
| Bianca E. Prikazsky | 06/17/20 | 0.60 | Telephone conference with E. Rothman re: MTA. |
| Eric Rothman | 06/18/20 | 0.80 | Review and comment on engagement letter from professional services provider. |
| Abeba Habtemariam | 06/18/20 | 2.30 | Review and edit draft QAs (.8); review related agreements (.6); review, analyze emails re: same (.9). |
| Bianca E. Prikazsky | 06/18/20 | 4.30 | Draft Master Transfer Agreement. |
| Rory Greiss | 06/19/20 | 1.80 | Review and comment on services agreement with advisor and correspondence with T. Levine and E. Rothman re: same (1.3); call with J. Yang to discuss assignment to review and create spreadsheet regarding existing ex-US licenses for use in potential amendments to agreements (.5). |
| Eric Rothman | 06/19/20 | 1.20 | Review, analyze materials re: transfer agreement. |
| Eric Rothman | 06/19/20 | 1.10 | Review and comment on engagement letter from professional services provider. |
| Bianca E. Prikazsky | 06/19/20 | 0.80 | Correspond with E. Rothman re: MTA (.3); revise Master Transfer Agreement (.5). |

August 5, 2020                                                                                                     Invoice # 30115058

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 06/22/20 | 0.50 | Correspondence with E. Rothman re: service provider agreement comments. |
| Rory Greiss | 06/23/20 | 1.70 | Draft language for slides for amended and restated license project (1.0); call with P. Strassburger and R. Inz to discuss royalties and slides (.5); review further correspondence re: same (.2). |
| Rory Greiss | 06/24/20 | 5.10 | Continued revision and analysis of slides for presentation to special committee re: amended and restated license project (1.0); correspondence with R. Inz re: same (.2); review spreadsheet with information regarding 23 license agreements and one distributorship agreement for license project (2.9); correspondence with J. Yang and E. Rothman re: questions on spreadsheet (.5); call with E. Rothman re: supply agreements to be prepared (.5). |
| Eric Rothman | 06/24/20 | 1.40 | Call with R. Greiss re Supply Agreement (.5); review, revise same (.9). |
| Abeba Habtemariam | 06/24/20 | 0.70 | Review, analyze materials re: quality agreements review. |
| Rory Greiss | 06/25/20 | 1.80 | Review correspondence from R. Inz re: additional license agreements and assignment and assumption agreements (.3); review certain of the license agreements and assignment agreements (1.0); correspondence with J. Yang re: updating chart to include new agreements (.5). |
| Rory Greiss | 06/26/20 | 3.20 | Draft Consulting Services Agreement and send to R. Inz and P. Strassburger (1.2); review Inz comments and revise agreement (.6); review revised spreadsheet and charts for license agreements (1.0); telephone conference with J. Yang re: comments (.4). |
| Eric Rothman | 06/26/20 | 0.70 | Review, revise Supply Agreement. |
| Rory Greiss | 06/29/20 | 1.50 | Conference call with K. McCarthy, J. Fox, E. Rothman and L. Edwards re: supply agreement project (.5); follow-up with E. Rothman re: same (.6); review updated chart for license agreement project and forward to P. Strassburger and R. Inz (.4). |
| Eric Rothman | 06/29/20 | 1.10 | Conference call with K. McCarthy, J. Fox,  R. Greiss and L. Edwards re: supply agreement project (.5); follow-up with R. Greiss re: same (.6). |
| Rory Greiss | 06/30/20 | 0.90 | Call with R. Inz re: preparation for conference call next week re: license agreement project. |
| Amy Lehrburger | 06/30/20 | 3.00 | Review and draft comments to Subscription Agreement. |

**Total Hours**                                    **43.30**

August 5, 2020                                                                    Invoice # 30115058

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 21.10 | 1,180.00 | 24,898.00 |
| Eric Rothman | 10.50 | 905.00 | 9,502.50 |
| Abeba Habtemariam | 3.00 | 870.00 | 2,610.00 |
| Amy Lehrburger | 3.00 | 630.00 | 1,890.00 |
| Bianca E. Prikazsky | 5.70 | 760.00 | 4,332.00 |
| **TOTAL** | **43.30** | | **43,232.50** |

