**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY  10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
                                                                :
In re:                                                          :       Chapter 11
                                                                :
PURDUE PHARMA L.P., *et al.*,                                   :       Case No. 19-23649 (RDD)
                                                                :
                                        Debtors[1].             :       (Jointly Administered)
                                                                :
---------------------------------------------------------------- X

**NINTH MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF JUNE 1, 2020 THROUGH JUNE 30, 2020**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Brown Rudnick LLP |
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | June 1, 2020 through June 30, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $111,596.00 |
| **Current Fee Request** | $89,276.80 (80% of $111,596.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $436.80 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $89,276.80 |
| **Total Fees and Expenses Inclusive of Holdback** | $112,032.80 |
| **This is a(n):**    _X_ Monthly Application    ___Interim Application    ___Final Application | |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Ninth Monthly Fee Statement (the "Fee Statement") for the period of June 1, 2020 through and including June 30, 2020 (the "Statement Period").

## Itemization of Services Rendered and Disbursements Incurred

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the project categories.  As reflected in Exhibit A, Brown Rudnick incurred $111,596.00 in fees during the Statement Period.  Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $89,276.80.

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,030.14.  The blended hourly rate of all paraprofessionals is $395.00.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $436.80 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "Allocation Fees").  To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application.   Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

## Notice

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated:  August 7, 2020

Respectfully submitted,

BROWN RUDNICK LLP

/s/ *David J. Molton*

David J. Molton
Steven D. Pohl (admitted *pro hac vice*)
Seven Times Square
New York, New York 10019
Telephone:     (212) 209-4800
Facsimile:     (212) 209-4801
E-mail: dmolton@brownrudnick.com
        spohl@brownrudnick.com

*Co-Counsel to the Ad Hoc Committee of
Governmental and Other Contingent Litigation
Claimants*

**EXHIBIT A**

**SERVICES RENDERED BY**
**BROWN RUDNICK LLP**

**COMMENCING JUNE 1, 2020 THROUGH JUNE 30, 2020[†]**

**Summary of Fees Task Code**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 12.0 | $8,397.50 |
| 003 Assumption and Rejection of Leases and Contracts | 0.0 | $0.0 |
| 004 Business Operations | 8.1 | $7,888.00 |
| 005 Case Administration | 6.8 | $4,169.00 |
| 007 Claims Analysis | 30.0 | $28,953.50 |
| 008 Employment and Fee Applications | 15.3 | $6,853.50 |
| 009 Emergency Financing | 0.0 | $0.0 |
| 010 Litigation: Contested Matters and Adversary Proceedings | 6.7 | $8,110.00 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 27.6 | $32,986.50 |
| 014 Plan and Disclosure Statement | 14.1 | $14,238.00 |
| **Total** | **120.6** | **$111,596.00** |
| | | |
| 20% Fee Holdback | | **$22,319.20** |
| 80% of Fees | | **$89,713.60** |
| Plus Expenses | | **$436.80** |
| Requested Amount | | **$112,032.80** |

## EXHIBIT B

### SERVICES RENDERED BY
### BROWN RUDNICK LLP

### COMMENCING JUNE 1, 2020 THROUGH JUNE 30, 2020

### Summary of Hours and Fees by Professional

| Name of Professional | Position/Year Admitted to Practice/Department | 2020 Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Molton | Partner 1983 Bankruptcy & Corporate Restructuring | $1,405.00 | 25.5 | $35,827.50 |
| Steven D. Pohl | Partner 1989 Bankruptcy & Corporate Restructuring | $1,295.00 | 20.5 | $26,547.50 |
| Barbara J. Kelly | Counsel 1982 Corporate & Capital Markets | $1,060.00 | 9.4 | $9,964.00 |
| Nicole M. Bouchard | Partner 2005 Corporate & Capital Markets | $865.00 | 5.8 | $5,017.00 |
| Gerard T. Cicero | Associate 2015 Bankruptcy & Corporate Restructuring | $800.00 | 17.6 | $14,080.00 |
| Cyavash, N. Ahmadi | Associate 2014 Corporate & Capital Markets | $585.00 | 9.1 | $5,323.50 |
| Uriel Pinelo | Associate 2019 Bankruptcy & Corporate Restructuring | $545.00 | 12.8 | $6,976.00 |
| Wells, Kelcey C. | Paralegal Litigation | $395.00 | 1.5 | $592.50 |
| Alexandra M. Deering | Paralegal Bankruptcy & Corporate Restructuring | $395.00 | 18.4 | $7,268.00 |
| **Total Fees Requested** | | | **120.6** | **$111,596.00** |

## EXHIBIT C

**ACTUAL AND NECESSARY COSTS INCURRED BY
BROWN RUDNICK LLP**

## COMMENCING JUNE 1, 2020 THROUGH JUNE 30, 2020

| EXPENSE | AMOUNT |
|---|---|
| | |
| Court Call | $22.50 |
| Specialized Online Research | $89.00 |
| Pacer | $3.30 |
| Westlaw | $322.00 |
| **Total Expenses** | **$436.80** |

