**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF EIGHTH MONTHLY FEE STATEMENT OF
JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JUNE 1, 2020 THROUGH JUNE 30, 2020**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | June 1, 2020 through June 30, 2020 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $19,855.00 |

This is a(n):   monthly  x    interim  __    final application  __

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**EIGHTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
**June 1, 2020 through June 30, 2020**

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 38.0 |
| 2 | Sale Process | 2.0 |
| 3 | Creditor Communication | 64.0 |
| 4 | Debtor Communication | 6.0 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence | 216.0 |
| 10 | Business Plan | - |
| 11 | Case Strategy | 18.5 |
| **Total** | | **344.5** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-head/Managing Director, Debt Advisory & Restructuring | 40.0 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 11.5 |
| Jaspinder Kanwal | Vice President, Debt Advisory & Restructuring | 45.0 |
| Ben Troester | Associate, Debt Advisory & Restructuring | 69.5 |
| Kevin Chen | Analyst, Debt Advisory & Restructuring | 91.5 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 30.0 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 18.0 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 11.5 |
| Connor Hattersley | Analyst, Global Healthcare Investment Banking | 27.5 |
| **Total** | | **344.5** |

**EIGHTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**June 1, 2020 through June 30, 2020**

| Category | June 2020 |
| --- | ---: |
| Meals | $- |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 19,855.00 |
| General | - |
| **Total Expenses** | **$19,855.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**EIGHTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JUNE 1, 2020 THROUGH JUNE 30, 2020**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from June 1, 2020 through June 30, 2020 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $19,855.00. In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4. On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2] A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5. On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Retention Application.

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6.     On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7.     By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from June 1, 2020 through June 30, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $19,855.00.

3

8.     All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee.  Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order.  Such time records are attached hereto as Exhibit A.

9.     The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters.  Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

**Actual and Necessary Expenses**

10.    Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order.  As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $19,855.00, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from June 1, 2020 through June 30, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $19,855.00.

Dated:  August 11, 2020  
       New York, New York

Respectfully submitted,

*/s/ Leon Szlezinger*  
Leon Szlezinger  
Managing Director and Joint Global Head of  
Debt Advisory & Restructuring  
JEFFERIES LLC

# Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| **June 1, 2020 - June 30, 2020 Hours for Case Administration / General** | | | **38.0** | |
| 06/02/20 | Kevin Chen | *Admin-related accounting work* | 0.5 | 1 |
| 06/08/20 | Kevin Chen | *Admin-related accounting work* | 0.5 | 1 |
| 06/09/20 | Benjamin Troester | *Prepare Jefferies response to fee examiner's first interim report* | 2.0 | 1 |
| 06/09/20 | Kevin Chen | *Prepare Jefferies May fee statement* | 2.0 | 1 |
| 06/09/20 | Kevin Chen | *Prepare Jefferies response to fee examiner's first interim report* | 4.0 | 1 |
| 06/10/20 | Jaspinder Kanwal | *Review Jefferies May fee statement* | 1.0 | 1 |
| 06/10/20 | Benjamin Troester | *Prepare Jefferies May fee statement* | 1.0 | 1 |
| 06/10/20 | Kevin Chen | *Continue to prepare Jefferies response to fee examiner's first interim report* | 4.0 | 1 |
| 06/10/20 | Kevin Chen | *Continue to prepare Jefferies response to fee examiner's first interim report* | 2.0 | 1 |
| 06/11/20 | Leon Szlezinger | *Review Jefferies May fee statement* | 1.0 | 1 |
| 06/11/20 | Kevin Chen | *Continue to prepare Jefferies response to fee examiner's first interim report* | 3.5 | 1 |
| 06/11/20 | Connor Hattersley | *Continue to prepare Jefferies response to fee examiner's first interim report* | 2.0 | 1 |
| 06/12/20 | Kevin Chen | *Continue to prepare Jefferies response to fee examiner's first interim report* | 1.0 | 1 |
| 06/13/20 | Benjamin Troester | *Continue to prepare Jefferies response to fee examiner's first interim report* | 2.0 | 1 |
| 06/14/20 | Jaspinder Kanwal | *Review Jefferies response to fee examiner's first interim report* | 2.0 | 1 |
| 06/14/20 | Benjamin Troester | *Continue to prepare Jefferies response to fee examiner's first interim report* | 2.5 | 1 |
| 06/16/20 | Leon Szlezinger | *Review Jefferies response to fee examiner's first interim report* | 1.5 | 1 |
| 06/18/20 | Kevin Chen | *Continue to prepare Jefferies response to fee examiner's first interim report* | 2.0 | 1 |
| 06/19/20 | Benjamin Troester | *Continue to prepare Jefferies response to fee examiner's first interim report* | 1.5 | 1 |
| 06/22/20 | Kevin Chen | *Continue to prepare Jefferies response to fee examiner's first interim report* | 2.0 | 1 |
| | | | | |
| **June 1, 2020 - June 30, 2020 Hours for Sale Process** | | | **2.0** | |
| 06/21/20 | Leon Szlezinger | *Review updated PJT buyer log* | 0.5 | 2 |
| 06/21/20 | Kevin Chen | *Review updated PJT buyer log* | 0.5 | 2 |
| 06/21/20 | Kevin Sheridan | *Review updated PJT buyer log* | 0.5 | 2 |
| 06/22/20 | Jaspinder Kanwal | *Review updated PJT buyer log* | 0.5 | 2 |
| | | | | |
| **June 1, 2020 - June 30, 2020 Hours for Creditor Communication** | | | **64.0** | |
| 06/02/20 | Leon Szlezinger | *Prepare for weekly UCC update call* | 0.5 | 3 |
| 06/02/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/02/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/02/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/02/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/02/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/03/20 | Leon Szlezinger | *UCC Call with Mediators* | 1.0 | 3 |
| 06/03/20 | Leon Szlezinger | *Review notes from UCC call with mediators* | 0.5 | 3 |
| 06/03/20 | Robert White | *UCC Call with Mediators* | 1.0 | 3 |
| 06/03/20 | Jaspinder Kanwal | *UCC Call with Mediators* | 1.0 | 3 |
| 06/03/20 | Benjamin Troester | *UCC Call with Mediators* | 1.0 | 3 |
| 06/03/20 | Benjamin Troester | *Review notes from UCC call with mediators* | 0.5 | 3 |
| 06/03/20 | Kevin Chen | *UCC Call with Mediators* | 1.0 | 3 |
