UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:  PURDUE PHARMA, L.P., et al        : CHAPTER 11
            Debtors                          : CASE NO.: 19-23649(RDD)

ENTRY OF APPEARANCE AND REQUEST
TO BE PLACED ON DISTRIBUTION LIST

I represent Joan Vasko, Administratrix of the Estate of Kathleen Louise Daugherty, Deceased.  Please enter my appearance, place my name on the distribution list and forward a copy of all notices and papers in the case (including notices specified in Interim Rule 2002) given or required to be given by the Court, the Debtor or any other party to this proceeding to the undersigned at the address stated below.

            MacELREE HARVEY, LTD.

By: *Michael G. Louis* (signature)
Michael G. Louis, Esquire
Attorney I.D. No. 32202
Attorney for Joan Vasko, Administratrix of the
Estate of Kathleen Louise Daugherty, Deceased
17 West Miner Street
P.O. Box 660
West Chester, PA  19381-0660
mlouis@macelree.com
(610) 436-0100

3690364v1
011893.69223