UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: PURDUE PHARMA, L.P., et al     : CHAPTER 11
                Debtors                 : CASE NO.: 19-23649(RDD)

### CERTIFICATE OF SERVICE

I, Michael G. Louis, Esquire, attorney for Joan Vasko, Administratrix of the Estate of Kathleen Louise Daugherty, Deceased, do hereby certify that a true and correct copy of the foregoing Entry of Appearance and Request to be Placed on the Distribution List has been served this __11__ day of August, 2020, by first class mail, postage prepaid, upon those listed below:

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Brian S. Masumoto
Office of the United States Trustee
201 Varick Street
Room 1006
New York, NY 10014
(Attorney for U.S. Trustee)

Adam M. Adler, Esquire
Prime Clerk LLC
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, NY 10165
(Attorney for Purdue Pharma, L.P.)

                                       MacELREE HARVEY, LTD.

                                       By: _/s/ Michael G. Louis_____
                                       Michael G. Louis, Esquire
                                       Attorney I.D. No. 32202
                                       Attorney for Joan Vasko, Administratrix of the
                                       Estate of Kathleen Louise Daugherty, Deceased
                                       17 West Miner Street
                                       P.O. Box 660
                                       West Chester, PA  19381-0660
                                       mlouis@macelree.com
                                       (610) 436-0100

3690364v1
011893.69223