**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                             x
In re:   PURDUE PHARMA L.P., et al.,                         x    Case No.: 19-23649 (RDD)
                                                             x
                                                             x    Chapter 11
                                                             x
                                  Debtor                     x
-------------------------------------------------------------x
                                                             x
IN RE: REQUEST TO BE ADMITTED
       TO SUBMIT AN OUT Of
       TIME CLAIM FOR GOVERNMENAL
       ENTITY
-------------------------------------------------------------x
```

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Merrida Coxwell of Coxwell & Associates, PLLC, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to request permission to submit an out of time claim for a small governmental entity in the above-referenced case. I certify that I am a member in good standing of the bar in the State of Mississippi. Both my staff were stricken with the Coronavirus. One member is still out, testing positive for over 19 days. More will be detailed in a motion to be filed if granted *pro hace vice*. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 14, 2020
Jackson, Mississippi

*Mérrida Coxwell*
MÉRRIDA COXWELL (MB# 7782)

**Mailing Address:**
Post Office Box 1337
Jackson, MS 39215-1337
Email: merridac@coxwelllaw.com
Telephone number: (601) 948-1600