**Objection Deadline: August 28, 2020 at 4:00 p.m. (Prevailing Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 |
| Debtors. [1] | (Jointly Administered) |

**NOTICE OF NINTH MONTHLY STATEMENT OF**
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM MAY 1, 2020 THROUGH JUNE 30, 2020[2]**

| | |
|---|---|
| Name of Applicant: | Skadden, Arps, Slate, Meagher & Flom LLP |
| Authorized to Provide Services to: | Purdue Pharma L.P., *et al*. |
| Date of Retention: | November 25, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Expense Reimbursement is Sought: | May 1, 2020 through June 30, 2020 |
| Amount of Compensation Requested: | $1,650,920.04 |
| Less 20% Holdback: | $330,184.01 |
| Net of Holdback: | $1,320,736.03 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]    Amounts included for May 1, 2020 through May 31, 2020 are not duplicative of amounts sought pursuant to *Notice of Eighth Monthly Statement of Skadden, Arps, Slate, Meagher & Flom LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from May 1, 2020 Through May 31, 2020* [Docket No. 1352] and include fees incurred for the matters for which Skadden was retained pursuant to *Order Granting Application of Debtors for Authority to Supplement Retention and Employment of Skadden, Arps, Slate, Meagher & Flom LLP as Special Counsel to the Debtors, as of March 6, 2020* [Docket No. 1521].

| Amount of Expense Reimbursement Requested: | ($251.74) |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $1,320,484.29 |

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"),[3] Skadden, Arps, Slate, Meagher & Flom LLP ("**Skadden**") hereby submits this Ninth monthly statement (the "**Ninth Monthly Statement**"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from May 1, 2020 through June 30, 2020 (the "**Ninth Monthly Period**"). By this Ninth Monthly Statement, and after taking into account certain voluntary discounts and reductions,[4] Skadden seeks payment in the amount of $1,320,484.29, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Ninth Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Skadden professionals by individual, setting forth the (a) name and title of each individual who provided services for the Ninth Monthly Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Skadden's then-current billing rates, (d) amount of fees earned by each Skadden professional, and (e) year of bar admission for each attorney. The blended hourly billing rate of Skadden timekeepers during the Ninth Monthly Period is approximately $1,089.26.[5]

---

[3]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[4]     In addition to the volume discount, the total amount sought for fees and expenses  ($1,650,668.30) reflects voluntary reductions for this period of $17,394.00 in fees and $4,801.78 in expenses, for an overall voluntary reduction of 1.17%.  Skadden reserves the right to request these amounts.

[5]     The blended rate is comprised of all Skadden timekeepers who provided services during the Ninth Monthly Period.

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Ninth Monthly Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Ninth Monthly Period.

4.      Attached hereto as **Exhibit D** is itemized time records of Skadden professionals for the Ninth Monthly Period and summary materials related thereto.

5.      Attached hereto as **Exhibit E** is an itemized record of all expenses for the Ninth Monthly Period.

**NOTICE AND OBJECTION PROCEDURES**

6.      Notice of this Ninth Monthly Statement shall be given by hand or overnight delivery upon the following parties (the "**Application Recipients**"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn.: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036-6745, Attn.: Arik Preis and Sara L. Brauner, Email: apreis@akingump.com and sbrauner@akingump.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801, Attn.: Justin R. Alberto and Daniel N. Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; and (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn.: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov. (collectively, the "**Notice Parties**").

7.      Objections to this Ninth Monthly Statement, if any, must be served upon the Notice Parties, and by email, hand, or overnight delivery upon Skadden, Arps, Slate, Meagher & Flom LLP, 1440 New York Avenue NW, Washington, D.C. 20005, Attn.: Jennifer Bragg, Email: Jennifer.Bragg@skadden.com, 155 North Wacker Drive, Chicago, Illinois 60606, Attn.: Patrick Fitzgerald, Email: Patrick.Fitzgerald@skadden.com, One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, Attn.: Anthony W. Clark, Email: Anthony.Clark@skadden.com, and 525 University Avenue, Palo Alto, California, 94301, Attn.: Jennifer Madden, Email: Jennifer.Madden@skadden.com no later than August 28, 2020 at 4:00 p.m. (Prevailing Eastern Time) (the "**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to this Ninth Monthly Statement are received by the Objection Deadline, the Debtors shall promptly pay Skadden 80% of the fees and 100% of the expenses identified in this Ninth Monthly Statement.

9.      To the extent that an objection to this Ninth Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Ninth Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[Remainder of Page Intentionally Left Blank]*

Dated: New York, New York
       August 14, 2020

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ *Julie E. Cohen*
Julie E. Cohen
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
Fax:  (212) 735-2000

– and –

Patrick Fitzgerald
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

– and –

Jennifer L. Bragg
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Fax: (202) 393-5760

*Special Counsel to Debtors
and Debtors-in-Possession*

## EXHIBIT A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**PROFESSIONAL PERSON SUMMARY**
**(May 1, 2020 - June 30, 2020)**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNER** | | | | |
| Jennifer L. Bragg | 1996 | 1,485.00 | 146.40 | $  217,404.00 |
| Anthony W. Clark | 1979 | 1,485.00 | 6.50 | 9,652.50 |
| Patrick Fitzgerald | 1986 | 1,695.00 | 119.70 | 202,891.50 |
| Maya P. Florence | 2004 | 1,350.00 | 189.20 | 255,420.00 |
| Marie L. Gibson | 1997 | 1,485.00 | 60.60 | 89,991.00 |
| William (Bill) McConagha | 1993 | 1,225.00 | 73.80 | 90,405.00 |
| Maria Raptis | 2003 | 1,350.00 | 2.70 | 3,645.00 |
| Noelle M. Reed | 1998 | 1,485.00 | 5.30 | 7,870.50 |
| William Ridgway | 2006 | 1,350.00 | 128.50 | 173,475.00 |
| Resa K. Schlossberg | 2005 | 1,350.00 | 54.80 | 73,980.00 |
| Sally A. Thurston | 1987 | 1,695.00 | 0.70 | 1,186.50 |
| | | | | |
| | **TOTAL PARTNER** | | **788.20** | **$1,125,921.00** |
| **COUNSEL** | | | | |
| Michael S. Bailey | 2007 | $1,120.00 | 9.90 | $   11,088.00 |
| John Boyle | 1996 | 1,200.00 | 8.90 | 10,680.00 |
| Avia M. Dunn | 2008 | 1,125.00 | 17.70 | 19,912.50 |
| Elizabeth A. Malone | 2002 | 1,270.00 | 1.40 | 1,778.00 |
| Daniel S. Mayerfeld | 2003 | 1,120.00 | 5.20 | 5,824.00 |
| Edward L. Tulin | 2007 | 1,075.00 | 11.60 | 12,470.00 |
| | | | | |
| | **TOTAL COUNSEL** | | **54.70** | **$   61,752.50** |
| **ASSOCIATE** | | | | |
| William A. Bejan | 2018 | $660.00 | 41.30 | $   27,258.00 |
| Elizabeth L. Berry | 2016 | 895.00 | 15.40 | 13,783.00 |
| Jonathan Casseus | 2018 | 785.00 | 1.10 | 863.50 |
| Amanda H. Chan | 2019 | 660.00 | 79.80 | 52,668.00 |
| Jay P. Cosel | 2010 | 1,050.00 | 2.00 | 2,100.00 |
| Immanuel R. Foster | 2014 | 990.00 | 0.80 | 792.00 |
| Timothy M. Frey | 2010 | 1,050.00 | 67.90 | 71,295.00 |
| Alexandra R. Gallogly | 2019 | 660.00 | 114.60 | 75,636.00 |
| Emily Hellman | 2017 | 895.00 | 102.20 | 91,469.00 |
| Drew M. Horwood | 2017 | 785.00 | 65.10 | 51,103.50 |
| Corbin D. Houston | 2017 | 785.00 | 77.10 | 60,523.50 |
| Gail E. Lee | 2014 | 1,025.00 | 11.60 | 11,890.00 |
| Julie Lee | 2014 | 1,025.00 | 4.20 | 4,305.00 |
| Jennifer Madden | 2010 | 1,050.00 | 14.10 | 14,805.00 |
| Noha K. Moustafa | 2016 | 950.00 | 47.00 | 44,650.00 |

| | | | | |
|---|---|---|---|---|
| William S. O'Hare | 2013 | 1,050.00 | 0.80 | 840.00 |
| Sterling M. Paulson | 2018 | 660.00 | 55.70 | 36,762.00 |
| Kathleen Shelton | 2019 | 660.00 | 16.50 | 10,890.00 |
| Lindsey Sieling | 2013 | 1,025.00 | 1.70 | 1,742.50 |
| Matthew B. Sumner | 2017 | 895.00 | 106.20 | 95,049.00 |
| | | | | |
| | **TOTAL ASSOCIATE** | | **825.10** | **$  668,425.00** |

**PARAPROFESSIONALS**

| | | | | |
|---|---|---|---|---|
| Mark D. Campana | N/A | $430.00 | 4.60 | $   1,978.00 |
| William R. Fieberg | N/A | 430.00 | 17.70 | 7,611.00 |
| John Hewson | N/A | 385.00 | 21.40 | 8,239.00 |
| Rachel Redman | N/A | 430.00 | 13.30 | 5,719.00 |
| Feimei Zeng | N/A | 340.00 | 0.90 | 306.00 |
| | | | | |
| **TOTAL PARAPROFESSIONALS** | | | **57.90** | **$      23,853.00** |
| | | | | |
| **TOTAL** | | | **1,725.90** | **$1,879,951.50** |
| **VOLUME DISCOUNT** | | | | **$  229,031.46** |
| **TOTAL FEES** | | | | **$1,650,920.04** |

**BLENDED HOURLY RATE     $1,089.26**

## <u>EXHIBIT B</u>

### COMPENSATION BY PROJECT CATEGORY
**(May 1, 2020 - June 30, 2020)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Corporate/Transactional Advice | 56.70 | $      67,894.00 |
| DOJ | 1,039.20 | 1,171,675.00 |
| Litigation Discovery Issues | 32.30 | 42,287.50 |
| Project Catalyst | 456.70 | 459,915.00 |
| Retention/Fee Matter | 89.90 | 88,868.00 |
| Rhodes Companies | 18.90 | 19,433.50 |
| Various Texas Actions | 32.20 | 29,878.50 |
| **TOTAL** | **1,725.90** | **$1,879,951.50** |
| **VOLUME DISCOUNT** | | **$   229,031.46** |
| **TOTAL FEES** | | **$1,650,920.04** |

**EXHIBIT C**
**EXPENSE SUMMARY**
**(May 1, 2020 - June 30, 2020)**

| Expense Category | Total Expenses |
|---|---|
| Reproduction-color (@ $0.10 per page) | $   35.30 |
| Out-of-Town Travel | (287.04) |
| **TOTAL** | **($251.74)** |

**<u>EXHIBIT D</u>**

**TIME DETAIL**

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                    **Bill Date: 08/11/20**
**DOJ**                                                   **Bill Number: 1819391**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 06/01/20 | 5.70 | PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL AND SKADDEN TEAM RE: DISCOVERY ISSUES (0.5); REVIEW AND ANALYZE MATERIALS RE: FACTUAL DEVELOPMENTS RELATED TO DOJ MATTER (1.3); CONFER WITH SKADDEN TEAM RE: REVIEW OF FACTUAL MATERIALS RELATED TO DOJ MATTER (0.4); CONFER WITH SKADDEN TEAM RE: REVIEW OF VARIOUS DATA ANALYTICS (0.4); PREPARE FOR STRATEGY CALL WITH SKADDEN TEAM AND COMMON DEFENSE COUNSEL (0.1); PARTICIPATE IN STRATEGY CALL WITH SKADDEN TEAM AND COMMON DEFENSE COUNSEL RE: DOJ RESOLUTION ISSUES (1.4); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ ISSUES (0.5); ANALYZE LEGAL ISSUES RE: DOJ MATTER (0.6); CONFER WITH SKADDEN TEAM RE: DISCOVERY REQUESTS (0.5). |

D02B

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**
ATTORNEY WORK PRODUCT
<u>PRIVILEGED AND CONFIDENTIAL</u>

| | | | | |
|---|---|---|---|---|
| BRAGG JL | 06/02/20 | 9.90 | REVIEW AND ANALYZE MATERIALS RE: DOJ TOPICS OF INTEREST (1.5): REVIEW MATERIALS RE: FACTUAL ISSUES IDENTIFIED IN DOJ MATTER (1.2); REVIEW ADDITIONAL MATERIALS RE: DOJ TOPICS OF INTEREST (0.5); CONFER WITH C. GEORGE, C. RICARTE, AND M. FELTZ RE: DOJ RESOLUTION ISSUES (0.5); PREPARE FOR CALL WITH COMMON DEFENSE COUNSEL AND SKADDEN TEAM RE: DOJ INQUIRIES (0.7); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL AND SKADDEN TEAM RE: DOJ INQUIRIES (1.2); REVIEW BANKRUPTCY RESPONSE AND EDIT SAME (0.6); PARTICIPATE IN STRATEGY CALL WITH KING & SPALDING AND SKADDEN TEAM RE: SPECIAL COMMITTEE ISSUES (1.0); PARTICIPATE IN CALL WITH DOJ RE: RESOLUTION ISSUES (0.5); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL AND SKADDEN RE: DOJ RESOLUTION ISSUES (0.8); PREPARE FOR CALL WITH DOJ (0.1); PARTICIPATE IN CALL WITH DOJ RE: INVESTIGATION ISSUES (0.4); PREPARE FOR CALL WITH COMMON DEFENSE COUNSEL AND SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (0.2); PARTICIPATE IN CALL WITH M. KESSELMAN, J. ADAMS, KING & SPALDING AND SKADDEN TEAM RE: RESOLUTION ISSUE (1.1); REVIEW MATERIALS RECEIVED FROM COMMON DEFENSE COUNSEL RE: DOJ RESOLUTION ISSUES (0.3). |
| BRAGG JL | 06/03/20 | 2.70 | PARTICIPATE IN CALL WITH KING & SPALDING, M. KESSELMAN, J. ADAMS, AND SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (1.5); CONFER WITH SKADDEN TEAM RE: DOJ MATTER AND RELATED WORK STREAMS (0.7); CONFER WITH M. FLORENCE RE: BANKRUPTCY HEARING ISSUES (0.5). |

D02B

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BRAGG JL | 06/04/20 | 6.60 | REVIEW AND ANALYZE MATERIALS RE: DOJ RESOLUTION ISSUES (1.4); PARTICIPATE IN CALL WITH CLIENT RE: DOJ MATTER STATUS AND STRATEGY (0.5); PARTICIPATE IN CALL WITH M. KESSELMAN, KING & SPALDING, J. ADAMS, AND SKADDEN TEAM RE: DOJ MATTERS (0.9); REVIEW INFORMATION RE: DOJ RESOLUTION ISSUES (0.4); REVIEW AND ANALYZE FACTUAL MATERIALS RE: DOJ RESOLUTION ISSUES (2.0); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: LITIGATION ISSUES (1.0); CONFER WITH SKADDEN TEAM RE: REPRESENTATION ISSUES (0.4). |
| BRAGG JL | 06/05/20 | 5.00 | REVISE MATERIALS RE: DOJ RESOLUTION ISSUES (1.5); PARTICIPATE IN CALL WITH DOJ RE: SPECIAL COMMITTEE ACTIVITIES (0.5); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: DOJ MATTER STATUS AND NEXT STEPS (1.0); PARTICIPATE IN CALL WITH DOJ RE: FACTUAL DEVELOPMENTS IN MATTER (1.3); REVIEW AND ANALYZE MATERIALS RE: REPRESENTATION ISSUES (0.7). |
| BRAGG JL | 06/06/20 | 1.40 | PREPARE FOR CALL WITH COMMON DEFENSE COUNSEL AND SKADDEN TEAM RE: MATTER STATUS (0.4); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL AND SKADDEN TEAM RE: DOJ MATTER STATUS AND NEXT STEPS (1.0). |
| BRAGG JL | 06/08/20 | 7.00 | CONFER WITH SKADDEN TEAM RE: DOJ MATTER STATUS AND STRATEGY (0.8); EDIT MATERIALS RE: DOJ RESOLUTION ISSUES (1.7); REVIEW AND ANALYZE DOCUMENTS RE: DOJ RESOLUTION ISSUES (0.9); PARTICIPATE IN CALL WITH CLIENT AND SKADDEN TEAM RE: DOJ MATTER STRATEGY AND NEXT STEPS (1.5); PREPARE FOR CALL WITH E&Y (0.7); PARTICIPATE IN CALL WITH E&Y (0.4); CONFER WITH R. ALEALI AND M. FLORENCE RE: SAME (0.5); ANALYZE MATERIALS RE: REPRESENTATION ISSUES (0.5). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BRAGG JL | 06/09/20 | 7.00 | REVIEW AND ANALYZE LEGAL ISSUES RE: U.S. ATTORNEYS' OFFICE REQUESTS (0.9); PARTICIPATE IN CALL WITH U.S. ATTORNEYS' OFFICE AND SKADDEN TEAM RE: DOJ MATTERS (0.4); PREPARE FOR CLIENT CALL RE: SAME (0.5); PARTICIPATE IN CALL WITH M. FELTZ AND M. KESSELMAN RE: DEA ISSUES (0.3); PARTICIPATE IN CALL WITH P. FITZGERALD RE: DEA ISSUES (0.3); CONFER WITH R. ALEALI RE: DEA ISSUES (0.3); PARTICIPATE IN WEEKLY PRINCIPALS LITIGATION UPDATE CALL (0.8); PREPARE FOR CALL WITH COMMON DEFENSE COUNSEL RE: DOJ MATTERS (0.8); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ MATTERS (0.6); REVISE MATERIALS RE: DOJ RESOLUTION ISSUES (1.3); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ MATTERS (0.3); PARTICIPATE IN CALL WITH SKADDEN TEAM AND CLIENT RE: DOJ MATTER STATUS AND STRATEGY (0.5). |
| BRAGG JL | 06/10/20 | 5.70 | PARTICIPATE IN CALL WITH M. FLORENCE RE: DOJ RESOLUTION ISSUES (1.3); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (0.8); REVIEW AND ANALYZE FACTUAL MATERIALS RE: DOJ RESOLUTION ISSUES (2.5); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ MATTERS (0.5); REVIEW MATERIALS RE: DOJ RESOLUTION ISSUES (0.6). |
| BRAGG JL | 06/11/20 | 5.10 | PREPARE FOR CALL WITH DOJ RE: DISCOVERY ISSUES (0.9); PARTICIPATE IN CALL WITH DOJ RE: DISCOVERY ISSUES (0.5); PARTICIPATE IN CALL WITH M. FLORENCE RE: DISCOVERY ISSUES (0.3); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: DOJ STRATEGY (1.2); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (0.5); REVIEW MATERIALS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (1.2); CONFER WITH SKADDEN TEAM RE: SAME (0.5). |
| BRAGG JL | 06/12/20 | 2.40 | REVIEW AND ANALYZE DOCUMENTS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (1.4); PARTICIPATE IN WEEKLY SKADDEN TEAM CALL RE: DOJ RESOLUTION ISSUES (1.0). |

D02B

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| BRAGG JL | 06/15/20 | 2.20 | PARTICIPATE IN CALL RE: DOJ REQUESTS (0.5); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: DOJ STRATEGY AND NEXT STEPS (0.5); REVIEW AND ANALYZE DOCUMENTS RE: DOJ RESOLUTION ISSUES (1.2). |
| BRAGG JL | 06/16/20 | 2.80 | PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ RESOLUTION ISSUES (0.4); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: DOJ ISSUES (0.6); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ RESOLUTION ISSUES (0.7); REVIEW AND ANALYZE ISSUES RE: FACTUAL DEVELOPMENTS IN DOJ MATTER (1.1). |
| BRAGG JL | 06/17/20 | 4.10 | REVIEW AND ANALYZE PRIVILEGE ISSUES RE: DOJ REQUESTS (1.4); PARTICIPATE IN CALL WITH W. RIDGWAY RE: DOJ STRATEGY ISSUES (0.5); REVIEW AND ANALYZE MATERIALS RE: DOJ TOPICS OF INTEREST (0.8); REVIEW AND ANALYZE ISSUES RE: DOJ MATTER (0.7); REVIEW AND ANALYZE RESOLUTION ISSUES (0.7). |
| BRAGG JL | 06/18/20 | 3.90 | ANALYZE DOJ RESOLUTION ISSUES (2.2); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: DOJ STRATEGY (0.4); PARTICIPATE IN CALL WITH M. FLORENCE RE: DOJ STRATEGY ISSUES (0.5); ANALYZE FACTUAL ISSUES RE: DOJ TOPICS OF INTEREST (0.8). |
| BRAGG JL | 06/19/20 | 3.40 | ANALYZE DOJ REQUESTS RE: FACT ISSUES IDENTIFIED IN INVESTIGATION (0.7); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL AND SKADDEN TEAM RE: DOJ STRATEGY (0.6); PARTICIPATE IN CALL WITH D. STOCK RE: RESOLUTION ISSUES (0.5); REVIEW AND ANALYZE MATERIALS RE: RESOLUTION ISSUES (0.6); PARTICIPATE IN WEEKLY SKADDEN TEAM CALL (1.0). |
| BRAGG JL | 06/20/20 | 1.30 | PARTICIPATE IN CALL WITH SKADDEN TEAM AND COMMON DEFENSE COUNSEL RE: RESOLUTION ISSUES (0.8); PARTICIPATE IN CALL WITH CO-COUNSEL RE: FDA ISSUES (0.5). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

BRAGG JL          06/22/20     4.10   PREPARE FOR FDA MEETING (1.3);
                                      CONFER WITH W. MCCONAGHA RE: FDA
                                      MEETING (0.5); REVIEW AND ANALYZE
                                      MATERIALS RE: REGULATORY ISSUES
                                      (0.3); CORRESPOND WITH COMMON
                                      DEFENSE COUNSEL RE: DOJ RESOLUTION
                                      ISSUES (0.6); CONFER WITH R. ALEALI
                                      RE: RESOLUTION ISSUES (0.4);
                                      PARTICIPATE IN CALL WITH SKADDEN
                                      TEAM RE: DISCOVERY REQUESTS (1.0).

BRAGG JL          06/23/20     6.70   PARTICIPATE IN CALL WITH COMMON
                                      DEFENSE COUNSEL AND SKADDEN TEAM RE:
                                      DOJ TOPICS OF INTEREST (0.5);
                                      PARTICIPATE IN CALL WITH R. HOFF AND
                                      M. FLORENCE RE: DISCOVERY ISSUES
                                      (0.5); ANALYZE MATERIALS IN
                                      PREPARATION FOR CALL WITH COMMON
                                      DEFENSE COUNSEL RE: DOJ RESOLUTION
                                      ISSUES (0.7); PARTICIPATE IN CALL
                                      WITH SKADDEN TEAM RE: DOJ RESOLUTION
                                      ISSUES (1.3); REVIEW AND ANALYZE
                                      MATERIALS RE: U.S. ATTORNEYS' OFFICE
                                      REQUESTS (1.1); PARTICIPATE IN CALL
                                      WITH SKADDEN TEAM, CLIENT, AND
                                      COMMON DEFENSE COUNSEL RE: DOJ
                                      RESOLUTION ISSUES (0.7); PREPARE FOR
                                      BOARD MEETING (0.8); EDIT MATERIALS
                                      RE: U.S. ATTORNEYS' OFFICE REQUEST
                                      (0.8); PARTICIPATE IN PART OF WEEKLY
                                      PRINCIPALS LITIGATION UPDATE CALL
                                      (0.3).

BRAGG JL          06/24/20     2.90   PREPARE FOR BOARD MEETING (1.1);
                                      PARTICIPATE IN CALL WITH SKADDEN
                                      TEAM RE: DOJ ISSUES (0.3);
                                      PARTICIPATE IN CALL WITH P.
                                      FITZGERALD RE: DOJ STRATEGY (0.2);
                                      REVIEW AND ANALYZE MATERIALS RE:
                                      REPRESENTATION ISSUES (0.8);
                                      PARTICIPATE IN CALL WITH SKADDEN
                                      TEAM AND COMMON DEFENSE COUNSEL RE:
                                      DOJ ISSUES (0.5).

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

BRAGG JL          06/25/20      10.10   PREPARE FOR BOARD MEETING (0.6);
                                        PARTICIPATE IN CALL WITH BOARD RE:
                                        RESOLUTION ISSUES (2.5); PREPARE FOR
                                        CALL WITH COMMON DEFENSE COUNSEL RE:
                                        DOJ TOPICS OF INTEREST (1.0);
                                        PARTICIPATE IN CALL WITH COMMON
                                        DEFENSE COUNSEL RE: RESOLUTION
                                        ISSUES (1.5); PARTICIPATE IN CALL
                                        WITH COMMON DEFENSE COUNSEL RE: SAME
                                        (1.5); PARTICIPATE IN CALL WITH
                                        COMMON DEFENSE COUNSEL RE: DOJ
                                        TOPICS OF INTEREST (0.4);
                                        PARTICIPATE IN CALL WITH COMMON
                                        DEFENSE COUNSEL RE: DOJ TOPICS OF
                                        INTEREST (0.4); PARTICIPATE IN CALL
                                        WITH COMMON DEFENSE COUNSEL RE: DOJ
                                        TOPICS OF INTEREST (0.4); REVIEW AND
                                        ANALYZE MATERIALS RE: DOJ TOPICS OF
                                        INTEREST (1.4); PARTICIPATE IN
                                        COMMON DEFENSE CALL WITH WITNESS AND
                                        M. FLORENCE RE: DOJ MATTERS (0.4).

BRAGG JL          06/26/20       3.20   PARTICIPATE IN WEEKLY CALL WITH
                                        SKADDEN TEAM RE: DOJ RESOLUTION
                                        ISSUES (1.0); PARTICIPATE IN CALL
                                        WITH COMMON DEFENSE COUNSEL RE: DOJ
                                        ISSUES (0.4); PARTICIPATE IN CALL
                                        WITH COMMON DEFENSE COUNSEL RE: DOJ
                                        ISSUES (0.4); PARTICIPATE IN CALL
                                        WITH COMMON DEFENSE COUNSEL AND
                                        SKADDEN TEAM RE: DOJ TOPICS OF
                                        INTEREST (0.4); PARTICIPATE IN CALL
                                        WITH COMMON DEFENSE COUNSEL RE: DOJ
                                        RESOLUTION ISSUES (0.2); PARTICIPATE
                                        IN CALL WITH SKADDEN TEAM, M.
                                        KESSELMAN AND J. ADAMS RE:
                                        RESOLUTION ISSUES (0.8).

BRAGG JL          06/28/20       2.50   PARTICIPATE IN CALL WITH P.
                                        FITZGERALD AND COMMON DEFENSE
                                        COUNSEL RE: DOJ RESOLUTION ISSUES
                                        (0.8); PARTICIPATE IN CALL WITH P.
                                        FITZGERALD RE: DOJ RESOLUTION ISSUES
                                        (0.2); PARTICIPATE IN CALL WITH
                                        SKADDEN TEAM AND COMMON DEFENSE
                                        COUNSEL RE: REQUESTS FOR DOJ
                                        MATERIALS (0.4); PARTICIPATE IN CALL
                                        WITH M. KESSELMAN AND SKADDEN TEAM
                                        RE: DOJ RESOLUTION ISSUES (1.1).

