**White Coleman & Associates, LLC**
Dorothy White-Coleman
500 North Broadway, Suite 1300
St. Louis, MO 63102
Telephone: (314) 621-7676
Facsimile: (314) 621-0959
Email: whitecoleman@whitecoleman.net

*Proposed Attorney for City of Bellefontaine Neighbors, Missouri*

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- X
                                                          :   Chapter 11
In re:                                                    :
                                                          :   Case No. 19-23649 (RDD)
PURDUE PHARMA L.P., et al.,                               :
                                                          :   (Jointly Administered)
            Debtors.                                      :
--------------------------------------------------------- X

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Dorothy white-Coleman, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Collegium Pharmaceuticals, Inc. in the above-referenced case.

I certify that I am a member in good standing of (a) the bars of the States of Missouri and Illinois (b) the United States Court of Appeals for the Eighth Circuit, and (c) the United States District Court for the Eastern District of Missouri.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 14, 2020         */s/ Dorothy White-Coleman*
St. Louis, Missouri            Dorothy White-Coleman
                               500 North Broadway, Suite 1300
                               St. Louis, MO 63102
                               Telephone: (314) 621-7676
                               Facsimile: (314) 621-0959
                               Email: whitecoleman@whitecoleman.net

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X

                                                   : Chapter 11

In re:

                                                   : Case No. 19-23649 (RDD)

PURDUE PHARMA L.P., et al.,

                                                   : (Jointly Administered)

        Debtors.

                                                   :

------------------------------------------------------------ X

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Dorothy White-Coleman, to be admitted, *pro hac vice*, to represent City of Bellefontaine Neighbors, Missouri (the "City") in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of (a) the bars of the States of Missouri and Illinois (b) the United States Court of Appeals for the Eighth Circuit, and (c) the United States District Court for the Eastern District of Missouri, it is hereby

ORDERED, that Dorothy White-Coleman is admitted to practice, *pro hac vice*, in the above referenced case to represent the City in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 14, 2020

                                                   HONORABLE ROBERT D. DRAIN