**White Coleman & Associates, LLC**
Dorothy White-Coleman
500 North Broadway, Suite 1300
St. Louis, MO 63102
Telephone: (314) 621-7676
Facsimile: (314) 621-0959
Email: whitecoleman@whitecoleman.net

*Proposed Attorney for City of Bellefontaine Neighbors, Missouri*

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X
                                      :   Chapter 11
In re:                                     :
                                      :   Case No. 19-23649 (RDD)
PURDUE PHARMA L.P., et al.,          :
                                      :   (Jointly Administered)
          Debtors.
---------------------------------------------------------- X

## AMENDED MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Dorothy White-Coleman, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the City of Bellefontaine Neighbors, Missouri in the above-referenced case.

I certify that I am a member in good standing of (a) the bars of the States of Missouri and Illinois (b) the United States Court of Appeals for the Eighth Circuit, and (c) the United States District Court for the Eastern District of Missouri.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 17, 2020
St. Louis, Missouri

                                     */s/ Dorothy White-Coleman*
                                     Dorothy White-Coleman
                                     500 North Broadway, Suite 1300
                                     St. Louis, MO 63102
                                     Telephone: (314) 621-7676
                                     Facsimile: (314) 621-0959
                                     Email: whitecoleman@whitecoleman.net

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
                                                                   : Chapter 11

In re:

                                                                   : Case No. 19-23649 (RDD)

PURDUE PHARMA L.P., et al.,

                                                                   : (Jointly Administered)

        Debtors.

                                                                   :
------------------------------------------------------------ X

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Dorothy White-Coleman, to be admitted, *pro hac vice*, to represent City of Bellefontaine Neighbors, Missouri (the "City") in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of (a) the bars of the States of Missouri and Illinois (b) the United States Court of Appeals for the Eighth Circuit, and (c) the United States District Court for the Eastern District of Missouri, it is hereby

ORDERED, that Dorothy White-Coleman is admitted to practice, *pro hac vice*, in the above referenced case to represent the City in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 17, 2020

                                                                  HONORABLE ROBERT D. DRAIN