**TARTER KRINSKY & DROGIN**
*Counsel for Plaintiffs*
1350 Broadway, 11th Floor
New York, NY 10018
Tel: (212) 216-8000
Scott S. Markowitz, Esq.
Rocco A. Cavaliere, Esq.
Michael Z. Brownstein, Esq.

***Counsel for the Ad Hoc Committee of NAS Children***

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors. [1] | **Chapter 11**<br><br>**Case No. 19-23649 (RDD)**<br><br>**(Jointly Administered)** |

**FIRST AMENDED VERIFIED STATEMENT OF THE AD HOC**
**COMMITTEE OF NAS CHILDREN PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), The Ad Hoc Committee of NAS Children (the "NAS Committee") holding general unsecured

claims in the above-captioned chapter 11 cases, by and through its undersigned counsel, submits this

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

verified statement pursuant to Fed. R. Bankr. P. 2019 (the "Amended Verified Statement") and, in support thereof, states as follows:

1. In and about September 2019 the NAS Committee was formed and, thereafter, retained counsel, Tarter Krinsky & Drogin LLP ("TKD"), to represent the NAS Committee in the Debtors' chapter 11 cases. [2]

2. On October 22, 2019, the NAS Committee filed its original verified statement pursuant to Fed. R. Bankr. P. 2019 [Docket No. 341] (the "Original Verified Statement"). Since the filing of the Original Verified Statement, thousands of additional individuals claiming injuries and conditions related to use of opiates manufactured by some or all of the Debtors have joined the NAS Committee.

3. In accordance with Bankruptcy Rule 2019, attached hereto as Exhibit A are the initials of each member of the NAS Committee. The NAS Committee believes that no further disclosure is required in order to protect the confidentiality and privacy of its members. The information set forth in Exhibit A is based on information provided by the applicable members of the NAS Committee or their counsel to TKD, and is intended only to comply with Bankruptcy Rule 2019 and it is not intended for any other purpose. TKD does not make any representation regarding the validity, amount, allowance, or priority of such claims and reserves all rights with respect thereto.

4. Nothing contained in this Amended Verified Statement (or Exhibit A) should be construed as a limitation upon, or waiver of, any rights of any member of the NAS Committee to

---

[2] TKD also represents the so-called "Guardian Claimants", as putative class representatives in connection with their request to file a class proof of claim.

assert, file and/or amend their claims in accordance with applicable law and any orders entered in

these chapter 11 cases.[3]

5.     The NAS Committee reserves the right to amend and/or supplement this

Amended Verified Statement in accordance with Bankruptcy Rule 2019.

DATED:     August 12, 2020
           New York, NY

                              Respectfully submitted,

                              /s/Scott S. Markowitz
                              TARTER KRINSKY & DROGIN LLP
                              Scott S. Markowitz
                              1350 Broadway, 11th Floor
                              New York, NY 10018
                              Telephone: 212-216-8000
                              Facsimile: 212-216-8001
                              Email: smarkowitz@tarterkrinsky.com

                              MARTZELL, BICKFORD & CENTOLA
                              Scott R. Bickford (LA 1165)
                              Spencer R. Doody (LA 27795)
                              338 Lafayette Street
                              New Orleans, LA 70130
                              Telephone: 504-581-9065
                              Facsimile: 504-581-7635
                              sbickford@mbfirm.com
                              srd@mbfirm.com
                              usdcndoh@mbfirm.com

                              CREADORE LAW FIRM PC
                              450 Seventh Avenue, 14th Floor
                              New York, NY 10123
                              Telephone: 212.355.7200
                              Donald Creadore, Esq. (NY 2090702)
                              donald@creadorelawfirm.com

---

[3] Including, but not limited to, the right to file a class proof of claim on behalf of all members of the NAS
Committee.

LAW OFFICES OF KENT HARRISON ROBBINS, P.A.
242 Northeast 27th Street
Miami, Florida 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com

**EXHIBIT A**

| Creditor Name | | | | |
|---|---|---|---|---|
| A.M.K. | L.P. | P.L. | D.A.C. | W.A.H. |
| A.L. | J.S. | G.G.D. | J.A.M.B. | A.N.S. |
| K.J.J. | K.L. | L.C. | K.L. | J.R.S. |
| G.G. | D.W.M. | K.A. | L.H. | A.B.K. |
| J.J. | R.M.N. | K.J.N. | E.M.W. | L.O.V. |
| J.S.D.V. | J.G. | S.P. | T.M.A. | K.S. |
| D.D. | M.J.B. | M.C. | N.E. | K.T. |
| M.A.W. | A.D.D. | M.H.Z. | V.N.L. | K.V.P. |
| C.T. | B.B.M. | N.P. | A.O.M. | K.J. |
| G.D. | J.G. | A.L.C.B. | T.L. | O.L.W. |
| D.L.S.B. | J.S. | M.G.V. | O.T.P. | G.D.D. |
| T.L.S. | M.O. | A.D.L. | S.Y. | K.R.M. |
| S.K. | E.J.H. | J.R. | M.J.R. | M.D. |
| L.A.A. | L.S.J. | J.M. | A.M.C.M. | A.C. |
| M.O. | T.L.R. | N.S. | B.E. | D.J.J.V. |
| E.A.G. | J.A.R. | T.J.M. | C.Z. | M.C.R. |
| J.K. | E.S. | A.S. | Z.E. | B.E. |
| K.M. | D.L. | A.G. | G.M.N. | A.R.B. |
| T.I.H. | N.A. | D.J.S. | L.A. | R.R.T. |
| S.R.L. | L.C. | C.S. | K.D.L.C. | K.C.B. |
| M.A.T. | R.R.R.H. | M.M.G.D. | A.V.H. | C.Q.W. |
| G.M.M. | A.R.W. | K.B. | T.L.B. | C.J.S. |
| J.P.T. | O.G. | A.D. | H.R.L. | D.J.P. |
| J.L. | D.R.E. | L.K.H. | N.L.M. | S.R.B. |
| J.T.G. | J.M.S.S. | A.R. | R.E.H. | M.A.W. |
| A.B. | R.J.S. | M.R. | L.M.P. | J.M.P. |
| K.M. | I.M.K.D. | I.T.P. | T.J.J. | D.R.R. |
| L.F.D. | M.M. | A.E.A.H. | D.A.B. | L.E.R. |
| E.T.G. | K.G.F. | A.A.R.C. | G.G.F. | C.R.M.M. |
| B.N. | G.R.H. | N.R.C. | A.B. | D.L.K. |
| W.O. | B.H. | L.F.P. | T.L.H. | W.D.M. |
| L.F. | B.N.O. | K.H. | H.E.S. | T.M.S. |
| J.M.K.O. | R.L.P. | A.L.C. | A.M.B. | G.D.M. |
| A.E.R. | K.S. | R.L. | C.H. | G.C.A. |
| R.L.B. | E.K.B. | S.M.F. | S.M.T. | E.B. |
| R.J.N.M. | K.M.W. | J.C. | C.E.W.S. | P.Z.B. |
| C.L.M.J. | R.M.J.M. | A.L.W. | K.K.W. | P.D. |
| D.J.M. | R.I.K. | M.L. | B.K. | A.R.N. |
| N.J.P. | B.H. | J.W. | B.F. | B.M. |
| R.C. | U.M. | M.S. | X.H. | L.N.M. |
| J.W. | M.S.G. | C.A.B. | B.N.J.G. | K.J.B. |
| | G.O. | A.L.B. | C.H. | K.N. |
| | N.D. | E.S. | N.A.C. | D.J.F. |

