WILMER CUTLER PICKERING HALE
 AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.[1]** | |

**EIGHTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE
AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
JUNE 1, 2020 THROUGH JUNE 30, 2020**

| | |
|---|---|
| **Name of Applicant** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | June 1, 2020 through June 30, 2020 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $15,565.95[2] (80% of $19,457.44) |
| Total reimbursement of expenses requested in this statement | $115.20 |
| Total compensation and reimbursement requested in this statement | $15,681.15 |
| This is a(n):   _X Monthly Application   __ Interim Application   __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel  for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 25, 2019 [Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Eighth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2020 Through June 30, 2020* ("**Fee Statement**").[3]  By this Fee Statement, WilmerHale seeks (i) compensation in the amount of $15,565.95 which is 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $19,457.44), and (ii)

---

[2]  This amount reflects an agreed reduction in fees in the amount of $2,871.56.

[3]  The period from June 1, 2020 through and including June 30, 2020 is referred to herein as the "**Fee Period**."

payment of $115.20 for the actual, necessary expenses that WilmerHale incurred in connection

with rendering such services during the Fee Period.

**Itemization of Services Rendered and Disbursement Incurred**

1.    Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees

incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and

paraprofessionals during the Fee Period with respect to each of the project categories

WilmerHale established in accordance with its internal billing procedures.  As reflected in

**Exhibit A**, WilmerHale incurred $22,329.00 in fees during the Fee Period and, pursuant to its

agreement with Purdue Pharma, L.P., reduced that amount to $19,457.44.  Pursuant to this Fee

Statement, WilmerHale seeks compensation for 80% of such fees, totaling $15,565.95.

2.    Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and

paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who

rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period

and the title, hourly rate, aggregate hours worked and the amount of fees earned by each

professional.  The blended hourly billing rate of attorneys for all services provided during the

Fee Period is $1,292.56.[4]  The blended hourly billing rate of all paraprofessionals is $449.01.[5]

3.    Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or

disbursed in the amount of $115.20 in connection with providing professional services to the

Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's

direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.

Only the clients for whom the services are actually used are separately charged for such services.

---

[4]  The blended hourly billing rate of $1,292.56 for attorneys is derived by dividing the total fees for attorneys of $10,340.50 by the total hours of 8.00.

[5]  The blended hourly billing rate of $449.01 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $11,988.50 by the total hours of 26.70.

The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.     Attached hereto as **Exhibit D** is the related invoice showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

## Notice

5.     WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $15,565.95 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $19,457.44), and (ii) payment of $115.20 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: August 18, 2020

By:    /s/ George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**<u>Exhibit A</u>**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (B160) | 19.00 | **10,706.50** |
| Congressional Investigation (L400) | 15.70 | **11,622.50** |
| **Total** | **34.70** | **$22,329.00** |
| **Less Agreed Reduction** | | **-$2,871.56** |
| **GRAND TOTAL** | | **$19,457.44** |

## Exhibit B

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 5.60 | 8,680.00 |
| **Partners Total** | | | **5.60** | **$8,680.00** |
| **Counsel** | | | | |
| John T. Byrnes | Counsel; joined firm in 2013; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 940.00 | 0.70 | 658.00 |
| **Counsel Total** | | | **0.70** | **$658.00** |
| **Associates and Attorneys** | | | | |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 595.00 | 1.50 | 892.50 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 0.20 | 110.00 |
| **Associates and Attorneys Total** | | | **1.70** | **$1,002.50** |
| **Paraprofessionals** | | | | |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 385.00 | 0.50 | 192.50 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 8.30 | 2,282.50 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 545.00 | 16.80 | 9,156.00 |

[1] WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Saige Wenik | Sr. Project Assistant; joined firm in 2017; Litigation / Controversy. | 325.00 | 1.10 | 357.50 |
| **Paraprofessionals Total** | | | **26.70** | **$11,988.50** |
| **TOTAL** | | | **34.70** | **$22,329.00** |
| **Less Agreed Reduction** | | | | **-$2,871.56** |
| **GRAND TOTAL** | | | **34.70** | **$19,457.44** |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| WHDS Data Hosting | 115.20 |
| **TOTAL** | **$115.20** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# WILMERHALE [WH]

