# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**CHAPTER 11**

| | |
|---|---|
| In Re: Ronald Bass, ) | |
| ) | Case No. 19-23649 |
| ) | |
| ) | |
| PURDUE PHARMA L.P., et al., ) | |
| Debtors | |

**This is a Motion in response to the Motion filed by the NAACP and their Supporting Memorandum, 08/07/20**

Dear Judge Drain;

**PLEASE TAKE NOTICE,** that I am a lay-person of the law, filing this informal letter motion in lieu of a more formal motion on short notice in reply to the National Association for the Advancement of colored People, Notice of Motion to Intervene and its' supporting Memorandum and exhibits filed on 08/07/2020 the NAACP's moving papers, I consent to the NAACP motion to intervene on my behalf as a person of color who suffered harm caused by the Opioid Epidemic, also I am asserting the Judicial Panel on Multidistrict Litigation order to any opposition to my Tag-along claim, which all Briefing schedule was closed to any opposition.

I, also agree with the NAACP exhibited (1), that the "opiate epidemic denied people of color social services"; I was denied services for my son medical conditions due to the negligence of civil service employees under the American with Disabilities Act of 1990, Title II entities and public employees and under Title

III, private entities; these discriminator acts against me was by unsound allegations of public and private entities were due to being stigmatize by unfound allegations of the manufactured opioids and my addiction to my past prescribed medical substance of Purdue Pharma L.P., et al., opiates manufactured products.

I also agree with the NAACP in the crafting protection by using the unique power of the Bankruptcy Court to place protection on the expenditure of the funds; I agree that the amount of funds to be distribute to myself, son and daughter shall adjusted accordingly of my son's birth and my daughter's mental suffering due to her mother's death from the manufactured opioid prescribed medication and my losses as described in my claim.

The NAACP, stated in their exhibited (1), par.2 "The NAACP is concerned about where the funds are distributed after it is awarded to the individual States, counties, municipalities and other public institutions." See exhibit (A) Essex County New Jersey and Newark New Jersey are public entities that are asserting claims against Purdue Pharma, L.P. et al., although the State of New Jersey Attorney General Office has filed complaint against the pharmaceutical industries as one of the 48 states in the United States of America, which has been settled in the United States District Court, Cleveland, Ohio before Judge Dan A. Polster, Master Docket No. 1:17-md-2804.

I am asserting the integrity, equal protection to uphold the constitutional and legal process of the United States Bankruptcy Court and the United States Department of Justice Trustee Program to be compensated for my losses and to be made hold, as well as for my children.

*Ronald Bass Sr.*
Ronald Bass, Sr.

**ATTACHMENTS**

**Prime Clerk**
Grand Central Station, PO Box 4850
New York NY 10163-4850



U.S. POSTAGE >> PITNEY BOWES

ZIP 10165 $ 000.50⁰
02 4W
0000349747 AUG 11 2020

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

Windsor 2325 SRF 44720 MMLID: 3144671 PackID: 58 Clm Ack Batch-0291
Bass, Ronald
450 Little Place. Apt. 53
North Plainfield, NJ 07060

SRF 44720
PackID: 58
MMLID: 10377172

Bass, Ronald
450 Little Place. Apt. 53
North Plainfield NJ 07060

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM**

This serves as confirmation that the proof of claim form you submitted in connection with the Purdue Pharma L.P. jointly administered chapter 11 bankruptcy cases has been received by Prime Clerk LLC ("Prime Clerk") on 7/16/2020.

Your claim has been assigned claim number __89590__.

Please do not discard this letter as you may need to refer to it in the future.

*Note to Personal Injury Claimants:*

Pursuant to an order entered by the United States Bankruptcy Court, all personal injury claimant proof of claim forms, and any supporting documentation submitted with such forms, shall remain highly confidential and shall not be made available to the public. If you submitted a personal injury proof of claim form and would like additional information about your claim, please call Prime Clerk at (844) 217-0912, send an inquiry to purduepharmainfo@primeclerk.com, or submit an inquiry or live chat with Prime Clerk through the case website at https://restructuring.primeclerk.com/purduepharma. Please have this letter with you when you call or submit your inquiry.

*Note to Non-Personal Injury Claimants:*

For further information regarding a submitted proof of claim form that is not a personal injury claimant proof of claim form, you may contact Prime Clerk via the above identified channels, or you may visit the claims page located at https://restructuring.primeclerk.com/purduepharma/ to view the current status of your claim.

**The processing of your claim by Prime Clerk and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**





| Derrick Johnson | Leon W. Russell |
|---|---|
| *President and Chief Executive Officer* | *Chairman National Board of Directors* |

## OFFICE OF THE GENERAL COUNSEL

July 15, 2020

Dear Counselor,

On behalf of the National Association for the Advancement of Colored People ("NAACP"), I would like to thank your client in advance for considering our request to not oppose NAACP's motion to intervene on behalf of communities of color in the Purdue Pharma Bankruptcy matter. The NAACP is filing this motion to intervene in order to be an advocate on behalf of underserved communities of color in the settlement process. In prior instances where mass tort settlement money was intended, in part, for communities of color, the money ended up in areas where the people have the greatest political influence, rather than the greatest need.

