**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X
: Chapter 11

In re:

: Case No. 19-23649 (RDD)

PURDUE PHARMA L.P., et al.,

: (Jointly Administered)

        Debtors.

:
---------------------------------------------------------- X

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Dorothy White-Coleman to be admitted, *pro hac vice*, to represent City of Bellefontaine Neighbors, Missouri (the "City") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of (a) the bars of the States of Missouri and Illinois, (b) the United States Court of Appeals for the Eighth Circuit, and (c) the United States District Court for the Eastern District of Missouri, it is hereby

ORDERED, that Dorothy White-Coleman, Esq. is admitted to practice, *pro hac vice*, in the above referenced cases to represent the City in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 18, 2020
      White Plains, New York

                                            */s/Robert D. Drain*
                                            United States Bankruptcy Judge