UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re: Purdue Pharma L.P., et al.

                                 Debtor

Case No.: 19-23649
Chapter 11

-----------------------------------------------------------x

                                 Plaintiff

                        v.

                                 Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, __Dennis Jared Windscheffel__, request admission, *pro hac vice*, before the Honorable __Robert D. Drain__, to represent __the Official Commitee of Unsecured__ Creditors of __Purdue Pharma L.P., et al.__ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of __Texas__ and, if applicable, the bar of the U.S. District Court for the Southern, Eastern, and Western District of __Texas__.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 8-20-2020
San Antonio, Texas

*Mailing Address:*
Akin Gump Strauss Hauer & Feld
112 E. Pecan Street
San Antonio, TX 78205-1512
*E-mail address:* dwindscheffel@akingump.com
*Telephone number:* (210) 281 - 7176