**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:  Purdue Pharma L.P., et al.,

                      Debtor

---------------------------------------------------------------x

                      Plaintiff

           v.

                      Defendant

---------------------------------------------------------------x

Case No.: <u>19-23649</u>

Chapter <u>11</u>

Adversary Proceeding No.: _____

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of  <u>Dennis Jared Windscheffel</u>  to be admitted, ***pro hac vice***, to represent <u>The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.</u>, (the "Client") in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Texas</u> and, if applicable, the bar of the U.S. District Court for the <u>Southern, Western, and Eastern District of Texas</u>, it is hereby

      **ORDERED**, that <u>Dennis Jared Windscheffel</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE