UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: Purdue Pharma L.P., et al.

                              Debtor

------------------------------------------------------------x

                              Plaintiff

                         v.

                              Defendant

------------------------------------------------------------x

Case No.: 19-23649
Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Clayton N. Matheson, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Official Commitee of Unsecured Creditors of Purdue Pharma L.P., et al. in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Western District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 8-19-20
San Antonio, Texas

*(signature)*
Mailing Address:

Akin Gump Strauss Hauer & Feld
112 E. Pecan Street
San Antonio, TX 78205-1512
E-mail address: cmatheson@akingump.com
Telephone number: (210) 281-7148