| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Kenneth H. Eckstein<br>David E. Blabey Jr.<br>Rachael Ringer<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100 | GILBERT LLP<br>Scott D. Gilbert (admitted *pro hac vice*)<br>Craig Litherland (admitted *pro hac vice*)<br>Kami E. Quinn (admitted *pro hac vice*)<br>100 New York Ave, NW, Suite 700<br>Washington, D.C. 20005<br>Telephone: (202) 772-2200 |
| BROWN RUDNICK LLP<br>David J. Molton<br>Steven D. Pohl<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800 | OTTERBOURG P.C.<br>Melanie L. Cyganowski<br>Jennifer S. Feeney<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: (212) 661-9100 |

*Attorneys for the Ad Hoc Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
: 
In re:                                                                              :    Chapter 11
                                                                                         :
PURDUE PHARMA L.P., *et al.*,                                   :    Case No. 19-23649 (RDD)
                                                                                         :
                                       Debtors.                          :    (Jointly Administered)
                                                                                         :
------------------------------------------------------------------ X

**AD HOC COMMITTEE'S STATEMENT IN SUPPORT OF THE**
**MOTION TO INTERVENE OF THE NATIONAL ASSOCIATION**
**FOR THE ADVANCEMENT OF COLORED PEOPLE**

The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**")[1] hereby submits this statement in support of the motion to intervene (the "**Motion to Intervene**") [Dkt. No. 1555] filed by the National Association for the Advancement of Colored People ("**NAACP**"), and respectfully states as follows:

---

[1] The members of the Ad Hoc Committee are set forth in the 2019 statements filed at Docket Number 279.

1.      The Ad Hoc Committee supports the Motion to Intervene, as described herein.  The NAACP, with its long and successful record of advocacy, and its commitment to critical issues of political, educational, social, and economic equality, undoubtedly has much to contribute to the overall success of these cases, and the mitigation of the opioid crisis more broadly.  The Ad Hoc Committee has been in discussions with the NAACP and other parties in interest concerning how best to facilitate the NAACP's participation in these cases, including in the ongoing mediation, and expects that a stipulation regarding the scope of such participation will be filed in due course.  In the meantime, the Ad Hoc Committee looks forward to working constructively with the NAACP in furtherance of the common goal of a successful, just, and value-maximizing resolution of these cases, including through a public abatement plan.

WHEREFORE, for the foregoing reasons, the Ad Hoc Committee respectfully requests that the Court grant the Motion to Intervene on the terms embodied in the forthcoming stipulation.

Dated:  August 23, 2020                    Respectfully submitted,

/s/ *Kenneth H. Eckstein*
Kenneth H. Eckstein
David E. Blabey Jr.
Rachael Ringer
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Email: keckstein@kramerlevin.com
          dblabey@kramerlevin.com
          rringer@kramerlevin.com

Scott D. Gilbert (admitted *pro hac vice*)
Craig Litherland (admitted *pro hac vice*)
Kami E. Quinn (admitted *pro hac vice*)
GILBERT LLP
100 New York Ave, NW, Suite 700
Washington, D.C. 20005
Telephone: (202) 772-2200

        Email: gilberts@gilberlegal.com
                litherlandc@gilbertlegal.com
                quinnk@gilbertlegal.com

David J. Molton
Steven D. Pohl
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: dmolton@brownrudnick.com
       spohl@brownrudnick.com

Melanie L. Cyganowski
Jennifer S. Feeney
OTTERBOURG P.C.
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100
Email: mcyganowski@otterbourg.com
       jfeeney@otterbourg.com

3