**ROBINS KAPLAN LLP**
Scott F. Gautier (*pro hac vice* pending)
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Emails:    sgautier@robinskaplan.com

*Counsel to Collegium Pharmaceuticals, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Arlene Zamora, being duly sworn, depose and say:

1.   I am over the age of eighteen years and employed by Robins Kaplan LLP, and I am not a party to the above-captioned action.

2.   On August 24, 2020, I caused to be served a true and correct copy of the following document via Notice of Electronic Filing upon the parties set forth on the service list annexed hereto as **Exhibit A**, via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit B**, and via FedEx upon the parties set forth on the service list annexed hereto as **Exhibit C**:

- *Response to Debtors' Objection to Collegium Pharmaceutical, Inc.'s Motion for Relief from the Automatic Stay and Debtors' Reply in Support of Debtors' Motion for Order Modifying the Automatic Stay to Permit the Debtors to Prosecute Certain Pending Patent Litigation*

Dated:   August 24, 2020         By: /s/ Arlene G. Zamora
         Los Angeles, California


Sworn to and subscribed before me this 24th day of August, 2020, by Arlene G. Zamora, who is personally known to me.


/s/ Dona Bergstrom
FIRST LEGAL
Notary Public, State of California
No.: 2281963
Qualified in Los Angeles County
Commission Expires April 17, 2023

# EXHIBIT A

- Jill Abrams    jill.abrams@vermont.gov
- Nicklas Arnold Akers    nicklas.akers@doj.ca.gov
- Sydenham B. Alexander    sandy.alexander@mass.gov
- Anne Andrews    aa@andrewsthornton.com
- Alison Archer    alison.archer@ohioattorneygeneral.gov
- Michael I. Baird    baird.michael@pbgc.gov, efile@pbgc.gov
- Jasmine Ball    jball@debevoise.com, cponeal@debevoise.com;amcdermott@debevoise.com;nquigley@debevoise.com
- Lauren Guth Barnes    lauren@hbsslaw.com, purduebankruptcy@hbsslaw.com
- Morgan R Bentley    mbentley@bentleyandbruning.com
- Thomas Moultrie Beshere    tbeshere@oag.state.va.us
- Thomas D. Bielli    tbielli@bk-legal.com, dklauder@bk-legal.com;tnobis@bk-legal.com
- Kathryn Blake    kathryn.blake@ag.ny.gov
- Jordan S. Blask    jblask@tuckerlaw.com, agilbert@tuckerlaw.com
- Anthony D. Boccanfuso    Anthony.Boccanfuso@apks.com, ecf-b9841d808f73@ecf.pacerpro.com
- James T. Boffetti    james.boffetti@doj.nh.gov, janet.demers@doj.nh.gov
- Morton R. Branzburg    mbranzburg@klehr.com, jtaylor@klehr.com
- Gary D. Bressler    gbressler@mdmc-law.com, kdeans@mdmc-law.com;scarney@mdmc-law.com;nleonard@mdmc-law.com
- Emily Brown    ebrown@hsplegal.com
- Celeste Brustowicz    cbrustowicz@clfnola.com, lrichardson@clfnola.com
- Michael Morris Buchman    mbuchman@motleyrice.com
- Michiyo Michelle Burkart    michelle.burkart@doj.ca.gov
- Ira Burnim    irabster@gmail.com
- Lori A. Butler    butler.lori@pbgc.gov, efile@pbgc.gov
- CRG Financial LLC    notices@CRGfinancial.com
- Aaron R. Cahn    cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com
- George Calhoun    george@ifrahlaw.com
- Robert P. Charbonneau    rpc@agentislaw.com, bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Julie Elizabeth Cohen    julie.cohen@skadden.com
- Daniel S. Connolly    daniel.connolly@bracewell.com, mco@bracewell.com;joseph.lasher@bracewell.com
- John Michael Connolly    mike@consovoymccarthy.com
- William S Consovoy    will@consovoymccarthy.com
- Linda J Conti    linda.conti@maine.gov
- Heather M Crockett    heather.crockett@atg.in.gov, marie.baker@atg.in.gov
- Jonathan Watson Cuneo    jonc@cuneolaw.com
- Melanie L. Cyganowski    mcyganowski@oshr.com, awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

