UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### SUPPLEMENTAL DECLARATION OF THOMAS O. POWELL IN SUPPORT OF APPLICATION OF DEBTORS FOR AUTHORITY TO RETAIN AND EMPLOY CORNERSTONE RESEARCH AS CONSULTANTS TO THE DEBTORS *NUNC PRO TUNC* TO JANUARY 14, 2020

I, Thomas O. Powell, hereby declare that the following statements are true and correct to the best of my knowledge after due inquiry as described herein:

1. I am the Associate General Counsel of the consulting firm of Cornerstone Research, Inc. ("Cornerstone"), which maintains offices at 699 Boylston Street, Boston, MA, 02116. I am an attorney admitted to practice law in the State of California. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. On September 15, 2019 (the "**Petition Date**"), each of the above captioned debtors (collectively, the "**Debtors**") commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). On May 13,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2020, the Debtors filed an application for authority to retain and employ Cornerstone as consultants to the Debtors [D.I. 1150] (the "**Application**")[2] pursuant to sections 327(a) of the Bankruptcy Code, rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of New York.

3. My declaration in support of the Application (the "**Original Declaration**") was attached to the Application as Exhibit C. On June 11, 2020, the Court entered the *Order Authorizing the Retention and Employment of Cornerstone Research as Consultants for the Debtors Nunc Pro Tunc to January 14, 2020* [D.I. 1255] (the "**Retention Order**").

4. In connection with the Application and Retention Order, I submit this supplemental declaration (this "**Supplemental Declaration**") to provide additional disclosures in accordance with rules 2014(a) and 2016(b) of the Bankruptcy Rules and as required under the Retention Order.

5. In the Original Declaration, I disclosed the hourly billing rates in effect for Cornerstone professionals expected to spend significant time on the engagement. I also disclosed that Cornerstone's hourly rates are subject to change from time to time in the regular course of Cornerstone's business. Pursuant to the Retention Order, Cornerstone must provide notice of increases to its billing rates before implementing those changes. The billing rates of Cornerstone professionals who have provided services on the engagement to date and whose billing rates are increasing effective September 1, 2020 are set forth below:

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

| Name | Title | 2020 Rate |
|---|---|---|
| Penka Kovacheva | Principal | 720 |
| Rezwan Haque | Senior Manager | 645 |
| Jamie Lee | Senior Manager | 645 |
| Fang Guo | Manager | 605 |
| Sarah Abraham | Manager | 605 |
| Lucia Yanguas | Associate | 545 |
| Nolan Russell | Research Associate | 450 |
| Kyla King | Research Associate | 410 |
| Maaike Desmedt | Senior Analyst | 380 |
| Jeffrey McGill | Senior Analyst | 380 |
| Yixin Chen | Analyst | 345 |
| Ruihan Guo | Analyst | 345 |
| Robert Miller | Analyst | 345 |
| Qian Wang | Analyst | 345 |

6. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 24th day of August, 2020.

_____
Thomas O. Powell
Associate General Counsel
Cornerstone Research, Inc.