**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | ) ) ) | Case No. 19-23649 (RDD) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Ann Weber Langley, to be admitted, *pro hac vice*, to represent the Multi-State Governmental Entities Group in the above-referenced bankruptcy cases, and upon the movant's certification that the movant is a member in good standing of the bars of Texas and the District of Columbia, as well as the bars of the U.S. District Court for the Northern District of Texas and the U.S. District Court for the Western District of Tennessee, it is hereby

ORDERED that Ann Weber Langley, Esq., is admitted to practice, *pro hac vice*, in the above referenced bankruptcy cases to represent the Multi-State Governmental Entities Group in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  August 24, 2020
       White Plains, New York

*/s/Robert D. Drain*
HON. ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

DOC# 3360747