UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**PURDUE PHARMA L.P.,** *et al.,*<br><br>               Debtors. | Chapter 11<br><br>Case No. 19-23649<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, FRANCOIS M. BLAUDEAU, request admission, ***pro hac vice,*** before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent the NAACP, an interested party in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Alabama and, if applicable, the bar of the U.S. District Court for the District of Alabama.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 24, 2020

                                              Respectfully submitted,

                                      *{s} François Blaudeau*
                                      François M. Blaudeau, Esq.
                                      ASB – 7722 – D32F
            Southern Institute for Medical and Legal Affairs, LLC
                                      2224 1st Ave. North
                                      Birmingham, AL 35203
                                      *Tel.: 205.547.5525*
                                      *Fax: 205.547.5526*

                                      *Attorneys for the NAACP*

# UNITED STATES DISTRICT COURT
## Northern District of Alabama



**Sharon N. Harris**
Clerk of Court

**Joe Musso**
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **FRANCOIS M. BLAUDEAU** was duly admitted to practice in said Court on **April 20, 1999**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on August 24, 2020.

SHARON N. HARRIS, CLERK

By: *Shirley A. Williams*
Shirley A. Williams, Deputy Clerk

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,* | Case No. 19-23649 |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

Upon the motion of Francois M. Blaudeau, to be admitted, ***pro hac vice***, to represent the NAACP, (the "Client") an interested party in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Alabama and, if applicable, the bar of the U.S. District Court for the District of Alabama, it is hereby

**ORDERED**, that Francois M. Blaudeau, Esq., is admitted to practice, ***pro hac vice,*** in the above referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 24, 2020
New York, New York

THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE