DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.[1]** | **(Jointly Administered)** |

## AGENDA FOR AUGUST 26, 2020 HEARING

| | |
|---|---|
| Time and Date of Hearing: | August 26, 2020 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. Please register with Court Solutions at www.court-solutions.com. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 132 937 2810#. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.

**I. UNCONTESTED MATTERS:**

1. ***Interim Fee Applications.*** Notice of Second Interim Fee Hearing [ECF No. 1522]

    Objection Deadline: August 19, 2020 at 4:00 p.m. (prevailing Eastern Time)

    Responses Received: None

    Related Documents: None

    Interim Fee Applications of the following applicants:

    **Debtors' Professionals**

    A. PJT Partners LP [ECF No. 1356]
    B. Cornerstone Research [ECF No. 1360]
    C. Davis Polk & Wardwell LLP [ECF No. 1390]
    D. AlixPartners, LLP [ECF No. 1391]
    E. Arnold & Porter Kaye Scholer LLP [ECF No. 1392]
    F. King & Spalding LLP [ECF No. 1394]
    G. Wilmer Cutler Pickering Hale and Dorr LLP [ECF No. 1395]
    H. KPMG LLP  [ECF No. 1396]
    I. Ernst & Young LLP [ECF No. 1400]
    J. Jones Day [ECF No. 1406]
    K. Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 1411]
    L. Dechert LLP [ECF No. 1439]

    **Official Committee of Unsecured Creditors' Professionals**

    A. Akin Gump Strauss Hauer & Feld LLP [ECF No. 1441]
    B. Bedell Cristin Jersey Partnership [ECF No. 1442]
    C. Cole Schotz P.C. [ECF No. 1443]
    D. Jefferies LLC [ECF No. 1444]
    E. Kurtzman Carson Consultants LLC [ECF No. 1445]
    F. Province, Inc. [ECF No. 1446]

    **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals**

    A. Brown Rudnick LLP [ECF No. 1454]
    B. Otterbourg, P.C. [ECF No. 1456]
    C. FTI Consulting [ECF No. 1457]
    D. Gilbert LLP [ECF No. 1458]

   E. Kramer Levin Naftalis & Frankel LLP [ECF No. 1459]

   **Fee Examiner**

   A. Bielli & Klauder, LLC [ECF No. 1447]

  Status: This matter is going forward on an uncontested basis.

2. ***NAACP Intervention Motion.*** Motion to Intervene on Behalf of the NAACP [ECF No. 1555]

  Objection Deadline: August 23, 2020 at 4:00 p.m. (prevailing Eastern Time).

  Responses Received:

   A. The Non-Consenting States' Statement in Support of the Motion to Intervene by National Association for the Advancement of Colored People [ECF No. 1585]

   B. Letter Motion of Ronald Bass, Sr. in Response to the Motion Filed by the NAACP and Their Supporting Memorandum [ECF No. 1587]

   C. The Multi-State Governmental Entities Group's Statement in Support of the Motion to Intervene by the National Association for the Advancement of Colored People [ECF No. 1589]

   D. Debtors' Statement in Support of the Motion to Intervene on Behalf of the NAACP [ECF No. 1596]

   E. Ad Hoc Committee's Statement in Support of the Motion to Intervene of the National Association for the Advancement of Colored People [ECF No. 1599]

  Related Documents: None

  Status: The parties anticipate filing a stipulation to resolve the NAACP Intervention Motion prior to the Hearing, so this matter is expected to go forward on an uncontested basis.

## II.  CONTESTED MATTERS:

3. ***Debtors' Stay Modification Motion.*** Debtors' Motion for Order Modifying the Automatic Stay to Permit the Debtors to Prosecute Certain Pending Patent Litigation [ECF No. 1328]

  Objection Deadline: August 19, 2020 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. Response of Collegium Pharmaceutical, Inc. to Debtors' Motion for Order Modifying the Automatic Stay to Permit the Debtors to Prosecute Certain Pending Litigation [ECF No. 1463]

Reply:

A. Debtors' Omnibus Objection and Reply in Support of Debtors' Motion for Order Modifying the Automatic Stay to Permit the Debtors to Prosecute Certain Pending Patent Litigation [ECF No. 1592]

Related Documents: None

Status: This matter is going forward on a contested basis.

4. ***Collegium's Stay Modification Motion.*** Motion of Collegium Pharmaceutical, Inc. for Relief from the Automatic Stay [ECF No. 1465]

    Objection Deadline: August 19, 2020 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Debtors' Omnibus Objection and Reply in Support of Debtors' Motion for Order Modifying the Automatic Stay to Permit the Debtors to Prosecute Certain Pending Patent Litigation [ECF No. 1592]

    Reply:

    A. Response to Debtors' Objection to Collegium Pharmaceutical, Inc.'s Motion for Relief from the Automatic Stay and Debtors' Reply in Support of Debtors' Motion for Order Modifying the Automatic Stay to Permit the Debtors to Prosecute Certain Pending Patent Litigation [ECF No. 1601]

    Related Documents: None

    Status: This matter is going forward on a contested basis.

Dated: August 24, 2020
      New York, New York

                              DAVIS POLK & WARDWELL LLP

                              By: */s/ Eli J. Vonnegut*
                                    Eli J. Vonnegut

                              450 Lexington Avenue
                              New York, New York 10017
                              Telephone: (212) 450-4000
                              Facsimile: (212) 701-5800
                              Marshall S. Huebner
                              Benjamin S. Kaminetzky
                              Timothy Graulich
                              Eli J. Vonnegut
                              Christopher S. Robertson

                              *Counsel to the Debtors*
                              *and Debtors in Possession*