**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------- X
                                                         :   Chapter 11
In re:                                                   :
                                                         :   Case No. 19-23649 (RDD)
PURDUE PHARMA L.P., et al.,                              :
                                                         :   (Jointly Administered)
              Debtors.                                   :
                                                         :
-------------------------------------------------------- X
```

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Jake M. Holdreith to be admitted, *pro hac vice*, to represent Collegium Pharmaceuticals, Inc. ("Collegium") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of (a) the bars of the States of Minnesota and New York, (b) the United States Courts of Appeals for the Federal and Ninth Circuits, and (c) the United States District Courts for the District of Minnesota, the Western District of Wisconsin, the District of Colorado, and Eastern District of Texas, it is hereby

ORDERED, that Jake M. Holdreith, Esq. is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Collegium in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 26, 2020
White Plains, New York

*/s/ Robert D. Drain*
United States Bankruptcy Judge

90817349.1