UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
In re:                                                  :   Chapter 11
                                                        :
PURDUE PHARMA L.P., et al.,                             :   Case No. 19-23649 (RDD)
                                                        :
        Debtors.                                        :   (Jointly Administered)
                                                        :
------------------------------------------------------- X

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Scott F. Gautier to be admitted, *pro hac vice*, to represent Collegium Pharmaceuticals, Inc. ("Collegium") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of (a) the bars of the States of California and Illinois, (b) the United States Courts of Appeals for the Eighth and Ninth Circuits, and (c) the United States District Courts for the Central, Eastern, and Northern Districts of California, the Northern District of Illinois, and the Eastern District of Tennessee, it is hereby

ORDERED, that Scott F. Gautier, Esq. is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Collegium in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 26, 2020
White Plains, New York

/s/ Robert D. Drain
United States Bankruptcy Judge