**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               x
In re:   **PURDUE PHARMA L.P.,** *et al.,*                     x    Case No.: 19-23649 (RDD)
                                                               x
                                                               x    **Chapter 11**
                                                               x
                    **Debtor**                                 x
---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Merrida Coxwell of Coxwell & Associates, PLLC, to be admitted, *pro hac vice*, to represent Scott County, Mississippi in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of (a) the bars of the State of Mississippi and (b) the U.S. District Court for the Southern District of Mississippi, it is hereby

ORDERED, that Merrida Coxwell, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Scott County, Mississippi, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 26, 2020
White Plains, New York         */s/ Robert D. Drain*
                               UNITED STATES BANKRUPTCY JUDGE