**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

In re: **PURDUE PHARMA L.P.**, *et al.*,          Case No.:19-23649 (RDD)
                                                   Chapter 11

                        Debtor

-----------------------------------

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, <u>Paul S. Rothstein</u>, request admission, *pro hac vice*, before the Honorable <u>Robert D. Drain</u>, to represent <u>Michael Masiowski, putative class representative</u> in the above-referenced case proceeding.

***I certify that I am a member in good standing*** of the bar in the State of <u>Florida               </u>.

                                                                                                                 _____

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 26, 2020

                Gainesville, Florida

                                                            */s/<u>Paul S. Rothstein</u>*

                                                            Paul S. Rothstein, P.A.

                                                            Fla. Bar No.: 310123
                                                            626 N.E. 1st Street
                                                            Gainesville, FL 32601
                                                            Tel: (352) 376-7650
                                                            Fax: (352) 374-7133
                                                            Email: <u>psr@rothsteinforjustice.com</u>