**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re: **PURDUE PHARMA L.P.**, *et al.*,   Case No.:19-23649 (RDD)
                                          Chapter 11

                           Debtor

---

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Paul S. Rothstein, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Michael Masiowski, putative class representative in the above-referenced case proceeding.

*I certify that I am a member in good standing* of the bar in the State of Florida.

                                                            _____

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 26, 2020

        Gainesville, Florida

                                                    */s/Paul S. Rothstein*

                                                    Paul S. Rothstein, P.A.

                                                   Fla. Bar No.: 310123
                                                   626 N.E. 1st Street
                                                   Gainesville, FL 32601
                                                   Tel: (352) 376-7650
                                                   Fax: (352) 374-7133
                                                   Email: psr@rothsteinforjustice.com