**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:  Purdue Pharma L.P., et al.

                                                                Debtor

------------------------------------------------------------x

                                                                Plaintiff

                                        v.

                                                                Defendant

------------------------------------------------------------x

Case No.: 19-23649

Chapter 11

Adversary Proceeding No.: _____

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Ashley Vinson Crawford, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  08/25/2020

San Francisco, California

_____

*Mailing Address*:

Akin Gump Strauss Hauer & Feld, LLP,

580 California Street, Suite 1500

San Francisco, CA 94104

*E-mail address*: avcrawford@akingump.com

*Telephone number*: (415) 765-9561