**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:  Purdue Pharma L.P., et al.,

Case No.: 19-23649

Chapter 11

Debtor

---------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of  Ashley Vinson Crawford  , to be admitted, *pro hac vice*, to represent  The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.  , (the "Client") in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  California   and, if applicable, the bar of the U.S. District Court for the  Northern  District of  California  , it is hereby

**ORDERED**, that  Ashley Vinson Crawford  , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE