UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: Purdue Pharma L.P., et al.,

Case No.: 19-23649

Chapter 11

Debtor

-----------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Corey W. Roush, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al., in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the District of Columbia and, if applicable, the bar of the U.S. District Court for the District of Columbia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 8/26/2020
Washington, D.C.

s/ Corey W. Roush

*Mailing Address*:

Akin Gump Strauss Hauer & Feld

2001 K Street, NW

Washington, DC 20006

*E-mail address*: croush@akingump.com

*Telephone number*: ( 202 ) 887 - 4115