**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:  Purdue Pharma L.P., et al.,

                                  Debtor

---------------------------------------------------------------x

                                  Plaintiff

                v.

                                  Defendant

---------------------------------------------------------------x

Case No.: 19-23649

Chapter 11

Adversary Proceeding No.: _____

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of   Corey W. Roush   to be admitted, ***pro hac vice***, to represent  The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.  , (the "Client") in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the District of Columbia   and, if applicable, the bar of the U.S. District Court for the          District of Columbia         , it is hereby

**ORDERED**, that     Corey W. Roush , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/_____

                                  UNITED STATES BANKRUPTCY JUDGE