UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re: Purdue Pharma L.P., et al.

                                    Debtor

------------------------------------------------------------x

                                   Plaintiff

              v.

                                   Defendant

------------------------------------------------------------x

Case No.: 19-23649
Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Elizabeth Marie Dulong Scott, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Northern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 8-25-2020
Dallas, Texas

*Elizabeth Scott*
Mailing Address:
Akin Gump Strauss Hauer & Feld
2300 N. Field Street
Dallas, TX 75201
*E-mail address*: edscott@akingump.com
*Telephone number*: (214) 969 - 4297