**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:  Purdue Pharma L.P., et al.,

                        Debtor

---------------------------------------------------------------x

                       Plaintiff

            v.

                       Defendant

---------------------------------------------------------------x

Case No.: 19-23649
Chapter 11

Adversary Proceeding No.: _____

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of  Elizabeth Marie Dulong Scott  to be admitted, ***pro hac vice***, to represent  The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.  , (the "Client") in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of   Texas   and, if applicable, the bar of the U.S. District Court for the   Northern   District of   Texas  , it is hereby

      **ORDERED**, that Elizabeth Marie Dulong Scott, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE