**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- --

In re:   **PURDUE PHARMA L.P.,** *et al.,*                     Case No.:19-23649 (RDD)
                                                                       Chapter 11

                                                 Debtors          (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Paul S. Rothstein, P.A. to be admitted, ***pro hac vice***, to represent Michael

Masiowski, putative class representative (the "Client") in the above referenced cases, and upon the

movant's certification that the movant is a member in good standing of the bar in the State of Florida, it

is hereby.

**ORDERED**, that Paul S. Rothstein, P.A., is admitted to practice, ***pro hac vice***, in the above

referenced cases to represent the Client in the United States Bankruptcy Court for the Southern District of

New York, provided that the filing fee has been paid.

Dated: August 27, 2020
         White Plains, New York

                                                          */s/Robert D. Drain*
                                                          UNITED STATES BANKRUPTCY JUDGE