IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| **PURDUE PHARMA L.P., et. al**[1] ) | |
| ) | Case No. 19-23649 (RDD) |
| Debtors. ) | |
| ) | (Jointly Administered) |

**THIRD COMBINED MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS
AUDITORS FOR THE DEBTORS FOR THE PERIOD FROM
<u>JUNE 1, 2020 THROUGH JULY 31, 2020</u>**

| | |
|---|---|
| Name of applicant: | Ernst & Young LLP ("<u>EY LLP</u>") |
| Authorized to Provide Professional Services To: | The Debtors |
| Date of retention: | December 23, 2019 (*nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2020 through July 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $56,000.00 |
| Less 20% Holdback: | $11,200.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $-0- |
| Total Fees and Expenses Due: | $44,800.00 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

#93583931v2

Dated: August 27, 2020

                                              */s/Amelia M. Caporale*
                                              Amelia M. Caporale
                                              Partner, Ernst & Young LLP
                                              20 Church Street
                                              Hartford, CT  06103

#93583931v2

# EXHIBIT A

## SUMMARY BY PROFESSIONAL

| Last Name | First Name | Title | Time |
|---|---|---|---|
| Allinson | Dana | Staff/Assistant | 47.3 |
| Benzel | Florence | Senior Manager | 0.7 |
| Christodoulakis | Sophia | Manager | 16.3 |
| Chun | Sung Hwan | Staff/Assistant | 5.4 |
| Coughlin | Caroline | Intern | 6.5 |
| O'Brien | Peter | Senior | 34.0 |
| Reyno | Manoj | Staff/Assistant | 14.3 |
| Shweta | Jain | Senior | 3.0 |
| Srinidhi | Kyatsandra Suresh | Senior | 10.5 |
| Sruthi | Francis | Staff/Assistant | 16.0 |
| Yuan | Helen | Senior | 2.9 |
| | | **Total** | **156.9** |

**Total Fees Sought for Fixed Fee Audit Services During Fee Period: $56,000.00**

# EXHIBIT B

## SUMMARY BY CATEGORY

| Time Category | Category Descriptions | Hours |
|---|---|---|
| Employee Benefit Plan Audit | This category includes activities associated with employee benefit plan (Pension and 401(k)) audits | 156.9 |
| **Total** | | **156.9** |

#93583931v2

**EXHIBIT C**
**SUMMARY OF HOURS INCURRED BY PROFESSIONAL**

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| O'Brien,Peter | Senior | 01 Jun 2020 | Employee Benefit Plan Audit | 2.0 | Completed making selections and documenting the selections workbook for Contributions testing. |
| O'Brien,Peter | Senior | 01 Jun 2020 | Employee Benefit Plan Audit | 2.0 | Completed making selections and documenting the selections workbook for Individual Participant Account testing. |
| O'Brien,Peter | Senior | 01 Jun 2020 | Employee Benefit Plan Audit | 2.0 | Completed making selections and documenting the selections workbook for Benefit testing. |
| O'Brien,Peter | Senior | 01 Jun 2020 | Employee Benefit Plan Audit | 2.0 | Completed the documentation of the Preliminary Audit Strategies Addendum. |
| O'Brien,Peter | Senior | 02 Jun 2020 | Employee Benefit Plan Audit | 1.0 | Set up the kickoff meeting agenda for the defined benefit plan audit. |
| O'Brien,Peter | Senior | 02 Jun 2020 | Employee Benefit Plan Audit | 0.5 | Call to discuss GDS scope of work for the audit. Those that attended were Shweta Jain, Sruthi Francis, Dana R Allinson and Sophia Christodoulakis |
| O'Brien,Peter | Senior | 02 Jun 2020 | Employee Benefit Plan Audit | 1.0 | Set up the kickoff meeting agenda for the 401K plan audit. |
| Sruthi Francis | Staff/Assistant | 02 Jun 2020 | Employee Benefit Plan Audit | 0.5 | Touchbase call with P. O'Brien, S. Christodoulakis |
| Allinson,Dana Robyn | Staff/Assistant | 02 Jun 2020 | Employee Benefit Plan Audit | 2.2 | Worked on the Summary of Plan Operations work paper; meeting at 9:30 for 30 minutes with Peter O'Brien, Sophia Christodoulakis, and our GDS team members Shweta Jain and Sruthi Francis to discuss the time they had available to help with our workpapers, as well as expectations for the audit. |

