UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------ x

## STATEMENT OF FEES AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF JULY 1, 2020 THROUGH JULY 31, 2020

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of July 1, 2020 through July 31, 2020 (the "Seventh Compensation Period"), in accordance with the Procedures Order (as hereinafter defined).  In support of this Monthly Fee Statement, PJT states as follows:

## I. **Background**

1.  On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code").  The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.   On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.   On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.   On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Compensation and Reimbursement of Out-of-Pocket Expenses

5.   For the Seventh Compensation Period, PJT (a) (i) earned monthly fees in the aggregate amount of $225,000.00, and (ii) is entitled to the reimbursement of out-of-pocket expenses incurred in the amount of $1,241.32, and (b) in accordance with the Procedures Order, seeks payment in the amount of $181,241.32 (representing 80% of the total amount of PJT's earned monthly fees, and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Seventh Compensation Period). Although every effort has been made to include all expenses incurred during the Seventh Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting

and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such expenses incurred during the Seventh Compensation Period but not included herein.

6.  An invoice detailing the monthly fees earned by PJT during the Seventh Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned and out-of-pocket expenses incurred during the Seventh Compensation Period is outlined below:

| Seventh Compensation Period | Monthly Fee | Holdback @ 20% | Monthly Fee, Less Holdback | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|---|
| July 1 – 31, 2020 | $225,000.00 | ($45,000.00) | $180,000.00 | $1,241.32 | **$181,241.32** |

7.  The amount of compensation and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 532.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Seventh Compensation Period are provided in <u>Appendix B</u>.

8.  A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | July 2020 |
|---|---|
| Tim Coleman | 37.0 |
| Jamie O'Connell | 35.0 |
| Rafael Schnitzler | 59.0 |
| Joe Turner | 116.0 |
| Tom Melvin | 134.5 |
| Jade Wang | 46.0 |
| Jovana Arsic | 37.5 |
| Gerald Sim | 51.0 |
| Aakriti Suri | 8.0 |
| Ismail Mian | 8.0 |
| **Total Hours** | **532.0** |

### III. <u>Requested Relief</u>

9.   Pursuant to the Retention Order and the Procedures Order, with respect to: (a) PJT's monthly fees in the amount of $225,000.00 and (b) the reimbursement of PJT's out-of-pocket expenses in the amount of $1,241.32, in each case earned or incurred during the Seventh Compensation Period, PJT hereby requests that the Debtors make the following payments to PJT:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-Of-Pocket Expenses | 1,241.32 |
| **Total Amount Due** | **$181,241.32** |

Dated: August 31, 2020                    PJT PARTNERS LP

By: /s/ John James O'Connell III
        John James O'Connell III
        Partner
        280 Park Avenue
        New York, NY 10017
        (212) 364-7800

**APPENDIX A**

**PJT Partners**

**PJT**

August 26, 2020

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of July 1, 2020 through July 31, 2020: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |

Out-of-pocket expenses processed through July 29, 2020:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 921.12 | |
| Meals | | 320.20 | 1,241.32 |
| **Total Amount Due** | | **$** | **181,241.32** |

**Invoice No. 10013612**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Jul-20 | Total Expenses |
| --- | --- | --- |
| Ground Transportation | $ 921.12 | $ 921.12 |
| Employee Meals | 320.20 | 320.20 |
| **Total Expenses** | **$ 1,241.32** | **$ 1,241.32** |
| | | |
| **Ground Transportation** | | **$ 921.12** |
| **Meals** | | **320.20** |
| **Total Expenses** | | **$ 1,241.32** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through July 29, 2020**
**Invoice No. 10013612**

**Ground Transportation**

| | | |
|---|---|---|
| Coleman (car service to client meeting in New York, NY) | 12/06/19 | 56.21 |
| Coleman (car service to courthouse in White Plains, NY from office) | 12/19/19 | 133.92 |
| Coleman (car service home from courthouse in White Plains, NY) | 12/19/19 | 203.46 |
| Coleman (car service to client dinner meeting in New York, NY from office) | 02/20/20 | 50.65 |
| Coleman (car service to client meeting in New York, NY from office) | 02/28/20 | 91.85 |
| O'Connell (car service to client meeting in New York, NY from home) | 02/28/20 | 233.05 |
| Schnitzler (taxi home from client offices from Stamford, CT) | 11/13/19 | 151.98 |
| **Subtotal - Ground Transportation** | | **$ 921.12** |

**Employee Meals**

| | | |
|---|---|---|
| Coleman (working breakfast meal while in White Plains, NY) | 12/19/19 | 8.62 |
| Melvin (weeknight working dinner meal) | 03/02/20 | 20.00 |
| Schnitzler (weekend working lunch meal) | 02/03/20 | 11.58 |
| Sim (weeknight working dinner meal) | 05/21/20 | 20.00 |
| Sim (weeknight working dinner meal) | 05/27/20 | 20.00 |
| Sim (weeknight working dinner meal) | 05/28/20 | 20.00 |
| Sim (weeknight working dinner meal) | 05/29/20 | 20.00 |
| Wang (weeknight working dinner meal) | 04/06/20 | 20.00 |
| Wang (weeknight working dinner meal) | 04/22/20 | 20.00 |
| Wang (weeknight working dinner meal) | 05/04/20 | 20.00 |
| Wang (weeknight working dinner meal) | 05/05/20 | 20.00 |
| Wang (weeknight working dinner meal) | 05/11/20 | 20.00 |
| Wang (weeknight working dinner meal) | 05/12/20 | 20.00 |
| Wang (weeknight working dinner meal) | 05/13/20 | 20.00 |
| Wang (weeknight working dinner meal) | 05/14/20 | 20.00 |
| Wang (weeknight working dinner meal) | 05/18/20 | 20.00 |
| Wang (weeknight working dinner meal) | 05/29/20 | 20.00 |
| **Subtotal - Employee Meals** | | **320.20** |
| **Total Expenses** | | **$ 1,241.32** |

