**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 |
| Debtors | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Ashley Vinson Crawford to be admitted, ***pro hac vice***, to represent the Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the U.S. District Court for the Northern District of California, it is hereby:

**ORDERED**, that Ashley Vinson Crawford, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
August 31, 2020

*/s/ Robert D. Drain*
HON. ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE