**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 |
| Debtors | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Clayton N. Matheson to be admitted, ***pro hac vice***, to represent the

Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* (the "Client") in the

above-referenced cases, and upon the movant's certification that the movant is a member in good

standing of the bar in the State of Texas and the bar of the U.S. District Court for the Western

District of Texas, it is hereby:

**ORDERED**, that Clayton N. Matheson, Esq., is admitted to practice, ***pro hac vice***, in the

above-referenced cases to represent the Client, in the United States Bankruptcy Court for the

Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
      August 31, 2020

*/s/Robert D. Drain*
HON. ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE