**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## ORDER EXTENDING MEDIATION TERMINATION DATE

On March 3, 2020 the Court entered an order [Dkt. No. 895] (the "Mediation Order") directing mediation of certain issues by the Honorable Layn Phillips and Mr. Kenneth Feinberg (the "Mediators").[2] At the regularly scheduled omnibus hearing in these cases on July 23, 2020, the Court set the Mediation Termination Date as August 31, 2020; provided, that the Mediators would have flexibility to request a brief extension based on their belief that such time was warranted in the light of the status of the Mediation. Transcript of July 23, 2020 hearing at 66-7. On August 31, 2020, the Mediators made such a request, without informing the Court of the substance of the Mediation but having reported that they have made substantial progress and believe that further agreements may be reached during the requested extension; and, after due deliberation, the Court having determined that the requested extension on the terms of this Order

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to such term in the Mediation Order.

is warranted and is in the best interests of the Debtors, their creditors, their estates, and all other parties in interest; and the Court having jurisdiction to consider such request pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.), as a core proceeding under 28 U.S.C. § 157(b), such request being consistent with the Mediation Order, and no additional notice or a hearing being required,

IT IS HEREBY ORDERED THAT:

1. The Mediation pursuant to the Mediation Order shall conclude on September 11, 2020, which shall be the Mediation Termination Date.

2. The foregoing extension shall be for purposes of mediation of the remaining open issues under the Mediation Order and not to reopen or renegotiate issues that already have been resolved in the Mediation.

3. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated:   September 1, 2020
         White Plains, New York

*/s/Robert D. Drain*
THE HONORABLE ROBERT D DRAIN
UNITED STATES BANKRUPTCY JUDGE