# EXHIBIT "1"

# Electronic Proof of Claim_BSQFT27464

Final Audit Report                                                                               2020-08-14

| | |
|---|---|
| Created: | 2020-08-14 |
| By: | Prime Clerk (purduepharmaefiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAhjx1SiLWDqMNvuq5TXNK0CXPDGOE5pi- |

## "Electronic Proof of Claim_BSQFT27464" History

- Web Form created by Prime Clerk (purduepharmaefiling@primeclerk.com)
  2020-07-22 - 7:49:28 AM GMT

- Web Form filled in by Coxwell & Associates, PLLC by Merrida Coxwell (merridac@coxwelllaw.com)
  2020-08-14 - 5:38:38 PM GMT- IP address: 173.235.52.250

- (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/84.0.4147.125 Safari/537.36)
  2020-08-14 - 5:38:40 PM GMT- IP address: 173.235.52.250

- Signed document emailed to Coxwell & Associates, PLLC by Merrida Coxwell (merridac@coxwelllaw.com) and Prime Clerk (purduepharmaefiling@primeclerk.com)
  2020-08-14 - 5:38:40 PM GMT

Prime Clerk    Adobe Sign

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

PURDUE PHARMA L.P., *et al.*,

Debtors.

Chapter 11

Case No. 19-23649 (RDD)

(Jointly Administered)

## Governmental Opioid Claimant Proof of Claim Form

You may file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."

For questions regarding this Proof of Claim Form, please call Prime Clerk at (844) 217-0912 or visit PurduePharmaClaims.com.

Read the instructions at the end of this document before filling out this form. This form is for governmental units and Native American Tribes to assert a general unsecured claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids.

Do not use this form to assert any other pre-petition claims, including secured claims or claims entitled to priority under 11 U.S.C. § 507(a). Secured claims, claims entitled to priority under 11 U.S.C. § 507(a) and non-opioid related claims should be filed on a Non-Opioid Claimant Proof of Claim (Form 410).

Creditor (also referred to as "You" throughout) shall provide information responsive to the questions set forth below. Instructions and Definitions are provided at the end of this document. You shall provide information reasonably available to You and are not excused from providing the requested information for failure to appropriately investigate Your claim. Creditor shall supplement its responses if it learns that they are incomplete or incorrect in any material respect.

For Part 3, governmental units that have filed litigation against the Debtor(s) that is part of the federal multidistrict litigation in Ohio, *In re National Opiate Litigation*, MDL No. 17-02804 (N.D. Ohio 2017) ("Ohio MDL"), and have submitted a Government Plaintiff Fact Sheet in connection with that proceeding, may rely on their Government Plaintiff Fact Sheet to complete the questions in Part 3. For the avoidance of doubt, only governmental units who have filed litigation that is part of the Ohio MDL, and not governmental units that are part of the negotiation class in the Ohio MDL but have not otherwise filed litigation that is part of the MDL, may rely on their Government Plaintiff Fact Sheet to complete the questions in Part 3.

You must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, including the supporting documentation requested herein. Do not send original documents as they will not be returned, and they may be destroyed after scanning.

Fill in all the information about the claim as of September 15, 2019, the Petition Date. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form. This form should be completed to the best of Your ability with the information available to You. If You are unable to answer certain questions at this time, the absence of an answer, by itself, will not result in the denial of Your claim, though You may be asked or required to provide additional information at a later date. You may also amend or supplement Your claim after it is filed.

### Part 1:  Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | Scott County, Mississippi<br>Name of the entity to be paid for this claim<br>Other names the creditor used with the Debtor(s): _____ | |
| 2. Has this claim been acquired from someone else or some other entity? | ☑ No.<br>☐ Yes. From whom? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>Merrida Coxwell, Esquire<br>Coxwell & Associates, PLLC<br>500 North State Street<br>Jackson, MS    39201<br><br>Contact phone  601-948-1600<br>Contact email  merridac@coxwelllaw.com | Where should payments to the creditor be sent? (if different)<br><br><br><br><br><br><br>Contact phone _____<br>Contact email _____ |

| 4. Does this claim amend one already filed? | ☑ No. ☐ Yes. Claim number on court claims registry (if known)_____ | Filed on _____ MM / DD / YYYY |

| 5. Do You know if anyone else has filed a proof of claim for this claim? | ☑ No. ☐ Yes. Who made the earlier filing? _____ |

## Part 2: Attorney Information (Optional)

| 6. Are you represented by an attorney in this matter? You do not need an attorney to file this form. | ☐ No. ☑ Yes. If yes, please provide the following information: |

Merrida Coxwell
Law Firm Name

Coxwell & Associates
Attorney Name

500 North State Street
Address

Jackson                              MS           39201
City                                 State        ZIP Code

