COXWELL & ASSOCIATES, PLLC

Merrida Coxwell (*pro hac vice*)
Post Office Box 1337
Jackson, Mississippi 39215-1337
Phone: (601) 948-1600
Email: merridac@coxwelllaw.com

*Attorney for Scott County, Mississippi*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 19-23649 (RDD) |
| PURDUE PHARMA L.P., *et al.,* | Chapter 11 |
| Debtor | Date: September 30, 2020<br>Time: 10:00 a.m. (EASTERN) |
| Affects all Debtors | Place: U.S. Bankruptcy Court, Southern District of NY, 300 Quarropas Street, White Plains, NY 10601 |
| | Objection Deadline: Friday, September 25, 2020 @ 4:00 p.m. |

## NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLEIMT BY SCOTT COUNTY, MISSISISPPI

**PLEASE TAKE NOTE** that on September 1, 2020, at Doc. 1645, Mérrida Coxwell of Coxwell & Associates, PLLC, filed a motion on behalf of Scott County, Mississippi ("Movant") to allow/deem timely late filing of proofs of claim ("Motion").

**PLEASE TAKE NOTICE** that the hearing on the Motion will take place on September 30, 2020 at 10:00 a.m. (Eastern Time) in the Courtroom of the Honorable Robert D. Drain, United States Bankruptcy Judge, U.S. Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

1

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion must be in writing, filed with the Bankruptcy Court, and served on Mérrida Coxwell of Coxwell & Associates, PLLC, counsel for Scott County, Mississippi at the above-referenced address so as to be received by the time set by the Bankruptcy Court. Any objection must be filed and served on all parties in accordance with the Order Establishing Certain Notice Case Management and Administrative Procedures entered on September 18, 2019 (ECF No. 72) ("Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the website maintained by Prime Clerk LLC (**"Prime Clerk"** or the **"Claims and Noticing Agent")**, at https://restructuring.primeclerk.com/purduepharma (the **"Case Website"**); (ii) contacting Prime Clerk directly at Purdue Pharma, L.P., c/o Prime Clerk LLC, 830 3rd Avenue, 9th Floor, New York, NY 10022, telephone: (844) 217-0912 (toll free) and (347) 859-8093 (international), email: purduepharmainfo@primeclerk.com; or (iii) accessing the PACER system on the Court's website at http://www.nysb.uscourts.gov for a nominal fee.

Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: September 1, 2020

                                                COXWELL & ASSOCIATES, PLLC

                                    BY:   */s/ Mérrida Coxwell*
                                                 MÉRRIDA COXWELL