UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

**OMNIBUS ORDER GRANTING SECOND INTERIM FEE APPLICATIONS OF
PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF
ACTUAL AND NECESSARY EXPENSES**

Upon consideration of each of the applications (each, an "**Application**" and collectively, the "**Applications**") filed by those professionals identified on **Schedule A** hereto (each, an "**Applicant**" and collectively, the "**Applicants**"), pursuant to sections 328, 331 and 503 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking allowance of interim compensation for professional services rendered and reimbursement of actual and necessary expenses incurred from February 1, 2020 (or the effective date of retention) through and including May 31, 2020 (the "**Fee Period**") in connection therewith; and an independent fee examiner (the "**Fee Examiner**") having been appointed in these cases in accordance with the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023] (the "**Fee Examiner Order**"); and the Fee Examiner having reviewed the Applications in accordance with the Fee Examiner Order; and the Fee Examiner and each Applicant having agreed to the recommended fee and expense reductions as set forth on **Schedule A** hereto; and the Fee Examiner having no objection to payment of each Applicant's fees and expenses in the amounts set forth on **Schedule A** hereto under the column heading "Fees and Expenses Allowed for Second Interim Fee Application"; and the total amount of each Applicant's fees and expenses sought in the Fee Period together with the amounts allowed pursuant to prior Fee Applications being set forth on **Schedule B** hereto; and due and proper notice having been provided pursuant to Bankruptcy Rules 2002(a)(6) and (c)(2) and the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529], and it appearing that no other or further notice need be provided; and a hearing having been held on August 26, 2020 to consider the Applications (the "**Hearing**"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and this matter being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of all of the proceedings had before the Court; and good and sufficient cause appearing for the relief granted hereby; provided that the Fee Examiner in connection with future interim fee applications and final fee applications take into account the Court's concerns raised at the Hearing,

    IT IS HEREBY ORDERED THAT

1. The Applications are granted as set forth on **Schedule A** hereto.

2. The Applicants are awarded, on an interim basis, (a) compensation for professional services rendered during the Fee Period and (b) reimbursement for actual and necessary expenses incurred by the Applicants, in the amounts set forth under the column heading "Fees and Expenses Allowed for Second Interim Fee Application" on **Schedule A** hereto.

3. The Debtors are authorized and directed to pay the Applicants promptly the amounts of fees and expenses approved by this Order and set forth under the column heading "Fees and Expenses Allowed for Second Interim Fee Application" on **Schedule A** hereto, to the extent such amounts have not previously been paid.

4. This Order is a separate order for each Applicant and the appeal of any order with respect to any Applicant shall have no effect on the allowed fees and expenses of the other Applicants.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:  August 31, 2020
        White Plains, New York

*/s/Robert D. Drain*
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

## Schedule A

### Interim Fee Applications: February 1, 2020 through May 31, 2020

**Case No:** 19-23649 (RDD)
**Case Name:** In re Purdue Pharma L.P., *et al.*

| Applicant | Date and Docket Number of Application | Fees Requested on Second Interim Fee Application | Expenses Requested on Second Interim Fee Application | Agreed Recommended Reduction of Fees[2] | Agreed Recommended Reduction of Expenses[2] | Fees Allowed for Second Interim Fee Application | Expenses Allowed for Second Interim Fee Application |
|---|---|---|---|---|---|---|---|
| **Debtors' Professionals** | | | | | | | |
| PJT Partners LP | July 8, 2020 ECF No. 1356 | $900,000.00 | $14,563.51 | $0.00 | $1,080.27 | $900,000.00 | $13,483.24 |
| Cornerstone Research | July 8, 2020 ECF No. 1360 | $483,554.00 | $0.00 | $0.00 | $0.00 | $483,554.00 | $0.00 |
| Davis Polk & Wardwell LLP | July 15, 2020 ECF No. 1390 | $19,433,107.75 | $97,640.46 | $77,079.50 | $0.00 | $19,356,028.25 | $97,640.46 |
| AlixPartners, LLP | July 15, 2020 ECF No. 1391 | $6,093,040.50 | $112,995.42 | $11,184.12 | $21,193.50 | $6,081,856.38 | $91,801.92 |
| Arnold & Porter Kaye Scholer LLP | July 15, 2020 ECF No. 1392 | $543,466.74 | $70.00 | $12,500.00 | $0.00 | $530,966.74 | $70.00 |
| King & Spalding LLP | July 15, 2020 ECF No. 1394 | $4,636,674.50 | $35.25 | $6,211.10 | $0.00 | $4,630,463.40 | $35.25 |

