UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF CORNERSTONE
RESEARCH FOR COMPENSATION FOR SERVICES
RENDERED AS CONSULTANT TO THE DEBTORS FOR
THE PERIOD FROM
July 1, 2020 THROUGH July 31, 2020**

| Name of Applicant | Cornerstone Research |
|---|---|
| Applicant's Role in Case | Consultant to Purdue Pharma L.P., *et al.*, |
| Date Order of Employment Signed | June 11, 2020 |
| Period for which compensation and reimbursement is sought | July 1, 2020 through July 31, 2020 |

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $186,210.40 (80% of $232,763.00) |
| Total reimbursement requested in this statement | $0.00 |
| Total compensation and reimbursement requested in this statement | $186,210.40 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

**This is a(n):**   _X_ Monthly Application ____ Interim Application ____ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Cornerstone Research as Consultants for the Debtors Nunc Pro Tunc to January 14, 2020* [ECF No. 1255] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Cornerstone Research, consultant for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Fee Statement of Cornerstone Research for Services Rendered as Consultant to the Debtor for the Period from July 1, 2020 Through July 31, 2020* (this "**Fee Statement**").[2] By this Fee Statement, Cornerstone Research seeks compensation in the amount of **$186,210.40**, which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$232,763.00**).

---

[2] The period from July 1, 2020 through and including July 31, 2020, is referred to herein as the "**Fee Period**."

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Cornerstone Research consultants during the Fee Period with respect to each project category, as reflected in **Exhibit A**, Cornerstone Research incurred **$232,763.00** in fees during the Fee Period. Pursuant to this Fee Statement, Cornerstone Research seeks reimbursement for 80% of such fees, totaling **$186,210.40**.

2. Attached hereto as **Exhibit B** is a chart of Cornerstone Research staff, including the standard hourly rate for each consultant who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each consultant. The blended hourly billing rate of consultants for all services provided during the Fee Period is $480.02.[3]

3. Attached hereto as **Exhibit C** are the time records of Cornerstone Research for The Fee Period organized by month and project category with a daily time log describing the time spent by each consultant during Fee Period.

**Notice**

4. The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

---

[3] The blended hourly billing rate of $480.02 for consultants is derived by dividing the total fees for consultants of $232,763.00 by the total hours of 484.9.

WHEREFORE, Cornerstone Research, in connection with services rendered on behalf of the Debtors, respectfully requests compensation in the amount of **$186,210.40** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., $**232,763.00**)**.**

Dated:   September 2, 2020
            Boston, Massachusetts

                                      CORNERSTONE RESEARCH

                                      By:  */s/ Sally Woodhouse*

                                      699 Boylston Street
                                      Boston, Massachusetts 02116
                                      Telephone: (617) 927-3000
                                      Facsimile: (617) 927-3100

**Exhibit A**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Preparation of Fee Statements/Interim Application | 4.2 | $ 2,961.00 |
| Claims Valuation | 480.70 | $ 229,802.00 |
| **Total** | 484.90 | $ 232,763.00 |

## Exhibit B

### Professional Fees

| Individual | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Woodhouse, Sally | Senior Vice President | $ 850.00 | 18.80 | $ 15,980.00 |
| Kovacheva, Penka | Principal | $ 705.00 | 71.80 | $ 50,619.00 |
| Haque, Rezwan | Senior Manager | $ 625.00 | 5.70 | $ 3,562.50 |
| Lee, James | Senior Manager | $ 625.00 | 4.10 | $ 2,562.50 |
| Guo, Fang | Associate | $ 570.00 | 60.40 | $ 34,428.00 |
| Abraham, Sarah M. | Manager | $ 545.00 | 29.90 | $ 16,295.50 |
| Yanguas, Maria Lucia | Associate | $ 495.00 | 67.70 | $ 33,511.50 |
| King, Kyla M. | Research Associate | $ 380.00 | 55.40 | $ 21,052.00 |
| Bazak, Eric R. | Analyst | $ 320.00 | 82.50 | $ 26,400.00 |
| Guo, Ruihan | Analyst | $ 320.00 | 28.90 | $ 9,248.00 |
| Miller, Robert M. | Analyst | $ 320.00 | 49.90 | $ 15,968.00 |
| Wang, Qian | Analyst | $ 320.00 | 9.80 | $ 3,136.00 |
| | ***Total*** | | ***484.90*** | **$ 232,763.00** |

