ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **PURDUE PHARMA L.P., et al.,**[1] | ) | **Case No. 19-23649 (RDD)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

**ELEVENTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM JULY 1, 2020 THROUGH JULY 31, 2020**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | July 1, 2020 through July 31, 2020 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $117,123.20[2] |
| Less 20% Holdback | $23,424.64 |
| Total Reimbursement Requested | $0.00 |
| Total Compensation and Reimbursement Requested in this Statement | $93,698.56 |

**This is a(n):**  <u>X</u> Monthly Application    __  Interim Application    __  Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from July 1, 2020 Through July 31, 2020* (this "**Fee Statement**").[3]  By this Fee Statement, A&P seeks (i) compensation in the amount of

---

[2]  This amount reflects a reduction in fees in the amount of $20,668.80 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**") and a further voluntary reduction of $3,994.50 resulting in the total compensation amount of $117,123.20 under this statement, after application of these discounts.

[3]  The period from July 1, 2020, through and including July 31, 2020, is referred to herein as the "**Fee Period**."

$93,698.56 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $117,123.20) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $117,123.20 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $93,698.56.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $843.58.[4]  The blended hourly billing rate of all paraprofessionals is $287.51.[5]

3.      A&P did not incur or disburse any expenses during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.  The Litigation Manager position is a paraprofessional position at Arnold & Porter. However, for the purposes of calculating the blended hourly billing rate of attorneys, the Litigation Manager totals are included, as the Litigation Manager role is held by an attorney.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **<u>Exhibit C</u>** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

### <u>Notice</u>

5.      A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A&P submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $93,698.56, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $117,123.20) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

September 3, 2020                                        Respectfully submitted,


By:  _/s/ Rory Greiss_
**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 75.30 | 63,914.05 |
| Project Hawk | 1.50 | 1,504.50 |
| Project Indigo | 8.90 | 8,926.70 |
| Project Catalyst | 9.00 | 7,017.60 |
| Project ATP | 2.90 | 2,768.45 |
| Project Windshield | 6.70 | 6,720.10 |
| Oncology Development Agreement | 5.20 | 5,075.35 |
| Praxis | 0.20 | 158.95 |
| Retention and Fee Applications | 46.30 | 20,145.00 |
| Project Pluto | 1.50 | 892.50 |
| **Total[6]** | **157.50** | **$117,123.20** |

---

[6]  This amount reflects a reduction in fees in the amount of $20,668.80 on account of voluntary discounts as
described in the Retention Application and the further voluntary reduction of $3,994.50 for this Fee Period,
resulting in a total reduction in fees in the combined amount of $24,663.30 for this Fee Period.

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Coutu, Stephanie | Partner | 1997 | 935.00 | 0.2 | 187.00 |
| Davar, Mahnu | Partner | 2007 | 875.00 | 0.40 | 350.00 |
| Evergreen, Rosa J. | Partner | 2005 | 950.00 | 5.60 | 5,320.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,350.00 | 2.40 | 3,240.00 |
| Greiss, Rory | Partner | 1981 | 1,180.00 | 59.40 | 70,092.00 |
| Hendrickson, Susan | Partner | 1994 | 1,110.00 | 0.60 | 666.00 |
| Lollar, Tirzah | Partner | 2004 | 975.00 | 1.30 | 1,267.50 |
| Habtemariam, Abeba | Counsel | 2012 | 870.00 | 11.30 | 9,831.00 |
| Rothman, Eric | Counsel | 2008 | 905.00 | 16.70 | 15,113.50 |
| Boyce, Monique | Associate | 2016 | 760.00 | 6.60 | 5,016.00 |
| Clements, Ginger | Associate | 2016 | 700.00 | 13.90 | 9,730.00 |
| Edwards, LaToya | Associate | 2010 | 865.00 | 8.70 | 7,525.50 |
| Ethan Zausner | Associate | 2017 | 700.00 | 1.50 | 1,050.00 |
| Lehrburger, Amy | Associate | 2018 | 630.00 | 2.10 | 1,323.00 |
| Lima, Colleen | Associate | 2014 | 830.00 | 1.50 | 1,245.00 |
| McSorley, Tom | Associate | 2012 | 855.00 | 0.50 | 427.50 |
| Prikazsky, Bianca | Associate | 2013 | 760.00 | 2.10 | 1,596.00 |
| Boccanfuso, Anthony | Litigation Manager | 1989 | 595.00 | 0.50 | 297.50 |
| Anderson, Kenneth | Legal Assistant | | 395.00 | 5.90 | 2,330.50 |
| Lazzaro, Sofia | Legal Assistant | | 215.00 | 7.00 | 1,505.00 |
| Reddix, Darrell | Legal Assistant | | 395.00 | 9.30 | 3,673.50 |
| **Total** | | | | **157.50** | **141,786.50** |
| Less 15% Discount and additional voluntary discount | | | | | (24,663.30) |
| **Discounted Total** | | | | | **117,123.20** |
| Less 20% Holdback | | | | | (23,424.64) |
| **Total Amount Requested Herein** | | | | | **$93,698.56** |

