COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**SUPPLEMENTAL DECLARATION OF JUSTIN R. ALBERTO IN SUPPORT OF**
**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND**
**EMPLOYMENT OF COLE SCHOTZ P.C. AS EFFICIENCY COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**
***NUNC PRO TUNC* TO FEBRUARY 24, 2020**

I, Justin R. Alberto, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1. I am a Member of the law firm of Cole Schotz P.C. ("Cole Schotz"), which maintains offices for the practice of law at 500 Delaware Avenue, Suite 1410, Wilmington, Delaware. Cole Schotz also maintains offices in Boca Raton, Florida; Baltimore,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Maryland; Hackensack, New Jersey; New York, New York; Dallas, Texas; and Fort Worth, Texas.

2.  I make this Supplemental Declaration in furtherance of paragraph 4 of the *Order Authorizing Employment and Retention of Cole Schotz P.C. as Efficiency Counsel to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to February 24, 2020* [Docket No. 1084] and in accordance with Bankruptcy Code section 330(a)(3)(F).

3.  Paragraph 23 of Cole Schotz's retention application [Docket No. 1013] discloses that Cole Schotz's rates are subject to periodic adjustments and that such adjustments typically occur on or about September 1 of each year.

4.  Effective September 1, 2020, the standard hourly rate ranges established by Cole Schotz for professionals are set forth below:

| Title | Hourly Rate |
| --- | --- |
| Member | $ 410-$1,050 |
| Senior Member/Special Counsel | $495-$900 |
| Associate | $285-670 |
| Law Clerk | $225 |
| Paraprofessional | $215-$345 |
| Litigation Support | $260-$360 |
| Legal Practice Assistant | $105-$205 |

5.  The individual billing rates assigned to the professionals providing services in these chapter 11 cases will be reflected on Cole Schotz's invoices and fee applications.

6.  The increased rates are consistent with, and typical of, compensation arrangements entered into by comparable firms that render similar services under similar circumstances. The increase in rates set forth herein is reasonable, market-based and designed as fair compensation for the services provided by Cole Schotz. As noted herein, the Committee was advised that Cole Schotz's rate typically adjust annually on September 1. The Committee has consented to the rate increases identified herein.

7.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 3, 2020

                              COLE SCHOTZ P.C.

                              */s/ Justin R. Alberto*
                              Justin R. Alberto (No. 5126)
                              500 Delaware Ave., Suite 1410
                              Wilmington, DE 19801
                              Telephone: 302-652-3131
                              Fax: 302-652-3117
                              jalberto@coleschotz.com