UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:  Bankruptcy Case No. 19-23649 (RDD)

PURDUE PHARMA L.P., *et al.*,  Chapter 11

Debtor[1]

## CERTIFICATE OF SERVICE

I, Mérrida Coxwell, hereby certify that I caused a true and correct copy of (i) Scott County, Mississippi's Motion to Allow/Deem Timely Late Filing of Proof of Claim; Memorandum of Points and Authorities; Declaration of Mérrida Coxwell Filed at Docket No. 1645, and (ii) Notice of Hearing on Motion to Allow/Deem Timely Late Filing of Proof of Claim; Memorandum of Points and Authorities; Declaration of Mérrida Coxwell Filed at Docket No. 1647, to be served by electronic mail upon the Master Service List attached hereto as **Exhibit A**, and via first-class mail upon the service list attached hereto as **Exhibit B.**

Further service is made, pursuant to the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* (ECF No. 498), upon the below:

    Honorable Judge Robert D. Drain
    United States Bankruptcy Court
    Southern District of New York
    300 Qurropas Street, Room 248
    White Plains, NY 10601
    ***Via Federal Express***

Dated: September 4, 2020

BY: /s/ *Mérrida Coxwell*
    MÉRRIDA COXWELL
    COXWELL & ASSOCIATES, PLLC
    Merrida Coxwell (*pro hac vice*)
    Post Office Box 1337
    Jackson, Mississippi 39215-1337
    Phone: (601) 948-1600
    Email: merridac@coxwelllaw.com

    *Attorney for Scott County, Mississippi*

---

[1] The Debtor in this case is: Scott County, Mississippi.