Thomas D. Bielli, Esquire (Admitted *Pro Hac Vice*)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
Facsimile: (215) 754-4177
*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., *et al.*,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER,
FOR THE PERIOD FROM JULY 1, 2020 THROUGH JULY 31, 2020**

| | |
|---|---|
| **Name of Applicant** | Bielli & Klauder, LLC |
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| | |
|---|---|
| **Period for which compensation and reimbursement is sought** | July 1, 2020 through July 31, 2020 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**This is a(n):**   _X_ Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner, Pro Hac Vice to the Petition Date*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("B&K"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Third Monthly Statement of Services Rendered and Expenses Incurred for the Period from July 1, 2020 through July 31, 2020* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

**Itemization of Services Rendered and Disbursements Incurred**

1.     Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from July 1, 2020 through and including July 31, 2020, is referred to herein as the "**Fee Period**".

2.      Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.      Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.      Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

## Notice

5.      The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

3

Dated: September 8, 2020          **BIELLI & KLAUDER LLC**

          */s/ Thomas D. Bielli*

          Thomas D. Bielli, Esquire (Admitted *Pro Hac Vice*)
          1905 Spruce Street
          Philadelphia, PA 19103
          Phone: (215) 642-8271
          Fax: (215) 754-4177
          tbielli@bk-legal.com

          *Counsel to Fee Examiner*
          *David M. Klauder, Esquire*

**<u>Exhibit A</u>**

**Project Categories**

| Project Category | Total Hours |
|---|---|
| BK/Fee Examiner- Retention and Fee Applications | 21.60 |
| Case Administration | 21.20 |
| Fee/Employment Applications- Retention Professionals | 102.60 |
| **Total** | **145.40** |

## Exhibit B

**Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted Pennsylvania 2006 | $350.00 | 15.10 |
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 18.10 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 41.20 |
| Brandi Chambers | Law Clerk; Joined B&K in 2019 | $125.00 | 42.70 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $100.00 | 28.30 |

**<u>Exhibit C</u>**

**Computation of Monthly Fee**

| Fee Description | Amount |
|---|---|
| Monthly Fee for July 2020 (includes costs of Legal Decoder, Inc.) | $24,250.00 |
| **Total** | **$24,250.00** |

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

| | |
|---|---|
| **INVOICE #** | 1248 |
| **DATE** | 08/01/2020 |
| **DUE DATE** | 08/01/2020 |
| **TERMS** | Due on receipt |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - July Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE**   **$24,250.00**

**<u>Exhibit D</u>**

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
215-642-8271

09-04-2020

Purdue Pharma, L.P.

