

Claudia J Innaco

September 4, 2020

Judge Robert D. Drain
300 Quarropas Steet
White Plains, NY 10601

Your Honorable Judge Drain,

This letter is to explain why the Purdue Pharma L.P Proof of Claim form and supporting documents were received after July 31, 2020 and why they should not be considered as received after the deadline. I originally tried to fill the forms out, on behalf of my mother, Rose Damiani, electronically and I was having some difficulty. I called the support line and the person helping me suggested that it was easier to fill out the paper forms and mail it. I took her suggestion and the mailed the forms to Purdue Pharma Prime Clerk via certified mail on July 21st with an expected delivery date was July 24th. I was informed that the actually delivery date was August 3rd and that it took 14 days to go from Long Island to Manhattan. I called the post office and was told because the postal service is understaffed due to COVID everything is delayed. I respectfully request that because of the Pandemic and United States Postal Service issues, that you accept the Proof of Claim forms even though they were received passed the due date.. I have also attached the USPS Certified Receipt, the proof of Claim form and support documentation for your review.

Thank you in advanced.

Respectfully

*Claudia J Innaco*

Claudia Innaco

FILED U.S. BANKRUPTCY COURT S.D. OF N.Y. 2020 SEP -8 P 4: 16



```
===========================================
              PARK BLVD
            1007 PARK BLVD
       MASSAPEQUA PARK, NY 11762-9991
              350107-0761
              (800)275-8777
            07/21/2020 02:42 PM
===========================================

Product              Qty    Unit      Price
                            Price

Mailer 10.5 x 16      1     $1.49    $1.49
First-Class Mail®     1     $1.80    $1.80
Large Envelope
  Domestic
  NEW YORK, NY  10163
  Weight: 0 lb 4.50 Oz
  Estimated Delivery Date
  Friday 07/24/2020
Certified                            $3.55
  USPS Certified Mail #
  70200090000196030047

Total:                               $6.84

Cash                                 $7.00
Change                              ($0.16)


********************   ***************
       Due to limited transportation
       availability as a result of
       nationwide COVID-19 impacts
       package delivery times may be
       extended. Priority Mail Express®
       service will not change.
*******************************************

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


          Preview your Mail
          Track your Packages
          Sign up for FREE @
          www.informeddelivery.com


     All sales final on stamps and postage.
     Refunds for guaranteed services only.
         Thank you for your business.

          HELP US SERVE YOU BETTER

         TELL US ABOUT YOUR RECENT
              POSTAL EXPERIENCE

                  Go to:
        https://postalexperience.com/Pos

     840-5117-0190-002-00055-29432-01

            or scan this code with
              your mobile device:
```

