Mr. Kenneth Feinberg, **Mediator**
Law Office of Kenneth R. Feinberg, PC
Willard Office Building 1455
Pennsylvania Avenue, NW Suite 390
Washington, DC 20004-1008

Honorable Layn R. Phillips, **Mediator**
　　　Phillips & ADR
2101 East Coast Highway, Suite 250
Corona Del Mar, CA 92625

August 31, 2020



(Jointly Administered)

Re: PURDUE PHARMA L.P., et al.,
　　Case No. 19-23649 (RDD)
　　　　**Debtors**

Dear Mr. Feinberg;

Find attached copies of Proof of Claims, I, son's and my daughter's filings through

the "PURDUE PHARMA PROCESSING CENTER"; Prime Clerk, LLC, 850 Third Avenue, Suite 412; Brooklyn, New York:

Our claims has been assigned claim number 89590; my son's have been assigned claim number 112924 and my daughter have been assigned claim number 104975 and again claim number 112904 however, the extra claim number may be due to amendment of her claim or unintentional clerical error, which can be cleared in the process of this Mediation.

Related documents have been filed as proof to the claims.

　　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely

　　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　　　　　　　Ronald Bass, Sr.

### Copies of this letter went to the following people below:

Honorable Robert D. Drain, U.S.B.J.
United States Bankruptcy Court
300 Quarropas Street,
White Plains, New York 10601

Vito Genna, Clerk of the Court
US Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 147
White Plains, NY 10601

Prime Clerk, LLC
PURDUE PHARMA PROCESSING CENTER
850 Third Avenue, Suite 412
Brooklyn, New York 11232

Andrew M. Troop, et al.
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019-6131

Derrick Johnson, President and Chief Executive Office
Leon W. Russell, Chairman National Board of Directors
**National Association for the Advancement of Color People**
4805 Mt. Hope Drive
Baltimore, MD 21215-3298

Norma E. Ortiz, Attorney at Law
**ORTIZ & ORTIZ LAW FIRM**
Attorney for the NAACP
950 Third Avenue 25th Floor
New York, New York 10022

Ronald Bass, Sr.