UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter: 11 |
| Purdue Pharma L.P. et al., | Case No: 19-23649 (RDD) |
| Debtors.[1] | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Laura E. McFarlane, Assistant Attorney General request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the State of Wisconsin, by its Attorney General, Joshua L. Kaul, a creditor, in the above referenced cases.

*I certify that I am a member in good standing* of the bar in the State of Wisconsin, and am also admitted to practice before, among other courts, the United States District Court for the Eastern and Western District of Wisconsin.

I have submitted the filing fee of $200.00 with this motion for *pro hac* admission.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: September 9, 2020
Madison, Wisconsin

JOSHUA L. KAUL
Attorney General of Wisconsin


s/ Laura E. McFarlane
LAURA E. MCFARLANE
Assistant Attorney General
17 West Main Street, P.O. Box 7857
Madison, WI 53707
(608) 266 – 8911
Mcfarlanele@doj.state.wi.us

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>Purdue Pharma L.P. et al.,<br>Debtors.[1] | Chapter: 11<br>Case No: 19-23649 (RDD)<br>Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Laura E. McFarlane ("the Movant"), to be admitted, *pro hac vice,* to represent the State of Wisconsin and upon Movant's certification that the Movant is a member in good standing with the bar in the State of Wisconsin, and is also admitted to practice before, the United States District Court for the Eastern and Western District of Wisconsin, it is hereby:

**ORDERED,** that Laura E. McFarlane is admitted to practice ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: ____, 2020
White Plains, New York

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.