United States Bankruptcy Court
Southern District of New York

FILED
U.S. BANKRUPTCY COURT
2020 SEP -9 A 11: 24
S.D. OF N.Y.

In re
Purdue Pharma L.P., -et al.,
Debtors

Chapter 11
Case No. 19-23649 (RDD)
(Jointly Administered)

## Motion for Tolling of Filing Deadline

Comes now, Movant, James Harry Rand, request the order of the court to toll the filing deadline of July 30, 2020, 5:00 p.m. (EST) of the above action and accept the filing of the enclosed "Personal Injury Claimant Proof of Claim Form." Movant was subject to the perils of the COVID-19 pandemic incurring quarantine via the Federal Bureau of Prisons resulting in being sequen sequestered / incommunicado and subsequently unable to meet the filing deadline. Movant prays the court will grant tolling of filing.

Issued in good faith, well and truly made with clean hands.

I declare under penalty of perjury that the foregoing is true and correct.

Done this 2nd day of September, 2020.

Without Prejudice,
By: James Harry Rand

James Rand 99335-024

Dated: September 2, 2020

Dear Clerk:

Good day. Could you be so kind as to mail me a certified copy of my enclosed motion with attachment? Thank you for your attention to this matter.

Very truly yours,
James Rand

James Harris Rand 99335-024