# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Purdue Pharma L.P.

CASE NO.: 19−23649−rdd

Social Security/Taxpayer ID/Employer ID/Other Nos.:
06−1307484

CHAPTER: 11

---

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be heard by the Honorable Robert D. Drain on 09/30/20 at 10:00 AM to consider and act upon the following:

Motion to File Proof of Claim After Claims Bar Date filed by James Harry Rand. (Entered: 09/09/2020)

You will be required to appear telephonically for your hearing by dialing into Courtcall services. Prior Courtcall approval will not be required for telephonic appearance through Courtcall for hearings until further notice. You may dial into Courtcall at (310)342−0888 to register your appearance 7 days prior to your scheduled hearing.

When asked for the name of the Bankruptcy Court Staff member who granted permission for you to appear telephonically, please provide the following name:

Eddie Andino, Divisional Manager

APPLICABLE TO PRO SE DEBTORS ONLY: No fee is required for pro se debtors appearing telephonically. Please indicate to Courtcall that you are a nonattorney or are appearing pro se. Courtcall will be provided a preapproved list of pro se and nonattorney debtors who will be appearing telephonically.

Dated: September 9, 2020

Vito Genna
Clerk of the Court