# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: | Date Created: 9/9/2020 |
| Case: 19−23649−rdd | Form ID: 143 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     Brian S. Masumoto         nysbnotice@gmail.com
aty     Marshall Scott Huebner    marshall.huebner@davispolk.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
7754213    James Harry Rand    United State Penitentiary    P.O. Box 33 (E−2)    Terre Haute, IN 47808

TOTAL: 1