UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re : <br> **Purdue Pharma L.P.** | Case Number: **19-23649-rdd** <br><br> Chapter: 11 |
| Debtors. : | |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Ana Vargas, hereby certify that I am an employee of the United States Bankruptcy Court, Southern District of New York and a disinterested party to this matter.

I further certify that on **09/9/2020**, true and correct copy of the NOTICE OF HEARING re: Motion to File Proof of Claim After Claims Bar filed by Mr. James Harry Rand was served upon:

James Harry Rand
Reg. No. 99335-024
United State Penitentiary
P.O. Box 33 (E-2)
Terre Haute, IN 47808

at the above-listed address designated for that purpose by enclosing true copies of same in first-class post-paid properly addressed envelopes and depositing same into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: 09/9/2020
    White Plains, New York

                                                    /s/Ana Vargas
                                                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street
White Plains, NY 10601

| | |
|---|---|
| IN RE: Purdue Pharma L.P. | CASE NO.: 19-23649-rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 06-1307484 | CHAPTER: 11 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be heard by the Honorable Robert D. Drain on 09/30/20 at 10:00 AM to consider and act upon the following:

Motion to File Proof of Claim After Claims Bar Date filed by James Harry Rand. (Entered: 09/09/2020)

You will be required to appear telephonically for your hearing by dialing into Courtcall services. Prior Courtcall approval will not be required for telephonic appearance through Courtcall for hearings until further notice. You may dial into Courtcall at (310)342-0888 to register your appearance 7 days prior to your scheduled hearing.

When asked for the name of the Bankruptcy Court Staff member who granted permission for you to appear telephonically, please provide the following name:

Eddie Andino, Divisional Manager

APPLICABLE TO PRO SE DEBTORS ONLY: No fee is required for pro se debtors appearing telephonically. Please indicate to Courtcall that you are a nonattorney or are appearing pro se. Courtcall will be provided a preapproved list of pro se and nonattorney debtors who will be appearing telephonically.

Dated: September 9, 2020

Vito Genna
Clerk of the Court

# Notice Recipients

District/Off: 0208−7  User:  Date Created: 9/9/2020
Case: 19−23649−rdd  Form ID: 143  Total: 3

**Recipients of Notice of Electronic Filing:**
aty    Brian S. Masumoto    nysbnotice@gmail.com
aty    Marshall Scott Huebner    marshall.huebner@davispolk.com

                                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
7754213    James Harry Rand    United State Penitentiary    P.O. Box 33 (E−2)    Terre Haute, IN 47808

                                                                                TOTAL: 1



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET, 2ND FLOOR
WHITE PLAINS, NEW YORK 10601

OFFICIAL BUSINESS

James Harry Rand
Reg. No. 99335-034
United States Penitentiary
P.O. Box 33 (E-2)
Terre Haute, IN 47808