**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                :
**In re:**                                      :    Chapter 11
                                                :
**PURDUE PHARMA L.P,** *et al.*,                :    Case No. 19-23649 (RDD)
                                                :
         **Debtors.**[1]                        :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FIRST MONTHLY FEE STATEMENT OF
HOULIHAN LOKEY CAPITAL, INC., INVESTMENT BANKER AND CO-FINANCIAL
ADVISOR TO THE AD HOC COMMITTEE, FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| | |
|---|---|
| **Name of Applicant** | Houlihan Lokey Capital, Inc. |
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | August 26, 2020 |
| **Period for which compensation and reimbursement is sought** | January 1, 2020 through and including January 31, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $200,000.00 |
| **Current Fee Request** | $160,000.00 (80% of $200,000.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $22,704.61 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

| | |
|---|---|
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $222,704.61 |
| **Total Fees and Expenses Inclusive of Holdback** | $182,704.61 |
| **This is a(n):**     X monthly     ___interim application     ___final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together with the Fee Order, the "**Orders**"), Houlihan Lokey Capital, Inc. (the "**Applicant**"), Investment Banker and Co-Financial Advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), hereby submits this First Monthly Fee Statement (the "**Statement**") for the period of January 1, 2020 through and including January 31, 2020 (the "**Monthly Fee Period**").

## Itemization of Services Rendered by Applicant

Annexed hereto as "**Exhibit A**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period and the total number of hours spent by each individual during this Monthly Fee Period by project category.

Annexed hereto as "**Exhibit B**" is a schedule of fees and actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit C**" is a detailed schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each professional.

In accordance with the Fee Order, Applicant has separately recorded work performed relating to allocation of value among the Debtors' creditors, and, to the best of its knowledge, Applicant has not included time relating to such allocation in this Application.[2]

## Notice

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

---

[2] Applicant may request fees related to allocation among creditors at a later date by separate motion.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $160,000.00, which represents 80% of fees for services rendered by Applicant as investment banker and co-financial advisor to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $22,704.61.

Dated: New York, New York
      September 9, 2020

Respectfully submitted,

By:   */s/ Saul E. Burian*

Saul E. Burian, Managing Director
**HOULIHAN LOKEY CAPITAL, INC.**
245 Park Ave
New York, New York 10167
Telephone: (212) 497-4245
Email:  sburian@hl.com

**EXHIBIT A**

**Purdue Pharma L.P.**                                                                                                                   Houlihan Lokey
*Time Detail - Summary*
*(Units in hours)*

**Category Code:**

| | |
|---|---|
| 1 = Asset Analysis & Recovery | 7 = Emergency Financing |
| 2 = Assumption & Rejection of Leases & Contracts | 8 = Litigation |
| 3 = Business Operations | 9 = Meetings & Communications with Ad Hoc Committee & Creditors |
| 4 = Case Administration | 10 = Non-Working Travel |
| 5 = Claims Analysis | 11 = Plan & Disclosure Statement |
| 6 = Employment and Fee Applications | 12 = Intercreditor Allocation |

| | Professional | | | | | | |
|---|---|---|---|---|---|---|---|
| | **S. Burian**<br>**MD** | **D. Drone**<br>**MD** | **G. Coutts**<br>**Dir.** | **H. Schenk**<br>**SVP** | **A. Benjamin**<br>**Associate** | **A. Ribal**<br>**Analyst** | **Total** |
| **January 1, 2020 - January 31, 2020** | | | | | | | |
| 1 | 84.0 | 59.0 | 143.0 | 171.5 | 193.0 | 204.0 | 854.5 |
| 2 | 1.0 | - | 1.0 | 1.0 | 1.0 | 1.0 | 5.0 |
| 3 | - | - | - | - | - | - | - |
| 4 | 2.5 | - | 4.5 | 3.5 | 3.0 | 5.0 | 18.5 |
| 5 | - | - | - | - | - | - | - |
| 6 | 4.5 | - | 4.5 | 3.5 | - | - | 12.5 |
| 7 | 0.5 | - | 0.5 | 0.5 | - | - | 1.5 |
| 8 | - | - | - | - | - | - | - |
| 9 | 21.5 | - | 8.5 | 7.0 | 12.0 | 8.0 | 57.0 |
| 10 | 10.0 | 10.0 | 15.0 | 15.0 | - | - | 50.0 |
| 11 | - | - | - | - | - | - | - |
| 12 | - | - | - | - | - | - | - |
| **Jan. 2020 Total** | **124.0** | **69.0** | **177.0** | **202.0** | **209.0** | **218.0** | **999.0** |

