**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **PURDUE PHARMA L.P, *et al.*,** | : | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | : | |

**FOURTH MONTHLY FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC., INVESTMENT BANKER AND CO-FINANCIAL ADVISOR TO THE AD HOC COMMITTEE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

| | |
|---|---|
| **Name of Applicant** | Houlihan Lokey Capital, Inc. |
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | August 26, 2020 |
| **Period for which compensation and reimbursement is sought** | April 1, 2020 through and including April 30, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $200,000.00 |
| **Current Fee Request** | $160,000.00 (80% of $200,000.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $201.57 |

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $200,201.57 |
|---|---|
| **Total Fees and Expenses Inclusive of Holdback** | $160,201.57 |
| **This is a(n):** X monthly ___interim application ___final application | |

**SUMMARY OF MONTHLY FEE STATEMENTS**

| *Application* | *Total Compensation and Expenses Incurred for Period Covered* | | | *Total Amount Requested in Fee Statements* | | *Total Unpaid* |
|---|---|---|---|---|---|---|
| **Date Filed/ Docket No.** | **Period Covered** | **Total Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** | **Fees and Expenses** |
| 9/09/2020 [TBD] | 1/1/2020-1/31/2020 | $200,000.00 | $22,704.61 | $160,000.00 | $22,704.61 | $222,704.61 |
| 9/09/2020 [TBD] | 2/1/2020-2/29/2020 | $200,000.00 | $3,387.40 | $160,000.00 | $3,387.40 | $203,387.40 |
| 9/09/2020 [TBD] | 3/1/2020-3/31/2020 | $200,000.00 | $2,034.15 | $160,000.00 | $2,034.15 | $202,034.15 |

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together with the Fee Order, the "**Orders**"), Houlihan Lokey Capital, Inc. (the "**Applicant**"), Investment Banker and Co-Financial Advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), hereby submits this Fourth Monthly Fee Statement (the "**Statement**") for the period of April 1, 2020 through and including April 30, 2020 (the "**Monthly Fee Period**").

**Itemization of Services Rendered by Applicant**

Annexed hereto as "**Exhibit A**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period and the total number of hours spent by each individual during this Monthly Fee Period by project category.

Annexed hereto as "**Exhibit B**" is a schedule of fees and actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit C**" is a detailed schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each professional.

In accordance with the Fee Order, Applicant has separately recorded work performed relating to allocation of value among the Debtors' creditors, and, to the best of its knowledge, Applicant has not included time relating to such allocation in this Application.[2]

**Notice**

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

[2] Applicant may request fees related to allocation among creditors at a later date by separate motion.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $160,000.00, which represents 80% of fees for services rendered by Applicant as investment banker and co-financial advisor to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $201.57.

Dated: New York, New York
September 9, 2020

Respectfully submitted,

By: */s/ Saul E. Burian*

Saul E. Burian, Managing Director
**HOULIHAN LOKEY CAPITAL, INC.**
245 Park Ave
New York, New York 10167
Telephone: (212) 497-4245
Email: sburian@hl.com

**EXHIBIT A**

# Purdue Pharma L.P.

Houlihan Lokey

*Time Detail - Summary*

*(Units in hours)*

**Category Code:**

**1 = Asset Analysis & Recovery**
**2 = Assumption & Rejection of Leases & Contracts**
**3 = Business Operations**
**4 = Case Administration**
**5 = Claims Analysis**
**6 = Employment and Fee Applications**
**7 = Emergency Financing**
**8 = Litigation**
**9 = Meetings & Communications with Ad Hoc Committee & Creditors**
**10 = Non-Working Travel**
**11 = Plan & Disclosure Statement**
**12 = Intercreditor Allocation**

