UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | **Chapter 11** |
| PURDUE PHARMA L.P., *et al.*, | ) ) ) | **Case No. 19-23649 (RDD)** (**Jointly Administered**) |
| Debtors. | ) ) ) |  |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Alexander M. Gormley to be admitted *pro hac vice* to represent the following in the above-captioned bankruptcy cases: MM&P Health & Benefit Plan; Local 888 Health Fund; Division 1181 ATU-New York Welfare Fund; MEBA Medical and Benefits Plan; Washington Wholesalers Health and Welfare Fund; UFCW Health Insurance Plan for Retirees; UFCW Local 1262 and Shoprite Welfare Plan; UFCW Local One Active Health Care Plan; Local One Retiree Health Care Plan; United Food and Commercial Workers Local 152 Health and Welfare Plan; Plumbers & Steamfitters Local 267 Insurance Fund; Electrical Welfare Trust Fund; 1978 Retired Construction Workers Benefit Trust; Carpenters Industrial Council Trust Fund; U.F.C.W. and Employers Kansas and Missouri Health and Welfare Trust Fund; ATU Health and Life Insurance Plan for Active and Pension Officers and Employees; Heartland Health & Wellness Fund; Bricklayers and Allied Craftworkers Local 3 NY Rochester Chapter Health & Welfare Fund; UFCW Health Insurance Plan for Active Employees; Upstate New York Engineers Health Fund; UFCW Unions and Participating Employers Health and Welfare Fund; Sheet Metal Workers' Health Plan; PGA TOUR, Inc.; FELRA & UFCW VEBA Fund; Colorado Sheet Metal Workers' Local 9 Family Health Plan; Bricklayers and Allied Craftworkers Local No. 3 New York Niagara Falls- Buffalo Chapter Health & Welfare Fund; 32 BJ North Health Fund; Sound Health & Wellness Retiree Trust; Sound Health & Wellness Trust;

1

and Transit Employees' Health and Welfare Fund (collectively, the "Health Plans"). And, upon the movant's certification that the movant is a member in good standing of the bars of the District of Columbia, the State of Maryland and the State of North Carolina, it is hereby

ORDERED that Alexander M. Gormley, Esq. is admitted to practice *pro hac vice* in the above-captioned proceedings to represent the aforementioned Health Plans in the United States Bankruptcy Court for the Southern District of New York provided that the filing fee has been paid.

Dated: September 4, 2020
      White Plains, New York

                                  /s/ Robert D. Drain
                                The Honorable Robert D. Drain
                                United States Bankruptcy Judge

20877974v1