Mr. Paul Schwartzberg
United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

September 7, 2020　　　　　　　　　　　　　　　　　(Jointly Administered)


Re: United States Bankruptcy Court
　　Case No. 19-23649

　　　　PURDUE PHARMA L.P., et al. Processing Center
　　Prime Clerk, LLC Filing No.: 89590, my son's No.: 112924
　　　　　My daughter's No: 104975, 112904

Dear Mr. Schwartzberg,

I' write this letter not for legal advice, harassment, nor interfere with the process or delay the process of any motions hearing(s) in the U.S. Bankruptcy Court or instigate allegations against the U.S. Bankruptcy Court's or unsound allegations against the Debtors' or Creditors' or their representatives or any other parties.

 The request herein, concerns if any, The U.S. Trustees' authority concerning contested matters in the **bankruptcy** proceedings including Plan Confirmations and Adversary Proceeding as well as **State matters and private person(s) involving insolvency** and fraudulent transfer concerning the Proof of Claims and supporting documents through Prime Clerk, LLC "PURDUE PROCESSING CENTER".

　　　　　　　　　　　　　　　　　　　　　　　　Thank you

　　　　　　　　　　　　　　　　　　　　　　　*Ronald Bass, Sr.*

　　　　　　　　　　　　　　　　　　　　　　　Ronald Bass, Sr.

**Copies of this letter have been sent by regular mail to the following people blow:**

1. Hon. Robert D. Drain, U.S.B.J.

2. U.S. Bankruptcy Clerk

3. Hon. Layn R. Phillips, Mediator

4. Mr. Kenneth Feinberg, PC Mediator

5. Derrick Johnson, President and CEO of the NAACP;
    Leon E. Russell, National Board of Directors of the NAACP

6. Law Firm of Ortiz & Ortiz

7. Andrew M. Troop, Attorney at Law

8. Prime Clerk, LLC

9. Personal files

Ronald Bass, Sr.

**To: Office of the United States Trustee,**
 **United States Department of Justice**
 **Regional 2**

September 8, 2020

**Re: Case No. 19-23649 (RDD)**

To all concerned parties to the above case number, the attached letter from KEEFE LAW FIRM Purdue Pharma L.P., et al., settlement with the State of New Jersey, et al., see all Proof of Claims filed in the Purdue Pharma Processing Center, Prime Clerk, LLC, Brooklyn, New York particularly, under Ronald Bass, Sr., Case No.: 89590

 **"Whether defendants shall indemnify or they're insolvent"?**

				Ronald Bass, Sr.



| | |
|---|---|
| | **Michael J. Convery, Esq.**<br>*Counsel*<br><br>mconvery@keefe-lawfirm.com<br><br>*Admitted to Practice in: N.J.* |

125 Half Mile Road, Suite 100
Red Bank, New Jersey 07701
T. 732-224-9400
T. 866-575-5000
F. 732-224-9494
www.keefe-lawfirm.com

June 2, 2020

Mr. Ronald Bass, Sr.
450 Little Place
Apt. 53
North Plainfield, NJ 07060

Re: Bass v. Purdue

Dear Mr. Bass:

In response to your recent correspondence, I voluntarily withdrew from the matter before settlement.

Very truly yours,

*[signature]*

JOHN E. KEEFE, JR., ESQ.
For the Firm

{KB388270.1} Newark • Point Pleasant • Red Bank