**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF NINTH MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2020 THROUGH JULY 31, 2020**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | July 1, 2020 through July 31, 2020 |
| **Amount of Compensation Requested (after 13% discount):** | $149,590.41 |
| **Less 20% Holdback** | $29,918.08 |
| **Net of Holdback**: | $119,672.33 |
| **Amount of Expense Reimbursement Requested:** | $5,475.00 |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Total Compensation (Net of Holdback) and Expense Reimbursement Requested:**     $125,147.33

**This is a**     <u>X</u>  Monthly  _____Interim  ___ Final Fee Statement

*[The remainder of this page has been intentionally left blank]*

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this ninth monthly fee statement (the "Ninth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from July 1, 2020 through July 31, 2020 (the "Ninth Monthly Fee Period"). By this Ninth Monthly Fee Statement, and after taking into account certain substantial voluntary discounts,[3] Jones Day seeks payment in the amount of $125,147.33 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Ninth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

**SERVICES RENDERED AND EXPENSES INCURRED**

1.     Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Ninth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]     The total amount sought for fees reflects (a) voluntary write offs in the amount of $375.00 and (b) application of a subsequent 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $22,727.59 for the Ninth Monthly Fee Period), for an overall voluntary reduction of approximately 13.2%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2020, Jones Day is using 2019 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13.2% reduction.

Jones Day professional, and (e) year of bar admission for each attorney. The blended hourly billing rate of Jones Day timekeepers during the Ninth Monthly Fee Period is approximately $701.31.[4]

2.    Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Ninth Monthly Fee Period.

3.    Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Ninth Monthly Fee Period.

4.    Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Ninth Monthly Fee Period.[5]

## NOTICE AND OBJECTION PROCEDURES

5.    Notice of this Ninth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801, Attn: Justin R. Alberto and Daniel N. Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and

---

[4]    The blended rate is comprised of all Jones Day timekeepers who provided services during the Ninth Monthly Fee Period.

[5]    The time records included in **Exhibit D** have been minimally redacted to protect privileged information.

(v) the fee examiner, Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

6.     Objections to this Ninth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Anna Kordas (akordas@jonesday.com) no later than September 25, 2020 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

7.     If no objections to this Ninth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Ninth Monthly Fee Statement.

8.     To the extent that an objection to this Ninth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Ninth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

9.      No prior request for the relief sought in this Ninth Monthly Fee Statement has been

made to this or any other court.

Dated: September 11, 2020          _/s/  Anna Kordas_____
       New York, NY               JONES DAY
                                  John J. Normile
                                  Anna Kordas
                                  250 Vesey Street
                                  New York, NY 10281
                                  Telephone:    (212) 326-3939
                                  Facsimile:    (212) 755-7306
                                  Email:        jjnormile@jonesday.com
                                                akordas@jonesday.com


                                  *Special Counsel to the Debtors and
                                  Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

# JONES DAY
## PROFESSIONAL PERSON SUMMARY
### JULY 1, 2020 – JULY 31, 2020

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|------|-------------------|------|-------------------|-------|--------|
| **PARTNER** | | | | | |
| Larissa C. Bergin | 2007 | $950.00 | $826.50 | 1.50 | $1,425.00 |
| Jonathan Berman | 1993 | $1,075.00 | $935.25 | 2.30 | $2,472.50 |
| Pablo D. Hendler | 1995 | $1,125.00 | $978.75 | 8.30 | $9,337.50 |
| Matthew W. Johnson | 2007 | $1,075.00 | $935.25 | 7.40 | $5,920.00 |
| Michael H. Knight | 1994 | $1,075.00 | $935.25 | 6.20 | $6,665.00 |
| Gasper J. LaRosa | 2002 | $1,075.00 | $935.25 | 4.50 | $4,837.50 |
| Dan T. Moss | 2007 | $1,000.00 | $870.00 | 1.60 | $1,600.00 |
| John J. Normile | 1989 | $1,225.00 | $1,065.75 | 49.90 | $61,127.50 |
| Kevyn D. Orr | 1984 | $1,350.00 | $1,174.50 | 1.00 | $1,350.00 |
| **TOTAL PARTNER:** | | | | **98.10** | **$117,540.00** |
| **OF COUNSEL** | | | | | |
| Kelsey I. Nix | 1988 | $1,125.00 | $978.75 | 0.70 | $787.50 |
| Geoff Oliver | 1988 | $1,075.00 | $935.25 | 1.20 | $1,290.00 |
| **TOTAL OF COUNSEL** | | | | **1.90** | **2,077.50** |
| **ASSOCIATE** | | | | | |
| Anna Kordas | 2014 | $750.00 | $652.50 | 27.00 | $20,250.00 |
| Kevin V. McCarthy | 2016 | $605.00 | $526.35 | 23.10 | $13,975.50 |
| Adam M. Nicolais | 2017 | $550.00 | $478.50 | 3.10 | $1,705.00 |
| Ryan Sims | 2016 | $550.00 | $478.50 | 8.70 | $4,785.00 |
| Furqaan Siddiqui | 2018 | $550.00 | $478.50 | 3.40 | $1,870.00 |
| **TOTAL ASSOCIATE:** | | | | **65.30** | **42,585.50** |
| **LAW CLERK** | | | | | |
| Lynne Fischer | 1996 | $525.00 | $456.75 | 59.70 | $31,342.50 |
| **TOTAL LAW CLERK:** | | | | **59.70** | **$31,342.50** |
| **PARALEGAL & STAFF** | | | | | |
| Jason J. Darensbourg | N/A | $325.00 | $282.75 | 3.70 | $1,202.50 |
| **TOTAL LEGAL SUPPORT:** | | | | **3.70** | **$1,202.50** |
| **TOTAL:** | | | | **213.30** | **$171,943.00** |

## EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

### JULY 1, 2020 – JULY 31, 2020

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 31.80 | $30,663.00 |
| Intellipharmaceutics Corp. | 35.70 | $34,333.00 |
| Collegium 961 PGR | 24.80 | $26,560.00 |
| Strategic Corporate Advice | 30.90 | $26,924.50 |
| Retention Matters | 90.10 | $53,462.50 |
| **TOTAL** | **213.30** | **$171,943.00** |
| **13% DISCOUNT** | | **$22,352.59** |
| **TOTAL FEES** | | **$149,590.41** |

## <u>EXHIBIT C</u>

**EXPENSE SUMMARY**

**<u>JULY 1, 2020 – JULY 31, 2020</u>**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $5,475.00 |
| **TOTAL** | **$5,475.00** |

## **EXHIBIT D**

**TIME DETAIL**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

August 31, 2020                                                            305158-610005

                                                                    Invoice: 33414462

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through July 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 30,663.00 |
| Less 13% Fee Discount | | (3,986.19) |
| | USD | 26,676.81 |
| **TOTAL** | **USD** | **26,676.81** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610005/33414462 WITH YOUR PAYMENT

**JONES DAY**

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 2
August 31, 2020
Invoice:  33414462

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P D HENDLER | 7.50 | 1,125.00 | 8,437.50 |
| J J NORMILE | 11.80 | 1,225.00 | 14,455.00 |
| OF COUNSEL | | | |
| K I NIX | 0.40 | 1,125.00 | 450.00 |
| ASSOCIATE | | | |
| K MCCARTHY | 12.10 | 605.00 | 7,320.50 |
| **TOTAL** | **31.80** | **USD** | **30,663.00** |

JONES DAY

305158-610005                                                                                              Page 3
                                                                                               August 31, 2020

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                               Invoice:  33414462

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 07/02/20 | K MCCARTHY | 0.50 |

Review PGR legal research in response to client requests and provide comments.

| 07/06/20 | P D HENDLER | 0.30 |

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding matter.

| 07/06/20 | K MCCARTHY | 0.50 |

Review PGR legal research requested by client and communicate with J. Normile and M. Johnson regarding same.

| 07/07/20 | P D HENDLER | 0.50 |

Consideration of lifting stay.

| 07/07/20 | K MCCARTHY | 2.00 |

Review PGR legal research requested by client and draft/revise internal summary regarding same (1.00); prepare for and participate in teleconference with J. Normile and A. Simms regarding PGR legal research (.50); perform follow-up legal research ███████████ and communicate with J. Normile regarding same (.50).

| 07/07/20 | J J NORMILE | 1.00 |

Preparation for and participation in various teleconferences with C. Robertson (DPW), G. LaRosa and P. Hendler regarding motion to lift stay in the Massachusetts proceeding.

| 07/08/20 | P D HENDLER | 0.50 |

Consideration of lifting the stay.

| 07/08/20 | K MCCARTHY | 3.00 |

Review legal research conducted in response to client requests and discuss with J. Normile and M. Johnson (1.00); prepare for and participate in teleconference with J. Normile, M. Johnson, P. Strassburger, B. Koch, R. Inz and others regarding said research (1.00); perform follow up legal research regarding interplay between bankruptcy and intellectual property law based on new issues raised on said teleconference (1.00).

| 07/09/20 | P D HENDLER | 0.50 |

Teleconference with opposing counsel regarding lifting stay.

| 07/09/20 | J J NORMILE | 1.70 |

Preparation for and participation in various teleconferences with C. Robertson (DPW) regarding various procedural issues relating to the 961 PGR (.40); preparation for and participation in teleconference with J. Holdreith, P. Hendler, G. LaRosa, O. Langer, C. Pinahs and S. Gautier regarding various procedural aspects of the District of Massachusetts litigation and the 961 PGR (.50); review of relevant background materials relating to PTAB orders regarding extending the one-year deadline for issuance of final written decision (.40); preparation for and participation in teleconference with K. Orr and D. Moss regarding the procedural history of the 961 PGR (.40).

| 07/13/20 | P D HENDLER | 0.50 |

Preparation for, participation in and attention to teleconference with client (including P. Strassburger) regarding matter.

| 07/13/20 | K MCCARTHY | 1.00 |

Prepare for and participate in teleconference with J. Normile, P. Hendler, P. Strassburger, B. Koch, R. Silbert, R. Inz, and R. Kreppel regarding litigation status updates (.50), including reviewing and providing comments to litigation tracker (.20); attention to correspondence from B. Koch regarding case strategy (.30).

