**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

| | |
|---|---|
| IN RE: Purdue Pharma L.P. | CASE NO.: 19−23649−rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 06−1307484 | CHAPTER: 11 |

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be heard by the Honorable Robert D. Drain on 09/30/20 at 10:00 AM to consider and act upon the following:

Motion to File Proof of Claim After Claims Bar Date filed by James Harry Rand. (Entered: 09/09/2020)

You will be required to appear telephonically for your hearing by dialing into Courtcall services. Prior Courtcall approval will not be required for telephonic appearance through Courtcall for hearings until further notice. You may dial into Courtcall at (310)342−0888 to register your appearance 7 days prior to your scheduled hearing.

When asked for the name of the Bankruptcy Court Staff member who granted permission for you to appear telephonically, please provide the following name:

Eddie Andino, Divisional Manager

APPLICABLE TO PRO SE DEBTORS ONLY: No fee is required for pro se debtors appearing telephonically. Please indicate to Courtcall that you are a nonattorney or are appearing pro se. Courtcall will be provided a preapproved list of pro se and nonattorney debtors who will be appearing telephonically.

Dated: September 9, 2020                                            Vito Genna
                                                                    Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                                  Case No. 19-23649-rdd
Purdue Pharma L.P.                                                      Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-7        User:                    Page 1 of 12           Date Rcvd: Sep 09, 2020
                            Form ID: 143             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
7754213        +James Harry Rand,   United State Penitentiary,   P.O. Box 33 (E-2),
                 Terre Haute, IN 47808-0033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
              Aaron H. Stulman    on behalf of Interested Party    Walmart, Inc. astulman@potteranderson.com,
               bankruptcy@potteranderson.com
              Aaron R. Cahn    on behalf of Defendant    State of West Virginia, ex rel. Patrick Morrisey,
               Attorney General cahn@clm.com,    cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com
              Aaron R. Cahn    on behalf of Creditor    State of West Virginia, ex. rel. Patrick Morrisey,
               Attorney General cahn@clm.com,    cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com
              Aisha Rich    on behalf of Creditor    Board of Chicago School District No. 299
               arich@findjustice.com
              Alexander Lees    on behalf of Interested Party    Raymond Sackler Family alees@milbank.com,
               alexander-lees-2212@ecf.pacerpro.com;AutoDocketECF@milbank.com
              Alexander M Gormley    on behalf of Attorney Alexander Michael Gormley agormley@slevinhart.com,
               ssavitsky@slevinhart.com
              Alison Archer    on behalf of Creditor    Ohio Attorney General
               alison.archer@ohioattorneygeneral.gov
              Amanda Quick    on behalf of Defendant    State of Indiana amanda.quick@atg.in.gov,
               marie.baker@atg.in.gov
              Amanda Quick    on behalf of Creditor    State of Indiana amanda.quick@atg.in.gov,
               marie.baker@atg.in.gov
              Andrea Law    on behalf of Unknown    State of Illinois alaw@atg.state.il.us
              Andrew M. Troop    on behalf of Creditor    Ad Hoc Group of Non-Consenting States
               andrew.troop@pillsburylaw.com
              Anna Kordas    on behalf of Debtor    Purdue Pharma L.P. akordas@jonesday.com
              Anne Andrews    on behalf of Creditor Ryan   Hampton aa@andrewsthornton.com
              Annemarie Belanger Mathews    on behalf of Creditor    State of South Carolina, by and through
               Attorney General Alan Wilson amathews@scag.gov
              Anthony D. Boccanfuso    on behalf of Spec. Counsel    Arnold & Porter Kaye Scholer LLP
               Anthony.Boccanfuso@apks.com,    ecf-b9841d808f73@ecf.pacerpro.com
              Anthony D. Boccanfuso    on behalf of Debtor    Purdue Pharma L.P. Anthony.Boccanfuso@apks.com,
               ecf-b9841d808f73@ecf.pacerpro.com
              Ashley Crawford    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors of Purdue Pharma L.P., et al. avcrawford@akingump.com
              Ashley Keller    on behalf of Defendant    State of Arizona, ex rel. Mark Brnovich, Attorney
               General ack@kellerlenkner.com
              Ben Harrington    on behalf of Creditor    City of Seattle benh@hbsslaw.com
              Benjamin S. Kaminetzky    on behalf of Plaintiff    Purdue Pharma Manufacturing L.P.
               kaminet@dpw.com,    ecf.ct.papers@davispolk.com
              Benjamin S. Kaminetzky    on behalf of Plaintiff    Purdue Pharma of Puerto Rico kaminet@dpw.com,
               ecf.ct.papers@davispolk.com
              Benjamin S. Kaminetzky    on behalf of Plaintiff    Purdue Transdermal Technologies L.P.
               kaminet@dpw.com,    ecf.ct.papers@davispolk.com

```
District/off: 0208-7                  User:                       Page 2 of 12                    Date Rcvd: Sep 09, 2020
                                      Form ID: 143                Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Benjamin S. Kaminetzky    on behalf of Plaintiff    Purdue Pharma Inc. kaminet@dpw.com,
                ecf.ct.papers@davispolk.com
              Benjamin S. Kaminetzky    on behalf of Plaintiff    Rhodes Pharmaceuticals L.P. kaminet@dpw.com,
                ecf.ct.papers@davispolk.com
              Benjamin S. Kaminetzky    on behalf of Plaintiff    Purdue Pharma L.P. kaminet@dpw.com,
                ecf.ct.papers@davispolk.com
              Benjamin S. Kaminetzky    on behalf of Debtor    Purdue Pharma L.P. kaminet@dpw.com,
                ecf.ct.papers@davispolk.com
              Benjamin S. Kaminetzky    on behalf of Plaintiff    Rhodes Technologies kaminet@dpw.com,
                ecf.ct.papers@davispolk.com
              Benjamin S. Kaminetzky    on behalf of Plaintiff    Avrio Health L.P. kaminet@dpw.com,
                ecf.ct.papers@davispolk.com
              Benjamin S. Kaminetzky    on behalf of Plaintiff    Purdue Pharmaceuticals L.P. kaminet@dpw.com,
                ecf.ct.papers@davispolk.com
              Benjamin S. Kaminetzky    on behalf of Plaintiff    Purdue Pharmaceutical Products L.P.
               kaminet@dpw.com,  ecf.ct.papers@davispolk.com
              Bernard Ardavan Eskandari    on behalf of Defendant    The People of the State of California
               bernard.eskandari@doj.ca.gov
              Bernard Ardavan Eskandari    on behalf of Creditor    The People of the State of California
               bernard.eskandari@doj.ca.gov
              Beth   Kaswan     on behalf of Defendant    Town of Springfield bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Creditor    Town of Natick bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    City of Cambridge bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Creditor    Town of Canton bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Creditor    City of Haverhill bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Creditor    City of Worcester bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    City of Norwich bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    City of Worcester bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Creditor    City of Springfield, Mass. bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    Town of Wakefield bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    Town of Lynnfield bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    City of Middletown bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Creditor    City of Framingham bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    City of Chicopee bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Creditor    Town of Wakefield bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    City of Salem bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    City of Haverhill bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    City of Trenton bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Creditor    Town of Lynnfield bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    City Of Paterson, New Jersey bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    Town of Wethersfield bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    City of Framingham bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Creditor    City of Salem bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    Town of Canton bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    Town of Randolph bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    City of Portsmouth bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    Town of Natick bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Creditor    City of Gloucester bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Creditor    City of Cambridge bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Creditor    Town of Randolph bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    City of Gloucester bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Creditor    City of Chicopee bkaswan@scott-scott.com
