## Exhibit C

**Notice of Potential Assumption and Assignment or Assignment, as Applicable, of Contracts and Proposed Cure Costs**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OR ASSIGNMENT, AS APPLICABLE OF CONTRACTS AND PROPOSED CURE COSTS**

      **PLEASE TAKE NOTICE** that, on September 14, 2020 the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Motion of the Debtors for Entry of an Order (I) Approving Sale of Debtors' Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors' Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief* (the "**Motion**") seeking entry of an order, among other things, approving the private sale (the "**Sale**") of the active pharmaceutical products manufacturing facility located in Coventry, Rhode Island (the "**Coventry Facility**") owned and operated by Debtor Rhodes Technologies (the "**Seller**") to Noramco Coventry LLC (the "**Purchaser**").[2]

      **PLEASE TAKE FURTHER NOTICE** that, among other things, by the Motion, the Debtors propose to assume and assign to Purchaser certain Executory Contracts as set forth on Schedule 1.1(e) of the APA (as such schedule may be amended from time to time pursuant to Section 1.5(e) of the APA) and certain Post-Petition Contracts as set forth on Schedule 1.1(f) of the APA (collectively, the "**Assigned Contracts**"), subject to approval of the Sale. A schedule listing the potential Assigned Contracts and cure amounts necessary for the assumption and assignment or assignment, as applicable, thereof ("**Cure Costs**") is attached as Exhibit A-1

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

(Executory Contracts) and Exhibit A-2 (Post-Petition Contracts) hereto[3] (collectively, the "**Schedule of Potential Assigned Contracts and Cure Costs**").

**PLEASE TAKE FURTHER NOTICE** that each Cure Cost listed on the Schedule of Potential Assigned Contracts and Cure Costs is the amount, if any, based upon the Debtors' books and records, which the Debtors believe is owed to cure any defaults existing under the potential Assigned Contracts.

**PLEASE TAKE FURTHER NOTICE THAT YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A CONTRACT COUNTERPARTY TO A POTENTIAL ASSIGNED CONTRACT.** *You should locate your name and your contract in the attached Exhibit A-1 and/or Exhibit A-2. If you wish to challenge the amount of the Cure Cost listed with respect to any contract or lease that is listed on the Schedule of Potential Assigned Contracts and Cure Costs or object to the assumption and assignment or assignment, as applicable, of such contract or lease by the Purchaser, you must object in accordance with the procedures described in this Notice and in the Motion.*

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on September 30, 2020 at 10:00 a.m. (prevailing Eastern Time) (the "**Hearing**") before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"), or at such other time as the Bankruptcy Court may determine. The Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing. The Debtors will file an agenda before the Hearing, which may modify or supplement the motions to be heard at the Hearing. Pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), the Hearing will be conducted telephonically.[4] Parties wishing to appear at, or attend, the Hearing must refer to and comply with the Bankruptcy Court's guidelines for telephonic appearances[5] and make arrangements with Court Solutions LLC by telephone at (917) 746-7476.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Motion shall (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, (c) be filed with the Bankruptcy Court (i) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov), and (ii) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy

---

[3] This notice is **not** an admission by the Debtors that any potential Assigned Contract is executory or unexpired.

[4] A copy of General Order M-543 can be obtained by visiting http://www.nysb.uscourts.gov/news/court-operations-under-exigent-circumstances-created-covid-19.

[5] The Bankruptcy Court's procedures for telephonic appearances are available at: http://www.nysb.uscourts.gov/telephonic-appearances-white-plains.

delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and (d) be served in accordance with the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* entered on November 18, 2019 [Docket No. 498], so as to be filed and received no later than **September 25, 2020** at **4:00 p.m.** (prevailing Eastern Time) (the "**Sale Objection Deadline**"). Any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default; *provided* that objecting parties shall attend the Hearing telephonically so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if no Objection is timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion, as well as all related exhibits, including the APA and the Schedule of Potential Assigned Contracts and Cure Costs, may be obtained free of charge on the Debtors' case website at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

### Filing Assumption and Assignment Objections

If you disagree with a Cure Cost listed on the Schedule of Potential Assigned Contracts and Cure Costs, or if you object to the proposed assignment to the Purchaser of any Assigned Contract or to the ability of the Purchaser to provide adequate assurance of future performance with respect to any Assigned Contract, you must do so by written objection (an "**Assumption and Assignment Objection**") filed by **September 27, 2020 at 4:00 p.m.** (prevailing Eastern Time) the ("**Assumption and Assignment Objection Deadline**"). Subject to the terms of the APA, the Purchaser may, at any time prior to the earlier of (i) sixty (60) days after the Closing Date of the Sale and (ii) the effective date of a chapter 11 plan of the Seller (the "**Designation Deadline**"), designate a contract or lease on the Schedule of Potential Assigned Contracts and Cure Costs as an Assigned Contract that will be assumed and assigned or assigned, as applicable, to the Purchaser. *The assumption and assignment or assignment, as applicable, of the contracts and leases on the Schedule of Potential Assigned Contracts and Cure Costs is not guaranteed and is subject to approval by the Court and the Purchaser's right to designate a contract or lease on the Schedule of Potential Assigned Contracts and Cure Costs as an Assigned Contract.*

In the event that an Executory Contract is omitted from the Schedule of Potential Assigned Contracts and Cure Costs, and the Purchaser desires to designate such Executory Contract as an Assigned Contract in accordance with the terms of the APA, the Contract Counterparty to such Executory Contract will receive notice (a "**Supplemental Assumption and Assignment Notice**") and an opportunity to file a written objection (a "**Supplemental Assumption and Assignment Objection**") by no later than fourteen (14) days from the date of

service of such Supplemental Assumption and Assignment Notice (the "**Supplemental Assumption and Assignment Objection Deadline**").

Assumption and Assignment Objections and Supplemental Assumption and Assignment Objections, including any objection relating to the Cure Costs necessary for the assumption and assignment or assignment, as applicable, thereof or adequate assurance of the Purchaser's future ability to perform, must (i) be in writing, (ii) comply with the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules, (iii) state, with specificity, the legal and factual bases thereof, including, if applicable, the Cure Costs the Contract Counterparty believes are required to cure defaults under the relevant potential Assigned Contract and supporting materials evidencing the same, (iv) be filed by no later than the Assumption and Assignment Objection Deadline or the Supplemental Assumption and Assignment Objection Deadline, as applicable, and (v) be served on (A) counsel for the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Ave., New York, New York 10017, Attn: Eli J. Vonnegut and Christopher S. Robertson, (B) counsel to the Purchaser, Kirkland & Ellis LLP, 601 Lexington Ave., New York, New York 10022, Attn: James A. Stempel, (C) counsel to the Creditors' Committee, Akin Gump Strauss Hauer & Feld LLP, Bank of America Tower, One Bryant Park, New York, New York 10036, Attn: Arik Preis and Sara L. Brauner, and (D) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (collectively, the "**Assumption and Assignment Objection Notice Parties**").

## CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

**Any Contract Counterparty to a potential Assigned Contract listed on the Schedule of Potential Assigned Contracts and Cure Costs or any Supplemental Assumption and Assignment Notice who fails to timely make an objection to the proposed assumption and assignment or assignment, as applicable, of such contract or lease on or before the Assumption and Assignment Objection Deadline or Supplemental Assumption and Assignment Objection Deadline, as applicable, in accordance herewith shall be deemed to have consented to the assumption and assignment or assignment, as applicable, of such contract or lease to the Purchaser and to have stipulated to the Cure Costs set forth on the Schedule of Potential Assigned Contracts and Cure Costs or Supplemental Assumption and Assignment Notice, as applicable, and shall be forever barred from asserting any objection or claims against the Debtors, the Purchaser or the property of any such parties, relating to the assumption and assignment or assignment, as applicable, of such contract or lease, including asserting additional claims for Cure Costs with respect to such contract or lease. Notwithstanding anything to the contrary in such contract or lease, or any other document, the Cure Costs set forth on the Schedule of Potential Assigned Contracts and Cure Costs or Supplemental Assumption and Assignment Notice, as applicable, shall be controlling and shall be the only amount necessary to cure outstanding defaults under the applicable Assigned Contract under section 365(b) of the Bankruptcy Code arising out of or related to any events occurring prior to the date of assignment of such Assigned Contract to the Purchaser, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent or otherwise.**

Dated: September 14, 2020
New York, New York

                                                DAVIS POLK & WARDWELL LLP

By: */s/ Eli J. Vonnegut*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

# **Exhibit A-1**

**Schedule of Potential Assigned Contracts and Cure Costs (Executory Contracts)**

| No. | Counterparty | Contract Name | Cure Costs |
|---|---|---|---|
| 1 | A Z CORPORATION | Supplemental Maintenance Technician - 2020 | $ - |
| 2 | Adamis Pharmaceuticals Corporation (San Diego, CA) | Adamis Pharmaceuticals Corp_RT API Supply Agreement 11-1-2022 (RT selling naloxone API to Adamis) | $ - |
| 3 | Agilent | Agilent SOW 10012008-9 12-31-19 | $ - |
| 4 | Agilent Technologies Inc | Agilent_RT SOW 12122019-1 12-31-2020 (2019-2020 QC instruments service plan) | $ - |
| 5 | Agilent Technologies Inc | Agilent_RT SOW 12122019-2 12-31-2020 (Annual service plan for R&D instruments) | $ - |
| 6 | Agilent Technologies Inc. | Agilent Technologies_RT MSA 12-11-2020 (calibration, testing, repair, PM and other related services) | $ - |
| 7 | Air Products | Air Products AGREEMENT | $ - |
| 8 | Air Temp Mechanical Services Inc | Air Temp Mechanical_RT MSA 01-31-2024 (provide maintenance, service, repair, calibration, testing, certification and QA services for electrical, mechanical, facilities and energy projects) | $ - |
| 9 | Air Temp Mechanical Services Inc | Air Temp Mechanical_RT SOW 01312014-1 03-11-2022 (Chiller - Quality PM and Inspection Program) | $ - |
| 10 | Alan Dunn - see GDI Consulting | Alan Dunn - see GDI Consulting MSA | $ - |
| 11 | Alcaliber SAU | Alcaliber SAU_RT Supply Agreement 12-31-2021 (RT buyer Product from Alcaliber) | $ - |
| 12 | Alert Scientific | Alert Scientific_RT SOW 01212010-19 09-30-2020 (QC instruments - PM) | $ - |
| 13 | Alert Scientific | Alert_RT SOW 01212010-21 06-12-2023 | $ - |
| 14 | Alert Scientific Incorporated | Alert Scientific_RT MSA 01-31-2024 (PM and calibration) | $ - |
| 15 | Allstate Sealcoating Inc. | Allstate Sealcoating Inc. MSA | $ - |
| 16 | Alltech Associates Inc., A Wholly Owned Subsidiary of W.R. Grace & Co. - CONN | Alltech Associates Inc., A Wholly Owned Subsidiary of W.R. Grace & Co. - CONN MSA | $ - |
| 17 | AMD Lawn Care LLC | AMD Lawn Care LLC MSA | $ 3,966.00 |
| 18 | AMD Lawn Care LLC | AMD Lawn Care LLC SOW 12232015-1, A1, A2, A3 | $ - |
| 19 | AMD Lawn Care LLC | AMD Lawn Care LLC SOW 12232015-3, A1 | $ - |
| 20 | Americal Incorporated | Americal Incorporated MSA | $ - |
| 21 | American Chemical Society | American Chemical Society | $ - |
| 22 | American Labelmark Company | LabelMaster PO 3110037353 - Account 1299697 | $ - |
| 23 | American Plant Maintenance, LLC (APM) | American Plant Maintenance, LLC (APM) MSA | $ 9,386.00 |
| 24 | AMRI SSCI, LLC (fka Aptuit) | AMRI SSCI, LLC (fka Aptuit) MSA | $ - |
| 25 | Analysis & Design Application Co, Ltd. d/b/a CD-Adapco | Analysis & Design Application Co, Ltd. d/b/a CD-Adapco | $ - |
| 26 | Anchor Insulation | Anchor Insulation MSA | $ - |
| 27 | APC Workforce Solutions LLC d/b/a Zero Chaos | APC Workforce Solutions LLC d/b/a Zero Chaos Agreement | $ - |
| 28 | Aptuit, Inc. | Aptuit, Inc. MSA | $ - |
| 29 | Arcadis U.S. Inc. | Arcadis U.S. Inc. Agreement | $ - |
| 30 | Arden Engineering Constructors, LLC | Arden Engineering Constructors, LLC MSA | $ - |
| 31 | Associated Electro-Mechanics Inc. | Associated Electro-Mechanics Inc. MSA (06-23-2024) (electrical, mechanical and machining services) | $ - |
| 32 | Atlantic Coffee & Provision | Atlantic Coffee & Provision MSA | $ - |
| 33 | Atlantic Scale Company, Inc. | Atlantic Scale Company, Inc. MSA | $ - |
| 34 | Avantium Pharma BV | Avantium Pharma BV MSA | $ - |
| 35 | Axine USA Inc. | Axine_RT Agreement_Executed_Exp. 09242021 | $ - |
| 36 | Axine Water Technologies | Axine Water Technologies MSA | $ - |
| 37 | AZ Corporation | AZ Corporation MSA | $ - |
| 38 | AZ Corporation | AZ Contracting Agr 05-24-23, Amendment #4 | $ - |

