# **Exhibit D**

**Form of Publication and Claimant Notice**

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF HEARING ON MOTION OF THE DEBTORS FOR AN ORDER
(I) APPROVING SALE OF DEBTORS' COVENTRY FACILITY AND RELATED
ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND
ENCUMBRANCES, (II) APPROVING DEBTORS' ENTRY INTO A LONG-TERM API
SUPPLY AGREEMENT, (III) AUTHORIZING ASSUMPTION AND ASSIGNMENT OR
ASSIGNMENT, AS APPLICABLE, OF EXECUTORY CONTRACTS AND
<u>UNEXPIRED LEASES AND (IV) GRANTING RELATED RELIEF</u>**

**PLEASE TAKE NOTICE** that Rhodes Technologies (the "**Seller**") has entered into an

agreement (the "**Agreement**") to sell its active pharmaceutical ingredient manufacturing facility

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

located in Coventry, Rhode Island and certain associated assets (the "**Purchased Assets**") to Noramco Coventry LLC (the "**Purchaser**") and enter into and perform under a long-term supply agreement with the Noramco LLC.

On September 14, 2020, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Motion of the Debtors for Entry of an Order (I) Approving Sale of Debtors' Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors' Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief* (the "**Motion**") seeking approval of the Agreement and the transactions contemplated thereby.

**THE PROPOSED SALE ORDER PROVIDES THAT, EXCEPT AS EXPRESSLY PROVIDE FOR IN THE AGREEMENT, THE PURCHASER WILL HAVE NO RESPONSIBILITY FOR, AND THE PURCHASED ASSETS WILL BE SOLD FREE AND CLEAR OF ANY CLAIMS AGAINST OR INTERESTS IN, OR LIENS OR ENCUMBRANCES ATTACHING TO, THE SELLER, AND ANY SUCCESSOR LIABILITY.**

A hearing on the Motion will be held on **September 30, 2020** at **10:00 a.m.** (prevailing Eastern Time) (the "**Hearing**") before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"), or at such other time as the Bankruptcy Court may determine.

**If you object to approval of the Motion, including approval of the Agreement and the Sale, you must file an objection by <u>September 25, 2020 at 4:00 p.m. (prevailing Eastern Time)</u> as set forth in the paragraph below.**

As set forth above, any responses or objections (the "**Objections**") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* entered on November 18, 2019 [Docket No. 498], so as to be filed and received no later than **September 25, 2020** at **4:00 p.m.** (prevailing Eastern Time) (the "**Objection Deadline**"). Any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default; *provided* that objecting parties shall attend the Hearing telephonically pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**") so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court. If no Objection is timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

Copies of the Motion, the proposed Order and the Agreement may be obtained free of charge on the Debtors' case website at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein. A copy of General Order M-543 can be obtained by visiting http://www.nysb.uscourts.gov/news/court-operations-under-exigent-circumstances-created-covid-19. The Bankruptcy Court's procedures for telephonic appearances are available at: http://www.nysb.uscourts.gov/telephonic-appearances-white-plains.