UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: Purdue Parma LP

                           Debtor

Case No.: 19-23649

Chapter 11

-----------------------------------------------------------x

                           Plaintiff

                  v.

                           Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

     I, Richard R. Gan, Esq, request admission, ***pro hac vice***, before the Honorable Robert Drain, to represent Oloivia Helene Edwards, a claimant in the above-referenced ☑ case ☐ adversary proceeding.

     *I certify that I am a member in good standing* of the bar in the State of NY 3rd Judicial Dept and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

     I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 9/9/2020

_____, New York

Richard R. Gan
*Mailing Address:*
2023 N 2nd Street
Harrisburg PA 17102

*E-mail address*: richlaw1@comcast.net
*Telephone number*: (717) 648-1098

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re: Purdue Parma LP

                        Debtor

Case No.: 19-23649

Chapter 11

-----------------------------------------------------------x

                        Plaintiff

                v.

                        Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Richard R. Gan, Esq, to be admitted, *pro hac vice*, to represent Olivia Helene Edwards, (the "Client") a claimant in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

**ORDERED**, that Richard R. Gan, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____

                                            UNITED STATES BANKRUPTCY JUDGE