UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------

| | |
|---|---|
| In re: Purdue Pharma LP, et al., | Case No.: 19-23649 (RDD) |
| | Chapter 11 |
| Debtors. | (Jointly Administered) |

----------------------------------------------------------

ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Richard R. Gan to be admitted, *pro hac vice,* to represent Olivia Helene Edwards (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the States of New York, Michigan and Pennsylvania and the bar of the U.S. District Court for the Middle District of Pennsylvania, it is hereby

ORDERED, that Richard R. Gan, Esq., is admitted to practice, *pro hac vice,* in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:   White Plains, New York
         September 15, 2020

/s/ Robert D. Drain
United States Bankruptcy Judge