19-23649-shl    Doc 1695    Filed 09/16/20    Entered 09/16/20 19:24:04    Main Document
Pg 1 of 3

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
James I. McClammy
Eli J. Vonnegut

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF PRESENTMENT OF STIPULATION AND
AGREED ORDER REGARDING LATE CLAIMS FILED ON JULY 30, 2020**

**PLEASE TAKE NOTICE** that on September 16, 2020, Purdue Pharma L.P. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Stipulation and Agreed Order Regarding Late Claims Filed on July 30, 2020* (the "**Stipulation**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that the Stipulation between the Debtors and the Official Committee of Unsecured Creditors allows untimely claims filed on July 30, 2020, between 5:01 p.m. and 11:59 p.m. (prevailing Eastern Time), to be treated as timely.

**PLEASE TAKE FURTHER NOTICE** that, unless a written objection to the Stipulation is served and filed with proof of service with the Clerk of the Court, and a courtesy copy is delivered to the undersigned and to the chambers of the Honorable Robert D. Drain, so as to be received by **September 27, 2020 at 4:00 p.m. (prevailing Eastern Time)**, there will not be a hearing to consider the Stipulation, and the Stipulation will be presented for signature by the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on **September 30, 2020 at 10:00 a.m. (prevailing Eastern Time)**.  A copy of the Stipulation is attached here to as <u>**Exhibit A**</u>.

**PLEASE TAKE FURTHER NOTICE** that, if a written objection is timely filed and served with respect to the Stipulation, a hearing (the "**Hearing**") will be held to consider the Stipulation before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on a date to be announced.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and a failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that copies of the Stipulation and all related papers may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in

accordance with the procedures and fees set forth therein.

Dated:   September 16, 2020                              Respectfully submitted,
         New York, New York

                                                         /s/ *James I. McClammy*
                                                         DAVIS POLK & WARDWELL LLP
                                                         450 Lexington Avenue
                                                         New York, New York 10017
                                                         Telephone: (212) 450-4000
                                                         Facsimile: (212) 701-5800
                                                         Marshall S. Huebner
                                                         Benjamin S. Kaminetzky
                                                         Timothy Graulich
                                                         James I. McClammy
                                                         Eli J. Vonnegut

                                                         *Counsel to the Debtors*
                                                         *and Debtors in Possession*