# Exhibit A

| Claim Number | Name |
| --- | --- |
| 126571 | Name on File |
| 126574 | Name on File |
| 126615 | Name on File |
| 126586 | Name on File |
| 146912 | Name on File |
| 126640 | Name on File |
| 126642 | Name on File |
| 126588 | Name on File |
| 126650 | Name on File |
| 146900 | Name on File |
| 126612 | Name on File |
| 126578 | Name on File |
| 126531 | Name on File |
| 126580 | Name on File |
| 126572 | Name on File |
| 146933 | AT&T Services, Inc. |
| 126528 | Name on File |
| 146907 | Name on File |
| 126529 | Name on File |
| 126540 | Name on File |
| 126625 | Name on File |
| 146910 | Name on File |
| 137876 | Liberty Mutual Fire Insurance Company |
| 126632 | Name on File |
| 143952 | Name on File |
| 126635 | Name on File |
| 126621 | Name on File |
| 126579 | Name on File |
| 126541 | Name on File |
| 126595 | Name on File |
| 126623 | Name on File |
| 146915 | Future Star Model Talent |
| 126533 | Name on File |
| 126603 | Name on File |
| 126534 | Name on File |
| 126600 | Name on File |
| 126577 | Name on File |
| 126634 | Name on File |

| Claim Number | Name |
| --- | --- |
| 146918 | Name on File |
| 143960 | Valley Local School District, Scioto County, Ohio |
| 143951 | Town of Northbridge |
| 126566 | Name on File |
| 126629 | Name on File |
| 146909 | Name on File |
| 126583 | Name on File |
| 143954 | Immokalee Fire Control District, Florida |
| 146930 | Name on File |
| 126648 | Name on File |
| 126532 | Name on File |
| 146926 | Plumbers' Local Union 690 Health Plan |
| 126590 | Name on File |
| 126607 | Name on File |
| 126645 | Name on File |
| 126606 | Name on File |
| 126622 | Name on File |
| 137867 | Liberty Mutual Fire Insurance Company |
| 126570 | Name on File |
| 126592 | Name on File |
| 146904 | Name on File |
| 126562 | Name on File |
| 126611 | Name on File |
| 126620 | Name on File |
| 126581 | Name on File |
| 126564 | Name on File |
| 126626 | Name on File |
| 146920 | Name on File |
| 143956 | Fiscal County Court of McLean County Kentucky |
| 143961 | Town of Lavon, Texas |
| 126616 | Name on File |
| 146921 | Name on File |
| 146913 | Name on File |
| 131845 | Name on File |
| 126644 | Name on File |
| 146916 | Name on File |
| 146929 | Name on File |
| 126601 | Name on File |

| Claim Number | Name |
|---|---|
| 126610 | Name on File |
| 126585 | Name on File |
| 126636 | Name on File |
| 126567 | Name on File |
| 126526 | Name on File |
| 126594 | Name on File |
| 137869 | Liberty Mutual Fire Insurance Company |
| 126649 | Name on File |
| 146931 | Name on File |
| 146924 | Name on File |
| 137873 | Liberty Mutual Fire Insurance Company |
| 146902 | Name on File |
| 126608 | Name on File |
| 126633 | Name on File |
| 126545 | Name on File |
| 126576 | Name on File |
| 126614 | Name on File |
| 126565 | Name on File |
| 126568 | Name on File |
| 137872 | Liberty Mutual Fire Insurance Company |
| 143958 | Name on File |
| 126613 | Name on File |
| 126641 | Name on File |
| 126599 | Name on File |
| 126602 | Name on File |
| 126609 | Name on File |
| 126619 | Name on File |
| 137878 | Liberty Mutual Fire Insurance Company |
| 146923 | Name on File |
| 126639 | Name on File |
| 137883 | Name on File |
| 126596 | Name on File |
| 126575 | Name on File |
| 126582 | Name on File |
| 137881 | Liberty Mutual Fire Insurance Company |
| 126591 | Name on File |
| 126593 | Name on File |
| 126624 | Name on File |
| 126560 | Name on File |

