**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF NINTH MONTHLY FEE STATEMENT OF
JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JULY 1, 2020 THROUGH JULY 31, 2020**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | July 1, 2020 through July 31, 2020 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $11,535.50 |

This is a(n):   monthly  x    interim  __    final application  __

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**NINTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
**July 1, 2020 through July 31, 2020**

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 7.5 |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 52.0 |
| 4 | Debtor Communication | 25.5 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence | 192.5 |
| 10 | Business Plan | - |
| 11 | Case Strategy | 23.5 |
| **Total** | | **301.0** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-head/Managing Director, Debt Advisory & Restructuring | 36.0 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 15.0 |
| Jaspinder Kanwal | Vice President, Debt Advisory & Restructuring | 46.5 |
| Ben Troester | Associate, Debt Advisory & Restructuring | 55.5 |
| Kevin Chen | Analyst, Debt Advisory & Restructuring | 65.5 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 30.0 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 15.0 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 11.5 |
| Connor Hattersley | Analyst, Global Healthcare Investment Banking | 26.0 |
| **Total** | | **301.0** |

**NINTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**July 1, 2020 through July 31, 2020**

| **Category** | **July 2020** |
|---|---|
| Meals | $- |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 11,535.50 |
| General | - |
| **Total Expenses** | **$11,535.50** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**NINTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR**
**ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT**
**BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM JULY 1, 2020 THROUGH JULY 31, 2020**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from July 1, 2020 through July 31, 2020 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $11,535.50. In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2.  On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.  On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4.  On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2] A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5.  On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Retention Application.

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6.      On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7.      By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from July 1, 2020 through July 31, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $11,535.50.

3

8.       All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as <u>Exhibit A</u>.

9.       The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

**Actual and Necessary Expenses**

10.      Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order. As set forth in greater detail in the summary attached hereto as <u>Exhibit B</u>, Jefferies' total expenses incurred during the Compensation Period are $11,535.50, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from July 1, 2020 through July 31, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $11,535.50.

Dated:  September 16, 2020         Respectfully submitted,
        New York, New York

                                    */s/ Leon Szlezinger*
                                    Leon Szlezinger
                                    Managing Director and Joint Global Head of
                                    Debt Advisory & Restructuring
                                    JEFFERIES LLC

# Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | | **July 1, 2020 - July 31, 2020 Hours for Case Administration / General** | **7.5** | |
| 07/08/20 | Kevin Chen | *Prepare Second Interim Fee App* | 1.5 | 1 |
| 07/09/20 | Kevin Chen | *Prepare Second Interim Fee App* | 1.0 | 1 |
| 07/10/20 | Kevin Chen | *Prepare Second Interim Fee App* | 1.0 | 1 |
| 07/11/20 | Leon Szlezinger | *Review second interim fee app* | 0.5 | 1 |
| 07/16/20 | Kevin Chen | *Administrative tasks re accounting / billing* | 0.5 | 1 |
| 07/30/20 | Benjamin Troester | *Review July Fee App* | 0.5 | 1 |
| 07/30/20 | Kevin Chen | *Prepare July Fee App* | 2.5 | 1 |
| | | **July 1, 2020 - July 31, 2020 Hours for Creditor Communication** | **52.0** | |
| 07/02/20 | Leon Szlezinger | *Prepare for UCC update call* | 0.5 | 3 |
| 07/02/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/02/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/02/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/02/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/02/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/02/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/06/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/06/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/06/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/06/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/06/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/06/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/07/20 | Leon Szlezinger | *UCC Update Call* | 1.0 | 3 |
| 07/07/20 | Jaspinder Kanwal | *UCC Update Call* | 1.0 | 3 |
| 07/07/20 | Benjamin Troester | *UCC Update Call* | 1.0 | 3 |
| 07/07/20 | Kevin Chen | *UCC Update Call* | 1.0 | 3 |
| 07/07/20 | Kevin Sheridan | *UCC Update Call* | 1.0 | 3 |
| 07/09/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/09/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/09/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/09/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/09/20 | Kevin Sheridan | *Prepare for weekly UCC update call* | 0.5 | 3 |
| 07/09/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/13/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/13/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/13/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/13/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/13/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/16/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/16/20 | Robert White | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/16/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/16/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/16/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/16/20 | Kevin Sheridan | *Prepare for weekly UCC update call* | 0.5 | 3 |
| 07/16/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/20/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/20/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/20/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/20/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/20/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/24/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/24/20 | Robert White | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/24/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/24/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/24/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/24/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/27/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/27/20 | Robert White | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/27/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/27/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/27/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 07/27/20 | Kevin Sheridan | *Prepare for weekly UCC update call* | 0.5 | 3 |
| 07/27/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| | | **July 1, 2020 - July 31, 2020 Hours for Debtor Communication** | **25.5** | |
| 07/26/20 | Leon Szlezinger | *Prepare for Debtor / UCC meeting* | 0.5 | 4 |
| 07/27/20 | Leon Szlezinger | *Debtor / UCC Meeting* | 2.0 | 4 |
| 07/27/20 | Leon Szlezinger | *Review notes from Debtor / UCC meeting* | 0.5 | 4 |
