BEDELL CRISTIN JERSEY PARTNERSHIP
Edward Drummond
26 New Street
Saint Helier, Jersey JE2 3RA
Tel: +44 (0)1534 814814
edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of
Unsecured Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| PURDUE PHARMA L.P., *et al.*, | ) Case No. 19-23649 (RDD) <br> ) |
| Debtors.[1] | ) (Jointly Administered) <br> ) |

**THIRD MONTHLY FEE STATEMENT OF
BEDELL CRISTIN JERSEY PARTNERSHIP
FOR PROFESSIONAL SERVICES RENDERED AS SPECIAL FOREIGN COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD OF 1 JULY 2020 THROUGH 31 JULY 2020**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Bedell Cristin Jersey Partnership |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | 29 June 2020, *nunc pro tunc* to 27 February, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | 1 July 2020 through 31 July 2020 |
| Fees Incurred: | $22,592.50 |
| 20% Holdback: | $4,518.50 |
| Total Compensation Less 20% Holdback: | $18,074.00 |
| Monthly Expenses Incurred: | $0.00 |
| Total Fees and Expenses Requested: | **$18,074.00** |

This is the third monthly fee statement.

Bedell Cristin Jersey Partnership ("Bedell Cristin"), special foreign counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Third Monthly Fee Statement") covering the period from 1 July 2020 through and including 31 July 2020 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023]. The Honourable Robert D. Drain, United States Bankruptcy Judge, approved the retention of Bedell Cristin *nun pro tunc* to 27 February 2020 by order dated 29 June 2020.

2

By this Third Monthly Fee Statement, Bedell Cristin requests interim allowance and payment of compensation in the amount of $18,074.00 (80% of $22,592.50) for fees on account of reasonable and necessary professional services rendered to the Committee by Bedell Cristin during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, hourly billing rates and aggregate hours spent by each Bedell Cristin professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Bedell, Cristin for services rendered to the Committee are the same rates that Bedell Cristin charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Bedell Cristin professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Bedell Cristin professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

Bedell Cristin confirms that no disbursements or expenses were incurred by it during the Compensation Period.

**NOTICE AND OBJECTION PROCEDURES**

Notice of this Third Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Third Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on September 30, 2020** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If no objections to this Third Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees identified herein.

If an objection to this Third Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Third Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be

preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: St Helier, Jersey
September 16, 2020

Bedell Cristin Jersey Partnership

By: */s/ Edward Drummond*
26 New Street, St Helier, Jersey, JE2 3RA
Telephone: +44 (0) 1534 814621
Edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors Purdue Pharma L.P.*, et al.

**Exhibit A**

**Timekeeper Summary**

| **Partners** | **Department** | **Rate** | **Hours** | **Amount ($)** |
|---|---|---|---|---|
| Advocate E. Drummond | Litigation | $750.00 | 18.13 | $13,597.50 |
| Nancy Chien | International Private Client | $750.00 | 1.1 | $825.00 |
| **Partner Total** | | | **19.23** | **$9,600.00** |
| **Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs C. C. Young | Litigation | $430.00 | 19 | $8,170.00 |
| **Associate Total** | | | **19** | **$8,170.00** |
| **Staff Attorneys Total** | | | **38.23** | **$22,592.50** |
| **Total Hours / Fees Requested** | | | **38.23** | **$22,592.50** |

## TOTAL FEES FOR THE COMPENSATION PERIOD

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $750 | 19.23 | $14,422.50 |
| Associates | $430 | 19 | $8,170.00 |
| **Blended Attorney Rate** | **$590.96** | | |
| **Blended Rate for All Timekeepers** | **$590.96** | | |
| **Total Hours / Fees Requested:** | | 38.23 | $22,592.50 |

**Exhibit B**

**Task Code Summary**

| Task Code | Matter | Hours | Value($) |
|---|---|---|---|
| 3 | Fee Application/Monthly Billing Reports | 27.23 | $15,014.50 |
| 6 | Retention of Professionals | 0.2 | $150.00 |
| 13 | Analysis of Pre-Petition Transactions | 10.8 | $7,428.00 |
| | **TOTAL:** | **38.23** | **$22,592.50** |

