UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | ) Case No. 19-23649 (RDD) |
| Debtors.[1] | ) (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF BENJAMIN J. STEELE
IN SUPPORT OF DEBTORS' APPLICATION FOR AN ORDER
AUTHORIZING EMPLOYMENT AND RETENTION OF PRIME CLERK LLC
AS ADMINISTRATIVE ADVISOR *NUNC PRO TUNC* TO THE PETITION DATE**

I, Benjamin J. Steele, declare as follows:

1. I am a Vice President of Prime Clerk LLC ("**Prime Clerk**"), a chapter 11 administrative services firm whose headquarters are located at One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, New York 10165. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. On November 6, 2019, I filed a declaration (the "**Initial Declaration**") in support of the *Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor* Nunc Pro Tunc *to the Petition Date* [Docket No. 439] (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

"**Application**"), which Application was granted by this Court on November 21, 2019 [Docket No. 531]. I hereby incorporate by reference, in its entirety, the Initial Declaration as if fully set forth herein.

3. I hereby supplement the Initial Declaration to disclose that the father of a recently hired Consultant at Prime Clerk is a Global Co-Head, Global Industries Group at UBS Investment Bank ("**UBS**"). UBS Group AG; UBS AG, Stamford Branch; and UBS Financial Services Inc., are each affiliates of UBS, and are one of the Debtors banks, vendors, and landlords, respectively. Prime Clerk does not believe that these connections present interests adverse to the Debtors' estates, and discloses these connections out of an abundance of caution.

4. To the best of my knowledge, Prime Clerk continues to be a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors' estates.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

*/s/ Benjamin J. Steele*
Benjamin J. Steele
Vice President
Prime Clerk LLC
One Grand Central Place
60 East 42nd Street, Suite 1440
New York, New York 10165
