**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Bankruptcy Case |
| | No. 19-23649 (RDD) |
| PURDUE PHARMA L.P., *et al.,* | |
| | Chapter 11 |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Beth Van Nostrand, hereby certify that I caused a true and correct copy of (i) Notice of Independent Emergency Room Physician's Motion Pursuant to Fed. Bankr. P. 9014 and 7023 for an Order Making Fed. R. Civ. P. 23 Applicable to these Proceedings, Permitting them to File A Class Proof of Claim and Granting Related Relief and (ii) Movant Independent Emergency Room Physician's Motion for Class Treatment Pursuant to Fed. Bankr. P. 9014 and 7023 for an Order Making Fed. R. Civ. P. 23 Applicable to these Proceedings, and Granting Related Relief, to be served by electronic mail upon the Master Service List attached hereto as **Exhibit A** and via first-class mail upon the service list attached hereto as **Exhibit B**.

Further service is made, pursuant to the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* (ECF No. 498), upon the below:

> Honorable Judge Robert D. Drain
> United States Bankruptcy Court
> Southern District of New York
> 300 Quorropas Street
> White Plains, NY 10601
> *Via USPS Priority Mail Express*

Dated: September 18, 2020

BY:    */s/ Beth Van Nostrand*
       Attorney Paul S. Rothstein, P.A.
       626 NE 1st Street
       Gainesville, FL 32601
       Phone: (352)376-7650
       Email: Beth@rothsteinforjustice.com