**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
                                                                    :
In re:                                                              :    Chapter 11
                                                                    :
PURDUE PHARMA L.P., *et al.*,                                       :    Case No. 19-23649 (RDD)
                                                                    :
                                        Debtors[1].                 :    (Jointly Administered)
                                                                    :
----------------------------------------------------------------- X

**TENTH MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF JULY 1, 2020 THROUGH JULY 31, 2020**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant: | Brown Rudnick LLP |
|---|---|
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | July 1, 2020 through July 31, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $208,678.00 |
| **Current Fee Request** | $166,942.40 (80% of $208,678.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $18,489.60 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $185,432.00 |
| **Total Fees and Expenses Inclusive of Holdback** | $227,167.60 |
| **This is a(n):**  _X_ Monthly Application   ___Interim Application   ___Final Application ||

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Tenth Monthly Fee Statement (the "Fee Statement") for the period of July 1, 2020 through and including July 31, 2020 (the "Statement Period").

## Itemization of Services Rendered and Disbursements Incurred

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the project categories.  As reflected in Exhibit A, Brown Rudnick incurred $208,678.00 in fees during the Statement Period.  Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $166,942.40.

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Statement Period is $880.76.  The blended hourly rate of all paraprofessionals is $395.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $18,489.60 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.[2]

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "<u>Allocation</u>

---

[2]    References to "Consolidated Claim Intake and Processing" is for the hourly fees and costs of Brown Rudnick's professional staff in managing the process for filing the consolidated proof of claim on behalf of the local governments and federally recognized tribes filed in connection with the Order entered at Docket No. 780.  This work included, among other things, the communication, intake, organization, indexing and preparation of the proof of claim and supporting schedules for 1134 of local governments and tribes.  Brown Rudnick's professional staff is charged at a rate of $90 per hour, and the charges reflect an investment in this project of approximately 200 hours.

Fees"). To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application. Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

## Notice

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: September 21, 2020

Respectfully submitted,

BROWN RUDNICK LLP

/s/ *David J. Molton*
David J. Molton
Steven D. Pohl (admitted *pro hac vice*)
Seven Times Square
New York, New York 10019
Telephone:     (212) 209-4800
Facsimile:     (212) 209-4801
E-mail: dmolton@brownrudnick.com
        spohl@brownrudnick.com

*Co-Counsel to the Ad Hoc Committee of
Governmental and Other Contingent Litigation
Claimants*

## EXHIBIT A

**SERVICES RENDERED BY
BROWN RUDNICK LLP**

## COMMENCING JULY 1, 2020 THROUGH JULY 31, 2020[2]

**Summary of Fees Task Code**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 2.1 | $2,296.50 |
| 003 Assumption and Rejection of Leases and Contracts | 0.0 | $0.00 |
| 004 Business Operations | 0.0 | $0.00 |
| 005 Case Administration | 2.3 | $908.50 |
| 007 Claims Analysis | 106.9 | $71,072.00 |
| 008 Employment and Fee Applications | 17.7 | $10,344.00 |
| 009 Emergency Financing | 0.0 | $0.00 |
| 010 Litigation: Contested Matters and Adversary Proceedings | 72.4 | $75,761.50 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 34.6 | $37,540.50 |
| 014 Plan and Disclosure Statement | 9.7 | $10,755.00 |
| **Total** | **245.7** | **$208,678.00** |
| | | |
| 20% Fee Holdback | | **$41,735.60** |
| 80% of Fees | | **$166,942.40** |
| Plus Expenses | | **$18,489.60** |
| Requested Amount | | **$227,167.60** |

**EXHIBIT B**

**SERVICES RENDERED BY
BROWN RUDNICK LLP**

**COMMENCING JULY 1, 2020 THROUGH JULY 31, 2020**

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | 2020 Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Molton | Partner 1983<br>Bankruptcy & Corporate Restructuring | $1,405.00 | 48.1 | $67,580.50 |
| Steven D. Pohl | Partner 1989<br>Bankruptcy & Corporate Restructuring | $1,295.00 | 16.5 | $21,367.50 |
| Barbara J. Kelly | Counsel 1982<br>Corporate & Capital Markets | $1,060.00 | 4.9 | $5,194.00 |
| Marek P. Krzyzowski | Partner 2005<br>Litigation & Arbitration | $955.00 | 21.4 | $20,437.00 |
| Gerard T. Cicero | Associate 2015<br>Bankruptcy & Corporate Restructuring | $800.00 | 46.5 | $37,200.00 |
| Cyavash, N. Ahmadi | Associate 2014<br>Corporate & Capital Markets | $585.00 | 2.2 | $1,287.00 |
| Daniel F. Kerns | Associate 2019<br>Litigation & Arbitration | $570.00 | 6.9 | $3,933.00 |
| Uriel Pinelo | Associate 2019<br>Bankruptcy & Corporate Restructuring | $545.00 | 83.3 | $45,398.50 |
| Alexandra M. Deering | Paralegal<br>Bankruptcy & Corporate Restructuring | $395.00 | 15.9 | $6,280.50 |
| **Total Fees Requested** | | | **245.7** | **$208,678.00** |

## EXHIBIT C

**ACTUAL AND NECESSARY COSTS INCURRED BY
BROWN RUDNICK LLP**

## COMMENCING JULY 1, 2020 THROUGH JULY 31, 2020

| EXPENSE | AMOUNT |
|---|---|
| | |
| Copies | $5.40 |
| Consolidated Claim Intake and Processing | $18,411.00 |
| Pacer | $34.20 |
| Westlaw | $39.00 |
| **Total Expenses** | **$18,489.60** |

# brownrudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6903858 |
| ATTN: DAVID MOLTON | Date | Aug 26, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through July 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0001 | COSTS | 0.00 | 18,489.60 | 18,489.60 |
| | **Total** | **0.00** | **18,489.60** | **18,489.60** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $18,489.60 |
| **Total Invoice** | **$18,489.60** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
RE: COSTS
August 26, 2020

