Eisenberg & Baum, LLP  
Michael S. Quinn  
24 Union Square East, Fourth Floor  
New York, New York  10003  
(212) 353-8700  

Counsel to the Ad Hoc Committee on Accountability

Hearing Date: 9/30/2020  
Objection Deadline: 9/23/2020

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.* [1] | Case No.  19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**THE AD HOC COMMITTEE ON ACCOUNTABILITY'S**  
**OBJECTION TO DEBTOR'S MOTION AUTHORIZING**  
**IMPLEMENTATION OF A KEY EMPLOYEE INCENTIVE PLAN**  
**<u>AND KEY EMPLOYEE RETENTION PLAN</u>**

The Ad Hoc Committee on Accountability, by its undersigned counsel, objects to Purdue Pharma L.P.'s Motion for Entry of an Order Authorizing Implementation of a Key Employee Incentive Plan and a Key Employee Retention Plan. [Docket No. 1674] for the reasons set forth in the accompanying Memorandum of Points and Authorities.

---

[1] The debtors in these chapter 11 cases ("Debtors" or "Purdue"), along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014) (collectively, the "Bankruptcy Cases").

Dated: September 22, 2020  Respectfully Submitted,
     New York, NY

                                          Eisenberg & Baum, LLP

                           By:    /s/ Michael S. Quinn
                                          Michael S. Quinn (mq-1640)
                                          24 Union Square East, Fourth Floor
                                          New York, New York  10003
                                          (212) 353-8700
                                          mquinn@eandblaw.com
                                          prachmuth@eandblaw.com
                                          ebaum@eandblaw.com

                                          *Counsel to Ad Hoc Committee on Accountability*