# Exhibit D

| Personal Injury Claim Summary (claims processed as of 09/03/2020) | |
|---|---|
| Total Claims Filed: | 150572 |

| | |
|---|---|
| Potential Personal Injury Claims filed on forms other than Personal Injury Form: | 11792 |

| | |
|---|---|
| Claims Filed on Personal Injury Form: | 122514 |

| Question 8 from Personal Injury Form: | |
|---|---|
| Creditor has been injured by use of an opioid. | 107062 |
| Although Creditor is not currently aware of any injury, Creditor wants to file now to keep the ability to seek payment if Creditor has a future injury or harm due to use of an opioid. | 2321 |
| Creditor has a claim arising out of another person's use of an opioid. | 19120 |
| Creditor is submitting a claim on behalf of a minor with NAS. | 6156 |

| Row Labels | Count of State |
|---|---|
| AB, Canada | 939 |
| AE | 4 |
| AK | 78 |
| AL | 951 |
| AL | 1 |
| AL, Canada | 1 |
| AR | 303 |
| AZ | 767 |
| BC, Canada | 114 |
| Bermuda | 1 |
| CA | 22832 |
| Canada | 1 |
| CO | 604 |
| CT | 505 |
| DC | 49 |
| DE | 136 |
| FL | 7969 |
| GA | 1352 |
| Germany | 3 |
| GU | 15 |
| HI | 96 |

| Row Labels | Count of State |
|---|---:|
| IA | 172 |
| ID | 206 |
| IL | 878 |
| IN | 457 |
| Ireland | 5 |
| Japan | 1 |
| KA | 1 |
| KS | 210 |
| KY | 818 |
| LA | 8420 |
| MA | 1477 |
| MB, Canada | 25 |
| MD | 600 |
| ME | 297 |
| MI | 1000 |
| MN | 15888 |
| MO | 2294 |
| Morocco | 1 |
| MS | 1070 |
| MT | 127 |
| NB, Canada | 54 |
| NC | 961 |
| ND | 107 |
| NE | 119 |
| NH | 221 |
| NJ | 999 |
| NL, CANADA | 12 |
| NM | 302 |
| NS, Canada | 83 |
| NV | 402 |
| NY | 7942 |
| OH | 11738 |
| OK | 476 |
| ON, Canada | 1160 |
| OR | 617 |
| PA | 1662 |
| PE, Canada | 2 |
| Philippines | 1 |
| PR | 109 |
| QC, Canada | 69 |
| RD | 1 |
| RI | 143 |
| SC | 521 |
| SD | 63 |

| Row Labels | Count of State |
|---|---|
| SK, Canada | 23 |
| Switzerland | 1 |
| The Netherlands | 5 |
| TN | 914 |
| TX | 29937 |
| United Kingdom | 4 |
| USVI | 1 |
| UT | 400 |
| VA | 681 |
| VI | 9 |
| VT | 104 |
| WA | 908 |
| WI | 609 |
| WV | 2054 |
| WY | 53 |
| QC, Canada | 1 |
| No Address Provided | 170 |
| **Grand Total** | **134306** |