WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**NINTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JULY 1, 2020 THROUGH JULY 31, 2020**

| | |
|---|---|
| **Name of Applicant** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | July 1, 2020 through July 31, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $11,093.52[2] (80% of $13,866.90) |
| Total reimbursement of expenses requested in this statement | $14.74 |
| Total compensation and reimbursement requested in this statement | $11,108.26 |
| **This is a(n):**   _X Monthly Application   __ Interim Application   __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 25, 2019 [Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Ninth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2020 Through July 31, 2020* ("**Fee Statement**").[3]  By this Fee Statement, WilmerHale seeks (i) compensation in the amount of $11,093.52 which is 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $13,866.90), and (ii)

---

[2]  This amount reflects an agreed reduction in fees in the aggregate amount of $2,447.10.

[3]  The period from July 1, 2020 through and including July 31, 2020 is referred to herein as the "**Fee Period**."

payment of $14.74 for the actual, necessary expenses that WilmerHale incurred in connection
with rendering such services during the Fee Period.

### Itemization of Services Rendered and Disbursement Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees
incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and
paraprofessionals during the Fee Period with respect to each of the project categories
WilmerHale established in accordance with its internal billing procedures.  As reflected in
**Exhibit A**, WilmerHale incurred $16,314.00 in fees during the Fee Period and, pursuant to its
agreement with Purdue Pharma, L.P., reduced that amount to $13,866.90.  Pursuant to this Fee
Statement, WilmerHale seeks compensation for 80% of such fees, totaling $11,093.52.

2.      Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and
paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who
rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period
and the title, hourly rate, aggregate hours worked and the amount of fees earned by each
professional.  The blended hourly billing rate of attorneys for all services provided during the
Fee Period is $1,050.73.[4]  The blended hourly billing rate of all paraprofessionals is $463.73.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or
disbursed in the amount of $14.74 in connection with providing professional services to the
Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's
direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.
Only the clients for whom the services are actually used are separately charged for such services.

---

[4] The blended hourly billing rate of $1,050.73 for attorneys is derived by dividing the total fees for attorneys of
$8,616.00 by the total hours of 8.20.

[5] The blended hourly billing rate of $463.73 for paraprofessionals is similarly derived by dividing the total fees for
paraprofessionals of $7,698.00 by the total hours of 16.60.

The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.       Attached hereto as **<u>Exhibit D</u>** are the related invoices showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

<u>**Notice**</u>

5.       WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $11,093.52 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $13,866.90), and (ii) payment of $14.74 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: September 24, 2020

By:     /s/ George W. Shuster, Jr.
WILMER CUTLER PICKERING
HALE AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors
in Possession*

**<u>Exhibit A</u>**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (B160) | 16.40 | 10,016.00[1] |
| Analysis/Strategy related to Congressional Investigation (L120) | 8.40 | 6,298.00 |
| **Total** | **24.80** | **$16,314.00** |
| **Less Agreed Reduction** | | **-$2,447.10** |
| **GRAND TOTAL** | **24.80** | **$13,866.90** |

---

[1] This amount relates to time spent preparing the second interim fee application and monthly fee statements for May and June 2020 (and does not relate to time for this fee statement).  In addition, this amount does not include additional time expended by the partner responsible for supervising the preparation of fee statements and fee applications, which time is not billed to the client but rather absorbed by the firm.

## Exhibit B

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 3.00 | 4,650.00 |
| **Partners Total** | | | **3.00** | **$4,650.00** |
| **Counsel** | | | | |
| John T. Byrnes | Counsel; joined firm in 2013; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 940.00 | 2.40 | 2,256.00 |
| **Counsel Total** | | | **2.40** | **$2,256.00** |
| **Associates and Attorneys** | | | | |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 815.00 | 0.20 | 163.00 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 595.00 | 2.60 | 1,547.00 |
| **Associates and Attorneys Total** | | | **2.80** | **$1,710.00** |
| **Paraprofessionals** | | | | |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 385.00 | 0.50 | 192.50 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 4.70 | 1,292.50 |

