Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

------------------------------------------------------------ x

**NINTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE
PERIOD OF JUNE 1, 2020 THROUGH AND INCLUDING JUNE 30, 2020**

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

6230693.1

| Period for Which Compensation is Sought: | June 1, 2020 – June 30, 2020 |
|---|---|
| Total Amount of Fees Incurred: | $144,191.50 |
| Total Fees Requested (80%): | $115,353.20 |
| Total Reimbursement of Expenses Incurred: | $767.02 |
| Total Reimbursement of Expenses Requested (100%): | $767.02 |
| Total compensation and Reimbursement Requested in this Statement: | $116,120.22 |
| This is Applicant's: | Ninth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Ninth Monthly Fee Statement (the "Fee Statement") for the period of June 1, 2020 through and including June 30, 2020 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $144,191.50 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $115,353.20.

2

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,040.71[2]. The Blended hourly rate of all paraprofessionals is $305.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $767.02 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors (the "Allocation Fees"). Pursuant to the Fee Assumption Order, Applicant may request Allocation Fees through a separate application at a later date.

### <u>Notice</u>

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests

---

[2]      The blended hourly billing rate of $1,040.71 is derived by dividing the total fees for attorneys of $143,825.50 by the total hours of 138.2.

[3]      The Blended hourly billing rate of $305.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $366.00 by the total hours of 1.2.

(i) compensation in the amount of $115,353.20 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $144,191.50) and (ii) payment of $767.02 for the actual, necessary expenses that Applicant incurred in connection with such services during the Statement Period.

Dated: September 25, 2020
New York, New York

OTTERBOURG P.C.

By:    /s/ *Melanie L. Cyganowski*
        Melanie L. Cyganowski, Esq.
        Jennifer S. Feeney, Esq.
        230 Park Avenue
        New York, New York 10169
        Telephone:    (212) 661-9100
        Facsimile:    (212) 682-6104

        Co-*Counsel to the Ad Hoc Committee of*
        *Governmental and Other Contingent*
        *Litigation Claimants*

## EXHIBIT A

**Fees By Project Category**

6230693.1

**SUMMARY OF COMPENSATION BY PROJECT CODE**
**FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU01 | Asset Analysis and Recovery | 11.5 | $13,200.00 |
| PU03 | Business Operations | 5.4 | $6,868.50 |
| PU04 | Case Administration | 24.0 | $29,528.50 |
| PU05 | Claims Analysis | 74.5 | $68,290.50 |
| PU06 | Employment and Fee Applications | 2.1 | $1,458.00 |
| PU09 | Meetings and Communications w/ AHC | 19.9 | $23,146.00 |
| PU11 | Plan and Disclosure Statement | 2.0 | $1,700.00 |
| | **TOTALS:** | **139.4** | **$144,191.50** |

1

# **EXHIBIT B**

### **Professional and Paraprofessional Fees**

6230693.1

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1315.00 | 77.7 | $102,175.50 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $850.00 | 37.5 | $31,875.00 |
| Michael A. Pantzer ("MAP") Associate | 2017 | $425.00 | 23.0 | $9,775.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $305.00 | 1.2 | $366.00 |
| | **TOTAL** | | **139.4** | **$144,191.50** |

# **EXHIBIT C**

**Time Detail**

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

September 9, 2020
BILL NO. 212293

Client/Matter No.:    20186/0002
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL

For Services Rendered Through June 30, 2020:

---

Phase: PU01                              ASSET ANALYSIS AND RECOVERY

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/01/20 JKH | Review Documents<br>Review agenda for hearing | .20 | 61.00 |
| 06/02/20 JSF | Examine Documents<br>Examine Documents: Review of UCC Letter to Court re: Discovery Issues with IACs | .30 | 255.00 |
| 06/05/20 JSF | Examine Documents<br>Review of Letters to Court From Sackler Parties, Norton Rose and NCSG in Response to UCC Letter to Court re: Discovery Deficiencies | .80 | 680.00 |
| 06/09/20 JSF | Examine Documents<br>Review of Norton Rose Due Diligence Database - New Information Aviailable | .30 | 255.00 |
| 06/09/20 MLC | Analysis of Memorandum<br>Review of memorandum from KL concerning discovery due diligence including Houlihan analysis | .80 | 1,052.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                September 9, 2020
Page 2                                                      BILL NO. 212293


| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/10/20 MLC | Correspondence<br>Review of email string between the (i) UCC's, AHC's and Debtors' financial advisors and (ii) Mundipharma's senior management team re IAC due diligence | .70 | 920.50 |
| 06/11/20 JSF | Telephone Call(s)<br>Update from Houlihan and FTI re: Due Diligence on IACs and Domestic Business Plans | 1.00 | 850.00 |
| 06/11/20 MLC | Conference call(s)<br>Conference call with AHC subcommittee re diligence and related issues | 1.10 | 1,446.50 |
| 06/11/20 MLC | Analysis of Memorandum<br>Review of summary of discovery update re Sacklers and underlying letter responses | 1.20 | 1,578.00 |
| 06/12/20 MLC | Correspondence<br>Correspondence with NCSG re non-cash transfer IC report | .40 | 526.00 |
| 06/12/20 MLC | Correspondence<br>Correspondence re company due diligence reports | .30 | 394.50 |
| 06/17/20 MLC | Review Financial Documents<br>Review of April business plan update analysis and Project Malta sale process update prepared by FTI | 1.80 | 2,367.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                          September 9, 2020
Page 3                                              BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/22/20 MLC | Analysis of Memorandum Review and analysis of information deck prepared by FTI and Houlihan concerning Companies' assets | .80 | 1,052.00 |
| 06/23/20 JSF | Examine Documents Review of FTI Updated Cash Available Analysis | .40 | 340.00 |
| 06/24/20 JSF | Examine Documents Review of Company Presentation re: Updated Value Analysis of Assets and Sale Scenario Analysis | .60 | 510.00 |
| 06/26/20 JSF | Examine Documents Review of NCSG Motion for 2004 Discovery and Consideration of AHC Joinder to Motion | .30 | 255.00 |
| 06/26/20 MLC | Conference call(s) Discovery Rule 2004 motion conference with AHC counsel | .50 | 657.50 |
| TOTAL PHASE PU01 | | 11.50 | $13,200.00 |

Phase: PU03                                    BUSINESS OPERATIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                          September 9, 2020
Page 4                                               BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/09/20 JSF | Telephone Call(s) Conference Call with Dr. Brenkus re: HRT | .50 | 425.00 |
| 06/09/20 MLC | Conference call(s) Conference call with UCC, AHC, NSCG with Dr Brenkus | 1.20 | 1,578.00 |
| 06/12/20 MLC | Conference call(s) Conference call/webex session with FTI/Houlihan with AHC and NCSG re business operations of debtors | .50 | 657.50 |
| 06/17/20 MLC | Analysis of Memorandum Review of UCC statement re amended motion to enter into funding agreement with HRT | .70 | 920.50 |
| 06/18/20 MLC | Analysis of Memorandum Review and analysis of UCC statement re HRT motion by Debtors | 1.10 | 1,446.50 |
| 06/21/20 MLC | Analysis of Memorandum Review of AHC draft pleading on HRT | .30 | 394.50 |
| 06/23/20 MLC | Court Appearance - General Hearing on HRT motion, as amended, by Debtors | 1.10 | 1,446.50 |
| TOTAL PHASE PU03 | | 5.40 | $6,868.50 |

Phase: PU04                                    CASE ADMINISTRATION

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                     September 9, 2020
Page 5                                                          BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/02/20 MLC | Conference call(s) Conference call with co-counsel | 1.20 | 1,578.00 |
| 06/02/20 MLC | Conference call(s) Conference call with counsel and UCC re Dr Brenkus and HRT motion | 1.10 | 1,446.50 |
| 06/02/20 MLC | Telephone Call(s) Telcon with David Molton re status of mediation and next steps re plan | .40 | 526.00 |
| 06/02/20 MLC | Analysis of Memorandum Review of supplemental pleadings filed in connection with bar date motion | 1.30 | 1,709.50 |
| 06/02/20 JKH | Prepare Legal Papers Preparation for hearing on bar date motion. Assemble Agenda and Pleadings | .20 | 61.00 |
| 06/03/20 MLC | Analysis of Memorandum Review of proposed discovery stipulation prepared by UCC and accompanying side letter with AHC | 1.30 | 1,709.50 |
| 06/03/20 MLC | Court Appearance - General Court hearing on bar date motion and responses | 2.50 | 3,287.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                          September 9, 2020
Page 6                                               BILL NO. 212293

