**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 19-23649 (RDD) |
| PURDUE PHARMA L.P., *et al.,* | Chapter 11 |
| Debtor | |

**CERTIFICATE OF SERVICE**

I, Paul S. Rothstein, hereby certify that on the following dates, I did cause true and correct copies of the following to be served on the following dates to the described parties in the following manners:

1. On September 28, 2020, Movant Independent Emergency Room Physician's Omnibus Reply Regarding Movant Independent Emergency Room Physician's Motion for Class Treatment Pursuant to Fed. Bankr. P. 9014 and 7023 for an Order Making Fed. R. Civ. P. 23 Applicable to these Proceedings and Granting Related Relief; to parties listed in **Exhibit A**, via electronic service, and to parties listed in **Exhibit B**, via USPS First Class mail.

Further service was made, on September 28, 2020, pursuant to the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* (ECF No. 498), upon the below *Via USPS Priority Mail Express*:

> Honorable Judge Robert D. Drain
> United States Bankruptcy Court
> Southern District of New York
> 300 Quorropas Street
> White Plains, NY 10601

Dated: September 28, 2020

> BY:   /s/ Paul S. Rothstein
> Attorney Paul S. Rothstein, P.A.
> 626 NE 1st Street
> Gainesville, FL 32601
> Phone: (352)376-7650
> Email: Psr@rothsteinforjustice.com