UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

In re:                                                 :         Chapter 11
                                                       :
PURDUE PHARMA L.P., *et al.*,                          :         Case No. 19-23649 (RDD)
                                                       :
                                    Debtors.[1]        :         (Jointly Administered)
                                                       :
------------------------------------------------------------- x

## STATEMENT OF FEES AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF AUGUST 1, 2020 THROUGH AUGUST 31, 2020

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of August 1, 2020 through August 31, 2020 (the "Eighth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

## I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.    On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.    On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.    On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Compensation

5.    For the Eighth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,000.00 (representing 80% of the total amount monthly fees earned by PJT during the Eighth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Eighth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to

this Court for allowance of such out-of-pocket expenses incurred during the Eighth Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned by PJT during the Eighth Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned during the Eighth Compensation Period is outlined below:

| Eighth Compensation Period | Monthly Fee | Holdback @ 20% | Amount Due |
|---|---|---|---|
| August 1 – 31, 2020 | $225,000.00 | ($45,000.00) | **$180,000.00** |

7. The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.   PJT has never billed its clients based on the number of hours expended by its professionals.   Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.   PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 333.5 hours expended by PJT professionals in providing investment banking services to the Debtors during the Eighth Compensation Period are provided in <u>Appendix B</u>.

8. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | August 2020 |
|---|---|
| Tim Coleman | 9.0 |
| Jamie O'Connell | 15.5 |
| Rafael Schnitzler | 113.0 |
| Joe Turner | 38.0 |
| Tom Melvin | 98.5 |
| Jade Wang | 28.5 |
| Jovana Arsic | 11.0 |
| Gerald Sim | 20.0 |
| **Total Hours** | **333.5** |

### III. <u>Requested Relief</u>

9.   Pursuant to the Retention Order and the Procedures Order, with respect to PJT's

monthly fees in the amount of $225,000.00 earned during the Eighth Compensation Period, PJT

hereby requests that the Debtors make the following payment:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| **Total Amount Due** | **$180,000.00** |

Dated: September 28, 2020          PJT PARTNERS LP

By: /s/ John James O'Connell III
          John James O'Connell III
          Partner
          280 Park Avenue
          New York, NY 10017
          (212) 364-7800

**APPENDIX A**

PJT Partners

PJT

September 28, 2020

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of August 1, 2020 through August 31, 2020: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |
| **Total Amount Due**[1] | **$** | **180,000.00** |

