DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## AGENDA FOR SEPTEMBER 30, 2020 HEARING

| | |
|---|---|
| Time and Date of Hearing: | September 30, 2020 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. Please register with Court Solutions at www.court-solutions.com. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

|  |  |
|---|---|
|  | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 1322687977#. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. |

**I.   UNCONTESTED MATTERS:**

1. ***Scott County Late Filed Claim Motion.*** Motion to Allow/Deem Timely Late Filing of Proof of Claim; Memorandum of Points and Authorities; Declaration of Mérrida Coxwell [ECF No. 1645]

    Objection Deadline: September 25, 2020 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Related Documents:

    A. Notice of Hearing on Motion Allow/Deem Timely Late Filing of Proof of Claim by Scott County, Mississippi [ECF No. 1647]

    B. Stipulation and Agreed Order for the Withdrawal Without Prejudice of Scott County, Mississippi's Motion To Allow/Deem Timely Late Filing of Proof of Claim [ECF No. 1711]

    Status: This matter is going forward on an uncontested basis.

2. ***Motion to Shorten Notice with Respect to Coventry Facility Sale Motion.*** *Ex Parte* Motion of the Debtors for Entry of an Order Shortening Notice with Respect to Motion of the Debtors for Entry of an Order (I) Approving Sale of Debtors Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors' Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Lease and (IV) Granting Related Relief [ECF No. 1685]

    Objection Deadline: [should there be a date here? or "None"?]

    Responses Received: None

    Reply: None

Related Documents:

A. Motion of the Debtors for Entry of an Order (I) Approving Sale of Debtors' Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors' Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [ECF No. 1687]

B. Certificate of No Objection under 28 U.S.C. § 1746 Regarding Motion of the Debtors for Entry of an Order (I) Approving Sale of Debtors' Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors' Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [ECF No. 1735]

Status: This matter is going forward on an uncontested basis.

3. ***Motion to Seal with Respect to Coventry Facility Sale Motion.*** Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. B. Bankr. P. 9018 Authorizing the Filing of Certain Information and Exhibits under Seal in Connection with the Motion of the Debtors for Entry of an Order (I) Approving Sale of Debtors' Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors' Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [ECF No. 1686]

Objection Deadline: September 25, 2020 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Reply: None

Related Documents:

A. Motion of the Debtors for Entry of an Order (I) Approving Sale of Debtors' Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors' Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [ECF No. 1687]

B. Notice of Hearing on Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of

    Certain Information and Exhibits Under Seal in Connection with the Motion of the Debtors for Entry of an Order (I) Approving Sale of Debtors' Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors' Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [ECF No. 1712]

    <u>Status</u>: This matter is going forward on an uncontested basis.

4. ***Coventry Facility Sale Motion.*** Motion of the Debtors for Entry of an Order (I) Approving Sale of Debtors Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [ECF No. 1687]

    <u>Objection Deadline</u>: September 25, 2020 at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>: The Debtors have received informal comments from Oracle America, Inc. and SAP America, Inc.

    <u>Reply</u>: None

    <u>Related Documents</u>:

    A. *Ex Parte* Motion of the Debtors for Entry of an Order Shortening Notice with respect to Motion of the Debtors for Entry of an Order (I) Approving Sale of Debtors' Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors' Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Lease and (IV) Granting Related Relief [ECF No. 1685]

    B. Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. B. Bankr. P. 9018 Authorizing the Filing of Certain Information and Exhibits under Seal in Connection with the Motion of the Debtors for Entry of an Order (I) Approving Sale of Debtors' Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors' Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [ECF No. 1686]

    C. Declaration of Rafael J. Schnitzler in Support of Motion of the Debtors for an Order (I) Approving Sale of Debtors' Coventry Facility and

  Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors' Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [ECF No. 1688]

 D. Certificate of No Objection under 28 U.S.C. § 1746 Regarding Motion of the Debtors for Entry of an Order (I) Approving Sale of Debtors' Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors' Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [ECF No. 1735]

 Status: This matter is going forward on an uncontested basis.

## II. ADVERSARY PROCEEDING MATTERS:

5. ***Motion to Extend Preliminary Injunction.*** Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 197]

 Objection Deadline: September 25, 2020 at 4:00 p.m. (prevailing Eastern Time).

