**Hearing Date: September 30, 2020 at 10:00 a.m. (ET)**
**Objection Deadline: September 23, 2020 at 4:00 p.m. (ET)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>PURDUE PHARMA L.P., et al.,<br><br><br>Debtors.[1] | Chapter 11<br>Case No. 19-23649 (RDD)<br>Administratively Consolidated |

**NOTICE OF WITHDRAWAL OF**
**ER PHYSICIAN'S MOTION [1629] EXCEPT AS TO SPECIFICALLY RESERVING THE**
**INDIVIDUAL REQUEST TO PARTICIPATE IN THE ONGOING MEDIATION FOR**
**THE LIMITED PURPOSE OF  IMPLEMENTATION OF THE PLAN**

**PLEASE TAKE NOTICE** that Independent ER Physicians hereby withdraws his pending Motion for Class Treatment Pursuant to Fed. Bankr. P. 9014 and 7023 for an Order Making Fed R. Civ. P. 23 Applicable to these Proceedings, and Granting Related Relief ("Motion") [Dkt. 1629], filed on August 27, 2020 and set for hearing on September 30, 2020, except as to specifically reserving the ER Physician's Individual Request to Participate in the Ongoing Mediation For The Limited Purpose of Implementation of the Plan without challenging any allocation decision. [Dkt. 1629 at pp. 30-31].  ER Physician, individually, reserve all grounds for participation in the ongoing mediation, including the grounds set forth  as a part of the Reply [Dkt. 1731]. While reserving the request to participate in the ongoing mediation, ER Physician withdraws all other requests contained in the Motion including but not limited to the extent it requires a determination of the Court's discretion to apply Fed. Bankr. P. 9014 and 7023.

1

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014).

[2] As used herein, the "Independent ER Physicians" or "ER Physicians" are: Michael Masiowski, M.D. and all other similarly situated. Independent emergency room physicians refer to those emergency room physicians whose billing and revenue collection were entirely separate from the medical facility billing practices. I was an owner and member of a group of emergency room physicians that were not employees of the hospital and performed our own billing and revenue collection.

DATED: September 29, 2020

Respectfully submitted,

PAUL S. ROTHSTEIN, P.A.

 */s/ Paul S. Rothstein*

Paul S. Rothstein
Bar No: 310123
626 NE 1st Street
Gainesville, FL 32601
Ph: (352) 376-7650
PSR@RothsteinForJustice.com

*Attorney for the Independent ER Physicians*

2