**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.* [1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF SERVICE

Paul Rachmuth, an attorney admitted to practice before this Court declares the following to be true under penalty of perjury:

On September 22, 2020, I caused the Ad Hoc Committee on Accountability's Opposition to the Debtor's Motion Authorizing Implementation of a Key Employee Incentive Plan and Key Employee Retention Plan and the supporting memorandum of law (the "Documents") to be filed via ECF and served on all parties receiving electronic service through the ECF system.

On September 28, 2020, the Documents were mailed to the parties listed on Schedule A hereto via first class mail.

---

[1] The debtors in these chapter 11 cases ("**Debtors**" or "**Purdue**"), along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014) (collectively, the "**Bankruptcy Cases**").

1

Dated: September 29, 2020
     New York, NY

                            Eisenberg & Baum, LLP

                            By:   /s/ Paul A. Rachmuth
                                   Michael S. Quinn (mq-1640)
                                   Eric Baum (eb-5493)
                                   Paul A. Rachmuth (pr-1566)
                          24 Union Square East, Fourth Floor
                          New York, New York 10003
                          (212) 353-8700
                          mquinn@eandblaw.com
                          prachmuth@eandblaw.com
                          ebaum@eandblaw.com

                          *Counsel to Ad Hoc Committee on Accountability*

SCHEDULE A
Mail Service List

Adam M. Adler
Prime Clerk LLC
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, NY 10165

Thomas C. Albus
Office of Attorney General
P.O. Box 899
Jefferson City, MO 65102

Barbara Farash, on behalf of the Farash Family Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801

Gary & Colleen Breitbord
9 Forest Park Drive
Holliston, MA 01746

Dan Colucci
467 Beech Street
Township of Washington, NJ 07676

Edward J. Bisch
Commonwealth of Pennsylvania, Department of Revenue Bureau of Compliance Department 280946
Harrisburg, PA 17128-0946

Clare Connors
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813

Ronald George Dandar
c/o Legal Mail Department
50 Overlook Drive
LaBelle, PA 15450

Corey Dodge
Oregon Dept. of Corrections
777 Stanton Blvd.
Ontario, NY 97914

John Farrell
P.O. Box 19803
Ashville, NC 28815

Lara J Fogel
New Jersey State Attorney General
124 Halsey Street, 5th Floor
P.O. Box 45029-5029
Newark, NJ 07101

Marshall Scott Huebner
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

David S. Jones
U.S. Attorney Office, SDNY
100 Church Street
19th Floor
New York, NY 10007

Tim Kramer
64 Exmoor Rd.
Waterford, NY 48328

Kimberly Krawczyk
38 Briarwood Lane #4
Marlboro, MA 01152

Kurtzman Carson Consultants LLC
222 N. Pacific Coast Highway
Suite 300
El Segundo, CA 90245

Laurel K. Lackey
Attorney General
West Virginia Attorney General's Office
Eastern Panhandle Office
269 Aikens Center
Martinsburg, WV 25404

Kenneth T. Law
Bialson, Bergen & Schwab
633 Menlo Avenue, Suite 100
Suite 300
Menlo Park, CA 94025

NAPW Lynn M. Paltrow, JD
National Advocates for Pregnant Women
575 8th Avenue, 7th Floor
New York, NY 10018

Kristine Manoukian
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Leona Nuss
5 Watkins Pl
Palm Coast, Fl 32164

Province, Inc.
2360 Corporate Circle, Suite 330
Henderson, NV 89074

John Taormina
12 Starr Lea Road
North Salem, NY 10560

Ruby Thomas
150 Ledy Mercy Lane
Rockington, NJ 28379

Sarah Thrower
CRNP Provider Assisted Medication Treat.
1593 Sylvan Dr.
Hollidaysburg, PA 16648

5