**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 19-23649 (RDD) |
| PURDUE PHARMA L.P., *et al.*, | Chapter 11 |
| Debtor | |

**CERTIFICATE OF SERVICE**

I, Paul S. Rothstein, hereby certify that on the following dates, I did cause true and correct copies of the following to be served on the following dates to the described parties in the following manners:

1. On September 29, 2020, NOTICE OF WITHDRAWAL OF ER PHYSICIAN'S MOTION [1629] EXCEPT AS TO SPECIFICALLY RESERVING THE INDIVIDUAL REQUEST TO PARTICIPATE IN THE ONGOING MEDIATION FOR THE LIMITED PURPOSE OF IMPLEMENTATION OF THE PLAN; to parties listed in **Exhibit A**, via electronic service.

2. On September 30, 2020, NOTICE OF WITHDRAWAL OF ER PHYSICIAN'S MOTION [1629] EXCEPT AS TO SPECIFICALLY RESERVING THE INDIVIDUAL REQUEST TO PARTICIPATE IN THE ONGOING MEDIATION FOR THE LIMITED PURPOSE OF IMPLEMENTATION OF THE PLAN; to parties listed in **Exhibit B**, via USPS First Class Mail.

3. Due to limitations of time before the September 30, 2020 Omnibus Hearing, a courtesy copy was emailed to chambers of Hon. Judge Drain at rdd.chambers@nysb.uscourts.gov on September 29, 2020, to ensure it would be received prior to the hearing.

Dated: September 30, 2020

BY: */s/ Paul S. Rothstein*
Attorney Paul S. Rothstein, P.A.
626 NE 1st Street
Gainesville, FL 32601
Phone: (352)376-7650
Email: Psr@rothsteinforjustice.com

1