# Exhibit A

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Attorney General, State of Florida | Agentis PLLC | Attn Christopher B. Spuches, Esq. | 55 Alhambra Plaza, Suite 800 | | Coral Gables | FL | 33134 | | 305-722-2002 | | cbs@agentislaw.com |
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Akin Gump Strauss Hauer & Feld LLP | Attn Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, Sara L. Brauner, & Edan Lisovicz | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | 212-872-1002 | idizengoff@akingump.com apreis@akingump.com mhurley@akingump.com sbrauner@akingump.com elisovicz@akingump.com |
| Counsel to OptumRX, Inc. | Alston & Bird LLP | Attn William Hao | 90 Park Avenue | | New York | NY | 10016-1387 | | 212-210-9400 | 212-210-9444 | william.hao@alston.com |
| Counsel to OptumRX, Inc. | Alston & Bird LLP | Attn William Sugden and Jacob Johnson | 1201 West Peachtree Street | | Atlanta | GA | 30309-3424 | | 404-881-7000 | 404-881-7777 | will.sugden@alston.com jacob.johnson@alston.com |
| Counsel to United Food and Commercial Workers; Western Pennsylvania Electrical Employees Insurance Trust Fund; International Brotherhood of Electrical Workers Local 98 Health & Welfare Fund; Iron Workers District Council of Philadelphia and Vicinity, Benefit Fund; and International Union of Painters and Allied Trades, District Council No. 21 Welfare Fund | Anapol Weiss | Attn Gregory Spizer | One Logan Square | 130 North 18th Street Suite 1600 | Philadelphia | PA | 19103 | | 215-790-4578 | 215-875-7722 | gspizer@anapolweiss.com |
| Counsel to Ryan Hampton | Andrews & Thornton | Attn Anne Andrews, Sean T. Higgins, Robert S. Siko | 4701 Von Karman Ave, Suite 300 | | Newport Beach | CA | 92660 | | 949-748-1000 | 949-315-3540 | aa@andrewsthornton.com shiggins@andrewsthornton.com rsiko@andrewsthornton.com |
| Counsel to the Ad Hoc Group of Individual Victims | Ask LLP | Attn Edward E. Neiger, Esq. Jennifer A. Christian, Esq. | 151 W. 46th St., 4th Floor | | New York | NY | 10036 | | 212-267-7342 | 212-918-3427 | eneiger@askllp.com jchristian@askllp.com |
| State Attorney General | Attorney General for the State of Wisconsin | Attn Jennifer L. Vandermeuse - Assistant Attorney General | 17 West Main Street, P.O. Box 7857 | | Madison | WI | 53707 | | 608-266-7741 | | vandermeusejl@doj.state.wi.us |
| Counsel to Washington State Department of Revenue | Attorney General of Washington | Attn Dina L. Yunker - Assistant Attorney General | Bankruptcy & Collections Unit | 800 Fifth Avenue, Suite 2000 | Seattle | WA | 98104 | | 206-389-2198 | 206-587-5150 | dina.yunker@atg.wa.gov |
| Counsel to DuPont de Nemours, Inc. | Ballard Spahr LLP | Attn Tobey M. Daluz and Laurel D. Roglen | 919 N. Market Street, 11th Floor | | Wilmington | DE | 19801 | | 302-252-4465 | 302-252-4466 | daluzt@ballardspahr.com roglenl@ballardspahr.com |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Barrett Law Group, P.A. | Attn John W. Barrett, Esq. | P.O. Box 927 | 404 Court Square | Lexington | MS | 39095 | | 662-834-2488 | | DonBarrettPA@gmail.com |
| Counsel to Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc. | Bentley & Bruning P.A. | Attn Morgan R. Bentley and David A. Wallace | 783 South Orange Avenue, Third Floor | | Sarasota | FL | 34236 | | 541-556-9030 | 941-312-5316 | mbentley@bentleyandbruning.com dwallace@bentleyandbruning.com |
| Counsel to United Parcel Service, Inc. | Bialson, Bergen & Schwab | Attn Lawrence M. Schwab and Kenneth T. Law | 633 Menlo Ave, Suite 100 | | Menlo Park | CA | 94025 | | 650-857-9500 | 650-494-2738 | Klaw@bbslaw.com |
| Proposed Counsel to Fee Examiner, David M. Klauder, Esquire | Bielli & Klauder, LLC | Attn Thomas D. Bielli | 1500 Walnut Street, Suite 900 | | Philadelphia | PA | 19103 | | 215-642-8271 | 215-754-4177 | tbielli@bk-legal.com |
| Interested Party | BMC Group, Inc. | Attn T Feil | 3732 W. 120th Street | | Hawthorne | CA | 90250 | | | | bmc@ecfAlerts.com |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Bracewell LLP | Attn Daniel S. Connolly & Robert G. Burns | 1251 Avenue of the Americas, 49th Floor | | New York | NY | 10020-1100 | | 212-938-6100 | 212-508-6101 | daniel.connolly@bracewell.com robert.burns@bracewell.com |
