Masoud Bamdad
17806 Ridgeway Rd.
Granada Hills, CA. 91344
Phone: (818)326-7894
Fax:   (818)366-5522
Email: Bamdadm2020@gmail.com

Plaintiff pro se

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASOUD BAMDAD,<br><br>      Plaintiff,<br><br>vs.<br><br>PURDUE PHARMA LP, ET AL.,<br><br>      Defendants. | Case No.: **19-23649-rrd**<br><br>**PLAINTIFF'S CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE THAT** Plaintiff Bamdad has been recently transferred to home confinement due to COVID-19 pandemic through an executive order. His new address and information is currently stated as the above.

Respectfully submitted,

/s/ Masoud Bamdad

_____
Masoud Bamdad, Pro Se

Sept 25, 2020

PLAINTIFF'S CHANGE OF ADDRESS - 1

## CERTIFICATE OF SERVICE

I, Masoud Bamdad, hereby certify under penalty of perjury that I have mailed a true and correct copy of the attached legal document, titled "Change of address," via USPS first class mail to:

DAVIS POLK & WARDWELL, LLP
Attorneys for Bankruptcy for
Defendant Purdue Pharma, LP
450 Lexington Ave.
New York, NY  10017

Executed on this 25th day of September 2020, in the County of Los Angeles, State of California.

---

**Masoud Bamdad**