**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**ORDER SHORTENING NOTICE WITH RESPECT TO THE MOTION OF THE
DEBTORS FOR ENTRY OF AN ORDER SHORTENING NOTICE WITH RESPECT TO
MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER (I) APPROVING SALE OF
DEBTORS' COVENTRY FACILITY AND RELATED ASSETS FREE AND CLEAR OF
LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES, (II) APPROVING DEBTORS'
ENTRY INTO A LONG-TERM API SUPPLY AGREEMENT, (III) AUTHORIZING
ASSUMPTION AND ASSIGNMENT OR ASSIGNMENT, AS APPLICABLE, OF
EXECUTORY CONTRACTS AND UNEXPIRED LEASES
AND (IV) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion to Shorten**")[2] of Purdue Pharma L.P. and its affiliates that

are debtors and debtors in possession in these proceedings (collectively, the "**Debtors**") for entry

of an order (this "**Order**") shortening the notice period with respect to the Sale Motion, as more

fully set forth in the Motion to Shorten; and the Court having jurisdiction to consider the Motion

to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to such term in the Motion.

the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and

consideration of the Motion to Shorten and the relief requested therein being a core proceeding

under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§

1408 and 1409; and due and proper notice of the Motion to Shorten having been provided to the

Notice Parties, and it appearing that no other or further notice need be provided; and there being

no objections to the Motion to Shorten; and upon the record of the hearing held by the Court on

the Motion to Shorten on September 30, 2020; and, after due deliberation, the Court having

determined that the legal and factual bases set forth in the Motion to Shorten establish good and

sufficient cause for the relief granted herein and that such relief is in the best interests of the

Debtors, their estates, creditors and all parties in interest; now, therefore,

**IT IS HEREBY ORDERED THAT**

1.      The Motion to Shorten is granted as set forth herein.

2.      Notice of the Sale Motion as provided therein shall be deemed good and sufficient

notice of such Sale Motion.

3.      A hearing (the "**Hearing**") to consider the relief requested in the Sale Motion will

be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas

Street, White Plains, New York 10601 on **September 30, 2020, at 10:00 a.m. (prevailing**

**Eastern Time)**.

4.      The responses or objections to the Sale Motion shall be in writing, shall conform

to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern

District of New York, and the *Second Amended Order Establishing Certain Notice, Case*

*Management, and Administrative Procedures* entered on November 18, 2019 [ECF 498] (the

"**Case Management Order**"), and shall be filed with the Court (a) by registered users of the

Court's case filing system, electronically in accordance with General Order M–399 (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers as set forth in the Case Management Order), in accordance with the customary practices of the Court and General Order M–399, to the extent applicable, and served so as to be actually received no later than **September 25, 2020, at 4:00 p.m. (prevailing Eastern Time)**—on the Master Service List (as defined in the Case Management Order); provided, that the Court will consider oral objections at the Hearing.

5.      The Debtors are authorized to take all such actions as are necessary or appropriate to implement the relief granted in this Order.

6.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated:  White Plains, New York
     October 1, 2020

*/s/Robert D. Drain*
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE