**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649-rdd<br><br>(Joint Administration Pending) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of James T. Boffetti, to be admitted, *pro hac vice*, to represent the State of New Hampshire, (the "Client"), a creditor in the above-captioned Chapter 11 cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New Hampshire and, the bar of the U.S. District Court for the District of New Hampshire, it is hereby **ORDERED**, that James T. Boffetti, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:   White Plains, New York
          October 1, 2020

                                                    */s/ Robert D. Drain*
                                                    HONORABLE ROBERT D. DRAIN
                                                    U.S. BANKRUPTCY JUDGE