ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., et al.,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**TWELFTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | August 1, 2020 through August 31, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total Compensation Incurred** | $84,864.41[2] |
| **Less 20% Holdback** | $16,972.88 |
| **Total Reimbursement Requested** | $275.00 |
| **Total Compensation and Reimbursement Requested in this Statement** | $68,166.53 |

**This is a(n):**   _X_ Monthly Application   ___ Interim Application   ___ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from August 1, 2020 Through August 31, 2020*

---

[2]    This amount reflects a reduction in fees in the amount of $14,976.09 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**") and a further voluntary reduction of $3,000.00 resulting in the total compensation amount of $84,864.41 under this statement, after application of these discounts.

(this "**Fee Statement**").[3] By this Fee Statement, A&P seeks (i) compensation in the amount of $68,166.53 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $84,864.41) and (ii) payment of $275.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $84,864.41 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $67,891.53.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $816.97.[4] The blended hourly billing rate of all paraprofessionals is $281.11.[5]

---

[3]    The period from August 1, 2020, through and including August 31, 2020, is referred to herein as the "**Fee Period**." Please note that two matters (00143 and 00146) include time for services rendered in June 2020 due to an anomaly that occurred in updating the A&P billing system.

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount. The Litigation Manager position is a paraprofessional position at Arnold & Porter. However, for the purposes of calculating the blended hourly billing rate of attorneys, the Litigation Manager totals are included, as the Litigation Manager role is held by an attorney.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

3.      Attached hereto as **Exhibit C** is a chart of expenses that A&P incurred or disbursed in the amount of $275.00 in connection with providing professional services to the Debtors during the Fee Period.

4.      Attached hereto as **Exhibit D** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

### Notice

5.      A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A&P submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $68,166.53, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $84,864.41) and (ii) payment of $275.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

October 2, 2020                                        Respectfully submitted,


By:  */s/* Rory Greiss
**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous | 9.00 | $9,027.00 |
| Commercial Contracts Advice | 55.80 | $46,053.42 |
| Project Catalyst | 6.00 | $4,176.90 |
| Oncology Development Agreement | 13.60 | $10,455.42 |
| Amendment to Shionogi Collaboration | 3.40 | $2,615.45 |
| Praxis | 0.50 | $397.37 |
| Retention and Fee Applications | 28.80 | $12,138.85 |
| **Total[6]** | **117.10** | **$84,864.41** |

---

[6] This amount reflects a reduction in fees in the amount of $14,976.09 on account of voluntary discounts as described in the Retention Application and the further voluntary reduction of $3,000.00 for this Fee Period, resulting in a total reduction in fees in the combined amount of $17,976.09 for this Fee Period.

- 7 -

**<u>Exhibit B</u>**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Coutu, Stephanie | Partner | 1997 | 935.00 | 0.5 | $467.50 |
| Evergreen, Rosa J. | Partner | 2005 | 950.00 | 2.40 | $2,280.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,350.00 | 0.60 | $810.00 |
| Greiss, Rory | Partner | 1981 | 1,180.00 | 51.20 | $60,416.00 |
| Rothman, Eric | Counsel | 2008 | 905.00 | 14.00 | $12,670.00 |
| Boyce, Monique | Associate | 2016 | 760.00 | 5.40 | $4,104.00 |
| Clements, Ginger | Associate | 2016 | 700.00 | 6.40 | $4,480.00 |
| Zausner, Ethan | Associate | 2017 | 700.00 | 9.60 | $6,720.00 |
| Yang, Jae | Associate | 2020 | 500.00 | 11.60 | $5,800.00 |
| Anderson, Kenneth | Legal Assistant | | 395.00 | 9.90 | $3,910.50 |
| Lazzaro, Sofia | Legal Assistant | | 215.00 | 5.50 | $1,182.50 |
| **Total** | | | | **117.10** | **$102,840.50** |
| Less 15% Discount and additional voluntary discount | | | | | ($17,976.09) |
| **Discounted Total** | | | | | **$84,864.41** |
| Less 20% Holdback | | | | | ($16,972.88) |
| **Total Amount Requested Herein** | | | | | **$67,891.53** |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| Local Counsel | $275.00 |
| **Total Expenses** | **$275.00** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

