**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------

|  |  |
|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

------------------------------------------------------------------------

### EIGHTH MONTHLY FEE STATEMENT OF KPMG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS TAX CONSULTANT FOR THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2020 THROUGH AUGUST 31, 2020

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | The Debtors and the Official Committee of Unsecured Creditors |
| Date of Retention: | February 24, 2020, *nunc pro tunc* to December 23, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | August 1, 2020 through August 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $            161,831.30 |
| Less 20% Holdback: | $            (32,366.26) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $                     0.00 |
| Total Fees and Expenses Due: | $            129,465.04 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: October 2, 2020

_/s/ Howard Steinberg_
Howard Steinberg
Partner, KPMG LLP
1350 Avenue of the Americas
New York, New York 10019
(212) 872-6562

**EXHIBIT A**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary Of Hours and Discounted Fees Incurred By Professional
August 1, 2020 through August 31, 2020

| Professional Person | Position & Department | Country of Origin | Total Billed Hours | Hourly Billing Rate | | Total Compensation | |
|---|---|---|---|---|---|---|---|
| Anthony Minervini | Managing Director - Washington National Tax | US | 5.3 | $ | 893 | $ | 4,732.90 |
| Aroen Rambhadjan | Partner - Tax | Netherlands | 0.2 | $ | 884 | $ | 176.80 |
| Arpit Desai | Senior Manager - Tax | UK | 0.4 | $ | 750 | $ | 300.00 |
| Ashley Armfield | Senior Associate - M&A Tax | US | 53.3 | $ | 534 | $ | 28,462.20 |
| Becky Holtje | Senior Manager - Washington National Tax | US | 8.1 | $ | 744 | $ | 6,026.40 |
| Bela Unell | Senior Manager - Washington National Tax | US | 2.2 | $ | 744 | $ | 1,636.80 |
| Casey Nunez | Senior Manager - M&A Tax | US | 9.4 | $ | 744 | $ | 6,993.60 |
| Curt Wilson | Senior Manager - Washington National Tax | US | 3.0 | $ | 744 | $ | 2,232.00 |
| Devon Rowles | Associate - M&A Tax | US | 14.0 | $ | 350 | $ | 4,900.00 |
| Douglas Holland | Principal - Washington National Tax | US | 2.5 | $ | 985 | $ | 2,462.50 |
| Frankie Angeleri | Associate - Economic & Valuation Services | US | 46.3 | $ | 520 | $ | 24,076.00 |
| Gavin Little | Managing Director - Tax | UK | 0.3 | $ | 985 | $ | 295.50 |
| Howard Steinberg | Partner - M&A Tax | US | 6.7 | $ | 856 | $ | 5,735.20 |
| Isaac Hirsch | Managing Director - Int'l Tax | US | 39.4 | $ | 819 | $ | 32,268.60 |
| Jess Commisso | Associate - M&A Tax | US | 19.6 | $ | 350 | $ | 6,860.00 |
| Jim Tod | Partner - Washington National Tax | US | 1.2 | $ | 906 | $ | 1,087.20 |
| Kieran Taylor | Senior Manager - Tax | US | 10.9 | $ | 744 | $ | 8,109.60 |
| Lukas van der Veen | Manager - Tax | Netherlands | 1.1 | $ | 565 | $ | 621.50 |
| Madeleine Latham | Associate - Tax | UK | 0.5 | $ | 343 | $ | 171.50 |
| Molly Minnear | Principal - Economic & Valuation Services | US | 0.8 | $ | 868 | $ | 694.40 |
| Monica Plangman | Associate Director - Bankruptcy | US | 1.9 | $ | 264 | $ | 501.60 |
| Pete DiMatteo | Manager - Int'l Tax | US | 17.1 | $ | 650 | $ | 11,115.00 |
| Rob Keller | Managing Director - Washington National Tax | US | 0.2 | $ | 893 | $ | 178.60 |
| Tracy Stone | Principal - Washington National Tax | US | 9.2 | $ | 906 | $ | 8,335.20 |
| Wendy Shaffer | Manager - Bankruptcy | US | 19.1 | $ | 202 | $ | 3,858.20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Subtotal of Hours and Discounted Fees** | | | **272.7** | | | $ | **161,831.30** |
| | | | | | | | |
| **Total Discounted Fees** | | | | | | $ | **161,831.30** |
| Out of Pocket Expenses | | | | | | $ | - |
| **Total Fees and Out of Pocket Expenses** | | | | | | $ | **161,831.30** |
| Less Holdback Adjustment (20%) | | | | | | $ | (32,366.26) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | | | $ | **129,465.04** |
| | | | | | | | |
| **Blended Hourly Rate** | | | | $ | 593.44 | | |

**EXHIBIT B**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary of Hours and Discounted Fees Incurred by Category
August 1, 2020 through August 31, 2020

