AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Joseph L. Sorkin
Sara L. Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
*Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF MITCHELL HURLEY
DATED OCTOBER 6, 2020**

Under 28 U.S.C. § 1746, I, Mitchell Hurley, declare under the penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. This declaration ("Declaration") is submitted in support of the *Ex Parte Motion of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., Et Al., and the Non-Consenting State Group for Entry of an Order Authorizing Examinations of Certain Former*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

*Debtor Executives, Separately Represented Debtor Personnel, and Norton Rose Fulbright Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9006* (the "Motion").

2. I am an attorney in good standing admitted to practice in the State of New York, and I am a partner at the law firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"). I make this Declaration based on my own personal knowledge and experience, and upon documents and information available to me as counsel to the he Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al*. (the "Official Committee")

3. The Official Committee and the Ad Hoc Committee of Non-Consenting States (together with the Official Committee, the "Moving Parties") bring the Motion to obtain the Court's authority to serve formal discovery requests as set forth therein. The Moving Parties are engaged in efforts to obtain the relevant discovery without compulsory process, but have encountered delays in the scheduling of depositions, among other things. Therefore, the relief requested in the Motion is necessary to move forward the discovery process.

4. The Official Committee is filing certain discovery-related correspondence in redacted form in an abundance of caution. By filing in this way, the Official Committee does not intend to suggest that it agrees the information is or ought to be confidential.

5. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Mitchell Hurley to Ian McClatchey, dated December 18, 2019.

6. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Mitchell Hurley to J. Rosen and J. Ball including the Side A Subpoena, dated March 31, 2020.

7. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Mitchell Hurley to M. Herrington, dated July 29, 2020.

8. Attached hereto as Exhibit 4 is a true and correct copy of a letter from Mitchell Hurley to Charles Duggan and James McClammy, dated July 30, 2020.

9. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Jim McClammy to Mitchell Hurley, dated August 14, 2020.

10. Attached hereto as Exhibit 6 is a true and correct copy of email correspondence from Marc Hirschfield to Ashley Vinson Crawford, dated September 29, 2020.

11. Attached hereto as Exhibit 7 is a true and correct copy of a letter from Marc Hirschfield to Ashley Vinson Crawford, dated October 2, 2020.

Executed on: October 6, 2020

*/s/ Mitchell Hurley*
Mitchell Hurley

# EXHIBITS 1- 7
# REDACTED