DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
James I. McClammy
Eli J. Vonnegut

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.¹** | **(Jointly Administered)** |

**NOTICE OF PRESENTMENT OF STIPULATION AND AGREED
ORDER FOR THE WITHDRAWAL WITHOUT PREJUDICE OF THE CITY
OF BELLEFONTAINE NEIGHBORS, MISSOURI'S MOTION TO ALLOW LATE
FILED PROOF OF CLAIM TO BE TREATED AS TIMELY FILED PROOF OF CLAIM**

**PLEASE TAKE NOTICE** that on October 6, 2020, Purdue Pharma L.P. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Stipulation and Agreed Order For the Withdrawal*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Without Prejudice of the City of Bellefontaine Neighbors, Missouri's Motion to Allow Late Filed Proof of Claim to be Treated as Timely Filed Proof of Claim* (the "**Stipulation and Order**").

**PLEASE TAKE FURTHER NOTICE** that the Stipulation and Order between the Debtors and the City of Bellefontaine Neighbors, Missouri (the "**City of Bellefontaine Neighbors**") (i) withdraws the City Of Bellefontaine Neighbors' *Motion To Allow Late Filed Proof Of Claim To Be Treated As Timely Filed Proof Of Claim* (the "**Motion**") [Dkt. No. 1580] and *Motion for Leave to Amend Its Motion to Allow Late Filed Proof of Claim to be Treated as Timely Filed Proof of Claim* (the "**Amended Motion**") [Dkt. No. 1775], and (ii) allows the City of Bellefontaine Neighbors to refile its Motion if its concerns are not addressed by the plan of reorganization.

**PLEASE TAKE FURTHER NOTICE** that, unless a written objection to the Stipulation and Order is served and filed with proof of service with the Clerk of the Court, and a courtesy copy is delivered to the undersigned and to the chambers of the Honorable Robert D. Drain, so as to be received by **October 16, 2020 at 4:00 p.m. (prevailing Eastern Time)**, there will not be a hearing to consider the Stipulation and Order, and the Stipulation and Order will be presented for signature by the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on **October 20, 2020 at 10:00 a.m. (prevailing Eastern Time)**. A copy of the Stipulation and Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, if a written objection is timely filed and served with respect to the Stipulation and Order, a hearing (the "**Hearing**") will be held to consider the Stipulation and Order before the Honorable Robert D. Drain, United States Bankruptcy Judge,

at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on a date to be announced.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and a failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that copies of the Stipulation and Order and all related papers may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   October 6, 2020
         New York, New York

Respectfully submitted,

/s/ *James I. McClammy*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
James I. McClammy
Eli J. Vonnegut

*Counsel to the Debtors
and Debtors in Possession*