UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | ) ) | Case No. 19-23649 (RDD) |
| Debtors. | ) ) ) | (Jointly Administered) |

**ORDER PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004 AND 9016 AUTHORIZING EXAMINATION OF CERTAIN FORMER DEBTOR EXECUTIVES, SEPARATELY REPRESENTED DEBTOR PERSONNEL, AND NORTON ROSE FULBRIGHT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004 AND 9006**

Upon the motion, dated October 6, 2020 (the "Motion"), of the Official Committee of Unsecured Creditors (the "Official Committee") of Purdue Pharma L.P. ("Purdue") and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), and the Ad Hoc Committee of Non-Consenting States ("NCSG" and, together with the Official Committee, the "Moving Parties"), for an order pursuant to the Federal Rules of Bankruptcy Procedure 2004 and 9016 authorizing an examination of the parties described in the Motion and herein on the topics identified in the Motion; and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b); and the venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and the Motion being a core proceeding pursuant to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

28 U.S.C. § 157(b); and no additional notice being required except as provided herein; and, after due deliberation, the Court having determined that the Motion establishes good and sufficient cause for the relief granted hereby; now, therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as provided herein.

2. The Moving Parties are authorized pursuant to Fed. R. Bankr. P. 2004 to conduct an examination of the Former Purdue Executives, the Independently Represented Directors and Officers, and NRF, in each case as defined in the Motion, on the topics identified in the Motion, including, without limitation, by seeking electronically stored information and other documents in their respective possession, custody, or control, and by conducting depositions, and to issue subpoenas in connection with such examinations pursuant to Fed. R. Bankr. P. 2004(c) (the "Subpoenas").

3. The foregoing examinations shall be subject to the assertion of any applicable privilege; provided, that if a document or other information required to be produced hereunder is withheld on the basis of privilege, the withholding party shall provide a proper privilege log at the time and place for production.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

5. The Official Committee, the Debtors, the NCSG, the Ad Hoc Committee, and the representatives of the Former Purdue Executives, Independently Represented Directors and Officers, and NRF shall meet and confer not only to attempt in good faith to resolve any disputes over any Subpoenas but also to efficiently coordinate the issuance of and compliance with the Subpoenas. In furtherance of the foregoing, on a going forward basis the Official Committee, the

Debtors, the NCSG, and the Ad Hoc Committee shall record all time and expenses on this discovery matter and report the aggregate sum to each other on a weekly basis and also on a weekly basis discuss any cost containment issues.

Dated: White Plains, New York
October 8, 2020

/s/ Robert D. Drain
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE