Page 1

1     UNITED STATES BANKRUPTCY COURT

2     SOUTHERN DISTRICT OF NEW YORK

3

4     - - - - - - - - - - - - - - - - - - - - - - - - - - x

5     In the Matter of:

6

7     PURDUE PHARMA L.P.,        Case No. 19-23649-rdd

8

9            Debtor.

10    - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12                    U.S. Bankruptcy Court

13                    300 Quarropas Street

14                    White Plains, New York 10601

15

16                    March 2, 2020

17                    10:01 AM

18

19

20    B E F O R E :

21    HON ROBERT D. DRAIN

22    U.S. BANKRUPTCY JUDGE

23

24

25

Page 2

1   Hearing re:  Notice of Hearing/Notice of Telephonic Hearing

2   Scheduled for March 2, 2020, at 10:00 a.m. (Prevailing

3   Eastern Time)

4

5   Hearing re:  Notice of Agenda/Agenda for March 2, 2020

6   Hearing (related document(s)855)

7

8   Hearing re:  Motion to Appoint/Motion for Entry of an Order

9   Appointing Mediators (related document(s)853)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Transcribed by:  Dawn South

**Page 3**

 1   A P P E A R A N C E S :

 2   DAVIS POLK & WARDWELL LLP

 3        Attorneys for the Debtor

 4

 5    BY:  MARSHALL HUEBNER, ESQ. (TELEPHONIC)

 6          JAMES MCCLAMMY, ESQ. (TELEPHONIC)

 7

 8   KRAMER LEVIN NAFTALIS & FRANKEL LLP

 9        Attorney for Creditor, Adhoc Committee of Government

10        And Litigation Claimants

11

12   BY:  KENNETH ECKSTEIN, ESQ. (TELEPHONIC)

13

14   OFFICE OF THE UNITED STATES TRUSTEE

15        Attorney for the U.S. Trustee

16

17   BY:  BRIAN MASUMOTO, ESQ. (TELEPHONIC)

18

19   WISCONSIN DEPARTMENT OF JUSTICE

20        Attorney for the Wisconsin Department of Justice

21

22   BY:  S. MICHAEL MURPHY, ESQ. (TELEPHONIC)

23

24

25

Page 4

1    AKIN GUMP STRAUSS HAUER & FELD LLP

2         Attorney for Creditor, Official Committee of Unsecured

3         Creditors

4

5    BY:  ARIK PREIS, ESQ. (TELEPHONIC)

6

7    SKADDEN ARPS SLATE MEAGHER & FLOM

8         Attorney for Catrina Shey

9

10   BY:  CATRINA SHEY, ESQ. (TELEPHONIC)

11

12   PILLSBURY WINTHROP SHAW PITTMAN LLP

13        Attorney for Non-Consenting States

14

15   BY:  ANDREW M. TROOP, ESQ. (TELEPHONIC)

16

17   MILBANK LLP

18        Attorney for Creditor, Dr. Richard Sackler

19

20   BY:  GERARD UZZI, ESQ. (TELEPHONIC)

21

22   STATE OF PENNSYLVANIA — OFFICE OF THE ATTORNEY GENERAL

23        Attorney for Creditor, Commonwealth of Pennsylvania

24

25   BY:  MELISSA VAN ECK, ESQ. (TELEPHONIC)

Page 5

```
 1                    P R O C E E D I N G S

 2              THE CLERK:  All rise.

 3              THE COURT:  Please be seated.  Okay.  Good

 4     morning.  In re: Purdue Pharma L.P., et al.

 5              MR. HUEBNER:  Good morning, Your Honor.  For the

 6     record Marshall Huebner and Jim McClammy of Davis Polk for

 7     the debtor.

 8              THE COURT:  Good morning.  I trust everyone on the

 9     phone will identify themselves if they speak.

10              I have just one third party in the courtroom who I

11     think may be a reporter.

12              But this is the hearing on the debtors' motion for

13     an order appointing mediators for a specific issue or

14     issues, and the companion motion to shorten notice for the

15     underlying motion.

16              MR. HUEBNER:  Yeah.  So Your Honor, I will turn

17     the (indiscernible – 10:02:11) over to Mr. McClammy,

18     hopefully it can be about a, you know, four-minutes hearing,

19     and since we filed the motion we were also able to

20     (indiscernible - 10:02:20) the final issue on which a couple

21     of parties hadn't yet quite come to a full agreement, but

22     there now is full agreement, there also are no objections

23     either formal or informal.  I know that we discussed

24     (indiscernible – 10:02:32) package and sort of wait and see

25     what happens with the underlying motion so I can hopefully
```

Page 6

1    or as with the (indiscernible — 10:02:38) motion and the

2    motion to shorten time (indiscernible — 10:02:41) given the

3    lack of objection and the complete consensual nature of the

4    hearing.

