**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

## NOTICE OF TENTH MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2020 THROUGH AUGUST 31, 2020

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | August 1, 2020 through August 31, 2020 |
| **Amount of Compensation Requested (after 13% discount):** | $148,304.55 |
| **Less 20% Holdback** | $29,660.91 |
| **Net of Holdback**: | $118,643.64 |
| **Amount of Expense Reimbursement Requested:** | $1,570.00 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Total Compensation (Net of Holdback) and Expense Reimbursement Requested:**     $120,213.64

**This is a**     <u>X</u>  Monthly  _____Interim  ___ Final Fee Statement

*[The remainder of this page has been intentionally left blank]*

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this tenth monthly fee statement (the "Tenth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from August 1, 2020 through August 31, 2020 (the "Tenth Monthly Fee Period"). By this Tenth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $120,213.64 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Tenth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.     Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Tenth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]     The total amount sought for fees reflects (a) voluntary write offs in the amount of $864.00 and (b) application of a subsequent 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $23,024.45 for the Tenth Monthly Fee Period), for an overall voluntary reduction of approximately 13.44%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2020, Jones Day is using 2019 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13.44% reduction.

Jones Day professional, and (e) year of bar admission for each attorney.  The blended hourly billing

rate of Jones Day timekeepers during the Tenth Monthly Fee Period is approximately $724.50.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and

compensation sought, by project category, for the Tenth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and

reimbursement sought, by expense type, for the Tenth Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Tenth

Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Tenth Monthly Fee Statement shall be given to the following

parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford,

CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis

Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher

Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@

davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One

Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email:

apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Bayard,

P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801, Attn: Justin R. Alberto and Daniel

N. Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; (iv) the Office of the

United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York,

New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and

---

[4]     The blended rate is comprised of all Jones Day timekeepers who provided services during the Tenth Monthly
Fee Period.

[5]     The time records included in **Exhibit D** have been minimally redacted to protect privileged information.

(v) the fee examiner, Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

6.      Objections to this Tenth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Anna Kordas (akordas@jonesday.com) no later than October 22, 2020 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

7.      If no objections to this Tenth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Tenth Monthly Fee Statement.

8.      To the extent that an objection to this Tenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Tenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

9.      No prior request for the relief sought in this Tenth Monthly Fee Statement has been

made to this or any other court.

Dated: October 8, 2020                    _/s/  Anna Kordas_____
        New York, NY                      JONES DAY
                                          John J. Normile
                                          Anna Kordas
                                          250 Vesey Street
                                          New York, NY 10281
                                          Telephone:    (212) 326-3939
                                          Facsimile:    (212) 755-7306
                                          Email:        jjnormile@jonesday.com
                                                        akordas@jonesday.com


                                          *Special Counsel to the Debtors and
                                          Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**AUGUST 1, 2020 – AUGUST 31, 2020**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Pablo D. Hendler | 1995 | $1,125.00 | $978.75 | .40 | $450.00 |
| Matthew W. Johnson | 2007 | $1,075.00 | $935.25 | 4.20 | $3,360.00 |
| Michael H. Knight | 1994 | $1,075.00 | $935.25 | 36.40 | $39,130.00 |
| Gasper J. LaRosa | 2002 | $1,075.00 | $935.25 | 3.50 | $3,762.50 |
| Christopher Morrison | 2001 | $950.00 | $826.50 | 1.00 | $950.00 |
| Dan T. Moss | 2007 | $1,000.00 | $870.00 | 12.90 | $12,900.00 |
| John J. Normile | 1989 | $1,225.00 | $1,065.75 | 38.20 | $46,795.00 |
| Kevyn D. Orr | 1984 | $1,350.00 | $1,174.50 | 3.50 | $4,725.00 |
| **TOTAL PARTNER:** | | | | **100.10** | **$112,072.50** |
| **ASSOCIATE** | | | | | |
| Nisha V. Giridhar | 2020 | $525.00 | $456.75 | 1.00 | $525.00 |
| Justin B. Harris | 2020 | $525.00 | $456.75 | 3.20 | $1,680.00 |
| Anna Kordas | 2014 | $750.00 | $652.50 | 8.70 | $6,525.00 |
| Kevin V. McCarthy | 2016 | $605.00 | $526.35 | 25.00 | $15,125.00 |
| Adam M. Nicolais | 2017 | $550.00 | $478.50 | 7.40 | $4,070.00 |
| Cortney R. Robinson | 2018 | $500.00 | $435.00 | 4.00 | $2,000.00 |
| Ryan Sims | 2016 | $550.00 | $478.50 | 21.60 | $11,880.00 |
| **TOTAL ASSOCIATE:** | | | | **70.90** | **$41,805.00** |
| **LAW CLERK** | | | | | |
| Lynne Fischer | 1996 | $525.00 | $456.75 | 27.50 | $14,437.50 |
| **TOTAL LAW CLERK:** | | | | **27.50** | **$14,437.50** |
| **PARALEGAL & STAFF** | | | | | |
| Jason J. Darensbourg | N/A | $325.00 | $282.75 | 2.00 | $650.00 |
| Kristina Horn | N/A | $400.00 | $348.00 | 3.40 | $1,360.00 |
| Alice M. Loan | N/A | $175.00 | $152.25 | 0.80 | $140.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **6.20** | **$2,150.00** |
| **TOTAL:** | | | | **204.70** | **$170,465.00** |

## EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

### AUGUST 1, 2020 – AUGUST 31, 2020

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 65.20 | $56,535.00 |
| Intellipharmaceutics Corp. | 41.80 | $42,775.00 |
| Collegium 961 PGR | 7.70 | $7,122.50 |
| Strategic Corporate Advice | 64.00 | $44,135.00 |
| Retention Matters | 16.90 | $10,830.00 |
| Accord Healthcare Inc. | 9.10 | $9,067.50 |
| **TOTAL** | **204.70** | **$170,465.00** |
| **13% DISCOUNT** | | **$22,160.45** |
| **TOTAL FEES** | | **$148,304.55** |

## <u>EXHIBIT C</u>

**EXPENSE SUMMARY**
**<u>AUGUST 1, 2020 – AUGUST 31, 2020</u>**

| Expense Category | Total Expenses |
| --- | --- |
| Consultant Fees | $1,500.00 |
| Court Costs | $70.00 |
| **TOTAL** | **$1,570.00** |

## **EXHIBIT D**

**TIME DETAIL**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

September 16, 2020                                                    305158-610005

Invoice: ******

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through August 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 56,535.00 |
| Less 13% Fee Discount | | (7,349.55) |
| | USD | 49,185.45 |
| **TOTAL** | **USD** | **49,185.45** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610005/****** WITH YOUR PAYMENT

**JONES DAY**

305158-610005

Page 2

September 16, 2020

Invoice:  *****

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 0.40 | 1,125.00 | 450.00 |
| C M MORRISON | 1.00 | 950.00 | 950.00 |
| J J NORMILE | 29.40 | 1,225.00 | 36,015.00 |
| ASSOCIATE |  |  |  |
| J B HARRIS | 3.20 | 525.00 | 1,680.00 |
| K MCCARTHY | 20.50 | 605.00 | 12,402.50 |
| A M NICOLAIS | 5.80 | 550.00 | 3,190.00 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 1.50 | 325.00 | 487.50 |
| LEGAL SUPPORT |  |  |  |
| K HORN | 3.40 | 400.00 | 1,360.00 |
| **TOTAL** | **65.20** | **USD** | **56,535.00** |

305158-610005                                                                                      Page 3
                                                                                          September 16, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                        Invoice:  *****

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 08/02/20 | K MCCARTHY | 0.40 |

Review case pleadings regarding applicability of summary judgment arguments to other asserted patents
(0.3) and communicate with P. Hendler regarding same (0.1).

08/02/20        A M NICOLAIS                                                              0.40

Communication in firm with P. Hendler re '919 patent status in Collegium matter; reviewing Collegium
pleadings/docket re same.

08/02/20        J J NORMILE                                                               1.00

Review and revision of Omnibus Reply in Support of Debtor's Lift Stay Motion including correspondence
from M. Johnson and various emails with K. Orr and D. Moss.

08/03/20        P D HENDLER                                                               0.40

Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding
matter.

08/03/20        K MCCARTHY                                                                0.20

Participate in part of weekly client teleconference regarding litigation status updates (0.2).

08/03/20        J J NORMILE                                                               2.80

Preparation for and participation in weekly team teleconference with P. Strassburger, R. Silbert, B. Koch, R.
Inz, P. Hendler and K. McCarthy (.50); preparation for and participation in teleconference with P.
Strassburger regarding Collegium's response to lift stay motions and review of various correspondence
from P. Hendler, A. Nicolais and K. McCarthy regarding same (1.0); review and revise same (.50);
preparation for and participation in teleconference with K. Orr and D. Moss regarding same (.80).

08/08/20        J J NORMILE                                                               0.50

Preparation for and participation in teleconference with P. Strassburger regarding reply brief on lift stay
motion.

08/10/20        K MCCARTHY                                                                1.00

Review/analyze draft response to Collegium liftstay motion (0.2); review analyze Collegium SJ motion
briefing and decision (0.5) and draft/revise internal summary regarding same (0.3).

08/10/20        J J NORMILE                                                               1.90

Preparation for and participation in weekly team teleconference with P. Strassburger, R. Kreppel, R. Silbert,
B. Koch, R. Inz and K. McCarthy (.30); preparation for and participation in teleconference with K. Orr, D.
Moss, P. Strassburger, B. Koch, R. Inz and R. Sims regarding preparation of reply/opposition brief relating
to various motions to lift stay (.80); review draft of same prepared by DPW and B. Koch's comments to
same (.80).

08/11/20        J J NORMILE                                                               1.00

Review and revision of reply/opposition to various lift stay motions including correspondence with R.
Sims, M. Johnson and D. Moss.

