DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Marc J. Tobak
Christopher S. Robertson

*Counsel to the Debtors-Appellees
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

**DEBTORS-APPELLEES' DESIGNATION OF ADDITIONAL ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2) and Rule 8009-1 of the

Local Bankruptcy Rules for the Southern District of New York, Purdue Pharma L.P. and its

affiliates that are debtors and debtors in possession in the above-captioned chapter 11

proceedings (collectively, the "**Debtors-Appellees**") hereby submit this designation of additional

items to be included in the record on appeal to the United States District Court for the Southern

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

District of New York with respect to the appeal of Collegium Pharmaceutical, Inc. from the Order Granting Motions for Relief from the Automatic Stay, *In re Purdue Pharma L.P.*, Case No. 19-23649 (Bankr. S.D.N.Y. Sept. 1, 2020) [ECF No. 1644].

## DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

The Debtors-Appellees designate the following additional items to be included in the record on appeal from the jointly-administered lead bankruptcy case, *In re Purdue Pharma L.P., et al.*, Case No. 19-23649 (RDD) (Bankr. S.D.N.Y.):

|    | Document | Filing Date | Docket No. |
|----|----------|-------------|------------|
| 1. | Motion for Debtors for Entry of an Order Directing Joint Administration of Chapter 11 Cases | September 16, 2019 | 2 |
| 2. | Order Directing Joint Administration of Chapter 11 Cases | September 18, 2019 | 59 |
| 3. | Agenda for July 23, 2020 Hearing | July 21, 2020 | 1485 |
| 4. | Amended Agenda for July 23, 2020 Hearing | July 23, 2020 | 1505 |
| 5. | Agenda for August 26, 2020 Hearing | August 24, 2020 | 1606 |

|    | Document | Filing Date | Docket No. |
|----|----------|-------------|------------|
| 6. | Amended Agenda for August 26, 2020 Hearing | August 25, 2020 | 1612 |

Dated: October 13, 2020  
       New York, New York

Respectfully Submitted,

By: *Eli J. Vonnegut*  
DAVIS POLK & WARDWELL LLP  
450 Lexington Avenue  
New York, New York 10017  
Telephone: (212) 450-4000  
Facsimile:  (212) 701-5800  
Marshall S. Huebner  
Benjamin S. Kaminetzky  
Eli J. Vonnegut  
Marc J. Tobak  
Christopher S. Robertson

*Counsel to the Debtors-Appellees  
and Debtors in Possession*