Jasmine Ball
M. Natasha Labovitz
Maura Kathleen Monaghan
Jeffrey J. Rosen
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Beacon Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.***,** | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**SECOND DECLARATION OF JASMINE BALL**

**DATED OCTOBER 14, 2020**

I, Jasmine Ball, an attorney duly admitted to practice in the Southern District of New York, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I represent the Mortimer Sackler Initial Covered Sackler Persons (the "Mortimer Sackler ICSPs") in this dispute.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

2. I submit this declaration in support of the Mortimer Sackler ICSPs' Objection to the Official Committee of Unsecured Creditors' ("UCC") Motion to Compel Production of Purportedly Privileged Documents, or for in Camera Review, Based on Failure of the Sacklers and the Debtors to Demonstrate Documents Identified on Logs Are Privileged in the above captioned case and state that true and correct copies or excerpts of the following documents are attached as exhibits hereto:

3. Attached as Exhibit 22 is a true and correct copy of an email chain between M. Sackler, J. Theurillat, A. Wilkstrom *et al.* dated February 18, 2019, as produced in redacted form to the UCC under bates numbers MSF00640764.

4. Attached as Exhibit 23 is a true and correct copy of a Purdue Boards of Directors Meetings dated April 10, 2015 as produced in redacted form to the UCC under the bates number MSF00970358.

5. Attached as Exhibit 24 is a true and correct copy of an email chain ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as produced in redacted form to the UCC under the bates number MSF00929096.

Dated:  October 14, 2020
        New York, New York

                                By:    */s/ Jasmine Ball*_____
                                       Jasmine Ball

                                       *Attorney for Beacon Company*