# EXHIBITS 3-79 REDACTED