# Exhibits 1 – 123 Redacted