**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Purdue Pharma L.P.                                    CASE NO.: 19–23649–rdd

Social Security/Taxpayer ID/Employer ID/Other Nos.:          CHAPTER: 11
06–1307484

---

# NOTICE OF TRANSMITTAL OF
# RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on September 15, 2020, document number 1691, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 20–cv–7942 assigned to the Honorable Vincent L. Briccetti.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: October 16, 2020                                      Vito Genna
                                                             Clerk of the Court