# Notice Recipients

District/Off: 0208–7          User:                         Date Created: 10/16/2020
Case: 19–23649–rdd            Form ID: tranapl              Total: 2

**Recipients of Notice of Electronic Filing:**
aty        Benjamin S. Kaminetzky        kaminet@dpw.com
aty        Jake Holdreith        jholdreith@robinskaplan.com

TOTAL: 2