**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**NINTH MONTHLY FEE STATEMENT OF KPMG LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED AS TAX CONSULTANT FOR THE DEBTORS
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>FOR THE PERIOD FROM SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020</u>**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | The Debtors and the Official Committee of Unsecured Creditors |
| Date of Retention: | February 24, 2020, *nunc pro tunc* to December 23, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | September 1, 2020 through September 30, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $ 50,683.90 |
| Less 20% Holdback: | $ (10,136.78) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $ 0.00 |
| Total Fees and Expenses Due: | $ 40,547.12 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Dated: October 18, 2020

                                         <u>*/s/ Howard Steinberg*</u>
                                         Howard Steinberg
                                         Partner, KPMG LLP
                                         1350 Avenue of the Americas
                                         New York, New York 10019
                                         (212) 872-6562

**EXHIBIT A**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary Of Hours and Discounted Fees Incurred By Professional
September 1, 2020 through September 30, 2020

| Professional Person | Position & Department | Country of Origin | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Ashley Armfield | Senior Associate - M&A Tax | US | 10.0 | $ 534 | $ 5,340.00 |
| Becky Holtje | Senior Manager - Washington National Tax | US | 4.0 | $ 744 | $ 2,976.00 |
| Bela Unell | Senior Manager - Washington National Tax | US | 1.1 | $ 744 | $ 818.40 |
| Casey Nunez | Senior Manager - M&A Tax | US | 4.9 | $ 744 | $ 3,645.60 |
| Curt Wilson | Senior Manager - Washington National Tax | US | 5.1 | $ 744 | $ 3,794.40 |
| Douglas Holland | Principal - Washington National Tax | US | 3.2 | $ 985 | $ 3,152.00 |
| Frankie Angeleri | Associate - Economic & Valuation Services | US | 5.7 | $ 520 | $ 2,964.00 |
| Howard Steinberg | Partner - M&A Tax | US | 2.0 | $ 856 | $ 1,712.00 |
| Isaac Hirsch | Managing Director - Int'l Tax | US | 14.8 | $ 819 | $ 12,121.20 |
| Jess Commisso | Associate - M&A Tax | US | 2.7 | $ 350 | $ 945.00 |
| Kieran Taylor | Senior Manager - Tax | US | 1.0 | $ 744 | $ 744.00 |
| Larry Mack | Senior Manager - Washington National Tax | US | 1.0 | $ 744 | $ 744.00 |
| Molly Minnear | Principal - Economic & Valuation Services | US | 3.0 | $ 868 | $ 2,604.00 |
| Monica Plangman | Associate Director - Bankruptcy | US | 1.0 | $ 264 | $ 264.00 |
| Pete DiMatteo | Manager - Int'l Tax | US | 9.2 | $ 650 | $ 5,980.00 |
| Rob Keller | Managing Director - Washington National Tax | US | 0.3 | $ 893 | $ 267.90 |
| Tracy Stone | Principal - Washington National Tax | US | 1.5 | $ 906 | $ 1,359.00 |
| Wendy Shaffer | Manager - Bankruptcy | US | 6.2 | $ 202 | $ 1,252.40 |
| **Subtotal of Hours and Discounted Fees** | | | **76.7** | | **$ 50,683.90** |
| **Total Discounted Fees** | | | | | $ 50,683.90 |
| Out of Pocket Expenses | | | | | $ - |
| **Total Fees and Out of Pocket Expenses** | | | | | $ 50,683.90 |
| Less Holdback Adjustment (20%) | | | | | $ (10,136.78) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | | **$ 40,547.12** |
| **Blended Hourly Rate** | | | | $ 660.81 | |

