**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY  10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| --------------------------------------------------------------X | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |
| | : | |
| -------------------------------------------------------------- X | | |

**ELEVENTH MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Brown Rudnick LLP |
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | August 1, 2020 through August 31, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $97,210.50 |
| **Current Fee Request** | $77,768.40 (80% of $97,210.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $77.90 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $77,846.30 |
| **Total Fees and Expenses Inclusive of Holdback** | $97,288.40 |
| **This is a(n):**   _X_ Monthly Application ___Interim Application ___Final Application | |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Eleventh Monthly Fee Statement (the "Fee Statement") for the period of August 1, 2020 through and including August 31, 2020 (the "Statement Period").

## Itemization of Services Rendered and Disbursements Incurred

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the project categories.  As reflected in Exhibit A, Brown Rudnick incurred $97,210.50 in fees during the Statement Period.   Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $77,768.40.

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,081.95.  The blended hourly rate of all paraprofessionals is $395.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $77.90 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "Allocation Fees").  To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application.   Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

## Notice

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated:  October 21, 2020

Respectfully submitted,

BROWN RUDNICK LLP

/s/ *David J. Molton*

David J. Molton
Steven D. Pohl (admitted *pro hac vice*)
Seven Times Square
New York, New York 10019
Telephone:     (212) 209-4800
Facsimile:     (212) 209-4801
E-mail: dmolton@brownrudnick.com
          spohl@brownrudnick.com

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

## EXHIBIT A

**SERVICES RENDERED BY**
**BROWN RUDNICK LLP**

## COMMENCING AUGUST 1, 2020 THROUGH AUGUST 31, 2020[±]

**Summary of Fees Task Code**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 0.0 | $0.00 |
| 003 Assumption and Rejection of Leases and Contracts | 0.0 | $0.00 |
| 004 Business Operations | 2.3 | $1,840.00 |
| 005 Case Administration | 2.3 | $1,615.50 |
| 007 Claims Analysis | 17.80 | $20,405.50 |
| 008 Employment and Fee Applications | 7.5 | $3,489.00 |
| 009 Emergency Financing | 0.0 | $0.00 |
| 010 Litigation: Contested Matters and Adversary Proceedings | 9.0 | $9,796.00 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 29.20 | $31,637.00 |
| 014 Plan and Disclosure Statement | 26.70 | $28,427.50 |
| **Total** | **94.8** | **$97,210.50** |
| | | |
| 20% Fee Holdback | | **$19,442.10** |
| 80% of Fees | | **$77,768.40** |
| Plus Expenses | | **$77.90** |
| Requested Amount | | **$97,288.40** |

**EXHIBIT B**

**SERVICES RENDERED BY
BROWN RUDNICK LLP**

**COMMENCING AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | 2020 Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Molton | Partner 1983 Bankruptcy & Corporate Restructuring | $1,405.00 | 24.4 | $34,282.00 |
| Steven D. Pohl | Partner 1989 Bankruptcy & Corporate Restructuring | $1,295.00 | 19.3 | $24,993.50 |
| Barbara J. Kelly | Counsel 1982 Corporate & Capital Markets | $1,060.00 | 8.3 | $8,798.00 |
| Vincent J. Guglielmotti | Partner 2005 Corporate & Capital Markets | $985.00 | 0.6 | $591.00 |
| Gerard T. Cicero | Associate 2015 Bankruptcy & Corporate Restructuring | $800.00 | 25.4 | $20,320.00 |
| Cyavash, N. Ahmadi | Associate 2014 Corporate & Capital Markets | $585.00 | 6.0 | $3,510.00 |
| Uriel Pinelo | Associate 2019 Bankruptcy & Corporate Restructuring | $545.00 | 3.0 | $1,635.00 |
| Alexandra M. Deering | Paralegal Bankruptcy & Corporate Restructuring | $395.00 | 7.8 | $3,081.00 |
| **Total Fees Requested** | | | **94.8** | **$97,210.50** |

## EXHIBIT C

**ACTUAL AND NECESSARY COSTS INCURRED BY
BROWN RUDNICK LLP**

## COMMENCING AUGUST 1, 2020 THROUGH AUGUST 31, 2020

| EXPENSE | AMOUNT |
|---|---|
|  |  |
| Pacer | 77.90 |
| **Total Expenses** | **$77.90** |

# brownrudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6904512 |
| ATTN: DAVID MOLTON | Date | Sep 9, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through August 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0001 | COSTS | 0.00 | 77.90 | 77.90 |
| | **Total** | **0.00** | **77.90** | **77.90** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $77.90 |
| **Total Invoice** | **$77.90** |

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                      Invoice 6904512
RE: COSTS                                                                              Page 2
September 9, 2020

## COST DETAIL

| Date | Description | Value |
|------|-------------|------:|
| 08/01/20 | PACER | 0.30 |
| 08/01/20 | PACER | 0.50 |
| 08/01/20 | PACER | 3.00 |
| 08/01/20 | PACER | 74.10 |
| | **Total Costs** | **77.90** |

## COST SUMMARY

| Description | Value |
|-------------|------:|
| PACER | 77.90 |
| **Total Costs** | **77.90** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6904512 |
| Date | Sep 9, 2020 |
| Client | 035843 |

RE: COSTS



Remittance

---

Balance Due: **$77.90**

---

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
399 Park Avenue
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 6792734594

# EXHIBIT D

**Time Entries for Each Professional by Task Code (Invoice)**

63857511 v1

# brownrudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6905535 |
| ATTN: DAVID MOLTON | Date | Sep 9, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through August 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0004 | BUSINESS OPERATIONS | 1,840.00 | 0.00 | 1,840.00 |
| 035843.0005 | CASE ADMINISTRATION | 1,615.50 | 0.00 | 1,615.50 |
| 035843.0007 | CLAIMS ANALYSIS | 20,405.50 | 0.00 | 20,405.50 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 3,489.00 | 0.00 | 3,489.00 |
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 9,796.00 | 0.00 | 9,796.00 |
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 31,637.00 | 0.00 | 31,637.00 |
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 28,427.50 | 0.00 | 28,427.50 |
| | **Total** | **97,210.50** | **0.00** | **97,210.50** |

| | |
|---|---:|
| Total Current Fees | $97,210.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$97,210.50** |

# brown rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6905535 |
| ATTN: DAVID MOLTON | Date | Sep 9, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: BUSINESS OPERATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through August 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0004 | BUSINESS OPERATIONS | 1,840.00 | 0.00 | 1,840.00 |
| | **Total** | **1,840.00** | **0.00** | **1,840.00** |

| | |
|---|---|
| Total Current Fees | $1,840.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,840.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6905535
September 9, 2020                                                                                    Page 3

RE: BUSINESS OPERATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/17/20 | CICERO | ATTEND UPDATE CALL WITH SECRETARY VILSACK, COURT-APPOINTED MONITOR OF PURDUE CASES (1.0); DRAFT UPDATE MEMORANDUM TO COMMITTEE RE: SECOND MONITOR REPORT AND THE PREVIOUS CALL RE: SAME (1.3) | 2.30 | 1,840.00 |
| | **Total Hours and Fees** | | **2.30** | **1,840.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| GERARD T. CICERO | 2.30 | hours at | 800.00 | 1,840.00 |
| **Total Fees** | | | | **1,840.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6905535 |
| Date | Sep 9, 2020 |
| Client | 035843 |

RE: CASE ADMINISTRATION

## INVOICE

For professional services rendered in connection with the above captioned matter
through August 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 1,615.50 | 0.00 | 1,615.50 |
| | **Total** | **1,615.50** | **0.00** | **1,615.50** |

| | |
|---|---|
| Total Current Fees | $1,615.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,615.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
September 9, 2020

Invoice 6905535
Page 5

RE: CASE ADMINISTRATION

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/10/20 | DEERING | REVIEW CASE DOCKET, CIRCULATE NOTICE OF HEARING RE SECOND INTERIM FEE APPLICATION AND UPDATE CASE CALENDAR RE SAME | 0.70 | 276.50 |
| 08/18/20 | DEERING | REVIEW PLEADINGS FILED ON 8.18.20 | 0.40 | 158.00 |
| 08/26/20 | DEERING | CIRCULATE MONTHLY FEE STATEMENTS AND AGENDA FOR HEARING RE SAME | 0.50 | 197.50 |
| 08/26/20 | MOLTON | CONFERENCE WITH AHC COUNSEL TEAM RE VARIOUS CASE ISSUES | 0.70 | 983.50 |
| | **Total Hours and Fees** | | **2.30** | **1,615.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| DAVID J. MOLTON | 0.70 | hours at | 1,405.00 | 983.50 |
| ALEXANDRA M. DEERING | 1.60 | hours at | 395.00 | 632.00 |
| **Total Fees** | | | | **1,615.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| Invoice | 6905535 |
|---|---|
| Date | Sep 9, 2020 |
| Client | 035843 |

