Hearing Date and Time: October 28, 2020 at 10:00 a.m. (prevailing Eastern Time)
Objection Date and Time: October 27, 2020 at 12:00 p.m. (prevailing Eastern Time)

Gerard Uzzi, Esq.
Alexander B. Lees, Esq.
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219

Gregory P. Joseph, Esq.
Mara Leventhal, Esq.
**JOSEPH HAGE AARONSON LLC**
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone:    (212) 407-1200
Facsimile:    (212) 407-1280

*Counsel for the Raymond Sackler Family*

Jasmine Ball, Esq.
Maura Kathleen Monaghan, Esq.
Jeffrey J. Rosen, Esq.
**DEBEVOISE & PLIMPTON LLP**
919 Third Ave.
New York, NY 10022
Telephone:    (212) 909-6000
Facsimile:    (212) 909-6836

*Counsel for the Mortimer Sackler Family*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**NOTICE OF HEARING ON (I) MOTION TO SHORTEN NOTICE WITH RESPECT TO MOTION TO CONFIRM THAT PAYMENT BY THE SACKLER FAMILIES UNDER SETTLEMENT WITH THE UNITED STATES DEPARTMENT OF JUSTICE IS NOT PROHIBITED BY THIS COURT AND (II) MOTION TO CONFIRM THAT PAYMENT BY THE SACKLER FAMILIES UNDER SETTLEMENT WITH THE UNITED STATES <u>DEPARTMENT OF JUSTICE IS NOT PROHIBITED BY THIS COURT</u>**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE NOTICE** that on October 22, 2020, the Raymond Sackler family and Mortimer Sackler family (together, the "Sackler Families") filed the *Motion to Shorten Notice With Respect to Motion to Confirm that Payment by the Sackler Families Under Settlement with the United States Department of Justice Is Not Prohibited by This Court* [ECF No. 1832] and the *Notice by the Sackler Families of Settlement with the United States Department of Justice and Motion to Confirm That Payment by the Sackler Families Under Settlement with the United States Department of Justice Is Not Prohibited by This Court* [ECF No. 1833] (each a "Motion", and, together, the "Motions"). A hearing on the Motions will be held on **October 28, 2020** at **10 a.m.** (prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "Bankruptcy Court"), or at such other time as the Bankruptcy Court may determine.

**PLEASE TAKE FUTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing.

**PLEASE TAKE FUTHER NOTICE** that pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("General Order M-543"), the Hearing will be conducted telephonically.[2] Parties wishing to appear at, or attend, the Hearing must refer to and comply with the Court's guidelines for telephonic appearances[3] and make arrangements with Court Solutions LLC by telephone at (917) 746-7476.

---

[2]  A copy of General Order M-543 can be obtained by visiting: https://www.nysb.uscourts.gov/news/court-operations-under-exigent-circumstances-created-covid-19

[3]  The Court's procedures for telephonic appearances are available at: http://www.nysb.uscourts.gov/telephonic-appearances-white-plains.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the Motions shall be in writing, shall conform to the Federal Rules of the Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* entered on November 18, 2019 [ECF 498], so as to be filed and received no later than **October 27, 2020** at **12:00 p.m.** (prevailing Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default; *provided* that, objecting parties shall attend the Hearing telephonically so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to one or both of the Motions, the Sackler Families may, on or after the Objection Deadline, submit to the Bankruptcy Court order(s) substantially in the form of the proposed order(s) annexed to such Motion(s) (as applicable), which order(s) may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motions may be obtained free of charge by visiting the website of Prime Clerk LLC at

https://restructuring.primeclerk.com/purduepharma/. You may also obtain copies of any pleadings by visiting the Courts' website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: October 22, 2020
New York, New York

| | |
|---|---|
| */s/ Gerard Uzzi* | */s/ Jasmine Ball* |
| Gerard Uzzi, Esq. | Jasmine Ball, Esq. |
| Alexander B. Lees, Esq. | Maura Kathleen Monaghan, Esq. |
| **MILBANK LLP** | Jeffrey J. Rosen, Esq. |
| 55 Hudson Yards | **DEBEVOISE & PLIMPTON LLP** |
| New York, NY 10001 | 919 Third Ave. |
| Telephone: (212) 530-5000 | New York, NY 10022 |
| Facsimile: (212) 530-5219 | Telephone:   (212) 909-6000 |
| | Facsimile:    (212) 909-6836 |
| */s/ Gregory P. Joseph* | |
| Gregory P. Joseph, Esq. | *Counsel for the Mortimer Sackler Family* |
| Mara Leventhal, Esq. | |
| **JOSEPH HAGE AARONSON LLC** | |
| 485 Lexington Avenue, 30th Floor | |
| New York, New York 10017 | |
| Telephone: (212) 407-1200 | |
| Facsimile:(212) 407-1280 | |

*Counsel for the Raymond Sackler Family*