**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY  10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
                                                                    :
In re:                                                              :    Chapter 11
                                                                    :
PURDUE PHARMA L.P., *et al.*,                                       :    Case No. 19-23649 (RDD)
                                                                    :
                                      Debtors[1].                   :    (Jointly Administered)
                                                                    :
------------------------------------------------------------------- X

**TWELFTH MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Brown Rudnick LLP |
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | September 1, 2020 through September 30, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $150,703.00 |
| **Current Fee Request** | $120,562.40  (80% of $150,703.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $151.90 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $120,714.30 |
| **Total Fees and Expenses Inclusive of Holdback** | $150,854.90 |
| **This is a(n):**   _X_ Monthly Application   ___Interim Application   ___Final Application | |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Twelfth Monthly Fee Statement (the "Fee Statement") for the period of September 1, 2020 through and including September 30, 2020 (the "Statement Period").

## <u>Itemization of Services Rendered and Disbursements Incurred</u>

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the project categories.  As reflected in Exhibit A, Brown Rudnick incurred $150,703.00 in fees during the Statement Period.  Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $120,562.40.

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,055.22.  The blended hourly rate of all paraprofessionals is $395.00.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $151.90 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "<u>Allocation Fees</u>").  To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application.   Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

## Notice

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated:  October 23, 2020

Respectfully submitted,

BROWN RUDNICK LLP

/s/ *David J. Molton*
David J. Molton
Steven D. Pohl (admitted *pro hac vice*)
Seven Times Square
New York, New York 10019
Telephone:     (212) 209-4800
Facsimile:      (212) 209-4801
E-mail: dmolton@brownrudnick.com
            spohl@brownrudnick.com

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

## EXHIBIT A

### SERVICES RENDERED BY
### BROWN RUDNICK LLP

### COMMENCING SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020[†]

**Summary of Fees Task Code**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 0.0 | $0.00 |
| 003 Assumption and Rejection of Leases and Contracts | 0.0 | $0.00 |
| 004 Business Operations | 6.6 | $6,613.50 |
| 005 Case Administration | 2.4 | $948.00 |
| 007 Claims Analysis | 5.5 | $3,225.50 |
| 008 Employment and Fee Applications | 7.6 | $3,002.00 |
| 009 Emergency Financing | 0.0 | $0.00 |
| 010 Litigation: Contested Matters and Adversary Proceedings | 30.9 | $33,864.50 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 19.9 | $21,355.50 |
| 014 Plan and Disclosure Statement | 77.3 | $81,694.00 |
| **Total** | **150.2** | **$150,703.00** |
| | | |
| 20% Fee Holdback | | **$30,140.60** |
| 80% of Fees | | **$120,562.40** |
| Plus Expenses | | **$151.90** |
| Requested Amount | | **$150,854.90** |

**EXHIBIT B**

### SERVICES RENDERED BY
### BROWN RUDNICK LLP

### COMMENCING SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020

### Summary of Hours and Fees by Professional

| Name of Professional | Position/Year Admitted to Practice/Department | 2020 Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Molton | Partner 1983 Bankruptcy & Corporate Restructuring | $1,405.00 | 36.7 | $51,563.50 |
| Steven D. Pohl | Partner 1989 Bankruptcy & Corporate Restructuring | $1,295.00 | 17.2 | $22,274.00 |
| Barbara J. Kelly | Counsel 1982 Corporate & Capital Markets | $1,060.00 | 29.0 | $30,740.00 |
| Vincent J. Guglielmotti | Partner 2005 Corporate & Capital Markets | $985.00 | 4.3 | $4,235.50 |
| Marek P. Krzyzowski | Partner 2005 Litigation & Arbitration | $955.00 | 0.8 | $764.00 |
| Nicole M. Bouchard | Partner 2005 Corporate & Capital Markets | $865.00 | 3.1 | $2,681.50 |
| Gerard T. Cicero | Associate 2015 Bankruptcy & Corporate Restructuring | $800.00 | 29.4 | $23,520.00 |
| Cyavash, N. Ahmadi | Associate 2014 Corporate & Capital Markets | $585.00 | 12.7 | $7,429.50 |
| Uriel Pinelo | Associate 2019 Bankruptcy & Corporate Restructuring | $545.00 | 5.2 | $2,834.00 |
| Kelcey C. Wells | Paralegal Litigation & Arbitration | $395.00 | 0.5 | $197.50 |
| Alexandra M. Deering | Paralegal Bankruptcy & Corporate Restructuring | $395.00 | 11.3 | $4,463.50 |
| **Total Fees Requested** | | | **150.2** | **$150,703.00** |

## EXHIBIT C

**ACTUAL AND NECESSARY COSTS INCURRED BY
BROWN RUDNICK LLP**

## COMMENCING SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020

| EXPENSE | AMOUNT |
|---|---|
| | |
| Copies | $1.30 |
| Filing Fee | $140.00 |
| Pacer | $10.60 |
| **Total Expenses** | **$151.90** |

# brownrudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6906331 |
| ATTN: DAVID MOLTON | Date | Oct 9, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through September 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0001 | COSTS | 0.00 | 151.90 | 151.90 |
| | **Total** | **0.00** | **151.90** | **151.90** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $151.90 |
| **Total Invoice** | **$151.90** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                Invoice 6906331
RE: COSTS                                                             Page 2
October 9, 2020

## C O S T  D E T A I L

| Date | Description | Value |
|------|-------------|------:|
| 09/01/20 | PACER | 3.70 |
| 09/01/20 | PACER | 4.70 |
| 09/01/20 | PACER | 2.20 |
| 09/02/20 | FILING FEE - VENDOR: KELCEY WELLS; INVOICE#: 090220-2; DATE: 9/2/2020 | 70.00 |
| 09/02/20 | FILING FEE - VENDOR: KELCEY WELLS; INVOICE#: 090220-2; DATE: 9/2/2020 | 70.00 |
| 09/22/20 | COPIES | 0.50 |
| 09/22/20 | COPIES | 0.20 |
| 09/22/20 | COPIES | 0.30 |
| 09/22/20 | COPIES | 0.10 |
| 09/22/20 | COPIES | 0.10 |
| 09/22/20 | COPIES | 0.10 |
| | **Total Costs** | **151.90** |

