WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.[1]** | |

**TENTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE
AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| Name of Applicant | Wilmer Cutler Pickering Hale and Dorr LLP |
|---|---|
| Applicant's Role in Case | Special Counsel to Purdue Pharma L.P., *et al.* |
| Date Order of Employment Signed | November 25, 2019 [Docket No. 544] |
| Period for which compensation and reimbursement is sought | August 1, 2020 through August 31, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
| --- | --- |
| Total compensation requested in this statement | $5,912.19[2] (80% of $7,390.24) |
| Total reimbursement of expenses requested in this statement | $29.70 |
| Total compensation and reimbursement requested in this statement | $5,941.89 |
| **This is a(n):**   _X Monthly Application   __ Interim Application   __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States

Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order*

*Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as*

*Special Counsel  for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 25, 2019

[Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21,

2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale

and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in

possession (collectively, the "**Debtors**"), submits this *Tenth Monthly Fee Statement for*

*Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period*

*from August 1, 2020 Through August 31, 2020* ("**Fee Statement**").[3]  By this Fee Statement,

WilmerHale seeks (i) compensation in the amount of $5,912.19 which is 80% of the total amount

of reasonable compensation for actual, necessary legal services that WilmerHale incurred in

connection with such services during the Fee Period (i.e., $7,390.24), and (ii) payment of $29.70

---

[2]  This amount reflects an agreed reduction in fees in the aggregate amount of $1,007.76.

[3]  The period from August 1, 2020 through and including August 31, 2020 is referred to herein as the "**Fee Period**."

for the actual, necessary expenses that WilmerHale incurred in connection with rendering such services during the Fee Period.

### Itemization of Services Rendered and Disbursement Incurred

1.     Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories WilmerHale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, WilmerHale incurred $8,398.00 in fees during the Fee Period and, pursuant to its agreement with Purdue Pharma, L.P., reduced that amount to $7,390.24.[4]  Pursuant to this Fee Statement, WilmerHale seeks compensation for 80% of such fees, totaling $5,912.19.

2.     Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $704.29.[5]  The blended hourly billing rate of all paraprofessionals is $420.19.[6]

3.     Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or disbursed in the amount of $29.70 in connection with providing professional services to the Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.

---

[4] Timekeepers who billed less than one hour for this Fee Period were excluded from this Fee Statement.

[5] The blended hourly billing rate of $704.29 for attorneys is derived by dividing the total fees for attorneys of $3,944.00 by the total hours of 5.60.

[6] The blended hourly billing rate of $420.19 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $8,398.00 by the total hours of 16.20.

Only the clients for whom the services are actually used are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.      Attached hereto as **Exhibit D** are the related invoices showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.      WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $5,912.19 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $7,390.24), and (ii) payment of $29.70 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: October 26, 2020

By:    */s/ George W. Shuster, Jr.*
WILMER CUTLER PICKERING
HALE AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors
in Possession*

**<u>Exhibit A</u>**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (B160) | 6.70 | 3,701.50 |
| Analysis/Strategy related to Congressional Investigation (L120) | 9.50 | 4,696.50 |
| **Total** | **16.20** | **$8,398.00** |
| **Less Agreed Reduction** | | **-$1,007.76** |
| **GRAND TOTAL** | **16.20** | **$7,390.24** |

## Exhibit B

**Professional & Paraprofessional Fees**

| Professional[1] | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Associates** | | | | |
| Ridge M. Blanchard | Associate; joined firm in 2016; admitted to MA Bar since 2017 and DC Bar since 2018; Regulatory and Government Affairs. | 655.00 | 2.50 | 1,637.50 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 815.00 | 2.10 | 1,711.50 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 595.00 | 1.00 | 595.00 |
| **Associates Total** | | | **5.60** | **$3,944.00** |
| **Paraprofessionals** | | | | |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 3.90 | 1,072.50 |
| Tamir Shemesh | Project Assistant; joined firm in 2018; Securities Litigation & Enforcement. | 275.00 | 1.00 | 275.00 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 545.00 | 5.70 | 3,106.50 |
| **Paraprofessionals Total** | | | **10.60** | **$4,454.00** |
| **TOTAL** | | | **16.20** | **$8,398.00** |
| **Less Agreed Reduction** | | | | **-$1,007.76** |
| **GRAND TOTAL** | | | **16.20** | **$7,390.24** |

[1] Timekeepers who billed less than one hour for this Fee Period were excluded from this Fee Statement.

