**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 19-23649 (RDD) |
| PURDUE PHARMA L.P., *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

**ELEVENTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | August 1, 2020 through August 31, 2020 |
| Monthly Fees Incurred: | $261,092.00 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred:                    $108.25

Total Fees and Expenses Due:                  $261,200.25

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $ 299,802.60 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $ - | $ - |

Note: The fee examiner's agreed upon reductions of $30,000 and $17,500 were allocated evenly across fees from the first and second interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc

2

Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the **"Orders"**). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from August 1, 2020 through and including August 31, 2020 (the "**Eleventh Fee Period**") amount to:

   | | |
   |---|---|
   | Professional Fees | $261,092.00 |
   | Expenses | 108.25 |
   | **TOTAL** | **$261,200.25** |

2. In accordance with the Orders, FTI has separately recorded its fees in connection with or relating to the allocation of value among the Debtors' creditors (the "**Allocation Fees**") and has not, to the best of its knowledge, included Allocation Fees in this Fee Statement. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---|
   | Professional Fees at 80% | $208,873.60 |
   | Expenses at 100% | 108.25 |
   | **TOTAL** | **$208,981.85** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Eleventh Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

3

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Eleventh Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5. Detailed time entry by task code during the Eleventh Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. A summary of expenses incurred during the Eleventh Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7. Detailed breakdown of the expenses incurred during the Eleventh Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Eleventh Fee Period, as such expenses may not have been captured to date in FTI's billing system.

**NOTICE AND OBJECTION PROCEDURES**

9. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than November 10, 2020 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at iss*ue (an "**Ob**jection*").

10. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

11. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be

preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
October 26, 2020

                                        FTI CONSULTING, INC.
Financial Advisors to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P.

By: */s/ Matthew Diaz*
      Matthew Diaz, Senior Managing Director
      Three Times Square, 10th Floor
      New York, New York 10036
      Telephone: (212) 499-3611
      Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD AUGUST 1, 2020 TO AUGUST 31, 2020**

| Professional | Position | Specialty | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Senior Managing Director | Restructuring | $ 1,085 | 42.2 | $ 45,787.00 |
| Greenblatt, Matthew | Senior Managing Director | Forensics | 985 | 10.6 | 10,441.00 |
| Joffe, Steven | Senior Managing Director | Tax | 1,125 | 5.4 | 6,075.00 |
| Simms, Steven | Senior Managing Director | Restructuring | 1,295 | 1.1 | 1,424.50 |
| Kyviakidis, Peter | Managing Director | Forensics | 765 | 34.7 | 26,545.50 |
| Nichols, David | Managing Director | Insurance | 765 | 2.6 | 1,989.00 |
| Shah, Jayshree | Senior Director | Healthcare | 930 | 27.0 | 25,110.00 |
| Suric, Emil | Senior Director | Healthcare | 820 | 13.1 | 10,742.00 |
| Costaldo, Nicole | Senior Director | Forensics | 700 | 15.5 | 10,850.00 |
| Bromberg, Brian | Director | Restructuring | 815 | 88.8 | 72,372.00 |
| Kim, Ye Darm | Senior Consultant | Restructuring | 560 | 38.6 | 21,616.00 |
| Mazzari, Meredith | Senior Consultant | Forensics | 530 | 30.7 | 16,271.00 |
| Kurtz, Emma | Consultant | Restructuring | 415 | 28.6 | 11,869.00 |
| **GRAND TOTAL** | | | | **338.9** | **$ 261,092.00** |

1. Reflects blended hourly rates. Billing rates of international professionals have been translated to USD using the relevant spot rate.

**EXHIBIT B**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD AUGUST 1, 2020 TO AUGUST 31, 2020**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 16.4 | $ 12,166.00 |
| 7 | Analysis of Domestic Business Plan | 81.1 | 62,613.50 |
| 10 | Analysis of Tax Issues | 6.1 | 6,470.50 |
| 16 | Analysis, Negotiate and Form of POR & DS | 29.8 | 22,391.00 |
| 18 | Review of Historical Transactions | 128.5 | 94,920.50 |
| 19 | Case Management | 7.4 | 4,513.50 |
| 21 | General Meetings with Counsel and/or Ad Hoc Committee | 5.3 | 5,528.00 |
| 24 | Preparation of Fee Application | 7.2 | 4,791.00 |
| 28 | Review of IAC Business Plan | 57.1 | 47,698.00 |
| | **GRAND TOTAL**[1] | **338.9** | **$ 261,092.00** |