**Total Current Amount Due**                                               **$36,747.62**

# Arnold&Porter

Purdue Pharma L.P.                                          August 5, 2020
Attn: Maria Barton                                     Invoice # 30115059
General Counsel                                           EIN 53-0208605
One Stamford Forum
Dept. VN:  1008442
Stamford, CT  06901-3431


Client/Matter # 1049218.00128

Project Hawk

20200002836


| | | |
|---|---|---|
| **For Legal Services Rendered through June 30, 2020** | $ | 13,098.00 |
| Discount: | | <u>-1,964.70</u> |
| **Fee Total** | | 11,133.30 |
| **Total Amount Due** | $ | <u>11,133.30</u> |


Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                          Arnold & Porter Kaye Scholer LLP
                                       P.O. Box 759451
                                       Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  <u>Invoice@arnoldporter.com</u>

August 5, 2020                                                                                    Invoice # 30115059

**(1049218.00128)**
Project Hawk

**Legal Services:**

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 06/08/20 | 1.30 | Correspondence with P. Strassburger and C. Robertson re: status of Funding Agreement discussion with creditors (.5); revise Funding Agreement in accordance with creditors' request (.8). |
| Rory Greiss | 06/09/20 | 5.20 | Correspondence with C. Robertson and P. Strassburger re: additional comments from creditors regarding Funding Agreement (1.3); revise Funding Agreement and distribute to Purdue team and Hawk team (1.5); videoconference regarding revisions with Purdue team and Hawk team (1.1); further revisions to Funding Agreement and finalize draft for filing with Bankruptcy Court (1.3). |
| Rory Greiss | 06/10/20 | 1.50 | Review motion for bankruptcy approval of Funding Agreement and related documentation. |
| Rory Greiss | 06/12/20 | 0.80 | Correspondence with Purdue team re: follow-up from court filing of Funding Agreement and next step. |
| Rory Greiss | 06/25/20 | 1.60 | Prepare execution version of Funding Agreement for Purdue and Hawk (.9); correspondence with C. Robertson and others re: entry of Approval Order for Funding Agreement (.3); correspondence re: notice of achieving first milestone (.4). |
| Rory Greiss | 06/26/20 | 0.70 | Correspondence with Hawk and Purdue team re: documentation for milestone payment. |

**Total Hours**                                  **11.10**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 11.10 | 1,180.00 | 13,098.00 |
| **TOTAL** | **11.10** | | **13,098.00** |

**Total Current Amount Due**                                                        **$11,133.30**

Page 1

# Arnold&Porter

Purdue Pharma L.P.                                            August 5, 2020
Attn: Phillip C. Strassburger                           Invoice # 30115060
Vice President & General Counsel                         EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00130

Project Indigo

20180001888


| | | |
|---|---|---|
| For Legal Services Rendered through June 30, 2020 | $ | 89,208.00 |
| Discount: | | -13,381.20 |
| Fee Total | | 75,826.80 |
| Total Amount Due | $ | 75,826.80 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                        Arnold & Porter Kaye Scholer LLP
                                    P.O. Box 759451
                                    Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 5, 2020                                                                    Invoice # 30115060