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6901556 |
| Date | Jul 14, 2020 |
| Client | 035843 |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through June 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0001 | COSTS | 0.00 | 436.80 | 436.80 |
| | **Total** | **0.00** | **436.80** | **436.80** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $436.80 |
| **Total Invoice** | **$436.80** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6901556
RE: COSTS                                                        Page 2
July 14, 2020

## C O S T   D E T A I L

| Date | Description | Value |
|------|-------------|-------|
| 06/01/20 | PACER | 2.10 |
| 06/01/20 | PACER | 0.20 |
| 06/01/20 | PACER | 1.00 |
| 06/03/20 | SPECIALIZED ONLINE RESEARCH SERVICES | 89.00 |
| 06/08/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| 06/08/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| 06/09/20 | COURT CALL - 03/27/20; VENDOR: DINERS CLUB; INVOICE#: 041420ADRC; DATE: 6/9/2020 | 22.50 |
| | **Total Costs** | **436.80** |

## C O S T   S U M M A R Y

| Description | Value |
|-------------|-------|
| SPECIALIZED ONLINE RESEARCH SERVICES | 89.00 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 322.00 |
| COURT CALL | 22.50 |
| PACER | 3.30 |
| **Total Costs** | **436.80** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6901556 |
| ATTN: DAVID MOLTON | Date | Jul 14, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS



Remittance

**Balance Due: $436.80**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
399 Park Avenue
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  6792734594

## EXHIBIT D

**Time Entries for Each Professional by Task Code (Invoice)**

63815420 v1

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6901558 |
| Date | Jul 14, 2020 |
| Client | 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through June 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0002 | ASSET ANALYSIS AND RECOVERY | 8,397.50 | 0.00 | 8,397.50 |
| 035843.0004 | BUSINESS OPERATIONS | 7,888.00 | 0.00 | 7,888.00 |
| 035843.0005 | CASE ADMINISTRATION | 4,169.00 | 0.00 | 4,169.00 |
| 035843.0007 | CLAIMS ANALYSIS | 28,953.50 | 0.00 | 28,953.50 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 6,853.50 | 0.00 | 6,853.50 |
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 8,110.00 | 0.00 | 8,110.00 |
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 32,986.50 | 0.00 | 32,986.50 |
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 14,238.00 | 0.00 | 14,238.00 |
| | **Total** | **111,596.00** | **0.00** | **111,596.00** |

| | |
|---|---|
| Total Current Fees | $111,596.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$111,596.00** |

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6901558 |
| Date | Jul 14, 2020 |
| Client | 035843 |

RE: ASSET ANALYSIS AND RECOVERY

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through June 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0002 | ASSET ANALYSIS AND RECOVERY | 8,397.50 | 0.00 | 8,397.50 |
| | **Total** | **8,397.50** | **0.00** | **8,397.50** |

| | |
|---|---|
| Total Current Fees | $8,397.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$8,397.50** |





PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6901558
July 14, 2020                                                   Page 3

RE: ASSET ANALYSIS AND RECOVERY

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 06/03/20 | AHMADI | WEEKLY AHC TAX GROUP CONFERENCE CALL RE: TAX PLANNING FOR EXIT FROM BANKRUPTCY | 1.80 | 1,053.00 |
| 06/11/20 | AHMADI | WEEKLY AHC TAX GROUP CONFERENCE CALL (.3); AHC GROUP SACKLER IAC DILIGENCE UPDATE CONFERENCE CALL (1.0) | 1.30 | 760.50 |
| 06/12/20 | KELLY | REVIEW KMPG DECK IN PREPARATION FOR AND JOIN TAX REPORTING SUMMARY PRESENTATION FROM KPMG REGARDING VARIOUS SCENARIOS FOR IAC PROCEEDS | 1.00 | 1,060.00 |
| 06/12/20 | KELLY | AHC TAX CALL ON UPDATED INFORMATION REGARDING WORK ON IAC SALES | 0.30 | 318.00 |
| 06/12/20 | AHMADI | KPMG TAX MODELING CONFERENCE CALL | 1.00 | 585.00 |
| 06/15/20 | AHMADI | AD HOC COMMITTEE ALLOCATION SUBCOMMITTEE CONFERENCE CALL | 0.50 | 292.50 |
| 06/17/20 | AHMADI | AHC WEEKLY CLIENT UPDATE CONFERENCE CALL, TAX | 1.00 | 585.00 |
| 06/18/20 | KELLY | AHC TAX GROUP CALL TO REVIEW PROPOSED SECTION 162(F) TREASURY REGULATIONS FOR TAX BENEFIT | 0.50 | 530.00 |
| 06/18/20 | AHMADI | PURDUE AHC TAX GROUP WEEKLY CONFERENCE CALL | 0.50 | 292.50 |
| 06/22/20 | AHMADI | WEEKLY CLIENT CONFERENCE CALL | 1.20 | 702.00 |
| 06/23/20 | AHMADI | WEEKLY CONFERENCE CALL WITH NON-STATE GROUP | 0.70 | 409.50 |
| 06/24/20 | KELLY | TAX ANALYSIS: JOIN FA FINANCIAL UPDATE CALL TO PRESENT DECK ON HOLD/SELL FOR STRUCTURING RECOMMENDATION (.8); REVIEW FA DECK ON VALUATION (.3) | 1.10 | 1,166.00 |
| 06/29/20 | AHMADI | AHC ALLOCATION SUBCOMMITTEE CONFERENCE CALL (.8); AHC TAX GROUP CONFERENCE CALL (.3) | 1.10 | 643.50 |
| **Total Hours and Fees** | | | **12.00** | **8,397.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| BARBARA J. KELLY | 2.90 | hours at | 1,060.00 | 3,074.00 |
| CYAVASH N. AHMADI | 9.10 | hours at | 585.00 | 5,323.50 |
| **Total Fees** | | | | **8,397.50** |