| 06/03/20 | Kevin Chen | *Organize notes from UCC call with mediators* | 0.5 | 3 |
| 06/03/20 | Kevin Sheridan | *UCC Call with Mediators* | 1.0 | 3 |
| 06/03/20 | James Wiltshire | *UCC Call with Mediators* | 1.0 | 3 |
| 06/03/20 | William Maselli | *UCC Call with Mediators* | 1.0 | 3 |
| 06/03/20 | Connor Hattersley | *UCC Call with Mediators* | 1.0 | 3 |
| 06/04/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/04/20 | Robert White | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/04/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/04/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/04/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/04/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/08/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/08/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/08/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/08/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/08/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/11/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/11/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/11/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/11/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/11/20 | Kevin Sheridan | *Prepare for weekly UCC update call* | 0.5 | 3 |
| 06/11/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/11/20 | Connor Hattersley | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/15/20 | Leon Szlezinger | *Prepare for weekly UCC update call* | 0.5 | 3 |
| 06/15/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/15/20 | Robert White | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/15/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/15/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/15/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/15/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/18/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/18/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/18/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/18/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/18/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/22/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 06/22/20 | Robert White | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/22/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/22/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/22/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/22/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/22/20 | James Wiltshire | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/26/20 | Leon Szlezinger | *Prepare for weekly UCC update call* | 0.5 | 3 |
| 06/26/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/26/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/26/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/26/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/26/20 | Kevin Sheridan | *Prepare for weekly UCC update call* | 0.5 | 3 |
| 06/26/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/29/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/29/20 | Robert White | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/29/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/29/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/29/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 06/29/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| | | **June 1, 2020 - June 30, 2020 Hours for Debtor Communication** | **6.0** | |
| 06/26/20 | Leon Szlezinger | *Bankruptcy Process Call* | 1.0 | 4 |