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| BRAGG JL | 06/29/20 | 6.60 | PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL AND SKADDEN TEAM RE: DOJ REQUESTS (0.9); REVIEW AND ANALYZE MATERIALS RE: DOJ TOPICS OF INTEREST (0.9); PARTICIPATE IN CALL WITH SKADDEN TEAM AND KING & SPALDING RE: DOJ REQUESTS (0.4); REVIEW AND ANALYZE DISCLOSURE ISSUES RE: DOJ MATTER (0.4); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL, KING & SPALDING, AND SKADDEN TEAM RE: BANKRUPTCY ISSUES (0.5); PARTICIPATE IN SKADDEN TEAM CALL RE: REPRESENTATION ISSUES (0.5); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ TOPICS OF INTEREST (0.5); PARTICIPATE IN CALL WITH M. FLORENCE RE: DOJ RESOLUTION ISSUES (0.5); PARTICIPATE IN CALL WITH CO-COUNSEL RE: DOJ RESOLUTION ISSUES (0.5); PARTICIPATE IN CALL WITH R. SILBERT RE: DOJ RESOLUTION ISSUES (0.5); PARTICIPATE IN CALL WITH M. FELTZ RE: DOJ RESOLUTION ISSUES (0.5); PARTICIPATE IN CALL WITH CO-COUNSEL, R. SILBERT, AND C. ROBERTSON RE: RESOLUTION ISSUES (0.5). |
| BRAGG JL | 06/30/20 | 2.70 | PARTICIPATE IN CALL WITH P. FITZGERALD RE: DOJ MATTER STATUS AND NEXT STEPS (0.3); PARTICIPATE IN CALL WITH CO-COUNSEL RE: DOJ MATTERS (0.5); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ TOPICS OF INTEREST (0.5); PARTICIPATE IN WEEKLY PRINCIPALS LITIGATION UPDATE CALL (0.9); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL AND SKADDEN TEAM RE: DOJ REQUESTS (0.5). |

**115.00**

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

FITZGERALD P    06/01/20    6.40    PARTICIPATE IN CALL WITH DAVIS POLK
RE: DOJ STRATEGY (0.3); PARTICIPATE
IN CALL WITH COMMON DEFENSE COUNSEL
AND W. RIDGWAY RE: DOJ RESOLUTION
ISSUES (0.3); PARTICIPATE IN CALL
WITH M. KESSELMAN, J. ADAMS, KING &
SPALDING, AND SKADDEN TEAM RE: DOJ
STRATEGY AND NEXT STEPS (1.4);
PARTICIPATE IN CALL WITH SKADDEN
TEAM RE: DOJ STRATEGY (0.3);
PARTICIPATE IN CALL WITH R. SILBERT,
W. RIDGWAY, AND M. FLORENCE RE:
FACTUAL DEVELOPMENTS RELATED TO DOJ
INVESTIGATION (0.6); PARTICIPATE IN
CALL WITH M. FLORENCE RE: RESOLUTION
ISSUES (0.2); REVIEW AND ANALYZE
MATERIALS RE: DOJ RESOLUTION ISSUES
(3.3).

FITZGERALD P    06/02/20    7.40    PARTICIPATE IN CALL WITH DAVIS POLK
RE: DOJ INQUIRY (1.0); PARTICIPATE
IN CALL WITH KING & SPALDING AND
SKADDEN TEAM RE: DOJ MATTER STATUS
AND NEXT STEPS (1.2); PARTICIPATE IN
CALL WITH DOJ, COMMON DEFENSE
COUNSEL, AND SKADDEN TEAM RE:
RESOLUTION ISSUES (0.5); PARTICIPATE
IN CALL WITH COMMON DEFENSE COUNSEL
AND SKADDEN TEAM RE: RESOLUTION
ISSUES (0.8); PARTICIPATE IN CALL
WITH M. KESSELMAN, J. ADAMS, KING &
SPALDING, AND SKADDEN TEAM RE: DOJ
RESOLUTION ISSUES (1.1); REVIEW
DRAFT MATERIALS RE: DOJ TOPICS OF
INTEREST (2.6); PARTICIPATE IN CALL
WITH COMMON DEFENSE COUNSEL RE: SAME
(0.2).

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

FITZGERALD P        06/03/20     6.20   PARTICIPATE IN CALL WITH COMMON
                                        DEFENSE COUNSEL RE: DOJ TOPICS OF
                                        INTEREST (0.9); PARTICIPATE IN CALL
                                        WITH COMMON DEFENSE COUNSEL RE: SAME
                                        (0.2); PARTICIPATE IN CALL WITH M.
                                        FLORENCE RE: DOJ RESOLUTION ISSUES
                                        (0.2); PARTICIPATE IN CALL WITH
                                        COMMON DEFENSE COUNSEL RE: DOJ
                                        TOPICS OF INTEREST (0.2);
                                        PARTICIPATE IN CALL WITH M. FLORENCE
                                        RE: DOJ RESOLUTION ISSUES (0.2);
                                        PARTICIPATE IN CALL WITH KING &
                                        SPALDING RE: RESOLUTION ISSUES
                                        (0.1); PARTICIPATE IN CALL WITH M.
                                        KESSELMAN, J. ADAMS, KING &
                                        SPALDING, AND SKADDEN TEAM RE: DOJ
                                        MATTER STRATEGY AND NEXT STEPS
                                        (1.4); REVIEW MATERIALS RE: DOJ
                                        RESOLUTION ISSUES (1.9); PARTICIPATE
                                        IN CALL WITH COMMON DEFENSE COUNSEL
                                        RE: DOJ TOPICS OF INTEREST (0.9);
                                        PARTICIPATE IN CALL WITH COMMON
                                        DEFENSE COUNSEL RE: RESOLUTION
                                        ISSUES (0.2).

FITZGERALD P        06/04/20     3.50   PARTICIPATE IN CALL WITH M. FLORENCE
                                        RE: DOJ RESOLUTION ISSUES (0.3);
                                        PARTICIPATE IN CALL WITH J. BRAGG
                                        (0.1); PARTICIPATE IN CALL WITH
                                        SKADDEN TEAM RE: DOJ MATTER STRATEGY
                                        AND NEXT STEPS (0.7); PARTICIPATE IN
                                        CALL WITH M. FLORENCE AND KING &
                                        SPALDING RE: DOJ MATTER STATUS
                                        (0.3); REVIEW DRAFT SUBMISSIONS RE:
                                        DOJ MATTER (0.7); REVIEW DOJ
                                        MATERIALS (0.4); PARTICIPATE IN CALL
                                        WITH DAVIS POLK, KING & SPALDING,
                                        AND SKADDEN RE: DOJ MEETING (1.0).

FITZGERALD P        06/05/20     5.40   PARTICIPATE IN CALL WITH COMMON
                                        DEFENSE COUNSEL RE: DOJ TOPICS OF
                                        INTEREST (1.0); PARTICIPATE IN CALL
                                        WITH KING & SPALDING RE: DOJ
                                        RESOLUTION ISSUES (0.4); PARTICIPATE
                                        IN CALL WITH M. FLORENCE RE: SAME
                                        (0.1); REVIEW AND EDIT DRAFT
                                        MATERIALS RE: RESOLUTION ISSUES
                                        (1.6); PARTICIPATE IN CALL WITH DOJ,
                                        DAVIS POLK, SKADDEN TEAM AND KING &
                                        SPALDING RE: RESOLUTION ISSUES
                                        (1.4); PARTICIPATE IN WEEKLY CALL
                                        WITH SKADDEN TEAM RE: DOJ RESOLUTION
                                        ISSUES (0.3); PARTICIPATE IN CALL
                                        WITH DOJ, SKADDEN TEAM, AND KING &
                                        SPALDING RE: RESOLUTION ISSUES
                                        (0.6).

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
FITZGERALD P       06/06/20      1.50   PARTICIPATE IN COMMON DEFENSE CALL
                                        RE: DOJ TOPICS OF INTEREST (1.2);
                                        PARTICIPATE IN CALL WITH SKADDEN
                                        TEAM RE: MATTER STRATEGY AND NEXT
                                        STEPS (0.3).

FITZGERALD P       06/07/20      0.50   REVIEW AND EDIT MATERIALS RE: DOJ
                                        RESOLUTION ISSUES (0.5).

FITZGERALD P       06/08/20      7.60   REVIEW AND ANALYZE MATERIALS RE: DOJ
                                        RESOLUTION ISSUES (3.5); PARTICIPATE
                                        IN CALL WITH M. KESSELMAN, J. ADAMS,
                                        KING & SPALDING, AND SKADDEN TEAM
                                        RE: DOJ MATTER STATUS AND STRATEGY
                                        (1.5); REVIEW AND EDIT MATERIALS RE:
                                        DOJ RESOLUTION ISSUES (1.3);
                                        PARTICIPATE IN CALL WITH SKADDEN
                                        TEAM RE: STRATEGY AND NEXT STEPS
                                        (0.8); PARTICIPATE IN CALL WITH KING
                                        & SPALDING RE: RESOLUTION ISSUES
                                        (0.5).

FITZGERALD P       06/09/20      5.30   PARTICIPATE IN CALL WITH DOJ AND
                                        SKADDEN TEAM RE: RESOLUTION ISSUES
                                        (0.3); REVIEW AND REVISE MATERIALS
                                        RE: DOJ RESOLUTION ISSUES (2.5);
                                        PARTICIPATE IN WEEKLY CALL WITH
                                        SKADDEN TEAM RE: DOJ RESOLUTION
                                        ISSUES (0.9); CORRESPOND WITH DEA
                                        RE: REQUESTS (0.8); PARTICIPATE IN
                                        COMMON DEFENSE CALL WITH SKADDEN
                                        TEAM, KING & SPALDING, M. KESSELMAN,
                                        AND J. ADAMS RE: RESOLUTION ISSUES
                                        (0.2); PARTICIPATE IN CALL WITH
                                        SKADDEN TEAM, KING & SPALDING, M.
                                        KESSELMAN, AND J. ADAMS RE: SAME
                                        (0.6).

FITZGERALD P       06/10/20      3.30   PARTICIPATE IN CALL WITH COMMON
                                        DEFENSE COUNSEL AND SKADDEN TEAM RE:
                                        DOJ TOPICS OF INTEREST (0.5);
                                        PARTICIPATE IN CALL WITH COMMON
                                        DEFENSE COUNSEL RE: DOJ TOPICS OF
                                        INTEREST (0.5); REVIEW AND REVISE
                                        MATERIALS TO CLIENT RE: DOJ
                                        RESOLUTION ISSUES (1.7); REVIEW AND
                                        EDIT DRAFT MATERIALS RE: DOJ
                                        RESOLUTION ISSUES (0.6).
```

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

FITZGERALD P        06/11/20      4.20    PARTICIPATE IN CALL WITH SKADDEN
                                          TEAM RE: MATTER STATUS AND NEXT
                                          STEPS (1.0); PARTICIPATE IN UPDATE
                                          CALL WITH KING & SPALDING RE: DOJ
                                          RESOLUTION ISSUES (0.9); PARTICIPATE
                                          IN CALL WITH SKADDEN TEAM RE: DOJ
                                          RESOLUTION ISSUES (0.4); PARTICIPATE
                                          IN UPDATE CALL WITH KING & SPALDING
                                          RE: DOJ RESOLUTION ISSUES (0.1);
                                          CONFER WITH SKADDEN TEAM RE: DOJ
                                          RESOLUTION ISSUES (0.1); PARTICIPATE
                                          IN UPDATE CALL WITH J. ADAMS RE: DOJ
                                          RESOLUTION ISSUES (0.3); REVIEW
                                          MATERIALS RE: DOJ RELATED ISSUES
                                          (0.5); PARTICIPATE IN CALL WITH DOJ
                                          AND SKADDEN TEAM RE: DOCUMENT
                                          REQUEST ISSUES (0.9).

FITZGERALD P        06/12/20      5.40    REVIEW MATERIALS RE: DOJ RESOLUTION
                                          ISSUES (2.3); PREPARE FOR COMMON
                                          DEFENSE CALL RE: DOJ TOPICS OF
                                          INTEREST (0.5); PARTICIPATE IN
                                          COMMON DEFENSE CALL WITH M.
                                          KESSELMAN, AND SKADDEN TEAM RE: DOJ
                                          RESOLUTION ISSUES (1.2); PARTICIPATE
                                          IN CALL WITH R. STOLL AND W. RIDGWAY
                                          RE: DOJ REQUESTS (0.6); PARTICIPATE
                                          IN WEEKLY CALL WITH SKADDEN TEAM RE:
                                          DOJ RESOLUTION ISSUES (0.8).

FITZGERALD P        06/15/20      4.70    PARTICIPATE IN COMMON DEFENSE CALL
                                          RE: DOJ TOPICS OF INTEREST (0.3);
                                          PARTICIPATE IN COMMON DEFENSE CALL
                                          RE: DOJ TOPICS OF INTEREST (0.4);
                                          PARTICIPATE IN CALL WITH M.
                                          KESSELMAN, J. ADAMS, J. BUCHOTLZ,
                                          DAVIS POLK, AND SKADDEN TEAM RE: DOJ
                                          REQUESTS (0.8); REVIEW MATERIALS RE:
                                          DOJ RESOLUTION ISSUES (3.2).

FITZGERALD P        06/16/20      2.20    REVIEW AND ANALYZE MATERIALS RE: DOJ
                                          RESOLUTION ISSUES (0.8); PARTICIPATE
                                          IN WEEKLY PRINCIPALS LITIGATION
                                          UPDATE CALL (0.7); PARTICIPATE IN
                                          COMMON DEFENSE CALL RE: DOJ TOPICS
                                          OF INTEREST (0.7).

FITZGERALD P        06/17/20      2.80    REVIEW MATERIALS RE: DOJ RESOLUTION
                                          ISSUES (1.5); PARTICIPATE IN CALL
                                          WITH W. RIDGWAY RE: SAME (0.2);
                                          PARTICIPATE IN PART OF COMMON
                                          DEFENSE CALL RE: DOJ RESOLUTION
                                          (0.4); PARTICIPATE IN PART OF COMMON
                                          DEFENSE CALL RE: DOJ RESOLUTION
                                          ISSUES (0.7).

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FITZGERALD P | 06/18/20 | 2.10 | PARTICIPATE IN DOJ RESOLUTION STRATEGY CALL WITH M. KESSELMAN, J. ADAMS, COMMON DEFENSE COUNSEL, KING & SPALDING, AND SKADDEN TEAM (1.0); PARTICIPATE IN CALL WITH W. RIDGWAY RE: MATTER STATUS AND NEXT STEPS (0.2); CONFER WITH J. BRAGG RE: DOJ MATTER STRATEGY (0.3); PARTICIPATE IN CALL WITH M. FLORENCE RE: RESOLUTION ISSUES (0.3); REVIEW MATERIALS RE: DOJ RESOLUTION ISSUES (0.3). |
| FITZGERALD P | 06/19/20 | 4.60 | REVIEW MATERIALS RE: DOJ RESOLUTION ISSUES (2.2); PARTICIPATE IN WEEKLY CALL WITH SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (1.0); PARTICIPATE IN CALL WITH J. ADAMS RE: DOJ RESOLUTION ISSUES AND STRATEGY (0.5); DRAFT UPDATE RE: DOJ STRATEGY (0.1); CONFER WITH W. RIDGWAY RE: DOJ STRATEGY AND NEXT STEPS (0.1); CORRESPOND WITH SKADDEN TEAM RE: MATTER STATUS AND NEXT STEPS (0.1); PARTICIPATE IN COMMON DEFENSE CALL (0.6). |
| FITZGERALD P | 06/20/20 | 1.20 | PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL AND SKADDEN TEAM RE: RESOLUTION ISSUES (0.8); PARTICIPATE IN CALL WITH M. KESSELMAN, COMMON DEFENSE COUNSEL, J. ADAMS, AND SKADDEN TEAM RE: DOJ STRATEGY (0.4). |
| FITZGERALD P | 06/22/20 | 4.30 | PARTICIPATE IN CALL WITH  KING & SPALDING RE: DOJ STRATEGY (0.7); PARTICIPATE IN CALL WITH DAVIS POLK, KING & SPALDING, R. HOFF, AND SKADDEN RE: REQUEST FOR DOCUMENTS RE: DOJ RESOLUTION (0.7); PARTICIPATE IN CALL WITH W. RIDGWAY RE: DOJ RESOLUTION ISSUES (0.4); PARTICIPATE IN CALL WITH SKADDEN TEAM AND DOJ RE: RESOLUTION ISSUES (0.3); PARTICIPATE IN FOLLOW-UP CALL WITH SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (0.3); REVIEW MATERIALS RELEVANT TO DOJ INQUIRY (1.0); PARTICIPATE IN CALL WITH DAVIS POLK, M. KESSELMAN, R. HOFF, AND SKADDEN TEAM RE: DOCUMENT REQUESTS (0.9). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| FITZGERALD P | 06/23/20 | 4.70 | PARTICIPATE IN CALL WITH M. KESSELMAN, J. ADAMS, KING & SPALDING, AND SKADDEN TEAM RE: DOJ MATTER STRATEGY AND NEXT STEPS (1.2); PARTICIPATE IN COMMON DEFENSE CALL RE: DOJ MATTER STRATEGY AND NEXT STEPS (0.7); PARTICIPATE IN CALL WITH W. RIDGWAY RE: MATERIALS RELATED TO DOJ MATTER (0.3); PARTICIPATE IN COMMON DEFENSE CALL RE: DOJ RESOLUTION ISSUES (0.6); REVIEW AND ANALYZE MATERIALS RE: DOJ RESOLUTION ISSUES (1.1); REVIEW AND EDIT DRAFT SUBMISSION MATERIALS RE: DOJ RESOLUTION ISSUES (0.8). |
| FITZGERALD P | 06/24/20 | 7.80 | PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL AND M. FLORENCE RE: DOJ REQUESTS (0.7); PARTICIPATE IN CALL WITH M. FLORENCE RE: DOJ STRATEGY (0.2); REVIEW MATERIALS RE: DOJ RESOLUTION STRATEGY (6.2); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL AND J. BRAGG RE: DOJ REQUESTS (0.5); PARTICIPATE IN CALL WITH J. BRAGG RE: DOJ STRATEGY (0.2). |
| FITZGERALD P | 06/25/20 | 6.20 | PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL AND SKADDEN TEAM RE: DOJ TOPICS OF INTEREST (1.1); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL AND SKADDEN TEAM RE: DOJ TOPICS OF INTEREST (0.2); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL AND SKADDEN TEAM RE: DOJ TOPICS OF INTEREST (0.5); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL AND SKADDEN TEAM RE: DOJ TOPICS OF INTEREST (0.6); PARTICIPATE IN CALL WITH J. ADAMS RE: DOJ RESOLUTION ISSUES (0.1); PARTICIPATE IN CALL WITH W. RIDGWAY RE: DOJ RESOLUTION STRATEGY (0.1); PREPARE FOR BOARD MEETING (0.4); REVIEW MATERIALS RE: DOJ RESOLUTION ISSUES (0.9); PARTICIPATE IN BOARD MEETING (2.2); PARTICIPATE IN CALL WITH DOJ RE: SUBPOENA (0.1). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
FITZGERALD P        06/26/20      4.70   PARTICIPATE IN COMMON DEFENSE CALL
                                         WITH J. BRAGG RE: DOJ REQUESTS
                                         (0.4); REVIEW MATERIALS RE: DOJ
                                         RESOLUTION (1.3); CORRESPOND WITH
                                         DOJ RE: REQUESTS (0.3); PARTICIPATE
                                         IN WEEKLY CALL WITH SKADDEN TEAM RE:
                                         DOJ RESOLUTION ISSUES (0.5);
                                         PARTICIPATE IN COMMON DEFENSE CALL
                                         WITH M. FLORENCE RE: DOJ REQUESTS
                                         (0.5); PARTICIPATE IN CALL WITH M.
                                         KESSELMAN RE: RESOLUTION ISSUES
                                         (0.1); PARTICIPATE IN CALL WITH
                                         SKADDEN TEAM AND COMMON DEFENSE
                                         COUNSEL RE: DOJ UPDATE (0.2);
                                         PARTICIPATE IN CALL WITH DOJ (0.1);
                                         PARTICIPATE IN CALL WITH SKADDEN
                                         TEAM, M. KESSELMAN, AND KING &
                                         SPALDING RE: DOJ UPDATE (1.0);
                                         PARTICIPATE IN CALL WITH M. FLORENCE
                                         RE: DOJ UPDATE (0.3).

FITZGERALD P        06/28/20      3.00   REVIEW MATERIALS RE: DOJ RESOLUTION
                                         ISSUES (0.6); PARTICIPATE IN CALL
                                         WITH COMMON DEFENSE COUNSEL AND J.
                                         BRAGG RE: DOJ RESOLUTION ISSUES
                                         (0.8); PARTICIPATE IN CALL WITH J.
                                         BRAGG RE: DOJ RESOLUTION ISSUES
                                         (0.2); PARTICIPATE IN CALL WITH
                                         DAVIS POLK AND SKADDEN TEAM RE:
                                         DOCUMENT REQUESTS (0.4); PARTICIPATE
                                         IN CALL WITH M. KESSELMAN, J. ADAMS,
                                         KING & SPALDING, AND SKADDEN TEAM
                                         RE: DOJ RESOLUTION ISSUES (1.0).
```

D02B

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

FITZGERALD P          06/29/20          9.50   PARTICIPATE IN INTERNAL SKADDEN TEAM
                                               CALL RE: WORK STREAMS (0.3);
                                               PARTICIPATE IN UPDATE CALL WITH J.
                                               ADAMS RE: DOJ STRATEGY (0.5);
                                               PARTICIPATE IN CALL WITH DAVIS POLK,
                                               M. KESSELMAN, R. HOFF, AND CLIENT
                                               RE: DOCUMENT REQUEST ISSUES (0.8);
                                               PARTICIPATE IN COMMON DEFENSE CALL
                                               RE: DOJ RESOLUTION ISSUES (0.7);
                                               REVIEW MATERIALS RE: DOJ RESOLUTION
                                               ISSUES (1.0); PARTICIPATE IN CALL
                                               WITH DAVIS POLK, SKADDEN, AND KING &
                                               SPALDING RE: MATTER STRATEGY AND
                                               NEXT STEPS (0.5); PARTICIPATE IN
                                               CALL WITH COMMON DEFENSE COUNSEL RE:
                                               DOJ REQUEST (0.5); PARTICIPATE IN
                                               DOJ STRATEGY CALL WITH M. KESSELMAN,
                                               J. ADAMS, R. CULLEN, R. BROWN, AND
                                               KING & SPALDING (1.0); PARTICIPATE
                                               IN CALL WITH J. ADAMS RE: DOJ MATTER
                                               STRATEGY (0.1); PARTICIPATE IN
                                               UPDATE CALL WITH M. FLORENCE RE: DOJ
                                               STRATEGY (0.2); PARTICIPATE IN CALL
                                               WITH KING & SPALDING AND SKADDEN
                                               TEAM RE: DOJ STRATEGY (0.8);
                                               PARTICIPATE IN CALL WITH DOJ (0.1);
                                               PARTICIPATE IN CALL WITH COMMON
                                               DEFENSE COUNSEL RE: RESOLUTION
                                               ISSUES (0.2); PARTICIPATE IN
                                               INTERNAL SKADDEN TEAM CALL RE: DOJ
                                               STRATEGY (0.3); PARTICIPATE IN PART
                                               OF CALL WITH DAVIS POLK, M.
                                               KESSELMAN, AND M. FLORENCE RE: DOJ
                                               MATTER STATUS AND NEXT STEPS (0.3);
                                               PARTICIPATE IN CALL WITH COMMON
                                               DEFENSE COUNSEL RE: SAME (1.0);
                                               PARTICIPATE IN DOJ STRATEGY UPDATE
                                               CALL WITH M. KESSELMAN, J. ADAMS,
                                               KING & SPALDING, AND SKADDEN TEAM
                                               (1.2).

FITZGERALD P          06/30/20          3.80   PARTICIPATE IN CALL WITH J. BRAGG
                                               RE: DOJ MATTER STATUS AND NEXT STEPS
                                               (0.2); PARTICIPATE IN CALL WITH M.
                                               FLORENCE RE: DOJ REQUESTS (0.4);
                                               PARTICIPATE IN CALL WITH W. RIDGWAY
                                               RE: DOJ MATTER STATUS AND NEXT STEPS
                                               (0.3); PARTICIPATE IN CALL WITH W.
                                               RIDGWAY AND R. STOLL RE: DOJ
                                               REQUESTS (0.5); PARTICIPATE IN CALL
                                               WITH M. KESSELMAN RE: DOJ UPDATE
                                               (0.1); PARTICIPATE IN WEEKLY
                                               PRINCIPALS LITIGATION UPDATE CALL
                                               (0.6); PARTICIPATE IN COMMON DEFENSE
                                               CALL RE: DOJ REQUEST (0.2); REVIEW
                                               MATERIALS RE: DOJ RESOLUTION ISSUES
                                               (1.5).

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

118.30

| | | | |
|---|---|---|---|
| FLORENCE MP | 06/01/20 | 8.90 | CONFER WITH CO-COUNSEL RE: BANKRUPTCY DISCOVERY REQUESTS (0.5); REVIEW AND COMMENT ON DRAFT TALKING POINTS RE: SAME (2.3); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ MATTER STATUS (0.6); CORRESPOND WITH JOINT DEFENSE COUNSEL RE: SAME (0.4); CONFER WITH DOJ RE: DISCOVERY REQUESTS (0.5); REVIEW AND ANALYZE MATERIALS RE: SAME (0.5); PREPARE FOR WEEKLY DISCOVERY CALL WITH SKADDEN TEAM (0.3); PARTICIPATE IN WEEKLY DISCOVERY CALL WITH SKADDEN TEAM (1.0); PARTICIPATE IN TRAINING WITH SKADDEN TEAM RE: PRIVILEGE REVIEW (1.1); PARTICIPATE IN PART OF CALL WITH M. KESSELMAN, J. ADAMS, KING & SPALDING, AND SKADDEN TEAM RE: MATTER STATUS AND STRATEGY (1.1); CONFER WITH R. SILBERT AND P. FITZGERALD RE: DOJ MATTER STATUS (0.6). |
| FLORENCE MP | 06/02/20 | 6.70 | PARTICIPATE IN CALL WITH CLIENT AND CO-COUNSEL RE: DOJ REQUESTS (1.1); CONFER WITH KING & SPALDING AND SKADDEN TEAM RE: SAME (1.2); CONFER WITH KING & SPALDING AND SKADDEN TEAM IN PREPARATION FOR CALL WITH CLIENT RE: RESOLUTION ISSUES (1.1); PARTICIPATE IN CALL WITH M. KESSELMAN AND J. ADAMS RE: DOJ MATTER STRATEGY (0.9); REVIEW DRAFT MATERIALS RE: DOJ TOPICS OF INTEREST (0.8); REVIEW DRAFT REPLY RE: BANKRUPTCY ISSUES (0.7); REVIEW LETTER FROM UCC COUNSEL (0.4); PARTICIPATE IN CALL WITH DOJ RE: MATTER STATUS (0.5). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

FLORENCE MP      06/03/20      8.50      ANALYZE DOJ DISCOVERY REQUESTS AND
                                         RELATED MATERIALS (0.9); CORRESPOND
                                         WITH R. HOFF AND CLIENT RE: SAME
                                         (0.6); CORRESPOND WITH SKADDEN TEAM
                                         RE: DOJ STRATEGY AND NEXT STEPS
                                         (0.8); ANALYZE POTENTIAL RESOLUTION
                                         ISSUES (0.7); PARTICIPATE IN JOINT
                                         DEFENSE CALL RE: DOJ MATTER STATUS
                                         (1.0); PARTICIPATE IN CALL WITH M.
                                         KESSELMAN, J. ADAMS, KING &
                                         SPALDING, AND SKADDEN TEAM RE: DOJ
                                         MATTER STRATEGY (1.3); PARTICIPATE
                                         IN CALL WITH P. FITZGERALD RE: SAME
                                         (0.2); ATTEND BANKRUPTCY HEARING RE:
                                         BAR DATE (2.5); CONFER WITH CO-
                                         COUNSEL RE: DOJ REQUESTS (0.5).