| | | | | |
|---|---|---|---|---|
| E.K. | L.F. | A.B. | A.C. | D.J.S. |
| A.G.O. | S.F.S.P. | K.R.C.J. | S.R.M. | K.H. |
| T.M.C. | L.M.G. | K.L.I.D. | E.G.T. | T.D.D. |
| S.J.C. | K.G. | B.A.W. | J.P.C. | M.C.B. |
| A.G.M. | L.L.G. | L.D.C. | J.G.M. | G.M.D. |
| B.K.M. | T.H. | S.T.M. | B.E. | I.C. |
| J.K. | B.A.H. | L.R.M. | N.B. | P.C. |
| P.L.O. | K.H. | W.B.C. | S.G.G.S. | R.J.S. |
| A.M. | T.A.J. | E.C. | B.R.M. | X.M. |
| E.A. | C.L. | K.S.S. | G.L.K. | C.S.S. |
| S.H. | A.A.L.L. | S.P. | R.P. | E.M.G. |
| S.C.B. | A.L. | T.W. | D.A.H. | R.D. |
| L.M.H. | L.L. | K.H. | C.A.C. | N.M.W. |
| G.H. | K.K.L. | B.E. | H.R. | I.A.J.Z. |
| S.M.S.N. | S.L.L. | D.A.N. | F.W. | S.F.F. |
| F.S. | L.M. | N.B. | G.J.P. | H.G. |
| L.E.D.E. | M.M. | C.B. | J.E.F. | R.C. |
| J.O. | A.M. | A.R.T. | J.L.A. | C.B. |
| C.J.R. | J.M. | F.N. | J.V. | L.W. |
| E.A.R.B. | M.M. | K.B. | K.A.B. | T.C. |
| A.B. | M.M. | J.W. | E.L.J.S. | P.C. |
| D.C.J. | C.M. | S.C. | A.H.M.C. | K.S.C. |
| M.A.S.P. | J.O. | S.H. | D.M.D. | C.K.M. |
| V.J.L. | R.J.O. | C.G. | I.V.R. | A.C. |
| K.E.W. | R.P.O. | J.M. | M.C. | J.E.M. |
| S.B.T. | K.P. | R.B. | T.M.M. | A.S. |
| R.M.L. | S.P. | K.J.J. | E.M.P. | E.S.H. |
| G.M.H.L. | B.A.R. | A.J.S. | A.N.M. | J.R. |
| M.S. | D.L.R. | T.S. | H.B.W. | D.L. |
| A.F.A. | A.R. | L.T. | S.G.A. | B.E.S. |
| C.R.A. | C.S. | H.P. | C.D. | P.D. |
| L.R.A. | J.S. | M.G.K. | K.D. | A.W. |
| S.A. | B.G.S.R. | E.L. | A.B. | B.H. |
| E.B.B. | A.T.T. | A.B. | K.S. | Z.B. |
| C.Z.B. | K.K.T. | J.C.T. | L.E.M. | L.B. |
| B.B. | L.O.U. | K.P. | D.L.O. | P.M. |
| M.B. | C.W. | A.R.W. | J.C.C. | S.S. |
| C.P. | K.W. | L.D.C. | M.H. | M.W. |
| A.N.C. | A.L.Y. | A.K.M. | E.D. | R.C.C.S. |
| J.C. | C.R.R.Y. | S.N.D. | J.T.C.M. | J.C.B. |
| C.D. | T. | M.F. | M.D. | C.S.L.H. |
| E.D. | J.M.E.P. | D.S. | S.G. | R.H. |
| L.F. | J.M.J.P. | J.F. | J.C.L. | C.R. |

| | | | | |
|---|---|---|---|---|
| A.M. | E.L. | T.T.M. | I.J. | H.G.S. |
| A.P. | A.M.A. | R.A. | A.M. | A.N.B. |
| C.G. | M.M.H. | A.C. | R.S.I. | K.A. |
| D.D. | E.T.B. | A.R. | A.J.J. | B.J.R. |
| L.F. | B.W. | R.P. | C.A.O. | J.L.A. |
| A.A. | B.W. | R.M. | M.D.A. | T.L.E. |
| J.V. | B.T. | L.M.F. | P.I.B. | B.J.S.C. |
| C.W. | K.P. | A.R.F. | A.B. | G.S. |
| P.F. | S.K.T.W. | E.V. | E.E.C. | O.G. |
| A.D. | O.L.T. | B.O. | J.M.P.S. | Z.M.C. |
| A.H. | F.W. | A.V. | S.P.C. | D.R. |
| R.M.L. | T.O. | N.L.R. | P.N.H. | S.G.C. |
| G.J.B. | A.A.H. | Z.L.C. | A.R.R. | P.W. |
| K.Z.G. | A.O. | C.M.A. | J.J.V. | K.J.D. |
| Z.G. | M.J.D.C. | I.M.C. | N.S. | T.R.P. |
| A.C. | A.P.J. | J.P. | N.M. | B.S. |
| M.G. | A.K.E. | K.M.P. | K.T. | A.M.G. |
| G.H. | C.J.T. | M.A.B.S. | H.P.R. | M.D. |
| N.W.H. | G.A.H. | E.J. | D.L.S. | J.A.C. |
| J.P. | K.P.P.M. | D.A.J.P. | C.C.H. | N.J.M. |
| R.H. | A.L. | G.T. | S.M. | N.D.M. |
| D.P. | I.M.F. | M.D. | M.E.O. | S.D.J.P. |
| C.M. | O.M. | J.K. | D.C. | N.D.A. |
| C.P. | J.V. | L.J.V. | A.D.S. | W.L. |
| L.P. | G.T. | E.E. | T.L.P. | M.E.A. |
| M.P. | A.M. | K.A.J.A. | L.B. | J.B. |
| S.V.W. | M.S.J. | K.V.S. | T.R.S. | K.G.A. |
| L.L. | M.W. | J.B.Y. | J.R.S.T. | M.L.S. |
| C.J.B. | N.J. | A.M.W. | G.M. | N.D.S. |
| E.D. | T.D. | M.M.R. | C.M.D. | M.T.D.C. |
| C.S. | J.B. | K.R.R.B. | A.M.G. | K.A.S. |
| R.G. | L.S.S. | J.R. | O.D.B. | M.C.B. |
| L.C.G.M. | K.S. | M.J.C. | J.B.F. | S.S. |
| T.J.M.H. | K.P. | N.D.J.C. | X.A.G. | F.C.S. |
| A.S.P. | E.S. | I.F. | B.C.M. | A.O.B. |
| E.O.F. | P.S. | J.K.W. | A.P. | C.B. |
| T.W.N. | C.J.W. | A.B. | R.B.O. | J.D.S. |
| P.G.R.P. | K.C. | C.L.M. | L.H. | W.R. |
| A.B. | N.M. | A.M. | R.H.J. | D.T.M. |
| J.C. | N.C. | Q.J.W. | A.B. | C.S. |
| B.T. | J.R. | R.D.S.G. | S.M. | N.W. |
| A.T.J.J. | M.M. | A.D.H.H. | M.L.S. | J.C.D. |
| A.B.A. | N.P. | A.R. | S.L.E. | E.M.D. |