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ██████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 07/31/20 |
| Invoice No. | 2599461 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through June 30, 2020 in connection with the Post Bankruptcy:
House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 23,929.65 |
| Less 12% Volume Discount | | -2,871.56 |
| Total Disbursements | | 115.20 |
| **Total Amount Due** | **$** | **21,173.29** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ██████

Routing Number: ██████

Citibank NA One Penn's Way New Castle, DE  19720
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2599461
Invoice Date 07/31/20
Legal Services through June 30, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| **B160 - Fee/Employment Applications** | | | |
| 06/01/20 | Thompson, Yolande | 0.20 | Emails with Ms. Kennedy in Accounting re invoices for March and April fee statements |
| 06/02/20 | Thompson, Yolande | 0.50 | Review revised invoice for April 2020 to ensure compliance with bankruptcy guidelines |
| 06/02/20 | Thompson, Yolande | 0.50 | Review revised invoice for March 2020 to ensure compliance with bankruptcy guidelines |
| 06/02/20 | Thompson, Yolande | 0.50 | Prepare Monthly Fee Statement for March 2020 |
| 06/02/20 | Thompson, Yolande | 0.10 | Email to Ms. Kennedy in Accounting re revising document printing/copying charges and finalizing invoices for March and April 2020 |
| 06/02/20 | Thompson, Yolande | 0.50 | Prepare Monthly Fee Statement for April 2020 |
| 06/03/20 | Thompson, Yolande | 0.10 | Email to Ms. Kennedy in Accounting re finalized invoices for March and April 2020 |
| 06/04/20 | Thompson, Yolande | 1.50 | Update Monthly Fee Statement with related exhibits for March 2020 |
| 06/04/20 | Thompson, Yolande | 1.20 | Update Monthly Fee Statement with related exhibits for April 2020 |
| 06/05/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re invoices for March and April 2020 fee statements |
| 06/08/20 | Pierce, Allyson | 0.30 | Email Mr. Byrnes re March and April fee statements and reminder |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136             Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2599461
Invoice Date 07/31/20
Legal Services through June 30, 2020