The NAACP intends to work with all parties to craft protections using the unique powers of the Bankruptcy Court to place protections on the expenditure of the funds. It is not our intent to disturb agreements that are in place regarding the amount and division among the plaintiffs. The NAACP is concerned about where the funds are distributed after it is awarded to the individual States, counties, municipalities and other public institutions.

The NAACP brings a singular contribution to this process because its focus, unlike any other party, will be on the historically underserved communities of color and with its unparalleled reach into those communities --through over 2200 units in every state in the union--it can give voice to their needs unlike any other organization.

Without accountability regarding the manner in which these funds are ultimately spent, the communities of color across the United States that have been so injured by the opioid epidemic may not realize the drug treatment programs, social services programs, and other related services truly needed. Help us make sure that through this mediation there is some accountability as to how the funds will be distributed.

July 5, 2020
Page 2

Please support us in protecting the most vulnerable segment of our society and help us provide real relief to our fellow citizens suffering through the consequences of the opioid epidemic.

Best regards,

*Janette Louard*

Janette Louard
Interim General Counsel
NAACP Empowerment Program

*Wilbur O. Colom*

Wilbur O. Colom
Special Counsel to NAACP

PURDUE PHARMA PROCESSING CENTER
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

August 10, 2020

**Re: UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re Ronald Bas, Sr. Creditor

Case No. 19-23649(RDD)

**PURDUE PHARMA L.P., et al., Debtors,**

Dear Clerk or Team Processing Manager

Find enclose copies of the face-sheet of the creditors applications of Personal Injury Claimant Proof of Claim Forms, respectively myself, son* and daughter's, this letter comes to the attention of the Prime Clerk, LLC and the Division of Duff & Phelps Policy towards the Black Community and Demands an End to Racism and Institutional injustice, discrimination and the lack of equality, diversity and transparency toward Black Americans-Moorish Americans or as identified as a person of color

I am also asserting the NAACP defense in the alternative in my claims on the record received my Prime Clerk, LLC on July 16, 2020; The representation of the Motion and Memorandum In Support of the Motion to Intervene on Behalf of the NAACP Office of General Counsel, Janette Louard, Wilbur O. Colon and motion and memorandum and exhibits respectfully submitted by all counsel in the records, Norma E. Ortiz, Wilbur O. Colom, Janette Louard, Francois M. Blaudeau, Evan T. Rosemore and James Henley.

The NAACP has been struggling against racial injustice against Americans Blacks since February 12, 1909 and along with the ACLU since January 19, 1920.

I submitted my Creditor's Proof of Claim and it was received by Prime Clerk, LLC 7/16/2020 with supporting documents I'm urge that my claims and children claims and supporting documents that was received last month be appropriately filed before the U.S. Bankruptcy Court Clerk and legal staffs and Judge Robert D. Drain review of our Creditors claims.

Sincerely

*Ronald Bass, Sr.*

Ronald Bass, Sr.

*Attachments from the NAACP*

*Ronald Bass Sr.*

cc: Prime Clerk, DUFF & PHELPS Administration(s)

- **My son was diagnosed with neonatal abstinence syndrome and amongst other things due to his mother's due to his opiate addiction.**

**Derrick Johnson**
President and Chief Executive Office
**Leon W. Russell**
Chairman, National Board of Directors
**Janette Louard**
Interim General Counsel
NAACP Empowerment Programs
**Wilbur O. Colom**
Special Counsel to NAACP

**National Association for the Advancement of Colored People**
Office or the general counsel
4805 Mt Hope Drive
Baltimore MD 21215-3297


August 11, 2020


**Re: PURDUE PHARMA l.p., et al.,**
   **Case No. 19-23649(RDD)**


Dear Counsels;

You stated to the United States Bankruptcy Court and the Public:

> "**Please support us in protecting the most vulnerable segment of our Society and help us provide real relief to our fellow citizens suffering through the consequences of the opioid epidemic.**"


The States has used the identical reasons and comparable vernacular use in their opiate claims as the NAACP is using to become a creditor in the United States Bankruptcy Court, for the Southern District of White Plains, New York to reach an agreement with Purdue Pharma L.P., et al.,

I haven't seen anything in your motion or supporting memorandum that statistically single out individual's persons or people by names who have and are personally suffering and suffered from the **OPIOID CRISIS** and the opiate epidemic.

I'm an individual (amongst others in my family) who personally suffered physical harm from prescribed opioid drugs, I'm an individual who financially lost employments, housing, parental rights, from medically prescribed opiates medicines as a medical necessity for pain management.

Neither have I seen or read were the NAACP named any individuals whom they intend to assist financially to replace any losses due to the opioid crisis.