- Peter D'Apice    dapice@sbep-law.com
- Scott I. Davidson    sdavidson@kslaw.com, jcmccullough@kslaw.com
- Brett T DeLange    brett.delange@ag.idaho.gov
- Ira S. Dizengoff    idizengoff@akingump.com, apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;mreichert@akingump.com
- Mark S. Dym    mdym@hsplegal.com
- Leslie A. Eaton    leslie.eaton@coag.gov
- Kenneth H. Eckstein    keckstein@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
- Brian Edmunds    bedmunds@oag.state.md.us
- Leah M. Eisenberg    leisenberg@foley.com, leisenberg@foley.com
- Susan Ellis    sellis@atg.state.il.us
- Bernard Ardavan Eskandari    bernard.eskandari@doj.ca.gov
- Gillian Feiner    gillian.feiner@mass.gov
- Jamie Fell    jamie.fell@stblaw.com
- Lowell W. Finson    lowellwfinson@gmail.com
- Judith Aurora Yosepha Fiorentini    judith.fiorentini@doj.ca.gov
- Lara J Fogel    lfogel@levinelee.com
- Joseph D. Frank    jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com
- George Robert Gage    grgage@gagespencer.com
- Jeffrey K. Garfinkle    jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- Scott F. Gautier    sgautier@robinskaplan.com, kmeek@robinskaplan.com;mdelaney@robinskaplan.com
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Eric M. Gold    eric.gold@state.ma.us
- Matthew J. Gold    mgold@kkwc.com
- Eric Goldstein    egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- Michael Goldstein    mgoldstein@goodwinlaw.com
- Leslie A. Goller    lgoller@terrellhogan.com
- Gary A. Gotto    ggotto@kellerrohrback.com
- Elisha D. Graff    egraff@stblaw.com
- Timothy E. Graulich    ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com
- Mawerdi Hamid    mawerdi.hamid@ag.state.mn.us
- William Hao    william.hao@alston.com, leslie.salcedo@alston.com
- Ben Harrington    benh@hbsslaw.com
- Neil L Henrichsen    nhenrichsen@hslawyers.com
- John Wayne Hogan    hogan@terrellhogan.com
- Chiung-Hui Huang    chuang@hslawyers.com
- Evan M. Jones    ejones@omm.com, evan-jones-5677@ecf.pacerpro.com
- Gregory P. Joseph    gjoseph@jha.com
- Nicholas F. Kajon    nfk@stevenslee.com, NFK@ECFAlerts.com
- Benjamin S. Kaminetzky    kaminet@dpw.com, ecf.ct.papers@davispolk.com
- Nickolas Karavolas    nkaravolas@phillipslytle.com, ddrons@phillipslytle.com
- Joshua Karsh    pleadings@findjustice.com

- Michael J Kasen    mkasen@kasenlaw.com
- Beth Kaswan    bkaswan@scott-scott.com
- Ashley Keller    ack@kellerlenkner.com
- Nicolas G. Keller    nicolas.keller@dfs.ny.gov
- Neil Francis Xavier Kelly    nkelly@riag.ri.gov, mdifonzo@riag.ri.gov
- Muhammad Umair Khan    umair.khan@ag.ny.gov
- Michael S. Kimm    msk@kimmlaw.com, law@kimmlaw.com;proh@kimmlaw.com
- Jeremy C. Kleinman    jkleinman@fgllp.com
- Anna Kordas    akordas@jonesday.com
- Mark Krueger    mkrueger@ag.nv.gov, dpotnar@ag.nv.gov,jwhitson@ag.nv.gov,vbmonroy@ag.nv.gov,lmtucker@ag.nv.gov
- Thomas Lauria    tlauria@whitecase.com
- Andrea Law    alaw@atg.state.il.us
- Trish Lazich    trish.lazich@ohioattorneygeneral.gov
- Alexander Lees    alees@milbank.com, alexander-lees-2212@ecf.pacerpro.com;AutoDocketECF@milbank.com
- Nicole A Leonard    nleonard@mdmc-law.com, sshidner@mdmc-law.com
- Richard B. Levin    rlevin@jenner.com
- Donald K. Ludman    dludman@brownconnery.com
- Timothy Lundgren    timothy.lundgren@doj.ca.gov
- Michael Luskin    luskin@lsellp.com
- Jennifer B Lyday    jlyday@waldrepllp.com
- Joanna Lydgate    joanna.lydgate@mass.gov
- Christopher A. Lynch    clynch@reedsmith.com
- Kevin C. Maclay    kmaclay@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
- Eric John Maloney    eric.maloney@ag.state.mn.us
- Scott S. Markowitz    smarkowitz@tarterkrinsky.com, snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com
- Kimberly P. Massicotte    kimberly.massicotte@ct.gov
- Brian S. Masumoto    nysbnotice@gmail.com
- Annemarie Belanger Mathews    amathews@scag.gov
- James I. McClammy    james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com
- Katherine McCraw    kmccraw@ncdoj.gov, kchadwick@ncdoj.gov;etant@ncdoj.gov;lbulls@ncdoj.gov
- Patrick Francis McTernan    pmcternan@croninfried.com, cfskf@croninfried.com
- Cyrus Mehri    cmehri@findjustice.com
- Seth Adam Meyer    sam@kellerlenkner.com, docket@kellerlenkner.com
- Samuel Mitchell    sam@mitchellspeights.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Denise Mondell    denise.mondell@ct.gov
- Eleanor M. Mullen    eleanor.mullen@ct.gov
- Sean Michael Murphy    murphysm@doj.state.wi.us, radkeke@doj.state.wi.us
- David Eli Nachman    david.nachman@ag.ny.gov
- Edward E. Neiger    eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com
- Darlene M. Nowak    nowak@marcus-shapira.com