#93583931v2

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Sruthi Francis | Staff/Assistant | 04 Jun 2020 | Employee Benefit Plan Audit | 2.0 | Purdue Federick Benefit Testing |
| Shweta Jain | Senior | 04 Jun 2020 | Employee Benefit Plan Audit | 1.0 | Review of Audit planning documents prepared by S. Francis |
| Sruthi Francis | Staff/Assistant | 05 Jun 2020 | Employee Benefit Plan Audit | 2.5 | Purdue Federick Participant Data Workbook preparation |
| Sruthi Francis | Staff/Assistant | 05 Jun 2020 | Employee Benefit Plan Audit | 2.5 | Purdue Federick Contribution Testing |
| Sruthi Francis | Staff/Assistant | 05 Jun 2020 | Employee Benefit Plan Audit | 2.5 | Purdue Federick Benefit Testing |
| Shweta Jain | Senior | 05 Jun 2020 | Employee Benefit Plan Audit | 2.0 | Review of Audit planning documents prepared by S. Francis |
| O'Brien,Peter | Senior | 08 Jun 2020 | Employee Benefit Plan Audit | 0.5 | Independence procedures relating to the Purdue Employee Benefit Plan |
| O'Brien,Peter | Senior | 08 Jun 2020 | Employee Benefit Plan Audit | 0.5 | prepared the draft opinion based on EY guidance |
| O'Brien,Peter | Senior | 08 Jun 2020 | Employee Benefit Plan Audit | 0.5 | Reviewed and documented May 2019 and October 2019 minutes for potential impacts. |
| O'Brien,Peter | Senior | 08 Jun 2020 | Employee Benefit Plan Audit | 0.5 | prepared forms for all team members to get access to Fidelity |
| Yuan,Helen | Senior | 09 Jun 2020 | Employee Benefit Plan Audit | 0.3 | Confirmed audit engagement requirements. |
| O'Brien,Peter | Senior | 09 Jun 2020 | Employee Benefit Plan Audit | 2.0 | Matched the Fiduciaries and Services excel to the audit strategies document |
| O'Brien,Peter | Senior | 09 Jun 2020 | Employee Benefit Plan Audit | 0.5 | Topic: To discuss GDS staffing changes for the week and tasks for the current week. Attendees: Shweta Jain, Sruthi Francis, Sophia Christodoulakis, Peter O'Brien |
| O'Brien,Peter | Senior | 09 Jun 2020 | Employee Benefit Plan Audit | 0.5 | drafted the opinion letter based on EY guidance |
| Christodoulakis,Sophia Alexis | Manager | 09 Jun 2020 | Employee Benefit Plan Audit | 0.3 | GDS weekly call. Attendees S. Jain, S. Francis, P. O'Brien |
| Christodoulakis,Sophia Alexis | Manager | 09 Jun 2020 | Employee Benefit Plan Audit | 1.2 | Review of planning documents for 401k plan. initiate client email in order to set up Fidelity access and schedule a kick off call. |