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JULY 1, 2020 THROUGH JULY 31, 2020**

| Professional | Title | Hours |
|---|---|---|
| Tim Coleman | Partner | 37.0 |
| Jamie O'Connell | Partner | 35.0 |
| Rafael Schnitzler | Director | 59.0 |
| Joe Turner | Vice President | 116.0 |
| Tom Melvin | Associate | 134.5 |
| Jade Wang | Associate | 46.0 |
| Jovana Arsic | Associate | 37.5 |
| Gerald Sim | Analyst | 51.0 |
| Aakriti Suri | Analyst | 8.0 |
| Ismail Mian | Analyst | 8.0 |
| **Total** | | **532.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2020 THROUGH JULY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tim Coleman | 07/01/20 | 1.0 | Call with Alix Partners regarding board meeting |
| Tim Coleman | 07/02/20 | 1.0 | Weekly update call |
| Tim Coleman | 07/03/20 | 0.5 | Internal call regarding board meeting |
| Tim Coleman | 07/03/20 | 0.5 | Call with J. Dubel regarding various matters |
| Tim Coleman | 07/03/20 | 0.5 | Call with L. Donahue regarding various matters |
| Tim Coleman | 07/03/20 | 1.5 | Board call |
| Tim Coleman | 07/06/20 | 0.5 | Call with J. O'Connell and J. Turner regarding case matter |
| Tim Coleman | 07/06/20 | 0.5 | Call with J. Dubel regarding various matters |
| Tim Coleman | 07/06/20 | 2.0 | Preparation for settlement discussions |
| Tim Coleman | 07/07/20 | 1.5 | Conference call with management and counsel |
| Tim Coleman | 07/07/20 | 1.0 | Review of settlement process |
| Tim Coleman | 07/08/20 | 1.0 | Calls with L. Donahue and J. Dubel on update of status of deal |
| Tim Coleman | 07/09/20 | 1.5 | Weekly update call with management and advisors |
| Tim Coleman | 07/10/20 | 1.0 | Meeting with board members on corporate governance matters |
| Tim Coleman | 07/13/20 | 0.5 | Internal team call |
| Tim Coleman | 07/14/20 | 1.0 | Purdue professionals meeting on status of negotiations |
| Tim Coleman | 07/14/20 | 1.0 | Discussions with Company and professionals on negotiations |
| Tim Coleman | 07/16/20 | 1.0 | Weekly update call |
| Tim Coleman | 07/17/20 | 0.5 | Call with J. O'Connell and J. Turner regarding case matter |
| Tim Coleman | 07/21/20 | 0.5 | Weekly advisor call |
| Tim Coleman | 07/21/20 | 1.5 | Special Committee meeting |
| Tim Coleman | 07/22/20 | 1.5 | Dialed into advisor presentation on financial matters |
| Tim Coleman | 07/22/20 | 1.0 | Review of financials with mediators |
| Tim Coleman | 07/22/20 | 1.5 | Attended Ad Hoc board call in settlement |
| Tim Coleman | 07/23/20 | 0.5 | Internal team calling regarding financial analysis |
| Tim Coleman | 07/23/20 | 1.5 | Board meeting |
| Tim Coleman | 07/24/20 | 1.0 | Prep call with management for UCC meeting |
| Tim Coleman | 07/27/20 | 2.0 | Conference call with UCC and advisors regarding business update |
| Tim Coleman | 07/27/20 | 1.0 | Conference call with management and advisors regarding preparation for board meeting |
| Tim Coleman | 07/29/20 | 7.0 | Board meeting |
| | | **37.0** | |