Contact phone  6019481600    Contact email  merridac@coxwelllaw.com

## Part 3: Information as of September 15, 2019, the Petition Date, About Your Claim

| 7. When do You allege you were first injured as a result of the Debtors' alleged conduct? | January / 2006 Month      Year |

☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, *In re National Opiate Litigation*, MDL No. 17-02804 (N.D. Ohio 2017) ("Ohio MDL"), and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

☐ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

| 8. How much is the claim? | $ uncertain claim amount ; or |

☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

☐ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

☑ Unknown.

| 9. Describe the citizens and entities that You represent in this claim: | Scott County, Mississippi, and any owned entities of the county. |

☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

☐ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

**Governmental Opioid Claimant Proof of Claim Form**                              page 2

| | |
|---|---|
| **10. Describe the conduct of the Debtors You allege resulted in injury or damages to You.**<br><br>Attach additional sheets if necessary. | Debtors engage in sophisticated marketing campaigns to doctors, hospitals, pharmacies, and other medical professionals and providers for the purpose of promoting the over-usage of opioids, off-label usage which led to world-wide abuses of numerous opioid drugs. Their collective conduct resulted in Opioid Crisis which is encompassed in In re National Opiate Litigation, MDL no. 17-020804 (N.D.Ohio 2017). .<br><br>❏ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>❏ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |
| **11. Describe all alleged causes of action, sources of damages, legal theories of recovery, etc. that You are asserting against the Debtors.**<br><br>Attach additional sheets if necessary. | Public nuisance, Negligence per se, Negligence, Unjust enrichment, Violation of RICO-18 U.S.C. section 1961 et seq., violation of Miss. Code Ann. section 11-7-165<br><br>❏ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>❏ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |
| **12. Based on information reasonably available to You, please identify each category of damages or monetary relief that You allege, and include the amount of damages you assert for each category, if known.**<br><br>Attach additional sheets if necessary. | The full amount of damages is not reasonably calculable at this time. Damages may include child welfare & adolescent services, drug treatment services, education & prevention programs, Health Care, Law reinforcement & Criminal enforcement, criminal justice enforcement. Damages will begin to be calculated for the MDL civil action which is being prepared.<br><br>❏ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.<br><br>❏ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box. |

| 13. Based on information reasonably available to You, provide the total number of opioid-related overdose deaths of Your residents each year for the later of (i) 2008, or (ii) the date on which the period for which You are seeking damages begins. | Year | Total number of opioid related overdose deaths, if available |
|---|---|---|
| | 2011-2017 | 8-15 |
| | 2008-2010 | uncertain |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ If You believe that this question has been answered in the Government Plaintiff Fact Sheet submitted in the Ohio MDL, and You wish to rely on Your statements made in the Government Plaintiff Fact Sheet to answer this question, check this box.

☐ If You believe that this question has been answered in a complaint that you have filed against the Debtor(s), and You wish to rely on Your statements made in that complaint to answer this question, check this box.

### Part 4:  Supporting Documentation

14. Please provide the following supporting documentation if you would like (but You are not required) to supplement this proof of claim.

■ Provide any documents supporting Your claim, including but not limited to: any Plaintiff Fact Sheets and accompanying documents submitted in the MDL proceeding in the Northern District of Ohio; any complaint, petition, information, or similar pleading filed in any civil or criminal proceeding involving the Debtors; and any records supporting Your claim for damages.

☐ In lieu of uploading or resubmitting the Government Plaintiff Fact Sheet that was submitted in the Ohio MDL, the creditor authorizes the Debtors to make the Government Plaintiff Fact Sheet, submitted on _____ in the Ohio MDL, available to Prime Clerk, the Court, and any party who agrees to be bound by the Protective Order to be submitted for entry by the Court for use in connection with this proof of claim and these chapter 11 cases.

☐ In lieu of uploading or submitting the complaint filed against the Debtor(s), the creditor authorizes the Debtors to make the complaint filed on _____ with caption _____ available to Prime Clerk, the Court, and any party who agrees to be bound by the Protective Order to be submitted for entry by the Court for use in connection with this proof of claim and these chapter 11 cases.

## Part 5:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Coxwell & Associates, PLLC by Merrida Coxwell*

Email: merridac@coxwelllaw.com

Signature

Print the name of the person who is completing and signing this claim:

Name: **Merrida Coxwell**
First name   Middle name   Last name

Title: **Manager**

Company: **Coxwell & Associates PLLC**
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: **500 North State Street**
Number   Street
**Jackson**    **MS**    **39201**
City    State    ZIP Code

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☐ I have supporting documentation. (attach below)    ☒ I do **not** have supporting documentation.

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.