---

[2] This represents the recommendation of the Fee Examiner and the applicable professional after submission of the Fee Examiners Report mutual consideration of the Fee Examiner's concerns.

| Applicant | Date and Docket Number of Application | Fees Requested on Second Interim Fee Application | Expenses Requested on Second Interim Fee Application | Agreed Recommended Reduction of Fees[2] | Agreed Recommended Reduction of Expenses[2] | Fees Allowed for Second Interim Fee Application | Expenses Allowed for Second Interim Fee Application |
|---|---|---|---|---|---|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP | July 15, 2020 ECF No. 1395 | $294,865.56 | $2,416.88 | $10,488.30 | $0.00 | $284,377.26 | $2,416.88 |
| KPMG LLP[3] | July 15, 2020 ECF No. 1396 | $2,000,637.75 | $592.22 | $30,000.00 | $0.00 | $1,970,637.75 | $592.22 |
| Ernst & Young LLP | July 15, 2020 ECF No. 1400 | $595,000.00 | $3,373.18 | $0.00 | $0.00 | $595,000.00 | $3,373.18 |
| Jones Day | July 15, 2020 ECF No. 1406 | $735,002.54 | $40,243.35 | $10,000.00 | $0.00 | $725,002.54 | $40,243.35 |
| Skadden, Arps, Slate, Meagher & Flom LLP | July 15, 2020 ECF No. 1411 | $5,021,610.48 | $19,770.49 | $56,145.15 | $0.00 | $4,965,465.33 | $19,770.49 |
| Dechert LLP | July 17, 2020 ECF No. 1439 | $3,434,410.64 | $408,656.15 | $4,179.50 | $434.50 | $3,430,231.14 | $408,221.65 |
| **Official Committee of Unsecured Creditors' Professionals** | | | | | | | |
| Akin Gump Strauss Hauer & Feld LLP | July 17, 2020 ECF No. 1441 | $17,563,479.00 | $236,045.74 | $154,951.00 | $0.00 | $17,408,528.00 | $236,045.74 |
| Bedell Cristin Jersey Partnership | July 17, 2020 ECF No. 1442 | $30,288.00 | $0.00 | $3,283.30 | $0.00 | $27,004.70 | $0.00 |

---

[3] KPMG LLP has been jointly retained by the Debtors and the Official Committee of Unsecured Creditors.

2

| Applicant | Date and Docket Number of Application | Fees Requested on Second Interim Fee Application | Expenses Requested on Second Interim Fee Application | Agreed Recommended Reduction of Fees[2] | Agreed Recommended Reduction of Expenses[2] | Fees Allowed for Second Interim Fee Application | Expenses Allowed for Second Interim Fee Application |
|---|---|---|---|---|---|---|---|
| Cole Schotz P.C. | July 17, 2020 ECF No. 1443 | $2,535,250.50 | $310.50 | $3,219.50 | $0.00 | $2,532,031.00 | $310.50 |
| Jefferies LLC | July 17, 2020 ECF No. 1444 | $900,000.00 | $35,964.54 | $0.00 | $0.00 | $900,000.00 | $35,964.54 |
| Kurtzman Carson Consultants LLC | July 17, 2020 ECF No. 1445 | $222,215.06 | $15,629.35 | $0.00 | $0.00 | $221,518.23 | $15,629.35 |
| Province, Inc. | July 17, 2020 ECF No. 1446 | $4,537,231.50 | $7,777.02 | $22,558.75 | $0.00 | $4,514,672.75 | $7,777.02 |
| **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals** | | | | | | | |
| Brown Rudnick LLP | July 20, 2020 ECF No. 1454 | $774,355.25 | $7,160.00 | $19,858.20 | $0.00 | $754,497.05 | $7,160.00 |
| Otterbourg, P.C. | July 20, 2020 ECF No. 1456 | $336,192.00 | $1,604.92 | $5,000.00 | $100.00 | $331,192.00 | $1,504.92 |
| FTI Consulting | July 20, 2020 ECF No. 1457 | $1,908,622.50 | $12,265.84 | $17,500.00 | $0.00 | $1,891,122.50 | $12,265.84 |
| Gilbert LLP | July 20, 2020 ECF No. 1458 | $1,078,669.00 | $23,191.60 | $5,065.50 | $286.20 | $1,073,603.50 | $22,905.40 |
| Kramer Levin Naftalis & Frankel LLP | July 20, 2020 ECF No. 1459 | $1,568,914.50 | $92,717.65 | $11,945.00 | $20.00 | $1,556,969.50 | $92,697.65 |
| **Fee Examiner** | | | | | | | |