## Exhibit C

### Time Detail by Project Category and Month

**Project Category: Preparation of Fee Statements/Interim Application**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Kovacheva, Penka | 7/01/2020 | 0.30 | Reviewed consolidated fee statement. |
| Kovacheva, Penka | 7/02/2020 | 1.10 | Reviewed and updated interim application and consolidated fee statement. |
| Kovacheva, Penka | 7/07/2020 | 1.10 | Reviewed and updated consolidated monthly fee statement. |
| Kovacheva, Penka | 7/09/2020 | 0.30 | Reviewed time entry submission. |
| Kovacheva, Penka | 7/21/2020 | 0.30 | Worked on monthly fee statement. |
| Kovacheva, Penka | 7/26/2020 | 0.20 | Reviewed monthly fee statement. |
| Kovacheva, Penka | 7/27/2020 | 0.30 | Reviewed monthly fee statement. |
| Kovacheva, Penka | 7/29/2020 | 0.30 | Reviewed and finalized monthly fee statement. |
| Kovacheva, Penka | 7/30/2020 | 0.30 | Organized time detail submission to court. |
| | **Total** | **4.2** | |

**Project Category: Claims Valuation**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Woodhouse, Sally | 7/08/2020 | 0.90 | Discussed claims valuation project list from counsel with team members. |
| Kovacheva, Penka | 7/08/2020 | 0.90 | Discussed claims valuation projects with team members. |
| Kovacheva, Penka | 7/08/2020 | 0.30 | Reviewed information requested in personal injury claim forms. |
| Kovacheva, Penka | 7/08/2020 | 1.40 | Reviewed and updated interim application and fee statement. |
| Lee, James | 7/08/2020 | 0.40 | Reviewed claims valuation project list from counsel. |
| Lee, James | 7/08/2020 | 0.90 | Discussed claims valuation projects with team. |
| Woodhouse, Sally | 7/10/2020 | 1.20 | Prepared for and took part in call with counsel regarding claims estimation. |
| Kovacheva, Penka | 7/10/2020 | 0.60 | Prepared work plan for claims valuation analyses. |
| Kovacheva, Penka | 7/10/2020 | 0.90 | Prepared for and attended call with Dechert and Davis Polk regarding claims valuation projects. |
| Kovacheva, Penka | 7/10/2020 | 0.50 | Organized claims data analyses. |
| Lee, James | 7/10/2020 | 0.9 | Prepared for and attended call with client. |
| Lee, James | 7/10/2020 | 1.7 | Worked on memo summarizing questions re historical personal injury claims data. |
| Kovacheva, Penka | 7/11/2020 | 1.0 | Organized claims valuation analyses. |
| Lee, James | 7/11/2020 | 0.2 | Reviewed and summarized personal injury claims data previously received from client. |
| Kovacheva, Penka | 7/12/2020 | 0.6 | Updated work plan for claims valuation analyses. |
| Kovacheva, Penka | 7/13/2020 | 1.9 | Updated work plan for claims valuation analyses. |
| Guo, Fang | 7/13/2020 | 4.6 | Reviewed public settlements and worked on public settlement projections. |
| Yanguas, Maria Lucia | 7/13/2020 | 1.0 | Reviewed historical personal injury claims data. |
| King, Kyla M. | 7/13/2020 | 1.1 | Reviewed historical opioid mortality data. |
| Woodhouse, Sally | 7/14/2020 | 0.5 | Reviewed analysis of public entity claims. |
| Kovacheva, Penka | 7/14/2020 | 0.6 | Reviewed methodology for claims valuation analyses. |