**<u>Exhibit C</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

Purdue Pharma L.P.                                          August 31, 2020
Attn: Maria Barton                                    Invoice # 30116145
General Counsel                                          EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00117

Commercial Contracts Advice

20170001233


| | | |
|---|---|---|
| For Legal Services Rendered through July 31, 2020 | $ | 75,193.00 |
| Discount: | | -11,278.95 |
| Fee Total | | 63,914.05 |
| Total Amount Due | $ | 63,914.05 |


Wire Transfer Instructions:

          Account Name:       Arnold & Porter Kaye Scholer LLP
          Bank Info:          Wells Fargo Bank NA
                              420 Montgomery Street
                              San Francisco, CA  94104
          Account Number:     4127865475
          ABA Number:         121000248
          Swift Code:         WFBIUS6S

Or Remit To:                  Arnold & Porter Kaye Scholer LLP
                              P.O. Box 759451
                              Baltimore, MD  21275-9451

                    Please include invoice number on all remittances

           For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

August 31, 2020

Invoice # 30116145

## (1049218.00117)
## Commercial Contracts Advice

**Legal Services:**

| Name | Date | Hours | Narrative |
| --- | --- | --- | --- |
| Rory Greiss | 07/01/20 | 0.80 | Review J. Yang chart update for license agreements (.5); correspondence re: same with J. Yang and R. Inz (.3). |
| LaToya Edwards | 07/01/20 | 4.80 | Drafting Supply Agreement. |
| Eric Rothman | 07/01/20 | 1.90 | Review, analyze Supply Agreement. |
| Susan E. Hendrickson | 07/01/20 | 0.60 | Reviewing and commenting on SaaS agreement with A. Lehrburger. |
| Amy Lehrburger | 07/01/20 | 1.80 | Review and finalize comments to Subscription Agreement. |
| LaToya Edwards | 07/02/20 | 3.90 | Drafting revised Supply Agreement. |
| Eric Rothman | 07/02/20 | 0.80 | Review and comment on compliance program subscription agreement. |
| Eric Rothman | 07/02/20 | 0.70 | Review, analyze materials transfer agreement. |
| Eric Rothman | 07/02/20 | 1.60 | Review, analyze supply agreement. |
| Eric Rothman | 07/02/20 | 1.10 | Review existing agreement (.5); analyze termination rights and cross termination with other related agreements (.6). |
| Eric Rothman | 07/02/20 | 0.70 | Review and comment on compliance program subscription agreement. |
| Bianca E. Prikazsky | 07/02/20 | 0.40 | Revise draft of Materials Transfer Agreement (.3); email with E. Rothman regarding same (.1). |
| Amy Lehrburger | 07/02/20 | 0.30 | Revise Subscription Agreement and Order Form (.2); send same to K. McCarthy (.1). |
| Rory Greiss | 07/06/20 | 1.10 | Correspondence with K. McCarthy, R. Aleali and T. Levine re: reviewing proposed services agreement re: cyber security review (.3); correspondence with R. Inz, J. Yang re: license agreement chart and postponed call with licensee (.3); correspondence with R. Inz, R. Kreppel and J. Yang re: proposed license (.5). |
| Bianca E. Prikazsky | 07/06/20 | 1.70 | Review Purdue comments to Materials Transfer Agreement (.6); revise same (1.1). |
| Rory Greiss | 07/07/20 | 5.20 | Conference call with R. Kreppel to discuss changes to be made to term sheet for proposed European license (.6); revise term sheet (2.1); send to R. Kreppel (.2); review and add comments to draft service provider contract reviewed by T. Levine (1.5); correspondence with T. Levine and E. Rothman re: comments (.3); correspondence with R. Inz re: reschedule call for license agreement project (.3); correspondence with J. Yang re: revised chart (.2). |
| Eric Rothman | 07/07/20 | 1.10 | Review, analyze materials transfer agreement. |
| Abeba Habtemariam | 07/07/20 | 1.70 | Review Purdue quality agreement templates and related materials. |
| Rory Greiss | 07/08/20 | 2.80 | Revise draft term sheet for proposed license (1.8); correspondence with R. Kreppel re: same (.5); review revised service provider agreement prepared by T. Levine (.4); send same to Purdue team (.1). |
| Abeba Habtemariam | 07/08/20 | 4.50 | Review Purdue CRO supply quality agreement and related materials (2.1); draft comments and edits to same (2.4). |