**Invoice Number: 2163**
Invoice Period: 07-01-2020 - 07-31-2020

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-01-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 3.60 | 125.00 | 450.00 |
| | Training with T. Nobis, went through review of a sixth monthly report of ALIX | | | | |
| 07-01-2020 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | Call with Fee Review team re: Second Round and changes to protocol; update protocol with changes | | | | |
| 07-01-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 195.00 | 253.50 |
| | Revise all review report templates to reflect changes made to review protocol | | | | |
| 07-01-2020 | Tracey Nobis | [ALL] Case Administration | 3.60 | 195.00 | 702.00 |
| | Review Alix Partners' 6th monthly data with B. Chambers (Training) | | | | |
| 07-02-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 125.00 | 250.00 |
| | Review of 7th Monthly Fee Application for ALIX | | | | |
| 07-02-2020 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | Meeting with Legal Decoder with respect to 2nd Interim Data | | | | |
| 07-02-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | Pull data for 3 months for Kurtzman and sorted | | | | |
| 07-03-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | Sort data for Kurtzman. | | | | |
| 07-03-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | Finishing sorting data for Kurtzman. | | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-03-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 100.00 | 80.00 |
| | | Started to sort Data for Akin Gump second interim | | | |
| 07-03-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review various emails with fee apps and fee detail | | | |
| 07-03-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 2.40 | 125.00 | 300.00 |
| | | Review of 7th Monthly Fee Application for ALIX | | | |
| 07-03-2020 | Tracey Nobis | [ALL] Case Administration | 0.10 | 195.00 | 19.50 |
| | | Correspondence from Legal Decoder re: published data; Receipt of corrected data files from Cole Schotz; | | | |
| 07-05-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Receipt of Dechert's 9th monthly fee statement and data; Receipt of KPMG's 5th monthly fee statement; Receipt of Brown Rudnick's 8th monthly fee statement; correspondence with BC re: questions on Alix review; Receipt of Jones Day's 7th monthly fee statement | | | |
| 07-05-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review of Arnold & Porter's 6 - 8 monthly fee data | | | |
| 07-05-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.70 | 195.00 | 721.50 |
| | | Review of Davis Polk 6-8 monthly fee data | | | |
| 07-05-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 125.00 | 25.00 |
| | | Review of 7th Monthly Fee Application for ALIX | | | |
| 07-05-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review report re 2nd Interim Davis Polk issues | | | |
| 07-05-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Review of Gilbert 5th & 6th monthly fee data | | | |
| 07-05-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Begin review of Jones Day 4-6 monthly fee data | | | |
| 07-06-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 100.00 | 30.00 |
| | | Worked on the interim application and sent to Dave for review. | | | |
| 07-06-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 100.00 | 80.00 |
| | | Sorting fee data from Akin Gump second interim | | | |
| 07-06-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Sorting fee data for Akin Gump Feb-May data. | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-06-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | Sorting fee data from Akin Gump second interim. | | | | |
| 07-06-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | Finished fee sorting data for Akin Gump from Feb-May. | | | | |
| 07-06-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 100.00 | 10.00 |
| | Download BrownRudnick fee data from Legal Decoder and format into Excel. | | | | |
| 07-06-2020 | Isabel Bielli | [ALL] Case Administration | 0.20 | 100.00 | 20.00 |
| | Update retention date on the fee applications | | | | |
| 07-06-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | Sort fee data for Brown Rudnick | | | | |
| 07-06-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | Attention to fee data | | | | |
| 07-06-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.90 | 375.00 | 337.50 |
| | Edit BK interim fee app | | | | |
| 07-07-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | Attention to BK fee apps | | | | |
| 07-07-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | Review correspondence from team and Debtors' counsel with respect to Skaden and Wilmer Hale's Fee Data | | | | |
| 07-07-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | Sort fee data for Brown Rudnick. | | | | |
| 07-07-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | Email correspondence with IB re: review question; correspondence with BC re: Alix review; Review of Assignments log; email correspondence with Brown Rudnick requesting 8th monthly data; Correspondence to Jones Day requesting 7th month data; correspondence to Kramer Levin requesting 6th month data; correspondence to PJT requesting 5th month data; correspondence to D. Consla requesting Wilmer Hale and Skadden data | | | | |
| 07-07-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | Download data from legal decoder for Dechert and format. | | | | |
| 07-08-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 100.00 | 90.00 |
| | Sort fee data for Dechert. | | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-08-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | Finished sorting fee data for Dechert interim 2. | | | | |
| 07-08-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | Download and sort FTI second interim fee data. | | | | |