**EXHIBIT B**



**Invoice # 34960**

**PERSONAL & CONFIDENTIAL**  July 6, 2020

Purdue Pharma L.P.  
201 Tresser Blvd  
Stamford, Connecticut 06901  
United States

Client # 36555  
Case # p72528

ATTN: Jon Lowne, Senior Vice President and Chief Financial Officer

**Professional Fees**
| | | |
|---|---:|---:|
| Monthly Fee due on January 1, 2020 | $ 200,000.00 | |
| Professional Fees Due | | $ 200,000.00 |

**Out of Pocket Expenses**
| | | |
|---|---:|---:|
| Total Out of Pocket Expenses | $40,852.65 | |
| Less: Voluntary Reduction | (18,148.04) | |
| Net Out of Pocket Expenses Due | | $ 22,704.61 |

**TOTAL AMOUNT DUE AND PAYABLE**  $ 222,704.61

**PAYMENT DUE UPON RECEIPT**

Please Send Checks To:  
Houlihan Lokey Capital, Inc.  
Accounts Receivable Department  
10250 Constellation Boulevard, 5th Floor  
Los Angeles, California 90067-6802

Wire Transfer Instructions:  
Bank of America  
Wire Transfer ABA #026009593  
ACH ABA #121000358  
fbo Houlihan Lokey Capital, Inc.  
Account #1453120593  
Swift Code (Int'l Wires Only): BOFAUS3N  
Federal ID #95-4024056

10250 Constellation Boulevard, 5th Floor • Los Angeles, California 90067 • tel.310.553.8871 • fax.310.553.2173 • www.HL.com  
Broker-dealer services through Houlihan Lokey Capital, Inc.

**EXHIBIT C**

## Purdue Pharma L.P.

Houlihan Lokey

*Expense Detail - Summary*

| Expense Category: | Total Out of Pocket Expenses | Voluntary Reduction | Net Out of Pocket Expenses |
|---|---:|---:|---:|
| **[A]** Lodging | $5,450.12 | - | $5,450.12 |
| **[B]** Travel & Overtime Meals | 1,929.04 | (61.84) | 1,867.20 |
| **[C]** Airfare | 32,038.40 | (18,086.20) | 13,952.20 |
| **[D]** Ground Transportation | 1,267.59 | - | 1,267.59 |
| **[E]** Telephone and Data | 167.50 | - | 167.50 |
| **January 2020 Total** | **$40,852.65** | **($18,148.04)** | **$22,704.61** |

**[A]** *15 Hotel Nights*

**[B]** *18 Travel Meals and 19 Overtime Meals*

**[C]** *4 Round-Trip Transatlantic Flights*

**[D]** *20 Taxis*

**[E]** *2 Telephone Bills and 4 In-flight WiFi Passes*

**EXHIBIT D**

**Purdue Pharma L.P.**                                                                                                                          Houlihan Lokey

*Time Detail for:*   Saul Burian
*(Units in hours)*

**Category Code:**
- 1 = Asset Analysis and Recovery
- 2 = Assumption and Rejection of Leases and Contracts
- 3 = Business Operations
- 4 = Case Administration
- 5 = Claims Analysis
- 6 = Employment and Fee Applications
- 7 = Emergency Financing
- 8 = Litigation
- 9 = Meetings & Communications with Ad Hoc Committee & Creditors
- 10 = Non-Working Travel
- 11 = Plan and Disclosure Statement
- 12 = Intercreditor Allocation