| | Professional | | | | | | |
|---|---|---|---|---|---|---|---|
| | **S. Burian MD** | **D. Drone MD** | **G. Coutts MD** | **H. Schenk SVP** | **A. Benjamin Associate** | **A. Ribal Analyst** | **Total** |
| **April 1, 2020 - April 30, 2020** | | | | | | | |
| **1** | 73.0 | - | 101.5 | 111.0 | 123.0 | 136.0 | 544.5 |
| **2** | - | - | - | - | - | - | - |
| **3** | - | - | - | - | - | - | - |
| **4** | 2.0 | - | 2.0 | 2.0 | 2.0 | 2.0 | 10.0 |
| **5** | - | - | - | - | - | - | - |
| **6** | 6.0 | - | 6.5 | 5.5 | 7.0 | 9.5 | 34.5 |
| **7** | - | - | - | - | - | - | - |
| **8** | - | - | - | - | - | - | - |
| **9** | 12.5 | - | 13.5 | 13.5 | 13.5 | 13.5 | 66.5 |
| **10** | - | - | - | - | - | - | - |
| **11** | - | - | - | - | - | - | - |
| **12** | - | - | - | - | - | - | - |
| **April 2020 Total** | **93.5** | **-** | **123.5** | **132.0** | **145.5** | **161.0** | **655.5** |

**EXHIBIT B**




**Invoice # 34960**

**PERSONAL & CONFIDENTIAL**

July 6, 2020

Purdue Pharma L.P.
201 Tresser Blvd
Stamford, Connecticut 06901
United States

Client # 36555
Case # 72528

ATTN: Jon Lowne, Senior Vice President and Chief Financial Officer

| | | |
|---|---|---|
| **Professional Fees** | | |
| Monthly Fee due on April 1, 2020 | $ 200,000.00 | |
| Professional Fees Due | | $ 200,000.00 |
| **Out of Pocket Expenses** | | |
| Total Out of Pocket Expenses | $232.20 | |
| Less: Voluntary Reduction | (30.63) | |
| Net Out of Pocket Expenses Due | | $ 201.57 |
| **TOTAL AMOUNT DUE AND PAYABLE** | | **$ 200,201.57** |

**PAYMENT DUE UPON RECEIPT**

Please Send Checks To:
Houlihan Lokey Capital, Inc.
Accounts Receivable Department
10250 Constellation Boulevard, 5th Floor
Los Angeles, California 90067-6802

Wire Transfer Instructions:
Bank of America
Wire Transfer ABA #026009593
ACH ABA #121000358
fbo Houlihan Lokey Capital, Inc.
Account #1453120593
Swift Code (Int'l Wires Only): BOFAUS3N
Federal ID #95-4024056

10250 Constellation Boulevard, 5th Floor • Los Angeles, California 90067 • tel.310.553.8871 • fax.310.553.2173 • www.HL.com
Broker-dealer services through Houlihan Lokey Capital, Inc.

**EXHIBIT C**

# Purdue Pharma L.P.

Houlihan Lokey

*Expense Detail - Summary*

| April 2020 Summary Table: | Total Out of Pocket Expenses | Voluntary Reduction | Net Out of Pocket Expenses |
|---|---|---|---|
| **[A]** Lodging | - | - | - |
| **[B]** Travel & Overtime Meals | 125.30 | (30.63) | 94.67 |
| **[C]** Airfare | - | - | - |
| **[D]** Ground Transportation | - | - | - |
| **[E]** Telephone and Data | 106.90 | - | 106.90 |
| **April 2020 Total** | **$232.20** | **($30.63)** | **$201.57** |

**[A]** *No lodging expenses*

**[B]** *6 Overtime Meals*

**[C]** *No airfare expenses*

**[D]** *No ground transportation expenses*

**[E]** *4 Telephone Bills*

**EXHIBIT D**

**Purdue Pharma L.P.** Houlihan Lokey

*Time Detail for:* *Saul Burian*
*(Units in hours)*

**Category Code:**
- **1 = Asset Analysis and Recovery**
- **2 = Assumption and Rejection of Leases and Contracts**
- **3 = Business Operations**
- **4 = Case Administration**
- **5 = Claims Analysis**
- **6 = Employment and Fee Applications**
- **7 = Emergency Financing**
- **8 = Litigation**
- **9 = Meetings & Communications with Ad Hoc Committee & Creditors**
- **10 = Non-Working Travel**
- **11 = Plan and Disclosure Statement**
- **12 = Intercreditor Allocation**