JONES DAY

305158-610005                                                                      Page 4
                                                                              August 31, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice:  33414462

| Date of Service | Timekeeper Name | Hours |
| --- | --- | --- |

07/13/20    J J NORMILE                                                              1.00
Preparation for and participation in various teleconferences with C. Robertson (DPW) and P. Strassburger regarding upcoming teleconference with the UCC (.50); review of correspondence from K. Orr, D. Moss and R. Simms regarding status of the 961 PGR (.50).

07/14/20    J J NORMILE                                                              1.80
Preparation for and participation in various teleconferences with P. Strassburger, C. Robertson (DPW) and E. Vonnegut (DPW) regarding pending Motion to Lift Stay and upcoming call with counsel for Collegium regarding same (1.00); preparation for and participation in teleconference with counsel for Collegium, C. Robertson (DPW) and E. Vonnegut (DPW) regarding potential stipulations relating to Massachusetts action and 961 PGR (.80).

07/15/20    P D HENDLER                                                              0.70
Preparation for teleconference with client regarding case strategy.

07/16/20    P D HENDLER                                                              0.50
Teleconference with client (B. Koch) regarding strategy concerning case.

07/16/20    K MCCARTHY                                                              1.80
Prepare for and participate in teleconference with B. Koch, J. Normile, and P. Hendler regarding case strategy (.80); including review of patent analyses and related case materials (.50); perform follow-up legal research regarding patent damages and communicate with B. Koch regarding same (.50).

07/16/20    J J NORMILE                                                              1.00
Preparation for and participation in teleconference with B. Koch, P. Hendler and K. McCarthy regarding Xtampza.

07/20/20    P D HENDLER                                                              1.30
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding matter (.30); attention to Collegium's filings in the bankruptcy court (1.00).

07/20/20    K MCCARTHY                                                              0.10
Review and provide comments to Purdue litigation status tracker.

07/20/20    K I NIX                                                                  0.40
Attention to damages issues and email to J. Normile regarding same.

07/20/20    J J NORMILE                                                              1.00
Review of Collegium's motion to lift the stay in the 961 PGR and response to Purdue's motion to lift the stay in the District of Massachusetts action (.50); various teleconferences and emails with P. Strassburger, C. Robertson (DPW) and B. Koch (.50).

07/23/20    K MCCARTHY                                                              0.50
Review/analyze Collegium bankruptcy motion papers regarding automatic stay and communicate with M. Johnson regarding same.

07/24/20    P D HENDLER                                                              0.50
Attention to article regarding market analysis.

07/27/20    P D HENDLER                                                              0.20
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding matter.

07/27/20    K MCCARTHY                                                              0.50
Participate in teleconference with B. Koch and P. Hendler regarding litigation testing issues (.20); communicate internally and with outside testing expert regarding same (.30).

07/27/20    J J NORMILE                                                              1.00
Preparation for and participation in weekly team teleconference with P. Strassburger, B. Koch, R. Kreppel, R. Silbert, R. Inz, P. Hendler and K. McCarthy (.50); review and discussion regarding Judge Saylor's Order regarding stay (.50).

JONES DAY

305158-610005                                                          Page 5
                                                              August 31, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice: 33414462

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

07/29/20    K MCCARTHY                                           0.20
Communicate with M. Johnson regarding Collegium PGR memorandum.

07/29/20    J J NORMILE                                          0.80
Review of various correspondence from C. Robertson (DPW) regarding preparation of PTAB and District
Court riders for memo in support of objections/reply for lift stay motion.

07/30/20    P D HENDLER                                          1.00
Preparation of response to Collegium's submission regarding stay.

07/30/20    J J NORMILE                                          1.00
Preparation for and participation in teleconference with P. Hendler and M. Johnson regarding preparation
for memorandum in support of objections/reply on lift stay motions.

07/31/20    P D HENDLER                                          1.00
Work in connection with Purdue's response to Collegium's bankruptcy submission.

07/31/20    K MCCARTHY                                           2.00
Draft/revise memorandum of law regarding ██████████████ and communicate with M.
Johnson regarding same (2.00).

07/31/20    J J NORMILE                                          1.50
Review and revision of draft objection/reply of various lift stay motions and review of correspondence
from C. Robertson (DPW) regarding same.

**TOTAL**                                                       **31.80**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

August 31, 2020                                                    305158-610013

                                                                          Invoice: 33414463

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through July 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 34,333.00 |
| Less 13% Fee Discount | | (4,463.29) |
| | USD | 29,869.71 |

## DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Consultants and Agents Fees | 2,475.00 | |
| Hosting Charges | 3,000.00 | |
| | | 5,475.00 |

**TOTAL**                                          **USD**          **35,344.71**

Please remit payment to:

**ACH Transfer (preferred)**                    **Wire Transfer**
Citibank, N.A.                                              Citibank, N.A.
New York, NY                                              New York, NY
Account Name: Jones Day                      Account Name: Jones Day
Account No: 37026407                          Account No: 37026407
ABA No: 021000089                              ABA No: 021000089
                                                                    Swift Code: CITIUS33

PLEASE REFERENCE 305158-610013/33414463 WITH YOUR PAYMENT

JONES DAY

305158-610013                                                          Page 2
                                                              August 31, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.       Invoice:  33414463