              Beth   Kaswan     on behalf of Defendant    Town of Enfield bkaswan@scott-scott.com
              Brady C. Williamson    on behalf of Creditor    Tennessee Plaintiffs bwilliamson@gklaw.com
              Brady C. Williamson    on behalf of Creditor    Arkansas Plaintiffs bwilliamson@gklaw.com
              Brendan  O'Neil    on behalf of Creditor    State of Maine brendan.oneil@maine.gov
              Brett T DeLange    on behalf of Defendant    State of Idaho, Through Attorney General Lawrence G.
               Wasden brett.delange@ag.idaho.gov
              Brett T DeLange    on behalf of Creditor    State of Idaho, Through Attorney General Lawrence G.
               Wasden brett.delange@ag.idaho.gov
              Brian  Edmunds    on behalf of Creditor    State Of Maryland bedmunds@oag.state.md.us
              Brian S. Masumoto    on behalf of U.S. Trustee    United States Trustee nysbnotice@gmail.com
              CRG Financial LLC    on behalf of Creditor    CRG Financial LLC notices@CRGfinancial.com
              CRG Financial LLC    on behalf of Creditor    CRG Financial, LLC as Assignee of Fike Corporation
               notices@CRGfinancial.com
              Carol E. Momjian    on behalf of Creditor    Commonwealth of Pennsylvania
               cmomjian@attorneygeneral.gov
              Catherine  Steege    on behalf of Creditor    McKesson Corporation csteege@jenner.com,
               jeffrey_cross@discovery.com
              Celeste  Brustowicz    on behalf of Unknown Kara Trainor Brucato cbrustowicz@clfnola.com,
               lrichardson@clfnola.com
              Charles  Wysong    on behalf of Creditor    Board of Chicago School District No. 299
               cwysong@hsplegal.com
              Chiung-Hui  Huang    on behalf of Creditor    The Board of Education of East Aurora School District
               131 chuang@hslawyers.com
              Chiung-Hui  Huang    on behalf of Creditor    Board of Chicago School District No. 299
               chuang@hslawyers.com
```

```
District/off: 0208-7              User:                    Page 3 of 12              Date Rcvd: Sep 09, 2020
                                  Form ID: 143             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Chiung-Hui Huang    on behalf of Creditor    The Board of Education of Thornton Township High
               School District 205 chuang@hslawyers.com
              Chiung-Hui Huang    on behalf of Creditor    Board of Education of Thornton Township High School
               District 205 chuang@hslawyers.com
              Chiung-Hui Huang    on behalf of Creditor    Board of Education of East Aurora School District 131
               chuang@hslawyers.com
              Chiung-Hui Huang    on behalf of Creditor    Board of Education of Thornton Fractional Township
               High School District 215 chuang@hslawyers.com
              Chiung-Hui Huang    on behalf of Creditor    The Board of Education of Thornton Fractional
               Township High School District 215 chuang@hslawyers.com
              Christopher A. Lynch    on behalf of Creditor    AmerisourceBergen Drug Corporation
               clynch@reedsmith.com
              Christopher B Spuches    on behalf of Creditor    Attorney General, State of Florida
               cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com
              Christopher B Spuches    on behalf of Defendant    State of Florida, Office of the Attorney General,
               Department of Legal Affairs cbs@ecclegal.com,
               bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com
              Clayton Matheson, I    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors of Purdue Pharma L.P., et al. cmatheson@akingump.com
              Constantine Dean Pourakis    on behalf of Creditor Eric  Hestrup, et al. cp@stevenslee.com
              Corey Roush    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors of
               Purdue Pharma L.P., et al. croush@akingump.com
              Cyrus Mehri    on behalf of Creditor    Board of Education of East Aurora School District 131
               cmehri@findjustice.com
              Cyrus Mehri    on behalf of Creditor    Board of Education of Thornton Township High School
               District 205 cmehri@findjustice.com
              Cyrus Mehri    on behalf of Creditor    Board of Education of Thornton Fractional Township High
               School District 215 cmehri@findjustice.com
              Cyrus Mehri    on behalf of Creditor    Board of Chicago School District No. 299
               cmehri@findjustice.com
              Cyrus Mehri    on behalf of Creditor    La Rue County School District, Kentucky
               cmehri@findjustice.com
              Cyrus Mehri    on behalf of Creditor    Bullitt County School District, Kentucky
               cmehri@findjustice.com
              Daniel H. Slate    on behalf of Creditor    McKesson Corporation dslate@buchalter.com
              Daniel S. Connolly    on behalf of Unknown Richard  Sackler daniel.connolly@bracewell.com,
               mco@bracewell.com;joseph.lasher@bracewell.com
              Daniel S. Connolly    on behalf of Unknown Jonathan  Sackler daniel.connolly@bracewell.com,
               mco@bracewell.com;joseph.lasher@bracewell.com
              Daniel S. Connolly    on behalf of Unknown Beverly  Sackler daniel.connolly@bracewell.com,
               mco@bracewell.com;joseph.lasher@bracewell.com
              Daniel S. Connolly    on behalf of Unknown David  Sackler daniel.connolly@bracewell.com,
               mco@bracewell.com;joseph.lasher@bracewell.com
              Darlene M. Nowak    on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
              David Zwally    on behalf of Interested Party    Pharmaceutical Research Associates L.P.
               dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    Vitamerican Chemicals, Inc.
               dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    IAF Corporation dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    Nappwood Land Corporation dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    Rhodes Pharmaceuticals Inc.
               dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    Coventry Technologies L.P.
               dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    The Purdue Frederick Company Inc.
               dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    BR Holdings Associates Inc.
               dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    RSJ Company L.P. dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    The Seven Hundred Realty Corporation
               dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    Purdue Biopharma L.P. dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    Pharma Technologies Inc. dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    Hospice Provident LLC dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    Pharma Associates L.P. dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    Avrio Health Inc. dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    Connecticut Avenue Realty Co., Inc.
               dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    Purdue Biopharma Inc. dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    PLP Associates Holding Inc.
               dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    Sawwood Land Corporation dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    PLP Associates Holdings L.P.
               dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    Vitamerican Corporation dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    TXP Services, Inc. dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    One Stamford Realty L.P. dzwally@haugpartners.com
              David Zwally    on behalf of Interested Party    Essential Raw Materials dzwally@haugpartners.com