| No. | Counterparty | Contract Name | Cure Costs |
|---|---|---|---|
| 39 | AZ Corporation | AZ Amendment #15 (2015 pricing) | $ - |
| 40 | AZ Corporation | AZ Amendment#17 (RP) | $ - |
| 41 | AZ Corporation | AZ Amendment #21 (2016 pricing) | $ - |
| 42 | AZ Corporation | AZ Contracting Agr 05-24-23, Amendment #40 | $ - |
| 43 | AZ Corporation | AZ Corp_RT A-46 Executed | $ - |
| 44 | B & P Littleford Day LLC | B & P Littleford Day LLC MSA | $ - |
| 45 | Bard Pharmaceutical | Bard Pharmaceutical MSA | $ - |
| 46 | Barry-Wehmiller Design Group Inc. | Barry-Wehmiller Design Group Inc. MSA | $ - |
| 47 | Beach Technology | Beach Technology MSA | $ - |
| 48 | Beamex Inc | Beamex Inc MSA | $ - |
| 49 | Beamex Inc | Beamex Inc SOW 02182010-7 | $ - |
| 50 | Beckman Coulter | Beckman Coulter Standard Service Terms and Conditions | $ - |
| 51 | Biotage, Inc | Biotage, Inc_RT MSA 05-30-2024 (repair and maintain lab tools and equipment) | $ - |
| 52 | Biotage, Inc | Biotage_RT SOW 05302019-2 05-01-2021 | $ - |
| 53 | Bonn'sIndustrial Valve - see Frederick's Industrial Valve | Bonn's Industrial Valve - see Frederick's Industrial Valve MSA | $ - |
| 54 | Boston Analytical Inc. | Boston Analytical Inc. MSA | $ - |
| 55 | Boston Analytical Inc. | Boston Analytical Inc. SOW | $ - |
| 56 | Brinkmann Instruments dba Metrohm USA, Inc. | Brinkmann Instruments dba Metrohm USA, Inc. MSA | $ - |
| 57 | Brinkmann Instruments dba Metrohm USA, Inc. | Brinkmann Instruments dba Metrohm USA, Inc. SOW 12022010-37 | $ - |
| 58 | Brinton, Alan | Brinton, Alan MSA | $ - |
| 59 | Bristol Fire Protection, Inc. | Bristol Fire Protection_RT MSA 11-12-2021 (maintenance, service, and repair services for sprinkler systems) | $ - |
| 60 | Bristow ElectricCo., Inc. | Bristow ElectricCo., Inc. MSA | $ - |
| 61 | BRODIE INC | 2019-2020 PIV Quarterly Inspections & Repairs | $ - |
| 62 | Brodie, Inc. | Brodie_RT MSA 6-30-2025 | $ 3,083.00 |
| 63 | Burgess USA Training LLC | Burgess USA Training LLC MSA | $ - |
| 64 | Burgess USA Training LLC | Burgess USA Training LLC SOW | $ - |
| 65 | Busch, LLC | Busch, LLC_RT MSA (limited standard service warranty) 11-30-2024 (repair services performed by Busch on any vacuum pumps, and related equipment) | $ - |
| 66 | Buzzeo Associates, Ltd. | Buzzeo Associates, Ltd. MSA | $ - |
| 67 | Cambrex Charles City, Inc. | Cambrex Charles City, Inc. MSA | $ - |
| 68 | CambridgeSoft Corporation | CambridgeSoft Corporation MSA | $ - |
| 69 | Carrier Corporation | Carrier Corporation MSA | $ - |
| 70 | Catalent Micron Technologies, Inc. | Catalent Micron SOW | $ - |
| 71 | CDI Business Solutions | CDI Business Solutions MSA | $ - |
| 72 | Certified Rescue Courses, LLC | Certified Rescue Courses, LLC MSA | $ - |
| 73 | Charles River Laboratories, Inc. | Charles River Laboratories, Inc. MSA | $ - |
| 74 | Charles River Laboratories, Inc. | Charles River Laboratories, Inc. SOW 12062001-1 | $ - |
| 75 | Circadian Technologies, Inc. | Circadian Technologies, Inc. MSA | $ - |
| 76 | Circuit Breaker Sales (fka ExStar Inc.) | Circuit Breaker Sales (fka ExStar Inc.) MSA | $ - |
| 77 | Circuit Breaker Sales NE, Inc (fka ExStar) | Circuit Breaker Sales_RT 09212010-8 11-30-2022 (switchgear PM) | $ - |
| 78 | Clancy Moving Systems, Inc. | Clancy Moving Systems, Inc. MSA | $ - |

| No. | Counterparty | Contract Name | Cure Costs |
|---|---|---|---|
| 79 | Clariant Corporation | Environmental Remediation and Indemnity Agreement* | $ - |
| 80 | Clariant Corporation | Letter Agreement re: Coventry Water Service | $ - |
| 81 | Clean Harbors Environmental Services, Inc. | Clean Harbors Environmental Services, Inc. MSA | $ - |
| 82 | Clean6Sigma, LLC | Clean6Sigma, LLC MSA | $ - |
| 83 | Comber | Heinkel Filtering System MSA | $ - |
| 84 | Coris-Tine Inc. d/b/a Paul's Lock and Safe | Coris-Tine Inc. d/b/a Paul's Lock and Safe MSA | $ - |
| 85 | Coventry Eye Care Associates | Coventry Eye Care Associates MSA 06-20-2024 (eye care services) | $ - |
| 86 | Creative Office Environments | Creative Office Environments MSA | $ - |
| 87 | CrossBay Staffing | CrossBay Staffing MSA | $ - |
| 88 | CrossPoint Engineering | CrossPoint Engineering-RT MSA 01-31-2025 (engineering professional services and other related services) | $ - |
| 89 | CrossPoint Engineering | CrossPoint Engineering SOW 02032010-8 | $ - |
| 90 | Danox Environmental Services, Inc. (DESI) | Danox Environmental Services, Inc._RT MSA (Waste Management Services) 12-31-2020 | $ - |
| 91 | DeStefano Engineering, P.C. | DeStefano Engineering, P.C.-RT MSA 12-19-2023 (professional engineering services, and other related services) | $ - |
| 92 | Direct Energy - CMA | Direct Energy - CMA AGREEMENT | $ 81,809.99 |
| 93 | Direct Energy - Gas Service Agreement | Direct Energy - Gas Service Agreement MSA | $ 8,327.84 |
| 94 | Direct Energy (acct # 3981874009 and 5228153003) | Direct Energy (acct # 3981874009 and 5228153003) | $ - |
| 95 | Direct Energy (acct #1784386019 and 4269090024) | Direct Energy (acct #1784386019 and 4269090024) | $ - |
| 96 | Direct Energy Business | Direct Energy Transaction Confirmation 8-18-2017 | $ - |
| 97 | Direct Energy Business | Direct Energy Transaction Confirmation 8-21-2017 | $ - |
| 98 | DIRECT ENERGY SERVICES LLC | Gas, 498 Washington St., Mfg, Bldg 6 | $ - |
| 99 | Douglas Construction | Douglas Construction MSA | $ - |
| 100 | DOW CHEMICAL COMPANY | Dow "IPA" Pre-Payment Agreement retainer | $ - |
| 101 | Dow Chemical Company, The | Dow Chemical Company, The MSA | $ 47,512.00 |
| 102 | Dow Chemical Company, The - Union Carbide Corporation | Dow Chemical Company, The - Union Carbide Corporation MSA | $ - |
| 103 | Dycem Limited | Dycem Limited MSA | $ - |
| 104 | EAG, Inc. | EAG, Inc. MSA | $ - |
| 105 | Eagle Fence & Guardrail d/b/a EF&G Construction, Inc. | Eagle Fence & Guardrail d/b/a EF&G Construction, Inc. MSA | $ - |
| 106 | ECA Chemical Inc. | ECA Chemical Inc. MSA | $ - |
| 107 | EMC Corporation | EMC Corporation Rhodes Tech MSA | $ - |
| 108 | Emerson Process Management - Process Systems | SureService Guardian Support Renewal | $ - |
| 109 | Energy Machinery | Energy Machinery MSA | $ 2,428.69 |
| 110 | Energy Machinery | Energy Machinery_RT SOW 10262014-3 12-31-2020 (2019-2020 compressor PM) | $ - |
| 111 | Energy Machinery Inc | Energy Machinery_RT SOW 10262014-4 12-31-2020 (Turn around maintenance inspection) | $ - |
| 112 | Energy Management & Control Services, Inc. | Energy Management & Control Services, Inc. MSA | $ - |
| 113 | Energy Management &amp; Control Services, Inc. | EMC_RT SOW 05012011-8 06-30-2020 (three year metasys building management system preventative maintenance service) | $ - |
| 114 | Energy Source, Inc. | Energy Source, Inc. MSA | $ - |
| 115 | Erlabs, Inc. | Erlab, Inc_RT MSA 07-23-2023 (maintenance, service, repair, calibration, and testing services on lab fume hoods) | $ 10,165.16 |
| 116 | Erlabs, Inc. | Erlab_RT 07232013-8 07-23-2021 | $ - |
| 117 | Evans Analytical Group, Inc. | Evans Analytical Group, Inc. | $ - |