| Claim Number | Name |
|---|---|
| 137875 | Liberty Mutual Fire Insurance Company |
| 137880 | Liberty Mutual Fire Insurance Company |
| 126587 | Name on File |
| 146914 | Name on File |
| 126561 | Name on File |
| 126589 | Name on File |
| 126630 | Name on File |
| 143953 | City of Racine |
| 146925 | Name on File |
| 126646 | Name on File |
| 126598 | Name on File |
| 137874 | Liberty Mutual Fire Insurance Company |
| 126647 | Name on File |
| 126538 | Name on File |
| 137879 | Liberty Mutual Insurance Company |
| 126628 | Name on File |
| 137877 | Liberty Mutual Fire Insurance Company |
| 126536 | Name on File |
| 126604 | Name on File |
| 143957 | Name on File |
| 126527 | Name on File |
| 126539 | Name on File |
| 143959 | City of Watertown |
| 126651 | Name on File |
| 126631 | Name on File |
| 137882 | Liberty Mutual Fire Insurance Company |
| 126605 | Name on File |
| 126227 | Name on File |
| 126518 | Name on File |
| 126249 | Name on File |
| 126228 | Name on File |
| 143977 | City of Oak Leaf |
| 113130 | Johnson & Johnson |
| 113223 | Alza Corporation |
| 114579 | Janssen Ortho LLC |
| 115426 | Janssen Ortho LLC |
| 116003 | Johnson & Johnson |
| 116199 | Janssen Inc. |
| 116211 | Janssen Inc. |

4

| Claim Number | Name |
| --- | --- |
| 116230 | Janssen Inc. |
| 116349 | Janssen Ortho LLC |
| 116708 | Johnson & Johnson |
| 116981 | Alza Corporation |
| 116993 | Janssen Pharmaceuticals, Inc. |
| 117007 | Johnson & Johnson |
| 117021 | Alza Corporation |
| 117046 | Janssen Ortho LLC |
| 117707 | Janssen Ortho LLC |
| 117717 | Johnson & Johnson |
| 118236 | Johnson & Johnson |
| 118253 | Janssen Pharmaceuticals, Inc. |
| 118295 | Janssen Pharmaceuticals, Inc. |
| 118360 | Janssen Inc |
| 118420 | Janssen Inc |
| 118422 | Janssen Ortho LLC |
| 118434 | Janssen Inc |
| 118444 | Janssen Pharmaceuticals, Inc. |
| 118473 | Janssen Ortho LLC |
| 118540 | Alza Corporation |
| 118543 | Alza Corporation |
| 118545 | Alza Corporation |
| 118546 | Johnson & Johnson |
| 118548 | Johnson & Johnson |
| 118549 | Alza Corporation |
| 118774 | Johnson & Johnson |
| 118852 | Janssen Inc. |
| 118870 | Johnson & Johnson |
| 118879 | Janssen Inc. |
| 118892 | Johnson & Johnson |
| 118913 | Johnson & Johnson |
| 118986 | Janssen Pharmaceuticals, Inc. |
| 119075 | Janssen Pharmaceuticals, Inc. |
| 119081 | Alza Corporation |
| 119088 | Janssen Pharmaceuticals, Inc. |
| 119114 | Janssen Pharmaceuticals Inc |
| 119125 | Alza Corporation |
| 119129 | Janssen Ortho LLC |
| 119158 | Janssen Inc. |

| Claim Number | Name |
| --- | --- |
| 119168 | Janssen Inc. |
| 119171 | Alza Corporation |
| 119173 | Johnson & Johnson |
| 119181 | Janssen Pharmaceuticals, Inc. |
| 119185 | Johnson & Johnson |
| 119236 | Alza Corporation |
| 119254 | Janssen Pharmaceuticals, Inc. |
| 119274 | Janssen Pharmaceuticals, Inc. |
| 119328 | Janssen Pharmaceuticals, Inc. |
| 119544 | Janssen Inc. |
| 119671 | Alza Corporation |
| 120182 | Alza Corporation |
| 120189 | Janssen Inc. |
| 120198 | Alza Corporation |
| 120978 | Janssen Ortho LLC |
| 120994 | Alza Corporation |
| 121037 | Janssen Pharmaceuticals, Inc. |
| 121071 | Johnson & Johnson |
| 121289 | Janssen Inc. |
| 121379 | Janssen Inc. |
| 121384 | Janssen Pharmaceuticals, Inc. |
| 121393 | Johnson & Johnson |
| 121397 | Janssen Ortho LLC |
| 121411 | Johnson & Johnson |
| 121422 | Janssen Ortho LLC |
| 121425 | Janssen Pharmaceuticals, Inc. |
| 121429 | Alza Corporation |
| 121439 | Janssen Inc. |
| 121449 | Janssen Inc. |
| 121465 | Johnson & Johnson |
| 121467 | Johnson & Johnson |
| 121470 | Janssen Pharmaceuticals, Inc. |
| 121502 | Alza Corporation |
| 121511 | Janssen Inc. |
| 121517 | Janssen Ortho LLC |
| 121523 | Janssen Ortho LLC |
| 121656 | Johnson & Johnson |
| 121710 | Janssen Ortho LLC |
| 121754 | Janssen Ortho LLC |