| 07/27/20 | Robert White | *Debtor / UCC Meeting* | 2.0 | 4 |
| 07/27/20 | Jaspinder Kanwal | *Debtor / UCC Meeting* | 2.0 | 4 |
| 07/27/20 | Jaspinder Kanwal | *Review notes from Debtor / UCC meeting* | 1.0 | 4 |
| 07/27/20 | Benjamin Troester | *Prepare for Debtor / UCC meeting* | 0.5 | 4 |
| 07/27/20 | Benjamin Troester | *Debtor / UCC Meeting* | 2.0 | 4 |
| 07/27/20 | Benjamin Troester | *Organize notes from Debtor / UCC meeting* | 1.0 | 4 |
| 07/27/20 | Kevin Chen | *Debtor / UCC Meeting* | 2.0 | 4 |
| 07/27/20 | Kevin Chen | *Organize notes from Debtor / UCC meeting* | 1.0 | 4 |
| 07/27/20 | Kevin Sheridan | *Debtor / UCC Meeting* | 2.0 | 4 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 07/27/20 | Kevin Sheridan | *Review notes from Debtor / UCC meeting* | 0.5 | 4 |
| 07/27/20 | James Wiltshire | *Debtor / UCC Meeting* | 2.0 | 4 |
| 07/27/20 | William Maselli | *Debtor / UCC Meeting* | 2.0 | 4 |
| 07/27/20 | Connor Hattersley | *Debtor / UCC Meeting* | 2.0 | 4 |
| 07/27/20 | Connor Hattersley | *Organize notes from Debtor / UCC meeting* | 1.0 | 4 |
| 07/28/20 | James Wiltshire | *Review notes from Debtor / UCC meeting* | 0.5 | 4 |
| 07/30/20 | William Maselli | *Review notes from Debtor / UCC meeting* | 1.0 | 4 |
|  | **July 1, 2020 - July 31, 2020 Hours for Due Diligence** |  | **192.5** |  |
| 07/01/20 | Leon Szlezinger | *Call with Duff & Phelps* | 1.0 | 9 |
| 07/01/20 | Leon Szlezinger | *Review notes from Duff & Phelps call* | 0.5 | 9 |
| 07/01/20 | Robert White | *Call with Duff & Phelps* | 1.0 | 9 |
| 07/01/20 | Jaspinder Kanwal | *Call with Duff & Phelps* | 1.0 | 9 |
| 07/01/20 | Jaspinder Kanwal | *Review notes from call with Duff & Phelps* | 0.5 | 9 |
| 07/01/20 | Benjamin Troester | *Call with Duff & Phelps* | 1.0 | 9 |
| 07/01/20 | Benjamin Troester | *Organize notes from call with Duff & Phelps* | 0.5 | 9 |
| 07/01/20 | Benjamin Troester | *Review IAC diligence tracker* | 0.5 | 9 |
| 07/01/20 | Kevin Chen | *Call with Duff & Phelps* | 1.0 | 9 |
| 07/01/20 | Kevin Chen | *Organize notes from Duff & Phelps call* | 0.5 | 9 |
| 07/01/20 | Kevin Sheridan | *Call with Duff & Phelps* | 1.0 | 9 |
| 07/01/20 | James Wiltshire | *Call with Duff & Phelps* | 1.0 | 9 |
| 07/01/20 | William Maselli | *Call with Duff & Phelps* | 1.0 | 9 |
| 07/01/20 | Connor Hattersley | *Call with Duff & Phelps* | 1.0 | 9 |
| 07/01/20 | Connor Hattersley | *Organize notes from call with Duff & Phelps* | 0.5 | 9 |
| 07/02/20 | Leon Szlezinger | *IAC Tech Ops Diligence Call* | 1.0 | 9 |
| 07/02/20 | Jaspinder Kanwal | *IAC Tech Ops Diligence Call* | 1.0 | 9 |
| 07/02/20 | Benjamin Troester | *IAC Tech Ops Diligence Call* | 1.0 | 9 |
| 07/02/20 | Kevin Chen | *IAC Tech Ops Diligence Call* | 1.0 | 9 |
| 07/02/20 | Kevin Chen | *Organize notes from IAC tech ops call* | 0.5 | 9 |
| 07/02/20 | Kevin Chen | *Review PPLP data room* | 2.0 | 9 |
| 07/02/20 | James Wiltshire | *IAC Tech Ops Diligence Call* | 1.0 | 9 |
| 07/02/20 | William Maselli | *IAC Tech Ops Diligence Call* | 1.0 | 9 |
| 07/02/20 | Connor Hattersley | *IAC Tech Ops Diligence Call* | 1.0 | 9 |
| 07/02/20 | Connor Hattersley | *Organize notes from IAC tech ops call* | 0.5 | 9 |
| 07/03/20 | Jaspinder Kanwal | *Review PPLP data room uploads* | 1.5 | 9 |
| 07/04/20 | Benjamin Troester | *Coordinate IAC diligence calls* | 0.5 | 9 |
| 07/04/20 | Kevin Chen | *Review IAC data room* | 0.5 | 9 |
| 07/04/20 | James Wiltshire | *Review IAC diligence tracker* | 0.5 | 9 |
| 07/05/20 | Benjamin Troester | *Review PPLP data room* | 1.0 | 9 |
| 07/05/20 | Connor Hattersley | *Review IAC data room uploads* | 1.0 | 9 |
| 07/06/20 | Leon Szlezinger | *IAC LAM Diligence Call* | 1.0 | 9 |
| 07/06/20 | Robert White | *IAC LAM Diligence Call* | 1.0 | 9 |
| 07/06/20 | Jaspinder Kanwal | *IAC LAM Diligence Call* | 1.0 | 9 |
| 07/06/20 | Jaspinder Kanwal | *Review notes from IAC LAM diligence call* | 0.5 | 9 |
| 07/06/20 | Jaspinder Kanwal | *Review Distributable Value Presentation* | 2.0 | 9 |
| 07/06/20 | Benjamin Troester | *IAC LAM Diligence Call* | 1.0 | 9 |
| 07/06/20 | Benjamin Troester | *Review notes from IAC LAM diligence call* | 0.5 | 9 |
| 07/06/20 | Benjamin Troester | *Review Distributable Value Presentation* | 1.0 | 9 |
| 07/06/20 | Kevin Chen | *IAC LAM Diligence Call* | 1.0 | 9 |