3

**Exhibit C**

**Itemized Fees**

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York  
NY 10036

**Our ref** EBD/CCY/136744.0001  
**Invoice No** 357863  
**Tax date** 11 August 2020  
**GST No.** 0009162  
**Tel:** +44 (0) 1534 814814

**INVOICE**  
Advice re: Purdue Pharma LP

|  | Charge | GST Rate |
|---|---:|---:|
| **Professional Fees** | | |
| To professional services rendered from 01/07/2020 to 31/07/2020 | 22,592.50 | 0.0% |
| **Expenses** | 0.00 | |
| **Third Party Charges** | 0.00 | |
| Total excluding GST | US$ 22,592.50 | |
| Total GST | US$ 0.00 | |
| **TOTAL BALANCE DUE** | US$ 22,592.50 | |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE  
Account Name: Bedell Group Services Offices  USD  
Swift Code: BARCGB22  

Sort Code: 20-45-05  
Account Number: 62384922  
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28558737-1

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York  
NY 10036

**Our ref** KLB/CCY/136744.0001  
**Invoice No** 357863  
**Tax date** 11 August 2020  
**GST No.** 0009162  
**Tel:** +44 (0) 1534 814814

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate E. Drummond** | | |
| 01/07/20 | 0003 – Fees - Work on consolidated monthly fee statement | 1:20 | 997.50 |
| | 0013 – Agreement re Jersey law issues - Reviewing emails and attachments in advance of call. | 0:54 | 675.00 |
| | 0013 – Agreement re Jersey law issues - telephone call with Akin Gump, David Polk and Mourant. | 0:54 | 675.00 |
| 02/07/20 | 0003 - Fees - With CY re: consolidated monthly fee statement. | 0:48 | 600.00 |
| | 0013 – Agreement re Jersey law issues - review email from David Polk. | 0:24 | 300.00 |
| 06/07/20 | 0003 - Fee application - speak to CY (0.1). Emails; work on First Consolidated Monthly Fee Statement and Interim Fee Application (2.0; emails to Akin Gump (0.5). Call with Akin Gump (1.0). | 3:36 | 2,700.00 |
| 07/07/20 | 0003 - Fees - first invoice (Feb to May 2020) - amending narratives re: privilege / confidentiality. | 0:12 | 150.00 |
| | 0003 - Fees - finalize Consolidated Monthly Fee Statement (1.0) - email to Akin Gump with invoice in PDF and Word (0.1). Speak CY re: interim fee application (0.1). Amends. Email to Akin Gump (0.1). | 1:18 | 975.00 |
| 09/07/20 | 0006 - Retention - emailing Sch 2 and retention order to conflict party 3. | 0:12 | 150.00 |
| | 0013 - Jersey trust issues - email exchange with Akin Gump and Bedell team. | 0:30 | 375.00 |
| 10/07/20 | 0003 - Fees - email exchange with Akin Gump (.2); amends to invoice narratives (.3). | 0:30 | 375.00 |
| | 0013 - Jersey trust issues - review emails from Akin Gump (.1). | 0:06 | 75.00 |
| 14/07/20 | 0003 - Fees - review comments from Akin Gump on interim fee application (.3). Research financial data on our system (.3). Email of comments to Akin Gump (.3). Email to CY (.1). | 1:00 | 750.00 |
| 16/07/20 | 0013 - Jersey trust documents - email to NCC (0.2). Call with Akin Gump (1.1). | 1:18 | 975.00 |
| | 0003 - Fees - review query email from fee review coordinator (0.1). Email to CY re: response (0.1). | 0:12 | 150.00 |
| 17/07/20 | 0013 - Collating material for email to Akin Gump (0.7). | 0:42 | 525.00 |
| 20/07/20 | 0003 - Email exchange with CYY re: lawyer data for interim fee application. | 0:18 | 225.00 |
| 21/07/20 | 0003 - Fee application - amending monthly fee statement for June 2020. | 0:30 | 375.00 |
| 22/07/20 | 0003 - Fees - review and approve June invoice (0.1). Review and approve second monthly fee statement with one minor amendment (0.1). | 0:12 | 150.00 |
| 29/07/20 | 0003 - Fees - review draft documents to be returned to Davis Polk (0.2). Email exchange with CYY (0.2). | 0:24 | 300.00 |
| 30/07/20 | 0013 - Claim - review email and table email from Akin Gump (0.1). Email exchange with NCC (0.1). | 0:12 | 150.00 |
| 31/07/20 | 0013 - Claim - providing detailed written advice to Akin Gump by email. | 2:36 | 1,950.00 |
| | **Advocate N. Chien** | | |
| 16/07/20 | 0013 – Jersey Trusts Issues - Attend conference call with Akin Gump | 1:06 | 825.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE  
Account Name: Bedell Group Services Offices USD  
Swift Code: BARCGB22