Invoice 6903858
Page 2

## C O S T   D E T A I L

| Date | Description | Value |
|------|-------------|-------|
| 07/01/20 | PACER | 1.10 |
| 07/01/20 | PACER | 9.20 |
| 07/01/20 | PACER | 23.90 |
| 07/02/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 289.50 |
| 07/06/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 33.00 |
| 07/06/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 247.50 |
| 07/07/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 345.00 |
| 07/07/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 07/07/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| 07/08/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 229.50 |
| 07/09/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 507.00 |
| 07/09/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 07/09/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 07/10/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 678.00 |
| 07/14/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 655.50 |
| 07/15/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 933.00 |
| 07/16/20 | COPIES | 1.80 |
| 07/16/20 | COPIES | 1.50 |
| 07/16/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 903.00 |
| 07/16/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 45.00 |
| 07/16/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 292.50 |
| 07/17/20 | COPIES | 1.20 |
| 07/17/20 | COPIES | 0.90 |
| 07/17/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 360.00 |
| 07/17/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 405.00 |
| 07/17/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 349.50 |
| 07/17/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 736.50 |
| 07/18/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 135.00 |
| 07/19/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 630.00 |
| 07/20/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 210.00 |
| 07/20/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 510.00 |
| 07/20/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 49.50 |
| 07/20/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 90.00 |
| 07/21/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 450.00 |
| 07/21/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 97.50 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6903858
RE: COSTS                                                                            Page 3
August 26, 2020

| Date | Description | Value |
|------|-------------|------:|
| 07/21/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 232.50 |
| 07/21/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 265.50 |
| 07/22/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 216.00 |
| 07/22/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 37.50 |
| 07/22/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 889.50 |
| 07/22/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 117.00 |
| 07/22/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 22.50 |
| 07/22/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 45.00 |
| 07/23/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 504.00 |
| 07/23/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 319.50 |
| 07/23/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 235.50 |
| 07/23/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 180.00 |
| 07/24/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 196.50 |
| 07/24/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 99.00 |
| 07/24/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 135.00 |
| 07/24/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 67.50 |
| 07/24/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 621.00 |
| 07/24/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 1,080.00 |
| 07/24/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 180.00 |
| 07/27/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 225.00 |
| 07/27/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 270.00 |
| 07/27/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 699.00 |
| 07/27/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 97.50 |
| 07/27/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 360.00 |
| 07/28/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 213.00 |
| 07/28/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 45.00 |
| 07/29/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 22.50 |
| 07/29/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 651.00 |
| 07/29/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 45.00 |
| 07/29/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 90.00 |
| 07/30/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 112.50 |
| 07/30/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 652.50 |
| 07/30/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 180.00 |
| 07/31/20 | CONSOLIDATED CLAIM INTAKE AND PROCESSING | 123.00 |
|  | **Total Costs** | **18,489.60** |

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                     Invoice 6903858
RE: COSTS                                                                  Page 4
August 26, 2020

## C O S T   S U M M A R Y

| Description | Value |
|---|---|
| CONSOLIDATED CLAIM INTAKE AND PROCESSING | 18,411.00 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 39.00 |
| PACER | 34.20 |
| COPIES | 5.40 |
| **Total Costs** | **18,489.60** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6903858 |
| ATTN: DAVID MOLTON | Date | Aug 26, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS



Remittance

---

**Balance Due:  $18,489.60**

---

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
399 Park Avenue
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  6792734594

## **EXHIBIT D**

**Time Entries for Each Professional by Task Code (Invoice)**

63845124 v3

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | | |
|---|---|---|
| Invoice | 6903859 |
| Date | Aug 26, 2020 |
| Client | 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through July 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0002 | ASSET ANALYSIS AND RECOVERY | 2,296.50 | 0.00 | 2,296.50 |
| 035843.0005 | CASE ADMINISTRATION | 908.50 | 0.00 | 908.50 |
| 035843.0007 | CLAIMS ANALYSIS | 71,072.00 | 0.00 | 71,072.00 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 10,344.00 | 0.00 | 10,344.00 |
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 75,761.50 | 0.00 | 75,761.50 |
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 37,540.50 | 0.00 | 37,540.50 |
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 10,755.00 | 0.00 | 10,755.00 |
| | **Total** | **208,678.00** | **0.00** | **208,678.00** |

| | |
|---|---|
| Total Current Fees | $208,678.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$208,678.00** |

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6903859 |
| ATTN: DAVID MOLTON | Date | Aug 26, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: ASSET ANALYSIS AND RECOVERY

## I N V O I C E

For professional services rendered in connection with the above captioned matter through July 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0002 | ASSET ANALYSIS AND RECOVERY | 2,296.50 | 0.00 | 2,296.50 |
| | **Total** | **2,296.50** | **0.00** | **2,296.50** |

| | |
|---|---:|
| Total Current Fees | $2,296.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$2,296.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6903859
August 26, 2020                                                           Page 3

RE: ASSET ANALYSIS AND RECOVERY

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 07/02/20 | KELLY | REVIEW PJT DECK TO PREPARE FOR AHC TAX CALL (.3); AHC TAX CALL (.3); RESPOND TO INCOMING CORRESPONDENCE FROM DAVID POLK TAX (.3) | 0.90 | 954.00 |
| 07/09/20 | POHL | REVIEW MUNDIPHARMA UPDATE | 0.30 | 388.50 |
| 07/09/20 | KELLY | AHC TAX CALL WITH DAVIS POLK, PJT TO REVIEW QSF MATTERS (.6); BEGIN DRAFT SUMMARY FOR BR/KL PROFESSIONALS (.3) | 0.90 | 954.00 |
| **Total Hours and Fees** | | | **2.10** | **2,296.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|--|------|-------|
| STEVEN POHL | 0.30 | hours at | 1,295.00 | 388.50 |
| BARBARA J. KELLY | 1.80 | hours at | 1,060.00 | 1,908.00 |
| **Total Fees** | | | | **2,296.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brown rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6903859 |
| Date | Aug 26, 2020 |
| Client | 035843 |

RE: CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through July 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 908.50 | 0.00 | 908.50 |
| | **Total** | **908.50** | **0.00** | **908.50** |

| | |
|---|---|
| Total Current Fees | $908.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$908.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6903859
August 26, 2020                                                          Page 5

RE: CASE ADMINISTRATION

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 07/06/20 | DEERING | REVIEW AND CIRCULATE PLEADINGS FILED ON 7.6.20 | 0.50 | 197.50 |
| 07/10/20 | DEERING | REVIEW AND CIRCULATE PLEADINGS FILED ON 7.10.20 | 0.50 | 197.50 |
| 07/17/20 | DEERING | EMAILS WITH G. CICERO RE COORDINATE OF TELEPHONIC APPEARANCE FOR 7.23.20 HEARING | 0.30 | 118.50 |
| 07/17/20 | DEERING | REVIEW AND CIRCULATE PLEADINGS FILED ON 7.17.20 | 0.50 | 197.50 |
| 07/20/20 | DEERING | COORDINATE TELEPHONIC APPEARANCE FOR HEARING ON 7.22.20 | 0.50 | 197.50 |
| | **Total Hours and Fees** | | **2.30** | **908.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| ALEXANDRA M. DEERING | 2.30 | hours at | 395.00 | 908.50 |
| **Total Fees** | | | | **908.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6903859 |
| ATTN: DAVID MOLTON | Date | Aug 26, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: CLAIMS ANALYSIS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through July 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0007 | CLAIMS ANALYSIS | 71,072.00 | 0.00 | 71,072.00 |
| | **Total** | **71,072.00** | **0.00** | **71,072.00** |

| | |
|---|---|
| Total Current Fees | $71,072.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$71,072.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES

August 26, 2020

Invoice 6903859

Page 7

RE: CLAIMS ANALYSIS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 07/02/20 | PINELO | COORDINATE PROCESSING OF CONSOLIDATED CLAIM CONSENT FORMS W. D. LIMONGELLO (.3). | 0.30 | 163.50 |
| 07/06/20 | PINELO | CALL W/ D. LIMONGELLO RE POC PROCESS (.3); CALL W CITY OF MELBOURNE, CITY OF ORLEANS RE POC CONSOLIDATED CLAIM (.4) | 0.70 | 381.50 |
| 07/07/20 | PINELO | REVIEW CONSOLIDATED CLAIM FORM FOR TOWN OF CLINTWOOD, CITY OF ASTORIA, COUNTY OF OSCODA, TOWN OF TABOR, FLOWER HILL VILLAGE, TOWN OF ECLECTIC, HAMBURHG TOWNSHIP, CITY OF REDMOND, CITY OF VENTOR, CITY OF GALESBURG (1.8) ;CALLS RE POC W HABERSHAM COUNTY, AVONDALE CITY, CITY OF MISHAWAKA, TOWN OF EUTAWVILLE (1.6) | 3.40 | 1,853.00 |
| 07/08/20 | PINELO | REVIEW 19 CONSOLIDATED CLAIM CONSENT FORMS AND DRAFT CONFIRMATION EMAILS | 2.80 | 1,526.00 |
| 07/09/20 | PINELO | REVIEW 21 CONSOLIDATED CLAIM FORMS AND PROVIDE EMAIL CONFIRMATION | 3.50 | 1,907.50 |
| 07/10/20 | PINELO | REVIEW 26 CONSOLIDATED CONSENT FORMS | 3.20 | 1,744.00 |
| 07/10/20 | MOLTON | ATTENTION TO MSGE LETTER RE AHC POC CORRESPONDENCE (1.0); COMMUNICATE WITH AHC COUNSEL RE SAME (.4); COMMUNICATE WITH KEVIN MACLAY RE SAME (.4) | 1.80 | 2,529.00 |
| 07/13/20 | PINELO | REVIEW MSGE RULE 2019 STATEMENT AND CONSOLIDATED CLAIMS (.7); REVIEW 21 CONSOLIDATED CLAIM CONSENT FORMS AND CONFIRM RECEIPT (3.2) | 3.90 | 2,125.50 |
| 07/13/20 | DEERING | RESEARCH RE MOTION TO PERMIT FILLING OF CLASS PROOF OF CLAIM AND EMAILS RE SAME | 0.40 | 158.00 |
| 07/14/20 | PINELO | REVIEW 57 CONSOLIDATED CLAIM CONSENT FORMS | 6.00 | 3,270.00 |
| 07/16/20 | PINELO | REVIEW AND DRAFT EMAILS RE 120 CONSOLIDATED CLAIM SUBMISSIONS AND INQUIRIES | 7.00 | 3,815.00 |
| 07/16/20 | MOLTON | PARTICIPATE IN CONFERENCE CALL WITH MELANIE C RE ISSUES PERTAINING TO STATE CONSOLIDATED PROOF OF CLAIM AND ISSUES THEREIN THAT MAY IMPACT NON-STATE GOVERNMENT CLAIMS | 0.70 | 983.50 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6903859
August 26, 2020                                                                              Page 8

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 07/17/20 | PINELO | REVIEW 46 CONSENT FORMS AND EMAIL COMMUNICATIONS | 4.50 | 2,452.50 |
| 07/18/20 | PINELO | REVIEW CONSENT FORMS AND COMMUNICATIONS RE CONSOLIDATED CLAIM | 2.50 | 1,362.50 |
| 07/20/20 | PINELO | REVIEW CONSOLIDATED CLAIM FORMS AND COMMUNICATION | 4.00 | 2,180.00 |
| 07/20/20 | DEERING | EMAILS WITH G. CICERO AND U. PINELO RE CONSOLIDATED CLAIMS FORMS | 0.20 | 79.00 |
| 07/21/20 | PINELO | REVIEW CONSENT FORMS AND COMMUNICATIONS RE CONSOLIDATED CLAIM | 4.00 | 2,180.00 |
| 07/21/20 | PINELO | CALL WITH DEBTORS RE: CONSOLIDATED CLAIM FILING PER THE BAR DATE ORDER | 0.20 | 109.00 |
| 07/22/20 | CICERO | WORK ON CONSOLIDATED CLAIMS ISSUES WITH CO-COUNSEL AND NCSG (.6) | 0.60 | 480.00 |
| 07/22/20 | PINELO | REVIEW CONSENT FORMS AND COMMUNICATIONS RE CONSOLIDATED CLAIM | 3.20 | 1,744.00 |
| 07/23/20 | CICERO | WORK ON ORGANIZATION AND CONSTRUCTION OF CONSOLIDATED CLAIM FORM WITH AHC CO-COUNSEL | 1.00 | 800.00 |
| 07/23/20 | PINELO | REVIEW ALL COMMUNICATIONS RE CONSOLIDATED CLAIM (3.0); REVIEW LATE FILED CONSENT FORMS (1.8) | 4.80 | 2,616.00 |
| 07/23/20 | DEERING | EMAILS RE CONSOLIDATED CLAIMS ANALYSIS AND CROSS REFERENCE | 0.30 | 118.50 |
| 07/23/20 | MOLTON | ATTENTION TO BAR DATE ISSUES AND CONSOLIDATED CLAIM FORM COMPLETION | 0.90 | 1,264.50 |
| 07/24/20 | CICERO | ATTEND CONSOLIDATED CLAIM SESSION WITH PRIME CLERK AND AHC AND NCSG | 0.80 | 640.00 |
| 07/24/20 | PINELO | REVIEW CONSOLIDATED CLAIM SUMMARY CHART AND LATE FILED CONSENT FORMS | 3.50 | 1,907.50 |
| 07/25/20 | PINELO | REVIEW AND EDIT CONSOLIDATED CLAIM SUMMARY | 2.00 | 1,090.00 |
| 07/26/20 | CICERO | WORK ON RESPONSES TO UCC'S QUESTIONS ON CONSOLIDATED PROOF OF CLAIM FORM AND CONTENT | 0.70 | 560.00 |
| 07/26/20 | PINELO | DRAFT CONSOLIDATED CLAIM PROOF OF CLAIM | 2.00 | 1,090.00 |
| 07/27/20 | PINELO | REVIEW AND DRAFT CONSOLIDATED CLAIM COMMUNICATIONS (1.5); REVIEW ALL 431 CONSOLIDATED CLAIM CONSENT FIRMS (2.0); DRAFT EMAIL TO MSGE RE CONSOLIDATED CLAIM (.2); CIRCULATE FINAL PROPOSED CONSOLIDATED CLAIM DOCUMENTS TO G. CICERO (.2) | 3.90 | 2,125.50 |



| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 07/27/20 | DEERING | REVISE CONSOLIDATE ENTITIES PROOF OF CLAIMS (.7), EMAILS WITH U. PINELO AND G. CICERO RE SAME (.3) AND TC WITH U. PINELO RE SAME (.3) | 1.30 | 513.50 |
| 07/27/20 | MOLTON | STRATEGY DISCUSSION WITH TEAM AND ADVISE RE: COMPLETION OF CONSOLIDATE AHC POC PER BAR DATE ORDER (1.0); NUMEROUS CONFERENCES WITH CONSTITUENTS RE SAME (.3) | 1.30 | 1,826.50 |
| 07/28/20 | PINELO | REVIEW CONSOLIDATED CLAIM COMMUNICATIONS (2.1); FINALIZE CONSOLIDATED CLAIM DOCUMENTS AND CIRCULATE TO G. CICERO (1.8) | 3.90 | 2,125.50 |
| 07/29/20 | CICERO | FINALIZE CONSOLIDATE CLAIMS DOCUMENT (1.9); CALLS WITH LEADERSHIP CONSORTIUM OF CONSENTING CLAIMS RE: AMENDED CONSOLIDATED CLAIM RE: SAME (.4) | 2.30 | 1,840.00 |
| 07/29/20 | PINELO | REVIEW AND DRAFT COMMUNICATIONS RE CONSOLIDATED CLAIM AND BAR DATE DEADLINE (2.5); REVIEW AND FINALIZE CONSOLIDATED CLAIM DOCUMENTS RE PRIME CLERK INSTRUCTIONS (2.5); COORDINATE EMAIL NOTIFICATION TO 431 CONSOLIDATED CLAIM CLAIMANTS W D. LIMONGELLO AND B. SULLIVAN (1.5) | 6.50 | 3,542.50 |
| 07/29/20 | MOLTON | ADVISE RE FINALIZATION OF AHC CONSOLIDATED POC FOR MUNICIPALITIES (2.0); NUMEROUS COMMUNICATIONS WITH VARIOUS GOVERNMENTAL ENTITY CREDITORS RE SAME (1.8) | 3.80 | 5,339.00 |
| 07/30/20 | CICERO | ORGANIZE, FINALIZE, AND COORDINATE FILING OF CONSOLIDATED AND CONSOLIDATED AMENDED LOCAL GOVERNMENTAL PROOFS OF CLAIM FOR FILING BY JULY 30, 2020 DEADLINE | 3.90 | 3,120.00 |
| 07/30/20 | POHL | REVIEW GOVERNMENT FILED CLAIMS | 0.60 | 777.00 |
| 07/30/20 | PINELO | REVISE FINAL CONSOLIDATED CLAIM DOCUMENTS ON ONEDRIVE (1.0); REVIEW LATE SUBMITTED CONSOLIDATED CLAIM AUTHORIZATION FORMS AND DRAFT FOLLOW UP RESPONSES (2.5); COORDINATE AND SEND OUT NOTIFICATION EMAIL TO ALL 431 CONSOLIDATED CLAIM CLAIMANTS W/ USERSUPPORT AND FOLLOW-UP RE UNDELIVERABLE EMAIL ADDRESSES (3.5) | 7.00 | 3,815.00 |
| 07/30/20 | MOLTON | ADVISE RE FINALIZATION OF AHC CONSOLIDATED POC FOR MUNICIPALITIES (2.0); NUMEROUS COMMUNICATIONS WITH VARIOUS GOVERNMENTAL ENTITY CREDITORS RE SAME (1.5) | 3.50 | 4,917.50 |
| | **Total Hours and Fees** | | **106.90** | **71,072.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                              Invoice 6903859
August 26, 2020                                                                                                  Page 10

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| STEVEN POHL | 0.60 | hours at | 1,295.00 | 777.00 |
| DAVID J. MOLTON | 12.00 | hours at | 1,405.00 | 16,860.00 |
| GERARD T. CICERO | 9.30 | hours at | 800.00 | 7,440.00 |
| ALEXANDRA M. DEERING | 2.20 | hours at | 395.00 | 869.00 |
| URIEL PINELO | 82.80 | hours at | 545.00 | 45,126.00 |
| **Total Fees** | | | | **71,072.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6903859 |
| Date | Aug 26, 2020 |
| Client | 035843 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through July 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 10,344.00 | 0.00 | 10,344.00 |
| | **Total** | **10,344.00** | **0.00** | **10,344.00** |

| | |
|---|---|
| Total Current Fees | $10,344.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$10,344.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
August 26, 2020