[1] WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 545.00 | 11.40 | 6,213.00 |
| **Paraprofessionals Total** | | | **16.60** | **$7,698.00** |
| **TOTAL** | | | **24.80** | **$16,314.00** |
| **Less Agreed Reduction** | | | | **-$2,447.10** |
| **GRAND TOTAL** | | | **24.80** | **$13,866.90** |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| Federal Express | 14.74 |
| **TOTAL** | **$14.74** |

**Exhibit D**

**Detailed Time Records and Expenses**

# WILMERHALE   [WH]

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ▪▪▪▪▪
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 08/31/20 |
| Invoice No. | 2603279 |
| Matter No. | 1653300-00137 |

FOR LEGAL SERVICES RENDERED through July 31, 2020 in connection with the Fee and Retention Applications matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 10,016.00 |
| Less 15% Discount | | -1,502.40 |
| Total Disbursements | | 14.74 |
| **Total Amount Due** | **$** | **8,528.34** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ▪▪▪▪▪

Routing Number: ▪▪▪▪▪

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2603279
Invoice Date 08/31/20
Legal Services through July 31, 2020

Colleen   MacDonald
Purdue  Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| B160 - Fee/Employment Applications | | | |
| 07/07/20 | Byrnes, John T. | 0.30 | Review draft fee statement |
| 07/07/20 | Pierce, Allyson | 0.20 | Review drafts of May fee application and invoice from Ms. Thompson and forward same to Mr. Byrnes for review and redaction |
| 07/07/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. DaCunha re fee examiner follow-up |
| 07/07/20 | Pierce, Allyson | 0.10 | Email with Ms. Thompson re correspondence from fee examiner |
| 07/07/20 | Thompson, Yolande | 0.10 | Review email from Mr. Consla at Davis Polk re providing fee data for second interim fee period to fee examiner |
| 07/07/20 | Thompson, Yolande | 0.20 | Telephone conference with and review emails from Mr. Byrnes re edits to invoice for May fee statement |
| 07/07/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re process for providing fee data to fee examiner and status of May invoice |
| 07/07/20 | Thompson, Yolande | 0.20 | Emails with Ms. Kennedy re finalizing May invoice, LEDES data to be provided to fee examiner, and information needed to prepare interim fee application |
| 07/07/20 | Thompson, Yolande | 0.30 | Review invoice to ensure compliance with bankruptcy guidelines |
| 07/07/20 | Thompson, Yolande | 0.70 | Update, proofread, finalize May fee statement |
| 07/07/20 | Thompson, Yolande | 0.10 | Email fee statement and invoice to Ms. Pierce for attorney review |
| 07/07/20 | Thompson, Yolande | 2.30 | Continue preparing second interim fee application |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00137               Fee and Retention Applications

Invoice No. 2603279
Invoice Date 08/31/20
Legal Services through July 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/09/20 | Pierce, Allyson | 0.20 | Review and respond to email from Ms. Thompson re draft of second interim fee application |
| 07/09/20 | Pierce, Allyson | 0.10 | Email with Messrs. Byrnes, Shuster, Mses. DaCunha, and Thompson re second interim fee statement |
| 07/09/20 | Pierce, Allyson | 0.40 | Review draft of second interim fee application |
| 07/09/20 | Thompson, Yolande | 0.10 | Email draft second interim fee application to Ms. Pierce for attorney review and input |
| 07/09/20 | Thompson, Yolande | 2.30 | Update, proofread, finalize draft second interim fee application for attorney review |
| 07/10/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. Thompson re LEDES information for fee examiner update |
| 07/10/20 | Pierce, Allyson | 0.20 | Email with Davis Polk and fee examiner with LEDES for second interim fee period |
| 07/10/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re invoices for February 1, 2020 to May 31, 2020 in LEDES format |
| 07/10/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re invoices for second interim fee period in LEDES format for fee examiner |
| 07/10/20 | Thompson, Yolande | 0.20 | Review and rename invoices in LEDES format |
| 07/10/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce re sending invoices in LEDES format to fee examiner |
| 07/13/20 | Byrnes, John T. | 0.80 | Review second interim fee application |
| 07/13/20 | Pierce, Allyson | 0.10 | Send follow-up email to Mr. Byrnes re additional information needed for the second interim fee application |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137             Fee and Retention Applications