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/03/20<br>MLC | Conference call(s)<br>Follow up conference call with Leftwich,<br>Peacock, Guard, Eckstein, Ringer and<br>Singer re court hearing, bar date and next<br>steps | .90 | 1,183.50 |
| 06/03/20<br>JKH | Diary & Docket<br>Review bar date order granting extension<br>and calendaring same | .20 | 61.00 |
| 06/04/20<br>MLC | Conference call(s)<br>Conference call with DPW and KL re AHC and<br>bar date extension of date | .50 | 657.50 |
| 06/04/20<br>MLC | Correspondence<br>Correspondence concerning protective<br>order agreement with Sacklers and Purdue | .40 | 526.00 |
| 06/04/20<br>MLC | Correspondence<br>Correspondence with supporting states<br>concerning report from Court hearing and<br>extension of bar date | .80 | 1,052.00 |
| 06/04/20<br>MLC | Draft/revise<br>Reviewed revisions to draft side letter to<br>Akin/UCC discovery sharing agreement | 1.10 | 1,446.50 |
| 06/04/20<br>MLC | Correspondence<br>Correspondence with Akin re draft sharing<br>agreement | .30 | 394.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                September 9, 2020
Page 7                                                      BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/05/20 MLC | Correspondence<br>Review of memo summarizing court hearing and related bar date extension issues | .70 | 920.50 |
| 06/05/20 MLC | Analysis of Memorandum<br>Review of letter from Haug Partners to Court | .60 | 789.00 |
| 06/09/20 MLC | Draft/revise<br>Review of proposed revisions to draft side letter to UCC information sharing agreement | .40 | 526.00 |
| 06/13/20 MLC | Correspondence<br>Correspondence re scheduling of meeting re class action opposition | .20 | 263.00 |
| 06/15/20 MLC | Analysis of Memorandum<br>Review of comments from fee examiner and responses thereto | .90 | 1,183.50 |
| 06/18/20 JSF | Examine Documents<br>Review Update to AHC and Professionals re: Status of Pending Motions and Action Items | .60 | 510.00 |
| 06/18/20 MLC | Draft/revise<br>Review and revision to draft of letter to fee examiner responding to various questions | .80 | 1,052.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:    20186/0002                                    September 9, 2020
Page 8                                                          BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/18/20 MLC | Analysis of Memorandum<br>Review of summary memo prepared by KL re recent filings in case | 1.30 | 1,709.50 |
| 06/21/20 MLC | Analysis of Memorandum<br>Review of KL comments to side letter to UCC | .30 | 394.50 |
| 06/22/20 JSF | Telephone Call(s)<br>Conference Call with Reps of DOJ, AD Hoc Professionals and NCSG Professionals re: Update on Various Pending Matters | 1.70 | 1,445.00 |
| 06/22/20 MLC | Conference call(s)<br>Conference call with various staff from DOJ, counsel for NCSG and MSG and AHC, and committee members re overview of mediation and plan development | 1.60 | 2,104.00 |
| 06/23/20 JSF | Telephone Call(s)<br>Telephonic Participation in Court Hearing re: HRT Agreement | 1.20 | 1,020.00 |
| 06/24/20 MLC | Conference call(s)<br>Call with Ken Eckstein and Rachael Ringer re plan issues | .50 | 657.50 |
| 06/24/20 MLC | Conference call(s)<br>Conference call with Andrew Troop and Jim Donahue re proof of claim process | .50 | 657.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          September 9, 2020
Page 9                                                               BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/30/20 MLC | Conference call(s) Conference call with AHC counsel (Eckstein and Ringer) re upcoming hearing | .50 | 657.50 |
| | | | |
| TOTAL PHASE PU04 | | 24.00 | $29,528.50 |

---

Phase: PU05                                                          CLAIMS ANALYSIS

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/01/20 JSF | Examine Documents Examine Documents: Review of Pleadings from Various Consituencies in Support of or Objecting to Motion to Extend Bar Date | .30 | 255.00 |
| 06/03/20 JSF | Telephone Call(s) Participate in Telephonic Hearing re: Extension of Bar Date | 2.40 | 2,040.00 |
| 06/04/20 JSF | Examine Documents Examine Documents:  Review of Bar Date Order, Notice and Related Materials | 1.00 | 850.00 |
| 06/04/20 MLC | Analysis of Memorandum Review of draft of consolidated POC letter | 1.30 | 1,709.50 |
| 06/04/20 MAP | Review Documents Review and make edits to consolidate claims materials | .90 | 382.50 |

## OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    September 9, 2020
Page 10                                                         BILL NO. 212293

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/05/20<br>JSF | Telephone Call(s)<br>Call with A, Troop and Kramer Levin re:<br>Response to IPSD Motion to File<br>Consolidated Claim | .40 | 340.00 |
| 06/05/20<br>JSF | Examine Documents<br>Review of IPSD Motion to File Consolidated<br>Claim | .40 | 340.00 |
| 06/05/20<br>MLC | Conference call(s)<br>Meeting with Pillsbury and KL re status of<br>preparation of States' class claims | 1.10 | 1,446.50 |
| 06/05/20<br>MLC | Analysis of Memorandum<br>Review of public school class<br>certification motion | 1.30 | 1,709.50 |
| 06/07/20<br>MLC | Analysis of Memorandum<br>Analysis of memorandum re IPSDs Class<br>Certification Motion | .80 | 1,052.00 |
| 06/08/20<br>JSF | Telephone Call(s)<br>Call with States Reps re: Proof of Claim<br>Form and Required Information | 1.40 | 1,190.00 |
| 06/08/20<br>JSF | Examine Documents<br>Review of Proof of Claim Forms, Bar Date<br>Order and Required Information for<br>Governmental Entities to Submit Omnibus<br>Claim to Debtors | 2.30 | 1,955.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                     September 9, 2020
Page 11                                                         BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/08/20<br>MLC | Conference call(s)<br>Conference call with MAP and JSF re<br>undertaking research re certain States'<br>claims | .50 | 657.50 |
| 06/08/20<br>MAP | Conference call(s)<br>Call with states reps regarding aggregate<br>proof of claim and supporting<br>documentation | 1.40 | 595.00 |
| 06/08/20<br>MAP | Telephone Call(s)<br>Call with JSF and MLC regarding aggregate<br>proof of claim and reservation of rights<br>language | .50 | 212.50 |
| 06/09/20<br>JSF | Telephone Call(s)<br>Call with States re: Status and Proof of<br>Claim Process | .50 | 425.00 |
| 06/09/20<br>MLC | Conference call(s)<br>Call with Brattle and States re follow up<br>to development of States POC | .50 | 657.50 |
| 06/09/20<br>MLC | Draft/revise<br>Drafting and revising of reservation<br>provision in draft proof of claim form | 1.30 | 1,709.50 |
| 06/09/20<br>MLC | Correspondence<br>Correspondence with Troop and Brattle<br>concerning draft of consolidated states<br>proof of claim | .50 | 657.50 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    September 9, 2020
Page 12                                                        BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/09/20 MAP | Research<br>Research Mass Tort Bankruptcy Proofs of Claim for purpose of drafting reservation of rights for Government Entities Consolidated Proof of Claim | 3.30 | 1,402.50 |
| 06/09/20 MAP | Review Documents<br>Review Bar Date Order for purpose of drafting reservation of rights for Government Entities Consolidated Proof of Claim | 1.00 | 425.00 |
| 06/09/20 MAP | Draft/revise<br>Draft Reservation of Rights for Government Entities Consolidated Proof of Claim | 3.90 | 1,657.50 |
| 06/10/20 JSF | Examine Documents<br>Review of Outline to Objection to IPSD Motion to Certify Class | .30 | 255.00 |
| 06/10/20 MLC | Analysis of Memorandum<br>Reviewed and analyzed outline of AHC objection to the IPSDs' class certification motion | 1.20 | 1,578.00 |
| 06/10/20 MAP | Draft/revise<br>Revise reservation of rights language for Government Entities consolidated proof of claim | 1.50 | 637.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                              September 9, 2020
Page 13                                                  BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/11/20 MLC | Analysis of Memorandum<br>Review of comments from Troop to draft opposition to class certification motion | .40 | 526.00 |
| 06/12/20 JSF | Telephone Call(s)<br>Call with Purdue Professionals re: Letter to go to States, Cities and Municipalities Advising of Bar Date and Ability to Join in Omnibus Claim by AHC | .50 | 425.00 |
| 06/12/20 JSF | Examine Documents<br>Review Draft Materials - Letter and Exhibits - to Governmental Entities re: Filing Omnibus Claim by AHC | .90 | 765.00 |
| 06/12/20 JSF | Examine Documents<br>Bar Date Order re: Filing Omnibus Claim by AHC for Governmental Entities | .30 | 255.00 |
| 06/12/20 MLC | Conference call(s)<br>Conference call with AHC counsel, Troop and MacClay re class claim opposition | .50 | 657.50 |
| 06/12/20 MLC | Analysis of Memorandum<br>Review and analysis of MAP memorandum re class action certification cases | 1.40 | 1,841.00 |
| 06/12/20 MLC | Correspondence<br>Correspondence with MSGE, NCSG and AHC counsel re class action certification motion and relationship to MDL | .50 | 657.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                          September 9, 2020
Page 14                                              BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/12/20 MLC | Draft/revise Reviewed and revised draft of consolidated states POC - reservation provisions | 1.70 | 2,235.50 |
| 06/12/20 MAP | Research Per MLC research on class certification within class settlements in regrad to school district class POC. | .80 | 340.00 |
| 06/12/20 MAP | Telephone Call(s) Phone Call with MLC re assignment on class certification for class action settlement in connection with school district class POC. | .10 | 42.50 |
| 06/13/20 MLC | Analysis of Memorandum Review of comments received from NC DOJ re class action certification motion opposition | .50 | 657.50 |
| 06/14/20 JSF | Examine Documents Review of Draft Letter to Governmental Entities re: Bar Date and Filing of Aggregate Claims | .40 | 340.00 |
| 06/14/20 MLC | Draft/revise Review of proposed revisions to draft consolidated state proof of claim | .70 | 920.50 |