**Invoice No. 10015483**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| Professional | Title | Hours |
|---|---|---|
| Tim Coleman | Partner | 9.0 |
| Jamie O'Connell | Partner | 15.5 |
| Rafael Schnitzler | Director | 113.0 |
| Joe Turner | Vice President | 38.0 |
| Tom Melvin | Associate | 98.5 |
| Jade Wang | Associate | 28.5 |
| Jovana Arsic | Associate | 11.0 |
| Gerald Sim | Analyst | 20.0 |
| | **Total** | **333.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tim Coleman | 08/04/20 | 0.5 | Call with advisors regarding various matters |
| Tim Coleman | 08/11/20 | 1.0 | Weekly advisor call |
| Tim Coleman | 08/13/20 | 1.0 | Weekly update call |
| Tim Coleman | 08/17/20 | 0.5 | Internal team call regarding various matters |
| Tim Coleman | 08/18/20 | 1.0 | Weekly update call with advisors |
| Tim Coleman | 08/20/20 | 1.0 | Weekly update call |
| Tim Coleman | 08/24/20 | 0.5 | Internal team call regarding various matters |
| Tim Coleman | 08/25/20 | 1.0 | Weekly advisor call |
| Tim Coleman | 08/26/20 | 0.5 | Conference call with management and counsel regarding creditor matter |
| Tim Coleman | 08/27/20 | 2.0 | Board call (did not attend entire call) |
| | | **9.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 08/04/20 | 0.5 | Call with advisors regarding various matters |
| Jamie O'Connell | 08/05/20 | 0.5 | Call regarding business matter |
| Jamie O'Connell | 08/05/20 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 08/06/20 | 1.0 | Weekly update call |
| Jamie O'Connell | 08/10/20 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 08/11/20 | 1.0 | Weekly advisor call |
| Jamie O'Connell | 08/12/20 | 0.5 | Correspondence regarding various matters |
| Jamie O'Connell | 08/13/20 | 1.0 | Weekly update call |
| Jamie O'Connell | 08/14/20 | 0.5 | Call with counsel regarding case update |
| Jamie O'Connell | 08/16/20 | 0.5 | Review presentation and related correspondence |
| Jamie O'Connell | 08/17/20 | 0.5 | Internal team call regarding various matters |
| Jamie O'Connell | 08/18/20 | 1.0 | Weekly update call with advisors |
| Jamie O'Connell | 08/20/20 | 1.0 | Weekly update call |
| Jamie O'Connell | 08/24/20 | 1.0 | Dialed into claims presentation (did not attend entire session) |
| Jamie O'Connell | 08/24/20 | 0.5 | Internal team call regarding various matters |
| Jamie O'Connell | 08/24/20 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 08/25/20 | 1.0 | Weekly advisor call |
| Jamie O'Connell | 08/26/20 | 0.5 | Conference call with management and counsel regarding creditor matter |
| Jamie O'Connell | 08/27/20 | 2.0 | Board call (did not attend entire call) |
| Jamie O'Connell | 08/28/20 | 0.5 | Conference call with advisors and director regarding financial matter |
| Jamie O'Connell | 08/28/20 | 0.5 | Internal call regarding various matters |
| | | **15.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 08/03/20 | 1.0 | Project Catalyst internal call |
| Rafael Schnitzler | 08/03/20 | 3.0 | Project Catalyst draft and respond to various emails |
| Rafael Schnitzler | 08/04/20 | 0.5 | Call with advisors regarding various matters |
| Rafael Schnitzler | 08/04/20 | 1.0 | Project Catalyst internal call |
| Rafael Schnitzler | 08/04/20 | 0.5 | Project Catalyst draft and respond to various emails |
| Rafael Schnitzler | 08/05/20 | 0.5 | Call regarding business matter |
| Rafael Schnitzler | 08/05/20 | 1.0 | Project Catalyst internal call |
| Rafael Schnitzler | 08/05/20 | 1.5 | Project Catalyst internal call |
| Rafael Schnitzler | 08/05/20 | 2.0 | Project Catalyst review, draft and respond to various emails |
| Rafael Schnitzler | 08/06/20 | 1.0 | Project Catalyst internal call |
| Rafael Schnitzler | 08/06/20 | 1.0 | Project Catalyst internal call discussion transaction documents |
| Rafael Schnitzler | 08/06/20 | 1.0 | Project Catalyst call with potential bidder |
| Rafael Schnitzler | 08/06/20 | 2.0 | Project Catalyst follow-up calls |
| Rafael Schnitzler | 08/06/20 | 1.0 | Project Catalyst review, draft and respond to various emails |
| Rafael Schnitzler | 08/07/20 | 1.0 | Project Catalyst internal call |
| Rafael Schnitzler | 08/07/20 | 0.5 | Project Catalyst draft and respond to various emails |