 Responses Received:

 A. Second Restatement of Limited Objection and Reservation of Rights of Tennessee Public Officials in Response to Debtors' Motion to Extend the Preliminary Injunction for Richard Sackler. Adv. Pro. No. 19-08289 [ECF No. 201]

 B. The Non-Consenting States' Voluntary Commitment and Limited Objection in Response to Purdue's Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 202]

 C. Limited Objection of the Ad Hoc Committee on Accountability to Debtors' Motion to Extend Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 203]

 Reply:

 A. Reply Memorandum of Law in Support of Motion to extend the Preliminary Injunction [ECF No. 205]

 Related Documents:

 A. Memorandum of Law in Support of Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 198]

5

    B. Declaration of Benjamin S. Kaminetzky in Support of Debtors' Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 199]

    C. Reply Declaration of Benjamin S. Kaminetzky in Support of Debtors' Motion to Extend the Preliminary Injunction [ECF No. 206]

    Status: This matter is going forward on a contested basis.

### III. CONTESTED MATTERS:

6. ***ER Physicians Class Claim Motion.*** Movant Independent Emergency Room Physician's Motion for Class Treatment to Fed. Bankr. P. 9014 and 7023 for an Order Making Fed. R. Civ. P. 23 Applicable to These Proceedings, and Granting Related Relief [ECF No. 1629]

    Objection Deadline: September 23, 2020 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Debtors' Objection to Movant Independent Emergency Room Physician's Motion for Class Treatment Pursuant to Fed. Bankr. P. 9014 and 7023 for an Order Making Fed. R. Civ. P. 23 Applicable to These Proceedings, and Granting Related Relief [ECF No. 1717]

    B. Response of the Official Committee of Unsecured Creditors to Movant Independent Emergency Room Physician's Motion for Class Treatment Pursuant to Fed. Bankr. P. 9014 and 7023 for an Order Making Fed. R. Civ. P. 23 Applicable to These Proceedings, and Granting Related Relief [ECF No. 1718]

    C. Public Claimants' Joint Objection to Independent Emergency Room Physicians' Motion to Permit the Filing of a Class Proof of Claim [ECF No. 1720]

    D. Joint Statement of Debtors and Public Claimants in Response to Movant Independent Emergency Room Physician's Request to Adjourn [ECF No. 1743]

    Reply:

    A. Movant Independent Emergency Room Physician's Omnibus Reply Regarding Movant's Motion for Class Treatment Pursuant to Fed. Bankr. P. 9014 and 7023 for an Order Making Fed. R. Civ. P. 23 Applicable to These Proceedings, and Granting Related Relief [ECF No. 1731]

Related Documents:

A. Notice of Independent Emergency Room Physician's Motion [1629] Pursuant to Fed. Bankr. P. 9014 and 7023 for an Order Making Fed. R. Civ. P. 23 Applicable to These Proceedings, Permitting them to File a Class Proof of Claim and Granting Related Relief [ECF No. 1643]

B. Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1421]

C. Public Claimants' Omnibus Objection to Motions for Leave to File Class Proofs of Claim [ECF No. 1431]

Status: This matter is going forward on a contested basis.

7. ***KEIP/KERP Motion.*** Motion of Debtors for Entry of an Order Authorizing Implementation of a Key Employee Incentive Plan and a Key Employee Retention Plan [ECF No. 1674]

Objection Deadline: September 23, 2020 at 4:00 p.m. (prevailing Eastern Time) (for all parties other than the Official Committee of Unsecured Creditors, the Ad-Hoc Committee of Governmental and Other Contingent Litigation Claimants, the Non-Consenting States Group and the Multi-State Entities Group, with respect to whom the Objection Deadline was extended to September 27, 2020 at 6:00 p.m.

Responses Received:

A. Objection of the United States Trustee to Motion of Debtors for Order Authorizing Implementation of a Key Employee Incentive Plan and Key Employee Retention Plan [ECF No. 1708]

B. The Ad Hoc Committee on Accountability's Objection to Debtor's Motion Authorizing Implementation of a Key Employee Incentive Plan and Key Employee Retention Plan [ECF No. 1709]

C. Memorandum of Points and Authorities in Support of the Ad Hoc Committee on Accountability's Opposition to Debtor's Motion Authorizing Implementation of a Key Employee Incentive Plan and Key Employee Retention Plan [ECF No. 1710]

Reply:

A. Debtors' Omnibus Reply in Support of Motion of Debtors for Entry of an Order Authorizing Implementation of a Key Employee Incentive Plan and a Key Employee Retention Plan [ECF No. 1742]

Related Documents:

A. Amended Notice of Hearing on Motion of Debtors for Entry of an Order Authorizing Implementation of a Key Employee Incentive Plan and a Key Employee Retention Plan [ECF No. 1675]

Status: This matter is going forward on a contested basis.