| Attorneys for SAP America, Inc., SAP SE, and Ariba, Inc. | Brown & Connery, LLP | Attn Donald K. Ludman | 6 North Broad Street, Suite 100 | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | Attn Gerard T. Cicero and David J. Molton | 7 Times Square | | New York | NY | 10036 | | 212-209-4939; 212-209-4822 | 212-938-2883; 212-938-2822 | GCicero@brownrudnick.com DMolton@brownrudnick.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | Attn Steven D. Pohl | One Financial Center | | Boston | MA | 02111 | | 617-856-8594 | 617-289-0433 | spohl@brownrudnick.com |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Buchalter, a Professional Corporation | Attn Jeffrey K. Garfinkle, Esq., Daniel H. Slate, Esq. | 18400 Von Karman Avenue, Suite 800 | | Irvine | CA | 92612-0514 | | 949-760-1121 | 949-720-0182 | jgarfinkle@buchalter.com dslate@buchalter.com |
| Counsel to the People of the State of California | California Department of Justice | Attn Bernard A. Eskandari, Timothy D. Lundgren, and Michelle Burkart | 300 South Spring Street, Suite 1702 | | Los Angeles | CA | 90013 | | 213-269-6348; 213-269-6357 | 213-897-2802 | bernard.eskandari@doj.ca.gov michelle.burkart@doj.ca.gov timothy.lundgren@doj.ca.gov |
| Counsel for the People of the State of California | California Department of Justice | Attn Judith A. Fiorentini - Supervising Deputy Attorney General | 600 West Broadway, Suite 1800 | | San Diego | CA | 92101 | | 619-738-9343 | 619-645-2271 | judith.fiorentini@doj.ca.gov |
| Counsel to the Multi-State Governmental Entities Group | Caplin & Drysdale, Chartered | Attn Kevin Maclay, James Wehner, Jeffrey Liesemer, Todd Phillips | One Thomas Circle, NW, Suite 1100 | | Washington | DC | 20005 | | 202-862-5000 | 202-429-3301 | kmaclay@capdale.com jwehner@capdale.com jliesemer@capdale.com tphillips@capdale.com |
| Counsel to the State of West Virginia, ex. rel. Patrick Morrisey, Attorney General | Carter Ledyard & Milburn LLP | Attn Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | bankruptcy@clm.com |
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Cole Schotz P.C. | Attn Justin R. Alberto | 500 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | | 302-651-2006 | 302-574-2106 | jalberto@coleschotz.com |
| Counsel to the Commonwealth of Massachusetts | Commonwealth of Massachusetts | Attn Eric M. Gold, Assistant AG | Chief, Health Care Division Office of the AG, One Ashburton Place | | Boston | MA | 02108 | | 617-727-2200 | | eric.gold@mass.gov |
| Counsel to Commonwealth of Pennsylvania | Commonwealth of Pennsylvania | Attn Carol E. Momjian - Senior Deputy AG | Office of AG, The Phoenix Building | 1600 Arch Street, Suite 300 | Philadelphia | PA | 19103 | | 215-560-2128 | 717-772-4526 | cmomjian@attorneygeneral.gov |
| Counsel to the State of Arizona | Consovoy McCarthy PLLC | Attn J. Michael Connolly | 1600 Wilson Boulevard, Suite 700 | | Arlington | VA | 22201 | | 703-243-9423 | 571-216-9450 | mike@consovoymccarthy.com |
| Counsel to Kara Trainor Brucato | Cooper Law Firm, LLC | Attn Celeste Brustowicz, Jessica Detty, & Lisa Richardson | 1525 Religious Street | | New Orleans | LA | 70130 | | 504-399-0099 | 504-309-6989 | cbrustowicz@clfnola.com jdetty@clfnola.com lrichardson@clfnola.com |
| Counsel for NAS Ad Hoc Committee | Creadore Law Firm PC | Attn Donald Creadore | 450 Seventh Avenue | Suite 1408 | New York | NY | 10123 | | 212-355-7200 | | donald@creadorelawfirm.com |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Cuneo Gilbert & Laduca, LLP | Attn Jonathan W. Cuneo, Esq. | 16 Court Street, Suite 1012 | | Brooklyn | NY | 11241 | | 202-789-3960 | | jonc@cuneolaw.com |

| Description | Firm | Attn | Address 1 | Address 2 | City | State | Zip | Phone 1 | Phone 2 | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Cuneo Gilbert & Laduca, LLP | Attn  Jonathan W. Cuneo, Esq. | 4725 Wisconsin Avenue, NW, Suite 200 | | Washington | DC | 20016 | 202-789-3960 | | jonc@cuneolaw.com |
| Counsel to the Debtors and Debtors in Possession | Davis Polk & Wardwell LLP | Attn  Marshall Scott Huebner, Benjamin S. Kaminetzky, Timothy Graulich, Christopher Robertson and Eli J. Vonnegut | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4000 | 212-701-5800 | Purdue.noticing@dpw.com |