Purdue Pharma L.P.                                    September 30, 2020
Philip C. Strassburger, Esq.                          Invoice # 30117442
One Stamford Forum                                    EIN 53-0208605
Dept. VN: 1008442
Stamford, CT  06901-3431


Client/Matter # 1049218.00001

Miscellaneous

1000000570



| | | |
|---|---|---|
| For Legal Services Rendered through August 31, 2020 | $ | 10,620.00 |
| Less Discount: | | -1,593.00 |
| Fee Total | | 9,027.00 |
| | | |
| Disbursements Recorded through August 31, 2020 | | 275.00 |
| | | |
| Total Amount Due | $ | 9,302.00 |



Wire Transfer Instructions:

|  |  |  |
|---|---|---|
| | Account Name: | Arnold & Porter Kaye Scholer LLP |
| | Bank Info: | Wells Fargo Bank NA |
| | | 420 Montgomery Street |
| | | San Francisco, CA  94104 |
| | Account Number: | 4127865475 |
| | ABA Number: | 121000248 |
| | Swift Code: | WFBIUS6S |
| Or Remit To: | | Arnold & Porter Kaye Scholer LLP |
| | | P.O. Box 759451 |
| | | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

September 30, 2020                                                                              Invoice # 30117442

## (1049218.00001)
Miscellaneous

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 08/06/20 | 0.80 | Review correspondence from P. Strassburger re: notices to settlement counterparties (.2); review settlement agreement (.5); forward to P. Strassburger and R. Inz list of counterparties (.1). |
| Rory Greiss | 08/12/20 | 0.70 | Review correspondence from counsel for third party re: entering into distribution agreement to provide response (.4); correspondence with P. Strassburger and R. Kreppel re: same (.3). |
| Rory Greiss | 08/18/20 | 0.50 | Locate settlement agreement documents requested for review by R. Inz. |
| Rory Greiss | 08/19/20 | 0.70 | Correspondence with P. Strassburger and R. Whitten re: updating Agreements. |
| Rory Greiss | 08/25/20 | 1.80 | Review existing agreements in preparation for videoconference (.6); videoconference with P. Strassburger, R. Whitten and D. Kyle (.5); Email group with recommended amendments to agreements (.7). |
| Rory Greiss | 08/26/20 | 0.50 | Review, analyze executed settlement and license agreements files to provide to R. Kreppel for review. |
| Rory Greiss | 08/27/20 | 2.80 | Prepare draft of amendment Agreement (2.5); correspondence re: same with P. Strassburger and D. Kyle (.3). |
| Rory Greiss | 08/28/20 | 0.50 | Correspondence with P. Strassburger, R. Whitten and D. Kyle re: draft amendment. |
| Rory Greiss | 08/31/20 | 0.70 | Review, draft revisions to proposed amendment to agreement. |

**Total Hours**                          **9.00**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 9.00 | 1,180.00 | 10,620.00 |
| **TOTAL** | **9.00** | | **10,620.00** |

September 30, 2020                                                                Invoice # 30117442

**Disbursements:**

| Category | Amount | |
|---|---|---|
| Local Counsel | 275.00 | |
| **Total Disbursements** | | 275.00 |
| **Total Current Amount Due** | | **$9,302.00** |

# Arnold&Porter

Purdue Pharma L.P.                                          September 30, 2020
Attn: Maria Barton                                          Invoice # 30117443
General Counsel                                             EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00117

Commercial Contracts Advice

20170001233


| | | |
|---|---|---|
| For Legal Services Rendered through August 31, 2020 | $ | 54,180.50 |
| Discount: | | -8,127.08 |
| Fee Total | | 46,053.42 |
| Total Amount Due | $ | 46,053.42 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                Arnold & Porter Kaye Scholer LLP
                            P.O. Box 759451
                            Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

September 30, 2020                                                                                    Invoice # 30117443