| Category | Exhibit | Total Billed Hours | | Total Fees Requested |
|---|---|---|---|---|
| Bankruptcy Tax Consulting Services | C1 | 251.7 | $ | 157,471.50 |
| Non -Working Travel Time | C2 | 0.0 | $ | - |
| Retention Services | C3 | 0.0 | $ | - |
| Fee Application Preparation Services | C4 | 21.0 | $ | 4,359.80 |
| **Total** | | **272.7** | **$** | **161,831.30** |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
August 1, 2020 through August 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Arpit Desai | 08/03/20 | Performing senior manager review of the email response drafted by M. Latham (KPMG UK) regarding UK tax implications of a change in KPMG US assumption. | 0.2 | $ 750 | $ 150.00 |
| Madeleine Latham | 08/03/20 | Simultaneously researching and drafting an email response to the KPMG US team following their request for analysis regarding the UK tax implications of a change in their assumption. | 0.5 | $ 343 | $ 171.50 |
| Ashley Armfield | 08/03/20 | 0.8 Meeting between A. Armfield, D. Rowles, and J. Commisso (all KPMG) to discuss updates that need to be performed regarding Purdue cash tax model for inclusion of certain tax regulations. | 0.8 | $ 534 | $ 427.20 |
| Devon Rowles | 08/03/20 | 0.8 Meeting between A. Armfield, D. Rowles, and J. Commisso (all KPMG) to discuss updates that need to be performed regarding Purdue cash tax model related to certain regulations. | 0.8 | $ 350 | $ 280.00 |
| Jess Commisso | 08/03/20 | 0.8 Meeting between A. Armfield, D. Rowles, and J. Commisso (all KPMG) to discuss updates that need to be performed regarding Purdue cash tax model related to certain regulations. | 0.8 | $ 350 | $ 280.00 |
| Ashley Armfield | 08/03/20 | 1.2 Performed research regarding certain tax issues relevant to managing director comments pursuant to updating the cash tax model. | 1.2 | $ 534 | $ 640.80 |
| Anthony Minervini | 08/03/20 | Performed WNT Managing Director review and concurrently comment on step plan Mundipharma Disposition Analysis. | 1.2 | $ 893 | $ 1,071.60 |
| Pete DiMatteo | 08/03/20 | 1.6 Performed various updates to information request list (IRL) related to assumptions made in connection with the global cash tax model | 1.6 | $ 650 | $ 1,040.00 |
| Frankie Angeleri | 08/03/20 | Continue, from earlier in the day, to create profit and loss tables for each Purdue entity based on their financials. | 2.2 | $ 520 | $ 1,144.00 |
| Casey Nunez | 08/03/20 | (1.2) Performed M&A Tax Senior Manager review of updated cash tax model assumptions; (1.4) Perform M&A Tax Senior Manager of updates to cash tax model for application of a certain tax rules relevant to Mundipharma entity. | 2.6 | $ 744 | $ 1,934.40 |
| Anthony Minervini | 08/03/20 | Analyzed tax rules potentially applicable to specific transaction steps in connection with review of entity disposition step plan. | 2.8 | $ 893 | $ 2,500.40 |
| Ashley Armfield | 08/03/20 | 3.2 Updating Power BI tool (a Microsoft office tool similar to excel but used to create charts / visuals for deliverables) pursuant to providing a updated cash tax results relating certain tax rules. | 3.2 | $ 534 | $ 1,708.80 |
| Devon Rowles | 08/03/20 | 3.9 Updating to cash tax model for inclusion of certain tax rules. | 3.9 | $ 350 | $ 1,365.00 |
| Frankie Angeleri | 08/03/20 | Continue, from 7/31, to create profit and loss tables for each Purdue entity based on their financials. | 3.9 | $ 520 | $ 2,028.00 |
| Arpit Desai | 08/04/20 | Updating the draft email response to the KPMG US team regarding the UK tax implications of a change in an assumption as per comments received from KPMG UK managing director G. Little. | 0.2 | $ 750 | $ 150.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
August 1, 2020 through August 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Gavin Little | 08/04/20 | Performing managing director review of the email response drafted by A. Desai and M. Latham (both KPMG UK) regarding the UK tax implications of a change in KPMG US assumption. | 0.3 | $ 985 | $ 295.50 |
| Frankie Angeleri | 08/04/20 | 0.4 Meeting with K. Taylor (KPMG) and F. Angeleri (KPMG) to discuss the findings and next steps with regard to transfer pricing. | 0.4 | $ 520 | $ 208.00 |
| Kieran Taylor | 08/04/20 | 0.4 Meeting with K. Taylor (KPMG) and F. Angeleri (KPMG) to discuss the findings and next steps with regard to transfer pricing. | 0.4 | $ 744 | $ 297.60 |
| Frankie Angeleri | 08/04/20 | Updated the transaction flow chart to show intercompany transactions based on discussion with K. Taylor (KPMG). | 0.6 | $ 520 | $ 312.00 |
| Ashley Armfield | 08/04/20 | 1.8 Senior Associate review of updates performed to cash tax model relating to certain tax regulations by D. Rowles (KPMG). | 1.8 | $ 534 | $ 961.20 |
| Devon Rowles | 08/04/20 | 2.1 Continued (from prior day) updating cash tax model for inclusion of the certain tax regulations. | 2.1 | $ 350 | $ 735.00 |
| Frankie Angeleri | 08/04/20 | Continued, from earlier in the day, to create profit & loss tables for each Purdue entity based on a recalculation of financials. | 2.6 | $ 520 | $ 1,352.00 |
| Pete DiMatteo | 08/04/20 | 2.8 Performed analysis regarding potential advantages / disadvantages of potential US tax elections related to the owners of various Mundipharma entities | 2.8 | $ 650 | $ 1,820.00 |
| Isaac Hirsch | 08/04/20 | Performed international tax Managing Director review of latest round of updates to cash tax model to account for certain tax rules. | 3.2 | $ 819 | $ 2,620.80 |
| Ashley Armfield | 08/04/20 | 3.9 Updating cash tax model to reflect changes for certain tax rules. | 3.9 | $ 534 | $ 2,082.60 |
| Frankie Angeleri | 08/04/20 | Began to create profit & loss tables for each Purdue entity based on a recalculation of financials. | 3.9 | $ 520 | $ 2,028.00 |
| Ashley Armfield | 08/05/20 | 0.4 Drafted email to I. Hirsch (KPMG) relating to updates made to the cash tax model for certain tax rules. | 0.4 | $ 534 | $ 213.60 |
| Ashley Armfield | 08/05/20 | (0.6) Meeting between I. Hirsch, C. Nunez, A. Armfield, D. Rowles, and J. Commisso (all KPMG) to discuss updates made to the Purdue cash tax model and next steps for a client deliverable of the updated model | 0.6 | $ 534 | $ 320.40 |
| Casey Nunez | 08/05/20 | (0.6) Meeting between I. Hirsch, C. Nunez, A. Armfield, D. Rowles, and J. Commisso (all KPMG) to discuss updates made to the Purdue cash tax model and next steps for a client deliverable of the updated model | 0.6 | $ 744 | $ 446.40 |
| Devon Rowles | 08/05/20 | (0.6) Meeting between I. Hirsch, C. Nunez, A. Armfield, D. Rowles, and J. Commisso (all KPMG) to discuss updates made to the Purdue cash tax model and next steps for a client deliverable of the updated model | 0.6 | $ 350 | $ 210.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
August 1, 2020 through August 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Isaac Hirsch | 08/05/20 | (0.6) Meeting between I. Hirsch, C. Nunez, A. Armfield, D. Rowles, and J. Commisso (all KPMG) to discuss updates made to the Purdue cash tax model and next steps for a client deliverable of the updated model | 0.6 | $ 819 | $ 491.40 |
| Jess Commisso | 08/05/20 | (0.6) Meeting between I. Hirsch, C. Nunez, A. Armfield, D. Rowles, and J. Commisso (all KPMG) to discuss updates made to the Purdue cash tax model and next steps for a client deliverable of the updated model | 0.6 | $ 350 | $ 210.00 |
| Devon Rowles | 08/05/20 | 0.6 Updates to the cash tax model for senior associate (A. Armfield) review comments. | 0.6 | $ 350 | $ 210.00 |
| Pete DiMatteo | 08/05/20 | 0.8 Continue (from previous day) to perform analysis regarding potential US tax elections. | 0.8 | $ 650 | $ 520.00 |