5         So with that for hopefully not much longer remarks

6    (indiscernible — 10:02:52) let me turn it over if I may,

7    Your Honor, to Mr. McClammy.

8         THE COURT:  Okay.

9         MR. MCCLAMMY:  Good morning, Your Honor.  For the

10   record Jim McClammy of Davis Polk & Wardwell for the debtor.

11        First we wanted to thank you and your chambers

12   again for making time available for us this morning on a

13   date other than one of our omnibus hearing dates.  Having

14   that extra bit of time really did allow the parties to reach

15   consensus on the filing of this motion while at the same

16   time allowing, you know, this important process to commence

17   as soon as possible.

18        And as Mr. Huebner stated, there has been no

19   objections, either formal or informal, to the entry of the

20   mediation order or with respect to the motion to shorten

21   time, and we would respectfully request that the order that

22   accompanied the motion, which was docketed at 853 to shorten

23   time, be entered.

24        THE COURT:  Okay.  Does anyone --

25        MR. MCCLAMMY:  And then --

1          THE COURT:  Let me just interrupt you there.  Does

2    anyone have anything to say on the motion to shorten besides

3    Mr. McClammy?

4          Okay.  I will grant the motion to shorten.  As

5    you've noted, the underlying motion was developed after

6    substantial negotiations among the -- among key constituents

7    in these Chapter 11 cases, and the underlying relief, based

8    on the blackline order that I received late last week, is

9    also unopposed.

10         So under those circumstance and the need to move

11   the case along having this hearing on shortened notice is

12   warranted.  So I'll grant that motion.

13         MR. MCCLAMMY:  Thank you, Your Honor.

14         And then with respect to the motion yourself, Your

15   Honor, you know as this Court has noted on a number of

16   occasions and as the debtors and the other mediation

17   parties, you know, clearly understand, you know, the best

18   path forward is one that avoids costly and time consuming

19   litigation.

20         As you might expect and as we highlighted in the

21   motion papers, there were a number of varied views coming

22   into this process about how we should moving forward, but

23   I'm pleased to say that the hard and thoughtful work of all

24   the mediation parties and their counsel, we've reached

25   agreement on a path forward that's requested in the fully

Page 8

1    consensual revised form of order that was submitted on

2    Friday with a notice that it's docketed at 887.

3              That order will allow the mediation to commence

4    immediately with the selection of the Honorable Wayne

5    Phillips and Kenneth Kleinberg (ph) at -- you have two of

6    the best mediators in the country as the mediators to help

7    us and the parties with respect to the mediation issue as

8    it's set out in paragraph 3 of the proposed order.

9              The only open issue at the time that we had filed

10   the motion had been one with respect to confidentiality, and

11   that has been dissolved and the resolution of that issue is

12   set forth in the blackline that was attached to the notice

13   at paragraph 11 of docket number 877 -- 887 -- I'm sorry,

14   Your Honor.

15             So along with that revised form of order and the

16   two declarations filed by the proposed mediators setting out

17   certain disclosure, one for the Honorable Wayne Phillips at

18   docket 883, and one for Kenneth Kleinberg at docket number

19   882, unless Your Honor has any questions about the form of

20   order we would respectfully request that the consensual

21   order submitted on Friday be entered so that the parties can

22   move forward with the proposed mediation.

23             THE COURT:  Okay.  I've reviewed that blacklined

24   order, and I think it properly resolves the one open issue

25   as stated in the motion as to what people can and cannot

Page 9

1    say, which it does in paragraph 11.

2          Does anyone have anything to say on the underlying

3    motion or the proposed form of order?

4          Okay.  I have a couple of points I want to raise

5    with you all.  First both mediators are obviously highly

6    regarded and have excellent track records in assisting

7    people to get to the consensus.  Probably for that reason

8    neither of them comes with a low price tag, which is fine;

9    however, given the cost of the mediation and the desire I

10   think of all parties to resolve this case promptly, I think

11   it's important to keep the mediation on a relatively fast

12   track, and I don't know how this is being reported to the

13   mediators, but I think it's important for them to keep in

14   mind and make clear to the parties to the mediation.

15          I don't think the order needs to be changed in any

16   way to reflect that, but I hope that that is the game plan

17   for not only the mediators but also the mediation parties.