08/12/20        J J NORMILE                                                               1.50

Continued review and revision of opposition to reply/objection to various lift stay motions and review
correspondence regarding same.

08/13/20        K MCCARTHY                                                                5.50

Draft/revise memorandum of law (4.50) and perform legal research in support of same (1.0).

08/13/20        J J NORMILE                                                               1.50

Continued attention to preparation of reply/objection to various lift stay motions including correspondence
with R. Sims, K. Orr and P. Strassburger.

08/14/20        C M MORRISON                                                              0.50

Phone call with P. Hendler and follow up with J. Normile regarding Massachusetts case.

JONES DAY

305158-610005                                                                          Page 4
                                                                         September 16, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice:  *****

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

08/17/20    J J NORMILE                                                    0.50
Preparation for and participation in weekly team teleconference with P. Strassburger, R. Kreppel, B. Koch, R. Inz and K. McCarthy and review of recent correspondence regarding pending matters.

08/18/20    J J NORMILE                                                    1.50
Review and revision of draft reply/objection memorandum to various lift stay motions including comments from various team members and teleconference with P. Strassburger.

08/23/20    J J NORMILE                                                    0.80
Review of various correspondence relating to the upcoming oral argument on various lift stay motions and review of draft correspondence to the FDA regarding Xtampza.

08/24/20    J J NORMILE                                                    3.10
Attention to various matters regarding pending lift stay motions and upcoming August 26 hearing before Judge Drain including various teleconferences with B. Koch, P. Strassburger, R. Inz and C. Robertson (1.50); preparation of questionnaire for same including various emails with K. Orr and D. Moss (.80); various correspondence with M. Johnson regarding various PTAB procedural issues (.80).

08/25/20    K HORN                                                         0.90
Review PGR papers and pleadings to devise list of relevant dates in preparation for hearing per K. McCarthy.

08/25/20    K MCCARTHY                                                     0.90
Draft/revise timeline of key Collegium PGR events (0.4); attention to miscellaneous correspondence with J. Normile, M. Johnson, and paralegals regarding same (0.5).

08/25/20    J J NORMILE                                                    1.50
Preparation for upcoming hearing before Judge Drain including preparation of questions, PTAB timeline and investigation of various statistics relating to PTAB proceedings.

08/26/20    J J NORMILE                                                    2.50
Preparation for and participation in hearing before Judge Drain regarding various lift stay motions (1.5); various teleconferences with C. Robertson and the client regarding same and review of various emails regarding same (1.0).

08/27/20    J J DARENSBOURG                                                0.10
Manage shared database for attorneys of correspondence regarding request for lifting of stay by Defendant.

08/27/20    K HORN                                                         1.50
Compile references cited in Motion to Terminate Collegium PGR2018-00048 per K. McCarthy.

08/27/20    K MCCARTHY                                                     6.50
Draft/revise memorandum regarding motion to terminate PGR2018-00048 (5.7); attention to miscellaneous correspondence regarding bankruptcy court ruling on Purdue's and Collegium's liftstay motions and related issued (0.8).

08/27/20    A M NICOLAIS                                                   4.80
Communication in firm with K. McCarthy re Collegium PGR/Bankruptcy Motion to Terminate proceeding and research; research re PGR extensions due to Patent Owner's bankruptcy filing; review/analyze AIA legislative history re 18-month deadline; review/analyze prior extended IPR/PGRs with granted extensions due to bankruptcy filing; drafting summaries re same; drafting memo re motion to terminate.

08/27/20    J J NORMILE                                                    2.00
Review of various correspondence regarding 8/26/20 bankruptcy hearing regarding various lift stay motions (1.0); preparation for and participation in teleconference with K. McCarthy and G. LaRosa regarding same (.50); review of Collegium's email to the PTAB and related teleconferences (.50).

08/28/20    J J DARENSBOURG                                                1.00
Manage/prepare filed Complaint and Protective Orders for attorney and client review; manage shared database for attorneys of correspondence regarding request for motion to terminate.