**EXHIBIT B**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary of Hours and Discounted Fees Incurred by Category
September 1, 2020 through September 30, 2020

| Category | Exhibit | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| Bankruptcy Tax Consulting Services | C1 | 68.6 | $ 48,430.40 |
| Non-Working Travel Time | C2 | 0.0 | $ - |
| Retention Services | C3 | 0.0 | $ - |
| Fee Application Preparation Services | C4 | 8.1 | $ 2,253.50 |
| **Total** | | **76.7** | **$ 50,683.90** |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
September 1, 2020 through September 30, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Douglas Holland | 09/01/20 | Performed Washington National Tax (WNT - International tax) Principal review, and concurrently draft response to, question from P. DiMatteo (KPMG-Int'l tax manager) regarding certain tax issues for purposes of cash tax modeling. | 0.4 | $ 985 | $ 394.00 |
| Jess Commisso | 09/01/20 | 0.6 Review of newly received provided by client documentation to determine relevance to engagement in preparation for distribution to broader KPMG team. | 0.6 | $ 350 | $ 210.00 |
| Ashley Armfield | 09/01/20 | 1.1 Updating Purdue cash tax deliverable per review comments from I. Hirsch (KPMG Managing Director) and C. Nunez (KPMG Senior Manager). | 1.1 | $ 534 | $ 587.40 |
| Pete DiMatteo | 09/01/20 | 1.8 Performed international tax manager analysis regarding the impact of certain potential U.S. tax elections. | 1.8 | $ 650 | $ 1,170.00 |
| Isaac Hirsch | 09/01/20 | Performed managing director review of analysis of potential tax elections. | 2.3 | $ 819 | $ 1,883.70 |
| Kieran Taylor | 09/02/20 | Meeting with M. Minnear (KPMG), K. Taylor (KPMG) and F. Angeleri (KPMG) to discuss M. Minnear's review of the transfer pricing PowerPoint deliverable. | 0.5 | $ 744 | $ 372.00 |
| Frankie Angeleri | 09/02/20 | Meeting with M. Minnear (KPMG), K. Taylor (KPMG) and F. Angeleri (KPMG) to discuss M. Minnear's review of the transfer Pricing PowerPoint deliverable; | 0.5 | $ 520 | $ 260.00 |
| Molly Minnear | 09/02/20 | Meeting with M. Minnear (KPMG), K. Taylor (KPMG) and F. Angeleri (KPMG) to discuss M. Minnear's review of the transfer Pricing PowerPoint deliverable; | 0.5 | $ 868 | $ 434.00 |
| Molly Minnear | 09/02/20 | (0.7) Performed initial Principal Economic & Valuation services review of PowerPoint deck summary of economic analysis, along with related workpapers, prepared by F. Angeleri and K. Taylor. | 0.7 | $ 868 | $ 607.60 |
| Isaac Hirsch | 09/02/20 | Drafted response to questions from Davis Polk related to preparation of information request list for purposes of advancing cash tax model | 0.8 | $ 819 | $ 655.20 |
| Howard Steinberg | 09/02/20 | Partner review of client deliverables for updated cash tax model regarding tax analysis of Mundipharma disposition. | 1.0 | $ 856 | $ 856.00 |
| Pete DiMatteo | 09/02/20 | 1.6 Performed international tax manager modeling of certain U.S. tax elections. | 1.6 | $ 650 | $ 1,040.00 |
| Frankie Angeleri | 09/03/20 | 1.0; Addressed review comments from M. Minnear (KPMG) in the transfer pricing PowerPoint deliverable | 1.0 | $ 520 | $ 520.00 |
| Pete DiMatteo | 09/03/20 | 1.4 Continued, from prior day, to perform international tax manager modeling of certain U.S. tax elections. | 1.4 | $ 650 | $ 910.00 |
| Isaac Hirsch | 09/03/20 | Perform managing director review of updated cash tax modeling deliverable in preparation to send to KPMG Washington National Tax (WNT) for review of same | 2.5 | $ 819 | $ 2,047.50 |
| Larry Mack | 09/04/20 | Conference call with C. Wilson (KPMG) and L. Mack (KPMG) regarding transferee considerations (.3). | 0.3 | $ 744 | $ 223.20 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
September 1, 2020 through September 30, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Curt Wilson | 09/04/20 | Conference call with C. Wilson (KPMG) and L. Mack (KPMG) regarding transferee considerations (.3). | 0.3 | $ 744 | $ 223.20 |
| Larry Mack | 09/04/20 | Performed legal research regarding law related to certain tax considerations involving the Purdue tax structure (.7). | 0.7 | $ 744 | $ 520.80 |
| Curt Wilson | 09/04/20 | Performed WNT analysis (0.6) and draft reply (0.4) to T. Stone (KPMG) regarding legal research regarding the Company's tax structure. | 1.0 | $ 744 | $ 744.00 |