RE: CLAIMS ANALYSIS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through August 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0007 | CLAIMS ANALYSIS | 20,405.50 | 0.00 | 20,405.50 |
| | **Total** | **20,405.50** | **0.00** | **20,405.50** |

| | |
|---|---|
| Total Current Fees | $20,405.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$20,405.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6905535
September 9, 2020                                                                                        Page 7

RE: CLAIMS ANALYSIS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/05/20 | MOLTON | PARTICIPATE IN CALL WITH TED MILLER AND RUSSELL BUDD RE POC ISSUES | 0.50 | 702.50 |
| 08/10/20 | POHL | CALL WITH DEBTORS RE: CLAIMS AMOUNTS/ANALYSIS | 0.40 | 518.00 |
| 08/10/20 | MOLTON | PARTICIPATE IN CALL WITH DEBTORS RE ANALYSIS OF GOVERNMENTAL ENTITY CLAIMS FOR PLAN PURPOSES | 0.80 | 1,124.00 |
| 08/10/20 | CICERO | ATTEND STRATEGY CALL RE CLAIMS AMOUNTS AND WITH DEBTORS | 1.20 | 960.00 |
| 08/14/20 | MOLTON | PARTICIPATE IN CALL WITH DEBTORS WITH POC AND CLAIMS ISSUES | 0.90 | 1,264.50 |
| 08/18/20 | POHL | REVIEW LETTER FROM DEBTOR RE: ESTIMATION PROCEEDING | 0.10 | 129.50 |
| 08/18/20 | MOLTON | PARTICIPATE IN CALL WITH TED MILLER RE DEBTORS' QUESTIONS RE GOVERNMENTAL CLAIMS | 1.10 | 1,545.50 |
| 08/19/20 | MOLTON | PARTICIPATE IN CALL WITH BRATTLE GROUP AND GOVERNMENTAL MEDIATION DELEGATION COUNSEL RE PREPARATION FOR CONFERENCE WITH DEBTORS AND DEBTORS' EXPERT RE STATES' CLAIMS | 2.40 | 3,372.00 |
| 08/19/20 | CICERO | ATTEND PURDUE GOVERNMENTAL CLAIM PRESENTATION PREPARATION MEETING (2.0);  COORDINATION PRESENTATIONS ON SAME (.4) | 2.40 | 1,920.00 |
| 08/20/20 | POHL | REVIEW MATERIAL RE: GOVERNMENT CLAIMS | 0.50 | 647.50 |
| 08/24/20 | MOLTON | PARTICIPATE IN ZOOM CONFERENCE WITH DEBTORS, NCSG, AHC AND MGE RE GOVERNMENTAL CLAIMS AND IMPACT THEREOF ON PLAN STRUCTURING | 2.20 | 3,091.00 |
| 08/24/20 | POHL | CLAIMS CALL WITH DEBTORS AND ADVISORS RE: GOVERNMENT CLAIMS (1.8) | 1.80 | 2,331.00 |
| 08/24/20 | CICERO | ATTEND PUBLIC GROUP MEDIATION SESSION (1.5); ATTEND BRATTLE AND DEBTORS CLAIMS CALL (2.0) | 3.50 | 2,800.00 |
| | **Total Hours and Fees** | | **17.80** | **20,405.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|-----|------|-------|
| STEVEN POHL | 2.80 | hours at | 1,295.00 | 3,626.00 |

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                Invoice 6905535
September 9, 2020                                                                    Page 8

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| DAVID J. MOLTON | 7.90 | hours at | 1,405.00 | 11,099.50 |
| GERARD T. CICERO | 7.10 | hours at | 800.00 | 5,680.00 |
| **Total Fees** | | | | **20,405.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brown rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6905535 |
| Date | Sep 9, 2020 |
| Client | 035843 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through August 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 3,489.00 | 0.00 | 3,489.00 |
| | **Total** | **3,489.00** | **0.00** | **3,489.00** |

| | |
|---|---|
| Total Current Fees | $3,489.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$3,489.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6905535
September 9, 2020                                                                                         Page 10