## C O S T  S U M M A R Y

| Description | Value |
|-------------|------:|
| FILING FEE | 140.00 |
| PACER | 10.60 |
| COPIES | 1.30 |
| **Total Costs** | **151.90** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL | Invoice | 6906331 |
| ENTITES | Date | Oct 9, 2020 |
| ATTN: DAVID MOLTON | Client | 035843 |
| BROWN RUDNICK | | |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS



Remittance

**Balance Due: $151.90**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
399 Park Avenue
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 6792734594

# EXHIBIT D

**Time Entries for Each Professional by Task Code (Invoice)**

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6906332 |
| ATTN: DAVID MOLTON | Date | Oct 9, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through September 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0004 | BUSINESS OPERATIONS | 6,613.50 | 0.00 | 6,613.50 |
| 035843.0005 | CASE ADMINISTRATION | 948.00 | 0.00 | 948.00 |
| 035843.0007 | CLAIMS ANALYSIS | 3,225.50 | 0.00 | 3,225.50 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 3,002.00 | 0.00 | 3,002.00 |
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 33,864.50 | 0.00 | 33,864.50 |
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 21,355.50 | 0.00 | 21,355.50 |
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 81,694.00 | 0.00 | 81,694.00 |
| | **Total** | **150,703.00** | **0.00** | **150,703.00** |

| | |
|---|---:|
| Total Current Fees | $150,703.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$150,703.00** |

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6906332 |
| ATTN: DAVID MOLTON | Date | Oct 9, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: BUSINESS OPERATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through September 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0004 | BUSINESS OPERATIONS | 6,613.50 | 0.00 | 6,613.50 |
| | **Total** | **6,613.50** | **0.00** | **6,613.50** |

| | |
|---|---|
| Total Current Fees | $6,613.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$6,613.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
October 9, 2020

Invoice 6906332
Page 3

RE: BUSINESS OPERATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|------------|-------------|-------|-------|
| 09/10/20 | POHL | REVIEW INCENTIVE PLANS PROPOSAL | 1.70 | 2,201.50 |
| 09/11/20 | POHL | REVIEW KEIP PLAN | 0.30 | 388.50 |
| 09/15/20 | CICERO | PARTICIPATE IN CALL WITH FTI RE: MID YEAR KERP AND KEIP AND DISCUSSION OF STRATEGY RE: SAME | 1.50 | 1,200.00 |
| 09/16/20 | CICERO | ATTEND CALL WITH FTI RE: KERP AND KEIP ADVICE TO COMMITTEE | 0.40 | 320.00 |
| 09/16/20 | POHL | REVIEW INCENTIVE PLAN UPDATE | 0.50 | 647.50 |
| 09/17/20 | PINELO | REVISE PROPOSED DRAFT OF STIPULATION BETWEEN DEBTORS AND HOLDERS OF LATE FILED GOVERNMENT CLAIM (.3); EMAIL REVISED DRAFT TO DEBTORS (.1) | 0.40 | 218.00 |
| 09/17/20 | POHL | REVIEW UPDATED INCENTIVE PLAN DECK | 0.40 | 518.00 |
| 09/18/20 | CICERO | ATTEND CALL WITH FTI RE: KERP AND KEIP ISSUES (.4); REVIEW ISSUES WITH UCC RE: SAME (.5); EMAILS WITH A. TROOP RE: SAME (.5) | 1.40 | 1,120.00 |
| | **Total Hours and Fees** | | **6.60** | **6,613.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|------------|-------|---|------|-------|
| STEVEN POHL | 2.90 | hours at | 1,295.00 | 3,755.50 |
| GERARD T. CICERO | 3.30 | hours at | 800.00 | 2,640.00 |
| URIEL PINELO | 0.40 | hours at | 545.00 | 218.00 |
| **Total Fees** | | | | **6,613.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6906332 |
| Date | Oct 9, 2020 |
| Client | 035843 |

RE: CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through September 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 948.00 | 0.00 | 948.00 |
| | **Total** | **948.00** | **0.00** | **948.00** |

| | |
|---|---|
| Total Current Fees | $948.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$948.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6906332
October 9, 2020                                                                                      Page 5

RE: CASE ADMINISTRATION

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 09/09/20 | WELLS | REVIEW CASE DOCKET AND FILINGS; CIRCULATE CLAIMS RELATED FILINGS | 0.30 | 118.50 |
| 09/10/20 | WELLS | REVIEW CASE DOCKET AND FILINGS; CIRCULATE PLEADINGS | 0.20 | 79.00 |
| 09/16/20 | DEERING | REVIEW PLEADINGS FILED ON 9.16.20 | 0.50 | 197.50 |
| 09/23/20 | DEERING | REVIEW PLEADINGS FILED ON 9.23.20 | 0.50 | 197.50 |
| 09/23/20 | DEERING | UPDATE CASE CALENDAR | 0.40 | 158.00 |
| 09/30/20 | DEERING | REVIEW PLEADINGS FILED ON 9.30.20 | 0.50 | 197.50 |
| | **Total Hours and Fees** | | **2.40** | **948.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|--|------|-------|
| KELCEY C. WELLS | 0.50 | hours at | 395.00 | 197.50 |
| ALEXANDRA M. DEERING | 1.90 | hours at | 395.00 | 750.50 |
| **Total Fees** | | | | **948.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | |
|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice    6906332 |
| ATTN: DAVID MOLTON | Date    Oct 9, 2020 |
| BROWN RUDNICK | Client    035843 |
| 7 TIMES SQUARE | |
| NEW YORK, NY 10036 | |