[2] WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

## Exhibit C

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| Federal Express | 29.70 |
| **TOTAL** | **$29.70** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# WILMERHALE  |WH|

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 10/13/20 |
| Invoice No. | 2608076 |
| Matter No. | 1653300-00137 |

FOR LEGAL SERVICES RENDERED through August 31, 2020 in connection with the Fee and
Retention Applications matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 3,701.50 |
| Less 12% Volume Discount | | -444.18 |
| Total Disbursements | | 29.70 |
| **Total Amount Due** | **$** | **3,287.02** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ██████

Routing Number: ██████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing     Berlin     Boston     Brussels     Denver     Frankfurt     London     Los Angeles     New York     Palo Alto     San Francisco     Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00137               Fee and Retention Applications

Invoice No. 2608076
Invoice Date 10/13/20
Legal Services through August 31, 2020


Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| **B160 - Fee/Employment Applications** | | | |
| 08/03/20 | Thompson, Yolande | 1.50 | Prepare draft Monthly Fee Statement for June 2020 |
| 08/06/20 | Pierce, Allyson | 0.10 | Email Mr. Byrnes, Mr. Shuster and Ms. DaCunha drafts of June fee statement |
| 08/06/20 | Pierce, Allyson | 0.20 | Review initial drafts of June fee statement from Ms. Thompson |
| 08/06/20 | Thompson, Yolande | 0.20 | Review finalized invoice for June 2020 |
| 08/06/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re finalized invoice for June |
| 08/06/20 | Thompson, Yolande | 0.50 | Proofread, finalize Monthly Fee Statement for June 2020 |
| 08/06/20 | Thompson, Yolande | 0.10 | Email June fee statement and invoice to Ms. Pierce for attorney review and approval |
| 08/06/20 | Thompson, Yolande | 0.10 | Review email from Ms. Pierce transmitting June fee statement and invoice to Mr. Byrnes |
| 08/12/20 | Pierce, Allyson | 0.10 | Email Mr. Byrnes for status update on June fee statement |
| 08/12/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re status of approving June fee statement |
| 08/12/20 | Thompson, Yolande | 0.10 | Review emails from Mr. Byrnes and Ms. Pierce re June fee statement and redacted invoice |
| 08/17/20 | Pierce, Allyson | 0.10 | Follow up with Mr. Byrnes re status of June fee statement redactions |
| 08/17/20 | Thompson, Yolande | 0.10 | Review email from Ms. Pierce to |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2608076
Invoice Date 10/13/20
Legal Services through August 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | Mr. Byrnes re status of June fee statement and redacted invoice |
| 08/17/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re status of approving June fee statement |
| 08/18/20 | Pierce, Allyson | 0.20 | Review June fee statement |
| 08/18/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 08/18/20 | Thompson, Yolande | 0.20 | E-file Eighth Monthly Fee Statement |
| 08/18/20 | Thompson, Yolande | 0.10 | Coordinate with Services re sending copies of filed fee statement to Chambers via FedEx and to notice parties via first class mail |
| 08/18/20 | Thompson, Yolande | 0.10 | Prepare service materials |
| 08/18/20 | Thompson, Yolande | 0.10 | Serve fee statement upon notice parties via email |
| 08/18/20 | Thompson, Yolande | 0.10 | Download, update files with filed Fee Statement and related Certificate of Service |
| 08/18/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce, Mr. Shuster, and Mr. Brown re approval of fee statement |
| 08/18/20 | Thompson, Yolande | 0.20 | Finalize June 2020 fee statement for filing |
| 08/18/20 | Thompson, Yolande | 0.20 | Prepare Certificate of Service for fee statement |
| 08/18/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re authorization to file June fee statement |
| 08/18/20 | Thompson, Yolande | 0.10 | Review email from Mr. Byrnes enclosing redacted invoice for June fee statement |
| 08/24/20 | Pierce, Allyson | 0.10 | Email Davis Polk per Mr. Shuster re attendance at fee hearing |
| 08/24/20 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re hearing on second interim fee application |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2608076
Invoice Date 10/13/20
Legal Services through August 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/24/20 | Thompson, Yolande | 0.10 | Review emails from Mr. Shuster re agreement with fee examiner to reduce fees for second interim period |
| 08/24/20 | Thompson, Yolande | 0.10 | Review Notice of Second Interim Fee Hearing |
| 08/24/20 | Thompson, Yolande | 0.10 | Review fee examiner interim report with respect to Second Interim Fee Application |
| 08/24/20 | Thompson, Yolande | 0.10 | Review email from Ms. Pierce to Mr. Consla at Davis Polk re hearing on fee applications |
| 08/24/20 | Thompson, Yolande | 0.10 | Emails with Ms. MacDonald at Purdue re agreed reduction in fees for second interim period |
| 08/24/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re contacts at Davis Polk for fee applications |
| 08/25/20 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re scheduling telephonic participation in hearing on second interim fee application |
| 08/25/20 | Thompson, Yolande | 0.10 | Review emails between Ms. Pierce and Mr. Consla at Davis Polk re hearing on fee applications |
| 08/25/20 | Thompson, Yolande | 0.10 | Schedule Mr. Shuster's telephonic participation in hearing via CourtSolutions |
| 08/26/20 | Pierce, Allyson | 0.20 | Review proposed second interim fee order |
| 08/26/20 | Thompson, Yolande | 0.10 | Review email from Mr. Shuster re Judge's concerns raised during fee hearing |
| 08/26/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and Mr. Shuster re proposed order authorizing payment of remaining fees |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2608076
Invoice Date 10/13/20
Legal Services through August 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/31/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re data for June 2020 requested by Ms. Nobis, fee coordinator for fee examiner |
| 08/31/20 | Thompson, Yolande | 0.10 | Email to Ms. Kennedy requesting LEDES file for June 2020 |
| | | **6.70** | |