1. Billing rates of international professionals have been translated to USD using the relevant spot rate.

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2020 TO AUGUST 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 8/3/2020 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/3/2020 | Kurtz, Emma | 1.7 | Prepare June YTD operating report update slides for the Committee. |
| 1 | 8/4/2020 | Diaz, Matthew | 0.6 | Review of Debtors' June operating results. |
| 1 | 8/4/2020 | Kurtz, Emma | 0.7 | Prepare revisions to June YTD operating report update for the Committee per internal comments. |
| 1 | 8/10/2020 | Diaz, Matthew | 1.5 | Detail review of the updated ANZ presentation and related analysis. |
| 1 | 8/10/2020 | Diaz, Matthew | 2.8 | Detail review of the report on the Debtors' business update and the recovery analysis. |
| 1 | 8/10/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/11/2020 | Diaz, Matthew | 3.1 | Detail review of the updated report to the committee on the June results, recovery analysis and the cash transfer analysis. |
| 1 | 8/11/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/12/2020 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/13/2020 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/14/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/17/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/18/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/19/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/20/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/21/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/24/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/25/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/26/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/27/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/28/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/31/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **16.4** | |
| 7 | 8/3/2020 | Diaz, Matthew | 1.6 | Review the Debtors' updated projections. |
| 7 | 8/3/2020 | Kim, Ye Darm | 0.5 | Review latest Adhansia/Foquest sales forecasts and compare to actual results. |
| 7 | 8/3/2020 | Kim, Ye Darm | 1.1 | Review Debtors' presentation to UCC re: YTD June results, CEO/CFO updates. |
| 7 | 8/3/2020 | Kim, Ye Darm | 1.0 | Review Debtors' dataroom updates for documents responsive to requests. |
| 7 | 8/3/2020 | Kurtz, Emma | 0.3 | Review updates to the distributable value report and June operating report. |
| 7 | 8/3/2020 | Bromberg, Brian | 0.9 | Review June YTD performance slides and provide revisions. |
| 7 | 8/3/2020 | Bromberg, Brian | 1.5 | Prepare domestic business update summary for distribution to team. |
| 7 | 8/3/2020 | Bromberg, Brian | 2.3 | Create draft template for analysis on domestic business plan. |
| 7 | 8/3/2020 | Bromberg, Brian | 1.6 | Review the Debtors' new business update presentation. |
| 7 | 8/3/2020 | Bromberg, Brian | 0.5 | Discuss the draft business plan analysis with internal team. |
| 7 | 8/4/2020 | Kim, Ye Darm | 1.6 | Compile Adhansia/Foquest sales data and prepare comparative analysis. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2020 TO AUGUST 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 8/4/2020 | Bromberg, Brian | 0.6 | Provide revisions re: value scenario breakdown slides. |
| 7 | 8/4/2020 | Bromberg, Brian | 1.1 | Prepare draft outline re: value scenario breakdown slides. |
| 7 | 8/4/2020 | Bromberg, Brian | 1.2 | Prepare Purdue value scenario summary for presentation. |
| 7 | 8/4/2020 | Bromberg, Brian | 0.9 | Review June YTD performance slides and distribute overview to internal team. |
| 7 | 8/4/2020 | Bromberg, Brian | 1.2 | Review and provide revisions re: value scenario breakdown slides. |
| 7 | 8/4/2020 | Bromberg, Brian | 0.7 | Review ADHD product performance for the domestic company. |
| 7 | 8/4/2020 | Bromberg, Brian | 0.9 | Review comparison of ADHD products both internationally and domestically. |
| 7 | 8/4/2020 | Bromberg, Brian | 2.8 | Process revisions re: value scenario breakdown slides. |
| 7 | 8/5/2020 | Bromberg, Brian | 0.5 | Review business update presentation to screen for PEO information. |
| 7 | 8/5/2020 | Bromberg, Brian | 0.7 | Finalize value breakdown slides to send to team. |
| 7 | 8/7/2020 | Kim, Ye Darm | 0.9 | Review historical OxyContin sales forecasts to compare with new assumptions. |
| 7 | 8/7/2020 | Kim, Ye Darm | 1.1 | Review dataroom documents to identify potential sources of segment level historical performance. |
| 7 | 8/7/2020 | Bromberg, Brian | 0.3 | Finalize business update report to send to Houlihan Lokey for comments. |
| 7 | 8/7/2020 | Bromberg, Brian | 0.9 | Review Debtor-provided information on historical OxyContin figures. |
| 7 | 8/7/2020 | Bromberg, Brian | 0.8 | Review Debtors' updated OxyContin forecasts. |
| 7 | 8/7/2020 | Suric, Emil | 1.1 | Perform research to prepare internal OxyContin forecast analysis. |
| 7 | 8/7/2020 | Suric, Emil | 1.9 | Conduct preliminary OxyContin scenario based modeling. |
| 7 | 8/7/2020 | Suric, Emil | 0.9 | Review dataroom for documents re: OxyContin forecast modeling support. |
| 7 | 8/9/2020 | Diaz, Matthew | 0.8 | Review responses and related due diligence on the business plan update. |
| 7 | 8/9/2020 | Bromberg, Brian | 0.7 | Review historical financial information for Rhodes Pharma. |
| 7 | 8/9/2020 | Bromberg, Brian | 0.5 | Finalize PEO information list on business update presentation. |
| 7 | 8/9/2020 | Bromberg, Brian | 1.8 | Review newly uploaded dataroom documents re: product liability and bridges. |
| 7 | 8/10/2020 | Diaz, Matthew | 0.5 | Participate in call with Alix/PJT to discus the liability reserves. |
| 7 | 8/10/2020 | Diaz, Matthew | 0.8 | Review the updated litigation costs estimates associated with the opioid business. |
| 7 | 8/10/2020 | Kim, Ye Darm | 0.9 | Process revisions to business update presentation re: royalty percentage updates. |