**(1049218.00130)**
Project Indigo


**Legal Services:**


| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 06/01/20 | 4.20 | Continued review of draft Agreement (2.0); review Indigo comments to term sheet (1.3); conference call with R. Kreppel re: same and re: next steps (.9). |
| Rory Greiss | 06/03/20 | 1.50 | Continued review and revision of term sheet. |
| Rory Greiss | 06/04/20 | 3.70 | Conference call with R. Kreppel; P. Mathers and Purdue team re: regulatory and other issues (1.8); revise term sheet (1.9). |
| Rory Greiss | 06/05/20 | 5.10 | Review comments on revised term sheet from R. Inz, B. Koch, P. Mathers, R. Kreppel, P. Strassburger (2.5); revise and finalize term sheet for distribution to Indigo (2.6). |
| Rory Greiss | 06/10/20 | 1.20 | Review, revise latest drafts of term sheet (.5); correspondence with Purdue team re: next steps (.7). |
| Rory Greiss | 06/12/20 | 0.60 | Correspondence with P. Strassburger and J. Normile re: bankruptcy related provisions to possibly be inserted in term sheet or definitive agreement draft. |
| Rory Greiss | 06/16/20 | 4.80 | Review Indigo comments to latest term sheet (.8); correspondence with R. Kreppel, B. Koch, P. Strassburger, P. Mathers and others re: comments (1.6); revise term sheet and distribute to Purdue team (1.2); continued revisions to Agreement, including to comport with latest term sheet changes (1.2). |
| Rory Greiss | 06/17/20 | 5.60 | Revisions to term sheet for presentation to board of directors (2.3); review, analyze draft Agreement (3.3). |
| Rory Greiss | 06/18/20 | 3.60 | Revise initial draft of Agreement (3.5); distribute to Purdue team for review and comment (.1). |
| Rory Greiss | 06/19/20 | 5.60 | Conference call with R. Kreppel regarding comments on initial draft of Agreement (2.3); revise agreement in accordance with comments and incorporate additional information from Purdue team (3.3). |
| Rory Greiss | 06/20/20 | 2.70 | Review and revise latest draft of Agreement (1.5); review new Schedule II from J. Normile (.6); correspondence regarding timeframe and review of agreement with Purdue team (.6). |
| Rory Greiss | 06/22/20 | 9.70 | Review comments from J. Normile, P. Mathers, P. Strassburger, R. Kreppel, R. Inz and B. Koch and revise draft Agreement (2.8); calls with R. Kreppel re: comments on interim draft (3.5); revise other portions of agreement and finalize draft for distribution (3.0); conference call with R. Kreppel, P. Strassburger and D. Feinstein re: same (.4). |

Page 1

August 5, 2020                                                                     Invoice # 30115060

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 06/23/20 | 5.60 | Review comments on latest draft of Agreement (1.2); call with R. Kreppel to review comments and discuss revisions to be made (1.5); complete revisions for distribution to Indigo (1.8); review draft approval motion to be submitted to bankruptcy court and provide mark-up with comments to C. Robertson (1.1). |
| Rory Greiss | 06/26/20 | 2.20 | Review comments from Indigo (1.9); correspondence with R. Kreppel and P. Strassburger re: calls to discuss, respond (.3). |
| Rory Greiss | 06/27/20 | 5.70 | Conference call with P. Strassburger and R. Kreppel to begin discussing Indigo's mark-up of Agreement (.7); review comments by J. Normile, R. Inz, B. Koch (1.5); calls with R. Kreppel to discuss changes to be made to draft (1.8); revise Agreement and distribute (1.7). |
| Rory Greiss | 06/28/20 | 4.60 | Review comments from R. Inz, P. Strassburger, P. Mathers and R. Kreppel on latest draft of Agreement (1.2); call with R. Kreppel to discuss comments (.6); call with R. Kreppel and P. Strassburger to discuss USPTO section (.5); revise agreement (1.9); send to R. Kreppel for distribution to Indigo (.1); draft rider for 4(a)(i) and schedule (.2); send to R. Kreppel (.1). |
| Rory Greiss | 06/29/20 | 3.90 | Prepare revised version of Agreement incorporating language from riders circulated on Sunday night and other changes (2.4); distribute to R. Kreppel for distribution to Indigo (.1); correspondence with Purdue team re: final outstanding points (.6); review and comment on revised Motion to be submitted to bankruptcy court (.8). |
| Rory Greiss | 06/30/20 | 5.30 | Review Indigo changes to latest draft (.5); call with J. Normile, P. Strassburger, P. Mathers and R. Kreppel re: DJ actions and USPTO challenge provisions, among other issues in Agreement (1.5); revisions to agreement in accordance with discussions (1.4); preparation of execution copy of agreement and correspondence re: same (.9); correspondence with C. Robertson re: revised motion and discuss language with R. Kreppel, J. Normile and others (1.0). |