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6901558 |
| Date | Jul 14, 2020 |
| Client | 035843 |

RE: BUSINESS OPERATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through June 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0004 | BUSINESS OPERATIONS | 7,888.00 | 0.00 | 7,888.00 |
| | **Total** | **7,888.00** | **0.00** | **7,888.00** |

| | |
|---|---|
| Total Current Fees | $7,888.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$7,888.00** |



RE: BUSINESS OPERATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 06/02/20 | CICERO | PREPARE FOR, SET UP AND ATTEND DR. BRENKUS MEETING WITH UCC AND NCSG RE: HRT/NALOXONE MOTION BY THE DEBTORS | 1.50 | 1,200.00 |
| 06/09/20 | CICERO | COORDINATE AND ATTEND PORTIONS OF DR. BRENKUS CALL RE: HRT MOTION WITH AHC MEMBERS | 0.70 | 560.00 |
| 06/11/20 | CICERO | ATTEND CALL RE: DILIGENCE AND BUSINESS OPERATIONS UPDATE WITH FTI CONSULTING AND PARTICIPATE IN SAME | 1.10 | 880.00 |
| 06/22/20 | CICERO | ATTEND BUSINESS PLAN AND VALUATION PRESENTATION BY DEBTORS' FINANCIAL ADVISORS | 1.10 | 880.00 |
| 06/22/20 | POHL | REVIEW AND COMMENTS TO  FTI AND HL'S SUM OF PARTS VALUATION AND TOTAL VALUATIONS SCENARIOS | 0.60 | 777.00 |
| 06/22/20 | POHL | ATTEND COMPANY BUSINESS PLAN PRESENTATION | 0.90 | 1,165.50 |
| 06/22/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN DEBTOR PRESENTATION OF PURDUE BUSINESS UPDATE | 1.10 | 1,545.50 |
| 06/23/20 | CICERO | ATTEND HRT HEARING IN CONNECTION WITH NON-STATE MEMBER'S OF AHC'S SUPPORT OF THE RELIEF REQUESTED AND IN ORDER TO ACCURATELY REPORT SUCH RESULTS TO NON-STATE MEMBERS DURING NON-STATE UPDATE AND STRATEGY CALL | 1.10 | 880.00 |
| **Total Hours and Fees** | | | **8.10** | **7,888.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|--|------|-------|
| STEVEN POHL | 1.50 | hours at | 1,295.00 | 1,942.50 |
| DAVID J. MOLTON | 1.10 | hours at | 1,405.00 | 1,545.50 |
| GERARD T. CICERO | 5.50 | hours at | 800.00 | 4,400.00 |
| **Total Fees** | | | | **7,888.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6901558 |
| Date | Jul 14, 2020 |
| Client | 035843 |

RE: CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through June 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 4,169.00 | 0.00 | 4,169.00 |
| | **Total** | **4,169.00** | **0.00** | **4,169.00** |

| | |
|---|---|
| Total Current Fees | $4,169.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$4,169.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
July 14, 2020