| 06/26/20 | Jaspinder Kanwal | *Bankruptcy Process Call* | 1.0 | 4 |
| 06/26/20 | Benjamin Troester | *Bankruptcy Process Call* | 1.0 | 4 |
| 06/26/20 | Kevin Sheridan | *Bankruptcy Process Call* | 1.0 | 4 |
| 06/26/20 | James Wiltshire | *Bankruptcy Process Call* | 1.0 | 4 |
| 06/26/20 | Connor Hattersley | *Bankruptcy Process Call* | 1.0 | 4 |
| | | **June 1, 2020 - June 30, 2020 Hours for Due Diligence** | **216.0** | |
| 06/01/20 | Jaspinder Kanwal | *Prepare WACC analysis* | 0.5 | 9 |
| 06/01/20 | Benjamin Troester | *Prepare WACC analysis* | 1.0 | 9 |
| 06/01/20 | Benjamin Troester | *Review IAC data room uploads* | 1.0 | 9 |
| 06/01/20 | Kevin Chen | *Prepare WACC analysis* | 3.0 | 9 |
| 06/02/20 | Benjamin Troester | *Review PHI Materials* | 1.0 | 9 |
| 06/02/20 | Kevin Chen | *Prepare WACC analysis* | 4.0 | 9 |
| 06/03/20 | Benjamin Troester | *Review IAC data room uploads* | 1.0 | 9 |
| 06/03/20 | Kevin Chen | *Prepare WACC analysis* | 2.0 | 9 |
| 06/05/20 | Benjamin Troester | *Review IAC Diligence Documents* | 1.0 | 9 |
| 06/05/20 | Kevin Chen | *Prepare WACC analysis* | 2.5 | 9 |
| 06/05/20 | Connor Hattersley | *Review PPLP data room uploads* | 1.0 | 9 |
| 06/06/20 | Kevin Chen | *Prepare WACC analysis* | 4.0 | 9 |
| 06/07/20 | Connor Hattersley | *Prepare WACC analysis* | 1.0 | 9 |
| 06/08/20 | Benjamin Troester | *Review UCC Presentation Materials* | 1.0 | 9 |
| 06/08/20 | Kevin Chen | *Review PPLP data room uploads* | 1.5 | 9 |
| 06/09/20 | Kevin Chen | *Prepare WACC analysis* | 2.0 | 9 |
| 06/09/20 | Kevin Chen | *Continue to prepare WACC analysis* | 3.5 | 9 |
| 06/10/20 | Benjamin Troester | *Prepare WACC analysis* | 4.0 | 9 |
| 06/11/20 | Kevin Chen | *Prepare WACC analysis* | 2.0 | 9 |
| 06/12/20 | Leon Szlezinger | *Call with KPMG* | 1.0 | 9 |
| 06/12/20 | Leon Szlezinger | *Review notes from KPMG call* | 1.0 | 9 |
| 06/12/20 | Robert White | *Call with KPMG* | 1.0 | 9 |
| 06/12/20 | Jaspinder Kanwal | *Call with KPMG* | 1.0 | 9 |
| 06/12/20 | Jaspinder Kanwal | *Review notes from KPMG call* | 0.5 | 9 |
| 06/12/20 | Benjamin Troester | *Review KPMG Tax Diligence* | 1.5 | 9 |
| 06/12/20 | Benjamin Troester | *Call with KPMG* | 1.0 | 9 |
| 06/12/20 | Kevin Chen | *Call with KPMG* | 1.0 | 9 |
| 06/12/20 | Kevin Chen | *Organize notes from KPMG call* | 0.5 | 9 |
| 06/12/20 | Kevin Chen | *Review updated PJT presentation* | 2.0 | 9 |
| 06/12/20 | Kevin Sheridan | *Call with KPMG* | 1.0 | 9 |
| 06/12/20 | James Wiltshire | *Call with KPMG* | 1.0 | 9 |
| 06/12/20 | William Maselli | *Call with KPMG* | 1.0 | 9 |
| 06/12/20 | Connor Hattersley | *Call with KPMG* | 1.0 | 9 |
| 06/12/20 | Connor Hattersley | *Organize notes from KPMG call* | 0.5 | 9 |
| 06/13/20 | Jaspinder Kanwal | *Review updated PJT presentation* | 3.0 | 9 |
| 06/13/20 | Jaspinder Kanwal | *Review PPLP financial model* | 2.5 | 9 |
| 06/13/20 | Benjamin Troester | *Review updated PJT presentation* | 3.0 | 9 |
| 06/13/20 | Kevin Chen | *Prepare WACC analysis* | 3.5 | 9 |
| 06/13/20 | Kevin Chen | *Review PPLP data room uploads* | 1.5 | 9 |
| 06/13/20 | Kevin Sheridan | *Review updated PJT presentation* | 3.0 | 9 |
| 06/13/20 | James Wiltshire | *Review updated PJT presentation* | 2.0 | 9 |
| 06/14/20 | Leon Szlezinger | *Review updated PJT presentation* | 1.0 | 9 |
| 06/14/20 | Benjamin Troester | *Review IAC data room uploads* | 1.0 | 9 |
| 06/14/20 | Kevin Chen | *Prepare WACC analysis* | 2.5 | 9 |
| 06/14/20 | Kevin Chen | *Continue to prepare WACC analysis* | 2.0 | 9 |
| 06/14/20 | Connor Hattersley | *Review updated PJT presentation* | 1.5 | 9 |