FLORENCE MP      06/04/20      9.40      CONFER WITH R. ALEALI, C. RICARTE,
                                         AND R. HOFF RE: DOJ DOCUMENT REVIEW
                                         PROCESS (0.7); CONFER WITH P.
                                         FITZGERALD RE: DOJ MATTER STATUS
                                         (0.3); CONFER WITH SKADDEN TEAM RE:
                                         DOJ RESOLUTION STRATEGY (0.9);
                                         CONFER WITH SKADDEN TEAM RE: DOJ
                                         RESOLUTION RESEARCH ISSUES (0.4);
                                         CONFER WITH P. FITZGERALD, J. BRAGG,
                                         AND W. RIDGWAY RE: DOJ MATTER
                                         STRATEGY (0.5); PREPARE MATERIALS
                                         RE: DOJ MATTER STATUS (4.8);
                                         PARTICIPATE IN CALL WITH DOJ RE:
                                         DISCOVERY REQUESTS (0.5); PREPARE
                                         FOR SAME (0.3); CONFER WITH P.
                                         FITZGERALD AND KING & SPALDING RE:
                                         PREPARATION FOR CALL WITH DOJ (0.3);
                                         CONFER WITH CO-COUNSEL, CLIENT, KING
                                         & SPALDING, AND SKADDEN TEAM RE: DOJ
                                         RESOLUTION AND BANKRUPTCY ISSUES
                                         (1.0).

FLORENCE MP      06/05/20      6.90      PARTICIPATE IN CALL WITH COMMON
                                         DEFENSE COUNSEL RE: DOJ MATTER
                                         STATUS (1.0); PARTICIPATE IN CALL
                                         WITH COMMON DEFENSE COUNSEL RE: DOJ
                                         DISCOVERY REQUESTS (0.5);
                                         PARTICIPATE IN CALL WITH DOJ RE:
                                         FACTUAL ISSUES RE: RESOLUTION (1.0);
                                         PARTICIPATE IN CALL WITH DOJ RE:
                                         DOCUMENT REVIEW PROCESS (0.4);
                                         PREPARE FOR CALL WITH DOJ RE:
                                         DOCUMENT REVIEW PROCESS (0.6);
                                         PARTICIPATE IN CALL WITH DOJ RE:
                                         BANKRUPTCY MATTERS (1.5);
                                         PARTICIPATE IN WEEKLY CALL WITH
                                         SKADDEN TEAM RE: DOJ RESOLUTION
                                         ISSUES (0.4); REVIEW AND ANALYZE
                                         MATERIALS RE: RESOLUTION ISSUES AND
                                         STRATEGY (0.1); REVISE MATERIALS RE:
                                         DOJ MATTER STATUS (1.4).

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 06/06/20 | 2.10 | PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ MATTER STATUS (1.5); CONFER WITH P. FITZGERALD AND W. RIDGWAY RE: SAME (0.3); REVIEW EDITS TO MATERIALS RE: RESOLUTION ISSUES (0.3). |
| FLORENCE MP | 06/07/20 | 1.50 | REVIEW AND EDIT MATERIALS RE: DOJ RESOLUTION ISSUES (0.5); REVIEW AND EDIT DRAFT PRIVILEGE LOG (1.0). |
| FLORENCE MP | 06/08/20 | 9.40 | REVISE MATERIALS RE: DOJ RESOLUTION ISSUES (3.8); PARTICIPATE IN CALL WITH CLIENT, KING & SPALDING, AND SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (1.5); CONFER WITH SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (0.8); PARTICIPATE IN CALL WITH AUDITOR RE: LITIGATION ISSUES (0.2); PREPARE FOR CALL WITH AUDITOR RE: LITIGATION ISSUES (0.3); CONFER WITH J. BRAGG RE: SAME (0.2); CONFER WITH R. HOFF RE: DOJ DISCOVERY REQUESTS (0.8); CORRESPOND WITH COMMON DEFENSE COUNSEL RE: SAME (0.5); ANALYZE DOCUMENTS RE: FACTUAL QUESTIONS RE: DOJ RESOLUTION (1.3). |
| FLORENCE MP | 06/09/20 | 7.40 | REVISE MATERIALS RE: DOJ RESOLUTION ISSUES (3.9); PARTICIPATE IN WEEKLY PRINCIPALS LITIGATION UPDATE CALL (0.8); CONFER WITH M. KESSELMAN, KING & SPALDING, AND SKADDEN TEAM RE: DOJ MATTER STRATEGY (0.5); PARTICIPATE IN CALL WITH U.S. ATTORNEYS' OFFICE RE: ADDITIONAL INQUIRY (0.4); REVIEW DOCUMENTS RE: FACTUAL QUESTION RE: DOJ RESOLUTION ISSUES (1.1); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL (0.2); CORRESPOND WITH R. HOFF AND CLIENT TEAM RE: DOJ DISCOVERY REQUESTS (0.5). |
| FLORENCE MP | 06/10/20 | 6.10 | PARTICIPATE IN JOINT DEFENSE CALL RE: DOJ DISCOVERY REQUESTS (1.7); REVIEW MATERIALS IN PREPARATION FOR SAME (1.0); PARTICIPATE IN JOINT DEFENSE CALL RE: FACTUAL ISSUES RELATED TO DOJ INVESTIGATION (0.5); REVIEW MATERIALS IN PREPARATION FOR SAME (0.7); REVIEW AND EDIT MATERIALS RE: DOJ RESOLUTION ISSUES (1.5); REVIEW MATERIALS RE: DOJ DISCOVERY REQUEST (0.3); CONFER WITH R. HOFF RE: SAME (0.4). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 06/11/20 | 7.30 | PARTICIPATE IN CONFERENCE CALLS WITH P. FITZGERALD, J. BRAGG, AND W. RIDGWAY RE: DOJ RESOLUTION ISSUES (1.5); REVIEW AND EDIT DRAFT PRIVILEGE LOG FOR DOJ PRODUCTION (2.5); PARTICIPATE IN PART OF CALL WITH DOJ AND SKADDEN TEAM RE: DISCOVERY REQUESTS (0.6); REVIEW AND ANALYZE MATERIALS RE: ISSUES RAISED RELATED TO DISCOVERY REQUESTS (0.8); REVISE MATERIALS RE: DOJ TOPICS OF INTEREST (0.9); PARTICIPATE IN CALLS WITH R. HOFF RE: DOJ DISCOVERY REQUESTS (0.5); REVIEW AND ANALYZE MATERIALS RE: SAME (0.5). |
| FLORENCE MP | 06/12/20 | 5.80 | PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ MATTER STATUS (1.2); REVIEW MATERIALS IN PREPARATION FOR CALL WITH COMMON DEFENSE COUNSEL (0.6); PARTICIPATE IN WEEKLY CALL WITH SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (1.0); PREPARE FOR WEEKLY SKADDEN TEAM CALL RE: DOJ RESOLUTION ISSUES (0.3); REVIEW MATERIALS RE: FACTUAL ISSUES RELATED TO DOJ INVESTIGATION (0.8); CONFER WITH SKADDEN TEAM RE: DRAFT PRIVILEGE LOGS (0.6); CONFER WITH R. HOFF RE: DOJ DISCOVERY REQUESTS (0.4); REVIEW MATERIALS RE: DOCUMENT PRODUCTION ISSUES (0.9). |
| FLORENCE MP | 06/15/20 | 5.50 | PARTICIPATE IN WEEKLY DISCOVERY CALL WITH CLIENT TEAM AND COMMON DEFENSE (0.8); CONFER WITH CLIENT AND COMMON DEFENSE COUNSEL RE: BANKRUPTCY DISCOVERY REQUESTS (0.9); REVIEW AND ANALYZE MATERIALS RE: DOJ DISCOVERY REQUESTS (0.9); CONFER WITH R. HOFF RE: SAME (0.3); REVISE MATERIALS RE: DOJ RESOLUTION ISSUES (0.5); REVIEW AND EDIT PRIVILEGE LOGS (3.3). |
| FLORENCE MP | 06/16/20 | 6.20 | REVIEW AND ANALYZE MATERIALS RE: DOJ FACTUAL QUESTIONS (1.5); PARTICIPATE IN JOINT DEFENSE CALL RE: DOJ DISCOVERY REQUESTS (1.0); PARTICIPATE IN JOINT DEFENSE CALL RE: DOJ MATTER STATUS (0.7); PARTICIPATE IN WEEKLY PRINCIPALS LITIGATION UPDATE CALL (1.0); PARTICIPATE IN TRAINING CALL WITH SKADDEN TEAM FOR PRIVILEGE LOG REVIEW (1.0); REVIEW AND ANALYZE DOJ DISCOVERY REQUESTS AND RELATED MATERIALS (1.0). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| FLORENCE MP | 06/17/20 | 3.90 | REVIEW AND ANALYZE STATUS OF DOJ DISCOVERY REQUESTS (1.0); CONFER WITH R. HOFF RE: SAME (0.5); REVIEW AND ANALYZE MATERIALS RE: FACTUAL ISSUES RELATED TO DOJ INVESTIGATION (1.4); PARTICIPATE IN JOINT DEFENSE CALLS RE: DOJ MATTER STATUS AND STRATEGY (1.0). |
| --- | --- | --- | --- |
| FLORENCE MP | 06/18/20 | 2.70 | PARTICIPATE IN CALL WITH R. ALEALI, C. RICARTE, AND R. HOFF RE: DOJ DISCOVERY REQUESTS (0.5); PREPARE FOR CALL RE: SAME (0.2); CORRESPOND WITH R. HOFF AND CLIENT RE: STATUS OF DOJ DISCOVERY REQUESTS (0.5); PARTICIPATE IN CALL WITH CLIENT, KING & SPALDING, AND SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (0.5); CONFER WITH P. FITZGERALD RE: SAME (0.3); REVIEW AND ANALYZE MATERIALS RE: DOJ RESOLUTION ISSUES (0.7). |
| FLORENCE MP | 06/19/20 | 2.60 | PARTICIPATE IN WEEKLY STRATEGY CALL WITH SKADDEN TEAM (1.3); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ FACTUAL QUESTIONS (0.5); PREPARE FOR SAME (0.3); CORRESPOND WITH R. HOFF AND CLIENT TEAM RE: DOJ DISCOVERY REQUESTS (0.5). |
| FLORENCE MP | 06/20/20 | 1.30 | PARTICIPATE IN JOINT DEFENSE CALL RE: DOJ MATTER STATUS (0.7); PARTICIPATE IN FOLLOW UP CALL WITH CLIENT, KING & SPALDING, AND SKADDEN TEAM RE: SAME (0.6). |
| FLORENCE MP | 06/21/20 | 0.40 | REVIEW AND ANALYZE MATERIALS RE: DOJ FACTUAL QUESTIONS (0.4). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

FLORENCE MP        06/22/20        5.40    CORRESPOND WITH CLIENT AND COMMON
                                           DEFENSE COUNSEL RE: PREPARATION FOR
                                           SPECIAL COMMITTEE MEETING (0.3);
                                           REVIEW AND ANALYZE MATERIALS RE:
                                           FACTUAL ISSUES IDENTIFIED IN DOJ
                                           INVESTIGATION (0.5); PARTICIPATE IN
                                           CALL WITH DOJ RE: DISCOVERY REQUESTS
                                           (1.0); CONFER WITH SKADDEN TEAM RE:
                                           FOLLOW-UP ISSUES RELATED TO
                                           DISCOVERY REQUESTS (0.2); CONFER
                                           WITH R. HOFF RE: DISCOVERY REQUESTS
                                           (0.2); PARTICIPATE IN WEEKLY CALL
                                           WITH CLIENT AND COMMON DEFENSE
                                           COUNSEL RE: DISCOVERY REQUESTS
                                           (0.5); REVIEW AND ANALYZE MATERIALS
                                           RE: DISCOVERY ISSUES (0.4);
                                           PARTICIPATE IN JOINT DEFENSE CALLS
                                           RE: DOJ DISCOVERY REQUESTS (0.8);
                                           PARTICIPATE IN CALL WITH CLIENT AND
                                           CO-COUNSEL RE: BANKRUPTCY ISSUES
                                           (0.8); PARTICIPATE IN CALL WITH
                                           SKADDEN TEAM, KING & SPALDING, R.
                                           HOFF, AND DAVIS POLK RE: SAME (0.7).

FLORENCE MP        06/23/20        6.50    PARTICIPATE IN WEEKLY PRINCIPALS
                                           LITIGATION UPDATE CALL (1.0); CONFER
                                           WITH CLIENT, KING & SPALDING, AND
                                           SKADDEN TEAM RE: DOJ RESOLUTION
                                           ISSUES (1.2); PARTICIPATE IN JOINT
                                           DEFENSE CALL RE: DOJ RESOLUTION
                                           ISSUES (0.7); REVIEW MATERIALS RE:
                                           DOJ FACT ISSUES (1.7); PARTICIPATE
                                           IN CALL WITH W. RIDGWAY AND R. HOFF
                                           RE: DOJ DISCOVERY REQUESTS (0.6);
                                           PARTICIPATE IN CALL WITH CO-COUNSEL
                                           RE: SAME (0.3); REVIEW AND EDIT
                                           PRIVILEGE LOG FOR PRODUCTIONS (1.0).

FLORENCE MP        06/24/20        8.00    REVIEW AND EDIT PRIVILEGE LOGS FOR
                                           DOJ PRODUCTIONS (2.2); REVIEW AND
                                           ANALYZE STATUS OF DOJ DISCOVERY
                                           REQUESTS (0.7); CONFER WITH R. HOFF
                                           RE: SAME (0.5); REVIEW AND ANALYZE
                                           MATERIALS RE: DOJ FACTUAL ISSUES
                                           (2.2); CONFER WITH P. FITZGERALD RE:
                                           DOJ RESOLUTION ISSUES (0.3); REVIEW
                                           AND ANALYZE MATERIALS RE: RESOLUTION
                                           ISSUES (0.6); PARTICIPATE IN CALL
                                           WITH COMMON DEFENSE COUNSEL RE: DOJ
                                           FACTUAL ISSUES (0.7); REVIEW AND
                                           ANALYZE MATERIALS RE: SAME (0.3);
                                           REVIEW AND EDIT DRAFT LETTER TO DOJ
                                           RE: INVESTIGATION ISSUES (0.5).

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 06/25/20 | 4.50 | PARTICIPATE IN JOINT DEFENSE CALLS RE: DOJ FACTUAL ISSUES (1.6); PARTICIPATE IN CALL WITH BOARD RE: RESOLUTION ISSUES (2.6); PREPARE FOR BOARD MEETING (0.3). |
| FLORENCE MP | 06/26/20 | 5.60 | PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ FACTUAL ISSUES (2.3); CONFER WITH COMMON DEFENSE COUNSEL RE: BANKRUPTCY ISSUES (0.5); PARTICIPATE IN JOINT DEFENSE CALL RE: SAME (0.7); REVIEW AND ANALYZE MATERIALS RE: DOJ DISCOVERY REQUESTS (0.5); CONFER WITH SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (0.7); CONFER WITH P. FITZGERALD RE: SAME (0.3); CONFER WITH KING & SPALDING AND SKADDEN TEAM RE: SAME (0.4); REVIEW AND ANALYZE MATERIALS RE: DOJ RESOLUTION ISSUES (0.2). |
| FLORENCE MP | 06/28/20 | 2.60 | REVIEW AND ANALYZE MATERIALS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (1.2); CONFER WITH COMMON DEFENSE COUNSEL AND SKADDEN TEAM RE: BANKRUPTCY DISCOVERY (0.4); PARTICIPATE IN CALL WITH CLIENT, KING & SPALDING, AND SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (1.0). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

FLORENCE MP        06/29/20        9.20    PARTICIPATE IN CALL WITH COMMON
                                           DEFENSE COUNSEL RE: DOJ TOPICS OF
                                           INTEREST (0.6); REVIEW DOCUMENTS RE:
                                           DOJ FACTUAL ISSUES (1.0);
                                           PARTICIPATE IN STRATEGY CALL WITH
                                           CLIENT, SKADDEN TEAM, AND KING &
                                           SPALDING RE: DOJ RESOLUTION ISSUES
                                           (1.2); PARTICIPATE IN CALL WITH KING
                                           & SPALDING AND SKADDEN TEAM RE: DOJ
                                           RESOLUTION ISSUES (0.4); CONFER WITH
                                           DAVIS POLK, KING & SPALDING, AND
                                           SKADDEN TEAM RE: DOJ RESOLUTION
                                           ISSUES (0.5); PARTICIPATE IN
                                           INTERNAL CALLS WITH SKADDEN TEAM RE:
                                           DOJ RESOLUTION ISSUES (1.6);
                                           PARTICIPATE IN CALL WITH CLIENT AND
                                           CO-COUNSEL RE: BANKRUPTCY ISSUES
                                           (1.1); PREPARE FOR SAME (0.3);
                                           PARTICIPATE IN CALL WITH CLIENT AND
                                           CO-COUNSEL RE: BANKRUPTCY DUE
                                           DILIGENCE (0.5); CONFER WITH SKADDEN
                                           TEAM RE: REVIEW OF MATERIALS FOR DOJ
                                           PRODUCTION (0.6); CONFER WITH DOJ
                                           RE: DISCOVERY REQUESTS (0.5); CONFER
                                           WITH R. HOFF RE: DISCOVERY REQUESTS
                                           (0.3); CONFER WITH R. HOFF RE:
                                           BANKRUPTCY AND DOJ PRODUCTION ITEMS
                                           (0.6).

FLORENCE MP        06/30/20        4.80    CONFER WITH P. FITZGERALD RE: DOJ
                                           RESOLUTION ISSUES (0.3); CONFER WITH
                                           J. BRAGG RE: SAME (0.3); PARTICIPATE
                                           IN CALL WITH COMMON DEFENSE COUNSEL
                                           RE: DOJ TOPICS OF INTEREST (0.3);
                                           CONFER WITH R. HOFF RE: DISCOVERY
                                           REQUESTS (0.5); PARTICIPATE IN CALL
                                           WITH R. HOFF AND COMMON DEFENSE
                                           COUNSEL RE: SAME (0.4); REVIEW
                                           MATERIALS RE: BANKRUPTCY ISSUES
                                           (0.4); REVIEW AND ANALYZE STATUS OF
                                           DOJ PRODUCTIONS (1.2); PARTICIPATE
                                           IN WEEKLY PRINCIPALS LITIGATION
                                           UPDATE CALL (0.5); REVIEW AND EDIT
                                           ANALYSIS RE: INDEMNIFICATION ISSUES
                                           (0.9).

                                  **149.20**

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

RIDGWAY W          06/01/20     7.40   COORDINATE AND SYNTHESIZE MATERIALS
                                       RE: DOJ TOPICS OF INTEREST (0.7);
                                       CONFER WITH COMMON DEFENSE COUNSEL
                                       RE: DOJ RESOLUTION ISSUES (0.4);
                                       REVIEW INQUIRY FROM CO-COUNSEL RE:
                                       SAME (1.1); REVIEW MATERIALS RE: DOJ
                                       RESOLUTION ISSUES (1.2); CONFER WITH
                                       SKADDEN TEAM RE: DOJ TOPICS OF
                                       INTEREST (0.5); REVIEW FACTUAL
                                       ISSUES RELATED TO DOJ INVESTIGATION
                                       (0.5); CONFER WITH CLIENT RE: DOJ
                                       STRATEGY (1.7); REVIEW MATERIALS RE:
                                       DOJ INVESTIGATION FACTUAL ISSUES
                                       (1.3).

RIDGWAY W          06/02/20     5.60   REVIEW AND REVISE MATERIALS RE: DOJ
                                       TOPICS OF INTEREST (1.2); CONFER
                                       WITH DOJ RE: TOPICS OF INTEREST
                                       (0.5); CONFER WITH SKADDEN TEAM RE:
                                       SAME (0.9); CONFER WITH CLIENT RE:
                                       STRATEGY AND DOJ REQUESTS (1.0);
                                       REVIEW MATERIALS RE: FACTUAL ISSUES
                                       IDENTIFIED IN DOJ INVESTIGATION
                                       (1.3); CONFER WITH M. FLORENCE RE:
                                       DISCOVERY ISSUES (0.3); CONFER WITH
                                       SKADDEN TEAM RE: SAME (0.4).

RIDGWAY W          06/03/20     5.60   CONFER WITH SKADDEN TEAM RE: DOJ
                                       REQUESTS (0.3); DRAFT MATERIALS RE:
                                       SAME (1.9); CONFER WITH U.S.
                                       ATTORNEYS' OFFICE RE: INQUIRIES
                                       (0.4); CONFER WITH CLIENT RE:
                                       STRATEGY (1.5); CONFER WITH COMMON
                                       DEFENSE COUNSEL RE: DOJ TOPICS OF
                                       INTEREST (0.8); REVIEW MATERIALS RE:
                                       DISCOVERY ISSUES (0.3); CONFER WITH
                                       SKADDEN TEAM RE: DOJ REQUESTS (0.4).

RIDGWAY W          06/04/20     4.90   ANALYZE AND DRAFT MATERIALS RE: DOJ
                                       REQUESTS (1.8); CONFER WITH U.S.
                                       ATTORNEYS' OFFICE RE: MEETING ON
                                       TOPICS OF INTEREST (0.4); CONFER
                                       WITH SKADDEN TEAM RE: DOJ STRATEGY
                                       (0.6); REVIEW MATERIALS RE: DOJ
                                       REQUESTS (0.6); CONFER WITH DAVIS
                                       POLK RE: BANKRUPTCY ISSUES (1.0);
                                       CONFER WITH T. FREY RE: FACTUAL
                                       ISSUES IDENTIFIED IN DOJ
                                       INVESTIGATION (0.5).

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
RIDGWAY W          06/05/20    5.10   CONFER WITH COMMON DEFENSE COUNSEL
                                      RE: DOJ STRATEGY (1.0); REVISE
                                      MATERIALS RE: DOJ REQUESTS (1.5);
                                      CONFER WITH SKADDEN TEAM RE: DOJ
                                      REQUESTS (0.5); CONFER WITH DOJ RE:
                                      TOPICS OF INTEREST (1.1); CONFER
                                      WITH P. FITZGERALD RE: DOJ TOPICS OF
                                      INTEREST (0.3); CONFER WITH T. FREY
                                      RE: DOJ TOPICS OF INTEREST (0.4);
                                      CONFER WITH C. HOUSTON RE: REQUEST
                                      FROM U.S. ATTORNEYS' OFFICE (0.3).

RIDGWAY W          06/06/20    1.50   CONFER WITH COMMON DEFENSE COUNSEL
                                      RE: DOJ TOPICS OF INTEREST (1.2);
                                      PARTICIPATE IN CALL WITH M. FLORENCE
                                      AND P. FITZGERALD RE: DOJ RESOLUTION
                                      ISSUES AND STRATEGY (0.3).

RIDGWAY W          06/07/20    0.90   REVISE DRAFT MATERIALS RE: DOJ
                                      REQUESTS (0.9).

RIDGWAY W          06/08/20    5.10   CONFER WITH SKADDEN TEAM RE: DOJ
                                      STRATEGY (0.5); REVIEW ANALYSIS OF
                                      INFORMATION RE: DOJ RESOLUTION
                                      ISSUES (1.2); ANALYZE RESULTS RE:
                                      DOJ INQUIRY (1.4); CONFER WITH
                                      SKADDEN TEAM RE: FOLLOW UP ANALYSIS
                                      RE: DOJ RESOLUTION ISSUES (0.5);
                                      CONFER WITH CLIENT, SKADDEN TEAM,
                                      AND COMMON DEFENSE COUNSEL RE: DOJ
                                      STRATEGY (1.5).

RIDGWAY W          06/09/20    4.90   CONFER WITH U.S. ATTORNEYS' OFFICE
                                      RE: INQUIRIES (0.5); CONFER WITH
                                      SKADDEN TEAM RE: DOJ STRATEGY (0.3);
                                      CONFER WITH P. FITZGERALD RE: DOJ
                                      STRATEGY (0.2); REVIEW AND REVISE
                                      MATERIALS RE: DOJ RESOLUTION ISSUES
                                      (1.3); CONFER WITH SKADDEN TEAM RE:
                                      DOJ REQUESTS (0.5); PARTICIPATE IN
                                      COMMON DEFENSE CALL RE: DOJ
                                      RESOLUTION ISSUES (0.5); CONFER WITH
                                      SKADDEN TEAM, COMMON DEFENSE COUNSEL
                                      AND CLIENT RE: DOJ MATTER STRATEGY
                                      AND NEXT STEPS (0.4); REVIEW SUMMARY
                                      OF ISSUES RE: DOJ RESOLUTION ISSUES
                                      (1.2).