| | | | | |
|---|---|---|---|---|
| A.L.M. | L.B. | S.A.S. | A.J.T. | S.C.T. |
| E.D. | V.D. | K.A.W.G. | L.F. | A.G. |
| E.A.M.E. | M.A. | D.E. | A.A.S. | H.F. |
| S.W. | L.M. | O.N.B. | L.F. | E.A.S. |
| M.L.C. | P.R.J.(.J. | P.P. | M.G. | K.H. |
| R.R.B. | M.B. | B.E.B. | D.C.B. | S.H. |
| Z.T.H. | H.L.L. | P.N.P. | B.S. | C.H. |
| L.S. | T.M. | B.T.A. | J.D.T. | K.A.R.O. |
| E.L.R. | A.A.R.N. | R.E.G. | I.J. | J.R. |
| R.H. | N.H.B. | A.L.C. | S.J.B. | B.R. |
| G.M.S. | R.J.L. | A.N.F. | A.B. | A.R. |
| E.J.A. | D.R.C. | P.J.O. | B.F. | C.R. |
| R.M.M. | L.B. | F.R.R. | P.P. | J.J.E.W. |
| I.S.M. | C.M. | J.A.R. | P.P. | S.A.B. |
| G.E.J.F. | J.E.C. | R.J.R. | K.W. | H.V.E.B. |
| S.P. | A.C.K. | N.S.D. | J.E. | J.E.M. |
| E.R. | H.A.S. | K.B. | L.R.L. | T.M.A. |
| I.J.R. | L.B.D. | D.R.R. | S.A. | M.E.J. |
| K.M. | N.H. | K.G.M. | B.E. | A.K.M. |
| B.L.E. | H.H. | A.H. | S.C.E. | A.R.D. |
| E.L.L.W. | J.H. | N.L.S. | A.C. | E.C.H. |
| J.E.G. | M.D.W. | P.B.A. | V.M. | B.C.D. |
| B.D. | S.M.A. | D.M.B. | A.S.N. | N.N. |
| A.D. | J.H. | J.L.T. | J.W.P. | M.M.C. |
| S.T. | M.B.W. | L.G.T. | A.G.P. | B.L. |
| S.M.T. | E.N.W. | N.A.D. | P.G. | Q.Q. |
| J.R.T. | K.B.H. | J.N.H. | E.F. | M.R. |
| X.N.J. | M.C. | K.F. | A.D. | A.M.P. |
| S.M. | E.T.W. | W.L.R. | S.D.P. | A.L.L. |
| M.M.E.G. | J.P.D. | B.C.M. | A.A.P. | J.G.L. |
| K.T.M. | B.T. | I.A.L. | N.A.B. | B.S.S.H. |
| M.J.A.K. | B.F. | J.M.S.I. | E.P. | B.C. |
| K.H.E. | B.T. | K.A.B. | J.J. | B.C. |
| J.N.K. | I.B. | K.K.R. | C.G. | V.J.F. |
| P.S.B. | D.B. | A.S.A.R. | S.C.P.B. | Q.F. |
| D.T.P. | M.A. | C.M.T. | K.P. | T.B.F. |
| A.B. | I.H. | L.G.M. | D.I.B. | C.D.H. |
| B.B. | J.R.M. | N.B.M. | M.W. | C.M.S. |
| K.B. | M.A.W. | K.E.M. | S.E.W. | A.G. |
| J.N. | L.C. | T.G.S. | M.R.H.N. | M.R.C. |
| P.M.D. | K.E.W. | O.A.L.H. | S.Y. | P.A.M. |
| C.I.N. | L.L.O. | C.J.M.B. | D.L.H. | J.P. |
| V.B. | A.R.M. | P.M.L. | J.L.D. | B.P. |

| | | | | |
|---|---|---|---|---|
| K.H.E. | H.P. | H.G.R. | G.N. | A.O.R. |
| Z.L.E. | R.K. | D.L.B. | A.N.R. | A.Z. |
| C.O. | J.N.R.G. | S.R.B. | P.T.K. | A.J. |
| M.A.B. | K.H. | E.G.V. | E.I.R. | A.C.M. |
| R.S. | J.N.O. | I.N.V. | L.N.C. | A.B.C.W. |
| A.S. | S.M. | J.L. | W.P.J.I. | A.R.B. |
| J.S.G.H. | D.M. | J.L. | O.F. | A.M.G.M. |
| S.B. | T.C.D. | A.C. | B.D. | A.L.A.I. |
| J.R.L.G. | E.M. | W.C. | T.M.V. | A.M.F. |
| O.M.M. | J.S. | R.C. | R.K.S.D. | A.L.R. |
| X.A.S. | A.M.G.P. | C.C. | H.R. | A.A.T. |
| J.S. | L.E.A. | A.B. | B.D.C. | A.R.P. |
| J.M.B. | F.C. | C.H.B. | A.S. | A.R.E. |
| A.M. | D.M.C. | E.N.N.H. | S.S. | A.L.R.H. |
| J.J.H. | K.G. | T.B.B. | L.C. | B.J.J.A. |
| C.R. | H.D. | S.B.V.N. | G.L. | A.M.H. |
| H.B.M. | T.N. | N.B.B.H.N. | E.D. | A.B. |
| J.H. | S.E.B. | W.G. | S.A. | A.W. |
| Z.C.C. | E.L.H. | A.P.A.G. | K.C.U.S. | A.J.W. |
| A.A. | D.A.S. | C.D.D. | D.J.M. | B.O.S. |
| R.L. | T.M.H. | J.E.D. | R.C. | D.T.J. |
| E.W. | C.J.H. | S.L.M. | R.C. | B.O.T. |
| S.W. | S.M.H. | G.A.M. | K.G.W. | B.N.S. |
| C.R.D.A. | B.O.S. | T.E.C. | K.A.H.E. | B.H.R. |
| E.I.G. | R.N. | M.G. | N.M. | B.K. |
| K.E.G. | N.S. | G.W. | T.C. | B.W. |
| E.G.K. | H.L. | J.A.S.C. | S.C. | B.M.A. |
| J.J.H. | B.H.K. | T.R.P. | G.L. | B.H.H. |
| J.T. | A.B.B. | S.A. | A.W. | B.C.L. |
| A.C.D. | T.M. | J.B. | A.L.M. | B.S.S. |
| Z.M. | A.G.A.B. | A.S. | A.M. | B.K.L. |
| R.G. | P.S. | L.E.R.S. | A.I. | D.B.B. |
| K.M.C. | W.J. | A.S. | A.L.J. | B.D.Y. |
| V.J.P. | J.C. | G.B.A. | A.A.G. | C.J.S. |
| L.W. | K.L.T. | C.K. | A.S. | C.E.M. |
| K.B. | A.D.G. | D.R.M. | A.W. | C.M. |
| B.M.H. | S.J.J. | H.S.B. | A.C. | C.L.B. |
| D.F. | N.L.W.S. | K.M. | A.T.B. | C.E. |
| P.C. | R.J.S. | R.M.D. | A.M.M. | C.D.T. |
| A.T.J. | A.N.S. | N.R.L.C.L. | D.C.S. | C.A.C. |
| P.M. | L.C.R.B. | S.E.G. | A.F.M. | C.O.W. |
| P.R. | R.C.L.C. | L.J.T. | A.P.C. | C.E.L. |
| L.C. | J.L.C. | B.V.S.M. | A.P. | C.X.F. |