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| | | | for upcoming interim fee application due July 15 |
| 06/08/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. Thompson with drafts of March and April fee statements |
| 06/08/20 | Pierce, Allyson | 0.20 | Review March and April fee statements from Ms. Thompson |
| 06/08/20 | Thompson, Yolande | 0.50 | Review, proofread, finalize Monthly Fee Statement for April 2020 |
| 06/08/20 | Thompson, Yolande | 0.60 | Review, proofread, finalize Monthly Fee Statement for March 2020 |
| 06/08/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re invoices for March and April 2020 fee statements |
| 06/08/20 | Thompson, Yolande | 0.10 | Review emails between Ms. Pierce and Mr. Byrnes re fee statements |
| 06/08/20 | Thompson, Yolande | 0.10 | Email fee statements with exhibits for March and April 2020 to Ms. Pierce for attorney review |
| 06/15/20 | Byrnes, John T. | 0.70 | Revise fee statements |
| 06/15/20 | Pierce, Allyson | 0.10 | Email Mr. Shuster and Ms. Thompson re final draft of fee statements |
| 06/15/20 | Pierce, Allyson | 0.20 | Review final drafts of fee statements and email Messrs. Byrnes and Shuster for final approval |
| 06/15/20 | Pierce, Allyson | 0.10 | Email Mr. Byrnes re update on redactions to fee statements |
| 06/15/20 | Pierce, Allyson | 0.10 | Review and respond to Ms. Thompson email re update on March and April fee statements |
| 06/15/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 06/15/20 | Thompson, Yolande | 0.10 | Prepare postage voucher for service |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2599461
Invoice Date 07/31/20
Legal Services through June 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | via first class mail |
| 06/15/20 | Thompson, Yolande | 0.20 | E-file Sixth Monthly Fee Statement |
| 06/15/20 | Thompson, Yolande | 0.20 | E-file Fifth Monthly Fee Statement |
| 06/15/20 | Thompson, Yolande | 0.10 | Finalize Certificate of Service for filing |
| 06/15/20 | Thompson, Yolande | 0.10 | Review emails between Ms. Pierce and Mr. Byrnes re redacted invoices for fee statements |
| 06/15/20 | Thompson, Yolande | 0.10 | Email final PDFs of fee statements to attorneys for approval |
| 06/15/20 | Thompson, Yolande | 0.10 | Emails with Services re printing filed fee statements |
| 06/15/20 | Thompson, Yolande | 0.10 | Serve fee statements upon notice parties via email |
| 06/15/20 | Thompson, Yolande | 0.40 | Prepare Certificate of Service |
| 06/15/20 | Thompson, Yolande | 0.20 | Emails with Ms. Pierce re fee statements for March and April 2020 |
| 06/15/20 | Thompson, Yolande | 0.10 | Review, update files with filed March Fee Statement |
| 06/15/20 | Thompson, Yolande | 0.10 | Review, update files with filed April Fee Statement |
| 06/15/20 | Thompson, Yolande | 0.30 | Finalize April 2020 fee statement for filing |
| 06/15/20 | Thompson, Yolande | 0.10 | Review docket, download Order Granting First Fee Applications |
| 06/15/20 | Thompson, Yolande | 0.10 | Update service labels with counsel to fee examiner |
| 06/15/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and Mr. Byrnes re authorization to e-file fee statements |
| 06/15/20 | Thompson, Yolande | 0.10 | Review Order Granting First Fee Applications to confirm amounts to be paid by Purdue |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2599461
Invoice Date 07/31/20
Legal Services through June 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/15/20 | Thompson, Yolande | 0.30 | Finalize March 2020 fee statement for filing |
| 06/15/20 | Thompson, Yolande | 0.10 | Review, update files with filed Certificate of Service for Fifth and Sixth Fee Statements |
| 06/15/20 | Thompson, Yolande | 0.10 | Emails with Services re sending packages containing filed fee statements via FedEx to Chambers and via first class mail to notice parties |
| 06/15/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re information related to fees to provide to Ms. MacDonald at Purdue |
| 06/16/20 | Pierce, Allyson | 0.20 | Review fee examiner report and attachments |
| 06/16/20 | Pierce, Allyson | 0.10 | Review emails from Mr. Shuster re fee examiner report and respond |
| 06/16/20 | Thompson, Yolande | 0.80 | Prepare draft Monthly Fee Statement for May 2020 |
| 06/16/20 | Thompson, Yolande | 0.10 | Review email from Mr. Shuster re payment of first interim fee holdback |
| 06/16/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re status of invoice for May fee statement |
| 06/16/20 | Thompson, Yolande | 2.80 | Prepare draft Second Interim Fee Application and related exhibits |
| 06/17/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re task codes inquiry received from Ms. MacDonald at Purdue |
| 06/17/20 | Thompson, Yolande | 2.50 | Continue preparing draft Second Interim Fee Application and related exhibits |
| 06/17/20 | Thompson, Yolande | 0.10 | Review fee examiner report |
| 06/17/20 | Thompson, Yolande | 0.10 | Review emails among partners re fee examiner report for first interim |

Client No. 1653300

Purdue Pharma, L.P.

Matter No. 1653300-00136

Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2599461
Invoice Date 07/31/20
Legal Services through June 30, 2020

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| | | | fee application |
| 06/18/20 | Thompson, Yolande | 0.10 | Review email from Mr. Shuster re timing to respond to fee examiner report |
| 06/23/20 | Thompson, Yolande | 0.10 | Email to Ms. Kennedy re status of invoice for May fee statement |
| 06/24/20 | Thompson, Yolande | 0.10 | Review email from Ms. Kennedy re status of invoice for May fee statement |
| 06/29/20 | Pierce, Allyson | 0.10 | Email Ms. Thompson re update on status of interim fee application |
| 06/29/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re second interim fee application |
| | | **19.00** | |