I appreciate, if your counselors of records to the Purdue Pharma L.P., et al., settlement contact me reference to guaranteeing my rights to an equal share to recover my losses, my daughters lose of her mother, my son who was born medically fragile and diagnosed with neonatal abstinence syndrome due to his mother's delinquency.

**I look forwards to hearing from the NAACP attorneys of records concerning the above reference case number.**

Thanks

*Ronald Bass, Sr.*

Ronald Bass, Sr.

# HAS THE PRESCRIPTION OPIOID CRISIS AFFECTED YOU OR SOMEONE YOU KNOW? YOU COULD BE COMPENSATED FROM THE PURDUE PHARMA L.P. BANKRUPTCY

## FILE YOUR CLAIM BY JULY 30, 2020

**WHAT IS THIS ABOUT?**
If you think you've been hurt by Purdue Pharma L.P., a U.S. limited partnership, and its affiliated Debtor companies ("Purdue"), or Purdue prescription opioids, like OxyContin, or other prescription opioids manufactured or sold by Purdue, you can file a claim for compensation in the Purdue bankruptcy proceeding. The deadline to file a claim is July 30, 2020, at 5:00 p.m. Eastern Time.

**WHAT IS A CLAIM AND WHO CAN FILE?**
A "claim" means a right to seek payment or other compensation. You must file a Proof of Claim Form so it is actually received at the address indicated on the form's instructions by the deadline. It can be filed by you, by a legal guardian, by survivors, or by relatives of people who have died or are disabled. All "Personal Injury Claimant Proof of Claim Forms" and any supporting documentation will be kept highly confidential and will not be made available to the public. You do not need an attorney in order to file a Proof of Claim.

Additionally, partnerships, corporations, joint ventures, trusts, governmental units, and Native American Tribes may also file a claim against Purdue or any of its affiliated Debtor companies.

Go to **PurduePharmaClaims.com** to find a complete list of instructions on how to file a claim. You will also find a list of the opioids produced, manufactured or sold by Purdue or its subsidiaries.

You may file a Proof of Claim even if a settlement is contemplated in the Purdue bankruptcy so that your claim can be considered as part of any settlement.

> " ANYONE CAN BE IMPACTED BY PRESCRIPTION OPIOIDS. "

# IMPORTANT INFORMATION FOR YOU

### WHO DOES THIS AFFECT AND WHAT ARE MY RIGHTS?
If you think you've suffered harm from Purdue or Purdue prescription opioids, you have the right to file a claim even if you may have also received reimbursement from insurance. Examples of claims that may be filed in the Purdue bankruptcy include death, addiction or dependence, lost wages, loss of spousal relationship benefit for things like child-rearing, enjoyment of life, etc., or Neonatal Abstinence Syndrome ("NAS"), among others.

### THE DEADLINE TO FILE A CLAIM IS JULY 30, 2020, AT 5:00 P.M. EASTERN TIME.
If you do not file a claim by the deadline, you will lose the right to file a claim against Purdue, and you will lose any right you may have had to seek payment or compensation. Proof of Claim Forms, a list of opioids manufactured or sold by Purdue, and instructions for how to file a claim are online at **PurduePharmaClaims.com**.

### IS PURDUE OUT OF MONEY? No.

### WHAT IS A BAR DATE?
The Bar Date is the court approved deadline for filing claims against Purdue for money owed or harm you believe was caused by acts or omissions of any of the Debtors (Purdue Pharma L.P. and its subsidiaries and general partner) from before the September 15, 2019 Chapter 11 filing date. The Bar Date has been established as July 30, 2020, at 5:00 p.m. Prevailing Eastern Time.

### WHAT IS A PROOF OF CLAIM?
A "Proof of Claim" is the official form that a creditor or other interested party (or litigant, or someone who believes that Purdue has caused them damages) must submit in order to assert and support any claim against any or all of the Debtors. The Bankruptcy Court has approved four Proof of Claim Forms that seek certain baseline information that will be important for evaluating claims filed against the Debtors. These forms are: (i) a Non-Opioid Claimant Proof of Claim Form; (ii) a Governmental Opioid Claimant Proof of Claim Form; (iii) a General Opioid Claimant Proof of Claim Form; and (iv) a Personal Injury Claimant Proof of Claim Form.

### THIS IS ONLY A SUMMARY
For more information concerning Purdue's bankruptcy, Frequently Asked Questions, examples of personal injury and other claims that can be filed, instructions on how to file a claim, and important documents including the Bar Date Notice, visit **PurduePharmaClaims.com**. You can also request a Proof of Claim Form by mail, phone or email:

Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412, Brooklyn, NY 11232
Toll Free: (844) 217-0912
Email: purduepharmainfo@primeclerk.com

**PurduePharmaClaims.com    Phone: 1.844.217.0912**

# THE OPIOID CRISIS AND THE BLACK/AFRICAN AMERICAN POPULATION: AN URGENT ISSUE



**SAMHSA**
Substance Abuse and Mental Health Services Administration
www.samhsa.gov