- Brendan O'Neil   brendan.oneil@maine.gov
- Steven P Ordaz   sordaz@bmcgroup.com, bmc@ecfAlerts.com
- Robert Padjen   robert.padjen@coag.gov
- Jeremy Pearlman   jeremy.pearlman@ct.gov
- William R Pearson   william.pearson@ag.iowa.gov
- Justino D Petrarca   jpetrarca@edlawyer.com, emcnulty@edlawyer.com
- Todd E. Phillips   tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com,cguerrero@capdale.com
- Matthew J. Piers   mpiers@hsplegal.com, rortiz@hsplegal.com;docketing@hsplegal.com
- Constantine Dean Pourakis   cp@stevenslee.com
- Amanda Quick   amanda.quick@atg.in.gov, marie.baker@atg.in.gov
- Paul A. Rachmuth   paul@paresq.com
- Aisha Rich   arich@findjustice.com
- Mai Lan G. Rodgers   rodgers.mailan@pbgc.gov, efile@pbgc.gov
- Laurel D. Roglen   roglenl@ballardspahr.com
- Evan Romanoff   evan.romanoff@ag.state.mn.us
- Laurie Rubinow   lrubinow@sfmslaw.com
- Vadim J. Rubinstein   vrubinstein@loeb.com, vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com
- Megan Paris Rundlet   megan.rundlet@coag.gov
- Joel Shafferman   joel@shafeldlaw.com
- Pearl Shah   pshah@mcgrailbensinger.com
- J. Christopher Shore   cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com
- George W. Shuster   george.shuster@wilmerhale.com, WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com
- Steven A Skalet   sskalet@findjustice.com
- Daniel H. Slate   dslate@buchalter.com
- Eric J. Snyder   esnyder@wilkauslander.com, jstauder@wilkauslander.com
- Christopher B Spuches   cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com
- Katherine Stadler   kstadler@gklaw.com, kboucher@gklaw.com
- Catherine Steege   csteege@jenner.com, jeffrey_cross@discovery.com
- Dawn Stewart   dstewart@thestewartlawfirm.com
- Aaron H. Stulman   astulman@potteranderson.com, bankruptcy@potteranderson.com
- Mark Tate   wkell@tatelawgroup.com
- Jay Teitelbaum   jteitelbaum@tblawllp.com, dcampagne@tblawllp.com
- Louis J. Testa   louis.testa@ag.ny.gov
- Wendy Tien   wendy.tien@ag.state.mn.us
- Marc Joseph Tobak   mtobak@dpw.com, ecf.ct.papers@davispolk.com
- Lawrence L. Tong   lawrence.l.tong@hawaii.gov, mana.moriarty@hawaii.gov;aaron.s.joyce@hawaii.gov
- Sara Tonnesen   stonnesen@oag.state.md.us
- Andrew M. Troop   andrew.troop@pillsburylaw.com
- Margaret Truesdale   mtruesdale@hsplegal.com
- Marshall C. Turner   marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

- United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
- Gerard Uzzi    guzzi@milbank.com, jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com
- Melissa L. Van Eck    mvaneck@attorneygeneral.gov
- Jennifer Lynn Vandermeuse    vandermeusejl@doj.state.wi.us, radkeke@doj.state.wi.us
- Shmuel Vasser    shmuel.vasser@dechert.com, nycmanagingclerks@dechert.com,brett.stone@dechert.com
- Ilana Volkov    ivolkov@mcgrailbensinger.com, ivolkov@mcgrailbensinger.com
- Eli J. Vonnegut    eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com
- William P. Weintraub    wweintraub@goodwinprocter.com, gfox@goodwinprocter.com
- Erin West    ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com
- Gregory Dale Willard    gwillard@dubllc.com
- Brady C. Williamson    bwilliamson@gklaw.com
- Charles Wysong    cwysong@hsplegal.com
- Dina L. Yunker Frank    bcuyunker@atg.wa.gov
- David Zwally    dzwally@haugpartners.com

## EXHIBIT B

- Marshall Huebner, marshall.huebner@davispolk.com;
- Ben Kaminetzky, ben.kaminetzky@davispolk.com;
- Timothy Graulich, timothy.graulich@davispolk.com;
- James McClammy, james.mcclammy@davispolk.com;
- Eli J. Vonnegut; eli.vonnegut@davispolk.com.

**EXHIBIT C**

The Honorable Robert D. Drain
U.S. Bankruptcy Court
for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601


U.S. Trustee
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014