#93583931v2

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| O'Brien,Peter | Senior | 10 Jun 2020 | Employee Benefit Plan Audit | 1.5 | Matched the Fiduciaries and Services excel to the audit strategies document |
| O'Brien,Peter | Senior | 10 Jun 2020 | Employee Benefit Plan Audit | 1.0 | Designed the audit tasks for each of the phased of the audit. |
| O'Brien,Peter | Senior | 10 Jun 2020 | Employee Benefit Plan Audit | 0.5 | Set up quality reviewer checklist and review files relating to the planning portion of the audit |
| Allinson,Dana Robyn | Staff/Assistant | 10 Jun 2020 | Employee Benefit Plan Audit | 4.3 | Matched the Fiduciaries and Services excel to the audit strategies document |
| O'Brien,Peter | Senior | 11 Jun 2020 | Employee Benefit Plan Audit | 0.5 | Matched the Fiduciaries and Services excel to the audit strategies document |
| Srinidhi Kyatsandra Suresh | Senior | 11 Jun 2020 | Employee Benefit Plan Audit | 1.0 | Review of Management Representation Letter |
| Srinidhi Kyatsandra Suresh | Senior | 11 Jun 2020 | Employee Benefit Plan Audit | 0.5 | Task Employer Contributions and Employer Contributions Receivable Review of B01.01 System Walkthrough |
| Reyno Manoj | Staff/Assistant | 11 Jun 2020 | Employee Benefit Plan Audit | 0.2 | populate forms A01.04b IL602 Tax rev checklist. Part of Income tax procedures. |
| Reyno Manoj | Staff/Assistant | 11 Jun 2020 | Employee Benefit Plan Audit | 1.0 | Populate form A01.04 PPLP Plan Tax Qualification U113 Tax. Part of Income Tax Procedures. |
| Reyno Manoj | Staff/Assistant | 11 Jun 2020 | Employee Benefit Plan Audit | 0.3 | Populated Form A01.04a U113 Tax Appendices. Part of Income Tax Procedures. |
| Srinidhi Kyatsandra Suresh | Senior | 11 Jun 2020 | Employee Benefit Plan Audit | 1.0 | Review of financial statement tie outs |
| Reyno Manoj | Staff/Assistant | 11 Jun 2020 | Employee Benefit Plan Audit | 2.0 | Populated form A03.01b Brokerage link Asset Detail Report 2019. The report involved certain calculations and tieouts. |
| Srinidhi Kyatsandra Suresh | Senior | 11 Jun 2020 | Employee Benefit Plan Audit | 1.0 | Review of audit conclusion documentation |
| O'Brien,Peter | Senior | 11 Jun 2020 | Employee Benefit Plan Audit | 0.5 | Set up the Partner task for all planning matters. |
| O'Brien,Peter | Senior | 11 Jun 2020 | Employee Benefit Plan Audit | 0.5 | Prepared independence forms related to the employee benefit plans. |
| Srinidhi Kyatsandra Suresh | Senior | 11 Jun 2020 | Employee Benefit Plan Audit | 0.5 | Review of audit execution documents |

#93583931v2

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Allinson,Dana Robyn | Staff/Assistant | 11 Jun 2020 | Employee Benefit Plan Audit | 4.2 | Review of work that M. Reyno had done for us, including looking over the management rep letter, forms and financials. I also reviewed audit conclusion documents for accuracy. |
| Reyno Manoj | Staff/Assistant | 11 Jun 2020 | Employee Benefit Plan Audit | 1.8 | Updated the representation letter |
| Reyno Manoj | Staff/Assistant | 11 Jun 2020 | Employee Benefit Plan Audit | 0.5 | Populated form Summary Review Memorandum |
| Reyno Manoj | Staff/Assistant | 11 Jun 2020 | Employee Benefit Plan Audit | 0.2 | Populated form Review and Approval Summary. |
| Reyno Manoj | Staff/Assistant | 11 Jun 2020 | Employee Benefit Plan Audit | 1.0 | Rollforward of Audit planning documents. |
| Reyno Manoj | Staff/Assistant | 12 Jun 2020 | Employee Benefit Plan Audit | 0.8 | Performed testing for B01.01 System Walkthrough. |
| Srinidhi Kyatsandra Suresh | Senior | 12 Jun 2020 | Employee Benefit Plan Audit | 1.5 | Review of P01.00 Participant data testing |
| Srinidhi Kyatsandra Suresh | Senior | 12 Jun 2020 | Employee Benefit Plan Audit | 2.0 | Review of Benefit Testing |
| Reyno Manoj | Staff/Assistant | 12 Jun 2020 | Employee Benefit Plan Audit | 3.5 | Performed testing for Benefit testing. |
| Reyno Manoj | Staff/Assistant | 12 Jun 2020 | Employee Benefit Plan Audit | 3.0 | Performed Participant data testing |
| Christodoulakis,Sophia Alexis | Manager | 18 Jun 2020 | Employee Benefit Plan Audit | 0.8 | Matched the Fiduciaries and Services excel to the audit strategies document |
| Benzel,Florence Gail | Senior Manager | 18 Jun 2020 | Employee Benefit Plan Audit | 0.4 | Matched the Fiduciaries and Services excel to the audit strategies document |