# PJT PARTNERS LP
## HOURLY DETAILS FOR THE PERIOD OF
## JULY 1, 2020 THROUGH JULY 31, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 07/01/20 | 1.0 | Call with Alix Partners regarding board meeting |
| Jamie O'Connell | 07/02/20 | 1.0 | Weekly update call |
| Jamie O'Connell | 07/02/20 | 0.5 | Follow-up call with J. Turner |
| Jamie O'Connell | 07/03/20 | 0.5 | Internal call regarding board meeting |
| Jamie O'Connell | 07/03/20 | 1.5 | Board call |
| Jamie O'Connell | 07/06/20 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 07/06/20 | 0.5 | Call with T. Coleman and J. Turner regarding case matter |
| Jamie O'Connell | 07/06/20 | 1.0 | Call with counsel regarding various matters |
| Jamie O'Connell | 07/07/20 | 1.5 | Preparation for conference call |
| Jamie O'Connell | 07/07/20 | 1.5 | Conference call with management and counsel |
| Jamie O'Connell | 07/07/20 | 0.5 | Review and comment on draft fee application |
| Jamie O'Connell | 07/08/20 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 07/09/20 | 1.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 07/09/20 | 1.0 | Call with advisors |
| Jamie O'Connell | 07/09/20 | 0.5 | Correspondence with counsel regarding precedent matters |
| Jamie O'Connell | 07/09/20 | 1.0 | Conference call with counsel and others regarding structuring matters |
| Jamie O'Connell | 07/13/20 | 0.5 | Correspondence regarding structuring matter |
| Jamie O'Connell | 07/13/20 | 0.5 | Internal team call |
| Jamie O'Connell | 07/16/20 | 1.0 | Weekly update call |
| Jamie O'Connell | 07/16/20 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 07/20/20 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 07/21/20 | 1.5 | Conference call regarding various matters |
| Jamie O'Connell | 07/21/20 | 0.5 | Weekly advisor call |
| Jamie O'Connell | 07/21/20 | 0.5 | Review and comment on draft materials |
| Jamie O'Connell | 07/22/20 | 1.5 | Dialed into advisor presentation on financial matters |
| Jamie O'Connell | 07/22/20 | 0.5 | Call with management and Alix |
| Jamie O'Connell | 07/23/20 | 0.5 | Call with J. Turner in advance of board meeting |
| Jamie O'Connell | 07/23/20 | 1.5 | Board meeting |
| Jamie O'Connell | 07/23/20 | 0.5 | Internal team calling regarding financial analysis |
| Jamie O'Connell | 07/24/20 | 1.0 | Prep call with management for UCC meeting |
| Jamie O'Connell | 07/27/20 | 2.0 | Conference call with UCC and advisors regarding business update |
| Jamie O'Connell | 07/27/20 | 1.0 | Conference call with management and advisors regarding preparation for board meeting |
| Jamie O'Connell | 07/28/20 | 0.5 | Review and comment on draft financial analysis |
| Jamie O'Connell | 07/29/20 | 0.5 | Call with J. Turner regarding preparation for board meeting |
| Jamie O'Connell | 07/29/20 | 5.5 | Board meeting (did not attend entire meeting) |
|  |  | **35.0** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2020 THROUGH JULY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 07/02/20 | 1.0 | Weekly update call |
| Rafael Schnitzler | 07/08/20 | 1.0 | Project Catalyst internal call |
| Rafael Schnitzler | 07/13/20 | 0.5 | Internal team call |
| Rafael Schnitzler | 07/14/20 | 1.0 | Project Catalyst call |
| Rafael Schnitzler | 07/14/20 | 4.0 | Project Catalyst due diligence |
| Rafael Schnitzler | 07/15/20 | 0.5 | Project Catalyst internal call |
| Rafael Schnitzler | 07/15/20 | 3.0 | Project Catalyst due diligence |
| Rafael Schnitzler | 07/16/20 | 1.0 | Weekly update call |
| Rafael Schnitzler | 07/16/20 | 0.5 | Project Catalyst call |
| Rafael Schnitzler | 07/16/20 | 5.0 | Project Catalyst draft internal materials / respond to emails |
| Rafael Schnitzler | 07/17/20 | 1.0 | Project Catalyst call |
| Rafael Schnitzler | 07/17/20 | 1.0 | Project Catalyst call |
| Rafael Schnitzler | 07/17/20 | 2.0 | Project Catalyst draft internal materials |
| Rafael Schnitzler | 07/17/20 | 2.5 | Project Catalyst emails / schedule calls |
| Rafael Schnitzler | 07/21/20 | 0.5 | Weekly advisor call |
| Rafael Schnitzler | 07/21/20 | 0.5 | Project Catalyst call |
| Rafael Schnitzler | 07/21/20 | 1.0 | Project Catalyst call due diligence |
| Rafael Schnitzler | 07/21/20 | 0.5 | Project Catalyst call |
| Rafael Schnitzler | 07/21/20 | 0.5 | Project Catalyst call |
| Rafael Schnitzler | 07/21/20 | 1.0 | Project Catalyst due diligence |
| Rafael Schnitzler | 07/21/20 | 0.5 | Project Catalyst call |
| Rafael Schnitzler | 07/22/20 | 1.5 | Dialed into advisor presentation on financial matters |
| Rafael Schnitzler | 07/22/20 | 1.5 | Project Catalyst emails |
| Rafael Schnitzler | 07/23/20 | 0.5 | Internal team calling regarding financial analysis |
| Rafael Schnitzler | 07/23/20 | 0.5 | Project Catalyst call |
| Rafael Schnitzler | 07/23/20 | 0.5 | Project Catalyst internal call |
| Rafael Schnitzler | 07/23/20 | 1.0 | Project Catalyst due diligence |
| Rafael Schnitzler | 07/24/20 | 0.5 | Project Catalyst call |
| Rafael Schnitzler | 07/24/20 | 3.0 | Project Catalyst draft materials |
| Rafael Schnitzler | 07/24/20 | 1.0 | Prep call with management for UCC meeting |
| Rafael Schnitzler | 07/25/20 | 0.5 | Project Catalyst emails |
| Rafael Schnitzler | 07/26/20 | 1.0 | Project Catalyst emails |
| Rafael Schnitzler | 07/27/20 | 0.5 | Project Catalyst internal call |
| Rafael Schnitzler | 07/27/20 | 1.0 | Project Catalyst due diligence |
| Rafael Schnitzler | 07/27/20 | 2.0 | Conference call with UCC and advisors regarding business update |
| Rafael Schnitzler | 07/27/20 | 1.0 | Conference call with management and advisors regarding preparation for board meeting |
| Rafael Schnitzler | 07/28/20 | 1.0 | Project Catalyst internal call |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2020 THROUGH JULY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 07/28/20 | 1.0 | Project Catalyst call |
| Rafael Schnitzler | 07/28/20 | 1.0 | Project Catalyst call |
| Rafael Schnitzler | 07/29/20 | 1.0 | Project Catalyst internal call |
| Rafael Schnitzler | 07/29/20 | 0.5 | Project Catalyst call |
| Rafael Schnitzler | 07/29/20 | 1.0 | Project Catalyst call |
| Rafael Schnitzler | 07/29/20 | 7.0 | Board meeting |
| Rafael Schnitzler | 07/30/20 | 1.0 | Project Catalyst call |
| Rafael Schnitzler | 07/31/20 | 1.0 | Project Catalyst call |
| | | **59.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2020 THROUGH JULY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 07/01/20 | 1.0 | Advisor and Company pre-call for discussion with government stakeholder advisors |
| Joe Turner | 07/01/20 | 1.5 | Review of creditor diligence materials |
| Joe Turner | 07/01/20 | 1.0 | Call with Alix Partners regarding board meeting |
| Joe Turner | 07/01/20 | 0.5 | Call with Alix and PJT individuals re upcoming BOD discussion |
| Joe Turner | 07/02/20 | 0.5 | Follow-up call with J. O'Connell |