3

| Applicant | Date and Docket Number of Application | Fees Requested on Second Interim Fee Application | Expenses Requested on Second Interim Fee Application | Agreed Recommended Reduction of Fees[2] | Agreed Recommended Reduction of Expenses[2] | Fees Allowed for Second Interim Fee Application | Expenses Allowed for Second Interim Fee Application |
|---|---|---|---|---|---|---|---|
| Bielli & Klauder, LLC | July 17, 2020 ECF No. 1447 | $83,375.00 | $0.00 | $0.00 | $0.00 | $83,375.00 | $0.00 |

4

## Schedule B

### Interim Fee Applications: Petition Date through May 31, 2020

**Case No:** 19-23649 (RDD)
**Case Name:** In re Purdue Pharma L.P., *et al.*

| Applicant | Total Fees Requested | Total Fees Paid[4] | Total Expenses Requested | Total Expenses Paid[4] |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| PJT Partners LP | $1,920,000.00 | $1,920,000.00 | $101,019.94 | $99,939.67 |
| Cornerstone Research | $483,554.00 | $483,554.00 | $0.00 | $0.00 |
| Davis Polk & Wardwell LLP | $43,491,901.05 | $43,335,873.85 | $387,362.16 | $387,135.15 |
| AlixPartners, LLP | $13,316,453.50 | $13,285,672.40 | $437,977.21 | $402,277.88 |
| Arnold & Porter Kaye Scholer LLP | $1,214,665.84 | $1,182,766.31 | $374.25 | $374.25 |
| King & Spalding LLP | $10,045,046.40 | $10,024,038.29 | $3,880.65 | $3,791.93 |
| Wilmer Cutler Pickering Hale and Dorr LLP | $743,509.81 | $720,962.51 | $5,946.18 | $5,946.18 |

---

[4] Includes amounts to be paid pursuant to this Order.

| Applicant | Total Fees Requested | Total Fees Paid[4] | Total Expenses Requested | Total Expenses Paid[4] |
|---|---|---|---|---|
| KPMG LLP[5] | $2,581,177.05 | $2,536,177.05 | $1,207.15 | $1,207.15 |
| Ernst & Young LLP | $795,000.00 | $795,000.00 | $32,534.18 | $32,534.18 |
| Jones Day | $1,802,515.00 | $1,771,948.75 | $52,244.91 | $52,244.91 |
| Skadden, Arps, Slate, Meagher & Flom LLP | $8,945,316.58 | $8,809,089.99 | $45,440.61 | $45,296.15 |
| Dechert LLP | $8,687,302.86 | $8,670,330.21 | $1,224,271.11 | $1,222,703.52 |
| **Official Committee of Unsecured Creditors' Professionals** | | | | |
| Akin Gump Strauss Hauer & Feld LLP | $27,401,724.00 | $27,123,050.57 | $401,779.03 | $399,761.71 |
| Bedell Cristin Jersey Partnership | $30,288.00 | $27,004.70 | $0.00 | $0.00 |
| Cole Schotz P.C. | $2,535,250.50 | $2,532,031.00 | $310.50 | $310.50 |
| Jefferies LLC | $1,800,000.00 | $1,800,000.00 | $111,168.43 | $109,970.10 |
| Kurtzman Carson Consultants LLC | $232,944.28 | $232,247.45 | $30,620.89 | $22,858.75 |
| Province, Inc. | $9,402,434.00 | $9,359,627.25 | $39,382.83 | $34,402.65 |

---

[5] KPMG LLP has been jointly retained by the Debtors and the Official Committee of Unsecured Creditors.

2

| Applicant | Total Fees Requested | Total Fees Paid[4] | Total Expenses Requested | Total Expenses Paid[4] |
|---|---|---|---|---|
| **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals** | | | | |
| Brown Rudnick LLP | $1,909,577.00 | $1,871,116.05 | $18,233.89 | $18,233.89 |
| Otterbourg, P.C. | $982,798.50 | $966,301.00 | $4,561.79 | $4,296.49 |
| FTI Consulting | $5,091,687.50 | $5,044,187.50 | $27,660.89 | $27,660.89 |
| Gilbert LLP | $2,025,604.75 | $2,002,950.00 | $45,409.74 | $43,650.97 |
| Kramer Levin Naftalis & Frankel LLP | $4,204,006.75 | $4,174,366.50 | $140,166.93 | $139,379.47 |
| **Fee Examiner** | | | | |
| Bielli & Klauder, LLC | $83,375.00 | $83,375.00 | $0.00 | $0.00 |