8

| Name | Date | Hours | Description |
|---|---|---|---|
| Guo, Fang | 7/14/2020 | 5.8 | Worked on national public settlement projections. |
| King, Kyla M. | 7/14/2020 | 0.6 | Assembled opioid mortality data for analyses. |
| Bazak, Eric R. | 7/14/2020 | 5.2 | Analyzed opioid mortality data. |
| Miller, Robert M. | 7/14/2020 | 0.5 | Analyzed national settlement projections. |
| Kovacheva, Penka | 7/15/2020 | 0.2 | Reviewed claims valuation analyses. |
| Guo, Fang | 7/15/2020 | 1.7 | Worked on national public settlement projections. |
| King, Kyla M. | 7/15/2020 | 1.5 | Prepared opioid mortality data for analyses. |
| Bazak, Eric R. | 7/15/2020 | 3.2 | Analyzed opioid treatment admissions data. |
| Miller, Robert M. | 7/15/2020 | 0.9 | Reviewed exhibit summarizing national settlement projections. |
| Bazak, Eric R. | 7/15/2020 | 2.1 | Updated analyses of opioid mortality data. |
| Woodhouse, Sally | 7/16/2020 | 1.1 | Reviewed analysis of Oklahoma Purdue settlement. |
| Kovacheva, Penka | 7/16/2020 | 1.1 | Reviewed data on historical Purdue personal injury claims. |
| Kovacheva, Penka | 7/16/2020 | 0.5 | Reviewed Oklahoma settlement analysis. |
| Kovacheva, Penka | 7/16/2020 | 2.9 | Reviewed personal injury and NAS claimant form submissions. |
| Guo, Fang | 7/16/2020 | 4.3 | Reviewed national public settlement projections. |
| Guo, Fang | 7/16/2020 | 0.7 | Reviewed personal injury claim forms. |
| Bazak, Eric R. | 7/16/2020 | 3.4 | Analyzed NSDUH data on opioid misuse. |
| Miller, Robert M. | 7/16/2020 | 1.7 | Checked exhibit summarizing national settlement projections. |
| Bazak, Eric R. | 7/16/2020 | 2.4 | Created summary tables for national settlement projections. |
| Woodhouse, Sally | 7/17/2020 | 1.5 | Prepared for and attended phone call with counsel regarding claims analysis. |
| Woodhouse, Sally | 7/17/2020 | 0.4 | Reviewed updated Oklahoma settlement analysis. |
| Kovacheva, Penka | 7/17/2020 | 1.4 | Prepared for and attended call with counsel regarding claims valuation analyses. |
| Kovacheva, Penka | 7/17/2020 | 3.7 | Reviewed data on historical Purdue personal injury claims and prepared list of data questions. |
| Kovacheva, Penka | 7/17/2020 | 0.8 | Reviewed personal injury and NAS claimant form submissions. |

| Name | Date | Hours | Description |
|---|---|---|---|
| Yanguas, Maria Lucia | 7/17/2020 | 2.7 | Reviewed historical personal injury claims data. |
| Bazak, Eric R. | 7/17/2020 | 0.8 | Reviewed methodology for national settlement projections. |
| Miller, Robert M. | 7/17/2020 | 0.8 | Worked on national settlement projections. |
| Kovacheva, Penka | 7/19/2020 | 0.4 | Prepared work plan for claims valuation analyses. |
| Woodhouse, Sally | 7/20/2020 | 0.6 | Phone call with counsel regarding historical personal injury claims data. |
| Kovacheva, Penka | 7/20/2020 | 0.4 | Prepared for and attended call with Davis Polk and Dechert regarding historical personal injury claims data. |
| Kovacheva, Penka | 7/20/2020 | 2.9 | Reviewed historical personal injury claims data and analyses. |
| Guo, Fang | 7/20/2020 | 0.5 | Reviewed personal injury claims valuation analysis. |
| Yanguas, Maria Lucia | 7/20/2020 | 1.0 | Analyzed statistics from historical personal injury claims data. |
| Bazak, Eric R. | 7/20/2020 | 4.8 | Analyzed county level opioid mortality data. |
| Miller, Robert M. | 7/20/2020 | 2.1 | Worked on national settlement projections. |
| Woodhouse, Sally | 7/21/2020 | 1.0 | Discussed claims valuation analyses with team members. |
| Kovacheva, Penka | 7/21/2020 | 1.0 | Discussed claims valuation analyses with team. |
| Kovacheva, Penka | 7/21/2020 | 0.3 | Reviewed examples of personal injury claim forms. |
| Guo, Fang | 7/21/2020 | 1.0 | Discussed claims valuation analyses with team. |
| Guo, Fang | 7/21/2020 | 2.6 | Reviewed public settlements and national settlement projections. |
| Yanguas, Maria Lucia | 7/21/2020 | 1.0 | Discussed claims valuation analyses with team. |
| King, Kyla M. | 7/21/2020 | 1.0 | Discussed claims valuation analyses with team. |
| Bazak, Eric R. | 7/21/2020 | 2.8 | Cleaned personal injury claims data. |
| Miller, Robert M. | 7/21/2020 | 1.0 | Discussed claims valuation analyses with team. |
| Bazak, Eric R. | 7/21/2020 | 1.0 | Discussed claims valuation analyses with team. |
| Miller, Robert M. | 7/21/2020 | 1.5 | Worked on national settlement projections. |
| Kovacheva, Penka | 7/22/2020 | 0.5 | Reviewed analysis of historical personal injury claims data. |
| Guo, Fang | 7/22/2020 | 0.5 | Reviewed national settlement projections. |