August 31, 2020                                                                                          Invoice # 30116145

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 07/09/20 | 3.20 | Review IP litigation settlements and other documents re: determining the number of non-exclusive licenses granted since 2012 (2.7); correspondence with R. Kreppel and P. Strassburger re: same (.5). |
| Abeba Habtemariam | 07/09/20 | 4.10 | Review Purdue CRO services quality agreement template and related materials (1.6); draft comments re: same (2.1); draft email re: same (.4). |
| Rory Greiss | 07/13/20 | 0.80 | Review latest version of chart in preparation for meeting re: ORF license agreements on Tuesday. |
| Rory Greiss | 07/14/20 | 1.50 | Video conference with P. Strassburger, R. Inz, E. Rothman, N. Trueman, I. Burnham and J. Yang re: existing licenses and possible revisions to those agreements (1.2); correspondence with E. Rothman re: next steps (.3). |
| Eric Rothman | 07/14/20 | 1.70 | Telephone conference with R. Greiss, P. Strassburger, R. Inz, N. Trueman, I. Burnham, J. Yang re: existing third party arrangements (1.2); correspondence with R. Greiss re: same (.5). |
| Eric Rothman | 07/15/20 | 1.80 | Correspondence with R. Greiss re: renegotiation of certain existing third party arrangements (.5); review, analyze documentation re: same (1.3). |
| Rory Greiss | 07/16/20 | 1.80 | Review several license agreements in connection with worldwide license review/revision project. |
| Mahnu V. Davar | 07/17/20 | 0.40 | Review FCPA compliance clauses for E. Rothman. |
| Tirzah S. Lollar | 07/20/20 | 0.30 | Telephone conference with C. Lima regarding review of FCPA provisions in supply agreement. |
| Colleen S. Lima | 07/20/20 | 1.40 | Call with T. Lollar to discuss ABAC provisions of the Purdue Pharma L.P. Manufacturing and Supply Agreement (.3); review and markup draft agreement (1.1). |
| Rory Greiss | 07/21/20 | 1.30 | Correspondence with P. Strassburger re: oncology assets (.8); review documents re: same (.5). |
| Tirzah S. Lollar | 07/21/20 | 0.60 | Review trade compliance provisions in supply agreement (.3); telephone conference with Tom McSorely regarding same (.2); email with Eric Rothman regarding same (.1). |
| Tom McSorley | 07/21/20 | 0.50 | Review new trade compliance provisions in distribution agreement. |
| Colleen S. Lima | 07/21/20 | 0.10 | Email correspondence with T. Lollar and T. McSorley regarding ABAC and sanctions provisions in the manufacturing and supply agreement. |
| Tirzah S. Lollar | 07/22/20 | 0.40 | Review and comment on trade compliance provisions in supply agreement (.3); draft email to Purdue Pharma regarding same (.1). |
| Rory Greiss | 07/23/20 | 4.30 | Review of comments from licensee on agreement to serve as model for amending and restating agreements (1.5); video conference with N. Trueman, I. Burnham, R. Inz, E. Rothman and J. Yang to discuss comments to same and next steps (1.1); follow-up correspondence with E. Rothman, J. Yang and R. Inz re: scheduling internal call and drafting template agreement (.7); correspondence with R. Inz re: response to term sheet for European license (1.0). |
| Eric Rothman | 07/23/20 | 1.10 | Telephone conference with N. Trueman, I. Burnham, R. Inz, J. Yang and R. Greiss to discuss ORF licenses. |
| Abeba Habtemariam | 07/23/20 | 1.00 | Call with K. McCarthy and A. Johnson re: Purdue quality agreement templates. |
| Rory Greiss | 07/24/20 | 0.70 | Video conference with J. Yang and E. Rothman re: preparation of amended and restated license agreement template (.6); correspondence with J. Yang re: same (.1). |

Page 2

August 31, 2020                                                          Invoice # 30116145