| 07-08-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | Download and sort Kramer Levin second interim fee data. | | | | |
| 07-08-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | Download and start sorting expenses for Akin Gump | | | | |
| 07-08-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 100.00 | 60.00 |
| | Sorting expenses for Akin Gump Second interim. | | | | |
| 07-08-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | Sort expense data for Akin Gump | | | | |
| 07-08-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | Call with Legal Decoder re: status and process tweaking | | | | |
| 07-08-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | Receipt of data from KPMG, Davis Polk, and PJT; Receipt of Skadden's 8th monthly fee statement; Receipt of Alix Partners' 9th monthly fee statement; Receipt of Davis Polk's 9th monthly fee statement | | | | |
| 07-08-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | Review data re Davis Polk for 2nd Interim | | | | |
| 07-08-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | Correspond with Baker Botts with respect to examiner's report | | | | |
| 07-08-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 3.10 | 125.00 | 387.50 |
| | Review of 7th Monthly Fee Application for ALIX | | | | |
| 07-08-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | Review response by Jefferies to interim report and emails re: same | | | | |
| 07-08-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | Review various emails with interim fee apps | | | | |
| 07-08-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | Emails with Bayard re: interim fee review | | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-09-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | Phone call with M. Huebner re; fee review | | | | |
| 07-09-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | Emails with Davis Polk re: resolution of interim report for Jefferies and Bayard and review revised order | | | | |
| 07-09-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.90 | 375.00 | 337.50 |
| | Attention to BK fee apps including review and edit same and discussions with T. Bielli | | | | |
| 07-09-2020 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | Correspond with Debtors counsel re final interim reports | | | | |
| 07-09-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | Attention to Order submission resolving Jeffries. | | | | |
| 07-09-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | Attention to Order submission resolving Bayard. | | | | |
| 07-09-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 100.00 | 20.00 |
| | Updated draft for April/May monthly interim draft | | | | |
| 07-09-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | Sort Akin Gump interim 2 expenses. | | | | |
| 07-09-2020 | Isabel Bielli | [ALL] Case Administration | 0.60 | 100.00 | 60.00 |
| | Work on Fee applications for June, April, and May adding in the exhibits. | | | | |
| 07-09-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | Finished sorting expenses for Akin Gump second interim. | | | | |
| 07-09-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | Sort Brown Rudnick Expenses for second interim. | | | | |
| 07-09-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | Sort expenses for Dechert second interim. | | | | |
| 07-09-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | Finished sorting Dechert second interim expenses. | | | | |
| 07-09-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | Review expenses for FTI second interim. | | | | |
| 07-10-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention | 0.30 | 100.00 | 30.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | and Fee Applications | | | |
| | Work on June monthly fee app exhibits | | | | |
| 07-10-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.40 | 100.00 | 40.00 |
| | Rewrite time entries for the April, May, June monthly fee app. | | | | |
| 07-10-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.60 | 100.00 | 60.00 |
| | Change time entry codes for the April, May June monthly fee applications. | | | | |
| 07-10-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | Add Information into the June monthly fee applications exhibits. | | | | |
| 07-10-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 100.00 | 50.00 |
| | Work on exhibits and send to Dave for review. | | | | |
| 07-10-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 100.00 | 60.00 |
| | Add data into June and April/May fee applications sent to Dave for further review. | | | | |
| 07-10-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 4.00 | 125.00 | 500.00 |
| | Review of 8th Monthly Fee Application for ALIX | | | | |
| 07-10-2020 | Thomas Bielli | [ALL] BK Retention and Fee Applications | 0.50 | 350.00 | 175.00 |
| | Attention to BK Fee Application | | | | |
| 07-10-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | Review Arnold & Porter Data | | | | |
| 07-10-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | Review file re Cornerstone Fee Data | | | | |
| 07-10-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | Review order on Jefferies interim fee app | | | | |
| 07-10-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.80 | 375.00 | 300.00 |
| | Attention to BK fee apps including review and discussions re: same | | | | |
| 07-11-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | Review correspondence re Cornerstone and their application | | | | |
| 07-11-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | Review correspondence re Debtors counsel with respect to associate license information | | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 07-11-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |