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **January 2020** | | | | | | | | | | | | | | | |
| 1/1/2020 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/2/2020 | Thu | Engagement letter review | 2.5 | - | - | - | - | - | 2.5 | - | - | - | - | - | - |
| 1/3/2020 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/4/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/5/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/6/2020 | Mon | Calls with Ad Hoc Committee advisors | 2.0 | - | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/7/2020 | Tue | Calls with Ad Hoc Committee advisors | 2.0 | - | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/8/2020 | Wed | Docket review situation / initial diligence research | 6.5 | 6.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/9/2020 | Thu | Call with FTI, call with Ad Hoc Committee and advisors | 4.0 | 2.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/10/2020 | Fri | Review diligence materials / preliminary analyses; calls with Ad Hoc Committee advisors | 9.0 | 7.5 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 1/11/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/12/2020 | Sun | Prepare for diligence meetings | 6.5 | 6.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/13/2020 | Mon | Travel from New York to London for diligence meetings, diligence meeting preparation | 11.0 | 6.0 | - | - | - | - | - | - | - | - | 5.0 | - | - |
| 1/14/2020 | Tue | IAC diligence meetings in London | 9.0 | 9.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/15/2020 | Wed | IAC diligence meetings in London, engagement letter review | 10.0 | 9.0 | - | - | - | - | 1.0 | - | - | - | - | - | - |
| 1/16/2020 | Thu | Travel from London to New York, review of diligence meeting materials | 10.0 | 5.0 | - | - | - | - | - | - | - | - | 5.0 | - | - |
| 1/17/2020 | Fri | Review diligence materials and preliminary analyses; calls with Ad Hoc Committee advisors | 7.5 | 5.5 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/18/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/19/2020 | Sun | Review IAC related analyses | 2.5 | 2.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/20/2020 | Mon | Review IAC related analyses; calls with Ad Hoc Committee advisors | 4.0 | 2.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/21/2020 | Tue | Call with FTI & advisors, calls with Ad Hoc Committee and advisors | 2.0 | 1.0 | - | - | - | - | - | 0.5 | - | 0.5 | - | - | - |
| 1/22/2020 | Wed | Review analysis, recurring calls with Ad Hoc Committee and advisors | 4.5 | 2.5 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/23/2020 | Thu | Calls with Ad Hoc Committee advisors | 2.0 | - | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/24/2020 | Fri | Purdue omnibus hearing call, call with IACs, Huron, Norton Rose, PJT, Alix, Jefferies, Province, FTI, review analysis | 5.0 | 2.5 | - | - | 2.5 | - | - | - | - | - | - | - | - |
| 1/25/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/26/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/27/2020 | Mon | Call with FTI and Jefferies, calls with Ad Hoc Committee advisors | 3.0 | 1.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/28/2020 | Tue | Call with Alix, PJT, Province, Jefferies, FTI | 5.5 | 4.5 | - | - | - | - | 1.0 | - | - | - | - | - | - |
| 1/29/2020 | Wed | Recurring call with Ad Hoc Committee and advisors, review analysis | 5.0 | 3.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/30/2020 | Thu | Calls with Ad Hoc Committee advisors, review analysis | 4.5 | 2.5 | 0.5 | - | - | - | - | - | - | 1.5 | - | - | - |
| 1/31/2020 | Fri | Call with IACs, Huron, Norton Rose, PJT, Alix, Jefferies, Province, FTI, review analysis | 6.0 | 5.5 | 0.5 | - | - | - | - | - | - | - | - | - | - |
| **January 2020 Total** | | | **124.0** | **84.0** | **1.0** | **-** | **2.5** | **-** | **4.5** | **0.5** | **-** | **21.5** | **10.0** | **-** | **-** |

**Purdue Pharma L.P.**                                                                                                                    Houlihan Lokey
*Time Detail for:*  Dimitri Drone
*(Units in hours)*

**Category Code:**
- 1 = Asset Analysis and Recovery
- 2 = Assumption and Rejection of Leases and Contracts
- 3 = Business Operations
- 4 = Case Administration
- 5 = Claims Analysis
- 6 = Employment and Fee Applications
- 7 = Emergency Financing
- 8 = Litigation
- 9 = Meetings & Communications with Ad Hoc Committee & Creditors
- 10 = Non-Working Travel
- 11 = Plan and Disclosure Statement
- 12 = Intercreditor Allocation