| | | | **Total** | **Category** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Day** | **Notes** | **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** |
| **April 2020** | | | | | | | | | | | | | | | |
| 4/1/2020 | Wed | Recurring call with Ad Hoc Committee, review analysis | 3.5 | 2.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/2/2020 | Thu | Review analysis | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/3/2020 | Fri | Review analysis | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/4/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/5/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/6/2020 | Mon | Call with Davis Polk and Ad Hoc Committee, call with UCC advisors, Ad Hoc Committee advisors and Company advisors, review analysis | 5.0 | 2.5 | - | - | - | - | - | - | - | 2.5 | - | - | - |
| 4/7/2020 | Tue | Review analysis | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/8/2020 | Wed | Call with FTI and diligence subcommittee, review analysis | 5.5 | 4.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/9/2020 | Thu | Call with Ad Hoc Committee, review analysis | 4.0 | 3.0 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/10/2020 | Fri | Review analysis | 3.5 | 3.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/11/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/12/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/13/2020 | Mon | Call with Ad Hoc Committee, review analysis | 2.5 | 2.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/14/2020 | Tue | Review analysis | 2.5 | 2.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/15/2020 | Wed | Recurring call with Ad Hoc Committee, review analysis | 5.0 | 4.0 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/16/2020 | Thu | Review analysis | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/17/2020 | Fri | Call with PJT, Province, FTI, Alix, Jefferies, KPMG, review analysis | 3.0 | 2.5 | - | - | - | - | - | - | - | 0.5 | - | - | - |
| 4/18/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/19/2020 | Sun | Review analysis | 0.5 | 0.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/20/2020 | Mon | Review analysis, review diligence materials | 4.5 | 4.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/21/2020 | Tue | Review analysis, review diligence materials | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/22/2020 | Wed | Call into Purdue hearing, review analysis | 5.5 | 3.5 | - | - | 2.0 | - | - | - | - | - | - | - | - |
| 4/23/2020 | Thu | Review analysis, review March fee application | 5.0 | 2.0 | - | - | - | - | 3.0 | - | - | - | - | - | - |
| 4/24/2020 | Fri | Call with Kramer Levin and FTI, call with Non-Consenting State Group, review analysis, review March fee application | 6.0 | 2.0 | - | - | - | - | 1.5 | - | - | 2.5 | - | - | - |
| 4/25/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/26/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/27/2020 | Mon | Call with Ad Hoc Committee, review analysis | 5.5 | 3.5 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 4/28/2020 | Tue | Review analysis, review March fee application | 6.0 | 5.0 | - | - | - | - | 1.0 | - | - | - | - | - | - |
| 4/29/2020 | Wed | Recurring call with Ad Hoc Committee, review analysis, review March fee application | 6.0 | 4.5 | - | - | - | - | 0.5 | - | - | 1.0 | - | - | - |
| 4/30/2020 | Thu | Call with PJT, Province, FTI, Alix, Jefferies, Huron, review analysis | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - |
| **April 2020 Total** | | | **93.5** | **73.0** | **-** | **-** | **2.0** | **-** | **6.0** | **-** | **-** | **12.5** | **-** | **-** | **-** |

**Purdue Pharma L.P.** Houlihan Lokey

*Time Detail for:* *Dimitri Drone*

*(Units in hours)*

**Category Code:**

**1 = Asset Analysis and Recovery**
**2 = Assumption and Rejection of Leases and Contracts**
**3 = Business Operations**
**4 = Case Administration**
**5 = Claims Analysis**
**6 = Employment and Fee Applications**
**7 = Emergency Financing**
**8 = Litigation**
**9 = Meetings & Communications with Ad Hoc Committee & Creditors**
**10 = Non-Working Travel**
**11 = Plan and Disclosure Statement**
**12 = Intercreditor Allocation**

| | | | Total | Category | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Day** | **Notes** | **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** |
| **April 2020** | | | | | | | | | | | | | | | |
| 4/1/2020 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/2/2020 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/3/2020 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/4/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/5/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/6/2020 | Mon | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/7/2020 | Tue | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/8/2020 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/9/2020 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/10/2020 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/11/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/12/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/13/2020 | Mon | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/14/2020 | Tue | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/15/2020 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/16/2020 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/17/2020 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/18/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/19/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/20/2020 | Mon | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/21/2020 | Tue | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/22/2020 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/23/2020 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/24/2020 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/25/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/26/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/27/2020 | Mon | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/28/2020 | Tue | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/29/2020 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/30/2020 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **April 2020 Total** | | | - | - | - | - | - | - | - | - | - | - | - | - | - |