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| L R BERGIN | 1.50 | 950.00 | 1,425.00 |
| J B BERMAN | 2.30 | 1,075.00 | 2,472.50 |
| P D HENDLER | 0.80 | 1,125.00 | 900.00 |
| M H KNIGHT | 6.20 | 1,075.00 | 6,665.00 |
| J J NORMILE | 13.10 | 1,225.00 | 16,047.50 |
| OF COUNSEL |  |  |  |
| K I NIX | 0.30 | 1,125.00 | 337.50 |
| G D OLIVER | 1.20 | 1,075.00 | 1,290.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 6.60 | 605.00 | 3,993.00 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 3.70 | 325.00 | 1,202.50 |
| **TOTAL** | **35.70** | **USD** | **34,333.00** |

JONES DAY

305158-610013                                                                                          Page 3
                                                                                              August 31, 2020

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                           Invoice:  33414463

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 06/30/20 | M H KNIGHT | 4.70 |

Continue preparing ███████████████████████████ (3.70); confer with J. Normile
regarding aspects of same (.50); telephone call with P. Strassburger regarding same (.50).

| 07/01/20 | J J NORMILE | 2.00 |

Continued attention to draft Standstill Litigation Agreement including various teleconferences with R.
Kreppel and R. Greiss (1.00); preparation of letter to Judge Andrews regarding same (1.00).

| 07/02/20 | J J DARENSBOURG | 0.10 |

Manage shared database for attorneys of Letter to Judge Andrews regarding Settlement Agreement.

| 07/02/20 | M H KNIGHT | 1.50 |

Review prior FTC statements in connection with matter (1.00); telephone call with J. Normile regarding
current litigation and proposed dismissal agreement (.50).

| 07/06/20 | P D HENDLER | 0.30 |

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding
matter.

| 07/06/20 | K MCCARTHY | 0.50 |

Prepare for and participate in teleconference with J. Normile, P. Hendler, R. Silbert, B. Koch, R. Kreppel,
and R. Inz regarding litigation status updates (.50).

| 07/07/20 | J J NORMILE | 0.50 |

Review of various emails from R. Kreppel and K. McCarthy regarding waiver of service of process forms
for IPC III matter including review of relevant background materials.

| 07/08/20 | J J DARENSBOURG | 0.20 |

Manage shared database for attorneys of Defendants' Waiver of Service for Summons.

| 07/08/20 | K MCCARTHY | 1.00 |

Draft/revise waiver of service materials (.50); attention to correspondence with opposing counsel, co-
counsel, and local counsel regarding executing and filing same (.50).

| 07/08/20 | J J NORMILE | 1.00 |

Review of correspondence from R. Kreppel regarding various service issues in IPC III (.50); various
teleconferences with K. McCarthy regarding same (.50).

| 07/09/20 | J J NORMILE | 0.80 |

Review of ████████████████████████████████

| 07/13/20 | J J NORMILE | 1.60 |

Preparation for and participation in teleconference with R. Kreppel and M. Knight regarding ████████
(.80); preparation for and participation in weekly team teleconference with P. Strassburger, R. Kreppel, B.
Koch, R. Inz, R. Silbert, P. Hendler and K. McCarthy (.80).

| 07/14/20 | J B BERMAN | 1.30 |

Review draft memo analyzing ████████████████ (1.00); draft and circulate
email-memo commenting on same (.30).

| 07/14/20 | J J DARENSBOURG | 0.20 |

Manage/docket pending deadlines for IPC III matter.

| 07/15/20 | L R BERGIN | 1.50 |

Analyze █████████████ (1.00); communications with M. Knight regarding same (.50).

| 07/15/20 | J B BERMAN | 1.00 |

Further analysis and emails regarding draft memo regarding ███████████████

# JONES DAY

305158-610013

Page 4
August 31, 2020

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Invoice:  33414463

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 07/15/20 | G D OLIVER | 1.20 |

Review of draft memo and email exchanges with M. Knight and J. Berman.

| 07/16/20 | J J DARENSBOURG | 0.20 |
|---|---|---|

Manage deposition transcript and errata files of D Kyle for review by B Koch.

| 07/19/20 | J J NORMILE | 0.50 |
|---|---|---|

Review of various correspondence from P. Mathers, R. Inz and P. Strassburger regarding ████████ ████████████████████████ and review of various background materials.

| 07/20/20 | P D HENDLER | 0.30 |
|---|---|---|

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding matter.

| 07/20/20 | J J NORMILE | 0.50 |
|---|---|---|

Preparation for and participation in weekly team teleconference including P. Strassburger, R. Kreppel, B. Koch, R. Inz, R. Silbert, K. McCarthy and P. Hendler.

| 07/21/20 | J J NORMILE | 1.30 |
|---|---|---|

Review various correspondence from M. Knight regarding ████████████████ (.50); review R. Kreppel comments to ████████████ (.80).

| 07/22/20 | K MCCARTHY | 0.50 |
|---|---|---|

Attention to correspondence with J. Normile and P. Hendler regarding patents asserted and dismissed in ongoing litigations.

| 07/22/20 | J J NORMILE | 2.00 |
|---|---|---|

Preparation for and participation in teleconference with R. Kreppel and M. Knight regarding ████████ ████████ on IPC Stipulated Dismissal Agreement (1.00); preparation for and participation in teleconference with M. Johnson regarding Collegium lift stay motion and related correspondence with K.. McCarthy and P. Hendler (1.00).