```
District/off: 0208-7                  User:                          Page 4 of 12                    Date Rcvd: Sep 09, 2020
                                      Form ID: 143                   Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              David  Zwally    on behalf of Interested Party    Purdue Pharma Technologies Inc.
               dzwally@haugpartners.com
              David  Zwally    on behalf of Interested Party    Rhodes Technologies Inc. dzwally@haugpartners.com
              David  Zwally    on behalf of Interested Party    Pharma Associates Inc. dzwally@haugpartners.com
              David  Zwally    on behalf of Interested Party    BR Holdings Associates L.P.
               dzwally@haugpartners.com
              David  Zwally    on behalf of Interested Party    The P.F. Laboratories, Inc
               dzwally@haugpartners.com
              David  Zwally    on behalf of Interested Party    Caas Leasing, Inc. dzwally@haugpartners.com
              David  Zwally    on behalf of Interested Party    Midvale Chemical Company dzwally@haugpartners.com
              David  Zwally    on behalf of Interested Party    PRA Holdings, Inc. dzwally@haugpartners.com
              David  Zwally    on behalf of Interested Party    E.R.G. Realty, Inc. dzwally@haugpartners.com
              David  Zwally    on behalf of Interested Party    New Suffolk Holdings LLP dzwally@haugpartners.com
              David  Zwally    on behalf of Interested Party    Purdue Healthcare Technologies L.P.
               dzwally@haugpartners.com
              David  Zwally    on behalf of Interested Party    One Stamford Land Inc. dzwally@haugpartners.com
              David  Zwally    on behalf of Interested Party    Purdue Healthcare Technologies Inc.
               dzwally@haugpartners.com
              David  Zwally    on behalf of Interested Party    Pharmaceutical Research Associates, Inc.
               dzwally@haugpartners.com
              David  Zwally    on behalf of Interested Party    The Terramar Foundation, Inc.
               dzwally@haugpartners.com
              David Eli Nachman    on behalf of Defendant    The People of the State of New York, by Letitia
               James, Attorney General of the State of New York david.nachman@ag.ny.gov
              David Eli Nachman    on behalf of Creditor    People of the State of New York
               david.nachman@ag.ny.gov
              Dawn  Stewart    on behalf of Creditor    Board of Chicago School District No. 299
               dstewart@thestewartlawfirm.com
              Denise  Mondell    on behalf of Creditor    State of Connecticut denise.mondell@ct.gov
              Dennis  Windscheffel    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors of Purdue Pharma L.P., et al. dwindscheffel@akingump.com
              Dina L. Yunker Frank    on behalf of Interested Party    Washington State Department of Revenue
               bcuyunker@atg.wa.gov
              Donald K. Ludman    on behalf of Unknown    SAP America, Inc. dludman@brownconnery.com
              Dorothy  White-Coleman    on behalf of Unknown    City of Bellefontaine Neighbors, Missouri
               whitecoleman@whitecoleman.net
              Edward E. Neiger    on behalf of Unknown    Ad Hoc Group of Individual Victims of Purdue Pharma
               L.P. eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com
              Eleanor M. Mullen    on behalf of Creditor    State of Connecticut eleanor.mullen@ct.gov
              Eli J. Vonnegut    on behalf of Debtor    Purdue Pharma of Puerto Rico eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut    on behalf of Debtor    Quidnick Land L.P. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut    on behalf of Debtor    Rhodes Pharmaceuticals L.P. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut    on behalf of Debtor    Purdue Neuroscience Company eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut    on behalf of Debtor    Purdue Pharma L.P. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut    on behalf of Plaintiff    Avrio Health L.P. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut    on behalf of Plaintiff    Rhodes Technologies eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut    on behalf of Interested Party    PJT Partners LP eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut    on behalf of Plaintiff    Purdue Pharma Inc. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut    on behalf of Debtor    Rhodes Associates L.P. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut    on behalf of Debtor    Purdue Pharma Manufacturing L.P.
               eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com
              Eli J. Vonnegut    on behalf of Plaintiff    Purdue Pharmaceutical Products L.P.
               eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com
              Eli J. Vonnegut    on behalf of Debtor    Greenfield BioVentures L.P. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut    on behalf of Plaintiff    Purdue Pharma Manufacturing L.P.
               eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com
              Eli J. Vonnegut    on behalf of Debtor    Button Land L.P. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut    on behalf of Debtor    Adlon Therapeutics L.P. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut    on behalf of Plaintiff    Purdue Transdermal Technologies L.P.
               eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com
              Eli J. Vonnegut    on behalf of Debtor    SVC Pharma Inc. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut    on behalf of Debtor    Seven Seas Hill Corp. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
```

```
District/off: 0208-7                  User:                        Page 5 of 12                 Date Rcvd: Sep 09, 2020
                                      Form ID: 143                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Eli J. Vonnegut     on behalf of Debtor    SVC Pharma LP eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut     on behalf of Debtor    Paul Land Inc. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut     on behalf of Debtor    Purdue Pharma Inc. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut     on behalf of Debtor    Avrio Health L.P. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut     on behalf of Debtor    Rhodes Technologies eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut     on behalf of Debtor    Ophir Green Corp. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut     on behalf of Plaintiff    Purdue Pharma of Puerto Rico
               eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com
              Eli J. Vonnegut     on behalf of Plaintiff    Purdue Pharma L.P. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut     on behalf of Debtor    UDF LP eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut     on behalf of Debtor    Purdue Pharmaceutical Products L.P.
               eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com
              Eli J. Vonnegut     on behalf of Debtor    Purdue Transdermal Technologies L.P.
               eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com
              Eli J. Vonnegut     on behalf of Debtor    Purdue Pharmaceuticals L.P. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut     on behalf of Debtor    Imbrium Therapeutics L.P. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut     on behalf of Plaintiff    Rhodes Pharmaceuticals L.P. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut     on behalf of Plaintiff    Purdue Pharmaceuticals L.P. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Eli J. Vonnegut     on behalf of Debtor    Nayatt Cove Lifescience Inc. eli.vonnegut@davispolk.com,
               ecf.ct.papers@davispolk.com
              Elisha D. Graff     on behalf of Interested Party    PJT Partners LP egraff@stblaw.com
              Elizabeth Scott     on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors of Purdue Pharma L.P., et al. edscott@akingump.com
              Emily Brown     on behalf of Creditor    Board of Chicago School District No. 299
               ebrown@hsplegal.com
              Eric Goldstein     on behalf of Interested Party    United HealthCare Services, Inc.
               egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
              Eric J. Snyder     on behalf of Creditor    State of Alabama esnyder@wilkauslander.com,
               jstauder@wilkauslander.com
              Eric John Maloney     on behalf of Defendant    State of Minnesota by its Attorney General, Keith
               Ellison eric.maloney@ag.state.mn.us
              Eric John Maloney     on behalf of Creditor    State of Minnesota eric.maloney@ag.state.mn.us
              Eric M. Gold     on behalf of Defendant    Commonwealth of Massachusetts eric.gold@state.ma.us
              Eric M. Gold     on behalf of Creditor    Commonwealth of Massachusetts eric.gold@state.ma.us
              Erin West     on behalf of Creditor    Tennessee Plaintiffs ewest@gklaw.com,
               kboucher@gklaw.com;elewerenz@gklaw.com
              Erin West     on behalf of Creditor    Arkansas Plaintiffs ewest@gklaw.com,
               kboucher@gklaw.com;elewerenz@gklaw.com
              Evan Romanoff     on behalf of Creditor    State of Minnesota evan.romanoff@ag.state.mn.us
              Evan M. Jones     on behalf of Interested Party    Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a
               Janssen Pharmaceuticals, Inc. ejones@omm.com, evan-jones-5677@ecf.pacerpro.com
              Evan M. Jones     on behalf of Interested Party    Janssen Pharmaceutica, Inc. n/k/a Janssen
               Pharmaceuticals, Inc. ejones@omm.com, evan-jones-5677@ecf.pacerpro.com
              Evan M. Jones     on behalf of Interested Party    Johnson & Johnson ejones@omm.com,
               evan-jones-5677@ecf.pacerpro.com
              Evan M. Jones     on behalf of Interested Party    Janssen Pharmaceuticals, Inc. ejones@omm.com,
               evan-jones-5677@ecf.pacerpro.com
              Gary A. Gotto     on behalf of Creditor    Humboldt County ggotto@kellerrohrback.com
              Gary A. Gotto     on behalf of Creditor    City of Thornton ggotto@kellerrohrback.com
              Gary A. Gotto     on behalf of Creditor    City of Brighton ggotto@kellerrohrback.com
              Gary A. Gotto     on behalf of Creditor    Saint Regis Mohawk Tribe ggotto@kellerrohrback.com
              Gary A. Gotto     on behalf of Creditor    Pierce County ggotto@kellerrohrback.com
              Gary A. Gotto     on behalf of Creditor    City of Burlington ggotto@kellerrohrback.com
              Gary A. Gotto     on behalf of Creditor    City of Mount Vernon ggotto@kellerrohrback.com
              Gary A. Gotto     on behalf of Creditor    San Juan County ggotto@kellerrohrback.com
              Gary A. Gotto     on behalf of Creditor    Mohave County ggotto@kellerrohrback.com
              Gary A. Gotto     on behalf of Creditor    The Makah Indian Tribe ggotto@kellerrohrback.com
              Gary A. Gotto     on behalf of Creditor    City and County of Denver ggotto@kellerrohrback.com
              Gary A. Gotto     on behalf of Creditor    Clark County ggotto@kellerrohrback.com
              Gary A. Gotto     on behalf of Creditor    City of Lakewood ggotto@kellerrohrback.com
              Gary A. Gotto     on behalf of Creditor    City of Westminster ggotto@kellerrohrback.com
              Gary A. Gotto     on behalf of Creditor    Yuma County ggotto@kellerrohrback.com
              Gary A. Gotto     on behalf of Creditor    Mesa County ggotto@kellerrohrback.com
              Gary A. Gotto     on behalf of Creditor    Maricopa County ggotto@kellerrohrback.com
              Gary A. Gotto     on behalf of Creditor    City of Eureka ggotto@kellerrohrback.com
              Gary A. Gotto     on behalf of Creditor    Skagit County ggotto@kellerrohrback.com
```