| No. | Counterparty | Contract Name | Cure Costs |
|---|---|---|---|
| 118 | Evoqua Water Technologies | Evoqua Water Technologies_RT MSA 09-01-2024 (PM services for water systems) | $ 262.15 |
| 119 | Extrel CMS, LLC | Extrel CMS, LLC MSA | $ - |
| 120 | Gardiner Associates, LLC | Gardiner Associates, LLC MSA | $ - |
| 121 | GE Betz, Inc. | GE Betz, Inc. MSA 06-01-23 | $ - |
| 122 | GE Inspection Technologies | GE Inspection_RT MSA (08-19-2023) (on-site RVI services) | $ - |
| 123 | GFS CHEMICALS INC | Turbidity Standards for Calibrations, 2019 - 2020 | $ - |
| 124 | Gordon R. Archibald | GRA, Inc. - Gordon R. Archibald MSA | $ - |
| 125 | GRAINGER INC | Lumbar Support | $ - |
| 126 | GRAYBAR ELECTRIC COMPANY INC | Material for wiring Bldg.5 emergency lights | $ - |
| 127 | Group Technology of Trumbull, Inc | Group Technology of Trumbull, Inc MSA | $ 15,080.00 |
| 128 | Group Technology of Trumbull, Inc | Group Technology of Trumbull, Inc SOW 02122014-7 12-31-2020 (IT Specialist) | $ - |
| 129 | Guardmark | Guardmark MSA | $ - |
| 130 | H. J. Astle Company | H. J. Astle Company MSA | $ - |
| 131 | Hach Company | Hach Company MSA | $ - |
| 132 | Hamilton Elevator Interiors, Inc. | Hamilton Elevator Interiors, Inc. MSA | $ - |
| 133 | Hargrove and Associates, Inc. and its affiliates | Hargrove and Associates, Inc. and its affiliates MSA | $ - |
| 134 | Harper Control Solutions, Inc. | Harper Control Solutions, Inc. MSA | $ - |
| 135 | Harper Haines Fluid Controls, Inc. | Harper Haines Fluid Controls, Inc. MSA | $ - |
| 136 | Hart Design | Hart Design MSA | $ - |
| 137 | Hart Engineering Corporation | Hart Engineering Corporation MSA (10-18-23) | $ - |
| 138 | Hart Engineering Corporation | Hart Engineering Corporation SOW A-15, Ex A-12 | $ - |
| 139 | Hart Engineering Corporation | Hart Engineering Corporation SOW A-16, Ex A-13 | $ - |
| 140 | Hart Engineering Corporation | Hart Engineering_RT A18, Exhibit A-14 (Axine Wastewater Project) | $ - |
| 141 | Hazard Evaluation Lab | Hazard Evaluation Lab MSA | $ - |
| 142 | Hazard Evaluation Lab (HEL) Inc. | Hazard Evaluation Lab SOW 03192010-5 05-21-2021 (E1064 & E988 PM plans) | $ - |
| 143 | Health Training Education | Health Training Education | $ 401.00 |
| 144 | Heinkel Filtering Systems, Inc. USA | Heinkel Filtering Systems, Inc. USA MSA | $ - |
| 145 | HEL - see Hazard Evaluation Lab | HEL - see Hazard Evaluation Lab | $ - |
| 146 | Heritage Environmental Services, LLC | Heritage Environmental Services, LLC MSA | $ - |
| 147 | Heritage Environmental Services, LLC | Heritage_RT MSA Amendment #3 8-31-2025 | $ - |
| 148 | Honeywell Safety Products | Honeywell_RT MSA 02-19-2024 (training, fall protection equipment inspections, etc.) | $ - |
| 149 | Howorth Air Technology Limited | Howorth Air Technology Limited MSA | $ - |
| 150 | HP Services, Inc. | HP Services, Inc._RT MSA 11-30-2021 (provide passivation and chemical cleaning services) | $ - |
| 151 | Hunter Associates Laboratory d/b/a Hunterlab International Inc. | Hunter Associates Laboratory d/b/a Hunterlab International Inc. MSA | $ - |
| 152 | Hurley Construction Inc. | Hurley Construction_RT MSA 07-24-2025 | $ - |
| 153 | i-Design Group | i-Design Group MSA | $ - |
| 154 | IES Engineers, Inc. | IES Engineers_RT MSA 01-30-2024 (toxicology assessments, SDS authoring and other health/safety related services) | $ - |
| 155 | Imperatore Steel Erectors, Inc. | Imperatore Steel Erectors, Inc. MSA | $ - |
| 156 | Imperatore Steel Erectors, Inc. | Imperatore_RT MSA Amendment #2 8-31-2025 | $ - |