| Claim Number | Name |
| --- | --- |
| 121781 | Janssen Inc. |
| 121786 | Alza Corporation |
| 121794 | Johnson & Johnson |
| 121796 | Alza Corporation |
| 121810 | Janssen Inc. |
| 121826 | Janssen Ortho LLC |
| 121846 | Janssen Inc. |
| 121858 | Janssen Pharmaceuticals, Inc. |
| 121860 | Alza Corporation |
| 121890 | Alza Corporation |
| 121914 | Janssen Ortho LLC |
| 121917 | Janssen Ortho LLC |
| 122071 | Janssen Pharmaceuticals, Inc. |
| 122084 | Janssen Ortho LLC |
| 122088 | Janssen Inc. |
| 122097 | Janssen Ortho LLC |
| 122101 | Janssen Ortho LLC |
| 122105 | Janssen Pharmaceuticals, Inc. |
| 122111 | Johnson & Johnson |
| 122161 | Janssen Pharmaceuticals, Inc. |
| 122180 | Alza Corporation |
| 122185 | Janssen Ortho LLC |
| 122186 | Alza Corporation |
| 122187 | Janssen Pharmaceuticals, Inc. |
| 122191 | Janssen Inc. |
| 122197 | Johnson & Johnson |
| 122200 | Janssen Ortho LLC |
| 122202 | Janssen Inc. |
| 122215 | Janssen Inc. |
| 122231 | Janssen Pharmaceuticals, Inc. |
| 122234 | Janssen Pharmaceuticals, Inc. |
| 122238 | Alza Corporation |
| 122244 | Janssen Pharmaceuticals, Inc. |
| 122249 | Johnson & Johnson |
| 126232 | Name on File |
| 126253 | Name on File |
| 126236 | Name on File |
| 126256 | Name on File |
| 147043 | Name on File |

| Claim Number | Name |
| --- | --- |
| 126254 | Name on File |
| 137884 | Liberty Mutual Fire Insurance Company |
| 126241 | Name on File |
| 126255 | Name on File |
| 126247 | Name on File |
| 126239 | Name on File |
| 147052 | Name on File |
| 126234 | Name on File |
| 126517 | Name on File |
| 126519 | Name on File |
| 126524 | Name on File |
| 126231 | Name on File |
| 126245 | Name on File |
| 126248 | Name on File |
| 147045 | Name on File |
| 126515 | Name on File |
| 126523 | Name on File |
| 126516 | Name on File |
| 126243 | Name on File |
| 126520 | Name on File |
| 126233 | Name on File |
| 126513 | Name on File |
| 126251 | Name on File |
| 126244 | Name on File |
| 126235 | Name on File |
| 126522 | Name on File |
| 143975 | City of Mitchell |
| 126252 | Name on File |
| 147044 | Name on File |
| 143978 | Northeast Ambulance & Fire Protection District |
| 147042 | Name on File |
| 146936 | Name on File |
| 126521 | Name on File |
| 126250 | Name on File |
| 147048 | Name on File |
| 126503 | Name on File |
| 126282 | Name on File |
| 126291 | Name on File |

| Claim Number | Name |
|---|---|
| 126508 | Name on File |
| 126279 | Name on File |
| 126509 | Name on File |
| 147035 | Name on File |
| 126504 | Name on File |
| 147034 | Name on File |
| 146939 | Name on File |
| 126283 | Name on File |
| 126284 | Name on File |
| 126511 | Name on File |
| 126293 | Name on File |
| 126502 | Name on File |
| 146938 | Name on File |
| 126281 | Name on File |
| 126510 | Name on File |
| 126507 | Name on File |
| 126288 | Name on File |
| 126506 | Name on File |
| 126294 | Name on File |
| 147036 | Name on File |
| 126499 | Name on File |
| 126490 | Name on File |
| 126292 | Name on File |
| 126286 | Name on File |
| 126285 | Name on File |
| 126280 | Name on File |
| 126501 | Name on File |
| 126512 | Name on File |
| 146944 | Name on File |
| 126505 | Name on File |
| 126289 | Name on File |
| 146945 | Name on File |
| 126278 | Name on File |
| 126261 | Name on File |
| 147038 | Name on File |
| 126266 | Name on File |
| 126265 | Name on File |
| 126263 | Name on File |
| 126259 | Name on File |