| 07/06/20 | Kevin Chen | *Organize notes from IAC LAM call* | 1.0 | 9 |
| 07/06/20 | Kevin Sheridan | *IAC LAM Diligence Call* | 1.0 | 9 |
| 07/06/20 | Kevin Sheridan | *Review notes from IAC LAM diligence call* | 0.5 | 9 |
| 07/06/20 | James Wiltshire | *IAC LAM Diligence Call* | 1.0 | 9 |
| 07/06/20 | James Wiltshire | *Review notes from IAC LAM diligence call* | 0.5 | 9 |
| 07/06/20 | James Wiltshire | *Review IAC LAM financials* | 0.5 | 9 |
| 07/06/20 | William Maselli | *IAC LAM Diligence Call* | 1.0 | 9 |
| 07/06/20 | Connor Hattersley | *IAC LAM Diligence Call* | 1.0 | 9 |
| 07/06/20 | Connor Hattersley | *Organize notes from IAC LAM diligence call* | 0.5 | 9 |
| 07/06/20 | Connor Hattersley | *Review IAC financial model* | 1.5 | 9 |
| 07/07/20 | Leon Szlezinger | *IAC Financial Diligence Call* | 1.0 | 9 |
| 07/07/20 | Leon Szlezinger | *Review Distributable Value Presentation* | 1.5 | 9 |
| 07/07/20 | Robert White | *IAC Financial Diligence Call* | 1.0 | 9 |
| 07/07/20 | Robert White | *Review notes from IAC financial diligence call* | 0.5 | 9 |
| 07/07/20 | Jaspinder Kanwal | *IAC Financial Diligence Call* | 1.0 | 9 |
| 07/07/20 | Jaspinder Kanwal | *Review notes from IAC financial diligence call* | 0.5 | 9 |
| 07/07/20 | Benjamin Troester | *IAC Financial Diligence Call* | 1.0 | 9 |
| 07/07/20 | Benjamin Troester | *Review notes from IAC financial diligence call* | 0.5 | 9 |
| 07/07/20 | Kevin Chen | *Review Distributable Value Presentation* | 1.5 | 9 |
| 07/07/20 | Kevin Chen | *IAC Financial Diligence Call* | 1.0 | 9 |
| 07/07/20 | Kevin Chen | *Organize notes from IAC financial diligence call* | 0.5 | 9 |
| 07/07/20 | Kevin Sheridan | *IAC Financial Diligence Call* | 1.0 | 9 |
| 07/07/20 | Kevin Sheridan | *Review notes from IAC financial diligence call* | 0.5 | 9 |
| 07/07/20 | James Wiltshire | *IAC Financial Diligence Call* | 1.0 | 9 |
| 07/07/20 | James Wiltshire | *Review notes from IAC financial diligence call* | 0.5 | 9 |
| 07/07/20 | William Maselli | *IAC Financial Diligence Call* | 1.0 | 9 |
| 07/07/20 | William Maselli | *Review notes from IAC financial diligence call* | 0.5 | 9 |
| 07/07/20 | Connor Hattersley | *IAC Financial Diligence Call* | 1.0 | 9 |
| 07/07/20 | Connor Hattersley | *Organize notes from IAC financial diligence call* | 0.5 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 07/08/20 | Leon Szlezinger | Review notes from IAC LAM diligence call | 0.5 | 9 |
| 07/08/20 | Leon Szlezinger | Review notes from IAC financial diligence call | 0.5 | 9 |
| 07/08/20 | Jaspinder Kanwal | Review IAC financial model | 2.5 | 9 |
| 07/08/20 | Benjamin Troester | Review updated PJT presentation | 1.0 | 9 |
| 07/08/20 | Kevin Chen | Review updated PJT presentation | 1.0 | 9 |
| 07/08/20 | Kevin Sheridan | Review Distributable Value Presentation | 1.0 | 9 |
| 07/08/20 | Connor Hattersley | Review distributable value presentation | 1.0 | 9 |
| 07/08/20 | Connor Hattersley | Review IAC financial model | 1.0 | 9 |
| 07/08/20 | Connor Hattersley | Review updated PJT presentation | 1.0 | 9 |
| 07/09/20 | Leon Szlezinger | IAC Compliance Diligence Call | 0.5 | 9 |
| 07/09/20 | Jaspinder Kanwal | IAC Compliance Diligence Call | 0.5 | 9 |
| 07/09/20 | Jaspinder Kanwal | Review updated PJT presentation | 1.5 | 9 |
| 07/09/20 | Jaspinder Kanwal | Review PPLP financial model | 1.5 | 9 |
| 07/09/20 | Benjamin Troester | IAC Compliance Diligence Call | 0.5 | 9 |
| 07/09/20 | Kevin Chen | Update PPLP Financial Model | 3.5 | 9 |
| 07/09/20 | Kevin Chen | IAC Compliance Diligence Call | 0.5 | 9 |
| 07/09/20 | Kevin Chen | Organize notes from IAC compliance diligence call | 0.5 | 9 |
| 07/09/20 | Kevin Chen | Review PPLP data room | 1.0 | 9 |
| 07/09/20 | Connor Hattersley | IAC Compliance Diligence Call | 0.5 | 9 |
| 07/09/20 | Connor Hattersley | Organize notes from IAC compliance diligence call | 0.5 | 9 |
| 07/10/20 | Jaspinder Kanwal | Review IAC diligence tracker questions | 1.0 | 9 |
| 07/10/20 | Benjamin Troester | Update PPLP financial model | 1.5 | 9 |
| 07/10/20 | Benjamin Troester | Review second interim fee app | 0.5 | 9 |
| 07/10/20 | Benjamin Troester | Update IAC financial model | 1.5 | 9 |
| 07/10/20 | Benjamin Troester | Review IAC materials | 1.0 | 9 |