Sort Code: 20-45-05  
Account Number: 62384922  
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office

bedellcristin.com

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28558737-1

# BEDELL CRISTIN

LEGAL SERVICES

| | | | |
|---|---|---|---|
| Advice re: Purdue Pharma LP | | Our ref | KLB/CCY/136744.0001 |
| | | Invoice No | 357863 |
| | | Tax date | 11 August 2020 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mrs C. C. Young** | | |
| 01/07/20 | 0013 – Agreement re Jersey law issues - Telephone call with Akin Gump, Davis Polk, Mourant | 0:54 | 387.00 |
| 02/07/20 | 0003 – Fees: Retention - monthly fee statement (1.0) and interim fee application (1.2) | 2:12 | 946.00 |
| 03/07/20 | 0003 – Fees: monthly fee statement (1.0) and interim fee application (1.0) | 2:00 | 860.00 |
| 06/07/20 | 0003 – Fees: Interim Fee application (2.1) and monthly fee statement (2.0) | 4:06 | 1,763.00 |
| 07/07/20 | 0003 – Fees: Interim Fee Application (1.0) and First Consolidated Monthly Fee Statement (1.9) | 2:54 | 1,247.00 |
| 10/07/20 | 0003 – Fees: Interim fee application (0.4) and First consolidated monthly fee statement (0.3) | 0:42 | 301.00 |
| 15/07/20 | 0003 – Fees: Interim Fee Application | 0:48 | 344.00 |
| 16/07/20 | 0003 – Fees: Interim Fee Application: e-mails to Akin Gump | 0:12 | 86.00 |
| | 0013: Jersey trusts issue - Speak EBD (0.1). Telephone call with Akin Gump re: review of trusts documents (1.1). | 1:12 | 516.00 |
| 17/07/20 | 0003 – Fees: Review comments from Fee Examiner (0.2) and email to Fee Examiner (0.2) | 0:24 | 172.00 |
| 20/07/20 | 0003 – Fees: Work on interim fee application | 0:54 | 387.00 |
| 21/07/20 | 0003 – Fees: amending fee application time narratives to comply with US Bankruptcy Court requirements | 0:54 | 387.00 |
| 22/07/20 | 0003 – Fees: Billing: amending fee application time narratives to comply with US Bankruptcy Court requirements | 0:12 | 86.00 |
| | 0003 – Fees: Work on Monthly Fee Statement | 1:00 | 430.00 |
| 23/07/20 | 0003 – Fees: Interim monthly fee statement - email to Akin Gump | 0:06 | 43.00 |
| 28/07/20 | 0003 – Fees: Reviewing fee forms (0.1), sending to Davis Polk (0.1) | 0:12 | 86.00 |
| 29/07/20 | 0003 – Fees: Monthly Fee Statements e-mail to Akin Gump (0.1) e-mail to Davis Polk (0.1), email to company (0.1) | 0:18 | 129.00 |
| | Total:- | 38:14 | 22,592.50 |
| | Advocate E. Drummond | 18:08 | 13,597.50 |
| | Advocate N. Chien | 1:06 | 825.00 |
| | Mrs C. C. Young | 19:00 | 8,170.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE  
Account Name: Bedell Group Services Offices  USD  
Swift Code: BARCGB22  

Sort Code: 20-45-05  
Account Number: 62384922  
IBAN: GB88 BARC 2045 0562 3849 22  

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA  

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office  

bedellcristin.com

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28558737-1