Invoice 6903859
Page 12

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 07/02/20 | DEERING | FILE AND SERVE 8TH MONTHLY FEE STATEMENT | 0.80 | 316.00 |
| 07/07/20 | CICERO | DRAFT SECOND INTERIM FEE APPLICATION | 0.70 | 560.00 |
| 07/07/20 | DEERING | EMAILS WITH G. CICIERO AND S. POHL RE SECOND INTERIM FEE APPLICATION | 0.50 | 197.50 |
| 07/08/20 | CICERO | REVISE MONTHY BILL (1.0); REVISE SECOND INTERIM FEE APP (.6) | 1.60 | 1,280.00 |
| 07/10/20 | CICERO | DRAFT AND REVISE SECOND INTERIM FEE APPLICATION | 2.10 | 1,680.00 |
| 07/14/20 | CICERO | DRAFT, REVISE AND FINALIZE SECOND INTERIM FEE APPLICATION | 2.10 | 1,680.00 |
| 07/14/20 | DEERING | DRAFT BUDGET BY TIMEKEEPER AND BY MATTER FOR SECOND INTERIM FEE APPLICATION (2.5) AND EMAILS RE SAME (.5) | 3.00 | 1,185.00 |
| 07/14/20 | DEERING | REVISE AND FINALIZE SECOND INTERIM FEE APPLICATION FOR CIRCULATION TO CLIENT | 1.00 | 395.00 |
| 07/14/20 | POHL | REVIEW SECOND INTERIM FEE APP | 0.80 | 1,036.00 |
| 07/15/20 | DEERING | REVIEW AND REVISE PURDUE SECOND INTERIM FEE APPLICATION | 1.80 | 711.00 |
| 07/15/20 | DEERING | FURTHER REVIEW AND REVISION OF PURDUE SECOND INTERIM FEE APPLICATION, FILE AND COORDINATE SERVICE OF SAME | 1.50 | 592.50 |
| 07/20/20 | DEERING | REVISE PURDUE JUNE FEE STATEMENT | 0.50 | 197.50 |
| 07/24/20 | DEERING | REVISE NINTH INTERIM FEE APPLICATION (.8), EMAILS WITH BR TEAM RE SAME (.1), CIRCULATE TO CO-COUNSELS FOR CLIENT APPROVAL (.1) | 1.00 | 395.00 |
| 07/28/20 | DEERING | EMAILS RE MAY 2020 FEE STATEMENT | 0.30 | 118.50 |
| **Total Hours and Fees** | | | 17.70 | 10,344.00 |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|--|------|-------|
| STEVEN POHL | 0.80 | hours at | 1,295.00 | 1,036.00 |
| GERARD T. CICERO | 6.50 | hours at | 800.00 | 5,200.00 |
| ALEXANDRA M. DEERING | 10.40 | hours at | 395.00 | 4,108.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6903859
August 26, 2020                                                                                  Page 13

| Professional | Hours | Rate | Value |
|---|---|---|---|
| **Total Fees** | | | **10,344.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6903859 |
| ATTN: DAVID MOLTON | Date | Aug 26, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY
PROCEEDINGS, AND AUTOMATIC STAY

# I N V O I C E

For professional services rendered in connection with the above captioned matter
through July 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 75,761.50 | 0.00 | 75,761.50 |
| | **Total** | **75,761.50** | **0.00** | **75,761.50** |

| | |
|---|---|
| Total Current Fees | $75,761.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$75,761.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
August 26, 2020

Invoice 6903859
Page 15

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 07/01/20 | POHL | REVIEW 2004 DISCOVERY FILINGS | 0.60 | 777.00 |
| 07/01/20 | MOLTON | PARTICIPATE IN CALL WITH AHC AND NCSG COUNSEL RE BAR DATE ISSUES | 0.90 | 1,264.50 |
| 07/02/20 | MOLTON | PARTICIPATE IN CONFERENCE CALL WITH ALASKA TRIBE REPRESENTATIVES RE ISSUES RE CLASS PROOFS OF CLAIMS | 0.80 | 1,124.00 |
| 07/03/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CALL WITH DEBTORS AND ALL GOVERNMENTAL ENTITIES  RE RESPONSE TO NUMEROUS MOTIONS FOR CLASS PROOF OF CLAIMS | 0.90 | 1,264.50 |
| 07/06/20 | CICERO | PREPATORY CALL WITH M. KRYZOWSKI RE: CLASS CLAIMS (.3); ATTEND CALL WITH DEBTORS AND CO-COUNSEL RE: CLASS CLAIMS OBJECTIONS AND LITIGATION (.7) | 1.00 | 800.00 |
| 07/06/20 | KRZYZOWSKI | REVIEW OF CLASS CLAIMS MOTIONS, DRAFT OPPOSITION; REVIEW OF CLASS CLAIM MOTION OPPOSITIONS OUTLINE; CALL W/ KRAMER LEVIN, D. MOLTON, G. CICERO RE CLASS CLAIM MOTION OPPOSITIONS; | 2.80 | 2,674.00 |
| 07/07/20 | CICERO | PREPARE FOR CALL RE: INUSRANCE ASSET STRATEGY (.2); ATTEND CALL RE: INSUARANCE ASSETS STRATEGY (.6); RESEARCH STANDING ISSUES AND STRATEGY WITH D. KERNS RE: SAME (.6) | 1.40 | 1,120.00 |
| 07/07/20 | KERNS | CONFER WITH G. CICERO RE: STIPULATION OF JOINT STANDING TO PURSUE CERTAIN CLAIMS (.2); RESEARCH STIPULATION EXAMPLES SDNY (.3); DRAFT STIPULATION (3.6) | 4.10 | 2,337.00 |
| 07/07/20 | MOLTON | PARTICIPATE IN CALL WITH GILBERT RE PROPER VEHICLE FOR DELEGATION/STANDING MOTION RE ADVERSARY PROCEEDING AGAINST CERTAIN TARGETS OF ESTATE CLAIMS | 0.90 | 1,264.50 |
| 07/07/20 | KRZYZOWSKI | REVIEW AND REVISE CLASS CLAIMS MOTION OPPOSITION OUTLINE | 1.00 | 955.00 |
| 07/08/20 | KERNS | ANALYZE DRAFT STIPULATION OF DELEGATION OF STANDING COMMENTS (.3); EDIT STIPULATION PACKAGE (.5) | 0.80 | 456.00 |
| 07/08/20 | KERNS | ANALYZE DOCKET MATERIALS & SECONDARY COVERAGE RE:  DELEGATION OF STANDING ISSUE | 0.50 | 285.00 |
| 07/08/20 | KRZYZOWSKI | REVIEW OF CLASS CLAIMS OPPOSITION OUTLINE WITH ATTENTION TO LIMITED FUND CLASS ISSUES | 2.00 | 1,910.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6903859
August 26, 2020                                                                              Page 16