Invoice No. 2603279
Invoice Date 08/31/20
Legal Services through July 31, 2020

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 07/13/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re May fee statement and second interim fee application |
| 07/14/20 | Byrnes, John T. | 1.30 | Revise budget for second interim fee application |
| 07/14/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. Thompson re May fee statement and follow-up with Messrs. Shuster and Byrnes |
| 07/14/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. DaCunha re interim fee application |
| 07/14/20 | Pierce, Allyson | 0.20 | Review proposed budget draft and certification language in Mr. Byrnes email to Mr. Brown |
| 07/14/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce, Messrs. Byrnes, and Shuster re authorization to e-file fee statement |
| 07/14/20 | Thompson, Yolande | 0.10 | Review email from Mr. Byrnes enclosing redacted invoice for May fee statement |
| 07/14/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re filing May fee statement |
| 07/14/20 | Thompson, Yolande | 0.10 | Serve fee statement upon notice parties via email |
| 07/14/20 | Thompson, Yolande | 0.20 | E-file Seventh Monthly Fee Statement |
| 07/14/20 | Thompson, Yolande | 0.20 | Prepare Certificate of Service |
| 07/14/20 | Thompson, Yolande | 0.10 | Prepare service materials |
| 07/14/20 | Thompson, Yolande | 0.20 | Finalize May 2020 fee statement for filing |
| 07/14/20 | Thompson, Yolande | 0.10 | Coordinate with Services re sending copies of filed fee statement to Chambers via FedEx and to notice parties via first class mail |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00137               Fee and Retention Applications

Invoice No. 2603279
Invoice Date 08/31/20
Legal Services through July 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/14/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 07/14/20 | Thompson, Yolande | 0.20 | Retrieve, update files with filed May Fee Statement and related Certificate of Service |
| 07/14/20 | Thompson, Yolande | 0.10 | Email final PDFs of fee statement to attorneys for approval |
| 07/14/20 | Thompson, Yolande | 0.10 | Review emails among attorneys and Accounting re second interim fee application |
| 07/15/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. Nobis re transmittal of LEDES data for fee examiner review |
| 07/15/20 | Pierce, Allyson | 0.20 | Coordinate with Ms. Thompson re finalizing second interim fee application |
| 07/15/20 | Thompson, Yolande | 0.10 | Serve fee application upon notice parties via email |
| 07/15/20 | Thompson, Yolande | 0.10 | Coordinate with Services re sending copies of filed fee application to Chambers and notice parties |
| 07/15/20 | Thompson, Yolande | 0.20 | E-file Second Interim Fee Application |
| 07/15/20 | Thompson, Yolande | 0.10 | Prepare service materials |
| 07/15/20 | Thompson, Yolande | 0.10 | Prepare Certificate of Service |
| 07/15/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 07/15/20 | Thompson, Yolande | 0.20 | Retrieve, update files with filed Fee Application and related Certificate of Service |
| 07/15/20 | Thompson, Yolande | 0.70 | Update, finalize second interim fee application and exhibits for filing |
| 07/15/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce, Messrs. Byrnes, and Brown re approval of budget information to be included in fee application |
| 07/15/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2603279
Invoice Date 08/31/20
Legal Services through July 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | Mr. Byrnes re authorization to e-file fee application |
| 07/15/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re finalized second interim fee application with exhibits for attorney review and approval |
| 07/24/20 | Pierce, Allyson | 0.40 | Calendar upcoming deadlines for fee statements and applications |
| 07/24/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re confirming deadlines for June monthly statement and Third Interim Fee Application |
| 07/24/20 | Thompson, Yolande | 0.20 | Review Interim Compensation Order to confirm deadlines |
| 07/29/20 | Thompson, Yolande | 0.50 | Review June invoice to ensure compliance with bankruptcy guidelines |
| | | **16.40** | |