Otterbourg P.C.

230 Park Avenue
New York, NY  10169-0075

Client/Matter:  20186/0002                         September 9, 2020
Page 15                                            BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/15/20 JSF | Prepare Legal Papers<br>Prepare Draft of Language for Proof of Claim Form from Order re: Authorization to File and Consenting Claimants and Compare to Bar Date Order Language | .80 | 680.00 |
| 06/15/20 JSF | Telephone Call(s)<br>Call with AHC Professionals re: Filing POC as AHC Counsel for Government Claimants | .30 | 255.00 |
| 06/15/20 MLC | Conference call(s)<br>Follow up conference call with counsel re claims analysis process | .70 | 920.50 |
| 06/15/20 MLC | Draft/revise<br>Reviewed proposed revisions and made other revisions to consolidated states POC | 1.60 | 2,104.00 |
| 06/16/20 MLC | Conference call(s)<br>Conference call with States and Brattle concerning analysis of underlying units of claims | .80 | 1,052.00 |
| 06/16/20 MLC | Telephone Call(s)<br>Telcon with Andrew Troop and Jim Donahue re claims' analysis of consolidated state claim | .80 | 1,052.00 |
| 06/16/20 MLC | Draft/revise<br>Reviewed and revised narrative to consolidated states proof of claim | 1.40 | 1,841.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    September 9, 2020
Page 16                                                        BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/17/20 JSF | Examine Documents Review AHC Draft Response to Motion of IPSD for Class Certification | .40 | 340.00 |
| 06/17/20 MLC | Correspondence Correspondence with NCSG re proposed revisions to opposition to class action certification motion | .30 | 394.50 |
| 06/18/20 JSF | Examine Documents Review of NCSG Mark-Up of Objection to IPSD Motion for Class Certification | .20 | 170.00 |
| 06/18/20 JSF | Examine Documents Review of Revised Materials to Governmental Entities Re: Bar Date and Process for Filing Consolidated Claim | .60 | 510.00 |
| 06/18/20 MLC | Analysis of Memorandum Review of the draft memo re class action certification opposition | .80 | 1,052.00 |
| 06/19/20 MLC | Analysis of Memorandum Review and analysis of Kentucky Purdue settlement agreement | .90 | 1,183.50 |
| 06/19/20 MLC | Analysis of Memorandum Review of Nevada proof of claim draft | .40 | 526.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    September 9, 2020
Page 17                                                        BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/20/20 MLC | Draft/revise<br>Reviewed and revised draft of consolidated states POC reservation section | 2.10 | 2,761.50 |
| 06/20/20 MAP | Correspondence<br>Email MLC reservation of rights language for consolidated POC | .10 | 42.50 |
| 06/23/20 MLC | Conference call(s)<br>Conference call with Andrew Troop and Jim Donahue re analysis of States' consolidated claim | .70 | 920.50 |
| 06/24/20 JSF | Examine Documents<br>Review of Bar Date Order and Transcript for Filing Consolidated Claim for States | .40 | 340.00 |
| 06/24/20 MLC | Prepare for Meeting<br>Prepare for call re proof of claim memorandum | .40 | 526.00 |
| 06/25/20 JSF | Examine Documents<br>Review of Materials for Presentation to States re: Filing Consolidated Claim Per Bar Date Order | .80 | 680.00 |
| 06/25/20 MAP | Draft/revise<br>Revise Consolidated Claims Reservation of Rights and integrate language into Consolidate Claim background section | 2.10 | 892.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                          September 9, 2020
Page 18                                               BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/26/20 JSF | Examine Documents<br>Review Presentation to States re: Bar Date and Consolidated Proof of Claim, Including Bar Date Order Provisions and Governmental POC | 1.60 | 1,360.00 |
| 06/26/20 MLC | Conference call(s)<br>Conference call with Singer, Leftwich, Ringer and Eckstein re consolidated state claims analysis | .60 | 789.00 |
| 06/26/20 MLC | Conference call(s)<br>Conference call with States re bar date and consolidated proof of claim | .70 | 920.50 |
| 06/26/20 MLC | Draft/revise<br>Drafted and revised presentation of powerpoint re bar date and consolidated proof of claim | 4.10 | 5,391.50 |
| 06/26/20 MAP | Draft/revise<br>Per MLC - Revise powerpoint slides for presentation to states regarding consolidated proof of claim | 1.30 | 552.50 |
| 06/30/20 JSF | Telephone Call(s)<br>Call with Counsel for NCSG re: Coordinating States for Filing of Consolidated POC Per Bar Order | .70 | 595.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                           September 9, 2020
Page 19                                                BILL NO. 212293