| Rafael Schnitzler | 08/07/20 | 0.5 | Project Catalyst call with Alix |
| Rafael Schnitzler | 08/10/20 | 0.5 | Project Catalyst call with potential bidder |
| Rafael Schnitzler | 08/10/20 | 1.0 | Project Catalyst internal call |
| Rafael Schnitzler | 08/10/20 | 1.5 | Project Catalyst draft and respond to emails from bidders |
| Rafael Schnitzler | 08/11/20 | 1.0 | Weekly advisor call |
| Rafael Schnitzler | 08/11/20 | 1.0 | Project Catalyst draft and respond to emails from bidders |
| Rafael Schnitzler | 08/12/20 | 0.5 | Project Catalyst draft and respond to various emails |
| Rafael Schnitzler | 08/13/20 | 1.0 | Weekly update call |
| Rafael Schnitzler | 08/13/20 | 1.0 | Project Catalyst draft and respond to emails from bidders |
| Rafael Schnitzler | 08/14/20 | 0.5 | Project Catalyst internal call |
| Rafael Schnitzler | 08/14/20 | 1.0 | Project Catalyst internal call |
| Rafael Schnitzler | 08/14/20 | 1.0 | Project Catalyst draft and respond to emails from bidders |
| Rafael Schnitzler | 08/15/20 | 0.5 | Project Catalyst internal call |
| Rafael Schnitzler | 08/15/20 | 1.0 | Project Catalyst draft and respond to emails from bidders |
| Rafael Schnitzler | 08/17/20 | 0.5 | Internal team call regarding various matters |
| Rafael Schnitzler | 08/17/20 | 1.0 | Project Catalyst call with bidders |
| Rafael Schnitzler | 08/17/20 | 1.0 | Project Catalyst internal call regarding due diligence |
| Rafael Schnitzler | 08/17/20 | 0.5 | Project Catalyst draft and respond to emails from bidders |
| Rafael Schnitzler | 08/18/20 | 1.0 | Weekly update call with advisors |
| Rafael Schnitzler | 08/18/20 | 1.0 | Project Catalyst internal call |
| Rafael Schnitzler | 08/18/20 | 4.0 | Project catalyst review transaction documents |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 08/19/20 | 1.0 | Project Catalyst internal call |
| Rafael Schnitzler | 08/19/20 | 2.5 | Project Catalyst review transaction documents |
| Rafael Schnitzler | 08/19/20 | 0.5 | Project Catalyst call with bidder |
| Rafael Schnitzler | 08/19/20 | 1.0 | Project Catalyst draft and respond to various emails |
| Rafael Schnitzler | 08/20/20 | 1.0 | Weekly update call |
| Rafael Schnitzler | 08/20/20 | 2.0 | Project Catalyst internal call regarding transaction documents |
| Rafael Schnitzler | 08/20/20 | 1.0 | Project Catalyst call with bidder |
| Rafael Schnitzler | 08/20/20 | 2.0 | Project Catalyst internal call regarding transaction documents |
| Rafael Schnitzler | 08/20/20 | 1.5 | Project Catalyst draft and respond to various emails |
| Rafael Schnitzler | 08/21/20 | 1.0 | Project Catalyst internal call |
| Rafael Schnitzler | 08/21/20 | 1.5 | Project Catalyst review transaction documents |
| Rafael Schnitzler | 08/21/20 | 1.0 | Project Catalyst draft and respond to various emails |
| Rafael Schnitzler | 08/22/20 | 3.0 | Project Catalyst draft and respond to various emails |
| Rafael Schnitzler | 08/22/20 | 2.5 | Project Catalyst draft board materials |
| Rafael Schnitzler | 08/24/20 | 0.5 | Internal team call regarding various matters |
| Rafael Schnitzler | 08/24/20 | 5.0 | Project Catalyst review transaction documents |
| Rafael Schnitzler | 08/24/20 | 1.0 | Project Catalyst draft and respond to various emails |
| Rafael Schnitzler | 08/24/20 | 3.0 | Project Catalyst update financial analysis |
| Rafael Schnitzler | 08/24/20 | 4.0 | Project Catalyst draft board materials |
| Rafael Schnitzler | 08/25/20 | 1.0 | Weekly advisor call |
| Rafael Schnitzler | 08/25/20 | 3.0 | Project Catalyst draft board materials |
| Rafael Schnitzler | 08/25/20 | 1.0 | Project Catalyst internal call |
| Rafael Schnitzler | 08/25/20 | 3.0 | Project Catalyst review proposals |
| Rafael Schnitzler | 08/25/20 | 0.5 | Project Catalyst call with bidder |
| Rafael Schnitzler | 08/25/20 | 2.0 | Project Catalyst draft and respond to various emails |
| Rafael Schnitzler | 08/26/20 | 0.5 | Conference call with management and counsel regarding creditor matter |
| Rafael Schnitzler | 08/26/20 | 0.5 | Project Catalyst internal call |
| Rafael Schnitzler | 08/26/20 | 0.5 | Project Catalyst financial analysis |
| Rafael Schnitzler | 08/26/20 | 4.5 | Project Catalyst review transaction documents |