## IV. CONTINUED MATTERS:

8. ***Rand Bar Date Tolling Motion.*** Motion of Harry Rand for Tolling of Filing Deadline [ECF No. 1664]

    Objection Deadline: September 23, 2020 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Related Documents:

    A. Notice of Hearing on Motion of Harry Rand for Tolling of Filing Deadline (Notice prepared and filed by Court) [ECF No. 1666]

    B. Notice of Adjournment of Hearing Regarding Motion to File Proof of Claim after Claims Bar Date [ECF No. 1714]

    Status: This matter is continued.

9. ***Public School Districts Class Claim Motion.*** Motion by Public School Districts for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1211]

    Objection Deadline: July 16, 2020 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. The State of Florida's Omnibus Objection to the Request by the Hospital Claimants, the Private Insurance Class Plaintiffs, the Independent Public School Districts, the NAS Guardians, and the Cheyenne and Arapaho Tribes for Leave to File Motions for Class Relief [ECF No. 1415]

    B. Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1421]

    C. The Ad Hoc Group of Individual Victims' Statement in Support of Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1423]

  D. The Official Committee of Unsecured Creditors' Response to and Request for Adjournment of Class Claim Motions until Conclusion of Mediation [ECF No. 1425]

  E. Public Claimants' Omnibus Objection to Motions for Leave to File Class Proofs of Claim [ECF No. 1431]

  Reply:

  A. Omnibus Reply by Independent Public School Districts in Support of Their Motion for Class Certification and a Classwide Proof of Claim [ECF No. 1473]

  Related Documents:

  A. Notice of Hearing on Motion by Public School Districts for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1212]

  B. Corrected Notice of Hearing on Motion by Public School Districts for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1217]

  C. Notice of Adjournment of June 23, 2020 Hearing of the Public School Districts' Motion for an Order Allowing Them to Proceed With a Class Proof of Claim and Certifying a Class [ECF No. 1283]

  Status: This matter is continued to a date to be determined.

10. ***Private Insurance Class Claim Motion.*** Motion of the Private Insurance Class Claimants for Leave to File Class Proofs of Claim [ECF No. 1321]

  Objection Deadline: July 20, 2020 at 4:00 p.m. (prevailing Eastern Time).

  Responses Received:

  A. The State of Florida's Omnibus Objection to the Request by the Hospital Claimants, the Private Insurance Class Plaintiffs, the Independent Public School Districts, the NAS Guardians, and the Cheyenne and Arapaho Tribes for Leave to File Motions for Class Relief [ECF No. 1415]

  B. Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1421]

  C. The Ad Hoc Group of Individual Victims' Statement in Support of Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1423]

    D. The Official Committee of Unsecured Creditors' Response to and Request for Adjournment of Class Claim Motions until Conclusion of Mediation [ECF No. 1425]

    E. Public Claimants' Omnibus Objection to Motions for Leave to File Class Proofs of Claim [ECF No. 1431]

Reply:

    A. Reply of the Private Insurance Class Claimants in Further Support of Motion for Leave to File Class Proofs of Claim [ECF No. 1475]

Related Documents:

    A. Notice of Hearing on Motion of The Private Insurance Class Claimants For Leave To File Class Proofs of Claim [ECF No. 1322]

    B. Notice of Amendment to Motion of The Private Insurance Class Claimants for Leave to File Class Proofs of Claim [ECF No. 1334]

Status: This matter is continued to a date to be determined.

11. ***Hospitals Class Claim Motion.*** Hospital Claimants' Motion Pursuant to Fed. Bankr. P. 9014 and 7023 for an Order Making Fed. R. Civ. P. 23 Applicable to These Proceedings, Permitting Them to File a Class Proof of Claim and Granting Related Relief [ECF No. 1330]

    Objection Deadline: July 16, 2020 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. The State of Florida's Omnibus Objection to the Request by the Hospital Claimants, the Private Insurance Class Plaintiffs, the Independent Public School Districts, the NAS Guardians, and the Cheyenne and Arapaho Tribes for Leave to File Motions for Class Relief [ECF No. 1415]

    B. Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1421]

    C. The Ad Hoc Group of Individual Victims' Statement in Support of Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1423]