| Counsel to the State of Missouri | Doster, Ullom & Boyle, LLC | Attn  Gregory D. Willard | 16090 Swingley Ridge Road | Suite 620 | St. Louis | MO | 63017 | 636-532-0042 | 636-532-1082 | GWillard@dubllc.com |
| Counsel to Counsel to Nevada Counties and Municipalities | Eglet Adams | Attn  Robert M. Adams, Artemus W. Ham, & Erica D. Entsminger | 400 South 7th Street, Suite 400 | | Las Vegas | NV | 89101 | 702-450-5400 | | badams@egletlaw.com aham@egletlaw.com eentsminger@egletlaw.com |
| Counsel to CVS Caremark Part D Services, L.L.C. and CaremarkPCS Health, L.L.C. | Foley & Lardner LLP | Attn  Geoffrey S. Goodman | 321 N. Clark Street, Suite 2800 | | Chicago | IL | 60654-5313 | 312-832-4500 | 312-832-4700 | ggoodman@foley.com |
| Counsel to CVS Caremark Part D Services, L.L.C. and CaremarkPCS Health, L.L.C. | Foley & Lardner LLP | Attn  Leah M. Eisenberg, Esq. | 90 Park Avenue | | New York | NY | 10016 | 212-682-7474 | 713-276-6727 | leisenberg@foley.com |
| Counsel to Old Republic Insurance Company and its affiliated entities | Fox Swibel Levin & Carroll LLP | Attn  Margaret M. Anderson | 200 W. Madison Street, Suite 3000 | | Chicago | IL | 60606 | 312-224-1200 | 312-224-1201 | panderson@foxswibel.com |
| Counsel to Walgreen Co., Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries | Frankgecker LLP | Attn  Joseph D. Frank and Jeremy C. Kleinman | 1327 W. Washington Blvd., Suite 5 G-H | | Chicago | IL | 60607 | 312-276-1400 | 312-276-0035 | jfrank@fgllp.com jkleinman@fgllp.com |
| Interested Party | Fredrick Hill | | 25 Stephen Drive | | Glendora | NJ | 08029 | 856-812-1520 | | fredhill70@gmail.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Gilbert, LLP | Attn  Craig Literland, Kami Quinn, and Scott Gilbert | 1100 New York Ave., NW | Suite 700 | Washington | DC | 20005 | 202-772-2277; 202-772-2264; 202-772-2336 | | litherlandc@gilbertlegal.com quinnk@gilbertlegal.com gilberts@gilbertlegal.com |
| Counsel to the Arkansas Plaintiffs and the Tennessee Plaintiffs | Godfrey & Kahn, S.C. | Attn  Katherine Stadler | One East Main Street, Suite 500 | | Madison | WI | 53703 | 608-257-3911 | 608-257-0609 | kstadler@gklaw.com |
| Counsel to Teva Pharmaceuticals USA, Inc., Anda, Inc. and Teva Canada Limited | Goodwin Procter LLP | Attn  Michael H. Goldstein, William P. Weintraub, & Howard S. Steel | The New York Times Building | 620 Eighth Avenue | New York | NY | 10018 | 212-813-8800 | 212-355-3333 | mgoldstein@goodwinlaw.com wweintraub@goodwinlaw.com hsteel@goodwinlaw.com |
| Counsel to the City of Seattle | Hagens Berman Sobol Shapiro LLP | Attn  Ben Harrington | 715 Hearst Ave., Suite 202 | | Berkeley | CA | 94710 | 510-725-3000 | 510-725-3001 | benh@hbsslaw.com |
| Counsel to Blue Cross Blue Shield Association | HAGENS BERMAN SOBOL SHAPIRO LLP | Attn  Thomas M. Sobol, Lauren G. Barnes | 55 Cambridge Parkway, Suite 301 | | Cambridge | MA | 02142 | 617-482-3700 | 617-482-3003 | purduebankruptcy@hbsslaw.com |
| Counsel to BR Holdings Associates Inc., BR Holdings Associates L.P., Pharmaceutical Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., and TXP Services, Inc. | Haug Partners LLP | Attn  David A. Zwally | 745 Fifth Avenue | 10th Floor | New York | NY | 10151 | 212-588-0800 | | dzwally@haugpartners.com |
| Counsel to BR Holdings Associates Inc., BR Holdings Associates L.P., Pharmaceutical Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., and TXP Services, Inc. | Haug Partners LLP | Attn  John C. Dougherty | One Post Office Square | 31st Floor | Boston | MA | 02109 | 617-426-6800 | | jdougherty@haugpartners.com |
| Counsel to Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., and Ascent Health Services | Husch Blackwell LLP | Attn  Caleb T. Holzaepfel | 736 Georgia Avenue, Suite 300 | | Chattanooga | TN | 37402 | 423-755-2654 | 423-266-5499 | Caleb.Holzaepfel@huschblackwell.com |