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services:**

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Jae Yang | 08/01/20 | 1.20 | Draft amended and restated license agreement (.6); review licensee comments (.4); review precedents (.2). |
| Rory Greiss | 08/02/20 | 1.00 | Review R. Inz comments to mark-up from licensee relating to draft amended and restated sublicense agreement in preparation for video conference on Monday. |
| Rory Greiss | 08/03/20 | 6.50 | Video conference with R. Inz, P. Strassburger, Joon Ahn, Grace Khoh and E. Zausner re: sublicense draft (.9); follow up call with E. Zausner to go through changes to be made to draft (.9); review draft of amended and restated license agreement to provide mark-up comments (4.4); correspondence with J. Yang re: mark-up (.3). |
| Ethan Zausner | 08/03/20 | 1.80 | Call with Mundipharma to discuss sublicense agreement [.9]; call with R. Greiss to discuss changes and next steps [.9]. |
| Jae Yang | 08/03/20 | 2.20 | Draft amended and restated license agreement (1.4); review licensee comments (.5); review precedents (.3). |
| Rory Greiss | 08/04/20 | 3.70 | Conference call with R. Inz re: certain provisions of sublicense agreement (.4); review revised draft of amended and restated license agreement and provide comments (3.3). |
| Jae Yang | 08/04/20 | 1.60 | Review and revise template amended and restated license agreement (1.2); review precedents (.4). |
| Rory Greiss | 08/05/20 | 3.10 | Review updated draft of sublicense agreement to provide comments to E. Zausner (1.5); review R. Inz comments on license agreement template (.8); review email from K. McCarthy and B. Koch re: comments on Supply Agreement draft (.5); correspondence with L. Edwards re: same (.3). |
| Ethan Zausner | 08/05/20 | 1.30 | Review, revise updated draft of sublicense agreement. |
| Jae Yang | 08/05/20 | 1.10 | Review, revise template amended and restated license agreement (.9); review precedents (.2). |
| Rory Greiss | 08/06/20 | 1.20 | Correspondence with R. Inz re: comments on sublicense (.4) and correspondence with R. Inz and J. Yang re: Inz comments on license agreement template (.8). |
| Ethan Zausner | 08/06/20 | 0.80 | Review of updated draft of Mundipharma sublicense [.3]; review of client email summarizing certain provisions of sublicense agreement [.3]; related communications [.2]. |
| Ethan Zausner | 08/07/20 | 0.70 | Review, revise sublicense agreement. |
| Rory Greiss | 08/10/20 | 2.20 | Videoconference with R. Inz, J. Yang, E. Rothman and P. Strassburger re: review of latest draft of Sublicense Agreement (.6); follow-up conference call with R. Inz and P. Strassburger re: latest draft of license agreement (.9); correspondence with E. Rothman and J. Yang re: changes (.7). |
| Eric Rothman | 08/10/20 | 0.60 | Teleconference with R. Greiss, R. Inz, J. Yang, and P. Strassburger to discuss sublicense. |

Page 1

September 30, 2020                                                                                    Invoice # 30117443