| Isaac Hirsch | 08/05/20 | (0.9) Performed international tax Managing Director review of calculation of potential tax consequences for purposes of cash tax model updates; | 0.9 | $ 819 | $ 737.10 |
| Lukas van der Veen | 08/05/20 | Begin to draft e-mail to I. Hirsch (KPMG US) on potential cash tax consequences related to the disposition of Dutch Purdue companies. | 1.0 | $ 565 | $ 565.00 |
| Isaac Hirsch | 08/05/20 | (1.2) Performed international tax Managing Director review of updates to cash tax model to account for certain tax rules. | 1.2 | $ 819 | $ 982.80 |
| Jess Commisso | 08/05/20 | 1.2 Review of the cash tax model updates pursuant to preparing a client presentation in Power BI (a Microsoft office tool similar to excel but used to create charts / visuals for deliverables), | 1.2 | $ 350 | $ 420.00 |
| Frankie Angeleri | 08/05/20 | Continued, from earlier in the day, to update profit & loss tables for each Purdue entity based on a recalculation of financials. | 1.2 | $ 520 | $ 624.00 |
| Casey Nunez | 08/05/20 | (1.7) Performed M&A Tax Senior Manager review of updates to cash tax model for application of certain tax deductions. | 1.7 | $ 744 | $ 1,264.80 |
| Frankie Angeleri | 08/05/20 | Updated the profit & loss tables for each Purdue entity based on a recalculation of financials. | 2.8 | $ 520 | $ 1,456.00 |
| Ashley Armfield | 08/05/20 | 3.4 Preparing a reconciliation between new scenarios added to cash tax model pursuant to providing an update relating to certain tax rules. | 3.4 | $ 534 | $ 1,815.60 |
| Ashley Armfield | 08/05/20 | Updated cash tax model based on feedback received during call with KPMG project team, relating to certain tax rules. | 3.6 | $ 534 | $ 1,922.40 |
| Lukas van der Veen | 08/06/20 | Finalized and sent email to I. Hirsch (KPMG US) on potential cash tax consequences related to the disposition of Dutch Purdue companies. | 0.1 | $ 565 | $ 56.50 |
| Aroen Rambhadjan | 08/06/20 | Performed Partner review of draft e-mail on potential cash tax consequences related to the disposition of Dutch Purdue companies drafted by L. van der Veen (KPMG Netherlands). | 0.2 | $ 884 | $ 176.80 |
| Frankie Angeleri | 08/06/20 | Meeting with M. Minnear (KPMG), K. Taylor (KPMG) and F. Angeleri (KPMG) to discuss the findings from the transfer pricing Profit & Loss model. | 0.5 | $ 520 | $ 260.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
August 1, 2020 through August 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Kieran Taylor | 08/06/20 | Meeting with M. Minnear (KPMG), K. Taylor (KPMG) and F. Angeleri (KPMG) to discuss the findings from the transfer pricing Profit & Loss model. | 0.5 | $ 744 | $ 372.00 |
| Molly Minnear | 08/06/20 | Meeting with M. Minnear (KPMG), K. Taylor (KPMG) and F. Angeleri (KPMG) to discuss the findings from the transfer pricing Profit & Loss model. | 0.5 | $ 868 | $ 434.00 |
| Isaac Hirsch | 08/06/20 | Performed international tax Managing Director review of calculation of potential tax consequences for purposes of providing cash tax model comments | 1.1 | $ 819 | $ 900.90 |
| Ashley Armfield | 08/06/20 | 1.1 Meeting between A. Armfield, J. Commisso, and D. Rowles (all KPMG) to discuss the presentation of the client deliverable as a result of the updated cash tax model. | 1.1 | $ 534 | $ 587.40 |
| Devon Rowles | 08/06/20 | 1.1 Meeting between A. Armfield, J. Commisso, and D. Rowles (all KPMG) to discuss the presentation of the client deliverable as a result of the updated cash tax model. | 1.1 | $ 350 | $ 385.00 |
| Jess Commisso | 08/06/20 | 1.1 Meeting between A. Armfield, J. Commisso, and D. Rowles (all KPMG) to discuss the presentation of the client deliverable as a result of the updated cash tax model. | 1.1 | $ 350 | $ 385.00 |
| Howard Steinberg | 08/06/20 | Partner review of client deliverables for updated cash tax model regarding tax analysis of Mundipharma disposition. | 1.4 | $ 856 | $ 1,198.40 |
| Frankie Angeleri | 08/06/20 | 1.5 Updates to transfer pricing model based on discussion with M. Minnear (KPMG) and K. Taylor (KPMG). | 1.5 | $ 520 | $ 780.00 |
| Isaac Hirsch | 08/06/20 | (1.8) Performed international tax Managing Director review of updates to cash tax model, as of 8/6/2020, to account for certain tax rules. | 1.8 | $ 819 | $ 1,474.20 |
| Ashley Armfield | 08/06/20 | 2.1 Reviewing and concurrently updating the cash tax model relating to updates for certain tax rules. | 2.1 | $ 534 | $ 1,121.40 |
| Jess Commisso | 08/06/20 | 2.2 Updates to the cash tax model along with related PowerBI visualizations - pursuant to client deliverable preparation. | 2.2 | $ 350 | $ 770.00 |
| Ashley Armfield | 08/06/20 | 2.8 Preparing draft deliverable using power BI software in order to illustrate the impact of the updated cash tax model for certain tax rules. | 2.8 | $ 534 | $ 1,495.20 |
| Frankie Angeleri | 08/06/20 | 3.3 Updated the transfer pricing model to include KPMG assumptions. | 3.3 | $ 520 | $ 1,716.00 |
| Bela Unell | 08/07/20 | Performed WNT Director review of tax memorandum prepared by KPMG to further analyze with respect to certain potential tax deductions. | 0.8 | $ 744 | $ 595.20 |
| Kieran Taylor | 08/07/20 | Performed Senior Manager review of the transfer pricing summary schedule, prepared by KPMG M&A team, to further transfer pricing analysis. | 1.8 | $ 744 | $ 1,339.20 |
| Becky Holtje | 08/08/20 | 1.0 Performed research, as of 8/08/2020, to facilitate cash tax modeling regarding timing of certain deductions. | 1.0 | $ 744 | $ 744.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
August 1, 2020 through August 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Jim Tod | 08/10/20 | Performed WNT review of restructuring deck and concurrently drafted review comments | 1.0 | $ 906 | $ 906.00 |
| Anthony Minervini | 08/10/20 | Continue, from 8/3, to perform WNT Managing Director review and concurrently draft comments on step plan. | 1.0 | $ 893 | $ 893.00 |
| Becky Holtje | 08/10/20 | 1.4 Continued (same day) to perform research to facilitate cash tax modeling regarding timing of certain deductions. | 1.4 | $ 744 | $ 1,041.60 |
| Tracy Stone | 08/10/20 | 1.6 Performed legal research related to tax treatment of repayment of trust distributions. | 1.6 | $ 906 | $ 1,449.60 |
| Pete DiMatteo | 08/10/20 | 2.3 Performed international tax manager review and concurrently revised the tax cost model examples evaluating potential US tax elections. | 2.3 | $ 650 | $ 1,495.00 |
| Becky Holtje | 08/10/20 | 3.9 Performed research, as of 8/10/2020, to facilitate cash tax modeling regarding timing of certain deductions. | 3.9 | $ 744 | $ 2,901.60 |
| Bela Unell | 08/11/20 | (0.7) Performed WNT Director level review of technical summaries provided by R Holtje (KPMG) related to certain tax rules and (0.3) draft response with additional areas to research | 1.0 | $ 744 | $ 744.00 |
| Pete DiMatteo | 08/11/20 | 1.1 Performed international tax manger review of slide deck depicting potential Dutch (0.5) and Canadian (0.6) transactions and concurrently drafted review comments (for each). | 1.1 | $ 650 | $ 715.00 |
| Becky Holtje | 08/11/20 | 1.1 Performed research, as of 8/11/2020, to facilitate cash tax modeling regarding timing of certain deductions. | 1.1 | $ 744 | $ 818.40 |
| Tracy Stone | 08/11/20 | 0.5 Review of email from R. Holtje (KPMG) regarding fraudulent conveyance analysis; 0.5 Performed legal research related to tax certain tax issues, 0.5 drafted response to same. | 1.5 | $ 906 | $ 1,359.00 |