18          MR. MCCLAMMY:  Yes, Your Honor.  This is Jim

19   McClammy again for the record.

20          That is something that has been at the forefront

21   of everyone's minds, and the mediators have made sure to

22   clear a number of dates in their schedule and are moving

23   forward quickly, indeed have already set up initial meetings

24   with the mediation parties to talk about how the mediation

25   will proceed.

Page 10

```
 1              THE COURT:  All right.

 2              MR. MCCLAMMY:  And that's one of the reasons

 3    because of the clearing of their schedules that it's

 4    reflected in the monthly amount that they're charging.

 5              THE COURT:  Okay.  Very well.  And then I have two

 6    I think pretty simple points.  One is really a question; one

 7    is a point.

 8              On -- in paragraph 10 the order says that the

 9    results of the mediation are non-binding unless the

10    mediation parties agree to be so bound, then it says,

11    provided any settlement agreement reached through mediation

12    and reduced to a writing and signed shall be as binding

13    against each signatory as those reached through litigation.

14              I -- you know, I read this twice and it seemed to

15    me it's probably worth clarifying that this is subject with

16    respect to the debtors to the requirements of Section 363(b)

17    of the Bankruptcy Code and bankruptcy Rule 9019.

18              You can read the language to implicitly say that,

19    binding against EACH signatory as those reached through

20    litigation, but it doesn't really distinguish the debtors

21    have to get court approval.

22              So my suggestion would be to add that language.

23              Secondly --

24              MR. MCCLAMMY:  Understood, Your Honor, we'll make

25    the change.
```

1           THE COURT:  Secondly, paragraph 19 says for the

2     avoidance of doubt to the extent any part of this order

3     shall conflict with local Rule 9019-1 or the general order

4     or the Southern District pertaining to mediation, the terms

5     and provisions of this order shall govern.

6           And my only comment on that is the local rule does

7     have in Section 6 -- 6.0 a provision expressly giving

8     mediators immunity from claims.

9           I don't know if this was discussed with the

10    mediator, but I wasn't sure -- it didn't seem to make sense

11    to me to exclude that provision.  And unless the parties

12    wanted to somehow preserve some right against the mediators,

13    which I doubt, it probably makes sense to add that language

14    from the local rule.

15          MR. MCCLAMMY:  Thank you, Your Honor.  Yes, we can

16    take care of that.

17          THE COURT:  Okay.

18          MR. MCCLAMMY:  And we'll submit a revised form of

19    order.

20          THE COURT:  Okay.  And then finally -- and this is

21    -- this may or may not be a more controversial point.

22          Paragraph 3 lays out the disputes that the -- that

23    are authorized to be mediated between the non-federal public

24    claimants on the one hand and the private claimants on the

25    other as to the allocation of value, proceeds available from

Page 12

1     the debtors' estates, and then it lays out in more general

2     terms that they may need to consider a variety of concepts

3     and issues, including, without limitation, various sources

4     of value for the estates, various claims of persons or

5     entities who are not mediation parties, and different modes

6     and methods of allocation.

7          And one could say that the debtors might be

8     raising the point that I'm about to raise here, but it does

9     -- this just refers to claims, and while the debtors have

10    turned over in broad brush the estates resources and value

11    to alleviating the opioid crisis, one of the functions that

12    I think everyone would agree that the debtors perform is

13    providing pain alleviation medicine, which one properly

14    administered, has an important role.  For example, to

15    veterans who have been injured and are being properly

16    treated for chronic pain.

17         And one could read this paragraph to assume that

18    all that's being taken into account here and perhaps

19    generally in the case is dealing with claims, but I wondered

20    whether it might be worthwhile to insert in this list of

21    including, without limitation concepts and issues, something

22    to the effect of the interests of private non-mediation

23    parties such as people who need properly administered pain

24    alleviation medicine produced by the debtors.

25         Now, one could say that the debtors in wanting to

Page 13

```
 1    preserve a business to dedicate its resources to alleviating

 2    the opioid crisis might include that as part of their

 3    business, but -- and therefore raise it in the mediation,

 4    but I wanted to raise it before we enter this order, because

 5    I think it's something that should not be ignored.  And of

 6    course the key phrase there is properly administered pain

 7    alleviation medicine.

 8             MR. MCCLAMMY:  Thank you, Your Honor, that's

 9    greatly appreciated.

10             The debtors certainly are no issue with including

11    language along those lines.

12             THE COURT:  Okay.

13             MR. HUEBNER:  Yeah.  You know, we may want to

14    check along with (indiscernible - 10:15:56) people, because

15    obviously we don't control the administration of their

16    medicine, we're merely the manufacturer, and so I think that

17    it may be that we need (indiscernible - 10:16:05) words that

18    say, you know, the availability of FDA approved

19    medication --

20             THE COURT:  Sure.

21             MR. HUEBNER:  -- (indiscernible - 10:16:12)

22    administrate --

23             THE COURT:  Right.

24             MR. HUEBNER:  -- (indiscernible - 10:16:13),

25    because they're very sticky about stuff like that, but
```