**JONES DAY**

305158-610005 Page 5
September 16, 2020

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals Invoice: ******

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 08/28/20 | J B HARRIS | 3.20 |
| | Review and revise memo regarding the motion to terminate. | |
| 08/28/20 | K HORN | 1.00 |
| | Cite check Memorandum in Support of Motion to Terminate PGR per K. McCarthy. | |
| 08/28/20 | K MCCARTHY | 3.00 |
| | Draft/revise memorandum regarding motion to terminate PGR2018-00048 (2.5); communicate internally regarding same (0.2); coordinate cite check of draft memo (0.3). | |
| 08/28/20 | C M MORRISON | 0.20 |
| | Phone call with J. Normile regarding D.Mass. hearing; confer with Collegium's counsel regarding same. | |
| 08/28/20 | J J NORMILE | 2.80 |
| | Preparation for and participation in various teleconferences with G. LaRosa and C. Robertson regarding proposed bankruptcy order (1.0); review of transcript of 8/26/20 hearing before Judge Drain and various correspondence with B. Koch, C. Robertson and G. LaRosa regarding same (1.0); review of draft memorandum regarding motion to terminate PTAB proceedings and related correspondence from K. McCarthy and G. LaRosa (.80). | |
| 08/29/20 | K MCCARTHY | 1.20 |
| | Perform legal research regarding ███████████ (1.0) and communicate with G. LaRosa regarding same (0.2). ███████ | |
| 08/29/20 | J J NORMILE | 1.50 |
| | Continued review and revisions of draft memorandum relating to motion to terminate PTAB proceedings and related authorities. | |
| 08/30/20 | K MCCARTHY | 1.30 |
| | Draft/revise memorandum regarding motion to terminate PGR (1.0) and communicate with J. Normile and G. LaRosa regarding same (0.3). | |
| 08/30/20 | J J NORMILE | 1.00 |
| | Review of correspondence from D. Consla and P. Strassburger relating to draft bankruptcy order and review of transcript from 8/26/20 hearing. | |
| 08/31/20 | J J DARENSBOURG | 0.40 |
| | Manage shared database for attorneys of correspondence regarding teleconference requests with PTAB Board. | |
| 08/31/20 | K MCCARTHY | 0.50 |
| | Draft/revise memorandum regarding Collegium PGR and communicate internally regarding same (0.5). | |
| 08/31/20 | C M MORRISON | 0.30 |
| | Confer with Collegium regarding hearing scheduling; review proposed communication to PTAB and provide comments. | |
| 08/31/20 | A M NICOLAIS | 0.60 |
| | Drafting memo re motion to terminate PGR (.3); reviewing prior email communications re same (.2); communication in firm with K. McCarthy re same (.1). | |
| 08/31/20 | J J NORMILE | 2.00 |
| | Preparation for and participation in weekly team teleconference with P. Strassburger, B. Koch, R. Inz, R. Silbert, R. Kreppel, A. Nicolais and P. Hendler (.50); review of recent correspondence regarding bankruptcy hearing and upcoming teleconference with the PTAB including emails from D. Moss and G. LaRosa (1.0); review and revise memorandum relating to motion to terminate PGR proceedings (.50). | |
| **TOTAL** | | **65.20** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

September 16, 2020                                                                                    305158-610013

Invoice: ******

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through August 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 42,775.00 |
| Less 13% Fee Discount | | (5,560.75) |
| | USD | 37,214.25 |

### DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Consultants and Agents Fees | 1,500.00 | |
| | | 1,500.00 |
| **TOTAL** | **USD** | **38,714.25** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610013/****** WITH YOUR PAYMENT

**JONES DAY**

305158-610013                                                                    Page 2
                                                                    September 16, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                 Invoice:  *****

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER | | | |
| M H KNIGHT | 36.40 | 1,075.00 | 39,130.00 |
| J J NORMILE | 1.00 | 1,225.00 | 1,225.00 |
| ASSOCIATE | | | |
| N V GIRIDHAR | 1.00 | 525.00 | 525.00 |
| K MCCARTHY | 2.50 | 605.00 | 1,512.50 |
| A M NICOLAIS | 0.40 | 550.00 | 220.00 |
| PARALEGAL | | | |
| J J DARENSBOURG | 0.50 | 325.00 | 162.50 |
| **TOTAL** | **41.80** | **USD** | **42,775.00** |

JONES DAY

305158-610013                                                                                    Page 3
                                                                                    September 16, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                            Invoice:  *****

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

07/09/20        M H KNIGHT                                                             4.20
    Prepare draft memorandum regarding antitrust analysis of proposed settlement agreement.

07/10/20        M H KNIGHT                                                             5.00
    Continue preparing draft memorandum regarding antitrust analysis of proposed settlement agreement.

07/13/20        M H KNIGHT                                                             4.50
    Review draft opinion regarding merits of ongoing patent litigation; teleconference with J. Normile and R.
    Kreppel regarding same; continue preparing draft memorandum regarding antitrust analysis of proposed
    settlement agreement.

07/14/20        M H KNIGHT                                                             4.30
    Prepare for and attend teleconference with R. Kreppel to discuss ████████████████████████
    ████████; finalize initial draft of memorandum regarding antitrust analysis of proposed settlement
    agreement; communicate with J. Berman, G. Oliver, J. Normile regarding same. ████████████
    ████

07/15/20        M H KNIGHT                                                             2.00
    Communicate with G. Oliver, J. Berman and L. Bergin regarding comments on draft memorandum on
    ████████████████████████████████████████; research
    additional background information with respect to voluntary notice filings and communicate with R.
    Kreppel regarding same.

07/16/20        M H KNIGHT                                                             1.50
    Draft notice letters and cover sheets for voluntary notice filing under ████████████████████;
    correspond with R. Kreppel, P. Strassburger regarding same.