| Tracy Stone | 09/06/20 | Performed Principal WNT analysis to consider impact of certain legal research performed regarding Purdue beneficiaries. | 1.0 | $ 906 | $ 906.00 |
| Isaac Hirsch | 09/08/20 | (1.0) Call with D. Holland (WNT – International tax), I. Hirsch, C. Nunez, P. DiMatteo and A. Armfield (all internal KPMG Core team) to discuss updated calculations and assumptions in the cash tax model for certain international tax considerations. | 1.0 | $ 819 | $ 819.00 |
| Casey Nunez | 09/08/20 | (1.0) Call with D. Holland (WNT – International tax), I. Hirsch, C. Nunez, P. DiMatteo and A. Armfield (all internal KPMG Core team) to discuss updated calculations and assumptions in the cash tax model for certain international tax considerations. | 1.0 | $ 744 | $ 744.00 |
| Pete DiMatteo | 09/08/20 | (1.0) Call with D. Holland (WNT – International tax), I. Hirsch, C. Nunez, P. DiMatteo and A. Armfield (all internal KPMG Core team) to discuss updated calculations and assumptions in the cash tax model for certain international tax considerations. | 1.0 | $ 650 | $ 650.00 |
| Ashley Armfield | 09/08/20 | (1.0) Call with D. Holland (WNT – International tax), I. Hirsch, C. Nunez, P. DiMatteo and A. Armfield (all internal KPMG Core team) to discuss updated calculations and assumptions in the cash tax model for certain international tax considerations. | 1.0 | $ 534 | $ 534.00 |
| Douglas Holland | 09/08/20 | (1.0) Call with D. Holland (WNT – International tax), I. Hirsch, C. Nunez, P. DiMatteo and A. Armfield (all internal KPMG Core team) to discuss updated calculations and assumptions in the cash tax model for certain international tax considerations. | 1.0 | $ 985 | $ 985.00 |
| Ashley Armfield | 09/08/20 | 1.3 Updated the Purdue cash tax deliverable based on results of call with KPMG WNT and project team. | 1.3 | $ 534 | $ 694.20 |
| Ashley Armfield | 09/08/20 | 0.6 Reviewing updated information request list to send back to Davis Polk surrounding outstanding documentation requests; 1.2 review of bankruptcy docket for information relevant to tax analysis. | 1.8 | $ 534 | $ 961.20 |
| Becky Holtje | 09/10/20 | Consideration related to potential trust implications resulting from legal research. | 0.5 | $ 744 | $ 372.00 |
| Bela Unell | 09/10/20 | Performed WNT research related to potential trust implications resulting from legal research including impact on overall business. | 0.6 | $ 744 | $ 446.40 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
September 1, 2020 through September 30, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Pete DiMatteo | 09/10/20 | 1.0 Continued discussion with D. Holland (WNT – International tax), I. Hirsch, P. DiMatteo and A. Armfield (all internal KPMG Core team) to discuss updated calculations and assumptions in the cash tax model for certain international tax considerations. | 1.0 | $ 650 | $ 650.00 |
| Isaac Hirsch | 09/10/20 | 1.0 Continued discussion with D. Holland (WNT – International tax), I. Hirsch, P. DiMatteo and A. Armfield (all internal KPMG Core team) to discuss updated calculations and assumptions in the cash tax model for certain international tax considerations. | 1.0 | $ 819 | $ 819.00 |
| Ashley Armfield | 09/10/20 | 1.0 Continued discussion with D. Holland (WNT – International tax), I. Hirsch, P. DiMatteo and A. Armfield (all internal KPMG Core team) to discuss updated calculations and assumptions in the cash tax model for certain international tax considerations. | 1.0 | $ 534 | $ 534.00 |
| Douglas Holland | 09/10/20 | 1.0 Continued discussion with D. Holland (WNT – International tax), I. Hirsch, P. DiMatteo and A. Armfield (all internal KPMG Core team) to discuss updated calculations and assumptions in the cash tax model for certain international tax considerations. | 1.0 | $ 985 | $ 985.00 |
| Ashley Armfield | 09/10/20 | 1.1 Performed detailed review of international tax calculations to prepare for KPMG project team review meeting relating to cash tax model. | 1.1 | $ 534 | $ 587.40 |
| Isaac Hirsch | 09/10/20 | (1.3) Performed managing director review of updated cash tax modeling sensitivity analysis deliverable to incorporate comments from KPMG Washington National Tax; (0.9) perform managing director review of updated list of assumptions for cash tax model | 2.2 | $ 819 | $ 1,801.80 |