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/05/20 | DEERING | EMAIL WITH COMPANY RE EXPENSE DETAIL FOR MAY 2020 FEE STATEMENT | 0.60 | 237.00 |
| 08/07/20 | DEERING | REVIEW, FINALIZE AND FILE JUNE 2020 FEE STATEMENT, COORDINATE SERVICE RE SAME AND EMAILS RE SAME, AND UPDATE CALENDAR RE OBJECTION DEADLINE | 1.00 | 395.00 |
| 08/12/20 | CICERO | WORK ON AND DRAFT JULY MONTHLY FEE STATEMENT | 1.30 | 1,040.00 |
| 08/12/20 | DEERING | REVIEW FEE EXAMINER OBJECTIONS TO BR SECOND INTERIM FEE APPLICATION (.5); EMAILS RE SAME (.3) | 0.80 | 316.00 |
| 08/14/20 | DEERING | EMAILS WITH G. CICERO AND S. POHL RE JULY FEE STATEMENT | 0.30 | 118.50 |
| 08/25/20 | DEERING | REVIEW PROPOSED ORDER APPROVING SECOND INTERIM FEE APPLICATIONS (.5); EMAILS WITH D. MOLTON AND G. CICERO RE SAME (.5); CIRCULATE AGENDA (.2); COORDINATE TELEPHONIC APPEARANCE FOR D. MOLTON (.4) | 1.60 | 632.00 |
| 08/25/20 | DEERING | DRAFT EMAIL TO DEBTORS' RE PAYMENT FOR 9TH MONTHLY FEE STATEMENT | 0.30 | 118.50 |
| 08/26/20 | DEERING | DRAFT 10TH MONTHLY FEE STATEMENT (.9); EMAILS RE SAME (.1) | 1.00 | 395.00 |
| 08/27/20 | DEERING | REVISE 10TH MONTHLY FEE STATEMENT (.4); EMAILS RE SAME (.2) | 0.60 | 237.00 |
| **Total Hours and Fees** | | | **7.50** | **3,489.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| GERARD T. CICERO | 1.30 | hours at | 800.00 | 1,040.00 |
| ALEXANDRA M. DEERING | 6.20 | hours at | 395.00 | 2,449.00 |
| **Total Fees** | | | | **3,489.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6905535 |
| Date | Sep 9, 2020 |
| Client | 035843 |

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY
PROCEEDINGS, AND AUTOMATIC STAY

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through August 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 9,796.00 | 0.00 | 9,796.00 |
| | **Total** | **9,796.00** | **0.00** | **9,796.00** |

| | |
|---|---|
| Total Current Fees | $9,796.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$9,796.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                  Invoice 6905535
September 9, 2020                                                       Page 12

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/07/20 | MOLTON | PARTICIPATE IN ZOOM CONFERENCE WITH NAACP RE INTERVENTION APPLICATION IN CHAPTER 11 CASE | 1.20 | 1,686.00 |
| 08/11/20 | POHL | REVIEW MATERIAL RE INJUNCTION APPEAL | 0.10 | 129.50 |
| 08/13/20 | CICERO | ATTEND CALL RE: PROPOSED ESTIMATION PROCESS AND PROCEDURES | 1.10 | 880.00 |
| 08/25/20 | CICERO | PREPARE MATERIALS AND SCRIPT FOR D. MOLTON FOR COURT APPEARANCE ON 8.26.2020 (.9); CALL WITH D. MOLTON RE: PREPARATION FOR SAME (.2) | 1.10 | 880.00 |
| 08/26/20 | CICERO | REVIEW DISCOVERY MEMORANDA AND SCHEDULE FOR AHC (.5); PREPARE COUNSEL FOR FEE HEARING (.3); ATTEND HEARING ON LIFT STAY ISSUE AND NAACP MOTION (1.4) | 2.20 | 1,760.00 |
| 08/26/20 | POHL | ATTEND HEARING ON FEES AND OTHER MOTIONS | 1.60 | 2,072.00 |
| 08/26/20 | MOLTON | PARTICIPATE IN TELEPHONIC HEARING BEFORE DRAIN J | 1.70 | 2,388.50 |
| **Total Hours and Fees** | | | **9.00** | **9,796.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|--|------|-------|
| STEVEN POHL | 1.70 | hours at | 1,295.00 | 2,201.50 |
| DAVID J. MOLTON | 2.90 | hours at | 1,405.00 | 4,074.50 |
| GERARD T. CICERO | 4.40 | hours at | 800.00 | 3,520.00 |
| **Total Fees** | | | | **9,796.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6905535 |
| Date | Sep 9, 2020 |
| Client | 035843 |