RE: CLAIMS ANALYSIS

# I N V O I C E

For professional services rendered in connection with the above captioned matter through September 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0007 | CLAIMS ANALYSIS | 3,225.50 | 0.00 | 3,225.50 |
| | **Total** | **3,225.50** | **0.00** | **3,225.50** |

| | |
|---|---:|
| Total Current Fees | $3,225.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$3,225.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6906332
October 9, 2020                                                                                    Page 7

RE: CLAIMS ANALYSIS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/11/20 | POHL | REVIEW CLASS CLAIM MOTION FOR DOCTORS | 0.30 | 388.50 |
| 09/14/20 | DEERING | REVIEW DOCKET RE MOTIONS TO FILE LATE PROOF OF CLAIM (.5) AND DRAFT SUMMARY EMAIL RE SAME (.5) | 1.00 | 395.00 |
| 09/16/20 | PINELO | REVIEW MOTION TO ALLOW LATE CLAIMS BY MUNICIPALITIES, BAR DATE ORDER, BAR DATE EXTENSION ORDER (1.0); DRAFT PROPOSED STIPULATION BETWEEN DEBTORS AND MUNICIPALITIES RE MOTION TO ALLOW LATE FILED CLAIMS (2.5); EMAIL DRAFT TO G. CICERO (.1) | 3.60 | 1,962.00 |
| 09/21/20 | CICERO | ATTENTION TO SLIDE PRESENTATION AND EDITS TO SAME ON LEGAL ISSUES WITH RESPECT TO PUBLIC SIDE CLAIMS | 0.60 | 480.00 |
| | **Total Hours and Fees** | | **5.50** | **3,225.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 0.30 | hours at | 1,295.00 | 388.50 |
| GERARD T. CICERO | 0.60 | hours at | 800.00 | 480.00 |
| ALEXANDRA M. DEERING | 1.00 | hours at | 395.00 | 395.00 |
| URIEL PINELO | 3.60 | hours at | 545.00 | 1,962.00 |
| **Total Fees** | | | | **3,225.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | |
|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice 6906332 |
| ATTN: DAVID MOLTON | Date Oct 9, 2020 |
| BROWN RUDNICK | Client 035843 |
| 7 TIMES SQUARE | |
| NEW YORK, NY 10036 | |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through September 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 3,002.00 | 0.00 | 3,002.00 |
| | **Total** | **3,002.00** | **0.00** | **3,002.00** |

| | |
|---|---|
| Total Current Fees | $3,002.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$3,002.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
October 9, 2020

Invoice 6906332
Page 9

RE: EMPLOYMENT AND FEE APPLICATIONS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/15/20 | DEERING | DRAFT 11TH MONTHLY FEE STATEMENT | 1.50 | 592.50 |
| 09/16/20 | DEERING | REVIEW 11TH MONTHLY FEE STATEMENT AND CIRCULATE TO TEAM FOR REVIEW | 0.60 | 237.00 |
| 09/18/20 | DEERING | EMAILS RE JULY MONTHLY FEE STATEMENT | 0.30 | 118.50 |
| 09/23/20 | DEERING | FINALIZE AND FILE 10TH MONTHLY FEE STATEMENT (.5) AND SERVE (.4) AND EMAILS RE SAME (.2) | 1.10 | 434.50 |
| 09/24/20 | DEERING | REVIEW AUG 2020 MONTHLY FEE STATEMENT | 0.50 | 197.50 |
| 09/25/20 | DEERING | REVIEW REVISED INVOICES FOR AUG 2020 FEE STATEMENT AND EMAILS RE SAME | 1.00 | 395.00 |
| 09/29/20 | DEERING | REVISE 11TH MONTHLY FEE STATEMENT (.7) AND EMAILS RE SAME (.2) | 0.90 | 355.50 |
| 09/30/20 | DEERING | REVISE 11TH MONTHLY FEE STATEMENT (.8); EMAILS RE SAME (.4); FINALIZE AND CIRCULATE TO KRAMER LEVIN (.5) | 1.70 | 671.50 |
| | **Total Hours and Fees** | | **7.60** | **3,002.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|--|------|-------|
| ALEXANDRA M. DEERING | 7.60 | hours at | 395.00 | 3,002.00 |
| **Total Fees** | | | | **3,002.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brownrudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6906332 |
| ATTN: DAVID MOLTON | Date | Oct 9, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY
PROCEEDINGS, AND AUTOMATIC STAY

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through September 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 33,864.50 | 0.00 | 33,864.50 |
| | **Total** | **33,864.50** | **0.00** | **33,864.50** |

| | |
|---|---|
| Total Current Fees | $33,864.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$33,864.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6906332
October 9, 2020                                                                    Page 11