**Total**                              <u>**6.70**</u>

Client No. 1653300                         Purdue Pharma, L.P.
Matter No. 1653300-00137                   Fee and Retention Applications

Invoice No. 2608076
Invoice Date 10/13/20
Legal Services through August 31, 2020

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Pierce, Allyson | 1.00 | 595.00 | 595.00 |
| Thompson, Yolande | 5.70 | 545.00 | 3,106.50 |
| **Total Legal Services** | **6.70** | | **$3,701.50** |

| Task | Description | Hours | Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 6.70 | 3,701.50 |
| **Total Legal Services** | | **6.70** | **$3,701.50** |

## DISBURSEMENTS

| Description | Total |
|---|---|
| FEDERAL EXPRESS | 29.70 |
| **Total Disbursements** | **$29.70** |

Page 6 of 7

# WILMERHALE |WH|

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 10/08/20 |
| Invoice No. | 2607703 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through August 31, 2020 in connection with the Post
Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 4,696.50 |
| Less 12% Volume Discount | | -563.58 |
| **Total Amount Due** | **$** | **4,132.92** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ███████

Routing Number: ███████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2607703
Invoice Date 10/08/20
Legal Services through August 31, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| L120 - Analysis/Strategy | | | |
| 08/03/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |
| 08/04/20 | Blanchard, Ridge M. | 2.40 | Analyze ███████████ |
| 08/04/20 | Blanchard, Ridge M. | 0.10 | Confer █████████ |
| 08/04/20 | Menz, Sheila E. | 0.10 | Call █████████ |
| 08/04/20 | Menz, Sheila E. | 0.50 | Review ██████████ |
| 08/04/20 | Menz, Sheila E. | 0.30 | Correspond ███████████ |
| 08/04/20 | Menz, Sheila E. | 0.40 | Analyze ██████████ |
| 08/04/20 | Menz, Sheila E. | 0.20 | Analyze ██████ |
| 08/04/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████ |
| 08/05/20 | Menz, Sheila E. | 0.40 | Multiple communications ██████ |
| 08/05/20 | Rockett, Elizabeth W. | 0.30 | Complete ██████████ |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2607703
Invoice Date 10/08/20
Legal Services through August 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/05/20 | Shemesh, Tamir | 1.00 | Prepare █████ |
| 08/06/20 | Menz, Sheila E. | 0.10 | Correspond ████ |
| 08/06/20 | Menz, Sheila E. | 0.10 | Analyze ███ |
| 08/06/20 | Rockett, Elizabeth W. | 0.30 | Complete ███ |
| 08/07/20 | Rockett, Elizabeth W. | 0.30 | Complete ███ |
| 08/10/20 | Rockett, Elizabeth W. | 0.30 | Complete ███ |
| 08/11/20 | Rockett, Elizabeth W. | 0.30 | Complete ███ |
| 08/12/20 | Rockett, Elizabeth W. | 0.30 | Complete ███ |
| 08/13/20 | Rockett, Elizabeth W. | 0.30 | Complete ███ |
| 08/14/20 | Rockett, Elizabeth W. | 0.30 | Complete ███ |
| 08/27/20 | Rockett, Elizabeth W. | 0.30 | Complete ███ |
| 08/28/20 | Rockett, Elizabeth W. | 0.30 | Complete ███ |
| 08/31/20 | Rockett, Elizabeth W. | 0.30 | Complete ███ |
| | | **9.50** | |

**Total**          **9.50**

Client No. 1653300                       Purdue Pharma, L.P.
Matter No. 1653300-00136                 Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2607703
Invoice Date 10/08/20
Legal Services through August 31, 2020

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Menz, Sheila E. | 2.10 | 815.00 | 1,711.50 |
| Blanchard, Ridge M. | 2.50 | 655.00 | 1,637.50 |
| Rockett, Elizabeth W. | 3.90 | 275.00 | 1,072.50 |
| Shemesh, Tamir | 1.00 | 275.00 | 275.00 |
| **Total Legal Services** | **9.50** | | **$4,696.50** |

| Task | Description | Hours | Value |
|---|---|---|---|
| L120 | Analysis/Strategy | 9.50 | 4,696.50 |
| **Total Legal Services** | | **9.50** | **$4,696.50** |