| 7 | 8/10/2020 | Kim, Ye Darm | 1.2 | Review historical financial files for product level actual results. |
| 7 | 8/10/2020 | Kim, Ye Darm | 0.8 | Prepare slide re: overview of expected go-forward liability assumptions. |
| 7 | 8/10/2020 | Kim, Ye Darm | 1.1 | Process revisions to domestic business update presentation per internal comments. |
| 7 | 8/10/2020 | Kurtz, Emma | 0.9 | Discuss internally re: business plan update and additional information to share. |
| 7 | 8/10/2020 | Bromberg, Brian | 1.2 | Review comments and process revisions to slides re: domestic business updates. |
| 7 | 8/10/2020 | Bromberg, Brian | 1.2 | Continue review and processing revisions to business update slides. |
| 7 | 8/10/2020 | Bromberg, Brian | 0.7 | Participate in discussion with team re: new domestic data from the Debtors. |
| 7 | 8/10/2020 | Bromberg, Brian | 0.5 | Review dataroom for updated sales information from the Debtors. |
| 7 | 8/10/2020 | Bromberg, Brian | 1.0 | Discuss business update presentation with Houlihan. |
| 7 | 8/10/2020 | Bromberg, Brian | 2.8 | Review and distribute draft business update slides to Counsel. |
| 7 | 8/10/2020 | Bromberg, Brian | 0.5 | Participate in discussion re: future product liabilities with Debtor advisors. |
| 7 | 8/10/2020 | Bromberg, Brian | 0.5 | Screen additional information included in business update slides for PEO information. |
| 7 | 8/10/2020 | Suric, Emil | 1.5 | Review dataroom for data on OxyContin and related research on competing products. |
| 7 | 8/11/2020 | Nichols, David | 0.9 | Perform assessment of Purdue's insurance coverage re: go-forward product liabilities. |
| 7 | 8/11/2020 | Diaz, Matthew | 0.9 | Review Purdue's go forward product liability insurance needs. |
| 7 | 8/11/2020 | Kim, Ye Darm | 1.3 | Process updates to business update presentation per internal comments. |
| 7 | 8/11/2020 | Bromberg, Brian | 0.4 | Clarify PEO/protective order issues for Counsel. |
| 7 | 8/11/2020 | Bromberg, Brian | 0.9 | Finalize business update presentation and distribute to Counsel. |
| 7 | 8/11/2020 | Bromberg, Brian | 0.7 | Incorporate revisions to business plan presentation. |
| 7 | 8/11/2020 | Bromberg, Brian | 0.7 | Discuss go-forward product liability insurance needs for Purdue with team. |
| 7 | 8/12/2020 | Kim, Ye Darm | 1.2 | Prepare revisions to the business update presentation per internal comments. |
| 7 | 8/12/2020 | Bromberg, Brian | 0.7 | Revise presentation for the Ad Hoc Committee update. |
| 7 | 8/12/2020 | Bromberg, Brian | 0.6 | Review new product price data provided in dataroom. |
| 7 | 8/12/2020 | Bromberg, Brian | 0.5 | Participate in advisors call to coordinate presentation for AHC meeting. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2020 TO AUGUST 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 8/13/2020 | Bromberg, Brian | 1.2 | Review internal OxyContin forecast analysis and compare with Debtors' forecasts. |
| 7 | 8/13/2020 | Suric, Emil | 2.2 | Provide preliminary sensitivity forecasts of OxyContin to restructuring team and share follow up questions to Management on their assumptions in their base and upside case scenarios. |
| 7 | 8/14/2020 | Nichols, David | 0.9 | Participate in call re: analysis of Purdue's go-forward insurance options. |
| 7 | 8/14/2020 | Diaz, Matthew | 0.5 | Participate in a call with the Debtors to discuss their go forward insurance needs. |
| 7 | 8/14/2020 | Diaz, Matthew | 0.9 | Review the Company's historical insurance needs/assets in connection with reviewing go forward insurance practices. |
| 7 | 8/14/2020 | Bromberg, Brian | 0.7 | Participate in a call with the Debtors re: go forward insurance needs. |
| 7 | 8/14/2020 | Bromberg, Brian | 1.2 | Discuss and coordinate OxyContin forecast review with UCC Advisors. |
| 7 | 8/14/2020 | Bromberg, Brian | 0.7 | Discuss workplan for insurance diligence and transfers report. |
| 7 | 8/14/2020 | Suric, Emil | 0.7 | Review dataroom for information provided on Hysingla and Butrans for discussions with FTI team to share question list with management and to set up a call. |
| 7 | 8/16/2020 | Nichols, David | 0.3 | Participate in call with broker regarding product liability coverage. |
| 7 | 8/17/2020 | Bromberg, Brian | 0.6 | Finalize and send OxyContin forecast questions to Debtors. |
| 7 | 8/18/2020 | Kurtz, Emma | 1.2 | Prepare slides re: historical royalties payments between Purdue and the IACs and comparison to industry standards. |
| 7 | 8/19/2020 | Nichols, David | 0.5 | Participate in call with broker re: product liability coverage. |
| 7 | 8/19/2020 | Suric, Emil | 1.4 | Participate in due diligence call with Debtors on OxyContin and update sensitivity scenarios. |
| 7 | 8/21/2020 | Kurtz, Emma | 2.1 | Review documents received from Counsel re: historical financial information regarding Purdue, IACs, and Sacklers to prepare summary for team. |
| 7 | 8/21/2020 | Bromberg, Brian | 0.5 | Continue review of internal OxyContin forecast analysis and compare with Debtors' forecasts. |
| 7 | 8/21/2020 | Bromberg, Brian | 0.9 | Review the Debtors' response to UCC letter. |
| 7 | 8/21/2020 | Suric, Emil | 0.6 | Include downside case in sensitivity analysis for OxyContin forecasts. |
| 7 | 8/24/2020 | Bromberg, Brian | 0.5 | Review updated OxyContin forecast presentation. |
| 7 | 8/31/2020 | Bromberg, Brian | 0.6 | Discuss workplan with team re: OxyContin forecast diligence and insurance diligence. |
| 7 | 8/31/2020 | Suric, Emil | 2.8 | Conduct statistical and regression analyses of Xtampza conversion rate and prepare summary of findings. |
| **7 Total** | | | **81.1** | |
| 10 | 8/6/2020 | Joffe, Steven | 0.5 | Participate in discussion with internal team re: restitution. |
| 10 | 8/6/2020 | Joffe, Steven | 1.5 | Review NYSBA report on restitution for discussion purposes. |