**Total Hours**                   **75.60**

August 5, 2020                                                    Invoice # 30115060

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 75.60 | 1,180.00 | 89,208.00 |
| **TOTAL** | **75.60** | | **89,208.00** |

**Total Current Amount Due**                                    **$75,826.80**

# Arnold&Porter

Purdue Pharma L.P.                                                    August 5, 2020
Philip Strassburger, Esq.                                    Invoice # 30115061
One Stamford Forum                                             EIN 53-0208605
Stamford, CT  06901-3431


Client/Matter # 1049218.00132

Project Catalyst

20200002830



**For Legal Services Rendered through June 30, 2020**          $        29,370.00

Discount:                                                               -4,405.50

**Fee Total**                                                          24,964.50


**Total Amount Due**                                          $        24,964.50




Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 5, 2020                                                                      Invoice # 30115061

**(1049218.00132)**
Project Catalyst

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Deborah L. Feinstein | 06/01/20 | 0.80 | Correspond with A&P team re: supply agreement. |
| Deborah L. Feinstein | 06/04/20 | 0.70 | Correspond with A&P team re: supply agreement edits. |
| Monique Boyce | 06/04/20 | 0.50 | Project Catalyst:  Meet with co-counsel and client to discuss the clean team review process (.3); review correspondence regarding establishing clean team review process (.2). |
| Deborah L. Feinstein | 06/05/20 | 0.70 | Conference call with counsel re clean team review (.4); email with A&P team re same (.3). |
| Deborah L. Feinstein | 06/07/20 | 0.10 | Correspond with A&P team re: clean team issues. |
| Monique Boyce | 06/08/20 | 4.60 | Project Catalyst:  Review initial documents in VDR (2.5); identify and record clean room documents (1.3); draft summary memo (.8). |
| Deborah L. Feinstein | 06/09/20 | 1.50 | Review, analyze clean team materials (1.0); email with buyer counsel re: same (.5). |
| Monique Boyce | 06/09/20 | 4.20 | Project Catalyst:  Meet with legal team to discuss status of VDR, clean team members, and document reviews (2.1); review documents in VDR for clean team designations (1.4); update review spreadsheet (.7). |
| Monique Boyce | 06/10/20 | 1.90 | Project Catalyst:  Review documents in the VDR for clean team designations. |
| Monique Boyce | 06/11/20 | 3.70 | Project Catalyst:  Meet with VDR team to discuss changes to VDR structure and the clean team designation tracking process (2.6); update new tracker with clean team designations (.5); correspond with A&P team and with legal team via email regarding VDR structure and designations (.6). |
| Deborah L. Feinstein | 06/12/20 | 0.20 | Email with A&P team re: clean team issues. |
| Monique Boyce | 06/12/20 | 1.20 | Project Catalyst:  Correspond A&P team, with legal team, and with VDR regarding clean team designations of specific documents (.5); review clean team designations on VDR tracker (.7). |
| Deborah L. Feinstein | 06/14/20 | 1.00 | Correspond with A&P team re: supply agreement. |
| Monique Boyce | 06/14/20 | 0.50 | Project Catalyst:  Correspond with K. McCarthy regarding clean room designations for certain material agreements (.3); review documents of interest (.2). |

August 5, 2020                                                                                   Invoice # 30115061