Invoice 6901558
Page 8

RE: CASE ADMINISTRATION

# TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/20 | DEERING | REVIEW AND CIRCULATE TO TEAM PLEADINGS FILED ON 6.2.20 | 0.50 | 197.50 |
| 06/02/20 | DEERING | REVIEW AND CIRCULATE TO TEAM PLEADINGS FILE ON 6.2.20 AND CIRCULATE TO TEAM | 0.50 | 197.50 |
| 06/03/20 | DEERING | REVIEW PLEADINGS FILED ON 6.3.20 | 0.50 | 197.50 |
| 06/05/20 | DEERING | REVIEW AND CIRCULATE TO TEAM PLEADINGS FILED ON 6.5.20 | 0.50 | 197.50 |
| 06/09/20 | PINELO | REVIEW 2019 STATEMENT BY AD HOC GROUP OF SELF-FUNDED HEALTH PLANS (.2); FORWARD TO GILBERT LLP (.1) | 0.30 | 163.50 |
| 06/15/20 | DEERING | REVIEW AND CIRCULATE TO TEAM PLEADINGS FILED ON 6.15.20 | 0.50 | 197.50 |
| 06/16/20 | POHL | REVIEW CLIENT UPDATES AND RECENT FILINGS | 0.70 | 906.50 |
| 06/17/20 | DEERING | REVIEW AND CIRCULATE TO TEAM DOCKET FROM 6.17.20 | 0.50 | 197.50 |
| 06/23/20 | DEERING | REVIEW AND CIRCULATE TO TEAM PLEADINGS AND UPDATE CASE CALENDAR | 0.40 | 158.00 |
| 06/24/20 | DEERING | REVIEW AND CIRCULATE TO TEAM PLEADINGS FILED ON 6.24.20 | 0.50 | 197.50 |
| 06/25/20 | DEERING | REVIEW AND CIRCULATE TO TEAM DOCKET FROM 6.25.20 | 0.60 | 237.00 |
| 06/26/20 | MOLTON | PARTICIPATE IN INTERNAL CALL WITH TEAM RE GOING FORWARD TASKS AND OUTSTANDING DELIVERABLES | 0.80 | 1,124.00 |
| 06/30/20 | DEERING | REVIEW AND CIRCULATE PLEADINGS FILED ON 6.30.20 | 0.50 | 197.50 |
| | **Total Hours and Fees** | | **6.80** | **4,169.00** |

# TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| STEVEN POHL | 0.70 | hours at | 1,295.00 | 906.50 |
| DAVID J. MOLTON | 0.80 | hours at | 1,405.00 | 1,124.00 |
| ALEXANDRA M. DEERING | 5.00 | hours at | 395.00 | 1,975.00 |
| URIEL PINELO | 0.30 | hours at | 545.00 | 163.50 |
| **Total Fees** | | | | **4,169.00** |

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6901558 |
| Date | Jul 14, 2020 |
| Client | 035843 |

RE: CLAIMS ANALYSIS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through June 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0007 | CLAIMS ANALYSIS | 28,953.50 | 0.00 | 28,953.50 |
| | **Total** | **28,953.50** | **0.00** | **28,953.50** |

| | |
|---|---|
| Total Current Fees | $28,953.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$28,953.50** |



RE: CLAIMS ANALYSIS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 06/01/20 | MOLTON | ATTENTION TO BAR DATE MOTION | 0.50 | 702.50 |
| 06/02/20 | MOLTON | ATTENTION TO BAR DATE EXTENSION ISSUES; COMMUNICATE WITH MEMBERS RE SAME | 0.80 | 1,124.00 |
| 06/03/20 | PINELO | CALL W/ EDELSON PC RE POC FILING PROCESS FOR GOVERNMENTAL CLAIMANTS | 0.40 | 218.00 |
| 06/03/20 | PINELO | REVISE CONSOLIDATED CLAIM FORMS PER A. ARNOLD EDITS (1.4); REVISE CONSOLIDATED CLAIM FORMS PER J. RICE EDITS (.7); CIRCULATE REVISED DRAFTS TO G. CICERO (.2) | 2.30 | 1,253.50 |
| 06/03/20 | POHL | HEARING ON EXTENDING BAR DATE | 2.50 | 3,237.50 |
| 06/03/20 | MOLTON | ATTEND (BY TELECONFERENCE) BAR DATE EXTENSION HEARING BEFORE DRAIN J | 1.50 | 2,107.50 |
| 06/04/20 | PINELO | DRAFT FINAL CONSOLIDATED CLAIM COVER LETTER (.7); FINALIZE FINAL CONSOLIDATED CLAIM FORMS (1.0); DRAFT COVER EMAIL AND FORWARD TO G. CICERO (.4) | 2.10 | 1,144.50 |
| 06/08/20 | PINELO | FINALIZE ADDENDUM TEMPLATE TO GOVERNMENTAL POC FORM (1.3); DRAFT EMAIL RE ADDENDUM TO GOVERNMENTAL POC TO EDELSON PC (.3) | 1.60 | 872.00 |
| 06/10/20 | PINELO | PARTICIPATE IN CALL WITH NON-STATE MEMBERS OF AHC RE: POC CONSOLIDATED CLAIM PROCESS | 0.30 | 163.50 |
| 06/10/20 | MOLTON | ATTENTION TO RESPONSE TO INDEPENDENT SCHOOL BOARD CLASS CLAIM APPROVAL MOTION | 1.80 | 2,529.00 |
| 06/12/20 | CICERO | REVIEW AND CIRCULATE TO TEAM  CLASS ACTION OBJECTION. | 0.40 | 320.00 |
| 06/12/20 | MOLTON | ATTENTION TO OPPOSITION TO INDEPENDENT SCHOOLS CLASS CERTIFICATION MOTION; PARTICIPATE IN CONFERENCE CALL WITH DEBTORS, AHC, NCSG AND MGE RE SAME | 2.10 | 2,950.50 |
| 06/13/20 | CICERO | ATTEND CALL RE: RESPONSE TO CLASS CLAIMS OBJECTION | 1.50 | 1,200.00 |
| 06/15/20 | CICERO | REVIEW CLASS CLAIMS OBJECTION FROM AHC (.3); CALL WITH DEBTORS RE: SAME (.3) | 0.60 | 480.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                Invoice 6901558
July 14, 2020                                                                      Page 12