| 06/15/20 | Leon Szlezinger | *Continue to review updated PJT presentation* | 2.0 | 9 |
| 06/15/20 | Benjamin Troester | *Prepare WACC analysis* | 2.5 | 9 |
| 06/16/20 | Jaspinder Kanwal | *Review WACC analysis* | 2.5 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 06/16/20 | Benjamin Troester | Continue to prepare WACC analysis | 3.5 | 9 |
| 06/17/20 | Leon Szlezinger | Review Debtor presentation re Settlement proposal | 2.0 | 9 |
| 06/17/20 | Jaspinder Kanwal | Review Debtor presentation re Settlement proposal | 2.5 | 9 |
| 06/17/20 | Benjamin Troester | Review Debtor presentation re Settlement proposal | 2.0 | 9 |
| 06/17/20 | Kevin Chen | Review Debtor presentation re Settlement proposal | 1.5 | 9 |
| 06/17/20 | Connor Hattersley | Review Debtor presentation re Settlement proposal | 1.5 | 9 |
| 06/18/20 | Kevin Sheridan | Review Debtor presentation re Settlement proposal | 1.0 | 9 |
| 06/20/20 | Benjamin Troester | Continue to prepare WACC analysis | 4.0 | 9 |
| 06/20/20 | James Wiltshire | Review Debtor presentation re Settlement proposal | 1.0 | 9 |
| 06/21/20 | Kevin Chen | Review PPLP data room uploads | 1.0 | 9 |
| 06/22/20 | Benjamin Troester | Review PPLP Diligence | 1.5 | 9 |
| 06/23/20 | Leon Szlezinger | Call with EY re IAC | 1.0 | 9 |
| 06/23/20 | Leon Szlezinger | IAC Diligence Call | 2.0 | 9 |
| 06/23/20 | Robert White | Call with EY re IAC | 1.0 | 9 |
| 06/23/20 | Robert White | IAC Diligence Call | 2.0 | 9 |
| 06/23/20 | Jaspinder Kanwal | Call with EY re IAC | 1.0 | 9 |
| 06/23/20 | Jaspinder Kanwal | IAC Diligence Call | 2.0 | 9 |
| 06/23/20 | Jaspinder Kanwal | Review notes from EY and IAC diligence calls | 1.5 | 9 |
| 06/23/20 | Benjamin Troester | Call with EY re IAC | 1.0 | 9 |
| 06/23/20 | Kevin Chen | Call with EY re IAC | 1.0 | 9 |
| 06/23/20 | Kevin Chen | IAC Diligence Call | 2.0 | 9 |
| 06/23/20 | Kevin Chen | Organize notes from EY and IAC diligence calls | 1.5 | 9 |
| 06/23/20 | Kevin Sheridan | Call with EY re IAC | 1.0 | 9 |
| 06/23/20 | Kevin Sheridan | IAC Diligence Call | 2.0 | 9 |
| 06/23/20 | Kevin Sheridan | Review EY & IAC diligence call notes | 1.0 | 9 |
| 06/23/20 | James Wiltshire | Call with EY re IAC | 1.0 | 9 |
| 06/23/20 | James Wiltshire | IAC Diligence Call | 2.0 | 9 |
| 06/23/20 | William Maselli | Call with EY re IAC | 1.0 | 9 |
| 06/23/20 | William Maselli | IAC Diligence Call | 2.0 | 9 |
| 06/23/20 | Connor Hattersley | Call with EY re IAC | 1.0 | 9 |
| 06/23/20 | Connor Hattersley | IAC Diligence Call | 2.0 | 9 |
| 06/23/20 | Connor Hattersley | Organize notes from EY and IAC diligence calls | 1.5 | 9 |
| 06/24/20 | Benjamin Troester | IAC Diligence Call | 2.0 | 9 |
| 06/24/20 | Benjamin Troester | Review IAC data room uploads | 1.0 | 9 |
| 06/25/20 | Leon Szlezinger | IAC LatAm Diligence Call | 1.0 | 9 |
| 06/25/20 | Jaspinder Kanwal | IAC LatAm Diligence Call | 1.0 | 9 |
| 06/25/20 | Jaspinder Kanwal | Review notes from IAC LatAm diligence call | 0.5 | 9 |
| 06/25/20 | Benjamin Troester | IAC LatAm Diligence Call | 1.0 | 9 |
| 06/25/20 | Kevin Chen | IAC LatAm Diligence Call | 1.0 | 9 |
| 06/25/20 | Kevin Chen | Organize notes from IAC LatAm diligence call | 0.5 | 9 |
| 06/25/20 | Kevin Sheridan | IAC LatAm Diligence Call | 1.0 | 9 |
| 06/25/20 | James Wiltshire | IAC LatAm Diligence Call | 1.0 | 9 |
| 06/25/20 | William Maselli | IAC LatAm Diligence Call | 1.0 | 9 |
| 06/25/20 | Connor Hattersley | IAC LatAm Diligence Call | 1.0 | 9 |
| 06/25/20 | Connor Hattersley | Organize notes from IAC LatAm diligence call | 0.5 | 9 |
| 06/26/20 | Leon Szlezinger | IAC SEA Diligence Call | 1.0 | 9 |