RIDGWAY W          06/10/20    4.00   CONFER WITH SKADDEN TEAM RE:
                                      STRATEGY (1.0); REVIEW MATERIALS RE:
                                      FACTUAL ISSUES RELATED TO DOJ
                                      INVESTIGATION (1.2); PARTICIPATE IN
                                      CALL WITH COMMON DEFENSE COUNSEL RE:
                                      SAME (0.5); REVIEW MATERIALS RE: DOJ
                                      RESOLUTION ISSUES 0.5); CONFER WITH
                                      SKADDEN TEAM RE: NEXT STEPS FOR DOJ
                                      STRATEGY (0.8).
```

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

RIDGWAY W          06/11/20     3.70   CONFER WITH SKADDEN TEAM RE: DOJ
                                       STRATEGY (1.0); REVIEW INFORMATION
                                       RE: DOJ RESOLUTION ISSUES (0.8);
                                       CONFER WITH SKADDEN TEAM RE: DOJ
                                       STRATEGY (0.5); ANALYZE MATERIALS
                                       RE: DOJ RESOLUTION ISSUES (1.4).

RIDGWAY W          06/12/20     2.40   CONFER WITH R. STOLL AND P.
                                       FITZGERALD RE: INVESTIGATION (0.6);
                                       CONFER WITH SKADDEN TEAM RE: DOJ
                                       STRATEGY (1.0); REVIEW ANALYSIS FOR
                                       DOJ STRATEGY (0.8).

RIDGWAY W          06/15/20     1.60   CONFER WITH SKADDEN TEAM AND COMMON
                                       DEFENSE COUNSEL RE: DISCOVERY ISSUES
                                       (0.6); CONFER WITH SKADDEN TEAM RE:
                                       STRATEGY (0.4); REVIEW ANALYSIS RE:
                                       DOJ RESOLUTION ISSUES (0.6).

RIDGWAY W          06/16/20     3.20   ANALYZE MATERIALS RE: DOJ RESOLUTION
                                       ISSUES (1.8); PARTICIPATE IN CALL
                                       WITH COMMON DEFENSE COUNSEL RE: DOJ
                                       RESOLUTION ISSUES (0.4); CONFER WITH
                                       SKADDEN TEAM RE: DOJ STRATEGY (0.3);
                                       PARTICIPATE IN CALL WITH COMMON
                                       DEFENSE COUNSEL RE: DOJ MATTER
                                       STATUS AND NEXT STEPS (0.7).

RIDGWAY W          06/17/20     4.90   CONFER WITH COMMON DEFENSE COUNSEL
                                       RE: DOJ TOPICS OF INTEREST (1.0);
                                       CONFER WITH J. BRAGG RE: DOJ
                                       STRATEGY (0.5); CONFER WITH P.
                                       FITZGERALD RE: DOJ STRATEGY (0.2);
                                       ANALYZE MATERIALS RE: DOJ STRATEGY
                                       (2.5); CONFER WITH SKADDEN TEAM RE:
                                       DOJ RESOLUTION ISSUES (0.2); CONFER
                                       WITH SKADDEN TEAM RE: RESEARCH
                                       ISSUES FOR DOJ RESOLUTION ISSUES
                                       (0.5).

RIDGWAY W          06/18/20     4.80   CONFER WITH SKADDEN TEAM, COMMON
                                       DEFENSE COUNSEL AND CLIENT RE: DOJ
                                       STRATEGY (1.1); CORRESPOND WITH P.
                                       FITZGERALD RE: DOJ STRATEGY (0.4);
                                       ANALYZE MATERIALS RE: DOJ REQUESTS
                                       (0.5); CONFER WITH SKADDEN TEAM RE:
                                       DOJ RESOLUTION ISSUES (0.5); ANALYZE
                                       MATERIALS RE: DOJ RESOLUTION ISSUES
                                       (1.8); CONFER WITH SKADDEN TEAM RE:
                                       DOJ RESOLUTION ISSUES (0.5).

D02B

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| RIDGWAY W | 06/19/20 | 4.80 | CONFER WITH SKADDEN TEAM RE: DOJ STRATEGY (1.0); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ STRATEGY (0.8); CONFER WITH DOJ RE: RESOLUTION ISSUES (0.5); CONFER WITH SKADDEN TEAM RE: INVESTIGATION (0.6); ANALYZE MATERIALS RE: DOJ MATTER STRATEGY AND NEXT STEPS (1.9). |
| RIDGWAY W | 06/20/20 | 1.10 | PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ MATTER STRATEGY (0.6); CONFER WITH SKADDEN, COMMON DEFENSE COUNSEL AND CLIENT RE: DOJ STRATEGY (0.5). |
| RIDGWAY W | 06/22/20 | 6.60 | CONFER WITH P. FITZGERALD RE: STRATEGY (0.4); CONFER WITH DOJ RE: INVESTIGATION (0.4); CONFER WITH SKADDEN TEAM RE: CALL WITH DOJ (0.3); CONFER WITH SKADDEN TEAM RE: DOJ WORKSTREAMS (0.5); CONFER WITH DAVIS POLK AND SKADDEN TEAM RE: DISCOVERY STRATEGY (0.6); CONFER WITH SKADDEN TEAM RE: DISCOVERY ISSUES (0.5); CONFER WITH DAVIS POLK, SKADDEN, AND CLIENT RE: DISCOVERY STRATEGY (0.5); ANALYZE MATERIALS RE: DOJ RESOLUTION ISSUES (1.1); DRAFT ANALYSIS RE: DOJ RESOLUTION ISSUES (2.3). |
| RIDGWAY W | 06/23/20 | 8.80 | REVIEW MATERIALS FROM DISCOVERY (0.8); CONFER WITH M. FLORENCE AND R. HOFF RE: DISCOVERY ISSUES (0.6); ANALYZE MATERIALS RE: DOJ RESOLUTION ISSUES (1.8); REVISE MATERIALS RE: DOJ RESOLUTION ISSUES (1.4); PARTICIPATE IN WEEKLY PRINCIPALS LITIGATION UPDATE CALL (0.8); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: RESOLUTION ISSUES (0.7); CONFER WITH P. FITZGERALD RE: DOJ STRATEGY (0.3); DRAFT ANALYSIS RE: DOJ RESOLUTION ISSUES (2.4). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
RIDGWAY W        06/24/20    8.60  PREPARE FOR CALL WITH COMMON DEFENSE
                                   COUNSEL RE: DOJ TOPICS OF INTEREST
                                   (2.2); CONFER WITH SKADDEN TEAM RE:
                                   DOJ TOPICS OF INTEREST (0.5); CONFER
                                   WITH SKADDEN TEAM RE: DOJ MATTER
                                   STRATEGY (0.5); REVISE AND EDIT
                                   MATERIALS RE: DOJ RESOLUTION ISSUES
                                   (0.7); ANALYZE MATERIALS RE: DOJ
                                   RESOLUTION ISSUES (3.2); CONFER WITH
                                   SKADDEN TEAM RE: DOJ RESOLUTION
                                   ISSUES (0.3); CONFER WITH SKADDEN
                                   TEAM RE: REPRESENTATION ISSUES
                                   (0.3); REVIEW MATERIALS RE:
                                   DISCOVERY ISSUES (0.9).

RIDGWAY W        06/25/20    7.80  PREPARE FOR CALL WITH COMMON DEFENSE
                                   COUNSEL RE: PRIVILEGE ISSUES (1.5);
                                   PARTICIPATE IN CALL WITH COMMON
                                   DEFENSE COUNSEL RE: SAME (2.9);
                                   CONFER WITH SKADDEN TEAM RE: DOJ
                                   RESOLUTION ISSUES (1.0); ANALYZE
                                   MATERIALS RE: DOJ RESOLUTION ISSUES
                                   (1.8); CONFER WITH SKADDEN TEAM RE:
                                   DOCUMENT REVIEW PROCESS (0.6).

RIDGWAY W        06/26/20    8.00  PREPARE FOR CALL WITH COMMON DEFENSE
                                   COUNSEL RE: DOJ TOPICS OF INTEREST
                                   (0.8); PARTICIPATE IN CALL WITH
                                   COMMON DEFENSE COUNSEL RE: SAME
                                   (0.9); REVIEW AND REVISE MATERIALS
                                   RE: DOJ RESOLUTION ISSUES (0.8);
                                   CONFER WITH DOJ RE: RESOLUTION
                                   ISSUES (0.5); CONFER WITH SKADDEN
                                   TEAM RE: DOJ STRATEGY AND NEXT STEPS
                                   (0.6); REVISE MATERIALS RE: DOJ
                                   RESOLUTION ISSUES (2.1); CONFER WITH
                                   SKADDEN TEAM RE: DISCOVERY ISSUES
                                   (0.8); CONFER WITH SKADDEN, COMMON
                                   DEFENSE COUNSEL AND CLIENT RE:
                                   DISCOVERY ISSUES (0.5); CONFER WITH
                                   SKADDEN, COMMON DEFENSE COUNSEL AND
                                   CLIENT RE: DOJ STRATEGY (1.0).

RIDGWAY W        06/28/20    1.60  CONFER WITH SKADDEN AND DAVIS POLK
                                   RE: DISCOVERY ISSUES (0.5); CONFER
                                   WITH SKADDEN, CLIENT, AND COMMON
                                   DEFENSE COUNSEL RE: DOJ STRATEGY
                                   (1.1).
```

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| RIDGWAY W | 06/29/20 | 8.10 | | CONFER WITH COMMON DEFENSE COUNSEL, SKADDEN AND CLIENT RE: DISCOVERY ISSUES (1.2); CONFER WITH SKADDEN TEAM RE: DOJ STRATEGY (0.7); CONFER WITH SKADDEN TEAM RE: REVIEW OF MATERIALS FOR TOPICS OF DOJ INTEREST (0.5); CONFER WITH SKADDEN TEAM RE: DOJ TOPICS OF INTEREST (0.8); CONFER WITH SKADDEN, KING & SPALDING AND J. ADAMS RE: DOJ MATTER STRATEGY (0.5); PREPARE MATERIALS RE: DOJ RESOLUTION ISSUES (2.3); REVIEW MATERIALS RE: DOJ TOPICS OF INTEREST (0.8); CONFER WITH P. FITZGERALD, M. FLORENCE, KING & SPALDING, M. KESSELMAN, AND J. ADAMS RE: DOJ STRATEGY (1.3). |
| RIDGWAY W | 06/30/20 | 7.50 | | CONFER WITH DOJ RE: REPRESENTATION ISSUES (0.3); CONFER WITH SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (0.4); REVISE MATERIALS RE: DOJ RESOLUTION ISSUES (2.8); REVIEW MATERIALS RE: DOJ TOPICS OF INTEREST (1.5); CONFER WITH SKADDEN TEAM RE: DOJ STRATEGY (0.5); CONFER WITH R. STOLL AND P. FITZGERALD RE: DOJ TOPICS OF INTEREST (0.5); CONFER WITH P. FITZGERALD RE: REPRESENTATION ISSUES (0.4); ANALYZE MATERIALS RE: FACTUAL ISSUES RELATED TO DOJ INVESTIGATION (1.1). |
| | | **128.50** | | |
| **Total Partner** | | **511.00** | | |
| BEJAN WA | 06/01/20 | 2.70 | | DRAFT PRIVILEGE LOG RE: DOJ PRODUCTION (2.5); PARTICIPATE IN CALL WITH A. BROWN ET AL. RE: CAP ONE REVIEW PROJECT (0.2). |
| BEJAN WA | 06/03/20 | 3.20 | | DRAFT PRIVILEGE LOG RE: DOJ PRODUCTION (3.2). |
| BEJAN WA | 06/09/20 | 4.00 | | DRAFT PRIVILEGE LOG RE: DOJ PRODUCTION (3.9); CONFER WITH E. HELLMAN RE: SAME (0.1). |
| BEJAN WA | 06/10/20 | 1.50 | | DRAFT PRIVILEGE LOG RE: DOJ PRODUCTION (1.5). |
| BEJAN WA | 06/12/20 | 3.20 | | DRAFT PRIVILEGE LOG RE: DOJ PRODUCTION (2.5); PARTICIPATE IN CALL WITH M. FLORENCE AND E. HELLMAN RE: DRAFTING PRIVILEGE LOG (0.7). |
| BEJAN WA | 06/15/20 | 3.10 | | REVIEW DOCUMENTS RE: DOJ PRODUCTION (3.1). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BEJAN WA | 06/16/20 | 3.40 | PARTICIPATE IN CALL WITH M. FLORENCE AND E. HELLMAN RE: DOJ PRODUCTION (1.0); REVIEW DOCUMENTS RE: DOJ PRODUCTION (0.8); PARTICIPATE IN CALL WITH E. HELLMAN RE: DOJ PRODUCTION PRIVILEGE LOG (0.1); DRAFT PRIVILEGE LOG RE: DOJ PRODUCTION (1.5). |
| BEJAN WA | 06/17/20 | 3.80 | DRAFT PRIVILEGE LOG RE: DOJ PRODUCTION (3.8). |
| BEJAN WA | 06/22/20 | 2.80 | REVIEW DOCUMENTS RE: DOJ PRODUCTION (2.8). |
| BEJAN WA | 06/23/20 | 3.20 | REVIEW DOCUMENTS RE: DRAFTING PRIVILEGE LOG (3.2). |
| BEJAN WA | 06/24/20 | 3.70 | REVIEW PRIVILEGE LOG RE: DOJ PRODUCTION (3.7). |
| BEJAN WA | 06/25/20 | 4.30 | REVIEW PRIVILEGE LOG RE: DOJ PRODUCTION (3.9); PARTICIPATE IN CALL WITH E. HELLMAN RE: DRAFTING PRIVILEGE LOGS RE: DOJ PRODUCTION (0.4). |
| BEJAN WA | 06/26/20 | 2.40 | REVIEW PRIVILEGE LOG RE: DOJ PRODUCTION (2.4). |
| | | **41.30** | |
| BERRY EL | 06/01/20 | 2.40 | REVIEW DOJ DOCUMENT REQUESTS (2.4). |
| BERRY EL | 06/04/20 | 3.50 | PARTICIPATE IN CALL WITH M. FLORENCE RE: LEGAL RESEARCH (0.2); BEGIN RESEARCH RE: DOJ RESOLUTION ISSUES (3.3). |
| BERRY EL | 06/07/20 | 0.50 | CONTINUE RESEARCH RE: DOJ RESOLUTION ISSUES (0.5). |
| BERRY EL | 06/08/20 | 2.50 | FINALIZE RESEARCH AND DRAFT MEMO RE: LEGAL AND REGULATORY RESEARCH (2.5). |
| BERRY EL | 06/24/20 | 0.50 | REVIEW NOTES RE: DOJ RESOLUTION ISSUES (0.1); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: LEGAL RESEARCH (0.4). |
| BERRY EL | 06/25/20 | 1.20 | CONDUCT RESEARCH RE: POTENTIALLY APPLICABLE REGULATIONS (1.2). |
| BERRY EL | 06/26/20 | 1.00 | RESEARCH RE: POTENTIALLY APPLICABLE REGULATIONS (1.0). |
| | | **11.60** | |
| CASSEUS J | 06/24/20 | 1.10 | REVIEW AND ANALYZE DOCUMENTS RE: CONFIDENTIALITY ISSUES (1.1). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**1.10**

| | | | |
|---|---|---|---|
| CHAN AH | 06/01/20 | 5.50 | REVIEW DOCUMENTS RE: DOJ RESOLUTION ISSUES (5.5). |
| CHAN AH | 06/02/20 | 0.50 | RESEARCH DEA REGULATIONS (0.5). |
| CHAN AH | 06/23/20 | 2.00 | REVIEW AND ANALYZE LEGAL ISSUES PERTAINING TO DOJ RESOLUTION (2.0). |
| CHAN AH | 06/24/20 | 6.00 | ANALYZE DOCUMENTS RE: DOJ RESOLUTION ISSUES (3.9); CONDUCT LEGAL RESEARCH RE: DOJ RESOLUTION ISSUES (2.1). |
| CHAN AH | 06/25/20 | 0.50 | REVIEW DOCUMENTS RE: DOJ RESOLUTION ISSUES (0.1); DRAFT SUMMARY RE: LEGAL RESEARCH AND FINDINGS (0.4). |
| CHAN AH | 06/29/20 | 0.30 | REVIEW MATERIALS RE: DOJ RESOLUTION ISSUES (0.3). |
| CHAN AH | 06/30/20 | 5.20 | CONFER WITH SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (0.2); REVIEW MATERIALS RE: DOJ RESOLUTION ISSUES (5.0). |

**20.00**

| | | | |
|---|---|---|---|
| FREY TM | 06/01/20 | 4.60 | REVIEW AND ANALYZE FACTUAL ISSUES RE: DOJ RESOLUTION ISSUES (4.0); DRAFT OUTLINE RE: DOJ TOPICS OF INTEREST (0.6). |
| FREY TM | 06/02/20 | 6.00 | REVIEW AND ANALYZE FACTUAL ISSUES RE: DOJ RESOLUTION ISSUES (6.0). |
| FREY TM | 06/03/20 | 8.40 | REVIEW AND ANALYZE FACTUAL ISSUES RE: DOJ RESOLUTION ISSUES (8.4). |
| FREY TM | 06/04/20 | 5.30 | REVIEW AND ANALYZE FACTUAL ISSUES RE: DOJ RESOLUTION ISSUES (4.8); CONFER WITH W. RIDGWAY RE: SAME (0.5). |
| FREY TM | 06/05/20 | 3.00 | REVIEW AND ANALYZE FACTUAL ISSUES RE: DOJ RESOLUTION ISSUES (2.6); CONFER WITH W. RIDGWAY RE: SAME (0.4). |
| FREY TM | 06/06/20 | 1.90 | REVIEW AND ANALYZE FACTUAL ISSUES RE: DOJ RESOLUTION ISSUES (1.9). |
| FREY TM | 06/07/20 | 2.00 | REVIEW AND ANALYZE FACTUAL ISSUES RE: DOJ RESOLUTION ISSUES (2.0). |
| FREY TM | 06/08/20 | 6.70 | REVIEW AND ANALYZE FACTUAL ISSUES RE: DOJ RESOLUTION ISSUES (6.7). |
| FREY TM | 06/09/20 | 5.70 | REVIEW AND ANALYZE FACTUAL ISSUES RE: DOJ RESOLUTION ISSUES (5.7). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FREY TM | 06/11/20 | 3.40 | REVIEW AND ANALYZE FACTUAL ISSUES RE: DOJ RESOLUTION ISSUES (3.4). |
| FREY TM | 06/12/20 | 2.20 | REVIEW AND ANALYZE FACTUAL ISSUES RE: DOJ RESOLUTION ISSUES (2.2). |
| FREY TM | 06/22/20 | 0.90 | CONFER WITH COMMON DEFENSE COUNSEL RE: DOJ RESOLUTION ISSUES (0.9). |
| FREY TM | 06/23/20 | 3.40 | REVIEW AND ANALYZE FACTUAL ISSUES RE: DOJ RESOLUTION ISSUES (3.4). |
| FREY TM | 06/24/20 | 0.70 | REVIEW AND ANALYZE MATERIALS RE: DOJ TOPICS OF INTEREST (0.7). |
| FREY TM | 06/25/20 | 6.50 | REVIEW AND ANALYZE MATERIALS RE: DOJ TOPICS OF INTEREST (4.1); COMMUNICATE WITH COMMON DEFENSE COUNSEL RE: DOJ TOPICS OF INTEREST (2.4). |
| FREY TM | 06/26/20 | 4.50 | COMMUNICATE WITH COMMON DEFENSE COUNSEL RE: DOJ TOPICS OF INTEREST (0.8); COMMUNICATE WITH DOJ RE: DOCUMENT PRODUCTIONS (0.2); REVIEW AND ANALYZE FACTUAL ISSUES RE: DOJ TOPICS OF INTEREST (3.5). |
| FREY TM | 06/30/20 | 2.70 | REVIEW AND ANALYZE ISSUES RE: DOJ TOPICS OF INTEREST (2.7). |
| | | **67.90** | |
| HELLMAN E | 06/01/20 | 6.10 | REVIEW PRODUCTION PRIVILEGE LOG (2.8); DRAFT AND REVISE PRIVILEGE LOG (3.3). |
| HELLMAN E | 06/02/20 | 7.00 | DRAFT AND REVISE PRIVILEGE LOG FOR PRODUCTION (7.0). |
| HELLMAN E | 06/03/20 | 3.00 | DRAFT AND REVISE PRIVILEGE LOG (3.0). |
| HELLMAN E | 06/04/20 | 5.60 | DRAFT AND REVISE PRIVILEGE LOG (5.6). |
| HELLMAN E | 06/05/20 | 5.80 | DRAFT AND REVISE PRIVILEGE LOGS FOR PRODUCTION (5.8). |
| HELLMAN E | 06/08/20 | 8.00 | CONFER WITH M. FLORENCE RE: DOCUMENT COLLECTION FOR DOJ REQUEST (0.1); REVISE PRIVILEGE LOG (7.8); CONFER WITH COMMON DEFENSE COUNSEL RE: DOCUMENT COLLECTION FOR DOJ REQUEST (0.1). |
| HELLMAN E | 06/09/20 | 6.80 | PARTICIPATE IN CALL WITH W. BEJAN RE: PRIVILEGE LOG (0.1); DRAFT AND REVISE PRIVILEGE LOG (6.7). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| HELLMAN E | 06/10/20 | 6.30 | PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL WITH RE: DOCUMENT REVIEW (1.4); DRAFT AND REVISE PRIVILEGE LOG (4.9). |
| HELLMAN E | 06/11/20 | 5.50 | COORDINATE DOCUMENT COLLECTION AND PRODUCTION (0.2); DRAFT AND REVISE PRIVILEGE LOG (5.3). |
| HELLMAN E | 06/12/20 | 5.10 | PARTICIPATE IN CALL WITH M. FLORENCE AND W. BEJAN RE: PRIVILEGE LOG (0.7); REVISE PRIVILEGE LOG (2.0); ANALYZE DOCUMENTS IN CONNECTION WITH PRIVILEGE LOG PREPARATION (2.1); COORDINATE TRANSFER OF DOCUMENTS FOR REVIEW (0.3). |
| HELLMAN E | 06/15/20 | 3.80 | REVIEW DOCUMENTS REQUESTED RE: PRIVILEGE ISSUES (1.5); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: DOJ PRODUCTION (0.1); CONFER WITH SKADDEN TEAM RE: PRIVILEGE LOG (0.1); REVISE PRIVILEGE LOG (2.1). |
| HELLMAN E | 06/16/20 | 4.10 | CONFER WITH COMMON DEFENSE COUNSEL RE: PREPARATION OF PRIVILEGE LOG (1.0); CONFER WITH SKADDEN TEAM RE: PRIVILEGE LOG (0.1); REVISE PRIVILEGE LOG (3.0). |
| HELLMAN E | 06/17/20 | 4.00 | REVISE PRIVILEGE LOG (4.0). |
| HELLMAN E | 06/18/20 | 9.60 | REVISE PRIVILEGE LOG (9.6). |
| HELLMAN E | 06/19/20 | 2.30 | REVISE PRIVILEGE LOG (2.3). |
| HELLMAN E | 06/21/20 | 0.70 | REVISE PRIVILEGE LOG (0.7). |
| HELLMAN E | 06/22/20 | 2.20 | REVISE PRIVILEGE LOG (2.1); CONFER WITH SKADDEN TEAM RE: PRIVILEGE LOG ISSUES (0.1). |
| HELLMAN E | 06/25/20 | 2.00 | REVISE PRIVILEGE LOG (2.0). |
| HELLMAN E | 06/26/20 | 1.80 | PREPARE DOCUMENTS FOR PRODUCTION (1.1); ANALYZE MATERIALS RE: PRODUCTION AND CIRCULATE TO TEAM (0.7). |
| HELLMAN E | 06/29/20 | 5.90 | ANALYZE DOCUMENTS RE: UPCOMING PRODUCTION (0.3); CONDUCT RESEARCH RE: PRODUCTION QUESTION (4.8); CORRESPOND WITH COMMON DEFENSE COUNSEL RE: DOCUMENT PRODUCTION (0.5); CONFER WITH M. FLORENCE RE: DOJ PRODUCTION ISSUES (0.3). |
| HELLMAN E | 06/30/20 | 6.50 | CONDUCT RESEARCH RE: DOJ RESOLUTION ISSUES (6.1); PREPARE MATERIALS FOR COMMON DEFENSE COUNSEL (0.4). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

102.10

| HORWOOD DM | 06/01/20 | 3.40 | REVIEW AND SUMMARIZE MATERIALS RE: DOJ TOPICS OF INTEREST (3.4). |
|---|---|---|---|
| HORWOOD DM | 06/02/20 | 7.20 | REVIEW AND ANALYZE MATERIALS RE: DOJ TOPICS OF INTEREST (2.4); DRAFT MATERIALS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (4.8). |
| HORWOOD DM | 06/03/20 | 8.30 | REVIEW AND ANALYZE FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (8.3). |
| HORWOOD DM | 06/04/20 | 3.30 | REVIEW AND ANALYZE FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (3.3). |
| HORWOOD DM | 06/06/20 | 3.10 | SUMMARIZE FACTUAL DEVELOPMENTS IN DOJ MATTER (3.1). |
| HORWOOD DM | 06/08/20 | 0.80 | CONDUCT REVIEW OF MATERIALS RE: DOJ TOPICS OF INTEREST (0.8). |
| HORWOOD DM | 06/09/20 | 1.20 | CONDUCT REVIEW OF MATERIALS RE: DOJ TOPICS OF INTEREST (1.2). |
| HORWOOD DM | 06/10/20 | 2.50 | REVIEW AND ANALYZE MATERIALS RE: DOCUMENT PRODUCTION (0.3); CONDUCT REVIEW OF MATERIALS RE: DOJ TOPICS OF INTEREST (2.2). |
| HORWOOD DM | 06/11/20 | 5.70 | CONDUCT REVIEW OF MATERIALS RE: DOJ TOPICS OF INTEREST (5.7). |
| HORWOOD DM | 06/12/20 | 4.20 | SUMMARIZE MATERIALS RE: DOJ TOPICS OF INTEREST (4.2). |
| HORWOOD DM | 06/17/20 | 0.70 | CONDUCT REVIEW OF MATERIALS RE: DOJ TOPICS OF INTEREST (0.7). |
| HORWOOD DM | 06/22/20 | 8.20 | DRAFT SUMMARY OF MATERIALS RE: DOJ TOPICS OF INTEREST (3.3); PARTICIPATE IN STRATEGY CALL WITH W. RIDGWAY (0.6); CONDUCT REVIEW OF MATERIALS RE: DOJ TOPICS OF INTEREST (4.3). |
| HORWOOD DM | 06/23/20 | 10.70 | CONDUCT REVIEW OF MATERIALS RE: DOJ TOPICS OF INTEREST (10.7). |
| HORWOOD DM | 06/24/20 | 4.40 | CONDUCT REVIEW OF MATERIALS RE: DOJ TOPICS OF INTEREST (4.4). |
| HORWOOD DM | 06/25/20 | 1.00 | SUMMARIZE FINDINGS RE: DOJ TOPICS OF INTEREST (0.4); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: MATTER STATUS AND STRATEGY (0.6). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| HORWOOD DM | 06/30/20 | 0.40 | CONDUCT REVIEW OF MATERIALS RE: DOJ TOPICS OF INTEREST (0.4). |
| | | **65.10** | |
| HOUSTON CD | 06/01/20 | 2.30 | CORRESPOND WITH SKADDEN TEAM RE: DOJ TOPICS OF INTEREST (0.7); CONTINUE REVIEWING DOCUMENTS RE: DOJ TOPICS OF INTEREST (1.6). |
| HOUSTON CD | 06/02/20 | 3.60 | CONDUCT REVIEW OF MATERIALS RE: DOJ TOPICS OF INTEREST (3.2); EDIT SUMMARY DOCUMENT RE: SAME (0.4). |
| HOUSTON CD | 06/03/20 | 3.90 | CONDUCT REVIEW OF MATERIALS RE: DOJ TOPICS OF INTEREST (3.9). |
| HOUSTON CD | 06/04/20 | 1.30 | REVIEW MATERIALS RE: FACTUAL DEVELOPMENT IDENTIFIED IN DOJ MATTER (1.3). |
| HOUSTON CD | 06/05/20 | 0.50 | CONDUCT REVIEW OF MATERIALS RE: DOJ TOPICS OF INTEREST (0.2); CONFER WITH W. RIDGWAY RE: SAME (0.3). |
| HOUSTON CD | 06/08/20 | 5.10 | CONDUCT REVIEW OF MATERIALS RE: DOJ TOPICS OF INTEREST (5.1). |
| HOUSTON CD | 06/09/20 | 4.70 | CONDUCT REVIEW OF MATERIALS RE: DOJ TOPICS OF INTEREST (2.7); DRAFT SUMMARY OF FINDINGS RE: SAME (2.0). |
| HOUSTON CD | 06/10/20 | 9.40 | CONDUCT REVIEW OF MATERIALS RE: DOJ TOPICS OF INTEREST (6.2); DRAFT SUMMARY OF FINDINGS RE: SAME (3.2). |
| HOUSTON CD | 06/11/20 | 9.10 | CONDUCT REVIEW OF MATERIALS RE: DOJ TOPICS OF INTEREST (2.7); DRAFT SUMMARY OF FINDINGS RE: DOJ TOPICS OF INTEREST (2.7); CONDUCT REVIEW OF MATERIALS RE: FACTUAL DEVELOPMENTS IN MATTER (3.7). |
| HOUSTON CD | 06/12/20 | 3.20 | ANALYZE MATERIALS RE: DOJ RESOLUTION ISSUES (3.2). |
| HOUSTON CD | 06/17/20 | 1.60 | REVIEW EMAIL CORRESPONDENCE WITH COMMON DEFENSE COUNSEL RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (1.6). |
| HOUSTON CD | 06/18/20 | 3.80 | PREPARE MATERIALS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (3.1); REVIEW DOCUMENTS RE: SAME (0.7). |
| HOUSTON CD | 06/22/20 | 1.00 | REVIEW DOCUMENTS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (0.5); COMMUNICATE WITH SKADDEN TEAM RE: SAME (0.5). |

D02B

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| HOUSTON CD | 06/23/20 | 5.50 | CONTINUE REVIEWING DOCUMENTS RE: DOJ RESOLUTION ISSUES (1.5); BEGIN DRAFTING MATERIALS RE: DOJ TOPICS OF INTEREST (4.0). |
| HOUSTON CD | 06/24/20 | 5.40 | EDIT MATERIALS RE: DOJ RESOLUTION ISSUES(0.5); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: SAME (0.4); CONDUCT LEGAL RESEARCH RE: DOJ RESOLUTION ISSUES (3.2); EDIT PRESENTATION MATERIALS RE: SAME (1.3). |
| HOUSTON CD | 06/25/20 | 4.20 | CONDUCT LEGAL RESEARCH RE: DOJ RESOLUTION ISSUES (1.3); PARTICIPATE IN CONFERENCE CALL WITH COMMON DEFENSE COUNSEL RE: DOJ TOPICS OF INTEREST (1.2); DRAFT INDEX RE: DOJ TOPICS OF INTEREST (1.2); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: WORK STREAMS (0.5). |
| HOUSTON CD | 06/26/20 | 2.70 | CONTINUE DRAFTING MATERIALS RE: DOJ TOPICS OF INTEREST (2.2); PARTICIPATE IN CONFERENCE CALL WITH COMMON DEFENSE COUNSEL RE: DOJ TOPICS OF INTEREST (0.5). |
| HOUSTON CD | 06/29/20 | 4.00 | REVIEW EMAILS FROM CO-COUNSEL RE: RESOLUTION ISSUES (0.9); REVIEW ADDITIONAL MATERIALS RE: SAME (1.2); REVIEW AND ANALYZE CORRESPONDENCE RE: DOJ RESOLUTION ISSUES (1.9). |
| HOUSTON CD | 06/30/20 | 5.80 | CONTINUE REVIEWING MATERIALS RE: DOJ RESOLUTION ISSUES (3.3); REVISE MATERIALS RE: FACTUAL ISSUES RELATED TO DOJ INVESTIGATION (2.5). |
| | | **77.10** | |
| LEE GE | 06/01/20 | 3.20 | CONDUCT LEGAL RESEARCH RE: DOJ RESOLUTION ISSUES (3.2). |
| LEE GE | 06/02/20 | 4.10 | CONDUCT LEGAL RESEARCH RE: RESOLUTION ISSUES (4.1). |
| LEE GE | 06/03/20 | 4.30 | CONDUCT LEGAL RESEARCH RE: RESOLUTION ISSUES (4.3). |
| | | **11.60** | |
| PAULSON SM | 06/01/20 | 3.20 | REVIEW AND ANALYZE MATERIALS RE: DOJ RESOLUTION ISSUES (1.7); DRAFT OUTLINE OF FACTUAL AND LEGAL ISSUES IN CONNECTION WITH DOJ MATTER (1.5). |
| PAULSON SM | 06/02/20 | 0.40 | ANALYZE FACTUAL ISSUES IN CONNECTION WITH DOJ MATTER (0.4). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
PAULSON SM        06/03/20      7.20   ANALYZE FACTUAL ISSUES IN CONNECTION
                                       WITH RESOLUTION OF DOJ MATTER (5.6);
                                       PARTICIPATE IN CALL WITH SKADDEN
                                       TEAM RE: FACTUAL ISSUES IDENTIFIED
                                       IN DOJ INVESTIGATION (0.5); DRAFT
                                       SUMMARY OF FACTUAL ISSUES IDENTIFIED
                                       IN DOJ INVESTIGATION (1.1).