| | | | | |
|---|---|---|---|---|
| C.T.U. | H.G.L. | K.E. | T.L. | W.V.T. |
| C.L.W. | H.R.W. | K.L.F. | M.R.K. | X.O.B. |
| C.W.M. | H.S. | K.S.H. | M.D.L. | X.W.P. |
| C.J.L. | I.D.S. | L.B.H. | M.S. | X.T.L. |
| C.C. | I.A.A. | K.R. | M.S. | Z.C.T. |
| C.K. | J.A.B.I. | K.J.U. | M.T.H. | Z.M.M. |
| C.B.L. | I.L.L. | K.L. | N.B.P. | Z.D.B.B. |
| C.R.H. | I.B. | K.H.N. | N.M.W. | Z.D.W. |
| E.J.K. | I.M.E. | K.M. | R.K.V. | Z.N.B. |
| C.M.B. | J.J. | L.K.L. | R.D. | Z.S. |
| C.D.H. | J.S.E. | L.N.O. | N.J.D. | K.R. |
| D.W. | J.M.P. | L.H.S. | N.M.B. | A.G.T.B. |
| D.L.M. | J.A.L.T. | L.C.I. | N.A.W. | J.C.W. |
| D.S. | J.W. | L.R.M. | H.D.W. | C.T. |
| D.W.R. | J.M.L. | L.J.M. | O.R.R.W. | E.T. |
| D.A.D. | J.M.P. | L.R.S. | O.G.C. | N.C.C.Y. |
| D.D.A. | J.G. | L.A.P. | R.S.N. | C.M.G. |
| D.M. | J.D.D. | L.M.H. | R.J.S. | A.R.G. |
| D.L.D. | J.R.O. | L.M.R.B. | O.S. | K.J.S. |
| D.D.D. | J.B.B. | L.A.Z. | P.P.R.P. | M.H. |
| D.M.W. | J.G.G. | L.J.M. | R.J.P.B. | A.N.P. |
| D.D.C. | J.A.M.S. | L.W. | R.H. | T.M. |
| D.M.D. | J.G.C. | L.L. | R.Z.H. | R.L.R. |
| D.E.T. | J.D.S. | L.V.Z.U. | R.M.C. | B.M.R. |
| D.J.M. | J.P. | L.B. | R.L.C. | B.L.R. |
| D.D.F. | J.B.A. | M.T. | R.S.H. | L.M.G. |
| E.Z.T.S. | J.A.B. | M.K. | R.R.C. | R.S.V. |
| E.J.T. | J.W.L.B. | M.G.H. | S.E.T. | L.J.A. |
| E.M.M. | J.L.M. | M.G.L. | S.E.R. | J.A.P. |
| E.A.P. | J.C.M. | M.J.T. | S.J. | E.S. |
| E.F.H. | J.N. | M.J.W. | S.O.D. | M.L.F. |
| E.D.L.M.J. | J.R.M. | M.A.P.R. | S.T.M. | A.J.W. |
| E.C.J. | K.S.G. | M.S. | S.G.M. | A.J. |
| E.G.B. | J.L.M. | M.Z.Q. | T.R.N. | S.W.M.G. |
| E.J.H. | K.M.P. | M.A.A.S. | T.C.D.J. | A.A.G. |
| E.R.P. | K.S.N.B. | M.N.H. | T.R.F. | D.H. |
| F.J.P. | K.A.D. | M.W.A.I. | T.P. | I.H. |
| G.R. | K.J.C. | M.D. | T.G.E. | J.C. |
| H.K. | K.M.T. | M.M.D. | T.W.B.R. | D.J.S. |
| G.A.G. | K.W.C. | M.B.B. | T.D.H.B. | N.C. |
| G.L.S. | K.L.H. | M.B.T. | V.L.C. | E.O.R.H. |
| G.A. | K.R.H. | M.F.B.B. | W.B.S. | K.P.P. |
| G.M.K. | K.E.R. | N.S. | W.L.H. | A.N.B. |

| | | | | |
|---|---|---|---|---|
| J.R. | G.K.B. | B.W. | S.J.M. | M.C.A. |
| R.J.R. | M.L.M. | H.G.L. | R.L.M. | B.U. |
| B.E.J.B. | P.M.A. | S.W. | G.N.L.M. | M.A.F. |
| D.B.B. | M.B.E. | S.D.L. | Y.F. | N.W.B. |
| L.A.J. | Z.A.L. | B.R.K. | J.A. | R.M. |
| L.W.J. | M.E.D. | J.M.K.S. | E.R.L. | B.B. |
| N.D.J. | M.D.W. | I.G.N.B. | I.C.N. | O.L.T. |
| T.C.J. | S.W. | J.M.B. | R.A. | A.D.C. |
| B.M.D. | N.A.B. | J.C.K.W. | E.J.S. | R.W.G. |
| B.N.D. | A.T.H. | M.J.R. | E.S. | G.G.L. |
| C.W. | J.H. | J.M.L. | R.C. | A.M.J. |
| S.W. | K.H. | T.M.M. | J.J. | L.C. |
| C.B. | M.M.H. | A.M.R. | K.J.H. | B.C.T. |
| V.B. | O.J.D. | C.M.R. | E.R.Y. | M.A.F. |
| C.R.S. | R.M.D. | E.J.R. | C.Z. | D.R.G. |
| C.J.G. | A.S. | A.K.H. | M.T.W. | J.M. |
| E.L.G. | N.S. | A.L.H. | C.T.W. | A.N. |
| A.A.A. | P.L.A. | K.D. | J.Y. | E.S. |
| B.J.A. | R.A. | J.D. | B.K. | Z.R.R. |
| J.A.A. | J.H.P.D. | K.N.D.S. | D.A.L.C. | R.A.E. |
| D.C. | S.C.H. | K.L.S. | A.M.C. | D.L.P. |
| D.C. | T.A.H. | M.A.S. | J.R.C. | M.C.C. |
| D.P.K. | K.D.R. | L.T. | V.D.C. | J.J.D. |
| K.G.K.H. | T.K.M.O. | O.T. | M.S. | B.W. |
| N.R.K.H. | T.L.O. | G.C. | K.D.T. | C.J.M. |
| A.L.B. | J.S. | D.H. | Z.H.F.C. | R.A.D. |
| A.W.B. | T.H. | J.S. | J.W. | C.L.R. |
| A.M.L.B. | J.J. | S.F. | L.C.M. | S.T.F. |
| L.H. | A.J.K. | K.M.D. | B.J.L.M. | A.T. |
| T.E.C. | Z.M.K. | J.R. | A.D.G. | T.H. |
| M.E.J.H. | F.L.D. | J.A. | R.A.E. | L.M. |
| E.M. | G.D. | T.F. | M.E.H. | H.R.W. |
| L.Z.Z. | G.C.E. | B.W.P. | J.L.M. | S.W. |
| E.M. | J.R.E. | A.G.H. | A.W. | Z.A. |
| L.A.Z. | J.E. | W.A.R. | N.L.G. | N.M.D.M. |
| Z.T. | A.W. | H.V. | A.M.H. | G.G.B. |
| E.K.W. | R.G.E. | H.M.E. | H.R.H. | A.S. |
| G.L.O. | S.S.W. | J.G. | R.H. | B.N. |
| L.J.V. | A.G.Q.L. | C.R. | Z.M.K. | J.R.L. |
| S.E.V. | Q.H.L. | A.R.P.G. | Z.M.C. | P.D. |
| N.S.G. | R.R.R. | A.G.B. | M.C. | A.M.Z. |
| A.C.B. | A.J.U. | L.S.L. | N.S. | A.S.Z. |
| A.A.S. | M.R.U. | G.H. | D.E.W. | A.E.Z. |