L400 - Congressional Investigation

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/01/20 | Rockett, Elizabeth W. | 0.50 | Complete ████████████ |
| 06/02/20 | Brown, Reginald | 0.60 | Participate ██████ |
| 06/02/20 | Rockett, Elizabeth W. | 0.50 | Complete ████████████ |
| 06/03/20 | Rockett, Elizabeth W. | 0.50 | Complete ████████████ |
| 06/04/20 | Rockett, Elizabeth W. | 0.50 | Complete ████████████ |
| 06/05/20 | Rockett, Elizabeth W. | 0.50 | Complete ████████████ |
| 06/08/20 | Rockett, Elizabeth W. | 0.50 | Complete ████████████ |
| 06/09/20 | Brown, Reginald | 0.60 | Participate ████████ |
| 06/10/20 | Rockett, Elizabeth W. | 0.50 | Complete ████████████ |

Client No. 1653300                           Purdue Pharma, L.P.
Matter No. 1653300-00136                     Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2599461
Invoice Date 07/31/20
Legal Services through June 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/11/20 | Rockett, Elizabeth W. | 0.50 | Complete █████████████████████ |
| 06/12/20 | Wenik, Saige | 0.30 | Complete █████████████████████ |
| 06/15/20 | Rockett, Elizabeth W. | 0.50 | Complete █████████████████████ |
| 06/16/20 | Brown, Reginald | 0.50 | Participate ███████████████████ |
| 06/16/20 | Rockett, Elizabeth W. | 0.50 | Complete █████████████████████ |
| 06/17/20 | Rockett, Elizabeth W. | 0.50 | Complete █████████████████████ |
| 06/18/20 | Brown, Reginald | 0.50 | Participate ████████████ |
| 06/18/20 | Rockett, Elizabeth W. | 0.50 | Complete █████████████████████ |
| 06/18/20 | Satten-Lopez, Elena M. | 0.20 | Review ███████████████████ |
| 06/19/20 | Rockett, Elizabeth W. | 0.50 | Complete █████████████████████ |
| 06/20/20 | Brown, Reginald | 0.40 | Confer ████████████████ |
| 06/22/20 | Rockett, Elizabeth W. | 0.50 | Complete █████████████████████ |
| 06/23/20 | Brown, Reginald | 0.50 | Participate █████████████ |
| 06/23/20 | Rockett, Elizabeth W. | 0.50 | Complete █████████████████████ |
| 06/24/20 | Brown, Reginald | 1.00 | Participate █████████████████████ |
| 06/24/20 | Rockett, Elizabeth W. | 0.50 | Complete █████████████████████ |
| 06/25/20 | Wenik, Saige | 0.40 | Complete ████████████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2599461
Invoice Date 07/31/20
Legal Services through June 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/26/20 | Lannon, William E. | 0.50 | File ███████████ t |
| 06/26/20 | Wenik, Saige | 0.40 | Complete ████████ |
| 06/29/20 | Brown, Reginald | 1.00 | ████ call █████████ |
| 06/30/20 | Brown, Reginald | 0.30 | Participate ██████ |
| 06/30/20 | Brown, Reginald | 0.20 | Participate ████████████ |
| 06/30/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████ |
| | | **15.70** | |

| | | | |
|------|-----------|-------|-------------|
| **Total** | | **<u>34.70</u>** | |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2599461
Invoice Date 07/31/20
Legal Services through June 30, 2020

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 5.60 | 1,550.00 | 8,680.00 |
| Byrnes, John T. | 0.70 | 940.00 | 658.00 |
| Pierce, Allyson | 1.50 | 595.00 | 892.50 |
| Satten-Lopez, Elena M. | 0.20 | 550.00 | 110.00 |
| Thompson, Yolande | 16.80 | 545.00 | 9,156.00 |
| Lannon, William E. | 0.50 | 385.00 | 192.50 |
| Wenik, Saige | 1.10 | 325.00 | 357.50 |
| Rockett, Elizabeth W. | 8.30 | 275.00 | 2,282.50 |
| **Total Legal Services** | **34.70** | | **$22,329.00** |

| Task | Description | Hours | Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 19.00 | 10,706.50 |
| L400 | Congressional Investigation | 15.70 | 11,622.50 |
| **Total Legal Services** | | **34.70** | **$22,329.00** |

## DISBURSEMENTS

| Description | Total |
|---|---|
| WHDS DATA HOSTING - INGESTED DOCUMENTS DOCUMENT INSTANCE HOSTING | 115.20 |
| **Total Disbursements** | **$115.20** |