#93583931v2

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Allinson,Dana Robyn | Staff/Assistant | 18 Jun 2020 | Employee Benefit Plan Audit | 0.3 | Had a meeting with Peter O'Brien, Florence Benzel, Sophia Christodoulakis, Lynn Kusinski, Jennifer Annunziata, Linda Tullo and Dinah Warren regarding benefit plans. |
| Christodoulakis,Sophia Alexis | Manager | 18 Jun 2020 | Employee Benefit Plan Audit | 0.4 | Call with P. O'Brien - Discussion of Agenda and walkthrough testing items. Split between both codes. |
| Christodoulakis,Sophia Alexis | Manager | 18 Jun 2020 | Employee Benefit Plan Audit | 0.3 | Client Planning call with EY: F. Orlovsky, D. Allinson, P. O'Brien Client: L. Kusinski, L. Tullo, D. Warren, J. Annuziata Time split between Defined contribution and Defined Benefit code. |
| Allinson,Dana Robyn | Staff/Assistant | 18 Jun 2020 | Employee Benefit Plan Audit | 0.4 | Matched the Fiduciaries and Services excel to the audit strategies document |
| Benzel,Florence Gail | Senior Manager | 18 Jun 2020 | Employee Benefit Plan Audit | 0.3 | Client audit planning meeting for both benefit plans (time split between the two). EY attendees Sophia Christodoulakas, Dana Allinson, Peter O'Brien. Client attendees: Lynn Kusinski, Jennifer Annunziata, Linda Tullo, Dinah Warren. |
| Christodoulakis,Sophia Alexis | Manager | 18 Jun 2020 | Employee Benefit Plan Audit | 0.4 | Review of Agenda file for team planning event. |
| O'Brien,Peter | Senior | 25 Jun 2020 | Employee Benefit Plan Audit | 2.3 | Matched the Fiduciaries and Services excel to the audit strategies document |
| Christodoulakis,Sophia Alexis | Manager | 25 Jun 2020 | Employee Benefit Plan Audit | 1.1 | Matched the Fiduciaries and Services excel to the audit strategies document |
| O'Brien,Peter | Senior | 25 Jun 2020 | Employee Benefit Plan Audit | 1.1 | Reviewed Contribution, participant and benefit testing performed. To be completed once receive additional support from company |
| O'Brien,Peter | Senior | 25 Jun 2020 | Employee Benefit Plan Audit | 0.9 | Reviewed tie out to the company's filed 5500. |
| Allinson,Dana Robyn | Staff/Assistant | 25 Jun 2020 | Employee Benefit Plan Audit | 1.8 | Matched the Fiduciaries and Services excel to the audit strategies document |

#93583931v2

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Allinson,Dana Robyn | Staff/Assistant | 26 Jun 2020 | Employee Benefit Plan Audit | 5.3 | I edited the work that Manoj did for the testing of Participant data testing, Benefit Testing and Contributions . |
| Christodoulakis,Sophia Alexis | Manager | 06 Jul 2020 | Employee Benefit Plan Audit | 0.8 | Download information received from the client and upload into canvas for staff. |
| Yuan,Helen | Senior | 06 Jul 2020 | Employee Benefit Plan Audit | 1.5 | Reviewed scoping document and ASC 960 report |
| Allinson,Dana Robyn | Staff/Assistant | 06 Jul 2020 | Employee Benefit Plan Audit | 1.9 | Worked on testing for benefit payment testing on setting up workpaper and choosing selections for testing. |
| Chun,Sung Hwan | Staff/Assistant | 06 Jul 2020 | Employee Benefit Plan Audit | 2.0 | People Advisory Services - scoping and data request documents. Scoping document prepared for submission to core team to confirm scoping of ASC 960 review. Data request document lists items needed for ASC 960 review |
| Allinson,Dana Robyn | Staff/Assistant | 07 Jul 2020 | Employee Benefit Plan Audit | 2.2 | I sent out requests to Linda Tullo regarding information we need for testing, as well as the financial data. I also requested checks through fidelity for samples we have chosen |
| Chun,Sung Hwan | Staff/Assistant | 07 Jul 2020 | Employee Benefit Plan Audit | 1.0 | People Advisory Services - audit analysis (numerical review of disclosure report) |
| Christodoulakis,Sophia Alexis | Manager | 08 Jul 2020 | Employee Benefit Plan Audit | 0.5 | Review of plan documents provided to support custodial transfer. Draft email to discuss differences noted. |
| O'Brien,Peter | Senior | 08 Jul 2020 | Employee Benefit Plan Audit | 0.5 | Reviewed Benefit payment selections from Fidelity |
| Allinson,Dana Robyn | Staff/Assistant | 08 Jul 2020 | Employee Benefit Plan Audit | 1.2 | I requested documentation in collaboration from the client as well as support needed for testing |
| Allinson,Dana Robyn | Staff/Assistant | 08 Jul 2020 | Employee Benefit Plan Audit | 0.9 | Review information in Fidelity and update testing documentation to annotate the results from the support given by the client for our selections that were made |
| Chun,Sung Hwan | Staff/Assistant | 08 Jul 2020 | Employee Benefit Plan Audit | 0.5 | People Advisory Services - form 442 specialist form |
| Christodoulakis,Sophia | Manager | 09 Jul 2020 | Employee Benefit Plan | 0.3 | Scheduling update |