| Joe Turner | 07/02/20 | 2.0 | Two separate diligence calls re IAC assets |
| Joe Turner | 07/02/20 | 0.5 | Discussion with certain creditor advisors re financial diligence |
| Joe Turner | 07/02/20 | 1.0 | Weekly update call |
| Joe Turner | 07/02/20 | 0.5 | Discussion with Alix re certain BD assets |
| Joe Turner | 07/02/20 | 0.5 | Discussion with Alix re IAC diligence |
| Joe Turner | 07/02/20 | 0.5 | Call with Alix and PJT individuals re upcoming BOD discussion |
| Joe Turner | 07/03/20 | 0.5 | Internal call regarding board meeting |
| Joe Turner | 07/03/20 | 1.5 | Call with certain board members re various items |
| Joe Turner | 07/03/20 | 0.5 | Review of proposed business plan process |
| Joe Turner | 07/03/20 | 1.5 | Review of creditor diligence materials |
| Joe Turner | 07/04/20 | 0.5 | Discussion with certain creditor advisors re financial diligence |
| Joe Turner | 07/06/20 | 0.5 | Call with J. O'Connell re various matters |
| Joe Turner | 07/06/20 | 1.0 | Diligence call re IAC assets |
| Joe Turner | 07/06/20 | 1.0 | Call with counsel regarding various matters |
| Joe Turner | 07/06/20 | 0.5 | Call with T. Coleman and J. O'Connell regarding case matter |
| Joe Turner | 07/06/20 | 1.0 | Call with counsel regarding various matters |
| Joe Turner | 07/07/20 | 1.0 | Review of financial diligence and email correspondence with creditor advisors |
| Joe Turner | 07/07/20 | 1.5 | Call with Special Committee to discuss certain items |
| Joe Turner | 07/07/20 | 1.5 | Conference call with management and counsel |
| Joe Turner | 07/08/20 | 1.5 | Call with certain creditor advisors to discuss financial analysis presentation |
| Joe Turner | 07/08/20 | 0.5 | Coordination with Company re certain financial diligence requests |
| Joe Turner | 07/08/20 | 0.5 | Call(s) with creditor advisors re financial diligence requests |
| Joe Turner | 07/08/20 | 1.5 | Review of financial diligence and email correspondence with creditor advisors |
| Joe Turner | 07/08/20 | 0.5 | Discussion with J. O'Connell re various items |
| Joe Turner | 07/09/20 | 1.5 | Biweekly Company / advisor call |
| Joe Turner | 07/09/20 | 1.0 | Call with advisors |
| Joe Turner | 07/09/20 | 0.5 | Advisor call (smaller working group) re various items |
| Joe Turner | 07/09/20 | 1.0 | Call with management re creditor diligence requests |
| Joe Turner | 07/09/20 | 1.0 | Call with management re creditor diligence requests |
| Joe Turner | 07/09/20 | 0.5 | Internal PJT call re diligence of certain assets |
| Joe Turner | 07/10/20 | 0.5 | Internal PJT call re diligence of IACs |
| Joe Turner | 07/12/20 | 2.5 | Review of status of ongoing diligence requests |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2020 THROUGH JULY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 07/13/20 | 0.5 | Internal team call |
| Joe Turner | 07/13/20 | 0.5 | Calls with individual creditor advisors re diligence |
| Joe Turner | 07/13/20 | 1.5 | Call with management and creditor advisors re business diligence and presentation |
| Joe Turner | 07/14/20 | 1.0 | Call with advisors re IAC diligence |
| Joe Turner | 07/14/20 | 1.5 | Call with management and creditor advisors re business diligence and presentation |
| Joe Turner | 07/14/20 | 1.0 | Advisor call re various items |
| Joe Turner | 07/14/20 | 4.5 | Review and coordination of diligence related to creditor financial presentation |
| Joe Turner | 07/14/20 | 0.5 | Calls with individual creditor advisors re diligence |
| Joe Turner | 07/14/20 | 2.5 | Review of status of ongoing diligence requests |
| Joe Turner | 07/15/20 | 1.5 | Call with creditor advisors re business diligence and presentation |
| Joe Turner | 07/15/20 | 4.0 | Review and coordination of diligence related to creditor financial presentation (including calls with management) |
| Joe Turner | 07/16/20 | 1.0 | Weekly update call |
| Joe Turner | 07/16/20 | 5.0 | Work on financial analysis relating to creditor requests |
| Joe Turner | 07/16/20 | 1.0 | Call with creditor advisors and management re financial analysis |
| Joe Turner | 07/16/20 | 1.0 | Coordination with Company re certain financial diligence requests |
| Joe Turner | 07/17/20 | 0.5 | Call with Alix and Skadden regarding certain assets of the company |
| Joe Turner | 07/17/20 | 4.0 | Work on financial analysis relating to creditor requests |
| Joe Turner | 07/18/20 | 2.0 | Work on financial analysis relating to creditor requests |
| Joe Turner | 07/18/20 | 1.0 | Coordination with Company re certain financial diligence requests |
| Joe Turner | 07/19/20 | 2.5 | Work on financial analysis relating to creditor requests |
| Joe Turner | 07/20/20 | 0.5 | Internal catch-up call re various matters |
| Joe Turner | 07/20/20 | 1.5 | Work on financial analysis relating to creditor requests |
| Joe Turner | 07/20/20 | 2.0 | Drafting of certain materials for next week's BOD |
| Joe Turner | 07/20/20 | 3.0 | Review of certain workstreams in advance of Special Committee call |
| Joe Turner | 07/20/20 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 07/21/20 | 1.0 | Review of certain workstreams in advance of Special Committee call |
| Joe Turner | 07/21/20 | 1.0 | Telephonic Special Committee call |
| Joe Turner | 07/21/20 | 3.5 | Work on financial analysis relating to creditor requests |
| Joe Turner | 07/21/20 | 1.0 | Weekly advisor-only update call |
| Joe Turner | 07/21/20 | 0.5 | Call with Alix and company re certain strategic items |
| Joe Turner | 07/21/20 | 1.0 | Call with management regarding certain business plan workstreams |
| Joe Turner | 07/21/20 | 0.5 | Call with creditor advisors re financial diligence |
| Joe Turner | 07/21/20 | 2.0 | Work on financial analysis relating to creditor requests |
| Joe Turner | 07/21/20 | 1.0 | Review and editing of materials related to certain strategic items |
| Joe Turner | 07/22/20 | 1.0 | Work on financial analysis relating to creditor requests |
| Joe Turner | 07/22/20 | 1.5 | Call with certain parties involved in mediation - financial presentation |
| Joe Turner | 07/22/20 | 1.5 | Telephonic BOD call |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2020 THROUGH JULY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 07/22/20 | 0.5 | Call with Alix/DPW re various items |
| Joe Turner | 07/22/20 | 1.5 | Prep for BOD call - various workstreams |
| Joe Turner | 07/23/20 | 1.5 | Telephonic BOD call |
| Joe Turner | 07/23/20 | 1.5 | Telephonic hearing |
| Joe Turner | 07/23/20 | 1.5 | Review of draft materials for next week's BOD |
| Joe Turner | 07/23/20 | 0.5 | Internal team call regarding financial analysis |
| Joe Turner | 07/23/20 | 1.0 | Various calls regarding IAC diligence process (internal and with Alix) |
| Joe Turner | 07/23/20 | 0.5 | Call with J. O'Connell in advance of board meeting |