10

| Name | Date | Hours | Description |
|---|---|---|---|
| Yanguas, Maria Lucia | 7/22/2020 | 6.2 | Reviewed and summarized information from historical personal injury claims data. |
| Bazak, Eric R. | 7/22/2020 | 6.9 | Cleaned and analyzed personal injury claims data. |
| Miller, Robert M. | 7/22/2020 | 3.8 | Worked on national settlement projections. |
| Woodhouse, Sally | 7/23/2020 | 0.1 | Reviewed draft exhibits for call with counsel. |
| Kovacheva, Penka | 7/23/2020 | 3.6 | Reviewed claim valuation analyses. |
| Guo, Fang | 7/23/2020 | 5.1 | Reviewed national settlement projections. |
| Guo, Fang | 7/23/2020 | 1.1 | Reviewed personal injury claims data. |
| Yanguas, Maria Lucia | 7/23/2020 | 7.5 | Reviewed and summarized information from historical personal injury claims data. |
| Bazak, Eric R. | 7/23/2020 | 5.0 | Analyzed personal injury claims data and prepared summary statistics. |
| Miller, Robert M. | 7/23/2020 | 3.8 | Worked on national settlement projections. |
| Woodhouse, Sally | 7/24/2020 | 1.2 | Organized follow-up claims valuation analyses from call with counsel. |
| Woodhouse, Sally | 7/24/2020 | 0.9 | Phone call with counsel regarding claims valuation. |
| Woodhouse, Sally | 7/24/2020 | 0.4 | Phone call with potential expert. |
| Woodhouse, Sally | 7/24/2020 | 1.4 | Prepared materials for call with counsel regarding claims valuation. |
| Kovacheva, Penka | 7/24/2020 | 0.2 | Corresponded with Dechert regarding historical personal injury claims data. |
| Kovacheva, Penka | 7/24/2020 | 1.0 | Prepared for and attended call with Davis Polk and Dechert regarding claims valuation analyses. |
| Kovacheva, Penka | 7/24/2020 | 2.2 | Reviewed claims valuation analyses. |
| Kovacheva, Penka | 7/24/2020 | 2.1 | Reviewed historical personal injury claims data and analyses. |
| Guo, Fang | 7/24/2020 | 2.2 | Reviewed exhibits summarizing national settlement projections. |
| Guo, Fang | 7/24/2020 | 1.4 | Reviewed personal injury claims data to design analysis methodology. |
| Yanguas, Maria Lucia | 7/24/2020 | 4.0 | Summarized information from historical personal injury claims data. |
| Bazak, Eric R. | 7/24/2020 | 3.8 | Analyzed personal injury claims data. |
| Miller, Robert M. | 7/24/2020 | 4.4 | Updated exhibits summarizing national settlement projections. |
| Kovacheva, Penka | 7/25/2020 | 1.9 | Reviewed claims data summaries. |
| Kovacheva, Penka | 7/25/2020 | 2.3 | Worked on analysis methodology for claims data. |
| Yanguas, Maria Lucia | 7/26/2020 | 3.4 | Analyzed statistics from historical personal injury claims data. |