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Eric Rothman | 07/24/20 | 0.60 | Telephone conference with J. Yang and R. Greiss to discuss ORF licenses. |
| Rory Greiss | 07/27/20 | 2.60 | Prepare list of issues to discuss re: preparation of amended and restated license agreement template (1.3); video conference with P. Strassburger, R. Inz, B. Koch, E. Rothman, J. Yang re: issues and process of preparing template (1.1); correspondence with P. Strassburger re: same (.2). |
| Eric Rothman | 07/27/20 | 1.20 | Telephone conference with P. Strassburger, R. Inz, B. Koch, R. Greiss, J. Yang to discuss ORF licenses (1.1); correspondence with R. Greiss, J. Yang re: same (.1). |
| Rory Greiss | 07/28/20 | 2.50 | Review Supply Agreement between IACs (1.0); correspondence with E. Rothman re: provisions of supply agreement (.7); correspondence with P. Strassburger, R. Inz, E. Rothman and B. Koch re: background of supply agreement and issues to be discussed (.8). |
| Rory Greiss | 07/29/20 | 2.30 | Begin review of comments on sublicense (.5); correspondence with E. Rothman re: scheduling call with opposing counsel (.3); review API supply agreement in preparation for video conference (.7); video conference with R. Inz, B. Koch and E. Rothman re: consideration of potential revisions to API supply agreement (.8). |
| Eric Rothman | 07/29/20 | 1.20 | Review of documents (.4); telephone conference with R. Inz, B. Koch and R. Greiss to discuss API supply agreement (.8). |
| Rory Greiss | 07/31/20 | 0.40 | Correspondence with R. Inz re: license agreements underlying Sublicense. |
| **Total Hours** | | **75.30** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Mahnu V. Davar | 0.40 | 875.00 | 350.00 |
| Rory Greiss | 31.30 | 1,180.00 | 36,934.00 |
| Susan E. Hendrickson | 0.60 | 1,110.00 | 666.00 |
| Tirzah S. Lollar | 1.30 | 975.00 | 1,267.50 |
| Eric Rothman | 15.50 | 905.00 | 14,027.50 |
| Abeba Habtemariam | 11.30 | 870.00 | 9,831.00 |
| LaToya Edwards | 8.70 | 865.00 | 7,525.50 |
| Amy Lehrburger | 2.10 | 630.00 | 1,323.00 |
| Colleen S. Lima | 1.50 | 830.00 | 1,245.00 |
| Tom McSorley | 0.50 | 855.00 | 427.50 |
| Bianca E. Prikazsky | 2.10 | 760.00 | 1,596.00 |
| **TOTAL** | **75.30** | | **75,193.00** |

**Total Current Amount Due**                                           **$63,914.05**

# Arnold&Porter

Purdue Pharma L.P.
Attn: Maria Barton
General Counsel
One Stamford Forum
Dept. VN:  1008442
Stamford, CT  06901-3431

August 31, 2020
Invoice # 30116146
EIN 53-0208605

Client/Matter # 1049218.00128

Project Hawk

20200002836

| | | |
|---|---|---|
| **For Legal Services Rendered through July 31, 2020** | $ | 1,770.00 |
| Discount: | | <u>-265.50</u> |
| **Fee Total** | | 1,504.50 |
| **Total Amount Due** | $ | <u>1,504.50</u> |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| Or Remit To: | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  <u>Invoice@arnoldporter.com</u>

August 31, 2020                                                           Invoice # 30116146

**(1049218.00128)**
Project Hawk

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 07/27/20 | 0.50 | Review November 2019 funding agreement in connection with questions raised by Hawk (.3); correspondence with P. Strassburger re: same (.2). |
| Rory Greiss | 07/28/20 | 1.00 | Call with P. Strassburger re: questions raised by Hawk based on IRS review of tax exemption application (.4); prepare responses for P. Strassburger to send to Hawk (.6). |
| **Total Hours** | | **1.50** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 1.50 | 1,180.00 | 1,770.00 |
| **TOTAL** | **1.50** | | **1,770.00** |

**Total Current Amount Due**                                            **$1,504.50**

Page 1

# Arnold&Porter

Purdue Pharma L.P.                                              August 31, 2020
Attn: Phillip C. Strassburger                              Invoice # 30116147
Vice President & General Counsel                          EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00130

Project Indigo

20180001888


| | | |
|---|---|---|
| For Legal Services Rendered through July 31, 2020 | $ | 10,502.00 |
| Discount: | | -1,575.30 |
| Fee Total | | 8,926.70 |
| Total Amount Due | $ | 8,926.70 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                 Arnold & Porter Kaye Scholer LLP
                             P.O. Box 759451
                             Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 31, 2020                                                                 Invoice # 30116147