Attention to issue involving attorneys/law firms using accounting firms

| 07-11-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 125.00 | 225.00 |

Review of 8th Monthly Fee Application for ALIX

| 07-12-2020 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |

Review of Cornerstone Research application to employ and correspondence to B-K re: same; Receipt of PJT Partners' 2nd Interim Fee Application and correspondence to IB with objection date; Receipt of Arnold & Porter's 9th monthly fee statement; Receipt of Skadden's 2nd interim data and correspondence to Skadden and Legal Decoder re: same; Correspondence with Davis Polk re: bar info on associates; Receipt of Arnold & Porter's 9th monthly fee data; Receipt of Wilmer Hale's 2nd Interim Data;

| 07-12-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |

Review of Cornerstone Research's application to employ; creation of folder structure and addition to Assignment Log; preparation of review report template; receipt of first Monthly Fee Statement, First Interim Fee Application, and First Interim data

| 07-12-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |

Receipt and review of Skadden's Supplemental Retention Application and update of review report template; review of Second Supplemental Order directing payment; correspondence to fee review team re: assignments and status update

| 07-12-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |

Finish review of Jones Day 4-6 fee/expense data

| 07-12-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |

Additional review of Arnold & Porter 6-8 monthly data

| 07-12-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 195.00 | 292.50 |

Review of KPMG's 2-4 monthly data

| 07-12-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 125.00 | 225.00 |

Review of 8th Monthly Fee Application for ALIX

| 07-12-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |

Emails with Tracey Nobis re: consultant expenses

| 07-12-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 375.00 | 112.50 |

Attention to BK fee apps

| 07-13-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 125.00 | 137.50 |

Review of 8th Monthly Fee Application for ALIX

| 07-13-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 375.00 | 375.00 |

Attention to BK fee apps including discussions and emails re; same

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-13-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | Correspond and conference with Legal Decoder with respect to billing | | | | |
| 07-13-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | Review file re Legal Decoder billing | | | | |
| 07-13-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 350.00 | 175.00 |
| | Attention to Fee Application and structure | | | | |
| 07-14-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 350.00 | 175.00 |
| | Attention to BK Interim Fee APplication | | | | |
| 07-14-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 2.30 | 375.00 | 862.50 |
| | Attention to BK monthly and interim fee apps including editing same and various discussions | | | | |
| 07-14-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | Initial review of Davis Polk interim fee app | | | | |
| 07-14-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 100.00 | 20.00 |
| | Review and update April/May exhibits. | | | | |
| 07-14-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.50 | 100.00 | 150.00 |
| | Retype Interim application to fix format. | | | | |
| 07-14-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.70 | 100.00 | 170.00 |
| | Retype first interim fee applications and add exhibits in send to Dave and Tom for review before filing. | | | | |
| 07-15-2020 | Tracey Nobis | B110 - Case Administration | 0.50 | 195.00 | 97.50 |
| | Call with Joe Tiano regarding server down and status of published data; correspondence to TB and DK regarding same | | | | |
| 07-15-2020 | Tracey Nobis | B110 - Case Administration | 0.60 | 195.00 | 117.00 |
| | Receipt of FTI's 8th monthly fee statement; Receipt of Gilbert's 8th monthly fee statement; Receipt of Otterbourg's 8th monthly fee statement and corresponding data; Email correspondence with Legal Decoder re: unbarred attorney and PJT data; Receipt of Kramer's 7th monthly fee statement; Receipt of Province's 8th monthly fee statement; Receipt of Kurtzman's 6th monthly fee statement; Receipt of Jefferies 7th monthly fee statement; Receipt of Bayard's 4th monthly fee statement; Receipt of Akin Gump's 8th monthly fee statement; Receipt of Wilmer Hale's 7th monthly fee statement | | | | |
| 07-15-2020 | Tracey Nobis | B110 - Case Administration | 0.30 | 195.00 | 58.50 |
| | Review of Bedell Cristin's Application for Retention and Order Authorizing Employment, addition of same to Assignment Log and preparation of review report template; Receipt of Bedell's 1st monthly fee statement | | | | |
| 07-15-2020 | Tracey Nobis | B110 - Case Administration | 0.60 | 195.00 | 117.00 |
| | Receipt of King & Spalding's 2nd Interim Fee Application; Receipt of Kramer's 6th monthly data; Receipt of Bedell's 1st Interim Fee Application; correspondence to Akin Gump requesting Bedell introduction and data; Receipt of Otterbourg's 2nd Interim Fee Application; Receipt of Kramer's 8th monthly fee statement; Receipt of Brown Rudnick's 2nd Interim Fee Application; phone call with JB from Legal Decoder | | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-15-2020 | Tracey Nobis | B110 - Case Administration | 1.30 | 195.00 | 253.50 |

Email correspondence to Brown Rudnick requesting data; Receipt of Skadden's 2nd Interim Fee Application; Receipt of Akin Gump's 2nd interim fee application and email correspondence requesting balance of data; email correspondence to Bedell requesting balance of data from 1st interim; Receipt of Jones Day's 2nd Interim; Receipt of Cole Schotz's 1st Interim Fee Application; Receipt of Province's 2nd Interim Fee application and email correspondence requesting balance of data; Receipt of Kurtzman's 2nd Interim Fee Application and email correspondence requesting data; Receipt of E&Y's 2nd interim fee application and correspondence requesting data; Receipt of KPMG's 2nd Interim Fee Application; Receipt of Wilmer Hale's 2nd Interim Fee Application and correspondence requesting data; Receipt of Arnold & Porter's 2nd Interim Fee application; Receipt of Alix Partners' 2nd interim application and correspondence requesting data; Receipt of Davis Polk's 2nd interim fee application