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **January 2020** | | | | | | | | | | | | | | | |
| 1/1/2020 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/2/2020 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/3/2020 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/4/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/5/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/6/2020 | Mon | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/7/2020 | Tue | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/8/2020 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/9/2020 | Thu | Call with FTI | 1.5 | 1.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/10/2020 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/11/2020 | Sat | Prepare for diligence meetings | 4.5 | 4.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/12/2020 | Sun | Travel to from New York to London for diligence meetings, prepare for diligence meetings | 10.5 | 5.5 | - | - | - | - | - | - | - | - | 5.0 | - | - |
| 1/13/2020 | Mon | IAC diligence meetings in London | 9.0 | 9.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/14/2020 | Tue | IAC diligence meetings in London | 9.0 | 9.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/15/2020 | Wed | IAC diligence meetings in London | 9.0 | 9.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/16/2020 | Thu | IAC diligence meetings in London | 9.0 | 9.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/17/2020 | Fri | IAC diligence meetings in London, travel from London to New York, review notes and diligence materials | 14.0 | 9.0 | - | - | - | - | - | - | - | - | 5.0 | - | - |
| 1/18/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/19/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/20/2020 | Mon | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/21/2020 | Tue | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/22/2020 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/23/2020 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/24/2020 | Fri | Call with IACs, Huron, Norton Rose, PJT, Alix, Jefferies, Province, FTI | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/25/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/26/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/27/2020 | Mon | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/28/2020 | Tue | Call with Alix, PJT, Province, Jefferies, FTI | 0.5 | 0.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/29/2020 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/30/2020 | Thu | Call with IACs, Huron, Norton Rose, PJT, Alix, Jefferies, Province, FTI | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/31/2020 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **January 2020 Total** | | | **69.0** | **59.0** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **10.0** | **-** | **-** |

**Purdue Pharma L.P.**                                                                                                                                                   Houlihan Lokey

*Time Detail for:*    Geoffrey Coutts
*(Units in hours)*

**Category Code:**
1 = Asset Analysis and Recovery
2 = Assumption and Rejection of Leases and Contracts
3 = Business Operations
4 = Case Administration
5 = Claims Analysis
6 = Employment and Fee Applications
7 = Emergency Financing
8 = Litigation
9 = Meetings & Communications with Ad Hoc Committee & Creditors
10 = Non-Working Travel
11 = Plan and Disclosure Statement
12 = Intercreditor Allocation