**Purdue Pharma L.P.** Houlihan Lokey

*Time Detail for:* *Geoffrey Coutts*

*(Units in hours)*

**Category Code:**

**1 = Asset Analysis and Recovery**
**2 = Assumption and Rejection of Leases and Contracts**
**3 = Business Operations**
**4 = Case Administration**
**5 = Claims Analysis**
**6 = Employment and Fee Applications**
**7 = Emergency Financing**
**8 = Litigation**
**9 = Meetings & Communications with Ad Hoc Committee & Creditors**
**10 = Non-Working Travel**
**11 = Plan and Disclosure Statement**
**12 = Intercreditor Allocation**

| | | | Total | Category | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Day** | **Notes** | **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** |
| **April 2020** | | | | | | | | | | | | | | | |
| 4/1/2020 | Wed | Recurring call with Ad Hoc Committee, review analysis | 7.5 | 6.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/2/2020 | Thu | Review analysis | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/3/2020 | Fri | Review analysis | 5.5 | 5.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/4/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/5/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/6/2020 | Mon | Call with Davis Polk and Ad Hoc Committee, call with UCC advisors, Ad Hoc Committee advisors and Company advisors, review analysis | 5.5 | 3.0 | - | - | - | - | - | - | - | 2.5 | - | - | - |
| 4/7/2020 | Tue | Call with FTI, Alix, PJT, Province, review analysis | 4.5 | 3.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/8/2020 | Wed | Call with FTI and diligence subcommittee, review analysis | 6.5 | 5.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/9/2020 | Thu | Call with Ad Hoc Committee, review analysis | 6.5 | 5.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/10/2020 | Fri | Review analysis | 6.5 | 6.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/11/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/12/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/13/2020 | Mon | Call with Ad Hoc Committee, review analysis | 6.5 | 6.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/14/2020 | Tue | Review analysis | 6.5 | 6.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/15/2020 | Wed | Recurring call with Ad Hoc Committee, review analysis | 3.5 | 2.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/16/2020 | Thu | Review analysis | 5.0 | 5.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/17/2020 | Fri | Call with PJT, Province, FTI, Alix, Jefferies, KPMG, review analysis, review diligence materials | 4.5 | 4.0 | - | - | - | - | - | - | - | 0.5 | - | - | - |
| 4/18/2020 | Sat | Review analysis | 0.5 | 0.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/19/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/20/2020 | Mon | Review analysis, review diligence materials | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/21/2020 | Tue | Review analysis, review diligence materials | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/22/2020 | Wed | Call into Purdue hearing, review analysis | 6.0 | 4.0 | - | - | 2.0 | - | - | - | - | - | - | - | - |
| 4/23/2020 | Thu | Review analysis, review March fee application | 7.5 | 4.5 | - | - | - | - | 3.0 | - | - | - | - | - | - |
| 4/24/2020 | Fri | Call with Kramer Levin and FTI, call with Non-Consenting State Group, review analysis, review March fee application | 7.0 | 3.5 | - | - | - | - | 1.0 | - | - | 2.5 | - | - | - |
| 4/25/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/26/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/27/2020 | Mon | Call with Ad Hoc Committee, review analysis, review diligence materials | 6.0 | 4.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 4/28/2020 | Tue | Review analysis, review March fee application | 5.5 | 4.0 | - | - | - | - | 1.5 | - | - | - | - | - | - |
| 4/29/2020 | Wed | Recurring call with Ad Hoc Committee, review analysis, review March fee application | 7.5 | 5.5 | - | - | - | - | 1.0 | - | - | 1.0 | - | - | - |
| 4/30/2020 | Thu | Call with PJT, Province, FTI, Alix, Jefferies, Huron, review analysis | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| **April 2020 Total** | | | **123.5** | **101.5** | **-** | **-** | **2.0** | **-** | **6.5** | **-** | **-** | **13.5** | **-** | **-** | **-** |