| 07/23/20 | J J NORMILE | 0.80 |
|---|---|---|

Review of various emails regarding Bankruptcy Court approval of IPC lift stay motion to enter Stipulated Dismissal Agreement and review of various budgets relating to IPC litigations.

| 07/27/20 | J J DARENSBOURG | 0.50 |
|---|---|---|

Manage/prepare procedure for destruction of Defendant's confidential material.

| 07/27/20 | P D HENDLER | 0.20 |
|---|---|---|

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding matter.

| 07/27/20 | K MCCARTHY | 2.30 |
|---|---|---|

Prepare for and participate in teleconference with P. Strassburger, B. Koch, R. Silbert, R. Inz, R. Kreppel, J. Normile, and P. Hendler regarding litigation status updates (.50), including review of litigation status tracker (.20); coordinate filing of IPC stipulated dismissals (.60) and attention to miscellaneous correspondence with client, opposing counsel, co-counsel, and local counsel regarding same (1.00).

| 07/27/20 | K I NIX | 0.30 |
|---|---|---|

Reviewed letter to Delaware court regarding dismissal and order of bankruptcy court.

| 07/27/20 | J J NORMILE | 1.00 |
|---|---|---|

Review of draft ████████████████████████ and relevant litigation budgets relating to same.

| 07/28/20 | J J DARENSBOURG | 2.40 |
|---|---|---|

Manage/prepare procedure for destruction of Defendant's confidential material; manage shared database for attorneys of Letter to Judge Andrews regarding Bankruptcy Order and Stipulated Dismissals.

JONES DAY

305158-610013                                                                                      Page 5
                                                                                      August 31, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                      Invoice:  33414463

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 07/28/20 | K MCCARTHY | 2.00 |

Communicate with J. Normile and J. Darensbourg regarding post-dismissal compliance with protective order (.50); draft/revise document destruction memo (.50); review personal case files and delete Defendants' highly confidential information in compliance with the protective order (1.00).

| 07/28/20 | J J NORMILE | 1.10 |

Review of various ECF orders regarding dismissal of IPC I, II and III (.30); review correspondence from R. Kreppel regarding 30-month stay orders and forwarding same (.30); review of M. Knight final draft of ███████████ (.50).

| 07/29/20 | K MCCARTHY | 0.30 |

Communicate with outside experts regarding case status and protective order compliance.

| 07/30/20 | J J DARENSBOURG | 0.10 |

Manage shared database for attorneys of Report to Commissioner of Patents and Trademarks.

**TOTAL**                                                                              **35.70**

**JONES DAY**

305158-610013                                                                 Page 6
                                                                    August 31, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.          Invoice:  33414463

## DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **CONSULTANTS FEES** | | | | |
| 07/16/20 | NYC ACCOUNTING | NYC | 1,800.00 | |
| | Consultants fees - RICHARD O MANNION for professional services rendered - April 2020. | | | |
| 07/16/20 | NYC ACCOUNTING | NYC | 675.00 | |
| | Consultants fees - RICHARD O MANNION for professional services rendered - May 2020. | | | |
| | **Consultants fees Subtotal** | | | **2,475.00** |
| **HOSTING CHARGES** | | | | |
| 07/06/20 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Hosting Charges - EMERSON RESOURCES, INC. for May 2020 storage. | | | |
| 07/16/20 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Hosting Charges - EMERSON RESOURCES, INC. for June storage | | | |
| | **Hosting Charges Subtotal** | | | **3,000.00** |
| | **TOTAL** | | **USD** | **5,475.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

August 31, 2020                                                         305158-610022

Invoice: 33414464

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through July 31, 2020:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 26,560.00 |
| Less 13% Fee Discount | | (3,452.80) |
| | USD | 23,107.20 |
| **TOTAL** | **USD** | **23,107.20** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610022/33414464 WITH YOUR PAYMENT

**JONES DAY**

305158-610022

Collegium 961 PGR

Page 2

August 31, 2020

Invoice: 33414464

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| M W JOHNSON | 7.40 | 800.00 | 5,920.00 |
| G J LAROSA | 4.50 | 1,075.00 | 4,837.50 |
| J J NORMILE | 12.90 | 1,225.00 | 15,802.50 |
| **TOTAL** | **24.80** | **USD** | **26,560.00** |

**JONES DAY**

305158-610022                                                                                    Page 3

                                                                                    August 31, 2020

Collegium 961 PGR                                                          Invoice:  33414464


## SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

07/01/20          J J NORMILE                                                    2.00
Continued review and revision of Lift Stay Motion including various correspondence from C. Robertson (DPW) and P. Strassburger and teleconference with P. Strassburger (1.50); various teleconferences with B. Koch, M. Johnson and K. McCarthy regarding status of 961 PGR (.50).

07/04/20          J J NORMILE                                                    0.80
Review correspondence from K. McCarthy regarding status of 961 PGR and related background materials.

07/07/20          G J LAROSA                                                    1.50
Communicate with client regarding strategy concerning motion to lift stay and reviewed related legal research.

07/07/20          J J NORMILE                                                    1.00
Review of relevant legal research regarding the status of Collegium's 961 PGR (.50)including teleconference with K. McCarthy and A. Simms regarding same (.50).