```
District/off: 0208-7                  User:                           Page 6 of 12                    Date Rcvd: Sep 09, 2020
                                      Form ID: 143                    Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Gary A. Gotto    on behalf of Creditor    City of Northglenn ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Cochise County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Arizona Counties Insurance Pool ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Whatcom County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Mount Vernon School District ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Arizona School Alliance for Workers' Compensation
               ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Boulder County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Arapahoe County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    City and County of Broomfield ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Santa Barbara County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Unknown     City of Federal Heights ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Franklin County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Lummi Tribe of the Lummi Reservation
               ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Town of Hudson ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Adams County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Chelan County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Fremont County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Spokane County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Ada County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Missoula County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Teller County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    City of Commerce City ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Clallam County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Walla Walla County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Navajo County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Sedro-Woolley School District ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    City of Greeley ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    City of Olympia ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Northwest Arizona Employee Benefit Trust
               ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    City of Bainbridge ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Arizona Municipal Risk Retention Pool
               ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Tri-County Health Department ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Jefferson County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Larimer County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    City of Spokane ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Kitsap County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    City of Kingman ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    City of Black Hawk ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    City of Tacoma ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    City of Vancouver ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    City of Aurora ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    La Conner School District ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    City of Anacortes ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    City of Sedro-Woolley ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Tulalip Tribes ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    City of Kent ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    King County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Whitman County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    City of Sheridan ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Island County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Lincoln County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Kittitas County ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Nez Perce Tribe ggotto@kellerrohrback.com
              Gary A. Gotto    on behalf of Creditor    Thurston County ggotto@kellerrohrback.com
              Gary D. Bressler    on behalf of Creditor    Westchester Fire Insurance Company
               gbressler@mdmc-law.com, jfalco@mdmc-law.com;scarney@mdmc-law.com;nleonard@mdmc-law.com
              George Calhoun, IV    on behalf of Unknown    Ironshore Specialty Insurance Company
               george@ifrahlaw.com
              George Robert Gage, Jr    on behalf of Unknown    Allergan Finance LLC grgage@gagespencer.com
              George W. Shuster, Jr.    on behalf of Debtor    Purdue Pharma L.P. george.shuster@wilmerhale.com,
               WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com
              Gerard Uzzi    on behalf of Unknown Richard  Sackler guzzi@milbank.com,
               jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.p
               acerpro.com
              Gerard Uzzi    on behalf of Unknown Jonathan  Sackler guzzi@milbank.com,
               jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.p
               acerpro.com
              Gerard Uzzi    on behalf of Unknown    Jonathan Sackler guzzi@milbank.com,
               jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.p
               acerpro.com
              Gerard Uzzi    on behalf of Unknown    Dr. Richard Sackler, Jonathan Sackler,  David Sackler, and
               Beverly Sackler guzzi@milbank.com,
               jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.p
               acerpro.com
```