| No. | Counterparty | Contract Name | Cure Costs |
|---|---|---|---|
| 157 | Industrial Protection Products, Inc | Industrial Protection Products_RT MSA 12-31-2024 (supply safety shoes and associated services related to supply of Company's Safety Shoe Program) | $ - |
| 158 | INSIGHT DIRECT USA INC | Cisco SMARTnet extended service agreement for Core Switches Coverage 05/01/2019 to 05/01/2020 | $ - |
| 159 | Intertek USA Inc. d/b/a QTI | Intertek USA Inc. d/b/a QTI MSA | $ - |
| 160 | IoMosaic | IoMosaic AGREEMENT | $ - |
| 161 | IPP | IPP AGREEMENT | $ - |
| 162 | Iron Mountain | Iron Mountain AGREEMENT | $ 2,981.00 |
| 163 | JOHNSON CONTROLS FIRE PROTECTION | Fire Extinguisher Purchases 2018 thru 2020 (Sitewide) from Simplex Grinnell | $ - |
| 164 | Johnson Controls Fire Protection LP | Johnson Controls Fire Protection LP MSA (fka Simplex Grinnell) 07-01-2024 (provide fire alarm, fire extinguisher, suppression and sprinkler services) | $ - |
| 165 | Johnson Controls Fire Protection LP | Johnson Controls_RT SOW 07012014-3 | $ - |
| 166 | Kaplan | Technology and Education Solution Agreement, as amended by Addendum I-IV | $ - |
| 167 | Kenneth Industrial Products, Inc. | Kenneth Industrial Products, Inc. MSA | $ - |
| 168 | Kepware, Inc. | Kepware, Inc. MSA | $ - |
| 169 | Knorr Associates Inc. | DataPipe Program License Agreement | $ - |
| 170 | Knorr Associates Inc. | DataPipe Software Maintenance Agreement | $ - |
| 171 | Kupper, Robert | Kupper_RT MSA (Consultant) 08-31-2022 (research, process development, new product development, technical document review, regulatory document review, and IP development) | $ 2,000.00 |
| 172 | LabelMaster Software | Rhodes Technologies 2019 Software Renewal | $ - |
| 173 | Leavitt's Tree Service, Inc. | Leavitt's Tree Service, Inc. MSA | $ - |
| 174 | Life Support Systems | Life Support Systems MSA | $ - |
| 175 | Little Rhody Machine Repair, Inc. | Little Rhody Machine Repair, Inc. MSA | $ - |
| 176 | Loewenstein, Robert | Loewenstein, Robert_RT MSA 12-31-2020 (consulting services for regulatory affairs) | $ - |
| 177 | Lorenz International LLC | Lorenz International LLC AGREEMENT | $ - |
| 178 | MAINTENANCE MANAGEMENT INC | Housekeeping and Janitorial Services 2022 | $ - |
| 179 | Mar Cor Purification (fka as Stericycle, Inc.and fka Certco, Inc.) | Mar Cor Purification_RT MSA SOW 06122009-6 04-29-2021 (ductless fume hood testing and certification - 2019-2021) | $ 6,924.00 |
| 180 | Mar Cor Purification Inc | Mar Cor (Certco)_RT SOW 06122009-7 12-31-2020 (lab hood testing and evaluation - annual assessment and air flow testing) | $ - |
| 181 | Marr Scaffolding | Marr Scaffolding MSA | $ - |
| 182 | Mass Crane Hoist Services Inc. | Mass Crane Hoist Services Inc. MSA | $ - |
| 183 | Mass Crane Hoist Services Inc. | Mass Crane Hoist Services Inc._RT SOW 01012017-2 12-31-2021 (annual inspection/PM on overhead cranes and hoists) | $ - |
| 184 | Matcon | Matcon MSA | $ - |
| 185 | Matheson Tri-Gas, Inc. | Matheson Tri-Gas, Inc. MSA | $ - |
| 186 | MC Dean Inc (fka Thomas and Betts Power Solutions, a Member of the ABB Group) | MC Dean Inc (fka Thomas and Betts)_RT MSA 12-31-2023 (maintenance, service and repair of network critical power equipment) | $ - |
| 187 | MedPharm Ltd | MedPharm Ltd MSA | $ - |
| 188 | MedPharm Ltd | MedPharm SOW | $ - |
| 189 | Mercer Inc. | Engagement Letter Agreement, evergreen | $ - |
| 190 | Meriden Cooper Corp. | Meriden Cooper Corp. MSA | $ - |
| 191 | Merrill Brink International Corporation | Merrill Brink International Corporation MSA | $ - |
| 192 | Metrohm USA | Brinkmann Metrohm MSA 11-30-2020 | $ - |
| 193 | Mettler Toledo Autochem, Inc. | Mettler Toledo Autochem_RT SOW 10012010-15 (2 year iCare subscription) | $ - |

| No. | Counterparty | Contract Name | Cure Costs |
|---|---|---|---|
| 194 | Mettler-Toledo Autochem Inc | Mettler-Toledo Autochem Inc MSA | $ - |
| 195 | Mettler-Toledo Autochem Inc | Mettler-Toledo Autochem Inc SOW 10012010-14 | $ - |
| 196 | MicroCad Training & Consulting, Inc. | MicroCad Training & Consulting, Inc. MSA | $ - |
| 197 | Midland Engineering Limited | Midland Engineering Limited MSA | $ - |
| 198 | Mistras Group, Inc. | Mistras Group, Inc._RT MSA 06-27-2024 (non-destructive examination of process and utility equipment) | $ - |
| 199 | MMI, Inc. | MMI, Inc. MSA | $ - |
| 200 | Molecular Application Technologies (MAT) | Molecular Application Technologies (MAT) MSA | $ - |
| 201 | Mountain Air | Mountain Air MSA | $ - |
| 202 | Mountain Air | Mountain Air SOW 05292012-4 | $ - |
| 203 | Mountain Air | Mountain Air SOW 05292012-6 | $ - |
| 204 | Mystic Air Quality Consultants, Inc. | Mystic Air Quality Consultants, Inc. MSA | $ - |
| 205 | Nalas Engineering Services Inc. | Nalas Engineering Services_RT MSA 03-07-2024 (process development, chemical synthesis, sample analysis, safety-related testing, analytical testing, report prep) | $ - |
| 206 | National Grid | National Grid MSA | $ 8,977.00 |
| 207 | NATIONAL GRID | Electricity - 42 Quidnick Poles 9 & 2 | $ - |
| 208 | NATIONAL GRID | Electricity - 500 Washington St., Pole 19 | $ - |
| 209 | Nestles Waters | Nestles Waters AGREEMENT | $ - |
| 210 | New England Controls | New England Controls SOW 10282013-7 12-31-2020 (SureService DeltaV and AMS Service Plan) | $ - |
| 211 | New England Controls | NEC_RT MSA SOW 10282013-6 12-31-2020 (DeltaV/AMS Major Software Upgrade) | $ - |
| 212 | New England Controls | NEC_RT MSA SOW 10282013-9 (12-31-2020) (DeltaV and AMS major version software upgrade) | $ - |
| 213 | New England Controls | New England Controls Terms of Use AGREEMENT | $ - |
| 214 | New England Controls (NEC) | NEC_RT SOW 10282013-8 12-03-2022 (3rd party factory support renewals) | $ - |
| 215 | New England Controls Inc. | New England Controls Inc. MSA | $ - |
| 216 | New England Controls, Inc. | New England Controls, Inc. SOW 10282013-6 | $ - |
| 217 | New England Pest Control | New England Pest Control_RT MSA 07-03-2024 (Pest Control / IPM program) | $ 764.00 |
| 218 | New England Pest Control | New England Pest Control SOW 07022014-1 | $ - |
| 219 | New England Pest Control d/b/a Big Blue Bug Solutions | NE Pest Control_RT SOW 07022014-2 01-01-2023 (3 year monthly pest control program) | $ - |
| 220 | New Harbor Group | New Harbor Group MSA | $ 500.00 |
| 221 | NEW HARBOR LLC | Government & Public Relations Services | $ - |
| 222 | Northeast Electrical (Rockwell Automation) | Northeast Electrical (Rockwell Automation) | $ - |
| 223 | Northern Energy Services Inc. | Northern Energy Services Inc. MSA | $ - |
| 224 | Notch Welding & Mechanical Contractors, Inc. | Notch Welding & Mechanical Contractors, Inc. MSA | $ - |
| 225 | Novasep Incorporated | Novasep Incorporated MSA | $ - |
| 226 | NSF Health Sciences, LLC | NSF Health Sciences, LLC MSA | $ - |
| 227 | NV5 (fka RDK Engineers) | NV5 (fka RDK Engineers) MSA | $ 1,489.00 |
| 228 | Occuhealth Inc. | Occuhealth Inc. MSA | $ - |
| 229 | Odeh Engineers, Inc. | Odeh Engineers, Inc. MSA | $ - |
| 230 | OEM of Connecticut Inc. d/b/a OEM America L/C/F Inspection and Testing LLC | OEM of Connecticut Inc. d/b/a OEM America L/C/F Inspection and Testing LLC | $ - |
| 231 | ORCHSE Strategies, LLC | ORCHSE Strategies, LLC MSA | $ - |
| 232 | Organix, Inc. | Organix, Inc. MSA | $ - |