| Claim Number | Name |
|---|---|
| 143973 | Parish Hospital Service District for the Parish of Orleans - District A |
| 126267 | Name on File |
| 126262 | Name on File |
| 126269 | Name on File |
| 126274 | Name on File |
| 126260 | Name on File |
| 143972 | The Board of Education of Tamworth School District on behalf of itself and state of New Hampshire an |
| 126270 | Name on File |
| 126277 | Name on File |
| 147039 | Name on File |
| 143974 | The Board of Education of Tamworth School District |
| 126272 | Name on File |
| 126258 | Name on File |
| 126273 | Name on File |
| 126275 | Name on File |
| 126268 | Name on File |
| 126271 | Name on File |
| 126314 | Name on File |
| 126321 | Name on File |
| 147024 | Name on File |
| 126489 | Name on File |
| 143970 | City of San Bernardino |
| 147023 | Name on File |
| 137888 | Gunderson Palmer Nelson & Ashmore, LLP |
| 126323 | Name on File |
| 143968 | District Attorney for the Parish of Orleans, Louisiana |
| 143969 | Mountain View School District, a California public school district |
| 126315 | Name on File |
| 146949 | Name on File |
| 126313 | Name on File |
| 146947 | Name on File |
| 126322 | Name on File |
| 131849 | Name on File |
| 147029 | Name on File |

| Claim Number | Name |
|---|---|
| 126320 | Name on File |
| 146948 | National IAM Benefit Trust Fund |
| 126463 | Name on File |
| 126462 | Name on File |
| 126317 | Name on File |
| 147021 | Name on File |
| 126318 | Name on File |
| 126316 | Name on File |
| 147026 | Name on File |
| 147022 | Name on File |
| 126299 | Name on File |
| 126311 | Name on File |
| 126306 | Name on File |
| 126301 | Name on File |
| 126309 | Name on File |
| 126308 | Name on File |
| 126298 | Name on File |
| 126297 | Name on File |
| 126303 | Name on File |
| 143971 | Mendocino-Lake Community College District |
| 147030 | Name on File |
| 126307 | Name on File |
| 126302 | Name on File |
| 126295 | Name on File |
| 126296 | Name on File |
| 126300 | Name on File |
| 126304 | Name on File |
| 126310 | Name on File |
| 126356 | Name on File |
| 147009 | Name on File |
| 126460 | Name on File |
| 126360 | Name on File |
| 146994 | Name on File |
| 147015 | Name on File |
| 126355 | Name on File |
| 147011 | Name on File |
| 126362 | Name on File |
| 126459 | Name on File |
| 126359 | Name on File |

| Claim Number | Name |
|---|---|
| 147014 | Name on File |
| 126363 | Name on File |
| 126401 | Name on File |
| 126366 | Name on File |
| 126357 | Name on File |
| 126361 | Name on File |
| 126358 | Name on File |
| 126367 | Name on File |
| 126369 | Name on File |
| 126461 | Name on File |
| 126365 | Name on File |
| 126349 | Name on File |
| 126333 | Name on File |
| 126352 | Name on File |
| 126336 | Name on File |
| 126329 | Name on File |
| 126351 | Name on File |
| 126340 | Name on File |
| 126341 | Name on File |
| 126350 | Name on File |
| 126353 | Name on File |
| 126335 | Name on File |
| 126337 | Name on File |
| 126331 | Name on File |
| 147017 | Name on File |
| 126332 | Name on File |
| 126328 | Name on File |
| 126327 | Name on File |
| 126330 | Name on File |
| 126338 | Name on File |
| 126339 | Name on File |
| 126382 | Name on File |
| 126387 | Name on File |
| 146996 | Name on File |
| 126400 | Name on File |
| 126398 | Name on File |
| 126393 | Name on File |
| 126389 | Name on File |
| 126395 | Name on File |