| 07/10/20 | Kevin Chen | Update PPLP Financial Model | 2.0 | 9 |
| 07/10/20 | James Wiltshire | Review IAC diligence tracker | 0.5 | 9 |
| 07/11/20 | Jaspinder Kanwal | Review updated PPLP financial model | 1.0 | 9 |
| 07/11/20 | Benjamin Troester | Review PPLP data room | 0.5 | 9 |
| 07/11/20 | Benjamin Troester | Review IAC data room | 0.5 | 9 |
| 07/12/20 | Jaspinder Kanwal | Review PPLP data room uploads | 1.0 | 9 |
| 07/12/20 | Benjamin Troester | Review IAC diligence tracker | 0.5 | 9 |
| 07/12/20 | Benjamin Troester | Coordinate IAC diligence calls | 0.5 | 9 |
| 07/12/20 | Kevin Chen | Review PPLP data room | 1.0 | 9 |
| 07/13/20 | Connor Hattersley | Review IAC data room uploads | 1.0 | 9 |
| 07/14/20 | Leon Szlezinger | IAC Business Development Diligence Call | 1.0 | 9 |
| 07/14/20 | Leon Szlezinger | Prepare for IAC sale process call | 0.5 | 9 |
| 07/14/20 | Leon Szlezinger | IAC Sale Process Diligence Call | 1.0 | 9 |
| 07/14/20 | Leon Szlezinger | Review notes from IAC sale process diligence call | 0.5 | 9 |
| 07/14/20 | Robert White | IAC Sale Process Diligence Call | 1.0 | 9 |
| 07/14/20 | Robert White | Review notes from IAC sale process call | 0.5 | 9 |
| 07/14/20 | Jaspinder Kanwal | IAC Business Development Diligence Call | 1.0 | 9 |
| 07/14/20 | Jaspinder Kanwal | Review notes from IAC business development call | 0.5 | 9 |
| 07/14/20 | Jaspinder Kanwal | IAC Sale Process Diligence Call | 1.0 | 9 |
| 07/14/20 | Jaspinder Kanwal | Review notes from IAC sale process call | 0.5 | 9 |
| 07/14/20 | Jaspinder Kanwal | Review IAC materials | 1.5 | 9 |
| 07/14/20 | Benjamin Troester | IAC Business Development Diligence Call | 1.0 | 9 |
| 07/14/20 | Benjamin Troester | Review notes from IAC business development call | 0.5 | 9 |
| 07/14/20 | Benjamin Troester | IAC Sale Process Diligence Call | 1.0 | 9 |
| 07/14/20 | Benjamin Troester | Review notes from IAC sale process call | 0.5 | 9 |
| 07/14/20 | Benjamin Troester | Review updated distributable value presentation | 1.5 | 9 |
| 07/14/20 | Kevin Chen | IAC Business Development Diligence Call | 1.0 | 9 |
| 07/14/20 | Kevin Chen | Organize notes from IAC business development call | 0.5 | 9 |
| 07/14/20 | Kevin Chen | IAC Sale Process Diligence Call | 1.0 | 9 |
| 07/14/20 | Kevin Chen | Organize notes from IAC sale process diligence call | 0.5 | 9 |
| 07/14/20 | Kevin Chen | Review Updated Distributable Value Presentation | 1.0 | 9 |
| 07/14/20 | Kevin Sheridan | IAC Business Development Diligence Call | 1.0 | 9 |
| 07/14/20 | Kevin Sheridan | Review notes from IAC business development call | 0.5 | 9 |
| 07/14/20 | Kevin Sheridan | IAC Sale Process Diligence Call | 1.0 | 9 |
| 07/14/20 | Kevin Sheridan | Review notes from IAC sale process diligence call | 0.5 | 9 |
| 07/14/20 | James Wiltshire | IAC Business Development Diligence Call | 1.0 | 9 |
| 07/14/20 | James Wiltshire | Review notes from IAC business development call | 0.5 | 9 |
| 07/14/20 | James Wiltshire | IAC Sale Process Diligence Call | 1.0 | 9 |
| 07/14/20 | James Wiltshire | Review notes from IAC sale process call | 0.5 | 9 |
| 07/14/20 | William Maselli | IAC Business Development Diligence Call | 1.0 | 9 |
| 07/14/20 | William Maselli | Review notes from IAC business development call | 0.5 | 9 |
| 07/14/20 | William Maselli | IAC Sale Process Diligence Call | 1.0 | 9 |
| 07/14/20 | William Maselli | Review notes from IAC sale process call | 0.5 | 9 |
| 07/14/20 | Connor Hattersley | IAC Business Development Diligence Call | 1.0 | 9 |
| 07/14/20 | Connor Hattersley | Organize notes from IAC business development call | 0.5 | 9 |
| 07/14/20 | Connor Hattersley | IAC Sale Process Diligence Call | 1.0 | 9 |
| 07/14/20 | Connor Hattersley | Organize notes from IAC sale process diligence call | 0.5 | 9 |
| 07/15/20 | Leon Szlezinger | Joint Distributable Value Presentation Call | 1.0 | 9 |
| 07/15/20 | Leon Szlezinger | Review Updated Distributable Value Presentation | 1.0 | 9 |
| 07/15/20 | Leon Szlezinger | Review notes from joint distributable value call | 0.5 | 9 |
| 07/15/20 | Robert White | Joint Distributable Value Presentation Call | 1.0 | 9 |
| 07/15/20 | Robert White | Review notes from joint distributable value call | 0.5 | 9 |