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 07/08/20 | MOLTON | PROVIDE STRATEGY ADVICE WITH CO-COUNSEL REGARDING OPPOSITION TO CLASS CLAIM MOTIONS (.5); REVIEW MOTIONS FILED AND CONSIDER OBJECTIONS (.6) | 1.10 | 1,545.50 |
| 07/09/20 | CICERO | RESEARCH AND DRAFT ANALYSIS ON TRIBAL CLASS ISSUES AND MOTION | 2.00 | 1,600.00 |
| 07/09/20 | KERNS | REVISE DRAFT STIPULATION (.3); RESEARCH PRIOR EXAMPLES OF UCC/AHC STIPULATIONS WITH DEBTORS (1.1); EMAILS WITH POHL, S. & CICERO, G. (.1) | 1.50 | 855.00 |
| 07/09/20 | KRZYZOWSKI | FURTHER REVIEW OF AND COMMENT ON CLASS CLAIMS OPPOSITION OUTLINE; REVIEW OF CLASS CERTIFICATION CASE LAW, INCLUDING (B)(1)(B) CLASS ISSUES | 2.80 | 2,674.00 |
| 07/10/20 | CICERO | CONDUCT LEGAL RESEARCH INTO TRIBAL CLASS CLAIM ISSUES INCLUDING THE IMPACT OR LACK THEREOF OF TRIBAL SOVEREIGNTY (1.8); DRAFT ANALYSIS EMAIL TO TEAM (.3) | 2.10 | 1,680.00 |
| 07/10/20 | MOLTON | PARTICIPATE IN CONFERENCE CALL WITH DON SIMON, STEVE SKIKOS AND SCOTT GILBERT RE CLASS MOTION FILED BY TRIBAL COMMITTEE ATTORNEY | 0.80 | 1,124.00 |
| 07/10/20 | MOLTON | ADVISE RE PROGRESS OF DEBTOR AND GOVERNMENT ENTITY OPPOSITION TO CLASS CLAIM MOTIONS | 1.10 | 1,545.50 |
| 07/10/20 | MOLTON | PARTICIPATE IN CONFERENCE CALL WITH DEBTORS AND ALL GOVERNMENTAL COMMITTEE PROFESSIONALS RE JOINT OPPOSITION TO CLASS CLAIM MOTION | 0.80 | 1,124.00 |
| 07/10/20 | KRZYZOWSKI | REVIEW OF ADDITIONAL MOTIONS FOR CLASS CERTIFICATION; CALL RE PLANNING FOR CLASS CERTIFICATION OPPOSITION | 1.80 | 1,719.00 |
| 07/10/20 | DEERING | RESEARCH MDL CASE RE NAS CHILDREN EXTENSION MOTION AND ORDER | 1.00 | 395.00 |
| 07/14/20 | KRZYZOWSKI | REVIEW AND COMMENT ON CLASS CLAIM OPPOSITION BRIEF; REVIEW OF REVISED OPPOSITION BRIEF; FURTHER REVIEW OF LATE-FILED CLASS CLAIM MOTIONS | 3.50 | 3,342.50 |
| 07/15/20 | CICERO | REVIEW DEBTORS AND AHC OBJECTIONS TO CLASS CLAIM MOTIONS FOR COMMENTS AND STRATEGY WITH BR COUNSEL RE: SAME (1.9); ATTEND CALL WITH AHC REPRESENTATIVES ABOUT STRATEGY AND RESPONSE TO CLASS MOTIONS RE: SAME (.4) | 2.30 | 1,840.00 |
| 07/15/20 | MOLTON | REVIEW MOTIONS FILED RE NAACP INTERVENTION INTO MEDIATION AND NEW CLASS CLAIM MOTIONS | 0.80 | 1,124.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
August 26, 2020

Invoice 6903859
Page 17

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 07/15/20 | KRZYZOWSKI | REVIEW OF AND COMMENT ON REVISED OBJECTION TO CLASS CLAIM MOTION; REVIEW OF AND COMMENT ON TRIBAL OBJECTION TO CLASS CLAIM MOTION; REVIEW OF PARENS PATRIAE CASE LAW IN CONNECTION WITH TRIBAL OBJECTION; REVIEW OF DEBTORS' OPPOSITION TO CLASS CLAIM MOTION | 3.20 | 3,056.00 |
| 07/16/20 | CICERO | REVIEW FILINGS MADE IN RESPONSE TO CLASS CLAIMS MOTIONS | 0.40 | 320.00 |
| 07/16/20 | MOLTON | ADVISE RE FINALIZATION OF GOVERNMENTAL COMMITTEES OMNIBUS OPPOSITION TO CLASS MOTIONS (2.0); PARTICIPATE IN CONFERENCE CALL RE SAME (.7) | 2.70 | 3,793.50 |
| 07/16/20 | KRZYZOWSKI | REVIEW AND PROVIDE COMMENTS TO REVISED CLASS CLAIM MOTION OBJECTION | 1.00 | 955.00 |
| 07/17/20 | MOLTON | NUMEROUS COMMUNICATIONS WITH TRIBAL REPRESENTATIVES RE EFFORTS TO RESOLVE CLASS MOTION BY ROE FRASER GROUP (WITHDRAWAL OF MOTION) | 0.90 | 1,264.50 |
| 07/17/20 | MOLTON | ADVISE RE CONTINUED PREPARATION OF REMAINING OBJECTIONS TO CLASS CLAIM MOTIONS | 0.80 | 1,124.00 |
| 07/18/20 | MOLTON | NUMEROUS COMMUNICATIONS WITH TRIBAL REPRESENTATIVES RE EFFORTS TO RESOLVE CLASS MOTION BY ROE FRASER GROUP (WITHDRAWAL OF MOTION) | 1.40 | 1,967.00 |
| 07/19/20 | CICERO | REVIEW AHC TRIBAL OBJECTION AND DRAFT COMMENTS TO SAME | 0.60 | 480.00 |
| 07/19/20 | MOLTON | NUMEROUS COMMUNICATIONS WITH TRIBAL REPRESENTATIVES RE EFFORTS TO RESOLVE CLASS MOTION BY ROE FRASER GROUP (WITHDRAWAL OF MOTION) | 0.80 | 1,124.00 |
| 07/19/20 | KRZYZOWSKI | REVIEW OF AND COMMENT ON OBJECTION TO C&A TRIBES MOTION; REVIEW OF AND COMMENT ON REVISED OBJECTION | 1.50 | 1,432.50 |
| 07/20/20 | KRZYZOWSKI | REVIEW OF EXCLUSIVITY EXTENSION FILING | 0.50 | 477.50 |
| 07/21/20 | KRZYZOWSKI | COMMENT ON FURTHER CLASS CLAIMS OBJECTION | 0.80 | 764.00 |
| 07/21/20 | MOLTON | REVIEW CLASS CLAIM MOTIONS AND OBJECTIONS (1.0); NUMEROUS COMMUNICATIONS WITH VARIOUS COMMITTEES AND STAKEHOLDERS RE SAME (.3) | 1.30 | 1,826.50 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
August 26, 2020