**Total**                                **16.40**

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2603279
Invoice Date 08/31/20
Legal Services through July 31, 2020

| Date | Cost | Description |
|------|------|-------------|
| 07/08/20 | 14.74 | Federal Express Corp; Invoice# 704540645 (Jun-23,2020); Inv#704540645 393883892853 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| | 14.74 | |

Total Disbursements        $        **14.74**

Client No. 1653300                      Purdue Pharma, L.P.
Matter No. 1653300-00137                Fee and Retention Applications

Invoice No. 2603279
Invoice Date 08/31/20
Legal Services through July 31, 2020

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Byrnes, John T. | 2.40 | 940.00 | 2,256.00 |
| Pierce, Allyson | 2.60 | 595.00 | 1,547.00 |
| Thompson, Yolande | 11.40 | 545.00 | 6,213.00 |
| **Total Legal Services** | **16.40** | | **$10,016.00** |

| Task | Description | Hours | Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 16.40 | 10,016.00 |
| **Total Legal Services** | | **16.40** | **$10,016.00** |

## DISBURSEMENTS

| Description | Total |
|---|---|
| FEDERAL EXPRESS | 14.74 |
| **Total Disbursements** | **$14.74** |

# WILMERHALE  | WH |

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 08/31/20 |
| Invoice No. | 2603273 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through July 31, 2020 in connection with the Post Bankruptcy:
House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 6,298.00 |
| Less 15% Discount | | -944.70 |
| **Total Amount Due** | **$** | **5,353.30** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ███████

Routing Number: ███████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing     Berlin     Boston     Brussels     Denver     Frankfurt     London     Los Angeles     New York     Palo Alto     San Francisco     Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300

Matter No. 1653300-00136

Purdue Pharma, L.P.

Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2603273

Invoice Date 08/31/20

Legal Services through July 31, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| L120 - Analysis/Strategy | | | |
| 07/01/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 07/02/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 07/06/20 | Rockett, Elizabeth W. | 0.20 | Complete |
| 07/07/20 | Brown, Reginald | 0.50 | Participate |
| 07/07/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 07/08/20 | Rockett, Elizabeth W. | 0.20 | Complete |
| 07/09/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 07/10/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 07/13/20 | Lannon, William E. | 0.50 | File |
| 07/13/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 07/16/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 07/17/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 07/22/20 | Brown, Reginald | 2.50 | Participate |
| 07/22/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 07/23/20 | Rockett, Elizabeth W. | 0.30 | Complete |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2603273
Invoice Date 08/31/20
Legal Services through July 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/24/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████ |
| 07/28/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████ |
| 07/29/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████ |
| 07/30/20 | Menz, Sheila E. | 0.20 | Analyze ██████████████ |
| 07/30/20 | Rockett, Elizabeth W. | 0.20 | Complete ███████████ |
| 07/31/20 | Rockett, Elizabeth W. | 0.20 | Complete ███████████ |
| | | **8.40** | |

**Total**                            **8.40**

Client No. 1653300          Purdue Pharma, L.P.
Matter No. 1653300-00136      Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2603273
Invoice Date 08/31/20
Legal Services through July 31, 2020

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 3.00 | 1,550.00 | 4,650.00 |
| Menz, Sheila E. | 0.20 | 815.00 | 163.00 |
| Lannon, William E. | 0.50 | 385.00 | 192.50 |
| Rockett, Elizabeth W. | 4.70 | 275.00 | 1,292.50 |
| **Total Legal Services** | **8.40** | | **$6,298.00** |

| Task | Description | Hours | Value |
|---|---|---|---|
| L120 | Analysis/Strategy | 8.40 | 6,298.00 |
| **Total Legal Services** | | **8.40** | **$6,298.00** |