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/30/20<br>JSF | Telephone Call(s)<br>Call with All States to Discuss Process for<br>Filing Consolidated POC Under Bar Order | .70 | 595.00 |
| 06/30/20<br>JSF | Examine Documents<br>Review of Addendum for Each State to Proof<br>of Claim Regarding Bases for Claims and<br>Analysis of Revisions to State Specific<br>Form | .80 | 680.00 |
| 06/30/20<br>JSF | Prepare Legal Papers<br>Revisions to State Form Supplementing<br>Consolidated Claim to Be Filed on Behalf of<br>All States and Territories | 1.40 | 1,190.00 |
| 06/30/20<br>MLC | Conference call(s)<br>Conference call with Andrew Troop and Jim<br>Donahue re bar date and gathering of<br>States' information | .50 | 657.50 |
| 06/30/20<br>MLC | Conference call(s)<br>Conference call with State re gathering of<br>information for preparation of proof of<br>claim | .70 | 920.50 |
| 06/30/20<br>MAP | Telephone Call(s)<br>Phone call with MLC and JSF regarding<br>consolidated claim supplement and<br>authorization form | .30 | 127.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                              September 9, 2020
Page 20                                                  BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/30/20 MAP | Draft/revise<br>Draft supplement to consolidated claim and authorization form | 5.70 | 2,422.50 |
| 06/30/20 MAP | Draft/revise<br>Review edits to reservation of rights language from Pilsbury | .10 | 42.50 |
| TOTAL PHASE PU05 | | 74.50 | $68,290.50 |

Phase: PU06                                EMPLOYMENT & FEE APPLICATIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/10/20 JSF | Examine Documents<br>Revise and Finalize April Fee Statement | .30 | 255.00 |
| 06/26/20 JSF | Prepare Legal Papers<br>Prepare and Review Monthly Fee Statement for May | 1.20 | 1,020.00 |
| 06/26/20 JKH | Prepare Papers<br>Prepare monthly statement | .60 | 183.00 |
| TOTAL PHASE PU06 | | 2.10 | $1,458.00 |

Phase: PU09                          MEETINGS & COMMUNICATIONS W/ AD HOC

# Otterbourg P.C.

230 Park Avenue

New York, NY  10169-0075

Client/Matter:    20186/0002                                    September 9, 2020
Page 21                                                          BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/01/20 MLC | Conference call(s) Status update conference call with consenting states | .90 | 1,183.50 |
| 06/01/20 MLC | Conference call(s) Conference call with co-counsel re status update and next steps re pending motions before court and related issues | .50 | 657.50 |
| 06/01/20 MLC | Prepare for Meeting Prepared outline in preparation for call with consenting states re update on pending motions and related issues | 1.30 | 1,709.50 |
| 06/03/20 JSF | Telephone Call(s) Telephone Call with AHC. Weekly AHC Meeting | 1.80 | 1,530.00 |
| 06/03/20 MLC | Conference call(s) weekly conference call meeting of the AHC (MLC portion) | 1.10 | 1,446.50 |
| 06/05/20 JSF | Examine Documents Review of Case Updates to AHC | .50 | 425.00 |
| 06/14/20 JSF | Examine Documents Review of E-Mail Update to AHC re: HRT and IPSD Motion for Class Certification | .20 | 170.00 |
| 06/17/20 JSF | Telephone Call(s) Participate in AHC Weekly Conference Call | 1.00 | 850.00 |

### OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                        September 9, 2020
Page 22                                                            BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/17/20 MLC | Conference call(s) Weekly AHC meeting | 1.10 | 1,446.50 |
| 06/18/20 MLC | Telephone Call(s) Telcon with Paul Singer re follow up to aggregate proof of claim process | .50 | 657.50 |
| 06/21/20 MLC | Correspondence Review of counsel memo to AHC committee members re pending motions before the court | .60 | 789.00 |
| 06/22/20 MLC | Telephone Call(s) Telcon with Ken Eckstein and Paul Singer re status of mediation discussions and next steps | .90 | 1,183.50 |
| 06/22/20 MLC | Analysis of Memorandum Analysis of memo from KL to AHC concerning response to HRT | .60 | 789.00 |
| 06/22/20 MLC | Correspondence Correspondence among AHC members re HRT motion and response | .50 | 657.50 |
| 06/24/20 JSF | Telephone Call(s) Weekly Conference Call with AHC to Discuss Case Updates | 1.60 | 1,360.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    September 9, 2020
Page 23                                                        BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/24/20 JSF | Telephone Call(s) Call with P. Singer (TX) and Michael Leftwich (TN) re: Communications with States, Exclusivity Issues, Plan Process, DOJ Discussions | 1.20 | 1,020.00 |
| 06/24/20 MLC | Telephone Call(s) Telcon with Paul Singer re plan issues and negotiations with other governmental parties | .80 | 1,052.00 |
| 06/24/20 MLC | Conference call(s) AHC committee meeting | 1.80 | 2,367.00 |
| 06/24/20 MLC | Conference call(s) Follow up call with John Guard, Paul Singer, Michael Leftwich, Eckstein and Ringer re plan development issues | .80 | 1,052.00 |
| 06/28/20 JSF | Examine Documents Review of Update to AHC on Action Items (Motions and Approval of Fee Statements) | .20 | 170.00 |
| 06/30/20 MLC | Conference call(s) Meeting with AHC, NCSG and MSGE re bankruptcy plan issues | 2.00 | 2,630.00 |
| TOTAL PHASE PU09 | | 19.90 | $23,146.00 |

Phase: PU11                                    PLAN & DISCLOSURE STATEMENT

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    September 9, 2020
Page 24                                                        BILL NO. 212293

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/10/20 JSF | Examine Documents<br>Review Rearch Re: Settlement Structure to incorporate into plan of reorganization and related issues re: mass tort plans | .30 | 255.00 |
| 06/30/20 JSF | Telephone Call(s)<br>Participate in Conference Call with NCSG, MSG and AHC re: Possible Plan Structure, Plan Issues and Classification | 1.70 | 1,445.00 |
| TOTAL PHASE PU11 | | 2.00 | $1,700.00 |
| | TOTAL FOR SERVICES | | $144,191.50 |

# **EXHIBIT D**

**Summary of Actual and Necessary Expenses**

## SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE STATEMENT PERIOD

| Expense Category | Total Expenses |
|---|---|
| Conference Call(s) | $767.02[1] |
| **TOTAL:** | **$767.02** |

---

[1]   This relates to the following conference calls: (1) conference call on February 26, 2020 for $658.28, lasting approximately 30 minutes in which 44 people participated; (2) a conference call on May 12, 2020 for $37.49, lasting approximately 20 minutes, in which 4 people participated; and (3) a conference call on May 7, 2020 for $71.25, lasting approximately 75 minutes, in which 14 people participated.

**EXHIBIT E**

**Expense Detail**

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    September 9, 2020
Page 25                                                        BILL NO. 212293

DISBURSEMENTS FOR YOUR ACCOUNT

    Conference Call(s)                                              767.02

                                                              _____

                              TOTAL DISBURSEMENTS                   767.02