| Rafael Schnitzler | 08/27/20 | 1.5 | Board call | Catalyst update |
| Rafael Schnitzler | 08/27/20 | 1.0 | Project Catalyst review transaction documents |
| Rafael Schnitzler | 08/27/20 | 2.0 | Project Catalyst draft and respond to various emails |
| Rafael Schnitzler | 08/28/20 | 1.0 | Project Catalyst internal call |
| Rafael Schnitzler | 08/28/20 | 4.0 | Project Catalyst review, draft and respond to various emails |
| Rafael Schnitzler | 08/28/20 | 0.5 | Conference call with advisors and director regarding financial matter |
| Rafael Schnitzler | 08/28/20 | 0.5 | Internal call regarding various matters |
| Rafael Schnitzler | 08/29/20 | 0.5 | Project Catalyst internal call |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 08/29/20 | 3.0 | Project Catalyst call |
| Rafael Schnitzler | 08/29/20 | 1.0 | Project Catalyst draft and respond to various emails |
| Rafael Schnitzler | 08/30/20 | 1.0 | Project Catalyst call |
| Rafael Schnitzler | 08/30/20 | 0.5 | Project Catalyst draft and respond to various emails |
| Rafael Schnitzler | 08/31/20 | 3.5 | Project Catalyst calls to review transaction documents |
| Rafael Schnitzler | 08/31/20 | 2.0 | Project Catalyst draft and respond to various emails |
| | | **113.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 08/03/20 | 1.0 | Diligence call with stakeholder advisor |
| Joe Turner | 08/03/20 | 0.5 | Internal catch-up call with various PJT personnel |
| Joe Turner | 08/03/20 | 0.5 | IAC related diligence call |
| Joe Turner | 08/03/20 | 1.0 | Review of various financial diligence analyses |
| Joe Turner | 08/04/20 | 1.0 | Special Committee call |
| Joe Turner | 08/04/20 | 1.0 | Weekly advisor catch-up call |
| Joe Turner | 08/04/20 | 0.5 | Call re UCC diligence request |
| Joe Turner | 08/05/20 | 0.5 | Call regarding business matter |
| Joe Turner | 08/05/20 | 0.5 | Financial diligence call with DPW and Alix |
| Joe Turner | 08/05/20 | 2.0 | Review of various financial business plan analyses |
| Joe Turner | 08/05/20 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 08/06/20 | 1.0 | Project Catalyst call |
| Joe Turner | 08/06/20 | 1.5 | Review of various financial diligence analyses |
| Joe Turner | 08/07/20 | 1.5 | Review of various financial analyses and coordination of their presentation |
| Joe Turner | 08/10/20 | 0.5 | Call re Rhodes |
| Joe Turner | 08/10/20 | 0.5 | Catch-up call with J. O'Connell |
| Joe Turner | 08/11/20 | 1.0 | Weekly advisor call |
| Joe Turner | 08/13/20 | 1.0 | Weekly update call |
| Joe Turner | 08/17/20 | 0.5 | Weekly PJT internal catch-up call |
| Joe Turner | 08/17/20 | 1.5 | Review of various financial business plan analyses |
| Joe Turner | 08/17/20 | 1.0 | Call relating to business plan analyses |
| Joe Turner | 08/18/20 | 1.0 | Weekly advisor catch-up call |
| Joe Turner | 08/19/20 | 2.0 | Review of various financial business plan analyses and comments to deck |
| Joe Turner | 08/19/20 | 0.5 | Call with Alix and creditor advisors |
| Joe Turner | 08/19/20 | 1.0 | Call relating to business plan analyses |
| Joe Turner | 08/20/20 | 0.5 | Call relating to business plan analyses |
| Joe Turner | 08/20/20 | 1.0 | Weekly company/advisor call |
| Joe Turner | 08/23/20 | 0.5 | Coordination of prep relating to certain business plan items |
| Joe Turner | 08/24/20 | 1.5 | Prep for call with certain creditor advisors re claim estimation |
| Joe Turner | 08/24/20 | 1.0 | Call with certain creditor advisors re claim estimation |
| Joe Turner | 08/24/20 | 0.5 | Weekly PJT internal catch-up call |
| Joe Turner | 08/25/20 | 1.0 | Weekly advisor call |
| Joe Turner | 08/26/20 | 0.5 | Conference call with management and counsel regarding creditor matter |
| Joe Turner | 08/26/20 | 0.5 | Conference call with advisors and director regarding financial matter |
| Joe Turner | 08/26/20 | 1.0 | Telephonic court hearing |
| Joe Turner | 08/27/20 | 4.0 | Board call |
| Joe Turner | 08/28/20 | 0.5 | Conference call with advisors and director regarding financial matter |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 08/28/20 | 0.5 | Internal call regarding various matters |
| Joe Turner | 08/31/20 | 1.5 | Review of various financial diligence analyses |
| | | **38.0** | |