    D. The Official Committee of Unsecured Creditors' Response to and Request for Adjournment of Class Claim Motions until Conclusion of Mediation [ECF No. 1425]

E. Public Claimants' Omnibus Objection to Motions for Leave to File Class Proofs of Claim [ECF No. 1431]

Reply:

A. Hospital Claimants' Omnibus Reply to the Objections/Responses Filed at Docket Nos. 1415, 1421, 1423, 1425 and 1431 to Hospital Claimants' Motion Pursuant to Fed. Bankr. P. 9014 and 7023 for an Order Making Fed. R. Civ. P. 23 Applicable to These Proceedings, Permitting Them to File a Class Proof of Claim and Granting Related Relief [ECF No. 1461]

B. Supplement to Hospital Claimants' Omnibus Reply to the Objections/Responses Filed at Docket Nos. 1415, 1421, 1423, 1425 and 1431 to Hospital Claimants' Motion Pursuant to Fed. Bankr. P. 9014 and 7023 for an Order Making Fed. R. Civ. P. 23 Applicable to These Proceedings, Permitting Them to File a Class Proof of Claim and Granting Related Relief [ECF No. 1462]

Related Documents:

A. Supplement to Hospital Claimants' Motion Pursuant to Fed. Bankr. P. 9014 and 7023 for an Order Making Fed. R. Civ. P. 23 Applicable to These Proceedings, Permitting Them to File a Class Proof of Claim and Granting Related Relief [ECF No. 1424]

Status: This matter is continued to a date to be determined.

12. ***NAS Class Claim Motion.*** NAS Guardians on Behalf of the NAS Children's Abatement Class Action Claimants Motion For Entry of an Order Pursuant to Fed. R. Bankr. P. 9014 and 7023 Permitting Them to File a Class Proof of Claim and Granting Related Relief [ECF No. 1362]

Objection Deadline: July 16, 2020 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. The State of Florida's Omnibus Objection to the Request by the Hospital Claimants, the Private Insurance Class Plaintiffs, the Independent Public School Districts, the NAS Guardians, and the Cheyenne and Arapaho Tribes for Leave to File Motions for Class Relief [ECF No. 1415]

B. Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1421]

C. The Ad Hoc Group of Individual Victims' Statement in Support of Debtors' Omnibus Objection to Motions by Certain Claimants for an

      Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class [ECF No. 1423]

  D. The Official Committee of Unsecured Creditors' Response to and Request for Adjournment of Class Claim Motions until Conclusion of Mediation [ECF No. 1425]

  E. Public Claimants' Omnibus Objection to Motions for Leave to File Class Proofs of Claim [ECF No. 1431]

Reply:

  A. Omnibus Reply by NAS Guardians on Behalf of the NAS Children's Abatement Class Action Claimants to Objections Filed to Their Motion for Entry of an Order Pursuant to Fed. R. Bankr. P. 9014 and 7023 Permitting Them to File a Class Proof of Claim and Granting Related Relief [ECF No. 1487]

Related Documents:

  A. The NAS Children Ad Hoc Committee's Joinder to the Official Committee of Unsecured Creditors' Response to and Request for Adjournment of Class Claim Motions until Conclusion of Mediation [ECF No. 1486]

Status: This matter is continued to a date to be determined.

13. ***West Virginia NAS Class Claim Motion.*** Motion to Permit the Filing of a Class Proof of Claim [ECF No. 1408]

  Objection Deadline: July 22, 2020 at 12:00 p.m. (prevailing Eastern Time).

  Responses Received:

  A. The Official Committee of Unsecured Creditors' Response to and Request for Adjournment of Class Claim Motions until Conclusion of Mediation [ECF No. 1425]

  B. Debtors' Objection to Tiffany Dunford's Motion to Permit the Filing of a Class Proof of Claim [ECF No. 1489]

  C. Public Claimants' Joint Objection to Tiffany Dunford's Motion to Permit the Filing of a Class Proof of Claim [ECF No. 1493]

Reply: None

Related Documents:

A. Notice of Hearing on Motion to Permit the Filing of a Class Proof of Claim and Motion to Shorten the Notice Period with respect to the Motion to Permit the Filing of a Class Proof of Claim [ECF No. 1435]

Status: This matter is continued to a date to be determined.

Dated:  September 29, 2020
        New York, New York

DAVIS POLK & WARDWELL LLP

By:  */s/* Eli J. Vonnegut
      Eli J. Vonnegut

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*