| Counsel to Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., and Ascent Health Services | Husch Blackwell LLP | Attn  Marshall C. Turner | 190 Carondelet Plaza, Suite 600 | | St. Louis | MO | 63105-3433 | 314-480-1500 | 314-480-1505 | marshall.turner@huschblackwell.com |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Jenner & Block, LLP | Attn  Catherine L. Steege, Esq. | 353 N. Clark Street | | Chicago | IL | 60654-3456 | 312-220-9350 | 312-527-0484 | CSteege@jenner.com |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Jenner & Block, LLP | Attn  Richard Levin, Esq. | 919 Third Avenue | | New York | NY | 10022 | 212-819-1600 | 212-891-1699 | rlevin@jenner.com |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Joseph Hage Aaronson LLC | Attn  Gregory P. Joseph, Mara Leventhal, Douglas J. Pepe, Peter R. Jerdee, & Christopher J. Stanley | 485 Lexington Avenue | 30th Floor | New York | NY | 10017 | 212-407-1200 | | mleventhal@jha.com dpepe@jha.com pjerdee@jha.com cstanley@jha.com gjoseph@jha.com |
| Counsel to Fredrick Hill | Kasen & Kasen, P.C. | Attn  Jenny R. Kasen, Esq. | Society Hill Office Park | 1874 E. Marlton Pike, Suite 3 | Cherry Hill | NJ | 08003 | 856-424-4144 | 856-424-7565 | jkasen@kasenlaw.com |
| Counsel to the State of Arizona | Keller Lenkner LLC | Attn  Seth A. Meyer | 150 N. Riverside Plaza, Suite 4270 | | Chicago | IL | 60606 | 312-741-5220 | | sam@kellerlenkner.com |
| Counsel to State of Washington | Kleinberg, Kaplan, Wolff & Cohen, P.C. | Attn  Matthew J. Gold and Robert M. Tuchman | 500 Fifth Avenue | | New York | NY | 10110 | 212-986-6000 | 212-986-8866 | mgold@kkwc.com rtuchman@kkwc.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Kramer Levin Naftalis & Frankel | Attn  Kenneth Eckstein and Rachael Ringer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9229; 212-715-9506 | 212-715-8229; 212-715-8187 | keckstein@kramerlevin.com rringer@kramerlevin.com |
| Counsel to Counsel to Nevada Counties and Municipalities | Loeb & Loeb LLP | Attn  Vadim J. Rubinstein, Esq | 345 Park Avenue | | New York | NY | 10154 | 212-407-4000 | 212-407-4990 | vrubinstein@loeb.com |
| Counsel to Old Republic Insurance Company and its affiliated entities | Luskin, Stern & Eisler LLP | Attn  Michael Luskin and Richard Stern | Eleven Times Square | | New York | NY | 10036 | 212-597-8200 | 212-974-3205 | luskin@lsellp.com stern@lsellp.com |
| Counsel to Joan Vasko as the Administratrix of the Estate of Kathleen Louise Daugherty | MacElree Harvey, Ltd. | Attn  Michael G. Louis | 17 West Miner Street | PO Box 660 | West Chester | PA | 19381-0660 | 610-436-0100 | | mlouis@macelree.com |
| Counsel to Giant Eagle, Inc. | Marcus & Shapira LLP | Attn  Darlene M. Nowak, Esq., Robert M. Barnes, Esq. | One Oxford Centre | 301 Grant Street, 35th Floor | Pittsburgh | PA | 15219 | 412-338-5214 | 412-391-8758 | nowak@marcus-shapira.com rbarnes@marcus-shapira.com |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn  Gary D. Bressler, Esquire | 1617 John F. Kennedy Blvd., Ste. 1500 | | Philadelphia | PA | 19103 | 215-557-2900 | 215-557-2990 | gbressler@mdmc-law.com |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn  Michael Morano, Esquire, Nicole Leonard, Esquire | 225 Liberty Street, 36th Fl. | | New York | NY | 10281 | 212-483-9490 | 212-483-9129 | mmorano@mdmc-law.com nleonard@mdmc-law.com |
| Counsel to the Ad Hoc Group of Hospitals | McGrail & Bensinger LLP | Attn  Ilana Volkov | 888-C 8th Avenue #107 | | New York | NY | 10019 | | | ivolkov@mcgrailbensinger.com |

| Description | Firm | Attention | Address 1 | Address 2 | City | State | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Milbank LLP | Attn Gerard Uzzi, Esq., Eric Stodola, Esq., & Alex Lees, Esq. | 55 Hudson Yards | | New York | NY | 10001 | 212-530-5000 | 212-530-5219 | guzzi@milbank.com; estodola@milbank.com; alees@milbank.com |
| Counsel to The Missouri Department of Revenue | Missouri Department of Revenue | Attn Steven A. Ginther - Special Assistant AG | 301 W. High Street, Room 670 | P.O. Box 475 | Jefferson City | MO | 65105-0475 | 573-751-5531 | 573-751-7232 | sdnyecf@dor.mo.gov |
| Counsel to Tucson Medical Center | Mitchell & Speights | Attn Samuel F. Mitchell | 7161 E. Rancho Vista Dr | Suite 5009 | Scottsdale | AZ | 85251 | 602-244-1520 | 602-267-9394 | sam@mitchellspeights.com |