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 08/12/20 | 1.90 | Video conference with P. Strassburger, R. Inz, N.Trueman, I. Burnham and E. Rothman re: our draft of amended and restated license agreement template (.9); correspondence with P. Strassburger re: same (.2); correspondence with K. McCarthy re: question regarding interpretation of ROFN provisions of license agreement and review of provisions (.8). |
| Eric Rothman | 08/12/20 | 1.20 | Teleconference with R. Greiss, J. Yang, P. Strassburger, R. Inz, N. Trueman, and I. Burnham to discuss ORF licenses (.9); correspondence with A&P team re: same (.3). |
| Jae Yang | 08/12/20 | 0.90 | Teleconference with R. Greiss, E. Rothman, P. Strassburger, R. Inz, N. Trueman, and I. Burnham to discuss draft amended and restated license agreement. |
| Rory Greiss | 08/13/20 | 1.60 | Review, revise royalty calculations and royalty provisions of the proposed sublicense agreement (1.1); correspondence with P. Strassburger and R. Inz re: same (.5). |
| Rory Greiss | 08/14/20 | 0.70 | Correspondence with P. Strassburger and R. Inz re: royalty provisions of draft sublicense (.3); revise language (.3) and send to group (.1). |
| Rory Greiss | 08/18/20 | 1.20 | Review questions forwarded by R. Inz from J. Doyle re: draft IAC license agreement template and respond (.6); conference call with K. McCarthy, J. Fox, and E. Rothman re: supply agreement draft (.6). |
| Eric Rothman | 08/18/20 | 1.20 | Teleconference with R. Greiss, K. McCarthy, and J. Fox re: Supply Agreement (.6); review, revise Supply Agreement (.6). |
| Rory Greiss | 08/19/20 | 0.90 | Review R. Inz comments to license agreement. |
| Eric Rothman | 08/19/20 | 1.30 | Review, revise Supply Agreement. |
| Rory Greiss | 08/20/20 | 0.70 | Review provisions of license agreement (.4) and correspondence with R. Inz re: same (3). |
| Eric Rothman | 08/20/20 | 1.40 | Review, revise Supply Agreement. |
| Rory Greiss | 08/24/20 | 2.40 | Review correspondence from E. Rothman and K. McCarthy re: modifying proposed MOU on Collaboration Agreement into an amendment and points to be covered in amendment (.7); review amendment drafted by E. Rothman (1.1) and discuss provisions with E. Rothman (.6). |
| Jae Yang | 08/24/20 | 0.30 | Review list of patents; review comments on A&R license agreement. |
| Rory Greiss | 08/25/20 | 0.50 | Correspondence with E. Rothman and K. McCarthy re: proposed amendment to Collaboration Agreement. |
| Rory Greiss | 08/26/20 | 1.10 | Prepare for videoconference re: amendment to Collaboration Agreement (.4); videoconference with K. McCarthy and E. Rothman to discuss amendment (.7). |
| Jae Yang | 08/26/20 | 1.50 | Review and revise A&R license agreement (.9); review client comments and list of sub-licensed patents (.6). |
| Rory Greiss | 08/27/20 | 2.30 | Review revised draft of IAC license template prepared by J. Yang (1.1); videoconference with J. Yang and R. Inz re: patents to be reassigned or licensed (.5); review further revised agreement for comment (.4); review correspondence re: payments for regulatory costs (.3). |
| Jae Yang | 08/27/20 | 2.30 | Participate in teleconference with R. Greiss and R. Inz re: patents to be reassigned or licensed (.5); review, revise A&R license agreement (1.5); review client comments (.3). |
| Rory Greiss | 08/28/20 | 1.40 | Review revised draft of license agreement (.7); correspondence with J. Yang and R. Inz re: comments (.4); review further correspondence re: development costs (.3). |
| Jae Yang | 08/28/20 | 0.30 | Review, revise amended and restated license agreement template (.2); review comments re: same (.1). |

September 30, 2020

Invoice # 30117443

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Jae Yang | 08/29/20 | 0.20 | Review, revise template A&R license agreement (.1); prepare redlines (.1). |
| Rory Greiss | 08/31/20 | 1.50 | Review comments re: sublicense draft (.5); correspondence re: same (.3); review comments re: license agreement template (.7). |

**Total Hours**                         **55.80**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 33.90 | 1,180.00 | 40,002.00 |
| Eric Rothman | 5.70 | 905.00 | 5,158.50 |
| Jae Yang | 11.60 | 500.00 | 5,800.00 |
| Ethan Zausner | 4.60 | 700.00 | 3,220.00 |
| **TOTAL** | **55.80** | | **54,180.50** |

**Total Current Amount Due**                                  **$46,053.42**

# Arnold&Porter

Purdue Pharma L.P.
Philip Strassburger, Esq.
One Stamford Forum
Stamford, CT  06901-3431

September 30, 2020
Invoice # 30117444
EIN 53-0208605

Client/Matter # 1049218.00132

Project Catalyst

20200002830

| | | |
|---|---|---|
| **For Legal Services Rendered through August 31, 2020** | $ | **4,914.00** |
| Discount: | | <u>-737.10</u> |
| **Fee Total** | | **4,176.90** |
| **Total Amount Due** | $ | <u>**4,176.90**</u> |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  <u>Invoice@arnoldporter.com</u>

September 30, 2020                                                    Invoice # 30117444