| Douglas Holland | 08/12/20 | 0.5 Performed Principal WNT / International tax review of additional tax planning structure deck and concurrently drafted review comments. | 0.5 | $ 985 | $ 492.50 |
| Frankie Angeleri | 08/12/20 | 0.8 Updating transfer pricing profit & loss financial model. | 0.8 | $ 520 | $ 416.00 |
| Isaac Hirsch | 08/12/20 | (0.8) Perform international tax Managing Director review of analysis of potential effect of shareholder elections for purposes of cash tax modeling; | 0.8 | $ 819 | $ 655.20 |
| Isaac Hirsch | 08/12/20 | (0.9) Performed international tax Managing Director review of updates to Dutch planning deck, as of 8/12/2020. | 0.9 | $ 819 | $ 737.10 |
| Pete DiMatteo | 08/12/20 | 1.4 Additional analyses, as of 8/12/2020, regarding potential US tax elections. | 1.4 | $ 650 | $ 910.00 |
| Isaac Hirsch | 08/12/20 | (2.9) Perform international tax Managing Director review of updates to cash tax model, as of 8/12/2020, to account for addition of certain tax regulations. | 2.9 | $ 819 | $ 2,375.10 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
August 1, 2020 through August 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Kieran Taylor | 08/12/20 | Performed Senior manager review of transfer pricing matrix. | 2.9 | $ 744 | $ 2,157.60 |
| Tracy Stone | 08/12/20 | 0.2 Review email communication from B. Unell and R. Holtje (both KPMG WNT) related to Purdue trust analysis; 0.3 Drafted detailed email to C. Wilson (KPMG) regarding certain tax considerations; 2.5 Performed legal research related to law regarding tax considerations. | 3.0 | $ 906 | $ 2,718.00 |
| Frankie Angeleri | 08/12/20 | 3.5 Begin to create a PowerPoint deliverable based on transfer pricing profit and loss model results. | 3.5 | $ 520 | $ 1,820.00 |
| Ashley Armfield | 08/13/20 | 0.2 J. Tod (US National Tax expert on Passthroughs), B. Unell (US National expert on Restructuring), T. Stone (US National Tax expert on Trusts), R. Keller (US National Tax expert on Passthroughs), R. Holtje (US National Tax - Restructuring Specialist), I. Hirsch (International Tax), P. DiMatteo (International Tax), A. Armfield (M&A Tax) and J. Commisso (M&A Tax) (all KPMG) met for discussion regarding research and standpoint on partnership and trust implications to historical and future Purdue transactions | 0.2 | $ 534 | $ 106.80 |
| Becky Holtje | 08/13/20 | 0.2 J. Tod (US National Tax expert on Passthroughs), B. Unell (US National expert on Restructuring), T. Stone (US National Tax expert on Trusts), R. Keller (US National Tax expert on Passthroughs), R. Holtje (US National Tax - Restructuring Specialist), I. Hirsch (International Tax), P. DiMatteo (International Tax), A. Armfield (M&A Tax) and J. Commisso (M&A Tax) (all KPMG) met for discussion regarding research and standpoint on partnership and trust implications to historical and future Purdue transactions | 0.2 | $ 744 | $ 148.80 |
| Bela Unell | 08/13/20 | 0.2 J. Tod (US National Tax expert on Passthroughs), B. Unell (US National expert on Restructuring), T. Stone (US National Tax expert on Trusts), R. Keller (US National Tax expert on Passthroughs), R. Holtje (US National Tax - Restructuring Specialist), I. Hirsch (International Tax), P. DiMatteo (International Tax), A. Armfield (M&A Tax) and J. Commisso (M&A Tax) (all KPMG) met for discussion regarding research and standpoint on partnership and trust implications to historical and future Purdue transactions. | 0.2 | $ 744 | $ 148.80 |
| Isaac Hirsch | 08/13/20 | 0.2 J. Tod (US National Tax expert on Passthroughs), B. Unell (US National expert on Restructuring), T. Stone (US National Tax expert on Trusts), R. Keller (US National Tax expert on Passthroughs), R. Holtje (US National Tax - Restructuring Specialist), I. Hirsch (International Tax), P. DiMatteo (International Tax), A. Armfield (M&A Tax) and J. Commisso (M&A Tax) (all KPMG) met for discussion regarding research and standpoint on partnership and trust implications to historical and future Purdue transactions. | 0.2 | $ 819 | $ 163.80 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
August 1, 2020 through August 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Jess Commisso | 08/13/20 | 0.2 J. Tod (US National Tax expert on Passthroughs), B. Unell (US National expert on Restructuring), T. Stone (US National Tax expert on Trusts), R. Keller (US National Tax expert on Passthroughs), R. Holtje (US National Tax - Restructuring Specialist), I. Hirsch (International Tax), P. DiMatteo (International Tax), A. Armfield (M&A Tax) and J. Commisso (M&A Tax) (all KPMG) met for discussion regarding research and standpoint on partnership and trust implications to historical and future Purdue transactions. | 0.2 | $ 350 | $ 70.00 |
| Jim Tod | 08/13/20 | 0.2 J. Tod (US National Tax expert on Passthroughs), B. Unell (US National expert on Restructuring), T. Stone (US National Tax expert on Trusts), R. Keller (US National Tax expert on Passthroughs), R. Holtje (US National Tax - Restructuring Specialist), I. Hirsch (International Tax), P. DiMatteo (International Tax), A. Armfield (M&A Tax) and J. Commisso (M&A Tax) (all KPMG) met for discussion regarding research and standpoint on partnership and trust implications to historical and future Purdue transactions. | 0.2 | $ 906 | $ 181.20 |
| Pete DiMatteo | 08/13/20 | 0.2 J. Tod (US National Tax expert on Passthroughs), B. Unell (US National expert on Restructuring), T. Stone (US National Tax expert on Trusts), R. Keller (US National Tax expert on Passthroughs), R. Holtje (US National Tax - Restructuring Specialist), I. Hirsch (International Tax), P. DiMatteo (International Tax), A. Armfield (M&A Tax) and J. Commisso (M&A Tax) (all KPMG) met for discussion regarding research and standpoint on partnership and trust implications to historical and future Purdue transactions. | 0.2 | $ 650 | $ 130.00 |
| Rob Keller | 08/13/20 | 0.2 J. Tod (US National Tax expert on Passthroughs), B. Unell (US National expert on Restructuring), T. Stone (US National Tax expert on Trusts), R. Keller (US National Tax expert on Passthroughs), R. Holtje (US National Tax - Restructuring Specialist), I. Hirsch (International Tax), P. DiMatteo (International Tax), A. Armfield (M&A Tax) and J. Commisso (M&A Tax) (all KPMG) met for discussion regarding research and standpoint on partnership and trust implications to historical and future Purdue transactions. | 0.2 | $ 893 | $ 178.60 |
| Tracy Stone | 08/13/20 | 0.2 J. Tod (US National Tax expert on Passthroughs), B. Unell (US National expert on Restructuring), T. Stone (US National Tax expert on Trusts), R. Keller (US National Tax expert on Passthroughs), R. Holtje (US National Tax - Restructuring Specialist), I. Hirsch (International Tax), P. DiMatteo (International Tax), A. Armfield (M&A Tax) and J. Commisso (M&A Tax) (all KPMG) met for discussion regarding research and standpoint on partnership and trust implications to historical and future Purdue transactions. | 0.2 | $ 906 | $ 181.20 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
August 1, 2020 through August 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Kieran Taylor | 08/13/20 | Meeting with M. Minnear (KPMG), A. Minervini, K. Taylor - partial attendance (KPMG) and F. Angeleri (KPMG) to discuss the progress and next steps related to draft transfer pricing PowerPoint deliverable as of 8/13/2020. | 0.2 | $ 744 | $ 148.80 |
| Anthony Minervini | 08/13/20 | Meeting with M. Minnear (KPMG), A. Minervini, K. Taylor - partial attendance (KPMG) and F. Angeleri (KPMG) to discuss the progress and next steps related to draft transfer pricing PowerPoint deliverable as of 8/13/2020. | 0.3 | $ 893 | $ 267.90 |