Page 14

1    obviously one of the things that we've all been talking

2    about all along in the case is insuring that there are not

3    more supply chain disruptions and the like in the FDA

4    approved medications that many people do rely on.

5            And obviously, you know, we do make a whole bunch

6    of things (indiscernible – 10:16:33) lost in the shuffle and

7    things like, you know, uncontroversial like Colace and

8    magnesium and (indiscernible – 10:16:42) and betadine and

9    the like, which are also I think of the FDA label over the

10   counter, I think we can probably put in language that would

11   be (indiscernible – 10:16:51).

12           THE COURT:  Okay.  I don't want this point to

13   unduly delay entry of this order, because as I said at the

14   beginning I think it's important for that process to get

15   going and I'm pleased that it is going to get going

16   promptly.  In fact the order itself contemplates it gets

17   going in the next -- well this week, in the next few days,

18   but I did think it was important to raise the point.

19           So if the parties can't agree on specific language

20   I think you can certainly make the -- my concern known to

21   the mediators and just leave it at that, but if specific

22   language can be agreed that's even better.  And --

23           MR. HUEBNER:  Absolutely, Your Honor.  We'll

24   hopefully do something sufficiently (indiscernible –

25   10:17:43) it won't attract too much trauma.

Page 15

1          THE COURT:  Okay.  And I will -- we will email

2     these comments to Mr. McClammy so he'll have them so just in

3     case as is often the case it was hard for him to take notes

4     and be ready to respond to questions at the same time, he's

5     have them -- he'll have my mark up.  But --

6          MR. MCCLAMMY:  I appreciate it.

7          THE COURT:  -- having raised those issues and I

8     think having the comments agreed at least in principle I

9     will grant the motion and enter the mediation order along

10    the lines that I've just discussed.

11         MR. MCCLAMMY:  Thank you very much, Your Honor.

12         THE COURT:  Okay.  Thank you.

13         MR. HUEBNER:  Nothing else from the debtors, Your

14    Honor.  I think we have next up for March 18th.

15         THE COURT:  Right.  Exactly.  So CourtCall, we're

16    done with the call.  Thanks.

17         THE OPERATOR:  Thank you.

18      (Whereupon these proceedings were concluded at 10:18

19    AM)

20

21

22

23

24

25

1                    **I N D E X**

2                      RULINGS

3                                                    PAGE

4    Motion to Shorten Time                           7

5


6    Motion to Appoint/Motion for Entry of an Order

7    Appointing Mediators                            15

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1             C E R T I F I C A T I O N

2

3    I, Dawn South, certify that the foregoing transcript is a

4    true and accurate record of the proceedings.

5    Dawn South

6    _____

7    Dawn South

8    Certified Electronic Transcriber

9

10

11

12

13   Date:   March 4, 2020

14

15

16

17

18

19

20

21

22   Veritext Legal Solutions

23   330 Old Country Road

24   Suite 300

25   Mineola, NY 11501

[& - code]                                                                    Page 1

### &

**&**   3:2,8 4:1,7 6:10

### 1

**10**   10:8
**10601**   1:14
**10:00**   2:2
**10:01**   1:17
**10:02:11**   5:17
**10:02:20**   5:20
**10:02:32**   5:24
**10:02:38**   6:1
**10:02:41**   6:2
**10:02:52**   6:6
**10:15:56**   13:14
**10:16:05**   13:17
**10:16:12**   13:21
**10:16:13**   13:24
**10:16:33**   14:6
**10:16:42**   14:8
**10:16:51**   14:11
**10:17:43**   14:25
**11**   7:7 8:13 9:1
**11501**   17:25
**15**   16:7
**18th**   15:14
**19**   11:1
**19-23649**   1:7