07/21/20        M H KNIGHT                                                             1.70
    Review edits to notice letter and cover sheet under ████████████████ and revise same to
    incorporate edits; review edits to draft memorandum regarding antitrust analysis of proposed settlement
    agreement and begin revising same; communicate with R. Kreppel, J. Normile regarding same.

07/22/20        M H KNIGHT                                                             3.80
    Teleconference with R. Kreppel, J. Normile to discuss draft opinion; continue revising same.

07/23/20        M H KNIGHT                                                             2.00
    Continue revising draft memorandum regarding antitrust analysis of proposed settlement agreement;
    communicate with R. Kreppel regarding same.

07/24/20        M H KNIGHT                                                             0.80
    Teleconference with J. Normile, R. Kreppel and P. Strassburger to discuss revised memorandum regarding
    antitrust analysis of proposed settlement agreement; begin making final edits to same.

07/25/20        M H KNIGHT                                                             4.40
    Revise memorandum regarding antitrust analysis of proposed settlement agreement to reflect additional
    comments received; correspond with P. Strassburger, R. Kreppel regarding same.

07/29/20        M H KNIGHT                                                             2.20
    Review additional budgeting information provided by J. Normile; revise and finalize memorandum
    regarding antitrust analysis of proposed settlement agreement.

08/02/20        K MCCARTHY                                                            0.10
    Communicate with A. Nicolais regarding updates to litigation status tracker (0.1).

08/03/20        A M NICOLAIS                                                          0.40
    Edits/revision to Purdue weekly tracker (.2); weekly Purdue meeting (.2).

JONES DAY

305158-610013                                                                                    Page 4
                                                                                   September 16, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                            Invoice:  *****

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

08/10/20    K MCCARTHY                                                              1.00
   Prepare for and participate in teleconference with P. Strassburger, B. Koch, R. Inz regarding litigation status
   updates (0.1), including review of litigation status tracker (0.2); communicate with J. Normile and A.
   Nicolais regarding proposed modifications to protective order (0.4); attention to correspondence with
   expert Bugay regarding case status (0.3).

08/10/20    J J NORMILE                                                             0.50
   Various teleconferences and emails with K. McCarthy regarding preparation of stipulation to extend certain
   provisions of case protective order and review of same.

08/11/20    K MCCARTHY                                                              0.50
   Attention to miscellaneous correspondence with Jones Day team and opposing counsel regarding
   modification to protective order (0.3); attention to correspondence with expert D. Bugay and B. Koch
   regarding testing issues (0.2).

08/12/20    J J DARENSBOURG                                                         0.10
   Manage shared database for attorneys of correspondence regarding extending the deadline for document
   destruction and certification.

08/13/20    N V GIRIDHAR                                                            1.00
   Draft/revise proposed stipulated order extending protective order deadlines.

08/13/20    K MCCARTHY                                                              0.70
   Revise draft stipulation regarding modifying certain protective order deadlines (0.3) and communicate with
   J. Normile (0.1) and N. Giridhar (0.3) regarding same.

08/14/20    J J NORMILE                                                             0.50
   Review and revision of draft stipulation regarding protective order and review of correspondence from K.
   McCarthy, Y. Tang and E. Ormond regarding same.

08/19/20    J J DARENSBOURG                                                         0.40
   Manage shared database for attorneys of correspondence and pleadings regarding Stipulation and Order
   regarding document destruction.

08/20/20    K MCCARTHY                                                              0.20
   Attention to expert correspondence regarding case status (0.2).

   **TOTAL**                                                                        **41.80**

**JONES DAY**

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Page 5
September 16, 2020
Invoice:  **\*\*\*\*\***

## DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **CONSULTANTS FEES** | | | | |
| 08/18/20 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Consultants fees - EMERSON RESOURCES, INC. for professional services rendered - July 2020. | | | |
| | **Consultants fees Subtotal** | | | **1,500.00** |
| | **TOTAL** | | **USD** | **1,500.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

September 16, 2020                                              305158-610022

                                                               Invoice: ******

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through August 31, 2020:

Collegium 961 PGR                                USD        7,122.50

Less 13% Fee Discount                                        (925.92)

                                                 USD        6,196.58

## DISBURSEMENTS & CHARGES

Court Costs                             70.00

                                                              70.00

**TOTAL**                                        **USD**    **6,266.58**

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name: Jones Day               Account Name: Jones Day
Account No: 37026407                  Account No: 37026407
ABA No: 021000089                     ABA No: 021000089
                                      Swift Code: CITIUS33

PLEASE REFERENCE 305158-610022/****** WITH YOUR PAYMENT

**JONES DAY**

305158-610022

September 16, 2020

Collegium 961 PGR

Invoice:  *****

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER | | | |
| M W JOHNSON | 4.20 | 800.00 | 3,360.00 |
| G J LAROSA | 3.50 | 1,075.00 | 3,762.50 |
| **TOTAL** | **7.70** | **USD** | **7,122.50** |