| Becky Holtje | 09/11/20 | Consideration related to potential trust implications resulting from certain tax research. | 0.3 | $ 744 | $ 223.20 |
| Molly Minnear | 09/11/20 | Perform Principal Economic & Valuation services review of updated summary deck of economic analysis prepared by F. Angeleri and K. Taylor (both of KPMG) | 0.7 | $ 868 | $ 607.60 |
| Pete DiMatteo | 09/11/20 | 1.1 Performed international tax manager review and concurrently revised assumptions made by KPMG in connection with Global Cash Tax Model | 1.1 | $ 650 | $ 715.00 |
| Ashley Armfield | 09/11/20 | 1.2 Revised the Purdue cash tax model assumptions based on recent model updates; 0.2 Reviewing new documentation uploaded to the virtual data room and 0.1 circulate via email to KPMG project team professionals based on relevance. | 1.5 | $ 534 | $ 801.00 |
| Ashley Armfield | 09/14/20 | 0.4 Performed senior associate review of J. Commisso (KPMG) updates to Purdue cash tax model as requested by I. Hirsch (KPMG). | 0.4 | $ 534 | $ 213.60 |
| Pete DiMatteo | 09/14/20 | 0.5 Continued, from 9/11, to perform International tax manager review of assumptions made by KPMG in connection with the Global Cash Tax model | 0.5 | $ 650 | $ 325.00 |
| Howard Steinberg | 09/14/20 | Partner review and concurrently commenting on latest tax research. | 1.0 | $ 856 | $ 856.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
September 1, 2020 through September 30, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jess Commisso | 09/14/20 | 2.1 Updates to the cash tax model as requested by I. Hirsch (KPMG). | 2.1 | $ 350 | $ 735.00 |
| Casey Nunez | 09/14/20 | (3.1) Performed M&A Tax Senior Manager review of updated cash tax model for additional potential elections | 3.1 | $ 744 | $ 2,306.40 |
| Curt Wilson | 09/15/20 | Conference call with B. Holtje, T. Stone, B. Unell, C. Wilson - partial attendance, and R. Keller (KPMG) regarding certain tax research and the potential application to Purdue trusts. | 0.3 | $ 744 | $ 223.20 |
| Rob Keller | 09/15/20 | Conference call with B. Holtje, T. Stone, B. Unell, C. Wilson - partial attendance, and R. Keller (KPMG) regarding certain tax research and the potential application to Purdue trusts. | 0.3 | $ 893 | $ 267.90 |
| Bela Unell | 09/15/20 | Conference call with B. Holtje, T. Stone, B. Unell, C. Wilson - partial attendance, and R. Keller (KPMG) regarding certain tax research and the potential application to Purdue trusts. | 0.5 | $ 744 | $ 372.00 |
| Tracy Stone | 09/15/20 | Conference call with B. Holtje, T. Stone, B. Unell, C. Wilson - partial attendance, and R. Keller (KPMG) regarding certain tax research and the potential application to Purdue trusts. | 0.5 | $ 906 | $ 453.00 |
| Becky Holtje | 09/15/20 | Conference call with B. Holtje, T. Stone, B. Unell, C. Wilson - partial attendance, and R. Keller (KPMG) regarding certain tax research and the potential application to Purdue trusts. | 0.5 | $ 744 | $ 372.00 |
| Curt Wilson | 09/15/20 | 0.6 Performed additional WNT analysis on tax research and potential implications. | 0.6 | $ 744 | $ 446.40 |
| Becky Holtje | 09/16/20 | 0.4 Drafting file memo to document various positions taken with respect to tax model | 0.4 | $ 744 | $ 297.60 |
| Curt Wilson | 09/16/20 | Continued additional WNT analysis on tax research and potential implications. | 0.6 | $ 744 | $ 446.40 |
| Becky Holtje | 09/17/20 | 0.3 Call with I. Hirsch and B. Holtje (KPMG) to discuss nature of file memo required to document positions in support of positions taken in tax model | 0.3 | $ 744 | $ 223.20 |
| Isaac Hirsch | 09/17/20 | 0.3 Call with I. Hirsch and B. Holtje (KPMG) to discuss nature of file memo required to document positions in support of positions taken in tax model | 0.3 | $ 819 | $ 245.70 |
| Isaac Hirsch | 09/17/20 | Performed analysis of deductibility for purposes of cash tax modeling | 1.6 | $ 819 | $ 1,310.40 |
| Becky Holtje | 09/17/20 | 2.0 Drafting file memo to document various positions taken with respect to tax model. | 2.0 | $ 744 | $ 1,488.00 |
| Molly Minnear | 09/22/20 | 0.2 Meeting with M. Minnear (KPMG), K. Taylor (KPMG) and F. Angeleri (KPMG) to discuss M. Minnear's additional comments on the transfer pricing PowerPoint deliverable and next steps. | 0.2 | $ 868 | $ 173.60 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