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC
COMMITTEE & CREDITORS

## INVOICE

For professional services rendered in connection with the above captioned matter
through August 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 31,637.00 | 0.00 | 31,637.00 |
| | **Total** | **31,637.00** | **0.00** | **31,637.00** |

| | |
|---|---|
| Total Current Fees | $31,637.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$31,637.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
September 9, 2020

Invoice 6905535
Page 14

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 08/03/20 | PINELO | PARTICIPATE IN CALLS (.5); EMAILS WITH GROUPS OF MUNICIPALITIES RE: MOTIONS IN RESPECT OF CONSOLIDATED CLAIM CONSENT FORMS (.7) | 1.20 | 654.00 |
| 08/04/20 | POHL | WEEKLY CALL WITH NON-STATES IN GROUP (.8); REVIEW CLIENT UPDATES (.4) | 1.20 | 1,554.00 |
| 08/04/20 | MOLTON | PARTICIPATE IN BI-WEEKLY AHC NON-STATE MEMBER CALL | 1.20 | 1,686.00 |
| 08/04/20 | PINELO | PARTICIPATE IN CALLS WITH GROUPS OF MUNICIPALITIES RE: MOTIONS IN RESPECT OF CONSOLIDATED CLAIM CONSENT FORMS (.2); EMAIL TO MUNICIPALITIES RE: SAME (.3) | 0.50 | 272.50 |
| 08/04/20 | POHL | COMMITTEE COUNSEL PLANNING CALL | 0.50 | 647.50 |
| 08/05/20 | CICERO | ATTEND FULL AHC CALL WITH CLIENTS ON CASE UPDATES AND STRATEGY ON MANY ISSUES INCLUDING SALE MOTION | 0.90 | 720.00 |
| 08/05/20 | POHL | PROVIDE COMMENTS TO VARIOUS PLAN DOCUMENTS (.3); WEEKLY COMMITTEE CALL (.7) | 1.00 | 1,295.00 |
| 08/06/20 | POHL | REVIEW CLIENT UPDATES (.1); CALL WITH DEBTORS RE PLAN STRUCTURE MATTERS (.8) | 0.90 | 1,165.50 |
| 08/10/20 | PINELO | REVIEW AND DRAFT EMAIL RE LATE FILED CONSOLIDATED CLAIM CONSENT FORMS | 0.30 | 163.50 |
| 08/12/20 | CICERO | EMAILS TO CONSENTING LOCAL GOVERNMENT RE: STATUS OF CASE (.5); ATTEND AHC MEETING PREE CALLS (.5); ATTEND FULL AHC CALL (2.1) | 3.10 | 2,480.00 |
| 08/12/20 | POHL | WEEKLY AD HOC COMMITTEE CALL | 1.30 | 1,683.50 |
| 08/12/20 | MOLTON | PARTICIPATE IN WEEKLY AHC CALL | 1.30 | 1,826.50 |
| 08/13/20 | POHL | REVIEW COMMITTEE UPDATES (.6); MILBANK PRESENTATION RE RAYMOND FAMILY ASSETS (1.0) | 1.60 | 2,072.00 |
| 08/14/20 | CICERO | ADVICE EMAILS TO AHC NON-STATE MEMBERS ON VARIOUS ISSUES INCLUDING QUESTIONS ON THE CONTINUANCE OF SECTION 105 STAY (.7); AND IMPACT OF DEBTORS' PLANS FOR CASE MANAGEMENT IN NEXT MONTH THAT WILL IMPACT CASE TRAJECTORY (.5); CALL WITH D. MOLTON RE: COMMUNICATIONS TO CLIENTS RE: SAM (.4) | 1.60 | 1,280.00 |
| 08/14/20 | POHL | REVIEW AND DRAFT CLIENT UPDATE | 0.30 | 388.50 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6905535
September 9, 2020                                                          Page 15