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/02/20 | PINELO | CALL RE FILING LATE POC W/ PA MUNICIPALITY | 0.30 | 163.50 |
| 09/04/20 | MOLTON | PARTICIPATE IN ZOOM CONFERENCE WITH NAACP RE THEIR MEDIATION MOTION AND ATTEMPTED RESOLUTION THEREOF (1.0); FOLLOW UP WITH AHC MEMBERS RE SAME (.3) | 1.30 | 1,826.50 |
| 09/14/20 | MOLTON | REVISE OUTSTANDING CLASS CERTIFICATION MOTIONS (1.0); COORDINATE STRATEGIES WITH OTHER GOVERNMENTAL COMMITTEES (.6) | 1.60 | 2,248.00 |
| 09/14/20 | MOLTON | PARTICIPATE IN CONFERENCE CALL WITH GOVERNMENTAL COMMITTEE COUNSEL RE LATE FILED MUNICIPALITY POCS AND MOTION FOR LATE FILING THEREOF | 0.70 | 983.50 |
| 09/15/20 | CICERO | CALL MUNICIPALITIES WITH LATE CLAIM MOTIONS IN ORDER TO STRIKE DEAL ON STIPULATION (.9); REVIEW STRATEGY WITH DEBTORS, NCSG AND MSGE RE: SAME AND DOCUMENTING SAME (1.1) | 2.00 | 1,600.00 |
| 09/16/20 | CICERO | PARTICIPATE IN STRATEGY CALL WITH CO-COUNSEL RE: EXTENDING MEDIATION TO SACKLER CONTRIBUTION (1.4); INPUT ON CHAMBERS CONFERENCE RE: SAME (.2) | 1.60 | 1,280.00 |
| 09/17/20 | CICERO | ATTEND CHAMBERS CONFERENCE RE: NEXT STAGE OF MEDIATION (2.4); STRATEGY EMAILS WITH CO-COUNSEL RE: SAME (.2) | 2.60 | 2,080.00 |
| 09/17/20 | POHL | CHAMBERS CONFERENCE RE: MEDIATION/SACKLERS | 1.80 | 2,331.00 |
| 09/17/20 | MOLTON | PARTICIPATE IN CHAMBERS CONFERENCE CALL RE MEDIATION OF SACKLER ISSUES AND RELATED MATTERS | 1.80 | 2,529.00 |
| 09/21/20 | CICERO | EMAILS AND COMMUNICATIONS BETWEEN UCC, DEBTORS, AND LOCAL GOVERNMENTS RE: STIPULATION RE: MOTIONS FOR LATE FILED CLAIMS | 0.70 | 560.00 |
| 09/21/20 | MOLTON | REVIEW AND PROGRESS STRATEGIES RE PENDING CLASS MOTIONS | 0.40 | 562.00 |
| 09/22/20 | CICERO | FINALIZE SCOTT COUNTY STIPULATION (.8); EMAILS BETWEEN DEBTORS AND UCC RE: SAME (.4) | 1.20 | 960.00 |
| 09/22/20 | MOLTON | REVIEW AHC RESPONSE TO OUTSTANDING CLASS MOTIONS, INCLUDED EMERGENCY MD | 0.80 | 1,124.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
October 9, 2020

Invoice 6906332
Page 12

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 09/23/20 | MOLTON | REVIEW OPPOSITION TO MD CLASS CLAIM MOTION | 0.80 | 1,124.00 |
| 09/23/20 | KRZYZOWSKI | REVIEW OF AND COMMENT ON LATE-FILED CLASS CLAIMS MOTION | 0.80 | 764.00 |
| 09/25/20 | MOLTON | ANALYSIS OF PENDING CLASS MOTIONS | 0.70 | 983.50 |
| 09/29/20 | CICERO | REVIEW ADJOURNMENT REQUEST FOR ED DOCTOR MOTION FOR CLASS CERTIFICATION (.2); REVIEW DEBTORS' PROPOSED JOINT OBJECTION TO SAME (.4); REVISIONS AND COMMENTS TO JOIN OBJECTION INCLUDING RE: MEDIATION CHARACTERIZATIONS (.3); COORDINATION EMAILS WITH CO-COUNSEL, AHC MEMBERS AND OUTSIDE MEMBERS RE: SAME (.6); REVIEW STATUS UPDATE FOR CONTESTED MATTERS INCLUDING WITHDRAWAL OF OPEN MATTER AND EMAIL WITH KL RE: SAME (.3) | 1.80 | 1,440.00 |
| 09/30/20 | CICERO | PREPARE FOR HEARING ON EXTENSION OF LITIGATION STAY, WAGES, EMERGENCY DOCTOR MOTION AND OTHER ISSUES AND REPORT TO D. MOLTON RE: SAME (.3); ATTEND COURT HEARING RE: SAME (3.5); PROVIDE UPDATE TO D. MOLTON RE: SAME (.1) | 3.90 | 3,120.00 |
| 09/30/20 | POHL | ATTEND OMNIBUS HEARING | 3.50 | 4,532.50 |
| 09/30/20 | MOLTON | PARTICIPATE IN SEPTEMBER OMNIBUS HEARING | 2.60 | 3,653.00 |
| | **Total Hours and Fees** | | **30.90** | **33,864.50** |

## T I M E  S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| STEVEN POHL | 5.30 | hours at | 1,295.00 | 6,863.50 |
| DAVID J. MOLTON | 10.70 | hours at | 1,405.00 | 15,033.50 |
| MAREK P. KRZYZOWSKI | 0.80 | hours at | 955.00 | 764.00 |
| GERARD T. CICERO | 13.80 | hours at | 800.00 | 11,040.00 |
| URIEL PINELO | 0.30 | hours at | 545.00 | 163.50 |
| **Total Fees** | | | | **33,864.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | |
|---|---|
PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice    6906332 |

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

Invoice     6906332
Date     Oct 9, 2020
Client     035843

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC
COMMITTEE & CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through September 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 21,355.50 | 0.00 | 21,355.50 |
| | **Total** | **21,355.50** | **0.00** | **21,355.50** |

| | |
|---|---|
| Total Current Fees | $21,355.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$21,355.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
October 9, 2020