| 10 | 8/6/2020 | Diaz, Matthew | 0.5 | Analyze tax consequences associated with the proposed settlement. |
| 10 | 8/6/2020 | Bromberg, Brian | 0.7 | Participate in discussion re: tax implications of IAC sale with internal team. |
| 10 | 8/13/2020 | Joffe, Steven | 0.7 | Participate in call with Kramer and Brown Rudnick re: tax considerations. |
| 10 | 8/13/2020 | Joffe, Steven | 0.7 | Participate in call with Davis Polk re: tax considerations. |
| 10 | 8/13/2020 | Bromberg, Brian | 0.5 | Participate in call with Kramer and Brown Rudnick re: tax considerations. |
| 10 | 8/27/2020 | Joffe, Steven | 1.0 | Call with Brown Rudnick and Kramer regarding tax considerations. |
| **10 Total** | | | **6.1** | |
| 16 | 8/3/2020 | Kim, Ye Darm | 0.6 | Review docket for claims filings re: Third Party Payors. |
| 16 | 8/3/2020 | Kim, Ye Darm | 0.4 | Participate in discussion re: updates to distributable value presentation. |
| 16 | 8/4/2020 | Kim, Ye Darm | 1.2 | Process revisions to distributable value update presentation per internal comments. |
| 16 | 8/4/2020 | Kim, Ye Darm | 2.1 | Prepare additional slides re: distributable value analysis update. |
| 16 | 8/4/2020 | Kim, Ye Darm | 0.5 | Participate in call re: distributable value update presentation. |
| 16 | 8/4/2020 | Kim, Ye Darm | 2.3 | Prepare draft distributable value update presentation. |
| 16 | 8/4/2020 | Diaz, Matthew | 2.3 | Review the updated waterfall recovery analysis and provide comments to internal team. |
| 16 | 8/5/2020 | Kim, Ye Darm | 0.9 | Prepare summary of PEO information relied upon in the distributable value update presentation. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2020 TO AUGUST 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 8/5/2020 | Kim, Ye Darm | 0.4 | Process revisions to the distributable value update presentation. |
| 16 | 8/7/2020 | Kim, Ye Darm | 0.5 | Update list of PEO files relied on for distributable value analysis update presentation. |
| 16 | 8/10/2020 | Kim, Ye Darm | 0.9 | Update distributable value deck for information on historical Rhodes losses. |
| 16 | 8/10/2020 | Kim, Ye Darm | 1.3 | Process revisions to distributable value presentation for updated executive summary. |
| 16 | 8/10/2020 | Kim, Ye Darm | 0.6 | Process updates to the distributable value presentation. |
| 16 | 8/10/2020 | Kim, Ye Darm | 2.3 | Review Debtors' updates to new distributable value scenario estimates. |
| 16 | 8/17/2020 | Diaz, Matthew | 1.6 | Review the updated waterfall recovery analysis and provide comments to internal team. |
| 16 | 8/17/2020 | Diaz, Matthew | 0.6 | Participate on a call with Province to discuss their updated recovery analysis. |
| 16 | 8/19/2020 | Bromberg, Brian | 1.7 | Prepare slides on UCC distributable value analysis. |
| 16 | 8/19/2020 | Bromberg, Brian | 3.2 | Prepare response to UCC distributable value analysis. |
| 16 | 8/19/2020 | Bromberg, Brian | 1.2 | Participate in call with the AHC re: distributable value. |
| 16 | 8/19/2020 | Diaz, Matthew | 1.7 | Review slides on the updated recovery analysis. |
| 16 | 8/21/2020 | Bromberg, Brian | 1.1 | Revise slides on distributable value based on internal discussions. |
| 16 | 8/21/2020 | Bromberg, Brian | 0.7 | Discuss distributable value slides with team and Houlihan. |
| 16 | 8/21/2020 | Bromberg, Brian | 1.3 | Process revisions to slides re: distributable value. |
| 16 | 8/28/2020 | Bromberg, Brian | 0.4 | Review the updated distributable value analysis. |
| **16 Total** | | | **29.8** | |
| 18 | 6/10/2020 | Kyviakidis, Peter | 0.5 | Review proposed initial work plan and questions on investigatory work re: the Cash Transfers of Value Analysis and the Intercompany and Non-Cash Transfers Of Value. |
| 18 | 6/11/2020 | Kyviakidis, Peter | 2.3 | Review internal analyses re: the Cash Transfers of Value report. |
| 18 | 6/12/2020 | Kyviakidis, Peter | 0.5 | Participate on call to discuss certain observations re: internal analyses on the Cash Transfers of Value report. |
| 18 | 6/15/2020 | Kyviakidis, Peter | 0.5 | Participate on call to discuss the initial project work plan re: investigatory work on the Intercompany and Non-Cash Transfers of Value Analysis. |
| 18 | 6/19/2020 | Kyviakidis, Peter | 1.8 | Review internal analyses re: the Intercompany and Non-Cash Transfers of Value Analysis. |
| 18 | 6/24/2020 | Kyviakidis, Peter | 1.3 | Participate on call with AlixPartners re: nature and scope of AlixPartners's work procedures performed in connection with the information included in the Cash Transfers of Value Analysis. |
| 18 | 6/25/2020 | Kyviakidis, Peter | 1.0 | Participate on call with AlixPartners re: nature and scope of AlixPartners's work procedures performed in connection with the information included in the Intercompany and Non-Cash Value Transfers of Value Analysis. |
| 18 | 6/29/2020 | Kyviakidis, Peter | 0.8 | Participate on call to discuss information shared by AlixPartners re: Cash Transfers of Value Analysis and Intercompany and Non-Cash Transfers of Value Analysis. |
| 18 | 6/29/2020 | Kyviakidis, Peter | 1.0 | Discuss next steps per information shared by AlixPartners re: Cash Transfers of Value Analysis and Intercompany and Non-Cash Transfers of Value Analysis. |
| 18 | 6/30/2020 | Kyviakidis, Peter | 1.3 | Discuss workplan post-AlixPartners calls re: Cash Transfers of Value Analysis and Intercompany and Non-Cash Transfers of Value Analysis. |
| 18 | 8/3/2020 | Greenblatt, Matthew | 1.0 | Develop agenda and prepare for call with Province to discuss work performed to date and additional testing of AlixPartners' work product. |
| 18 | 8/3/2020 | Greenblatt, Matthew | 0.6 | Correspond with advisors and Province to coordinate workstreams and testing of AlixPartners' work product. |
| 18 | 8/3/2020 | Diaz, Matthew | 0.9 | Perform review of the cash transfers analysis. |