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Deborah L. Feinstein | 06/16/20 | 0.20 | Review clean team issues. |
| Rory Greiss | 06/18/20 | 1.10 | Review section of supply agreement and CNTS provision (.8); discuss schedule for meeting regarding same with P. Strassburger (.3). |
| Deborah L. Feinstein | 06/18/20 | 0.20 | Review re: clean team issues. |
| Monique Boyce | 06/19/20 | 0.30 | Project Catalyst:  Review documents for clean team designations (.2); correspond with A&P team regarding designations (.1). |
| Deborah L. Feinstein | 06/21/20 | 0.30 | Review, analyze agreements. |
| Rory Greiss | 06/22/20 | 1.10 | Review precedent agreement and excerpt from proposed agreement regarding api license (.6); conference call with P. Strassburger and B. Koch re: same (.5). |
| Deborah L. Feinstein | 06/22/20 | 0.90 | Review materials re clean team (.5); conference call with R. Kreppel, P. Strassburger and R. Greiss re: agreement (.4). |
| Monique Boyce | 06/22/20 | 0.20 | Project Catalyst:  Review documents for clean room designation (.1); correspond with A&P team regarding designations (.1). |
| Rory Greiss | 06/23/20 | 1.80 | Conference call with P. Strassburger and B. Koch re: license provisions for potential P&S agreement (.7); prepare initial draft of license provisions (1.1). |
| Monique Boyce | 06/23/20 | 0.50 | Project Catalyst:  Review documents for clean team designations (.3); correspond with A&P team regarding designations (.2). |
| Monique Boyce | 06/25/20 | 0.30 | Project Catalyst:  Review documents for clean room designations (.2); correspond with A&P teams regarding designations (.1). |
| Monique Boyce | 06/26/20 | 0.80 | Project Catalyst:  Review documents for clean team designation (.4); correspond with A&P team regarding designations (.4). |
| Deborah L. Feinstein | 06/30/20 | 0.20 | Review and comment on agreement. |
| Deborah L. Feinstein | 06/30/20 | 0.20 | Call re: supply agreement with client. |
| Monique Boyce | 06/30/20 | 1.30 | Project Catalyst:  Meet with client to discuss competitive sensitivity of future product list document (.6); review documents for clean team designation (.4); correspond with A&P team regarding designations (.3). |

**Total Hours**                          **31.00**

August 5, 2020                                                            Invoice # 30115061

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Deborah L. Feinstein | 7.00 | 1,350.00 | 9,450.00 |
| Rory Greiss | 4.00 | 1,180.00 | 4,720.00 |
| Monique Boyce | 20.00 | 760.00 | 15,200.00 |
| **TOTAL** | **31.00** | | **29,370.00** |

**Total Current Amount Due**                                                **$24,964.50**

# Arnold&Porter

**Purdue Pharma L.P.**                                    August 5, 2020
**Attn: Phillip C. Strassburger**                    Invoice # 30115062
**Vice President & General Counsel**            EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**


Client/Matter # 1049218.00140

Project Windshield

20190002276


| | | |
|---|---|---|
| **For Legal Services Rendered through June 30, 2020** | $ | 6,136.00 |
| Discount: | | <u>-920.40</u> |
| **Fee Total** | | 5,215.60 |
| **Total Amount Due** | $ | <u>5,215.60</u> |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                          Arnold & Porter Kaye Scholer LLP
                                          P.O. Box 759451
                                          Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 5, 2020                                                                    Invoice # 30115062

**(1049218.00140)**
Project Windshield

Legal Services:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 06/25/20 | 0.60 | Review executed Windshield term sheet for nalmefene injector in preparation for call. |
| Rory Greiss | 06/26/20 | 3.50 | Review slides re: potential development agreement in preparation for call with P. Strassburger, H. Huang and R. Kreppel (.5); conference call with P. Strassburger; H. Huang and R. Kreppel re: preparation of term sheet for development of product (.8); begin drafting term sheet for transaction (2.2). |
| Rory Greiss | 06/29/20 | 1.10 | Finalize draft term sheet (1.0); send to P. Strassburger and H. Huang for review (.1). |

**Total Hours**                              **5.20**

Legal Services-Attorney Summary

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 5.20 | 1,180.00 | 6,136.00 |
| **TOTAL** | **5.20** | | **6,136.00** |

**Total Current Amount Due**                                        **$5,215.60**

Page 1

# Arnold&Porter

Purdue Pharma L.P.                                        August 5, 2020
Attn: Philip Strassburger                        Invoice # 30115063
Vice President and General Counsel                    EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431

Client/Matter # 1049218.00148

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| For Legal Services Rendered through June 30, 2020 | $ | 12,791.00 |
| Discount: | | -1,918.65 |
| Fee Total | | 10,872.35 |
| Total Amount Due | $ | 10,872.35 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 5, 2020                                                                                    Invoice # 30115063