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 06/15/20 | PINELO | CALL W/ COUNSEL TO CITY OF COLUMBUS, OHIO RE POC PROCESS (.3); CALL W/ NEBLETT, BEARD AND ARSENAULT RE POC SUBMISSION PROCESS (.2); CALL W/ COUNSEL TO GEORGIA MUNICIPALITIES RE POC PROCESS (.4) | 0.90 | 490.50 |
| 06/15/20 | MOLTON | CONTINUED COMMENTS AND ATTENTION TO DRAFTING OPPOSITION TO IPS CLASS CERT MOTION (.7); CALLS WITH CO-COUNSEL AND NSCG RE: SAME (.5) | 1.30 | 1,826.50 |
| 06/15/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH DEBTOR AND GOVERNMENTAL ENTITY GROUPS RE OPPOSITION TO CLASS CERT MOTION BY INDEPENDENT SCHOOL BOARDS | 0.50 | 702.50 |
| 06/16/20 | PINELO | REVISE CONSOLIDATED CLAIM FORMS PER CO-COUNSEL COMMENTS AND AHC MEMBERS COMMENTS (1.7); CIRCULATE REVISED FORMS TO G. CICERO (.3); REVISE CONSENT FORM PER G. CICERO (.3); REVISE CONSENT FORM PER G. CICERO COMMENTS AND CIRCULATE REVISED FORMS TO AD HOC COMMITTEE COUNSEL (.7) | 2.70 | 1,471.50 |
| 06/17/20 | PINELO | REVISE DRAFT FOR FINAL CONSOLIDATED CLAIM FORMS AND CIRCULATE TO AD HOC COMMITTEE COUNSEL (.7); REVISE FORMS PER S. POHL COMMENTS (.4); FINALIZE CONSOLIDATED CLAIM FORMS (.7) | 1.80 | 981.00 |
| 06/17/20 | POHL | REVIEW MATERIALS RECEIVED IN RESPECT OF PROOF OF CLAIMS QUESTIONS AND CONSOLIDATED PROOFS OF CLAIMS UNDER BAR DATE ORDER | 0.50 | 647.50 |
| 06/17/20 | POHL | REVIEW PLEADING RE: SCHOOL DISTRICTS CLASS CLAIMS MOTION AND COMMENT ON STRATEGY TO INTERNAL TEAM RE: SAME | 0.70 | 906.50 |
| 06/17/20 | MOLTON | REVIEW AND COMMENT ON JOINT GOVERNMENT OBJECTION TO IPS CLASS CLAIM APPROVAL MOTION | 0.80 | 1,124.00 |
| 06/18/20 | POHL | REVIEW AND COMMENTS TO DRAFT OBJECTION TO CLASS CLAIMS MOTION | 0.20 | 259.00 |
| 06/18/20 | MOLTON | STRATEGY EMAIL AND REVIEW OF CORRESPONDENCE RE: STATUS OF IPS CLASS MOTION | 0.50 | 702.50 |
| 06/23/20 | DEERING | FILE SUMMIT COUNTY CHILDRENS SERVICES PROOF OF CLAIM | 0.50 | 197.50 |
| 06/25/20 | PINELO | CALL W/ G. GOTTO RE POC ADDENDUMS (.2); CIRCULATE POC ADDENDUM AND CONSOLIDATED CLAIM FORM TO G. GOTTO (.2) | 0.40 | 218.00 |
| 06/25/20 | MOLTON | FOLLOW-UP ON STATUS OF CONSOLIDATED PROOF OF CLAIM ISSUES | 0.80 | 1,124.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
July 14, 2020

Invoice 6901558
Page 13

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| | **Total Hours and Fees** | | **30.00** | **28,953.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 3.90 | hours at | 1,295.00 | 5,050.50 |
| DAVID J. MOLTON | 10.60 | hours at | 1,405.00 | 14,893.00 |
| GERARD T. CICERO | 2.50 | hours at | 800.00 | 2,000.00 |
| ALEXANDRA M. DEERING | 0.50 | hours at | 395.00 | 197.50 |
| URIEL PINELO | 12.50 | hours at | 545.00 | 6,812.50 |
| **Total Fees** | | | | **28,953.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brown rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | | |
|---|---|---|
| Invoice | 6901558 |
| Date | Jul 14, 2020 |
| Client | 035843 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through June 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 6,853.50 | 0.00 | 6,853.50 |
| | **Total** | **6,853.50** | **0.00** | **6,853.50** |

| | |
|---|---|
| Total Current Fees | $6,853.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$6,853.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
July 14, 2020