| 06/26/20 | Leon Szlezinger | Review IAC diligence call notes | 2.5 | 9 |
| 06/26/20 | Leon Szlezinger | Review notes from bankruptcy call | 0.5 | 9 |
| 06/26/20 | Robert White | IAC SEA Diligence Call | 1.0 | 9 |
| 06/26/20 | Jaspinder Kanwal | IAC SEA Diligence Call | 1.0 | 9 |
| 06/26/20 | Jaspinder Kanwal | Review notes from IAC SEA diligence call | 0.5 | 9 |
| 06/26/20 | Jaspinder Kanwal | Review notes from bankruptcy process call | 0.5 | 9 |
| 06/26/20 | Benjamin Troester | IAC SEA Diligence Call | 1.0 | 9 |
| 06/26/20 | Benjamin Troester | Review IAC diligence call notes | 2.5 | 9 |
| 06/26/20 | Benjamin Troester | Organize notes from bankruptcy process call | 0.5 | 9 |
| 06/26/20 | Kevin Chen | IAC SEA Diligence Call | 1.0 | 9 |
| 06/26/20 | Kevin Chen | Organize notes from IAC SEA diligence call | 0.5 | 9 |
| 06/26/20 | Kevin Sheridan | IAC SEA Diligence Call | 1.0 | 9 |
| 06/26/20 | Kevin Sheridan | Review IAC LatAm and SEA diligence call notes | 1.0 | 9 |
| 06/26/20 | Kevin Sheridan | Review notes from bankruptcy process call | 1.0 | 9 |
| 06/26/20 | James Wiltshire | IAC SEA Diligence Call | 1.0 | 9 |
| 06/26/20 | James Wiltshire | Review notes from IAC diligence calls | 1.5 | 9 |
| 06/26/20 | William Maselli | IAC SEA Diligence Call | 1.0 | 9 |
| 06/26/20 | William Maselli | Review notes from bankruptcy process call | 0.5 | 9 |
| 06/26/20 | Connor Hattersley | IAC SEA Diligence Call | 1.0 | 9 |
| 06/26/20 | Connor Hattersley | Organize notes from IAC SEA diligence call | 0.5 | 9 |
| 06/26/20 | Connor Hattersley | Organize notes from bankruptcy process call | 1.0 | 9 |
| 06/27/20 | Jaspinder Kanwal | Review IAC financial model from debtors | 1.5 | 9 |
| 06/27/20 | Benjamin Troester | Review IAC data room uploads | 1.0 | 9 |
| 06/27/20 | Kevin Chen | Review PPLP data room uploads | 2.0 | 9 |
| 06/27/20 | William Maselli | Review notes from IAC diligence calls | 3.0 | 9 |
| 06/28/20 | Leon Szlezinger | Review Debtor materials re bankruptcy process | 2.0 | 9 |
| 06/28/20 | Leon Szlezinger | Review PJT presentations | 1.5 | 9 |
| 06/28/20 | Benjamin Troester | Review Debtor materials re bankruptcy process | 2.0 | 9 |
| 06/28/20 | Kevin Chen | Review Debtor materials re bankruptcy process | 1.0 | 9 |
| 06/28/20 | Kevin Chen | Prepare WACC analysis | 2.0 | 9 |
| 06/28/20 | James Wiltshire | Review Debtor materials re bankruptcy process | 2.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 06/28/20 | James Wiltshire | Review notes from bankruptcy process call | 0.5 | 9 |
| 06/28/20 | Connor Hattersley | Review Debtor materials re bankruptcy process | 2.0 | 9 |
| 06/29/20 | Leon Szlezinger | Rhodes Update Call | 1.0 | 9 |
| 06/29/20 | Leon Szlezinger | Review notes from Rhodes update call | 0.5 | 9 |
| 06/29/20 | Robert White | Rhodes Update Call | 1.0 | 9 |
| 06/29/20 | Jaspinder Kanwal | Rhodes Update Call | 1.0 | 9 |
| 06/29/20 | Jaspinder Kanwal | Review notes from Rhodes update call | 0.5 | 9 |
| 06/29/20 | Jaspinder Kanwal | Review Debtor materials re bankruptcy process | 2.0 | 9 |
| 06/29/20 | Benjamin Troester | Rhodes Update Call | 1.0 | 9 |
| 06/29/20 | Benjamin Troester | Review notes from Rhodes update call | 0.5 | 9 |
| 06/29/20 | Kevin Chen | Rhodes Update Call | 1.0 | 9 |
| 06/29/20 | Kevin Chen | Organize notes from Rhodes update call | 0.5 | 9 |
| 06/29/20 | Kevin Sheridan | Rhodes Update Call | 1.0 | 9 |
| 06/29/20 | Kevin Sheridan | Review Debtor materials re bankruptcy process | 1.0 | 9 |
| 06/29/20 | Kevin Sheridan | Review notes from Rhodes update call | 0.5 | 9 |
| 06/29/20 | James Wiltshire | Rhodes Update Call | 1.0 | 9 |