PAULSON SM        06/04/20      2.90   CORRESPOND WITH W. RIDGWAY AND T.
                                       FREY RE: DOJ RESOLUTION ISSUES
                                       (0.4); ANALYZE FACTUAL ISSUES
                                       IDENTIFIED IN DOJ INVESTIGATION
                                       (2.5).

PAULSON SM        06/06/20      0.40   REVIEW FACTUAL ISSUES IDENTIFIED IN
                                       DOJ INVESTIGATION (0.4).

PAULSON SM        06/07/20      0.10   REVIEW FACTUAL ISSUES IDENTIFIED IN
                                       DOJ INVESTIGATION (0.1).

PAULSON SM        06/08/20      3.90   ANALYZE FACTUAL ISSUES IDENTIFIED IN
                                       DOJ INVESTIGATION (3.9).

PAULSON SM        06/09/20      2.10   ANALYZE FACTUAL ISSUES IDENTIFIED IN
                                       DOJ INVESTIGATION (1.8); CORRESPOND
                                       WITH P. FITZGERALD, W. RIDGWAY, C.
                                       HOUSTON, AND I. FOSTER RE: FACTUAL
                                       ISSUES IDENTIFIED IN DOJ
                                       INVESTIGATION (0.3).

PAULSON SM        06/10/20      0.20   REVIEW MEMORANDUM RE: FACTUAL AND
                                       LEGAL ISSUES IDENTIFIED IN DOJ
                                       INVESTIGATION (0.2).

PAULSON SM        06/11/20      3.60   REVIEW DOCUMENTS RE: FACTUAL ISSUES
                                       IDENTIFIED IN DOJ INVESTIGATION
                                       (3.2); DRAFT SUMMARY OF FACTUAL
                                       ISSUES IDENTIFIED  IN DOJ
                                       INVESTIGATION (0.4).

PAULSON SM        06/12/20      0.30   REVIEW DOCUMENTS RE: FACTUAL ISSUES
                                       IDENTIFIED IN DOJ INVESTIGATION
                                       (0.3).

PAULSON SM        06/17/20      2.70   ANALYZE FACTUAL ISSUES IDENTIFIED IN
                                       DOJ INVESTIGATION (2.4); CORRESPOND
                                       WITH SKADDEN TEAM RE: FACTUAL ISSUES
                                       IDENTIFIED IN DOJ INVESTIGATION
                                       (0.3).

PAULSON SM        06/18/20      1.80   ANALYZE FACTUAL ISSUES IDENTIFIED IN
                                       DOJ INVESTIGATION (1.7); CORRESPOND
                                       WITH W. RIDGWAY RE: FACTUAL ISSUES
                                       IDENTIFIED IN DOJ INVESTIGATION
                                       (0.1).