| | | | | |
|---|---|---|---|---|
| G.O.C. | R.K.S. | J.R.T. | P.B. | K.C.M.C. |
| E.P.W. | R.B. | Z.D. | S.J.G. | K.A.K. |
| L.B.G. | P.B. | R.R.S. | J.G. | S.T.S. |
| T.D.J.M. | B.T.F. | J.A.W. | D.P. | B.L.W. |
| S.B.C. | G.F.A.T. | L.G. | L.A. | E.K.W. |
| S.D.H. | P.A.H. | P.S.V. | C.L.W. | C.L.N. |
| K.Q.S. | J.J.W. | A.S. | K.P. | K.F.M.R. |
| B.C.S. | B.M.L. | R.W. | C.P. | G.G. |
| S.L.B. | K.L.L. | B.D.G.G. | N.K.W.D. | S.A.W. |
| T.S.R. | K.A.D. | P.T. | A.N.B. | K.D.D. |
| C.T. | G.O.A. | S.M.V. | L.C.B. | E.C. |
| C.M.G. | A.B.J. | I.R. | A.H.B. | J.P.H. |
| S.W. | I.L.T. | W.H. | E.F.S. | K.W. |
| H.W. | S.O.H. | B.C.R. | M.M.D.N.D.R. | A.G. |
| Y.T. | L.E. | M.S. | R. | E.G. |
| J.R. | P.B. | C.H. | A.J. | A.L. |
| K.K.T. | C.A.S. | O.H. | G.A.K. | H.L.V. |
| J.R. | C.M.K. | C.T.C. | S.R.B. | B.S. |
| D.C. | N.E.C. | C.L.S. | M.S. | B.A. |
| G.M. | S.L.R. | L.M.W. | K.F. | L.M.D.F. |
| J.L. | A.T.H. | L.R.A. | N.S. | J.M.H. |
| G.L.W. | Y.B.V. | A.K.J. | J.T.J. | J.M.E. |
| J.D.G. | L.T.C.H. | C.J.H. | D.L.C. | R.R.W. |
| E.A. | S.M. | E.R.W. | A.M.D. | A.C.C.F. |
| A.W. | W.A. | T.W. | G.E.W. | K.X.O. |
| D.T. | A.R.D. | A.N.R.H. | K.J. | B.S. |
| D.L.N. | G.J.F. | H.D. | C.N.M. | V.C.P.M. |
| J.R.Z. | G.J.T. | T.W. | G.M. | K.S. |
| C.N. | E.E.T. | W.D. | C.M.B. | J.P. |
| J.S.R. | M.A. | W.B. | L.M.F.P. | S.R.H. |
| J.R.H. | M.G.H. | S.J.S. | A.R.K. | J.C.A.H. |
| G.J.Q. | B.J.T. | J.C. | K.M. | D.L. |
| B.L.B. | E.P.B. | A.M. | Z.C. | E.F. |
| C.K.R.P. | S.R.K.H. | L.N.E. | K.L.D. | D.A.C. |
| A.M. | K.L. | J.R.D. | K.P. | J.D.L. |
| J.J.L.F. | O.W. | I.G.S. | C.P. | C.M.M. |
| K.S. | S.L.S. | M.W.S. | G.C. | I.G. |
| A.R.M. | I.V. | D.S. | A.H. | L.C.T. |
| Z.P. | J.N.N.T. | P.G. | M.X.D. | C.C. |
| J.L.K. | R.E.A. | J.W.C. | K.N.R. | A.L.S. |
| A.R.S.K. | J.J.H. | T.J.C. | J.S. | E.G. |
| L.M.V. | C.J.T. | K.J.L.S. | C.H. | I.M. |
| J.P.F. | K.M.P. | A.S.D. | D.Z.P. | I.M. |

| | | | | |
|---|---|---|---|---|
| X.N.J. | B.D. | A.W. | A.M.G. | Z.A.G. |
| T.G.S. | N.A.O. | E.K.W. | M.A.R. | A.B.B. |
| Z.M.R. | E.S. | J.C. | J.C.H. | E.M.A. |
| K.Z.C.D. | M.C. | J.C. | B.L.C. | G.H.H. |
| W.S. | A.A.B. | L.T. | F.N.C. | K.G.P. |
| F.A.M. | R.S.S. | G.H.C.F.O. | J.C.H. | C.A.P. |
| S.H. | M.M.H. | J.S.A. | R.E.H. | D.P.R. |
| C.M.S. | A.L.C. | B.S.N. | I.S.H. | P.F.R. |
| T.P. | R.S. | C.B.N. | L.A.W. | O.A.R. |
| R.L.H. | C.T.T.S. | C.B.N. | K.J.A. | S.D.R. |
| S.W. | K.R. | B.P.A. | K.J.C. | D.L.S.I. |
| H.P. | E.B.E. | J.D.M. | E.L.Y. | R.A.S. |
| M.W. | A.L.W. | K.D.M. | M.J.Y. | A.R.R. |
| S.M.L. | M.B.D.H. | L.D.M. | Z.J.K. | M.S.S. |
| B.A.C. | P.M. | J.F.A. | C.J.D. | N.A.S. |
| D.R. | S.S.S. | H.A.A. | K.O.J. | C.C.S. |
| V.L.R. | J.B. | R.W.H. | J.C.K. | S.S.S. |
| R.L.O. | A.G.O.H. | B.P.H. | C.R.C. | N.E.R. |
| C.S.P. | E.L.J. | A.E.B. | M.C.B. | C.W.R. |
| R.M.C. | E.J. | B.K.W. | O.I.I.A. | N.A.S. |
| C.M.S. | K.D.W. | S.G.W. | P.L.A. | J.J.M. |
| R.L.W.G. | A.E.C. | A.J.D.D.D. | A.R.A.I. | K.M.R. |
| M.M.M. | B.L. | M.R.D. | K.R.A. | C.D.R. |
| E.A.W. | K.W. | J.J.J.B. | D.L.A. | K.O.H. |
| Z.A.H. | E.M.S. | T.N.B. | L.A.H. | K.O.H. |
| J.D.M. | L.A.R. | G.D.H. | C.C.R. | J.E.E. |
| S.E. | E.N.M. | J.J.H. | C.C.R. | C.H.S. |
| J.D.G. | J.B. | A.V.K. | N.R.R. | T.L. |
| A.E.S. | J.A. | C.H.B. | E.M.J. | K.Y.W. |
| A.N.S. | R.G. | H.L.B. | B.M.M. | K.L.T. |
| V.M.L. | M.C.R. | T.M.H. | J.Q.M. | C.T.P.I. |
| H.C.R. | K.E.V. | E.P.K.R. | M.L.M. | J.A.L.V. |
| K.S. | P.B. | N.D.R.C. | K.K.O. | S.R.B. |
| J.A. | J.S. | W.R.E.C. | C.M.P.A. | A.F.B. |
| P.A.D. | S.J.A. | A.G.F. | A.Z.M. | A.M.B. |
| A.M.C. | E.B. | C.J.F. | L.G.K.P. | L.K.B. |
| M.M.J. | C.M. | F.L.D. | Q.S.F.M. | C.R.B. |
| B.N.Q. | L.W. | S.L.D. | C.D.V.M. | J.L.B. |
| K.R.Q. | R.M. | J.D.D. | C.N.P. | B.J.W. |
| L.B.S. | K.H. | S.D.D. | A.Y.P. | E.J.W. |
| M.C.C. | A.F.N. | M.G.K.I. | A.J.G. | Z.A.K. |
| H.L.R. | R.H. | C.L.M. | G.T.G. | E.S.K. |
| C.M.C. | N.M.S. | E.A.M. | N.I.G. | A.R.K. |