9

#93583931v2

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Alexis | | | Audit | | |
| O'Brien,Peter | Senior | 10 Jul 2020 | Employee Benefit Plan Audit | 0.2 | Reconciled items to the Fidelity Trust Statement |
| Christodoulakis,Sophia Alexis | Manager | 10 Jul 2020 | Employee Benefit Plan Audit | 0.8 | Discussion regarding the transfer with P. O'Brien and review of transfer documentation sent |
| Christodoulakis,Sophia Alexis | Manager | 13 Jul 2020 | Employee Benefit Plan Audit | 1.3 | Discussion of transfer with P. O'Brien & separately with F Benzel and review docs |
| Christodoulakis,Sophia Alexis | Manager | 13 Jul 2020 | Employee Benefit Plan Audit | 0.6 | Agreed on due dates for the remainder of open items External (Purdue) Lynn Kusinski Jennifer Annunziata Dinah Warren; EY Sophia Christodoulakis, Senior Manager Peter O'Brien, Senior Dana Allinson, Staff Caroline Coughlin, Intern |
| O'Brien,Peter | Senior | 13 Jul 2020 | Employee Benefit Plan Audit | 0.6 | Agreed on due dates for the remainder of open items External (Purdue) Lynn Kusinski Jennifer Annunziata Dinah Warren; EY Sophia Christodoulakis, Senior Manager Peter O'Brien, Senior Dana Allinson, Staff Caroline Coughlin, Intern |
| Coughlin,Caroline Patricia | Intern | 13 Jul 2020 | Employee Benefit Plan Audit | 0.6 | Agreed on due dates for the remainder of open items External (Purdue) Lynn Kusinski Jennifer Annunziata Dinah Warren; EY Sophia Christodoulakis, Senior Manager Peter O'Brien, Senior Dana Allinson, Staff Caroline Coughlin, Intern |
| Christodoulakis,Sophia Alexis | Manager | 13 Jul 2020 | Employee Benefit Plan Audit | 0.3 | Internal: Dana Allinson, Sophia Christodoulakis, Peter O'Brien External: Jennifer Annunziata, Dee Cabral Topic: Discussed current and future Payroll Requests required for audit |
| O'Brien,Peter | Senior | 13 Jul 2020 | Employee Benefit Plan Audit | 0.3 | Topic: Discussed current and future Payroll Requests required for audit Internal: Dana Allinson, Sophia Christodoulakis, Peter O'Brien External: Jennifer Annunziata, Dee Cabral |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Allinson,Dana Robyn | Staff/Assistant | 13 Jul 2020 | Employee Benefit Plan Audit | 0.6 | Agreed on due dates for the remainder of open items External (Purdue) Lynn Kusinski Jennifer Annunziata Dinah Warren; EY Sophia Christodoulakis, Senior Manager Peter O'Brien, Senior Dana Allinson, Staff Caroline Coughlin, Intern |
| Allinson,Dana Robyn | Staff/Assistant | 13 Jul 2020 | Employee Benefit Plan Audit | 0.3 | Internal: Dana Allinson, Sophia Christodoulakis, Peter O'Brien External: Jennifer Annunziata, Dee Cabral Topic: Discussed current and future Payroll Requests required for audit |
| Allinson,Dana Robyn | Staff/Assistant | 13 Jul 2020 | Employee Benefit Plan Audit | 1.3 | Sent items in collaboration to Dee Cabral as well as rerouting items from Linda Tullo to Jennifer Annunziata. |
| Coughlin,Caroline Patricia | Intern | 13 Jul 2020 | Employee Benefit Plan Audit | 0.2 | Matched the Fiduciaries and Services excel to the audit strategies document |
| Allinson,Dana Robyn | Staff/Assistant | 14 Jul 2020 | Employee Benefit Plan Audit | 1.8 | Worked on walkthroughs and setting up the papers to ensure they were correct. |
| Allinson,Dana Robyn | Staff/Assistant | 14 Jul 2020 | Employee Benefit Plan Audit | 0.9 | Peter O'Brien and I spoke about the walkthroughs and we showed me what I was looking for and how to execute them |
| Allinson,Dana Robyn | Staff/Assistant | 14 Jul 2020 | Employee Benefit Plan Audit | 0.6 | Spoke with new Intern Caroline Coughlin showing her the sampling form we have and explained what testing we are doing for testing and explained materiality |
| Allinson,Dana Robyn | Staff/Assistant | 14 Jul 2020 | Employee Benefit Plan Audit | 0.9 | Peter O'Brien and I spoke regarding a new request and testing for participant data that could be populated. |