| Joe Turner | 07/24/20 | 1.0 | Prep call with management for UCC meeting |
| Joe Turner | 07/24/20 | 1.0 | IAC diligence call |
| Joe Turner | 07/27/20 | 2.0 | Conference call with UCC and advisors regarding business update |
| Joe Turner | 07/27/20 | 1.0 | Conference call with management and advisors regarding preparation for board meeting |
| Joe Turner | 07/29/20 | 0.5 | Call with J. O'Connell regarding preparation for board meeting |
| Joe Turner | 07/29/20 | 7.0 | Board meeting |
| | | **116.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2020 THROUGH JULY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 07/01/20 | 1.0 | Conference call with Company management and external counsel to prepare for upcoming meeting with creditor advisors |
| Thomas Melvin | 07/01/20 | 0.5 | Prepare and review agenda for weekly call |
| Thomas Melvin | 07/01/20 | 0.5 | E-mail correspondence with Company management regarding certain creditor advisor diligence requests |
| Thomas Melvin | 07/01/20 | 2.0 | Review and prepare responses to creditor diligence requests |
| Thomas Melvin | 07/01/20 | 0.5 | E-mail correspondence with creditor advisors regarding diligence requests |
| Thomas Melvin | 07/01/20 | 0.5 | Prepare and review diligence request responses for processing and upload |
| Thomas Melvin | 07/02/20 | 1.0 | Weekly advisor and Company update call |
| Thomas Melvin | 07/02/20 | 1.0 | Review financial analysis |
| Thomas Melvin | 07/02/20 | 0.5 | E-mail correspondence with certain creditor advisors to discuss recent diligence responses and coordinate meeting |
| Thomas Melvin | 07/02/20 | 0.5 | E-mail correspondence with AlixPartners team regarding creditor diligence requests |
| Thomas Melvin | 07/02/20 | 1.0 | Review and prepare responses to creditor diligence requests |
| Thomas Melvin | 07/02/20 | 0.5 | Prepare and review diligence request responses for processing and upload |
| Thomas Melvin | 07/03/20 | 0.5 | E-mail correspondence with AlixPartners team regarding creditor diligence requests |
| Thomas Melvin | 07/04/20 | 0.5 | Review DPW slide prepared in response to creditor diligence request |
| Thomas Melvin | 07/06/20 | 3.0 | Review and prepare responses to creditor diligence requests |
| Thomas Melvin | 07/06/20 | 1.0 | E-mail correspondence with Company management regarding certain creditor advisor diligence requests |
| Thomas Melvin | 07/06/20 | 0.5 | E-mail correspondence with AlixPartners team regarding creditor diligence requests and to coordinate meeting |
| Thomas Melvin | 07/06/20 | 1.5 | Review financial analysis |
| Thomas Melvin | 07/06/20 | 0.5 | E-mail correspondence with DPW team regarding creditor diligence requests |
| Thomas Melvin | 07/07/20 | 1.0 | Conference call with certain creditor group advisors regarding diligence requests |
| Thomas Melvin | 07/07/20 | 2.5 | Review and prepare responses to creditor diligence requests |
| Thomas Melvin | 07/07/20 | 0.5 | E-mail correspondence with certain creditor advisors to discuss recent diligence responses and coordinate meeting |
| Thomas Melvin | 07/07/20 | 0.5 | E-mail correspondence with Company management regarding certain creditor advisor diligence requests |
| Thomas Melvin | 07/07/20 | 0.5 | E-mail correspondence with Company management regarding monitor requests |
| Thomas Melvin | 07/08/20 | 1.0 | Conference call with certain creditor group advisors regarding requested financial analysis |
| Thomas Melvin | 07/08/20 | 2.0 | Review and prepare responses to creditor diligence requests |
| Thomas Melvin | 07/08/20 | 1.0 | E-mail correspondence with Company management regarding certain creditor advisor diligence requests |
| Thomas Melvin | 07/08/20 | 0.5 | E-mail correspondence with certain creditor advisors to discuss recent diligence responses |
| Thomas Melvin | 07/09/20 | 1.0 | Weekly advisor and Company update call |
| Thomas Melvin | 07/09/20 | 1.0 | Conference call with DPW and creditor group legal advisors to discuss tax related matters |
| Thomas Melvin | 07/09/20 | 0.5 | Conference call with certain creditor group financial advisors regarding diligence requests |
| Thomas Melvin | 07/09/20 | 1.0 | Conference call with Company management to review financial analysis |
| Thomas Melvin | 07/09/20 | 0.5 | Internal team call to discuss financial analyses |
| Thomas Melvin | 07/09/20 | 1.5 | Review and prepare responses to creditor diligence requests |
| Thomas Melvin | 07/09/20 | 0.5 | E-mail correspondence with AlixPartners team regarding creditor diligence requests |
| Thomas Melvin | 07/09/20 | 1.0 | Review financial analysis from Company |
| Thomas Melvin | 07/09/20 | 1.0 | Prepare and review diligence request responses for processing and upload |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2020 THROUGH JULY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 07/10/20 | 2.0 | Review and prepare responses to creditor diligence requests |
| Thomas Melvin | 07/10/20 | 0.5 | Call with certain creditor advisor regarding diligence requests |
| Thomas Melvin | 07/10/20 | 0.5 | Call with Company management to discuss creditor diligence request |
| Thomas Melvin | 07/10/20 | 1.0 | E-mail correspondence with Company management regarding certain creditor advisor diligence requests |
| Thomas Melvin | 07/11/20 | 1.0 | E-mail correspondence with Company management regarding certain creditor advisor diligence requests |
| Thomas Melvin | 07/11/20 | 2.0 | Review financial analyses for upcoming meeting with creditor advisors |
| Thomas Melvin | 07/13/20 | 1.5 | Review and prepare responses to creditor diligence requests |
| Thomas Melvin | 07/13/20 | 1.0 | Review financial analyses for upcoming meeting with creditor advisors |
| Thomas Melvin | 07/13/20 | 0.5 | Call with Company management to prep for upcoming call |
| Thomas Melvin | 07/13/20 | 1.0 | Conference call with Company management and certain creditor group advisors to discuss requested financial analysis |
| Thomas Melvin | 07/13/20 | 0.5 | Internal team call |
| Thomas Melvin | 07/13/20 | 1.5 | Prepare and review diligence request responses for processing and upload |
| Thomas Melvin | 07/13/20 | 0.5 | E-mail correspondence with Company management and AlixPartners regarding diligence requests |
| Thomas Melvin | 07/14/20 | 0.5 | Conference call with Company management to review financial analysis requested by creditor advisors |
| Thomas Melvin | 07/14/20 | 1.0 | Weekly advisor update call |
| Thomas Melvin | 07/14/20 | 0.5 | Conference call with AlixPartners to discuss financial analysis requested by creditor advisors |
| Thomas Melvin | 07/14/20 | 2.0 | Review financial analyses for creditor advisor presentation |
| Thomas Melvin | 07/14/20 | 1.0 | Review creditor advisor client presentation |