11

| Name | Date | Hours | Description |
|---|---|---|---|
| Kovacheva, Penka | 7/27/2020 | 2.4 | Reviewed and organized analyses of historical Purdue personal injury claims data. |
| Kovacheva, Penka | 7/27/2020 | 2.2 | Reviewed claim forms data from PrimeClerk. |
| Guo, Fang | 7/27/2020 | 1.6 | Organized review and cleaning of personal injury claims data. |
| Guo, Fang | 7/27/2020 | 0.7 | Prepared work plan for personal injury claims analyses. |
| Guo, Fang | 7/27/2020 | 2.8 | Reviewed personal injury claims data and worked on designing analysis methodology. |
| Guo, Fang | 7/27/2020 | 1.0 | Reviewed historical personal injury claims data. |
| Abraham, Sarah M. | 7/27/2020 | 0.5 | Reviewed work plan for personal injury claims analyses. |
| Yanguas, Maria Lucia | 7/27/2020 | 7.2 | Reviewed and summarized information from historical personal injury claims data. |
| King, Kyla M. | 7/27/2020 | 4.7 | Worked on personal injury claims analysis methodology. |
| Guo, Ruihan | 7/27/2020 | 0.9 | Conducted data validation checks of personal injury claims analysis. |
| Bazak, Eric R. | 7/27/2020 | 5.9 | Conducted statistical analyses of personal injury claims data. |
| Woodhouse, Sally | 7/28/2020 | 0.9 | Discussed claims valuation analyses with team. |
| Woodhouse, Sally | 7/28/2020 | 0.9 | Prepared for and participated in call with client. |
| Woodhouse, Sally | 7/28/2020 | 1.4 | Reviewed draft of potential personal injury claims data analyses. |
| Kovacheva, Penka | 7/28/2020 | 0.9 | Discussed claims valuation analyses with team. |
| Kovacheva, Penka | 7/28/2020 | 1.1 | Prepared for and attended call with Davis Polk and Dechert regarding claims valuation analyses. |
| Kovacheva, Penka | 7/28/2020 | 1.2 | Reviewed and updated outline of claims valuation analysis methodology. |
| Kovacheva, Penka | 7/28/2020 | 4.4 | Reviewed claims valuation analyses. |
| Guo, Fang | 7/28/2020 | 0.9 | Discussed claims valuation analyses with team. |
| Guo, Fang | 7/28/2020 | 1.8 | Drafted list of potential claims valuation analyses. |
| Guo, Fang | 7/28/2020 | 2.4 | Organized review of personal injury claims data. |
| Abraham, Sarah M. | 7/28/2020 | 0.9 | Discussed claims valuation analyses with team. |

| | | | |
|---|---|---|---|
| Abraham, Sarah M. | 7/28/2020 | 5.1 | Reviewed and prepared for analyses of personal injury claims data. |
| Yanguas, Maria Lucia | 7/28/2020 | 3.0 | Analyzed statistics from historical personal injury claims data. |
| Yanguas, Maria Lucia | 7/28/2020 | 0.9 | Discussed claims valuation analyses with team. |
| King, Kyla M. | 7/28/2020 | 0.9 | Discussed claims valuation analyses with team. |
| King, Kyla M. | 7/28/2020 | 9.8 | Worked on personal injury claims analysis methodology. |
| Miller, Robert M. | 7/28/2020 | 1.1 | Checked personal injury claims analyses. |
| Bazak, Eric R. | 7/28/2020 | 7.2 | Conducted statistical analyses of personal injury claims data. |
| Miller, Robert M. | 7/28/2020 | 0.9 | Discussed claims valuation analyses with team. |
| Bazak, Eric R. | 7/28/2020 | 0.9 | Discussed claims valuation analyses with team. |
| Guo, Ruihan | 7/28/2020 | 0.9 | Discussed claims valuation analyses with team. |
| Guo, Ruihan | 7/28/2020 | 0.9 | Reviewed historical personal injury claims data. |
| Guo, Ruihan | 7/28/2020 | 3.8 | Updated summary of historical personal injury claims data. |
| Woodhouse, Sally | 7/29/2020 | 0.1 | Provided expert references to counsel. |
| Kovacheva, Penka | 7/29/2020 | 3.1 | Reviewed and updated methodology for claims valuation analyses. |
| Kovacheva, Penka | 7/29/2020 | 2.3 | Worked on outline of claims valuation analyses. |
| Guo, Fang | 7/29/2020 | 1.0 | Reviewed personal injury methodology design. |
| Guo, Fang | 7/29/2020 | 3.2 | Reviewed personal injury methodology design. |
| Abraham, Sarah M. | 7/29/2020 | 4.9 | Reviewed and prepared for analyses of personal injury claims data. |
| Abraham, Sarah M. | 7/29/2020 | 2.2 | Reviewed personal injury claim forms. |
| Abraham, Sarah M. | 7/29/2020 | 2.4 | Reviewed design methodology for personal injury claim analysis. |
| Yanguas, Maria Lucia | 7/29/2020 | 5.4 | Analyzed statistics from historical personal injury claims data. |
| King, Kyla M. | 7/29/2020 | 11.6 | Worked on personal injury claims analysis. |
| Miller, Robert M. | 7/29/2020 | 7.0 | Checked personal injury claims analyses. |
| Bazak, Eric R. | 7/29/2020 | 9.7 | Conducted statistical analyses of personal injury claims data. |
| Guo, Ruihan | 7/29/2020 | 0.9 | Reviewed and updated summary of historical personal injury claims data. |