**(1049218.00130)**
Project Indigo

**Legal Services:**

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 07/01/20 | 4.20 | Review, comment assignment provision (.7); call with R. Kreppel re: assignment provision and other final changes to Agreement (1.2); revise Agreement (1.5); correspondence with client re: execution, submission of motion to bankruptcy court (.8). |
| Rory Greiss | 07/27/20 | 2.50 | Review draft opinion re: Agreement (1.5); prepare comparison between earlier draft of agreement and execution version for review by D. Feinstein (.5); correspondence with R. Kreppel and D. Feinstein re: same (.5). |
| Rory Greiss | 07/28/20 | 1.70 | Review product memo (.6); conference call with D. Feinstein, R. Kreppel, P. Strassburger and M. Kesselman re: draft opinion (1.1). |
| Rory Greiss | 07/30/20 | 0.50 | Correspondence with D. Feinstein re: Agreement and letter to Indigo counsel. |

**Total Hours**                 **8.90**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 8.90 | 1,180.00 | 10,502.00 |
| TOTAL | 8.90 | | 10,502.00 |

**Total Current Amount Due**                 **$8,926.70**

# Arnold&Porter

Purdue Pharma L.P.                                            August 31, 2020
Philip Strassburger, Esq.                              Invoice # 30116148
One Stamford Forum                                       EIN 53-0208605
Stamford, CT  06901-3431

Client/Matter # 1049218.00132

Project Catalyst

20200002830

| | | |
|---|---|---|
| **For Legal Services Rendered through July 31, 2020** | $ | 8,256.00 |
| Discount: | | -1,238.40 |
| **Fee Total** | | 7,017.60 |
| **Total Amount Due** | $ | 7,017.60 |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                              Arnold & Porter Kaye Scholer LLP
                                                   P.O. Box 759451
                                                   Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

August 31, 2020

Invoice # 30116148

**(1049218.00132)**
Project Catalyst

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Monique Boyce | 07/01/20 | 0.10 | Project Catalyst: Correspond with AlixPartners and A&P team regarding designations. |
| Monique Boyce | 07/01/20 | 0.50 | Project Catalyst:  Review documents for clean team designations. |
| Deborah L. Feinstein | 07/02/20 | 0.20 | Correspond with A&P team re: clean team. |
| Monique Boyce | 07/02/20 | 0.40 | Project Catalyst:  Review documents for clean room designations. |
| Monique Boyce | 07/02/20 | 0.10 | Project Catalyst: Correspond with A&P team re: designations. |
| Monique Boyce | 07/07/20 | 0.10 | Project Catalyst: Correspond with A&P team regarding clean room designation. |
| Monique Boyce | 07/07/20 | 0.10 | Project Catalyst:  Review document re: clean team. |
| Monique Boyce | 07/08/20 | 0.20 | Project Catalyst:  Review documents re: clean team. |
| Monique Boyce | 07/08/20 | 0.10 | Project Catalyst: Correspond with A&P team regarding clean room designation. |
| Monique Boyce | 07/10/20 | 0.10 | Project Catalyst: Correspond with A&P team regarding clean room designation. |
| Monique Boyce | 07/10/20 | 0.20 | Project Catalyst:  Review documents re: clean team. |
| Monique Boyce | 07/22/20 | 2.90 | Project Catalyst: Review documents for clean team designations. |
| Monique Boyce | 07/22/20 | 0.20 | Project Catalyst: Correspond with A&P team regarding clean team designation. |
| Monique Boyce | 07/22/20 | 0.10 | Project Catalyst: Update tracker re: document review. |
| Monique Boyce | 07/23/20 | 0.10 | Project Catalyst: Update tracker re: document review. . |
| Monique Boyce | 07/23/20 | 0.10 | Project Catalyst: Review documents for clean team designations. |
| Monique Boyce | 07/24/20 | 0.10 | Project Catalyst:  Review document for clean team designation. |
| Deborah L. Feinstein | 07/28/20 | 1.50 | Correspond with A&P team re: MMA filing issues. |
| Monique Boyce | 07/28/20 | 0.10 | Project Catalyst: Correspond with A&P team regarding clean team designation. |
| Monique Boyce | 07/28/20 | 0.90 | Project Catalyst: Review documents for clean team designations. |
| Deborah L. Feinstein | 07/29/20 | 0.50 | Call with IPCI counsel re MMA filing issues (.3); email with client re: same (.2). |
| Monique Boyce | 07/29/20 | 0.20 | Project Catalyst: Review documents for clean room designations. |
| Deborah L. Feinstein | 07/30/20 | 0.20 | Review letter to IPCI. |