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-15-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.40 | 375.00 | 525.00 |

Edit BK interim fee app and discussions with T. Bielli re: same

| 07-15-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.20 | 375.00 | 450.00 |
|------|-------------|------|-------|------|--------|

Further edits to BK interim fee app and monthly fee app and coordinate filing

| 07-15-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
|------|-------------|------|-------|------|--------|

Phone call with UST re: BK interim fee app

| 07-15-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
|------|-------------|------|-------|------|--------|

Various emails re: status of interim fee review

| 07-15-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
|------|-------------|------|-------|------|--------|

Review various interim fee app filings

| 07-15-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
|------|-------------|------|-------|------|--------|

Review, revise and edit Interim Fee Application

| 07-15-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
|------|-------------|------|-------|------|--------|

Review, revise and edit Monthly Fee Statement

| 07-15-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
|------|-------------|------|-------|------|--------|

Attention to issues with acces to LD

| 07-16-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 350.00 | 175.00 |
|------|-------------|------|-------|------|--------|

Draft June Fee Statement

| 07-16-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
|------|-------------|------|-------|------|--------|

Correspond with LD team re services

| 07-16-2020 | David Klauder | [ALL] BK Retention and Fee Applications | 0.80 | 375.00 | 300.00 |
|------|-------------|------|-------|------|--------|

Draft supplement to 1st interim fee app and various discussions/emails re: same

| 07-16-2020 | David Klauder | [ALL] BK Retention and Fee | 0.50 | 375.00 | 187.50 |
|------|-------------|------|-------|------|--------|

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Applications | | | |
| | Review June monthly fee statement and coordinate filing | | | | |
| 07-16-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 100.00 | 20.00 |
| | Draft June exhibits. | | | | |
| 07-16-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | Sort PJT Data and start of review report. | | | | |
| 07-16-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 100.00 | 70.00 |
| | Work on PJT review report expenses section. | | | | |
| 07-17-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 100.00 | 60.00 |
| | Work on PJT final review report. | | | | |
| 07-17-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | Work on review report for PJT partners. | | | | |
| 07-17-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | Finish up working on PJT partners review report. | | | | |
| 07-17-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | Finished up PJT review report and uploaded into google drive. Sent Tracey email update. | | | | |
| 07-17-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.40 | 375.00 | 150.00 |
| | Attention to filing of revised 1st interim fee app including various emails with debtor's counsel re: same | | | | |
| 07-17-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 350.00 | 105.00 |
| | Review correspondence from Clerk, Chambers and Debtors' counsel re filing of fee applications | | | | |
| 07-17-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 350.00 | 105.00 |
| | E file Fee Application | | | | |
| 07-17-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 2.80 | 125.00 | 350.00 |
| | Review of First Interim  Fee Application for Cornerstone | | | | |
| 07-18-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 4.00 | 125.00 | 500.00 |
| | Review of First Interim  Fee Application for Cornerstone | | | | |
| 07-18-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 1.70 | 125.00 | 212.50 |
| | Review of Second Interim  Fee Application for King and Spalding | | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-18-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.00 | 195.00 | 585.00 |

Review of data and preparation of report for Skadden's 2nd Interim review

| 07-18-2020 | Tracey Nobis | [ALL] Case Administration | 1.30 | 195.00 | 253.50 |