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **January 2020** | | | | | | | | | | | | | | | |
| 1/1/2020 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/2/2020 | Thu | Engagement letter review | 2.0 | - | - | - | - | - | 2.0 | - | - | - | - | - | - |
| 1/3/2020 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/4/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/5/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/6/2020 | Mon | Docket review situation / initial diligence research | 2.5 | 2.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/7/2020 | Tue | Docket review situation / initial diligence research | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/8/2020 | Wed | Review diligence materials / preliminary analyses | 4.5 | 4.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/9/2020 | Thu | Call with FTI, call with Ad Hoc Committee and advisors, review of initial diligence materials | 6.5 | 4.5 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/10/2020 | Fri | Review working group list, review analysis, review diligence materials | 6.0 | 5.0 | - | - | 1.0 | - | - | - | - | - | - | - | - |
| 1/11/2020 | Sat | Prepare for diligence meetings | 5.0 | 5.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/12/2020 | Sun | Travel to from Los Angeles to London for diligence meetings, review IAC business plan materials | 15.0 | 7.5 | - | - | - | - | - | - | - | - | 7.5 | - | - |
| 1/13/2020 | Mon | IAC diligence meetings in London | 9.0 | 9.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/14/2020 | Tue | IAC diligence meetings in London | 9.0 | 9.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/15/2020 | Wed | IAC diligence meetings in London, engagement letter review | 10.5 | 9.0 | - | - | - | - | 1.5 | - | - | - | - | - | - |
| 1/16/2020 | Thu | IAC diligence meetings in London, review settlement framework | 10.5 | 9.5 | - | - | 1.0 | - | - | - | - | - | - | - | - |
| 1/17/2020 | Fri | IAC diligence meetings in London, travel from London to Los Angeles | 19.0 | 11.5 | - | - | - | - | - | - | - | - | 7.5 | - | - |
| 1/18/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/19/2020 | Sun | Review IAC related analyses & preliminary diligence materials | 2.5 | 2.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/20/2020 | Mon | Review IAC related analyses & preliminary diligence materials | 4.5 | 4.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/21/2020 | Tue | Call with FTI & advisors, call with Ad Hoc Committee and advisors, review analyses | 8.0 | 6.5 | - | - | - | - | - | 0.5 | - | 1.0 | - | - | - |
| 1/22/2020 | Wed | Review analysis, recurring call with Ad Hoc Committee and advisors, review diligence materials and preliminary analyses | 7.5 | 5.5 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/23/2020 | Thu | Review filings, review diligence materials and preliminary analyses | 5.0 | 5.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/24/2020 | Fri | Purdue omnibus hearing call, call with IACs, Huron, Norton Rose, PJT, Alix, Jefferies, Province, FTI, review analysis | 7.5 | 5.0 | - | - | 2.5 | - | - | - | - | - | - | - | - |
| 1/25/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/26/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/27/2020 | Mon | Call with FTI and Jefferies, review Ad Hoc Committee communications, review diligence materials and preliminary analyses | 6.0 | 5.5 | - | - | - | - | - | - | - | 0.5 | - | - | - |
| 1/28/2020 | Tue | Call with Alix, PJT, Province, Jefferies, FTI, review analysis, engagement letter review | 8.5 | 7.5 | - | - | - | - | 1.0 | - | - | - | - | - | - |
| 1/29/2020 | Wed | Recurring call with Ad Hoc Committee and advisors, review communications from Non-Consenting States Group | 10.0 | 8.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/30/2020 | Thu | Call with Ad Hoc Committee advisors, review analysis | 8.0 | 6.5 | 0.5 | - | - | - | - | - | - | 1.0 | - | - | - |
| 1/31/2020 | Fri | Call with IACs, Huron, Norton Rose, PJT, Alix, Jefferies, Province, FTI, review analysis | 7.0 | 6.5 | 0.5 | - | - | - | - | - | - | - | - | - | - |
| **January 2020 Total** | | | **177.0** | **143.0** | **1.0** | **-** | **4.5** | **-** | **4.5** | **0.5** | **-** | **8.5** | **15.0** | **-** | **-** |

**Purdue Pharma L.P.**                                                                                                                    Houlihan Lokey

*Time Detail for:* Hannes Schenk
*(Units in hours)*

**Category Code:**
| | |
|---|---|
| 1 = Asset Analysis and Recovery | 7 = Emergency Financing |
| 2 = Assumption and Rejection of Leases and Contracts | 8 = Litigation |
| 3 = Business Operations | 9 = Meetings & Communications with Ad Hoc Committee & Creditors |
| 4 = Case Administration | 10 = Non-Working Travel |
| 5 = Claims Analysis | 11 = Plan and Disclosure Statement |
| 6 = Employment and Fee Applications | 12 = Intercreditor Allocation |