**Purdue Pharma L.P.** Houlihan Lokey

*Time Detail for:* *Hannes Schenk*

*(Units in hours)*

**Category Code:**

**1 = Asset Analysis and Recovery**
**2 = Assumption and Rejection of Leases and Contracts**
**3 = Business Operations**
**4 = Case Administration**
**5 = Claims Analysis**
**6 = Employment and Fee Applications**
**7 = Emergency Financing**
**8 = Litigation**
**9 = Meetings & Communications with Ad Hoc Committee & Creditors**
**10 = Non-Working Travel**
**11 = Plan and Disclosure Statement**
**12 = Intercreditor Allocation**

| Date | Day | Notes | Total Hours | Category 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **April 2020** | | | | | | | | | | | | | | | |
| 4/1/2020 | Wed | Recurring call with Ad Hoc Committee, review analysis | 7.5 | 6.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/2/2020 | Thu | Review analysis, review diligence materials | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/3/2020 | Fri | Review analysis | 5.5 | 5.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/4/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/5/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/6/2020 | Mon | Call with Davis Polk and Ad Hoc Committee, call with UCC advisors, Ad Hoc Committee advisors and Company advisors, review analysis, review diligence materials | 5.5 | 3.0 | - | - | - | - | - | - | - | 2.5 | - | - | - |
| 4/7/2020 | Tue | Call with FTI, Alix, PJT, Province, review analysis | 4.5 | 3.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/8/2020 | Wed | Call with FTI and diligence subcommittee, review analysis | 6.5 | 5.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/9/2020 | Thu | Call with Ad Hoc Committee, review analysis, review diligence materials | 9.5 | 8.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/10/2020 | Fri | Review analysis, review diligence materials | 8.0 | 8.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/11/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/12/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/13/2020 | Mon | Call with Ad Hoc Committee, review analysis | 6.5 | 6.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/14/2020 | Tue | Review analysis, review diligence materials | 6.5 | 6.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/15/2020 | Wed | Recurring call with Ad Hoc Committee, review analysis | 3.5 | 2.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/16/2020 | Thu | Review analysis, review diligence materials | 9.5 | 9.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/17/2020 | Fri | Call with PJT, Province, FTI, Alix, Jefferies, KPMG, review analysis, review diligence materials | 4.5 | 4.0 | - | - | - | - | - | - | - | 0.5 | - | - | - |
| 4/18/2020 | Sat | Review analysis | 0.5 | 0.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/19/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/20/2020 | Mon | Review analysis, review diligence materials | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/21/2020 | Tue | Review analysis, review diligence materials | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/22/2020 | Wed | Call into Purdue hearing, review analysis | 6.5 | 4.5 | - | - | 2.0 | - | - | - | - | - | - | - | - |
| 4/23/2020 | Thu | Review analysis, review March fee application | 7.0 | 4.5 | - | - | - | - | 2.5 | - | - | - | - | - | - |
| 4/24/2020 | Fri | Call with Kramer Levin and FTI, call with Non-Consenting State Group, review analysis, review March fee application | 7.0 | 3.5 | - | - | - | - | 1.0 | - | - | 2.5 | - | - | - |
| 4/25/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/26/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/27/2020 | Mon | Call with Ad Hoc Committee, review analysis, review diligence materials | 6.0 | 4.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 4/28/2020 | Tue | Review analysis, review diligence materials, review March fee application | 5.0 | 4.0 | - | - | - | - | 1.0 | - | - | - | - | - | - |
| 4/29/2020 | Wed | Recurring call with Ad Hoc Committee, review analysis, review March fee application | 7.5 | 5.5 | - | - | - | - | 1.0 | - | - | 1.0 | - | - | - |
| 4/30/2020 | Thu | Call with PJT, Province, FTI, Alix, Jefferies, Huron, review analysis, review diligence | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| **April 2020 Total** | | | **132.0** | **111.0** | **-** | **-** | **2.0** | **-** | **5.5** | **-** | **-** | **13.5** | **-** | **-** | **-** |