07/08/20          M W JOHNSON                                                    1.80
Draft/revise memorandum on termination of PGR based on failure to render decision within 18 months (1.30); brief client regarding the same (.50).

07/08/20          G J LAROSA                                                    1.00
Communicate regarding PGR strategy.

07/08/20          J J NORMILE                                                    2.80
Preparation for and participation in teleconference with B. Koch, R. Inz, P. Hendler, K. McCarthy, A. Simms, M. Johnson and G. LaRosa regarding current status of Collegium 961 PGR (1.00); review of legal research regarding statutory requirements to complete PGRs in an 18-month period including related teleconferences (1.30); review recent correspondence with J. Holdreith regarding bankruptcy stipulations regarding bankruptcy stays (.50).

07/09/20          G J LAROSA                                                    1.00
Communicate in firm regarding motion to lift stay.

07/09/20          J J NORMILE                                                    1.70
Preparation for and participation in various teleconferences with C. Robertson (DPW) regarding various procedural issues relating to the 961 PGR (.40); preparation for and participation in teleconference with J. Holdreith, P. Hendler, G. LaRosa, O. Langer, C. Pinahs and S. Gautier regarding various procedural aspects of the District of Massachusetts litigation and the 961 PGR (.50); review of relevant background materials relating to PTAB orders regarding extending the one-year deadline for issuance of final written decision (.40); preparation for and participation in teleconference with K. Orr and D. Moss regarding the procedural history of the 961 PGR (.40).

07/10/20          J J NORMILE                                                    1.00
Continued attention to various issues relating to the status of the 961 PGR including review of relevant PTO rules and regulations and various provisions of the U.S. Bankruptcy Code (.80); related teleconference with B. Koch (.20).

07/13/20          J J NORMILE                                                    1.00
Preparation for and participation in various teleconferences with C. Robertson (DPW) and P. Strassburger regarding upcoming teleconference with the UCC (.50); review of correspondence from K. Orr, D. Moss and R. Simms regarding status of the 961 PGR (.50).

07/14/20          G J LAROSA                                                    1.00
Communicate with Collegium's counsel and in firm regarding termination of PGR and motion to lift stay.

JONES DAY

305158-610022                                                            Page 4
                                                                  August 31, 2020
Collegium 961 PGR                                         Invoice:  33414464

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 07/20/20 | J J NORMILE | 1.00 |

Review of Collegium's motion to lift the stay in the 961 PGR and response to Purdue's motion to lift the stay in the District of Massachusetts action and various teleconferences and emails with P. Strassburger, C. Robertson (DPW) and B. Koch.

| 07/21/20 | M W JOHNSON | 0.50 |

Review/analyze Collegium brief regarding lifting of PTAB stay; discuss with J. Normile.

| 07/21/20 | J J NORMILE | 1.60 |

Preparation for and participation in teleconference with P. Strassburger, B. Koch, C. Robertson (DPW), E. Vonnegut (DPW), M. Tobac, K. Benedict and S. Sandhu regarding Collegium's submission to the bankruptcy court regarding various automatic stay issues (.50); related correspondence with D. Moss and P. Strassburger (.30); preparation for and participation in teleconference with P. Strassburger, B. Koch, C. Robertson (DPW), E. Vonnegut (DPW), M. Tobac, K. Benedict and S. Sandhu regarding Collegium's submission to the bankruptcy court regarding various automatic stay issues (.50); related correspondence with D. Moss and P. Strassburger (.30).

| 07/22/20 | M W JOHNSON | 1.00 |

Draft/revise memorandum regarding authority for PTAB to terminate PGR more than 18 months post-institution.

| 07/30/20 | M W JOHNSON | 4.10 |

Draft/revise bankruptcy court Reply regarding lifting of PTAB stay, particularly arguing that it is inappropriate for the bankruptcy court to compel the PTAB to issue a final written decision.

**TOTAL**                                                          **24.80**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

August 31, 2020                                                                 305158-640002

                                                                                                Invoice: 33414465

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through July 31, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 26,924.50 |
| Less 13% Fee Discount | | (3,500.18) |
| | USD | 23,424.32 |
| **TOTAL** | **USD** | **23,424.32** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33414465 WITH YOUR PAYMENT

**JONES DAY**

305158-640002

Strategic Corporate Advice

Page 2
August 31, 2020
Invoice:  33414465

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| D T MOSS | 1.60 | 1,000.00 | 1,600.00 |
| J J NORMILE | 12.10 | 1,225.00 | 14,822.50 |
| K D ORR | 1.00 | 1,350.00 | 1,350.00 |
| **ASSOCIATE** | | | |
| K MCCARTHY | 4.40 | 605.00 | 2,662.00 |
| A M NICOLAIS | 3.10 | 550.00 | 1,705.00 |
| R SIMS | 8.70 | 550.00 | 4,785.00 |
| **TOTAL** | **30.90** | **USD** | **26,924.50** |

JONES DAY

305158-640002                                                                                          Page 3
                                                                                              August 31, 2020
Strategic Corporate Advice                                                          Invoice:  33414465

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

07/02/20        J J NORMILE                                                                          1.50
Preparation for and participation in teleconference with P. Strassburger, C. Robertson (DPW), B. Koch, E.
Rothman and R. Kreppel regarding potential due diligence teleconferences on various pending motions
(1.00); teleconference with M. Knight regarding preparation of memorandum relating to IPC Standstill
Dismissal Agreement (.50).