```
District/off: 0208-7              User:                        Page 7 of 12                Date Rcvd: Sep 09, 2020
                                  Form ID: 143                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Gerard    Uzzi    on behalf of Unknown David   Sackler guzzi@milbank.com,
               jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.p
               acerpro.com
              Gerard    Uzzi    on behalf of Interested Party    The Raymond Sackler Family guzzi@milbank.com,
               jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.p
               acerpro.com
              Gerard    Uzzi    on behalf of Unknown Beverly   Sackler guzzi@milbank.com,
               jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.p
               acerpro.com
              Gerard    Uzzi    on behalf of Interested Party    Raymond Sackler Family guzzi@milbank.com,
               jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.p
               acerpro.com
              Gillian    Feiner     on behalf of Defendant    Commonwealth of Massachusetts gillian.feiner@mass.gov
              Gillian    Feiner     on behalf of Creditor    Commonwealth of Massachusetts gillian.feiner@mass.gov
              Gregory Dale Willard     on behalf of Creditor    State of Missouri, by its Attorney General Eric S.
               Schmitt gwillard@dubllc.com
              Gregory P. Joseph     on behalf of Unknown Jonathan   Sackler gjoseph@jha.com
              Gregory P. Joseph     on behalf of Unknown Beverly   Sackler gjoseph@jha.com
              Gregory P. Joseph     on behalf of Unknown Richard   Sackler gjoseph@jha.com
              Gregory P. Joseph     on behalf of Unknown David   Sackler gjoseph@jha.com
              Heather M Crockett      on behalf of Defendant    State of Indiana heather.crockett@atg.in.gov,
               marie.baker@atg.in.gov
              Heather M Crockett      on behalf of Creditor    State of Indiana heather.crockett@atg.in.gov,
               marie.baker@atg.in.gov
              Ilana    Volkov    on behalf of Creditor    Ad Hoc Group of Hospitals ivolkov@mcgrailbensinger.com,
               ivolkov@mcgrailbensinger.com
              Ira    Burnim    on behalf of Unknown     Kennedy Forum and other national organizations
               irabster@gmail.com
              Ira S. Dizengoff     on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors of Purdue Pharma L.P., et al. idizengoff@akingump.com,
               apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bke
               mp@akingump.com
              J. Christopher Shore     on behalf of Unknown    Ad Hoc Group of Individual Victims of Purdue Pharma
               L.P. cshore@whitecase.com,    jdisanti@whitecase.com;mcosbny@whitecase.com
              Jake    Holdreith    on behalf of Unknown    Collegium Pharmaceutical, Inc.
               jholdreith@robinskaplan.com,
               bmiller@robinskaplan.com;tbarrett@robinskaplan.com;cmay@robinskaplan.com
              James I. McClammy     on behalf of Debtor    Purdue Pharma L.P. james.mcclammy@davispolk.com,
               ecf.ct.papers@davispolk.com
              James I. McClammy     on behalf of Plaintiff    Avrio Health L.P. james.mcclammy@davispolk.com,
               ecf.ct.papers@davispolk.com
              James I. McClammy     on behalf of Plaintiff    Purdue Pharma L.P. james.mcclammy@davispolk.com,
               ecf.ct.papers@davispolk.com
              James I. McClammy     on behalf of Plaintiff    Rhodes Technologies james.mcclammy@davispolk.com,
               ecf.ct.papers@davispolk.com
              James I. McClammy     on behalf of Plaintiff    Purdue Pharma Inc. james.mcclammy@davispolk.com,
               ecf.ct.papers@davispolk.com
              James I. McClammy     on behalf of Plaintiff    Purdue Transdermal Technologies L.P.
               james.mcclammy@davispolk.com,    ecf.ct.papers@davispolk.com
              James I. McClammy     on behalf of Plaintiff    Purdue Pharma of Puerto Rico
               james.mcclammy@davispolk.com,    ecf.ct.papers@davispolk.com
              James I. McClammy     on behalf of Plaintiff    Purdue Pharmaceutical Products L.P.
               james.mcclammy@davispolk.com,    ecf.ct.papers@davispolk.com
              James I. McClammy     on behalf of Plaintiff    Purdue Pharma Manufacturing L.P.
               james.mcclammy@davispolk.com,    ecf.ct.papers@davispolk.com
              James I. McClammy     on behalf of Plaintiff    Rhodes Pharmaceuticals L.P.
               james.mcclammy@davispolk.com,    ecf.ct.papers@davispolk.com
              James I. McClammy     on behalf of Plaintiff    Purdue Pharmaceuticals L.P.
               james.mcclammy@davispolk.com,    ecf.ct.papers@davispolk.com
              James T. Boffetti     on behalf of Creditor    State of New Hampshire james.boffetti@doj.nh.gov,
               janet.demers@doj.nh.gov
              Jamie    Fell    on behalf of Interested Party    PJT Partners LP jamie.fell@stblaw.com
              Jasmine    Ball    on behalf of Unknown    Beacon Company jball@debevoise.com,
               cponeal@debevoise.com;nquigley@debevoise.com
              Jay    Teitelbaum    on behalf of Creditor    Community Health Systems, Inc., Tenet Healthcare
               Corporation, and Infirmary Health System, Inc. et al jteitelbaum@tblawllp.com,
               dcampagne@tblawllp.com
              Jay    Teitelbaum    on behalf of Unknown    Community Health Systems, Inc., Tenet Healthcare
               Corporation, and Infirmary Health System, Inc. et al jteitelbaum@tblawllp.com,
               dcampagne@tblawllp.com
              Jeffrey K. Garfinkle     on behalf of Creditor    McKesson Corporation, on behalf of itself and
               certain corporate affiliates jgarfinkle@buchalter.com,
               dcyrankowski@buchalter.com;docket@buchalter.com
              Jeffrey K. Garfinkle     on behalf of Creditor    McKesson Corporation jgarfinkle@buchalter.com,
               dcyrankowski@buchalter.com;docket@buchalter.com
              Jennifer B Lyday     on behalf of Creditor    State of North Carolina jlyday@waldrepllp.com
              Jennifer Lynn Vandermeuse     on behalf of Interested Party    State of Wisconsin
               vandermeusejl@doj.state.wi.us,    radkeke@doj.state.wi.us
```