| No. | Counterparty | Contract Name | Cure Costs |
|---|---|---|---|
| 233 | OSIsoft, LLC | OSIsoft, LLC AGREEMENT | $ - |
| 234 | OVERHEAD DOOR COMPANY | Overhead Door PMs 2018 - 2020 | $ - |
| 235 | OVERHEAD DOOR COMPANY | 3 Year Overhead Door Annual Preventive Maintenance (2018-2020) | $ - |
| 236 | Pare Corporation MSA 10-15-2025 | Pare Corporation MSA | $ - |
| 237 | Parsons Commercial Technology Group | Parsons Commercial Technology Group MSA | $ - |
| 238 | Paul's Lock and Safe | Paul's Lock and Safe MSA | $ - |
| 239 | PerkinElmer Health Sciences, Inc. | PerkinElmer Health Sciences, Inc. MSA | $ - |
| 240 | PerkinElmer Informatics, Inc. | PerkinElmer Informatics, Inc. AGREEMENT | $ - |
| 241 | PFI Design | PFI Design MSA | $ - |
| 242 | Pharmazeutisch Medizinisches Management (PMM) - See Wolfgang Fleishcher, MD, PhD | Pharmazeutisch Medizinisches Management (PMM) - See Wolfgang Fleishcher, MD, PhD | $ - |
| 243 | Pitney Bowes | Pitney Bowes CONTRACT | $ 50.00 |
| 244 | Polaris MEP | Polaris MEP MSA | $ - |
| 245 | Power Products Systems LLC | Power Products Systems LLC MSA | $ - |
| 246 | Power Products Systems LLC | Power Products Systems LLC SOW 08102014-2 | $ - |
| 247 | POWER PRODUCTS SYSTEMS LLC | 2018 - 2020 Manufacturing Generator PMs & repairs | $ - |
| 248 | Precise Instrument (Stephen Mendoza) | Precise Instrument (Stephen Mendoza) MSA | $ - |
| 249 | Prolerized New England Company LLC | Prolerized New England Company LLC AGREEMENT | $ - |
| 250 | Prolerized New England Company LLC | Metal & Non Ferrous Scrap Metal Sales Agreement | $ - |
| 251 | ProPharma Group Holdings, LLC | ProPharma Group Holdings, LLC MSA | $ - |
| 252 | Proscape Landscaping | Proscape Landscaping MSA | $ - |
| 253 | Quadient | Postage Meter Rental Agreement | $ - |
| 254 | QUALITY CHEMICAL LABORATORIES | 2019 Testing services for L-Tartaric Acid, NF | $ - |
| 255 | Regan Heating and Air Conditioning | Regan Heating and Air Conditioning MSA | $ - |
| 256 | RI Analytical Laboratories | RI Analytical Laboratories MSA | $ - |
| 257 | Rice Lake | Rice Lake MSA | $ - |
| 258 | RPKK, Inc. | RPKK, Inc. MSA | $ - |
| 259 | RPS ASA | RPS ASA | $ - |
| 260 | Rudolph Research Analytical | Rudolph Research Analytical MSA | $ - |
| 261 | Rudolph Research Analytical | Rudolph Research Analytical_RT SOW 08092010-7 04-29-2023 (Autopol V Polarimeters PM/IQ/PQ 3 year plan) | $ - |
| 262 | Rudolph Research Analytical | Rudolph Research Analytical SOW 08092010-5 | $ - |
| 263 | Rudolph Research Analytical | Rudolph Research_RT SOW 08092010-7 04-29-2023 | $ - |
| 264 | S.A.L.A.R.S S.p.A. | S.A.L.A.R.S S.p.A. CONTRACT | $ - |
| 265 | S.D. Myers | S.D. Myers SOW 01212010-2 | $ - |
| 266 | SafeBridge Consultants, Inc. | SafeBridge Consultants, Inc. MSA | $ - |
| 267 | Safety-Kleen Systems, Inc. | Safety-Kleen Systems, Inc. MSA | $ - |
| 268 | Sage Environmental | Sage Environmental MSA | $ - |
| 269 | Schneider | Schneider Electric Systems | $ - |
| 270 | SCI Pharmtech Inc | SCI Pharmtech Inc MSA | $ - |
| 271 | Security Services of CT | Security Services of CT MSA | $ - |
| 272 | Security Services of CT | Security Services of CT SOW 01012014-7 | $ - |

| No. | Counterparty | Contract Name | Cure Costs |
|---|---|---|---|
| 273 | Security Technologies, Inc. | Security Technologies, Inc. MSA | $ - |
| 274 | Security Technologies, Inc. | Security Technologies, Inc. MSA | $ - |
| 275 | ServPro of Providence | ServPro of Providence MSA | $ - |
| 276 | Shawn Hartigan-Dakin D/B/A Mountain Air | Shawn Hartigan-Dakin D/B/A Mountain Air | $ - |
| 277 | SHAWN T HARTIGAN | 4-Year PM Service Plan - 2 Lochinvar Condensing Boilers | $ - |
| 278 | Shred-it USA LLC, a subsidiary of Stericycle, Inc. | Shred-it USA LLC, a subsidiary of Stericycle, Inc. AGREEMENT | $ - |
| 279 | Shred-it USA LLC, a subsidiary of Stericycle, Inc. | Shred-it USA LLC, a subsidiary of Stericycle, Inc. AGREEMENT | $ - |
| 280 | Siemens Industry, Inc. | Siemens Industry, Inc. MSA | $ 34,177.00 |
| 281 | Sigma-Aldrich, Inc. | Sigma-Aldrich, Inc. AGREEMENT | $ 10,480.00 |
| 282 | SimplexGrinnell LP | SimplexGrinnell LP SOW 07012014-2, A-1 | $ - |
| 283 | Sitecon Corporation | Sitecon Corporation MSA | $ 3,540.00 |
| 284 | SKURKA CONSTRUCTION INC | 2017-2020 Snow Plowing (Skurka) | $ - |
| 285 | Skurka Construction Inc. | Skurka Construction Inc. MSA 04-20-2020 | $ 12,400.00 |
| 286 | Skurka Construction Inc. | Skurka Construction Inc. SOW A-8 Ex-A5 | $ - |
| 287 | Sparta Systems, Inc. | Sparta Systems, Inc. MSA | $ - |
| 288 | Spectra Automation Ltd | Spectra Automation Ltd_RT MSA 09-01-2024 (automation, implementation and testing services) | $ - |
| 289 | Stonhard, Division of Stoncor Group, Inc. | Stonhard, Division of Stoncor Group, Inc_RT MSA 07-29-2024 (provide floor and wall systems) | $ - |
| 290 | Suez WTS USA, Inc. | Suez WTS USA, Inc. MSA | $ 16,359.00 |
| 291 | Sullivan & McLaughlin | Sullivan & McLaughlin_RT MSA 01-31-2025 (various electrical and technologies services) | $ - |
| 292 | Sullivan & McLaughlin | Sullivan & McLaughlin_RT SOW 03012010-47 01-01-2022 (2020-2022 plant group and spot re-lamping) | $ - |
| 293 | Sullivan & McLaughlin | Sullivan & McLaughlin SOW 03012010-44 (12-31-2020) (2019 Fire Alarm Testing) | $ - |
| 294 | Sullivan & McLaughlin | Sullivan & McLaughlin SOW 03012010-45 (12-31-2020) (fire pump testing and fire pump battery testing and inspection) | $ - |
| 295 | Sullivan & McLaughlin | Sully Mac_RT SOW 03012010-46 12-31-2020 | $ - |
| 296 | Sun Pharmaceutical Industries (Australia) Pty Ltd | Sun Pharmaceutical Industries (Australia) Pty Ltd AGREEMENT | $ - |
| 297 | Sun Pharmaceutical Industries (Australia) Pty Ltd | Sun Pharmaceutical Industries (Australia) Pty Ltd_RT Supply Agreement 12-31-2020 | $ - |
| 298 | Surplus Solutions LLC | Surplus Solutions_RT Asset Purchase Agreement (one time) | $ - |
| 299 | Surplus Solutions, LLC | Surplus Solutions, LLC AGREEMENT | $ - |
| 300 | SVC Pharma LP (Delaware LP) | SVC_RT Dronabinol Supply Agreement Dec 2002 | $ - |
| 301 | Tech Painting | Tech Painting MSA 06-15-22 | $ - |
| 302 | The Lock Shop, Inc. | The Lock Shop, Inc. MSA | $ - |
| 303 | The Lock Shop, Inc. | The Lock Shop, Inc. SOW 02012011-8 | $ - |
| 304 | The Lock Shop, Inc. | The Lock Shop, Inc. SOW 02012011-9 | $ - |
| 305 | The Lock Shop, Inc. | The Lock Shop, Inc. SOW 02012011-8 (A2) | $ - |
| 306 | Thermal Technologies, Inc. | Thermal Technologies, Inc._RT MSA 08-25-2024 (infrared thermography services for electrical equipment diagnostics, PM, predictive maintenance, proactive maintenance) | $ - |
| 307 | Thermal Technologies, Inc. | Thermal Technologies, Inc._RT SOW 08252014-4 09-19-2021 | $ - |
| 308 | Thermo Electron | Thermo Electron_RT MSA SOW 12172009-34 10-27-2020 (ICS500 unity extended warranty plan and vanquish unity essential plan) | $ - |
| 309 | Thermo Electron NA | Thermo Electron_RT MSA SOW 12172009-33 09-17-2020 (Thermo Nicolet iS10-FT-IR Spectrometer- Unity Essential Plan - 1 VALPRO Annual Cert.) | $ - |
| 310 | Thermo Electron North America LLC | Thermo Electro NA_RT 12172009-32 09-30-2020 | $ - |