| Claim Number | Name |
|---|---|
| 126397 | Name on File |
| 126396 | Name on File |
| 126399 | Name on File |
| 126388 | Name on File |
| 147000 | Name on File |
| 126385 | Name on File |
| 126383 | Name on File |
| 126384 | Name on File |
| 126391 | Name on File |
| 146997 | Name on File |
| 126390 | Name on File |
| 126386 | Name on File |
| 146995 | Name on File |
| 126376 | Name on File |
| 147001 | Name on File |
| 126380 | Name on File |
| 126373 | Name on File |
| 147005 | Name on File |
| 126374 | Name on File |
| 126375 | Name on File |
| 126377 | Name on File |
| 147008 | Name on File |
| 126381 | Name on File |
| 147004 | Name on File |
| 126378 | Name on File |
| 126371 | Name on File |
| 143965 | Kelseyville Unified School District |
| 126372 | Name on File |
| 126370 | Name on File |
| 126458 | Name on File |
| 126423 | Name on File |
| 126434 | Name on File |
| 146983 | Name on File |
| 126424 | Name on File |
| 126425 | Name on File |
| 126431 | Name on File |
| 146987 | Name on File |
| 146989 | Name on File |
| 126437 | Name on File |

| Claim Number | Name |
|---|---|
| 126432 | Name on File |
| 126427 | Name on File |
| 126426 | Name on File |
| 126428 | Name on File |
| 126433 | Name on File |
| 146985 | Name on File |
| 126436 | Name on File |
| 126430 | Name on File |
| 126435 | Name on File |
| 126409 | Name on File |
| 126413 | Name on File |
| 126403 | Name on File |
| 126419 | Name on File |
| 126420 | Name on File |
| 126417 | Name on File |
| 126404 | Name on File |
| 137887 | Name on File |
| 126414 | Name on File |
| 126406 | Name on File |
| 126418 | Name on File |
| 126405 | Name on File |
| 126415 | Name on File |
| 126407 | Name on File |
| 126402 | Name on File |
| 126411 | Name on File |
| 126412 | Name on File |
| 146990 | Name on File |
| 126410 | Name on File |
| 126408 | Name on File |
| 143964 | City of Opa Locka |
| 126457 | Name on File |
| 146967 | Name on File |
| 126449 | Name on File |
| 126447 | Name on File |
| 126456 | Name on File |
| 126453 | Name on File |
| 126448 | Name on File |
| 146970 | Name on File |
| 126454 | Name on File |

| Claim Number | Name |
|---|---|
| 126455 | Name on File |
| 146969 | Name on File |
| 126450 | Name on File |
| 126452 | Name on File |
| 126440 | Name on File |
| 126439 | Name on File |
| 137885 | Name on File |
| 126441 | Name on File |
| 126443 | Name on File |
| 126444 | Name on File |
| 126438 | Name on File |
| 146974 | Name on File |
| 137886 | Name on File |
| 146978 | Name on File |
| 126442 | Name on File |
| 126445 | Name on File |
| 146977 | Name on File |
| 146976 | Name on File |
| 126446 | Name on File |
| 146951 | Name on File |
| 126487 | Name on File |
| 146958 | Name on File |
| 126481 | Name on File |
| 126483 | Name on File |
| 126482 | Name on File |
| 146952 | Name on File |
| 126484 | Name on File |
| 146956 | Name on File |
| 126485 | Name on File |
| 126486 | Name on File |
| 126465 | Name on File |
| 126468 | Name on File |
| 146964 | Name on File |
| 146959 | Name on File |
| 126478 | Name on File |
| 146960 | Name on File |
| 126464 | Name on File |
| 126473 | Name on File |
| 126467 | Name on File |

| Claim Number | Name |
| --- | --- |
| 126469 | Name on File |
| 126477 | Name on File |
| 126472 | Name on File |
| 126466 | Name on File |
| 126476 | Name on File |
| 126471 | Name on File |
| 126475 | Name on File |
| 126480 | Name on File |
| 126470 | Name on File |
| 126498 | Name on File |
| 146941 | Name on File |
| 126494 | Name on File |
| 126495 | Name on File |
| 126493 | Name on File |
| 126497 | Name on File |
| 143962 | City of Gilroy |
| 126491 | Name on File |
| 126496 | Name on File |
| 126492 | Name on File |
| 146942 | Name on File |