| 07/15/20 | Jaspinder Kanwal | Review Updated Distributable Value Presentation | 1.5 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 07/15/20 | Jaspinder Kanwal | Joint Distributable Value Presentation Call | 1.0 | 9 |
| 07/15/20 | Jaspinder Kanwal | Review notes from distributable value call | 0.5 | 9 |
| 07/15/20 | Benjamin Troester | Joint Distributable Value Presentation Call | 1.0 | 9 |
| 07/15/20 | Benjamin Troester | Organize notes from joint distributable value call | 0.5 | 9 |
| 07/15/20 | Kevin Chen | Review PPLP data room | 1.5 | 9 |
| 07/15/20 | Kevin Chen | Joint Distributable Value Presentation Call | 1.0 | 9 |
| 07/15/20 | Kevin Chen | Organize notes from distributable value call | 0.5 | 9 |
| 07/15/20 | Kevin Sheridan | Joint Distributable Value Presentation Call | 1.0 | 9 |
| 07/15/20 | Kevin Sheridan | Review notes from joint distributable value call | 0.5 | 9 |
| 07/15/20 | James Wiltshire | Joint Distributable Value Presentation Call | 1.0 | 9 |
| 07/15/20 | James Wiltshire | Review Updated Distributable Value Presentation | 0.5 | 9 |
| 07/15/20 | William Maselli | Joint Distributable Value Presentation Call | 1.0 | 9 |
| 07/15/20 | Connor Hattersley | Joint Distributable Value Presentation Call | 1.0 | 9 |
| 07/15/20 | Connor Hattersley | Organize notes from distributable value presentation call | 0.5 | 9 |
| 07/16/20 | Benjamin Troester | Review updated Distributable Value Presentation | 1.0 | 9 |
| 07/16/20 | Benjamin Troester | Review PPLP data room | 0.5 | 9 |
| 07/16/20 | Benjamin Troester | Review IAC diligence tracker | 1.0 | 9 |
| 07/16/20 | Benjamin Troester | Review IAC drug model | 1.5 | 9 |
| 07/16/20 | Kevin Chen | Review updated Distributable Value Presentation | 1.0 | 9 |
| 07/16/20 | James Wiltshire | Review IAC drug model | 1.0 | 9 |
| 07/16/20 | James Wiltshire | Review IAC diligence tracker | 0.5 | 9 |
| 07/17/20 | Jaspinder Kanwal | Review IAC drug model | 1.0 | 9 |
| 07/17/20 | Benjamin Troester | Review PJT materials | 2.0 | 9 |
| 07/17/20 | Kevin Chen | Review IAC drug model | 1.0 | 9 |
| 07/17/20 | Kevin Sheridan | Review Updated Distributable Value Presentation | 1.0 | 9 |
| 07/17/20 | Connor Hattersley | Review IAC drug model | 1.0 | 9 |
| 07/17/20 | Connor Hattersley | Review IAC diligence tracker questions | 0.5 | 9 |
| 07/18/20 | Robert White | Review updated joint distributable value presentation | 1.5 | 9 |
| 07/18/20 | Benjamin Troester | Review PPLP data room | 1.0 | 9 |
| 07/18/20 | Kevin Sheridan | Review IAC drug model | 0.5 | 9 |
| 07/18/20 | Kevin Sheridan | Review IAC diligence tracker questions | 0.5 | 9 |
| 07/19/20 | Benjamin Troester | Review IAC diligence tracker | 1.0 | 9 |
| 07/19/20 | Kevin Chen | Review IAC data room | 1.0 | 9 |
| 07/19/20 | Kevin Sheridan | Review IAC financials | 0.5 | 9 |
| 07/20/20 | Connor Hattersley | Review IAC diligence tracker questions | 0.5 | 9 |
| 07/21/20 | Benjamin Troester | Review IAC diligence tracker | 0.5 | 9 |
| 07/22/20 | Kevin Chen | Review PPLP data room | 2.5 | 9 |
| 07/24/20 | Leon Szlezinger | IAC CEO Diligence Call | 1.0 | 9 |
| 07/24/20 | Leon Szlezinger | Review notes from IAC CEO diligence call | 0.5 | 9 |
| 07/24/20 | Robert White | IAC CEO Diligence Call | 1.0 | 9 |
| 07/24/20 | Jaspinder Kanwal | IAC CEO Diligence Call | 1.0 | 9 |
| 07/24/20 | Jaspinder Kanwal | Review notes from IAC CEO diligence call | 0.5 | 9 |
| 07/24/20 | Benjamin Troester | IAC CEO Diligence Call | 1.0 | 9 |
| 07/24/20 | Benjamin Troester | Review notes from IAC CEO diligence call | 0.5 | 9 |
| 07/24/20 | Kevin Chen | IAC CEO Diligence Call | 1.0 | 9 |
| 07/24/20 | Kevin Chen | Organize notes from IAC CEO diligence call | 0.5 | 9 |
| 07/24/20 | Kevin Sheridan | IAC CEO Diligence Call | 1.0 | 9 |
| 07/24/20 | Kevin Sheridan | Review notes from IAC CEO diligence call | 0.5 | 9 |
| 07/24/20 | Connor Hattersley | IAC CEO Diligence Call | 1.0 | 9 |
| 07/24/20 | Connor Hattersley | Organize notes from IAC CEO call | 0.5 | 9 |
| 07/25/20 | Kevin Chen | Review PPLP data room | 1.5 | 9 |
| 07/27/20 | Robert White | Review notes from Debtor / UCC meeting | 1.0 | 9 |
| 07/27/20 | Kevin Chen | Review WACC Comps Analysis | 1.5 | 9 |
| 07/28/20 | Leon Szlezinger | IAC Treasurer Diligence Call | 1.0 | 9 |
| 07/28/20 | Jaspinder Kanwal | IAC Treasurer Diligence Call | 1.0 | 9 |