Invoice 6903859
Page 18

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 07/22/20 | POHL | JOINT FINANCIAL ADVISOR PRESENTATION TO CREDITOR GROUPS (1.4); UPDATE CALL WITH DOJ (1.4) | 2.80 | 3,626.00 |
| 07/22/20 | MOLTON | REVIEW AND PREPARATION FOR CLASS CLAIM MOTION HEARING (1.0); REVIEW THE NUMEROUS REPLY PAPERS FILED WITH THE COURT (.9) | 1.90 | 2,669.50 |
| 07/22/20 | KRZYZOWSKI | CALL RE CLASS CLAIM HEARING ISSUES | 0.50 | 477.50 |
| 07/23/20 | CICERO | ATTEND PRE-HEARING PREPARATION CALL WITH CO-COUNSEL, DEBTORS AND OTHER OBJECTORS (.8); ATTEND COURT HEARING ON AMONG OTHERS, CLASS MOTIONS AND OBJECTIONS THERETO (3.2); DEBRIEF WITH CO-COUNSEL AND STRATEGY RE: SAME (.3) | 4.30 | 3,440.00 |
| 07/23/20 | POHL | ATTEND EXCLUSIVITY AND CLASS CLAIMS MOTION HEARING | 3.20 | 4,144.00 |
| 07/23/20 | MOLTON | COMMUNICATE WITH INTERESTED PARTIES RE PREPARATION FOR CLASS MOTION HEARING BEFORE JUDGE DRAIN | 0.60 | 843.00 |
| 07/23/20 | MOLTON | PREPARE FOR AND ATTEND MONTHLY OMNIBUS HEARING, INCLUDING HEARING ON CLASS CLAIM MOTIONS (2.5); FOLLOW UP WITH TROOP, ECKSTEIN AND OTHER COUNSEL (.9) | 3.40 | 4,777.00 |
| 07/24/20 | CICERO | ATTEND CALL WITH S. BIRNBAUM RE: PURDUE'S THIRD PARTY AUTHENTICATION EFFORTS IN CONTINUING LITIGATION | 0.50 | 400.00 |
| | **Total Hours and Fees** | | **72.40** | **75,761.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| STEVEN POHL | 6.60 | hours at | 1,295.00 | 8,547.00 |
| DAVID J. MOLTON | 21.90 | hours at | 1,405.00 | 30,769.50 |
| MAREK P. KRZYZOWSKI | 21.40 | hours at | 955.00 | 20,437.00 |
| GERARD T. CICERO | 14.60 | hours at | 800.00 | 11,680.00 |
| DANIEL F. KERNS | 6.90 | hours at | 570.00 | 3,933.00 |
| ALEXANDRA M. DEERING | 1.00 | hours at | 395.00 | 395.00 |
| **Total Fees** | | | | **75,761.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brown rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6903859 |
| Date | Aug 26, 2020 |
| Client | 035843 |

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC
COMMITTEE & CREDITORS

## INVOICE

For professional services rendered in connection with the above captioned matter
through July 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 37,540.50 | 0.00 | 37,540.50 |
| | **Total** | **37,540.50** | **0.00** | **37,540.50** |

| | |
|---|---|
| Total Current Fees | $37,540.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$37,540.50** |


PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES       Invoice 6903859
August 26, 2020                                               Page 20

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 07/02/20 | POHL | REVIEW CLIENT UPDATES | 0.50 | 647.50 |
| 07/06/20 | CICERO | ATTEND CALL WITH CANADIAN PLAINTIFFS RE: CASE UPDATE | 0.70 | 560.00 |
| 07/06/20 | POHL | PARTICIPATE IN COMMITTEE UPDATE CALL RE: BUSINESS PLAN UPDATE | 0.40 | 518.00 |
| 07/06/20 | MOLTON | PARTICIPATE IN CONFERENCE CALL WITH CANADIAN GOVERNMENT PROVINCE COUNSEL RE ISSUES IN CHAPTER 11, INCLUDING DEBTORS' MOTION FOR APPROVAL OF CANADIAN CLASS SETTLEMENT | 1.70 | 2,388.50 |
| 07/07/20 | CICERO | PREPARE AGENDA FOR AND ATTEND NON-STATE MEMBER UPDATE CALL | 0.70 | 560.00 |
| 07/07/20 | PINELO | ATTEND AND PARTICIPATE IN BI-WEEKLY COMMITTEE CALL | 0.50 | 272.50 |
| 07/07/20 | POHL | REVIEW CLIENT UPDATE | 0.10 | 129.50 |
| 07/07/20 | MOLTON | PARTICIPATE IN BIWEEKLY AHC NON-STATE MEMBER CALL | 0.80 | 1,124.00 |
| 07/08/20 | CICERO | PREPARE FOR AND ATTEND FULL AHC CALL (1.5); REVIEW AND RESPOND TO COMMITTEE MEMBER EMAILS RE: PROOFS OF CLAIM ISSUE (.4) | 1.90 | 1,520.00 |
| 07/08/20 | POHL | ATTEND WEEKLY AD HOC COMMITTEE MEETING | 1.50 | 1,942.50 |
| 07/08/20 | CICERO | PREPARE FOR FULL AHC MEETING WITH AGENDA (.2); ATTEND FULL AHC MEETING (1.4); ATTEND CALLS WITH NON-STATE MEMBERS RE: UPDATES ON VARIOUS CASE STATUS ISSUES, INCLUDING RE: OUTSTANDING PI ISSUES (.8); ATTEND PI CLAIMANT CALL WITH AHC MEMBERS AND PROFESSIONALS (1.1) | 3.50 | 2,800.00 |
| 07/08/20 | MOLTON | PARTICIPATE IN AHC WEEKLY UPDATE CALL | 1.40 | 1,967.00 |
| 07/10/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN MEETING WITH DOJ/SDNY/HHS RE: CASE STRATEGY, STRUCTURE AND POTENTIAL PLAN ISSUES | 1.30 | 1,826.50 |
| 07/13/20 | CICERO | PARTICIPATE IN SUBCOMMITTEE CALL WITH AHC RE: VARIOUS CASE ISSUES | 0.80 | 640.00 |
| 07/14/20 | POHL | REVIEW COMMITTEE UPDATES | 0.20 | 259.00 |
| 07/15/20 | CICERO | PREPARE FOR AND ATTEND FULL COMMITTEE CALL WITH AHC MEMBERS | 1.40 | 1,120.00 |
| 07/15/20 | POHL | REVIEW CLIENT AND FTI UPDATES | 0.40 | 518.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
August 26, 2020