## PJT PARTNERS LP
## HOURLY DETAILS FOR THE PERIOD OF
## AUGUST 1, 2020 THROUGH AUGUST 31, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 08/01/20 | 2.0 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/01/20 | 0.5 | Review draft business plan update slides |
| Thomas Melvin | 08/01/20 | 1.0 | Prepare internal financial analysis |
| Thomas Melvin | 08/02/20 | 1.0 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/02/20 | 1.5 | Review Company financial analyses related to creditor advisor requests |
| Thomas Melvin | 08/02/20 | 0.5 | E-mail correspondence with Company management regarding financial analyses |
| Thomas Melvin | 08/02/20 | 0.5 | Prepare and review analysis requested by DPW |
| Thomas Melvin | 08/03/20 | 1.0 | Conference call with creditor group advisors regarding diligence inquiry |
| Thomas Melvin | 08/03/20 | 0.5 | Weekly internal team call |
| Thomas Melvin | 08/03/20 | 2.5 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/03/20 | 0.5 | Internal team call regarding creditor advisor diligence request |
| Thomas Melvin | 08/03/20 | 0.5 | Review updated business plan slides |
| Thomas Melvin | 08/03/20 | 0.5 | E-mail correspondence with Company management regarding creditor advisor diligence requests |
| Thomas Melvin | 08/03/20 | 0.5 | Update analysis at request of Company management |
| Thomas Melvin | 08/03/20 | 0.5 | Prepare and review analysis requested by DPW |
| Thomas Melvin | 08/04/20 | 0.5 | Weekly debtor advisor call |
| Thomas Melvin | 08/04/20 | 0.5 | Conference call with DPW and AlixPartners regarding creditor advisor diligence requests |
| Thomas Melvin | 08/04/20 | 2.0 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/04/20 | 1.0 | Review Company financial analyses related to creditor advisor requests |
| Thomas Melvin | 08/04/20 | 1.0 | Prepare and review analysis requested by DPW |
| Thomas Melvin | 08/04/20 | 0.5 | Prepare and submit diligence request responses for upload to VDR |
| Thomas Melvin | 08/05/20 | 1.0 | Conference call with Company management, DPW, AlixPartners regarding various matters |
| Thomas Melvin | 08/05/20 | 2.0 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/05/20 | 0.5 | Prepare and submit diligence request responses for upload to VDR |
| Thomas Melvin | 08/05/20 | 0.5 | E-mail correspondence with Company management regarding responses to diligence requests |
| Thomas Melvin | 08/06/20 | 1.0 | Weekly update call |
| Thomas Melvin | 08/06/20 | 1.0 | Prepare and review analysis requested by DPW |
| Thomas Melvin | 08/06/20 | 0.5 | E-mail correspondence with Company management and internal team regarding DPW request |
| Thomas Melvin | 08/06/20 | 1.5 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/07/20 | 0.5 | Conference call with creditor group advisors regarding diligence inquiry |
| Thomas Melvin | 08/07/20 | 1.0 | E-mail correspondence with DPW and creditor advisors regarding diligence requests |
| Thomas Melvin | 08/07/20 | 1.0 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/08/20 | 0.5 | Review financial analysis related to diligence request |
| Thomas Melvin | 08/09/20 | 1.0 | Review financial analysis related to diligence request |
| Thomas Melvin | 08/09/20 | 1.0 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/10/20 | 2.0 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/10/20 | 1.0 | E-mail correspondence with creditor advisors regarding diligence requests |