| Counsel to Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., and the Putative Classes | Morgan & Morgan | Attn James Young | 76 South Laura Street, Suite 1100 | | Jacksonville | FL | 32202 | 904-361-0012 | 904-361-4307 | jyoung@forthepeople.com |
| Counsel to Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., and the Putative Classes | Morgan & Morgan | Attn Juan R. Martinez | 201 North Franklin Street, 7th Floor | | Tampa | FL | 33602 | 813-393-5463 | 813-393-5489 | juanmartinez@forthepeople.com |
| Counsel to Tucson Medical Center | Motley Rice LLC | Attn Michael M. Buchman | 777 Third Ave | 27th Floor | New York | NY | 10017 | 212-577-0040 | 212-577-0054 | mbuchman@motleyrice.com |
| Counsel for NC DHHS/DHB | N.C. Department of Justice | Attn Katherine M. McCraw | Assistant Attorney General | Post Office Box 629 | Raleigh | NC | 27602-0629 | 919-716-6577 | 919-716-6758 | kmccraw@ncdoj.gov |
| State Attorney General | National Association of Attorneys General | Attn Karen Cordry | 1850 M St., NW 12th Floor | | Washington | DC | 20036 | 202-326-6025 | 202-331-1427 | kcordry@naag.org |
| Counsel to New York State Department of Financial Services | New York State Department of Financial Services | Attn Nicolas G. Keller - Assistant Counsel | One State Street | | New York | NY | 10004 | 212-480-4668 | | nicolas.keller@dfs.ny.gov |
| Counsel to State of Indiana | Office of the Indiana Attorney General | Attn Heather M. Crockett, Amanda K. Quick, Curtis T. Hill Jr. | 302 West Washington Street | Indiana Govt. Center South, 5th Floor | Indianapolis | IN | 46204-2770 | 317-233-6254 | 317-232-7979 | Heather.Crockett@atg.in.gov |
| State Attorney General | Office of the New Jersey State Attorney General | Attn Lara J. Fogel, Deputy AG | 124 Halsey Street, 5th Floor | P.O. Box 45029-5029 | Newark | NJ | 07101 | 973-648-2865 | | lara.fogel@law.njoag.gov |
| Counsel to Opioids and Impact Litigation | Office of the New York State Attorney General | Attn David E. Nachman | Executive Division | 28 Liberty Street | New York | NY | 10005 | 212-416-8390 | | David.Nachman@ag.ny.gov |
| State Attorney General | Office of the New York State Attorney General | Attn Kathryn J. Blake, Assistant AG | Section Chief, General Recoveries Bureau | The Capitol | Albany | NY | 12224-0341 | 518-776-2232 | | Kathryn.Blake@ag.ny.gov |
| State Attorney General, Counsel to Counsel for Opioids and Impact Litigation | Office of the New York State Attorney General | Attn Muhammad Umair Khan | 28 Liberty Street | | New York | NY | 10005 | 212-416-6685 | | Umair.Khan@ag.ny.gov |
| Counsel to the State of South Carolina | Office of the South Carolina Attorney General | Attn Annemarie B. Mathews - Assistant AG | P.O. Box 11549 | | Columbia | SC | 29211-1549 | 803-734-3679 | 803-734-0097 | amathews@scag.gov |
| Counsel to the State of South Carolina | Office of the South Carolina Attorney General | Attn Jared Q. Libet - Assistant Deputy AG | P.O. Box 11549 | | Columbia | SC | 29211-1549 | 803-734-5251 | 803-734-0097 | jlibet@scag.gov |
| State Attorney General | Office of the State of Connecticut Attorney General | Attn Denise S. Mondell, Assistant AG | 55 Elm Street, P.O. Box 120 | | Hartford | CT | 06141-0120 | 860-808-5150 | 860-808-5385 | Denise.Mondell@ct.gov |
| State Attorney General | Office of the State of Idaho Attorney General | Attn Brett T. DeLange - Deputy AG Chief, Consumer Protection Division | Office of the AG | P. O. Box 83720 | Boise | ID | 83720-0010 | 208-334-2400 | | brett.delange@ag.idaho.gov |
| State Attorney General | Office of the State of Iowa Attorney General | Attn William R. Pearson - Assistant AG | Hoover Building, 2nd Floor | 1305 E. Walnut Street | Des Moines | IA | 50312 | 515-242-6773 | 515-281-6771 | william.pearson@ag.iowa.gov |
| State Attorney General | Office of the State of Vermont Attorney General | Attn Jill S. Abrams | Vermont Attorney General's Office | 109 State Street | Montpelier | VT | 05403 | 802-828-1106 | | Jill.abrams@vermont.gov |