**(1049218.00132)**
Project Catalyst

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Monique Boyce | 08/03/20 | 0.30 | Project Catalyst:  Review documents for clean room designation (.20); correspond with Purdue team regarding status of materials (.10). |
| Monique Boyce | 08/10/20 | 0.10 | Project Catalyst:  Review documents for clean room designations. |
| Monique Boyce | 08/12/20 | 0.30 | Project Catalyst:  Review documents for clean room designations. |
| Monique Boyce | 08/14/20 | 0.30 | Project Catalyst:  Review documents for clean team designations. |
| Monique Boyce | 08/18/20 | 1.40 | Project Catalyst:  Review documents for clean room designations. |
| Monique Boyce | 08/19/20 | 0.20 | Project Catalyst:  Review documents for clean room designations (.1); correspond with Purdue team regarding designation of documents (.10). |
| Monique Boyce | 08/20/20 | 0.50 | Review documents for clean room designations. |
| Monique Boyce | 08/21/20 | 1.20 | Project Catalyst:  Review documents for clean room designations. |
| Monique Boyce | 08/24/20 | 0.50 | Project Catalyst:  Review documents for clean team designations. |
| Monique Boyce | 08/25/20 | 0.50 | Review documents for clean room designations. |
| Monique Boyce | 08/26/20 | 0.10 | Project Catalyst:  Review document for potential modifications to place in main room. |
| Deborah L. Feinstein | 08/30/20 | 0.10 | Review, analyze slides re: gunjumping. |
| Deborah L. Feinstein | 08/31/20 | 0.50 | Teleconference with client re: gunjumping slides. |

**Total Hours**                    **6.00**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Deborah L. Feinstein | 0.60 | 1,350.00 | 810.00 |
| Monique Boyce | 5.40 | 760.00 | 4,104.00 |
| **TOTAL** | **6.00** | | **4,914.00** |

**Total Current Amount Due**                                      **$4,176.90**

Page 1

# Arnold&Porter

Purdue Pharma L.P.                                          September 30, 2020
Attn: Roxana Aleali                                        Invoice # 30117445
Associate General Counsel                                   EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431


Client/Matter # 1049218.00143

Oncology Development Agreement

20190002456


| | | |
|---|---|---|
| For Legal Services Rendered through August 31, 2020 | $ | 12,300.50 |
| Discount: | | -1,845.08 |
| Fee Total | | 10,455.42 |
| Total Amount Due | $ | 10,455.42 |


Wire Transfer Instructions:

| | | |
|---|---|---|
| | Account Name: | Arnold & Porter Kaye Scholer LLP |
| | Bank Info: | Wells Fargo Bank NA |
| | | 420 Montgomery Street |
| | | San Francisco, CA  94104 |
| | Account Number: | 4127865475 |
| | ABA Number: | 121000248 |
| | Swift Code: | WFBIUS6S |
| Or Remit To: | | Arnold & Porter Kaye Scholer LLP |
| | | P.O. Box 759451 |
| | | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

September 30, 2020                                                                                    Invoice # 30117445

**(1049218.00143)**
**Oncology Development Agreement**

**Legal Services:**

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 06/18/20 | 2.20 | Conference call with E. Rothman and K. McCarthy to discuss preparation of transfer agreement for "B" assets (.9); follow-up with E. Rothman regarding structure and provisions to be included in transfer agreement (1.3). |
| Eric Rothman | 06/18/20 | 2.10 | Teleconference with R. Greiss and K. McCarthy to discuss B asset Transfer Agreement (0.9); review, draft the same (1.2). |
| Eric Rothman | 06/19/20 | 1.70 | Teleconference with E. Zausner to discuss B asset Transfer Agreement (0.5); review, draft the same (1.2). |
| Ethan Zausner | 06/19/20 | 0.70 | Teleconference with Eric Rothman re: assignment agreement (.5); review term sheet (.2). |
| Ethan Zausner | 06/23/20 | 3.50 | Review, revise Asset Transfer Agreement. |
| Rory Greiss | 06/24/20 | 1.50 | Review draft Intellectual Property Asset Transfer Agreement to incorporate E. Rothman's comments (.8); provide comments (.7). |
| Eric Rothman | 06/24/20 | 1.10 | Review, comment on draft of B asset Transfer Agreement. |
| Ethan Zausner | 06/24/20 | 0.80 | Review, revise asset transfer agreement. |
| **Total Hours** | | **13.60** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 3.70 | 1,180.00 | 4,366.00 |
| Eric Rothman | 4.90 | 905.00 | 4,434.50 |
| Ethan Zausner | 5.00 | 700.00 | 3,500.00 |
| **TOTAL** | **13.60** | | **12,300.50** |