| Frankie Angeleri | 08/13/20 | Meeting with M. Minnear (KPMG), A. Minervini, K. Taylor - partial attendance (KPMG) and F. Angeleri (KPMG) to discuss the progress and next steps related to draft transfer pricing PowerPoint deliverable as of 8/13/2020. | 0.3 | $ 520 | $ 156.00 |
| Molly Minnear | 08/13/20 | Meeting with M. Minnear (KPMG), A. Minervini, K. Taylor - partial attendance (KPMG) and F. Angeleri (KPMG) to discuss the progress and next steps related to draft transfer pricing PowerPoint deliverable as of 8/13/2020. | 0.3 | $ 868 | $ 260.40 |
| Tracy Stone | 08/13/20 | Meeting with M. Minnear (KPMG), A. Minervini, K. Taylor - partial attendance (KPMG) and F. Angeleri (KPMG) to discuss the progress and next steps related to draft transfer pricing PowerPoint deliverable as of 8/13/2020. | 0.3 | $ 906 | $ 271.80 |
| Douglas Holland | 08/13/20 | (0.5) D. Holland (US National Tax expert on International Tax), I. Hirsch (International Tax), and P. DiMatteo (International Tax) (all KPMG) met to discuss research and potential consequences of US tax elections related to contemplated transactions. | 0.5 | $ 985 | $ 492.50 |
| Isaac Hirsch | 08/13/20 | (0.5) D. Holland (US National Tax expert on International Tax), I. Hirsch (International Tax), and P. DiMatteo (International Tax) (all KPMG) met to discuss research and potential consequences of US tax elections related to contemplated transactions. | 0.5 | $ 819 | $ 409.50 |
| Pete DiMatteo | 08/13/20 | (0.5) D. Holland (US National Tax expert on International Tax), I. Hirsch (International Tax), and P. DiMatteo (International Tax) (all KPMG) met to discuss research and potential consequences of US tax elections related to contemplated transactions. | 0.5 | $ 650 | $ 325.00 |
| Isaac Hirsch | 08/13/20 | (0.5) Performed Managing Director level analysis of potential effects of various transfer pricing changes on Purdue cash tax modeling | 0.5 | $ 819 | $ 409.50 |
| Frankie Angeleri | 08/13/20 | Revised the transfer pricing power point deliverable (before meeting with KPMG project team) per instructions by K. Taylor (KPMG). | 0.5 | $ 520 | $ 260.00 |
| Tracy Stone | 08/13/20 | 0.7 Communication via email with C. Wilson (KPMG) regarding transferee research. | 0.7 | $ 906 | $ 634.20 |
| Devon Rowles | 08/13/20 | 0.8 Revised the Purdue cash tax model with regards to KPMG managing director (I. Hirsh) review comments received. | 0.8 | $ 350 | $ 280.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
August 1, 2020 through August 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Jess Commisso | 08/13/20 | 0.9 Updates to the Purdue cash tax model and related PowerBI visualization, per review comments received from KPMG managing director (I. Hirsch) as of 8/13/2020. | 0.9 | $ 350 | $ 315.00 |
| Pete DiMatteo | 08/13/20 | 1.4 Performed international tax manager review of modeling examples for potential US tax elections associated with proposed transactions | 1.4 | $ 650 | $ 910.00 |
| Frankie Angeleri | 08/13/20 | 2.3 Updated transfer pricing PowerPoint slides based on discussion with M. Minnear (KPMG) and K. Taylor (KPMG) | 2.3 | $ 520 | $ 1,196.00 |
| Isaac Hirsch | 08/13/20 | (2.6) Performed international tax Managing Director review of updates to cash tax model, as of 8/13/3030, to determine potential global tax consequences of proposed Dutch and Canadian planning | 2.6 | $ 819 | $ 2,129.40 |
| Ashley Armfield | 08/13/20 | 3.1 Preparing detailed analysis of the cash tax model impact resulting from proposed tax planning in Canada and the Netherlands. | 3.1 | $ 534 | $ 1,655.40 |
| Jess Commisso | 08/13/20 | 3.9 Updates, as of 8/13/2020, to the Purdue cash tax model and related PowerBI visualization, with regards to review comments received from I. Hirsch (KPMG). | 3.9 | $ 350 | $ 1,365.00 |
| Ashley Armfield | 08/14/20 | 0.6 Drafting email to I. Hirsch (KPMG) relating to the proposed deliverable, including potential open items and highlighting tax benefits relating to the certain international tax issues for US tax purposes | 0.6 | $ 534 | $ 320.40 |
| Ashley Armfield | 08/14/20 | 1.6 Reviewing Dutch and Canada proposed tax planning information in cash tax model based on comments from Managing Director I. Hirsch (KPMG) | 1.6 | $ 534 | $ 854.40 |
| Ashley Armfield | 08/14/20 | 1.8 Senior Associate review of information relating to cash tax modeling outputs of inclusion into certain tax rules into model, provided by J. Commisso (KPMG), and concurrently drafted comments. | 1.8 | $ 534 | $ 961.20 |
| Jess Commisso | 08/14/20 | 2.1 Additional updates to the Purdue cash tax model and related PowerBI visualization, with regards to review comments received from I. Hirsch (KPMG). | 2.1 | $ 350 | $ 735.00 |
| Pete DiMatteo | 08/14/20 | 3.2 Perform international tax manager analysis regarding potential US tax elections including their impact on the global cash tax model | 3.2 | $ 650 | $ 2,080.00 |
| Frankie Angeleri | 08/14/20 | 3.2 Updated the transfer pricing PowerPoint deliverable based on information for additional entities. | 3.2 | $ 520 | $ 1,664.00 |
| Isaac Hirsch | 08/14/20 | (3.3) Performed International Tax Managing Director review of updates to cash tax model to determine potential global tax consequences of proposed Dutch and Canadian planning | 3.3 | $ 819 | $ 2,702.70 |
| Curt Wilson | 08/16/20 | Performed legal research related to certain distribution and transfer issues (1.2). Draft email to T. Stone (KPMG) regarding results of research and preliminary conclusions (0.3). | 1.5 | $ 744 | $ 1,116.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
August 1, 2020 through August 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Bela Unell | 08/17/20 | Performed WNT Director level review of technical correspondence, initially drafted by I. Hirsch (KPMG), regarding Canadian and Dutch restructuring recommendation | 0.2 | $ 744 | $ 148.80 |
| Tracy Stone | 08/17/20 | 0.5 Email communication with C. Wilson and L. Mack (both KPMG) regarding certain issues in connection with distributions and transfers. | 0.5 | $ 906 | $ 453.00 |
| Isaac Hirsch | 08/17/20 | (1.4) Performed international Tax Managing Director review of updates to Purdue cash tax model, as of 8/17/2020, for certain tax rules. | 1.4 | $ 819 | $ 1,146.60 |
| Isaac Hirsch | 08/17/20 | (1.5) Perform managing director review of updates to Purdue cash tax model for effect certain tax rules. | 1.5 | $ 819 | $ 1,228.50 |
| Howard Steinberg | 08/17/20 | Partner review of client deliverables for updated cash tax model regarding tax analysis of Mundipharma disposition and concurrently drafted review comments. | 1.5 | $ 856 | $ 1,284.00 |
| Ashley Armfield | 08/18/20 | 0.4 Prepared summary of updated cash tax model results for KPMG management review. | 0.4 | $ 534 | $ 213.60 |
| Howard Steinberg | 08/18/20 | Performed Partner review of updated client deliverables for updated cash tax model regarding tax analysis of Mundipharma disposition. | 1.0 | $ 856 | $ 856.00 |
| Devon Rowles | 08/18/20 | Updates to the cash tax model with regards to KPMG senior associate's review comments (A. Armfield) received. | 1.3 | $ 350 | $ 455.00 |
| Ashley Armfield | 08/18/20 | 3.7 Updated cash tax model to incorporate scenarios related to Canadian and Dutch tax planning. | 3.7 | $ 534 | $ 1,975.80 |
| Ashley Armfield | 08/18/20 | 3.9 Updated cash tax model to reflect a new base case scenarios to include international tax considerations. | 3.9 | $ 534 | $ 2,082.60 |
| Becky Holtje | 08/19/20 | 0.5 Performed research, as of 8/19/2020, to facilitate cash tax modeling regarding timing of certain deductions. | 0.5 | $ 744 | $ 372.00 |