### 2

**2**   1:16 2:2,5
**2020**   1:16 2:2,5
   17:13

### 3

**3**   8:8 11:22
**300**   1:13 17:24
**330**   17:23
**363**   10:16

### 4

**4**   17:13

### 6

**6**   11:7
**6.0**   11:7

### 7

**7**   16:4

### 8

**853**   2:9 6:22
**855**   2:6
**877**   8:13
**882**   8:19
**883**   8:18
**887**   8:2,13

### 9

**9019**   10:17
**9019-1**   11:3

### a

**a.m.**   2:2
**able**   5:19
**absolutely**   14:23
**accompanied**   6:22
**account**   12:18
**accurate**   17:4
**add**   10:22 11:13
**adhoc**   3:9
**administered**
   12:14,23 13:6
**administrate**
   13:22
**administration**
   13:15
**agenda**   2:5,5
**agree**   10:10 12:12
   14:19
**agreed**   14:22 15:8
**agreement**   5:21
   5:22 7:25 10:11
**akin**   4:1
**al**   5:4
**alleviating**   12:11
   13:1

**alleviation**   12:13
   12:24 13:7
**allocation**   11:25
   12:6
**allow**   6:14 8:3
**allowing**   6:16
**amount**   10:4
**andrew**   4:15
**appoint**   2:8 16:6
**appointing**   2:9
   5:13 16:7
**appreciate**   15:6
**appreciated**   13:9
**approval**   10:21
**approved**   13:18
   14:4
**arik**   4:5
**arps**   4:7
**assisting**   9:6
**assume**   12:17
**attached**   8:12
**attorney**   3:9,15
   3:20 4:2,8,13,18
   4:22,23
**attorneys**   3:3
**attract**   14:25
**authorized**   11:23
**availability**   13:18
**available**   6:12
   11:25
**avoidance**   11:2
**avoids**   7:18

### b

**b**   1:20 10:16
**bankruptcy**   1:1
   1:12,22 10:17,17
**based**   7:7
**beginning**   14:14
**best**   7:17 8:6
**betadine**   14:8
**better**   14:22
**binding**   10:9,12
   10:19

**bit**   6:14
**blackline**   7:8 8:12
**blacklined**   8:23
**bound**   10:10
**brian**   3:17
**broad**   12:10
**brush**   12:10
**bunch**   14:5
**business**   13:1,3

### c

**c**   3:1 5:1 17:1,1
**call**   15:16
**care**   11:16
**case**   1:7 7:11 9:10
   12:19 14:2 15:3,3
**cases**   7:7
**catrina**   4:8,10
**certain**   8:17
**certainly**   13:10
   14:20
**certified**   17:8
**certify**   17:3
**chain**   14:3
**chambers**   6:11
**change**   10:25
**changed**   9:15
**chapter**   7:7
**charging**   10:4
**check**   13:14
**chronic**   12:16
**circumstance**
   7:10
**claimants**   3:10
   11:24,24
**claims**   11:8 12:4,9
   12:19
**clarifying**   10:15
**clear**   9:14,22
**clearing**   10:3
**clearly**   7:17
**clerk**   5:2
**code**   10:17

[colace - hearing]                                                                                          Page 2

colace  14:7
come  5:21
comes  9:8
coming  7:21
commence  6:16
   8:3
comment  11:6
comments  15:2,8
committee  3:9 4:2
commonwealth
   4:23
companion  5:14
complete  6:3
concepts  12:2,21
concern  14:20
concluded  15:18
confidentiality
   8:10
conflict  11:3
consensual  6:3
   8:1,20
consensus  6:15
   9:7
consenting  4:13
consider  12:2
constituents  7:6
consuming  7:18
contemplates
   14:16
control  13:15
controversial
   11:21
cost  9:9
costly  7:18
counsel  7:24
counter  14:10
country  8:6 17:23
couple  5:20 9:4
course  13:6
court  1:1,12 5:3,8
   6:8,24 7:1,15 8:23
   10:1,5,21 11:1,17
   11:20 13:12,20,23

14:12 15:1,7,12
   15:15
courtcall  15:15
courtroom  5:10
creditor  3:9 4:2
   4:18,23
creditors  4:3
crisis  12:11 13:2