JONES DAY

305158-610022                                                                                                    Page 3
                                                                                                    September 16, 2020
Collegium 961 PGR                                                                            Invoice:  *****

### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 08/02/20 | M W JOHNSON | 2.10 |
| | Draft/revise Bankruptcy Court brief regarding PTAB stay/termination. | |
| 08/13/20 | M W JOHNSON | 0.30 |
| | Draft/revise Bankruptcy Court brief. | |
| 08/27/20 | G J LAROSA | 1.50 |
| | Review/analyze legal research regarding motion to terminate and conferred in firm regarding same; and prepared correspondence to the Board regarding same. | |
| 08/28/20 | M W JOHNSON | 1.30 |
| | Draft/revise memo regarding motion to terminate Post Grant Review proceeding at Patent Trial and Appeal Board regarding '961 Patent. | |
| 08/28/20 | G J LAROSA | 1.00 |
| | Communicate with Bankruptcy counsel regarding motion to lift the stay and terminate the PGR; and prepared correspondence to the Board regarding same. | |
| 08/30/20 | M W JOHNSON | 0.50 |
| | Research and draft memo regarding ability to file interlocutory appeal to Federal Circuit upon adverse ruling by PTAB regarding forthcoming Motion to Terminate. | |
| 08/31/20 | G J LAROSA | 1.00 |
| | Draft/revise legal memo regarding motion to terminate the PGR, and conferred in firm regarding same. | |
| **TOTAL** | | **7.70** |

**JONES DAY**

305158-610022

Collegium 961 PGR

Page 4

September 16, 2020

Invoice:  *****

## DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **COURT COSTS** | | | | |
| 08/27/20 | J J NORMILE | NYC | 70.00 | |
| | Court Costs 8/26/20 Hearing with Judge Robert Drain (CourtSolutions) 26-Aug-2020 | | | |
| | **Court costs Subtotal** | | | **70.00** |
| | **TOTAL** | | **USD** | **70.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

September 16, 2020                                                           305158-610028

Invoice: ******

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through August 31, 2020:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 9,067.50 |
| Less 13% Fee Discount | | (1,178.77) |
| | USD | 7,888.73 |
| **TOTAL** | **USD** | **7,888.73** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610028/****** WITH YOUR PAYMENT

**JONES DAY**

305158-610028                                                                  Page 2

September 16, 2020

Accord Healthcare Inc.                                          Invoice:  *****

TIMEKEEPER DETAIL SCHEDULE

| | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 6.30 | 1,225.00 | 7,717.50 |
| ASSOCIATE | | | |
| K MCCARTHY | 2.00 | 605.00 | 1,210.00 |
| STAFF | | | |
| A M LOAN | 0.80 | 175.00 | 140.00 |
| **TOTAL** | **9.10** | **USD** | **9,067.50** |

**JONES DAY**

305158-610028                                                                                          Page 3
                                                                                          September 16, 2020

Accord Healthcare Inc.                                                                          Invoice: *****

## SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 08/27/20 | J J NORMILE | 1.00 |

Review of Accord Healthcare Inc.'s Paragraph IV certification letter and review correspondence from R. Inz regarding same.

| 08/28/20 | K MCCARTHY | 1.00 |
|---|---|---|

Attention to miscellaneous correspondence with J. Normile, A. Nicolais, and docketing and paralegal team regarding new case intake processes, including calendaring of initial deadlines, etc. (0.5); review/analyze Accord's letter regarding Paragraph IV certification (0.5).

| 08/28/20 | J J NORMILE | 1.30 |
|---|---|---|

Continued review of Accord Healthcare Inc.'s Paragraph IV certification letter and teleconference with B. Koch regarding same (1.0); review of various Hatch-Waxman complaints and protective orders, and correspondence from K. McCarthy (.30).

| 08/29/20 | J J NORMILE | 1.00 |
|---|---|---|

Review various correspondence relating to Accord Healthcare Inc. Paragraph IV certification letter and consideration of issues relating to venue, proper parties and OCA.

| 08/30/20 | J J NORMILE | 2.00 |
|---|---|---|

Review various correspondence relating to Accord Healthcare Inc. Paragraph IV certification letter and consideration of issues relating to venue, proper parties and OCA.

| 08/31/20 | A M LOAN | 0.80 |
|---|---|---|

Research to locate and obtain a list of affiliated companies, state of incorporation, and any recent cases in District of Delaware or Middle District of North Carolina for K. McCarthy.

| 08/31/20 | K MCCARTHY | 1.00 |
|---|---|---|

Review/analyze Accord's letter regarding PIV certification (0.5); communicate with G. LaRosa regarding same and Accord's Offer of Confidential Access (0.3); draft revised version of Accord OCA (0.2).

| 08/31/20 | J J NORMILE | 1.00 |
|---|---|---|

Review of library resources background materials relating to corporate structure of Accord and analysis of various jurisdiction and venue issues.