September 1, 2020 through September 30, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Kieran Taylor | 09/22/20 | 0.2 Meeting with M. Minnear (KPMG), K. Taylor (KPMG) and F. Angeleri (KPMG) to discuss M. Minnear's additional comments on the transfer pricing PowerPoint deliverable and next steps. | 0.2 | $ 744 | $ 148.80 |
| Frankie Angeleri | 09/22/20 | 0.2 Meeting with M. Minnear (KPMG), K. Taylor (KPMG) and F. Angeleri (KPMG) to discuss M. Minnear's additional comments on the transfer pricing PowerPoint deliverable and next steps. | 0.2 | $ 520 | $ 104.00 |
| Casey Nunez | 09/22/20 | (0.8) Continued discussion with D. Holland (WNT International tax), I. Hirsch, C. Nunez, P. DiMatteo and A. Armfield (all KPMG) to discuss updated calculations and assumptions in the cash tax model for certain international tax considerations. | 0.8 | $ 744 | $ 595.20 |
| Douglas Holland | 09/22/20 | (0.8) Continued discussion with D. Holland (WNT International tax), I. Hirsch, C. Nunez, P. DiMatteo and A. Armfield (all KPMG) to discuss updated calculations and assumptions in the cash tax model for certain international tax considerations. | 0.8 | $ 985 | $ 788.00 |
| Ashley Armfield | 09/22/20 | (0.8) Continued discussion with D. Holland (WNT International tax), I. Hirsch, C. Nunez, P. DiMatteo and A. Armfield (all KPMG) to discuss updated calculations and assumptions in the cash tax model for certain international tax considerations. | 0.8 | $ 534 | $ 427.20 |
| Pete DiMatteo | 09/22/20 | (0.8) Continued discussion with D. Holland (WNT International tax), I. Hirsch, C. Nunez, P. DiMatteo and A. Armfield (all KPMG) to discuss updated calculations and assumptions in the cash tax model for certain international tax considerations. | 0.8 | $ 650 | $ 520.00 |
| Isaac Hirsch | 09/22/20 | (0.8) Continued discussion with D. Holland (WNT International tax), I. Hirsch, C. Nunez, P. DiMatteo and A. Armfield (all KPMG) to discuss updated calculations and assumptions in the cash tax model for certain international tax considerations. | 0.8 | $ 819 | $ 655.20 |
| Isaac Hirsch | 09/22/20 | (0.6) Prepare for call with D. Holland/WNT-International tax to discuss cash tax model by reviewing most current version of Purdue cash tax model | 0.6 | $ 819 | $ 491.40 |
| Frankie Angeleri | 09/23/20 | 2.2 Updating transfer pricing slide deck deliverable based on latest partner comments / discussions. | 2.2 | $ 520 | $ 1,144.00 |
| Kieran Taylor | 09/24/20 | Meeting with M. Minnear (KPMG), K. Taylor (KPMG) and F. Angeleri (KPMG) to discuss updates to the transfer pricing PowerPoint deliverable based on M. Minnear's comments. | 0.3 | $ 744 | $ 223.20 |
| Molly Minnear | 09/24/20 | Meeting with M. Minnear (KPMG), K. Taylor (KPMG) and F. Angeleri (KPMG) to discuss updates to the transfer pricing PowerPoint deliverable based on M. Minnear's comments. | 0.3 | $ 868 | $ 260.40 |
| Frankie Angeleri | 09/24/20 | Meeting with M. Minnear (KPMG), K. Taylor (KPMG) and F. Angeleri (KPMG) to discuss updates to the transfer pricing PowerPoint deliverable based on M. Minnear's comments. | 0.3 | $ 520 | $ 156.00 |
| Frankie Angeleri | 09/24/20 | 1.5 Updated the Purdue transfer pricing slide deck to include additional tax information based on results of discussion with KPMG project team. | 1.5 | $ 520 | $ 780.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
September 1, 2020 through September 30, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Curt Wilson | 09/28/20 | 0.7 Performed WNT Senior Manager analysis regarding the application of certain tax rules. | 0.7 | $ 744 | $ 520.80 |
| Isaac Hirsch | 09/28/20 | Performed analysis of deductibility for purposes of cash tax modeling. | 0.8 | $ 819 | $ 655.20 |
| Molly Minnear | 09/29/20 | Performed Principal Economic & Valuation services review of revised summary presentation and related model, and concurrently provide comments | 0.6 | $ 868 | $ 520.80 |
| Curt Wilson | 09/29/20 | 0.6 Perform further WNT analysis regarding the application of certain tax rules/doctrines; 0.6 Began to draft memo regarding conclusions related to same. | 1.2 | $ 744 | $ 892.80 |
| Curt Wilson | 09/30/20 | Finalized draft memo on application of certain tax rules - as began on 9/29. | 0.4 | $ 744 | $ 297.60 |
| | | **Total Bankruptcy Tax Consulting Services** | **68.6** | | **$ 48,430.40** |