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/17/20 | CICERO | EMAIL COMMUNICATIONS WITH LARGE COUNTIES RE: CASE UPDATES | 0.50 | 400.00 |
| 08/17/20 | PINELO | CALLS W/ GOVERNMENT MUNICIPALITIES RE FILING A LATE PROOF OF CLAIM | 0.30 | 163.50 |
| 08/17/20 | MOLTON | PARTICIPATE IN CONFERENCE CALL WITH DOJ/SDNY AND SCOTT GILBERT RE VARIOUS CASE ISSUES AND STATUS | 1.20 | 1,686.00 |
| 08/19/20 | CICERO | PREPARE FOR AND LEAD NON-STATE MEMBER UPDATE CALL (.5); ATTEND FULL AHC UPDATE AND PROGRESS CALL (1.1) | 1.60 | 1,280.00 |
| 08/19/20 | PINELO | ATTEND CLIENT BI-WEEKLY CALL | 0.40 | 218.00 |
| 08/19/20 | POHL | REVIEW CLIENT UPDATES AND FILINGS (1.0); WEEKLY NON STATES CALL (.5); WEEKLY AHC CALL (1.3) | 2.80 | 3,626.00 |
| 08/19/20 | PINELO | CALL RE FILING LATE FILED GOVERNMENT PROOF OF CLAIM AND CONSOLIDATED CLAIM | 0.30 | 163.50 |
| 08/21/20 | POHL | REVIEW CLIENT UPDATES | 0.10 | 129.50 |
| 08/24/20 | POHL | CLAIMS CALL WITH DEBTORS AND ADVISORS RE: GOVERNMENT CLAIMS | 0.80 | 1,036.00 |
| 08/25/20 | POHL | REVIEW CLIENT UPDATES | 0.50 | 647.50 |
| 08/26/20 | POHL | REVIEW CLIENT UPDATE MEMORANDA AND COMMENTS TO SAME | 0.90 | 1,165.50 |
| 08/26/20 | POHL | COMMITTEE COUNSEL PLANNING CALL | 0.50 | 647.50 |
| 08/31/20 | CICERO | ATTEND FULL AHC STRATEGY AND UPDATE MEETING WITH CO-COUNSEL AND ENTIRE COMMITTEE | 1.30 | 1,040.00 |
| 08/31/20 | MOLTON | ATTEND WEEKLY AHC MEETING | 1.10 | 1,545.50 |
| | **Total Hours and Fees** | | **29.20** | **31,637.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 12.40 | hours at | 1,295.00 | 16,058.00 |
| DAVID J. MOLTON | 4.80 | hours at | 1,405.00 | 6,744.00 |
| GERARD T. CICERO | 9.00 | hours at | 800.00 | 7,200.00 |
| URIEL PINELO | 3.00 | hours at | 545.00 | 1,635.00 |
| **Total Fees** | | | | **31,637.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6905535 |
| Date | Sep 9, 2020 |
| Client | 035843 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through August 31, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 28,427.50 | 0.00 | 28,427.50 |
| | **Total** | **28,427.50** | **0.00** | **28,427.50** |

| | |
|---|---:|
| Total Current Fees | $28,427.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$28,427.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
September 9, 2020

Invoice 6905535
Page 17

RE: PLAN AND DISCLOSURE STATEMENT

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/06/20 | MOLTON | PARTICIPATE IN WEBEX MEETING WITH DEBTORS AND AHC COUNSEL RE PLAN ISSUES AND STRUCTURE | 1.30 | 1,826.50 |
| 08/06/20 | KELLY | CALL WITH DAVIS POLK TO ADDRESS ABATEMENT FUND STRUCTURING MATTERS | 0.50 | 530.00 |
| 08/07/20 | MOLTON | PARTICIPATE IN CALL WITH DEBTORS RE PLAN ISSUES | 1.20 | 1,686.00 |
| 08/13/20 | KELLY | CALL WITH KL TAX TO REVIEW UPCOMING DP CALL (.4); CALL WITH DAVIS POLK TAX TO REVIEW STRUCTURING CONSIDERATIONS FOR TAX PURPOSES (.9); JOIN AHC UPDATE CALL FOR STATUS UPDATE RE STRUCTURING CONSIDERATIONS (1.0) | 2.30 | 2,438.00 |
| 08/13/20 | AHMADI | AHC TAX GROUP MEETING RE: TAX STRUCTURING (.5); MEETING WITH DEBTOR'S COUNSEL RE: TAX STRUCTURING (.7) | 1.20 | 702.00 |
| 08/14/20 | MOLTON | PARTICIPATE IN CALL WITH DEBTORS RE POTENTIAL PLAN ISSUES | 1.10 | 1,545.50 |
| 08/20/20 | KELLY | VARIOUS TYPES OF SETTLEMENT VEHICLE STRUCTURES | 0.30 | 318.00 |
| 08/20/20 | POHL | ATTEND CALL RE: RESOLVING ISSUES OF ATTORNEY COMPENSATION IN CONNECTION WITH PROPOSED PLAN DISTRIBUTIONS | 1.40 | 1,813.00 |
| 08/21/20 | MOLTON | PARTICIPATE IN CONFERENCE CALL WITH DEBTORS RE PLAN PREPARATION CATCH UP CALL | 1.10 | 1,545.50 |
| 08/21/20 | MOLTON | PARTICIPATE IN PREPARATION FOR PRESENTATION TO DEBTORS RE: STRUCTURING A PLAN AND STATES POCS AND BASIS THEROF | 2.20 | 3,091.00 |
| 08/26/20 | CICERO | INTER-COUNSEL STRATEGY DISCUSSION ON FORTHCOMING ISSUES INCLUDING PLAN AND POST-CONFIRMATION TRUST STRUCTURING, CONFIRMATION LITIGATION AND OTHER FORTHCOMING ISSUES | 1.30 | 1,040.00 |
| 08/26/20 | POHL | REVIEW MATERIAL RE: PLAN ISSUES AND BROWN RUDNICK TASKS | 1.00 | 1,295.00 |
| 08/26/20 | KELLY | CALL WITH AHC BANKRUPTCY LAWYERS TO REVIEW CURRENT STATUS AND TAX STRUCTURING ISSUES (1.0); DRAFT TAX BASED SETTLEMENT STRUCTURE FOR SMTS AND PRIVATES (.9) | 1.90 | 2,014.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
September 9, 2020