Invoice 6906332
Page 14

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/01/20 | CICERO | PREPARE AGENDA FOR AND PREPARE FOR NON-STATE AHC MEMBER CALL (.6); ATTEND AND PARTICIPATE IN CALL (.7); PREPARE FOR MEETING WITH PRINCIPLES OF AHC MEMBERSHIP RE: LEGAL BRIEFING ISSUES FOR POTENTIAL CONSENSUAL PLAN RESOLUTIONS (.8); STRATEGY COMMUNICATIONS AND RESPONSIVE COMMUNICATIONS TO NON-STATE MEMBERS RE: SAME (1.1) | 3.20 | 2,560.00 |
| 09/01/20 | MOLTON | PARTICIPATE IN BI-WEEKLY NON-STATE AHC CALL | 0.60 | 843.00 |
| 09/03/20 | CICERO | WORK ON AGENDA FOR AHC FULL UPDATE CALL (.1); ATTEND AHC FULL UPDATE CALL RE: VARIOUS CASE ISSUES (1.5) | 1.60 | 1,280.00 |
| 09/03/20 | MOLTON | PARTICIPATE IN AHC CALL | 1.30 | 1,826.50 |
| 09/04/20 | PINELO | CALL W/ FLORIDA MUNICIPALITY RE LATE FILED CLAIM | 0.20 | 109.00 |
| 09/04/20 | POHL | REVIEW AND COMMENTS TO CLIENT UPDATES (.5); EMAILS TO CO-COUNSEL RE: SAME (.5) | 1.00 | 1,295.00 |
| 09/08/20 | CICERO | PARTICIPATE IN VOTE CALL BY AHC RE: PLAN SETTLEMENT TERMS SHEETS | 1.00 | 800.00 |
| 09/08/20 | POHL | REVIEW AND COMMENTS TO CLIENT UPDATES | 0.40 | 518.00 |
| 09/09/20 | CICERO | ATTEND FULL AHC CALL RE: VARIOUS CASE UPDATE ISSUES INCLUDING SALE OF RHODES | 1.60 | 1,280.00 |
| 09/09/20 | POHL | ATTEND PORTION OF WEEKLY FULL COMMITTEE CALL | 1.30 | 1,683.50 |
| 09/10/20 | POHL | REVIEW CLIENT UPDATES | 0.30 | 388.50 |
| 09/16/20 | CICERO | PARTICIPATE IN FULL AHC  COMMITTEE CALL ON CASE STATUS UPDATES AND ADVICE ON NEXT STEPS INCLUDING RHODES SALE AND KEIP/KERP | 1.00 | 800.00 |
| 09/16/20 | MOLTON | PARTICIPATE IN WEEKLY AHC MEETING | 1.00 | 1,405.00 |
| 09/16/20 | POHL | WEEKLY COMMITTEE UPDATE CALL | 1.20 | 1,554.00 |
| 09/18/20 | PINELO | CALL W/ CONSOLIDATED CLAIM MEMBER RE 363 MOTION | 0.40 | 218.00 |
| 09/21/20 | POHL | REVIEW CLIENT UPDATES (.3); REVIEW TAX STRUCTURE MEMO (.5) | 0.80 | 1,036.00 |
| 09/22/20 | POHL | REVIEW CLIENT UPDATE EMAIL | 0.20 | 259.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES      Invoice 6906332
October 9, 2020                                             Page 15

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/23/20 | POHL | WEEKLY AD HOC COMMITTEE CALL | 1.30 | 1,683.50 |
| 09/23/20 | MOLTON | PARTICIPATE IN WEEKLY AHC MEETING | 0.90 | 1,264.50 |
| 09/28/20 | PINELO | REVIEW 6TH CIRC. RE OPIOID LITIGATION (.2); EMAIL CONSOLIDATED CLAIM MEMBER RE THE SAME (.1) | 0.30 | 163.50 |
| 09/30/20 | POHL | REVIEW CLIENT UPDATES | 0.30 | 388.50 |
| | **Total Hours and Fees** | | **19.90** | **21,355.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| STEVEN POHL | 6.80 | hours at | 1,295.00 | 8,806.00 |
| DAVID J. MOLTON | 3.80 | hours at | 1,405.00 | 5,339.00 |
| GERARD T. CICERO | 8.40 | hours at | 800.00 | 6,720.00 |
| URIEL PINELO | 0.90 | hours at | 545.00 | 490.50 |
| **Total Fees** | | | | **21,355.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brown rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6906332 |
| Date | Oct 9, 2020 |
| Client | 035843 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through September 30, 2020:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 81,694.00 | 0.00 | 81,694.00 |
| | **Total** | **81,694.00** | **0.00** | **81,694.00** |

| | |
|---|---|
| Total Current Fees | $81,694.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$81,694.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
October 9, 2020

Invoice 6906332
Page 17

RE: PLAN AND DISCLOSURE STATEMENT

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/02/20 | MOLTON | PARTICIPATE IN GOVERNMENTAL COUNSEL CALL (MUNI INTEREST) RE PLAN SETTLEMENT ISSUES RE GOVERNMENTAL CLAIMS | 0.60 | 843.00 |
| 09/02/20 | MOLTON | PARTICIPATE IN GOVERNMENTAL COMMITTEE CALL RE PLAN SETTLEMENT ISSUES RE GOVERNMENTAL CLAIMS | 1.10 | 1,545.50 |
| 09/03/20 | AHMADI | AHC TAX GROUP TELECONFERENCE (.6); TEND TO INCOMING CORRESPONDENCE (.4); TAX ANALYSIS AND REVIEW OF SETTLEMENT TERM SHEETS (1.0) | 2.00 | 1,170.00 |
| 09/03/20 | KELLY | STRUCTURE CALL WITH KRAMER LEVIN TAX, FTI TAX TO DISCUSS SETTLEMENT STRUCTURES WITH PRIVATE CLAIMANTS (.5); ANALYZE AND DRAFT SUMMARY OF POTENTIAL TAX ISSUES IN STRUCTURING AND PLANNING FOR PRIVATE LETTER RULING ANALYSIS (1.1); CONSIDERATIONS FOR SECTION 115 TRUST AND PRIVATE LETTER RULING (.8); ANALYZE AGENCY-CONDUIT ANALYSIS FOR TAX PURPOSES (.4) | 2.80 | 2,968.00 |
| 09/04/20 | CICERO | STRATEGY COMMUNICATIONS WITH B. KELLY AND TAX TEAM RE: TAX SAVINGS ISSUES WITH FORTHCOMING PLAN OF REORGANIZATION AND RESULTING TRUSTS | 0.80 | 640.00 |
| 09/04/20 | AHMADI | REVIEW INCOMING CORRESPONDENCE AND RESPOND TO SAME RE: TAX ISSUES IN DEAL STRUCTURING | 0.20 | 117.00 |
| 09/04/20 | KELLY | REVISE ABATEMENT TRUST STRUCTURE CHART AND SUMMARIZE KEY CONSIDERATIONS IN TAX PLANNING FOR PUBLIC CLAIMANTS, TRIBES (1.2); RESPOND TO INCOMING CORRESPONDENCE ON SIGNIFICANCE OF SECTION 115 GOVERNMENTS, TRIBES FOR TAX EFFICIENT STRUCTURE (.5); REVIEW TERM SHEET SUMMARY REGARDING ECONOMIC TERMS WITH PRIVATE CLAIMANTS FOR TAX ALLOCATION AND CHARACTERIZATION PURPOSES (.8) | 2.50 | 2,650.00 |
| 09/04/20 | GUGLIELMOTTI | REVIEW OF TAX STRUCTURING PROPOSAL | 0.30 | 295.50 |
| 09/07/20 | KELLY | TAX: ANALYZE AND CREATE TAX DECK ON SECTION 115 PLR FOR PUBLIC ABATEMENT FUND | 2.80 | 2,968.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES        Invoice 6906332
October 9, 2020                                                                                Page 18