| 18 | 8/3/2020 | Bromberg, Brian | 0.3 | Confirm information sharing agreement with Counsel ahead of call with UCC. |
| 18 | 8/4/2020 | Mazzari, Meredith | 1.0 | Perform review and documentation of legal agreements governing select non-cash transfers. |
| 18 | 8/5/2020 | Greenblatt, Matthew | 1.2 | Participate in conference call with FTI team and the UCC professionals from Province to understand the testing of AlixPartners work and coordination of the parties collective efforts. |
| 18 | 8/5/2020 | Greenblatt, Matthew | 0.9 | Prepare agenda for call with UCC professionals from Province regarding work performed to date. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2020 TO AUGUST 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 8/5/2020 | Diaz, Matthew | 1.0 | Participate in a call with Province to discuss the cash transfer analysis. |
| 18 | 8/5/2020 | Costaldo, Nicole | 2.6 | Prepare for, attend and debrief with team regarding the call with Province to discuss their diligence of the AlixPartners 1A and 1B reports. |
| 18 | 8/5/2020 | Mazzari, Meredith | 1.8 | Review and document of legal agreements governing select non-cash transfers. |
| 18 | 8/5/2020 | Mazzari, Meredith | 1.1 | Participate in conference call with FTI team and the UCC professionals from Province to understand the testing of AlixPartners work and coordination of the parties collective efforts. |
| 18 | 8/5/2020 | Mazzari, Meredith | 1.0 | Debrief with team regarding the call with Province to discuss their diligence of the AlixPartners 1A and 1B reports. |
| 18 | 8/5/2020 | Kyviakidis, Peter | 1.0 | Participate in conference call with FTI team and the UCC professionals from Province to understand the testing of AlixPartners work and coordination of the parties collective efforts. |
| 18 | 8/5/2020 | Kyviakidis, Peter | 1.3 | Participate in conference call with FTI team and the UCC professionals from Province to understand the testing of AlixPartners work and coordination of the parties collective efforts. |
| 18 | 8/5/2020 | Bromberg, Brian | 1.1 | Participate in call re: transfers of value with UCC advisors. |
| 18 | 8/5/2020 | Bromberg, Brian | 0.4 | Participate on call re: agenda for call with UCC professionals from Province regarding work performed to date. |
| 18 | 8/6/2020 | Costaldo, Nicole | 1.1 | Build out information requests and inquiries to further understand select transfers of the AlixPartners 1A and 1B reports. |
| 18 | 8/7/2020 | Diaz, Matthew | 1.2 | Review the updated draft of the transfers investigations report. |
| 18 | 8/7/2020 | Diaz, Matthew | 0.5 | Participate in call with the KL litigation team to discuss the cash and non-cash transfers analyses. |
| 18 | 8/7/2020 | Diaz, Matthew | 0.5 | Participate in call with Province to discuss the status of the investigation report. |
| 18 | 8/7/2020 | Costaldo, Nicole | 1.4 | Review of agreement inventory and continue to review 1B report to add information into the draft request list to be built out by FTI and Province |
| 18 | 8/7/2020 | Bromberg, Brian | 1.8 | Prepare outline and slides for transfer reports updates. |
| 18 | 8/7/2020 | Bromberg, Brian | 0.5 | Participate in discussion with team re: transfer report updates. |
| 18 | 8/7/2020 | Bromberg, Brian | 0.5 | Participate in call with the KL litigation team to discuss the cash and non-cash transfers analyses. |
| 18 | 8/9/2020 | Diaz, Matthew | 0.9 | Continue review of the updated draft of the transfers investigations report. |
| 18 | 8/9/2020 | Bromberg, Brian | 1.0 | Process revisions and finalize slides re: transfers of value updates. |
| 18 | 8/10/2020 | Costaldo, Nicole | 1.6 | Conference with team re: review of the audited financial statements to determine cash balance per financial statements for analysis of funds distributed and identified by AlixPartners. |
| 18 | 8/10/2020 | Kyviakidis, Peter | 0.8 | Participate in internal discussion re: reconciliation of cash available to pay distributions to the owners of the Debtor Entities over the time period of 2008 through 2017. |
| 18 | 8/11/2020 | Costaldo, Nicole | 3.1 | Document key metrics and continue to review of the audited financial statements for Purdue and Rhodes. |
| 18 | 8/12/2020 | Greenblatt, Matthew | 1.0 | Continue reconciliation of the cash distributions to the Sacklers in the audited financials to the AlixPartners report. |
| 18 | 8/12/2020 | Costaldo, Nicole | 2.1 | Update analysis re: cash on hand for distributions and how that number compares to the amount of funds distributed and identified by AlixPartners in the 1A report. |
| 18 | 8/12/2020 | Kyviakidis, Peter | 1.0 | Provide revisions re: reconciliation of cash available to pay distributions to owners of the Debtor Entities over the time period of 2008 through 2017. |
| 18 | 8/13/2020 | Diaz, Matthew | 1.5 | Review of the Sackler cash and non cash transfer analysis provided by Milbank and Huron. |
| 18 | 8/13/2020 | Diaz, Matthew | 0.8 | Participate in a call with Milbank and Huron to discuss the cash and non cash transfer report. |
| 18 | 8/13/2020 | Bromberg, Brian | 0.8 | Participate in a call with Milbank and Huron to discuss the cash and non cash transfer report. |
| 18 | 8/14/2020 | Diaz, Matthew | 0.9 | Review the Sackler report on the cash and non cash transfers and related next steps. |
| 18 | 8/14/2020 | Kim, Ye Darm | 2.2 | Review Raymond-side non cash activity presentation and summary. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2020 TO AUGUST 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 8/14/2020 | Bromberg, Brian | 2.5 | Review Raymond-side non cash activity presentation and summary. |
| 18 | 8/17/2020 | Kurtz, Emma | 1.8 | Prepare revisions to analysis re: historical transfers between Sackler entities to prepare slides re: cash transfers and net investments by entity. |
| 18 | 8/17/2020 | Kurtz, Emma | 1.7 | Prepare Sackler entity organizational chart to track cash flows between them and outside the network. |