**(1049218.00148)**
**Retention and Fee Applications**


**Legal Services:**


| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rosa J. Evergreen | 06/01/20 | 0.50 | Review and revise April fee statement (.3); communication with D. Reddix re same and filing (.2). |
| Darrell B. Reddix | 06/01/20 | 1.50 | Finalize eighth monthly fee statement, including exhibits (1.2); prepare same for filing (.2); serve same (.1). |
| Anthony D. Boccanfuso | 06/01/20 | 0.50 | Internal correspondence with A&P team regarding filing monthly fee statement. |
| Rosa J. Evergreen | 06/04/20 | 0.30 | Review procedures re fee application deadlines (.2); communicate with R. Greiss on same (.1). |
| Rosa J. Evergreen | 06/05/20 | 0.30 | Review, analyze fee application deadlines (.2); communicate with D. Reddix on same (.1). |
| Darrell B. Reddix | 06/05/20 | 1.50 | Draft ninth monthly fee statement, including exhibits . |
| Rory Greiss | 06/08/20 | 1.20 | Preliminary review of Fee Examiner's Interim Report on A&P Interim Fee Application (.7); correspondence with R. Evergreen re: same (.5). |
| Rosa J. Evergreen | 06/08/20 | 0.50 | Review communications from fee examiner.    . |
| Darrell B. Reddix | 06/08/20 | 2.30 | Draft ninth monthly fee statement, including exhibits. |
| Rory Greiss | 06/10/20 | 1.40 | Complete review of Fee Examiner's Interim Report (.7); discuss with R. Evergreen and E. Rothman (.7). |
| Rosa J. Evergreen | 06/10/20 | 0.50 | Review of fee examiner inquiry (.4); communicate with R. Greiss on same (.1). |
| Rory Greiss | 06/11/20 | 1.40 | Review Fee Examiner's Report and attachments in preparation for telephone conference with Fee Examiner (.8); call with D. Klauder and T. Bielli to discus report and suggested adjustments (.6). |
| Rosa J. Evergreen | 06/15/20 | 0.30 | Review fee application communications (.2); analyze, revise Ledes request (.1). |
| Rosa J. Evergreen | 06/16/20 | 0.40 | Review, analyze M. Pera email and interim fee schedule (.2); review monthly fee request (.2). |
| Darrell B. Reddix | 06/16/20 | 0.50 | Organize LEDES format of invoices in preparation for sharing with Trustee. (.3); review case docket to obtain monthly fee report status (.2). |
| Rory Greiss | 06/20/20 | 0.30 | Review correspondence from Fee Examiner (.2); correspondence re same with E. Rothman and R. Evergreen (.1). |
| Rosa J. Evergreen | 06/20/20 | 0.20 | Review retention and fee examiner communication. |

August 5, 2020                                                                        Invoice # 30115063

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ginger Clements | 06/22/20 | 0.10 | Correspond with D. Reddix re invoice review. |
| Rosa J. Evergreen | 06/23/20 | 0.30 | Review interim fee application order. |
| Rosa J. Evergreen | 06/24/20 | 0.30 | Review A&P invoices (.2); review communications re submission of order (.1). |
| Ginger Clements | 06/30/20 | 1.90 | Review, analyze invoices re compliance with U.S. Trustee guidelines. |
| Rosa J. Evergreen | 06/30/20 | 0.20 | Correspond with A&P team re status of fee statement. |
| Darrell B. Reddix | 06/30/20 | 0.30 | Draft ninth monthly fee statement, including exhibits. |
| **Total Hours** | | **16.70** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 3.80 | 950.00 | 3,610.00 |
| Rory Greiss | 4.30 | 1,180.00 | 5,074.00 |
| Ginger Clements | 2.00 | 700.00 | 1,400.00 |
| Anthony D. Boccanfuso | 0.50 | 595.00 | 297.50 |
| Darrell B. Reddix | 6.10 | 395.00 | 2,409.50 |
| **TOTAL** | **16.70** | | **12,791.00** |

**Total Current Amount Due**                                                          **$10,872.35**