Invoice 6901558
Page 15

RE: EMPLOYMENT AND FEE APPLICATIONS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 06/04/20 | DEERING | DRAFT 8TH MONTHLY FEE STATEMENT | 1.40 | 553.00 |
| 06/11/20 | WELLS | REVIEW, REVISE AND FILE 7TH MONTHLY FEE STATEMENT | 1.50 | 592.50 |
| 06/16/20 | DEERING | EMAILS WITH BILLING AND G. CICERO AND S. POHL RE SECOND INTERIM FEE APPLICATION | 0.30 | 118.50 |
| 06/16/20 | DEERING | DRAFT SECOND INTERIM FEE APPLICATION | 1.50 | 592.50 |
| 06/17/20 | DEERING | DRAFT RESPONSE TO FEE EXAMINER OBJECTIONS (1.0) AND EMAILS WITH G. CICIERO AND S. POHL RE SAME (.6) | 1.60 | 632.00 |
| 06/18/20 | DEERING | REVIEW MAY 2020 MONTHLY FEE STATEMENT AND EMAILS WITH G. CICERO AND S. POHL RE SAME | 0.30 | 118.50 |
| 06/18/20 | POHL | COMMITTEE PROFESSIONALS CALL RE FEE EXAMINER REPORTS AND RESPONSES | 0.90 | 1,165.50 |
| 06/18/20 | DEERING | PREPARE 8TH MONTHLY FEE STATEMENT FOR REVIEW (.2); REVIEW S. POHL AND G. CICIERO COMMENTS (.4); CIRCULATE TO L. YANICKE FOR EDITS (.2); AND EMAILS RE SAME (.3) | 1.10 | 434.50 |
| 06/22/20 | DEERING | REVIEW OBJECTION DEADLINE RE 7TH MONTHLY FEE STATEMENT AND EMAIL TO BR TEAM RE SAME | 0.30 | 118.50 |
| 06/23/20 | DEERING | REVISE MAY 2020 MONTHLY FEE STATEMENT AND CIRCULATE TO TEAM | 0.50 | 197.50 |
| 06/23/20 | DEERING | CIRCULATE DRAFT FEE STATEMENT FOR MAY 2020 TO KRAMER LEVIN | 0.20 | 79.00 |
| 06/26/20 | DEERING | DRAFT AND SEND EMAILS RE SECOND INTERIM FEE APPLICATION | 0.30 | 118.50 |
| 06/26/20 | DEERING | DRAFT SECOND INTERIM FEE APPLICATION | 2.00 | 790.00 |
| 06/29/20 | DEERING | DRAFT SECOND INTERIM FEE APPLICATION | 3.00 | 1,185.00 |
| 06/29/20 | DEERING | REVIEW INTERIM COMPENSATION ORDER RE DEADLINE TO FILE SECOND INTERIM FEE APPLTICATION | 0.40 | 158.00 |
| | **Total Hours and Fees** | | **15.30** | **6,853.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 0.90 | hours at | 1,295.00 | 1,165.50 |

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6901558
July 14, 2020                                                                                      Page 16

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| KELCEY C. WELLS | 1.50 | hours at | 395.00 | 592.50 |
| ALEXANDRA M. DEERING | 12.90 | hours at | 395.00 | 5,095.50 |
| **Total Fees** | | | | **6,853.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6901558 |
| ATTN: DAVID MOLTON | Date | Jul 14, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY
PROCEEDINGS, AND AUTOMATIC STAY

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through June 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 8,110.00 | 0.00 | 8,110.00 |
| | **Total** | **8,110.00** | **0.00** | **8,110.00** |

| | |
|---|---|
| Total Current Fees | $8,110.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$8,110.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6901558
July 14, 2020                                                                                                    Page 18