| 06/29/20 | James Wiltshire | Review notes from Rhodes update call | 0.5 | 9 |
| 06/29/20 | William Maselli | Rhodes Update Call | 1.0 | 9 |
| 06/29/20 | Connor Hattersley | Review WACC analysis | 1.0 | 9 |
| 06/29/20 | Connor Hattersley | Rhodes Update Call | 1.0 | 9 |
| 06/29/20 | Connor Hattersley | Organize notes from Rhodes update call | 0.5 | 9 |
| 06/30/20 | Leon Szlezinger | Call with IAC Europe | 1.0 | 9 |
| 06/30/20 | Jaspinder Kanwal | Call with IAC Europe | 1.0 | 9 |
| 06/30/20 | Benjamin Troester | Review IAC Europe Discussion Materials | 1.0 | 9 |
| 06/30/20 | Benjamin Troester | Call with IAC Europe | 1.0 | 9 |
| 06/30/20 | Kevin Chen | Call with IAC Europe | 1.0 | 9 |
| 06/30/20 | Kevin Sheridan | Call with IAC Europe | 1.0 | 9 |
| 06/30/20 | Connor Hattersley | Call with IAC Europe | 1.0 | 9 |
| | **June 1, 2020 - June 30, 2020 Hours for Case Strategy** | | **18.5** | |
| 06/01/20 | Leon Szlezinger | Weekly FA Coordination Call | 0.5 | 11 |
| 06/01/20 | Jaspinder Kanwal | Weekly FA Coordination Call | 0.5 | 11 |
| 06/01/20 | Benjamin Troester | Weekly FA Coordination Call | 0.5 | 11 |
| 06/01/20 | Kevin Chen | Weekly FA Coordination Call | 0.5 | 11 |
| 06/01/20 | Kevin Sheridan | Weekly FA Coordination Call | 0.5 | 11 |
| 06/01/20 | Connor Hattersley | Weekly FA Coordination Call | 0.5 | 11 |
| 06/05/20 | Jaspinder Kanwal | Advisor Coordination Call re: IAC Diligence | 0.5 | 11 |
| 06/05/20 | Jaspinder Kanwal | Advisor Catch-Up Call | 0.5 | 11 |
| 06/05/20 | Benjamin Troester | Advisor Coordination Call re: IAC Diligence | 0.5 | 11 |
| 06/05/20 | Kevin Chen | Advisor Coordination Call re: IAC Diligence | 0.5 | 11 |
| 06/05/20 | Kevin Chen | Advisor Catch-Up Call | 0.5 | 11 |
| 06/08/20 | Leon Szlezinger | Weekly FA Coordination Call | 0.5 | 11 |
| 06/08/20 | Jaspinder Kanwal | Weekly FA Coordination Call | 0.5 | 11 |
| 06/08/20 | Benjamin Troester | Weekly FA Coordination Call | 0.5 | 11 |
| 06/08/20 | Kevin Chen | Weekly FA Coordination Call | 0.5 | 11 |
| 06/08/20 | James Wiltshire | Weekly FA Coordination Call | 0.5 | 11 |
| 06/08/20 | Connor Hattersley | Weekly FA Coordination Call | 0.5 | 11 |
| 06/15/20 | Leon Szlezinger | Weekly FA Coordination Call | 0.5 | 11 |
| 06/15/20 | Robert White | Weekly FA Coordination Call | 0.5 | 11 |
| 06/15/20 | Jaspinder Kanwal | Weekly FA Coordination Call | 0.5 | 11 |
| 06/15/20 | Benjamin Troester | Weekly FA Coordination Call | 0.5 | 11 |
| 06/15/20 | Kevin Chen | Weekly FA Coordination Call | 0.5 | 11 |
| 06/15/20 | Connor Hattersley | Weekly FA Coordination Call | 0.5 | 11 |
| 06/22/20 | Leon Szlezinger | Weekly FA Coordination Call | 0.5 | 11 |
| 06/22/20 | Jaspinder Kanwal | Weekly FA Coordination Call | 0.5 | 11 |
| 06/22/20 | Benjamin Troester | Weekly FA Coordination Call | 0.5 | 11 |
| 06/22/20 | Kevin Chen | Weekly FA Coordination Call | 0.5 | 11 |
| 06/22/20 | Kevin Sheridan | Weekly FA Coordination Call | 0.5 | 11 |
| 06/22/20 | Connor Hattersley | Weekly FA Coordination Call | 0.5 | 11 |
| 06/28/20 | Leon Szlezinger | Purdue Workstreams Discussion | 0.5 | 11 |
| 06/28/20 | Jaspinder Kanwal | Purdue Workstreams Discussion | 0.5 | 11 |
| 06/28/20 | Benjamin Troester | Purdue Workstreams Discussion | 0.5 | 11 |
| 06/28/20 | Kevin Chen | Purdue Workstreams Discussion | 0.5 | 11 |
| 06/29/20 | Leon Szlezinger | Internal Workstreams Discussion | 0.5 | 11 |
| 06/29/20 | Jaspinder Kanwal | Internal Workstreams Discussion | 0.5 | 11 |
| 06/29/20 | Benjamin Troester | Internal Workstreams Discussion | 0.5 | 11 |
| 06/29/20 | Kevin Chen | Internal Workstreams Discussion | 0.5 | 11 |