PAULSON SM        06/19/20      0.10   ANALYZE FACTUAL ISSUES IDENTIFIED IN
                                       DOJ INVESTIGATION (0.1).
```

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| PAULSON SM | 06/20/20 | 0.20 | CORRESPOND WITH W. RIDGWAY RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (0.2). |
| PAULSON SM | 06/21/20 | 3.50 | ANALYZE FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (3.5). |
| PAULSON SM | 06/22/20 | 3.50 | CORRESPOND WITH SKADDEN TEAM RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (0.3); PREPARE MATERIALS RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (1.2); ANALYZE FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (1.6); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: CASE (0.4). |
| PAULSON SM | 06/23/20 | 5.00 | ANALYZE FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (4.2); CORRESPOND WITH W. RIDGWAY, T. FREY, D. HORWOOD, AND C. HOUSTON RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (0.4); COORDINATE COLLECTION AND ASSEMBLY OF DOCUMENTS IDENTIFIED IN DOJ INVESTIGATION (0.4). |
| PAULSON SM | 06/24/20 | 6.00 | CORRESPOND WITH T. FREY AND D. HORWOOD RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (0.3); ANALYZE FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (5.4); REVIEW MATERIALS RE: DOJ TOPICS OF INTEREST (0.3). |
| PAULSON SM | 06/25/20 | 4.10 | ANALYZE FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (1.0); DRAFT SUMMARY OF FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (2.2); CORRESPOND WITH W. RIDGWAY, T. FREY, AND ASSOCIATES RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (0.4); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: CASE DEVELOPMENTS AND NEXT STEPS (0.5). |
| PAULSON SM | 06/26/20 | 2.00 | CORRESPOND WITH SKADDEN TEAM RE: DOJ MATTER (0.3); DRAFT SUMMARY OF FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (0.9); ANALYZE FACTUAL ISSUES IN CONNECTION WITH DOJ MATTER (0.8). |
| PAULSON SM | 06/29/20 | 1.30 | ANALYZE FACTUAL ISSUES IN CONNECTION WITH DOJ MATTER (1.3). |

D02B

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| PAULSON SM | 06/30/20 | 1.20 | ANALYZE FACTUAL ISSUES IN CONNECTION WITH DOJ MATTER (1.0); CORRESPOND WITH SKADDEN TEAM RE: FACTUAL ISSUES IDENTIFIED IN DOJ INVESTIGATION (0.2). |
|---|---|---|---|
| | | **55.70** | |
| SHELTON K | 06/04/20 | 0.10 | REVIEW AND ANALYZE MATERIALS RE: DOJ TOPICS OF INTEREST (0.1). |
| SHELTON K | 06/09/20 | 1.00 | ANALYZE MATERIALS RE: DOJ TOPICS OF INTEREST (1.0). |
| SHELTON K | 06/11/20 | 0.70 | ANALYZE MATERIALS RE: DOJ TOPICS OF INTEREST (0.7). |
| SHELTON K | 06/12/20 | 0.40 | ANALYZE MATERIALS RE: DOJ TOPICS OF INTEREST (0.4). |
| SHELTON K | 06/16/20 | 0.50 | PARTICIPATE IN CALL WITH J. BRAGG RE: DOJ TOPICS OF INTEREST (0.1); ANALYZE MATERIALS RE: DOJ TOPICS OF INTEREST (0.4). |
| SHELTON K | 06/22/20 | 5.70 | ANALYZE MATERIALS RE: DOJ TOPICS OF INTEREST (5.4); DRAFT MATERIALS RE: DOJ TOPICS OF INTEREST  (0.3). |
| SHELTON K | 06/23/20 | 2.30 | DRAFT MATERIALS RE: DOJ TOPICS OF INTEREST (1.6); REVIEW AND ANALYZE DOCUMENTS RE: DOJ TOPICS OF INTEREST (0.7). |
| SHELTON K | 06/24/20 | 0.60 | PREPARE MATERIALS RE: DOJ TOPICS OF INTEREST (0.6). |
| SHELTON K | 06/25/20 | 0.40 | REVIEW AND ANALYZE MATERIALS RE: DOJ TOPICS OF INTEREST (0.4). |
| SHELTON K | 06/26/20 | 3.00 | REVIEW AND ANALYZE MATERIALS RE: DOJ TOPICS OF INTEREST (3.0). |
| SHELTON K | 06/29/20 | 0.60 | REVIEW AND ANALYZE MATERIALS RE: DOJ TOPICS OF INTEREST  (0.6). |
| SHELTON K | 06/30/20 | 0.40 | DRAFT MATERIALS RE: DOJ TOPICS OF INTEREST (0.4). |
| | | **15.70** | |
| SIELING L | 06/01/20 | 0.50 | CONDUCT RESEARCH RE: DOJ RESOLUTION ISSUES (0.5). |
| SIELING L | 06/02/20 | 1.20 | CONDUCT RESEARCH RE: DOJ RESOLUTION ISSUES (1.2). |
| | | **1.70** | |
| **Total Associate** | | **470.90** | |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| HEWSON J | 06/01/20 | 1.50 | CONFER WITH SKADDEN TEAM RE: ORGANIZATION OF INTERNAL DOCUMENTS MANAGEMENT DATABASE (0.2); ASSIST WITH DOCUMENT REVIEW ISSUES (1.3). |
| HEWSON J | 06/05/20 | 0.40 | ASSIST WITH DOCUMENT REVIEW ISSUES (0.4). |
| HEWSON J | 06/10/20 | 3.30 | ASSEMBLE FOR ATTORNEY DOCUMENTS FOR REVIEW (3.3). |
| HEWSON J | 06/11/20 | 0.50 | LOCATE, PULL, AND DISTRIBUTE REQUESTED DOCUMENTS FROM DATABASE (0.5). |
| HEWSON J | 06/15/20 | 0.40 | ORGANIZE MATERIALS ON EXTERNAL FILE SITE (0.4). |
| HEWSON J | 06/16/20 | 3.20 | PREPARE DOCUMENTS FOR ATTORNEY REVIEW (3.2). |
| HEWSON J | 06/26/20 | 2.60 | PREPARE DOCUMENTS FOR ATTORNEY REVIEW (2.2); ASSEMBLE FOR ATTORNEY DOCUMENTS FOR REVIEW (0.4). |
| HEWSON J | 06/30/20 | 3.10 | ASSEMBLE FOR ATTORNEY DOCUMENTS FOR REVIEW (2.5); LOCATE, ACQUIRE, AND DISTRIBUTE RELEVANT PLEADINGS(0.6). |

|  |  |
|---|---|
|  | **15.00** |
| **Total Legal Assistant** | **15.00** |
| **TOTAL TIME** | **996.90** |
| **CLIENT TOTAL** | **996.90** |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                    **Bill Date: 08/11/20**
**DOJ**                                                   **Bill Number: 1819421**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FLORENCE MP | 06/25/20 | 0.60 | PARTICIPATE IN CALL WITH DOJ AND R. HOFF RE: DISCOVERY REQUESTS (0.6). |
| | | **0.60** | |
| **Total Partner** | | **0.60** | |
| BAILEY MS | 06/05/20 | 0.20 | CORRESPOND WITH SKADDEN TEAM RE: REPRESENTATION ISSUES (0.2). |
| BAILEY MS | 06/19/20 | 0.20 | ANALYZE INDEMNIFICATION AND REPRESENTATION ISSUES (0.2). |
| BAILEY MS | 06/22/20 | 0.20 | CONFER WITH SKADDEN TEAM RE: REPRESENTATION AND INVESTIGATION ISSUES (0.2). |
| BAILEY MS | 06/23/20 | 0.60 | ANALYZE REPRESENTATION ISSUES (0.3); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.3). |
| BAILEY MS | 06/24/20 | 0.40 | REVIEW AND PREPARE EDITS TO WORK PRODUCT RE: REPRESENTATION ISSUES (0.4). |
| BAILEY MS | 06/25/20 | 0.10 | CORRESPOND WITH J. JIMENEZ RE: REPRESENTATIONS (0.1). |
| BAILEY MS | 06/26/20 | 0.50 | ANALYZE REPRESENTATION ISSUES (0.3); CORRESPOND WITH TEAM RE: SAME (0.2). |
| | | **2.20** | |
| DUNN AM | 06/23/20 | 0.50 | PARTICIPATE ON CALL WITH SKADDEN TEAM AND R. HOFF RE: DOJ TOPICS OF INTEREST (0.5). |
| DUNN AM | 06/24/20 | 0.60 | PARTICIPATE IN CALL WITH SKADDEN TEAM RE: DOJ TOPICS OF INTEREST (0.6). |
| DUNN AM | 06/29/20 | 8.30 | REVIEW BACKGROUND MATERIALS RE: DOJ TOPICS OF INTEREST (4.6); CONDUCT RESEARCH RE: DOJ RESOLUTION ISSUES (3.7). |
| DUNN AM | 06/30/20 | 8.10 | REVIEW BRIEFING PACKET RE: MATTER STRATEGY (6.3); DRAFT OUTLINE RE: DOJ TOPICS OF INTEREST (1.8). |
| | | **17.50** | |
| **Total Counsel** | | **19.70** | |

D02B

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| CHAN AH | 06/30/20 | 0.50 | EDIT MATERIALS RE: DOJ TOPICS OF INTEREST (0.5). | |
| | | **0.50** | | |
| FOSTER IR | 06/09/20 | 0.80 | CORRESPOND WITH SKADDEN TEAM RE: DOJ RESOLUTION ISSUES (0.8). | |
| | | **0.80** | | |
| HELLMAN E | 06/03/20 | 0.10 | COORDINATE DATABASE ACCESS (0.1). | |
| | | **0.10** | | |
| **Total Associate** | | **1.40** | | |
| CAMPANA MD | 06/17/20 | 1.50 | ASSEMBLE DOCUMENTS FOR COMMON DEFENSE COUNSEL RE: DOJ RESOLUTION ISSUES (1.5). | |
| | | **1.50** | | |
| FIEBERG WR | 06/05/20 | 0.50 | UPDATE TASK LIST (0.5). | |
| FIEBERG WR | 06/12/20 | 0.40 | UPDATE TASK LIST (0.4). | |
| FIEBERG WR | 06/18/20 | 2.60 | ASSEMBLE DOCUMENTS FOR CROWLEY SLIDES (2.6). | |
| FIEBERG WR | 06/23/20 | 1.80 | ASSEMBLE DOCUMENTS FOR ATTORNEY REVIEW (1.8). | |
| FIEBERG WR | 06/24/20 | 0.80 | ASSEMBLE DOCUMENTS FOR ATTORNEY REVIEW (0.8). | |
| FIEBERG WR | 06/25/20 | 5.80 | ASSEMBLE DOCUMENTS FOR ATTORNEY REVIEW (5.8). | |
| FIEBERG WR | 06/26/20 | 5.30 | ASSEMBLE DOCUMENTS FOR ATTORNEY REVIEW (5.3). | |
| FIEBERG WR | 06/30/20 | 0.50 | ASSEMBLE DOCUMENTS FOR ATTORNEY REVIEW (0.5). | |
| | | **17.70** | | |
| REDMAN R | 06/26/20 | 0.50 | REVIEW INCOMING FILINGS (0.1); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.4). | |
| | | **0.50** | | |
| ZENG F | 06/11/20 | 0.50 | ASSIST WITH DOCUMENT REVIEW RE: RESOLUTION ISSUES (0.5). | |
| ZENG F | 06/22/20 | 0.40 | PREPARE MATERIALS RECEIVED FROM COMMON DEFENSE COUNSEL (0.4). | |
| | | **0.90** | | |
| **Total Legal Assistant** | | **20.60** | | |
| **TOTAL TIME** | | **42.30** | | |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

CLIENT TOTAL                    42.30

D02B

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                                      **Bill Date: 08/11/20**
**Corporate/Transactional Advice**                                         **Bill Number: 1819390**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 06/22/20 | 2.20 | CONDUCT ANALYSIS OF MATERIALS RE: TRANSACTIONAL MATTER (1.3); CORRESPOND WITH W. MCCONAGHA RE: SAME (0.5); CONFER WITH R. ALEALI RE: TRANSACTIONAL ISSUES (0.4). |
| BRAGG JL | 06/23/20 | 2.70 | CONDUCT ANALYSIS OF MATERIALS RE: TRANSACTIONAL MATTER (1.4); PARTICIPATE IN CALL WITH CLIENT RE: TRANSACTIONAL ISSUES (0.5); CONFER WITH W. MCCONAGHA RE: TRANSACTIONAL ISSUES (0.4); PARTICIPATE IN CONFERENCE CALL WITH M. FLORENCE RE: REGULATORY ADVICE (0.4). |
| BRAGG JL | 06/24/20 | 3.20 | REVIEW AND ANALYZE TRANSACTIONAL ISSUES (2.2); CONFER WITH M. FLORENCE RE: TRANSACTIONAL ISSUES (0.5); CORRESPOND WITH W. MCCONAGHA RE: TRANSACTIONAL ISSUES (0.5). |
| BRAGG JL | 06/25/20 | 2.40 | PARTICIPATE IN CALL WITH CLIENT RE: TRANSACTIONAL MATTER (0.7); ANALYSIS OF MATERIALS RE: TRANSACTIONAL MATTER (0.8); CONFER WITH M. FLORENCE AND W. MCCONAGHA RE: SAME (0.9). |
| BRAGG JL | 06/26/20 | 3.50 | REVIEW AND EDIT MATERIALS RE: TRANSACTIONAL MATTER (1.6); PARTICIPATE IN CALL WITH M. KESSELMAN AND R. ALEALI RE: SAME (0.3); PARTICIPATE IN CALL WITH R. ALEALI AND M. FLORENCE RE: SAME (0.4); PARTICIPATE IN CALL WITH CLIENT RE: SAME (1.2). |
| BRAGG JL | 06/28/20 | 0.80 | EDIT MATERIALS RE: TRANSACTIONAL MATTER (0.8). |
| BRAGG JL | 06/29/20 | 0.70 | REVIEW MATERIALS RE: TRANSACTIONAL MATTER (0.4); PROVIDE COMMENTS TO CLIENT RE: SAME (0.3). |
| BRAGG JL | 06/30/20 | 1.60 | REVIEW AND ANALYZE MATERIALS RE: TRANSACTIONAL MATTER (1.6). |

**17.10**

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 06/23/20 | 0.90 | CONFER WITH J. BRAGG RE: REGULATORY ADVICE (0.4); REVIEW AND COMMENT ON MATERIALS RE: TRANSACTIONAL MATTER (0.5). |
| FLORENCE MP | 06/24/20 | 1.50 | REVIEW MATERIALS RE: TRANSACTIONAL MATTER (1.0); CONFER WITH J. BRAGG RE: SAME (0.5). |
| FLORENCE MP | 06/25/20 | 2.70 | PARTICIPATE IN CALL WITH CLIENT RE: DRAFT TRANSACTIONAL MATERIALS (1.2); CONFER WITH J. BRAGG, W. MCCONAGHA, AND A. CHAN RE: SAME (0.5); REVIEW AND COMMENT ON DRAFT DOCUMENTS RE: SAME (1.0). |
| FLORENCE MP | 06/26/20 | 3.20 | PARTICIPATE IN CALLS WITH CLIENT RE: REVIEW OF DRAFT TRANSACTIONAL MATERIALS (1.0); REVIEW AND COMMENT RE: SAME (1.9); PARTICIPATE IN PART OF CALL WITH J. BRAGG RE: SAME (0.3). |
| FLORENCE MP | 06/30/20 | 0.50 | REVIEW AND COMMENT ON DRAFT TRANSACTIONAL MATERIALS (0.5). |
| | | **8.80** | |
| MCCONAGHA W | 06/22/20 | 3.00 | PREPARE MATERIALS RE: TRANSACTIONAL MATTER (3.0). |
| MCCONAGHA W | 06/23/20 | 3.10 | PARTICIPATE IN CALL WITH R. FANELLI AND K. MCCARTHY RE: TRANSACTIONAL MATTER (0.3); PARTICIPATE IN CALL WITH R. FANELLI, K. MCCARTHY, J. ERENSEN, AND OTHERS RE: TRANSACTIONAL MATTER (0.5); REVIEW AND REVISE MATERIALS RE: TRANSACTIONAL MATTER (1.5); REVIEW UPDATES TO MATERIALS RE: TRANSACTIONAL MATTER (0.3); CORRESPOND AND CONFER WITH A. CHAN ON TRANSACTIONAL ISSUES (0.5). |
| MCCONAGHA W | 06/25/20 | 3.60 | DRAFT MATERIALS RE: TRANSACTIONAL ISSUES (1.0); REVIEW AND PREPARE COMMENTS TO MATERIALS RE: TRANSACTIONAL MATTER (0.8); PREPARE COMMENTS TO MATERIALS RE: TRANSACTIONAL MATTER (0.8); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: TRANSACTIONAL MATTER (1.0). |
| MCCONAGHA W | 06/26/20 | 1.00 | REVISE MATERIALS RE: TRANSACTIONAL MATTER (1.0). |
| MCCONAGHA W | 06/30/20 | 0.80 | REVIEW MATERIALS AND CORRESPONDENCE RE: TRANSACTIONAL MATTER (0.8). |
| | | **11.50** | |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| SCHLOSSBERG RK | 05/12/20 | 0.90 | DRAFT COMMENTS RE: TRANSACTIONAL DOCUMENTS (0.9). | |
| SCHLOSSBERG RK | 05/13/20 | 0.10 | COORDINATE MATERIALS RE: TRANSACTIONAL MATTERS (0.1). | |
| SCHLOSSBERG RK | 05/14/20 | 1.90 | COORDINATE TRANSACTIONAL MATTERS (0.2); DRAFT COMMENTS RE: TRANSACTIONAL DOCUMENTS (1.7). | |
| SCHLOSSBERG RK | 05/15/20 | 1.30 | COORDINATE PREPARATION OF TRANSACTIONAL DOCUMENTS (0.5); DRAFT COMMENTS RE: TRANSACTIONAL DOCUMENTS (0.8). | |
| SCHLOSSBERG RK | 05/16/20 | 1.00 | REVISE TRANSACTIONAL DOCUMENT (0.8); REVIEW AND DRAFT CORRESPONDENCE RE: TRANSACTIONAL MATTER (0.2). | |
| SCHLOSSBERG RK | 05/17/20 | 0.30 | COORDINATE PREPARATION FOR CONFERENCE CALL (0.1); REVIEW AND ANALYZE TRANSACTIONAL DOCUMENTS (0.2). | |
| | | **5.50** | | |
| **Total Partner** | | **42.90** | | |
| CHAN AH | 06/22/20 | 4.00 | CORRESPOND WITH W. MCCONAGHA RE: RESEARCH ON REGULATORY ISSUES (0.3); RESEARCH REGULATORY ISSUES (3.7). | |
| CHAN AH | 06/23/20 | 1.90 | REVISE MATERIALS RE: TRANSACTIONAL MATTER (1.0); RESEARCH REGULATORY ISSUES (0.6); CONFER WITH W. MCCONAGHA RE: RESEARCH ON REGULATORY ISSUES (0.3). | |
| CHAN AH | 06/25/20 | 3.40 | PARTICIPATE IN CALL RE: TRANSACTIONAL ISSUES (1.0); REVISE MATERIALS RE: TRANSACTIONAL MATTER (0.9); PARTICIPATE IN CALL RE: SAME (1.0); REVIEW AND ANALYZE MATERIALS RE: TRANSACTIONAL MATTER (0.5). | |
| CHAN AH | 06/26/20 | 2.30 | REVISE MATERIALS RE: TRANSACTIONAL MATTER (2.3). | |
| CHAN AH | 06/29/20 | 0.50 | CREATE MARK-UP OF TRANSACTIONAL DOCUMENT (0.5). | |
| CHAN AH | 06/30/20 | 1.70 | REVISE MATERIALS RE: TRANSACTIONAL MATTER (1.7). | |
| | | **13.80** | | |
| **Total Associate** | | **13.80** | | |
| **TOTAL TIME** | | **56.70** | | |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

CLIENT TOTAL                    <u>56.70</u>

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                        Bill Date: 08/11/20
**Litigation Discovery Issues**                            Bill Number: 1819393

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 06/22/20 | 3.10 | PREPARE FOR MEETING WITH FDA RE: REGULATORY ISSUES (1.8); CORRESPOND WITH CLIENT AND SKADDEN TEAM RE: REGULATORY ISSUES (0.3); PARTICIPATE IN CALL WITH W. MCCONAGHA, C. RICARTE, AND J. DUCHARME RE: REGULATORY ISSUES (1.0). |
| BRAGG JL | 06/23/20 | 4.10 | PARTICIPATE IN CALL WITH C. RICARTE RE: REGULATORY ISSUES (0.5); REVIEW AND ANALYZE REGULATORY MATERIALS (2.4); PARTICIPATE IN CALL WITH M. KESSELMAN RE: REGULATORY ISSUES (0.3); PARTICIPATE IN PART OF CALL WITH C. RICARTE, J. DUCHARME, AND W. MCCONAGHA RE: REGULATORY ISSUES (0.5); PARTICIPATE IN CALL WITH W. MCCONAGHA RE: REGULATORY ISSUES (0.4). |
| BRAGG JL | 06/24/20 | 3.10 | PREPARE FOR MEETING WITH FDA RE: REGULATORY ISSUES (2.0); MEET WITH FDA RE: REGULATORY ISSUES (0.6); PARTICIPATE IN CALL WITH CLIENT AND W. MCCONAGHA RE: REGULATORY ISSUES (0.5). |
| BRAGG JL | 06/28/20 | 1.40 | EDIT MATERIALS TO FDA RE: REGULATORY ISSUES (1.4). |
| BRAGG JL | 06/29/20 | 0.50 | REVIEW MATERIALS TO FDA RE: REGULATORY ISSUES (0.5). |
| | | **12.20** | |
| MCCONAGHA W | 06/19/20 | 0.50 | CORRESPOND WITH FDA RE: REGULATORY ISSUES (0.5). |
| MCCONAGHA W | 06/21/20 | 1.00 | DRAFT MATERIALS RE: REGULATORY ISSUES (1.0). |
| MCCONAGHA W | 06/22/20 | 2.80 | PARTICIPATE IN CALL WITH CLIENT RE: REGULATORY ISSUES (1.0); UPDATE AGENDA FOR FDA MEETING RE: REGULATORY ISSUES (1.0); CONFER WITH J. BRAGG RE: FDA MEETING (0.5); REVIEW AND RESPOND TO CORRESPONDENCE RE: REGULATORY ISSUES (0.3). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MCCONAGHA W | 06/23/20 | 2.90 | PARTICIPATE IN CALL WITH C. RICARTE, J. DUCHARME, AND J. BRAGG RE: REGULATORY ISSUES (1.0); FINALIZE AGENDA FOR FDA MEETING AND SEND TO FDA (0.5); REVIEW AND REVISE MATERIALS RE: FDA MEETING (1.0); PARTICIPATE IN CALL WITH J. BRAGG RE: FDA MEETING (0.4). |
| MCCONAGHA W | 06/24/20 | 3.50 | DRAFT MATERIALS RE: REGULATORY ISSUES (1.0); PREPARE FOR CALL WITH FDA RE: REGULATORY ISSUES (1.0); PREPARE FOR MEETING WITH FDA RE: REGULATORY ISSUES (0.4); PARTICIPATE IN CALL WITH FDA RE: REGULATORY ISSUES (0.6); PARTICIPATE IN CALL WITH J. BRAGG AND C. RICARTE RE: FDA MEETING (0.5). |
| MCCONAGHA W | 06/26/20 | 4.80 | DRAFT MATERIALS RE: REGULATORY ISSUES (4.8). |
| MCCONAGHA W | 06/27/20 | 1.50 | DRAFT MATERIALS RE: REGULATORY ISSUES (1.5). |
| MCCONAGHA W | 06/28/20 | 1.00 | REVISE MATERIALS RE: REGULATORY ISSUES (1.0). |
| MCCONAGHA W | 06/29/20 | 0.50 | REVISE MATERIALS RE: REGULATORY ISSUES (0.5). |
| MCCONAGHA W | 06/30/20 | 0.80 | REVISE MATERIALS RE: REGULATORY ISSUES (0.8). |
| | | **19.30** | |
| **Total Partner** | | **31.50** | |
| SHELTON K | 06/29/20 | 0.80 | REVISE MATERIALS RE: REGULATORY ISSUES (0.8). |
| | | **0.80** | |
| **Total Associate** | | **0.80** | |
| **TOTAL TIME** | | **32.30** | |
| **CLIENT TOTAL** | | **32.30** | |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                    Bill Date: 08/11/20
**Project Catalyst**                                      Bill Number: 1819394

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 05/04/20 | 0.50 | PARTICIPATE IN CALL WITH SKADDEN TEAM RE: TRANSACTIONAL ISSUES (0.5). |
| | | **0.50** | |
| FLORENCE MP | 05/07/20 | 1.00 | PARTICIPATE IN CALL WITH J. DOYLE, R. ALEALI, AND SKADDEN TEAM RE: TRANSACTIONAL MATTER (1.0). |
| FLORENCE MP | 05/13/20 | 0.40 | REVIEW MATERIALS RE: TRANSACTIONAL MATTER (0.4). |
| FLORENCE MP | 05/14/20 | 0.40 | CONFER WITH M. GIBSON AND R. SCHLOSSBERG RE: TRANSACTIONAL MATTER (0.4). |
| FLORENCE MP | 05/15/20 | 0.90 | REVIEW DRAFT MATERIALS RE: TRANSACTIONAL MATTER (0.2) CONFER WITH SKADDEN TEAM RE: SAME (0.4); REVISE MATERIALS RE: SAME (0.3). |
| FLORENCE MP | 05/18/20 | 0.50 | PARTICIPATE IN CALL WITH CLIENT AND SKADDEN TEAM RE: DRAFT MATERIALS FOR TRANSACTION (0.5). |
| FLORENCE MP | 05/19/20 | 0.60 | REVIEW RESEARCH RE: REGULATORY REQUIREMENTS (0.2); CONFER WITH W. MCCONAGHA RE: SAME (0.4). |
| FLORENCE MP | 05/21/20 | 1.50 | REVIEW MATERIALS RE: PROPOSED TRANSACTION (1.0); CONFER WITH SKADDEN TEAM RE: SAME (0.5). |
| FLORENCE MP | 05/26/20 | 3.30 | PREPARE FOR CALL WITH CLIENT RE: TRANSACTION MATERIALS (0.5); PARTICIPATE IN KICK OFF CALL WITH CLIENT AND SKADDEN TEAM RE: SAME (2.0); REVIEW DRAFT TRANSACTION MATERIALS (0.8). |
| FLORENCE MP | 05/27/20 | 0.90 | ANALYZE REGULATORY REQUIREMENTS FOR TRANSACTIONAL MATTER (0.9). |
| FLORENCE MP | 05/28/20 | 0.90 | CONFER WITH CLIENT RE: INITIAL STRUCTURE ANALYSIS (0.5); CONFER WITH W. MCCONAGHA AND A. CHAN RE: SAME (0.4). |
| FLORENCE MP | 05/29/20 | 0.40 | REVIEW AND COMMENT ON TRANSACTIONAL MATERIALS (0.4). |
| FLORENCE MP | 05/30/20 | 0.20 | REVIEW AND COMMENT ON TRANSACTION MATERIALS (0.2). |

D02B

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 06/01/20 | 1.00 | PARTICIPATE IN CALL WITH CLIENT AND CO-COUNSEL RE: POTENTIAL TRANSACTION (1.0). |
| FLORENCE MP | 06/02/20 | 1.70 | CONFER WITH W. MCCONAGHA AND A. CHAN RE: POTENTIAL REGULATORY CONSIDERATIONS (0.4); REVIEW DRAFT OUTLINE RE: SAME (0.4); PARTICIPATE IN CALL WITH CLIENT RE: REGULATORY ANALYSIS (0.9). |
| FLORENCE MP | 06/10/20 | 1.30 | PARTICIPATE IN CALL WITH CLIENT AND SKADDEN TEAM RE: TRANSACTIONAL MATERIALS (1.3). |
| FLORENCE MP | 06/15/20 | 2.00 | PARTICIPATE IN CALL WITH SKADDEN TEAM AND CLIENT RE  TRANSACTIONAL MATERIALS (1.3); REVIEW WORK PRODUCT RE: DRAFT TRANSACTIONAL MATERIALS (0.7). |
| FLORENCE MP | 06/16/20 | 0.30 | REVIEW DRAFT TRANSACTIONAL MATERIALS (0.3). |
| FLORENCE MP | 06/17/20 | 2.80 | PREPARE FOR CALL WITH SKADDEN TEAM RE: TRANSACTIONAL ISSUES (0.3); PARTICIPATE IN CALL WITH CLIENT AND SKADDEN TEAM RE: TRANSACTIONAL ISSUES (0.6); CONFER WITH P. STRASSBURGER RE: TRANSACTIONAL ISSUES (0.3); ARTICIPATE IN CALL WITH R. SCHLOSSBERG, M. SUMNER, W. MCCONAGHA, AND A. CHAN RE: TRANSACTIONAL ISSUES (0.7); CONFER WITH W. MCCONAGHA AND A. CHAN RE: SAME (0.5); REVIEW DRAFT TRANSACTIONAL MATERIALS (0.4). |
| FLORENCE MP | 06/18/20 | 1.40 | CONFER WITH R. ALEALI RE: MATTER STATUS (0.4); CONFER WITH J. BRAGG RE: SAME (0.4); REVIEW AND COMMENT ON DRAFT TRANSACTIONAL MATERIALS (0.6). |
| FLORENCE MP | 06/19/20 | 1.50 | PARTICIPATE IN PART OF CALL WITH R. ALEALI, M. GIBSON, AND R. SCHLOSSBERG RE: PROJECT STATUS (0.7); PARTICIPATE IN CALL WITH M. GIBSON AND R. SCHLOSSBERG IN PREPARATION RE: SAME (0.8). |
| FLORENCE MP | 06/23/20 | 0.30 | CONFER WITH R. ALEALI RE: MATTER STATUS (0.3). |
| FLORENCE MP | 06/25/20 | 0.50 | CONFER WITH CLIENT TEAM RE: REGULATORY ADVICE (0.5). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 06/29/20 | 0.60 | PARTICIPATE IN PART OF CALL WITH CLIENT, W. MCCONAGHA, AND A. CHAN RE: REGULATORY ISSUES (0.6). |
| FLORENCE MP | 06/30/20 | 0.80 | REVIEW DRAFT TRANSACTIONAL DOCUMENT (0.4); CONFER WITH W. MCCONAGHA AND A. DUNN RE: SAME (0.4). |
| | | **25.20** | |
| GIBSON ML | 05/07/20 | 2.50 | REVIEW MATERIALS RE: TRANSACTIONAL MATTER (1.0); PARTICIPATE IN CALL WITH CLIENT RE: TRANSACTIONAL MATTER STRATEGY AND NEXT STEPS (1.0); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.5). |
| GIBSON ML | 05/08/20 | 0.40 | PARTICIPATE IN CALL WITH CLIENT RE: TRANSACTIONAL MATTER (0.3); CORRESPOND WITH SKADDEN TEAM RE: TRANSACTIONAL MATTER NEXT STEPS (0.1). |
| GIBSON ML | 05/11/20 | 3.20 | REVIEW AND REVISE MATERIALS RE: TRANSACTIONAL MATTER (2.2); CORRESPOND WITH WORKING GROUP RE: SAME (0.5); PARTICIPATE IN CALL WITH CLIENT RE: TRANSACTIONAL MATTER (0.3); CORRESPOND WITH SKADDEN TEAM RE: LEGAL ISSUES RELATING TO TRANSACTIONAL MATTER (0.2). |
| GIBSON ML | 05/12/20 | 1.20 | REVIEW AND COMMENT ON UPDATED MATERIALS RE: TRANSACTIONAL MATTER (0.3); REVIEW AND REVISE MATERIALS RE: SAME (0.2); CORRESPOND WITH WORKING GROUP RE: SAME (0.5); CORRESPOND WITH SKADDEN TEAM RE: LEGAL ISSUES RELATING TO TRANSACTIONAL MATTER (0.2). |
| GIBSON ML | 05/15/20 | 0.50 | COMMENT ON MATERIALS RE: TRANSACTIONAL MATTER (0.5). |
| GIBSON ML | 05/18/20 | 2.40 | PREPARE FOR CALL WITH CLIENT AND SKADDEN TEAM RE: TRANSACTIONAL MATERIALS (0.3); PARTICIPATE IN CALL WITH R. ALEALI, J. DOYLE, AND K. MCCARTHY AND SKADDEN TEAM RE: SAME (2.0); CORRESPOND WITH WORKING GROUP RE: NEXT STEPS (0.1). |
| GIBSON ML | 05/19/20 | 1.00 | REVIEW AND COMMENT ON UPDATED DRAFTS OF TRANSACTIONAL MATERIALS (0.8); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.2). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

GIBSON ML          05/21/20      0.30   REVIEW AND ANALYZE MATTER PROPOSAL
                                        (0.2); CORRESPOND WITH SKADDEN TEAM
                                        RE: SAME (0.1).

GIBSON ML          05/22/20      0.30   CORRESPOND WITH SKADDEN TEAM RE:
                                        MATTER STRATEGY AND NEXT STEPS
                                        (0.3).

GIBSON ML          05/26/20      2.80   PARTICIPATE IN CALL WITH CLIENT AND
                                        SKADDEN TEAM RE: TRANSACTIONAL
                                        MATERIALS (2.0); PARTICIPATE IN CALL
                                        WITH CLIENT RE: LEGAL MATTERS (0.5);
                                        CORRESPOND WITH WORKING GROUP RE:
                                        MATTER STRATEGY AND NEXT STEPS
                                        (0.3).

GIBSON ML          05/27/20      2.90   PREPARE FOR CALL WITH CLIENT RE:
                                        TRANSACTIONAL MATTER (0.3);
                                        PARTICIPATE IN CALL WITH CLIENT RE:
                                        SAME (2.0); CONFER WITH CLIENT AND
                                        WORKING GROUP RE: MATTER STRATEGY
                                        AND NEXT STEPS (0.6).

GIBSON ML          05/28/20      1.20   PARTICIPATE IN CALL WITH CLIENT RE:
                                        TRANSACTIONAL MATTER (0.5); COMMENT
                                        ON REVISIONS TO TRANSACTIONAL
                                        MATERIALS (0.4); CORRESPOND
                                        INTERNALLY RE: SAME (0.3).

GIBSON ML          05/29/20      2.70   PARTICIPATE IN CALL WITH CLIENT RE:
                                        TRANSACTIONAL MATTER (1.0); REVIEW
                                        AND COMMENT ON UPDATES TO
                                        TRANSACTIONAL MATERIALS (0.5);
                                        PARTICIPATE IN CALL WITH SKADDEN
                                        TEAM AND WORKING GROUP RE: DATA ROOM
                                        ISSUES (0.3); REVIEW AND ANALYZE
                                        COMMENTS TO TRANSACTIONAL MATERIALS
                                        (0.6); REVIEW AND ANALYZE INDEMNITY
                                        MATERIALS (0.3).

GIBSON ML          06/01/20      1.90   PARTICIPATE IN CALL WITH CLIENT AND
                                        COMMON DEFENSE COUNSEL RE:
                                        TRANSACTIONAL ISSUES (1.0); REVIEW
                                        AND COMMENT ON UPDATED DRAFTS OF
                                        TRANSACTIONAL MATERIALS (0.6);
                                        CORRESPOND WITH CLIENT AND SKADDEN
                                        TEAM RE: SAME (0.3).

GIBSON ML          06/02/20      2.20   PARTICIPATE IN CALL WITH CLIENT AND
                                        SKADDEN TEAM RE: REGULATORY ISSUES
                                        RELATED TO TRANSACTIONAL MATTER
                                        (1.0); CORRESPOND WITH SKADDEN TEAM
                                        RE: REVIEW OF TRANSACTIONAL
                                        MATERIALS (0.5); REVIEW AND
                                        SUMMARIZE COMMENTS TO MATERIALS RE:
                                        TRANSACTIONAL ISSUES (0.3); REVIEW
                                        AND COMMENT ON UPDATED TRANSACTIONAL
                                        MATERIALS (0.4).

D02B

Sᴋᴀᴅᴅᴇɴ, Aʀᴘs, Sʟᴀᴛᴇ, Mᴇᴀɢʜᴇʀ & Fʟᴏᴍ ʟʟᴘ ᴀɴᴅ ᴀꜰꜰɪʟɪᴀᴛᴇs
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| GIBSON ML | 06/03/20 | 3.10 | PARTICIPATE IN CONFIDENTIAL CALL RE: TRANSACTIONAL MATTER (0.2); PARTICIPATE IN CALL WITH CLIENT RE: TRANSACTIONAL MATERIALS (2.5); PARTICIPATE IN CONFIDENTIAL CALL RE: TRANSACTIONAL MATTER (0.2); CORRESPOND WITH SKADDEN TEAM  RE: EDITS TO TRANSACTIONAL MATERIALS (0.2). |
| GIBSON ML | 06/04/20 | 2.50 | PARTICIPATE IN CALL RE TRANSACTION-RELATED ISSUES (0.3); CORRESPOND WITH THIRD PARTIES RE: SAME (0.2); REVIEW AND COMMENT ON TRANSACTION-RELATED DOCUMENTS (0.3); REVIEW AND COMMENT ON DRAFT TRANSACTIONAL MATERIALS (1.0); REVIEW AND COMMENT ON TRANSACTION-RELATED DOCUMENTS (0.5); REVIEW MATERIALS RE: TRANSACTIONAL ISSUES (0.2). |
| GIBSON ML | 06/05/20 | 2.50 | REVIEW AND COMMENT ON DRAFT TRANSACTIONAL MATERIALS (0.7); CORRESPOND RE: TRANSACTION-RELATED DOCUMENTS (0.5); REVIEW MATERIALS RE: TRANSACTIONAL MATTER (0.4); REVIEW AND REVISE MATERIALS RE: TRANSACTIONAL MATTER (0.9). |
| GIBSON ML | 06/07/20 | 0.20 | CORRESPOND WITH OUTSIDE COUNSEL RE: REGULATORY ISSUES (0.2). |
| GIBSON ML | 06/08/20 | 0.60 | CORRESPOND WITH CLIENT AND OUTSIDE COUNSEL RE: TRANSACTION-RELATED ISSUES (0.4); CORRESPOND WITH ASSOCIATE RE: TRANSACTION-RELATED ISSUES (0.2). |
| GIBSON ML | 06/09/20 | 1.60 | CORRESPOND WITH A. GALLOGLY RE: TRANSACTION-RELATED ISSUES (0.3); PARTICIPATE IN CALL WITH EXTERNAL COUNSEL, A. GALLOGLY, AND CLIENT RE: TRANSACTION-RELATED ISSUES (1.0); CORRESPOND WITH SKADDEN TEAM AND OUTSIDE COUNSEL RE: TRANSACTION-RELATED DOCUMENTS (0.3). |
| GIBSON ML | 06/10/20 | 1.50 | PARTICIPATE IN CALL WITH CLIENT RE: TRANSACTIONAL MATERIALS (1.2); CORRESPOND RE: TRANSACTION-RELATED DOCUMENTS (0.3). |
| GIBSON ML | 06/11/20 | 0.30 | CORRESPOND WITH A. GALLOGLY AND CLIENT RE: TRANSACTION-RELATED ISSUES (0.3). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| GIBSON ML | 06/12/20 | 1.60 | REVIEW TRANSACTION-RELATED MATERIALS (0.3); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: TRANSACTION-RELATED ISSUES (0.2); PARTICIPATE IN CALL WITH CLIENT RE: TRANSACTION-RELATED ISSUES (0.7); PARTICIPATE IN CALL WITH R. SCHLOSSBERG RE: TRANSACTION-RELATED DOCUMENTS (0.2); REVIEW CHANGES TO TRANSACTIONAL MATERIALS (0.2). | |
| GIBSON ML | 06/13/20 | 0.40 | REVIEW AND COMMENT ON TRANSACTION-RELATED DOCUMENTS (0.3); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.1). | |
| GIBSON ML | 06/14/20 | 0.50 | REVIEW PROPOSED CHANGES TO TRANSACTIONAL MATERIALS (0.2); REVIEW CORRESPONDENCE FROM R. SCHLOSSBERG AND CLIENT ON TRANSACTION-RELATED ISSUES (0.3). | |
| GIBSON ML | 06/15/20 | 2.40 | REVIEW AND COMMENT ON TRANSACTION-RELATED MATERIALS (0.4); REVIEW AND COMMENT ON AND DRAFTS OF TRANSACTIONAL MATERIALS (0.6); PARTICIPATE IN PART OF CALL WITH CLIENT (1.1); CORRESPOND RE: TRANSACTION-RELATED ISSUES (0.3). | |
| GIBSON ML | 06/16/20 | 1.10 | REVIEW TRANSACTION-RELATED MATERIALS (0.3); CONFER WITH A. GALLOGLY RE: TRANSACTION-RELATED MATERIALS (0.1); CORRESPOND RE: TRANSACTION-RELATED MATTERS (0.2); REVIEW FINAL TRANSACTIONAL MATERIALS FOR POSTING (0.3); REVIEW TRANSACTION-RELATED MATERIALS (0.2). | |
| GIBSON ML | 06/17/20 | 1.40 | PARTICIPATE IN CALL WITH EXTERNAL COUNSEL AND CLIENT (1.0); CORRESPOND WITH CLIENT (0.4). | |
| GIBSON ML | 06/18/20 | 1.60 | REVIEW AND COMMENT ON TRANSACTION-RELATED MATERIALS (0.4); REVIEW AND COMMENT ON TRANSACTION-RELATED MATERIALS (1.2). | |
| GIBSON ML | 06/19/20 | 1.20 | PARTICIPATE IN CALL WITH M. FLORENCE AND R. SCHLOSSBERG) RE: TRANSACTIONAL ISSUES (0.4); PARTICIPATE IN CALL WITH R. ALEALI, M. FLORENCE, AND R. SCHLOSSBERG RE: SAME (0.8). | |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| GIBSON ML | 06/22/20 | 2.90 | PARTICIPATE IN CALL WITH CLIENT RE: NEXT STEPS ON TRANSACTION-RELATED MATTER (0.9); PARTICIPATE IN FOLLOW-UP CALL WITH A. GALLOGLY RE: SAME (0.4); ANALYZE ISSUES RE: TRANSACTION-RELATED MATTER (0.8); CORRESPOND RE: LEGAL ISSUES RELATING TO TRANSACTION (0.3); REVIEW AND COMMENT ON TRANSACTION-RELATED MATERIAL (0.5). |
| GIBSON ML | 06/23/20 | 0.30 | CORRESPOND WITH TEAM RE: TRANSACTION-RELATED MATTERS (0.3). |
| GIBSON ML | 06/25/20 | 2.80 | REVIEW MATERIALS TO PREPARE FOR CONFERENCE CALL (0.4); PARTICIPATE IN CALL WITH CLIENT RE: TRANSACTION-RELATED MATTERS (0.8); PARTICIPATE IN ADDITIONAL CALL WITH CLIENT RE: SAME (1.1); COORDINATE WITH WORKING GROUP ON ATRANSACTIONAL MATTER (0.5). |
| GIBSON ML | 06/26/20 | 4.00 | REVIEW AND COMMENT ON TRANSACTION-RELATED MATERIALS (3.7); REVIEW TRANSACTION-RELATED DOCUMENTS (0.3). |
| GIBSON ML | 06/29/20 | 0.70 | REVIEW TRANSACTION-RELATED MATERIALS (0.7). |
| GIBSON ML | 06/30/20 | 1.60 | CORRESPOND WITH ASSOCIATE ON TRANSACTION-RELATED ISSUES (0.3); PREPARE FOR AND PARTICIPATE IN CALL WITH CLIENT RE: SAME (0.6); COORDINATE WITH TEAM RE: TRANSACTION-RELATED MATTERS (0.2); CORRESPOND WITH TEAM RE: DRAFT OF TRANSACTION-RELATED DOCUMENT (0.3); COORDINATE WITH COMMON DEFENSE COUNSEL RE: BANKRUPTCY ISSUES (0.2). |
| | | **60.30** | |
| MCCONAGHA W | 05/18/20 | 1.50 | PARTICIPATE IN CALL RE: MATTER STRATEGY AND NEXT STEPS WITH R. ALEALI, J. DOYLE, K. MCCARTHY AND SKADDEN TEAM (1.0); PARTICIPATE IN CALL WITH CLIENT AND SKADDEN TEAM RE: TRANSACTIONAL MATERIALS (0.5). |
| MCCONAGHA W | 05/19/20 | 2.50 | CONDUCT LEGAL RESEARCH RE: TRANSACTIONAL MATTER (2.0); PARTICIPATE IN CALL WITH A. CHAN AND M. FLORENCE RE: TRANSACTIONAL MATTER (0.5). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MCCONAGHA W | 05/21/20 | 1.80 | REVIEW LEGAL RESEARCH AND ANALYSIS RE: TRANSACTIONAL MATTER (1.3); PARTICIPATE IN CALL WITH A. CHAN AND M. FLORENCE RE: SAME (0.5). |
| MCCONAGHA W | 05/22/20 | 1.30 | REVIEW AND ANALYZE MATERIALS RE: TRANSACTIONAL MATTER (0.5); DRAFT EMAIL TO M. FLORENCE RE: TRANSACTIONAL MATTER (0.3); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: MATTER STATUS AND NEXT STEPS (0.5). |
| MCCONAGHA W | 05/26/20 | 3.50 | PARTICIPATE IN CALL WITH M. FLORENCE AND A. CHAN RE: LEGAL ISSUES RELATED TO TRANSACTIONAL MATTER (0.5); REVIEW DRAFT TRANSACTIONAL MATERIALS (0.5); PARTICIPATE IN CALL WITH J. DOYLE, M. LUNDIE, K. MCCARTHY, R. ALEALI, AND SKADDEN TEAM RE: TRANSACTIONAL MATERIALS (2.0); PARTICIPATE IN CALL WITH CLIENT AND SKADDEN TEAM RE: MATTER STRATEGY AND NEXT STEPS (0.5). |
| MCCONAGHA W | 05/27/20 | 2.60 | CORRESPOND WITH A. CHAN RE: REGULATORY ISSUES RELATED TO TRANSACTIONAL MATTER (0.3); REVIEW AND ANALYZE REGULATORY ISSUES (0.5); PARTICIPATE IN CALL WITH OUTSIDE COUNSEL RE: TRANSACTIONAL MATERIALS (1.8). |
| MCCONAGHA W | 05/28/20 | 1.00 | PARTICIPATE IN CALL WITH SKADDEN TEAM RE: REGULATORY ISSUES RELATED TO TRANSACTIONAL MATTER (0.5); PARTICIPATE IN CALL WITH CLIENT RE: MATTER STATUS AND NEXT STEPS (0.5). |
| MCCONAGHA W | 05/29/20 | 0.80 | REVIEW REVISED TRANSACTIONAL MATERIALS (0.8). |
| MCCONAGHA W | 06/01/20 | 1.00 | PARTICIPATE IN CALL WITH TEAM RE: TRANSACTION-RELATED MATTER (0.8); REVIEW TRANSACTIONAL MATERIALS (0.2). |
| MCCONAGHA W | 06/02/20 | 4.10 | PARTICIPATE IN CALL RE: REGULATORY ISSUES RELATED TO TRANSACTIONAL MATTER (1.0); PARTICIPATE IN CALL WITH A. CHAN AND M. FLORENCE RE: POTENTIAL REGULATORY CONSIDERATIONS (0.8); DRAFT SUMMARY ON REGULATORY ISSUES RE: TRANSACTION MATTER (1.0); WORK ON TRANSACTION-RELATED MATTERS (1.3). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MCCONAGHA W | 06/03/20 | 3.80 | FINALIZE MATERIALS RE: REGULATORY CONSIDERATIONS (1.0); REVIEW TRANSACTIONAL MATERIALS IN PREPARATION FOR TEAM CALL (0.8); PARTICIPATE IN PART OF CALL WITH CLIENT RE: TRANSACTION-RELATED MATTERS (2.0). |
| MCCONAGHA W | 06/04/20 | 0.50 | CORRESPOND WITH A. CHAN AND M. FLORENCE RE: TRANSACTION-RELATED MATTER (0.5). |
| MCCONAGHA W | 06/05/20 | 1.00 | REVIEW AND REVISE MATERIALS RE: TRANSACTION-RELATED ISSUES (0.5); REVIEW AND REVISE UPDATED TRANSACTIONAL MATERIALS (0.5). |
| MCCONAGHA W | 06/10/20 | 1.80 | PREPARE FOR CALL WITH TEAM RE: TRANSACTION-RELATED MATTERS (0.5); PARTICIPATE IN CALL WITH TEAM RE: TRANSACTION-RELATED DOCUMENTS (1.3). |
| MCCONAGHA W | 06/12/20 | 0.50 | REVIEW TRANSACTION-RELATED MATERIALS (0.5). |
| MCCONAGHA W | 06/15/20 | 1.30 | PARTICIPATE IN CALL WITH TEAM RE: TRANSACTION-RELATED DOCUMENTS (1.3). |
| MCCONAGHA W | 06/17/20 | 2.50 | PARTICIPATE IN PART OF CALL WITH SKADDEN TEAM RE: TRANSACTION-RELATED ISSUES (0.5); PARTICIPATE IN CALL WITH TEAM ON TRANSACTION-RELATED DOCUMENTS (2.0). |
| MCCONAGHA W | 06/29/20 | 2.00 | PARTICIPATE IN CALL WITH CLIENT, M. FLORENCE, AND A. CHAN RE: REGULATORY ISSUES (1.0); REVIEW TRANSACTION-RELATED DOCUMENTS (1.0). |
| MCCONAGHA W | 06/30/20 | 2.80 | PARTICIPATE IN CALL WITH M. FLORENCE AND A. DUNN ON TRANSACTION MATTER (0.5); REVIEW TRANSACTION-RELATED DOCUMENT (1.4); DRAFT COMMENTS ON TRANSACTION-RELATED DOCUMENTS (0.9). |
| | | **36.30** | |
| RAPTIS M | 06/13/20 | 0.50 | ANALYZE TRANSACTION-RELATED ISSUES (0.2); PARTICIPATE IN CALL WITH R. SCHLOSSBERG RE: SAME. (0.3). |
| RAPTIS M | 06/22/20 | 0.60 | REVIEW AND ANALYZE TRANSACTIONAL MATERIALS (0.6). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| RAPTIS M | 06/23/20 | 0.80 | REVIEW TRANSACTIONAL MATERIALS (0.1); ANALYZE TRANSACTION-RELATED ISSUES (0.1); CORRESPOND WITH R. BELIN RE: SAME (0.2); CORRESPOND WITH M. GIBSON RE: SAME (0.2); CORRESPOND WITH A. HAGGERTY RE: SAME (0.2). |
| RAPTIS M | 06/24/20 | 0.40 | CONFER WITH A. HAGGERTY RE: TRANSACTION-RELATED ISSUES. (0.4). |
| RAPTIS M | 06/25/20 | 0.40 | REVIEW AND ANALYZE TRANSACTION-RELATED ISSUES (0.2); CORRESPOND WITH M. GIBSON RE: SAME. (0.2). |
| | | **2.70** | |
| SCHLOSSBERG RK | 05/11/20 | 0.60 | REVIEW AND ANALYZE MATERIALS RE: TRANSACTIONAL MATTERS (0.6). |
| SCHLOSSBERG RK | 05/18/20 | 2.40 | PARTICIPATE IN CALL WITH CLIENT AND SKADDEN TEAM RE: TRANSACTIONAL MATERIALS (0.5); CONFER WITH SKADDEN TEAM RE: SAME (0.5); COORDINATE TRANSACTION RELATED MATTERS (0.8); REVIEW AND ANALYZE TRANSACTION RELATED DOCUMENTS (0.6). |
| SCHLOSSBERG RK | 05/19/20 | 3.90 | REVIEW AND DRAFT COMMENTS RE: TRANSACTION RELATED DOCUMENTS (3.0); CORRESPOND INTERNALLY RE: TRANSACTION RELATED MATTERS (0.9). |
| SCHLOSSBERG RK | 05/21/20 | 0.40 | COORDINATE TRANSACTION RELATED MATTERS (0.2); REVIEW AND DRAFT CORRESPONDENCE RE: SAME (0.2). |
| SCHLOSSBERG RK | 05/22/20 | 0.20 | REVIEW AND ANALYZE MATERIALS RE: TRANSACTIONAL MATTER (0.2). |
| SCHLOSSBERG RK | 05/27/20 | 1.50 | PREPARE FOR CALL RE: TRANSACTIONAL MATTER (0.5); CORRESPOND WITH SKADDEN TEAM RE: TRANSACTIONAL MATTER WORKSTREAMS (1.0). |
| SCHLOSSBERG RK | 05/28/20 | 1.40 | REVIEW MATERIALS RE: TRANSACTIONAL MATTER (0.4); DRAFT COMMENTS RE: TRANSACTION-RELATED DOCUMENTS (1.0). |
| SCHLOSSBERG RK | 05/29/20 | 1.50 | REVIEW TRANSACTION RELATED MATERIALS (0.5); DRAFT COMMENTS RE: SAME (0.5); COORDINATE WITH SKADDEN TEAM RE: TRANSACTION-RELATED MATTERS (0.5). |
| SCHLOSSBERG RK | 05/31/20 | 0.20 | COORDINATE TRANSACTION-RELATED MATTERS (0.2). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

SCHLOSSBERG RK   06/02/20   1.20   REVIEW TRANSACTION-RELATED DOCUMENTS
(1.0); COORDINATE TRANSACTION
MATTERS (0.2).

SCHLOSSBERG RK   06/03/20   2.90   PARTICIPATE IN CALLS WITH TEAM RE:
TRANSACTION-RELATED ISSUES (2.7);
COORDINATE TRANSACTION RELATED
MATTERS (0.2).

SCHLOSSBERG RK   06/04/20   3.80   DRAFT PREPARE COMMENTS AND EDITS RE:
TRANSACTION DOCUMENTS (3.0);
COORDINATE TRANSACTION MATTERS
(0.8).

SCHLOSSBERG RK   06/05/20   1.30   REVIEW AND PREPARE CORRESPONDENCE
RE: MATTER (0.8); COORDINATE
TRANSACTION-RELATED MATTERS (0.5).

SCHLOSSBERG RK   06/10/20   1.90   PREPARE FOR CONFERENCE RE: MATTER
(0.4); CONFER WITH TEAM RE: MATTER
(1.5).

SCHLOSSBERG RK   06/11/20   3.50   CONFER WITH TEAM RE: MATTER (1.8);
PREPARE FOR CONFERENCES RE: MATTER
(0.6); DRAFT COMMENTS RE:
TRANSACTION-RELATED DOCUMENTS (1.1).

SCHLOSSBERG RK   06/12/20   5.30   CONFER WITH TEAM RE: MATTER (1.7);
PREPARE FOR CONFERENCES RE: MATTER
(1.0); REVIEW AND DRAFT
CORRESPONDENCE RE: MATTER (0.6);
REVIEW TRANSACTION-RELATED DOCUMENTS
(2.0).

SCHLOSSBERG RK   06/13/20   3.30   REVISE TRANSACTION-RELATED DOCUMENT
(3.0); CONFER WITH TEAM RE:
TRANSACTION-RELATED MATTERS (0.3).

SCHLOSSBERG RK   06/14/20   1.40   CONFER WOTH TEAM RE: MATTER (1.0);
REVIEW TRANSACTION-RELATED DOCUMENTS
(0.4).

SCHLOSSBERG RK   06/15/20   4.50   CONFER WITH TEAM RE: MATTER (1.0);
REVIEW AND DRAFT COMMENTS TO
TRANSACTION-RELATED DOCUMENTS (3.3);
REVIEW AND DRAFT CORRESPONDENCE
(0.2).

SCHLOSSBERG RK   06/16/20   0.20   DRAFT TRANSACTION-RELATED DOCUMENT
(0.1); COORDINATE TRANSACTION-
RELATED MATTERS (0.1).

SCHLOSSBERG RK   06/17/20   2.00   CONFER WITH TEAM RE: MATTER (1.5);
COORDINATE TRANSACTION-RELATED
MATTERS (0.5).

SCHLOSSBERG RK   06/18/20   0.20   REVIEW CORRESPONDENCE RE: MATTER
(0.2).

SCHLOSSBERG RK   06/19/20   1.50   CONFER WITH TEAM RE: MATTER (1.5).

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| SCHLOSSBERG RK | 06/22/20 | 1.70 | CONFER WITH TEAM RE: MATTER (0.5); REVIEW TRANSACTION-RELATED DOCUMENT (1.1); COORDINATE TRANSACTION-RELATED MATTERS (0.1). |
| SCHLOSSBERG RK | 06/23/20 | 0.20 | REVIEW AND DRAFT CORRESPONDENCE RE: MATTER (0.2). |
| SCHLOSSBERG RK | 06/25/20 | 1.10 | PREPARE FOR CONFERENCE CALL RE: TRANSACTION-RELATED ISSUES (0.2); CONFER WITH TEAM RE: SAME (0.9). |
| SCHLOSSBERG RK | 06/26/20 | 0.10 | REVIEW TRANSACTION-RELATED MATTERS (0.1). |
| SCHLOSSBERG RK | 06/29/20 | 0.50 | COORDINATE TRANSACTION-RELATED MATTERS (0.5). |
| SCHLOSSBERG RK | 06/30/20 | 0.60 | REVIEW AND DRAFT CORRESPONDENCE RE: TRANSACTIONAL ISSUES (0.2); COORDINATE TRANSACTION-RELATED MATTERS (0.4). |
| | | **49.30** | |
| THURSTON SA | 06/23/20 | 0.60 | REVIEW MATERIALS RE: TRANSACTIONAL ISSUES (0.6). |
| THURSTON SA | 06/28/20 | 0.10 | ASSIGN PROJECT TO ASSOCIATE (0.1). |
| | | **0.70** | |
| **Total Partner** | | **175.00** | |
| MALONE EA | 06/30/20 | 1.40 | REVIEW AND ANALYZE BACKGROUND INFORMATION AND MATERIALS RE: TRANSACTIONAL MATTER (1.4). |
| | | **1.40** | |
| TULIN EL | 06/11/20 | 1.80 | PREPARE FOR AND PARTICIPATE IN CALL WITH SKADDEN TEAM RE: TRANSACTION-RELATED ISSUES (1.3); DISCUSS TRANSACTION-RELATED ISSUES WITH R. SCHLOSSBERG (0.5). |
| TULIN EL | 06/12/20 | 3.20 | PREPARE FOR CALL WITH CLIENT AND CO-COUNSEL RE: TRANSACTIONAL ISSUES (0.2); PARTICIPATE IN CALL WITH CLIENT AND CO-COUNSEL RE: TRANSACTIONAL ISSUES (0.8); CONDUCT RESEARCH RE: TRANSACTION-RELATED ISSUES (1.4); DRAFT, REVIEW, AND REVISE TRANSACTION-RELATED MATERIALS (0.8). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| TULIN EL | 06/13/20 | 4.00 | CONDUCT RESEARCH RE: TRANSACTION-RELATED ISSUES (2.5); DRAFT, REVIEW, AND REVISE TRANSACTION-RELATED MATERIALS (1.1); DRAFT, REVIEW, AND REVISE TRANSACTION-RELATED MATERIALS (0.4). |
|---|---|---|---|
| TULIN EL | 06/14/20 | 1.10 | PREPARE FOR CALL WITH DEAL TEAM RE: TRANSACTIONAL ISSUES (0.2); PARTICIPATE IN CALL WITH DEAL TEAM RE: TRANSACTIONAL ISSUES (0.5); DISCUSS TRANSACTION-RELATED ISSUES WITH R. SCHLOSSBERG (0.2); REVIEW AND ANALYZE REVISIONS TO TRANSACTIONAL MATERIAL (0.2). |
| TULIN EL | 06/15/20 | 1.50 | PARTICIPATE IN CALL WITH K. MCCARTHY TO DISCUSS TRANSACTION-RELATED ISSUES (0.7); REVIEW AND RESPOND TO CORRESPONDENCE WITH R. SCHLOSSBERG RE: TRANSACTION-RELATED DOCUMENT (0.8). |
| | | **11.60** | |
| **Total Counsel** | | **13.00** | |
| BERRY EL | 05/15/20 | 1.90 | PARTICIPATE IN CALL WITH M. FLORENCE RE: RESEARCH ASSIGNMENT (0.4); CONDUCT LEGAL RESEARCH RE: TRANSACTION-RELATED MATTERS (1.5). |
| BERRY EL | 05/18/20 | 1.90 | CONDUCT LEGAL RESEARCH RE: REGULATORY ISSUES RELATED TO MATTER (1.9). |
| | | **3.80** | |
| CHAN AH | 05/19/20 | 4.00 | CONDUCT LEGAL RESEARCH RE: REGULATORY ISSUES RELATED TO MATTER (4.0). |
| CHAN AH | 05/20/20 | 7.40 | CONDUCT LEGAL RESEARCH RE: REGULATORY ISSUES RELATED TO MATTER (7.4). |
| CHAN AH | 05/21/20 | 3.70 | CORRESPOND WITH SKADDEN TEAM RE: REGULATORY ISSUES (0.8); CONDUCT RESEARCH RE: REGULATORY ISSUES RELATING TO TRANSACTIONAL MATTER (2.9). |
| CHAN AH | 05/22/20 | 4.10 | CONDUCT RESEARCH RE: REGULATORY ISSUES RELATING TO TRANSACTIONAL MATTER (4.1). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| CHAN AH | 05/26/20 | 3.30 | CONFER WITH M. FLORENCE AND W. MCCONAGHA RE: REGULATORY ANALYSIS RELATING TO TRANSACTIONAL MATTER (0.6); REVIEW AND ANALYZE TERM SHEET IN PREPARATION FOR CALL WITH CLIENT AND SKADDEN TEAM (0.3); PARTICIPATE IN CALL WITH SKADDEN TEAM AND CLIENT RE: TERM SHEET (1.9); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: DATA ROOM ISSUES (0.5). |
| CHAN AH | 05/27/20 | 0.30 | CONDUCT LEGAL RESEARCH RE: REGULATORY REQUIREMENTS (0.3). |
| CHAN AH | 05/28/20 | 0.90 | PARTICIPATE IN CALL WITH M. FLORENCE AND W. MCCONAGHA RE: MATTER STRATEGY AND NEXT STEPS (0.4); PARTICIPATE IN CALL WITH CLIENT LEGAL TEAM RE: MATTER STATUS AND NEXT STEPS (0.5). |
| CHAN AH | 06/01/20 | 0.80 | PARTICIPATE IN CALL RE: TRANSACTION-RELATED ISSUES (0.8). |
| CHAN AH | 06/02/20 | 3.30 | PARTICIPATE IN CALL RE: REGULATORY ISSUES (0.9); WORK ON REGULATORY CONSIDERATIONS (2.0); CONFER WITH W. MCCONAGHA AND M. FLORENCE RE: POTENTIAL REGULATORY CONSIDERATIONS (0.4). |
| CHAN AH | 06/03/20 | 2.50 | PARTICIPATE IN CALL WITH TEAM RE: TRANSACTIONAL MATERIALS (2.5). |
| CHAN AH | 06/10/20 | 1.20 | PARTICIPATE IN CALL WITH SKADDEN TEAM RE: TRANSACTION-RELATED MATTERS (1.2). |
| CHAN AH | 06/15/20 | 1.30 | PARTICIPATE IN CALL WITH SKADDEN TEAM RE: TRANSACTION-RELATED MATTERS (1.3). |
| CHAN AH | 06/17/20 | 1.50 | PARTICIPATE IN CALL WITH SKADDEN TEAM RE: RE: TRANSACTION-RELATED MATTERS (0.9); CONFER WITH R. SCHLOSSBERG, M. SUMNER, W. MCCONAGHA, AND M. FLORENCE RE: TRANSACTION-RELATED ISSUES (0.6). |
| CHAN AH | 06/26/20 | 1.10 | CONDUCT REVIEW OF MATERIALS RE: TRANSACTIONAL ISSUES (1.1). |
| CHAN AH | 06/29/20 | 1.00 | PARTICIPATE IN CALL WITH CLIENT, M. FLORENCE, W. MCCONAGHA RE: REGULATORY ISSUES (1.0). |
| CHAN AH | 06/30/20 | 1.50 | REVIEW TRANSACTIONAL MATERIAL (1.5). |

**37.90**

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| COSEL JP | 06/30/20 | 2.00 | REVIEW AND PROVIDE COMMENTS ON BACKGROUND MATERIALS AND DRAFT TRANSACTIONAL MATERIAL (2.0). |
| | | **2.00** | |
| GALLOGLY AR | 05/07/20 | 2.40 | CORRESPOND WITH SKADDEN TEAM RE: TRANSACTIONAL MATTER (0.5); PARTICIPATE IN CALL WITH CLIENT AND SKADDEN TEAM RE: SAME (1.0); DRAFT TRANSACTIONAL MATERIALS (0.9). |
| GALLOGLY AR | 05/08/20 | 5.30 | DRAFT TERM SHEET (4.3); PARTICIPATE IN CALL WITH CLIENT RE: TRANSACTIONAL MATTER (1.0). |
| GALLOGLY AR | 05/09/20 | 0.40 | DRAFT TRANSACTIONAL MATERIALS (0.4). |
| GALLOGLY AR | 05/11/20 | 1.80 | DRAFT TRANSACTIONAL MATERIALS (1.8). |
| GALLOGLY AR | 05/12/20 | 2.70 | REVISE TERM SHEET (2.7). |
| GALLOGLY AR | 05/18/20 | 2.80 | PARTICIPATE IN CALL WITH CLIENT AND SKADDEN TEAM RE: TRANSACTIONAL MATERIALS (2.0); REVISE TRANSACTIONAL MATERIALS FOLLOWING CLIENT CALL (0.8). |
| GALLOGLY AR | 05/19/20 | 1.10 | CONTINUE TO REVISE TRANSACTIONAL MATERIALS (1.1). |
| GALLOGLY AR | 05/26/20 | 5.40 | PARTICIPATE IN CALL WITH CLIENT AND SKADDEN TEAM RE: TRANSACTIONAL MATERIALS (2.5); REVISE TRANSACTIONAL MATERIALS (2.9). |
| GALLOGLY AR | 05/27/20 | 4.50 | PARTICIPATE IN CALL WITH CLIENT RE: TRANSACTIONAL MATERIALS (1.0); REVISE TRANSACTIONAL MATERIALS (1.9); DRAFT DUE DILIGENCE REQUEST LIST (1.6). |
| GALLOGLY AR | 05/28/20 | 2.30 | REVISE TRANSACTIONAL MATERIALS (1.1); DRAFT DUE DILIGENCE REQUEST LIST (0.7); PARTICIPATE IN CALL WITH CLIENT RE: TRANSACTIONAL MATERIALS (0.5). |
| GALLOGLY AR | 05/29/20 | 3.20 | REVISE DRAFT DUE DILIGENCE REQUEST LIST (1.2); PARTICIPATE IN CALL WITH CLIENT RE: TRANSACTIONAL MATERIALS (1.0); REVISE TRANSACTIONAL MATERIALS (1.0). |
| GALLOGLY AR | 05/30/20 | 1.90 | DRAFT DUE DILIGENCE REQUEST LIST (1.9). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
GALLOGLY AR      06/01/20     1.60   PARTICIPATE IN CALL WITH CLIENT
                                     TRANSACTION-RELATED MATTERS (0.8);
                                     REVIEW TRANSACTION-RELATED MATERIALS
                                     (0.8).

GALLOGLY AR      06/02/20     1.50   PARTICIPATE IN PART OF CALL WITH
                                     CLIENT RE: REGULATORY MATTERS (0.7);
                                     REVIEW AND REVISE TRANSACTION-
                                     RELATED MATERIALS (0.8).

GALLOGLY AR      06/03/20     3.60   REVISE TEAM AGREEMENTS (0.6);
                                     PARTICIPATE IN CALL RE:
                                     TRANSACTIONAL MATERIALS (2.5);
                                     REVISE TRANSACTIONAL MATERIALS
                                     (0.5).

GALLOGLY AR      06/04/20     6.40   PREPARE TRANSACTION-RELATED
                                     MATERIALS (4.8); REVISE
                                     TRANSACTIONAL MATERIALS (1.3);
                                     PARTICIPATE IN CALL WITH SKADDEN
                                     TEAM RE: TRANSACTION-RELATED ISSUES
                                     (0.3).

GALLOGLY AR      06/08/20     3.60   REVIEW TRANSACTION-RELATED MATERIALS
                                     (3.6).

GALLOGLY AR      06/09/20     2.20   REVIEW TRANSACTION-RELATED MATERIALS
                                     (0.9); PARTICIPATE IN CALL WITH
                                     SKADDEN TEAM RE: TRANSACTION-RELATED
                                     MATTERS (1.0); FINALIZE TRANSACTION-
                                     RELATED DOCUMENT  (0.3).

GALLOGLY AR      06/10/20     4.10   FINALIZE AND CIRCULATE TRANSACTION-
                                     RELATED DOCUMENTS (0.5); REVIEW
                                     TRANSACTION-RELATED MATERIALS (2.4);
                                     PARTICIPATE IN CALL RE:
                                     TRANSACTIONAL MATERIALS (1.2).

GALLOGLY AR      06/11/20     7.70   REVIEW TRANSACTION-RELATED MATERIALS
                                     (7.3); PARTICIPATE IN CALL RE:
                                     TRANSACTION-RELATED ISSUES (0.4).

GALLOGLY AR      06/12/20     2.60   COMPILE AND CIRCULATE TRANSACTION-
                                     RELATED MATERIALS (0.4); REVIEW
                                     TRANSACTION-RELATED MATERIALS (1.6);
                                     ARTICIPATE IN PART OF CALL RE:
                                     TRANSACTION-RELATED ISSUES (0.6).

GALLOGLY AR      06/15/20     6.10   PARTICIPATE IN CALL RE:
                                     TRANSACTIONAL MATERIALS (0.5);
                                     PARTICIPATE IN CALL RE:
                                     TRANSACTIONAL MATERIALS (1.3);
                                     REVISE TRANSACTIONAL MATERIALS
                                     (1.1); REVIEW TRANSACTION-RELATED
                                     MATERIALS (3.2).
```