| | | | | |
|---|---|---|---|---|
| G.T.L. | C.G.W. | J.W. | B.J. | Z.D. |
| J.L.H. | C.D.W. | C.L.F. | K.B. | J.N.J. |
| E.S.W. | L.W.M. | K.K. | K.W. | Q.L.P. |
| E.A.W. | Z.J.(.W.A.W.W | B.D. | K.C.M. | I.D.Y. |
| R.M.W. | . | J.D. | J.R.M. | J.F. |
| S.N.W. | B.D.W.(.B.N. | C.M. | A.D. | L.B. |
| L.C.G. | M.D.S. | A.N. | J.H. | C.L. |
| J.B.O.B. | A.J.F. | A.L. | R.C.M. | J.A.G.R. |
| M.M.J. | M.S.S. | L.S.E.P. | F.L.W. | G.M.P. |
| G.M.L. | L.T. | G.L. | C.I.G. | K.J. |
| J.A.G. | W.H.L. | J.J. | L.C. | L.L.S. |
| D.W.H. | K.H.L. | M.S.H. | X.H.S. | R.P.S. |
| B.E.B. | L.L.L. | T.B. | S.G.C. | K.S. |
| S.F.M.B. | J.C.C. | A.R.S. | J.S. | P.P. |
| W.R.R. | L.L.L.L. | J.M. | N.G. | J.T.W. |
| S.R.N. | L.C. | M.G. | A.A. | A.D.W. |
| D.A.D. | K.H. | W.S. | M.H. | P.M.W. |
| M.A.D. | J.S. | T.A.S. | D.L.F. | L.C. |
| S.R.T. | C.A.M. | R.G.A. | A.H. | R.E.S. |
| A.K.D. | D.C.C. | C.S. | M.L. | I.K. |
| L.P.P. | E.M.W. | B.A.M.L. | M.E.D. | M.W. |
| T.A.H. | E.A.K.S. | K.L. | T.M. | S.J.P. |
| L.M.J. | Z.L. | H.G.P. | Z.P. | C.M.D.S. |
| M.S.C. | D.B. | A.B. | T.V. | K.W. |
| A.J.P. | M.B.S.P. | J.H. | T.B.W. | K.G. |
| C.I.P. | A.G. | J.M.P. | C.J.W. | J.C. |
| M.E.V. | K.W. | I.C.S. | K.T. | J.B. |
| L.S.M. | A.J.C.D. | J.R.P. | E.T. | D.K.K. |
| D.A.G. | J.S.W. | C.F. | H.T. | K.J.B. |
| T.L.R. | J.S.A. | J.N. | E.M. | K.S. |
| E.P.P. | E.M.Y. | E.J.S. | L.B.F. | R.P.H. |
| F.R.K. | S.A.M.M. | J.L.T. | K.W. | L.G. |
| B.P.P. | L.P. | X.U. | G.M.R. | C.W. |
| N.P.P. | A.A. | M.G. | T.A.T. | B.D.G. |
| B.S.S. | S.R. | C.G. | B.E.F.N.T. | L.A.P. |
| J.D.J. | T.L. | S.E.B. | A.F. | A.C. |
| C.E.J.H. | C.M. | R.M. | K.T. | L.S. |
| S.R.H. | C.A. | S.L.J. | S.H. | K.G.B. |
| H.D.H. | J.C.J. | J.J.C. | A.D. | I.B. |
| C.P.R. | A.T. | B.N.M. | A.V.L.F. | P.W. |
| J.B.R. | J.I.J. | C.E. | J.G. | J.W. |
| J.R.S. | A.J.B. | J.A.R. | T.L. | D.W. |
| J.A.M.L. | M.S. | C.M.P. | C.M.B. | M.C.H. |

| | | | | |
|---|---|---|---|---|
| A.J.A. | A.L. | D.G. | J.R.B. | H.H. |
| J.D. | A.M. | E.O. | J.G.D. | R.C. |
| Z.S.K.H. | E.R.I. | G.G. | A.K. | J.L. |
| J.R.V. | K.C.S. | M.G.M. | S.D. | K.N.W. |
| M.N. | G.A. | M.M. | G.F. | J.P. |
| J.A.C. | I.H. | M.H. | B.L.T. | D.M.K. |
| Z.J. | L.J. | C.J.G. | A.L. | J.H. |
| M.P. | B.H. | J.S. | L.A.P. | A.H. |
| M.G.H. | J.C. | T.J.H. | N.F. | N.B. |
| D.A. | S.C. | D.H. | L.H. | O.H. |
| T.L.G. | A.E. | E.M. | B.T.N. | A.H. |
| C.T.R. | J.H. | D.L.H.R. | B.R. | C.M.H. |
| A.G.T.M. | M.C. | L.L. | T.H. | L.H. |
| Z.J.V. | M.M. | E.C. | R.A.M. | M.E.K. |
| T.S. | M.V. | Z.A.D. | O.R.M. | A.H. |
| C.T. | Z.V. | A.J. | A.J.T.H. | J.D. |
| M.B. | M.S. | J.D. | A.T. | K.J.W. |
| T.E.C. | A.P.Y. | J.A.B. | X.W. | B.T. |
| B.K. | L.M.D. | C.S. | L.R.H. | J.T. |
| T.M. | Z.G. | K.F.J. | E.K. | W.J.N. |
| C.M. | B.M.G. | E.S. | B.N.C. | D.L.D. |
| M.N. | B.E.B. | D.M. | T.H. | A.S. |
| R.D.G. | F.H.N.A.G. | J.R. | O.L.E. | J.V. |
| J.J.T. | T.G. | L.B. | A.J.E. | J.L. |
| Z.S. | F.G. | H.L.R. | D.S. | J.J. |
| J.A.W. | M.R.B. | B.N.L.B. | W.M. | G.O.E. |
| M.P. | B.B.J.V. | M.J.C.I. | S.K. | J.C.E. |
| M.P. | Z.K.D.S. | D.A.B. | K.L.R. | R.D.C.B. |
| C.J.S. | J.B.G.H. | K.C. | I.A.G. | M.S. |
| F.A.S. | T.L. | K.C. | G.C.C. | S.G. |
| T.G. | T.J.L. | M.G.B. | J.J. | C.R. |
| R.G. | K.C.E. | B.E. | A.G.L. | L.J. |
| J.N. | K.B.S. | B.O. | K.W. | C.G. |
| K.S. | S.Q.G. | B.C.M. | J.W. | N.L.M. |
| A.A. | C.L.P. | J.W.I. | J.G.J. | T.J.B. |
| E.A.M. | J.M. | S.B. | Z.L. | W.B. |
| K.S. | M.W. | G.F. | K.E. | D.B. |
| J.M.J. | E.M.A. | A.L.R. | D.B. | D.A.R. |
| B.S. | A.E.P. | M.R.H. | K.F. | D.M. |
| C.W. | J.H.H. | J.S. | B.M.W. | R.C. |
| I.V. | I.E.G. | J.M.F. | W.K. | A.R. |
| C.C. | S.M.M. | L.L.L. | B.C.C. | A.S. |
| E.N. | C.E.O. | S.M.B. | G.L.H. | M.D.S. |