#93583931v2

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Allinson,Dana Robyn | Staff/Assistant | 14 Jul 2020 | Employee Benefit Plan Audit | 2.3 | Review and revise testing for Participant Data Testing and Employer Match Contributions. |
| Allinson,Dana Robyn | Staff/Assistant | 14 Jul 2020 | Employee Benefit Plan Audit | 1.0 | Spoke with Peter regarding testing required for the audit. |
| Coughlin,Caroline Patricia | Intern | 14 Jul 2020 | Employee Benefit Plan Audit | 0.2 | Footed and Cross footed on the 401k |
| Coughlin,Caroline Patricia | Intern | 14 Jul 2020 | Employee Benefit Plan Audit | 1.0 | Reconciled Contribution selections to the payroll and bank statements. |
| O'Brien,Peter | Senior | 14 Jul 2020 | Employee Benefit Plan Audit | 2.1 | Reviewed 401K Financial statements |
| Chun,Sung Hwan | Staff/Assistant | 14 Jul 2020 | Employee Benefit Plan Audit | 1.4 | People Advisory Services - memo template update (multiple sections) |
| Srinidhi Kyatsandra Suresh | Senior | 14 Jul 2020 | Employee Benefit Plan Audit | 3.0 | Prepared Financial Statement tie out |
| Sruthi Francis | Staff/Assistant | 14 Jul 2020 | Employee Benefit Plan Audit | 6.0 | Prepared Financial Statement tie out |
| Coughlin,Caroline Patricia | Intern | 15 Jul 2020 | Employee Benefit Plan Audit | 0.2 | Recalculated summary of net assets to flow through |
| Yuan,Helen | Senior | 20 Jul 2020 | Employee Benefit Plan Audit | 1.1 | Reviewed scoping document and identified outstanding data items |
| Chun,Sung Hwan | Staff/Assistant | 20 Jul 2020 | Employee Benefit Plan Audit | 0.5 | Actuary scoping update (scoped assumptions change) |
| O'Brien,Peter | Senior | 22 Jul 2020 | Employee Benefit Plan Audit | 1.0 | Client - EY meeting to discuss open participant data selections Participants: EY- Dana Allinson; Purdue- Dinah Warren, Lynn Kusinski |