| Thomas Melvin | 07/14/20 | 1.0 | Review and prepare responses to creditor diligence requests |
| Thomas Melvin | 07/14/20 | 1.0 | E-mail correspondence with internal team, Company, AlixPartners regarding financial analyses for creditor presentation |
| Thomas Melvin | 07/15/20 | 0.5 | Prep call with management for meeting with certain creditor advisors |
| Thomas Melvin | 07/15/20 | 1.0 | Conference call with creditor advisors to review financial analysis |
| Thomas Melvin | 07/15/20 | 2.0 | Review financial analyses for creditor advisor presentation |
| Thomas Melvin | 07/15/20 | 1.5 | Review and prepare responses to creditor diligence requests |
| Thomas Melvin | 07/15/20 | 1.0 | Prepare and review diligence request responses for processing and upload |
| Thomas Melvin | 07/15/20 | 0.5 | Prepare and review agenda for weekly call |
| Thomas Melvin | 07/15/20 | 0.5 | E-mail correspondence with Company management regarding certain creditor advisor diligence requests |
| Thomas Melvin | 07/16/20 | 1.0 | Weekly advisor and Company update call |
| Thomas Melvin | 07/16/20 | 1.0 | Conference call with creditor advisors to review financial analysis |
| Thomas Melvin | 07/16/20 | 1.0 | Review draft business plan update presentation |
| Thomas Melvin | 07/16/20 | 2.0 | Review and prepare responses to creditor diligence requests |
| Thomas Melvin | 07/16/20 | 0.5 | E-mail correspondence with Company management and AlixPartners regarding diligence requests |
| Thomas Melvin | 07/17/20 | 1.0 | Review creditor advisor client presentation |
| Thomas Melvin | 07/17/20 | 1.0 | Prepare and review diligence request responses for processing and upload |
| Thomas Melvin | 07/17/20 | 1.5 | Review and prepare responses to creditor diligence requests |
| Thomas Melvin | 07/18/20 | 1.5 | Review financial analyses for creditor advisor presentation |
| Thomas Melvin | 07/18/20 | 2.0 | Review creditor advisor client presentation |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2020 THROUGH JULY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 07/19/20 | 1.0 | Review creditor advisor client presentation |
| Thomas Melvin | 07/19/20 | 1.5 | Review financial analyses for creditor advisor presentation |
| Thomas Melvin | 07/19/20 | 1.0 | Review Company business update presentation |
| Thomas Melvin | 07/20/20 | 0.5 | Internal team call |
| Thomas Melvin | 07/20/20 | 1.0 | Review Company business update presentation |
| Thomas Melvin | 07/20/20 | 1.5 | Review and prepare responses to creditor diligence requests |
| Thomas Melvin | 07/20/20 | 0.5 | E-mail correspondence with Company management and AlixPartners regarding diligence requests |
| Thomas Melvin | 07/20/20 | 0.5 | E-mail correspondence with certain creditor advisors to discuss financial analysis |
| Thomas Melvin | 07/20/20 | 2.0 | Review financial analyses for creditor advisor presentation |
| Thomas Melvin | 07/20/20 | 0.5 | Prepare and review diligence request responses for processing and upload |
| Thomas Melvin | 07/21/20 | 1.0 | Weekly advisor update call |
| Thomas Melvin | 07/21/20 | 1.5 | Review financial analyses for creditor advisor presentation |
| Thomas Melvin | 07/21/20 | 1.5 | Review and prepare responses to creditor diligence requests |
| Thomas Melvin | 07/21/20 | 1.0 | E-mail correspondence with certain creditor advisors to discuss financial analysis |
| Thomas Melvin | 07/21/20 | 1.0 | Review creditor advisor client presentation |
| Thomas Melvin | 07/21/20 | 1.0 | Review Company business update presentation |
| Thomas Melvin | 07/21/20 | 0.5 | Call with Company vendor to discuss insurance related matters |
| Thomas Melvin | 07/22/20 | 1.0 | Review creditor advisor client presentation |
| Thomas Melvin | 07/22/20 | 0.5 | Review internal financial analysis |
| Thomas Melvin | 07/22/20 | 0.5 | E-mail correspondence with Company management regarding recent call |
| Thomas Melvin | 07/22/20 | 1.0 | Review financial analyses for creditor advisor presentation |
| Thomas Melvin | 07/22/20 | 1.5 | Dialed into advisor presentation on financial matters |
| Thomas Melvin | 07/22/20 | 0.5 | Call with Company management regarding financial analysis for creditor advisor presentation |
| Thomas Melvin | 07/23/20 | 2.0 | Dialed into Omnibus hearing |
| Thomas Melvin | 07/23/20 | 1.0 | Review Company business update presentation |
| Thomas Melvin | 07/23/20 | 0.5 | Internal team call regarding financial analysis |
| Thomas Melvin | 07/24/20 | 1.0 | Prep call with Company management for UCC meeting |
| Thomas Melvin | 07/24/20 | 1.0 | Review Company business update presentation |
| Thomas Melvin | 07/25/20 | 1.5 | Review Company business update presentation |
| Thomas Melvin | 07/25/20 | 0.5 | E-mail correspondence with Company management regarding business update presentation and upcoming meeting |
| Thomas Melvin | 07/26/20 | 1.0 | Prep call with Company management for UCC meeting |
| Thomas Melvin | 07/26/20 | 1.5 | Review Company business update presentation |
| Thomas Melvin | 07/27/20 | 0.5 | Conference call with Company management and AlixPartners regarding strategic matters |
| Thomas Melvin | 07/27/20 | 1.0 | Prepare, aggregate and review responses to monitor requests |
| Thomas Melvin | 07/27/20 | 2.0 | Conference call with UCC and advisors regarding business update |
| Thomas Melvin | 07/27/20 | 0.5 | Aggregate and prepare questions/requests from call with UCC |
| Thomas Melvin | 07/27/20 | 1.0 | Review and prepare responses to creditor diligence requests |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2020 THROUGH JULY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 07/27/20 | 2.5 | Prepare and review material for upcoming board meeting |
| Thomas Melvin | 07/28/20 | 0.5 | Conference call with Company management to discuss monitor request |
| Thomas Melvin | 07/28/20 | 2.0 | Prepare, aggregate and review responses to monitor requests |
| Thomas Melvin | 07/28/20 | 1.5 | Review and prepare responses to creditor diligence requests |
| Thomas Melvin | 07/28/20 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding monitor requests |
| Thomas Melvin | 07/29/20 | 2.5 | Review and prepare responses to creditor diligence requests |
| Thomas Melvin | 07/29/20 | 0.5 | Prepare, aggregate and review responses to monitor requests |
| Thomas Melvin | 07/29/20 | 0.5 | Prepare and review material for upcoming board meeting |
| Thomas Melvin | 07/30/20 | 0.5 | Call with Company management to discuss creditor diligence requests |
| Thomas Melvin | 07/30/20 | 0.5 | Call with Company management to discuss creditor diligence requests |
| Thomas Melvin | 07/30/20 | 0.5 | Conference call with certain creditor advisors to discuss business development |
| Thomas Melvin | 07/30/20 | 0.5 | Conference call with AlixPartners to discuss insurance related matters |