13

| Name | Date | Hours | Description |
|---|---|---|---|
| Guo, Ruihan | 7/29/2020 | 5.3 | Reviewed historical personal injury claims data and updated summary. |
| Wang, Qian | 7/29/2020 | 0.8 | Reviewed work plan for statistical analyses of personal injury claims data. |
| Woodhouse, Sally | 7/30/2020 | 0.5 | Reviewed work plan for claims valuation analyses. |
| Kovacheva, Penka | 7/30/2020 | 4.9 | Reviewed and organized claims valuation analyses. |
| Haque, Rezwan | 7/30/2020 | 2.2 | Reviewed draft outline of potential report points. |
| Guo, Fang | 7/30/2020 | 0.7 | Developed work plan for personal injury claims analyses. |
| Guo, Fang | 7/30/2020 | 1.1 | Organized personal injury claims data review. |
| Guo, Fang | 7/30/2020 | 1.1 | Prepared data questions for client. |
| Guo, Fang | 7/30/2020 | 2.4 | Prepared materials for client call. |
| Guo, Fang | 7/30/2020 | 0.5 | Reviewed historical personal injury claims data. |
| Guo, Fang | 7/30/2020 | 2.6 | Worked on personal injury analysis design. |
| Abraham, Sarah M. | 7/30/2020 | 5.2 | Conducted statistical analyses of personal injury claims data. |
| Abraham, Sarah M. | 7/30/2020 | 4.7 | Organized and reviewed data validation checks of personal injury claims data. |
| Yanguas, Maria Lucia | 7/30/2020 | 13.6 | Reviewed historical personal injury claims data. |
| King, Kyla M. | 7/30/2020 | 11.7 | Worked on methodology for personal injury claims analysis. |
| Miller, Robert M. | 7/30/2020 | 11.3 | Analyzed and cleaned data fields in personal injury claims data. |
| Wang, Qian | 7/30/2020 | 8.0 | Conducted statistical analyses of personal injury claims data. |
| Bazak, Eric R. | 7/30/2020 | 8.9 | Conducted statistical analyses of personal injury claims data. |
| Guo, Ruihan | 7/30/2020 | 8.2 | Reviewed historical personal injury claims data and updated summary. |
| Woodhouse, Sally | 7/31/2020 | 0.7 | Organized claims valuation analyses. |
| Woodhouse, Sally | 7/31/2020 | 1.1 | Phone call with Dechert and Davis Polk regarding claims valuation. |
| Woodhouse, Sally | 7/31/2020 | 1.6 | Reviewed draft agenda for client call. |
| Woodhouse, Sally | 7/31/2020 | 0.4 | Reviewed draft outline of potential report points. |
| Kovacheva, Penka | 7/31/2020 | 0.4 | Correspondence with counsel regarding claims valuation analyses. |
| Kovacheva, Penka | 7/31/2020 | 1.1 | Prepared for and attended call with counsel. |

14

| | | | |
|---|---|---|---|
| Kovacheva, Penka | 7/31/2020 | 5.5 | Reviewed and organized claims valuation analyses. |
| Haque, Rezwan | 7/31/2020 | 3.5 | Reviewed historical personal injury claims data and analyses. |
| Guo, Fang | 7/31/2020 | 2.9 | Reviewed historical personal injury claims data. |
| Guo, Fang | 7/31/2020 | 2.2 | Reviewed analysis design for personal injury claims. |
| Abraham, Sarah M. | 7/31/2020 | 4.0 | Reviewed personal injury and NAS claims forms. |
| Yanguas, Maria Lucia | 7/31/2020 | 9.8 | Analyzed statistics from historical personal injury claims data. |
| Yanguas, Maria Lucia | 7/31/2020 | 1.0 | Reviewed NAS claims forms. |
| King, Kyla M. | 7/31/2020 | 12.5 | Worked on personal injury claims analysis. |
| Miller, Robert M. | 7/31/2020 | 9.1 | Analyzed and cleaned data fields in personal injury claims data. |
| Guo, Ruihan | 7/31/2020 | 1.9 | Checked summary of historical personal injury claims data. |
| Bazak, Eric R. | 7/31/2020 | 8.5 | Conducted statistical analyses of personal injury claims data. |
| Guo, Ruihan | 7/31/2020 | 3.8 | Reviewed historical personal injury claims data and updated summary. |
| Guo, Ruihan | 7/31/2020 | 2.3 | Reviewed historical personal injury claims data. |
| Wang, Qian | 7/31/2020 | 1.0 | Updated statistical analyses of personal injury claims data. |

**Total**   480.70

**Grand Total**   *484.90*