**Total Hours**          **9.00**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Deborah L. Feinstein | 2.40 | 1,350.00 | 3,240.00 |
| Monique Boyce | 6.60 | 760.00 | 5,016.00 |
| **TOTAL** | **9.00** | | **8,256.00** |

**Total Current Amount Due**                                    **$7,017.60**

# Arnold&Porter

Purdue Pharma L.P.                                            August 31, 2020
Attn: Phillip C. Strassburger                            Invoice # 30116149
**Vice President & General Counsel**                        EIN 53-0208605
One Stamford Forum
Stamford, CT  06901

Client/Matter # 1049218.00135

Project ATP

20190002247

| | | |
|---|---|---|
| For Legal Services Rendered through July 31, 2020 | $ | 3,257.00 |
| Discount: | | -488.55 |
| **Fee Total** | | **2,768.45** |
| **Total Amount Due** | $ | **2,768.45** |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 31, 2020

Invoice # 30116149

**(1049218.00135)**
Project ATP

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 07/17/20 | 1.10 | Review correspondence from K. McCarthy re: Development Agreement (.3); begin to review confidentiality provisions of Development Agreement re: question on disclosure of certain types of information (.8). |
| Rory Greiss | 07/22/20 | 1.20 | Complete review of Development Agreement (.6); video conference with K. McCarthy and E. Rothman re: publicity and disclosure issues (.6). |
| Eric Rothman | 07/22/20 | 0.60 | Telephone conference with K. McCarthy and R. Greiss to discuss confidentiality provisions. |
| **Total Hours** | | **2.90** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 2.30 | 1,180.00 | 2,714.00 |
| Eric Rothman | 0.60 | 905.00 | 543.00 |
| **TOTAL** | **2.90** | | **3,257.00** |

**Total Current Amount Due**                                                    $2,768.45

# Arnold&Porter

Purdue Pharma L.P.                                          August 31, 2020
Attn: Phillip C. Strassburger                           Invoice # 30116150
Vice President & General Counsel                         EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00140

Project Windshield

20190002276


| | | |
|---|---|---|
| For Legal Services Rendered through July 31, 2020 | $ | 7,906.00 |
| Discount: | | -1,185.90 |
| Fee Total | | 6,720.10 |
| Total Amount Due | $ | 6,720.10 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 31, 2020

Invoice # 30116150

**(1049218.00140)**
**Project Windshield**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 07/29/20 | 0.50 | Correspondence with R. Kreppel re: term sheet for proposed development agreement. |
| Rory Greiss | 07/30/20 | 3.10 | Review R. Kreppel comments to draft term sheet for auto injectable product (.6); call with R. Kreppel to discuss comments (.9); begin to revise term sheet (1.6). |
| Rory Greiss | 07/31/20 | 3.10 | Complete revisions to term sheet for product (2.5); correspondence with R. Kreppel re: revisions (.6). |
| **Total Hours** | | **6.70** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 6.70 | 1,180.00 | 7,906.00 |
| **TOTAL** | **6.70** | | **7,906.00** |

**Total Current Amount Due**                                    **$6,720.10**

# Arnold&Porter

Purdue Pharma L.P.                                        August 31, 2020
Attn: Roxana Aleali                                    Invoice # 30116153
Associate General Counsel                               EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431


Client/Matter # 1049218.00143

Oncology Development Agreement

20190002456


| For Legal Services Rendered through July 31, 2020 | $ | 5,971.00 |
|---|---|---|
| Discount: | | -895.65 |
| Fee Total | | 5,075.35 |
| Total Amount Due | $ | 5,075.35 |


Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

August 31, 2020

Invoice # 30116153

**(1049218.00143)**
**Oncology Development Agreement**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 07/06/20 | 1.20 | Review letters from Purdue sent on July 1 (.6); conference call with R. Inz, R. Aleali, K. McCarthy and E. Rothman re: background of letters and potential responses (.6). |
| Eric Rothman | 07/06/20 | 0.60 | Telephone conference with R. Inz, R. Aleali, K. McCarthy and R. Greiss to discuss Transfer Agreement. |
| Rory Greiss | 07/20/20 | 2.60 | Review response letter re: requests for actions to confirm ownership, etc. of oncology assets (1.2); review background documents including Services Agreements (.6); correspond with E. Rothman re: letter (.8). |
| Rory Greiss | 07/24/20 | 0.80 | Correspondence with P. Strassburger re: latest draft of term sheet (.5); correspond with K. Benedict re: same (.3). |
| **Total Hours** | | **5.20** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 4.60 | 1,180.00 | 5,428.00 |
| Eric Rothman | 0.60 | 905.00 | 543.00 |
| **TOTAL** | **5.20** | | **5,971.00** |