Email correspondence with Beddell Cristin re: data format; Receipt of KCC's 6th monthly data; Receipt of data from balance of UCC professionals; Receipt of 8th monthly data from Brown Rudnick; Receipt of E&Y data and correspondence with same re: data formatting; Receipt of 9th month data from Alix Partners; Receipt of data and review key from Gilbert's 8th monthly; Receipt of Kramer's 2nd Interim Fee Application; Receipt of Gilbert's 2nd Interim Fee Application; Receipt of FTI's 2nd Interim Fee Application; Receipt of Jefferies' 2nd Interim Fee Application; Receipt of Dechert's 2nd Interim Fee Application

| 07-18-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |

Receipt and review of correspondence from Legal Decoder re: published data; correspondence with fee review team re: interim reviews and questions re: same

| 07-18-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 195.00 | 214.50 |

Transcribe Bedell Cristin invoice into reviewable format; correspondence with firm re: same

| 07-18-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |

Correspondence to FTI Consulting requesting 8th month data; receipt and review of amended UCC professionals' second interim applications

| 07-18-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.20 | 195.00 | 624.00 |

Finish review of Jones Day 2nd interim data and preparation of 2nd Interim Review Report

| 07-18-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |

Attention to Burdell data issue

| 07-19-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |

Correspondence with IB re: Akin publishing; correspondence with Legal Decoder re: same

| 07-19-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |

Review PJT review report and send notes to IB for further revision

| 07-19-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.30 | 195.00 | 448.50 |

Review of Davis Polk's 9th monthly data and begin preparation of 2nd Interim Review Report

| 07-19-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 4.90 | 125.00 | 612.50 |

Review of Second Interim  Fee Application for King and Spalding

| 07-19-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |

Pull April data from legal decoder for Akin Gump

| 07-19-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |

Review april data for Akin Gump fees.

| 07-20-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - | 0.40 | 100.00 | 40.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Retained Professionals | | | |

Make edits to the PJT review report.

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-20-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 100.00 | 70.00 |

Make final edits to PJT review report and updated to google drive.

| 07-20-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 100.00 | 70.00 |
|------|-------------|------|-------|------|--------|

Edit Akin Gump's spreadsheet, add in April data and sort.

| 07-20-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 195.00 | 390.00 |
|------|-------------|------|-------|------|--------|

Finish review and preparation of review report for Davis Polk's 2nd Interim

| 07-20-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 125.00 | 162.50 |
|------|-------------|------|-------|------|--------|

Review of Second Interim  Fee Application for King and Spalding

| 07-20-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
|------|-------------|------|-------|------|--------|

Review and revision to PJT's 2nd Interim Report; correspondence to IB re: same

| 07-20-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 195.00 | 58.50 |
|------|-------------|------|-------|------|--------|

Revision of Jones Day 2nd Interim Report for submission to fee examiner; receipt of Bedell Cristin's final data files and correspondence re: same

| 07-20-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
|------|-------------|------|-------|------|--------|

Review correspondence from Bedell re Fee Data

| 07-20-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
|------|-------------|------|-------|------|--------|

Review status of fee review and discuss with T. Bielli

| 07-20-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
|------|-------------|------|-------|------|--------|

Review various emails from T. Nobis on fee review

| 07-21-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
|------|-------------|------|-------|------|--------|

Discuss fee review status with T. Bielli

| 07-21-2020 | Tracey Nobis | [ALL] Case Administration | 1.00 | 195.00 | 195.00 |
|------|-------------|------|-------|------|--------|

Correspondence to fee reviewers re: status of reviews; final revision to PJT's 2nd Interim Report; review and revise Cornerstone's 1st Interim report

| 07-21-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
|------|-------------|------|-------|------|--------|

Receipt of Cole Schotz's 4th monthly fee statement; Receipt of Amended Second Interim Fee Applications for all Ad Hoc professionals; Receipt of FTI's 8th month data

| 07-21-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.90 | 195.00 | 370.50 |
|------|-------------|------|-------|------|--------|