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **January 2020** | | | | | | | | | | | | | | | |
| 1/1/2020 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/2/2020 | Thu | Engagement letter review | 2.0 | - | - | - | - | - | 2.0 | - | - | - | - | - | - |
| 1/3/2020 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/4/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/5/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/6/2020 | Mon | Docket review situation / initial diligence research | 3.5 | 3.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/7/2020 | Tue | Docket review situation / initial diligence research | 4.5 | 4.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/8/2020 | Wed | Review diligence materials / preliminary analyses | 2.5 | 2.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/9/2020 | Thu | Call with FTI, call with Ad Hoc Committee and advisors, review diligence materials and preliminary analyses | 7.5 | 5.5 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/10/2020 | Fri | Review analysis, review diligence materials and preliminary analyses | 9.5 | 9.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/11/2020 | Sat | Prepare for diligence meetings | 5.5 | 5.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/12/2020 | Sun | Travel to from Los Angeles to London for diligence meetings, prepare for diligence meetings / review company materials | 15.0 | 7.5 | - | - | - | - | - | - | - | - | 7.5 | - | - |
| 1/13/2020 | Mon | IAC diligence meetings in London | 9.0 | 9.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/14/2020 | Tue | IAC diligence meetings in London | 9.0 | 9.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/15/2020 | Wed | IAC diligence meetings in London, engagement letter review | 10.5 | 9.0 | - | - | - | - | 1.5 | - | - | - | - | - | - |
| 1/16/2020 | Thu | IAC diligence meetings in London, review term sheet, review analyses, engagement letter review | 11.5 | 10.0 | - | - | 1.5 | - | - | - | - | - | - | - | - |
| 1/17/2020 | Fri | IAC diligence meetings in London, travel from London to Los Angeles, prepare diligence materials | 15.0 | 7.5 | - | - | - | - | - | - | - | - | 7.5 | - | - |
| 1/18/2020 | Sat | Review IAC related analyses & preliminary diligence materials | 5.5 | 5.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/19/2020 | Sun | Review IAC related analyses & preliminary diligence materials | 5.0 | 5.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/20/2020 | Mon | Review IAC related analyses & preliminary diligence materials | 7.0 | 7.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/21/2020 | Tue | Call with FTI & advisors, call with Ad Hoc Committee and advisors, review diligence materials | 8.0 | 6.5 | - | - | - | - | - | 0.5 | - | 1.0 | - | - | - |
| 1/22/2020 | Wed | Review analysis, recurring call with Ad Hoc Committee and advisors | 10.0 | 8.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/23/2020 | Thu | Prepare diligence request list, review analysis | 8.0 | 8.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/24/2020 | Fri | Purdue omnibus hearing call, call with IACs, Huron, Norton Rose, PJT, Alix, Jefferies, Province, FTI, review analysis | 9.0 | 7.0 | - | - | 2.0 | - | - | - | - | - | - | - | - |
| 1/25/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/26/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/27/2020 | Mon | Call with FTI and Jefferies, review diligence materials and preliminary analyses | 8.5 | 8.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/28/2020 | Tue | Call with Alix, PJT, Province, Jefferies, FTI, review diligence materials and analyses | 9.5 | 9.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/29/2020 | Wed | Recurring call with Ad Hoc Committee and advisors, review communications from Non-Consenting States Group, review analysis | 9.5 | 7.5 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/30/2020 | Thu | Call with Ad Hoc Committee advisors, review analysis | 8.0 | 7.5 | 0.5 | - | - | - | - | - | - | - | - | - | - |
| 1/31/2020 | Fri | Call with IACs, Huron, Norton Rose, PJT, Alix, Jefferies, Province, FTI, review diligence materials | 9.0 | 8.5 | 0.5 | - | - | - | - | - | - | - | - | - | - |
| **January 2020 Total** | | | **202.0** | **171.5** | **1.0** | **-** | **3.5** | **-** | **3.5** | **0.5** | **-** | **7.0** | **15.0** | **-** | **-** |

**Purdue Pharma L.P.**  Houlihan Lokey
*Time Detail for:* Andrew Benjamin
*(Units in hours)*

**Category Code:**
- 1 = Asset Analysis and Recovery
- 2 = Assumption and Rejection of Leases and Contracts
- 3 = Business Operations
- 4 = Case Administration
- 5 = Claims Analysis
- 6 = Employment and Fee Applications
- 7 = Emergency Financing
- 8 = Litigation
- 9 = Meetings & Communications with Ad Hoc Committee & Creditors
- 10 = Non-Working Travel
- 11 = Plan and Disclosure Statement
- 12 = Intercreditor Allocation