## Purdue Pharma L.P.

Houlihan Lokey

*Time Detail for:* *Andrew Benjamin*

*(Units in hours)*

**Category Code:**

**1 = Asset Analysis and Recovery**
**2 = Assumption and Rejection of Leases and Contracts**
**3 = Business Operations**
**4 = Case Administration**
**5 = Claims Analysis**
**6 = Employment and Fee Applications**
**7 = Emergency Financing**
**8 = Litigation**
**9 = Meetings & Communications with Ad Hoc Committee & Creditors**
**10 = Non-Working Travel**
**11 = Plan and Disclosure Statement**
**12 = Intercreditor Allocation**

| | | | Total | Category | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Day** | **Notes** | **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** |
| **April 2020** | | | | | | | | | | | | | | | |
| 4/1/2020 | Wed | Recurring call with Ad Hoc Committee, prepare and review analysis | 9.5 | 8.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/2/2020 | Thu | Prepare and review analysis, review diligence materials | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/3/2020 | Fri | Prepare and review analysis | 5.0 | 5.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/4/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/5/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/6/2020 | Mon | Call with Davis Polk and Ad Hoc Committee, call with UCC advisors, Ad Hoc Committee advisors and Company advisors, review analysis, review diligence materials | 5.0 | 2.5 | - | - | - | - | - | - | - | 2.5 | - | - | - |
| 4/7/2020 | Tue | Call with FTI, Alix, PJT, Province, prepare and review analysis | 4.5 | 3.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/8/2020 | Wed | Call with FTI and diligence subcommittee, prepare and review analysis | 9.5 | 8.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/9/2020 | Thu | Call with Ad Hoc Committee, review analysis, review diligence materials | 9.0 | 8.0 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/10/2020 | Fri | Prepare and review analysis, review diligence materials | 9.5 | 9.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/11/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/12/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/13/2020 | Mon | Call with Ad Hoc Committee, prepare and review analysis | 9.0 | 9.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/14/2020 | Tue | Prepare and review analysis, review diligence materials | 9.5 | 9.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/15/2020 | Wed | Recurring call with Ad Hoc Committee, review analysis | 3.5 | 2.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/16/2020 | Thu | Prepare and review analysis, review diligence materials | 9.0 | 9.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/17/2020 | Fri | Call with PJT, Province, FTI, Alix, Jefferies, KPMG, prepare and review analysis, review diligence materials | 4.5 | 4.0 | - | - | - | - | - | - | - | 0.5 | - | - | - |
| 4/18/2020 | Sat | Review analysis | 0.5 | 0.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/19/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/20/2020 | Mon | Prepare and review analysis, review diligence materials | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/21/2020 | Tue | Review analysis, review diligence materials | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/22/2020 | Wed | Call into Purdue hearing, prepare and review analysis | 6.5 | 4.5 | - | - | 2.0 | - | - | - | - | - | - | - | - |
| 4/23/2020 | Thu | Review analysis, review March fee application | 7.0 | 4.5 | - | - | - | - | 2.5 | - | - | - | - | - | - |
| 4/24/2020 | Fri | Call with Kramer Levin and FTI, call with Non-Consenting State Group, review analysis, review March fee application | 8.0 | 3.5 | - | - | - | - | 2.0 | - | - | 2.5 | - | - | - |
| 4/25/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/26/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/27/2020 | Mon | Call with Ad Hoc Committee, review analysis, review diligence materials | 6.0 | 4.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 4/28/2020 | Tue | Prepare and review analysis, review diligence materials, review March fee application | 5.5 | 4.0 | - | - | - | - | 1.5 | - | - | - | - | - | - |
| 4/29/2020 | Wed | Recurring call with Ad Hoc Committee, prepare and review analysis, review March fee application | 9.5 | 7.5 | - | - | - | - | 1.0 | - | - | 1.0 | - | - | - |
| 4/30/2020 | Thu | Call with PJT, Province, FTI, Alix, Jefferies, Huron, review analysis, review diligence | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| **April 2020 Total** | | | **145.5** | **123.0** | **-** | **-** | **2.0** | **-** | **7.0** | **-** | **-** | **13.5** | **-** | **-** | **-** |