07/03/20        J J NORMILE                                                                          1.00
Various correspondence with C. Robertson (DPW) regarding UCC inquiries regarding procedural status of
Collegium litigation and review of background materials regarding same.

07/06/20        A M NICOLAIS                                                                         0.70
Edits/revisions to Purdue weekly tracker (.20); communication in firm re same (.10); Purdue all matters
weekly status update meeting (.40).

07/09/20        D T MOSS                                                                             1.00
Communicate with Normile and Orr regarding automatic stay considerations (.50); review PTAB orders
(.20) and bankruptcy precedent re section 108(c) (.10) and communicate with Sims (.20) regarding further
research.

07/09/20        K D ORR                                                                              1.00
Communicate with Normile and Moss regarding automatic stay considerations.

07/09/20        R SIMS                                                                               0.50
Call with D. Moss regarding research related IP prosecution and automatic stay; review correspondence and
documents regarding same.

07/10/20        R SIMS                                                                               6.20
Review and analyze PTAB opinion and order (.20); review correspondence from D. Moss and J. Normile
regarding Collegium position on section 108 and automatic stay (.20); research regarding application of
section 108 and automatic stay (5.30); draft research memo regarding same (.50).

07/11/20        D T MOSS                                                                             0.30
Communicate with Sims regarding research points (.20) and review PTAB decision regarding same (.10).

07/11/20        R SIMS                                                                               0.50
Review and analyze PTAB opinion (.10); research regarding application of section 108 to appeal deadline
(.20); draft email memo regarding same (.10); further correspondence with D. Moss regarding same (.10).

07/13/20        K MCCARTHY                                                                           0.50
Draft/revise projected budget (.30) and communicate with J. Normile and B. Koch regarding same (.20).

07/13/20        D T MOSS                                                                             0.30
Review Sims memo regarding 108 application (.20); communicate with Sims regarding same (.10).

07/13/20        A M NICOLAIS                                                                         1.00
Edits/revisions to Purdue weekly tracker (.20); communication in firm with K. McCarthy re same (.10);
updates to Collegium litigation timeline at request of J. Normile (.30); weekly Purdue meeting (.40).

07/13/20        R SIMS                                                                               1.50
Research regarding PTAB proceeding and application of automatic stay and section 108 (.90); draft memo
regarding research (.20); review and analyze PTAB opinion (.10); call with D. Moss regarding research (.10);
further draft and revise research memo (.20).

07/14/20        J J NORMILE                                                                          1.00
Preparation for and participation in teleconference regarding Collegium Lift Stay Motion with Akin Gump
(counsel for the unsecured creditors committee), P. Strassburger, C. Robertson (DPW) and E. Vonnegut
(DPW).

**JONES DAY**

305158-640002                                                                                          Page 4
                                                                                                August 31, 2020
Strategic Corporate Advice                                                              Invoice:  33414465

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 07/15/20 | J J NORMILE | 1.50 |

Review of various correspondence regarding UCC request for an extension of time to file objections (.50); attention to submission of various litigation budgets to the UCC including various emails with P. Strassburger, C. Robertson (DPW) and B. Koch (.50); review of correspondence from M. Knight and R. Kreppel regarding ███████████ (.50).

| 07/16/20 | J J NORMILE | 0.50 |

Review of MMA cover letter and submission and various correspondence from P. Strassburger regarding same.

| 07/17/20 | J J NORMILE | 0.80 |

Review of various correspondence from C. Robertson (DPW) regarding objections to motion to lift stay for IPC settlements and to resume proceedings in the MA court against Collegium.

| 07/20/20 | A M NICOLAIS | 0.80 |

Edits/revisions/preparation of Purdue weekly tracker (.30); communication in firm with K. McCarthy re same (.10); Purdue weekly update and strategy meeting (.40).

| 07/22/20 | K MCCARTHY | 3.50 |

Draft/revise proposed litigation budget summary per B. Koch comments and communicate with J. Normile regarding same.

| 07/23/20 | J J NORMILE | 1.30 |

Attention to various matters relating to Project Catalyst including various emails from Skadden Arps and B. Koch relating to various IP matters.

| 07/24/20 | J J NORMILE | 1.50 |

Preparation for and participation in teleconference relating to draft APA including A. Gallogly, B. Koch, K. McCarthy, J. Doyle, M. Gibson, M. Summer and R. Schlossberg (1.00); review of draft APA and correspondence with B. Koch regarding same (.50).

| 07/25/20 | J J NORMILE | 0.50 |

Various correspondence to and from P. Strassburger and B. Koch regarding Project Catalyst.

| 07/27/20 | K MCCARTHY | 0.40 |

Draft/revise projected litigation budgets and communicate with J. Normile and B. Koch regarding same (.40).

| 07/27/20 | A M NICOLAIS | 0.60 |

Edits/revisions to Purdue weekly tracker (.30); weekly Purdue update call (.30).

| 07/27/20 | J J NORMILE | 1.50 |

Preparation for and participation in teleconference with A. Gallogly, B. Koch, K. McCarthy, J. Doyle, M. Gibson, M. Summer and R. Schlossberg regarding APA and various IP issues including review of relevant background materials.

| 07/29/20 | J J NORMILE | 1.00 |

Preparation for and participation in teleconference with P. Strassburger and B. Koch regarding revised Catalyst APA.