```
District/off: 0208-7                  User:                      Page 8 of 12                   Date Rcvd: Sep 09, 2020
                                      Form ID: 143               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jennifer Lynn Vandermeuse    on behalf of Defendant    State of Wisconsin
           vandermeusejl@doj.state.wi.us, radkeke@doj.state.wi.us
          Jeremy  Pearlman    on behalf of Creditor     State of Connecticut jeremy.pearlman@ct.gov
          Jeremy C. Kleinman    on behalf of Interested Party    Walgreen Co. and certain corporate
           affiliates and subsidiaries jkleinman@fgllp.com
          Jill  Abrams    on behalf of Creditor     The State of Vermont, by and through Attorney General
           Thomas J. Donovan Jr. jill.abrams@vermont.gov
          Joanna  Lydgate    on behalf of Creditor     Commonwealth of Massachusetts joanna.lydgate@mass.gov
          Joel  Shafferman    on behalf of Creditor Casey David Nadolski joel@shafeldlaw.com
          John Michael Connolly    on behalf of Creditor    Attorney General, State of Arizona
           mike@consovoymccarthy.com
          John Wayne Hogan    on behalf of Creditor     Board of Chicago School District No. 299
           hogan@terrellhogan.com
          Jonathan Watson Cuneo    on behalf of Creditor    Community Health Systems, Inc., Tenet Healthcare
           Corporation, and Infirmary Health System, Inc. et al jonc@cuneolaw.com
          Jordan S. Blask    on behalf of Creditor    Thermo Fisher Scientific jblask@tuckerlaw.com,
           agilbert@tuckerlaw.com
          Joseph D. Frank    on behalf of Interested Party    Walgreen Co. and certain corporate affiliates
           and subsidiaries jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com
          Joshua  Karsh    on behalf of Creditor    Board of Chicago School District No. 299
           pleadings@findjustice.com
          Joshua  Karsh    on behalf of Creditor    Board of Education of Thornton Fractional Township High
           School District 215 pleadings@findjustice.com
          Joshua  Karsh    on behalf of Creditor    Board of Education of Thornton Township High School
           District 205 pleadings@findjustice.com
          Joshua  Karsh    on behalf of Creditor    Independent Public School Districts
           pleadings@findjustice.com
          Joshua  Karsh    on behalf of Creditor    Board of Education of East Aurora School District 131
           pleadings@findjustice.com
          Judith Aurora Yosepha Fiorentini    on behalf of Creditor    The People of the State of California
           judith.fiorentini@doj.ca.gov
          Julie Elizabeth Cohen    on behalf of Debtor    Purdue Pharma L.P. julie.cohen@skadden.com
          Justino D Petrarca    on behalf of Creditor    Board of Education of East Aurora School District
           131 jpetrarca@edlawyer.com, emcnulty@edlawyer.com
          Justino D Petrarca    on behalf of Creditor    Board of Education of Thornton Fractional Township
           High School District 215 jpetrarca@edlawyer.com, emcnulty@edlawyer.com
          Justino D Petrarca    on behalf of Creditor    Board of Education of Thornton Township High School
           District 205 jpetrarca@edlawyer.com, emcnulty@edlawyer.com
          Katherine  McCraw    on behalf of Creditor    NC Dept. of Health and Human Services
           kmccraw@ncdoj.gov, kchadwick@ncdoj.gov;etant@ncdoj.gov;lbulls@ncdoj.gov
          Katherine  Stadler    on behalf of Creditor    Tennessee Plaintiffs kstadler@gklaw.com,
           kboucher@gklaw.com
          Katherine  Stadler    on behalf of Creditor    Arkansas Plaintiffs kstadler@gklaw.com,
           kboucher@gklaw.com
          Katherine  Stadler    on behalf of Defendant    Tennessee Plaintiffs kstadler@gklaw.com,
           kboucher@gklaw.com
          Katherine  Stadler    on behalf of Defendant    Arkansas Plaintiffs kstadler@gklaw.com,
           kboucher@gklaw.com
          Kathryn  Blake    on behalf of Creditor    People of the State of New York kathryn.blake@ag.ny.gov
          Kathryn  Blake    on behalf of Defendant    The People of the State of New York, by Letitia James,
           Attorney General of the State of New York kathryn.blake@ag.ny.gov
          Kenneth H. Eckstein    on behalf of Interested Party    Ad Hoc Committee of Governmental and Other
           Contingent Litigation Claimants keckstein@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
          Kenneth H. Eckstein    on behalf of Creditor    Ad Hoc Committee of Governmental and Other
           Contingent Litigation Claimants keckstein@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
          Kevin C. Maclay    on behalf of Unknown    Multi-State Governmental Entities Group
           kmaclay@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
          Kimberly P. Massicotte    on behalf of Creditor    State of Connecticut kimberly.massicotte@ct.gov
          Lara J Fogel    on behalf of Creditor    State of New Jersey lfogel@levinelee.com
          Lara J Fogel    on behalf of Defendant    State of New Jersey lfogel@levinelee.com
          Laura  McFarlane    on behalf of Interested Party    State of Wisconsin mcfarlanele@doj.state.wi.us
          Laurel D. Roglen    on behalf of Creditor    DuPont de Nemours, Inc. roglenl@ballardspahr.com
          Lauren Guth Barnes    on behalf of Creditor    Blue Cross Blue Shield Association
           lauren@hbsslaw.com, purduebankruptcy@hbsslaw.com
          Laurie  Rubinow    on behalf of Unknown    Ad Hoc Group of  Self-Funded Health Plans
           lrubinow@sfmslaw.com
          Lawrence L. Tong    on behalf of Creditor    State of Hawaii ex rel. Clare E. Connors, Attorney
           General lawrence.l.tong@hawaii.gov, mana.moriarty@hawaii.gov;aaron.s.joyce@hawaii.gov
          Leah M. Eisenberg    on behalf of Creditor    CVS Caremark Part D Services, L.L.C.
           leisenberg@foley.com, leisenberg@foley.com
          Leah M. Eisenberg    on behalf of Creditor    CaremarkPCS Health, L.L.C. leisenberg@foley.com,
           leisenberg@foley.com
          Leslie A. Eaton    on behalf of Creditor    Colorado Attorney General leslie.eaton@coag.gov
          Leslie A. Eaton    on behalf of Creditor    Colorado Department of Law leslie.eaton@coag.gov
          Leslie A. Goller    on behalf of Creditor    Board of Chicago School District No. 299
           lgoller@terrellhogan.com
          Linda J Conti    on behalf of Creditor    State of Maine linda.conti@maine.gov

```
District/off: 0208-7              User:                    Page 9 of 12                    Date Rcvd: Sep 09, 2020
                                  Form ID: 143             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Lori A. Butler   on behalf of Creditor   Pension Benefit Guaranty Corporation butler.lori@pbgc.gov, efile@pbgc.gov
    Louis J. Testa   on behalf of Defendant   The People of the State of New York, by Letitia James, Attorney General of the State of New York louis.testa@ag.ny.gov
    Louis J. Testa   on behalf of Creditor   People of the State of New York louis.testa@ag.ny.gov
    Lowell W. Finson   on behalf of Creditor   Anne Alexander, et al. lowellwfinson@gmail.com
    Mai Lan G. Rodgers   on behalf of Creditor   Pension Benefit Guaranty Corporation rodgers.mailan@pbgc.gov, efile@pbgc.gov
    Marc Joseph Tobak   on behalf of Plaintiff   Rhodes Pharmaceuticals L.P. mtobak@dpw.com, ecf.ct.papers@davispolk.com
    Marc Joseph Tobak   on behalf of Debtor   Purdue Pharma L.P. mtobak@dpw.com, ecf.ct.papers@davispolk.com
    Marc Joseph Tobak   on behalf of Plaintiff   Purdue Pharma Manufacturing L.P. mtobak@dpw.com, ecf.ct.papers@davispolk.com
    Marc Joseph Tobak   on behalf of Plaintiff   Purdue Pharmaceutical Products L.P. mtobak@dpw.com, ecf.ct.papers@davispolk.com
    Marc Joseph Tobak   on behalf of Plaintiff   Purdue Pharma Inc. mtobak@dpw.com, ecf.ct.papers@davispolk.com
    Marc Joseph Tobak   on behalf of Plaintiff   Purdue Pharma L.P. mtobak@dpw.com, ecf.ct.papers@davispolk.com
    Marc Joseph Tobak   on behalf of Plaintiff   Rhodes Technologies mtobak@dpw.com, ecf.ct.papers@davispolk.com
    Marc Joseph Tobak   on behalf of Plaintiff   Purdue Pharma of Puerto Rico mtobak@dpw.com, ecf.ct.papers@davispolk.com
    Marc Joseph Tobak   on behalf of Plaintiff   Avrio Health L.P. mtobak@dpw.com, ecf.ct.papers@davispolk.com
    Marc Joseph Tobak   on behalf of Plaintiff   Purdue Transdermal Technologies L.P. mtobak@dpw.com, ecf.ct.papers@davispolk.com
    Marc Joseph Tobak   on behalf of Plaintiff   Purdue Pharmaceuticals L.P. mtobak@dpw.com, ecf.ct.papers@davispolk.com
    Margaret Truesdale   on behalf of Creditor   Board of Chicago School District No. 299 mtruesdale@hsplegal.com
    Mark Krueger   on behalf of Creditor   State of Nevada mkrueger@ag.nv.gov, dpotnar@ag.nv.gov, jwhitson@ag.nv.gov,vbmonroy@ag.nv.gov,lmtucker@ag.nv.gov
    Mark Tate   on behalf of Attorney   Village of Amityville, NY, et al. wkell@tatelawgroup.com
    Mark S. Dym   on behalf of Creditor   Board of Education of Thornton Fractional Township High School District 215 mdym@hsplegal.com
    Mark S. Dym   on behalf of Creditor   Board of Education of Thornton Township High School District 205 mdym@hsplegal.com
    Mark S. Dym   on behalf of Creditor   Board of Education of East Aurora School District 131 mdym@hsplegal.com
    Mark S. Dym   on behalf of Creditor   Board of Chicago School District No. 299 mdym@hsplegal.com
    Marshall C. Turner   on behalf of Creditor   Ascent Health Services marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
    Marshall C. Turner   on behalf of Creditor   Express Scripts, Inc. marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
    Marshall C. Turner   on behalf of Creditor   Express Scripts Senior Care Holdings, Inc. marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
    Marvin E. Clements, Jr.   on behalf of Creditor   Tennessee Attorney General's Office agbanknewyork@ag.tn.gov
    Matthew J. Gold   on behalf of Defendant   State of Washington mgold@kkwc.com
    Matthew J. Gold   on behalf of Interested Party   State of Washington mgold@kkwc.com
    Matthew J. Piers   on behalf of Creditor   Board of Education of Thornton Township High School District 205 mpiers@hsplegal.com, rortiz@hsplegal.com;docketing@hsplegal.com
    Matthew J. Piers   on behalf of Creditor   Board of Education of Thornton Fractional Township High School District 215 mpiers@hsplegal.com, rortiz@hsplegal.com;docketing@hsplegal.com
    Matthew J. Piers   on behalf of Creditor   Board of Chicago School District No. 299 mpiers@hsplegal.com, rortiz@hsplegal.com;docketing@hsplegal.com
    Matthew J. Piers   on behalf of Creditor   Board of Education of East Aurora School District 131 mpiers@hsplegal.com, rortiz@hsplegal.com;docketing@hsplegal.com
    Mawerdi Hamid   on behalf of Creditor   State of Minnesota mawerdi.hamid@ag.state.mn.us
    Megan Paris Rundlet   on behalf of Defendant   State of Colorado megan.rundlet@coag.gov
    Megan Paris Rundlet   on behalf of Creditor   Colorado Attorney General megan.rundlet@coag.gov
    Melanie L. Cyganowski   on behalf of Creditor   State of Texas, acting by and through the Attorney General of Texas, Ken Paxton mcyganowski@oshr.com, awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com
    Melanie L. Cyganowski   on behalf of Creditor   the State of Texas, acting by and through the Attorney General of Texas, Ken Paxton mcyganowski@oshr.com, awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com
    Melanie L. Cyganowski   on behalf of Creditor   Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants mcyganowski@oshr.com, awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