| No. | Counterparty | Contract Name | Cure Costs |
|---|---|---|---|
| 311 | Thermo Electron North America LLC | Thermo Electron NA LLC_RT MSA 12-21-2024 (maintenance, service, repair, calibration, testing, certification, and QA services) | $ - |
| 312 | Thermo Electron North America LLC | Thermo Electron NA_RT SOW 12172009-36 09-17-2021 | $ - |
| 313 | Thermo Fisher Scientific (Asheville) | Thermo Fisher Scientific (Asheville) MSA | $ - |
| 314 | Thermo Fisher Scientific (Asheville) | ThermoFisher Asheville_RT SOW 06042010-14 07-28-2021 | $ - |
| 315 | Thielsch Engineering Div. Rise Engineering | Thielsch Engineering_RT MSA 09-01-2024 (engineering, laboratory, consulting, design, energy services and fabrication/repair services) | $ - |
| 316 | Thomas & Betts Power Solutions, LLC, a member of the ABB Group | MC Dean (fka Thomas and Betts)_RT SOW 05152018-1 05-16-2023 (Network critical power equipment service plan) | $ - |
| 317 | ThyssenKrupp Elevator Corporation | ThyssenKrupp Elevator Corporation MSA | $ 1,772.00 |
| 318 | ThyssenKrupp Elevator Corporation | ThyssenKrupp Elevator Corporation SOW 08102016-1 | $ - |
| 319 | U.S. Bank Equipment Finanace (as assignee of Usherwood Office Technology) | Lease dated 8-7-18 | $ - |
| 320 | U.S. Bank Equipment Finanace (as assignee of Usherwood Office Technology) | Lease dated 4-23-19 | $ - |
| 321 | UL Kaplan EduNeering | UL Kaplan EduNeering MSA | $ - |
| 322 | UL Kaplan EduNeering | UL Eduneering_RT Order 10398R 09-30-2020 | $ - |
| 323 | Unique Metal Works, LLC | Unique Metal Works, LLC MSA | $ - |
| 324 | Univar USA Inc. | Univar Rhodes Beneficial Reuse Agr evergreen | $ - |
| 325 | University of RI Research Foundation | University of RI Research Foundation d/b/a Polaris MEP MSA 03-01-21 | $ - |
| 326 | US BANK NATIONAL ASSOCIATION | Copiers - Rhodes Tech - Exeter, Westerly, Middleton, Cranston, Bridgewater, Quahog | $ - |
| 327 | Usherwood Office Technology | Usherwood Office Technology Master Agreement 08-07-23; Addendum to Master Agreement | $ - |
| 328 | Usherwood Office Technology | Usherwood Office Technology Service Agreement | $ - |
| 329 | Usherwood Office Technology | Lease dated 3-3-20; related Maintenance Agreement | $ - |
| 330 | Usherwood Office Technology | Lease dated 4-2-19 | $ - |
| 331 | Utility Communications, Inc. | Utility Communications, Inc. MSA | $ 1,085.00 |
| 332 | Veolia ES Technical Inc | Veolia ES Technical_RT Product Purchase Agreement 11-7-2020 (auto-renew) | $ - |
| 333 | Veolia ES Technical Solutions LLC | Veolia_RT MSA (Waste) 07-26-2024 (waste disposal services, onsite management services, related support services, etc.) | $ - |
| 334 | Vesta Partners, LLC | Vesta Partners, LLC MSA | $ - |
| 335 | Walco Electric Company | Walco Electric Company_RT MSA 8-31-2025 | $ - |
| 336 | Waterman Engineering Company | Waterman Engineering Company MSA | $ - |
| 337 | Wechslet International, LLC | Wechslet International, LLC | $ - |
| 338 | William Scotsman, Inc. | Lease Agreement (Office Trailers); two amendments dated 6-14-17 | $ - |
| 339 | Wilner-Greene Associates, Inc. | Wilner-Greene Associates, Inc. MSA | $ - |
| 340 | Woodard & Curran | Woodard & Curran MSA | $ - |
| 341 | Working Words | Working Words MSA | $ - |
| 342 | WSP USA Corp | WSP USA Corp MSA | $ - |
| 343 | Xerox | Xerox CONTRACT | $ 2,612.00 |
| 344 | Xerox | Contract MX4-492537-Woonsocket | $ - |
| 345 | XEROX CORPORATION | Woonsocket – W7845PT Tandem, SN MX4-492537, IT –through 05/30/2021 | $ - |
| 346 | Yankee Fiber Control | Yankee Fiber Control_RT Contracting Services Agreement 01-31-2025 | $ - |