| 07/28/20 | Benjamin Troester | IAC Treasurer Diligence Call | 1.0 | 9 |
| 07/28/20 | Benjamin Troester | Review notes from IAC treasurer call | 0.5 | 9 |
| 07/28/20 | Benjamin Troester | Review WACC comps | 2.0 | 9 |
| 07/28/20 | Kevin Chen | IAC Treasurer Diligence Call | 1.0 | 9 |
| 07/28/20 | Kevin Chen | Organize notes from IAC treasurer call | 0.5 | 9 |
| 07/28/20 | Kevin Sheridan | IAC Treasurer Diligence Call | 1.0 | 9 |
| 07/28/20 | Connor Hattersley | IAC Treasurer Diligence Call | 1.0 | 9 |
| 07/28/20 | Connor Hattersley | Organize notes from IAC treasurer call | 0.5 | 9 |
| 07/29/20 | Jaspinder Kanwal | Review notes from IAC treasurer diligence call | 0.5 | 9 |
| 07/29/20 | Benjamin Troester | Review PPLP data room | 1.0 | 9 |
| 07/29/20 | Kevin Chen | Prepare WACC Comps Analysis | 2.0 | 9 |
| 07/29/20 | Kevin Chen | Review IAC data room | 1.0 | 9 |
| 07/30/20 | Leon Szlezinger | Review July Fee App | 0.5 | 9 |
| | **July 1, 2020 - July 31, 2020 Hours for Case Strategy** | | **23.5** | |
| 07/06/20 | Leon Szlezinger | Weekly FA Coordination Call | 1.0 | 11 |
| 07/06/20 | Leon Szlezinger | Internal Workstreams Discussion | 0.5 | 11 |
| 07/06/20 | Jaspinder Kanwal | Weekly FA Coordination Call | 1.0 | 11 |
| 07/06/20 | Jaspinder Kanwal | Internal Workstreams Discussion | 0.5 | 11 |
| 07/06/20 | Benjamin Troester | Weekly FA Coordination Call | 1.0 | 11 |
| 07/06/20 | Benjamin Troester | Internal Workstreams Discussion | 0.5 | 11 |
| 07/06/20 | Benjamin Troester | Internal Workstreams Discussion | 0.5 | 11 |
| 07/06/20 | Kevin Chen | Weekly FA Coordination Call | 1.0 | 11 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 07/06/20 | Kevin Chen | *Internal Workstreams Discussion* | 0.5 | 11 |
| 07/06/20 | Kevin Chen | *Internal Workstreams Discussion* | 0.5 | 11 |
| 07/13/20 | Leon Szlezinger | *Internal Workstreams Discussion* | 0.5 | 11 |
| 07/13/20 | Leon Szlezinger | *Weekly FA Coordination Call* | 0.5 | 11 |
| 07/13/20 | Jaspinder Kanwal | *Internal Workstreams Discussion* | 0.5 | 11 |
| 07/13/20 | Jaspinder Kanwal | *Weekly FA Coordination Call* | 0.5 | 11 |
| 07/13/20 | Benjamin Troester | *Internal Workstreams Discussion* | 0.5 | 11 |
| 07/13/20 | Benjamin Troester | *Weekly FA Coordination Call* | 0.5 | 11 |
| 07/13/20 | Kevin Chen | *Internal Workstreams Discussion* | 0.5 | 11 |
| 07/13/20 | Kevin Chen | *Weekly FA Coordination Call* | 0.5 | 11 |
| 07/13/20 | Kevin Sheridan | *Weekly FA Coordination Call* | 0.5 | 11 |
| 07/14/20 | Leon Szlezinger | *Internal Workstreams Discussion* | 0.5 | 11 |
| 07/14/20 | Jaspinder Kanwal | *Internal Workstreams Discussion* | 0.5 | 11 |
| 07/14/20 | Benjamin Troester | *Internal Workstreams Discussion* | 0.5 | 11 |
| 07/14/20 | Kevin Chen | *Internal Workstreams Discussion* | 0.5 | 11 |
| 07/14/20 | Kevin Sheridan | *Internal Workstreams Discussion* | 0.5 | 11 |
| 07/15/20 | Leon Szlezinger | *FA Coordination Call* | 0.5 | 11 |
| 07/15/20 | Jaspinder Kanwal | *FA Coordination Call* | 0.5 | 11 |
| 07/15/20 | Benjamin Troester | *FA Coordination Call* | 0.5 | 11 |
| 07/15/20 | Kevin Chen | *FA Coordination Call* | 0.5 | 11 |
| 07/15/20 | Kevin Sheridan | *Prepare for FA coordination call* | 0.5 | 11 |
| 07/15/20 | Kevin Sheridan | *FA Coordination Call* | 0.5 | 11 |
| 07/20/20 | Leon Szlezinger | *Weekly FA Coordination Call* | 0.5 | 11 |
| 07/20/20 | Leon Szlezinger | *Internal Workstreams Discussion* | 0.5 | 11 |
| 07/20/20 | Jaspinder Kanwal | *Weekly FA Coordination Call* | 0.5 | 11 |
| 07/20/20 | Jaspinder Kanwal | *Internal Workstreams Discussion* | 0.5 | 11 |
| 07/20/20 | Benjamin Troester | *Weekly FA Coordination Call* | 0.5 | 11 |
| 07/20/20 | Benjamin Troester | *Internal Workstreams Discussion* | 0.5 | 11 |
| 07/20/20 | Kevin Chen | *Weekly FA Coordination Call* | 0.5 | 11 |
| 07/20/20 | Kevin Chen | *Internal Workstreams Discussion* | 0.5 | 11 |
| 07/20/20 | Kevin Sheridan | *Weekly FA Coordination Call* | 0.5 | 11 |
| 07/27/20 | Leon Szlezinger | *Internal Workstreams Discussion* | 0.5 | 11 |
| 07/27/20 | Jaspinder Kanwal | *Internal Workstreams Discussion* | 0.5 | 11 |
| 07/27/20 | Benjamin Troester | *Internal Workstreams Discussion* | 0.5 | 11 |
| 07/27/20 | Kevin Chen | *Internal Workstreams Discussion* | 0.5 | 11 |