Invoice 6903859
Page 21

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 07/15/20 | POHL | ATTEND WEEKLY FULL COMMITTEE CALL | 1.40 | 1,813.00 |
| 07/15/20 | MOLTON | PARTICIPATE IN WEEKLY AHC STATUS CALL | 1.40 | 1,967.00 |
| 07/17/20 | POHL | REVIEW CLIENT UPDATES | 0.50 | 647.50 |
| 07/20/20 | POHL | REVIEW CLIENT UPDATES | 0.50 | 647.50 |
| 07/21/20 | POHL | REVIEW CLIENT UPDATES | 0.40 | 518.00 |
| 07/21/20 | MOLTON | PARTICIPATE IN BI-WEEKLY NON-STATE UPDATE CALL | 0.90 | 1,264.50 |
| 07/22/20 | CICERO | PREPARE AGENDA FOR NON-STATE AHC MEMBER CALL AND REVIEW COMMUNICATIONS BETWEEN TPPS AND MUNICIPAL MEMBERS FOR CALL (.8); PARTICIPATE IN NON-STATE AHC CALL (.7) | 1.50 | 1,200.00 |
| 07/22/20 | CICERO | ATTEND FINANCIAL OVERVIEW CALL WITH DOJ CREDITORS ON BEHALF OF JOINT UCC/AHC AND DEBTORS (1.7); ATTEND HHS AND DOJ CALL RE: ANAYLSIS OF RESCUE DRUGS AND OTHER HEALTH INITITIAVES OF PURDUE (1.5); COORDINATE MATERIALS AND CALLS FOR SAME WITH CO-COUNSEL (.2) | 3.40 | 2,720.00 |
| 07/22/20 | POHL | REVIEW CLIENT UPDATES | 0.30 | 388.50 |
| 07/22/20 | MOLTON | PARTICIPATE IN JOINT GOVERNMENTAL ENTITY COMMITTEE ZOOM MEETING WITH SDNY, DOJ AND RELATED PUBLIC HEALTH FEDERAL AGENCIES | 2.30 | 3,231.50 |
| 07/27/20 | POHL | REVIEW CLIENT UPDATES | 0.40 | 518.00 |
| 07/29/20 | CICERO | PREPARE FOR AHC MEETING RE: POC CONSOLIDATED CLAIM UPDATES (.5); COMMUNICATIONS WITH AHC MEMBERS RE: SAME (.2); ATTEND AHC FULL UPDATE CALL (1.5) | 2.20 | 1,760.00 |
| 07/29/20 | POHL | ATTEND WEEKLY COMMITTEE CALL | 1.60 | 2,072.00 |
| | **Total Hours and Fees** | | **34.60** | **37,540.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 8.20 | hours at | 1,295.00 | 10,619.00 |
| DAVID J. MOLTON | 9.80 | hours at | 1,405.00 | 13,769.00 |
| GERARD T. CICERO | 16.10 | hours at | 800.00 | 12,880.00 |
| URIEL PINELO | 0.50 | hours at | 545.00 | 272.50 |
| **Total Fees** | | | | **37,540.50** |

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| Invoice | 6903859 |
| Date | Aug 26, 2020 |
| Client | 035843 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through July 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 10,755.00 | 0.00 | 10,755.00 |
| | **Total** | **10,755.00** | **0.00** | **10,755.00** |

| | |
|---|---:|
| Total Current Fees | $10,755.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$10,755.00** |

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                   Invoice 6903859
August 26, 2020                                                          Page 24

RE: PLAN AND DISCLOSURE STATEMENT

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 07/06/20 | KELLY | CALL WITH PILLSBURY TAX PER TROOP TO REVIEW TAX ANALYSIS IN ABATEMENT AND STRUCTURING MATTERS (.6); SUMMARIZE CALL FOR FILES (.2) | 0.80 | 848.00 |
| 07/07/20 | MOLTON | PARTICIPATE IN CONFERENCE CALL WITH DEBTORS AND NCSG RE PLAN ISSUES | 1.50 | 2,107.50 |
| 07/09/20 | AHMADI | CONFERENCE CALL WITH DEBTORS' COUNSEL RE: TAX STRUCTURING POST-EMERGENCE ENTITIES (.50) | 0.50 | 292.50 |
| 07/10/20 | KELLY | DRAFT MEMO ON TAX CONSIDERATIONS RELATED TO SETTLEMENT STRUCTURES (.6); PROPOSE QSF SETTLEMENT STRUCTURES FOR VARIOUS CLAIMANT CLASSES FOR MULTIPLE OBJECTIVES (.5) | 1.10 | 1,166.00 |
| 07/10/20 | AHMADI | ANALYSIS OF TAX STRUCTURING FOR BANKRUPTCY EXIT VEHICLE (1.70) | 1.70 | 994.50 |
| 07/21/20 | KELLY | CALL WITH DON SIMON AND TAX PARTNER TO ADDRESS TAXATION OF TRIBES REGARDING POTENTIAL SETTLEMENT STRUCTURE | 0.60 | 636.00 |
| 07/24/20 | KELLY | DRAFT SUMMARY OF TRIBAL TAX CALL TO UNDERSTAND TAX CONSIDERATION IN SETTLEMENT FUNDS | 0.60 | 636.00 |
| 07/24/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CALL WITH DEBTOR AND OTHERS RE PLAN STRATEGIES AND PROGRESS | 1.10 | 1,545.50 |
| 07/31/20 | MOLTON | PARTICIPATE IN CONFERENCE CALL WITH DEBTORS, SHEILA, TROOP, GILBERT AND NACHMAN RE PLAN STRATEGIES AND TIME LINES | 1.80 | 2,529.00 |
| **Total Hours and Fees** | | | **9.70** | **10,755.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|------|------|-------|
| DAVID J. MOLTON | 4.40 | hours at | 1,405.00 | 6,182.00 |
| BARBARA J. KELLY | 3.10 | hours at | 1,060.00 | 3,286.00 |
| CYAVASH N. AHMADI | 2.20 | hours at | 585.00 | 1,287.00 |
| **Total Fees** | | | | **10,755.00** |

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6903859 |
| Date | Aug 26, 2020 |
| Client | 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES



Remittance

**Balance Due:  $208,678.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
399 Park Avenue
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  6792734594