## PJT PARTNERS LP
### HOURLY DETAILS FOR THE PERIOD OF
### AUGUST 1, 2020 THROUGH AUGUST 31, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 08/10/20 | 0.5 | Conference Call with creditor advisors regarding diligence requests |
| Thomas Melvin | 08/10/20 | 1.0 | E-mail correspondence with Company management, DPW and AlixPartners regarding diligence requests |
| Thomas Melvin | 08/10/20 | 0.5 | Prepare and review analysis requested by Company management |
| Thomas Melvin | 08/10/20 | 0.5 | Review analysis related to request from DPW |
| Thomas Melvin | 08/11/20 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 08/11/20 | 1.0 | Conference call with Company management, DPW, AlixPartners regarding various matters |
| Thomas Melvin | 08/11/20 | 2.0 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/11/20 | 0.5 | E-mail correspondence with AlixPartners regarding creditor advisor diligence request |
| Thomas Melvin | 08/11/20 | 0.5 | E-mail correspondence with DPW regarding creditor advisor diligence request |
| Thomas Melvin | 08/12/20 | 1.0 | Prepare and review weekly update agenda |
| Thomas Melvin | 08/12/20 | 1.5 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/12/20 | 1.5 | Prepare and review financial analysis related to creditor advisor diligence request |
| Thomas Melvin | 08/13/20 | 1.0 | Weekly update call |
| Thomas Melvin | 08/13/20 | 1.0 | Dialed in to shareholder sources and uses of cash presentation |
| Thomas Melvin | 08/13/20 | 0.5 | Call with Company finance team to discuss various updates |
| Thomas Melvin | 08/13/20 | 1.0 | Prepare and review financial analysis related to creditor advisor diligence request |
| Thomas Melvin | 08/13/20 | 0.5 | E-mail correspondence with Company management to coordinate call with creditor advisors |
| Thomas Melvin | 08/13/20 | 1.0 | Prepare and review financial analysis related to creditor advisor diligence request |
| Thomas Melvin | 08/13/20 | 1.0 | Review shareholder sources and uses of cash presentation |
| Thomas Melvin | 08/14/20 | 0.5 | Conference call with Company management and creditor group advisors regarding diligence requests |
| Thomas Melvin | 08/14/20 | 1.0 | Conference call with Company management and internal and external counsel to discuss legal updates |
| Thomas Melvin | 08/14/20 | 0.5 | Call with counsel regarding case update |
| Thomas Melvin | 08/14/20 | 1.0 | Review shareholder sources and uses of cash presentation |
| Thomas Melvin | 08/14/20 | 0.5 | Prepare and submit diligence request responses for upload to VDR |
| Thomas Melvin | 08/14/20 | 2.0 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/15/20 | 0.5 | E-mail correspondence with internal team regarding updated business plan analysis |
| Thomas Melvin | 08/16/20 | 1.5 | Review updated business plan slides |
| Thomas Melvin | 08/16/20 | 0.5 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/17/20 | 0.5 | Internal team call regarding various matters |
| Thomas Melvin | 08/17/20 | 0.5 | Conference call with DPW to discuss tax-related matters |
| Thomas Melvin | 08/17/20 | 1.0 | Call with Company management to review business plan updates |
| Thomas Melvin | 08/17/20 | 2.0 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/17/20 | 0.5 | Review updated business plan slides |
| Thomas Melvin | 08/17/20 | 2.0 | Prepare and review financial analysis requested by DPW |
| Thomas Melvin | 08/17/20 | 0.5 | Review data room provider documentation |