| Office of The United States Trustee | Office of The United States Trustee | Attn Paul Schwartzberg | U.S. Federal Office Building | 201 Varick Street, Suite 1006 | New York | NY | 10014 | 212-510-0500 ext. 221 | 212-668-2361 | paul.schwartzberg@usdoj.gov |
| Counsel to Ohio Attorney General | Ohio Attorney General | Attn Alison L. Archer, Assistant AG | Ohio AG's Office | 615 W. Superior Avenue, 11th Floor | Cleveland | OH | 44113 | 216-787-4721 | 866-416-9729 | Alison.Archer@ohioattorneygeneral.gov |
| Counsel to Ohio Attorney General | Ohio Attorney General | Attn Patricia D. Lazich, Assistant AG | Ohio AG's Office | 615 W. Superior Avenue, 11th Floor | Cleveland | OH | 44113 | 216-787-3180 | 866-437-9074 | Trish.Lazich@ohioattorneygeneral.gov |
| Counsel to the State of Texas | Otterbourg P.C. | Attn Melanie L. Cyganowski, Esq. & Jennifer S. Feeney | 230 Park Avenue | | New York | NY | 10169 | 212-661-9100 | 212-682-6104 | mcyganowski@otterbourg.com; jfeeney@otterbourg.com |
| Counsel to Commonwealth of Pennsylvania | Pennsylvania Office of Attorney General | Attn Melissa L. Van Eck - Senior Deputy AG | Strawberry Square, 15th Floor | | Harrisburg | PA | 17120 | 717-787-5176 | | mvaneck@attorneygeneral.gov |
| Counsel to the Ad Hoc Group of Non-Consenting States | Pillsbury Winthrop Shaw Pittman LLP | Attn Andrew M. Troop and Andrew V. Alfano | 31 West 52nd Street | | New York | NY | 10019 | 212-858-1000 | | andrew.troop@pillsburylaw.com; andrew.alfano@pillsburylaw.com |
| Counsel to the Ad Hoc Group of Non-Consenting States | Pillsbury Winthrop Shaw Pittman LLP | Attn Jason S. Sharp | 2 Houston Center | 909 Fannin, Suite 2000 | Houston | TX | 77010 | 713-276-7600 | | jason.sharp@pillsburylaw.com |
| Counsel to Walmart, Inc. and its Subsidiaries | Potter Anderson & Corroon LLP | Attn Jeremy W. Ryan, Aaron H. Stulman, D. Ryan Slaugh | 1313 North Market Street, Sixth Floor | P.O. Box 951 | Wilmington | DE | 19899 | 302-984-6000 | 302-658-1192 | jryan@potteranderson.com; astulman@potteranderson.com; rslaugh@potteranderson.com |
| Claims and Noticing Attorney Generalent | Prime Clerk, LLC | Attn Herb Baer | One Grand Central Place | 60 East 42nd Street, Suite 1440 | New York | NY | 10165 | 212-257-5450 | 646-328-2851 | purduepharmateam@primeclerk.com; serviceqa@primeclerk.com |
| Debtors | Purdue Pharma L.P. | Attn President or General Counsel | One Stamford Forum, 201 Tresser Boulevard | | Stamford | CT | 06901 | | | Jon.Lowne@pharma.com |
| Counsel to Blue Cross Blue Shield Association | RAWLINGS & ASSOCIATES | Attn Mark D. Fischer | 1 Eden Parkway | | La Grange | KY | 40031 | 502-814-2139 | | mdf@rawlingsandassociates.com |
| Counsel to AmerisourceBergen Drug Corporation | Reed Smith LLP | Attn Christopher A. Lynch | 599 Lexington Avenue | | New York | NY | 10022-7650 | 212-521-5400 | 212-521-5450 | clynch@reedsmith.com |

| Description | Firm | Attn | Address 1 | Address 2 | City | State | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to AmerisourceBergen Drug Corporation | Reed Smith LLP | Attn Claudia Z. Springer | Three Logan Square | 1717 Arch Street, Suite 3100 | Philadelphia | PA | 19103 | 215-851-8100 | 215-851-1420 | cspringer@reedsmith.com |
| Counsel to Casey David Nadolski | Sahn Ward Coschignano, PLLC | Attn Joel M. Shafferman | The Omni - 333 Earle Ovington Boulevard, Suite 601 | | Uniondale | NY | 11553 | 516-228-1300 | | jshafferman@swc-law.com |
| Counsel to Consortium of Some Massachusetts Municipalities | Scott+Scott Attorneys at Law LLP | Attn Beth Kaswan and Judith S. Scolnick | The Helmsley Building | 230 Park Avenue, 17th Floor | New York | NY | 10169 | 212-223-6444 | | bkaswan@scott-scott.com jscolnick@scott-scott.com |
| Counsel to United HealthCare Services, Inc. | Shipman & Goodwin LLP | Attn Eric S. Goldstein | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com |
| Counsel to PJT Partners LP | Simpson Thacher & Bartlett LLP | Attn Elisha D. Graff, Jamie J. Fell | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | jamie.fell@stblaw.com egraff@stblaw.com |
| State Attorney General | State of Alaska Attorney General | Attn Bankruptcy Department | P.O. Box 110300 | | Juneau | AK | 99811-0300 | 907-465-2133 | 907-465-2075 | attorney.general@alaska.gov |