**Total Current Amount Due**                                                              $10,455.42

# Arnold&Porter

Purdue Pharma L.P.                                    September 30, 2020
Attn: Phillip C. Strassburger                       Invoice # 30117446
Vice President & General Counsel                 EIN 53-0208605
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT  06901

Client/Matter # 1049218.00144

Amendment to Shionogi Collaboration

20190002605

| | | |
|---|---|---|
| **For Legal Services Rendered through August 31, 2020** | $ | 3,077.00 |
| Discount: | | <u>-461.55</u> |
| **Fee Total** | | 2,615.45 |
| **Total Amount Due** | $ | <u>2,615.45</u> |

Wire Transfer Instructions:

|  | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                          P.O. Box 759451
                                          Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  <u>Invoice@arnoldporter.com</u>

September 30, 2020                                                          Invoice # 30117446

**(1049218.00144)**
Amendment to Shionogi Collaboration

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 08/24/20 | 1.70 | Review, revise asset transfer agreement. |
| Eric Rothman | 08/26/20 | 0.60 | Teleconference with Purdue team re: Amendment to Agreement. |
| Eric Rothman | 08/31/20 | 1.10 | Review, revise Amendment to Agreement. |
| **Total Hours** | | **3.40** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Eric Rothman | 3.40 | 905.00 | 3,077.00 |
| Subtotal: | **3.40** | | **3,077.00** |
| TOTAL | **3.40** | | **3,077.00** |

**Total Current Amount Due**                                           **$2,615.45**

Page 1

# Arnold&Porter

Purdue Pharma L.P.                                      September 30, 2020
Attn: Roxana Aleali                                     Invoice # 30117447
Associate General Counsel                               EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431


Client/Matter # 1049218.00146

Praxis

20190002672


| | | |
|---|---|---|
| For Legal Services Rendered through August 31, 2020 | $ | 467.50 |
| Discount: | | -70.13 |
| Fee Total | | 397.37 |
| Total Amount Due | $ | 397.37 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

September 30, 2020

Invoice # 30117447

**(1049218.00146)**
Praxis

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Stephanie W. Coutu | 06/04/20 | 0.50 | Review stock option plan amendment and charter amendment. |
| **Total Hours** | | **0.50** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Stephanie W. Coutu | 0.50 | 935.00 | 467.50 |
| **TOTAL** | **0.50** | | **467.50** |

**Total Current Amount Due** $397.37

# Arnold&Porter

Purdue Pharma L.P.                                           September 30, 2020
Attn: Philip Strassburger                                   Invoice # 30117448
Vice President and General Counsel                          EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431


Client/Matter # 1049218.00148

Retention and Fee Applications

20190002705


| | | |
|---|---|---|
| **For Legal Services Rendered through August 31, 2020** | $ | 17,281.00 |
| Courtesy Discount: | | -3,000.00 |
| Discount: | | -2,142.15 |
| **Fee Total** | | **12,138.85** |
| **Total Amount Due** | $ | **12,138.85** |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**        Arnold & Porter Kaye Scholer LLP
                        P.O. Box 759451
                        Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

September 30, 2020                                                                                    Invoice # 30117448