| Douglas Holland | 08/19/20 | 0.5 Performed WNT-International tax research on issues pursuant to cash tax modeling determinations. | 0.5 | $ 985 | $ 492.50 |
| Isaac Hirsch | 08/19/20 | (0.7) Performed International Tax Managing Director review of updates to assumptions in the Purdue cash tax model as of 8/19/2020. | 0.7 | $ 819 | $ 573.30 |
| Pete DiMatteo | 08/19/20 | 1.1 Performed International tax manager analysis regarding potential application of tax treaty benefits. | 1.1 | $ 650 | $ 715.00 |
| Isaac Hirsch | 08/19/20 | (1.6) Performed international tax managing director review of updates to cash tax model for Dutch and Canadian tax impact relating to external request from Province | 1.6 | $ 819 | $ 1,310.40 |
| Frankie Angeleri | 08/20/20 | 0.9 Revised the transfer pricing PowerPoint deliverable with regards to review comments received from K. Taylor (KPMG). | 0.9 | $ 520 | $ 468.00 |
| Devon Rowles | 08/20/20 | 0.9 Updates to the Purdue cash tax model with regards to senior associate review comments (A. Armfield) received. | 0.9 | $ 350 | $ 315.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
August 1, 2020 through August 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Ashley Armfield | 08/20/20 | 1.2 Senior Associate review of cash tax model updates made by J. Commisso (KPMG) relating to sensitivity analysis. | 1.2 | $ 534 | $ 640.80 |
| Curt Wilson | 08/20/20 | Perform legal research and concurrently drafting findings to T. Stone (KPMG WNT). | 1.5 | $ 744 | $ 1,116.00 |
| Isaac Hirsch | 08/20/20 | (1.9) Performed International Tax Managing Director review of updates to cash tax model for Dutch and Canadian tax impact relating to external request from Province | 1.9 | $ 819 | $ 1,556.10 |
| Ashley Armfield | 08/20/20 | 1.9 Meeting with A. Armfield and D. Rowles (both KPMG) to discuss updates to sensitivity analysis for client deliverable. | 1.9 | $ 534 | $ 1,014.60 |
| Devon Rowles | 08/20/20 | 1.9 Meeting with A. Armfield and D. Rowles (both KPMG) to discuss updates to sensitivity analysis for client deliverable. | 1.9 | $ 350 | $ 665.00 |
| Jess Commisso | 08/20/20 | 2.1 Continued, from earlier in the day, to update client deliverable file per review comments received from I. Hirsh (KPMG Managing Director). | 2.1 | $ 350 | $ 735.00 |
| Casey Nunez | 08/20/20 | (2.3) Performed M&A Tax Senior Manager review of updated cash tax modeling sensitivity analysis as requested by Province. | 2.3 | $ 744 | $ 1,711.20 |
| Ashley Armfield | 08/20/20 | 2.4 Updating power Bi sensitivity analysis deliverable. | 2.4 | $ 534 | $ 1,281.60 |
| Jess Commisso | 08/20/20 | 3.9 Began to update client deliverable file per review comments received from I. Hirsh (KPMG Managing Director). | 3.9 | $ 350 | $ 1,365.00 |
| Ashley Armfield | 08/21/20 | 0.8 Additional updates to deliverable PDF based on later comments from I. Hirsch (KPMG) relating to inquiry received from Province (Canadian and Dutch tax planning impact). | 0.8 | $ 534 | $ 427.20 |
| Ashley Armfield | 08/21/20 | 0.8 I. Hirsch and A. Armfield (both KPMG) meeting to discuss updates that need to be performed to estimated cash tax model for Dutch and Canadian tax impact relating to external request from Province. | 0.8 | $ 534 | $ 427.20 |
| Isaac Hirsch | 08/21/20 | 0.8 I. Hirsch and A. Armfield (both KPMG) meeting to discuss updates that need to be performed to estimated cash tax model for Dutch and Canadian tax impact relating to external request from Province. | 0.8 | $ 819 | $ 655.20 |
| Howard Steinberg | 08/21/20 | Partner review of client deliverables for updated cash tax model regarding tax analysis of Dutch and Canadian tax planning. | 1.0 | $ 856 | $ 856.00 |
| Isaac Hirsch | 08/21/20 | (1.4) Perform International Tax Managing Director review of updates to Purdue cash tax model. | 1.4 | $ 819 | $ 1,146.60 |
| Isaac Hirsch | 08/21/20 | (1.8) Perform international tax Managing Director review of updates to Purdue cash tax model for Dutch and Canadian tax impact relating to external request from Province | 1.8 | $ 819 | $ 1,474.20 |
| Ashley Armfield | 08/21/20 | 3.9 Updating sensitivity analysis based on comments received from I. Hirsch (KPMG) during call related to Province request. | 3.9 | $ 534 | $ 2,082.60 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
August 1, 2020 through August 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Douglas Holland | 08/22/20 | Performed Washington National International tax review of presentation of cash tax benefit for Dutch and Canadian proposals 0.6; as well as cover email (related to same) to the debtors advisors (0.4) | 1.0 | $ 985 | $ 985.00 |
| Isaac Hirsch | 08/22/20 | Performed managing director review of updates to cash tax modeling sensitivity analysis prepared in response to request by M. Atkinson of Province. | 2.8 | $ 819 | $ 2,293.20 |
| Frankie Angeleri | 08/24/20 | 0.7 Continued, same day, to update the transfer pricing power point deliverable with regards to K. Taylor's (KPMG) comments. | 0.7 | $ 520 | $ 364.00 |
| Howard Steinberg | 08/24/20 | Perform Partner review of client deliverables, as of 8/24/20,  for updated cash tax model with regards to tax analysis prepared in response to request by M. Atkinson of Province. | 0.8 | $ 856 | $ 684.80 |
| Tracy Stone | 08/24/20 | 1.4 Performed legal research regarding law regarding certain trust / beneficiary rules. | 1.4 | $ 906 | $ 1,268.40 |
| Isaac Hirsch | 08/24/20 | (1.7) Prepare response to T. Matlock of Davis Polk regarding confirmation of information request list outstanding items | 1.7 | $ 819 | $ 1,392.30 |
| Frankie Angeleri | 08/24/20 | 3.9 Updated transfer pricing power point deliverable with regards to K. Taylor's (KPMG) comments. | 3.9 | $ 520 | $ 2,028.00 |
| Frankie Angeleri | 08/25/20 | Finalized the Purdue transfer pricing PowerPoint deliverable in preparation for KPMG management review. | 3.1 | $ 520 | $ 1,612.00 |
| Frankie Angeleri | 08/26/20 | 1.1 Performed review of information stated in the transfer pricing PowerPoint deliverable; 0.2 drafted email to M. Minnear (KPMG) with transfer pricing deliverable for review. | 1.3 | $ 520 | $ 676.00 |
| Kieran Taylor | 08/26/20 | Senior Manager review and concurrently revise KPMG draft deliverable summarizing transfer pricing analysis. | 2.7 | $ 744 | $ 2,008.80 |
| Frankie Angeleri | 08/26/20 | 2.9 Updates to the transfer pricing deliverable to address Manager review comments received. | 2.9 | $ 520 | $ 1,508.00 |
| Jess Commisso | 08/27/20 | 0.6 Review of newly received documentation provided by client to determine relevance to engagement and share with broader KPMG team. | 0.6 | $ 350 | $ 210.00 |
| Ashley Armfield | 08/27/20 | 2.1 Updating cash tax model deliverable to reflect change in assumptions and impact of certain tax rules. | 2.1 | $ 534 | $ 1,121.40 |
| Kieran Taylor | 08/27/20 | Continued (from previous day) to perform Senior Manager review and concurrently revise KPMG draft deliverable summarizing transfer pricing analysis. | 2.4 | $ 744 | $ 1,785.60 |
| Pete DiMatteo | 08/31/20 | 0.7 Performed international tax manager analysis regarding potential U.S. tax consequences of various tax elections. | 0.7 | $ 650 | $ 455.00 |
| Howard Steinberg | 08/31/20 | Partner review of client deliverables for updated cash tax model regarding impact of certain tax rules. | 1.0 | $ 856 | $ 856.00 |
| Casey Nunez | 08/31/20 | (2.2) Performed M&A Tax Senior Manager Review of cash tax modeling updates for overall foreign loss attributes of Purdue owners | 2.2 | $ 744 | $ 1,636.80 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
August 1, 2020 through August 31, 2020