**d**

d  1:21 5:1 16:1
date  6:13 17:13
dates  6:13 9:22
davis  3:2 5:6 6:10
dawn  2:25 17:3,7
days  14:17
dealing  12:19
debtor  1:9 3:3 5:7
   6:10
debtors  5:12 7:16
   10:16,20 12:1,7,9
   12:12,24,25 13:10
   15:13
declarations  8:16
dedicate  13:1
delay  14:13
department  3:19
   3:20
desire  9:9
developed  7:5
different  12:5
disclosure  8:17
discussed  5:23
   11:9 15:10
disputes  11:22
disruptions  14:3
dissolved  8:11
distinguish  10:20
district  1:2 11:4
docket  8:13,18,18
docketed  6:22 8:2
document  2:6,9
doubt  11:2,13

dr  4:18
drain  1:21

**e**

e  1:20,20 3:1,1 5:1
   5:1 16:1 17:1
eastern  2:3
eck  4:25
eckstein  3:12
effect  12:22
either  5:23 6:19
electronic  17:8
email  15:1
enter  13:4 15:9
entered  6:23 8:21
entities  12:5
entry  2:8 6:19
   14:13 16:6
esq  3:5,6,12,17,22
   4:5,10,15,20,25
estates  12:1,4,10
et  5:4
everyone's  9:21
exactly  15:15
example  12:14
excellent  9:6
exclude  11:11
expect  7:20
expressly  11:7
extent  11:2
extra  6:14

**f**

f  1:20 17:1
fact  14:16
fast  9:11
fda  13:18 14:3,9
federal  11:23
feld  4:1
filed  5:19 8:9,16
filing  6:15
final  5:20
finally  11:20
fine  9:8

first  6:11 9:5
flom  4:7
forefront  9:20
foregoing  17:3
form  8:1,15,19
   9:3 11:18
formal  5:23 6:19
forth  8:12
forward  7:18,22
   7:25 8:22 9:23
four  5:18
frankel  3:8
friday  8:2,21
full  5:21,22
fully  7:25
functions  12:11

**g**

g  5:1
game  9:16
general  4:22 11:3
   12:1
generally  12:19
gerard  4:20
given  6:2 9:7
giving  11:7
going  14:15,15,15
   14:17
good  5:3,5,8 6:9
govern  11:5
government  3:9
grant  7:4,12 15:9
greatly  13:9
gump  4:1

**h**

hand  11:24
happens  5:25
hard  7:23 15:3
hauer  4:1
he'll  15:2,5
hearing  2:1,1,1,5
   2:6,8 5:12,18 6:4
   6:13 7:11

[help - obviously]                                                    Page 3

**help**  8:6
**highlighted**  7:20
**highly**  9:5
**hon**  1:21
**honor**  5:5,16 6:7,9
  7:13,15 8:14,19
  9:18 10:24 11:15
  13:8 14:23 15:11
  15:14
**honorable**  8:4,17
**hope**  9:16
**hopefully**  5:18,25
  6:5 14:24
**huebner**  3:5 5:5,6
  5:16 6:18 13:13
  13:21,24 14:23
  15:13

**i**

**identify**  5:9
**ignored**  13:5
**immediately**  8:4
**immunity**  11:8
**implicitly**  10:18
**important**  6:16
  9:11,13 12:14
  14:14,18
**include**  13:2
**including**  12:3,21
  13:10
**indiscernible**  5:17
  5:20,24 6:1,2,6
  13:14,17,21,24
  14:6,8,11,24
**informal**  5:23
  6:19
**initial**  9:23
**injured**  12:15
**insert**  12:20
**insuring**  14:2
**interests**  12:22
**interrupt**  7:1
**issue**  5:13,20 8:7,9
  8:11,24 13:10

**issues**  5:14 12:3
  12:21 15:7

**j**

**james**  3:6
**jim**  5:6 6:10 9:18
**judge**  1:22
**justice**  3:19,20

**k**

**keep**  9:11,13
**kenneth**  3:12 8:5
  8:18
**key**  7:6 13:6
**kleinberg**  8:5,18
**know**  5:18,23
  6:16 7:15,17,17
  9:12 10:14 11:9
  13:13,18 14:5,7
**known**  14:20
**kramer**  3:8

**l**

**l.p.**  1:7 5:4
**label**  14:9
**lack**  6:3
**language**  10:18,22
  11:13 13:11 14:10
  14:19,22
**late**  7:8
**lays**  11:22 12:1
**leave**  14:21
**legal**  17:22
**levin**  3:8
**limitation**  12:3,21
**lines**  13:11 15:10
**list**  12:20
**litigation**  3:10
  7:19 10:13,20
**llp**  3:2,8 4:1,12,17
**local**  11:3,6,14
**longer**  6:5
**lost**  14:6
**low**  9:8