**TOTAL**                                                                                          **9.10**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

September 16, 2020                                              305158-640002

Invoice: ******

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through August 31, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 44,135.00 |
| Less 13% Fee Discount | | (5,737.55) |
| | USD | 38,397.45 |
| **TOTAL** | **USD** | **38,397.45** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/****** WITH YOUR PAYMENT

**JONES DAY**

305158-640002                                                                Page 2

                                                                September 16, 2020

Strategic Corporate Advice                                    Invoice:  *****

### TIMEKEEPER DETAIL SCHEDULE

|                | *Hours* | *Rate* | *Amount* |
|----------------|--------:|-------:|---------:|
| PARTNER        |         |          |            |
| D T MOSS       | 12.90   | 1,000.00 | 12,900.00  |
| J J NORMILE    | 1.50    | 1,225.00 | 1,837.50   |
| K D ORR        | 3.50    | 1,350.00 | 4,725.00   |
| ASSOCIATE      |         |          |            |
| A M NICOLAIS   | 1.20    | 550.00   | 660.00     |
| C R ROBINSON   | 4.00    | 500.00   | 2,000.00   |
| R SIMS         | 21.60   | 550.00   | 11,880.00  |
| STAFF ATTY     |         |          |            |
| L C FISCHER    | 19.30   | 525.00   | 10,132.50  |
| **TOTAL**      | **64.00** | **USD**  | **44,135.00** |

305158-640002                                                          Page 3
                                                            September 16, 2020
Strategic Corporate Advice                                 Invoice:  *****

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**08/03/20**   D T MOSS   1.80
Review PTAB precedent (.6), Collegium motions (.3), and draft response to the same (.40); communicate with Normile and Orr regarding same (.50).

**08/03/20**   K D ORR   1.50
Review of draft stay relief motion; analysis of section 108 and 362 strategy issues; conference call with J. Normile and D. Moss regarding 108 and 362 strategy tactics.

**08/06/20**   D T MOSS   1.00
Communicate with Orr regarding 108 issues (.2); review prior pleadings by objector (.4); review draft response (.4).

**08/07/20**   J J NORMILE   0.50
Review of various correspondence from K. McCarthy, B. Koch, R. Inz and P. Strassburger relating to low ABUK assets and Project Catalyst.

**08/07/20**   R SIMS   0.20
Call with D. Moss regarding section 108 related to IP litigation.

**08/08/20**   J J NORMILE   0.50
Review of various correspondence from P. Strassburger and R. Inz regarding Project Catalyst.

**08/10/20**   L C FISCHER   5.50
Draft and revise disclosure for the Firm's first supplemental disclosure as special litigation counsel to the debtors.

**08/10/20**   D T MOSS   1.60
Communicate with Orr, Sims, Strassberger, regarding Collegium (.40); review lift stay motion (.60) and draft of response to same (.60).

**08/10/20**   K D ORR   1.00
Conference call with team regarding brief revisions; review of draft brief.

**08/10/20**   R SIMS   3.10
Review and analyze Collegium reply and correspond regarding same; prepare for call with K. Orr, J. Normile, P. Strassburger, and D. Moss regarding Collegium reply and participate in call; revise Collegium reply; research regarding section 108 and advisory opinions.

**08/11/20**   L C FISCHER   5.00
Draft and revise disclosure for the Firm's first supplemental disclosure as special litigation counsel to the debtors.

**08/11/20**   D T MOSS   2.60
Review Collegium filings regarding automatic stay (1.1) and draft response to same (.60); outline responsive arguments (.40) and communicate with Normile and Sims regarding same (.50).

**08/11/20**   C R ROBINSON   1.00
Research application of section 108(c) to administrative actions and limitations on advisory opinions in the Second Circuit.

**08/11/20**   R SIMS   6.50
Call with D. Moss regarding Collegium response; research regarding section 108 and prohibition on advisory opinions; review and analyze PTAB order, Collegium liftstay motion and objection to Purdue liftstay motion, and Purdue liftstay motion; draft and revise Collegium response; coordinate additional research assignments with C. Robinson; draft email correspondence regarding draft response and next steps.

JONES DAY

305158-640002

Strategic Corporate Advice

Page 4
September 16, 2020
Invoice: *****

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 08/12/20 | L C FISCHER | 6.30 |

Draft and revise disclosure for the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 08/12/20 | D T MOSS | 2.60 |
|---|---|---|

Review revised Collegium papers and redrafts of same (1.40) and multiple communications with Sims regarding same (1.20).

| 08/12/20 | C R ROBINSON | 3.00 |
|---|---|---|

Research application of section 108(c) to administrative actions and limitations on advisory opinions in the Second Circuit.

| 08/12/20 | R SIMS | 6.00 |
|---|---|---|

Research regarding section 108 and advisory opinions; call with D. Moss regarding Collegium reply and research; draft and revise Collegium reply; further revisions to collegium reply; call with D. Moss regarding further revisions to Collegium reply; review research from C. Robinson regarding section 108 and advisory opinions.