**EXHIBIT C2**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Non-Working Travel Time
September 1, 2020 through September 30, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | *no fees billed for these services in current month* | | | |
| | | **Total Non-Working Travel Time** | | | **$ -** |

**EXHIBIT C3**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Retention Services
September 1, 2020 through September 30, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | *no fees billed for these services in current month* | | | |
| | | **Total Retention Services** | **0.0** | | **$ -** |

**EXHIBIT C4**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Fee Application Preparation Services
September 1, 2020 through September 30, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Wendy Shaffer | 09/03/20 | 0.1 Drafted follow-up email to D. Consla (Davis Polk) regarding status of filing of KPMG's 7th monthly fee statement. 1.0 Updated Purdue 7th monthly fee statement exhibits per direction from Davis Polk. 0.2 finalized same (PDF) and drafted email to send copy of revised fee statement to Davis Polk. 0.1 drafted email to KPMG Partner team lead to provide copy of changes requested. | 1.4 | $ 202 | $ 282.80 |
| Wendy Shaffer | 09/04/20 | 0.1 Send copy of filed KPMG 7th monthly fee statement to KPMG Partner / team leads along with objection date related to same. | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 09/08/20 | 0.3 Prepared Purdue 7th monthly fee statement in Excel to send to Fee Examiner and 0.1 send to M. Plangman (KPMG) for approval and 0.1 drafted email to Purdue fee examiner to provide copy of same | 0.5 | $ 202 | $ 101.00 |
| Monica Plangman | 09/09/20 | Review and approve FE report and transmit to W. Shaffer (KPMG) | 0.1 | $ 264 | $ 26.40 |
| Wendy Shaffer | 09/09/20 | 0.8 Updated exhibit C1 of Purdue 8th monthly fee statement to include data received from professionals as of 9/9/2020; 0.1 drafted email to M. Plangman (KPMG) to provide copy of Purdue 7th monthly fee statement in Excel to send to Fee Examiner and 0.1 drafted email to D. Oliver (Direct fee Review) to provide copy of same for review. | 1.0 | $ 202 | $ 202.00 |
| Wendy Shaffer | 09/11/20 | 0.3 Updates to exhibit C4 of Purdue 8th monthly fee statement to include data received from professionals as of 9/11/2020 | 0.3 | $ 202 | $ 60.60 |
| Wendy Shaffer | 09/14/20 | 0.6 Updated exhibit C1 of Purdue Pharma August monthly fee statement to include data received from professionals as of 9/14/2020;0.2 Updates to exhibit C1 of Purdue August fee statement to include KPMG foreign member time detail received as of 9/14; 0.2 Finalized Purdue Pharma August fee app in preparation to send to M. Land (KPMG) to make updates related to past comments from Davis Polk; 0.1 email to B. Defliese to request confirmation of foreign time detail hours for Purdue to be included in fee statement; 0.2 Pull updated Work in Progress report for Purdue to confirm final numbers for August. | 1.3 | $ 202 | $ 262.60 |
| Wendy Shaffer | 09/16/20 | 0.4 Updates to Purdue August monthly fee statement per direction from C. Nunez (KPMG) with regards to previous comments from Davis Polk; 0.1 drafted email to provide copy of same to M. Plangman (KPMG) for review /approval | 0.5 | $ 202 | $ 101.00 |
| Monica Plangman | 09/17/20 | Associate director review of monthly fee statement and concurrently provide comments. | 0.8 | $ 264 | $ 211.20 |
| Wendy Shaffer | 09/21/20 | 0.3 Updates to Purdue 8th monthly fee statement exhibits per M. Plangman (KPMG); 0.1 began to draft cover sheet for PP 8th monthly fee statement; | 0.4 | $ 202 | $ 80.80 |
| Isaac Hirsch | 09/22/20 | (0.9) Performed international Managing Director review of Purdue monthly fee statement; | 0.9 | $ 819 | $ 737.10 |
| Wendy Shaffer | 09/23/20 | 0.1 Drafted email to H. Steinberg (KPMG) to request approval/permission to apply signature to Purdue 8th monthly fee statement. | 0.1 | $ 202 | $ 20.20 |