Invoice 6905535
Page 18

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/26/20 | AHMADI | TAX ANALYSIS, STRUCTURING POST-EMERGENCE ENTITIES (.7) | 0.70 | 409.50 |
| 08/27/20 | KELLY | TAX CALL WITH AHC TAX GROUP TO REVIEW STRUCTURING CONSIDERATION (.8); PREPARE STRUCTURE CHART AND REVISED STRUCTURE CHART TO ADDRESS TAX EFFICIENCY IN INCOME, GAIN AND EXPENSE WITH ANALYSIS OF APPLICABLE TAX PROVISIONS  (1.5) | 2.30 | 2,438.00 |
| 08/27/20 | GUGLIELMOTTI | REVIEW OF INCOMING CORRESPONDENCE RE: TAX STRUCTURE (.1); PREPARATION OF RESPONSE TO SAME (.1). | 0.20 | 197.00 |
| 08/27/20 | AHMADI | FILE REVIEW AND ANALYSIS (3.1) | 3.10 | 1,813.50 |
| 08/28/20 | GUGLIELMOTTI | REVIEW OF CORPORATE AND TAX STRUCTURE (.3); PREPARATION OF OUTGOING CORRESPONDENCE RE: SAME (.1) | 0.40 | 394.00 |
| 08/28/20 | MOLTON | CONFERENCE CALL WITH DEBTORS, NACHMAN AND GILBERT RE PLAN ISSUES | 1.20 | 1,686.00 |
| 08/28/20 | KELLY | REVIEW AND REVISE PROPOSED SETTLEMENT STRUCTURE CHART FOR SMT (.6); REVIEW SUMMARY TAX CORRESPONDENCE TO PREPARE GLOBAL TAX ISSUES SUMMARY FOR BANKRUPTCY TEAMS (.4) | 1.00 | 1,060.00 |
| 08/30/20 | AHMADI | TAX DUE DILIGENCE (1.0) | 1.00 | 585.00 |
| | **Total Hours and Fees** | | **26.70** | **28,427.50** |

## T I M E  S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 2.40 | hours at | 1,295.00 | 3,108.00 |
| DAVID J. MOLTON | 8.10 | hours at | 1,405.00 | 11,380.50 |
| VINCENT J. GUGLIELMOTTI | 0.60 | hours at | 985.00 | 591.00 |
| BARBARA J. KELLY | 8.30 | hours at | 1,060.00 | 8,798.00 |
| GERARD T. CICERO | 1.30 | hours at | 800.00 | 1,040.00 |
| CYAVASH N. AHMADI | 6.00 | hours at | 585.00 | 3,510.00 |
| **Total Fees** | | | | **28,427.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6905535 |
| Date | Sep 9, 2020 |
| Client | 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES



Remittance

**Balance Due: $97,210.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
399 Park Avenue
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  6792734594

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200