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/08/20 | CICERO | REVIEW AND COMMENTS TO TAX STRUCTURING DECK (.5); PARTICIPATE IN CALL WITH TAX PROFESSIONALS RE: SAME (.4) | 0.90 | 720.00 |
| 09/08/20 | KELLY | TAX: DISCUSS TAX DECK WITH KL TAX AND FTI TAX (.6); REVIEW AND REVISE TAX DECK FOR SECTION 115/PLR CONSIDERATIONS (1.5); CONFER CICERO REGARDING IMPACT OF TAX STRUCTURING ON PRIVATES' SETTLEMENT TERMS (.5); REVIEW AND ANALYZE INCOMING CORRESPONDENCE RELATED TO PRIVATE SETTLEMENT DEALS (.5); ANALYZE PLRS FOR SECTION 115 REQUIREMENTS (.9) | 4.00 | 4,240.00 |
| 09/08/20 | GUGLIELMOTTI | REVIEW OF INCOMING CORRESPONDENCE FROM KRAMER RE: STRUCTURE AND PLRS (.2); REVIEW OF CITED MATERIALS (.3); REVIEW OF PROPOSED STRUCTURE (.2); PREPARATION OF OUTGOING CORRESPONDENCE RE: SAME (.1) | 0.80 | 788.00 |
| 09/08/20 | AHMADI | TELECONFERENCE CALL WITH AHC TAX GROUP RE: TAX STRUCTURING POST-EMERGENCE ENTITIES | 1.00 | 585.00 |
| 09/09/20 | POHL | REVIEW TAX STRUCTURING DECK | 0.90 | 1,165.50 |
| 09/09/20 | GUGLIELMOTTI | REVIEW OF INCOMING CORRESPONDENCE RE: STRUCTURE (.2); STRATEGIZE RE: SAME (.5) | 0.70 | 689.50 |
| 09/09/20 | KELLY | TAX; REVIEW AND ANALYZE ALL COMMENTS ON TAX STRUCTURING DECK (.9); DRAFT EDITS TO SETTLEMENT STRUCTURE CHART AND SIGNIFICANT REVISIONS TO DECK (1.0); RESPOND TO INCOMING QUESTIONS/ CORRESPONDENCE ON TAX ANALYSIS AND CASH FLOW PROCESSES OF SETTLEMENTS WITH PRIVATES (.7) | 2.60 | 2,756.00 |
| 09/09/20 | AHMADI | TEND TO INCOMING CORRESPONDENCE | 0.40 | 234.00 |
| 09/09/20 | BOUCHARD | CONFERENCE WITH B. KELLY RE: TAX STRUCTURING | 0.40 | 346.00 |
| 09/10/20 | CICERO | ATTEND PORTIONS OF STRATEGY DISCUSSION RE: PROGRESSING SACKLER DEAL TOWARDS PLAN DOCUMENTATION | 1.00 | 800.00 |
| 09/10/20 | AHMADI | AHC TAX GROUP CONFERENCE CALL RE: TAX STRUCTURING | 0.30 | 175.50 |
| 09/10/20 | MOLTON | CATCH UP CALL WITH AHC COUNSEL RE SACKLER PLAN ISSUES AND SEQUENCING | 0.60 | 843.00 |
| 09/10/20 | MOLTON | PARTICIPATE IN CALL WITH GOVERNMENT CLAIMS TEAM RE PLAN RESOLUTION ISSUES | 0.80 | 1,124.00 |



| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/10/20 | KELLY | CONFERENCE CALL WITH KRAMER LEVIN ON GOVERNMENT FUND TAX STRUCTURING DECK (.5); REVISIONS TO TAX STRUCTURING DECK (1.1) | 1.60 | 1,696.00 |
| 09/11/20 | GUGLIELMOTTI | REVIEW OF TAX STRATEGY AND PLR (.2); PREPARATION OF OUTGOING CORRESPONDENCE TO BARBARA KELLY RE: SAME (.1) | 0.30 | 295.50 |
| 09/11/20 | KELLY | RESPOND TO INCOMING EMAIL ON STRUCTURE OF PRIVATE CLAIMANT PAYMENTS (.5); CORRESPONDENCE ON GOVERNMENT SETTLEMENT TAX DECK TO REFLECT KRAMER LEVIN EDITS (.5) | 1.00 | 1,060.00 |
| 09/12/20 | KELLY | TAX: RESPOND TO INCOMING CORRESPONDENCE REGARDING TAX DECK AND EXECUTIVE SUMMARY | 0.30 | 318.00 |
| 09/14/20 | GUGLIELMOTTI | REVIEW OF STRUCTURE AND APPLICABLE DOCUMENTATION (.3); TELECONFERENCE RE: SAME (.1) | 0.40 | 394.00 |
| 09/14/20 | MOLTON | COMMUNICATE WITH NCSG AND AHC RE SUPPORTING ABATEMENT PROGRAM COMMITTEE FOR PRIVATES ABATEMENT PROGRAM | 0.80 | 1,124.00 |
| 09/14/20 | KELLY | TAX: RESPOND TO INCOMING CORRESPONDENCE ON TAX EFFICIENCY FOR GOVERNMENTAL ENTITIES AND TRIBES | 0.50 | 530.00 |
| 09/15/20 | GUGLIELMOTTI | REVIEW OF STRUCTURE DOCUMENTATION (.3); TELECONFERENCE RE: SAME (.2) | 0.50 | 492.50 |
| 09/15/20 | KELLY | TAX: CALL WITH TRIBAL COUNSEL (.5); CORRESPONDENCE WITH TRIBAL COUNSEL ON QSF AND PLR (.3); REVIEW TAX DECK FROM KRAMER LEVIN AND COMMENT ON RE-WRITE (.8) | 1.60 | 1,696.00 |
| 09/15/20 | BOUCHARD | LEGAL ANALYSIS RE: TAX STRUCTURING ISSUES | 1.10 | 951.50 |
| 09/16/20 | CICERO | ATTEND CALL WITH TRIBAL REPRESENTATIVE RE: PLAN DRAFTING FOR TRIBAL DISTRIBUTIONS INCLUDING TAX IMPLICATIONS OF SAME | 0.60 | 480.00 |
| 09/16/20 | MOLTON | PARTICIPATE IN AHC COUNSEL CALL RE CHAMBERS CONFERENCE RE REACHING SACKLER DEAL AND MEDIATION PERTAINING THERETO | 0.70 | 983.50 |
| 09/16/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN MEETING WITH TRIBAL COMMITTEE RE PLAN STRUCTURE OF TRIBE ALLOCATION | 0.80 | 1,124.00 |
| 09/16/20 | DEERING | CORRESPONDENCE WITH G. CICERO ON CONSTRUCTING LIST SERVE FOR PUBLIC GROUP IN RESPECT OF PLAN DOCUMENTATION WITH PRIVATE GROUPS | 0.60 | 237.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
October 9, 2020

Invoice 6906332
Page 20

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/17/20 | GUGLIELMOTTI | REVIEW OF INCOMING CORRESPONDENCE RE: PLR AND STRUCTURE (.2); PREPARATION OF OUTGOING CORRESPONDENCE RE: SAME (.1) | 0.30 | 295.50 |
| 09/17/20 | AHMADI | TAX RESEARCH RE: STRUCTURING POST-EMERGENCE ENTITIES (3.5); AHC TAX GROUP WEEKLY CALL (.3) | 3.80 | 2,223.00 |
| 09/17/20 | MOLTON | PREPARE FOR AND PARTICIPATE IN CALL WITH NAS COUNSEL RE PLAN ARCHITECTURE FOR IMPLEMENTATION OF NAS TERM SHEET | 0.70 | 983.50 |
| 09/17/20 | MOLTON | PARTICIPATE IN PUBLIC GROUP'S ABATEMENT WORKING GROUP TO FORMULATE PLAN ABATEMENT STRUCTURE FOR PRIVATE GROUPS | 1.70 | 2,388.50 |
| 09/17/20 | MOLTON | REVIEW AND COMMENTS TO GOVERNMENT CLAIM PRESENTATION SLIDES FOR DEBTOR RE PLAN SETTLEMENT AND DEFENSE | 1.20 | 1,686.00 |
| 09/17/20 | KELLY | TAX: CORRESPONDENCE WITH KRAMER LEVIN AND BROWN RUDNICK TEAM REGARDING TAX STRUCTURING PROPOSALS (1.1); CALL WITH KRAMER LEVIN AND FTI TO REVIEW HOLDCO STRUCTURE AND PARTNERSHIP TAX ISSUES (.5) | 1.60 | 1,696.00 |
| 09/17/20 | DEERING | EMAIL RE ABATEMENT EMAIL LIST SERVE | 0.20 | 79.00 |
| 09/18/20 | GUGLIELMOTTI | REVIEW OF INCOMING CORRESPONDENCE RE: PLR (.2); PREPARATION OF CORRESPONDENCE RE: SAME (.2) | 0.40 | 394.00 |
| 09/18/20 | MOLTON | REVIEW UPDATED GOVERNMENT CLAIMS SLIDE DECK FOR PRESENTATION TO DEBTOR RE PLAN SETTLEMENTS AND DEFENSE THEREOF | 1.70 | 2,388.50 |
| 09/18/20 | BOUCHARD | CONFERENCE WITH B. KELLY RE: PLR REQUEST | 0.50 | 432.50 |
| 09/18/20 | AHMADI | TAX RESEARCH AND ANALYSIS RE: POST-EMERGENCE TAX STRUCTURING | 4.30 | 2,515.50 |
| 09/21/20 | GUGLIELMOTTI | REVIEW OF INCOMING CORRESPONDENCE RE: PLR AND STRUCTURE (.1); PREPARATION OF OUTGOING CORRESPONDENCE IN RESPONSE (.1) | 0.20 | 197.00 |
| 09/21/20 | MOLTON | REVIEW ABATEMENT PROGRAM SUGGESTIONS BY PRIVATES FOR PLAN TREATMENT OF DISTRIBUTIONS | 0.80 | 1,124.00 |
| 09/21/20 | MOLTON | REVIEW NAS PROPOSAL FOR CLASS CERTIFICATION IN PLAN TO FACILITATE CLASS SETTLEMENT | 0.60 | 843.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
October 9, 2020