| 18 | 8/17/2020 | Bromberg, Brian | 1.9 | Prepare slides summarizing B side report. |
| 18 | 8/17/2020 | Bromberg, Brian | 1.7 | Review non-cash transfers presentation and prepare summary for internal distribution. |
| 18 | 8/18/2020 | Greenblatt, Matthew | 1.2 | Continue review of the AlixPartners Cash Transfers Report and further reconciliation between the Alix report and the audited financial statements. |
| 18 | 8/19/2020 | Greenblatt, Matthew | 1.8 | Participate in discussions with team and continue summary of observations and development of proposed next steps for review and testing of the AlixPartners Cash Transfers Reports. |
| 18 | 8/19/2020 | Costaldo, Nicole | 1.4 | Attend call with team to go over the results of the analysis to determine the cash available after distributions when compared to AlixPartners' Cash Transfers of Value report. |
| 18 | 8/19/2020 | Mazzari, Meredith | 0.6 | Participate in internal discussion re: reconciliation of cash available to distributions for the relevant period. |
| 18 | 8/19/2020 | Mazzari, Meredith | 2.6 | Prepare reconciliation of cash distributions by Purdue and Rhodes. |
| 18 | 8/19/2020 | Mazzari, Meredith | 0.8 | Participate in internal discussion re: reconciliation of cash available to distributions for the relevant period. |
| 18 | 8/19/2020 | Kyviakidis, Peter | 1.8 | Participate in discussion with team re: summary of observations and next steps re: testing of the AlixPartners Cash Transfers Reports. |
| 18 | 8/19/2020 | Kyviakidis, Peter | 1.5 | Attend call with team to go over the results of the analysis to determine the cash available after distributions when compared to AlixPartners' Cash Transfers of Value report. |
| 18 | 8/19/2020 | Bromberg, Brian | 2.2 | Review and prepare additional diligence items to supplement UCC questions on B side transfer report. |
| 18 | 8/20/2020 | Diaz, Matthew | 1.1 | Review the updated cash reconciliation analysis versus the dividends received by the Sacklers. |
| 18 | 8/20/2020 | Costaldo, Nicole | 1.8 | Continue conference with team regarding the reconciling items per FTI and AlixPartners' review of the partners cash distributions from Purdue and Rhodes. |
| 18 | 8/20/2020 | Mazzari, Meredith | 2.2 | Participate in internal meeting re: revisions to preliminary reconciliation of cash distributions. |
| 18 | 8/20/2020 | Mazzari, Meredith | 0.4 | Draft email on status of reconciliation of cash distributions. |
| 18 | 8/20/2020 | Mazzari, Meredith | 0.4 | Revise reconciliation of cash distributions. |
| 18 | 8/20/2020 | Mazzari, Meredith | 0.6 | Review updates to analysis of reconciliation of cash distributions. |
| 18 | 8/20/2020 | Mazzari, Meredith | 1.8 | Continue conference with team regarding the reconciling items per FTI and AlixPartners' review of the partners cash distributions from Purdue and Rhodes. |
| 18 | 8/20/2020 | Kyviakidis, Peter | 0.8 | Prepare for call to discuss a preliminary reconciliation of cash available to pay distributions over the time period of 2008 through 2017. |
| 18 | 8/20/2020 | Kyviakidis, Peter | 1.5 | Review updated version of analysis re: reconciliation of cash available to pay distributions over the time period of 2008 through 2017. |
| 18 | 8/20/2020 | Kyviakidis, Peter | 2.3 | Participate in internal meeting re: revisions to preliminary reconciliation of cash distributions. |
| 18 | 8/20/2020 | Bromberg, Brian | 1.2 | Review the Sackler net asset reports. |
| 18 | 8/20/2020 | Bromberg, Brian | 0.8 | Prepare slides for business update re: update on transfers diligence. |
| 18 | 8/20/2020 | Bromberg, Brian | 1.2 | Prepare additional diligence questions to supplement UCC question list for shareholders on transfers. |
| 18 | 8/24/2020 | Greenblatt, Matthew | 1.2 | Review summary of open items and reconciling items between Alix Report and Audited Financial Statements. |
| 18 | 8/24/2020 | Costaldo, Nicole | 0.4 | Discuss the results of the analysis of the reconciling items per AlixPartners Cash Transfers of Value report. |
| 18 | 8/24/2020 | Mazzari, Meredith | 0.4 | Attend call with forensic accounting team to discuss the results of the analysis of the reconciling items per AlixPartners Cash Transfers of Value report. |
| 18 | 8/24/2020 | Mazzari, Meredith | 0.8 | Participate in internal call re: updates to reconciliation of cash distributions. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2020 TO AUGUST 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 8/24/2020 | Mazzari, Meredith | 0.6 | Participate in discussion re: reconciliation of cash distributions |
| 18 | 8/24/2020 | Mazzari, Meredith | 0.9 | Revise reconciliation of cash distributions. |
| 18 | 8/24/2020 | Kyviakidis, Peter | 0.8 | Participate in internal call re: updates to reconciliation of cash distributions. |
| 18 | 8/24/2020 | Kyviakidis, Peter | 0.5 | Participate in discussion re: reconciliation of cash distributions |
| 18 | 8/24/2020 | Kyviakidis, Peter | 0.5 | Attend call with forensic accounting team to discuss the results of the analysis of the reconciling items per AlixPartners Cash Transfers of Value report. |
| 18 | 8/25/2020 | Mazzari, Meredith | 0.3 | Participate in internal call re: reconciliation of cash distributions memo. |
| 18 | 8/25/2020 | Mazzari, Meredith | 1.5 | Participate in internal call re: updates to reconciliation of cash distributions memo. |
| 18 | 8/25/2020 | Mazzari, Meredith | 0.7 | Revise reconciliation of cash distributions. |
| 18 | 8/25/2020 | Mazzari, Meredith | 0.4 | Participate in internal call re: revisions to reconciliation of cash distributions memo. |
| 18 | 8/25/2020 | Mazzari, Meredith | 0.6 | Participate in internal call re: revisions to reconciliation of cash distributions memo. |
| 18 | 8/26/2020 | Mazzari, Meredith | 2.5 | Participate on call to revise preliminary reconciliation of cash available for distributions. |