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 06/01/20 | POHL | CALL RE: SCHOOL DISTRICT CLAIMS CLASS CLAIM MOTION | 0.50 | 647.50 |
| 06/02/20 | POHL | PARTICIPATE IN OMNIBUS HEARING PREPARATION CALL WITH AHC COUNSEL | 1.10 | 1,424.50 |
| 06/02/20 | POHL | REVIEW LETTERS AND FILINGS MADE IN BANKRUPTCY COURT IN RESPECT OF SACKLER DISCOVERY ISSUES | 0.20 | 259.00 |
| 06/02/20 | MOLTON | FOLLOW-UP RE DR. BRENKUS INTERVIEW BY NCSG AND MSG REGARDING HRT/NALOXONE MOTION | 0.60 | 843.00 |
| 06/08/20 | CICERO | COMMUNICATIONS TO DOJ RE: DISCOVERY RELATED TO SACKLERS AND LETTERS RE: DISCOVERY DISPUTES RE: SAME | 0.70 | 560.00 |
| 06/09/20 | POHL | PARTICIPATE IN COMMITTEE CALL WITH DR. BRENKUS RE: SUPPORT OF HRT/NALOXONE MOTION | 0.50 | 647.50 |
| 06/11/20 | POHL | PARTICIPATE IN AHC SUBCOMMITTEE CALL REGARDING DILIGENCE AND RELATED FILINGS AND LITIGATION IN RESPECT OF SACKLER DISCOVERY DISPUTES | 1.00 | 1,295.00 |
| 06/23/20 | POHL | PARTICIPATE IN HEARING UPDATE TO COMMITTEE ON HRT PROGRAM | 0.30 | 388.50 |
| 06/23/20 | MOLTON | PARTICIPATE IN OMNIBUS COURT HEARING BEFORE JUDGE DRAIN | 1.00 | 1,405.00 |
| 06/27/20 | CICERO | REVIEW R. 2004 MOTION FROM NCSG ISSUES AND STRATEGY RE: SAME | 0.80 | 640.00 |
| | **Total Hours and Fees** | | **6.70** | **8,110.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|-----|------|-------|
| STEVEN POHL | 3.60 | hours at | 1,295.00 | 4,662.00 |
| DAVID J. MOLTON | 1.60 | hours at | 1,405.00 | 2,248.00 |
| GERARD T. CICERO | 1.50 | hours at | 800.00 | 1,200.00 |
| **Total Fees** | | | | **8,110.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6901558 |
| Date | Jul 14, 2020 |
| Client | 035843 |

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC
COMMITTEE & CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through June 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 32,986.50 | 0.00 | 32,986.50 |
| | **Total** | **32,986.50** | **0.00** | **32,986.50** |

| | |
|---|---|
| Total Current Fees | $32,986.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$32,986.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6901558
July 14, 2020                                                                                                      Page 20

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 06/01/20 | CICERO | RECEIVE AND RETURN CALLS WITH GROUPS OF MUNCIPALITIES RE: PROOFS OF CLAIM AND BAR DATE QUESTIONS | 1.70 | 1,360.00 |
| 06/01/20 | POHL | COMMENTS TO UPDATE EMAILS TO NON-STATE MEMBERS OF AHC RE: CASE STATUS UPDATES | 0.50 | 647.50 |
| 06/02/20 | CICERO | LEAD NON-STATE MEMBER UPDATE CALL AHEAD OF 6.3.2020 HEARING AND ATTEND TO AGENDA ITEMS RE: SAME | 0.20 | 160.00 |
| 06/02/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN ALL COUNSEL CALL RE VARIOUS CASE ISSUES INCLUDING HRT MOTIO0N, BUSINESS OPERATIONS AND VALUATIONS | 0.90 | 1,264.50 |
| 06/03/20 | CICERO | ATTEND COMMITTEE MEETING (.8); EMAILS AND CORRESPONDENCE RE: HEARING UPDATE (.6) | 1.40 | 1,120.00 |
| 06/03/20 | POHL | PARTICIPATE IN WEEKLY AD HOC COMMITTEE CALL | 1.50 | 1,942.50 |
| 06/03/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN WEEKLY AHC CALL | 2.00 | 2,810.00 |
| 06/08/20 | CICERO | CALLS WITH MUNICIPALITIES REPRESENTATIVES RE: BAR DATE ISSUES (.6); ATTEND CALL WITH COMMITTEE MEMBERS RE: STATUS UPDATES (.4) | 1.00 | 800.00 |
| 06/09/20 | POHL | REVIEW UPDATE EMAIL MEMO TO CLIENTS AND FOLLOW UP WITH CO-COUNSEL RE: SAME | 0.60 | 777.00 |
| 06/09/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN UPDATE CALL WITH DOJ | 0.80 | 1,124.00 |
| 06/12/20 | POHL | PARTICIPATE IN WEEKLY NON STATES CALL | 0.40 | 518.00 |
| 06/12/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN WEEKLY NON-STATE AHC MEMBER CALL | 0.80 | 1,124.00 |
| 06/17/20 | CICERO | PREPARE FOR FULL AHC CALL AND STRATEGY RE: AGENDA ISSUES THAT BR NEEDED TO ADDRESS (3); ATTEND FULL AHC COMMITTEE CONFERENCE CALL (1.0) | 1.30 | 1,040.00 |
| 06/17/20 | POHL | ATTEND WEEKLY FULL AHC COMMITTEE CALL | 1.00 | 1,295.00 |
| 06/17/20 | POHL | REVIEW CLIENT UPDATES | 0.40 | 518.00 |
| 06/18/20 | POHL | REVIEW COMMITTEE UPDATES | 0.50 | 647.50 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
July 14, 2020