**Exhibit B**

**Expenses**

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Baker Botts LLP | 19,855.00 | 06/30/20 | Legal | Invoice from legal counsel |

# BAKER BOTTS L.L.P.

Austin London
Beijing Moscow
Brussels New York
Dallas Palo Alto
Dubai Riyadh
Hong Kong San Francisco
Houston Washington

TAX ID 74-1195457

Jefferies LLC
520 Madison Avenue
New York, NY 10022
Attn: Leon Szlezinger

Invoice Number: 1706026
Invoice Date: July 7, 2020
Attorney: R L Spigel

Total fees for services and expenses for the matter shown below through June 30, 2020.

**082383.0108**
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/02/20 | J R Herz | 0.1 | Email K. Chen re seeking payment for March fee app. |
| 06/08/20 | J R Herz | 1.1 | Email K. Chen regarding April fee statements (.1); email R. Spigel re: second interim fee app. (.1); email K. Chen re second interim fee application (.1); review fee examiner order and interim report from fee examiner (.6); email D. Klauder re: interim examiner report (.1); email R. Fontella re: formulating response to fee examiner inquiries (.1) |
| 06/08/20 | R L Spigel | 0.4 | Review fee examiner report; email to L. Szelzinger re same; email to Jefferies' team re same |
| 06/09/20 | J R Herz | 3.8 | Prepare materials regarding responding to requests from fee examiner (2.8); emails with R. Spigel re same (.2); review K. Chen's comments to Sixth Monthly fee statement (.4); coordinate developing response to the fee examiner with R. Fontella (.2); email K. Chen re: comments to Sixth Monthly fee statement (.2) |
| 06/09/20 | R L Spigel | 0.6 | Emails with J. Herz re response to fee examiner (.4); review revised 6th monthly fee statement and email with J. Herz re same (.2) |
| 06/10/20 | J R Herz | 2.0 | Revise email to Jefferies regarding fee examiner based on R. Spigel's comments (1.9); email R. Fontella re responding to fee examiner (.1) |
| 06/10/20 | R L Spigel | 0.1 | Email with J. Herz re response to fee examiner |
| 06/12/20 | J R Herz | 0.6 | Final review of Sixth Fee Statement before sending to K. Chen for sign off (.3); email K. Chen re same (.2); email J. Coleman re: April fee statement (.1) |
| 06/12/20 | R L Spigel | 0.1 | Email with J. Herz re response to fee examiner |

**BAKER BOTTS LLP**

| | |
|---|---|
| Invoice No: | 1706026 |
| Invoice Date: | July 7, 2020 |
| Matter: | 082383.0108 |

JEFFERIES LLC
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/15/20 | J R Herz | 0.2 | Email K. Chen re: compliance with Fee Examiner order(.1); email K. Chen re: filed version of April fee statement (.1) |
| 06/16/20 | J R Herz | 1.1 | Email K. Chen re: LEDES data for April (.1); email J. Coleman re: same (.1); email Jefferies team re: fee apps and holdbacks (.2); review information provided by Jefferies to respond to fee examiner (.7) |
| 06/17/20 | J R Herz | 0.9 | Prepare follow up questions for Jefferies in relation to fee examiner questions (.6); emails with R. Spigel re: expense reports provided by Jefferies (.2); email K. Chen re: May fee statement (.1) |
| 06/17/20 | R L Spigel | 0.1 | Emails with J. Herz re responses to fee examiner |
| 06/18/20 | J R Herz | 1.0 | Email K. Chen re: responding to fee examiner's requests (.1); begin to draft response to fee examiner (.9) |
| 06/18/20 | R L Spigel | 0.1 | Email with J. Herz and L. Szlezinger re responses to fee examiner |
| 06/19/20 | J R Herz | 3.5 | Continue to draft response to fee examiner (2.5); revise based on R. Spigel's comments (.7); call with K. Chen re: responding to fee examiner and diligence re same (.3) |
| 06/19/20 | R L Spigel | 1.1 | Review and revise email addressing fee examiner inquiries |
| 06/22/20 | J R Herz | 2.6 | Revise response to fee examiner based on comments from K. Chen and R. Spigel (2.0); email E. Lisovicz re: responding to fee examiner (.1); call with R. Spigel to go through comments on application and email K. Chen re: comments to fee examiner report (.5) |
| 06/22/20 | R L Spigel | 0.5 | T/c with J. Herz re response to fee examiner report |
| 06/23/20 | J R Herz | 0.5 | Review and revise response to fee examiner prior to client review (.5) |
| 06/25/20 | J R Herz | 0.4 | Emails with R. Spigel re: responding to Fee Examiner report (.2); finalize and send response to fee examiner (.2) |
| 06/29/20 | J R Herz | 0.3 | Draft May monthly fee statement (.3) |
| 06/30/20 | J R Herz | 0.9 | Finalize May fee statement (.3); email J. Coleman about status of sixth (.1); emails (x2) with K. Chen re: time records (.2); review docket concerning April fee statement and email K. Chen re: seeking payment of same (.2); email K. Chen re: finalizing April fee statement (.1) |

| | |
|---|---|
| **Matter Hours** | 22.00 |
| **Matter Fees** | $19,855.00 |

**BAKER BOTTS LLP**

JEFFERIES LLC
Purdue Retention

Invoice No:     1706026
Invoice Date:   July 7, 2020
Matter:         082383.0108

**2020 Lawyer Summary**

| Timekeeper | HOURS | RATE | TOTAL |
|---|---|---|---|
| Herz, J R | 19.0 | 865.00 | 16,435.00 |
| Spigel, R L | 3.0 | 1,140.00 | 3,420.00 |
|  | **22.0** |  | **$19,855.00** |

| Total Current Fees | $19,855.00 |
|---|---|
| **Total Due This Invoice** | **$19,855.00** |