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

GALLOGLY AR        06/16/20        1.90    COORDINATE WITH SKADDEN TEAM AND
                                           WITH CLIENT RE: TRANSACTION-RELATED
                                           ISSUES (0.8); REVIEW MATERIALS RE:
                                           TRANSACTION (1.1).

GALLOGLY AR        06/17/20        0.80    PARTICIPATE IN CALL WITH CLIENT AND
                                           EXTERNAL ADVISORS RE: TRANSACTION-
                                           RELATED ISSUES (0.8).

GALLOGLY AR        06/18/20        1.30    REVIEW AND REVISE TRANSACTION-
                                           RELATED DOCUMENTS (1.3).

GALLOGLY AR        06/19/20        0.30    CONDUCT REVIEW OF MATERIALS RE:
                                           TRANSACTIONAL ISSUES (0.3).

GALLOGLY AR        06/22/20        2.60    PARTICIPATE IN CALL WITH CLIENT RE:
                                           NEXT STEPS AND TRANSACTION-RELATED
                                           ISSUES (0.9); CONDUCT REVIEW OF
                                           MATERIALS RE: TRANSACTIONAL ISSUES
                                           (0.4); REVIEW RE: DILIGENCE ISSUES
                                           (0.9); DISCUSS NEXT STEPS AND
                                           TRANSACTION-RELATED ISSUES WITH
                                           SKADDEN TEAM  (0.4).

GALLOGLY AR        06/23/20        3.60    CONDUCT REVIEW OF MATERIALS RE:
                                           TRANSACTIONAL ISSUES (0.9); DRAFT
                                           TRANSACTION-RELATED DOCUMENTS (2.7).

GALLOGLY AR        06/24/20       11.00    DRAFT TRANSACTION-RELATED DOCUMENTS
                                           (9.8); CONDUCT REVIEW OF MATERIALS
                                           RE: TRANSACTIONAL ISSUES (1.2).

GALLOGLY AR        06/25/20        9.30    DRAFT TRANSACTION-RELATED DOCUMENTS
                                           (3.7); CONDUCT REVIEW OF MATERIALS
                                           RE: TRANSACTIONAL ISSUES (2.6);
                                           PARTICIPATE IN CALL WITH CLIENT AND
                                           OTHER EXTERNAL ADVISORS RE:
                                           TRANSACTION-RELATED ISSUES (0.5);
                                           PARTICIPATE IN CALL WITH SKADDEN
                                           TEAM RE: TRANSACTIONAL ISSUES (1.1);
                                           PARTICIPATE IN PART OF CALL WITH
                                           CLIENT RE: TRANSACTION-RELATED
                                           ISSUES (0.7); COORDINATE WITH
                                           SKADDEN TEAM RE: TRANSACTION-RELATED
                                           DOCUMENT (0.7).

GALLOGLY AR        06/26/20        1.60    CORRESPOND WITH SKADDEN TEAM RE:
                                           TRANSACTIONAL ISSUES (0.3); CONDUCT
                                           REVIEW OF MATERIALS RE:
                                           TRANSACTIONAL ISSUES (1.3).

GALLOGLY AR        06/27/20        1.10    REVISE TRANSACTION-RELATED DOCUMENTS
                                           (1.1).

GALLOGLY AR        06/28/20        0.70    REVISE TRANSACTION-RELATED DOCUMENTS
                                           (0.7).

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
GALLOGLY AR       06/29/20     3.80   CONDUCT REVIEW OF MATERIALS RE:
                                      TRANSACTIONAL ISSUES (0.5);
                                      COORDINATE WITH INTERNAL SPECIALISTS
                                      RE: TRANSACTION-RELATED DOCUMENT
                                      (0.5); REVISE TRANSACTION-RELATED
                                      DOCUMENTS (2.8).

GALLOGLY AR       06/30/20     3.40   CONDUCT REVIEW OF MATERIALS RE:
                                      TRANSACTIONAL ISSUES (2.9);
                                      PARTICIPATE IN CALL WITH CLIENT RE:
                                      TRANSACTIONAL ISSUES (0.5).

                            114.60

LEE J             06/26/20     1.20   REVIEW TRANSACTIONAL MATERIAL AND
                                      BACKGROUND MATERIALS (0.8);
                                      PARTICIPATE IN CALL WITH SKADDEN
                                      TEAM RE: TRANSACTIONAL ISSUES (0.3).

LEE J             06/27/20     3.00   REVIEW MATERIALS RE: TRANSACTION-
                                      RELATED ISSUES (0.7); DRAFT
                                      TRANSACTION-RELATED DOCUMENTS (2.3).

                              4.20

SUMNER MB         05/11/20     3.00   REVIEW DOCUMENTS RE: TRANSACTIONAL
                                      MATTER (3.0).

SUMNER MB         05/12/20     4.70   REVIEW DOCUMENTS RE: TRANSACTIONAL
                                      MATTER (2.5); DRAFT TERM SHEET
                                      (2.2).

SUMNER MB         05/13/20     2.60   DRAFT AND REVISE TRANSACTIONAL
                                      MATERIALS (2.6).

SUMNER MB         05/14/20     0.60   DRAFT AND REVISE TRANSACTIONAL
                                      MATERIALS (0.6).

SUMNER MB         05/15/20     7.60   CONTINUE DRAFTING AND REVISING
                                      TRANSACTIONAL MATERIALS (7.6).

SUMNER MB         05/16/20     0.70   CONTINUE DRAFTING AND REVISING
                                      TRANSACTIONAL MATERIALS (0.7).

SUMNER MB         05/18/20     7.10   PARTICIPATE IN CALL TO DISCUSS
                                      TRANSACTIONAL MATERIALS WITH CLIENT
                                      (2.0); REVISE TRANSACTIONAL
                                      MATERIALS FOLLOWING CLIENT CALL
                                      (5.1).

SUMNER MB         05/19/20     6.60   PREPARE REVISED TRANSACTIONAL
                                      MATERIALS FOR DISTRIBUTION TO CLIENT
                                      (6.6).