| | | | | |
|---|---|---|---|---|
| C.E.B. | H.A. | I.R.J. | I.H. | E.W. |
| S.B.L. | L.J.P. | E.B. | Z.S. | J.M. |
| B.J.E. | C.C.A. | C.U. | J.Z. | S.A.B. |
| P.B. | M.W. | T.E. | B.E. | D.V.B. |
| M.M. | J.M.J. | K.A.B. | M.Y. | M.C. |
| M.A.K.J. | S.M. | X.J.B. | J.M.P. | A.K. |
| J.R. | R.J.W. | C.W. | C.B. | W.S. |
| A.J.J. | B.J. | E.U. | T.K. | B.S. |
| H.J.H. | J.D. | A.G. | C.B. | J.S. |
| X.L.M. | A.H.M. | E.M.L. | S.F. | S.A.J. |
| K.M. | A.R. | K.G.M. | L.L.N. | R.O. |
| B.G. | A.C. | T.Y. | M.B. | A.T.M. |
| C.B. | Z.M.L. | G.C.H. | J.P. | C.W. |
| A.D. | M.E.N. | J.R.E. | K.C. | D.Y. |
| M.B. | A.E.C. | J.B. | M.D. | A.C. |
| J.L.T. | A.D. | E.S. | K.D. | F.E. |
| A.G. | J.F. | L.A. | L.B. | D.M. |
| I.D.M.B. | M.I.D.K.H. | T.R. | D.C. | J.M. |
| G.O.B. | H.B. | J.B. | M.G. | E.S. |
| B.S.W.H. | M.M.G.P. | M.R. | Z.P. | M.S. |
| T.J.A. | J.S.G. | T.J. | C.F. | S.S. |
| D.M.P. | B.A.S. | N.J. | A.F. | J.S. |
| A.J.P. | A.G. | P.F. | A.F. | M.P. |
| R.C.V. | M.W. | L.B.W. | T.T. | C.Y. |
| M.R.W. | N.I.S. | I.W.B. | J.L.N. | K.W. |
| T.Z.V. | M.M. | P.T. | B.T. | E.H. |
| A.R.J. | H.M. | B.E. | D.B. | K.H. |
| A.J.J. | J.J. | J.M.N. | D.W.Y. | M.D. |
| A.X.P. | K.N.W. | R.K. | L.B. | A.P. |
| A.D.J. | R.M. | B.K.G. | B.B. | C.L.G. |
| G.P.J. | M.S. | J.D. | B.J.P. | J.A.J. |
| A.M.J. | J.C. | D.P. | L.T.N. | G.S. |
| N.A.S. | D.L. | M.L. | A.B. | E.J.J. |
| J.M.D. | B.R.C. | R.C. | J.B. | N.A. |
| S.C. | P.R.R. | E.H. | O.C.R. | K.N. |
| E.C. | M.S. | K.R.L. | M.H. | T.E.B. |
| C.W. | A.J. | M.P. | W.S. | I.K.J. |
| K.M.H. | J.V. | C.B. | M.D. | B.S.K. |
| D.T.H. | J.M. | J.E.D. | J.T. | B.Z.K. |
| C.P. | J.P. | D.P.R. | J.J.B. | H.R.H. |
| J.N. | D.S.B. | O.Y. | N.R.K. | M.D.T. |
| M.C. | P.S.G. | X.H. | M.T. | A.W.B. |
| Z.P.S. | K.Y. | A.J.L. | M.N.J.L.V. | H.S. |

| | | | | |
|---|---|---|---|---|
| B.T. | N.C.B. | J.M.G. | I.N.C. | J.G. |
| J.S. | R.D.K. | B.R.K. | N.P.W. | K.R.S. |
| J.B. | O.S. | C.S.Y. | K.T. | J.R. |
| J.S.S. | M.H.M. | K.M. | E.A. | S.A.C. |
| R.E.S. | B.G. | O.B.L.P. | J.L. | G.L. |
| I.J.T. | N.G. | S.P.C.R. | M.D.F. | J.N.D. |
| T.M.N.T. | A.T. | M.K. | P.S. | L.P.L. |
| R.F. | C.G. | L.R. | D.M. | N.R. |
| A.N.J. | D.G. | D.M. | Z.E.C. | C.R. |
| E.E.H. | D.C. | M.D.D. | B.A. | A.N. |
| D.H. | O.H. | A.H.P. | A.H. | J.C. |
| J.S. | P.T. | G.P. | B.A.P. | D.J.S. |
| J.K. | W.B. | I.S. | X.T. | S.R.F. |
| M.K. | Z.K. | H.L.C. | K.A.T. | J.M.F. |
| T.S.U.G. | A.G. | H.J. | M.P. | R.H.R.G. |
| J.A.K.L. | A.R.M. | B.H. | H.G.B. | M.G.E. |
| E.M. | A.C. | S.E.C. | A.T. | U.R.D. |
| R.C.C. | C.C.C. | C.D.C. | K.B.O. | A.U.S. |
| O.M.R. | J.J.L. | A.C. | S.G.M. | A.E.V. |
| V.C.R. | G.C.Y. | N.G. | E.A. | T.M.B. |
| S.B.C. | M.W.B. | L.A.M. | M.C. | Z.P. |
| X.L. | M.T. | C.C. | B.C. | S.V. |
| L.L. | D.R.B. | P.C. | M.S. | F.B.N. |
| I.G.G. | A.J.D. | S.T.S. | L.A.Q. | J.N. |
| J.N. | T.P. | E.S.M. | S.N. | S.S.S. |
| D.N. | C.M.H. | A.V. | A.D. | P.E.M. |
| D.B. | N.L.L. | Z.Z.H. | J.N. | H.T. |
| M.B. | C.W. | R.W. | A.M.M. | F.T. |
| R.R.F. | Q.B. | K.J.C. | K.S.R. | G.F.C. |
| D.L.M.S. | J.M.W.S. | B.W. | J.O.S. | A.I.M. |
| J.J.C. | A.A.V. | C.W. | A.A. | E.S. |
| M.N.J. | T.O. | B.R.B. | S.G.D. | A.A.A. |
| N.M.J. | E.G.T. | M.G. | S.F. | D.A. |
| A.D.J. | J.R. | D.E.H. | Z.P. | M.A. |
| C.R. | E.T.M. | D.J.L.H. | N.M.M. | K.S. |
| A.M.F. | J.L. | M.B. | R.J.B. | J.T. |
| K.A.H. | O.J.J. | S.B. | D.H. | K.V. |
| S.F. | J.G. | K.S. | R.M. | B.F. |
| S.J. | J.H. | B.W. | E.J. | J.J. |
| G.H. | N.H. | M.M.M. | A.Y. | C.D. |
| A.B.B. | G.B. | S.D.C. | D.P. | V.M.F. |
| C.L. | A.W. | L.D.L.V. | S.S.C.B. | A.C. |
| J.L. | M.D. | A.C.H. | C.G. | A.A. |