#93583931v2

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Allinson,Dana Robyn | Staff/Assistant | 22 Jul 2020 | Employee Benefit Plan Audit | 0.4 | Meeting with Peter O'Brien and Dinah Warren. We discussed questions Dinah had regarding differences we found within our testing. |
| Allinson,Dana Robyn | Staff/Assistant | 22 Jul 2020 | Employee Benefit Plan Audit | 0.5 | Reviewed support sent to us for our testing of personnel files for date of hire and termination to compare it to those in our workbooks. |
| O'Brien,Peter | Senior | 23 Jul 2020 | Employee Benefit Plan Audit | 1.0 | Reviewed staff prepared walkthrough workpapers around contributions |
| Allinson,Dana Robyn | Staff/Assistant | 23 Jul 2020 | Employee Benefit Plan Audit | 3.1 | Using support given by client regarding explanations for differences in workpaper, I was editing our testing. I uploaded a new summary plan description. I looked over work regarding the Disclosure Checklist the summary as well as the top sheet. I uploaded our Going Concerns we have for the audit as well. |
| Coughlin,Caroline Patricia | Intern | 23 Jul 2020 | Employee Benefit Plan Audit | 1.4 | Ran the Collaboration Detail Report and formatted the excel. |
| Coughlin,Caroline Patricia | Intern | 23 Jul 2020 | Employee Benefit Plan Audit | 0.8 | Worked on the C01.00 file by filling in numbers on the payroll reports |
| Allinson,Dana Robyn | Staff/Assistant | 23 Jul 2020 | Employee Benefit Plan Audit | 0.8 | I looked at our minutes that were given and uploaded them to canvas |
| Coughlin,Caroline Patricia | Intern | 23 Jul 2020 | Employee Benefit Plan Audit | 0.2 | Matched the Fiduciaries and Services excel to the audit strategies document |
| O'Brien,Peter | Senior | 24 Jul 2020 | Employee Benefit Plan Audit | 1.0 | Reviewed staff prepared walkthrough workpapers around contributions |
| Christodoulakis,Sophia | Manager | 24 Jul 2020 | Employee Benefit Plan | 0.3 | Review of engagement status. |

#93583931v2

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Alexis | | | Audit | | |
| Coughlin,Caroline Patricia | Intern | 24 Jul 2020 | Employee Benefit Plan Audit | 0.1 | Deleted draft requests in EY Canvas |
| Coughlin,Caroline Patricia | Intern | 24 Jul 2020 | Employee Benefit Plan Audit | 0.4 | Rolled forward and signed off on documents |
| Christodoulakis,Sophia Alexis | Manager | 24 Jul 2020 | Employee Benefit Plan Audit | 0.7 | Review of engagement status. |
| Coughlin,Caroline Patricia | Intern | 24 Jul 2020 | Employee Benefit Plan Audit | 0.9 | Worked on the C01.00 excel and filled in numbers off of payroll reports |
| Coughlin,Caroline Patricia | Intern | 24 Jul 2020 | Employee Benefit Plan Audit | 0.1 | Signed off on documents. |
| Coughlin,Caroline Patricia | Intern | 24 Jul 2020 | Employee Benefit Plan Audit | 0.4 | Edited the Collaboration Detail Report |
| Christodoulakis,Sophia Alexis | Manager | 27 Jul 2020 | Employee Benefit Plan Audit | 0.5 | Review of benefit payments difference with P O'Brien |
| Christodoulakis,Sophia Alexis | Manager | 28 Jul 2020 | Employee Benefit Plan Audit | 0.5 | Review of engagement budget to actual. |
| Christodoulakis,Sophia Alexis | Manager | 28 Jul 2020 | Employee Benefit Plan Audit | 1.2 | Review of 401k file. Scheduling of team planning event and client inquiry call |
| Allinson,Dana Robyn | Staff/Assistant | 29 Jul 2020 | Employee Benefit Plan Audit | 1.6 | I worked on the financial statements and tying them to our other workpapers in order to ensure accuracy |
| Christodoulakis,Sophia Alexis | Manager | 29 Jul 2020 | Employee Benefit Plan Audit | 3.5 | Review of planning for 401k file |
| Allinson,Dana Robyn | Staff/Assistant | 29 Jul 2020 | Employee Benefit Plan Audit | 3.7 | I worked on the testing for the Benefit payments. I made the selections and filled out the testing that we could do as well as populate the information needed for sending our selections to the clients at Purdue |
| Allinson,Dana Robyn | Staff/Assistant | 30 Jul 2020 | Employee Benefit Plan Audit | 2.8 | After getting the new check register I added to the benefit payment testing workbook. I checked for any new payees and fixed testing for current period to match what was done in prior years |
| Christodoulakis,Sophia Alexis | Manager | 30 Jul 2020 | Employee Benefit Plan Audit | 0.5 | Follow up with P O'Brien on the status of the benefit plan audit testing |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| O'Brien,Peter | Senior | 31 Jul 2020 | Employee Benefit Plan Audit | 1.5 | Reconcile the Company's Fidelity benefits Register to the trust and document our process in making selections |
| O'Brien,Peter | Senior | 31 Jul 2020 | Employee Benefit Plan Audit | 1.5 | Reconcile the Company's US Bank benefits Register to the trust and document our process in making selections |
| **Total** | | | | **156.9** | |

#93583931v2