| Thomas Melvin | 07/30/20 | 0.5 | Prepare and review diligence request responses for processing and upload |
| Thomas Melvin | 07/30/20 | 1.0 | Prepare and review material for board meeting |
| Thomas Melvin | 07/30/20 | 1.5 | Review and prepare responses to creditor diligence requests |
| Thomas Melvin | 07/30/20 | 0.5 | E-mail correspondence with Company management and DPW team regarding diligence requests |
| Thomas Melvin | 07/30/20 | 0.5 | Review Company business plan refresh slides |
| Thomas Melvin | 07/31/20 | 1.0 | Conference call with Company management and certain creditor group advisors regarding diligence requests |
| Thomas Melvin | 07/31/20 | 0.5 | Call with Company management to discuss creditor diligence requests |
| Thomas Melvin | 07/31/20 | 2.5 | Review and prepare responses to creditor diligence requests |
| Thomas Melvin | 07/31/20 | 1.0 | Review financial analyses for creditor advisor presentation |
| Thomas Melvin | 07/31/20 | 0.5 | Prepare and review diligence request responses for processing and upload |
| | | **134.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2020 THROUGH JULY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jade Wang | 07/01/20 | 2.0 | Calls with bidders on Project Catalysts |
| Jade Wang | 07/02/20 | 1.0 | Weekly update call |
| Jade Wang | 07/02/20 | 0.5 | Diligence call on Project Catalyst |
| Jade Wang | 07/07/20 | 0.5 | Diligence call on Project Catalyst |
| Jade Wang | 07/09/20 | 3.0 | Worked on financial analysis |
| Jade Wang | 07/09/20 | 0.5 | Diligence call on Project Catalyst |
| Jade Wang | 07/09/20 | 1.0 | Call with bidder on Project Catalysts |
| Jade Wang | 07/10/20 | 2.0 | Worked on financial analysis |
| Jade Wang | 07/13/20 | 0.5 | Internal team call |
| Jade Wang | 07/13/20 | 1.0 | Conference call with Company management and certain creditor group advisors to discuss requested financial analysis |
| Jade Wang | 07/14/20 | 2.0 | Review creditor advisor client presentation |
| Jade Wang | 07/14/20 | 0.5 | Diligence call on Project Catalyst |
| Jade Wang | 07/15/20 | 1.0 | Conference call with creditor advisors to review financial analysis |
| Jade Wang | 07/15/20 | 4.0 | Worked on OTC analysis |
| Jade Wang | 07/15/20 | 1.0 | Review creditor advisor client presentation |
| Jade Wang | 07/16/20 | 1.0 | Weekly update call |
| Jade Wang | 07/16/20 | 0.5 | Diligence call on Project Catalyst |
| Jade Wang | 07/16/20 | 3.0 | Worked on OTC analysis |
| Jade Wang | 07/16/20 | 1.0 | Conference call with creditor advisors to review financial analysis |
| Jade Wang | 07/17/20 | 2.0 | Worked on OTC analysis |
| Jade Wang | 07/17/20 | 1.0 | Review creditor advisor client presentation |
| Jade Wang | 07/18/20 | 1.5 | Worked on OTC analysis |
| Jade Wang | 07/20/20 | 1.0 | Worked on OTC analysis |
| Jade Wang | 07/20/20 | 1.0 | Review creditor advisor client presentation |
| Jade Wang | 07/20/20 | 0.5 | Internal team call |
| Jade Wang | 07/21/20 | 1.5 | Calls with bidders on Project Catalysts |
| Jade Wang | 07/21/20 | 1.0 | Review creditor advisor client presentation |
| Jade Wang | 07/21/20 | 0.5 | Diligence call on Project Catalyst |
| Jade Wang | 07/22/20 | 1.5 | Dialed into advisor presentation on financial matters |
| Jade Wang | 07/22/20 | 1.5 | Dialed into advisor presentation on financial matters |
| Jade Wang | 07/23/20 | 0.5 | Internal team calling regarding financial analysis |
| Jade Wang | 07/23/20 | 0.5 | Diligence call on Project Catalyst |
| Jade Wang | 07/24/20 | 1.0 | Prep call with management for UCC meeting |
| Jade Wang | 07/24/20 | 1.0 | Worked on OTC analysis |
| Jade Wang | 07/28/20 | 1.0 | Worked on updating August Board deck |
| Jade Wang | 07/28/20 | 0.5 | Diligence call on Project Catalyst |
| Jade Wang | 07/29/20 | 1.5 | Worked on updating August Board deck |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2020 THROUGH JULY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jade Wang | 07/30/20 | 1.0 | Worked on updating August Board deck |
| | | **46.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2020 THROUGH JULY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 07/02/20 | 2.0 | Two separate diligence calls re IAC assets |
| Jovana Arsic | 07/02/20 | 1.0 | Weekly update call |
| Jovana Arsic | 07/02/20 | 0.5 | Discussion with Alix re IAC diligence |
| Jovana Arsic | 07/06/20 | 1.0 | Diligence call re IAC assets |
| Jovana Arsic | 07/07/20 | 1.0 | Diligence call re IAC assets |
| Jovana Arsic | 07/08/20 | 1.5 | Call with certain creditor advisors to discuss financial analysis presentation |
| Jovana Arsic | 07/09/20 | 1.5 | Biweekly Company / advisor call |
| Jovana Arsic | 07/09/20 | 0.5 | Diligence call re IAC assets |
| Jovana Arsic | 07/09/20 | 0.5 | Advisor call (smaller working group) re various items |
| Jovana Arsic | 07/10/20 | 1.0 | 2 Internal PJT calls re diligence of IACs |
| Jovana Arsic | 07/10/20 | 1.0 | Work on IAC materials |
| Jovana Arsic | 07/10/20 | 1.0 | 2 Internal PJT calls re diligence of IACs |
| Jovana Arsic | 07/13/20 | 0.5 | Internal team call |
| Jovana Arsic | 07/14/20 | 1.0 | Diligence call re IAC assets |
| Jovana Arsic | 07/14/20 | 0.5 | Internal team call |
| Jovana Arsic | 07/14/20 | 1.0 | Call with advisors re IAC diligence |
| Jovana Arsic | 07/14/20 | 1.0 | Advisor call re various items |
| Jovana Arsic | 07/14/20 | 4.5 | Review and coordination of diligence related to creditor financial presentation |
| Jovana Arsic | 07/15/20 | 0.5 | Internal team call |
| Jovana Arsic | 07/15/20 | 1.0 | Work on IAC materials |
| Jovana Arsic | 07/15/20 | 1.0 | Diligence call re IAC assets |
| Jovana Arsic | 07/15/20 | 1.5 | Call with creditor advisors re business diligence and presentation |
| Jovana Arsic | 07/16/20 | 1.0 | Weekly update call |
| Jovana Arsic | 07/16/20 | 1.0 | Call with creditor advisors and management re financial analysis |
| Jovana Arsic | 07/20/20 | 0.5 | Internal catch-up call re various matters |
| Jovana Arsic | 07/21/20 | 1.0 | Weekly advisor-only update call |
| Jovana Arsic | 07/22/20 | 0.5 | Internal team call |
| Jovana Arsic | 07/23/20 | 0.5 | Internal team calling regarding financial analysis |
| Jovana Arsic | 07/23/20 | 1.0 | Various calls regarding IAC diligence process (internal and with Alix) |
| Jovana Arsic | 07/23/20 | 1.0 | Work on IAC materials |
| Jovana Arsic | 07/24/20 | 1.0 | IAC diligence call |
| Jovana Arsic | 07/27/20 | 2.0 | Conference call with UCC and advisors regarding business update |
| Jovana Arsic | 07/27/20 | 0.5 | Internal team call |
| Jovana Arsic | 07/27/20 | 0.5 | Work on board meeting materials preparation |
| Jovana Arsic | 07/27/20 | 1.0 | Conference call with management and advisors regarding preparation for board meeting |
| Jovana Arsic | 07/28/20 | 1.0 | IAC diligence call |
| | | **37.5** | |