**Total Current Amount Due**                                    **$5,075.35**

# Arnold&Porter

Purdue Pharma L.P.                                                    August 31, 2020
Attn: Roxana Aleali                                              Invoice # 30116154
Associate General Counsel                                       EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431

Client/Matter # 1049218.00146

Praxis

20190002672

| | | |
|---|---|---|
| For Legal Services Rendered through July 31, 2020 | $ | 187.00 |
| Discount: | | -28.05 |
| Fee Total | | 158.95 |
| Total Amount Due | $ | 158.95 |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                          Arnold & Porter Kaye Scholer LLP
                                      P.O. Box 759451
                                      Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

August 31, 2020

**(1049218.00146)**
Praxis

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Stephanie W. Coutu | 07/11/20 | 0.20 | Email correspondence with A&P team re: lockup agreement. |
| **Total Hours** | | **0.20** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Stephanie W. Coutu | 0.20 | 935.00 | 187.00 |
| **TOTAL** | **0.20** | | **187.00** |

**Total Current Amount Due**                                        $158.95

# Arnold&Porter

Purdue Pharma L.P.  
Attn: Philip Strassburger  
Vice President and General Counsel  
One Stamford Forum  
Stamford, CT  06901-3431

August 31, 2020  
Invoice # 30116151  
EIN 53-0208605

Client/Matter # 1049218.00148

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through July 31, 2020** | $ | 27,694.50 |
| Courtesy Discount: | | -3,994.50 |
| Discount: | | -3,555.00 |
| **Fee Total** | | **20,145.00** |
| **Total Amount Due** | $ | **20,145.00** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**    Arnold & Porter Kaye Scholer LLP  
P.O. Box 759451  
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 31, 2020

Invoice # 30116151

## (1049218.00148)
Retention and Fee Applications

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rosa J. Evergreen | 07/02/20 | 0.20 | Correspond with R. Greiss re: May fee statement. |
| Rory Greiss | 07/07/20 | 0.50 | Review May monthly statement. |
| Ginger Clements | 07/07/20 | 0.10 | Review second interim fee application. |
| Rosa J. Evergreen | 07/07/20 | 0.50 | Review of May fee statement (.2); correspond with R. Greiss re: fee application and steps for finalizing (.3). |
| Darrell B. Reddix | 07/07/20 | 5.20 | Draft ninth monthly fee statement, including exhibits (2.7); draft Second Interim fee application, including exhibits (2.5). |
| Rory Greiss | 07/08/20 | 0.80 | Review and comment on draft Second Interim Fee Application (.1); conference call with G. Clements, R. Evergreen, D. Reddix re: same (.7). |
| Ginger Clements | 07/08/20 | 1.40 | Review, analyze second interim fee application (.7); telephone conference with R. Evergreen, R. Greiss, D. Reddix re: same (.7). |
| Rosa J. Evergreen | 07/08/20 | 1.20 | Coordinate filing of May fee statement (.2); review, revise fee application (.3); telephone conference with R. Greiss, D. Reddix and G. Clements on same (.7). |
| Darrell B. Reddix | 07/08/20 | 4.10 | Prepare ninth monthly fee statement for filing (.5); serve same (.1); review, revise Second Interim fee application, including exhibits (2.6); teleconference with R. Greiss, R. Evergreen and G. Clements re: same (.7); correspondence with G. Clements re: same (.2). |
| Ginger Clements | 07/09/20 | 0.20 | Correspond with A&P team re interim fee application. |
| Rory Greiss | 07/10/20 | 0.80 | Review and comment on latest draft of Second Interim Fee Application. |
| Ginger Clements | 07/10/20 | 0.40 | Correspond with A&P team re interim fee application. |
| Rosa J. Evergreen | 07/10/20 | 0.30 | Review fee application open issues. |
| Ginger Clements | 07/13/20 | 2.70 | Revise second interim fee application. |
| Rosa J. Evergreen | 07/13/20 | 0.70 | Review and analyze fee application(.2); correspond with G. Clements re: same (.4); correspond with R. Greiss re: status (.1). |
| Rory Greiss | 07/14/20 | 1.10 | Review, comment on revised Second Interim Fee Application (.6); correspondence with B. Buchholtz, G. Clements and R. Evergreen re: revisions (.5). |
| Ginger Clements | 07/14/20 | 3.30 | Revise second interim fee statement (2.8); correspond with A&P team re same (.5). |
| Rosa J. Evergreen | 07/14/20 | 0.80 | Review and comment on fee application (.6); correspond with G. Clements re: fee application (.2). |
| Rory Greiss | 07/15/20 | 0.50 | Finalize Second Interim Fee Application with G. Clements and R. Evergreen. |
| Kenneth J. Anderson | 07/15/20 | 1.00 | Prepare exhibits to interim fee application. |
| Ginger Clements | 07/15/20 | 3.20 | Revise second interim fee application (1.3); coordinate filing and service of same (1.1); correspond with A&P team re same (.8). |
| Rosa J. Evergreen | 07/15/20 | 0.60 | Review final fee application (.4); correspond with G. Clements re: same (.2). |