Review of Arnold & Porter's 2nd Interim and preparation of review report

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-21-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | Review Akin Gump expenses, making sure they are up to date. | | | | |
| 07-22-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | Preparation of report to Fee Examiner with all reviewed reports; update of Assignment log; correspondence to BC re: status of King & Spalding review | | | | |
| 07-22-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | Call with Legal Decoder re: status and issues | | | | |
| 07-22-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | Email correspondence to IB re: E&Y flat fee issue; | | | | |
| 07-22-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | Various emails with T. Nobis and T. Bielli re: interim reports for 2nd interim fee review | | | | |
| 07-22-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | Preliminary review of Arnold & Porter analysis | | | | |
| 07-22-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | Preliminary review of Skadden analysis | | | | |
| 07-22-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | Preliminary review of PJT analysis | | | | |
| 07-23-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | Review correspondence with respect o Davis Polk issues | | | | |
| 07-23-2020 | Thomas Bielli | [ALL] Case Administration | 0.10 | 350.00 | 35.00 |
| | Review agenda for July 23 hearing | | | | |
| 07-23-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | Review Davis Polk 2nd interim fee app issues | | | | |
| 07-23-2020 | Isabel Bielli | [ALL] Case Administration | 0.40 | 100.00 | 40.00 |
| | Look up Ernst & Young retention app and read, to find out  issue with their second interim fees. | | | | |
| 07-24-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 125.00 | 25.00 |
| | Review of Second Interim  Fee Application for King and Spalding | | | | |
| 07-26-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 5.00 | 125.00 | 625.00 |
| | Review of Second Interim  Fee Application for King and Spalding | | | | |
| 07-26-2020 | Tracey Nobis | [ALL] Case Administration | 0.10 | 195.00 | 19.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Receipt of correspondence from legal decoder re: published data; correspondence to fee review team re: same | | | |
| 07-26-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Email correspondence with legal decoder re: published data status; email correspondence with IB, TB and DK re: E&Y data; review Davis Polk report and QC on missing information; email correspondence with Jones Day re: Second Interim Fee Data | | | |
| 07-26-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Review Otterbourg data issues; correspondence to Legal Decoder re: schedule and outstanding analyses | | | |
| 07-26-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Various emails with T. Nobis re: fee review | | | |
| 07-26-2020 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | | Correspond with TN re EY issues | | | |
| 07-26-2020 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | | Correspond with TN re LD  issues | | | |
| 07-27-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 375.00 | 562.50 |
| | | Review Davis Polk 2nd interim fee app issues and work on interim report | | | |
| 07-27-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 125.00 | 150.00 |
| | | Review of Second Interim  Fee Application for King and Spalding | | | |
| 07-27-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Download and sort April data for Akin | | | |
| 07-27-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Sort April fee data for Akin Gump | | | |
| 07-27-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Sort April fee data for Akin Gump | | | |
| 07-27-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Finished sorting data for Akin Gump April fees | | | |
| 07-27-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Work on Akin Gump final review report. | | | |
| 07-28-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 100.00 | 60.00 |
| | | Work on Final review report for Akin Gump | | | |
| 07-28-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Work on final review report for Akin Gump | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-28-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 100.00 | 110.00 |
| | | Finish Akin Gump review report and send to Tracey for Review | | | |
| 07-28-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss with T. Bielli re: 2nd interim fee review | | | |
| 07-29-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 125.00 | 200.00 |
| | | Review of Second Interim  Fee Application for King and Spalding | | | |
| 07-30-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 375.00 | 412.50 |
| | | Draft interim report for Davis Polk | | | |
| 07-31-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails with debtor's counsel re: status of fee review | | | |
| 07-31-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Download rest of second interim data for Kramer Levin, start sorting according to flags. | | | |
| 07-31-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Finishing sorting data for Kramer Levin, start on review report. | | | |
| 07-31-2020 | Isabel Bielli | [ALL] BK Retention and Fee Applications | 0.20 | 100.00 | 20.00 |
| | | Work on final review report for Kramer Levin | | | |
| 07-31-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Work on Final Review Report for Kramer Levin | | | |

## Time Summary

| Professional | Hours |
|-------------|-------|
| Brandi Chambers | 42.70 |
| David Klauder | 18.10 |
| Isabel Bielli | 28.30 |
| Thomas Bielli | 15.10 |
| Tracey Nobis | 41.20 |
| **Total** | |

| Task | Hours |
|------|-------|
| B110 - Case Administration | 3.30 |
| [ALL] BK Retention and Fee Applications | 2.00 |
| [ALL] BK/Fee Examiner - Retention and Fee Applications | 19.60 |
| [ALL] Case Administration | 17.90 |
| [ALL] Fee/Employment Applications - Retained Professionals | 102.60 |
| **Total Fees** | |

We appreciate your business