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **January 2020** | | | | | | | | | | | | | | | |
| 1/1/2020 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/2/2020 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/3/2020 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/4/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/5/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/6/2020 | Mon | Docket review situation / initial diligence research | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/7/2020 | Tue | Docket review situation / initial diligence research | 4.5 | 4.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/8/2020 | Wed | Review working group list, review diligence materials and preliminary analyses | 4.0 | 3.0 | - | - | 1.0 | - | - | - | - | - | - | - | - |
| 1/9/2020 | Thu | Call with FTI, call with Ad Hoc Committee and advisors, review diligence materials and preliminary analyses | 7.5 | 5.5 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/10/2020 | Fri | Review diligence materials, prepare analysis, review analysis | 9.5 | 9.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/11/2020 | Sat | Prepare diligence materials and preliminary analyses, review diligence materials and preliminary analyses | 4.5 | 4.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/12/2020 | Sun | Prepare diligence materials and preliminary analyses, review diligence materials and preliminary analyses | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/13/2020 | Mon | Review diligence materials, review analysis | 9.0 | 9.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/14/2020 | Tue | Review diligence materials | 10.5 | 10.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/15/2020 | Wed | Review diligence materials, call with Debevoise, Pillsbury, Davis Polk, Milbank, Akin Gump and Ad Hoc Committee advisors | 11.0 | 6.0 | - | - | - | - | - | - | - | 5.0 | - | - | - |
| 1/16/2020 | Thu | Review diligence materials and preliminary analyses, review analysis | 10.0 | 10.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/17/2020 | Fri | Review diligence materials and preliminary analyses, prepare analysis, review analysis | 10.5 | 10.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/18/2020 | Sat | Prepare analysis, review analysis | 8.5 | 8.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/19/2020 | Sun | Prepare analysis, review analysis | 9.0 | 9.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/20/2020 | Mon | Prepare analysis, review analysis | 9.5 | 9.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/21/2020 | Tue | Call with FTI & advisors, call with Ad Hoc Committee and advisors, prepare analysis, review analysis, review diligence materials and preliminary analyses | 10.0 | 10.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/22/2020 | Wed | Review analysis, recurring call with Ad Hoc Committee and advisors, review diligence update analysis | 12.5 | 10.5 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/23/2020 | Thu | Prepare diligence request list, review analysis | 11.0 | 11.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/24/2020 | Fri | Purdue omnibus hearing call, call with IACs, Huron, Norton Rose, PJT, Alix, Jefferies, Province, FTI, review analysis, review diligence materials and preliminary analyses | 9.5 | 7.5 | - | - | 2.0 | - | - | - | - | - | - | - | - |
| 1/25/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/26/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/27/2020 | Mon | Call with FTI and Jefferies, review filings, review diligence materials and preliminary analyses | 10.5 | 10.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/28/2020 | Tue | Call with Alix, PJT, Province, Jefferies, FTI, review analysis | 8.5 | 8.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/29/2020 | Wed | Recurring call with Ad Hoc Committee and advisors, review communications from Non-Consenting States Group, review analysis | 10.5 | 8.5 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/30/2020 | Thu | Call with Ad Hoc Committee advisors, prepare analysis, review analysis | 10.0 | 8.5 | 0.5 | - | - | - | - | - | - | 1.0 | - | - | - |
| 1/31/2020 | Fri | Call with IACs, Huron, Norton Rose, PJT, Alix, Jefferies, Province, FTI, prepare analysis, review analysis | 10.5 | 10.0 | 0.5 | - | - | - | - | - | - | - | - | - | - |
| **January 2020 Total** | | | **209.0** | **193.0** | **1.0** | **-** | **3.0** | **-** | **-** | **-** | **-** | **12.0** | **-** | **-** | **-** |

**Purdue Pharma L.P.**                                                                                                              Houlihan Lokey

*Time Detail for:*   Anthony Ribal
*(Units in hours)*

**Category Code:**
- 1 = Asset Analysis and Recovery
- 2 = Assumption and Rejection of Leases and Contracts
- 3 = Business Operations
- 4 = Case Administration
- 5 = Claims Analysis
- 6 = Employment and Fee Applications
- 7 = Emergency Financing
- 8 = Litigation
- 9 = Meetings & Communications with Ad Hoc Committee & Creditors
- 10 = Non-Working Travel
- 11 = Plan and Disclosure Statement
- 12 = Intercreditor Allocation