**Purdue Pharma L.P.** Houlihan Lokey

*Time Detail for:* *Anthony Ribal*
*(Units in hours)*

**Category Code:**
**1 = Asset Analysis and Recovery**
**2 = Assumption and Rejection of Leases and Contracts**
**3 = Business Operations**
**4 = Case Administration**
**5 = Claims Analysis**
**6 = Employment and Fee Applications**
**7 = Emergency Financing**
**8 = Litigation**
**9 = Meetings & Communications with Ad Hoc Committee & Creditors**
**10 = Non-Working Travel**
**11 = Plan and Disclosure Statement**
**12 = Intercreditor Allocation**

| Date | Day | Notes | Total Hours | Category 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **April 2020** | | | | | | | | | | | | | | | |
| 4/1/2020 | Wed | Recurring call with Ad Hoc Committee, prepare analysis | 11.5 | 10.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/2/2020 | Thu | Prepare analysis, review diligence materials | 4.5 | 4.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/3/2020 | Fri | Prepare analysis | 5.5 | 5.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/4/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/5/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/6/2020 | Mon | Call with Davis Polk and Ad Hoc Committee, call with UCC advisors, Ad Hoc Committee advisors and Company advisors, prepare analysis, review diligence materials | 5.5 | 3.0 | - | - | - | - | - | - | - | 2.5 | - | - | - |
| 4/7/2020 | Tue | Call with FTI, Alix, PJT, Province, prepare analysis | 4.5 | 3.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/8/2020 | Wed | Call with FTI and diligence subcommittee, prepare analysis | 11.5 | 10.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/9/2020 | Thu | Call with Ad Hoc Committee, prepare analysis, review diligence materials | 9.5 | 8.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/10/2020 | Fri | Prepare analysis, review diligence materials | 11.0 | 11.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/11/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/12/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/13/2020 | Mon | Call with Ad Hoc Committee, prepare analysis | 10.5 | 10.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/14/2020 | Tue | Prepare analysis, review diligence materials | 10.0 | 10.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/15/2020 | Wed | Recurring call with Ad Hoc Committee, prepare analysis | 3.5 | 2.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 4/16/2020 | Thu | Prepare analysis, review diligence materials | 10.0 | 10.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/17/2020 | Fri | Call with PJT, Province, FTI, Alix, Jefferies, KPMG, prepare analysis, review diligence materials | 4.5 | 4.0 | - | - | - | - | - | - | - | 0.5 | - | - | - |
| 4/18/2020 | Sat | Prepare analysis, review diligence materials | 0.5 | 0.5 | - | - | - | - | - | - | - | - | - | - | - |
| 4/19/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/20/2020 | Mon | Prepare analysis, review diligence materials | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/21/2020 | Tue | Prepare analysis, review diligence materials | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - |
| 4/22/2020 | Wed | Call into Purdue hearing, prepare analysis | 6.5 | 4.5 | - | - | 2.0 | - | - | - | - | - | - | - | - |
| 4/23/2020 | Thu | Prepare analysis, prepare March fee application | 8.0 | 4.5 | - | - | - | - | 3.5 | - | - | - | - | - | - |
| 4/24/2020 | Fri | Call with Kramer Levin and FTI, call with Non-Consenting State Group, prepare analysis, prepare March fee application | 8.0 | 3.5 | - | - | - | - | 2.0 | - | - | 2.5 | - | - | - |
| 4/25/2020 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/26/2020 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4/27/2020 | Mon | Call with Ad Hoc Committee, prepare analysis, review diligence materials | 6.0 | 4.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 4/28/2020 | Tue | Prepare analysis, review diligence materials, prepare March fee application | 6.0 | 4.0 | - | - | - | - | 2.0 | - | - | - | - | - | - |
| 4/29/2020 | Wed | Recurring call with Ad Hoc Committee, prepare analysis, prepare March fee application | 13.0 | 10.0 | - | - | - | - | 2.0 | - | - | 1.0 | - | - | - |
| 4/30/2020 | Thu | Call with PJT, Province, FTI, Alix, Jefferies, Huron, prepare analysis, review diligence materials | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| **April 2020 Total** | | | **161.0** | **136.0** | **-** | **-** | **2.0** | **-** | **9.5** | **-** | **-** | **13.5** | **-** | **-** | **-** |