**TOTAL**                                                                                              **30.90**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

August 31, 2020                                                                          305158-999007

Invoice: 33414466

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through July 31, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 53,462.50 |
| Less 13% Fee Discount | | (6,950.12) |
| | USD | 46,512.38 |
| **TOTAL** | **USD** | **46,512.38** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33414466 WITH YOUR PAYMENT

**JONES DAY**

305158-999007                                                                                          Page 2

                                                                                          August 31, 2020

Retention Matters                                                          Invoice:  33414466

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| ASSOCIATE |  |  |  |
| A KORDAS | 27.00 | 750.00 | 20,250.00 |
| F SIDDIQUI | 3.40 | 550.00 | 1,870.00 |
| STAFF ATTY |  |  |  |
| L C FISCHER | 59.70 | 525.00 | 31,342.50 |
| **TOTAL** | **90.10** | **USD** | **53,462.50** |

JONES DAY

305158-999007                                                                                      Page 3
                                                                                          August 31, 2020

Retention Matters                                                                   Invoice:  33414466

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 07/02/20 | L C FISCHER | 4.00 |

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 07/02/20 | A KORDAS | 2.80 |

Finalize and coordinate filing the monthly fee statement.

| 07/03/20 | A KORDAS | 1.00 |

Draft/revise second interim fee application.

| 07/03/20 | F SIDDIQUI | 1.20 |

Finalize and file seventh monthly fee statement.

| 07/04/20 | A KORDAS | 2.00 |

Draft/revise second interim fee application.

| 07/06/20 | L C FISCHER | 0.50 |

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's disclosure as special litigation counsel to the debtors.

| 07/06/20 | A KORDAS | 2.00 |

Draft/revise second interim fee application.

| 07/07/20 | L C FISCHER | 5.00 |

Review and analyze updated conflict inquiry reports covering all interested parties in connection with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 07/08/20 | L C FISCHER | 4.50 |

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 07/08/20 | A KORDAS | 2.60 |

Draft/revise fee application and worksheet in connection with same.

| 07/09/20 | A KORDAS | 4.00 |

Draft/revise second interim fee application (2.60); correspond with J. Normile and J. McCarthy regarding same (.40); review June invoices for compliance with UST guidelines (1.00).

| 07/10/20 | A KORDAS | 2.70 |

Draft/revise second interim fee application (2.40); correspond with J. Normile regarding same (.30).

| 07/14/20 | L C FISCHER | 1.50 |

Review and analyze updated conflict reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel for the debtors.

| 07/15/20 | L C FISCHER | 1.80 |

Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 07/15/20 | A KORDAS | 3.60 |

Draft/revise fee application and coordinate filing of same (3.10); correspond with D. Consla (DPW) regarding service (.20); calls with J. Normile regarding matter (.30).

| 07/15/20 | F SIDDIQUI | 2.20 |

Compile feb-may redacted invoices and check against as-filed version (.90); finalize and file the second interim fee application (1.20).

JONES DAY

305158-999007                                                                                    Page 4
                                                                                        August 31, 2020
Retention Matters                                                              Invoice:  33414466

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 07/16/20 | L C FISCHER | 5.50 |

Review and analyze updated conflict inquiry reports covering all interested parties, including additional new parties in interest, in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 07/17/20 | L C FISCHER | 7.50 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties, including additional new parties in interest, in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 07/20/20 | L C FISCHER | 8.10 |
|---|---|---|

Review and analyze updated conflict inquiry reports covering all interested parties, including new interested parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel.

| 07/21/20 | L C FISCHER | 6.30 |
|---|---|---|

Review and analyze updated conflict inflict reports covering all interested parties, including new interested parties, in conjunction with preparing the Firm's disclosure as special litigation counsel to the debtors.

| 07/22/20 | A KORDAS | 2.40 |
|---|---|---|

Draft/revise June invoices to comply with UST guidelines (1.90); draft/revise monthly fee statement (.50).

| 07/24/20 | L C FISCHER | 2.00 |
|---|---|---|

Draft and revise supplemental disclosure schedule for the Firm's third supplemental disclosure.

| 07/24/20 | A KORDAS | 2.20 |
|---|---|---|

Draft/revise monthly fee statement and accompanying worksheet (2.00); confer with J. Normile regarding matter (.20).

| 07/25/20 | L C FISCHER | 2.00 |
|---|---|---|

Draft and revise supplemental disclosure schedule for the Firm's third supplemental disclosure.

| 07/27/20 | L C FISCHER | 3.00 |
|---|---|---|

Draft and revise supplemental disclosure schedule for the Firm's third supplemental disclosure.

| 07/28/20 | L C FISCHER | 8.00 |
|---|---|---|

Draft and revise disclosure documents in conjunction with preparing the Firm's first supplemental disclosure (5.80); research regarding parent companies and other related issues for same (1.20); email communication with Firm New Matter Services regarding same (1.00).

| 07/29/20 | A KORDAS | 1.70 |
|---|---|---|

Finalize monthly fee statement and coordinate filing and service of same.

**TOTAL**                                                                              **90.10**