```
District/off: 0208-7                  User:                       Page 10 of 12              Date Rcvd: Sep 09, 2020
                                      Form ID: 143                Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Melissa L. Van Eck    on behalf of Creditor    Commonwealth of Pennsylvania
               mvaneck@attorneygeneral.gov
              Melissa L. Van Eck    on behalf of Defendant    Commonwealth of Pennsylvania
               mvaneck@attorneygeneral.gov
              Merrida  Coxwell    on behalf of Attorney Merrida P Coxwell lenah@coxwelllaw.com
              Michael  Goldstein    on behalf of Creditor    Teva Canada Limited mgoldstein@goodwinlaw.com
              Michael  Goldstein    on behalf of Creditor    Anda, Inc. mgoldstein@goodwinlaw.com
              Michael  Goldstein    on behalf of Creditor    Teva Pharmaceuticals USA, Inc.
               mgoldstein@goodwinlaw.com
              Michael  Luskin    on behalf of Interested Party    Old Republic Insurance Company luskin@lsellp.com
              Michael G Louis    on behalf of Unknown Joan E. Vasko mlouis@macelree.com
              Michael I. Baird    on behalf of Creditor    Pension Benefit Guaranty Corporation
               baird.michael@pbgc.gov, efile@pbgc.gov
              Michael J Kasen    on behalf of Creditor Fredrick  Hill mkasen@kasenlaw.com
              Michael Morris Buchman    on behalf of Creditor    Tucson Medical Center mbuchman@motleyrice.com
              Michael S. Kimm    on behalf of Creditor Jung U. Kim msk@kimmlaw.com,
               law@kimmlaw.com;proh@kimmlaw.com
              Michiyo Michelle Burkart    on behalf of Defendant    The People of the State of California
               michelle.burkart@doj.ca.gov
              Michiyo Michelle Burkart    on behalf of Creditor    The People of the State of California
               michelle.burkart@doj.ca.gov
              Morgan R Bentley    on behalf of Attorney    Sarasota County Public Hospital District
               mbentley@bentleyandbruning.com
              Morton R. Branzburg    on behalf of Creditor    AmerisourceBergen Drug Corporation
               mbranzburg@klehr.com, jtaylor@klehr.com
              Muhammad Umair Khan    on behalf of Creditor    People of the State of New York umair.khan@ag.ny.gov
              Neil Francis Xavier Kelly    on behalf of Unknown    STATE OF RHODE ISLAND AND PROVIDENCE
               PLANTATIONS nkelly@riag.ri.gov, mdifonzo@riag.ri.gov
              Neil L Henrichsen    on behalf of Unknown    Board of Chicago School District No. 299
               nhenrichsen@hslawyers.com
              Nicholas F. Kajon    on behalf of Creditor Barbara  Rivers nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Debra  Dawsey nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Zachary R. Schneider nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Dora  Lawrence nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor W. Andrew Fox nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Michael  Klodzinski nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor    Marketing Services of Indiana, Inc. nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Amel  Eiland nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor    MSI Corporation nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Heather  Enders nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Michael  Konig nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Kevin  Wilk nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor William  Taylor nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Kimberly  Brand nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor    Al Marino, Inc. nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Eli  Medina nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Edward  Grace nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Michael  Christy nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Jordan  Chu nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Michael  Lopez nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Jason  Reynolds nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Deborah  Green-Kuchta nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Nadja  Streiter nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Eric  Hestrup, et al. nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor William  Stock nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Ronald D. Stracener nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Gretta  Golden nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Darcy  Sherman nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor F. Kirk Hopkins nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Glenn  Golden nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor    Attorney General, State of Arizona nfk@stevenslee.com
              Nicholas F. Kajon    on behalf of Creditor Lou  Sardella nfk@stevenslee.com
              Nicklas Arnold Akers    on behalf of Creditor    The People of the State of California
               nicklas.akers@doj.ca.gov
              Nicklas Arnold Akers    on behalf of Defendant    The People of the State of California
               nicklas.akers@doj.ca.gov
              Nickolas Karavolas    on behalf of Interested Party    Her Majesty in Right of the Province of
               British Columbia nkaravolas@phillipslytle.com, ddrons@phillipslytle.com
              Nicolas G. Keller    on behalf of Unknown    New York State Department of Financial Services
               nicolas.keller@dfs.ny.gov
              Nicole A Leonard    on behalf of Creditor    Westchester Fire Insurance Company
               nleonard@mdmc-law.com, sshidner@mdmc-law.com
              Norma E. Ortiz    on behalf of Unknown    The National Association for the Advancement of Colored
               People email@ortizandortiz.com,
               bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.co
               m
              Patrick Francis McTernan    on behalf of Defendant    State of Hawaii, ex rel. Clare E. Connors,
               Attorney General pmcternan@croninfried.com, cfskf@croninfried.com
```