**Exhibit A-2**

**Schedule of Potential Assigned Contracts and Cure Costs (Post-Petition Contracts)**

19-23649-shl    Doc 1687-3    Filed 09/14/20    Entered 09/14/20 23:58:06    Exhibit C
Pg 17 of 19

| No. | Counterparty | Contract Name | Effective Date | Termination Date | Cure Costs |
|---|---|---|---|---|---|
| 1 | Adamis Pharmaceuticals Corporation | MSA (supply) | 11/1/2019 | 11/1/2022 | $ - |
| 2 | Agilent Technologies | MSA | 12/12/2019 | 12/11/2020 | $ - |
| 3 | Agilent Technologies | SOW | 12/16/2019 | 12/31/2020 | $ - |
| 4 | Agilent Technologies | SOW | 12/16/2019 | 12/31/2020 | $ - |
| 5 | Air Products and Chemicals | Product Supply Agt | 12/10/2019 | 12/10/2022 | $ - |
| 6 | Alert Scientific | SOW | 10/17/2019 | 11/30/2020 | $ - |
| 7 | Alert Scientific | SOW | 6/13/2020 | 6/12/2023 | $ - |
| 8 | Alert Scientific | SOW | 10/1/2020 | 9/30/2021 | $ - |
| 9 | Alert Scientific | SOW | 10/17/2020 | 11/30/2021 | $ - |
| 10 | AZ Corporation | SOW | 3/4/2020 | 1/27/2021 | $ - |
| 11 | AZ Corporation | SOW | 5/1/2020 | 5/1/2021 | $ - |
| 12 | Biotage, Inc | SOW | 5/2/2020 | 5/1/2021 | $ - |
| 13 | Brinkmann Instruments | SOW | 10/16/2020 | 10/15/2021 | $ - |
| 14 | Brodie Inc | SOW | 3/10/2020 | 12/31/2020 | $ - |
| 15 | Burgess USA Training LLC | SOW | 10/30/2019 | 12/31/2020 | $ - |
| 16 | Cambrex Charles City | Manufacturing and Supply Agreement | 3/19/2020 | | $ - |
| 17 | Cambrex Charles City, Inc. | SOW | 3/4/2020 | 2/28/2026 | $ - |
| 18 | Chilworth Technology Inc | MSA | 11/1/2019 | 11/1/2024 | $ - |
| 19 | Circuit Breaker Sales (fka ExStar) | SOW | 9/24/2019 | 11/30/2022 | $ - |
| 20 | Colden Corporation | MSA | 10/2/2019 | 10/1/2024 | $ - |
| 21 | Colden Corporation | SOW | 1/28/2020 | 12/31/2020 | $ - |
| 22 | Crown Equipment Corp (dba Crown Lift Trucks) | Agreement | 4/24/2020 | 4/24/2021 | $ - |
| 23 | Direct Energy Business | PO - Electricity 129 Quidnick St., UM | 2/24/2020 | | $ - |
| 24 | Direct Energy Business | PO - Electricity 500 Washington St. Storeroom-bldg 30 | 2/25/2020 | | $ - |
| 25 | Direct Energy Services LLC | PO - Gas, 500 Washington St., Mfg, Storeroom-Bldg 30 | 2/24/2020 | | $ - |
| 26 | Direct Energy Services LLC | PO - Gas, 498 Washington St., Mfg, Bldg 6 | 2/24/2020 | | $ - |
| 27 | Dittman & Greer Inc | PO - Siemens software support 2020 | 2/28/2020 | | $ - |
| 28 | Dow Chemical Company | Dow "IPA" Pre-Payment Agreement | | | $ - |
| 29 | Erlabs, Inc. | SOW | 7/24/2020 | 7/23/2021 | $ - |
| 30 | Evoqua Water Technologies | SOW | 6/1/2020 | 5/31/2022 | $ - |
| 31 | Evoqua Water Technologies | SOW | 2/13/2020 | 12/31/2020 | $ - |
| 32 | FW Webb Company | MSA | 10/25/2019 | 10/25/2024 | $ - |
| 33 | Hach Company | SOW | 10/3/2019 | 12/15/2020 | $ - |
| 34 | Hart Engineering Corporation | SOW | 12/23/2019 | 12/31/2020 | $ - |
| 35 | HP Services, Inc. | SOW | 1/3/2020 | 12/31/2021 | $ - |
| 36 | Kupper, Robert | SOW | 9/1/2020 | 8/31/2021 | $ - |
| 37 | Mass Crane Hoist Services Inc. | SOW | 10/17/2019 | 12/31/2021 | $ - |
| 38 | Mc Dean Inc | PO - ABB Site UPS maintenance and repairs | 4/6/2020 | 5/21/2023 | $ - |
| 39 | MMI, Inc. | SOW | 9/11/2019 | 7/31/2022 | $ - |

| No. | Counterparty | Contract Name | Effective Date | Termination Date | Cure Costs |
|---|---|---|---|---|---|
| 40 | National Grid | PO - Gas - 498 Washington St. - Production - Commercial Mfg Order ID: 3110039621 | 2/24/2020 | | $ - |
| 41 | National Grid | PO - Gas - 498 Washington Street - Bldg 30 | 2/25/2020 | | $ - |
| 42 | National Grid | PO - Gas - 500 Washington St., CMC - RTC | 2/24/2020 | | $ - |
| 43 | National Grid | PO - Gas - 500 Washington St. - Upper Mill Boiler | 2/24/2020 | | $ - |
| 44 | New England Controls Inc | PO - Vibration Analysis 06/2020 - 05/2023 | 7/27/2020 | 6/30/2023 | $ - |
| 45 | Occupational Health Connections | MSA | 7/29/2020 | 7/29/2025 | $ - |
| 46 | Rudolph Research Analytical | SOW | 4/29/2020 | 4/29/2023 | $ - |
| 47 | Security Services of CT | SOW | 12/3/2019 | 1/1/2021 | $ - |
| 48 | Stonhard, Division of Stoncor Group Inc. | SOW | 7/14/2020 | 12/31/2021 | $ - |
| 49 | Sullivan & McLaughlin | SOW | 2/14/2020 | 2/14/2021 | $ - |
| 50 | Sullivan & McLaughlin | SOW | 2/14/2020 | 2/14/2021 | $ - |
| 51 | Sullivan Commercial Painting | MSA | 10/15/2019 | 9/11/2024 | $ - |
| 52 | Tech Painting | MSA | 6/15/2021 | 6/15/2022 | $ - |
| 53 | Thielsch Engineering Div. Rise Engineering | SOW | 7/1/2020 | 6/30/2021 | $ - |
| 54 | Us Bank National Association | PO - Copiers - Rhodes Tech – Lincoln, Gloucester | 9/8/2020 | | $ - |
| 55 | Usherwood Business Equipment Inc | PO - Copiers - Rhodes Tech – S. Kingston, Foster, Bldg 30, Hope, Rockville, Woonsocket, N. Kingston | 3/31/2020 | 3/2/2025 | $ - |
| 56 | Usherwood Business Equipment Inc | PO - Copy Charges RT/RP | 2/26/2020 | 3/31/2025 | $ - |
| 57 | Veolia Environmental Services, LLC | SOW | 12/17/2019 | 12/31/2020 | $ - |
| 58 | Veolia Environmental Services, LLC | SOW | 12/23/2019 | 1/1/2021 | $ - |
| 59 | Veolia ES Technical Solutions | SOW | 3/21/2020 | 4/30/2022 | $ - |