Pg 15 of 19

## Exhibit B

**Expenses**

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Baker Botts LLP | 11,535.50 | 07/31/20 | Legal | Invoice from legal counsel |

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|

# BAKER BOTTS LLP

Austin | London
Beijing | Moscow
Brussels | New York
Dallas | Palo Alto
Dubai | Riyadh
Hong Kong | San Francisco
**Houston** | Washington

TAX ID 74-1195457

Jefferies LLC
520 Madison Avenue
New York, NY  10022
Attn:  Leon Szlezinger

Invoice Number:   1710418
Invoice Date:     August 11, 2020
Attorney:         R L Spigel

Total fees for services and expenses for the matter shown below through July 31, 2020.

**082383.0108**
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/01/20 | J R Herz | 0.2 | Email Jefferies team re: sign off on May fee statement (.1); email J. Coleman (Akin) re May fee statement (.1) |
| 07/02/20 | J R Herz | 1.7 | Begin to draft second interim fee app. (1.7) |
| 07/08/20 | J R Herz | 0.4 | Email K. Chen regarding status of second interim fee application (.1); email Jefferies team regarding second interim fee application (.2); email Jefferies team re resolution with fee examiner (.1) |
| 07/08/20 | J R Herz | 0.4 | Continue to draft second interim fee application and revise based on description of services provided by K. Chen (.4) |
| 07/08/20 | J R Herz | 0.1 | Email J. Coleman re: April fee statement and interim fee application (.1) |
| 07/08/20 | J R Herz | 0.3 | Emails with R. Spigel (x2) regarding status of second interim fee application (.2); email R. Spigel regarding correspondence with fee examiner (.1) |
| 07/09/20 | J R Herz | 2.7 | Continue to update and revise second interim fee application (1.5); review and revise prior to Jefferies review and based on R. Spigel's comments (1.0); review supplemental order approving first interim application (.2) |
| 07/09/20 | J R Herz | 0.3 | Emails with Jefferies team regarding second interim fee app and April monthly fee statement (.2); email Jefferies team re supplemental order approving agreement with the fee examiner (.1) |
| 07/09/20 | J R Herz | 0.1 | Email Akin concerning supplemental order approving resolution of Examiner's informal responses |
| 07/09/20 | R L Spigel | 0.9 | Review and revise 2nd interim fee statement (.6); review and revise interim fee order (.2); emails with J. Herz re same (.1) |

**BAKER BOTTS** L.L.P.

JEFFERIES LLC
Purdue Retention

| | | | Invoice No: | 1710418 |
| | | | Invoice Date: | August 11, 2020 |
| | | | Matter: | 082383.0108 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/10/20 | J R Herz | 0.1 | Email E. Lisovicz re: second interim fee application (.1) |
| 07/13/20 | J R Herz | 0.3 | Review revised version of second interim fee app from Jefferies prior to sending to Akin for review |
| 07/13/20 | J R Herz | 0.1 | Email E. Lisovicz re: Jefferies' second interim application |
| 07/13/20 | R L Spigel | 0.1 | Review revised interim fee application; email to J. Herz re same |
| 07/15/20 | J R Herz | 1.2 | Finalize second interim fee app for filing |
| 07/15/20 | J R Herz | 1.0 | Draft second supplemental declaration |
| 07/15/20 | J R Herz | 0.1 | Email Jefferies' team re filed version of second interim fee application |
| 07/16/20 | J R Herz | 0.3 | Emails with client and Akin concerning LEDES data (.2); email Akin re supplemental declaration (.1) |
| 07/16/20 | R L Spigel | 0.2 | Revise supplemental declaration and email wth L. Szlezinger re same |
| 07/17/20 | R L Spigel | 0.3 | Additional revisions to supplemental declaration and emails with L. Szlezinger re same |
| 07/19/20 | J R Herz | 0.2 | Further, revise second supplemental declaration based on client comments (.2) |
| 07/19/20 | R L Spigel | 0.2 | Further revise supplemental declaration and emails with L. Szlezinger re same; email with J. Herz re same |
| 07/21/20 | J R Herz | 0.2 | Email Akin concerning second supplemental declaration (.1); email R. Spigle re same (.1) |
| 07/21/20 | R L Spigel | 0.2 | Email and t/c with L. Szelzinger re disclosure; emails with J. Herz re same |
| 07/22/20 | J R Herz | 0.1 | Email Akin re status of second supplemental declaration |
| 07/27/20 | J R Herz | 0.2 | Review notice of second interim hearing and email client regarding same |
| 07/28/20 | J R Herz | 0.6 | Draft June Monthly Fee Statement (.6) |
| 07/28/20 | R L Spigel | 0.1 | Review monthly fee statement; email with J. Herz re same |
| 07/31/20 | J R Herz | 0.1 | Email K. Chen re: May and June fee statements status |

**Matter Hours**     12.70
**Matter Fees**      $11,535.50

Page 2

**BAKER BOTTS** LLP

JEFFERIES LLC
Purdue Retention

Invoice No:    1710418
Invoice Date:  August 11, 2020
Matter:        082383.0108

**2020 Lawyer Summary**

| Timekeeper | HOURS | RATE | TOTAL |
|---|---|---|---|
| Herz, J R | 10.7 | 865.00 | 9,255.50 |
| Spigel, R L | 2.0 | 1,140.00 | 2,280.00 |
| | **12.7** | | **$11,535.50** |

| | |
|---|---|
| Total Current Fees | $11,535.50 |
| **Total Due This Invoice** | **$11,535.50** |