| Thomas Melvin | 08/18/20 | 1.0 | Conference call with Company management, DPW, AlixPartners regarding various matters |
| Thomas Melvin | 08/18/20 | 1.0 | Weekly debtor advisor call |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 08/18/20 | 1.5 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/18/20 | 1.0 | Review business plan update slides |
| Thomas Melvin | 08/18/20 | 1.0 | Aggregate materials related to tax planning for DPW |
| Thomas Melvin | 08/18/20 | 0.5 | E-mail correspondence with AlixPartners and creditor advisors related to financial analyses |
| Thomas Melvin | 08/19/20 | 0.5 | Conference call with creditor group advisors regarding financial analysis |
| Thomas Melvin | 08/19/20 | 1.0 | Conference call with Company management and creditor group advisors regarding updates to forecast |
| Thomas Melvin | 08/19/20 | 2.0 | Review updated business plan slides |
| Thomas Melvin | 08/19/20 | 1.5 | E-mail correspondence with Company management regarding analysis related to future structure planning |
| Thomas Melvin | 08/19/20 | 1.5 | Prepare and review financial analysis requested by DPW |
| Thomas Melvin | 08/19/20 | 1.5 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/20/20 | 1.5 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/20/20 | 0.5 | Call with AlixPartners to discuss business plan updates |
| Thomas Melvin | 08/20/20 | 1.0 | Weekly update call |
| Thomas Melvin | 08/20/20 | 1.0 | Compile financial details in response to request from DPW |
| Thomas Melvin | 08/20/20 | 1.5 | Prepare and review financial analysis requested by DPW |
| Thomas Melvin | 08/20/20 | 0.5 | E-mail correspondence with Company management regarding diligence requests |
| Thomas Melvin | 08/21/20 | 0.5 | Prepare financial analysis requested by DPW |
| Thomas Melvin | 08/21/20 | 0.5 | Conference call with Company management and AlixPartners to discuss business plan updates |
| Thomas Melvin | 08/21/20 | 1.5 | E-mail correspondence with DPW regarding requested analyses |
| Thomas Melvin | 08/21/20 | 1.0 | Review financial analysis requested by DPW |
| Thomas Melvin | 08/21/20 | 1.0 | Call with creditor advisors regarding financial analysis |
| Thomas Melvin | 08/24/20 | 0.5 | Internal team call regarding various matters |
| Thomas Melvin | 08/24/20 | 1.0 | Dialed in for part of creditor group claims presentation |
| Thomas Melvin | 08/25/20 | 0.5 | Conference call with Company management, DPW, AlixPartners regarding various matters |
| Thomas Melvin | 08/25/20 | 0.5 | E-mail correspondence with internal team regarding inquiry from DPW |
| Thomas Melvin | 08/25/20 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 08/26/20 | 0.5 | Call with Company and legal teams regarding various matters |
| Thomas Melvin | 08/26/20 | 0.5 | E-mail correspondence with Company management regarding various matters |
| Thomas Melvin | 08/26/20 | 0.5 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/29/20 | 0.5 | Prepare, review and compile responses to creditor advisor diligence requests |
| Thomas Melvin | 08/31/20 | 1.0 | Prepare, review and compile responses to creditor advisor diligence requests |
| | | **98.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jade Wang | 08/01/20 | 4.0 | Updated business plan presentation |
| Jade Wang | 08/02/20 | 3.0 | Updated business plan presentation |
| Jade Wang | 08/03/20 | 2.5 | Updated business plan presentation |