| State Attorney General | State of Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 | 602-542-5025 | 602-542-4085 | aginfo@azag.gov |
| State Attorney General | State of Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. | Suite 200 | Little Rock | AR | 72201-2610 | 501-682-2007; 800-482-8982 | 501-682-8084 | oag@ArkansasAG.gov |
| State Attorney General | State of California Attorney General | Attn Bankruptcy Department | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | 916-445-9555 | 916-323-5341 | bankruptcy@coag.gov |
| State Attorney General | State of Connecticut Attorney General | Attn Bankruptcy Department | 55 Elm St. | | Hartford | CT | 06106 | 860-808-5318 | 860-808-5387 | Attorney.General@ct.gov |
| State Attorney General | State of Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | Wilmington | DE | 19801 | 302-577-8338 | 302-577-6630 | Attorney.General@state.DE.US |
| State Attorney General | State of Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen St. | | Honolulu | HI | 96813 | 808-586-1500 | 808-586-1239 | hawaiiag@hawaii.gov |
| State Attorney General | State of Illinois Attorney General | Attn Bankruptcy Department | 100 West Randolph Street | | Chicago | IL | 60601 | 312-814-3000 | | webmaster@atg.state.il.us |
| State Attorney General | State of Louisiana Attorney General | Attn Bankruptcy Department | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 | 225-326-6000 | 225-326-6499 | ConsumerInfo@ag.state.la.us |
| State Attorney General | State of Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | Augusta | ME | 04333 | 207-626-8800 | | consumer.mediation@maine.gov |
| State Attorney General | State of Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | 410-576-6300 | | oag@oag.state.md.us |
| State Attorney General | State of Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | | Boston | MA | 02108-1698 | 617-727-2200 | | ago@state.ma.us |
| State Attorney General | State of Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building, 7th Floor | 525 W. Ottawa St., P.O. Box 30212 | Lansing | MI | 48909-0212 | 517-373-1110 | 517-373-3042 | miag@michigan.gov |
| State Attorney General | State of Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Building | 207 W. High St. | Jefferson City | MO | 65102 | 573-751-3321 | 573-751-0774 | attorney.general@ago.mo.gov |
| State Attorney General | State of Montana Attorney General | Attn Bankruptcy Department | 215 N Sanders, Third Floor | P.O. BOX 201401 | Helena | MT | 59620-1401 | 406-444-2026 | 406-444-3549 | contactdoj@mt.gov |
| State Attorney General | State of Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | 2nd Fl, Rm 2115 | Lincoln | NE | 68509-8920 | 402-471-2683 | 402-471-3297 | ago.info.help@nebraska.gov |
| State Attorney General | State of New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | Concord | NH | 03301 | 603-271-3658 | 603-271-2110 | attorneygeneral@doj.nh.gov |
| State Attorney General | State of New Jersey Attorney General | Attn Bankruptcy Department | RJ Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625-0080 | 609-292-4925 | 609-292-3508 | askconsumeraffairs@lps.state.nj.us |
| State Attorney General | State of New York Attorney General | Attn Louis J. Testa | Bankruptcy Litigation Unit | The Capitol | Albany | NY | 12224-0341 | 518-776-2000 | 866-413-1069 | Louis.Testa@ag.ny.gov |
| State Attorney General | State of North Carolina Attorney General | Attn Jessica Sutton | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 | 919-716-0998 | 919-716-6050 | jsutton2@ncdoj.gov |
| State Attorney General | State of North Dakota Attorney General | Attn Bankruptcy Department | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505-0040 | 701-328-2210 | 701-328-2226 | ndag@nd.gov |
| State Attorney General | State of Oregon Attorney General | Attn Bankruptcy Department | 1162 Court Street NE | | Salem | OR | 97301 | 503-378-4400 | 503-378-4017 | consumer.hotline@doj.state.or.us |
| State Attorney General | State of South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 | 605-773-3215 | 605-773-4106 | consumerhelp@state.sd.us |