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ginger Clements | 08/04/20 | 0.10 | Correspond with R. Greiss re June fee statement. |
| Rosa J. Evergreen | 08/04/20 | 0.10 | Correspond with A&P team regarding June statement. |
| Ginger Clements | 08/05/20 | 2.10 | Revise June monthly fee statement (1.9); correspond with R. Greiss, R. Evergreen re same (.2). |
| Rosa J. Evergreen | 08/05/20 | 0.20 | Correspond with A&P team regarding June statement. |
| Rory Greiss | 08/06/20 | 0.50 | Initial review of Fee Examiner's report on A&P's Second Interim Fee Application. |
| Ginger Clements | 08/06/20 | 0.80 | Coordinate filing of monthly fee statement (.6); correspond with A&P team re same (.2). |
| Rosa J. Evergreen | 08/06/20 | 0.70 | Review communication from fee examiner (.4); correspond with A&P team regarding finalizing and filing June statement (.3). |
| Rosa J. Evergreen | 08/07/20 | 0.50 | Review fee examiner letter (.4); communicate with R. Greiss on same (.1). |
| Rory Greiss | 08/12/20 | 0.80 | Prepare for videoconference with D. Klauder and T. Bielli re: Fee Examiner's Report (.4); videoconference with D. Klauder and T. Bielli (.4). |
| Rory Greiss | 08/17/20 | 0.60 | Review, revise July prebills (.5); correspondence with B. Buchholtz, R. Evergreen, G. Clements re: same (.1). |
| Ginger Clements | 08/18/20 | 0.20 | Correspond with R. Greiss and R. Evergreen re: July monthly fee statement. |
| Rosa J. Evergreen | 08/18/20 | 0.20 | Review monthly fee statements. |
| Kenneth J. Anderson | 08/19/20 | 3.70 | Draft seventh monthly fee application. |
| Ginger Clements | 08/19/20 | 0.60 | Correspond with A&P team re July fee statement. |
| Sofia Lazzaro | 08/19/20 | 2.00 | Review, revise invoices in preparation for use in monthly fee application. |
| Kenneth J. Anderson | 08/20/20 | 3.80 | Revise tenth monthly fee application. |
| Ginger Clements | 08/20/20 | 0.30 | Correspond with R. Evergreen, R. Greiss re June fee statement. |
| Rosa J. Evergreen | 08/20/20 | 0.20 | Correspond with A&P team re: July statement. |
| Sofia Lazzaro | 08/20/20 | 2.50 | Review, revise invoices in preparation for use in monthly fee application. |
| Rory Greiss | 08/21/20 | 0.60 | Correspondence with internal group re: proposed fee reduction (.4); confirmatory correspondence with D. Klauder (.2). |
| Kenneth J. Anderson | 08/21/20 | 2.40 | Revise July monthly fee statement. |
| Ginger Clements | 08/21/20 | 0.30 | Correspond with A&P team re June fee statement, July fee statement. |
| Sofia Lazzaro | 08/21/20 | 1.00 | Review, revise invoices in preparation for use in monthly fee application. |
| Ginger Clements | 08/22/20 | 0.20 | Correspond with A&P team re June fee statement. |
| Rosa J. Evergreen | 08/23/20 | 0.10 | Correspond with A&P team re second interim fee application and upcoming hearing. |
| Ginger Clements | 08/24/20 | 1.60 | Review, analyze invoices re compliance with U.S. Trustee guidelines. |
| Rosa J. Evergreen | 08/24/20 | 0.10 | Follow-up with R. Greiss re status of order. |

September 30, 2020                                                                    Invoice # 30117448

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 08/25/20 | 0.60 | Review proposed order re: Second Interim Fee Applications and Agenda for court hearing on Wednesday (.4); correspondence with M. Pera of DPW re: order (.2). |
| Rosa J. Evergreen | 08/25/20 | 0.20 | Review fee application order. |
| Rory Greiss | 08/26/20 | 1.50 | Attend Bankruptcy Court hearing. |
| Ginger Clements | 08/31/20 | 0.20 | Correspond with D. Reddix re July fee statement. |
| Rosa J. Evergreen | 08/31/20 | 0.10 | Correspond with A&P team re monthly statement. |

**Total Hours**                        **28.80**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 2.40 | 950.00 | 2,280.00 |
| Rory Greiss | 4.60 | 1,180.00 | 5,428.00 |
| Ginger Clements | 6.40 | 700.00 | 4,480.00 |
| Kenneth J. Anderson | 9.90 | 395.00 | 3,910.50 |
| Sofia Lazzaro | 5.50 | 215.00 | 1,182.50 |
| **TOTAL** | **28.80** | | **17,281.00** |

**Total Current Amount Due**                                      **$12,138.85**