| Name | Date | Description | Hours | Rate | | Amount |
|------|------|-------------|-------|------|---|--------|
| Isaac Hirsch | 08/31/20 | Perform Managing director review of updates to sensitivity analysis for cash tax modeling. | 3.3 | $ 819 | $ | 2,702.70 |
| | | **Total Bankruptcy Tax Consulting Services** | **251.7** | | **$** | **157,471.50** |

**EXHIBIT C2**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Non -Working Travel Time
August 1, 2020 through August 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | *no fees billed for these services in current month* | | | |
| | | **Total Non-Working Travel Time** | | | $        - |

**EXHIBIT C3**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Retention Services
August 1, 2020 through August 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | *no fees billed for these services in current month* | | | |
| | | **Total Retention Services** | **0.0** | | **$    -** |

**EXHIBIT C4**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Fee Application Preparation Services
August 1, 2020 through August 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Wendy Shaffer | 08/05/20 | 0.1 Drafted email to B. Masumoto (US Trustee) to provide copy of KPMG's Purdue 6th monthly fee statement - once filing is confirmed. | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 08/05/20 | 0.1 Review email from M. Pera (Davis Polk) regarding changes requested to Purdue Pharma 6th monthly fee statement and forward copy of change to H. Steinberg (KPMG Partner); | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 08/05/20 | 0.2 Pulled Updated Work in Progress report to confirm billable hours for Purdue for July | 0.2 | $ 202 | $ 40.40 |
| Wendy Shaffer | 08/05/20 | 0.3 Prepared Purdue 6th monthly fee statement in Excel to provide to Fee Examiner and 0.1 send via email to M. Plangman (KPMG) for review/approval; | 0.4 | $ 202 | $ 80.80 |
| Wendy Shaffer | 08/05/20 | 0.3 Revised the Purdue Pharma 6th monthly fee statement per direction from D. Polk and re-PDF and 0.1 send email to provide updated version to M. Pera (Davis Polk) | 0.4 | $ 202 | $ 80.80 |
| Wendy Shaffer | 08/07/20 | 0.1 Performed initial review of Purdue Fee Examiner report and communication with M. Plangman (KPMG) regarding next steps | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 08/07/20 | 1.9 Updated exhibit C1 of Purdue Pharma 7th monthly fee statement to include data received from professionals as of 8/7/2020 | 1.9 | $ 202 | $ 383.80 |
| Wendy Shaffer | 08/07/20 | 1.5 Continued, on same day, to update exhibit C1 of Purdue Pharma 7th monthly fee statement to include data received from professionals as of 8/7/2021 | 1.5 | $ 202 | $ 303.00 |
| Monica Plangman | 08/10/20 | Performed Associate Director review of Fee Examiner report related to KPMG's 2nd Interim. | 0.3 | $ 264 | $ 79.20 |
| Wendy Shaffer | 08/11/20 | 0.1 Drafted email to provide copy of Purdue June monthly fee statement to Fee Examiner | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 08/17/20 | 1.7 Updates to exhibit C1 of Purdue July monthly fee statement to include data received from professionals as of 8/17. | 1.7 | $ 202 | $ 343.40 |
| Wendy Shaffer | 08/20/20 | 0.5 Updates to exhibit C1 of Purdue July monthly fee statement to include data received from professionals as of 8/20. | 0.5 | $ 202 | $ 101.00 |
| Wendy Shaffer | 08/23/20 | 1.2 Finalized Purdue July fee statement in preparation for management review; 0.1 drafted email to send copy of finalized exhibits to M. Land (KPMG) to address previous request/comments from Davis Polk related to KPMG fee statements; 0.1 email to B. Defliese (KPMG) to request review of final draft of Purdue fee statement to confirm hours billed by KPMG foreign member firms | 1.4 | $ 202 | $ 282.80 |