**m**

**m**  4:15
**magnesium**  14:8
**making**  6:12
**manufacturer**
  13:16
**march**  1:16 2:2,5
  15:14 17:13
**mark**  15:5
**marshall**  3:5 5:6
**masumoto**  3:17
**matter**  1:5
**mcclammy**  3:6
  5:6,17 6:7,9,10,25
  7:3,13 9:18,19
  10:2,24 11:15,18
  13:8 15:2,6,11
**meagher**  4:7
**mediated**  11:23
**mediation**  6:20
  7:16,24 8:3,7,22
  9:9,11,14,17,24
  9:24 10:9,10,11
  11:4 12:5,22 13:3
  15:9
**mediator**  11:10
**mediators**  2:9
  5:13 8:6,6,16 9:5
  9:13,17,21 11:8
  11:12 14:21 16:7
**medication**  13:19
**medications**  14:4
**medicine**  12:13,24
  13:7,16
**meetings**  9:23
**melissa**  4:25
**merely**  13:16
**methods**  12:6
**michael**  3:22
**milbank**  4:17
**mind**  9:14
**minds**  9:21

**mineola**  17:25
**minutes**  5:18
**modes**  12:5
**monthly**  10:4
**morning**  5:4,5,8
  6:9,12
**motion**  2:8,8 5:12
  5:14,15,19,25 6:1
  6:2,15,20,22 7:2,4
  7:5,12,14,21 8:10
  8:25 9:3 15:9 16:4
  16:6,6
**move**  7:10 8:22
**moving**  7:22 9:22
**murphy**  3:22

**n**

**n**  3:1 5:1 16:1
  17:1
**naftalis**  3:8
**nature**  6:3
**need**  7:10 12:2,23
  13:17
**needs**  9:15
**negotiations**  7:6
**neither**  9:8
**new**  1:2,14
**non**  4:13 10:9
  11:23 12:22
**noted**  7:5,15
**notes**  15:3
**notice**  2:1,1,5 5:14
  7:11 8:2,12
**number**  7:15,21
  8:13,18 9:22
**ny**  17:25

**o**

**o**  1:20 5:1 17:1
**objection**  6:3
**objections**  5:22
  6:19
**obviously**  9:5
  13:15 14:1,5

occasions 7:16
office 3:14 4:22
official 4:2
okay 5:3 6:8,24
  7:4 8:23 9:4 10:5
  11:17,20 13:12
  14:12 15:1,12
old 17:23
omnibus 6:13
open 8:9,24
operator 15:17
opioid 12:11 13:2
order 2:8 5:13
  6:20,21 7:8 8:1,3
  8:8,15,20,21,24
  9:3,15 10:8 11:2,3
  11:5,19 13:4
  14:13,16 15:9
  16:6

**p**

p 3:1,1 5:1
package 5:24
page 16:3
pain 12:13,16,23
  13:6
papers 7:21
paragraph 8:8,13
  9:1 10:8 11:1,22
  12:17
part 11:2 13:2
parties 5:21 6:14
  7:17,24 8:7,21
  9:10,14,17,24
  10:10 11:11 12:5
  12:23 14:19
party 5:10
path 7:18,25
pennsylvania
  4:22,23
people 8:25 9:7
  12:23 13:14 14:4
perform 12:12

persons 12:4
pertaining 11:4
ph 8:5
pharma 1:7 5:4
phillips 8:5,17
phone 5:9
phrase 13:6
pillsbury 4:12
pittman 4:12
plains 1:14
plan 9:16
please 5:3
pleased 7:23
  14:15
point 10:7 11:21
  12:8 14:12,18
points 9:4 10:6
polk 3:2 5:6 6:10
possible 6:17
preis 4:5
preserve 11:12
  13:1
pretty 10:6
prevailing 2:2
price 9:8
principle 15:8
private 11:24
  12:22
probably 9:7
  10:15 11:13 14:10
proceed 9:25
proceedings
  15:18 17:4
proceeds 11:25
process 6:16 7:22
  14:14
produced 12:24
promptly 9:10
  14:16
properly 8:24
  12:13,15,23 13:6
proposed 8:8,16
  8:22 9:3

provided 10:11
providing 12:13
provision 11:7,11
provisions 11:5
public 11:23
purdue 1:7 5:4
put 14:10