| 08/13/20 | L C FISCHER | 2.50 |
|---|---|---|

Draft and revise disclosure document for the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 08/13/20 | D T MOSS | 1.00 |
|---|---|---|

Review revised response to Collegium (.50) and communicate with Sims regarding same (.50).

| 08/13/20 | J J NORMILE | 0.50 |
|---|---|---|

Attention to various matters relating to second interim fee application and related correspondence with A. Kordas.

| 08/13/20 | K D ORR | 1.00 |
|---|---|---|

Review of draft brief in preparation of edits to brief.

| 08/13/20 | R SIMS | 3.90 |
|---|---|---|

Review and revise Collegium reply; proofread and cite check Collegium reply; further revisions to Collegium reply at request of K. Orr and J. Normile; correspond regarding collegium reply.

| 08/14/20 | R SIMS | 0.60 |
|---|---|---|

Review client revisions to response to Collegium lift stay motion (0.2); revise response to lift stay motion (0.3) and correspond regarding same (0.1).

| 08/17/20 | A M NICOLAIS | 0.20 |
|---|---|---|

Edits/revisions to weekly Purdue tracker.

| 08/24/20 | D T MOSS | 0.30 |
|---|---|---|

Review Collegium response (.2) and communicate with Normile regarding same (.1).

| 08/24/20 | R SIMS | 0.30 |
|---|---|---|

Review and analyze Collegium reply and correspondence regarding same.

| 08/25/20 | D T MOSS | 1.20 |
|---|---|---|

Review Collegium response (.40) and develop challenge questions for oral argument (.60); review Orr comments to same (.20).

| 08/26/20 | D T MOSS | 0.30 |
|---|---|---|

Communicate with Sims regarding Collegium response and argument.

| 08/26/20 | R SIMS | 0.70 |
|---|---|---|

Research regarding ability of PTAB to ender Final Written Decision (0.5) and draft memo regarding same (0.2).

| 08/27/20 | D T MOSS | 0.20 |
|---|---|---|

Communicate with Orr and Normile regarding PTAB transmission and related items.

JONES DAY

305158-640002                                                                          Page 5
                                                                              September 16, 2020
Strategic Corporate Advice                                                   Invoice:  *****

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 08/31/20 | D T MOSS | 0.30 |
| | Communicate with Normile and LaRosa regarding scope of automatic stay and policy provisions regarding same. | |
| 08/31/20 | A M NICOLAIS | 1.00 |
| | Edits/revisions to Purdue weekly status update (.4); weekly client call update (.6). | |
| 08/31/20 | R SIMS | 0.30 |
| | Review and analyze reply brief regarding PTAB proceeding and correspondence regarding same. | |
| **TOTAL** | | **64.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

September 16, 2020

305158-999007

Invoice: ******

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through August 31, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 10,830.00 |
| Less 13% Fee Discount | | (1,407.90) |
| | USD | 9,422.10 |
| **TOTAL** | **USD** | **9,422.10** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/****** WITH YOUR PAYMENT

**JONES DAY**

305158-999007

Retention Matters

Page 2

September 16, 2020

Invoice:  *****

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| ASSOCIATE | | | |
| A KORDAS | 8.70 | 750.00 | 6,525.00 |
| STAFF ATTY | | | |
| L C FISCHER | 8.20 | 525.00 | 4,305.00 |
| **TOTAL** | **16.90** | **USD** | **10,830.00** |

**JONES DAY**

305158-999007                                                                    Page 3
                                                                        September 16, 2020
Retention Matters                                                    Invoice:  *****

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 08/06/20 | A KORDAS | 0.70 |

Review/analyze fee examiner letter (.3); correspond with L. Fischer and J. Normile regarding same (.4).

| 08/07/20 | L C FISCHER | 6.00 |

Draft and revise disclosure documents for the Firm's first supplemental disclosure as special litigation counsel to the debtors.

| 08/14/20 | A KORDAS | 0.80 |

Review/analyze supplemental disclosures (.3); correspond with J. Normile regarding same and fee examiner report (.5).

| 08/17/20 | L C FISCHER | 2.20 |

Draft and revise disclosure for the Firm's first supplemental disclosure as special litigation counsel for the debtors (2.00); email communication with A. Kordas regarding same (.20).

| 08/17/20 | A KORDAS | 1.70 |

Draft/revise response to fee examiner (1.5); correspond with J. Normile regarding same (.2).

| 08/18/20 | A KORDAS | 0.90 |

Draft/revise fee examiner report (.7); correspond with J. Normile regarding same (.2).

| 08/20/20 | A KORDAS | 1.50 |

Call with fee examiner and J. Normile regarding second interim fee application (.3); correspond with J. Normile regarding same (.2); review July invoices (1.0).

| 08/26/20 | A KORDAS | 1.80 |

Appear for/attend court hearing.

| 08/31/20 | A KORDAS | 1.30 |

Draft/revise monthly fee statement.

**TOTAL**                                                                    **16.90**