**EXHIBIT C4**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Fee Application Preparation Services
September 1, 2020 through September 30, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Monica Plangman | 09/28/20 | Associate director final review of monthly fee statement prior to filing. | 0.1 | $ 264 | $ 26.40 |
| Wendy Shaffer | 09/28/20 | 0.3 Finalized (PDF) Purdue 8th monthly fee statement and 0.1 send to M. Plangman (KPMG) for approval; 0.1 drafted email to Davis Polk to request filing and services of PP 8th monthly fee statement | 0.5 | $ 202 | $ 101.00 |
| Wendy Shaffer | 09/30/20 | 0.1 Send follow-up email to Davis Polk to request status of filing of 8th monthly fee statement | 0.1 | $ 202 | $ 20.20 |
| | | **Total Fee Application Preparation Services** | **8.1** | | **$ 2,253.50** |

**EXHIBIT D**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary of Out of Pocket Expenses
September 1, 2020 through September 30, 2020

| Category | Amount |
|---|---|
| Airfare | $ - |
| Lodging | $ - |
| Meals | $ - |
| Ground Transportation | $ - |
| Miscellaneous | $ - |
| **Total** | **$ -** |

**EXHIBIT D1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Detail of Out of Pocket Expenses
September 1, 2020 through September 30, 2020

| Name | Date | Description | Amount |
|---|---|---|---|
| | | **Air Fare Subtotal** | $   - |
| | | **Lodging Subtotal** | $   - |
| | | **Meals Subtotal** | $   - |
| | | **Total Ground Transportation** | $   - |
| | | **Miscellaneous Subtotal** | $   - |
| | | **Total Out of Pocket Expenses** | $   - |