Invoice 6906332
Page 21

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/21/20 | KELLY | TAX: CORRESPONDENCE WITH KRAMER LEVIN ON CHANGES TO TAX STRUCTURE FOR SETTLEMENT FUNDS | 0.50 | 530.00 |
| 09/22/20 | GUGLIELMOTTI | TELECONFERENCE WITH BARBARA KELLY RE: STRUCTURE AND PLR | 0.40 | 394.00 |
| 09/22/20 | MOLTON | REVIEW DECK RE GOVERNMENTAL CLAIMS FOR PLAN TREATMENT | 1.10 | 1,545.50 |
| 09/22/20 | BOUCHARD | LEGAL ANALYSIS RE: PROPOSED TRUST STRUCTURE | 1.10 | 951.50 |
| 09/22/20 | KELLY | TAX: RESPOND TO INCOMING CORRESPONDENCE ON OPEN TAX STRUCTURING MATTERS AND SUMMARIZE TAX CONSIDERATIONS FOR GOVERNMENTAL TRUSTS | 1.10 | 1,166.00 |
| 09/23/20 | POHL | REVIEW TAX STRUCTURE MATTERS | 1.00 | 1,295.00 |
| 09/23/20 | MOLTON | PARTICIPATE IN DAILY COORDINATION AND STRATEGY CALL RE: NEXT STEPS IN MOVING TOWARDS PLAN CONFIRMATION | 1.30 | 1,826.50 |
| 09/23/20 | MOLTON | PREPARE FOR (.2) AND PARTICIPATE IN ZOOM CONFERENCE WITH GOVERNMENTAL ABATEMENT TEAM AND NAS BABIES TEAM RE CONSTRUCTING PLAN ABATEMENT PROGRAM FOR NAS BABIES (2.0) | 2.20 | 3,091.00 |
| 09/23/20 | KELLY | TAX: FINAL COMMENTS ON TAX DECK TO KL (.2); SUMMARIZE AND CIRCULATE TAX DECK TO AHC PROFESSIONALS REGARDING POTENTIAL IRS PRIVATE LETTER RULING (.6) | 0.80 | 848.00 |
| 09/24/20 | KELLY | TAX: CORRESPONDENCE WITH GILBERT, KRAMER LEVIN ON GOVERNMENTAL AND TRIBAL STRUCTURING FOR PLR ISSUES | 1.10 | 1,166.00 |
| 09/24/20 | MOLTON | CHANGE TO PARTICIPATE IN DAILY COORDINATION AND STRATEGY CALL RE: NEXT STEPS IN MOVING TOWARDS PLAN CONFIRMATION | 0.90 | 1,264.50 |
| 09/24/20 | MOLTON | PARTICIPATE IN CALL WITH GOVERNMENTAL DAMAGES DELEGATION TO PREPARE FOR PRESENTATION TO DEBTOR RE GOVERNMENT CLAIM RESOLUTION IN PLAN | 0.90 | 1,264.50 |
| 09/24/20 | MOLTON | PARTICIPATE IN ZOOM CALL WITH GOVERNMENTAL DAMAGES DELEGATION AND DEBTORS RE GOVERNMENT CLAIMS RESOLUTION IN PLAN | 1.80 | 2,529.00 |
| 09/25/20 | KELLY | TAX: CALL WITH DAVIS POLK TO DISCUSS AGENDA AND PARTIES FOR SETTLEMENT FUNDS STRUCTURING (.5); SUMMARY EMAILS REGARDING TAX STRUCTURING (.4) | 0.90 | 954.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6906332
October 9, 2020                                                            Page 22

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 09/28/20 | KELLY | TAX: CALL WITH KAMI QUINN REGARDING SETTLEMENT TERM SHEETS AND STRUCTURING FOR NEW PURDUE OPCO (.5); CORRESPONDENCE TO KRAMER LEVIN RE PURDUE STRUCTURING (.2); CORRESPONDENCE WITH BR TEAM REGARDING SMT TRUST(S) STRUCTURING (.3) | 1.00 | 1,060.00 |
| 09/29/20 | MOLTON | CHANGE TO PARTICIPATE IN DAILY COORDINATION AND STRATEGY CALL RE: NEXT STEPS IN MOVING TOWARDS PLAN CONFIRMATION | 1.10 | 1,545.50 |
| 09/30/20 | KELLY | TAX: CALL WITH DPW TAX TEAM TO DISCUSS PURDUE SETTLEMENT TRUSTS STRUCTURE (1.3); DRAFT SUMMARY EMAIL AND STRUCTURE CHART OF DEVELOPMENTS (1.0) | 2.30 | 2,438.00 |
| 09/30/20 | MOLTON | CHANGE TO PARTICIPATE IN DAILY COORDINATION AND STRATEGY CALL RE: NEXT STEPS IN MOVING TOWARDS PLAN CONFIRMATION | 0.80 | 1,124.00 |
| 09/30/20 | AHMADI | TAX REVISIONS TO STRUCTURING PRESENTATION | 0.70 | 409.50 |
| | **Total Hours and Fees** | | **77.30** | **81,694.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| STEVEN POHL | 1.90 | hours at | 1,295.00 | 2,460.50 |
| DAVID J. MOLTON | 22.20 | hours at | 1,405.00 | 31,191.00 |
| VINCENT J. GUGLIELMOTTI | 4.30 | hours at | 985.00 | 4,235.50 |
| NICOLE M. BOUCHARD | 3.10 | hours at | 865.00 | 2,681.50 |
| BARBARA J. KELLY | 29.00 | hours at | 1,060.00 | 30,740.00 |
| GERARD T. CICERO | 3.30 | hours at | 800.00 | 2,640.00 |
| ALEXANDRA M. DEERING | 0.80 | hours at | 395.00 | 316.00 |
| CYAVASH N. AHMADI | 12.70 | hours at | 585.00 | 7,429.50 |
| **Total Fees** | | | | **81,694.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6906332 |
| ATTN: DAVID MOLTON | Date | Oct 9, 2020 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES



Remittance

**Balance Due:  $150,703.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
399 Park Avenue
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  6792734594