| 18 | 8/26/2020 | Mazzari, Meredith | 0.3 | Quality check review of reconciliation of cash distributions memo. |
| 18 | 8/26/2020 | Mazzari, Meredith | 1.2 | Participate in internal call re: revisions to reconciliation of cash distributions memo. |
| 18 | 8/26/2020 | Mazzari, Meredith | 1.1 | Participate in internal call re: revisions to reconciliation of cash distributions memo. |
| 18 | 8/26/2020 | Mazzari, Meredith | 0.7 | Participate in internal call re: revisions to reconciliation of cash distributions memo. |
| 18 | 8/26/2020 | Mazzari, Meredith | 0.6 | Process revisions to reconciliation of cash distributions memo. |
| 18 | 8/26/2020 | Mazzari, Meredith | 0.4 | Continue processing revisions to reconciliation of cash distributions memo. |
| 18 | 8/26/2020 | Mazzari, Meredith | 0.9 | Participate in internal call re: revisions to reconciliation of cash distributions memo. |
| 18 | 8/26/2020 | Mazzari, Meredith | 2.5 | Participate on call to revise preliminary reconciliation of cash available for distributions. |
| 18 | 8/26/2020 | Kyviakidis, Peter | 0.8 | Participate in internal call re: revisions to reconciliation of cash distributions memo. |
| 18 | 8/26/2020 | Kyviakidis, Peter | 2.5 | Participate on call to revise preliminary reconciliation of cash available for distributions. |
| 18 | 8/26/2020 | Kyviakidis, Peter | 1.3 | Participate in internal call re: revisions to reconciliation of cash distributions memo. |
| 18 | 8/26/2020 | Kyviakidis, Peter | 3.0 | Participate on call to revise preliminary reconciliation of cash available for distributions. |
| 18 | 8/26/2020 | Kyviakidis, Peter | 1.0 | Participate in internal call re: revisions to reconciliation of cash distributions memo. |
| 18 | 8/26/2020 | Kyviakidis, Peter | 0.3 | Participate in internal call re: revisions to reconciliation of cash distributions memo. |
| 18 | 8/26/2020 | Kyviakidis, Peter | 1.0 | Participate in internal call re: revisions to reconciliation of cash distributions memo. |
| 18 | 8/27/2020 | Greenblatt, Matthew | 1.7 | Finalize review and circulate summary memorandum of open items for the comparison between the Alix Partners report and the audited financial statements. |
| 18 | 8/27/2020 | Bromberg, Brian | 1.1 | Participate in call with Huron re: Side B transfers. |
| 18 | 8/27/2020 | Bromberg, Brian | 0.3 | Prepare summarize of diligence call with Huron re: Side B transfers. |
| 18 | 8/31/2020 | Diaz, Matthew | 0.4 | Review the Sackler deposition summary. |
| 18 | 8/31/2020 | Bromberg, Brian | 1.5 | Participate call with Committee re: mediation issues and discovery review. |
| 18 | 8/31/2020 | Bromberg, Brian | 0.8 | Review the latest financial discovery documents. |
| **18 Total** | | | **128.5** | |
| 19 | 8/3/2020 | Simms, Steven | 0.4 | Participate in correspondence on open case items and ongoing workstreams. |
| 19 | 8/3/2020 | Kurtz, Emma | 0.8 | Prepare updates to the dataroom index to include recently uploaded documents to share with team. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2020 TO AUGUST 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 8/10/2020 | Kurtz, Emma | 0.7 | Prepare update to dataroom index to include recently shared documents to update team. |
| 19 | 8/14/2020 | Diaz, Matthew | 0.6 | Review of open and outstanding case issues and related next steps for diligence. |
| 19 | 8/18/2020 | Kurtz, Emma | 0.4 | Prepare updates to dataroom index to incorporate recently uploaded documents to share with team. |
| 19 | 8/20/2020 | Kurtz, Emma | 0.4 | Update dataroom index to include recently uploaded documents to share with team. |
| 19 | 8/25/2020 | Simms, Steven | 0.4 | Participate in discussion re: updates on case status. |
| 19 | 8/25/2020 | Simms, Steven | 0.3 | Participate in correspondence on case items related to UCC issues. |
| 19 | 8/27/2020 | Kurtz, Emma | 1.1 | Prepare updates to dataroom index to incorporate recently uploaded documents to share with team. |
| 19 | 8/31/2020 | Kim, Ye Darm | 0.5 | Discuss ongoing case work streams and upcoming deliverables to the Committee with internal team. |
| 19 | 8/31/2020 | Kurtz, Emma | 1.2 | Update dataroom index to include recently uploaded documents to share with team. |
| 19 | 8/31/2020 | Kurtz, Emma | 0.6 | Discuss ongoing case work streams and upcoming deliverables to the Committee with internal team. |
| **19 Total** | | | **7.4** | |
| 21 | 8/12/2020 | Diaz, Matthew | 0.7 | Prepare for the weekly call with the AHC. |
| 21 | 8/12/2020 | Diaz, Matthew | 1.8 | Perform detailed review of the updated presentation to the AHC on business update, recovery analysis and transfers analysis for the weekly meeting. |
| 21 | 8/12/2020 | Kim, Ye Darm | 0.5 | Participate in pre-call for the weekly committee call re: business update presentation. |
| 21 | 8/19/2020 | Joffe, Steven | 1.0 | Participate in call with AHC re: tax considerations. |
| 21 | 8/31/2020 | Diaz, Matthew | 1.3 | Participate in the call with the AHC re: case updates and issues. |
| **21 Total** | | | **5.3** | |
| 24 | 8/3/2020 | Kim, Ye Darm | 2.6 | Process revisions to draft June Fee application. |
| 24 | 8/6/2020 | Kim, Ye Darm | 0.8 | Process revisions to June fee application draft. |
| 24 | 8/7/2020 | Diaz, Matthew | 0.8 | Review the June bill. |
| 24 | 8/7/2020 | Kim, Ye Darm | 0.6 | Prepare update tracker of historical billing and receipts. |
| 24 | 8/12/2020 | Diaz, Matthew | 0.5 | Review of the June fee statement. |
| 24 | 8/12/2020 | Kim, Ye Darm | 1.6 | Prepare final version of the June Fee application. |
| 24 | 8/25/2020 | Bromberg, Brian | 0.3 | Review latest June FTI fee application. |
| **24 Total** | | | **7.2** | |
| 28 | 8/3/2020 | Diaz, Matthew | 1.8 | Review the updated responses to questions on the IAC analysis and related diligence. |
| 28 | 8/3/2020 | Bromberg, Brian | 1.2 | Review dataroom for ADHD product information. |