Invoice 6901558
Page 21

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 06/22/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN ZOOM VIDEO MEETING WITH DOJ/SDNY RE CASE/PLAN ISSUES | 2.10 | 2,950.50 |
| 06/23/20 | CICERO | PREPARE AGENDA FOR AND PREPARE FOR NON-STATE UPDATE CALL (.4) ATTEND AND LEAD PORTIONS OF NONSTATE UPDATE CALL (.8) | 1.20 | 960.00 |
| 06/23/20 | POHL | PARTICIPATE IN BI-WEEKLY NON STATES UPDATE CALL | 0.70 | 906.50 |
| 06/23/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN BI-WEEKLY AHC NON-STATE MEMBERS CALL | 0.80 | 1,124.00 |
| 06/24/20 | CICERO | PREPARE FOR AND ATTEND FULL AHC COMMITTEE AND COUNSEL UPDATE AND STRATEGY CALL | 1.30 | 1,040.00 |
| 06/24/20 | POHL | ATTEND WEEKLY COMMITTEE CALL | 1.50 | 1,942.50 |
| 06/24/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN WEEKLY AHC MEETING/CONFERENCE | 1.70 | 2,388.50 |
| 06/26/20 | POHL | REVIEW CLIENT UPDATES AND COMMENTS RE SAME | 1.00 | 1,295.00 |
| 06/30/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN PRESENTATION TO GOVERNMENTAL CREDITORS RE PLAN AND BANKRUPTCY ISSUES | 2.30 | 3,231.50 |
| | **Total Hours and Fees** | | **27.60** | **32,986.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| STEVEN POHL | 8.10 | hours at | 1,295.00 | 10,489.50 |
| DAVID J. MOLTON | 11.40 | hours at | 1,405.00 | 16,017.00 |
| GERARD T. CICERO | 8.10 | hours at | 800.00 | 6,480.00 |
| **Total Fees** | | | | **32,986.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6901558 |
| Date | Jul 14, 2020 |
| Client | 035843 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through June 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 14,238.00 | 0.00 | 14,238.00 |
| | **Total** | **14,238.00** | **0.00** | **14,238.00** |

| | |
|---|---|
| Total Current Fees | $14,238.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$14,238.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
July 14, 2020

Invoice 6901558
Page 23

RE: PLAN AND DISCLOSURE STATEMENT

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 06/03/20 | BOUCHARD | LEGAL RESEARCH RE: POTENTIAL TAX IMPLICATIONS ASSOCIATED WITH PLAN STRUCTURE | 3.10 | 2,681.50 |
| 06/04/20 | BOUCHARD | LEGAL RESEARCH RE: TAX ASPECTS OF PLAN | 2.70 | 2,335.50 |
| 06/04/20 | KELLY | REVIEW LATEST ABATEMENT TERM SHEET FOR TRUST STRUCTURING (1.); SUMMARIZE PLRS IN COMPARABLE COMPLEX CASE FOR APPLICATION TO PPLP (1.2); CALL WITH AHC TAX GROUP TO REVIEW 4 ISSUES INCLUDING TRUST STRUCTURES; TAX EXEMPT STRUCTURES; PRIVATE LETTER RULINGS (.5); SUMMARIZE AHC TAX CALL FOR BR BANKRUPTCY TEAM (.4) | 3.10 | 3,286.00 |
| 06/16/20 | KELLY | RESPOND TO INCOMING CORRESPONDENCE ON ABATEMENT AND TAX DEDUCTION FOR RESTITUTION (,6); REVIEW NEW PROPOSED TAX REG ON SAME (.6); CORRESPOND WITH KL TAX RE SAME TAX ISSUE (.3); REVIEW TAX EMAIL FROM KPMG ON TAX DEDUCTION.(.2) | 1.70 | 1,802.00 |
| 06/30/20 | KELLY | JOIN BANKRUPTCY CONSIDERATIONS PRESENTATION TO NOTE STRUCTURING, OWNERSHIP AND TAX CONSIDERATIONS (1.5); REVIEW INCOMING CORRESPONDENCE RE RESTITUTION DEDUCTION (.2) | 1.70 | 1,802.00 |
| 06/30/20 | POHL | COMMITTEE CALL RE: PLAN STRUCTURE ISSUES | 1.80 | 2,331.00 |
| | **Total Hours and Fees** | | **14.10** | **14,238.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| STEVEN POHL | 1.80 | hours at | 1,295.00 | 2,331.00 |
| NICOLE M. BOUCHARD | 5.80 | hours at | 865.00 | 5,017.00 |
| BARBARA J. KELLY | 6.50 | hours at | 1,060.00 | 6,890.00 |
| **Total Fees** | | | | **14,238.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brownrudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6901558 |
| ATTN: DAVID MOLTON | Date | Jul 14, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES



Remittance

**Balance Due: $111,596.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
399 Park Avenue
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 6792734594