SUMNER MB         05/26/20     2.50   PARTICIPATE IN CALL WITH CLIENT RE:
                                      TRANSACTIONAL MATERIALS (2.5).
```

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| SUMNER MB | 05/27/20 | 6.20 | REVISE TRANSACTIONAL MATERIALS FOLLOWING CLIENT CALLS (2.4); DRAFT SUMMARY RE: TRANSACTIONAL MATERIALS (1.8); CONTINUE CORRESPOND WITH SKADDEN TEAM RE: TRANSACTIONAL MATERIALS (2.0). |
|---|---|---|---|
| SUMNER MB | 05/28/20 | 3.10 | CREATE DILIGENCE LIST (3.1). |
| SUMNER MB | 05/29/20 | 5.50 | REVISE DILIGENCE REQUEST LIST (2.2); REVISE DRAFT TRANSACTIONAL MATERIALS (3.3). |
| SUMNER MB | 05/30/20 | 0.90 | DISCUSS AND REVISE TRANSACTIONAL MATERIALS (0.9). |
| SUMNER MB | 06/01/20 | 1.50 | DISCUSS AND REVISE TRANSACTION-RELATED DOCUMENTS (1.5). |
| SUMNER MB | 06/02/20 | 4.20 | PREPARE TRANSACTION-RELATED DOCUMENTS FOR DISTRIBUTION TO THE CLIENT (4.2). |
| SUMNER MB | 06/03/20 | 4.30 | REVISE TRANSACTION-RELATED DOCUMENTS BASED ON CALL WITH CLIENT (2.8); PARTICIPATE IN PART OF CALL WITH CLIENT RE: TRANSACTIONAL MATERIAL (1.5). |
| SUMNER MB | 06/04/20 | 4.60 | REVISE AND DISCUSS TRANSACTIONAL MATERIALS (4.6). |
| SUMNER MB | 06/10/20 | 4.70 | PARTICIPATE IN CONVERSATIONS WITH CLIENT RE: TRANSACTIONAL MATERIALS (1.9); CONTINUE REVISING TRANSACTIONAL MATERIALS (2.8). |
| SUMNER MB | 06/11/20 | 4.70 | PARTICIPATE IN CALL WITH CLIENT RE: TRANSACTIONAL MATERIALS (1.1); REVISE AND DISCUSS TRANSACTIONAL MATERIALS (3.6). |
| SUMNER MB | 06/12/20 | 7.20 | PARTICIPATE IN CALL WITH SKADDEN TEAM RE: TRANSACTION-RELATED ISSUE (1.6); DRAFT AND REVISE TRANSACTION-RELATED DOCUMENTS (5.6). |
| SUMNER MB | 06/13/20 | 3.80 | ASSIST WITH RESEARCH AND REVIEW OF TRANSACTION-RELATED ISSUE (3.8). |
| SUMNER MB | 06/14/20 | 5.80 | REVISE AND REVIEW TRANSACTIONAL MATERIALS (5.8). |
| SUMNER MB | 06/15/20 | 4.20 | REVISE TRANSACTIONAL MATERIALS (3.2); PARTICIPATE IN PART OF CALL RE: TRANSACTIONAL MATERIAL (1.0). |
| SUMNER MB | 06/17/20 | 2.00 | PARTICIPATE ON CALLS RE: TRANSACTION-RELATED ISSUES (2.0). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| SUMNER MB | 06/18/20 | 0.70 | REVIEW TRANSACTION-RELATED DOCUMENTS (0.7). |
| SUMNER MB | 06/22/20 | 0.70 | CORRESPOND WITH SKADDEN TEAM RE: TRANSACTIONAL ISSUES (0.7). |
| SUMNER MB | 06/25/20 | 1.20 | PARTICIPATE ON CALL WITH CLIENT RE: TRANSACTION-RELATED MATTER (1.2). |
| SUMNER MB | 06/29/20 | 3.40 | REVIEW TRANSACTION-RELATED MATERIALS (3.4). |
| SUMNER MB | 06/30/20 | 2.10 | REVIEW AND REVISE TRANSACTION-RELATED DOCUMENT (2.1). |
| | | 106.20 | |
| **Total Associate** | | **268.70** | |
| **TOTAL TIME** | | **456.70** | |
| **CLIENT TOTAL** | | **456.70** | |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                    Bill Date: 08/11/20
**Retention/Fee Matter**                                 Bill Number: 1819395

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 06/17/20 | 0.70 | PREPARE FOR CALL WITH FEE EXAMINER (0.7). |
| BRAGG JL | 06/19/20 | 0.50 | PARTICIPATE IN CALL WITH FEE EXAMINER, A. CLARK, P. FITZGERALD, AND J. MADDEN RE: INQUIRIES (0.5). |
| BRAGG JL | 06/30/20 | 0.40 | PARTICIPATE IN CALL WITH N. MOUSTAFA RE: FEE STATEMENT APPLICATION (0.4). |
| | | **1.60** | |
| CLARK AW | 06/02/20 | 0.60 | REVIEW MONTHLY FEE APPLICATION FILING (0.6). |
| CLARK AW | 06/05/20 | 0.30 | REVIEW MONTHLY FEE APPLICATION FILING (0.3). |
| CLARK AW | 06/16/20 | 1.70 | REVIEW CORRESPONDENCE RE: FEE BUDGETING (0.4); REVIEW AND ANALYZE FEE EXAMINER REPORT AND RELATED MATERIALS (1.3). |
| CLARK AW | 06/17/20 | 1.70 | ANALYZE FEE EXAMINER REPORT (1.1); REVIEW CORRESPONDENCE RE: SAME (0.6). |
| CLARK AW | 06/18/20 | 0.40 | PARTICIPATE IN CALL WITH M. GIBSON, J. MADDEN, AND M. FLORENCE RE: FEE STATEMENT MATERIALS (0.4). |
| CLARK AW | 06/19/20 | 1.10 | PREPARE FOR CALL WITH FEE EXAMINER (0.6); PARTICIPATE IN CALL WITH FEE EXAMINER, P. FITZGERALD, J. BRAGG, AND J. MADDEN (0.5). |
| CLARK AW | 06/23/20 | 0.70 | REVIEW MATERIALS RE: FEE EXAMINER ORDER (0.7). |
| | | **6.50** | |
| FITZGERALD P | 06/17/20 | 0.90 | REVIEW MONTHLY FEE APPLICATION (0.5); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: SAME (0.4). |
| FITZGERALD P | 06/19/20 | 0.50 | PARTICIPATE IN CALL WITH FEE EXAMINER, A. CLARK, J. BRAGG, AND J. MADDEN RE: INQUIRIES (0.5). |
| | | **1.40** | |
| FLORENCE MP | 06/16/20 | 0.40 | CONFER WITH J. MADDEN RE: FEE APPLICATION (0.4). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 06/18/20 | 0.40 | PARTICIPATE IN CALL WITH A. CLARK, M. GIBSON, AND J. MADDEN RE: FEE STATEMENT APPLICATION RE: INQUIRIES (0.4). |
| | | **0.80** | |
| GIBSON ML | 06/18/20 | 0.30 | PARTICIPATE IN PART OF CALL WITH A. CLARK AND M. FLORENCE RE: RETENTION APPLICATION (0.3). |
| | | **0.30** | |
| **Total Partner** | | **10.60** | |
| BAILEY MS | 06/02/20 | 0.50 | CORRESPOND WITH SKADDEN TEAM RE: FEE APPLICATION MATERIALS AND NEXT STEPS (0.5). |
| BAILEY MS | 06/03/20 | 0.70 | CORRESPOND WITH SKADDEN TEAM RE: FEE APPLICATION MATERIALS AND TIMEKEEPING (0.4); REVIEW AND ANALYZE CORRESPONDENCE RE: SAME (0.3). |
| BAILEY MS | 06/05/20 | 0.40 | REVIEW FEE APPLICATION MATERIALS FOR FILING (0.2); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.2). |
| BAILEY MS | 06/08/20 | 0.10 | CORRESPOND WITH SKADDEN TEAM RE: FEE APPLICATION FILING (0.1). |
| BAILEY MS | 06/10/20 | 0.10 | CORRESPOND WITH SKADDEN TEAM RE: FEE APPLICATION MATERIALS (0.1). |
| BAILEY MS | 06/15/20 | 0.80 | PARTICIPATE IN SKADDEN TEAM CALL RE: FEE APPLICATION MATERIALS (0.5); PARTICIPATE IN CALL WITH N. MOUSTAFA RE: SAME (0.3). |
| BAILEY MS | 06/16/20 | 1.60 | PARTICIPATE IN PART OF CALL WITH N. MOUSTAFA AND J. MADDEN RE: RESPONSE TO INTERIM REPORT OF FEE EXAMINER (0.5); REVIEW REPORT (0.4); PREPARE ANALYSIS FOR SKADDEN TEAM RE: SAME (0.7). |
| BAILEY MS | 06/17/20 | 0.10 | CORRESPOND WITH SKADDEN TEAM RE: FEE EXAMINER'S INTERIM REPORT (0.1). |
| BAILEY MS | 06/28/20 | 0.70 | PREPARE REVISIONS TO FEE APPLICATION MATERIALS (0.7). |
| BAILEY MS | 06/29/20 | 2.60 | PREPARE REVISIONS TO FEE STATEMENT MATERIALS (2.3); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.3). |
| BAILEY MS | 06/30/20 | 0.10 | CORRESPOND WITH SKADDEN TEAM RE: FEE APPLICATION MATERIALS (0.1). |
| | | **7.70** | |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| DUNN AM | 06/26/20 | 0.20 | CORRESPOND WITH N. MOUSTAFA RE: BILLING GUIDELINES (0.2). |
| | | **0.20** | |
| **Total Counsel** | | **7.90** | |
| MADDEN J | 06/01/20 | 0.90 | PREPARE FEE APPLICATION MATERIALS (0.6); COORDINATE WITH SKADDEN TEAM RE: FILING OF SAME (0.3). |
| MADDEN J | 06/02/20 | 0.40 | COORDINATE PREPARATION OF FEE STATEMENT MATERIALS (0.4). |
| MADDEN J | 06/05/20 | 1.10 | REVIEW AND REVISE FEE APPLICATION MATERIALS (1.1). |
| MADDEN J | 06/15/20 | 1.50 | REVIEW FEE EXAMINER REPORT (0.8); COMMUNICATE WITH SKADDEN TEAM RE: SAME (0.2); PREPARE FEE APPLICATION MATERIALS (0.5). |
| MADDEN J | 06/16/20 | 3.90 | ANALYZE ISSUES RE: FEE EXAMINER REPORT (1.2); PARTICIPATE IN CALL WITH TEAM RE: SAME (0.6); CONFER WITH M. FLORENCE RE: FEE APPLICATION (0.4); ANALYZE ISSUES RE: FEE APPLICATION AND BUDGET (1.3); ANALYZE ISSUES RE: NEW MATTER (0.4). |
| MADDEN J | 06/17/20 | 1.00 | PARTICIPATE IN CALL WITH SKADDEN TEAM RE: FEE EXAMINER REPORT (0.4); PARTICIPATE IN FOLLOW UP CALL WITH A. CLARK RE: SAME (0.1); ANALYZE MATERIALS RE: FEE EXAMINER REPORT (0.3); COORDINATE CALL WITH FEE EXAMINER (0.1); COORDINATE CALL RE: FEE STATEMENT ISSUES (0.1). |
| MADDEN J | 06/18/20 | 1.50 | COORDINATE  MEETING WITH FEE EXAMINER (0.2); PREPARE ANALYSIS RE: SAME (0.9); PARTICIPATE IN CALL WITH A. CLARK, M. GIBSON, AND M. FLORENCE RE: RETENTION APPLICATION (0.4). |
| MADDEN J | 06/19/20 | 0.80 | PARTICIPATE IN CALL WITH FEE EXAMINER, J. BRAGG, A. CLARK, AND P. FITZGERALD RE: INQUIRIES (0.5); TEAMRE: SAME (0.3); PARTICIPATE IN CALL WITH COMMON DEFENSE COUNSEL RE: RETENTION (0.1). |
| MADDEN J | 06/22/20 | 0.20 | CORRESPOND WITH SKADDEN TEAM RE: FEE EXAMINER ORDER (0.2). |
| MADDEN J | 06/23/20 | 0.20 | REVIEW AND ANALYZE FEE EXAMINER MATERIALS (0.2). |
| MADDEN J | 06/30/20 | 2.60 | DRAFT SUPPLEMENTAL RETENTION APPLICATION (2.6). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

## 14.10

| | | | |
|---|---|---|---|
| MOUSTAFA NK | 06/01/20 | 3.80 | REVIEW AND EDIT FEE STATEMENT APPLICATION FOR FILING (3.4); CORRESPOND WITH SKADDEN TEAM RE: FINAL FILING (0.4). |
| MOUSTAFA NK | 06/02/20 | 1.40 | EDIT FEE APPLICATION FOR FILING. |
| MOUSTAFA NK | 06/03/20 | 1.10 | FINALIZE FEE APPLICATION FOR FILING (.8); CORRESPOND WITH SKADDEN TEAM RE: SAME (.3). |
| MOUSTAFA NK | 06/04/20 | 3.50 | FINALIZE FEE APPLICATION FOR FILING (2.1); CORRESPOND WITH SKADDEN TEAM RE: MATTER STRATEGY AND NEXT STEPS (0.3); REVISE MATERIALS RE: FACT ISSUES RAISED IN INVESTIGATION (1.1). |
| MOUSTAFA NK | 06/05/20 | 3.60 | REVIEW AND REVISE FEE STATEMENT APPLICATION FOR FILING (2.8); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.5); CORRESPOND WITH SKADDEN TEAM RE: FINAL FILING (0.3). |
| MOUSTAFA NK | 06/08/20 | 2.10 | REVISE AND EDIT FEE STATEMENT APPLICATION FOR FILING (1.0); CORRESPOND WITH M. BAILEY RE: BILLING GUIDELINES (0.2); DRAFT CORRESPONDENCE TO SKADDEN TEAM RE: BILLING GUIDELINES (0.9). |
| MOUSTAFA NK | 06/09/20 | 1.30 | REVISE DRAFT MATERIALS RE: BILLING GUIDELINES (1.1); CORRESPOND WITH J. HEWSON RE: SAME (0.2). |
| MOUSTAFA NK | 06/10/20 | 2.40 | EDIT AND REVISE FEE APPLICATION STATEMENT FOR FILING (2.0); CORRESPOND WITH SKADDEN TEAM RE: BILLING GUIDELINES (0.4). |
| MOUSTAFA NK | 06/11/20 | 1.20 | REVIEW AND EDIT FEE STATEMENT MATERIALS (1.2). |
| MOUSTAFA NK | 06/12/20 | 1.20 | REVIEW AND EDIT FEE STATEMENT APPLICATION FOR FILING (0.5); DRAFT BILLING GUIDELINES (0.7). |
| MOUSTAFA NK | 06/15/20 | 2.40 | EDIT FEE STATEMENT APPLICATION FOR FILING (2.1); PARTICIPATE IN CALL WITH M. BAILEY RE: SAME (0.3). |
| MOUSTAFA NK | 06/16/20 | 1.90 | REVIEW AND ANALYZE FEE EXAMINER'S REPORT (0.6); DRAFT SUMMARY RE: SAME (0.7); CORRESPOND WITH J. MADDEN AND M. BAILEY RE: RESPONSE TO FEE EXAMINER (0.6). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| MOUSTAFA NK | 06/17/20 | 2.10 | REVIEW AND REVISE FEE APPLICATION STATEMENT FOR FILING (1.8); REVIEW INTERNAL CORRESPONDENCE RE: RESPONSE TO FEE EXAMINER (0.3). |
| MOUSTAFA NK | 06/18/20 | 2.00 | REVIEW AND EDIT FEE STATEMENT APPLICATION FOR FILING (2.0). |
| MOUSTAFA NK | 06/22/20 | 2.10 | REVISE FEE STATEMENT APPLICATION FOR FILING (2.1). |
| MOUSTAFA NK | 06/23/20 | 3.20 | EDIT FEE STATEMENT APPLICATIONS FOR FILING (3.2). |
| MOUSTAFA NK | 06/24/20 | 0.50 | CORRESPOND WITH SKADDEN TEAM RE: REVISIONS TO FEE STATEMENT APPLICATION FOR FILING (0.5). |
| MOUSTAFA NK | 06/25/20 | 2.50 | REVIEW AND EDIT FEE STATEMENT APPLICATION FOR FILING (0.8); DRAFT FEE STATEMENT APPLICATION (1.7). |
| MOUSTAFA NK | 06/26/20 | 1.90 | REVIEW AND EDIT FEE STATEMENT APPLICATION FOR FILING (1.6); CORRESPOND WITH A. DUNN RE: BILLING GUIDELINES (0.3). |
| MOUSTAFA NK | 06/29/20 | 2.40 | REVIEW AND EDIT FEE STATEMENT APPLICATION FOR FILING (2.4). |
| MOUSTAFA NK | 06/30/20 | 4.40 | REVIEW AND EDIT FEE STATEMENT APPLICATIONS FOR FILING (4.0); PARTICIPATE IN CALL WITH J. BRAGG RE: SAME (0.4). |
| | | **47.00** | |
| O'HARE WS | 06/24/20 | 0.80 | PREPARE FEE APPLICATION MATERIALS (0.8). |
| | | **0.80** | |
| **Total Associate** | | **61.90** | |
| CAMPANA MD | 06/01/20 | 1.50 | ASSIST WITH FILING OF  MONTHLY FEE STATEMENT APPLICATION (1.5). |
| CAMPANA MD | 06/05/20 | 1.60 | ASSIST WITH FILING OF NOTICE OF CHANGE OF ADDRESS AND FEE STATEMENT APPLICATION (1.6). |
| | | **3.10** | |
| HEWSON J | 06/08/20 | 2.20 | PREPARE MATERIALS RE: FEE APPLICATION REVIEW PROCESS (2.2). |
| HEWSON J | 06/09/20 | 4.20 | REVIEW AND EDIT DRAFT FEE STATEMENT APPLICATION (4.2). |
| | | **6.40** | |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | |
|---|---|
| Total Legal Assistant | 9.50 |
| TOTAL TIME | **89.90** |
| | |
| CLIENT TOTAL | **89.90** |

D02B

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**
ATTORNEY WORK PRODUCT
<u>PRIVILEGED AND CONFIDENTIAL</u>

**Purdue Pharma L.P.**                                                    **Bill Date: 08/11/20**
**Rhodes Companies**                                                      **Bill Number: 1819396**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FLORENCE MP | 06/05/20 | 0.80 | CONFER WITH J. DOYLE AND W. MCCONAGHA RE: REGULATORY ADVICE QUESTION (0.5); REVIEW BACKGROUND MATERIALS RE: SAME (0.3). |
| FLORENCE MP | 06/08/20 | 0.80 | REVIEW BACKGROUND MATERIALS RE: REGULATORY ADVICE QUESTION (0.5); PARTICIPATE IN CALL WITH W. MCCONAGHA RE: SAME (0.3). |
| FLORENCE MP | 06/10/20 | 0.30 | CONFER WITH W. MCCONAGHA RE: REGULATORY ADVICE REQUEST (0.3). |
| FLORENCE MP | 06/11/20 | 0.90 | CONFERENCE CALL WITH J. DOYLE AND W. MCCONAGHA RE: REGULATORY ADVICE (0.7); REVIEW BACKGROUND MATERIALS RE: SAME (0.2). |
| FLORENCE MP | 06/16/20 | 0.60 | CONFER WITH W. MCCONAGHA AND A. CHAN RE: REGULATORY ADVICE QUESTION (0.4); REVIEW RESEARCH RE: SAME (0.2). |
| FLORENCE MP | 06/17/20 | 0.40 | CONFER WITH W. MCCONAGHA AND A. CHAN RE: REGULATORY ADVICE QUESTION (0.4). |
| FLORENCE MP | 06/21/20 | 0.30 | CONFER WITH W. MCCONAGHA RE: REGULATORY ADVICE QUESTION (0.3). |
| FLORENCE MP | 06/22/20 | 0.50 | CONFER WITH J. DOYLE AND W. MCCONAGHA RE: NEXT STEPS RE: REGULATORY ADVICE QUESTION (0.5). |
| | | **4.60** | |
| MCCONAGHA W | 06/05/20 | 1.00 | PARTICIPATE IN CALL WITH J. DOYLE AND M. FLORENCE RE: REGISTRATION (0.5); REVIEW MATERIALS FROM J. DOYLE RELATED TO REGISTRATION (0.5). |
| MCCONAGHA W | 06/08/20 | 0.60 | PREPARE FOR CALL WITH M. FLORENCE BY REVIEWING BACKGROUND MATERIALS (0.3); PARTICIPATE IN CALL WITH M. FLORENCE ON DEA ISSUES (0.3). |
| MCCONAGHA W | 06/09/20 | 0.50 | WORK ON DEA REGISTRATION ISSUE (0.5). |

D02B

**Skadden, Arps, Slate, Meagher & Flom LLP AND AFFILIATES**
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MCCONAGHA W | 06/11/20 | 1.30 | RESEARCH ON DEA REGISTRATION ISSUE (0.3); PARTICIPATE IN CALL ON DEA REGISTRATION ISSUE (0.5); PARTICIPATE IN CALL WITH A. CHAN ON DEA REGISTRATION ISSUE (0.5). |
| MCCONAGHA W | 06/16/20 | 1.00 | REVIEW DEA RESEARCH FROM A. CHAN (0.5); RESEARCH INFORMAL APPEALS AT DEA AND SHOW CAUSE REGULATIONS (0.5). |
| MCCONAGHA W | 06/17/20 | 0.50 | PARTICIPATE IN CALL WITH M. FLORENCE AND A. CHAN ON DEA ISSUES (0.5). |
| MCCONAGHA W | 06/19/20 | 0.80 | PARTICIPATE IN CALL WITH DEA EXPERT ON APPEALS ISSUES (0.8). |
| MCCONAGHA W | 06/22/20 | 0.50 | PARTICIPATE IN CALL WITH J. DOYLE AND M. FLORENCE ON REGISTRATION QUESTION (0.5). |
| MCCONAGHA W | 06/25/20 | 0.50 | PREPARE FOR AND PARTICIPATE IN CALL WITH TEAM ON DEA REGISTRATION ISSUE (0.5). |
| | | **6.70** | |
| **Total Partner** | | **11.30** | |
| CHAN AH | 06/15/20 | 5.00 | RESEARCH DEA REGULATIONS (5.0). |
| CHAN AH | 06/17/20 | 0.60 | CONFER WITH W. MCCONAGHA AND M. FLORENCE RE: DEA RESEARCH (0.6). |
| CHAN AH | 06/22/20 | 2.00 | CREATE CHRONOLOGY OF CORRESPONDENCES (2.0). |
| | | **7.60** | |
| **Total Associate** | | **7.60** | |
| **TOTAL TIME** | | **18.90** | |
| | | | |
| **CLIENT TOTAL** | | **18.90** | |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                          Bill Date: 08/11/20
**Various Texas Actions**                                       Bill Number: 1819398

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| REED NM | 06/02/20 | 0.20 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.2). |
| REED NM | 06/03/20 | 0.60 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.6). |
| REED NM | 06/04/20 | 0.40 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.4). |
| REED NM | 06/08/20 | 0.60 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.6). |
| REED NM | 06/09/20 | 0.50 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.5). |
| REED NM | 06/12/20 | 0.30 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.3). |
| REED NM | 06/15/20 | 0.20 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.2). |
| REED NM | 06/18/20 | 0.50 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.5). |
| REED NM | 06/19/20 | 0.40 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE, AND RESPOND TO MCMULLEN COUNTY COURT INQUIRY RE: CASE STATUS (0.4). |
| REED NM | 06/22/20 | 0.20 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.2). |
| REED NM | 06/23/20 | 0.30 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.3). |
| REED NM | 06/24/20 | 0.50 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.5). |
| REED NM | 06/25/20 | 0.30 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.3). |
| REED NM | 06/26/20 | 0.30 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.3). |
| | | **5.30** | |
| **Total Partner** | | **5.30** | |
| BOYLE J | 06/01/20 | 1.00 | REVIEW AND ANALYZE TEXAS FILINGS AND CORRESPONDENCE FOR RELEVANCE TO PURDUE (1.0). |

D02B

Skadden, Arps, Slate, Meagher & Flom LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
BOYLE J          06/03/20    1.10   REVIEW AND ANALYZE TEXAS FILINGS AND
                                    CORRESPONDENCE FOR RELEVANCE TO
                                    PURDUE (1.1).

BOYLE J          06/09/20    1.80   REVIEW AND ANALYZE TEXAS FILINGS AND
                                    CORRESPONDENCE FOR RELEVANCE TO
                                    PURDUE (1.8).

BOYLE J          06/11/20    0.80   REVIEW AND ANALYZE TEXAS FILINGS AND
                                    CORRESPONDENCE FOR RELEVANCE TO
                                    PURDUE (0.8).

BOYLE J          06/15/20    1.00   REVIEW AND ANALYZE TEXAS FILINGS AND
                                    CORRESPONDENCE FOR RELEVANCE TO
                                    PURDUE (1.0).

BOYLE J          06/18/20    1.00   REVIEW AND ANALYZE TEXAS FILINGS AND
                                    CORRESPONDENCE FOR RELEVANCE TO
                                    PURDUE (1.0).

BOYLE J          06/29/20    2.20   REVIEW AND ANALYZE TEXAS FILINGS AND
                                    CORRESPONDENCE FOR RELEVANCE TO
                                    PURDUE (2.2).

                             8.90

MAYERFELD DS     06/02/20    0.50   REVIEW AND ANALYZE TEXAS FILINGS FOR
                                    RELEVANCE TO PURDUE (0.5).

MAYERFELD DS     06/03/20    0.40   REVIEW AND ANALYZE TEXAS FILINGS FOR
                                    RELEVANCE TO PURDUE (0.4).

MAYERFELD DS     06/04/20    0.40   REVIEW AND ANALYZE TEXAS FILINGS FOR
                                    RELEVANCE TO PURDUE (0.4).

MAYERFELD DS     06/05/20    0.30   REVIEW AND ANALYZE TEXAS FILINGS FOR
                                    RELEVANCE TO PURDUE (0.3).

MAYERFELD DS     06/09/20    0.30   REVIEW AND ANALYZE TEXAS FILINGS FOR
                                    RELEVANCE TO PURDUE (0.3).

MAYERFELD DS     06/10/20    0.40   REVIEW AND ANALYZE TEXAS FILINGS FOR
                                    RELEVANCE TO PURDUE (0.4).

MAYERFELD DS     06/12/20    0.30   REVIEW AND ANALYZE TEXAS FILINGS FOR
                                    RELEVANCE TO PURDUE (0.3).

MAYERFELD DS     06/15/20    0.40   REVIEW AND ANALYZE TEXAS FILINGS FOR
                                    RELEVANCE TO PURDUE (0.4).

MAYERFELD DS     06/16/20    0.30   REVIEW AND ANALYZE TEXAS FILINGS FOR
                                    RELEVANCE TO PURDUE (0.3).

MAYERFELD DS     06/17/20    0.40   REVIEW AND ANALYZE TEXAS FILINGS FOR
                                    RELEVANCE TO PURDUE (0.4).

MAYERFELD DS     06/19/20    0.20   REVIEW AND ANALYZE TEXAS FILINGS FOR
                                    RELEVANCE TO PURDUE (0.2).

MAYERFELD DS     06/23/20    0.30   REVIEW AND ANALYZE TEXAS FILINGS FOR
                                    RELEVANCE TO PURDUE (0.3).
```

D02B

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MAYERFELD DS | 06/24/20 | 0.40 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.4). |
| MAYERFELD DS | 06/26/20 | 0.20 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.2). |
| MAYERFELD DS | 06/29/20 | 0.40 | REVIEW AND ANALYZE TEXAS FILINGS FOR RELEVANCE TO PURDUE (0.4). |
| | | **5.20** | |
| **Total Counsel** | | **14.10** | |
| REDMAN R | 06/02/20 | 0.90 | ANALYZE PLEADINGS AND CORRESPONDENCE (0.4); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.5). |
| REDMAN R | 06/03/20 | 0.80 | ANALYZE PLEADINGS AND CORRESPONDENCE (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.5). |
| REDMAN R | 06/04/20 | 0.70 | ANALYZE PLEADINGS AND CORRESPONDENCE (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.5). |
| REDMAN R | 06/05/20 | 0.70 | ANALYZE PLEADINGS AND CORRESPONDENCE (0.4); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.3). |
| REDMAN R | 06/08/20 | 0.60 | ANALYZE PLEADINGS AND CORRESPONDENCE (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.4). |
| REDMAN R | 06/09/20 | 1.00 | ANALYZE PLEADINGS AND CORRESPONDENCE (0.4); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.6). |
| REDMAN R | 06/10/20 | 0.80 | ANALYZE PLEADINGS AND CORRESPONDENCE (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.5). |
| REDMAN R | 06/15/20 | 0.70 | ANALYZE PLEADINGS AND CORRESPONDENCE (0.2); UPDATE AND ORGANIZE CASE MATERIALS (0.5). |
| REDMAN R | 06/16/20 | 0.70 | ANALYZE PLEADINGS AND CORRESPONDENCE (0.1); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.6). |
| REDMAN R | 06/17/20 | 1.00 | ANALYZE PLEADINGS AND CORRESPONDENCE (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.7). |
| REDMAN R | 06/18/20 | 1.00 | ANALYZE PLEADINGS AND CORRESPONDENCE (0.4); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.6). |
| REDMAN R | 06/22/20 | 0.70 | ANALYZE PLEADINGS AND CORRESPONDENCE (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.5). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| REDMAN R | 06/23/20 | 0.60 | ANALYZE PLEADINGS AND CORRESPONDENCE (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.4). |
| REDMAN R | 06/24/20 | 0.50 | ANALYZE PLEADINGS AND CORRESPONDENCE (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.3). |
| REDMAN R | 06/25/20 | 0.60 | ANALYZE PLEADINGS AND CORRESPONDENCE (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.4). |
| REDMAN R | 06/29/20 | 0.80 | ANALYZE PLEADINGS AND CORRESPONDENCE (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.6). |
| REDMAN R | 06/30/20 | 0.70 | ANALYZE PLEADINGS AND CORRESPONDENCE (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.5). |
| | | 12.80 | |

**Total Legal Assistant**    12.80

**TOTAL TIME**    <u>**32.20**</u>


**CLIENT TOTAL**    <u>**32.20**</u>

D02B

**EXHIBIT E**

**EXPENSE DETAIL**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Purdue Pharma L.P.**
**DOJ**

**Bill Date: 08/11/20**
**Bill Number: 1819391**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Reproduction - color | 06/25/20 | Reprographics | 10.80 |
| Reproduction - color | 06/29/20 | Reprographics | 14.00 |
| Reproduction - color | 06/30/20 | Reprographics | 10.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$35.30** |
| Air/Rail Travel (external) | 03/05/20 | Florence MP | -287.04 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$-287.04** |
| | | **TOTAL MATTER** | **$-251.74** |

DD01