| | | | | |
|---|---|---|---|---|
| K.S. | M.M.D. | J.A.H. | L.P.P. | K.T.P. |
| S.C. | K.B. | V.M. | S.K.A. | D.A.R. |
| F.M. | T.C. | K.M. | N.S. | V.D. |
| B.Y. | W.C. | M.A. | S.E. | D.R.B. |
| L.S. | J.H. | S.R. | H.S.B. | D.E.B. |
| R.K. | H.C. | A.R. | A.A.U. | H.N.A. |
| B.H. | S.O. | C.K.G. | I.R.B. | S.M. |
| J.H. | J.P. | I.E. | J.A.M. | A.R. |
| M.P. | B.D.H. | C.E. | R.I. | L.G. |
| J.M. | C.H. | B.B.R. | H.D.D. | E.G. |
| S.B. | E.P. | E.J.S. | E.K.F. | K.K. |
| L.H. | J.G. | L.J.B. | R.E. | K.W. |
| A.B.C. | N.D.S. | H.J.B. | A.G. | J.S. |
| J.A.J.V. | A.R.P. | I.E.S. | J.D. | J.H.J. |
| C.S. | S.S.T. | A.F. | M.G. | D.A.X.M. |
| A.C. | K.A.T. | E.K. | M.P. | E.J.M. |
| M.C. | A.B. | E.N.M. | N.S.M. | C.K. |
| A.M.G. | R.G. | W.C. | D.R. | J.R. |
| A.H. | R.T. | C.S. | D.L. | L.J.F. |
| J.M. | J.C.M. | A.H.R.J.S. | W.N. | J.B.F. |
| J.D. | J.L.R.I. | A.M.S. | J.C. | D.C. |
| C.M.B. | B.H. | E.D. | V.C. | P.J.S. |
| T.R.C. | I.L.R. | M.S. | A.L. | B.B. |
| H.M. | A.F. | M.F. | S.S. | J.G. |
| J.H.H. | A.E. | E.A.R. | L.G. | H.R. |
| T.P. | L.B. | P.D.R.L. | L.H. | B.J. |
| M.T. | E.M.J.M. | H.A.M.W. | K.R.H. | M.W. |
| A.L. | J.C. | M.A.G.J.B. | L.J.W. | Z.M.L. |
| E.L. | C.C. | Z.J. | H.P. | C.L.P.O.K. |
| D.R. | E.N.G.H. | A.T.M.M.D. | S.B. | N.H. |
| C.R.D. | D.G. | C.B.B. | J.S. | N.F. |
| D.B.L. | D.W. | B.M. | A.H.R. | C.I.X.H. |
| B.A.H. | W.B. | D.N. | R.J.R. | J.J.T. |
| C.M. | E.A.M. | D.M.M. | K.A.J. | A.R. |
| M.A. | E.C.C. | B.M. | B.T. | A.A.R. |
| B.A.M. | E.A.B. | N.H. | W.S. | G.R.B.3. |
| S.E.H. | C.W. | D.R.B. | M.F.T. | I.J.R.F. |
| M.L.T. | P.N.B. | N.B. | G.C.N. | R.S. |
| M.T.S. | P.N.B. | C.M.C. | E.K.K.J. | A.C. |
| L.C.D.R. | O.S. | J.V. | Z.E.W. | J.P.H. |
| M.J.R. | A.S. | A.C.M. | A.M. | D.E. |
| P.W. | N.R. | L.E.C.A. | B.L.L. | A.F. |
| B.S. | T.M. | L.R.G. | R.F.N. | D.N.S. |

| | | | | |
|---|---|---|---|---|
| D.C.I. | R.C. | N.W.J. | A.L. | H.T.A.D. |
| B.T. | Z.D. | L.M.D. | A.J.S. | A.F. |
| J.L. | K.C. | E.V. | E.D. | K.P. |
| S.C.J.J. | N.M. | A.E.B. | K.M.V. | D.P. |
| T.T.H.I. | J.S. | H.L.H. | G.J.M. | C.P. |
| J.P. | J.M.B. | A.B. | J.T. | R.O. |
| T.B. | H.G. | L.U. | A.R. | P.O. |
| K.B.B.B. | A.F. | A.M. | K.W. | I.G. |
| L.L. | B.C. | A.T. | I.J.T. | C.D.H. |
| A.D. | J.B. | M.A.H. | C.S. | K.W. |
| C.K. | K.C. | C.E. | A.L.B. | C.L. |
| K.L.M. | E.O.H.L. | J.P.D. | M.Y.E. | P.L. |
| B.H. | E.B. | T.N. | W.E.P.H. | B.Z. |
| M.M. | J.H. | E.G.W. | V.L.F. | R.R. |
| C.M. | S.H. | D.R.J. | W.S.S. | A.K. |
| J.K.H. | A.M. | J.N.G. | M.B. | R.A. |
| P.M. | H.K. | E.J.G. | R.S. | J.A. |
| M.V. | Z.H. | A.S.R. | C.N. | J.S. |
| O.J.J.M. | E.D. | I.M.D. | J.S. | J.S. |
| C.L.H. | D.C. | G.C. | H.G. | F.B.P. |
| L.J.P. | N.H. | H.L. | K.C. | A.P. |
| B.L.M. | S.H. | E.G. | A.W. | B.F. |
| K.L.B.B. | A.H. | Z.J.H. | S.B. | I.M. |
| H.B. | E.C. | A.J.T. | K.B. | K.B. |
| R.G. | E.C. | S.M. | L.H. | M.S. |
| H.A.D. | E.R.C. | M.B. | E.R.A. | M.S. |
| M.B.J. | C.S.C. | E.M.D. | R.H. | I.S. |
| L.P. | K.C. | H.S.P. | A.V. | C.J.M. |
| K.E.B. | K.E. | K.C. | J.S. | A.K.G. |
| L.T. | Z.K.G. | H.M.C. | S.F. | A.L.T. |
| H.E. | R.H. | L.B.G.B. | A.S.R. | C.M. |
| C.K. | B.L.V. | B.J.D.F. | L.S.M. | D.C.P. |
| R.A.V. | C.B. | G.B.B. | A.V. | A.C. |
| J.J.R. | T.J. | P.R. | L.B. | S.S.E. |
| C.E. | K.A.G. | J.X.M. | A.J.M.I. | E.R.G. |
| C.D. | D.A.G. | S.M. | A.H.H. | M.F. |
| F.J.F.4. | Q.E.E.J. | Z.O. | L.D.M. | D.S. |
| M.G. | W.C.L. | B.D.R. | G.H. | L.T.K. |
| R.J.C. | X.P. | G.S.M. | E.M. | C.C. |
| N.J.G. | J.H. | M.C. | T.C. | A.L. |
| A.R. | D.M. | J.L.E. | S.M. | D.S. |
| S.F. | D.G.S. | A.R. | D.J. | G.R. |
| C.W. | N.M. | T.C. | C.M. | C.H.B. |

| | | |
|---|---|---|
| J.J. | S.H. | B.S. |
| L.S.W. | J.K. | A.R. |
| A.W. | B.A. | |
| M.W. | F.R. | |
| A.D.B. | C.M.L. | |
| N.K.R. | M.G.L. | |
| L.J.M. | R.P. | |
| R.J.T. | M.R.L. | |
| H.W. | C.M.L. | |
| K.P. | E.E. | |
| K.L. | J.A.L.B. | |
| D.G. | O.W. | |
| J.C. | H.B. | |
| G.C. | O.W. | |
| A.S. | C.S.P. | |
| D.N. | G.S.M. | |
| A.A.P. | S.M. | |
| J.J. | J.W. | |
| H.S. | T.W. | |
| J.J. | M.C.L. | |
| M.A.F. | N.J.R. | |
| D.E.F. | T.D.H. | |
| Z.B. | E.W. | |
| K.T.P. | J.E. | |
| K.H. | R.D.D. | |
| Z.C. | G.D.H. | |
| I.J. | A.X.F. | |
| M.S. | M.M. | |
| G.A.M. | E.M. | |
| C.B. | R.M. | |
| S.K.H. | J.M. | |
| E.P. | J.D. | |
| K.N. | C.J.A.M. | |
| E.E. | M.A. | |
| K.G. | P.R.M. | |
| B.M. | T.D.S. | |
| D.M. | A.S. | |
| J.T. | B.E.B.A. | |
| M.S. | A.D.L.A. | |
| Y.L.F. | L.D. | |
| N.P. | H.K.C. | |
| G.L. | N.L. | |
| M.D. | E.S. | |