## PJT PARTNERS LP
## HOURLY DETAILS FOR THE PERIOD OF
## JULY 1, 2020 THROUGH JULY 31, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Gerald Sim | 07/01/20 | 1.0 | Pre-call re. financial advisor questions |
| Gerald Sim | 07/01/20 | 1.0 | Draft agenda for weekly update call |
| Gerald Sim | 07/02/20 | 1.0 | Weekly update call |
| Gerald Sim | 07/03/20 | 2.0 | Clean up diligence files |
| Gerald Sim | 07/07/20 | 1.0 | Call with UCC and advisors on trust structure / governance |
| Gerald Sim | 07/08/20 | 1.0 | Call with company and debtor advisors on scenario discussion |
| Gerald Sim | 07/09/20 | 2.0 | Clean up diligence files |
| Gerald Sim | 07/13/20 | 0.5 | Internal team call |
| Gerald Sim | 07/13/20 | 1.0 | Call with company and debtor advisors on scenario discussion |
| Gerald Sim | 07/14/20 | 1.0 | Weekly advisors call |
| Gerald Sim | 07/15/20 | 1.0 | Call with advisors on various analyses |
| Gerald Sim | 07/15/20 | 1.0 | Draft agenda for weekly update call |
| Gerald Sim | 07/16/20 | 1.0 | Weekly update call |
| Gerald Sim | 07/16/20 | 1.0 | Call #2 with advisors on various analyses |
| Gerald Sim | 07/17/20 | 2.0 | Clean up diligence files |
| Gerald Sim | 07/21/20 | 2.0 | Weekly advisors call |
| Gerald Sim | 07/22/20 | 1.5 | Dialed into advisor presentation on financial matters |
| Gerald Sim | 07/22/20 | 3.0 | Preparation of financial analysis for internal discussion |
| Gerald Sim | 07/22/20 | 1.0 | Edited financial analysis for internal discussion |
| Gerald Sim | 07/23/20 | 0.5 | Internal team calling regarding financial analysis |
| Gerald Sim | 07/24/20 | 1.0 | Prep call with management for UCC meeting |
| Gerald Sim | 07/24/20 | 2.0 | Clean up diligence files |
| Gerald Sim | 07/26/20 | 2.0 | Work on UCC meeting deck |
| Gerald Sim | 07/26/20 | 1.5 | Call with advisors and management on UCC meeting preparation |
| Gerald Sim | 07/26/20 | 3.0 | Work on UCC meeting deck |
| Gerald Sim | 07/26/20 | 1.0 | Work on UCC meeting deck |
| Gerald Sim | 07/27/20 | 3.0 | Preparation of financial materials for financial advisor request |
| Gerald Sim | 07/27/20 | 1.0 | Edited UCC meeting deck |
| Gerald Sim | 07/27/20 | 2.0 | Conference call with UCC and advisors regarding business update |
| Gerald Sim | 07/27/20 | 1.0 | Edited financial materials for financial advisor |
| Gerald Sim | 07/27/20 | 2.0 | Edited financial materials for financial advisor |
| Gerald Sim | 07/28/20 | 1.0 | Review of materials for call with mgmt. team |
| Gerald Sim | 07/28/20 | 1.0 | Call with management team on financial advisor request |
| Gerald Sim | 07/28/20 | 2.0 | Pull together disclosure statements on examples of business plans |
| Gerald Sim | 07/28/20 | 1.0 | Review materials from Company |
| Gerald Sim | 07/31/20 | 1.0 | Call with management and advisors on questions from Province |
| | | **51.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2020 THROUGH JULY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Aakriti Suri | 07/02/20 | 1.0 | Weekly update call |
| Aakriti Suri | 07/02/20 | 0.5 | Diligence call on Project Catalyst |
| Aakriti Suri | 07/13/20 | 0.5 | Internal team call |
| Aakriti Suri | 07/15/20 | 4.0 | Worked on OTC analysis |
| Aakriti Suri | 07/16/20 | 1.0 | Weekly update call |
| Aakriti Suri | 07/20/20 | 0.5 | Internal team call |
| Aakriti Suri | 07/23/20 | 0.5 | Internal team calling regarding financial analysis |
| | | **8.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2020 THROUGH JULY 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Ismail Mian | 07/02/20 | 1.0 | Weekly update call |
| Ismail Mian | 07/13/20 | 0.5 | Internal team call |
| Ismail Mian | 07/15/20 | 3.0 | OTC Analysis |
| Ismail Mian | 07/16/20 | 1.0 | Weekly update call |
| Ismail Mian | 07/17/20 | 2.0 | Analysis for Ex-US IAC |
| Ismail Mian | 07/20/20 | 0.5 | Internal team call |
| | | 8.0 | |