August 31, 2020                                                    Invoice # 30116151

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Anthony D. Boccanfuso | 07/15/20 | 0.50 | Correspond with A&P team re: filing of second interim fee application. |
| Ginger Clements | 07/16/20 | 0.10 | Correspond with A&P team re second interim fee application. |
| Ginger Clements | 07/17/20 | 0.30 | Correspond with R. Evergreen re: June fee statement. |
| Rosa J. Evergreen | 07/17/20 | 0.50 | Correspond with R. Greiss re: June fee statement (.3); correspond with G. Clements re: same (.2). |
| Rosa J. Evergreen | 07/22/20 | 0.20 | Review, revise June fee statement. |
| Ginger Clements | 07/24/20 | 0.10 | Review, analyze materials re June fee statement. |
| Kenneth J. Anderson | 07/27/20 | 3.60 | Draft tenth monthly fee statement. |
| Ginger Clements | 07/27/20 | 0.70 | Correspond with A&P team re monthly fee statement. |
| Rosa J. Evergreen | 07/27/20 | 0.20 | Correspond with G. Clements, R. Greiss re: monthly fee statement status. |
| Sofia Lazzaro | 07/27/20 | 5.50 | Review, revise invoices re: compliance with U.S. Trustee guidelines. |
| Kenneth J. Anderson | 07/28/20 | 1.30 | Revise tenth monthly fee statement. |
| Sofia Lazzaro | 07/28/20 | 1.50 | Review, revise invoices re: compliance with U.S. Trustee guidelines. |
| Ginger Clements | 07/29/20 | 1.00 | Review, analyze invoice re compliance with U.S. Trustee guidelines (.7); correspond with S. Lazzaro re same (.1); correspond with R. Evergreen, R. Greiss re same (.2). |
| Rosa J. Evergreen | 07/29/20 | 0.20 | Review, analyze monthly fee statement. |
| Rory Greiss | 07/30/20 | 0.40 | Correspondence with G. Clements and B. Buchholtz re: June invoices including sending to Purdue for review. |
| Ginger Clements | 07/30/20 | 0.40 | Correspond with A&P team re June monthly fee statement. |
| Rosa J. Evergreen | 07/30/20 | 0.20 | Correspond with A&P team re: June fee statement. |
| **Total Hours** | | **46.30** | |

## Legal Services-Attorney Summary

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 5.60 | 950.00 | 5,320.00 |
| Rory Greiss | 4.10 | 1,180.00 | 4,838.00 |
| Ginger Clements | 13.90 | 700.00 | 9,730.00 |
| Anthony D. Boccanfuso | 0.50 | 595.00 | 297.50 |
| Kenneth J. Anderson | 5.90 | 395.00 | 2,330.50 |
| Sofia Lazzaro | 7.00 | 215.00 | 1,505.00 |
| Darrell B. Reddix | 9.30 | 395.00 | 3,673.50 |
| **TOTAL** | **46.30** | | **27,694.50** |

**Total Current Amount Due**                                          **$20,145.00**

# Arnold&Porter

Purdue Pharma L.P.
Attn: Phillip C. Strassburger
Vice President & General Counsel
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT  06901

August 31, 2020
Invoice # 30116152
EIN 53-0208605

Client/Matter # 1049218.00149

Project Pluto

20200002767

| | | |
|---|---|---|
| **For Legal Services Rendered through July 31, 2020** | $ | 1,050.00 |
| Discount: | | -157.50 |
| **Fee Total** | | 892.50 |
| **Total Amount Due** | $ | 892.50 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

August 31, 2020

**(1049218.00149)**
Project Pluto

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ethan Zausner | 07/02/20 | 1.50 | Finalized draft of option and license agreement. |
| **Total Hours** | | **1.50** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Ethan Zausner | 1.50 | 700.00 | 1,050.00 |
| **TOTAL** | **1.50** | | **1,050.00** |

**Total Current Amount Due** $892.50