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **January 2020** | | | | | | | | | | | | | | | |
| 1/1/2020 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/2/2020 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/3/2020 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/4/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/5/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/6/2020 | Mon | Docket review situation / initial diligence research | 4.5 | 4.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/7/2020 | Tue | Docket review situation / initial diligence research | 5.0 | 5.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/8/2020 | Wed | Prepare working group list, prepare diligence materials and preliminary analyses | 6.0 | 5.0 | - | - | 1.0 | - | - | - | - | - | - | - | - |
| 1/9/2020 | Thu | Call with FTI, call with Ad Hoc Committee and advisors, prepare diligence materials and preliminary analyses | 8.5 | 6.5 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/10/2020 | Fri | Prepare diligence materials and preliminary analyses, prepare working group list | 10.5 | 9.0 | - | - | 1.5 | - | - | - | - | - | - | - | - |
| 1/11/2020 | Sat | Prepare diligence materials and preliminary analyses | 5.5 | 5.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/12/2020 | Sun | Prepare diligence materials and preliminary analyses | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/13/2020 | Mon | Prepare diligence materials and preliminary analyses, prepare analysis | 9.5 | 9.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/14/2020 | Tue | Prepare diligence materials and preliminary analyses | 10.0 | 10.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/15/2020 | Wed | Prepare diligence materials and preliminary analyses, call with Debevoise, Pillsbury, Davis Polk, Milbank, Akin Gump and Ad Hoc Committee advisors | 10.5 | 10.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/16/2020 | Thu | Review term sheet, prepare diligence materials and preliminary analyses | 9.5 | 9.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/17/2020 | Fri | Prepare analysis | 11.0 | 11.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/18/2020 | Sat | Prepare analysis | 10.0 | 10.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/19/2020 | Sun | Prepare analysis | 11.0 | 11.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/20/2020 | Mon | Prepare analysis | 10.5 | 10.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/21/2020 | Tue | Call with FTI & advisors, call with Ad Hoc Committee and advisors, prepare analysis, prepare diligence materials and preliminary analyses | 11.5 | 10.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 1/22/2020 | Wed | Prepare Analysis, recurring call with Ad Hoc Committee and advisors | 10.0 | 8.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/23/2020 | Thu | Prepare diligence materials and preliminary analyses, prepare analysis | 8.5 | 8.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/24/2020 | Fri | Purdue omnibus hearing call, call with IACs, Huron, Norton Rose, PJT, Alix, Jefferies, Province, FTI, prepare analysis, prepare diligence materials and preliminary analyses | 10.0 | 7.5 | - | - | 2.5 | - | - | - | - | - | - | - | - |
| 1/25/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/26/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/27/2020 | Mon | Call with FTI and Jefferies, prepare analysis, prepare diligence materials and preliminary analyses | 10.0 | 10.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/28/2020 | Tue | Call with Alix, PJT, Province, Jefferies, FTI, prepare analysis, prepare diligence materials and preliminary analyses | 10.5 | 10.5 | - | - | - | - | - | - | - | - | - | - | - |
| 1/29/2020 | Wed | Recurring call with Ad Hoc Committee and advisors, review communications from Non-Consenting States Group, prepare analysis | 9.5 | 7.5 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 1/30/2020 | Thu | Call with Ad Hoc Committee advisors, prepare analysis, prepare diligence materials and preliminary analyses | 11.0 | 9.5 | 0.5 | - | - | - | - | - | - | 1.0 | - | - | - |
| 1/31/2020 | Fri | Call with IACs, Huron, Norton Rose, PJT, Alix, Jefferies, Province, FTI, prepare analysis | 11.0 | 10.5 | 0.5 | - | - | - | - | - | - | - | - | - | - |
| **January 2020 Total** | | | **218.0** | **204.0** | **1.0** | **-** | **5.0** | **-** | **-** | **-** | **-** | **8.0** | **-** | **-** | **-** |