```
District/off: 0208-7            User:                       Page 11 of 12              Date Rcvd: Sep 09, 2020
                                Form ID: 143                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Patrick Francis McTernan    on behalf of Creditor    State of Hawaii ex rel. Clare E. Connors, Attorney General pmcternan@croninfried.com, cfskf@croninfried.com
          Paul A. Rachmuth    on behalf of Creditor    Ad Hoc Committee on Accountability paul@paresq.com
          Paul S Rothstein    on behalf of Unknown Paul S Rothstein psr@rothsteinforjustice.com
          Paul S Rothstein    on behalf of Attorney Paul S Rothstein psr@rothsteinforjustice.com
          Pearl Shah    on behalf of Creditor    Ad Hoc Group of Hospitals pshah@mcgrailbensinger.com
          Pearl Shah    on behalf of Creditor    Hospital Claimants pshah@mcgrailbensinger.com
          Peter D'Apice    on behalf of Creditor Tiffany Dunford dapice@sbep-law.com
          Peter D'Apice    on behalf of Creditor    Certain Native American Tribes and Others dapice@sbep-law.com
          Peter H Weinberger    on behalf of Unknown    Plaintiffs' Co-Leads and Plaintiffs' Executive Committee in MDL 2804 sschebek@spanglaw.com
          Richard B. Levin    on behalf of Creditor    McKesson Corporation rlevin@jenner.com
          Robert Padjen    on behalf of Creditor    Colorado Department of Law robert.padjen@coag.gov
          Robert Padjen    on behalf of Defendant    State of Colorado robert.padjen@coag.gov
          Robert P. Charbonneau    on behalf of Creditor    Attorney General, State of Florida rpc@agentislaw.com, bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
          Samuel Mitchell    on behalf of Creditor    Tucson Medical Center sam@mitchellspeights.com
          Sara Tonnesen    on behalf of Defendant    Consumer Protection Division Office of the Attorney General (Md.) stonnesen@oag.state.md.us
          Scott F. Gautier    on behalf of Unknown    Collegium Pharmaceutical, Inc. sgautier@robinskaplan.com, kmeek@robinskaplan.com;mdelaney@robinskaplan.com
          Scott I. Davidson    on behalf of Debtor    Purdue Pharma L.P. sdavidson@kslaw.com, jcmccullough@kslaw.com
          Scott S. Markowitz    on behalf of Creditor    Ad Hoc Committee of NAS Babies smarkowitz@tarterkrinsky.com, snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com
          Sean Michael Murphy    on behalf of Interested Party    State of Wisconsin murphysm@doj.state.wi.us, radkeke@doj.state.wi.us
          Sean Michael Murphy    on behalf of Defendant    State of Wisconsin murphysm@doj.state.wi.us, radkeke@doj.state.wi.us
          Seth Adam Meyer    on behalf of Defendant    State of Arizona, ex rel. Mark Brnovich, Attorney General sam@kellerlenkner.com, docket@kellerlenkner.com
          Seth Adam Meyer    on behalf of Creditor    State of Arizona sam@kellerlenkner.com, docket@kellerlenkner.com
          Seth Adam Meyer    on behalf of Creditor    Attorney General, State of Arizona sam@kellerlenkner.com, docket@kellerlenkner.com
          Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com, cmcintire@buchalter.com
          Shmuel Vasser    on behalf of Attorney    Dechert LLP shmuel.vasser@dechert.com, nycmanagingclerks@dechert.com,brett.stone@dechert.com
          Steven A Skalet    on behalf of Creditor    Board of Education of Thornton Fractional Township High School District 215 sskalet@findjustice.com
          Steven A Skalet    on behalf of Creditor    Board of Chicago School District No. 299 sskalet@findjustice.com
          Steven A Skalet    on behalf of Creditor    Board of Education of East Aurora School District 131 sskalet@findjustice.com
          Steven A Skalet    on behalf of Creditor    Board of Education of Thornton Township High School District 205 sskalet@findjustice.com
          Steven A. Ginther    on behalf of Creditor    Missouri Department of Revenue sdnyecf@dor.mo.gov
          Steven P Ordaz    on behalf of Unknown    BMC Group, Inc sordaz@bmcgroup.com
          Susan Ellis    on behalf of Unknown    State of Illinois sellis@atg.state.il.us
          Sydenham B. Alexander, III    on behalf of Defendant    Commonwealth of Massachusetts sandy.alexander@mass.gov
          Sydenham B. Alexander, III    on behalf of Creditor    Commonwealth of Massachusetts sandy.alexander@mass.gov
          Thomas Lauria    on behalf of Unknown    Ad Hoc Group of Individual Victims of Purdue Pharma L.P. tlauria@whitecase.com
          Thomas D. Bielli    on behalf of Examiner David M. Klauder tbielli@bk-legal.com, dklauder@bk-legal.com;tnobis@bk-legal.com
          Thomas Moultrie Beshere, III    on behalf of Creditor    Commonwealth of Virginia, ex rel. Mark R. Herring, Attorney General tbeshere@oag.state.va.us
          Timothy Lundgren    on behalf of Creditor    The People of the State of California timothy.lundgren@doj.ca.gov
          Timothy E. Graulich    on behalf of Debtor    Purdue Pharma L.P. ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com
          Todd E. Phillips    on behalf of Unknown    Multi-State Governmental Entities Group tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com,cguerrero@capdale.com
          Trish Lazich    on behalf of Creditor    Ohio Attorney General trish.lazich@ohioattorneygeneral.gov
          United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
          Vadim J. Rubinstein    on behalf of Creditor    Nevada Counties and Municipalities vrubinstein@loeb.com, vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com
          Vadim J. Rubinstein    on behalf of Defendant    Nevada Counties and Municipalities vrubinstein@loeb.com, vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com
          Wendy Tien    on behalf of Defendant    State of Minnesota by its Attorney General, Keith Ellison wendy.tien@ag.state.mn.us
          William Hao    on behalf of Creditor    OptumRX, Inc. william.hao@alston.com, leslie.salcedo@alston.com

```
District/off: 0208-7         User:                    Page 12 of 12              Date Rcvd: Sep 09, 2020
                             Form ID: 143             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        William P. Weintraub    on behalf of Creditor    Anda, Inc. wweintraub@goodwinprocter.com, gfox@goodwinprocter.com
        William P. Weintraub    on behalf of Creditor    Teva Pharmaceuticals USA, Inc. wweintraub@goodwinprocter.com, gfox@goodwinprocter.com
        William P. Weintraub    on behalf of Creditor    Teva Canada Limited wweintraub@goodwinprocter.com, gfox@goodwinprocter.com
        William R Pearson    on behalf of Defendant    State of Iowa, Thomas J. Miller, Attorney General of Iowa william.pearson@ag.iowa.gov
        William R Pearson    on behalf of Creditor    State of Iowa, Ex Rel william.pearson@ag.iowa.gov
        William S Consovoy    on behalf of Creditor    Attorney General, State of Arizona will@consovoymccarthy.com

        TOTAL: 516