| Jade Wang | 08/04/20 | 0.5 | Call with advisors regarding various matters |
| Jade Wang | 08/11/20 | 1.0 | Weekly advisor call |
| Jade Wang | 08/13/20 | 1.0 | Weekly update call |
| Jade Wang | 08/15/20 | 3.0 | Worked on August business plan analysis |
| Jade Wang | 08/16/20 | 2.0 | Worked on August business plan analysis |
| Jade Wang | 08/17/20 | 0.5 | Internal team call regarding various matters |
| Jade Wang | 08/18/20 | 1.0 | Weekly update call with advisors |
| Jade Wang | 08/20/20 | 1.0 | Weekly update call |
| Jade Wang | 08/21/20 | 2.5 | Updated financial analysis |
| Jade Wang | 08/22/20 | 2.0 | Updated financial analysis |
| Jade Wang | 08/24/20 | 0.5 | Internal team call regarding various matters |
| Jade Wang | 08/24/20 | 3.0 | Updated financial analysis |
| Jade Wang | 08/25/20 | 1.0 | Weekly advisor call |
| | | **28.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 08/03/20 | 0.5 | Internal catch-up call with various PJT personnel |
| Jovana Arsic | 08/03/20 | 1.0 | Conference call with creditor group advisors regarding diligence inquiry |
| Jovana Arsic | 08/04/20 | 0.5 | Call with advisors regarding various matters |
| Jovana Arsic | 08/04/20 | 0.5 | Call re UCC diligence request |
| Jovana Arsic | 08/06/20 | 1.0 | Weekly update call |
| Jovana Arsic | 08/11/20 | 1.0 | Weekly advisor call |
| Jovana Arsic | 08/13/20 | 1.0 | Weekly update call |
| Jovana Arsic | 08/17/20 | 0.5 | Internal team call regarding various matters |
| Jovana Arsic | 08/18/20 | 1.0 | Weekly update call with advisors |
| Jovana Arsic | 08/20/20 | 1.0 | Weekly update call |
| Jovana Arsic | 08/24/20 | 0.5 | Internal team call regarding various matters |
| Jovana Arsic | 08/25/20 | 1.0 | Weekly advisor call |
| Jovana Arsic | 08/28/20 | 0.5 | Revision of various IAC due diligence materials |
| Jovana Arsic | 08/28/20 | 1.0 | Revision of various IAC due diligence materials |
| | | **11.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Gerald Sim | 08/03/20 | 0.5 | Weekly update call |
| Gerald Sim | 08/03/20 | 1.0 | Creditor diligence inquiry discussion |
| Gerald Sim | 08/04/20 | 0.5 | Call with advisors regarding various matters |
| Gerald Sim | 08/04/20 | 1.5 | Reformatted diligence files |
| Gerald Sim | 08/10/20 | 1.0 | Prepare diligence items |
| Gerald Sim | 08/11/20 | 1.0 | Weekly advisor call |
| Gerald Sim | 08/12/20 | 1.0 | Prepare agenda for weekly update call |
| Gerald Sim | 08/13/20 | 1.0 | Call with management on board slides |
| Gerald Sim | 08/13/20 | 1.0 | Reviewed board slides |
| Gerald Sim | 08/13/20 | 1.0 | Weekly update call |
| Gerald Sim | 08/14/20 | 1.0 | Call with creditors on diligence discussion |
| Gerald Sim | 08/17/20 | 0.5 | Internal team call regarding various matters |
| Gerald Sim | 08/17/20 | 0.5 | Review updated business plan slides |
| Gerald Sim | 08/18/20 | 1.0 | Weekly update call with advisors |
| Gerald Sim | 08/19/20 | 1.0 | Call with management on various matters |
| Gerald Sim | 08/19/20 | 1.0 | Reviewed board deck slides |
| Gerald Sim | 08/20/20 | 1.0 | Weekly update call |
| Gerald Sim | 08/24/20 | 0.5 | Internal team call regarding various matters |
| Gerald Sim | 08/24/20 | 2.0 | Dialed in for creditor group claims presentation |
| Gerald Sim | 08/25/20 | 1.0 | Weekly advisor call |
| Gerald Sim | 08/25/20 | 1.0 | Dialed into omnibus hearing (did not attend full hearing) |
| | | **20.0** | |