| State Attorney General | State of Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | Nashville | TN | 37202-0207 | 615-741-3491 | 615-741-2009 | reg.boards@tn.gov |
| Counsel to the State of Texas | State of Texas | Attn Paul L. Singer, Esq. | Chief, Consumer Protection Division MC 009 | P.O. Box 12548 | Austin | TX | 78711-2548 | 512-463-2185 | | paul.singer@oag.texas.gov |
| Counsel to the State of Texas | State of Texas | Attn Rachel R. Obaldo, Esq. | Bankruptcy & Collections Division MC 008 | P.O. Box 12548 | Austin | TX | 78711-2548 | 512-475-4551 | 512-936-1409 | bk-robaldo@oag.texas.gov |
| State Attorney General | State of Texas Attorney General | Attn Bankruptcy Department | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 | 512-475-4868 | 512-475-2994 | public.information@oag.state.tx.us |
| State Attorney General | State of Utah Attorney General | Attn Bankruptcy Department | P.O. Box 142320 | | Salt Lake City | UT | 84114-2320 | 801-538-9600 | 801-538-1121 | uag@utah.gov |
| State Attorney General | State of Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | Montpelier | VT | 05609-1001 | 802 828-3171 | 802-304-1014 | ago.info@vermont.gov |
| State Attorney General | State of Virginia Attorney General | Attn Bankruptcy Department | 900 East Main Street | | Richmond | VA | 23219 | 804-786-2071 | 804-225-4378 | mailoag@oag.state.va.us |
| State Attorney General | State of Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 | 360-753-6200 | | emailago@atg.wa.gov |
| State Attorney General | State of West Virginia Attorney General | Attn Abby Cunningham, Assistant AG for West Virginia | State Capitol Bldg 1 Room E 26 | | Charleston | WV | 25305 | 304-558-2021 | 304-558-0140 | Abby.G.Cunningham@wvago.gov |

| Description | Firm | Attn | Address | City | State | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., and the Putative Classes | Stevens & Lee, P.C. | Attn Nicholas F. Kajon and Constantine D. Pourakis | 485 Madison Avenue, 20th Floor | New York | NY | 10022 | 212-319-8500 | 212-319-8505 | nfk@stevenslee.com cp@stevenslee.com |
| Counsel to Certain Native American Tribes, Health Organizations, Municipalities and Unions | Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation | Attn Sander L. Esserman and Peter C. D'Apice | 2323 Bryan Street, Suite 2200 | Dallas | TX | 75201 | 214-969-4900 | 214-969-4999 | esserman@sbep-law.com dapice@sbep-law.com |
| Counsel to the Ad Hoc Committee of NAS Babies | Tarter Krinsky & Drogin LLP | Attn Scott S. Markowitz, Esq., Rocco A. Cavaliere, Esq., & Michael Z. Brownstein, Esq. | 1350 Broadway, 11th Floor | New York | NY | 10018 | 212-216-8000 | 212-216-8001 | smarkowitz@tarterkrinsky.com rcavaliere@tarterkrinsky.com mbrownstein@tarterkrinsky.com |
| State of Tennessee | Tennessee Attorney General's Office | Attn Marvin Clements, Bankruptcy Division | P.O. Box 20207 | Nashville | TN | 37202-0207 | 615-741-3491 | 615-741-3334 | Marvin.Clements@ag.tn.gov |
| Counsel to Thermo Fisher Scientific | Tucker Arensberg, P.C. | Attn Jordan S. Blask, Esq. | 1500 One PPG Place | Pittsburgh | PA | 15222 | 412-566-1212 | 412-594-5619 | jblask@tuckerlaw.com |
| Counsel to the State of North Carolina | Waldrep LLP | Attn Thomas W. Waldrep, Jr., James C. Lanik, Jennifer B. Lyday | 101 S. Stratford Road, Suite 210 | Winston-Salem | NC | 27104 | 336-717-1440; 336-717-1280 | 336-717-1340 | twaldrep@waldrepllp.com jlyday@waldrepllp.com jlanik@waldrepllp.com |
| Counsel to the Ad Hoc Group of Individual Victims | White & Case LLP | Attn J. Christopher Shore, Michele J. Meises, Alice Tsier, Ashley R. Chase | 1221 Avenue of the Americas | New York | NY | 10020 | 212-819-8200 | 305-358-5744 | cshore@whitecase.com michele.meises@whitecase.com alice.tsier@whitecase.com ashley.chase@whitecase.com |
| Counsel to the Ad Hoc Group of Individual Victims | White & Case LLP | Attn Thomas E. Lauria, Laura L. Femino | 200 S Biscayne Blvd | Miami | FL | 33131 | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com laura.femino@whitecase.com |
| Counsel to the State of Alabama | Wilk Auslander LLP | Attn Eric J. Snyder | 1515 Broadway, 43rd Floor | New York | NY | 10036 | 212-981-2300 | 212-752-6380 | esnyder@wilkauslander.com |