**EXHIBIT C4**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Fee Application Preparation Services
August 1, 2020 through August 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Wendy Shaffer | 08/24/20 | 0.1 Communication via email regarding outstanding foreign services to be included in Purdue Pharma July monthly fee statement; 0.7 call with M. Plangman (KPMG) regarding go forward to respond to Purdue fee examiner; 1.4 Updates to Purdue Fee Examiner file to prepare response - per direction from M. Plangman (KPMG); 0.4 communication with A. Armfield (KPMG) regarding go forward to address comments from fee examiner related to Purdue Interim; 0.3 finalized Purdue FE file and send to H. Steinberg (KPMG Partner) and S. Carlin (KPMG office of General counsel) for additional discussion; | 2.9 | $ 202 | $ 585.80 |
| Monica Plangman | 08/25/20 | Prepare for and attend call with S. Carlin, A Armfield, M. Land and W. Shaffer (all KPMG) regarding Fee Examiner report related to 2nd Interim and next steps. | 0.5 | $ 264 | $ 132.00 |
| Wendy Shaffer | 08/25/20 | 0.5 Call with M. Plangman and S. Carlin (KPMG OGC) regarding next steps to address fee examiner comments; 0.3 call with D. Klauder (Purdue Fee Examiner) and S. Carlin (KPMG Office of General Counsel) regarding response to Fee Examiner 2nd Interim report; 0.1 Drafted email to D. Klauder (Purdue Fee Examiner) regarding agreed upon reduction amount related to KPMG's 2nd Interim; 1.3 updates to Purdue Pharma monthly fee statement per direction from M. Land (KPMG); | 2.2 | $ 202 | $ 444.40 |
| Monica Plangman | 08/26/20 | Associate director review of fee application and concurrently provide comments. | 0.7 | $ 264 | $ 184.80 |
| Wendy Shaffer | 08/27/20 | 0.2 Updated Purdue Pharma 7th monthly fee statement exhibits per direction from M. Plangman (KPMG); 0.1 drafted email to provide final draft of same to KPMG Partner / team leads to review review/approval; | 0.3 | $ 202 | $ 60.60 |
| Monica Plangman | 08/28/20 | Review and final approval of fee application prior to finalization. | 0.2 | $ 264 | $ 52.80 |
| Wendy Shaffer | 08/28/20 | 0.1 Drafted Purdue Cover Sheet for 7th monthly fee statement and 0.1 drafted email to M. Plangman (KPMG to provide copy of same, along with finalized exhibits for approval; 0.1 Updated Purdue cover sheet for M. Plangman (KPMG) and 0.1 drafted email to H. Steinberg (KPMG) to request review/approval of same; | 0.4 | $ 202 | $ 80.80 |
| Wendy Shaffer | 08/31/20 | 0.4 Continue, same day, to prepare Purdue Pharma 8th (August) monthly fee statement by incorporation data received to date for August | 0.4 | $ 202 | $ 80.80 |
| Wendy Shaffer | 08/31/20 | 0.1 Reviewed Work in Progress report to confirm billable hours for Purdue Pharma for August; 0.5 Begin to prepare Purdue 3rd Interim fee statement documents; 0.2 PDF Purdue 7th monthly in preparation of filing and send to M. Plangman (KPMG) for final approval; 0.1draft email to D. Consla and M. Pera (David Polk) to request filing and service of same | 0.9 | $ 202 | $ 181.80 |
| Wendy Shaffer | 08/31/20 | 3.6 Began to prepare Purdue Pharma 8th (August) monthly fee statement by incorporation data received to date for August | 3.6 | $ 202 | $ 727.20 |

**EXHIBIT C4**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Fee Application Preparation Services
August 1, 2020 through August 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Monica Plangman | 08/31/20 | Approve revised final fee application documents prior to transmission for filing. | 0.2 | $ 264 | $      52.80 |
| | | **Total Fee Application Preparation Services** | **21.0** | | **$ 4,359.80** |

**EXHIBIT D**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary of Out of Pocket Expenses
August 1, 2020 through August 31, 2020

| Category | Amount |
|---|---|
| Airfare | $            - |
| Lodging | $            - |
| Meals | $            - |
| Ground Transportation | $            - |
| Miscellaneous | $            - |
| **Total** | **$            -** |

**EXHIBIT D1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Detail of Out of Pocket Expenses
August 1, 2020 through August 31, 2020

| Name | Date | Description | Amount |
|------|------|-------------|--------|
| | | **Air Fare Subtotal** | $          - |
| | | **Lodging Subtotal** | $          - |
| | | **Meals Subtotal** | $          - |
| | | **Total Ground Transportation** | $          - |
| | | **Miscellaneous Subtotal** | $          - |
| | | **Total Out of Pocket Expenses** | $          - |