**q**

quarropas 1:13
question 10:6
questions 8:19
  15:4
quickly 9:23
quite 5:21

**r**

r 1:20 3:1 5:1 17:1
raise 9:4 12:8
  13:3,4 14:18
raised 15:7
raising 12:8
rdd 1:7
reach 6:14
reached 7:24
  10:11,13,19
read 10:14,18
  12:17
ready 15:4
really 6:14 10:6
  10:20
reason 9:7
reasons 10:2
received 7:8
record 5:6 6:10
  9:19 17:4
records 9:6
reduced 10:12
refers 12:9
reflect 9:16
reflected 10:4
regarded 9:6
related 2:6,9
relatively 9:11

relief 7:7
rely 14:4
remarks 6:5
reported 9:12
reporter 5:11
request 6:21 8:20
requested 7:25
requirements
  10:16
resolution 8:11
resolve 9:10
resolves 8:24
resources 12:10
  13:1
respect 6:20 7:14
  8:7,10 10:16
respectfully 6:21
  8:20
respond 15:4
results 10:9
reviewed 8:23
revised 8:1,15
  11:18
richard 4:18
right 10:1 11:12
  13:23 15:15
rise 5:2
road 17:23
robert 1:21
role 12:14
rule 10:17 11:3,6
  11:14
rulings 16:2

**s**

s 2:6,9 3:1,22 5:1
sackler 4:18
says 10:8,10 11:1
schedule 9:22
scheduled 2:2
schedules 10:3
seated 5:3
secondly 10:23
  11:1

[section - york]                                                                    Page 5

**section** 10:16 11:7
**see** 5:24
**selection** 8:4
**sense** 11:10,13
**set** 8:8,12 9:23
**setting** 8:16
**settlement** 10:11
**shaw** 4:12
**shey** 4:8,10
**shorten** 5:14 6:2
    6:20,22 7:2,4 16:4
**shortened** 7:11
**shuffle** 14:6
**signatory** 10:13
    10:19
**signed** 10:12
**simple** 10:6
**skadden** 4:7
**slate** 4:7
**solutions** 17:22
**soon** 6:17
**sorry** 8:13
**sort** 5:24
**sources** 12:3
**south** 2:25 17:3,7
**southern** 1:2 11:4
**speak** 5:9
**specific** 5:13
    14:19,21
**state** 4:22
**stated** 6:18 8:25
**states** 1:1 3:14
    4:13
**sticky** 13:25
**strauss** 4:1
**street** 1:13
**stuff** 13:25
**subject** 10:15
**submit** 11:18
**submitted** 8:1,21
**substantial** 7:6
**sufficiently** 14:24

**suggestion** 10:22
**suite** 17:24
**supply** 14:3
**sure** 9:21 11:10
    13:20

**t**

**t** 17:1,1
**tag** 9:8
**take** 11:16 15:3
**taken** 12:18
**talk** 9:24
**talking** 14:1
**telephonic** 2:1 3:5
    3:6,12,17,22 4:5
    4:10,15,20,25
**terms** 11:4 12:2
**thank** 6:11 7:13
    11:15 13:8 15:11
    15:12,17
**thanks** 15:16
**things** 14:1,6,7
**think** 5:11 8:24
    9:10,10,13,15
    10:6 12:12 13:5
    13:16 14:9,10,14
    14:18,20 15:8,14
**third** 5:10
**thoughtful** 7:23
**time** 2:3 6:2,12,14
    6:16,21,23 7:18
    8:9 15:4 16:4
**track** 9:6,12
**transcribed** 2:25
**transcriber** 17:8
**transcript** 17:3
**trauma** 14:25
**treated** 12:16
**troop** 4:15
**true** 17:4
**trust** 5:8
**trustee** 3:14,15
**turn** 5:16 6:6

**turned** 12:10
**twice** 10:14
**two** 8:5,16 10:5

**u**

**u.s.** 1:12,22 3:15
**uncontroversial**
    14:7
**underlying** 5:15
    5:25 7:5,7 9:2
**understand** 7:17
**understood** 10:24
**unduly** 14:13
**united** 1:1 3:14
**unopposed** 7:9
**unsecured** 4:2
**uzzi** 4:20

**v**

**value** 11:25 12:4
    12:10
**van** 4:25
**varied** 7:21
**variety** 12:2
**various** 12:3,4
**veritext** 17:22
**veterans** 12:15
**views** 7:21

**w**

**wait** 5:24
**want** 9:4 13:13
    14:12
**wanted** 6:11
    11:12 13:4
**wanting** 12:25
**wardwell** 3:2 6:10
**warranted** 7:12
**way** 9:16
**wayne** 8:4,17
**we've** 7:24 14:1
**week** 7:8 14:17
**we're** 13:16
**white** 1:14

**winthrop** 4:12
**wisconsin** 3:19,20
**wondered** 12:19
**won't** 14:25
**words** 13:17
**work** 7:23
**worth** 10:15
**worthwhile** 12:20
**writing** 10:12

**x**

**x** 1:4,10 16:1

**y**

**yeah** 5:16 13:13
**york** 1:2,14