| 28 | 8/3/2020 | Bromberg, Brian | 0.9 | Review ADHD product performance for IACs. |
| 28 | 8/6/2020 | Bromberg, Brian | 1.8 | Review diligence responses provided on Canadian financials in dataroom. |
| 28 | 8/6/2020 | Bromberg, Brian | 0.5 | Coordinate with Counsel re: non-reliance letter comments. |
| 28 | 8/10/2020 | Bromberg, Brian | 1.3 | Review IAC royalty agreements re: licensing agreement diligence. |
| 28 | 8/10/2020 | Bromberg, Brian | 0.5 | Discuss IAC diligence letter with Debtor and UCC advisors. |
| 28 | 8/11/2020 | Kurtz, Emma | 3.2 | Review historical IAC licensing agreements to prepare analysis of terms, including royalty rates. |
| 28 | 8/11/2020 | Bromberg, Brian | 0.5 | Review letter to IACs for discussion with Debtors and UCC advisors. |
| 28 | 8/11/2020 | Bromberg, Brian | 0.6 | Review IAC licensing agreements diligence status with team. |
| 28 | 8/11/2020 | Bromberg, Brian | 1.3 | Review IAC licensing agreements re: market royalty rates. |
| 28 | 8/11/2020 | Shah, Jayshree | 3.1 | Conduct research to understand the relationship between Purdue and Mundi IACs from a licensing perspective to benchmark against market. |
| 28 | 8/12/2020 | Shah, Jayshree | 1.9 | Continue research to understand the relationship between Purdue and Mundi IACs from a licensing perspective to benchmark against market. |
| 28 | 8/12/2020 | Shah, Jayshree | 3.0 | Continue research to understand the relationship between Purdue and Mundi IACs from a licensing perspective to benchmark against market. |
| 28 | 8/13/2020 | Bromberg, Brian | 1.6 | Review updated draft of IAC licensing agreement summary analysis. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2020 TO AUGUST 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 8/13/2020 | Shah, Jayshree | 2.2 | Review primary and secondary research conducted re: IAC licensing agreements. |
| 28 | 8/13/2020 | Shah, Jayshree | 3.8 | Conduct primary and secondary research re: IAC licensing agreement royalty rates. |
| 28 | 8/14/2020 | Diaz, Matthew | 1.2 | Review the transfer pricing policies between the IACs and Purdue. |
| 28 | 8/14/2020 | Diaz, Matthew | 0.3 | Review the letter to the IAC management re: open due diligence. |
| 28 | 8/14/2020 | Kim, Ye Darm | 0.6 | Review licensing agreements summary analysis to prepare for call. |
| 28 | 8/14/2020 | Kim, Ye Darm | 0.6 | Participate on call re: OxyContin licensing with Mundipharma. |
| 28 | 8/14/2020 | Kim, Ye Darm | 0.9 | Review questions list re: market/product prepared by UCC advisors. |
| 28 | 8/14/2020 | Kim, Ye Darm | 1.0 | Review royalty percentages analysis prepared by UK team. |
| 28 | 8/14/2020 | Kurtz, Emma | 0.5 | Review comparable companies royalty rates to evaluate IAC licensing agreements. |
| 28 | 8/14/2020 | Kurtz, Emma | 0.4 | Update outstanding IAC business plan diligence request list to incorporate additional questions sent to Company. |
| 28 | 8/14/2020 | Bromberg, Brian | 0.5 | Participate in discussion re: licensing agreements diligence with internal team. |
| 28 | 8/14/2020 | Shah, Jayshree | 2.0 | Prepare and participate in meeting with US FTI team to discuss perspective on royalty fees. |
| 28 | 8/17/2020 | Shah, Jayshree | 3.2 | Review license agreements for Oxycontin and Oxycontin tamper proof to understand royalty rate comps. |
| 28 | 8/17/2020 | Shah, Jayshree | 2.8 | Continue review of license agreements for Oxycontin and Oxycontin tamper proof to understand royalty rate comps. |
| 28 | 8/18/2020 | Kurtz, Emma | 0.4 | Review diligence responses received from the Company re: central functions to evaluate responsiveness to outstanding questions. |
| 28 | 8/18/2020 | Bromberg, Brian | 0.7 | Review IAC diligence re: central functions responsiveness. |
| 28 | 8/18/2020 | Shah, Jayshree | 3.0 | Continue review of license agreements for Oxycontin and Oxycontin tamper proof to understand royalty rate comps. |
| 28 | 8/19/2020 | Kurtz, Emma | 0.9 | Review recent diligence responses from Company and additional questions submitted to update outstanding diligence request list. |
| 28 | 8/19/2020 | Shah, Jayshree | 2.0 | Continue review of license agreements for Oxycontin and Oxycontin tamper proof to understand royalty rate comps. |
| 28 | 8/20/2020 | Bromberg, Brian | 0.8 | Prepare slides for business update re: licensing agreement diligence. |
| 28 | 8/24/2020 | Bromberg, Brian | 0.5 | Review and discuss non reliance letter with Huron. |
| 28 | 8/26/2020 | Kurtz, Emma | 0.9 | Review Steve Jamieson diligence responses to evaluate responsiveness to outstanding questions. |
| 28 | 8/26/2020 | Kurtz, Emma | 0.3 | Update outstanding diligence request list to reflect latest responses from the Company. |
| 28 | 8/28/2020 | Diaz, Matthew | 1.4 | Review the updated IAC due diligence on licensing agreements. |
| 28 | 8/28/2020 | Kurtz, Emma | 0.4 | Review diligence responses from the Company re: central functions. |
| 28 | 8/31/2020 | Diaz, Matthew | 1.4 | Review responses from IAC re: outstanding diligence questions. |
| 28 | 8/31/2020 | Bromberg, Brian | 1.2 | Review information provided by IACs re: outstanding diligence requests. |
| **28 Total** | | | **57.1** | |
| **Grand Total** | | | **338.9** | |

**EXHIBIT D**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2020 TO AUGUST 31, 2020**

| Expense Type | Amount[1] |
|---|---|
| Other | $ 108.25 |
| **Grand Total** | **$ 108.25** |

**EXHIBIT E**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**EXPENSE DETAIL**
**FOR THE PERIOD AUGUST 1, 2020 TO AUGUST 31, 2020**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 8/18/2020 | Bromberg, Brian | Other | Court Call Charges - participated in telephonic court hearing | $ 38.25 |
| 8/26/2020 | Diaz, Matthew | Other | Court Call Charges - participated in telephonic court hearing | $ 70.00 |
| | | **Other Total** | | **$ 108.25** |
| | | **Grand Total** | | **$ 108.25** |